UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **MATTHEW D. GUERTIN** <br><br> Plaintiff, <br><br> v. <br><br> **TIM WALZ,** <br> Governor of Minnesota; <br><br> **KEITH ELLISON,** <br> Minnesota Attorney General; <br><br> **HENNEPIN COUNTY,** <br> a municipal entity; <br><br> **MARY MORIARTY,** <br> Hennepin County Attorney; <br><br> **JUDITH COLE,** <br> Sr. Assistant Hennepin County Attorney; <br><br> **MICHAEL BERGER,** <br> Chief Public Defender, Hennepin County; <br><br> **KERRY W. MEYER,** <br> Chief Judge, 4th District; <br><br> **BRUCE M. RIVERS,** <br> Private Defense Counsel; <br><br> **CHELA GUZMAN-WIEGERT,** <br> Assistant County Administrator; <br><br> **ALISHA NEHRING,** <br> MN Department of Health Attorney; <br><br> **HILARY CALIGIURI,** <br> Presiding Criminal Judge, 4th District; <br><br> **TODD FELLMAN,** <br> Presiding Juvenile Judge, 4th District; <br><br> **SARAH HUDLESTON,** <br> Judge, 4th District; <br><br> **WILLIAM H. KOCH,** <br> Judge, 4th District; <br><br> **JULIA DAYTON-KLEIN,** <br> Judge, 4th Judicial District; <br><br> **DANIELLE C. MERCURIO,** <br> Judge, 4th Judicial District; <br><br> **GEORGE F. BORER,** <br> Referee, 4th Judicial District; | Case No: 25-cv-__2670-JWB/DLM__ <br><br><br> **RECEIVED** <br><br> JUN 25 2025 <br><br> CLERK, U.S. DISTRICT COURT <br> MINNEAPOLIS, MINNESOTA <br><br><br> **MOTION FOR SERVICE <br> OF PROCESS BY U.S. MARSHAL <br> PURSUANT TO 28 U.S.C. § 1915(d)** <br><br> SCANNED <br> JUN 25 2025 LT <br> U.S. DISTRICT COURT MPLS |

CASE 0:25-cv-02670-JWB-DLM   Doc. 2   Filed 06/25/25   Page 2 of 4

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
　　　　　　　　Defendants.

## I. AFFIDAVIT IN SUPPORT OF MOTION FOR SERVICE BY U.S. MARSHALS PURSUANT TO 28 U.S.C. § 1915(d)

I, Matthew David Guertin, being first duly sworn, hereby declare and state under penalty of perjury as follows:

I am the Plaintiff in this action, and I respectfully request that the Court order service of summons and complaint upon the named Defendants by the United States

Marshals Service pursuant to 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3).

I am not incarcerated, but I am presently unemployed, and have been devoting an overwhelming majority of my time and resources to legal research, court filings, and personal defense against an ongoing and unprecedented conspiracy involving synthetic court records, retaliatory psychiatric weaponization, and constitutional violations carried out under color of law.

I currently have no significant income. I do not collect public benefits, unemployment assistance, or disability payments, and I have no consistent source of financial support outside of intermittent help from family or friends. I have turned down multiple legitimate employment opportunities recently solely due to the full-time demands of litigating this matter and protecting my liberty.

I currently have minimal assets and no savings.

My only major possession is my 2014 Toyota Camry, originally from California, with approximately 86,000 miles and currently valued at approximately $17,000 per Kelley Blue Book.

This vehicle is paid off and is essential for transportation to and from hearings, court filings, and other legal obligations, as well as basic living requirements which demand transportation.

I have no real estate holdings, or investment accounts. I am the CEO of Infiniset, Inc. which my U.S. Patent 11,577,177 is assigned to, but this business technically has zero value currently, in large part due to the ongoing conspiracy being addressed within the accompanying civil RICO complaint.

I am currently living with my mother, who is on SSI, and have no ownership stake in the property. My monthly expenses are minimal and focused entirely on essentials such as food, phone, car insurance, and litigation costs. All funds available to me are committed toward survival and legal efforts in this matter.

This litigation is not frivolous, nor is it being brought in bad faith. As detailed in the Complaint and its hundreds of pages of exhibits and forensic evidence, this case implicates serious constitutional and statutory violations. The digital and procedural records speak for themselves and have already been filed into federal and state dockets.

I have already paid the full civil filing fee in this case out of pocket. I respectfully seek relief from the substantial cost associated with formal service of process on thirty defendants across multiple agencies and jurisdictions.

I understand that if the Court grants this request, the United States Marshals Service will effect service on my behalf at no cost to me. I have already filled out all 30 of the USM-285 forms required for service, have all necessary envelopes, and labeling required, and will be personally completing the additional process of printing and preparing the 3600+ pages needed to be able to ensure that each defendant is able to be properly served. Upon issuance of summons, I will promptly return the prepared packets and forms to the Clerk for delivery to the U.S. Marshals.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: June 25, 2025

*Respectfully submitted,*

 /s/ Matthew D. Guertin

Matthew David Guertin
**Plaintiff Pro Se**
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com