**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Matthew D. Guertin, | Civ. No. 25-2670 (JWB/DLM) |
| Plaintiff, | |
| v. | |
| Tim Walz, et al., | **ORDER OF RECUSAL** |
| Defendant. | |

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses in this matter.

Date: June 27, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge