UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin, | Court File No. 25-CV-2670 (ADM/DLM) |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF BENJAMIN HARRINGA** |
| Tim Walz, Governor of Minnesota, sued in his official capacity; Keith Ellison, Minnesota Attorney General, sued in his official capacity; Hennepin County, a municipal entity; Mary Moriarty, Hennepin County Attorney, sued in both her official and individual capacities; Judith Cole, Sr. Assistant Hennepin County Attorney, sued in her individual capacity; Michael Berger, Chief Public Defender, Hennepin County, sued in his individual capacity; Kerry W. Meyer, Chief Judge, 4th District, sued in her individual capacity; Bruce M. Rivers, Private Defense Counsel, sued in his individual capacity; Chela Guzman-Wiegert, Assistant County Administrator, sued in her individual capacity; Alisha Nehring, MN Department of Health Attorney, sued in her individual capacity; Hilary Caligiuri, Presiding Criminal Judge, 4th District, sued in her individual capacity; Todd Fellman, Presiding Juvenile Judge, 4th District, sued in his individual capacity; Sarah Hudleston, Judge, 4th District, sued in her individual capacity; William H. Koch, Judge, 4th District, sued in his individual capacity; Julia Dayton-Klein, Judge, 4th Judicial District, sued in her individual capacity; Danielle C. Mercurio, Judge, 4th Judicial District, sued in her individual capacity; George F. Borer, Referee, 4th Judicial District, sued in his individual capacity; Lee Cuellar, Judicial Clerk, 4th District, sued in her individual capacity; | |

Mawerdi Hamid, Assistant Hennepin County Attorney, sued in her individual capacity; Jacqueline Perez, Assistant Hennepin County Attorney, sued in her individual capacity; Emmett M. Donnelly, Hennepin County Public Defender, sued in his individual capacity; Raissa Carpenter, Hennepin County Public Defender, sued in her individual capacity; Shereen Askalani, Judge, 4th District, sued in her individual capacity; Dr. Jill Rogstad, Senior Clinical Forensic Psychologist, sued in her individual capacity; Dr. Adam Milz, Hennepin County Psychological Services, sued in his individual capacity; Dr. Katheryn Cranbook, Hennepin County Psychological Services, sued in her individual capacity; Dr. Kristen A. Otte, Hennepin County Psychological Services, sued in her individual capacity; Michael K. Browne, Judge, 4th District, sued in his individual capacity; Lisa K. Janzen, Judge, 4th District, sued in her individual capacity; Carolina A. Lamas, Judge, 4th District, sued in her individual capacity; John Does 1–50; and Jane Does 1–50;

                Defendants.

TO:   *Pro Se* Plaintiff Matthew Guertin, The Administrator of the Above-Named Court and All Counsel of Record.

PLEASE TAKE NOTICE that the undersigned attorney notifies the Court and counsel that Benjamin Harringa, Assistant Attorney General, shall appear as counsel of record for Defendants Tim Walz, Governor of Minnesota, sued in his official capacity, Keith Ellison, Attorney General of Minnesota, sued in his official capacity, Michael Berger, Chief Public Defender, Hennepin County, sued in his individual capacity, Kerry

W. Meyer, Chief Judge, 4th District, sued in her individual capacity, Alisha Nehring, MN Department of Health Attorney, sued in her individual capacity, Hilary Caligiuri, Presiding Criminal Judge, 4th District, sued in her individual capacity, Todd Fellman, Presiding Juvenile Judge, 4th District, sued in his individual capacity, Sarah Hudleston, Judge, 4th District, sued in her individual capacity, William H. Koch, Judge, 4th District, sued in his individual capacity, Julia Dayton-Klein, Judge, 4th Judicial District, sued in her individual capacity, Danielle C. Mercurio, Judge, 4th Judicial District, sued in her individual capacity, George F. Borer, Referee, 4th Judicial District, sued in his individual capacity, Lee Cuellar, Judicial Clerk, 4th District, sued in her individual capacity, Emmett M. Donnelly, Hennepin County Public Defender, sued in his individual capacity, Raissa Carpenter, Hennepin County Public Defender, sued in her individual capacity, Shereen Askalani, Judge, 4th District, sued in her individual capacity, Dr. Jill Rogstad, Senior Clinical Forensic Psychologist, sued in her individual capacity, Dr. Adam Milz, Hennepin County Psychological Services, sued in his individual capacity, Dr. Katheryn Cranbrook, Hennepin County Psychological Services, sued in her individual capacity, Dr. Kristen A. Otte, Hennepin County Psychological Services, sued in her individual capacity, Michael K. Browne, Judge, 4th District, sued in his individual capacity, Lisa K. Janzen, Judge, 4th District, sued in her individual capacity, Carolina A. Lamas, Judge, 4th District, sued in her individual capacity, and John and Janes Does, employed by the State of Minnesota in the above-entitled action.

*Signature on following page*

Dated: July 1, 2025                             Respectfully submitted,

                                                KEITH ELLISON
                                                Attorney General
                                                State of Minnesota


                                                s/ Benjamin Harringa
                                                BENJAMIN HARRINGA
                                                Assistant Attorney General
                                                Atty. Reg. No. 0399254

                                                445 Minnesota Street, Suite 600
                                                St. Paul, MN 55101-2131
                                                (651) 583-6731 (Voice)
                                                (651) 282-5832 (Fax)
                                                Benjamin.Harringa@ag.state.mn.us

                                                ATTORNEY FOR DEFENDANTS LISTED
                                                ABOVE

|#6119298-v1