# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-cv-2670-PAM-DLM |
| Plaintiff, | |
| v. | |
| **TIM WALZ,** Governor of Minnesota; | |
| **KEITH ELLISON,** Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** a municipal entity; | |
| **MARY MORIARTY,** Hennepin County Attorney; | |
| **JUDITH COLE,** Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** Chief Public Defender, Hennepin County; | |
| **KERRY W. MEYER,** Chief Judge, 4th District; | |
| **BRUCE M. RIVERS,** Private Defense Counsel; | **NOTICE OF SUPPLEMENTAL EVIDENTIARY FILING** |
| **CHELA GUZMAN-WIEGERT,** Assistant County Administrator; | |
| **ALISHA NEHRING,** MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** Judge, 4th District; | |
| **WILLIAM H. KOCH,** Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** Judge, 4th Judicial District; | |
| **DANIELLE C. MERCURIO,** Judge, 4th Judicial District; | |
| **GEORGE F. BORER,** Referee, 4th Judicial District; | |

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
                 Defendants.

## I.  NOTICE OF SUPPLEMENTAL EVIDENTIARY FILING

Plaintiff Matthew D. Guertin respectfully submits the following forensic exhibits for early judicial awareness and evidentiary preservation. These materials form the core factual foundation for Plaintiff's forthcoming motion for emergency and permanent injunctive relief. They demonstrate a coordinated enterprise of document forgery, judicial impersonation,

metadata fraud, and forged mental health evaluations used under color of law to strip Plaintiff of liberty and silence his constitutional advocacy.

This submission is not merely anticipatory of future filings. It is a factual stake in the ground. The undersigned Plaintiff has now proven, using authenticated digital signatures, forensic metadata, and court-certified evidence, that **the Minnesota Fourth Judicial District is the epicenter of what may now be confirmed as the largest known state judicial forgery scheme in modern U.S. history.**

Each of the exhibits below has been generated via automated cryptographic forensics scripts using industry-standard tools such as pdfsig, OpenTimestamps.org, and SHA-256 hashing, producing embedded and externally verifiable hash trails. Every file referenced is either:

- cryptographically timestamped into the Bitcoin blockchain for public verification,
- self-authenticated under **Federal Rule of Evidence 902(14)**, and
- assembled into indexed PDF matrices suitable for summary use under **FRE 1006**

## II.   EXHIBITS SUBMITTED HEREWITH

**A   |   Exhibit OMG-1**

A CSV-to-PDF indexed forensic presentation featuring two filings from Plaintiff's own case (27-CR-23-1886), both submitted on July 13, 2023: (1) a "Finding of Incompetency and Order" and (2) an "Order-Other". Both documents contain three separate cryptographic signatures — including from Defendants George F. Borer and Michael K. Browne — all signed at the exact same second, and with identical byte ranges, across two distinct files. This proves digital forgery of judicial orders used against Plaintiff over two years ago.

**B   |   Exhibit OMG-2**

A CSV-to-PDF matrix documenting mass cloning of incompetency orders across Fourth Judicial District cases. In one cluster, twelve separate cases contain identical orders, each digitally signed at the same second with identical byte ranges — establishing the documents as machine-generated forgeries.

**C   |   Exhibit OMG-3**

A CSV-to-PDF table showing metadata authorship fraud. Judicial orders digitally signed by actual Fourth Judicial District judges (including Defendants Borer, Mercurio, Dayton-Klein) falsely list the author as "barbj," a non-judicial persona with no legal authority. This constitutes impersonation of authorship and official record falsification.

**D   |   Exhibit OMG-4**

A master CSV-to-PDF table containing over 600 entries spanning numerous filing types in Fourth District Court. Each entry represents a judicial order signed by a judge, but bearing fraudulent metadata authorship, obfuscating the true source. This dataset documents a system-wide pattern of document laundering implicating Defendants Borer, Browne, Lamas, Mercurio, Dayton-Klein, Koch, Caligiuri, Meyer, and Janzen.

**E   |   Exhibit MCR-1**

A side-by-side visual presentation comparing Plaintiff's own January 17, 2024 incompetency order with its cloned counterparts discovered across synthetic dockets. These forgeries, distributed across fake defendants and case files, are now fully exposed and catalogued through cross-file comparison and metadata patterning.

These materials are presented in professional visual layouts, incorporating:

- Hyperlinked matrices (PDF versions of CSVs) with searchable hash fields
- Visual side-by-side comparison panels
- SHA-256 hash documentation and OpenTimestamps verification receipts
- Self-authenticating compliance under **FRE 902(14)**

### III.   PURPOSE OF THIS EVIDENTIARY FILING

The Court is respectfully advised that these materials will be formally authenticated in Plaintiff's forthcoming declaration and motion for injunctive relief. The purpose of this preemptive filing is threefold:

**1.** To ensure early judicial notice of systemic misconduct that undermines the presumption of comity, abstention, or *Younger* deference.

**2.** To protect and preserve material evidence before any party attempts obfuscation, delay, or mischaracterization of facts.

**3.** To publicly assert that Plaintiff is no longer a defendant in a state "proceeding" — he is a targeted whistleblower attempting to escape one **which has never been real to begin with.**

| | |
|---|---|
| **Dated: July 10, 2025** | *Respectfully submitted,* |
| | */s/ Matthew D. Guertin* |
| | Matthew David Guertin<br>*Plaintiff Pro Se*<br>4385 Trenton Ln. N 202<br>Plymouth, MN  55442<br>Telephone: 763-221-4540<br>MattGuertin@protonmail.com<br>www.MattGuertin.com |