# **EXHIBIT OMG-1**

| Index | Case_Number | File_Date | PDF | Signed Ranges | Signing Time | Sig Number | Signer Certificate Common Name | Signer full Distinguished Name |
|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-23-1886 | 2023-07-13 | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-07-13_20240430072356.pdf | [0 - 279917], [296303 - 330652] | Jul 13 2023 09:57:12 | 3 | ESolutions Development Certificate Authority | CN=ESolutions Development Certificate Authority |
| 2 | 27-CR-23-1886 | 2023-07-13 | MCRO_27-CR-23-1886_Order-Other_2023-07-13_20240430072355.pdf | [0 - 279917], [296303 - 330652] | Jul 13 2023 09:57:12 | 3 | ESolutions Development Certificate Authority | CN=ESolutions Development Certificate Authority |
| 3 | 27-CR-23-1886 | 2023-07-13 | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-07-13_20240430072356.pdf | [0 - 161837], [173889 - 205000] | Jul 13 2023 11:00:00 | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial |
| 4 | 27-CR-23-1886 | 2023-07-13 | MCRO_27-CR-23-1886_Order-Other_2023-07-13_20240430072355.pdf | [0 - 161837], [173889 - 205000] | Jul 13 2023 11:00:00 | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial |
| 5 | 27-CR-23-1886 | 2023-07-13 | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-07-13_20240430072356.pdf | [0 - 205398], [212404 - 279682] | Jul 13 2023 12:13:34 | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial |
| 6 | 27-CR-23-1886 | 2023-07-13 | MCRO_27-CR-23-1886_Order-Other_2023-07-13_20240430072355.pdf | [0 - 205398], [212404 - 279682] | Jul 13 2023 12:13:34 | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial |