# EXHIBIT OMG-2

| Index | Case Number | Filing Date | Filename | Sig Number | Signature Certificate Common Name | Signer full Distinguished Name | Signing Time | Sig Hash | Sig Type | Signed Ranges | Document | Signature Validation | Certificate Validation | Sig Time Sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-21-6904 | 2023-11-01 | MCRO_27-CR-21-6904_Finding of Incompetency and Order_2023-11-01_20240430080453.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Oct 31 2023 16:21:49 | SHA-256 | ETSI.CAdES.detached | [0 - 128009], [135015 - 200454] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-10-31-16-21-49 |
| 2 | 27-CR-21-8067 | 2023-11-01 | MCRO_27-CR-21-8067_Finding of Incompetency and Order_2023-11-01_20240430080635.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Oct 31 2023 16:21:49 | SHA-256 | ETSI.CAdES.detached | [0 - 128009], [135015 - 200454] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-10-31-16-21-49 |
| 3 | 27-CR-21-8227 | 2023-11-01 | MCRO_27-CR-21-8227_Finding of Incompetency and Order_2023-11-01_20240430080729.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Oct 31 2023 16:21:49 | SHA-256 | ETSI.CAdES.detached | [0 - 128009], [135015 - 200454] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-10-31-16-21-49 |
| 4 | 27-CR-21-8228 | 2023-11-01 | MCRO_27-CR-21-8228_Finding of Incompetency and Order_2023-11-01_20240430080822.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Oct 31 2023 16:21:49 | SHA-256 | ETSI.CAdES.detached | [0 - 128009], [135015 - 200454] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-10-31-16-21-49 |
| 5 | 27-CR-21-8229 | 2023-11-01 | MCRO_27-CR-21-8229_Finding of Incompetency and Order_2023-11-01_20240430081519.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Oct 31 2023 16:21:49 | SHA-256 | ETSI.CAdES.detached | [0 - 128009], [135015 - 200454] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-10-31-16-21-49 |
| 6 | 27-CR-21-8230 | 2023-11-01 | MCRO_27-CR-21-8230_Finding of Incompetency and Order_2023-11-01_20240430081637.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Oct 31 2023 16:21:49 | SHA-256 | ETSI.CAdES.detached | [0 - 128009], [135015 - 200454] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-10-31-16-21-49 |
| 7 | 27-CR-21-8511 | 2023-11-01 | MCRO_27-CR-21-8511_Finding of Incompetency and Order_2023-11-01_20240430082010.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Oct 31 2023 16:21:49 | SHA-256 | ETSI.CAdES.detached | [0 - 128009], [135015 - 200454] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-10-31-16-21-49 |
| 8 | 27-CR-22-17300 | 2023-11-01 | MCRO_27-CR-22-17300_Finding of Incompetency and Order_2023-11-01_20240429161959.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Oct 31 2023 16:21:49 | SHA-256 | ETSI.CAdES.detached | [0 - 128009], [135015 - 200454] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-10-31-16-21-49 |
| 9 | 27-CR-23-5751 | 2023-11-01 | MCRO_27-CR-23-5751_Finding of Incompetency and Order_2023-11-01_20240430073239.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Oct 31 2023 16:21:49 | SHA-256 | ETSI.CAdES.detached | [0 - 128009], [135015 - 200454] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-10-31-16-21-49 |
| 10 | | | | | | | | | | | | | | |
| 11 | 27-CR-23-3459 | 2023-03-22 | MCRO_27-CR-23-3459_Finding of Incompetency and Order_2023-03-22_20240430072906.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Mar 22 2023 10:59:58 | SHA-256 | ETSI.CAdES.detached | [0 - 128793], [140845 - 167936] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-03-22-10-59-58 |
| 12 | 27-CR-23-3460 | 2023-03-22 | MCRO_27-CR-23-3460_Finding of Incompetency and Order_2023-03-22_20240430072943.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Mar 22 2023 10:59:58 | SHA-256 | ETSI.CAdES.detached | [0 - 128793], [140845 - 167936] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-03-22-10-59-58 |
| 13 | | | | | | | | | | | | | | |
| 14 | 27-CR-22-21925 | 2023-02-16 | MCRO_27-CR-22-21925_Finding of Incompetency and Order_2023-02-16_20240429162956.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 06:44:53 | SHA-256 | ETSI.CAdES.detached | [0 - 129303], [141355 - 168336] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-06-44-53 |
| 15 | 27-CR-22-23317 | 2023-02-16 | MCRO_27-CR-22-23317_Finding of Incompetency and Order_2023-02-16_20240429164130.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 06:44:53 | SHA-256 | ETSI.CAdES.detached | [0 - 129303], [141355 - 168336] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-06-44-53 |
| 16 | 27-CR-23-512 | 2023-02-16 | MCRO_27-CR-23-512_Finding of Incompetency and Order_2023-02-16_20240430071935.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 06:44:53 | SHA-256 | ETSI.CAdES.detached | [0 - 129303], [141355 - 168336] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-06-44-53 |
| 17 | | | | | | | | | | | | | | |
| 18 | 27-CR-21-1980 | 2023-06-01 | MCRO_27-CR-21-1980_Finding of Incompetency and Order_2023-06-01_20240430075958.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | May 31 2023 15:22:13 | SHA-256 | ETSI.CAdES.detached | [0 - 129877], [141929 - 167540] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-31-15-22-13 |
| 19 | 27-CR-21-20072 | 2023-06-01 | MCRO_27-CR-21-20072_Finding of Incompetency and Order_2023-06-01_20240430083050.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | May 31 2023 15:22:13 | SHA-256 | ETSI.CAdES.detached | [0 - 129877], [141929 - 167540] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-31-15-22-13 |
| 20 | 27-CR-21-20988 | 2023-06-01 | MCRO_27-CR-21-20988_Finding of Incompetency and Order_2023-06-01_20240430083344.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | May 31 2023 15:22:13 | SHA-256 | ETSI.CAdES.detached | [0 - 129877], [141929 - 167540] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-31-15-22-13 |
| 21 | 27-CR-21-21355 | 2023-06-01 | MCRO_27-CR-21-21355_Finding of Incompetency and Order_2023-06-01_20240430083452.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | May 31 2023 15:22:13 | SHA-256 | ETSI.CAdES.detached | [0 - 129877], [141929 - 167540] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-31-15-22-13 |
| 22 | 27-CR-21-23188 | 2023-06-01 | MCRO_27-CR-21-23188_Finding of Incompetency and Order_2023-06-01_20240430083741.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | May 31 2023 15:22:13 | SHA-256 | ETSI.CAdES.detached | [0 - 129877], [141929 - 167540] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-31-15-22-13 |
| 23 | 27-CR-22-4087 | 2023-06-01 | MCRO_27-CR-22-4087_Finding of Incompetency and Order_2023-06-01_20240429035306.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | May 31 2023 15:22:13 | SHA-256 | ETSI.CAdES.detached | [0 - 129877], [141929 - 167540] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-31-15-22-13 |
| 24 | 27-CR-22-22963 | 2023-06-01 | MCRO_27-CR-22-22963_Finding of Incompetency and Order_2023-06-01_20240429163939.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | May 31 2023 15:22:13 | SHA-256 | ETSI.CAdES.detached | [0 - 129877], [141929 - 167540] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-31-15-22-13 |
| 25 | | | | | | | | | | | | | | |
| 26 | 27-CR-18-18391 | 2024-03-20 | MCRO_27-CR-18-18391_Finding of Incompetency and Order_2024-03-20_20240430092713.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Mar 19 2024 16:07:32 | SHA-256 | ETSI.CAdES.detached | [0 - 130260], [142312 - 168743] | Not total document signed | Signature is Valid. | Certificate has Expired | 2024-03-19-16-07-32 |
| 27 | 27-CR-19-1916 | 2024-03-20 | MCRO_27-CR-19-1916_Finding of Incompetency and Order_2024-03-20_20240430091206.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Mar 19 2024 16:07:32 | SHA-256 | ETSI.CAdES.detached | [0 - 130260], [142312 - 168743] | Not total document signed | Signature is Valid. | Certificate has Expired | 2024-03-19-16-07-32 |
| 28 | 27-CR-19-3539 | 2024-03-20 | MCRO_27-CR-19-3539_Finding of Incompetency and Order_2024-03-20_20240430091319.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Mar 19 2024 16:07:32 | SHA-256 | ETSI.CAdES.detached | [0 - 130260], [142312 - 168743] | Not total document signed | Signature is Valid. | Certificate has Expired | 2024-03-19-16-07-32 |
| 29 | 27-CR-19-17539 | 2024-03-20 | MCRO_27-CR-19-17539_Finding of Incompetency and Order_2024-03-20_20240430091924.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Mar 19 2024 16:07:32 | SHA-256 | ETSI.CAdES.detached | [0 - 130260], [142312 - 168743] | Not total document signed | Signature is Valid. | Certificate has Expired | 2024-03-19-16-07-32 |
| 30 | 27-CR-21-22058 | 2024-03-20 | MCRO_27-CR-21-22058_Finding of Incompetency and Order_2024-03-20_20240430083543.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Mar 19 2024 16:07:32 | SHA-256 | ETSI.CAdES.detached | [0 - 130260], [142312 - 168743] | Not total document signed | Signature is Valid. | Certificate has Expired | 2024-03-19-16-07-32 |
| 31 | | | | | | | | | | | | | | |
| 32 | 27-CR-21-10675 | 2023-02-15 | MCRO_27-CR-21-10675_Finding of Incompetency and Order_2023-02-15_20240430082223.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 07:11:42 | SHA-256 | ETSI.CAdES.detached | [0 - 130799], [142851 - 169502] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-07-11-42 |
| 33 | 27-CR-22-3570 | 2023-02-15 | MCRO_27-CR-22-3570_Finding of Incompetency and Order_2023-02-15_20240429033102.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 07:11:42 | SHA-256 | ETSI.CAdES.detached | [0 - 130799], [142851 - 169502] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-07-11-42 |

| Index | Case Number | Filing Date | Filename | Sig Number | Signature Certificate Common Name | Signer full Distinguished Name | Signing Time | Sig Hash | Sig Type | Signed Ranges | Document | Signature Validation | Certificate Validation | Sig Time Sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 27-CR-22-3570 | 2023-02-15 | MCRO_27-CR-22-3570_Finding of Incompetency and Order_2023-02-15_20240429034620.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 07:11:42 | SHA-256 | ETSI.CAdES.detached | [0 - 130799], [142851 - 169502] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-07-11-42 |
| 35 | 27-CR-22-22521 | 2023-02-15 | MCRO_27-CR-22-22521_Finding of Incompetency and Order_2023-02-15_20240429163112.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 07:11:42 | SHA-256 | ETSI.CAdES.detached | [0 - 130799], [142851 - 169502] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-07-11-42 |
| 36 | | | | | | | | | | | | | | |
| 37 | 27-CR-19-901 | 2023-02-15 | MCRO_27-CR-19-901_Finding of Incompetency and Order_2023-02-15_20240430091100.pdf | | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 11:40:46 | SHA-256 | ETSI.CAdES.detached | [0 - 134545], [146597 - 176268] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-11-40-46 |
| 38 | 27-CR-20-13495 | 2023-02-15 | MCRO_27-CR-20-13495_Finding of Incompetency and Order_2023-02-15_20240430085918.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 11:40:46 | SHA-256 | ETSI.CAdES.detached | [0 - 134545], [146597 - 176268] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-11-40-46 |
| 39 | | | | | | | | | | | | | | |
| 40 | 27-CR-23-284 | 2023-03-22 | MCRO_27-CR-23-284_Finding of Incompetency and Order_2023-03-22_20240430071740.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Mar 22 2023 10:14:11 | SHA-256 | ETSI.CAdES.detached | [0 - 142050], [154102 - 180093] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-03-22-10-14-11 |
| 41 | 27-CR-23-3423 | 2023-03-22 | MCRO_27-CR-23-3423_Finding of Incompetency and Order_2023-03-22_20240430072821.pdf | 1 | Borer, George | CN="Borer, George",E=George.Borer@courts.state.mn.us,O=Minnesota Judicial | Mar 22 2023 10:14:11 | SHA-256 | ETSI.CAdES.detached | [0 - 142050], [154102 - 180093] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-03-22-10-14-11 |
| 42 | | | | | | | | | | | | | | |
| 43 | 27-CR-18-26530 | 2023-05-24 | MCRO_27-CR-18-26530_Finding of Incompetency and Order_2023-05-24_20240430093352.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | May 24 2023 08:11:54 | SHA-256 | ETSI.CAdES.detached | [0 - 151351], [158379 - 235752] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-24-08-11-54 |
| 44 | 27-CR-19-9270 | 2023-05-24 | MCRO_27-CR-19-9270_Finding of Incompetency and Order_2023-05-24_20240430091450.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | May 24 2023 08:11:54 | SHA-256 | ETSI.CAdES.detached | [0 - 151351], [158379 - 235752] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-24-08-11-54 |
| 45 | 27-CR-22-3553 | 2023-05-24 | MCRO_27-CR-22-3553_Finding of Incompetency and Order_2023-05-24_20240429032047.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | May 24 2023 08:11:54 | SHA-256 | ETSI.CAdES.detached | [0 - 151351], [158379 - 235752] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-24-08-11-54 |
| 46 | | | | | | | | | | | | | | |
| 47 | 27-CR-21-19723 | 2023-07-12 | MCRO_27-CR-21-19723_Finding of Incompetency and Order_2023-07-12_20240430082933.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Jul 11 2023 16:18:28 | SHA-256 | ETSI.CAdES.detached | [0 - 152283], [164347 - 221991] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-07-11-16-18-28 |
| 48 | 27-CR-21-23456 | 2023-07-12 | MCRO_27-CR-21-23456_Finding of Incompetency and Order_2023-07-12_20240430084309.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Jul 11 2023 16:18:28 | SHA-256 | ETSI.CAdES.detached | [0 - 152283], [164347 - 221991] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-07-11-16-18-28 |
| 49 | 27-CR-22-15550 | 2023-07-12 | MCRO_27-CR-22-15550_Finding of Incompetency and Order_2023-07-12_20240429161911.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Jul 11 2023 16:18:28 | SHA-256 | ETSI.CAdES.detached | [0 - 152283], [164347 - 221991] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-07-11-16-18-28 |
| 50 | | | | | | | | | | | | | | |
| 51 | 27-CR-21-23628 | 2023-02-22 | MCRO_27-CR-21-23628_Finding of Incompetency and Order_2023-02-22_20240430084620.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Feb 21 2023 15:21:13 | SHA-256 | ETSI.CAdES.detached | [0 - 155342], [162348 - 217162] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-21-15-21-13 |
| 52 | 27-CR-22-7797 | 2023-02-22 | MCRO_27-CR-22-7797_Finding of Incompetency and Order_2023-02-22_20240429040528.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Feb 21 2023 15:21:13 | SHA-256 | ETSI.CAdES.detached | [0 - 155342], [162348 - 217162] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-21-15-21-13 |
| 53 | 27-CR-22-25134 | 2023-02-22 | MCRO_27-CR-22-25134_Finding of Incompetency and Order_2023-02-22_20240429164457.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Feb 21 2023 15:21:13 | SHA-256 | ETSI.CAdES.detached | [0 - 155342], [162348 - 217162] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-21-15-21-13 |
| 54 | | | | | | | | | | | | | | |
| 55 | 27-CR-18-18391 | 2023-06-06 | MCRO_27-CR-18-18391_Finding of Incompetency and Order_2023-06-06_20240430092721.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Jun 06 2023 16:19:22 | SHA-256 | ETSI.CAdES.detached | [0 - 158789], [165817 - 235990] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-06-06-16-19-22 |
| 56 | 27-CR-19-1916 | 2023-06-06 | MCRO_27-CR-19-1916_Finding of Incompetency and Order_2023-06-06_20240430091213.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Jun 06 2023 16:19:22 | SHA-256 | ETSI.CAdES.detached | [0 - 158789], [165817 - 235990] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-06-06-16-19-22 |
| 57 | 27-CR-19-3539 | 2023-06-06 | MCRO_27-CR-19-3539_Finding of Incompetency and Order_2023-06-06_20240430091325.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Jun 06 2023 16:19:22 | SHA-256 | ETSI.CAdES.detached | [0 - 158789], [165817 - 235990] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-06-06-16-19-22 |
| 58 | 27-CR-19-17539 | 2023-06-06 | MCRO_27-CR-19-17539_Finding of Incompetency and Order_2023-06-06_20240430091932.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Jun 06 2023 16:19:22 | SHA-256 | ETSI.CAdES.detached | [0 - 158789], [165817 - 235990] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-06-06-16-19-22 |
| 59 | 27-CR-21-22058 | 2023-06-06 | MCRO_27-CR-21-22058_Finding of Incompetency and Order_2023-06-06_20240430083549.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Jun 06 2023 16:19:22 | SHA-256 | ETSI.CAdES.detached | [0 - 158789], [165817 - 235990] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-06-06-16-19-22 |
| 60 | | | | | | | | | | | | | | |
| 61 | 27-CR-21-6904 | 2023-05-02 | MCRO_27-CR-21-6904_Finding of Incompetency and Order_2023-05-02_20240430080456.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 16:14:50 | SHA-256 | ETSI.CAdES.detached | [0 - 159395], [166401 - 224216] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-16-14-50 |
| 62 | 27-CR-21-8067 | 2023-05-02 | MCRO_27-CR-21-8067_Finding of Incompetency and Order_2023-05-02_20240430080639.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 16:14:50 | SHA-256 | ETSI.CAdES.detached | [0 - 159395], [166401 - 224216] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-16-14-50 |
| 63 | 27-CR-21-8227 | 2023-05-02 | MCRO_27-CR-21-8227_Finding of Incompetency and Order_2023-05-02_20240430080732.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 16:14:50 | SHA-256 | ETSI.CAdES.detached | [0 - 159395], [166401 - 224216] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-16-14-50 |
| 64 | 27-CR-21-8228 | 2023-05-02 | MCRO_27-CR-21-8228_Finding of Incompetency and Order_2023-05-02_20240430080825.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 16:14:50 | SHA-256 | ETSI.CAdES.detached | [0 - 159395], [166401 - 224216] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-16-14-50 |
| 65 | 27-CR-21-8229 | 2023-05-02 | MCRO_27-CR-21-8229_Finding of Incompetency and Order_2023-05-02_20240430081522.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 16:14:50 | SHA-256 | ETSI.CAdES.detached | [0 - 159395], [166401 - 224216] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-16-14-50 |
| 66 | 27-CR-21-8230 | 2023-05-02 | MCRO_27-CR-21-8230_Finding of Incompetency and Order_2023-05-02_20240430081640.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 16:14:50 | SHA-256 | ETSI.CAdES.detached | [0 - 159395], [166401 - 224216] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-16-14-50 |

**EXHIBIT OMG-2 | p. 2**

| Index | Case Number | Filing Date | Filename | Sig Number | Signature Certificate Common Name | Signer full Distinguished Name | Signing Time | Sig Hash | Sig Type | Signed Ranges | Document | Signature Validation | Certificate Validation | Sig Time Sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | 27-CR-21-8511 | 2023-05-02 | MCRO_27-CR-21-8511_Finding of Incompetency and Order_2023-05-02_20240430082013.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 16:14:50 | SHA-256 | ETSI.CAdES.detached | [0 - 159395], [166401 - 224216] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-16-14-50 |
| 68 | 27-CR-22-17300 | 2023-05-02 | MCRO_27-CR-22-17300_Finding of Incompetency and Order_2023-05-02_20240429162002.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 16:14:50 | SHA-256 | ETSI.CAdES.detached | [0 - 159395], [166401 - 224216] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-16-14-50 |
| 69 | 27-CR-22-21679 | 2023-05-02 | MCRO_27-CR-22-21679_Finding of Incompetency and Order_2023-05-02_20240429162858.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 16:14:50 | SHA-256 | ETSI.CAdES.detached | [0 - 159395], [166401 - 224216] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-16-14-50 |
| 70 | 27-CR-22-24045 | 2023-05-02 | MCRO_27-CR-22-24045_Finding of Incompetency and Order_2023-05-02_20240429164219.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 16:14:50 | SHA-256 | ETSI.CAdES.detached | [0 - 159395], [166401 - 224216] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-16-14-50 |
| 71 | 27-CR-23-385 | 2023-05-02 | MCRO_27-CR-23-385_Finding of Incompetency and Order_2023-05-02_20240430071836.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 16:14:50 | SHA-256 | ETSI.CAdES.detached | [0 - 159395], [166401 - 224216] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-16-14-50 |
| 72 | 27-CR-23-5751 | 2023-05-02 | MCRO_27-CR-23-5751_Finding of Incompetency and Order_2023-05-02_20240430073242.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 16:14:50 | SHA-256 | ETSI.CAdES.detached | [0 - 159395], [166401 - 224216] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-16-14-50 |
| 73 | | | | | | | | | | | | | | |
| 74 | 27-CR-21-1980 | 2023-06-01 | MCRO_27-CR-21-1980_Finding of Incompetency and Order_2023-06-01_20240430075958.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 31 2023 15:28:36 | SHA-256 | ETSI.CAdES.detached | [0 - 167937], [174943 - 229411] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-31-15-28-36 |
| 75 | 27-CR-21-20072 | 2023-06-01 | MCRO_27-CR-21-20072_Finding of Incompetency and Order_2023-06-01_20240430083050.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 31 2023 15:28:36 | SHA-256 | ETSI.CAdES.detached | [0 - 167937], [174943 - 229411] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-31-15-28-36 |
| 76 | 27-CR-21-20988 | 2023-06-01 | MCRO_27-CR-21-20988_Finding of Incompetency and Order_2023-06-01_20240430083344.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 31 2023 15:28:36 | SHA-256 | ETSI.CAdES.detached | [0 - 167937], [174943 - 229411] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-31-15-28-36 |
| 77 | 27-CR-21-21355 | 2023-06-01 | MCRO_27-CR-21-21355_Finding of Incompetency and Order_2023-06-01_20240430083452.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 31 2023 15:28:36 | SHA-256 | ETSI.CAdES.detached | [0 - 167937], [174943 - 229411] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-31-15-28-36 |
| 78 | 27-CR-21-23188 | 2023-06-01 | MCRO_27-CR-21-23188_Finding of Incompetency and Order_2023-06-01_20240430083741.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 31 2023 15:28:36 | SHA-256 | ETSI.CAdES.detached | [0 - 167937], [174943 - 229411] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-31-15-28-36 |
| 79 | 27-CR-22-4087 | 2023-06-01 | MCRO_27-CR-22-4087_Finding of Incompetency and Order_2023-06-01_20240429035306.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 31 2023 15:28:36 | SHA-256 | ETSI.CAdES.detached | [0 - 167937], [174943 - 229411] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-31-15-28-36 |
| 80 | 27-CR-22-22963 | 2023-06-01 | MCRO_27-CR-22-22963_Finding of Incompetency and Order_2023-06-01_20240429163939.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | May 31 2023 15:28:36 | SHA-256 | ETSI.CAdES.detached | [0 - 167937], [174943 - 229411] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-31-15-28-36 |
| 81 | | | | | | | | | | | | | | |
| 82 | 27-CR-23-3459 | 2023-03-22 | MCRO_27-CR-23-3459_Finding of Incompetency and Order_2023-03-22_20240430072906.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Mar 22 2023 11:42:15 | SHA-256 | ETSI.CAdES.detached | [0 - 168333], [175339 - 231977] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-03-22-11-42-15 |
| 83 | 27-CR-23-3460 | 2023-03-22 | MCRO_27-CR-23-3460_Finding of Incompetency and Order_2023-03-22_20240430072943.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Mar 22 2023 11:42:15 | SHA-256 | ETSI.CAdES.detached | [0 - 168333], [175339 - 231977] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-03-22-11-42-15 |
| 84 | | | | | | | | | | | | | | |
| 85 | 27-CR-22-21925 | 2023-02-16 | MCRO_27-CR-22-21925_Finding of Incompetency and Order_2023-02-16_20240429162956.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 09:43:46 | SHA-256 | ETSI.CAdES.detached | [0 - 168733], [175761 - 238428] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-09-43-46 |
| 86 | 27-CR-22-23317 | 2023-02-16 | MCRO_27-CR-22-23317_Finding of Incompetency and Order_2023-02-16_20240429164130.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 09:43:46 | SHA-256 | ETSI.CAdES.detached | [0 - 168733], [175761 - 238428] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-09-43-46 |
| 87 | 27-CR-23-512 | 2023-02-16 | MCRO_27-CR-23-512_Finding of Incompetency and Order_2023-02-16_20240430071935.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 09:43:46 | SHA-256 | ETSI.CAdES.detached | [0 - 168733], [175761 - 238428] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-09-43-46 |
| 88 | | | | | | | | | | | | | | |
| 89 | 27-CR-18-18391 | 2024-03-20 | MCRO_27-CR-18-18391_Finding of Incompetency and Order_2024-03-20_20240430092713.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Mar 19 2024 16:36:10 | SHA-256 | ETSI.CAdES.detached | [0 - 169140], [176146 - 235344] | Not total document signed | Signature is Valid. | Certificate has Expired | 2024-03-19-16-36-10 |
| 90 | 27-CR-19-1916 | 2024-03-20 | MCRO_27-CR-19-1916_Finding of Incompetency and Order_2024-03-20_20240430091206.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Mar 19 2024 16:36:10 | SHA-256 | ETSI.CAdES.detached | [0 - 169140], [176146 - 235344] | Not total document signed | Signature is Valid. | Certificate has Expired | 2024-03-19-16-36-10 |
| 91 | 27-CR-19-3539 | 2024-03-20 | MCRO_27-CR-19-3539_Finding of Incompetency and Order_2024-03-20_20240430091319.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Mar 19 2024 16:36:10 | SHA-256 | ETSI.CAdES.detached | [0 - 169140], [176146 - 235344] | Not total document signed | Signature is Valid. | Certificate has Expired | 2024-03-19-16-36-10 |
| 92 | 27-CR-19-17539 | 2024-03-20 | MCRO_27-CR-19-17539_Finding of Incompetency and Order_2024-03-20_20240430091924.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Mar 19 2024 16:36:10 | SHA-256 | ETSI.CAdES.detached | [0 - 169140], [176146 - 235344] | Not total document signed | Signature is Valid. | Certificate has Expired | 2024-03-19-16-36-10 |
| 93 | 27-CR-21-22058 | 2024-03-20 | MCRO_27-CR-21-22058_Finding of Incompetency and Order_2024-03-20_20240430083543.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Mar 19 2024 16:36:10 | SHA-256 | ETSI.CAdES.detached | [0 - 169140], [176146 - 235344] | Not total document signed | Signature is Valid. | Certificate has Expired | 2024-03-19-16-36-10 |
| 94 | | | | | | | | | | | | | | |
| 95 | 27-CR-21-10675 | 2023-02-15 | MCRO_27-CR-21-10675_Finding of Incompetency and Order_2023-02-15_20240430082223.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 09:43:48 | SHA-256 | ETSI.CAdES.detached | [0 - 169899], [176927 - 235804] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-09-43-48 |
| 96 | 27-CR-22-3570 | 2023-02-15 | MCRO_27-CR-22-3570_Finding of Incompetency and Order_2023-02-15_20240429033102.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 09:43:48 | SHA-256 | ETSI.CAdES.detached | [0 - 169899], [176927 - 235804] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-09-43-48 |
| 97 | 27-CR-22-3570 | 2023-02-15 | MCRO_27-CR-22-3570_Finding of Incompetency and Order_2023-02-15_20240429034620.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 09:43:48 | SHA-256 | ETSI.CAdES.detached | [0 - 169899], [176927 - 235804] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-09-43-48 |
| 98 | 27-CR-22-22521 | 2023-02-15 | MCRO_27-CR-22-22521_Finding of Incompetency and Order_2023-02-15_20240429163112.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 09:43:48 | SHA-256 | ETSI.CAdES.detached | [0 - 169899], [176927 - 235804] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-09-43-48 |
| 99 | | | | | | | | | | | | | | |

| Index | Case Number | Filing Date | Filename | Sig Number | Signature Certificate Common Name | Signer full Distinguished Name | Signing Time | Sig Hash | Sig Type | Signed Ranges | Document | Signature Validation | Certificate Validation | Sig Time Sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 27-CR-19-901 | 2023-02-15 | MCRO_27-CR-19-901_Finding of Incompetency and Order_2023-02-15_20240430091100.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 12:00:32 | SHA-256 | ETSI.CAdES.detached | [0 - 176665], [183693 - 245270] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-12-00-32 |
| 101 | 27-CR-20-13495 | 2023-02-15 | MCRO_27-CR-20-13495_Finding of Incompetency and Order_2023-02-15_20240430085918.pdf | 2 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Feb 15 2023 12:00:32 | SHA-256 | ETSI.CAdES.detached | [0 - 176665], [183693 - 245270] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-15-12-00-32 |
| 102 | | | | | | | | | | | | | | |
| 103 | 27-CR-23-284 | 2023-03-22 | MCRO_27-CR-23-284_Finding of Incompetency and Order_2023-03-22_20240430071740.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Mar 22 2023 10:39:10 | SHA-256 | ETSI.CAdES.detached | [0 - 180491], [187497 - 241215] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-03-22-10-39-10 |
| 104 | 27-CR-23-3423 | 2023-03-22 | MCRO_27-CR-23-3423_Finding of Incompetency and Order_2023-03-22_20240430072821.pdf | 2 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Mar 22 2023 10:39:10 | SHA-256 | ETSI.CAdES.detached | [0 - 180491], [187497 - 241215] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-03-22-10-39-10 |
| 105 | | | | | | | | | | | | | | |
| 106 | 27-CR-20-6517 | 2023-03-08 | MCRO_27-CR-20-6517_Finding of Incompetency and Order_2023-03-08_20240430085208.pdf | 1 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Mar 07 2023 16:51:17 | SHA-256 | ETSI.CAdES.detached | [0 - 200479], [207507 - 268574] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-03-07-16-51-17 |
| 107 | 27-CR-21-23131 | 2023-03-08 | MCRO_27-CR-21-23131_Finding of Incompetency and Order_2023-03-08_20240430083650.pdf | 1 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Mar 07 2023 16:51:17 | SHA-256 | ETSI.CAdES.detached | [0 - 200479], [207507 - 268574] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-03-07-16-51-17 |
| 108 | 27-CR-22-24627 | 2023-03-08 | MCRO_27-CR-22-24627_Finding of Incompetency and Order_2023-03-08_20240429164355.pdf | 1 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Mar 07 2023 16:51:17 | SHA-256 | ETSI.CAdES.detached | [0 - 200479], [207507 - 268574] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-03-07-16-51-17 |
| 109 | | | | | | | | | | | | | | |
| 110 | 27-CR-22-9720 | 2024-02-02 | MCRO_27-CR-22-9720_Finding of Incompetency and Order_2024-02-02_20240429152432.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Feb 01 2024 18:42:10 | SHA-256 | ETSI.CAdES.detached | [0 - 78385], [84385 - 96347] | Not total document signed | Signature is Valid. | Certificate has Expired | 2024-02-01-18-42-10 |
| 111 | 27-CR-22-12076 | 2024-02-02 | MCRO_27-CR-22-12076_Finding of Incompetency and Order_2024-02-02_20240429153145.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Feb 01 2024 18:42:10 | SHA-256 | ETSI.CAdES.detached | [0 - 78385], [84385 - 96347] | Not total document signed | Signature is Valid. | Certificate has Expired | 2024-02-01-18-42-10 |
| 112 | 27-CR-23-17576 | 2024-02-02 | MCRO_27-CR-23-17576_Finding of Incompetency and Order_2024-02-02_20240430074616.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Feb 01 2024 18:42:10 | SHA-256 | ETSI.CAdES.detached | [0 - 78385], [84385 - 96347] | Not total document signed | Signature is Valid. | Certificate has Expired | 2024-02-01-18-42-10 |
| 113 | | | | | | | | | | | | | | |
| 114 | 27-CR-22-3377 | 2023-06-14 | MCRO_27-CR-22-3377_Finding of Incompetency and Order_2023-06-14_20240429031120.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Jun 13 2023 15:53:45 | SHA-256 | ETSI.CAdES.detached | [0 - 88529], [100593 - 155482] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-06-13-15-53-45 |
| 115 | 27-CR-22-22687 | 2023-06-14 | MCRO_27-CR-22-22687_Finding of Incompetency and Order_2023-06-14_20240429163209.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Jun 13 2023 15:53:45 | SHA-256 | ETSI.CAdES.detached | [0 - 88529], [100593 - 155482] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-06-13-15-53-45 |
| 116 | | | | | | | | | | | | | | |
| 117 | 27-CR-21-19723 | 2023-07-12 | MCRO_27-CR-21-19723_Finding of Incompetency and Order_2023-07-12_20240430082933.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | Jul 11 2023 16:02:05 | SHA-256 | ETSI.CAdES.detached | [0 - 90554], [102636 - 151885] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-07-11-16-02-05 |
| 118 | 27-CR-21-23456 | 2023-07-12 | MCRO_27-CR-21-23456_Finding of Incompetency and Order_2023-07-12_20240430084309.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | Jul 11 2023 16:02:05 | SHA-256 | ETSI.CAdES.detached | [0 - 90554], [102636 - 151885] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-07-11-16-02-05 |
| 119 | 27-CR-22-15550 | 2023-07-12 | MCRO_27-CR-22-15550_Finding of Incompetency and Order_2023-07-12_20240429161911.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | Jul 11 2023 16:02:05 | SHA-256 | ETSI.CAdES.detached | [0 - 90554], [102636 - 151885] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-07-11-16-02-05 |
| 120 | | | | | | | | | | | | | | |
| 121 | 27-CR-21-14861 | 2023-11-01 | MCRO_27-CR-21-14861_Finding of Incompetency and Order_2023-11-01_20240430082517.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Nov 01 2023 15:12:33 | SHA-256 | ETSI.CAdES.detached | [0 - 92686], [99692 - 157359] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-11-01-15-12-33 |
| 122 | 27-CR-23-20715 | 2023-11-01 | MCRO_27-CR-23-20715_Finding of Incompetency and Order_2023-11-01_20240430074856.pdf | 1 | Browne, Michael | CN="Browne, Michael",E=Michael.Browne@courts.state.mn.us,O=Minnesota Judicial | Nov 01 2023 15:12:33 | SHA-256 | ETSI.CAdES.detached | [0 - 92686], [99692 - 157359] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-11-01-15-12-33 |
| 123 | | | | | | | | | | | | | | |
| 124 | 27-CR-20-8575 | 2023-04-24 | MCRO_27-CR-20-8575_Finding of Incompetency and Order_2023-04-24_20240430085346.pdf | 1 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Apr 24 2023 14:38:21 | SHA-256 | ETSI.CAdES.detached | [0 - 92866], [104952 - 183049] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-04-24-14-38-21 |
| 125 | 27-CR-21-7676 | 2023-04-24 | MCRO_27-CR-21-7676_Finding of Incompetency and Order_2023-04-24_20240430080545.pdf | 1 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Apr 24 2023 14:38:21 | SHA-256 | ETSI.CAdES.detached | [0 - 92866], [104952 - 183049] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-04-24-14-38-21 |
| 126 | | | | | | | | | | | | | | |
| 127 | 27-CR-21-23628 | 2023-02-22 | MCRO_27-CR-21-23628_Finding of Incompetency and Order_2023-02-22_20240430084620.pdf | 2 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | Feb 21 2023 15:15:45 | SHA-256 | ETSI.CAdES.detached | [0 - 93613], [105695 - 154944] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-21-15-15-45 |
| 128 | 27-CR-22-7797 | 2023-02-22 | MCRO_27-CR-22-7797_Finding of Incompetency and Order_2023-02-22_20240429040528.pdf | 2 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | Feb 21 2023 15:15:45 | SHA-256 | ETSI.CAdES.detached | [0 - 93613], [105695 - 154944] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-21-15-15-45 |
| 129 | 27-CR-22-25134 | 2023-02-22 | MCRO_27-CR-22-25134_Finding of Incompetency and Order_2023-02-22_20240429164457.pdf | 2 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | Feb 21 2023 15:15:45 | SHA-256 | ETSI.CAdES.detached | [0 - 93613], [105695 - 154944] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-02-21-15-15-45 |
| 130 | | | | | | | | | | | | | | |
| 131 | 27-CR-18-18391 | 2023-06-06 | MCRO_27-CR-18-18391_Finding of Incompetency and Order_2023-06-06_20240430092721.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | Jun 06 2023 15:58:58 | SHA-256 | ETSI.CAdES.detached | [0 - 94580], [106662 - 158391] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-06-06-15-58-58 |
| 132 | 27-CR-19-1916 | 2023-06-06 | MCRO_27-CR-19-1916_Finding of Incompetency and Order_2023-06-06_20240430091213.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | Jun 06 2023 15:58:58 | SHA-256 | ETSI.CAdES.detached | [0 - 94580], [106662 - 158391] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-06-06-15-58-58 |

**EXHIBIT OMG-2 | p. 4**

| Index | Case Number | Filing Date | Filename | Sig Number | Signature Certificate Common Name | Signer full Distinguished Name | Signing Time | Sig Hash | Sig Type | Signed Ranges | Document | Signature Validation | Certificate Validation | Sig Time Sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | 27-CR-19-3539 | 2023-06-06 | MCRO_27-CR-19-3539_Finding of Incompetency and Order_2023-06-06_20240430091325.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | Jun 06 2023 15:58:58 | SHA-256 | ETSI.CAdES.detached | [0 - 94580], [106662 - 158391] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-06-06-15-58-58 |
| 134 | 27-CR-19-17539 | 2023-06-06 | MCRO_27-CR-19-17539_Finding of Incompetency and Order_2023-06-06_20240430091932.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | Jun 06 2023 15:58:58 | SHA-256 | ETSI.CAdES.detached | [0 - 94580], [106662 - 158391] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-06-06-15-58-58 |
| 135 | 27-CR-21-22058 | 2023-06-06 | MCRO_27-CR-21-22058_Finding of Incompetency and Order_2023-06-06_20240430083549.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | Jun 06 2023 15:58:58 | SHA-256 | ETSI.CAdES.detached | [0 - 94580], [106662 - 158391] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-06-06-15-58-58 |
| 136 | | | | | | | | | | | | | | |
| 137 | 27-CR-18-26530 | 2023-05-24 | MCRO_27-CR-18-26530_Finding of Incompetency and Order_2023-05-24_20240430093352.pdf | 1 | Skibbie, Lori | CN="Skibbie, Lori",E=Lori.Skibbie@courts.state.mn.us,O=Minnesota Judicial | May 23 2023 17:53:57 | SHA-256 | ETSI.CAdES.detached | [0 - 95498], [107550 - 150953] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-23-17-53-57 |
| 138 | 27-CR-19-9270 | 2023-05-24 | MCRO_27-CR-19-9270_Finding of Incompetency and Order_2023-05-24_20240430091450.pdf | 1 | Skibbie, Lori | CN="Skibbie, Lori",E=Lori.Skibbie@courts.state.mn.us,O=Minnesota Judicial | May 23 2023 17:53:57 | SHA-256 | ETSI.CAdES.detached | [0 - 95498], [107550 - 150953] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-23-17-53-57 |
| 139 | 27-CR-22-3553 | 2023-05-24 | MCRO_27-CR-22-3553_Finding of Incompetency and Order_2023-05-24_20240429032047.pdf | 1 | Skibbie, Lori | CN="Skibbie, Lori",E=Lori.Skibbie@courts.state.mn.us,O=Minnesota Judicial | May 23 2023 17:53:57 | SHA-256 | ETSI.CAdES.detached | [0 - 95498], [107550 - 150953] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-23-17-53-57 |
| 140 | | | | | | | | | | | | | | |
| 141 | 27-CR-22-13185 | 2023-04-13 | MCRO_27-CR-22-13185_Finding of Incompetency and Order_2023-04-13_20240429161143.pdf | 1 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Apr 13 2023 07:28:48 | SHA-256 | ETSI.CAdES.detached | [0 - 95600], [102628 - 183265] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-04-13-07-28-48 |
| 142 | 27-CR-23-5213 | 2023-04-13 | MCRO_27-CR-23-5213_Finding of Incompetency and Order_2023-04-13_20240430073156.pdf | 1 | Dayton Klein, Julia | CN="Dayton Klein, Julia",E=Julia.DaytonKlein@courts.state.mn.us,O=Minnesota Judicial | Apr 13 2023 07:28:48 | SHA-256 | ETSI.CAdES.detached | [0 - 95600], [102628 - 183265] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-04-13-07-28-48 |
| 143 | | | | | | | | | | | | | | |
| 144 | 27-CR-21-6904 | 2023-05-02 | MCRO_27-CR-21-6904_Finding of Incompetency and Order_2023-05-02_20240430080456.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 15:12:11 | SHA-256 | ETSI.CAdES.detached | [0 - 97267], [109349 - 158998] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-15-12-11 |
| 145 | 27-CR-21-8067 | 2023-05-02 | MCRO_27-CR-21-8067_Finding of Incompetency and Order_2023-05-02_20240430080639.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 15:12:11 | SHA-256 | ETSI.CAdES.detached | [0 - 97267], [109349 - 158998] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-15-12-11 |
| 146 | 27-CR-21-8227 | 2023-05-02 | MCRO_27-CR-21-8227_Finding of Incompetency and Order_2023-05-02_20240430080732.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 15:12:11 | SHA-256 | ETSI.CAdES.detached | [0 - 97267], [109349 - 158998] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-15-12-11 |
| 147 | 27-CR-21-8228 | 2023-05-02 | MCRO_27-CR-21-8228_Finding of Incompetency and Order_2023-05-02_20240430080825.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 15:12:11 | SHA-256 | ETSI.CAdES.detached | [0 - 97267], [109349 - 158998] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-15-12-11 |
| 148 | 27-CR-21-8229 | 2023-05-02 | MCRO_27-CR-21-8229_Finding of Incompetency and Order_2023-05-02_20240430081522.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 15:12:11 | SHA-256 | ETSI.CAdES.detached | [0 - 97267], [109349 - 158998] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-15-12-11 |
| 149 | 27-CR-21-8230 | 2023-05-02 | MCRO_27-CR-21-8230_Finding of Incompetency and Order_2023-05-02_20240430081640.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 15:12:11 | SHA-256 | ETSI.CAdES.detached | [0 - 97267], [109349 - 158998] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-15-12-11 |
| 150 | 27-CR-21-8511 | 2023-05-02 | MCRO_27-CR-21-8511_Finding of Incompetency and Order_2023-05-02_20240430082013.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 15:12:11 | SHA-256 | ETSI.CAdES.detached | [0 - 97267], [109349 - 158998] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-15-12-11 |
| 151 | 27-CR-22-17300 | 2023-05-02 | MCRO_27-CR-22-17300_Finding of Incompetency and Order_2023-05-02_20240429162002.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 15:12:11 | SHA-256 | ETSI.CAdES.detached | [0 - 97267], [109349 - 158998] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-15-12-11 |
| 152 | 27-CR-22-21679 | 2023-05-02 | MCRO_27-CR-22-21679_Finding of Incompetency and Order_2023-05-02_20240429162858.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 15:12:11 | SHA-256 | ETSI.CAdES.detached | [0 - 97267], [109349 - 158998] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-15-12-11 |
| 153 | 27-CR-22-24045 | 2023-05-02 | MCRO_27-CR-22-24045_Finding of Incompetency and Order_2023-05-02_20240429164219.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 15:12:11 | SHA-256 | ETSI.CAdES.detached | [0 - 97267], [109349 - 158998] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-15-12-11 |
| 154 | 27-CR-23-385 | 2023-05-02 | MCRO_27-CR-23-385_Finding of Incompetency and Order_2023-05-02_20240430071836.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 15:12:11 | SHA-256 | ETSI.CAdES.detached | [0 - 97267], [109349 - 158998] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-15-12-11 |
| 155 | 27-CR-23-5751 | 2023-05-02 | MCRO_27-CR-23-5751_Finding of Incompetency and Order_2023-05-02_20240430073242.pdf | 1 | Mercurio, Danielle | CN="Mercurio, Danielle",E=Danielle.Mercurio@courts.state.mn.us,O=Minnesota Judicial | May 02 2023 15:12:11 | SHA-256 | ETSI.CAdES.detached | [0 - 97267], [109349 - 158998] | Not total document signed | Signature is Valid. | Certificate has Expired | 2023-05-02-15-12-11 |

**EXHIBIT OMG-2 | p. 5**