# EXHIBIT OMG-3

| Index | Case_Number | Filing_Date | PDF_File | Pdf Sig Name-03 | Pdf Sig Name-02 | Pdf Sig Name-01 | Author | Company | Title | Creator | PDF_File_Hash | PDF_Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-18-18391 | 2024-03-20 | MCRO_27-CR-18-18391_Finding of Incompetency and Order_2024-03-20_20240430092713.pdf | | Browse, Michael | Boer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | e6a7dca0f21819496ccdb1711 5d6a49deea379dd40c6bdd975380149c19b878 | MnCourtFraud.com/File/MCRO_27-CR-18-18391_Finding of Incompetency and Order_2024-03-20_20240430092713.pdf.ots |
| 2 | 27-CR-18-18391 | 2023-06-06 | MCRO_27-CR-18-18391_Finding of Incompetency and Order_2023-06-06_20240430092721.pdf | | Dayton Klein, Julia | Mercurio, Danielle | barbj | | Incompetent (Felony OOC) | barbj | 0578561 2ec5b46b8e5e05aa3a1ec009982ae51 57ed8fee71bb8cb45c3ec13fb | MnCourtFraud.com/File/MCRO_27-CR-18-18391_Finding of Incompetency and Order_2023-06-06_20240430092721.pdf.ots |
| 3 | 27-CR-18-26530 | 2023-05-24 | MCRO_27-CR-18-26530_Finding of Incompetency and Order_2023-05-24_20240430093225.pdf | | Dayton Klein, Julia | Skibbie, Lori | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | d9595a6e9de76ec6f8e9928b61175c4caa3cf209c2a54b8e32a6b6c5307adeb8b | MnCourtFraud.com/File/MCRO_27-CR-18-26530_Finding of Incompetency and Order_2023-05-24_20240430093225.pdf.ots |
| 4 | 27-CR-19-901 | 2023-02-15 | MCRO_27-CR-19-901_Finding of Incompetency and Order_2023-02-15_20240430091100.pdf | | Dayton Klein, Julia | Boer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 87b20e720c10d039a9af912409ce9c3197d14f803a28b5ea905292b36557b27c | MnCourtFraud.com/File/MCRO_27-CR-19-901_Finding of Incompetency and Order_2023-02-15_20240430091100.pdf.ots |
| 5 | 27-CR-19-1916 | 2024-03-20 | MCRO_27-CR-19-1916_Finding of Incompetency and Order_2024-03-20_20240430091206.pdf | | Browse, Michael | Boer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | bd948fb921916e9c1a4e9a0add42a55b6fdb880c321a5c108fab6d42465d6aab | MnCourtFraud.com/File/MCRO_27-CR-19-1916_Finding of Incompetency and Order_2024-03-20_20240430091206.pdf.ots |
| 6 | 27-CR-19-1916 | 2023-06-06 | MCRO_27-CR-19-1916_Finding of Incompetency and Order_2023-06-06_20240430091213.pdf | | Browse, Michael | Mercurio, Danielle | barbj | | Incompetent (Felony OOC) | barbj | 97185b0b1c51af5979af71b02259cddfebd3a6d7cec702a2111cefe9b420e3d2 | MnCourtFraud.com/File/MCRO_27-CR-19-1916_Finding of Incompetency and Order_2023-06-06_20240430091213.pdf.ots |
| 7 | 27-CR-19-3539 | 2024-03-20 | MCRO_27-CR-19-3539_Finding of Incompetency and Order_2024-03-20_20240430091319.pdf | | Browse, Michael | Boer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 5862814dc354c6571c07457f87452f9c3c1a080a3bdae761c1b157790cc6f1b49 | MnCourtFraud.com/File/MCRO_27-CR-19-3539_Finding of Incompetency and Order_2024-03-20_20240430091319.pdf.ots |
| 8 | 27-CR-19-3539 | 2023-06-06 | MCRO_27-CR-19-3539_Finding of Incompetency and Order_2023-06-06_20240430091325.pdf | | Browse, Michael | Mercurio, Danielle | barbj | | Incompetent (Felony OOC) | barbj | db977df9cd6440b7fd4ae00c68858f4d0123b1b7053b928dc436889f3c37ef | MnCourtFraud.com/File/MCRO_27-CR-19-3539_Finding of Incompetency and Order_2023-06-06_20240430091325.pdf.ots |
| 9 | 27-CR-19-9270 | 2023-05-24 | MCRO_27-CR-19-9270_Finding of Incompetency and Order_2023-05-24_20240430091450.pdf | | Dayton Klein, Julia | Skibbie, Lori | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 56a8930f5b50e42fd5de6c8850909e281a0d58ee24588faf4b7484844a4b8fa | MnCourtFraud.com/File/MCRO_27-CR-19-9270_Finding of Incompetency and Order_2023-05-24_20240430091450.pdf.ots |
| 10 | 27-CR-19-17539 | 2024-03-20 | MCRO_27-CR-19-17539_Finding of Incompetency and Order_2024-03-20_20240430091924.pdf | | Browse, Michael | Boer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 84d88f5e7ef57c96daf1b72593f6eb053b90956f18a4577c891d9397b44f571 | MnCourtFraud.com/File/MCRO_27-CR-19-17539_Finding of Incompetency and Order_2024-03-20_20240430091924.pdf.ots |
| 11 | 27-CR-19-17539 | 2023-06-06 | MCRO_27-CR-19-17539_Finding of Incompetency and Order_2023-06-06_20240430091932.pdf | | Dayton Klein, Julia | Mercurio, Danielle | barbj | | Incompetent (Felony OOC) | barbj | 9aa8d42055bda801a8011b2acfb2c3699226e6e83cdd441f4c09021039035525 | MnCourtFraud.com/File/MCRO_27-CR-19-17539_Finding of Incompetency and Order_2023-06-06_20240430091932.pdf.ots |
| 12 | 27-CR-20-6517 | 2023-10-08 | MCRO_27-CR-20-6517_Finding of Incompetency and Order_2023-10-08_20240430085208.pdf | | | Dayton Klein, Julia | Boer, George | Hennepin County | Commitment Order (MI, DD) | barbj | b013759705f2a03ee6f92cebc2ed7c59b8318ddc04a53b7880ae24b1fdd3bba05 | MnCourtFraud.com/File/MCRO_27-CR-20-6517_Finding of Incompetency and Order_2023-10-08_20240430085208.pdf.ots |
| 13 | 27-CR-20-8575 | 2023-05-24 | MCRO_27-CR-20-8575_Finding of Incompetency and Order_2023-05-24_20240430085421.pdf | | | Dayton Klein, Julia | Boer, George | Hennepin County | Commitment Order (MI, DD) | barbj | efa929b651a9c9f2890f06eac37fc5933aaaaf03c40b5a6fe64fbf44c3d8f4c9cb | MnCourtFraud.com/File/MCRO_27-CR-20-8575_Finding of Incompetency and Order_2023-05-24_20240430085421.pdf.ots |
| 14 | 27-CR-20-11638 | 2023-05-24 | MCRO_27-CR-20-11638_Finding of Incompetency and Order_2023-05-24_20240430085821.pdf | | | Dayton Klein, Julia | Boer, George | Hennepin County | Commitment Order (MI, DD) | barbj | 5ee3460a3e5e4e726865845839fe6ba2f30f21cf81bd157a35bbb4b6ae8434 | MnCourtFraud.com/File/MCRO_27-CR-20-11638_Finding of Incompetency and Order_2023-05-24_20240430085821.pdf.ots |
| 15 | 27-CR-20-13495 | 2023-02-15 | MCRO_27-CR-20-13495_Finding of Incompetency and Order_2023-02-15_20240430085918.pdf | | | Dayton Klein, Julia | Boer, George | Hennepin County | Commitment Order (MI, DD) | barbj | 5eea41a01ee3c6e3f12225aa21e1b8502b8f82879cd491e9fb174f2ce70 | MnCourtFraud.com/File/MCRO_27-CR-20-13495_Finding of Incompetency and Order_2023-02-15_20240430085918.pdf.ots |
| 16 | 27-CR-20-19196 | 2023-06-01 | MCRO_27-CR-20-19196_Finding of Incompetency and Order_2023-06-01_20240430090046.pdf | | | Dayton Klein, Julia | Mercurio, Danielle | | Incompetent (Felony OOC) | barbj | f8fc2c05a9c8daf78c10ebaee41f5e587a4e6597041340141a80935768ece5ce | MnCourtFraud.com/File/MCRO_27-CR-20-19196_Finding of Incompetency and Order_2023-06-01_20240430090046.pdf.ots |
| 17 | 27-CR-20-20788 | 2024-04-26 | MCRO_27-CR-20-20788_Finding of Incompetency and Order_2024-04-26_20240430090226.pdf | | | Dayton Klein, Julia | Boer, George | Hennepin County | Commitment Order (MI, DD) | barbj | 8676e010feb1b9b4cb00737355d6e292e7821f7c4dfee0032502e1b7f93093ca1 | MnCourtFraud.com/File/MCRO_27-CR-20-20788_Finding of Incompetency and Order_2024-04-26_20240430090226.pdf.ots |
| 18 | 27-CR-20-20788 | 2024-02-12 | MCRO_27-CR-20-20788_Finding of Incompetency and Order_2024-02-12_20240430090219.pdf | | | Dayton Klein, Julia | Mercurio, Danielle | | Incompetent (Felony OOC) | barbj | 36ae6e02d22e542430fe9950e5ea702e8064839861b0b1f6e1692f4b2888b72a | MnCourtFraud.com/File/MCRO_27-CR-20-20788_Finding of Incompetency and Order_2024-02-12_20240430090219.pdf.ots |
| 19 | 27-CR-21-1171 | 2023-05-02 | MCRO_27-CR-21-1171_Finding of Incompetency and Order_2023-05-02_20240430075317.pdf | | | Dayton Klein, Julia | Boer, George | Hennepin County | Commitment Order (MI, DD) | barbj | 10b70c7bb630c38bb11a9fa40ae51ce00eb8991e71258384704a69c8eb3e6dcb | MnCourtFraud.com/File/MCRO_27-CR-21-1171_Finding of Incompetency and Order_2023-05-02_20240430075317.pdf.ots |
| 20 | 27-CR-21-1980 | 2023-04-26 | MCRO_27-CR-21-1980_Finding of Incompetency and Order_2023-04-26_20240430075958.pdf | | Mercurio, Danielle | | | Hennepin County | Commitment Order (MI, DD) | barbj | dbcc00b7a69b5a5130343f7ce13e90a836367cf569c7 c9b178e6515fdc43320baf35 | MnCourtFraud.com/File/MCRO_27-CR-21-1980_Finding of Incompetency and Order_2023-04-26_20240430075958.pdf.ots |
| 21 | 27-CR-21-6710 | 2024-04-26 | MCRO_27-CR-21-6710_Finding of Incompetency and Order_2024-04-26_20240430080352.pdf | | Browse, Michael | Boer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | b1212c98fcd295f424ba190052141f04c2c275872a182a778477e190b98528b4a | MnCourtFraud.com/File/MCRO_27-CR-21-6710_Finding of Incompetency and Order_2024-04-26_20240430080352.pdf.ots |
| 22 | 27-CR-21-6904 | 2023-07-17 | MCRO_27-CR-21-6904_Finding of Incompetency and Order_2023-07-17_20240430080854.pdf | | Browse, Michael | Mercurio, Danielle | barbj | | Incompetent (Felony IC) | barbj | 82ca4e4eef67e5841c6d388f9c66796932a451f83c7d50e5d0c261d61d79e7 | MnCourtFraud.com/File/MCRO_27-CR-21-6904_Finding of Incompetency and Order_2023-07-17_20240430080854.pdf.ots |
| 23 | 27-CR-21-6904 | 2023-05-03 | MCRO_27-CR-21-6904_Finding of Incompetency and Order_2023-05-03_20240430080415.pdf | | | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | c4e4c2727072f00031811c6e6a68380106099061511a250af8f4f8c2f0b5d860 | MnCourtFraud.com/File/MCRO_27-CR-21-6904_Finding of Incompetency and Order_2023-05-03_20240430080415.pdf.ots |
| 24 | 27-CR-21-7676 | 2023-04-24 | MCRO_27-CR-21-7676_Finding of Incompetency and Order_2023-04-24_20240430080545.pdf | | | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 84d4a2806d106304681fbb4e1e2de3f46bc1dd506f7de9170e015ad711d46e947 | MnCourtFraud.com/File/MCRO_27-CR-21-7676_Finding of Incompetency and Order_2023-04-24_20240430080545.pdf.ots |
| 25 | 27-CR-21-8067 | 2023-05-02 | MCRO_27-CR-21-8067_Finding of Incompetency and Order_2023-05-02_20240430080639.pdf | | Browse, Michael | Mercurio, Danielle | barbj | | Incompetent (Felony IC) | barbj | 6abfe64c4011430d4b4889c34088554b44406d3aae0d0a3d417775f83d2c | MnCourtFraud.com/File/MCRO_27-CR-21-8067_Finding of Incompetency and Order_2023-05-02_20240430080639.pdf.ots |
| 26 | 27-CR-21-8067 | 2023-01-04 | MCRO_27-CR-21-8067_Finding of Incompetency and Order_2023-01-04_20240430080705.pdf | | | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | a50f63d5b86f90c438815f6716f52ae9459e9c1 d5910a16cfa7ca34ee0b7ab2a51 | MnCourtFraud.com/File/MCRO_27-CR-21-8067_Finding of Incompetency and Order_2023-01-04_20240430080705.pdf.ots |
| 27 | 27-CR-21-8227 | 2023-05-02 | MCRO_27-CR-21-8227_Finding of Incompetency and Order_2023-05-02_20240430080732.pdf | | Browse, Michael | Mercurio, Danielle | barbj | | Incompetent (Felony IC) | barbj | 1a4b6 baad37621ff9115b5e968f3160439d2857b382882217f9eab5838333daf9ac | MnCourtFraud.com/File/MCRO_27-CR-21-8227_Finding of Incompetency and Order_2023-05-02_20240430080732.pdf.ots |
| 28 | 27-CR-21-8227 | 2023-11-01 | MCRO_27-CR-21-8227_Finding of Incompetency and Order_2023-11-01_20240430080729.pdf | | | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 7e9cc69a7b76cb7c507c3ac4a00391f9232c4d61639bd2578f9f285a6f7685a | MnCourtFraud.com/File/MCRO_27-CR-21-8227_Finding of Incompetency and Order_2023-11-01_20240430080729.pdf.ots |
| 29 | 27-CR-21-8228 | 2023-05-02 | MCRO_27-CR-21-8228_Finding of Incompetency and Order_2023-05-02_20240430080909.pdf | | Browse, Michael | Mercurio, Danielle | barbj | | Incompetent (Felony IC) | barbj | 2377c67d465206a6f481867071695eee9d5eed8ce0c2c3755a1a66601d0963d | MnCourtFraud.com/File/MCRO_27-CR-21-8228_Finding of Incompetency and Order_2023-05-02_20240430080909.pdf.ots |
| 30 | 27-CR-21-8228 | 2023-11-01 | MCRO_27-CR-21-8228_Finding of Incompetency and Order_2023-11-01_20240430080932.pdf | | | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 396dee721d7564686f10c5ba2d38e96577a84274365736905f0e5f5f3836214fb7 | MnCourtFraud.com/File/MCRO_27-CR-21-8228_Finding of Incompetency and Order_2023-11-01_20240430080932.pdf.ots |
| 31 | 27-CR-21-8229 | 2023-05-02 | MCRO_27-CR-21-8229_Finding of Incompetency and Order_2023-05-02_20240430081522.pdf | | Browse, Michael | Mercurio, Danielle | barbj | | Incompetent (Felony IC) | barbj | 685b718867ad746a6eea6b393fdb9070379474f5ac25105238b65c67c4a40819091c | MnCourtFraud.com/File/MCRO_27-CR-21-8229_Finding of Incompetency and Order_2023-05-02_20240430081522.pdf.ots |
| 32 | 27-CR-21-8229 | 2023-11-01 | MCRO_27-CR-21-8229_Finding of Incompetency and Order_2023-11-01_20240430081519.pdf | | | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 230ab2d0c198276a4edf1c9d3452 1a100df9e4b89cbaf0f4bd7ee97c53870a80 | MnCourtFraud.com/File/MCRO_27-CR-21-8229_Finding of Incompetency and Order_2023-11-01_20240430081519.pdf.ots |
| 33 | 27-CR-21-8230 | 2023-05-02 | MCRO_27-CR-21-8230_Finding of Incompetency and Order_2023-05-02_20240430081640.pdf | | Browse, Michael | Mercurio, Danielle | barbj | | Incompetent (Felony IC) | barbj | bf9c4c123671928e3bac49fa2f1aa91b3ba51f49be4498d42 35ea21f4ce52ffc | MnCourtFraud.com/File/MCRO_27-CR-21-8230_Finding of Incompetency and Order_2023-05-02_20240430081640.pdf.ots |

| Index | Case_Number | Filing_Date | PDF_File | Pdf Sig Name-03 | Pdf Sig Name-02 | Pdf Sig Name-01 | Author | Company | Title | Creator | PDF_File_Hash | PDF_Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 27-CR-21-8230 | 2023-11-01 | MCRO_27-CR-21-8230_Finding of Incompetency and Order_2023-11-01_20240430081637.pdf | | | Browse, Michael | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | def36b792c7a0ca56eac28c31b1936f4cc7ea0b6d26b529313d613309c364466a | MnCourtFraud.com/File/MCRO_27-CR-21-8230_Finding of Incompetency and Order_2023-11-01_20240430081637.pdf.otsn.ots |
| 35 | 27-CR-21-8511 | 2023-05-02 | MCRO_27-CR-21-8511_Finding of Incompetency and Order_2023-05-02_20240430082013.pdf | | Browse, Michael | Mercurio, Danielle | barbj | Hennepin County | Incompetent (Felony IC) | barbj | 8591615ddb652bc2f59baa4ace35ce305fd74d03db9a27d1d8836a3b59552a568 | MnCourtFraud.com/File/MCRO_27-CR-21-8511_Finding of Incompetency and Order_2023-05-02_20240430082013.pdf.ots |
| 36 | 27-CR-21-8511 | 2023-11-01 | MCRO_27-CR-21-8511_Finding of Incompetency and Order_2023-11-01_20240430081538.pdf | | | Browse, Michael | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | d404f5a6bca0b2eb1db511d4434ba5bbda69cbfc0dfdd83c4164906e5c250119388 | MnCourtFraud.com/File/MCRO_27-CR-21-8511_Finding of Incompetency and Order_2023-11-01_20240430081538.pdf.ots |
| 37 | 27-CR-21-10675 | 2023-02-15 | MCRO_27-CR-21-10675_Finding of Incompetency and Order_2023-02-15_20240430082223.pdf | | Dayton Klein, Julia | Borer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | aa6c780f9f7333ef2466ba4a1500e3605a867125fbab505972533f9c6c7406902 | MnCourtFraud.com/File/MCRO_27-CR-21-10675_Finding of Incompetency and Order_2023-02-15_20240430082223.pdf.ots |
| 38 | 27-CR-21-14861 | 2023-11-01 | MCRO_27-CR-21-14861_Finding of Incompetency and Order_2023-11-01_20240430082517.pdf | | | Browse, Michael | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 813f8d48a8308ab0e12ef2a5d0b3ff68a642734324ab135c6ff91c327bd5573f | MnCourtFraud.com/File/MCRO_27-CR-21-14861_Finding of Incompetency and Order_2023-11-01_20240430082517.pdf.ots |
| 39 | 27-CR-21-19723 | 2023-07-12 | MCRO_27-CR-21-19723_Finding of Incompetency and Order_2023-07-12_20240430083519.pdf | | | Browse, Michael | Borer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 7dd967549e7bcfd19623a165e120680c40aaa9d60d468d430eb698ea70ef32b5 | MnCourtFraud.com/File/MCRO_27-CR-21-19723_Finding of Incompetency and Order_2023-07-12_20240430083519.pdf.ots |
| 40 | 27-CR-21-20072 | 2023-06-01 | MCRO_27-CR-21-20072_Finding of Incompetency and Order_2023-06-01_20240430083050.pdf | | | Browse, Michael | Borer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 72cd7936fa9228192c45dc720c428f928e33ef48a4b0e4902c019bddaed26e | MnCourtFraud.com/File/MCRO_27-CR-21-20072_Finding of Incompetency and Order_2023-06-01_20240430083050.pdf.ots |
| 41 | 27-CR-21-20988 | 2023-06-01 | MCRO_27-CR-21-20988_Finding of Incompetency and Order_2023-06-01_20240430083443.pdf | | | Browse, Michael | Borer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | e34cab948bdac2ceff7d800bf7e24026239f519534c5e698dc86a760337bf9a | MnCourtFraud.com/File/MCRO_27-CR-21-20988_Finding of Incompetency and Order_2023-06-01_20240430083443.pdf.ots |
| 42 | 27-CR-21-21355 | 2023-06-01 | MCRO_27-CR-21-21355_Finding of Incompetency and Order_2023-06-01_20240430083452.pdf | | | Browse, Michael | Borer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 4c4ee56f8448200907862f71b508df026ab563ce3ff9987be6a615030ba4ab0c1ac | MnCourtFraud.com/File/MCRO_27-CR-21-21355_Finding of Incompetency and Order_2023-06-01_20240430083452.pdf.ots |
| 43 | 27-CR-21-22058 | 2024-03-20 | MCRO_27-CR-21-22058_Finding of Incompetency and Order_2024-03-20_20240430083543.pdf | | | Browse, Michael | Borer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 65e2eb2a7a640071316192149960d98a2b6c845efc1a8eaf39c77b8aa60f0e22b | MnCourtFraud.com/File/MCRO_27-CR-21-22058_Finding of Incompetency and Order_2024-03-20_20240430083543.pdf.ots |
| 44 | 27-CR-21-22058 | 2023-06-06 | MCRO_27-CR-21-22058_Finding of Incompetency and Order_2023-06-06_20240430083549.pdf | | Dayton Klein, Julia | Mercurio, Danielle | barbj | Hennepin County | Incompetent (Felony OOC) | barbj | 2f5aef41459a16027a4c847491132c00c0fbaf5e3487ce682b1cad639e6c62f07 | MnCourtFraud.com/File/MCRO_27-CR-21-22058_Finding of Incompetency and Order_2023-06-06_20240430083549.pdf.ots |
| 45 | 27-CR-21-23131 | 2023-03-08 | MCRO_27-CR-21-23131_Finding of Incompetency and Order_2023-03-08_20240430083650.pdf | | | Dayton Klein, Julia | Borer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 37a3c6dfb2c80f8dd7dc53090d317d3bab6c64d46e9c9595b38bc36c515514d | MnCourtFraud.com/File/MCRO_27-CR-21-23131_Finding of Incompetency and Order_2023-03-08_20240430083650.pdf.ots |
| 46 | 27-CR-21-23188 | 2023-06-01 | MCRO_27-CR-21-23188_Finding of Incompetency and Order_2023-06-01_20240430083741.pdf | | | Browse, Michael | Borer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 9436d4d2615f49d4a7742d1757e0a84db6b26f009adb8b2e5dfb01f69de376bfd | MnCourtFraud.com/File/MCRO_27-CR-21-23188_Finding of Incompetency and Order_2023-06-01_20240430083741.pdf.ots |
| 47 | 27-CR-21-23456 | 2023-07-12 | MCRO_27-CR-21-23456_Finding of Incompetency and Order_2023-07-12_20240430084309.pdf | | Browse, Michael | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 3c1ea746c74a4a606ce777dae12ec5445384496ff92e05ff9401236fa4ea49aa5 | MnCourtFraud.com/File/MCRO_27-CR-21-23456_Finding of Incompetency and Order_2023-07-12_20240430084309.pdf.ots |
| 48 | 27-CR-22-23628 | 2023-02-22 | MCRO_27-CR-22-23628_Finding of Incompetency and Order_2023-02-22_20240430084620.pdf | | Mercurio, Danielle | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 9e15c6a046911544322f2073d041f08d3a1ff92647c9131da09b9773f1649d5ad | MnCourtFraud.com/File/MCRO_27-CR-22-23628_Finding of Incompetency and Order_2023-02-22_20240430084620.pdf.ots |
| 49 | 27-CR-22-3377 | 2023-06-14 | MCRO_27-CR-22-3377_Finding of Incompetency and Order_2023-06-14_20240429031120.pdf | | | Browse, Michael | Borer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 2272617446585b5a7a07433aede1dd11a6c042f02858f572e306ac144268f5d7 | MnCourtFraud.com/File/MCRO_27-CR-22-3377_Finding of Incompetency and Order_2023-06-14_20240429031120.pdf.ots |
| 50 | 27-CR-22-3553 | 2023-02-24 | MCRO_27-CR-22-3553_Finding of Incompetency and Order_2023-05-24_20240429032047.pdf | | Dayton Klein, Julia | Skibbie, Lori | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 6e548860553a16aef1f91732ec7b006851cede4e888b0f52051144067f8 | MnCourtFraud.com/File/MCRO_27-CR-22-3553_Finding of Incompetency and Order_2023-05-24_20240429032047.pdf.ots |
| 51 | 27-CR-22-3570 | 2023-02-15 | MCRO_27-CR-22-3570_Finding of Incompetency and Order_2023-02-15_20240429033102.pdf | | | Browse, Michael | Borer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 8ab9798db1a4c36cf0d420017c2ee26e0e6c1c52016a767f30f3d5999271 | MnCourtFraud.com/File/MCRO_27-CR-22-3570_Finding of Incompetency and Order_2023-02-15_20240429033102.pdf.ots |
| 52 | 27-CR-22-4087 | 2023-06-05 | MCRO_27-CR-22-4087_Finding of Incompetency and Order_2023-06-05_20240429034620.pdf | | Browse, Michael | Borer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 9052938f2beb766d6e71c0686dc51130d5d190c5627695036e789a3f3514fb32 | MnCourtFraud.com/File/MCRO_27-CR-22-4087_Finding of Incompetency and Order_2023-06-05_20240429034620.pdf.ots |
| 53 | 27-CR-22-4087 | 2024-02-06 | MCRO_27-CR-22-4087_Finding of Incompetency and Order_2024-02-06_20240429034920.pdf | | Browse, Michael | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | c287bdc193273e9d41952b62ef787e983067150b42c228f6cc440b4423a84db07 | MnCourtFraud.com/File/MCRO_27-CR-22-4087_Finding of Incompetency and Order_2024-02-06_20240429034920.pdf.ots |
| 54 | 27-CR-22-7797 | 2023-02-22 | MCRO_27-CR-22-7797_Finding of Incompetency and Order_2023-02-22_20240429040528.pdf | | Mercurio, Danielle | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 4cbb2ce0b5326bbc9a91a7e5b312c2153dafaab0170b9d85725cce442d4d0b1 | MnCourtFraud.com/File/MCRO_27-CR-22-7797_Finding of Incompetency and Order_2023-02-22_20240429040528.pdf.ots |
| 55 | 27-CR-22-9720 | 2024-02-02 | MCRO_27-CR-22-9720_Finding of Incompetency and Order_2024-02-02_20240429152432.pdf | | | Browse, Michael | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | b9bba4d46ef2e023488937c41a6539f9e982d2f44a57b8006eec961d1dad7c7 | MnCourtFraud.com/File/MCRO_27-CR-22-9720_Finding of Incompetency and Order_2024-02-02_20240429152432.pdf.ots |
| 56 | 27-CR-22-10646 | 2023-11-28 | MCRO_27-CR-22-10646_Finding of Incompetency and Order_2023-11-28_20240429153348.pdf | | Browse, Michael | Mercurio, Danielle | barbj | Hennepin County | Commitment Order (Felony OOC) | barbj | a352b10be639f77db1d848739e9b48334fe60fa717ff352bb110db6d92aeb4828b1 | MnCourtFraud.com/File/MCRO_27-CR-22-10646_Finding of Incompetency and Order_2023-11-28_20240429153348.pdf.ots |
| 57 | 27-CR-22-12076 | 2024-02-02 | MCRO_27-CR-22-12076_Finding of Incompetency and Order_2024-02-02_20240429153145.pdf | | | Browse, Michael | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | edeed6aeeadad2872bd28bf90e4ef1c6cf7a34fcf465ea0d476b7bc55f15f7083c | MnCourtFraud.com/File/MCRO_27-CR-22-12076_Finding of Incompetency and Order_2024-02-02_20240429153145.pdf.ots |
| 58 | 27-CR-22-13185 | 2023-04-13 | MCRO_27-CR-22-13185_Finding of Incompetency and Order_2023-04-13_20240429161143.pdf | | | Dayton Klein, Julia | Borer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | e6fa1484b883533145ea656e33ed8fb5af8d40bb795408be848ab803b8e | MnCourtFraud.com/File/MCRO_27-CR-22-13185_Finding of Incompetency and Order_2023-04-13_20240429161143.pdf.ots |
| 59 | 27-CR-22-13941 | 2023-05-10 | MCRO_27-CR-22-13941_Finding of Incompetency and Order_2023-05-10_20240429161312.pdf | | Browse, Michael | Mercurio, Danielle | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | f716d2d4e3b25ecd2b7917a4e792ea12d956a94d24e44145b58fcd3a8abf1 | MnCourtFraud.com/File/MCRO_27-CR-22-13941_Finding of Incompetency and Order_2023-05-10_20240429161312.pdf.ots |
| 60 | 27-CR-22-15550 | 2023-07-12 | MCRO_27-CR-22-15550_Finding of Incompetency and Order_2023-07-12_20240429161911.pdf | | Browse, Michael | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 54c0a94f8713bc1d34c6cfaf7f636f593fedd0e9a2a62626bf2034a2aab2befde7 | MnCourtFraud.com/File/MCRO_27-CR-22-15550_Finding of Incompetency and Order_2023-07-12_20240429161911.pdf.ots |
| 61 | 27-CR-22-17300 | 2023-05-02 | MCRO_27-CR-22-17300_Finding of Incompetency and Order_2023-05-02_20240429162002.pdf | | Browse, Michael | Mercurio, Danielle | barbj | Hennepin County | Incompetent (Felony IC) | barbj | b37262c61e0d06558a58f2f9eebd134563716f91f4d0f8f8d016f1ba39d35475 | MnCourtFraud.com/File/MCRO_27-CR-22-17300_Finding of Incompetency and Order_2023-05-02_20240429162002.pdf.ots |
| 62 | 27-CR-22-17300 | 2023-11-01 | MCRO_27-CR-22-17300_Finding of Incompetency and Order_2023-11-01_20240429161959.pdf | | | Browse, Michael | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 08d1670a8b2e4b12225328068f789f8e460314d736628c2ef06066a3bd5a079c | MnCourtFraud.com/File/MCRO_27-CR-22-17300_Finding of Incompetency and Order_2023-11-01_20240429161959.pdf.ots |
| 63 | 27-CR-22-18209 | 2024-01-24 | MCRO_27-CR-22-18209_Finding of Incompetency and Order_2024-01-24_20240429162103.pdf | | | Browse, Michael | Browse, Michael | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 61f3d9f02cd9af08a7613126939f7eb8377b0fd23495fbe75e0b2b3c0b5f3d5 | MnCourtFraud.com/File/MCRO_27-CR-22-18209_Finding of Incompetency and Order_2024-01-24_20240429162103.pdf.ots |
| 64 | 27-CR-22-18789 | 2023-03-15 | MCRO_27-CR-22-18789_Finding of Incompetency and Order_2023-03-15_20240429162251.pdf | | Dayton Klein, Julia | Skibbie, Lori | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 9eed921608305a73dcdd67c6a2357a0465397ea43ac36a960807886eee093aa | MnCourtFraud.com/File/MCRO_27-CR-22-18789_Finding of Incompetency and Order_2023-03-15_20240429162251.pdf.ots |
| 65 | 27-CR-22-18938 | 2023-03-01 | MCRO_27-CR-22-18938_Finding of Incompetency and Order_2023-03-01_20240429162443.pdf | | Browse, Michael | Mercurio, Danielle | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 3f4419b00c3e51211fff8fefac68b9368bdbf71a3a6c086a5047cf1edd29e1bd3 | MnCourtFraud.com/File/MCRO_27-CR-22-18938_Finding of Incompetency and Order_2023-03-01_20240429162443.pdf.ots |
| 66 | 27-CR-22-19036 | 2024-03-11 | MCRO_27-CR-22-19036_Finding of Incompetency and Order_2024-03-11_20240429162538.pdf | | Browse, Michael | Mercurio, Danielle | barbj | Hennepin County | Incompetent (Felony OOC) | barbj | e0688a9d6fd467cf1af089d22dc0b61e4f58e8d9add6c875c14e5514bc4bb3 | MnCourtFraud.com/File/MCRO_27-CR-22-19036_Finding of Incompetency and Order_2024-03-11_20240429162538.pdf.ots |

| Index | Case_Number | Filing_Date | PDF_File | Pdf Sig Name-03 | Pdf Sig Name-02 | Pdf Sig Name-01 | Author | Company | Title | Creator | PDF_File_Hash | PDF_Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | 27-CR-22-19036 | 2023-06-21 | MCRO_27-CR-22-19036_Finding of Incompetency and Order_2023-06-21_20240429162550.pdf | | | Dayton Klein, Julia | | | Commitment Order (MI, DD) | barbj | 9eeacaa66a6576663eadfaef2d218349d6320bad5a09fec01ac9b31ff3b26e9 | MnCourtFraud.com/File/MCRO_27-CR-22-19036_Finding of Incompetency and Order_2023-06-21_20240429162550.pdf.ots |
| 68 | 27-CR-22-21679 | 2023-05-02 | MCRO_27-CR-22-21679_Finding of Incompetency and Order_2023-05-02_20240429163058.pdf | | | Browne, Michael | Biorr, George | Hennepin County | Incompetent (Felony IC) | barbj | 77d353ace3675e3655bd180815f6d98f9da0de642deaf4faa7009b563314146 | MnCourtFraud.com/File/MCRO_27-CR-22-21679_Finding of Incompetency and Order_2023-05-02_20240429163058.pdf.ots |
| 69 | 27-CR-22-21925 | 2023-02-16 | MCRO_27-CR-22-21925_Finding of Incompetency and Order_2023-02-16_20240429165646.pdf | | | Dayton Klein, Julia | Biorr, George | Hennepin County | Commitment Order (MI, DD) | barbj | a09cfb083845e35231d44203cc2d5fcdc96b16e011ee682f5818a309433492d | MnCourtFraud.com/File/MCRO_27-CR-22-21925_Finding of Incompetency and Order_2023-02-16_20240429165646.pdf.ots |
| 70 | 27-CR-22-22687 | 2023-06-14 | MCRO_27-CR-22-22687_Finding of Incompetency and Order_2023-06-14_20240429163309.pdf | | | Browne, Michael | Biorr, George | Hennepin County | Commitment Order (MI, DD) | barbj | c975fd77e5a7c3fec104b891c33f650490b8df1930053b7523ffb8165ede3f7 | MnCourtFraud.com/File/MCRO_27-CR-22-22687_Finding of Incompetency and Order_2023-06-14_20240429163309.pdf.ots |
| 71 | 27-CR-22-22963 | 2023-06-01 | MCRO_27-CR-22-22963_Finding of Incompetency and Order_2023-06-01_20240429163938.pdf | | | Browne, Michael | Biorr, George | Hennepin County | Commitment Order (MI, DD) | barbj | f29bf93673e4aac6d6e6e73103200ba057d5285548f9ee22ee65235483bd685c | MnCourtFraud.com/File/MCRO_27-CR-22-22963_Finding of Incompetency and Order_2023-06-01_20240429163938.pdf.ots |
| 72 | 27-CR-22-22963 | 2023-06-01 | MCRO_27-CR-22-22963_Finding of Incompetency and Order_2023-06-01_20240429164130.pdf | | | Dayton Klein, Julia | Biorr, George | Hennepin County | Commitment Order (MI, DD) | barbj | 2cdee6bc528997c9dbe26dafc4b47061ce38d7f7e0e31e9c1b54f0225aa01f6 | MnCourtFraud.com/File/MCRO_27-CR-22-22963_Finding of Incompetency and Order_2023-06-01_20240429164130.pdf.ots |
| 73 | 27-CR-22-23317 | 2023-06-21 | MCRO_27-CR-22-23317_Finding of Incompetency and Order_2023-06-21_20240429164130.pdf | | | Dayton Klein, Julia | | | Commitment Order (MI, DD) | barbj | 7ce28dd416971099584f70514c22529b397d652456c001e4e13b33f1417e79d9c | MnCourtFraud.com/File/MCRO_27-CR-22-23317_Finding of Incompetency and Order_2023-06-21_20240429164130.pdf.ots |
| 74 | 27-CR-22-23317 | 2023-06-21 | MCRO_27-CR-22-23317_Finding of Incompetency and Order_2023-06-21_20240429164545.pdf | | | Dayton Klein, Julia | Biorr, George | Hennepin County | Incompetent (Felony IC) | barbj | 0b5b8c0de05f2529c5631d170f3c66a69b27ded6 | MnCourtFraud.com/File/MCRO_27-CR-22-23317_Finding of Incompetency and Order_2023-06-21_20240429164545.pdf.ots |
| 75 | 27-CR-22-24045 | 2023-05-02 | MCRO_27-CR-22-24045_Finding of Incompetency and Order_2023-05-02_20240429164615.pdf | | | Browne, Michael | | | Incompetent (Felony IC) | barbj | 5fbdcce9b899b858195a6e0e943d5fa54d2f2e736317d17007da6ad9b27de6 | MnCourtFraud.com/File/MCRO_27-CR-22-24045_Finding of Incompetency and Order_2023-05-02_20240429164615.pdf.ots |
| 76 | 27-CR-22-24627 | 2023-03-08 | MCRO_27-CR-22-24627_Finding of Incompetency and Order_2023-03-08_20240429164355.pdf | | | Dayton Klein, Julia | | | Commitment Order (MI, DD) | barbj | 6bf76adbf23a20beb09e275ecb3e5c5c6cce4f26839313f1ee63f60bf85 | MnCourtFraud.com/File/MCRO_27-CR-22-24627_Finding of Incompetency and Order_2023-03-08_20240429164355.pdf.ots |
| 77 | 27-CR-23-284 | 2023-03-22 | MCRO_27-CR-23-284_Finding of Incompetency and Order_2023-03-22_20240430071740.pdf | | | Mercurio, Danielle | | | Incompetent (Gross Mis IC) | barbj | c2b1efab1f9cfc006dea321a7488343c600215580056437f02f9afc9230dabb | MnCourtFraud.com/File/MCRO_27-CR-23-284_Finding of Incompetency and Order_2023-03-22_20240430071740.pdf.ots |
| 78 | 27-CR-23-284 | 2023-03-22 | MCRO_27-CR-23-284_Finding of Incompetency and Order_2023-03-22_20240430071816.pdf | | | Dayton Klein, Julia | | | Incompetent (Felony IC) | barbj | 97f3e1e6401b2b7db3857b46374b1005f7ea907047b653989118a1642db7f748 | MnCourtFraud.com/File/MCRO_27-CR-23-284_Finding of Incompetency and Order_2023-03-22_20240430071816.pdf.ots |
| 79 | 27-CR-23-385 | 2023-03-15 | MCRO_27-CR-23-385_Finding of Incompetency and Order_2023-03-15_20240430071836.pdf | | | Dayton Klein, Julia | | | Incompetent (Felony IC) | barbj | 69eee13b27283ee4ab2f3fca4da65d1eff43986c1a684b0c10f4441d27d88 | MnCourtFraud.com/File/MCRO_27-CR-23-385_Finding of Incompetency and Order_2023-03-15_20240430071836.pdf.ots |
| 80 | 27-CR-23-512 | 2023-02-16 | MCRO_27-CR-23-512_Finding of Incompetency and Order_2023-02-16_20240430071935.pdf | | | Dayton Klein, Julia | | | Commitment Order (MI, DD) | barbj | c7efc88871e56574cd2d1a362a7d5a8deee68938866a2fdcc8607d744eda4 | MnCourtFraud.com/File/MCRO_27-CR-23-512_Finding of Incompetency and Order_2023-02-16_20240430071935.pdf.ots |
| 81 | 27-CR-23-1101 | 2023-08-30 | MCRO_27-CR-23-1101_Finding of Incompetency and Order_2023-08-30_20240430072129.pdf | ESolutions Development Certificate Authority | | Browne, Michael | Danielle C. Mercurio | Hewlett-Packard Company | Commitment (All Powers; Unlimited Duration) | Danielle C. Mercurio | 71306d61cec36cfe56277f208f1caf84432a23c9c1cbc2d3c9c61ccab8d6ef4b | MnCourtFraud.com/File/MCRO_27-CR-23-1101_Finding of Incompetency and Order_2023-08-30_20240430072129.pdf.ots |
| 82 | 27-CR-23-1886 | 2023-01-17 | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-01-17_20240430072362.pdf | | | Mercurio, Danielle | | | Commitment Order (MI, DD) | barbj | d1c60e5543f8c33a153f6621d797a1ae079faa65f6502d425e64e51040ef16d | MnCourtFraud.com/File/MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-01-17_20240430072362.pdf.ots |
| 83 | 27-CR-23-1886 | 2023-04-04 | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-04-04_20240430072631.pdf | | | Browne, Michael | | | Commitment Order (MI, DD) | barbj | f8b0e50c5334d848cc53198c47906cac4c685a7428f8e6156d7b6306cab2a96 | MnCourtFraud.com/File/MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-04-04_20240430072631.pdf.ots |
| 84 | 27-CR-23-2480 | 2023-03-08 | MCRO_27-CR-23-2480_Finding of Incompetency and Order_2023-03-08_20240430072640.pdf | | | Browne, Michael | | | Commitment Order (MI, DD) | barbj | 0b9e90454f3f6dba743c9383d2269b7eced172150bac087 de0ea1e42fa18b0931 | MnCourtFraud.com/File/MCRO_27-CR-23-2480_Finding of Incompetency and Order_2023-03-08_20240430072640.pdf.ots |
| 85 | 27-CR-23-2480 | 2023-03-08 | MCRO_27-CR-23-2480_Finding of Incompetency and Order_2023-03-08_20240430072741.pdf | | | Browne, Michael | | | Incompetent (Felony IC) | barbj | 461d1d13b16b2d3373905bf6ef2af6e287d1c15ecf6a8c3e02 f0f3aee58544b5 | MnCourtFraud.com/File/MCRO_27-CR-23-2480_Finding of Incompetency and Order_2023-03-08_20240430072741.pdf.ots |
| 86 | 27-CR-23-3198 | 2023-12-06 | MCRO_27-CR-23-3198_Finding of Incompetency and Order_2023-12-06_20240430072732.pdf | ESolutions Development Certificate Authority | | Skibbie, Lori | Apker, MB; Apker, MB | | Commitment Order (MI, DD) | [ 'Apker, MB', 'Apker', 'MB' ] | 1445e9b8eea0b554ec3ca34abbd647166edfda65cf1c853 4dd45acec18d4 | MnCourtFraud.com/File/MCRO_27-CR-23-3198_Finding of Incompetency and Order_2023-12-06_20240430072732.pdf.ots |
| 87 | 27-CR-23-3423 | 2023-03-22 | MCRO_27-CR-23-3423_Finding of Incompetency and Order_2023-03-22_20240430072821.pdf | | | Browne, Michael | | | Incompetent (Gross Mis IC) | barbj | fcf3bad7b44d5e2aebf6dafc9f2f7ac99f58bedb4b1aead429c4c05ec150d1 | MnCourtFraud.com/File/MCRO_27-CR-23-3423_Finding of Incompetency and Order_2023-03-22_20240430072821.pdf.ots |
| 88 | 27-CR-23-3459 | 2023-03-22 | MCRO_27-CR-23-3459_Finding of Incompetency and Order_2023-03-22_20240430072906.pdf | | | Browne, Michael | | | Commitment Order (MI, DD) | barbj | a56a45d8810bf3b4816458ac2b97e04fa1c2c984213 1ec5708b6440277265f | MnCourtFraud.com/File/MCRO_27-CR-23-3459_Finding of Incompetency and Order_2023-03-22_20240430072906.pdf.ots |
| 89 | 27-CR-23-3460 | 2023-03-22 | MCRO_27-CR-23-3460_Finding of Incompetency and Order_2023-03-22_20240430072943.pdf | | | Browne, Michael | | | Incompetent (Felony IC) | barbj | 89253c145d4c7dcf89fea6ce9c6c6c50b904442fe09080c2b0d4 6c5cd71c05c6339b31fd0c | MnCourtFraud.com/File/MCRO_27-CR-23-3460_Finding of Incompetency and Order_2023-03-22_20240430072943.pdf.ots |
| 90 | 27-CR-23-3496 | 2023-03-22 | MCRO_27-CR-23-3496_Finding of Incompetency and Order_2023-03-22_20240430073021.pdf | | | Browne, Michael | | | Incompetent (Felony IC) | barbj | 883dcdfeaed89078433a468f9001a6966fddbb7433dbc3a07a81d686cc5c3dac | MnCourtFraud.com/File/MCRO_27-CR-23-3496_Finding of Incompetency and Order_2023-03-22_20240430073021.pdf.ots |
| 91 | 27-CR-23-3751 | 2023-01-11 | MCRO_27-CR-23-3751_Finding of Incompetency and Order_2023-01-11_20240430073230.pdf | | | Mercurio, Danielle | | | Commitment Order (MI, DD) | barbj | e25dedfb7103b222d0684310fbecc5663cfda4a36510706b38a17f11d5f3ccb | MnCourtFraud.com/File/MCRO_27-CR-23-3751_Finding of Incompetency and Order_2023-01-11_20240430073230.pdf.ots |
| 92 | 27-CR-23-3751 | 2023-01-11 | MCRO_27-CR-23-3751_Finding of Incompetency and Order_2023-01-11_20240430073242.pdf | | | Browne, Michael | | | Commitment Order (MI, DD) | barbj | 7c17915e47dbfb5cbcbf8c77bdc8e3aef5c6e06b4807a40f0801a1f61308dd625884 | MnCourtFraud.com/File/MCRO_27-CR-23-3751_Finding of Incompetency and Order_2023-01-11_20240430073242.pdf.ots |
| 93 | 27-CR-23-3751 | 2023-01-11 | MCRO_27-CR-23-3751_Finding of Incompetency and Order_2023-01-11_20240430073239.pdf | | | Browne, Michael | | | Commitment Order (MI, DD) | barbj | 98f3c3f8f6a10e61117664a2e39dd8ed3ad76813649b7cd8baf36df8a844e7d | MnCourtFraud.com/File/MCRO_27-CR-23-3751_Finding of Incompetency and Order_2023-01-11_20240430073239.pdf.ots |
| 94 | 27-CR-23-8560 | 2023-06-01 | MCRO_27-CR-23-8560_Finding of Incompetency and Order_2023-06-01_20240430073449.pdf | | | Browne, Michael | | | Commitment Order (MI, DD) | barbj | 7c2e18a48384e5 f6805 8c304ffd17052bc05f8b2ed49f2833b80aad33dc56908 | MnCourtFraud.com/File/MCRO_27-CR-23-8560_Finding of Incompetency and Order_2023-06-01_20240430073449.pdf.ots |
| 95 | 27-CR-23-12360 | 2023-07-26 | MCRO_27-CR-23-12360_Finding of Incompetency and Order_2023-07-26_20240430073932.pdf | | | Browne, Michael | | | Commitment Order (MI, DD) | barbj | 0b77d56a58d273faf42dfe2f6ce2dc5a26c44a89b2c77cafeb0064062e15 0a00 | MnCourtFraud.com/File/MCRO_27-CR-23-12360_Finding of Incompetency and Order_2023-07-26_20240430073932.pdf.ots |
| 96 | 27-CR-23-13960 | 2023-08-24 | MCRO_27-CR-23-13960_Finding of Incompetency and Order_2023-08-24_20240430074057.pdf | | | Browne, Michael | | | Commitment Order (MI, DD) | barbj | ef540f3094803b0635 1edede4d6c5bfbec76e9c02c80e230c1eb62d08460e33 | MnCourtFraud.com/File/MCRO_27-CR-23-13960_Finding of Incompetency and Order_2023-08-24_20240430074057.pdf.ots |
| 97 | 27-CR-23-16281 | 2023-11-01 | MCRO_27-CR-23-16281_Finding of Incompetency and Order_2023-11-01_20240430074130.pdf | | | Browne, Michael | Browne, Michael | Hennepin County | Commitment Order (MI, DD) | barbj | 94f8e4ba3b10b98 1207 3ee1b16f8f8ecc9ebb14a18fc4a84d4c5a72fd5513bbc | MnCourtFraud.com/File/MCRO_27-CR-23-16281_Finding of Incompetency and Order_2023-11-01_20240430074130.pdf.ots |
| 98 | 27-CR-23-17576 | 2023-02-02 | MCRO_27-CR-23-17576_Finding of Incompetency and Order_2023-02-02_20240430074616.pdf | | | Browne, Michael | Browne, Michael | Hennepin County | Commitment Order (MI, DD) | barbj | 5bab12421e9ad78fca7e99ba195d1afe0347562 dacd31912b8bf7495d9a069fc | MnCourtFraud.com/File/MCRO_27-CR-23-17576_Finding of Incompetency and Order_2023-02-02_20240430074616.pdf.ots |
| 99 | 27-CR-23-18964 | 2023-10-18 | MCRO_27-CR-23-18964_Finding of Incompetency and Order_2023-10-18_20240430074822.pdf | | | Anderson, Jamie | Biorr, George | Hennepin County | Commitment Order (MI, DD) | barbj | 4fa7f9725be12303129b946d0692159415b31df6b8c5463614a60b9927acae5feb | MnCourtFraud.com/File/MCRO_27-CR-23-18964_Finding of Incompetency and Order_2023-10-18_20240430074822.pdf.ots |

| Index | Case_Number | Filing_Date | PDF_File | Pdf Sig Name-03 | Pdf Sig Name-02 | Pdf Sig Name-01 | Author | Company | Title | Creator | PDF_File_Hash | PDF_Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 27-CR-23-20715 | 2023-11-01 | MCRO_27-CR-23-20715_Finding of Incompetency and Order_2023-11-01_20240430074856.pdf | | | Browne, Michael | barbj | | Commitment Order (MI, DD) | barbj | 9d5e1b8707011f5d647827c3835ae63ac708d958972ceb29f545f6c3197bf400 | MnCourtFraud.com/File/MCRO_27-CR-23-20715_Finding of Incompetency and Order_2023-11-01_20240430074856.pdf.ons |
| 101 | 27-CR-23-21403 | 2024-04-26 | MCRO_27-CR-23-21403_Finding of Incompetency and Order_2024-04-26_20240430074932.pdf | | | Browne, Michael | barbj | | Incompetent (Gross Mis OOC) | barbj | 246b11ee00401646a60310b9f37283cbddfd1940378b15a61a291779d5a781ec | MnCourtFraud.com/File/MCRO_27-CR-23-21403_Finding of Incompetency and Order_2024-04-26_20240430074932.pdf.ons |
| 102 | 27-CR-23-21653 | 2023-11-15 | MCRO_27-CR-23-21653_Finding of Incompetency and Order_2023-11-15_20240430075012.pdf | | Browne, Michael | Skibbie, Lori | barbj | | Commitment Order (MI, DD) | barbj | 6dc08e93eabfc78ff073b85355f8f45d5ef3439198bb91030ab2b106d515640 | MnCourtFraud.com/File/MCRO_27-CR-23-21653_Finding of Incompetency and Order_2023-11-15_20240430075012.pdf.ons |
| 103 | 27-CR-23-24219 | 2023-11-22 | MCRO_27-CR-23-24219_Finding of Incompetency and Order_2023-11-22_20240430075048.pdf | | Browne, Michael | Borer, George | barbj | Hennepin County | Commitment Order (MI, DD) | barbj | 5f21705715129480413617b4b3ed8c32fcd1e9e517717371ccb8f9e345c056527 | MnCourtFraud.com/File/MCRO_27-CR-23-24219_Finding of Incompetency and Order_2023-11-22_20240430075048.pdf.ons |

4

**EXHIBIT OMG-3 | p. 4**