# EXHIBIT MCR-2

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-12-27**
MCRO_27-CR-17-1555_Correspondence for Judicial Approval_2022-12-27_20240430093546.pdf
File Hash: 10d5bdaa40bd818ad5bf7b1bdbaadfdfe42329f58a68b1d8f6eb0a10902796a5
Page: 1 of 2

27-CR-17-1555

Filed in District Court
State of Minnesota
12/27/2022 12:10 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

December 27, 2022

The Honorable Presiding Judge of Hennepin County
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Adrian Wesley*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-17-1555, 27-CR-17-8342; 27-CR-17-22909

Dear Judge of Hennepin County,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on 8/9/21, and they were subsequently civilly committed.

The DHS Forensic Evaluation Department, on behalf of DHS, the entity to which Defendant is committed, will be providing subd. 7 competency evaluation services in this matter.[1] Dr. Gregory Hanson is assigned to conduct this evaluation. In order to provide a comprehensive evaluation, Dr. Hanson will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow Dr. Hanson access to treatment records absent a court order. Defendant's treatment records are relevant to Dr. Hanson's review and evaluation and will assist him in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,

Amanda Burg

Amanda Burg, Court Liaison, Forensic Mental Health Program
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN 56082
Phone: 507-985-2659

[1] DHS notes that although it is providing competency evaluation services in this matter, it is not a party to this proceeding and has not consented to be a party to this proceeding.

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-12-27**
MCRO_27-CR-17-8342_Correspondence for Judicial Approval_2022-12-27_20240430093640.pdf
File Hash: 6e7d1e2474be118b926b9180d526a3fc4b1c1358b6ae1aad4db7900391c7455d
Page: 1 of 2

27-CR-17-8342

Filed in District Court
State of Minnesota
12/27/2022 12:13 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

December 27, 2022

The Honorable Presiding Judge of Hennepin County
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Adrian Wesley*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-17-1555, 27-CR-17-8342; 27-CR-17-22909

Dear Judge of Hennepin County,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on 8/9/21, and they were subsequently civilly committed.

The DHS Forensic Evaluation Department, on behalf of DHS, the entity to which Defendant is committed, will be providing subd. 7 competency evaluation services in this matter.[1] Dr. Gregory Hanson is assigned to conduct this evaluation. In order to provide a comprehensive evaluation, Dr. Hanson will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow Dr. Hanson access to treatment records absent a court order. Defendant's treatment records are relevant to Dr. Hanson's review and evaluation and will assist him in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,

Amanda Burg

Amanda Burg, Court Liaison, Forensic Mental Health Program
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN 56082
Phone: 507-985-2659

[1] DHS notes that although it is providing competency evaluation services in this matter, it is not a party to this proceeding and has not consented to be a party to this proceeding.

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-12-27**
MCRO_27-CR-17-22909_Correspondence for Judicial Approval_2022-12-27_20240430093723.pdf
File Hash: 0141d19af27cf23017a8694c9c8652b20c2c5d394282b2065f6fcbafac432068
Page: 1 of 2

27-CR-17-22909

Filed in District Court
State of Minnesota
12/27/2022 12:15 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

December 27, 2022

The Honorable Presiding Judge of Hennepin County
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Adrian Wesley*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-17-1555, 27-CR-17-8342; 27-CR-17-22909

Dear Judge of Hennepin County,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on 8/9/21, and they were subsequently civilly committed.

The DHS Forensic Evaluation Department, on behalf of DHS, the entity to which Defendant is committed, will be providing subd. 7 competency evaluation services in this matter.[1] Dr. Gregory Hanson is assigned to conduct this evaluation. In order to provide a comprehensive evaluation, Dr. Hanson will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow Dr. Hanson access to treatment records absent a court order. Defendant's treatment records are relevant to Dr. Hanson's review and evaluation and will assist him in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,

Amanda Burg

Amanda Burg, Court Liaison, Forensic Mental Health Program
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN 56082
Phone: 507-985-2659

[1] DHS notes that although it is providing competency evaluation services in this matter, it is not a party to this proceeding and has not consented to be a party to this proceeding.

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-12-27**
MCRO_27-CR-17-1555_Correspondence for Judicial Approval_2022-12-27_20240430093546.pdf
File Hash: 10d5bdaa40bd818ad5bf7b1bdbaadfdfe42329f58a68b1d8f6eb0a10902796a5
Page: 2 of 2

Filed in District Court
State of Minnesota
12/27/2022 12:10 PM

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-12-27**
MCRO_27-CR-17-8342_Correspondence for Judicial Approval_2022-12-27_20240430093640.pdf
File Hash: 6e7d1e2474be118b926b9180d526a3fc4b1c1358b6ae1aad4db7900391c7455d
Page: 2 of 2

Filed in District Court
State of Minnesota
12/27/2022 12:13 PM

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-12-27**
MCRO_27-CR-17-22909_Correspondence for Judicial Approval_2022-12-27_20240430093723.pdf
File Hash: 0141d19af27cf23017a8694c9c8652b20c2c5d394282b2065f6fcbafac432068
Page: 2 of 2

Filed in District Court
State of Minnesota
12/27/2022 12:15 PM

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-18-18391**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2020-06-04**
MCRO_27-CR-18-18391_Correspondence for Judicial Approval_2020-06-04_20240430092750.pdf
File Hash: e096f0cbdac45923a4d4b3f5858f26597283142ae814f73cf8465363b78a6570
Page: 1 of 2

27-CR-18-18391

Filed in District Court
State of Minnesota
6/4/2020 1:17 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

June 4, 2020

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
300 S 6th St
Minneapolis, MN 55487

RE: *State v. Aesha Ibrahim Osman*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-19-3539, 27-CR-19-1916, 27-CR-19-17539, 27-CR-18-18391

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on February 26, 2019, and she was subsequently civilly committed. Minnesota Rule of Criminal Procedure 20.01, subd. 7, provides in part that the head of the institution to which a defendant is committed must report to the court periodically, not less than six months, on the defendant's mental condition with an opinion as to competency to proceed.

The DHS Forensic Evaluation Department, on behalf of DHS and the head of the institution to which Defendant is committed, will be conducting the subd. 7 competency evaluation in this matter. Dr. Kristin Matson is assigned to conduct this evaluation. In order to provide a comprehensive evaluation, Dr. Matson will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow Dr. Matson access to treatment records absent a court order. Defendant's treatment records are relevant to Dr. Matson's review and evaluation and will assist her in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,

Amanda Burg, Court Liaison, Forensic Mental Health Program
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN 56082
Phone: 507-933-5020

**Case No. 27-CR-18-18391**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-07-14**
MCRO_27-CR-18-18391_Correspondence for Judicial Approval_2022-07-14_20240430092732.pdf
File Hash: 6daac86331fc513fe9095ca26b70b9d92bc7950963aa1044b2c62819cae217f9
Page: 1 of 2

27-CR-18-18391

Filed in District Court
State of Minnesota
7/14/2022 10:49 AM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

July 14, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Aesha Ibrahim Osman*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-18-18391; 27-CR-19-1916; 27-CR-19-3539; 27-CR-19-17539;

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding continuing competency evaluations for the Defendant in the above-referenced case(s). The Defendant was found incompetent to participate in their defense under Minnesota Rule of Criminal Procedure 20.01 on 9/1/2021, and they were subsequently civilly committed.

As announced in our notice to the Court on June 1, 2022, please be advised that the DHS Forensic Evaluation Department is able to conduct future competency evaluation(s) under Rule 20.01, subd. 7 in this matter. Costs for future continuing competency evaluations completed by the DHS Forensic Evaluation Department under Rule 20.01 would be charged to the Court pursuant to Minn. Stat. § 480.182 (4).

<u>If the Court would like the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, please appoint the DHS Forensic Evaluation Department to do so in the accompanying proposed order within 10 days from the date of this letter.</u>[1] The prompt issuance of an order appointing the DHS Forensic Evaluation Department will allow the agency to allocate resources appropriately for future evaluations. Please note that the DHS Forensic Evaluation Department will not conduct continuing competency evaluations in this matter absent an order appointing it to do so, even if the Defendant remains under civil commitment.

Accompanying this letter is an order wherein the Court can appoint the DHS Forensic Evaluation Department to conduct the next continuing competency evaluation (meaning, a single competency evaluation under Rule 20.01, subd. 7), or ongoing continuing competency evaluations (meaning, until the Defendant is found competent, the Defendant is no longer under civil commitment, or upon further action by DHS or the Court).

[1] Although DHS is not a party to the Defendant's criminal proceedings and has not consented to be a party, DHS is offering to provide examination services to the Court in the Defendant's criminal proceedings.

1

**Case No. 27-CR-18-19274**
State of MN vs IFRAH ABDULL HASSAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2021-01-25**
MCRO_27-CR-18-19274_Correspondence for Judicial Approval_2021-01-25_20240430093052.pdf
File Hash: b8f3db24978238ce240b6cf17136c0e6be49816be75b445e242968201b0dfdf3
Page: 1 of 2

27-CR-18-19274

Filed in District Court
State of Minnesota
1/25/2021 12:39 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

January 25, 2021

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County Government Center
300 South 6th Street
Minneapolis, MN 55487

RE: *State v. Ifrah Abdullahi Hassan*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-18-19274; 27-CR-20-423

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on February 18, 2020. Minnesota Rule of Criminal Procedure 20.01, subd. 7, provides in part that the head of the institution to which a defendant is committed must report to the court periodically, not less than six months, on the defendant's mental condition with an opinion as to competency to proceed.

The DHS Forensic Evaluation Department, on behalf of DHS and the head of the institution to which Defendant is committed, will be conducting the subd. 7 competency evaluation in this matter. Dr. Stephanie Bruss is assigned to conduct this evaluation. In order to provide a comprehensive evaluation, Dr. Bruss will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow Dr. Bruss access to treatment records absent a court order. Defendant's treatment records are relevant to Dr. Bruss's review and evaluation and will assist her in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,

Amanda Burg, Court Liaison, Forensic Mental Health Program
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN 56082
Phone: 507-933-5020

**Case No. 27-CR-18-18391**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2020-06-04**
MCRO_27-CR-18-18391_Correspondence for Judicial Approval_2020-06-04_20240430092750.pdf
File Hash: e096f0cbdac45923a4d4b3f5858f26597283142ae814f73cf8465363b78a6570
Page: 2 of 2

27-CR-18-18391

Filed in District Court
State of Minnesota
6/4/2020 1:17 PM

Copies: Hennepin County Court Administration
Elizabeth Rae Smith, Assistant Hennepin County Attorney
Kathryn Luisa Hansel, Counsel for Aesha Ibrahim Osman

**Case No. 27-CR-18-18391**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-07-14**
MCRO_27-CR-18-18391_Correspondence for Judicial Approval_2022-07-14_20240430092732.pdf
File Hash: 6daac86331fc513fe9095ca26b70b9d92bc7950963aa1044b2c62819cae217f9
Page: 2 of 2

27-CR-18-18391

Filed in District Court
State of Minnesota
7/14/2022 10:49 AM

Thank you for your attention to this correspondence. Please feel free to reach out to me with any questions you may have.

Sincerely,

Amanda Burg

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
100 Freeman Drive
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

2

**Case No. 27-CR-18-19274**
State of MN vs IFRAH ABDULL HASSAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2021-01-25**
MCRO_27-CR-18-19274_Correspondence for Judicial Approval_2021-01-25_20240430093052.pdf
File Hash: b8f3db24978238ce240b6cf17136c0e6be49816be75b445e242968201b0dfdf3
Page: 2 of 2

27-CR-18-19274

Filed in District Court
State of Minnesota
1/25/2021 12:39 PM

Copies: Hennepin County Court Administration
Andrew Johnson, Assistant Hennepin County Attorney
Lisa Skrzeczkoski, Counsel for Ifrah Hassan

**Case No. 27-CR-19-1916**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2020-06-04**
MCRO_27-CR-19-1916_Correspondence for Judicial Approval_2020-06-04_20240430091240.pdf
File Hash: 46012d505f6222a57fa0fd9bdf1ff09adeb45895a7c89a5fdb7335d4eddbdd14
Page: 1 of 2

27-CR-19-1916

Filed in District Court
State of Minnesota
6/4/2020 1:09 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

June 4, 2020

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
300 S 6th St
Minneapolis, MN 55487

RE: *State v. Aesha Ibrahim Osman*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-19-3539, 27-CR-19-1916, 27-CR-19-17539, 27-CR-18-18391

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on February 26, 2019, and she was subsequently civilly committed. Minnesota Rule of Criminal Procedure 20.01, subd. 7, provides in part that the head of the institution to which a defendant is committed must report to the court periodically, not less than six months, on the defendant's mental condition with an opinion as to competency to proceed.

The DHS Forensic Evaluation Department, on behalf of DHS and the head of the institution to which Defendant is committed, will be conducting the subd. 7 competency evaluation in this matter. Dr. Kristin Matson is assigned to conduct this evaluation. In order to provide a comprehensive evaluation, Dr. Matson will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow Dr. Matson access to treatment records absent a court order. Defendant's treatment records are relevant to Dr. Matson's review and evaluation and will assist her in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,

[signature]

Amanda Burg, Court Liaison, Forensic Mental Health Program
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN 56082
Phone: 507-933-5020

**Case No. 27-CR-19-1916**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-07-14**
MCRO_27-CR-19-1916_Correspondence for Judicial Approval_2022-07-14_20240430091224.pdf
File Hash: 6d464e607d713038c7d72cbf0e3ab9af4fb2925317b6fb4c35e7cad3c7728123
Page: 1 of 2

27-CR-19-1916

Filed in District Court
State of Minnesota
7/14/2022 10:51 AM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

July 14, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Aesha Ibrahim Osman*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-18-18391; 27-CR-19-1916; 27-CR-19-3539; 27-CR-19-17539;

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding continuing competency evaluations for the Defendant in the above-referenced case(s). The Defendant was found incompetent to participate in their defense under Minnesota Rule of Criminal Procedure 20.01 on 9/1/2021, and they were subsequently civilly committed.

As announced in our notice to the Court on June 1, 2022, please be advised that the DHS Forensic Evaluation Department is able to conduct future competency evaluation(s) under Rule 20.01, subd. 7 in this matter. Costs for future continuing competency evaluations completed by the DHS Forensic Evaluation Department under Rule 20.01 would be charged to the Court pursuant to Minn. Stat. § 480.182 (4).

If the Court would like the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, please appoint the DHS Forensic Evaluation Department to do so in the accompanying proposed order within 10 days from the date of this letter.[1] The prompt issuance of an order appointing the DHS Forensic Evaluation Department will allow the agency to allocate resources appropriately for future evaluations. Please note that the DHS Forensic Evaluation Department will not conduct continuing competency evaluations in this matter absent an order appointing it to do so, even if the Defendant remains under civil commitment.

Accompanying this letter is an order wherein the Court can appoint the DHS Forensic Evaluation Department to conduct the next continuing competency evaluation (meaning, a single competency evaluation under Rule 20.01, subd. 7), or ongoing continuing competency evaluations (meaning, until the Defendant is found competent, the Defendant is no longer under civil commitment, or upon further action by DHS or the Court).

[1] Although DHS is not a party to the Defendant's criminal proceedings and has not consented to be a party, DHS is offering to provide examination services to the Court in the Defendant's criminal proceedings.

1

**Case No. 27-CR-19-3539**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2020-06-04**
MCRO_27-CR-19-3539_Correspondence for Judicial Approval_2020-06-04_20240430091351.pdf
File Hash: 8cf88fdd32ee2d756c3ad5e9bf6d21805fe666ea62e1b902bf7cb868328deb8a
Page: 1 of 2

27-CR-19-3539

Filed in District Court
State of Minnesota
6/4/2020 1:06 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

June 4, 2020

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
300 S 6th St
Minneapolis, MN 55487

RE: *State v. Aesha Ibrahim Osman*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-19-3539, 27-CR-19-1916, 27-CR-19-17539, 27-CR-18-18391

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on February 26, 2019, and she was subsequently civilly committed. Minnesota Rule of Criminal Procedure 20.01, subd. 7, provides in part that the head of the institution to which a defendant is committed must report to the court periodically, not less than six months, on the defendant's mental condition with an opinion as to competency to proceed.

The DHS Forensic Evaluation Department, on behalf of DHS and the head of the institution to which Defendant is committed, will be conducting the subd. 7 competency evaluation in this matter. Dr. Kristin Matson is assigned to conduct this evaluation. In order to provide a comprehensive evaluation, Dr. Matson will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow Dr. Matson access to treatment records absent a court order. Defendant's treatment records are relevant to Dr. Matson's review and evaluation and will assist her in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,

[signature]

Amanda Burg, Court Liaison, Forensic Mental Health Program
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN 56082
Phone: 507-933-5020

**Case No. 27-CR-19-1916**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2020-06-04**
MCRO_27-CR-19-1916_Correspondence for Judicial Approval_2020-06-04_20240430091240.pdf
File Hash: 46012d505f6222a57fa0fd9bdf1ff09adeb45895a7c89a5fdb7335d4eddbdd14
Page: 2 of 2

27-CR-19-1916

Filed in District Court
State of Minnesota
6/4/2020 1:09 PM

Copies: Hennepin County Court Administration
Elizabeth Rae Smith, Assistant Hennepin County Attorney
Kathryn Luisa Hansel, Counsel for Aesha Ibrahim Osman

**Case No. 27-CR-19-1916**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-07-14**
MCRO_27-CR-19-1916_Correspondence for Judicial Approval_2022-07-14_20240430091224.pdf
File Hash: 6d464e607d713038c7d72cbf0e3ab9af4fb2925317b6fb4c35e7cad3c7728123
Page: 2 of 2

27-CR-19-1916

Filed in District Court
State of Minnesota
7/14/2022 10:51 AM

Thank you for your attention to this correspondence. Please feel free to reach out to me with any questions you may have.

Sincerely,

Amanda Burg

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
100 Freeman Drive
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

2

**Case No. 27-CR-19-3539**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2020-06-04**
MCRO_27-CR-19-3539_Correspondence for Judicial Approval_2020-06-04_20240430091351.pdf
File Hash: 8cf88fdd32ee2d756c3ad5e9bf6d21805fe666ea62e1b902bf7cb868328deb8a
Page: 2 of 2

27-CR-19-3539

Filed in District Court
State of Minnesota
6/4/2020 1:06 PM

Copies: Hennepin County Court Administration
Elizabeth Rae Smith, Assistant Hennepin County Attorney
Kathryn Luisa Hansel, Counsel for Aesha Ibrahim Osman

**Case No. 27-CR-19-3539**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-07-14**
MCRO_27-CR-19-3539_Correspondence for Judicial Approval_2022-07-14_20240430091335.pdf
File Hash: c61b6c5f1d3b3457774c89a28f95228185feea3a08cabd68bf574e1f726a745d
Page: 1 of 2

27-CR-19-3539

Filed in District Court
State of Minnesota
7/14/2022 10:54 AM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

July 14, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Aesha Ibrahim Osman*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-18-18391; 27-CR-19-1916; 27-CR-19-3539; 27-CR-19-17539;

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding continuing competency evaluations for the Defendant in the above-referenced case(s). The Defendant was found incompetent to participate in their defense under Minnesota Rule of Criminal Procedure 20.01 on 9/1/2021, and they were subsequently civilly committed.

As announced in our notice to the Court on June 1, 2022, please be advised that the DHS Forensic Evaluation Department is able to conduct future competency evaluation(s) under Rule 20.01, subd. 7 in this matter. Costs for future continuing competency evaluations completed by the DHS Forensic Evaluation Department under Rule 20.01 would be charged to the Court pursuant to Minn. Stat. § 480.182 (4).

If the Court would like the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, please appoint the DHS Forensic Evaluation Department to do so in the accompanying proposed order within 10 days from the date of this letter.[1] The prompt issuance of an order appointing the DHS Forensic Evaluation Department will allow the agency to allocate resources appropriately for future evaluations. Please note that the DHS Forensic Evaluation Department will not conduct continuing competency evaluations in this matter absent an order appointing it to do so, even if the Defendant remains under civil commitment.

Accompanying this letter is an order wherein the Court can appoint the DHS Forensic Evaluation Department to conduct the next continuing competency evaluation (meaning, a single competency evaluation under Rule 20.01, subd. 7), or ongoing continuing competency evaluations (meaning, until the Defendant is found competent, the Defendant is no longer under civil commitment, or upon further action by DHS or the Court).

[1] Although DHS is not a party to the Defendant's criminal proceedings and has not consented to be a party, DHS is offering to provide examination services to the Court in the Defendant's criminal proceedings.

1

**Case No. 27-CR-19-12466**
State of MN vs TERRELL JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-11-07**
MCRO_27-CR-19-12466_Correspondence for Judicial Approval_2022-11-07_20240430091822.pdf
File Hash: ea60cffd98eb6323adf7b3bffcfcba14d9c06239cb42a90e479e8f22a9979ece
Page: 1 of 2

27-CR-19-12466

Filed in District Court
State of Minnesota
11/7/2022 1:37 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

November 7, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Johnson, Terrell Dannie*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-19-12466, 27-CR-19-19606, 27-CR-20-8926, 27-CR-20-20037, 27-CR-21-19552, 27-CR-21-23233, 27-CR-22-1165, 27-CR-22-390, 27-CR-21-21578; 27-CR-22-1187; 27-CR-22-5745; 27-CR-22-4898

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding continuing competency evaluations for the Defendant in the above-referenced case(s). The Defendant was found incompetent to participate in their defense under Minnesota Rule of Criminal Procedure 20.01 and they are civilly committed.

Please be advised that the DHS Forensic Evaluation Department is able to conduct future competency evaluation(s) under Rule 20.01, subd. 7 in this matter. Costs for future continuing competency evaluations completed by the DHS Forensic Evaluation Department under Rule 20.01 would be charged to the Court pursuant to Minn. Stat. § 480.182 (4).

If the Court would like the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, please appoint the DHS Forensic Evaluation Department to do so in the accompanying proposed order within 10 days from the date of this letter.[1] The prompt issuance of an order appointing the DHS Forensic Evaluation Department will allow the agency to allocate resources appropriately for future evaluations. Please note that the DHS Forensic Evaluation Department will not conduct continuing competency evaluations in this matter absent an order appointing it to do so, even if the Defendant remains under civil commitment.

Please also note that if the Court appoints the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, the assigned Forensic Examiner will need to review records relating to treatment and services the Defendant has received and/or is receiving. The Defendant's treatment and service records are relevant to the Forensic Examiner's review and evaluation and will assist them in providing a more comprehensive opinion regarding the Defendant's current mental condition and

[1] Although DHS is not a party to the Defendant's criminal proceedings and has not consented to be a party, DHS is offering to provide examination services to the Court in the Defendant's criminal proceedings.

1

**Case No. 27-CR-19-17539**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2020-06-04**
MCRO_27-CR-19-17539_Correspondence for Judicial Approval_2020-06-04_20240430091958.pdf
File Hash: 8105c88f108df5805e418421621dd38ffe907dd9cb9650c9c6145162ef8dcdbd
Page: 1 of 2

27-CR-19-17539

Filed in District Court
State of Minnesota
6/4/2020 1:14 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

June 4, 2020

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
300 S 6th St
Minneapolis, MN 55487

RE: *State v. Aesha Ibrahim Osman*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-19-3539, 27-CR-19-1916, 27-CR-19-17539, 27-CR-18-18391

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on February 26, 2019, and she was subsequently civilly committed. Minnesota Rule of Criminal Procedure 20.01, subd. 7, provides in part that the head of the institution to which a defendant is committed must report to the court periodically, not less than six months, on the defendant's mental condition with an opinion as to competency to proceed.

The DHS Forensic Evaluation Department, on behalf of DHS and the head of the institution to which Defendant is committed, will be conducting the subd. 7 competency evaluation in this matter. Dr. Kristin Matson is assigned to conduct this evaluation. In order to provide a comprehensive evaluation, Dr. Matson will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow Dr. Matson access to treatment records absent a court order. Defendant's treatment records are relevant to Dr. Matson's review and evaluation and will assist her in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,

Amanda Burg

Amanda Burg, Court Liaison, Forensic Mental Health Program
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN 56082
Phone: 507-933-5020

**Case No. 27-CR-19-3539**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-07-14**
MCRO_27-CR-19-3539_Correspondence for Judicial Approval_2022-07-14_20240430091335.pdf
File Hash: c61b6c5f1d3b3457774c89a28f95228185feea3a08cabd68bf574e1f726a745d
Page: 2 of 2

Filed in District Court
State of Minnesota
7/14/2022 10:54 AM

Thank you for your attention to this correspondence. Please feel free to reach out to me with any questions you may have.

Sincerely,

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
100 Freeman Drive
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-19-12466**
State of MN vs TERRELL JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-11-07**
MCRO_27-CR-19-12466_Correspondence for Judicial Approval_2022-11-07_20240430091822.pdf
File Hash: ea60cffd98eb6323adf7b3bffcfcba14d9c06239cb42a90e479e8f22a9979ece
Page: 2 of 2

Filed in District Court
State of Minnesota
11/7/2022 1:37 PM

competency status. State and federal data privacy laws do not allow DHS Forensic Examiners access to treatment and service records absent a court order or a signed release from the Defendant.

Accompanying this letter is an order wherein the Court can appoint the DHS Forensic Evaluation Department to conduct the next continuing competency evaluation (meaning, a single competency evaluation under Rule 20.01, subd. 7), or ongoing continuing competency evaluations (meaning, until the Defendant is found competent, the Defendant is no longer under civil commitment, or upon further action by DHS or the Court). The accompanying order also contains language that will authorize the release of the Defendant's relevant records to Forensic Services for the assigned Forensic Examiner's review.

Thank you for your attention to this correspondence. Please feel free to reach out to me with any questions you may have.

Sincerely,

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
100 Freeman Drive
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-19-17539**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2020-06-04**
MCRO_27-CR-19-17539_Correspondence for Judicial Approval_2020-06-04_20240430091958.pdf
File Hash: 8105c88f108df5805e418421621dd38ffe907dd9cb9650c9c6145162ef8dcdbd
Page: 2 of 2

Filed in District Court
State of Minnesota
6/4/2020 1:14 PM

Copies: Hennepin County Court Administration
Elizabeth Rae Smith, Assistant Hennepin County Attorney
Kathryn Luisa Hansel, Counsel for Aesha Ibrahim Osman

**Case No. 27-CR-19-17539**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-07-14**
MCRO_27-CR-19-17539_Correspondence for Judicial Approval_2022-07-14_20240430091942.pdf
File Hash: 7cd4ac8397b53726bb00cc6ea50220ae4e1ccc911a7bfebd8c772bf045a28aa0
Page: 1 of 2

27-CR-19-17539

Filed in District Court
State of Minnesota
7/14/2022 10:56 AM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

July 14, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Aesha Ibrahim Osman*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-18-18391; 27-CR-19-1916; 27-CR-19-3539; 27-CR-19-17539;

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding continuing competency evaluations for the Defendant in the above-referenced case(s). The Defendant was found incompetent to participate in their defense under Minnesota Rule of Criminal Procedure 20.01 on 9/1/2021, and they were subsequently civilly committed.

As announced in our notice to the Court on June 1, 2022, please be advised that the DHS Forensic Evaluation Department is able to conduct future competency evaluation(s) under Rule 20.01, subd. 7 in this matter. Costs for future continuing competency evaluations completed by the DHS Forensic Evaluation Department under Rule 20.01 would be charged to the Court pursuant to Minn. Stat. § 480.182 (4).

If the Court would like the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, please appoint the DHS Forensic Evaluation Department to do so in the accompanying proposed order within 10 days from the date of this letter.[1] The prompt issuance of an order appointing the DHS Forensic Evaluation Department will allow the agency to allocate resources appropriately for future evaluations. Please note that the DHS Forensic Evaluation Department will not conduct continuing competency evaluations in this matter absent an order appointing it to do so, even if the Defendant remains under civil commitment.

Accompanying this letter is an order wherein the Court can appoint the DHS Forensic Evaluation Department to conduct the next continuing competency evaluation (meaning, a single competency evaluation under Rule 20.01, subd. 7), or ongoing continuing competency evaluations (meaning, until the Defendant is found competent, the Defendant is no longer under civil commitment, or upon further action by DHS or the Court).

[1] Although DHS is not a party to the Defendant's criminal proceedings and has not consented to be a party, DHS is offering to provide examination services to the Court in the Defendant's criminal proceedings.

1

**Case No. 27-CR-19-19606**
State of MN vs TERRELL JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-11-07**
MCRO_27-CR-19-19606_Correspondence for Judicial Approval_2022-11-07_20240430092040.pdf
File Hash: 6cc83ece679772e7e07f09b3cf3499a1f3936af52066738bf58521f55decf32c
Page: 1 of 2

27-CR-19-19606

Filed in District Court
State of Minnesota
11/7/2022 1:40 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

November 7, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Johnson, Terrell Dannie*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-19-12466, 27-CR-19-19606, 27-CR-20-8926, 27-CR-20-20037, 27-CR-21-19552, 27-CR-21-23233, 27-CR-22-1165, 27-CR-22-390, 27-CR-21-21578; 27-CR-22-1187; 27-CR-22-5745; 27-CR-22-4898

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding continuing competency evaluations for the Defendant in the above-referenced case(s). The Defendant was found incompetent to participate in their defense under Minnesota Rule of Criminal Procedure 20.01 and they are civilly committed.

Please be advised that the DHS Forensic Evaluation Department is able to conduct future competency evaluation(s) under Rule 20.01, subd. 7 in this matter. Costs for future continuing competency evaluations completed by the DHS Forensic Evaluation Department under Rule 20.01 would be charged to the Court pursuant to Minn. Stat. § 480.182 (4).

If the Court would like the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, please appoint the DHS Forensic Evaluation Department to do so in the accompanying proposed order within 10 days from the date of this letter.[1] The prompt issuance of an order appointing the DHS Forensic Evaluation Department will allow the agency to allocate resources appropriately for future evaluations. Please note that the DHS Forensic Evaluation Department will not conduct continuing competency evaluations in this matter absent an order appointing it to do so, even if the Defendant remains under civil commitment.

Please also note that if the Court appoints the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, the assigned Forensic Examiner will need to review records relating to treatment and services the Defendant has received and/or is receiving. The Defendant's treatment and service records are relevant to the Forensic Examiner's review and evaluation and will assist them in providing a more comprehensive opinion regarding the Defendant's current mental condition and

[1] Although DHS is not a party to the Defendant's criminal proceedings and has not consented to be a party, DHS is offering to provide examination services to the Court in the Defendant's criminal proceedings.

1

**Case No. 27-CR-19-28883**
State of MN vs JACOB MAMAR JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-09-14**
MCRO_27-CR-19-28883_Correspondence for Judicial Approval_2022-09-14_20240430092347.pdf
File Hash: 86be02168e5560ab9f2a9cc4ce7b0ff0b34ba7c8174899f51ffda564a9d75fb8
Page: 1 of 2

27-CR-19-28883

Filed in District Court
State of Minnesota
9/14/2022 2:17 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

September 14, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Jacob Mamar Johnson*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-18-2728, 27-CR-19-28883, 27-CR-21-4207, 27-CR-21-13795, 27-CR-21-4954

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding continuing competency evaluations for the Defendant in the above-referenced case(s). The Defendant was found incompetent to participate in their defense under Minnesota Rule of Criminal Procedure 20.01 on 2/1/2022, and they were subsequently civilly committed.

Please be advised that the DHS Forensic Evaluation Department is able to conduct future competency evaluation(s) under Rule 20.01, subd. 7 in this matter. Costs for future continuing competency evaluations completed by the DHS Forensic Evaluation Department under Rule 20.01 would be charged to the Court pursuant to Minn. Stat. § 480.182 (4).

If the Court would like the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, please appoint the DHS Forensic Evaluation Department to do so in the accompanying proposed order within 10 days from the date of this letter.[1] The prompt issuance of an order appointing the DHS Forensic Evaluation Department will allow the agency to allocate resources appropriately for future evaluations. Please note that the DHS Forensic Evaluation Department will not conduct continuing competency evaluations in this matter absent an order appointing it to do so, even if the Defendant remains under civil commitment.

Please also note that if the Court appoints the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, the assigned Forensic Examiner will need to review records relating to treatment and services the Defendant has received and/or is receiving. The Defendant's treatment and service records are relevant to the Forensic Examiner's review and evaluation and will assist them in providing a more comprehensive opinion regarding the Defendant's current mental condition and competency status. State and federal data privacy laws do not allow DHS Forensic Examiners access to treatment and service records absent a court order or a signed release from the Defendant.

[1] Although DHS is not a party to the Defendant's criminal proceedings and has not consented to be a party, DHS is offering to provide examination services to the Court in the Defendant's criminal proceedings.

1

**Case No. 27-CR-19-17539**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-07-14**
MCRO_27-CR-19-17539_Correspondence for Judicial Approval_2022-07-14_20240430091942.pdf
File Hash: 7cd4ac8397b53726bb00cc6ea50220ae4e1ccc911a7bfebd8c772bf045a28aa0
Page: 2 of 2

Filed in District Court
State of Minnesota
7/14/2022 10:56 AM

Thank you for your attention to this correspondence. Please feel free to reach out to me with any questions you may have.

Sincerely,

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
100 Freeman Drive
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-19-19606**
State of MN vs TERRELL JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-11-07**
MCRO_27-CR-19-19606_Correspondence for Judicial Approval_2022-11-07_20240430092040.pdf
File Hash: 6cc83ece679772e7e07f09b3cf3499a1f3936af52066738bf58521f55decf32c
Page: 2 of 2

Filed in District Court
State of Minnesota
11/7/2022 1:40 PM

competency status. State and federal data privacy laws do not allow DHS Forensic Examiners access to treatment and service records absent a court order or a signed release from the Defendant.

Accompanying this letter is an order wherein the Court can appoint the DHS Forensic Evaluation Department to conduct the next continuing competency evaluation (meaning, a single competency evaluation under Rule 20.01, subd. 7), or ongoing continuing competency evaluations (meaning, until the Defendant is found competent, the Defendant is no longer under civil commitment, or upon further action by DHS or the Court). The accompanying order also contains language that will authorize the release of the Defendant's relevant records to Forensic Services for the assigned Forensic Examiner's review.

Thank you for your attention to this correspondence. Please feel free to reach out to me with any questions you may have.

Sincerely,

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
100 Freeman Drive
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-19-28883**
State of MN vs JACOB MAMAR JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-09-14**
MCRO_27-CR-19-28883_Correspondence for Judicial Approval_2022-09-14_20240430092347.pdf
File Hash: 86be02168e5560ab9f2a9cc4ce7b0ff0b34ba7c8174899f51ffda564a9d75fb8
Page: 2 of 2

Filed in District Court
State of Minnesota
9/14/2022 2:17 PM

Accompanying this letter is an order wherein the Court can appoint the DHS Forensic Evaluation Department to conduct the next continuing competency evaluation (meaning, a single competency evaluation under Rule 20.01, subd. 7), or ongoing continuing competency evaluations (meaning, until the Defendant is found competent, the Defendant is no longer under civil commitment, or upon further action by DHS or the Court). The accompanying order also contains language that will authorize the release of the Defendant's relevant records to Forensic Services for the assigned Forensic Examiner's review.

Thank you for your attention to this correspondence. Please feel free to reach out to me with any questions you may have.

Sincerely,

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
100 Freeman Drive
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-20-423**
State of MN vs Ifrah Abdullahi Hassan
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2021-01-25**
MCRO_27-CR-20-423_Correspondence for Judicial Approval_2021-01-25_20240430084817.pdf
File Hash: 40ec657a62c324c587bf0ff56b1040f718aee427025edaec8f32854d784690d8
Page: 1 of 2

27-CR-20-423

Filed in District Court
State of Minnesota
1/25/2021 12:40 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

January 25, 2021

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County Government Center
300 South 6th Street
Minneapolis, MN 55487

RE: *State v. Ifrah Abdullahi Hassan*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-18-19274; 27-CR-20-423

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on February 18, 2020. Minnesota Rule of Criminal Procedure 20.01, subd. 7, provides in part that the head of the institution to which a defendant is committed must report to the court periodically, not less than six months, on the defendant's mental condition with an opinion as to competency to proceed.

The DHS Forensic Evaluation Department, on behalf of DHS and the head of the institution to which Defendant is committed, will be conducting the subd. 7 competency evaluation in this matter. Dr. Stephanie Bruss is assigned to conduct this evaluation. In order to provide a comprehensive evaluation, Dr. Bruss will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow Dr. Bruss access to treatment records absent a court order. Defendant's treatment records are relevant to Dr. Bruss's review and evaluation and will assist her in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,

Amanda Burg

Amanda Burg, Court Liaison, Forensic Mental Health Program
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN 56082
Phone: 507-933-5020

**Case No. 27-CR-20-8926**
State of MN vs TERRELL JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-11-07**
MCRO_27-CR-20-8926_Correspondence for Judicial Approval_2022-11-07_20240430085435.pdf
File Hash: b69460dd9f2ab14e491d4dd12b9d855cb53a33daaad249e1462a283f6a97d660
Page: 1 of 2

27-CR-20-8926

Filed in District Court
State of Minnesota
11/7/2022 1:42 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

November 7, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Johnson, Terrell Dannie*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-19-12466, 27-CR-19-19606, 27-CR-20-8926, 27-CR-20-20037, 27-CR-21-19552, 27-CR-21-23233, 27-CR-22-1165, 27-CR-22-390, 27-CR-21-21578; 27-CR-22-1187; 27-CR-22-5745; 27-CR-22-4898

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding continuing competency evaluations for the Defendant in the above-referenced case(s). The Defendant was found incompetent to participate in their defense under Minnesota Rule of Criminal Procedure 20.01 and they are civilly committed.

Please be advised that the DHS Forensic Evaluation Department is able to conduct future competency evaluation(s) under Rule 20.01, subd. 7 in this matter. Costs for future continuing competency evaluations completed by the DHS Forensic Evaluation Department under Rule 20.01 would be charged to the Court pursuant to Minn. Stat. § 480.182 (4).

If the Court would like the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, please appoint the DHS Forensic Evaluation Department to do so in the accompanying proposed order within 10 days from the date of this letter.[1] The prompt issuance of an order appointing the DHS Forensic Evaluation Department will allow the agency to allocate resources appropriately for future evaluations. Please note that the DHS Forensic Evaluation Department will not conduct continuing competency evaluations in this matter absent an order appointing it to do so, even if the Defendant remains under civil commitment.

Please also note that if the Court appoints the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, the assigned Forensic Examiner will need to review records relating to treatment and services the Defendant has received and/or is receiving. The Defendant's treatment and service records are relevant to the Forensic Examiner's review and evaluation and will assist them in providing a more comprehensive opinion regarding the Defendant's current mental condition and

[1] Although DHS is not a party to the Defendant's criminal proceedings and has not consented to be a party, DHS is offering to provide examination services to the Court in the Defendant's criminal proceedings.

1

**Case No. 27-CR-20-20037**
State of MN vs TERRELL JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-11-07**
MCRO_27-CR-20-20037_Correspondence for Judicial Approval_2022-11-07_20240430090138.pdf
File Hash: 7b288d91853ec4de6f2162cf28d2ff52f5fec3fa91b50e7e8975ab20679e2a5c
Page: 1 of 2

27-CR-20-20037

Filed in District Court
State of Minnesota
11/7/2022 1:45 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

November 7, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Johnson, Terrell Dannie*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-19-12466, 27-CR-19-19606, 27-CR-20-8926, 27-CR-20-20037, 27-CR-21-19552, 27-CR-21-23233, 27-CR-22-1165, 27-CR-22-390, 27-CR-21-21578; 27-CR-22-1187; 27-CR-22-5745; 27-CR-22-4898

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding continuing competency evaluations for the Defendant in the above-referenced case(s). The Defendant was found incompetent to participate in their defense under Minnesota Rule of Criminal Procedure 20.01 and they are civilly committed.

Please be advised that the DHS Forensic Evaluation Department is able to conduct future competency evaluation(s) under Rule 20.01, subd. 7 in this matter. Costs for future continuing competency evaluations completed by the DHS Forensic Evaluation Department under Rule 20.01 would be charged to the Court pursuant to Minn. Stat. § 480.182 (4).

If the Court would like the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, please appoint the DHS Forensic Evaluation Department to do so in the accompanying proposed order within 10 days from the date of this letter.[1] The prompt issuance of an order appointing the DHS Forensic Evaluation Department will allow the agency to allocate resources appropriately for future evaluations. Please note that the DHS Forensic Evaluation Department will not conduct continuing competency evaluations in this matter absent an order appointing it to do so, even if the Defendant remains under civil commitment.

Please also note that if the Court appoints the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, the assigned Forensic Examiner will need to review records relating to treatment and services the Defendant has received and/or is receiving. The Defendant's treatment and service records are relevant to the Forensic Examiner's review and evaluation and will assist them in providing a more comprehensive opinion regarding the Defendant's current mental condition and

[1] Although DHS is not a party to the Defendant's criminal proceedings and has not consented to be a party, DHS is offering to provide examination services to the Court in the Defendant's criminal proceedings.

1

**Case No. 27-CR-20-423**
State of MN vs Ifrah Abdullahi Hassan
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2021-01-25**
MCRO_27-CR-20-423_Correspondence for Judicial Approval_2021-01-25_20240430084817.pdf
File Hash: 40ec657a62c324c587bf0ff56b1040f718aee427025edaec8f32854d784690d8
Page: 2 of 2

Filed in District Court
State of Minnesota
1/25/2021 12:40 PM

Copies: Hennepin County Court Administration
Andrew Johnson, Assistant Hennepin County Attorney
Lisa Skrzeczkoski, Counsel for Ifrah Hassan

**Case No. 27-CR-20-8926**
State of MN vs TERRELL JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-11-07**
MCRO_27-CR-20-8926_Correspondence for Judicial Approval_2022-11-07_20240430085435.pdf
File Hash: b69460dd9f2ab14e491d4dd12b9d855cb53a33daaad249e1462a283f6a97d660
Page: 2 of 2

Filed in District Court
State of Minnesota
11/7/2022 1:42 PM

competency status. State and federal data privacy laws do not allow DHS Forensic Examiners access to treatment and service records absent a court order or a signed release from the Defendant.

Accompanying this letter is an order wherein the Court can appoint the DHS Forensic Evaluation Department to conduct the next continuing competency evaluation (meaning, a single competency evaluation under Rule 20.01, subd. 7), or ongoing continuing competency evaluations (meaning, until the Defendant is found competent, the Defendant is no longer under civil commitment, or upon further action by DHS or the Court). The accompanying order also contains language that will authorize the release of the Defendant's relevant records to Forensic Services for the assigned Forensic Examiner's review.

Thank you for your attention to this correspondence. Please feel free to reach out to me with any questions you may have.

Sincerely,

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
100 Freeman Drive
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-20-20037**
State of MN vs TERRELL JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-11-07**
MCRO_27-CR-20-20037_Correspondence for Judicial Approval_2022-11-07_20240430090138.pdf
File Hash: 7b288d91853ec4de6f2162cf28d2ff52f5fec3fa91b50e7e8975ab20679e2a5c
Page: 2 of 2

Filed in District Court
State of Minnesota
11/7/2022 1:45 PM

competency status. State and federal data privacy laws do not allow DHS Forensic Examiners access to treatment and service records absent a court order or a signed release from the Defendant.

Accompanying this letter is an order wherein the Court can appoint the DHS Forensic Evaluation Department to conduct the next continuing competency evaluation (meaning, a single competency evaluation under Rule 20.01, subd. 7), or ongoing continuing competency evaluations (meaning, until the Defendant is found competent, the Defendant is no longer under civil commitment, or upon further action by DHS or the Court). The accompanying order also contains language that will authorize the release of the Defendant's relevant records to Forensic Services for the assigned Forensic Examiner's review.

Thank you for your attention to this correspondence. Please feel free to reach out to me with any questions you may have.

Sincerely,

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
100 Freeman Drive
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-20-26577**
State of MN vs Rasheed Richardson
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-10-26**
MCRO_27-CR-20-26577_Correspondence for Judicial Approval_2022-10-26_20240430090613.pdf
File Hash: abd4e30fe5f5d0b582ec37a6ea7045ce930bd4e135ad9ff7d95ffbc9df9d16e9
Page: 1 of 2

27-CR-20-26577

Filed in District Court
State of Minnesota
10/26/2022 2:03 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

October 26, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Rasheed Richardson* Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-20-26577

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding continuing competency evaluations for the Defendant in the above-referenced case(s). The Defendant was found incompetent to participate in their defense under Minnesota Rule of Criminal Procedure 20.01 on 1/4/2022, and they were subsequently civilly committed.

Please be advised that the DHS Forensic Evaluation Department is able to conduct future competency evaluation(s) under Rule 20.01, subd. 7 in this matter. Costs for future continuing competency evaluations completed by the DHS Forensic Evaluation Department under Rule 20.01 would be charged to the Court pursuant to Minn. Stat. § 480.182 (4).

If the Court would like the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, please appoint the DHS Forensic Evaluation Department to do so in the accompanying proposed order within 10 days from the date of this letter.[1] The prompt issuance of an order appointing the DHS Forensic Evaluation Department will allow the agency to allocate resources appropriately for future evaluations. Please note that the DHS Forensic Evaluation Department will not conduct continuing competency evaluations in this matter absent an order appointing it to do so, even if the Defendant remains under civil commitment.

Please also note that if the Court appoints the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, the assigned Forensic Examiner will need to review records relating to treatment and services the Defendant has received and/or is receiving. The Defendant's treatment and service records are relevant to the Forensic Examiner's review and evaluation and will assist them in providing a more comprehensive opinion regarding the Defendant's current mental condition and competency status. State and federal data privacy laws do not allow DHS Forensic Examiners access to treatment and service records absent a court order or a signed release from the Defendant.

[1] Although DHS is not a party to the Defendant's criminal proceedings and has not consented to be a party, DHS is offering to provide examination services to the Court in the Defendant's criminal proceedings.

1

**Case No. 27-CR-21-6229**
State of MN vs MARVAL BARNES
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2021-08-30**
MCRO_27-CR-21-6229_Correspondence for Judicial Approval_2021-08-30_20240430080232.pdf
File Hash: db0ab43b112b240682ef9793f02778307478d605551ddd5315c0dede407310f7
Page: 1 of 2

27-CR-21-6229

Filed in District Court
State of Minnesota
8/30/2021 11:13 AM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

August 30, 2021

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County Government Center
300 South 6th Street
Minneapolis, MN 55487

RE: *State v. Marvel Barnes,* Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-21-722; 27-CR-21-6229; 27-CR-21-8856

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on April 13, 2021, and they were subsequently civilly committed. Minnesota Rule of Criminal Procedure 20.01, subd. 7, provides in part that the head of the institution to which a defendant is committed must report to the court periodically, not less than six months, on the defendant's mental condition with an opinion as to competency to proceed.

The DHS Forensic Evaluation Department, on behalf of DHS and the head of the institution to which Defendant is committed, will be conducting the subd. 7 competency evaluation in this matter. Dr. Jennifer Harrison is assigned to conduct this evaluation. In order to provide a comprehensive evaluation, Dr. Harrison will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow Dr. Harrison access to treatment records absent a court order. Defendant's treatment records are relevant to Dr. Harrison's review and evaluation and will assist her in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,
Amanda Burg

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN 56082
Phone: 507-985-2659

**Case No. 27-CR-21-6229**
State of MN vs MARVAL BARNES
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-10-27**
MCRO_27-CR-21-6229_Correspondence for Judicial Approval_2022-10-27_20240430080223.pdf
File Hash: 95d0b4d80d2e3cdb3fff411a119bcfc5c700f5395e30125bf991e561705bdfc1
Page: 1 of 2

27-CR-21-6229

Filed in District Court
State of Minnesota
10/27/2022 3:16 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

October 27, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Marvel Barnes,* Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-21-11758; 27-CR-21-11460; 27-CR-21-8613; 27-CR-21-8643; 27-CR-21-6229; 27-CR-21-8856

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding continuing competency evaluations for the Defendant in the above-referenced case(s). The Defendant was found incompetent to participate in their defense under Minnesota Rule of Criminal Procedure 20.01 on 4/13/2021, and they were subsequently civilly committed.

Please be advised that the DHS Forensic Evaluation Department is able to conduct future competency evaluation(s) under Rule 20.01, subd. 7 in this matter. Costs for future continuing competency evaluations completed by the DHS Forensic Evaluation Department under Rule 20.01 would be charged to the Court pursuant to Minn. Stat. § 480.182 (4).

If the Court would like the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, please appoint the DHS Forensic Evaluation Department to do so in the accompanying proposed order within 10 days from the date of this letter.[1] The prompt issuance of an order appointing the DHS Forensic Evaluation Department will allow the agency to allocate resources appropriately for future evaluations. Please note that the DHS Forensic Evaluation Department will not conduct continuing competency evaluations in this matter absent an order appointing it to do so, even if the Defendant remains under civil commitment.

Please also note that if the Court appoints the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, the assigned Forensic Examiner will need to review records relating to treatment and services the Defendant has received and/or is receiving. The Defendant's treatment and service records are relevant to the Forensic Examiner's review and evaluation and will assist them in providing a more comprehensive opinion regarding the Defendant's current mental condition and competency status. State and federal data privacy laws do not allow DHS Forensic Examiners access to treatment and service records absent a court order or a signed release from the Defendant.

[1] Although DHS is not a party to the Defendant's criminal proceedings and has not consented to be a party, DHS is offering to provide examination services to the Court in the Defendant's criminal proceedings.

1

**Case No. 27-CR-20-26577**
State of MN vs Rasheed Richardson
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-10-26**
MCRO_27-CR-20-26577_Correspondence for Judicial Approval_2022-10-26_20240430090613.pdf
File Hash: abd4e30fe5f5d0b582ec37a6ea7045ce930bd4e135ad9ff7d95ffbc9df9d16e9
Page: 2 of 2

Filed in District Court
State of Minnesota
10/26/2022 2:03 PM

Accompanying this letter is an order wherein the Court can appoint the DHS Forensic Evaluation Department to conduct the next continuing competency evaluation (meaning, a single competency evaluation under Rule 20.01, subd. 7), or ongoing continuing competency evaluations (meaning, until the Defendant is found competent, the Defendant is no longer under civil commitment, or upon further action by DHS or the Court). The accompanying order also contains language that will authorize the release of the Defendant's relevant records to Forensic Services for the assigned Forensic Examiner's review.

Thank you for your attention to this correspondence. Please feel free to reach out to me with any questions you may have.

Sincerely,

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
100 Freeman Drive
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-21-6229**
State of MN vs MARVAL BARNES
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2021-08-30**
MCRO_27-CR-21-6229_Correspondence for Judicial Approval_2021-08-30_20240430080232.pdf
File Hash: db0ab43b112b240682ef9793f02778307478d605551ddd5315c0dede407310f7
Page: 2 of 2

Filed in District Court
State of Minnesota
8/30/2021 11:13 AM

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-21-6229**
State of MN vs MARVAL BARNES
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-10-27**
MCRO_27-CR-21-6229_Correspondence for Judicial Approval_2022-10-27_20240430080223.pdf
File Hash: 95d0b4d80d2e3cdb3fff411a119bcfc5c700f5395e30125bf991e561705bdfc1
Page: 2 of 2

Filed in District Court
State of Minnesota
10/27/2022 3:16 PM

Accompanying this letter is an order wherein the Court can appoint the DHS Forensic Evaluation Department to conduct the next continuing competency evaluation (meaning, a single competency evaluation under Rule 20.01, subd. 7), or ongoing continuing competency evaluations (meaning, until the Defendant is found competent, the Defendant is no longer under civil commitment, or upon further action by DHS or the Court). The accompanying order also contains language that will authorize the release of the Defendant's relevant records to Forensic Services for the assigned Forensic Examiner's review.

Thank you for your attention to this correspondence. Please feel free to reach out to me with any questions you may have.

Sincerely,

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
100 Freeman Drive
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-21-13795**
State of MN vs JACOB MAMAR JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-09-14**
MCRO_27-CR-21-13795_Correspondence for Judicial Approval_2022-09-14_20240430082434.pdf
File Hash: feee5b0ce2f297acb4b089372879137c2ca81beac701273f22fe109d2805234e
Page: 1 of 2

Filed in District Court
State of Minnesota
9/14/2022 2:33 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

September 14, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Jacob Mamar Johnson*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-18-2728, 27-CR-19-28883, 27-CR-21-4207, 27-CR-21-13795, 27-CR-21-4954

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding continuing competency evaluations for the Defendant in the above-referenced case(s). The Defendant was found incompetent to participate in their defense under Minnesota Rule of Criminal Procedure 20.01 on 2/1/2022, and they were subsequently civilly committed.

Please be advised that the DHS Forensic Evaluation Department is able to conduct future competency evaluation(s) under Rule 20.01, subd. 7 in this matter. Costs for future continuing competency evaluations completed by the DHS Forensic Evaluation Department under Rule 20.01 would be charged to the Court pursuant to Minn. Stat. § 480.182 (4).

<u>If the Court would like the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, please appoint the DHS Forensic Evaluation Department to do so in the accompanying proposed order within 10 days from the date of this letter.</u>[1] The prompt issuance of an order appointing the DHS Forensic Evaluation Department will allow the agency to allocate resources appropriately for future evaluations. Please note that the DHS Forensic Evaluation Department will not conduct continuing competency evaluations in this matter absent an order appointing it to do so, even if the Defendant remains under civil commitment.

Please also note that if the Court appoints the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, the assigned Forensic Examiner will need to review records relating to treatment and services the Defendant has received and/or is receiving. The Defendant's treatment and service records are relevant to the Forensic Examiner's review and evaluation and will assist them in providing a more comprehensive opinion regarding the Defendant's current mental condition and competency status. State and federal data privacy laws do not allow DHS Forensic Examiners access to treatment and service records absent a court order or a signed release from the Defendant.

[1] Although DHS is not a party to the Defendant's criminal proceedings and has not consented to be a party, DHS is offering to provide examination services to the Court in the Defendant's criminal proceedings.

**Case No. 27-CR-21-19552**
State of MN vs TERRELL JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-11-07**
MCRO_27-CR-21-19552_Correspondence for Judicial Approval_2022-11-07_20240430082841.pdf
File Hash: 4ffd94bc0b9e6e658fbe24d5792b8e87f69532cd50609a407d7f2b2117bd2978
Page: 1 of 2

Filed in District Court
State of Minnesota
11/7/2022 1:49 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

November 7, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Johnson, Terrell Dannie*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-19-12466, 27-CR-19-19606, 27-CR-20-8926, 27-CR-20-20037, 27-CR-21-19552, 27-CR-21-23233, 27-CR-22-1165, 27-CR-22-390, 27-CR-21-21578; 27-CR-22-1187; 27-CR-22-5745; 27-CR-22-4898

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding continuing competency evaluations for the Defendant in the above-referenced case(s). The Defendant was found incompetent to participate in their defense under Minnesota Rule of Criminal Procedure 20.01 and they are civilly committed.

Please be advised that the DHS Forensic Evaluation Department is able to conduct future competency evaluation(s) under Rule 20.01, subd. 7 in this matter. Costs for future continuing competency evaluations completed by the DHS Forensic Evaluation Department under Rule 20.01 would be charged to the Court pursuant to Minn. Stat. § 480.182 (4).

<u>If the Court would like the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, please appoint the DHS Forensic Evaluation Department to do so in the accompanying proposed order within 10 days from the date of this letter.</u>[1] The prompt issuance of an order appointing the DHS Forensic Evaluation Department will allow the agency to allocate resources appropriately for future evaluations. Please note that the DHS Forensic Evaluation Department will not conduct continuing competency evaluations in this matter absent an order appointing it to do so, even if the Defendant remains under civil commitment.

Please also note that if the Court appoints the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, the assigned Forensic Examiner will need to review records relating to treatment and services the Defendant has received and/or is receiving. The Defendant's treatment and service records are relevant to the Forensic Examiner's review and evaluation and will assist them in providing a more comprehensive opinion regarding the Defendant's current mental condition and

[1] Although DHS is not a party to the Defendant's criminal proceedings and has not consented to be a party, DHS is offering to provide examination services to the Court in the Defendant's criminal proceedings.

**Case No. 27-CR-21-20637**
State of MN vs Daniel Lamar Ford
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-01-27**
MCRO_27-CR-21-20637_Correspondence for Judicial Approval_2022-01-27_20240430083258.pdf
File Hash: d003aa1bb365cbcf5b63a17c23260540bac864b10299229db26506b9547b9440
Page: 1 of 2

Filed in District Court
State of Minnesota
1/27/2022 3:48 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

January 27, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Daniel Lamar Ford*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-21-20637; 27-CR-20-18844; 27-CR-20-14068; 27-CR-20-256

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on October 19, 2021, and they were subsequently civilly committed. Minnesota Rule of Criminal Procedure 20.01, subd. 7, provides in part that the head of the institution to which a defendant is committed must report to the court periodically, not less than six months, on the defendant's mental condition with an opinion as to competency to proceed.

The DHS Forensic Evaluation Department, on behalf of DHS and the head of the institution to which Defendant is committed, will be conducting the subd. 7 competency evaluation in this matter. In order to provide a comprehensive evaluation, the assigned examiner will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow access to treatment records absent a court order. Defendant's treatment records are relevant to the examiner's review and evaluation and will assist them in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,

Amanda Burg

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

**Case No. 27-CR-21-13795**
State of MN vs JACOB MAMAR JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-09-14**
MCRO_27-CR-21-13795_Correspondence for Judicial Approval_2022-09-14_20240430082434.pdf
File Hash: feee5b0ce2f297acb4b089372879137c2ca81beac701273f22fe109d2805234e
Page: 2 of 2

Filed in District Court
State of Minnesota
9/14/2022 2:33 PM

Accompanying this letter is an order wherein the Court can appoint the DHS Forensic Evaluation Department to conduct the next continuing competency evaluation (meaning, a single competency evaluation under Rule 20.01, subd. 7), or ongoing continuing competency evaluations (meaning, until the Defendant is found competent, the Defendant is no longer under civil commitment, or upon further action by DHS or the Court). The accompanying order also contains language that will authorize the release of the Defendant's relevant records to Forensic Services for the assigned Forensic Examiner's review.

Thank you for your attention to this correspondence. Please feel free to reach out to me with any questions you may have.

Sincerely,

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
100 Freeman Drive
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-21-19552**
State of MN vs TERRELL JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-11-07**
MCRO_27-CR-21-19552_Correspondence for Judicial Approval_2022-11-07_20240430082841.pdf
File Hash: 4ffd94bc0b9e6e658fbe24d5792b8e87f69532cd50609a407d7f2b2117bd2978
Page: 2 of 2

Filed in District Court
State of Minnesota
11/7/2022 1:49 PM

competency status. State and federal data privacy laws do not allow DHS Forensic Examiners access to treatment and service records absent a court order or a signed release from the Defendant.

Accompanying this letter is an order wherein the Court can appoint the DHS Forensic Evaluation Department to conduct the next continuing competency evaluation (meaning, a single competency evaluation under Rule 20.01, subd. 7), or ongoing continuing competency evaluations (meaning, until the Defendant is found competent, the Defendant is no longer under civil commitment, or upon further action by DHS or the Court). The accompanying order also contains language that will authorize the release of the Defendant's relevant records to Forensic Services for the assigned Forensic Examiner's review.

Thank you for your attention to this correspondence. Please feel free to reach out to me with any questions you may have.

Sincerely,

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
100 Freeman Drive
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-21-20637**
State of MN vs Daniel Lamar Ford
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-01-27**
MCRO_27-CR-21-20637_Correspondence for Judicial Approval_2022-01-27_20240430083258.pdf
File Hash: d003aa1bb365cbcf5b63a17c23260540bac864b10299229db26506b9547b9440
Page: 2 of 2

Filed in District Court
State of Minnesota
1/27/2022 3:48 PM

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-21-23233**
State of MN vs TERRELL JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-11-07**
MCRO_27-CR-21-23233_Correspondence for Judicial Approval_2022-11-07_20240430084220.pdf
File Hash: d4988fbf676ec083673233698f136499d954dc8c4bfd3fb35b203d241806e187
Page: 1 of 2

27-CR-21-23233

Filed in District Court
State of Minnesota
11/7/2022 2:01 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

November 7, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Johnson, Terrell Dannie*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-19-12466, 27-CR-19-19606, 27-CR-20-8926, 27-CR-20-20037, 27-CR-21-19552, 27-CR-21-23233, 27-CR-22-1165, 27-CR-22-390, 27-CR-21-21578; 27-CR-22-1187; 27-CR-22-5745; 27-CR-22-4898

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding continuing competency evaluations for the Defendant in the above-referenced case(s). The Defendant was found incompetent to participate in their defense under Minnesota Rule of Criminal Procedure 20.01 and they are civilly committed.

Please be advised that the DHS Forensic Evaluation Department is able to conduct future competency evaluation(s) under Rule 20.01, subd. 7 in this matter. Costs for future continuing competency evaluations completed by the DHS Forensic Evaluation Department under Rule 20.01 would be charged to the Court pursuant to Minn. Stat. § 480.182 (4).

If the Court would like the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, please appoint the DHS Forensic Evaluation Department to do so in the accompanying proposed order within 10 days from the date of this letter.[1] The prompt issuance of an order appointing the DHS Forensic Evaluation Department will allow the agency to allocate resources appropriately for future evaluations. Please note that the DHS Forensic Evaluation Department will not conduct continuing competency evaluations in this matter absent an order appointing it to do so, even if the Defendant remains under civil commitment.

Please also note that if the Court appoints the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, the assigned Forensic Examiner will need to review records relating to treatment and services the Defendant has received and/or is receiving. The Defendant's treatment and service records are relevant to the Forensic Examiner's review and evaluation and will assist them in providing a more comprehensive opinion regarding the Defendant's current mental condition and

[1] Although DHS is not a party to the Defendant's criminal proceedings and has not consented to be a party, DHS is offering to provide examination services to the Court in the Defendant's criminal proceedings.

**Case No. 27-CR-22-1165**
State of MN vs TERRELL JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-11-07**
MCRO_27-CR-22-1165_Correspondence for Judicial Approval_2022-11-07_20240429030431.pdf
File Hash: aa3ecb7d52125f50b7903d5527abf9f88c84adce9478ee5aa6271edb5bf9d2d7
Page: 1 of 2

27-CR-22-1165

Filed in District Court
State of Minnesota
11/7/2022 2:04 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

November 7, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Johnson, Terrell Dannie*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-19-12466, 27-CR-19-19606, 27-CR-20-8926, 27-CR-20-20037, 27-CR-21-19552, 27-CR-21-23233, 27-CR-22-1165, 27-CR-22-390, 27-CR-21-21578; 27-CR-22-1187; 27-CR-22-5745; 27-CR-22-4898

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding continuing competency evaluations for the Defendant in the above-referenced case(s). The Defendant was found incompetent to participate in their defense under Minnesota Rule of Criminal Procedure 20.01 and they are civilly committed.

Please be advised that the DHS Forensic Evaluation Department is able to conduct future competency evaluation(s) under Rule 20.01, subd. 7 in this matter. Costs for future continuing competency evaluations completed by the DHS Forensic Evaluation Department under Rule 20.01 would be charged to the Court pursuant to Minn. Stat. § 480.182 (4).

If the Court would like the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, please appoint the DHS Forensic Evaluation Department to do so in the accompanying proposed order within 10 days from the date of this letter.[1] The prompt issuance of an order appointing the DHS Forensic Evaluation Department will allow the agency to allocate resources appropriately for future evaluations. Please note that the DHS Forensic Evaluation Department will not conduct continuing competency evaluations in this matter absent an order appointing it to do so, even if the Defendant remains under civil commitment.

Please also note that if the Court appoints the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, the assigned Forensic Examiner will need to review records relating to treatment and services the Defendant has received and/or is receiving. The Defendant's treatment and service records are relevant to the Forensic Examiner's review and evaluation and will assist them in providing a more comprehensive opinion regarding the Defendant's current mental condition and

[1] Although DHS is not a party to the Defendant's criminal proceedings and has not consented to be a party, DHS is offering to provide examination services to the Court in the Defendant's criminal proceedings.

**Case No. 27-CR-22-4898**
State of MN vs TERRELL JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-11-07**
MCRO_27-CR-22-4898_Correspondence for Judicial Approval_2022-11-07_20240429040221.pdf
File Hash: 9b4775ac8b17942c8a2139aa136fc73ea06929100b6b3f74c8ada196b30e1624
Page: 1 of 2

27-CR-22-4898

Filed in District Court
State of Minnesota
11/7/2022 2:54 PM

DIRECT CARE & TREATMENT – FORENSIC SERVICES

November 7, 2022

The Honorable Lisa K. Janzen
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE: *State v. Johnson, Terrell Dannie*, Rule 20.01, subd. 7 competency evaluation
Court Files: 27-CR-19-12466, 27-CR-19-19606, 27-CR-20-8926, 27-CR-20-20037, 27-CR-21-19552, 27-CR-21-23233, 27-CR-22-1165, 27-CR-22-390, 27-CR-21-21578; 27-CR-22-1187; 27-CR-22-5745; 27-CR-22-4898

Dear Judge Janzen,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding continuing competency evaluations for the Defendant in the above-referenced case(s). The Defendant was found incompetent to participate in their defense under Minnesota Rule of Criminal Procedure 20.01 and they are civilly committed.

Please be advised that the DHS Forensic Evaluation Department is able to conduct future competency evaluation(s) under Rule 20.01, subd. 7 in this matter. Costs for future continuing competency evaluations completed by the DHS Forensic Evaluation Department under Rule 20.01 would be charged to the Court pursuant to Minn. Stat. § 480.182 (4).

If the Court would like the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, please appoint the DHS Forensic Evaluation Department to do so in the accompanying proposed order within 10 days from the date of this letter.[1] The prompt issuance of an order appointing the DHS Forensic Evaluation Department will allow the agency to allocate resources appropriately for future evaluations. Please note that the DHS Forensic Evaluation Department will not conduct continuing competency evaluations in this matter absent an order appointing it to do so, even if the Defendant remains under civil commitment.

Please also note that if the Court appoints the DHS Forensic Evaluation Department to conduct continuing competency evaluations in this matter, the assigned Forensic Examiner will need to review records relating to treatment and services the Defendant has received and/or is receiving. The Defendant's treatment and service records are relevant to the Forensic Examiner's review and evaluation and will assist them in providing a more comprehensive opinion regarding the Defendant's current mental condition and

[1] Although DHS is not a party to the Defendant's criminal proceedings and has not consented to be a party, DHS is offering to provide examination services to the Court in the Defendant's criminal proceedings.

**Case No. 27-CR-21-23233**
State of MN vs TERRELL JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-11-07**
MCRO_27-CR-21-23233_Correspondence for Judicial Approval_2022-11-07_20240430084220.pdf
File Hash: d4988fbf676ec083673233698f136499d954dc8c4bfd3fb35b203d241806e187
Page: 2 of 2

Filed in District Court
State of Minnesota
11/7/2022 2:01 PM

competency status. State and federal data privacy laws do not allow DHS Forensic Examiners access to treatment and service records absent a court order or a signed release from the Defendant.

Accompanying this letter is an order wherein the Court can appoint the DHS Forensic Evaluation Department to conduct the next continuing competency evaluation (meaning, a single competency evaluation under Rule 20.01, subd. 7), or ongoing continuing competency evaluations (meaning, until the Defendant is found competent, the Defendant is no longer under civil commitment, or upon further action by DHS or the Court). The accompanying order also contains language that will authorize the release of the Defendant's relevant records to Forensic Services for the assigned Forensic Examiner's review.

Thank you for your attention to this correspondence. Please feel free to reach out to me with any questions you may have.

Sincerely,

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
100 Freeman Drive
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-22-1165**
State of MN vs TERRELL JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-11-07**
MCRO_27-CR-22-1165_Correspondence for Judicial Approval_2022-11-07_20240429030431.pdf
File Hash: aa3ecb7d52125f50b7903d5527abf9f88c84adce9478ee5aa6271edb5bf9d2d7
Page: 2 of 2

Filed in District Court
State of Minnesota
11/7/2022 2:04 PM

competency status. State and federal data privacy laws do not allow DHS Forensic Examiners access to treatment and service records absent a court order or a signed release from the Defendant.

Accompanying this letter is an order wherein the Court can appoint the DHS Forensic Evaluation Department to conduct the next continuing competency evaluation (meaning, a single competency evaluation under Rule 20.01, subd. 7), or ongoing continuing competency evaluations (meaning, until the Defendant is found competent, the Defendant is no longer under civil commitment, or upon further action by DHS or the Court). The accompanying order also contains language that will authorize the release of the Defendant's relevant records to Forensic Services for the assigned Forensic Examiner's review.

Thank you for your attention to this correspondence. Please feel free to reach out to me with any questions you may have.

Sincerely,

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
100 Freeman Drive
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney

**Case No. 27-CR-22-4898**
State of MN vs TERRELL JOHNSON
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-11-07**
MCRO_27-CR-22-4898_Correspondence for Judicial Approval_2022-11-07_20240429040221.pdf
File Hash: 9b4775ac8b17942c8a2139aa136fc73ea06929100b6b3f74c8ada196b30e1624
Page: 2 of 2

Filed in District Court
State of Minnesota
11/7/2022 2:54 PM

competency status. State and federal data privacy laws do not allow DHS Forensic Examiners access to treatment and service records absent a court order or a signed release from the Defendant.

Accompanying this letter is an order wherein the Court can appoint the DHS Forensic Evaluation Department to conduct the next continuing competency evaluation (meaning, a single competency evaluation under Rule 20.01, subd. 7), or ongoing continuing competency evaluations (meaning, until the Defendant is found competent, the Defendant is no longer under civil commitment, or upon further action by DHS or the Court). The accompanying order also contains language that will authorize the release of the Defendant's relevant records to Forensic Services for the assigned Forensic Examiner's review.

Thank you for your attention to this correspondence. Please feel free to reach out to me with any questions you may have.

Sincerely,

Amanda Burg, Court Liaison
Direct Care & Treatment - Forensic Services
100 Freeman Drive
St. Peter, MN 56082
Phone: 507-985-2659
amanda.r.burg@state.mn.us

Copies: Hennepin County Court Administration
Prosecuting Attorney
Criminal Defense Attorney