# EXHIBIT MCR-3

## Document 1

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order to Transport·
Filing Date:   **2017-08-23**
MCRO_27-CR-17-1555_Order to Transport_2017-08-23_20240430093600.pdf
File Hash:   94589f53dae8c343fd4e3722cf2d3bfa5803586ad28318f19070dbb240a8577d
Page: 1 of 1

---

STATE OF MINNESOTA          DISTRICT COURT
COUNTY OF HENNEPIN        FOURTH JUDICIAL DISTRICT

State of Minnesota,

     Plaintiff,

v.                           **TRANSPORT ORDER**
                            27-CR-17-1555;
                            27-CR-17-8342

Adrian Michael Wesley,

     Defendant.

TO:    Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services on July 27, 2017, as Mentally Ill and Dangerous. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for October 31, 2017, at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital on or before October 31, 2017, for an appearance on that date at 1:30 pm. *Saint Peter*

Dated: __August 23, 2017__

BY THE COURT:

Carolina A. Lamas
Judge of District Court

## Document 2

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order to Transport·
Filing Date:   **2018-01-04**
MCRO_27-CR-17-1555_Order to Transport_2018-01-04_20240430093559.pdf
File Hash:   3991a3da9873af426f5c93e1d036770dca307868e68bcfba435ef62687b038f5
Page: 1 of 1

---

STATE OF MINNESOTA          DISTRICT COURT
COUNTY OF HENNEPIN        FOURTH JUDICIAL DISTRICT

State of Minnesota,

     Plaintiff,

v.                          **TRANSPORT ORDER**
                          27-CR-17-1555;
                          27-CR-17-8342
,

Adrian Michael Wesley,
     Defendant.

TO:    Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services on July 27, 2017, as Mentally Ill & Dangerous and Developmentally Disabled. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 1, 2018 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital, Saint Peter, on or before May 1, 2018 for an appearance on that date at 1:30 pm.

Dated: ____01/04/2018__

BY THE COURT:

Carolina A. Lamas
Judge of District Court

## Document 3

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order to Transport·
Filing Date:   **2018-03-26**
MCRO_27-CR-17-1555_Order to Transport_2018-03-26_20240430093558.pdf
File Hash:   e5224ca3fbb5233aae1fec8355136be23eb8b1a61a08c9aa9b3783d3376509d1
Page: 1 of 1

---

27-CR-17-1555
Filed in Fourth Judicial District Court
3/26/2018 1:49 PM
Hennepin County, MN

STATE OF MINNESOTA          DISTRICT COURT
COUNTY OF HENNEPIN        FOURTH JUDICIAL DISTRICT

State of Minnesota,

     Plaintiff,

v.                          **TRANSPORT ORDER**
                          27-CR-17-22909;
                      27-CR-17-1555;  27-CR-17-8342

Adrian Michael Wesley,

     Defendant.

TO:    Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services on February 21, 2017, as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 1, 2018 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, to the Hennepin County Government Center for a court appearance in Courtroom 857, on or before May 1, 2018.

Dated: ____03/26/2018__

BY THE COURT:

Carolina A. Lamas
Judge of District Court

## Document 1

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:     ·Order to Transport·
Filing Date:     2018-10-23
MCRO_27-CR-17-1555_Order to Transport_2018-10-23_20240430093557.pdf
File Hash:       f63499bcdfdf7ee3cea8d1c36a81c6a705dc374e7898ed9931aa0f662ac1c70c
Page: 1 of 1

27-CR-17-1555

Filed in District Court
State of Minnesota
10/23/2018 11:09 AM

STATE OF MINNESOTA           DISTRICT COURT

COUNTY OF HENNEPIN        FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.                  **TRANSPORT ORDER**
                 27-CR-17-8342; 27-CR-17-22909
                 27-CR-17-1555

Adrian Michael Wesley,

    Defendant.

TO:    Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, November 6, 2018, 2018 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, on or before November 6, 2018 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: ____10/23/2018__

*/s/ Carolina A. Lamas*
Carolina A. Lamas
Judge of District Court

## Document 2

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:     ·Order to Transport·
Filing Date:     2019-03-13
MCRO_27-CR-17-1555_Order to Transport_2019-03-13_20240430093556.pdf
File Hash:       3dd2205d3a86c1e9feddf2566022f9611cac53f04cb392a3f9fc02e999b3d8db
Page: 1 of 1

27-CR-17-1555

Filed in District Court
State of Minnesota
3/13/2019 12:10 PM

STATE OF MINNESOTA           DISTRICT COURT

COUNTY OF HENNEPIN        FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.                  **TRANSPORT ORDER**
                 27-CR-17-1555;
                 27-CR-17-8342; 27-CR-17-22909

Adrian Michael Wesley,
    Defendant.

TO:    David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 7, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, on or before May 7, 2019 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: ____03/13/2019__

*/s/ Carolina A. Lamas*
Carolina A. Lamas
Judge of District Court

## Document 3

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:     ·Order to Transport·
Filing Date:     2019-10-02
MCRO_27-CR-17-1555_Order to Transport_2019-10-02_20240430093555.pdf
File Hash:       53f633fb87970c20acaa68e1bd716771354a6ca7289596ecbcf4f5d63cdaa334
Page: 1 of 1

27-CR-17-1555

Filed in District Court
State of Minnesota
10/2/2019 11:51 AM

STATE OF MINNESOTA           DISTRICT COURT

COUNTY OF HENNEPIN        FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.                  **TRANSPORT ORDER**
                 27-CR-17-1555; 27-CR-17-8342
                 27-CR-17-22909

Adrian Michael Wesley,
    Defendant.

TO:    David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Adrian Michael Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, October 22, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Adrian Michael Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before October 22, 2019 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: ____10/02/2019__

*/s/ Carolina A. Lamas*
Carolina A. Lamas
Judge of District Court

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: 2020-01-24
MCRO_27-CR-17-1555_Order to Transport_2020-01-24_20240430093551.pdf
File Hash: 3cd57641d2b692b362ed48e67f62c88e03c556fe026fdf7562abbc1a82272f5b
Page: 1 of 1

27-CR-17-1555

Filed in District Court
State of Minnesota
1/24/2020 2:40 PM

STATE OF MINNESOTA                           DISTRICT COURT
COUNTY OF HENNEPIN                  FOURTH JUDICIAL DISTRICT

State of Minnesota,

　　Plaintiff,

v.                                TRANSPORT ORDER
                                  27-CR-17-1555; 27-CR-17-22909;
                                  27-CR-17-8342

Adrian Michael Wesley,
　　Defendant.

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Adrian Wesley,** was committed to the Commissioner of Human Services as Mentally Ill.  A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, February 10, 2020 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Adrian Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before February 10, 2020 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated:  January 24, 2020

_____
Lisa K. Janzen
Judge of District Court

Case No. 27-CR-17-8342
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: 2017-08-23
MCRO_27-CR-17-8342_Order to Transport_2017-08-23_20240430093656.pdf
File Hash: 8d9d0936497e23e7a5c98a76ffd13d255c6ca1117919d055f4be97d65ce80dea
Page: 1 of 1

STATE OF MINNESOTA                           DISTRICT COURT
COUNTY OF HENNEPIN                  FOURTH JUDICIAL DISTRICT

State of Minnesota,

　　Plaintiff,

v.                                TRANSPORT ORDER
                                  27-CR-17-1555;
                                  27-CR-17-8342

Adrian Michael Wesley,
　　Defendant.

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services on July 27, 2017, as Mentally Ill and Dangerous.  A Rule 20.01 Treat to Competency was filed by the Department of Human Services.  A hearing on the criminal matter is currently scheduled for October 31, 2017, at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital on or before October 31, 2017, for an appearance on that date at 1:30 pm.

*Saint Peter*

BY THE COURT:

Dated:  August 23, 2017

_____
Carolina A. Lamas
Judge of District Court

Case No. 27-CR-17-8342
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: 2018-01-04
MCRO_27-CR-17-8342_Order to Transport_2018-01-04_20240430093655.pdf
File Hash: b50ecd4805d605cdca95ac63ddeec298fd7afbcee1d9e40872a664a5a32d2ea6
Page: 1 of 1

STATE OF MINNESOTA                           DISTRICT COURT
COUNTY OF HENNEPIN                  FOURTH JUDICIAL DISTRICT

State of Minnesota,

　　Plaintiff,

v.                                TRANSPORT ORDER
                                  27-CR-17-1555;
                                  27-CR-17-8342

,

Adrian Michael Wesley,
　　Defendant.

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services on July 27, 2017, as Mentally Ill & Dangerous and Developmentally Disabled.  A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 1, 2018 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital, Saint Peter, on or before May 1, 2018 for an appearance on that date at 1:30 pm.

BY THE COURT:

Dated: ____01/04/2018__

_____
Carolina A. Lamas
Judge of District Court

Archived Case Files Available at MnCourtFraud.Substack.com

**EXHIBIT MCR-3 | p. 3**

## Document 1

Case No. 27-CR-17-8342
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: 2018-03-26
MCRO_27-CR-17-8342_Order to Transport_2018-03-26_20240430093654.pdf
File Hash: 42b49c51a66162d0084afbfc735bd675d58b4ec373ec714a378ed24a5306ac8a
Page: 1 of 1

27-CR-17-8342

Filed in Fourth Judicial District Court
3/26/2018 1:50 PM
Hennepin County, MN

STATE OF MINNESOTA                    DISTRICT COURT
COUNTY OF HENNEPIN                    FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.                                    **TRANSPORT ORDER**
                                      27-CR-17-22909;
                                      27-CR-17-1555;  27-CR-17-8342

Adrian Michael Wesley,

    Defendant.

TO:  Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services on February 21, 2017, as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 1, 2018 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, to the Hennepin County Government Center for a court appearance in Courtroom 857, on or before May 1, 2018.

Dated: ____03/26/2018__

BY THE COURT:

_Carolina A. Lamas_
Judge of District Court

## Document 2

Case No. 27-CR-17-8342
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: 2018-10-23
MCRO_27-CR-17-8342_Order to Transport_2018-10-23_20240430093652.pdf
File Hash: 9fafb6d4f162ab2ea15973510c6833feb1081de260928d5d66f7015075c17f03
Page: 1 of 1

27-CR-17-8342

Filed in District Court
State of Minnesota
10/23/2018 11:08 AM

STATE OF MINNESOTA                    DISTRICT COURT
COUNTY OF HENNEPIN                    FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.                                    **TRANSPORT ORDER**
                                      27-CR-17-8342;  27-CR-17-22909
                                      27-CR-17-1555

Adrian Michael Wesley,

    Defendant.

TO:  Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, November 6, 2018 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, on or before November 6, 2018 for a court appearance in Courtroom 857 at 1:30pm.

Dated: ____10/23/2018__

BY THE COURT:

_Carolina A. Lamas_
Judge of District Court

## Document 3

Case No. 27-CR-17-8342
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: 2019-03-13
MCRO_27-CR-17-8342_Order to Transport_2019-03-13_20240430093651.pdf
File Hash: 1f4ff8d45320f483d5788e93a118d87ca05e207095f411ba611088dc93fecee8
Page: 1 of 1

27-CR-17-8342

Filed in District Court
State of Minnesota
3/13/2019 12:11 PM

STATE OF MINNESOTA                    DISTRICT COURT
COUNTY OF HENNEPIN                    FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.                                    **TRANSPORT ORDER**
                                      27-CR-17-1555;
                                      27-CR-17-8342;  27-CR-17-22909

Adrian Michael Wesley,

    Defendant.

TO:  David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 7, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, on or before May 7, 2019 for a court appearance in Courtroom 857 at 1:30pm.

Dated: ____03/13/2019__

BY THE COURT:

_Carolina A. Lamas_
Judge of District Court

| | | |
|---|---|---|
| **Case No. 27-CR-17-8342**<br>State of MN vs ADRIAN MICHAEL WESLEY<br>Filing Type: ·Order to Transport·<br>Filing Date: **2019-10-02**<br>MCRO_27-CR-17-8342_Order to Transport_2019-10-02_20240430093650.pdf<br>File Hash: 6b0caeb6eb80d1cbb472ee0082b4d2abbc38790b664e68c6462f35edaa309274<br>Page: 1 of 1 | **Case No. 27-CR-17-8342**<br>State of MN vs ADRIAN MICHAEL WESLEY<br>Filing Type: ·Order to Transport·<br>Filing Date: **2020-01-24**<br>MCRO_27-CR-17-8342_Order to Transport_2020-01-24_20240430093645.pdf<br>File Hash: d882d85a2f443253710997e5472a4d9d065ac31c40eb75e92de051cfc7e2ad06<br>Page: 1 of 1 | **Case No. 27-CR-17-22909**<br>State of MN vs ADRIAN MICHAEL WESLEY<br>Filing Type: ·Order to Transport·<br>Filing Date: **2018-03-26**<br>MCRO_27-CR-17-22909_Order to Transport_2018-03-26_20240430093734.pdf<br>File Hash: 02b65870c703249609e49daefd8426879994278b457a5db124324a1fdd26da14<br>Page: 1 of 1 |

---

### Document 1 (27-CR-17-8342, filed 10/2/2019)

27-CR-17-8342

Filed in District Court
State of Minnesota
10/2/2019 11:52 AM

STATE OF MINNESOTA                 DISTRICT COURT
COUNTY OF HENNEPIN                 FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.                         **TRANSPORT ORDER**
                          27-CR-17-1555; 27-CR-17-8342
                               27-CR-17-22909
Adrian Michael Wesley,
    Defendant.

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Adrian Michael Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, October 22, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Adrian Michael Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before October 22, 2019 for a court appearance in Courtroom 857 at 1:30pm.

Dated: ____10/02/2019__

BY THE COURT:

_____
Carolina A. Lamas
Judge of District Court

---

### Document 2 (27-CR-17-8342, filed 1/24/2020)

27-CR-17-8342

Filed in District Court
State of Minnesota
1/24/2020 2:44 PM

STATE OF MINNESOTA                 DISTRICT COURT
COUNTY OF HENNEPIN                 FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.                         **TRANSPORT ORDER**
                          27-CR-17-1555; 27-CR-17-22909;
                               27-CR-17-8342
Adrian Michael Wesley,
    Defendant.

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Adrian Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, February 10, 2020 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Adrian Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before February 10, 2020 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: January 24, 2020      _____
                              Lisa K. Janzen
                              Judge of District Court

---

### Document 3 (27-CR-17-22909, filed 3/26/2018)

27-CR-17-22909

Filed in Fourth Judicial District Court
3/26/2018 1:48 PM
Hennepin County, MN

STATE OF MINNESOTA                 DISTRICT COURT
COUNTY OF HENNEPIN                 FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.                         **TRANSPORT ORDER**
                          27-CR-17-22909;
                          27-CR-17-1555;  27-CR-17-8342
Adrian Michael Wesley,
    Defendant.

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services on February 21, 2017, as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 1, 2018 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, to the Hennepin County Government Center for a court appearance in Courtroom 857, on or before May 1, 2018.

Dated: ____03/26/2018__

BY THE COURT:

_____
Carolina A. Lamas
Judge of District Court

| | | |
|---|---|---|
| Case No. 27-CR-17-22909<br>State of MN vs ADRIAN MICHAEL WESLEY<br>Filing Type: ·Order to Transport·<br>Filing Date: 2018-10-23<br>MCRO_27-CR-17-22909_Order to Transport_2018-10-23_20240430093733.pdf<br>File Hash: 16efcb72c67e4e43ed33904b57ac611661721d11a67bc00bbd23e839b3f989f52<br>Page: 1 of 1 | Case No. 27-CR-17-22909<br>State of MN vs ADRIAN MICHAEL WESLEY<br>Filing Type: ·Order to Transport·<br>Filing Date: 2019-03-13<br>MCRO_27-CR-17-22909_Order to Transport_2019-03-13_20240430093732.pdf<br>File Hash: 1ef2a208e0c57c74279bdc6d1973d4422db7306552aa36babce267b81d673451<br>Page: 1 of 1 | Case No. 27-CR-17-22909<br>State of MN vs ADRIAN MICHAEL WESLEY<br>Filing Type: ·Order to Transport·<br>Filing Date: 2019-10-02<br>MCRO_27-CR-17-22909_Order to Transport_2019-10-02_20240430093731.pdf<br>File Hash: 5642213aa59077e76d716b4e850567cb195ea5bf7f2a674fb6cdc9901327d4a3<br>Page: 1 of 1 |

---

### Document 1 (Filed 10/23/2018 11:08 AM)

27-CR-17-22909

Filed in District Court
State of Minnesota
10/23/2018 11:08 AM

STATE OF MINNESOTA                    DISTRICT COURT
COUNTY OF HENNEPIN                    FOURTH JUDICIAL DISTRICT

State of Minnesota,

   Plaintiff,

v.                                    **TRANSPORT ORDER**
                                      27-CR-17-8342; 27-CR-17-22909
                                      27-CR-17-1555
Adrian Michael Wesley,

   Defendant.

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, November 6, 2018, at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, on or before November 6, 2018 for a court appearance in Courtroom 857 at 1:30pm.

Dated: ____10/23/2018__

BY THE COURT:

Carolina A. Lamas
Judge of District Court

---

### Document 2 (Filed 3/13/2019 12:12 PM)

27-CR-17-22909

Filed in District Court
State of Minnesota
3/13/2019 12:12 PM

STATE OF MINNESOTA                    DISTRICT COURT
COUNTY OF HENNEPIN                    FOURTH JUDICIAL DISTRICT

State of Minnesota,

   Plaintiff,

v.                                    **TRANSPORT ORDER**
                                      27-CR-17-1555;
                                      27-CR-17-8342; 27-CR-17-22909
Adrian Michael Wesley,

   Defendant.

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 7, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, on or before May 7, 2019 for a court appearance in Courtroom 857 at 1:30pm.

Dated: ____03/13/2019__

BY THE COURT:

Carolina A. Lamas
Judge of District Court

---

### Document 3 (Filed 10/2/2019 11:53 AM)

27-CR-17-22909

Filed in District Court
State of Minnesota
10/2/2019 11:53 AM

STATE OF MINNESOTA                    DISTRICT COURT
COUNTY OF HENNEPIN                    FOURTH JUDICIAL DISTRICT

State of Minnesota,

   Plaintiff,

v.                                    **TRANSPORT ORDER**
                                      27-CR-17-1555; 27-CR-17-8342
                                      27-CR-17-22909
Adrian Michael Wesley,

   Defendant.

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, October 22, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before October 22, 2019 for a court appearance in Courtroom 857 at 1:30pm.

Dated: ____10/02/2019__

BY THE COURT:

Carolina A. Lamas
Judge of District Court

## Case No. 27-CR-17-22909
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: **2020-01-24**
MCRO_27-CR-17-22909_Order to Transport_2020-01-24_20240430093727.pdf
File Hash: 02cd0cc59837ec9ca7e67566ea1401b1cb78e47ee7c0afb59190167a6d877203
Page: 1 of 1

---

27-CR-17-22909

Filed in District Court
State of Minnesota
1/24/2020 2:42 PM

STATE OF MINNESOTA      DISTRICT COURT

COUNTY OF HENNEPIN      FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.      **TRANSPORT ORDER**
     27-CR-17-1555; 27-CR-17-22909;
     27-CR-17-8342

Adrian Michael Wesley,
    Defendant.

---

TO:      David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Adrian Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, February 10, 2020 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Adrian Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before February 10, 2020 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: January 24, 2020

*Lisa K. Janzen*
Lisa K. Janzen
Judge of District Court

---

## Case No. 27-CR-18-18391
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Order to Transport·
Filing Date: **2019-08-19**
MCRO_27-CR-18-18391_Order to Transport_2019-08-19_20240430092805.pdf
File Hash: 01209eaf79de5a3788402022dbdf8f87bc6d35a0bf5dded19972fe122ed19c68
Page: 1 of 1

---

27-CR-18-18391

Filed in District Court
State of Minnesota
8/19/2019 12:32 PM

STATE OF MINNESOTA      DISTRICT COURT

COUNTY OF HENNEPIN      FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.      **TRANSPORT ORDER**
     27-CR-18-18391; 27-CR-18-20198;
     27-CR-19-1916; 27-CR-19-3539

Aesha Ibrahim Osman,
    Defendant.

---

TO:      David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Aesha Ibrahim Osman,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, August 27, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Aesha Ibrahim Osman,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before August 27, 2019 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: 08/19/2019

*Carolina A. Lamas*
Carolina A. Lamas
Judge of District Court

---

## Case No. 27-CR-18-18391
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Order to Transport·
Filing Date: **2024-02-02**
MCRO_27-CR-18-18391_Order to Transport_2024-02-02_20240430092716.pdf
File Hash: f6b4382ab171ad66aca000a21214475cde66065a0155dc5a9f5e72a445479e41
Page: 1 of 1

---

STATE OF MINNESOTA      DISTRICT COURT
                                      FOURTH JUDICIAL DISTRICT
COUNTY OF HENNEPIN      CRIMINAL DIVISION

State of Minnesota,      Court File No. 27-CR-21-22058, 27-CR-19-17539, 27-CR-19-3539, 27-CR-19-1916, 27-CR-18-18391

    Plaintiff,

vs.      **TRANSPORT ORDER**

Aesha Ibrahim Osman,

    Defendant.

---

TO:      Dawanna S. Witt, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Aesha Ibrahim Osman (date of birth 09/13/1998), was committed to the Commissioner of Human Services and the head of Hennepin County Medical Center as a person who poses a risk of harm due to a mental illness. Defendant Aesha Ibrahim Osman was admitted to Anoka Metro Regional Treatment Center for care and treatment. On February 1, 2024, Minnesota Department of Human Services Direct Care and Treatment filed a request that Defendant Aesha Ibrahim Osman be returned to jail from Anoka Metro Regional Treatment Center as the Defendant Aesha Ibrahim Osman is subject to conditions of release which do not permit community discharge.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Aesha Ibrahim Osman, shall be transported by the Hennepin County Sheriff's Department from Anoka Metro Regional Treatment Center to the Hennepin County Adult Detention Center on February 8, 2024.

BY THE COURT:

_____
Judge of District Court

Archived Case Files Available at MnCourtFraud.Substack.com

**EXHIBIT MCR-3 | p. 7**

| | | |
|---|---|---|
| **Case No. 27-CR-19-1916**<br>State of MN vs AESHA IBRAHIM OSMAN<br>Filing Type: ·Order to Transport·<br>Filing Date: **2019-08-19**<br>MCRO_27-CR-19-1916_Order to Transport_2019-08-19_20240430091246.pdf<br>File Hash: b8e15f98c99584509192b2a260d67c394a68c5bb888d15f359609078eeffceeb<br>Page: 1 of 1 | **Case No. 27-CR-19-1916**<br>State of MN vs AESHA IBRAHIM OSMAN<br>Filing Type: ·Order to Transport·<br>Filing Date: **2024-02-02**<br>MCRO_27-CR-19-1916_Order to Transport_2024-02-02_20240430091209.pdf<br>File Hash: 00df85461396d04aad0b21217a2447e93fb57279bfc4c8d2ef3197386c9465c4<br>Page: 1 of 1 | **Case No. 27-CR-19-3539**<br>State of MN vs AESHA IBRAHIM OSMAN<br>Filing Type: ·Order to Transport·<br>Filing Date: **2019-08-19**<br>MCRO_27-CR-19-3539_Order to Transport_2019-08-19_20240430091356.pdf<br>File Hash: 1a898c7543f26c79720438dafdfa036a8de8434a279f1e014f7d569d8ac6e583<br>Page: 1 of 1 |

---

**Document 1 (Case 27-CR-19-1916, filed 8/19/2019):**

27-CR-19-1916

Filed in District Court
State of Minnesota
8/19/2019 12:33 PM

STATE OF MINNESOTA      DISTRICT COURT

COUNTY OF HENNEPIN      FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.      **TRANSPORT ORDER**
     27-CR-18-18391; 27-CR-18-20198;
     27-CR-19-1916; 27-CR-19-3539

Aesha Ibrahim Osman,
    Defendant.

TO:      David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Aesha Ibrahim Osman,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, August 27, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Aesha Ibrahim Osman,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before August 27, 2019 for a court appearance in Courtroom 857 at 1:30pm.

Dated: ____08/19/2019__

BY THE COURT:

_[signature]_
Carolina A. Lamas
Judge of District Court

---

**Document 2 (Case 27-CR-19-1916, filed 2/2/2024):**

STATE OF MINNESOTA      **DISTRICT COURT**
COUNTY OF HENNEPIN      **FOURTH JUDICIAL DISTRICT**
     **CRIMINAL DIVISION**

State of Minnesota,      Court File No. 27-CR-21-22058, 27-CR-19-17539, 27-CR-19-3539, 27-CR-19-1916, 27-CR-18-18391

    Plaintiff,

vs.      **TRANSPORT ORDER**

Aesha Ibrahim Osman,

    Defendant.

TO:      Dawanna S. Witt, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Aesha Ibrahim Osman (date of birth 09/13/1998), was committed to the Commissioner of Human Services and the head of Hennepin County Medical Center as a person who poses a risk of harm due to a mental illness. Defendant Aesha Ibrahim Osman was admitted to Anoka Metro Regional Treatment Center for care and treatment. On February 1, 2024, Minnesota Department of Human Services Direct Care and Treatment filed a request that Defendant Aesha Ibrahim Osman be returned to jail from Anoka Metro Regional Treatment Center as the Defendant Aesha Ibrahim Osman is subject to conditions of release which do not permit community discharge.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Aesha Ibrahim Osman, shall be transported by the Hennepin County Sheriff's Department from Anoka Metro Regional Treatment Center to the Hennepin County Adult Detention Center on February 8, 2024.

BY THE COURT:

_____
Judge of District Court

---

**Document 3 (Case 27-CR-19-3539, filed 8/19/2019):**

27-CR-19-3539

Filed in District Court
State of Minnesota
8/19/2019 12:34 PM

STATE OF MINNESOTA      DISTRICT COURT

COUNTY OF HENNEPIN      FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.      **TRANSPORT ORDER**
     27-CR-18-18391; 27-CR-18-20198;
     27-CR-19-1916; 27-CR-19-3539

Aesha Ibrahim Osman,
    Defendant.

TO:      David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Aesha Ibrahim Osman,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, August 27, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Aesha Ibrahim Osman,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before August 27, 2019 for a court appearance in Courtroom 857 at 1:30pm.

Dated: ____08/19/2019__

BY THE COURT:

_[signature]_
Carolina A. Lamas
Judge of District Court

**Case No. 27-CR-19-3539**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type:   ·Order to Transport·
Filing Date:   **2024-02-02**
MCRO_27-CR-19-3539_Order to Transport_2024-02-02_20240430091320.pdf
File Hash:   adc5ae554bb5eecfd11d70f117f7d9bef38273876f751b43b0d24524f414d4df
Page: 1 of 1

STATE OF MINNESOTA      DISTRICT COURT
COUNTY OF HENNEPIN      FOURTH JUDICIAL DISTRICT
     CRIMINAL DIVISION

State of Minnesota,

    Plaintiff,

Court File No. 27-CR-21-22058, 27-CR-19-17539, 27-CR-19-3539, 27-CR-19-1916, 27-CR-18-18391

vs.

TRANSPORT ORDER

Aesha Ibrahim Osman,

    Defendant.

TO:   Dawanna S. Witt, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Aesha Ibrahim Osman (date of birth 09/13/1998), was committed to the Commissioner of Human Services and the head of Hennepin County Medical Center as a person who poses a risk of harm due to a mental illness. Defendant Aesha Ibrahim Osman was admitted to Anoka Metro Regional Treatment Center for care and treatment. On February 1, 2024, Minnesota Department of Human Services Direct Care and Treatment filed a request that Defendant Aesha Ibrahim Osman be returned to jail from Anoka Metro Regional Treatment Center as the Defendant Aesha Ibrahim Osman is subject to conditions of release which do not permit community discharge.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Aesha Ibrahim Osman, shall be transported by the Hennepin County Sheriff's Department from Anoka Metro Regional Treatment Center to the Hennepin County Adult Detention Center on February 8, 2024.

BY THE COURT:

_____
Judge of District Court

---

**Case No. 27-CR-19-12466**
State of MN vs TERRELL JOHNSON
Filing Type:   ·Order to Transport·
Filing Date:   **2019-10-07**
MCRO_27-CR-19-12466_Order to Transport_2019-10-07_20240430091853.pdf
File Hash:   de4ed0d2c1e74c593d33da3e558a37337a54d017ce8335e4a8724f3e09a3bfda
Page: 1 of 1

27-CR-19-12466

Filed in District Court
State of Minnesota
10/7/2019 9:02 AM

STATE OF MINNESOTA      DISTRICT COURT
COUNTY OF HENNEPIN      FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

**TRANSPORT ORDER**
27-CR-19-12466; 27-CR-19-19606

v.

Terrell Johnson

    Defendant.

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Terrell Johnsonwas committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, October 8, 2019 at 1:30 before Judge Carolina A. Lamas in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Terrell Johnsonshall be transported to the Hennepin County Government Center from the Anoka Metro Regional Treatment Center, on or before October 8, 2019 for a court appearance in Courtroom 857 at 1:30pm.

Dated:  ____10/07/2019__

BY THE COURT:

_Carolina A. Lamas_
Carolina A. Lamas
Judge of District Court

---

**Case No. 27-CR-19-17539**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type:   ·Order to Transport·
Filing Date:   **2024-02-02**
MCRO_27-CR-19-17539_Order to Transport_2024-02-02_20240430091927.pdf
File Hash:   d7f8b175edcf9b6954b2a15c1b53ee634d3e1a98e0a3ba698f5240df89e6c8aa
Page: 1 of 1

STATE OF MINNESOTA      DISTRICT COURT
COUNTY OF HENNEPIN      FOURTH JUDICIAL DISTRICT
     CRIMINAL DIVISION

State of Minnesota,

    Plaintiff,

Court File No. 27-CR-21-22058, 27-CR-19-17539, 27-CR-19-3539, 27-CR-19-1916, 27-CR-18-18391

vs.

TRANSPORT ORDER

Aesha Ibrahim Osman,

    Defendant.

TO:   Dawanna S. Witt, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Aesha Ibrahim Osman (date of birth 09/13/1998), was committed to the Commissioner of Human Services and the head of Hennepin County Medical Center as a person who poses a risk of harm due to a mental illness. Defendant Aesha Ibrahim Osman was admitted to Anoka Metro Regional Treatment Center for care and treatment. On February 1, 2024, Minnesota Department of Human Services Direct Care and Treatment filed a request that Defendant Aesha Ibrahim Osman be returned to jail from Anoka Metro Regional Treatment Center as the Defendant Aesha Ibrahim Osman is subject to conditions of release which do not permit community discharge.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Aesha Ibrahim Osman, shall be transported by the Hennepin County Sheriff's Department from Anoka Metro Regional Treatment Center to the Hennepin County Adult Detention Center on February 8, 2024.

BY THE COURT:

_____
Judge of District Court

**Case No. 27-CR-19-19606**
State of MN vs TERRELL JOHNSON
Filing Type:   ·Order to Transport·
Filing Date:   **2019-10-07**
MCRO_27-CR-19-19606_Order to Transport_2019-10-07_20240430092106.pdf
File Hash:   5aadc70d28932f9d58863d0c24b5f9922a25c841f9ac41ead4cfc65249e93303
Page: 1 of 1

27-CR-19-19606

Filed in District Court
State of Minnesota
10/7/2019 9:03 AM

STATE OF MINNESOTA                                   DISTRICT COURT
COUNTY OF HENNEPIN                         FOURTH JUDICIAL DISTRICT

State of Minnesota,

   Plaintiff,
                                    **TRANSPORT ORDER**
v.                                  27-CR-19-12466; 27-CR-19-19606
Terrell Johnson

   Defendant.

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Terrell Johnson was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, October 8, 2019 at 1:30 before Judge Carolina A. Lamas in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Terrell Johnson shall be transported to the Hennepin County Government Center from the Anoka Metro Regional Treatment Center, on or before October 8, 2019 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: ____10/07/2019__

_____
Carolina A. Lamas
Judge of District Court

**Case No. 27-CR-20-26577**
State of MN vs Rasheed Richardson
Filing Type:   ·Order to Transport·
Filing Date:   **2022-06-15**
MCRO_27-CR-20-26577_Order to Transport_2022-06-15_20240430090620.pdf
File Hash:   7578c64c03a4a20853549255006cdbf11925f498278514dee1ef0b077f2d4ba6
Page: 1 of 1

27-CR-20-26577

Filed in District Court
State of Minnesota
6/15/2022 1:56 PM

STATE OF MINNESOTA                                   DISTRICT COURT
COUNTY OF HENNEPIN                         FOURTH JUDICIAL DISTRICT

State of Minnesota,

   Plaintiff,
                                    **TRANSPORT ORDER**
v.                                     27-CR-20-26577

Rasheed Richardson,
(AKA Lamar Johnson)
(03/01/1976)

   Defendant.

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Rasheed Richardson, was committed to the Commissioner of Human Services as Mentally Ill and Chemically Dependent. The Minnesota Department of Human Services – Direct Care and Treatment filed a Notification of Change in Custody on June 9, 2022, indicating that the Defendant would be provisionally discharged from Anoka Metro Regional Treatment Center and returned to the jail. A hearing on the criminal matter is currently scheduled for Tuesday, June 21, 2022 at 1:30 PM before Judge Lisa Janzen, Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Rasheed Richardson, shall be transported to the Hennepin County Detention Center from the Anoka Metro Regional Treatment Center on or before June 21, 2022. The Defendant shall remain at the Hennepin County Detention Center and not return to the Anoka Metro Regional Treatment Center.

BY THE COURT:

Dated: _____

_____
Lisa K. Janzen
Judge of District Court

**Case No. 27-CR-20-26577**
State of MN vs Rasheed Richardson
Filing Type:   ·Order to Transport·
Filing Date:   **2022-06-22**
MCRO_27-CR-20-26577_Order to Transport_2022-06-22_20240430090618.pdf
File Hash:   dbc37633dd465822fedbc588af99a8b235861fa0483d39a2de39fff80d4b0be1
Page: 1 of 1

27-CR-20-26577

Filed in District Court
State of Minnesota
6/22/2022 1:06 PM

STATE OF MINNESOTA                                   DISTRICT COURT
COUNTY OF HENNEPIN                         FOURTH JUDICIAL DISTRICT

State of Minnesota,

   Plaintiff,
                                    **TRANSPORT ORDER**
v.                                     27-CR-20-26577

Rasheed Richardson,
(AKA Lamar Johnson)
(03/01/1976)

   Defendant.

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Rasheed Richardson, was committed to the Commissioner of Human Services as Mentally Ill and Chemically Dependent. The Minnesota Department of Human Services – Direct Care and Treatment ("DCT") filed a Notification of Change in Custody on June 9, 2022, indicating that the Defendant would be provisionally discharged from Anoka Metro Regional Treatment Center ("AMRTC") and returned to the jail on or after June 16, 2022. On June 15, 2022, the Court issued a Transport Order for the Defendant to be returned to the jail on June 16, 2022. On June 17, 2022, DCT filed a Notification of Change in Custody indicating a provisional discharge from AMRTC to Community Addiction Recovery Enterprise ("CARE"). As the Defendant was already back in custody at the jail, Hennepin County Case Management reached out to DCT to request that the Defendant be returned to AMRTC. AMRTC has now confirmed with Hennepin County Case Management that the Defendant will remain at AMRTC to begin treatment rather than being discharged if the Defendant is transported back to AMRTC today, June 22, 2022.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Rasheed Richardson, shall be transported to the Anoka Metro Regional Treatment Center from the Hennepin County Detention Center today, June 22, 2022.

BY THE COURT:

Dated: _____

_____
Lisa K. Janzen
Judge of District Court

---

**Case No. 27-CR-21-8412**
State of MN vs Stephone Ahmad Gammage
Filing Type: ·Order to Transport·
Filing Date: **2023-04-11**
MCRO_27-CR-21-8412_Order to Transport_2023-04-11_20240430081743.pdf
File Hash:  2fe95ec4da6ac321439e956317a0d41841aeb1f76bb1c3b6b2155ea8e5f704d5
Page: 1 of 1

STATE OF MINNESOTA                           DISTRICT COURT
                                    FOURTH JUDICIAL DISTRICT
COUNTY OF HENNEPIN                      CRIMINAL DIVISION

State of Minnesota,                 Court File No. 27-CR-21-8412

    Plaintiff,                        **TRANSPORT ORDER**

vs.

Stephone Ahmad Gammage,

    Defendant.

TO:   Dawanna S. Witt, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

    **THAT DEFENDANT,** Stephone Gammage, was found competent to proceed in a Rule 20.01 and Rule 20.02 Report by Dr. Megan Paris filed with the Court on January 9, 2023. A Request for continuance was granted in the matter on January 13, 2023. A hearing on the Respondent's competency to proceed in his criminal matter is currently scheduled for April 12, 2032 at 9:00 A.M. before Judge Julia Dayton Klein in Courtroom 559, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

    **THAT DEFENDANT,** Stephone Gammage, shall be transported by the Hennepin County Sheriff's Department to the Hennepin County Government Center from the Hennepin County Jail, on or before April 12, 2023 for a court appearance in Courtroom 559 at 9:00 AM.

    **THAT DEFENDANT**, Stephone Gammage, shall be transported back to Hennepin County Jail by the Hennepin County Sheriff's Department from the Hennepin County Government Center following the conclusion of this court appearance on April 12, 2023.

BY THE COURT:

_____
JULIA DAYTON KLEIN
Judge of District Court

---

**Case No. 27-CR-21-22058**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Order to Transport·
Filing Date: **2024-02-02**
MCRO_27-CR-21-22058_Order to Transport_2024-02-02_20240430083544.pdf
File Hash:  fe3ccefe6f3b29ecef6ec197d9cc6dbe0c96e191b76f1fd5aa9b0dbceaacd121
Page: 1 of 1

STATE OF MINNESOTA                           DISTRICT COURT
                                    FOURTH JUDICIAL DISTRICT
COUNTY OF HENNEPIN                      CRIMINAL DIVISION

State of Minnesota,     Court File No. 27-CR-21-22058, 27-CR-19-17539, 27-CR-19-3539, 27-CR-19-1916, 27-CR-18-18391

    Plaintiff,                        **TRANSPORT ORDER**

vs.

Aesha Ibrahim Osman,

    Defendant.

TO:   Dawanna S. Witt, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

    **THAT DEFENDANT,** Aesha Ibrahim Osman (date of birth 09/13/1998), was committed to the Commissioner of Human Services and the head of Hennepin County Medical Center as a person who poses a risk of harm due to a mental illness. Defendant Aesha Ibrahim Osman was admitted to Anoka Metro Regional Treatment Center for care and treatment. On February 1, 2024, Minnesota Department of Human Services Direct Care and Treatment filed a request that Defendant Aesha Ibrahim Osman be returned to jail from Anoka Metro Regional Treatment Center as the Defendant Aesha Ibrahim Osman is subject to conditions of release which do not permit community discharge.

**IT IS HEREBY ORDERED**

    **THAT DEFENDANT,** Aesha Ibrahim Osman, shall be transported by the Hennepin County Sheriff's Department from Anoka Metro Regional Treatment Center to the Hennepin County Adult Detention Center on February 8, 2024.

BY THE COURT:

_____
Judge of District Court

---

**Case No. 27-CR-22-22521**
State of MN vs Dennis Joseph Barry
Filing Type: ·Order to Transport·
Filing Date: **2023-11-02**
MCRO_27-CR-22-22521_Order to Transport_2023-11-02_20240429163105.pdf
File Hash:  19029f79f11aacb67cfe8ceda1093d4468fab6ba9f6d42b8e11915ab5f2b94da
Page: 1 of 1

STATE OF MINNESOTA                           DISTRICT COURT
                                    FOURTH JUDICIAL DISTRICT
COUNTY OF HENNEPIN                      CRIMINAL DIVISION

State of Minnesota,                 Court File No. 27-CR-22-22521

    Plaintiff,                        **TRANSPORT ORDER**

vs.

Dennis Joseph Barry,

    Defendant.

TO:   Dawanna S. Witt, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

    **THAT DEFENDANT,** Dennis Joseph Barry (date of birth 05/14/1977), was committed to the Commissioner of Human Services as a person who poses a risk of harm due to mental illness.  Defendant Dennis Joseph Barry was admitted to Anoka Metro Regional Treatment Center for care and treatment. On November 2, 2023, Minnesota Department of Human Services Direct Care and Treatment requested, via electronic communication, that Defendant Dennis Joseph Barry be returned to jail from Anoka Metro Regional Treatment Center as the Defendant Dennis Joseph Barry no longer meets hospital criteria and is subject to conditions of release.

**IT IS HEREBY ORDERED**

    **THAT DEFENDANT,** Dennis Joseph Barry, shall be transported by the Hennepin County Sheriff's Department from Anoka Metro Regional Treatment Center to the Hennepin County Adult Detention Center on November 3, 2023.

BY THE COURT:

_____
Judge of District Court