# EXHIBIT MCR-5

| Index | Case_Number | File_Date | SHA-256_Hashed_PDF_File_Name | Author | Company | SHA-256_Hash_Translation | Family | Filing_Type | SHA-256_Hash_Value | Asset_Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-17-1555 | 2017-02-21 | MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-02-21_20240430093603.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 2 | 27-CR-17-1555 | 2020-05-08 | MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093550.pdf | Nehring, Alisha; Nehring: Alisha | | Handwritten Signature of Judge Lisa K Janzen 05 | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 18d03912b8e4645eb10d0212883d5aaa27eaae2845265166d362f0feb3f87d4d | .jpg |
| 3 | 27-CR-17-1555 | 2022-12-27 | MCRO_27-CR-17-1555_Order-Other_2022-12-27_20240430093545.pdf | Burg, Amanda R; Burg: Amanda R | | Handwritten Signature of Judge Michael Browne 01 | Judicial Officer Signature | Order-Other | 777acb19e3b9b51a8e7ede12ab82b9174915e30b4d13cd1b6caf60443c6fe514 | .png |
| 4 | 27-CR-17-1555 | 2022-12-27 | MCRO_27-CR-17-1555_Order-Other_2022-12-27_20240430093545.pdf | Burg, Amanda R; Burg: Amanda R | | Browne, Michael Dec 27 2022 4:01 PM | Judicial Officer Timestamp | Order-Other | c61446a99d583bf62d3ee1d7eaab9371fe3405cb9af6bd6021d82bf2d7398dea | .png |
| 5 | 27-CR-17-1555 | 2022-12-27 | MCRO_27-CR-17-1555_Correspondence for Judicial Approval_2022-12-27_20240430093546.pdf | Burg, Amanda R; Burg: Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a843857ee9239b484f259e003593 | .jpg |
| 6 | 27-CR-17-1555 | 2022-12-27 | MCRO_27-CR-17-1555_Correspondence for Judicial Approval_2022-12-27_20240430093546.pdf | Burg, Amanda R; Burg: Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e8420836a142d9a4153fd4dcc3c38652df492ecc | .jpg |
| 7 | | | | | | | | | | |
| 8 | 27-CR-17-8342 | 2017-04-11 | MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-04-11_20240430093657.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 9 | 27-CR-17-8342 | 2020-05-08 | MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093644.pdf | Nehring, Alisha; Nehring: Alisha | | Handwritten Signature of Judge Lisa K Janzen 05 | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 18d03912b8e4645eb10d0212883d5aaa27eaae2845265166d362f0feb3f87d4d | .jpg |
| 10 | 27-CR-17-8342 | 2022-12-27 | MCRO_27-CR-17-8342_Order-Other_2022-12-27_20240430093638.pdf | Burg, Amanda R; Burg: Amanda R | | Handwritten Signature of Judge Michael Browne 01 | Judicial Officer Signature | Order-Other | 777acb19e3b9b51a8e7ede12ab82b9174915e30b4d13cd1b6caf60443c6fe514 | .png |
| 11 | 27-CR-17-8342 | 2022-12-27 | MCRO_27-CR-17-8342_Order-Other_2022-12-27_20240430093638.pdf | Burg, Amanda R; Burg: Amanda R | | Browne, Michael Dec 27 2022 4:01 PM | Judicial Officer Timestamp | Order-Other | c61446a99d583bf62d3ee1d7eaab9371fe3405cb9af6bd6021d82bf2d7398dea | .png |
| 12 | 27-CR-17-8342 | 2022-12-27 | MCRO_27-CR-17-8342_Correspondence for Judicial Approval_2022-12-27_20240430093640.pdf | Burg, Amanda R; Burg: Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a843857ee9239b484f259e003593 | .jpg |
| 13 | 27-CR-17-8342 | 2022-12-27 | MCRO_27-CR-17-8342_Correspondence for Judicial Approval_2022-12-27_20240430093640.pdf | Burg, Amanda R; Burg: Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e8420836a142d9a4153fd4dcc3c38652df492ecc | .jpg |
| 14 | | | | | | | | | | |
| 15 | 27-CR-17-22909 | 2017-09-13 | MCRO_27-CR-17-22909_Order-Other_2017-09-13_20240430093736.pdf | Judith Cole | HP | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Order-Other | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 16 | 27-CR-17-22909 | 2020-05-08 | MCRO_27-CR-17-22909_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093726.pdf | Nehring, Alisha; Nehring: Alisha | | Handwritten Signature of Judge Lisa K Janzen 05 | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 18d03912b8e4645eb10d0212883d5aaa27eaae2845265166d362f0feb3f87d4d | .jpg |
| 17 | 27-CR-17-22909 | 2022-12-27 | MCRO_27-CR-17-22909_Correspondence for Judicial Approval_2022-12-27_20240430093723.pdf | Burg, Amanda R; Burg: Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a843857ee9239b484f259e003593 | .jpg |
| 18 | 27-CR-17-22909 | 2022-12-27 | MCRO_27-CR-17-22909_Correspondence for Judicial Approval_2022-12-27_20240430093723.pdf | Burg, Amanda R; Burg: Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e8420836a142d9a4153fd4dcc3c38652df492ecc | .jpg |
| 19 | 27-CR-17-22909 | 2022-12-29 | MCRO_27-CR-17-22909_Order-Other_2022-12-29_20240430093721.pdf | Burg, Amanda R; Burg: Amanda R | | Handwritten Signature of Judge Michael Browne 01 | Judicial Officer Signature | Order-Other | 777acb19e3b9b51a8e7ede12ab82b9174915e30b4d13cd1b6caf60443c6fe514 | .png |
| 20 | 27-CR-17-22909 | 2022-12-29 | MCRO_27-CR-17-22909_Order-Other_2022-12-29_20240430093721.pdf | Burg, Amanda R; Burg: Amanda R | | Browne, Michael Dec 27 2022 4:01 PM | Judicial Officer Timestamp | Order-Other | c61446a99d583bf62d3ee1d7eaab9371fe3405cb9af6bd6021d82bf2d7398dea | .png |
| 21 | | | | | | | | | | |
| 22 | 27-CR-18-18391 | 2019-02-26 | MCRO_27-CR-18-18391_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2019-02-26_20240430092811.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 23 | 27-CR-18-18391 | 2019-08-27 | MCRO_27-CR-18-18391_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2019-08-27_20240430092804.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 24 | 27-CR-18-18391 | 2019-10-09 | MCRO_27-CR-18-18391_Order-Other_2019-10-09_20240430092800.pdf | Nehring, Alisha; Nehring: Alisha | | Handwritten Signature of Judge Lisa K Janzen 05 | Judicial Officer Signature | Order-Other | 18d03912b8e4645eb10d0212883d5aaa27eaae2845265166d362f0feb3f87d4d | .jpg |
| 25 | 27-CR-18-18391 | 2022-07-14 | MCRO_27-CR-18-18391_Correspondence for Judicial Approval_2022-07-14_20240430092732.pdf | Burg, Amanda R; Burg: Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a843857ee9239b484f259e003593 | .jpg |
| 26 | 27-CR-18-18391 | 2022-07-14 | MCRO_27-CR-18-18391_Correspondence for Judicial Approval_2022-07-14_20240430092732.pdf | Burg, Amanda R; Burg: Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e8420836a142d9a4153fd4dcc3c38652df492ecc | .jpg |
| 27 | | | | | | | | | | |
| 28 | 27-CR-18-18396 | 2018-10-02 | MCRO_27-CR-18-18396_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2018-10-02_20240430093000.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 29 | 27-CR-18-18396 | 2019-11-12 | MCRO_27-CR-18-18396_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2019-11-12_20240430092954.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 30 | 27-CR-18-18396 | 2021-09-07 | MCRO_27-CR-18-18396_Findings and Order_2021-09-07_20240430092943.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194446e96cced582280549d4991a1da83d9 | .png |
| 31 | | | | | | | | | | |
| 32 | 27-CR-18-19274 | 2018-08-28 | MCRO_27-CR-18-19274_Order-Other_2018-08-28_20240430093110.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Order-Other | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 33 | 27-CR-18-19274 | 2020-09-04 | MCRO_27-CR-18-19274_Findings of Fact, Conclusions of Law and Order_2020-09-04_20240430093054.pdf | Nehring, Alisha; Nehring: Alisha | | Handwritten Signature of Judge Lisa K Janzen 05 | Judicial Officer Signature | Findings of Fact, Conclusions of Law and Order | 18d03912b8e4645eb10d0212883d5aaa27eaae2845265166d362f0feb3f87d4d | .jpg |

Archived Case Files Available at MnCourtFraud.Substack.com

**EXHIBIT MCR-5 | p. 1**

| Index | Case_Number | File_Date | SHA-256_Hashed_PDF_File_Name | Author | Company | SHA-256_Hash_Translation | Family | Filing_Type | SHA-256_Hash_Value | Asset_Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 27-CR-18-19274 | 2022-02-25 | MCRO_27-CR-18-19274_Findings of Fact, Conclusions of Law and Order_2022-02-25_20240430093042.pdf | Nehring, Alisha; Nehring: Alisha | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings of Fact, Conclusions of Law and Order | d8e2b12e2fcd82073a7397638415194fda6e965ced5822805494d491a1dda3d9 | .png |
| 35 | | | | | | | | | | |
| 36 | 27-CR-19-1916 | 2019-02-26 | MCRO_27-CR-19-1916_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2019-02-26_20240430091248.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 37 | 27-CR-19-1916 | 2019-08-27 | MCRO_27-CR-19-1916_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2019-08-27_20240430091245.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 38 | 27-CR-19-1916 | 2019-10-09 | MCRO_27-CR-19-1916_Order-Other_2019-10-09_20240430091243.pdf | Nehring, Alisha; Nehring: Alisha | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Order-Other | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 39 | 27-CR-19-1916 | 2022-07-14 | MCRO_27-CR-19-1916_Correspondence for Judicial Approval_2022-07-14_20240430091224.pdf | Burg, Amanda R; Burg; Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a84385fee9239b484f259e003593 | .jpg |
| 40 | 27-CR-19-1916 | 2022-07-14 | MCRO_27-CR-19-1916_Correspondence for Judicial Approval_2022-07-14_20240430091224.pdf | Burg, Amanda R; Burg; Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e8420836a142a9b9a4153fd4cc3c38652df492ecc | .jpg |
| 41 | | | | | | | | | | |
| 42 | 27-CR-19-3539 | 2019-02-26 | MCRO_27-CR-19-3539_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2019-02-26_20240430091359.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 43 | 27-CR-19-3539 | 2019-08-27 | MCRO_27-CR-19-3539_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2019-08-27_20240430091356.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 44 | 27-CR-19-3539 | 2019-10-09 | MCRO_27-CR-19-3539_Order-Other_2019-10-09_20240430091353.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Order-Other | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 45 | 27-CR-19-3539 | 2022-07-14 | MCRO_27-CR-19-3539_Correspondence for Judicial Approval_2022-07-14_20240430091335.pdf | Burg, Amanda R; Burg; Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a84385fee9239b484f259e003593 | .jpg |
| 46 | 27-CR-19-3539 | 2022-07-14 | MCRO_27-CR-19-3539_Correspondence for Judicial Approval_2022-07-14_20240430091335.pdf | Burg, Amanda R; Burg; Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e8420836a142a9b9a4153fd4cc3c38652df492ecc | .jpg |
| 47 | | | | | | | | | | |
| 48 | 27-CR-19-12466 | 2019-06-25 | MCRO_27-CR-19-12466_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2019-06-25_20240430091858.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 49 | 27-CR-19-12466 | 2019-07-31 | MCRO_27-CR-19-12466_Order-Other_2019-07-31_20240430091856.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Order-Other | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 50 | 27-CR-19-12466 | 2019-10-08 | MCRO_27-CR-19-12466_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2019-10-08_20240430091852.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 51 | 27-CR-19-12466 | 2022-03-08 | MCRO_27-CR-19-12466_Findings and Order_2022-03-08_20240430091827.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194fda6e965ced5822805494d491a1dda3d9 | .png |
| 52 | 27-CR-19-12466 | 2022-11-07 | MCRO_27-CR-19-12466_Correspondence for Judicial Approval_2022-11-07_20240430091822.pdf | Burg, Amanda R; Burg; Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a84385fee9239b484f259e003593 | .jpg |
| 53 | 27-CR-19-12466 | 2022-11-07 | MCRO_27-CR-19-12466_Correspondence for Judicial Approval_2022-11-07_20240430091822.pdf | Burg, Amanda R; Burg; Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e8420836a142a9b9a4153fd4cc3c38652df492ecc | .jpg |
| 54 | | | | | | | | | | |
| 55 | 27-CR-19-17539 | 2019-08-27 | MCRO_27-CR-19-17539_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2019-08-27_20240430092003.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 56 | 27-CR-19-17539 | 2019-10-09 | MCRO_27-CR-19-17539_Order-Other_2019-10-09_20240430092000.pdf | Nehring, Alisha; Nehring: Alisha | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Order-Other | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 57 | 27-CR-19-17539 | 2022-07-14 | MCRO_27-CR-19-17539_Correspondence for Judicial Approval_2022-07-14_20240430091942.pdf | Burg, Amanda R; Burg; Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a84385fee9239b484f259e003593 | .jpg |
| 58 | 27-CR-19-17539 | 2022-07-14 | MCRO_27-CR-19-17539_Correspondence for Judicial Approval_2022-07-14_20240430091942.pdf | Burg, Amanda R; Burg; Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e8420836a142a9b9a4153fd4cc3c38652df492ecc | .jpg |
| 59 | | | | | | | | | | |
| 60 | 27-CR-19-19606 | 2019-10-08 | MCRO_27-CR-19-19606_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2019-10-08_20240430092105.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Carolina A. Lamas | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9 | .png |
| 61 | 27-CR-19-19606 | 2022-03-08 | MCRO_27-CR-19-19606_Findings and Order_2022-03-08_20240430092045.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194fda6e965ced5822805494d491a1dda3d9 | .png |
| 62 | 27-CR-19-19606 | 2022-11-07 | MCRO_27-CR-19-19606_Correspondence for Judicial Approval_2022-11-07_20240430092040.pdf | Burg, Amanda R; Burg; Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a84385fee9239b484f259e003593 | .jpg |
| 63 | 27-CR-19-19606 | 2022-11-07 | MCRO_27-CR-19-19606_Correspondence for Judicial Approval_2022-11-07_20240430092040.pdf | Burg, Amanda R; Burg; Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e8420836a142a9b9a4153fd4cc3c38652df492ecc | .jpg |
| 64 | | | | | | | | | | |
| 65 | 27-CR-19-28883 | 2020-01-14 | MCRO_27-CR-19-28883_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-01-14_20240430092412.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 06 | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 350ddf62c48ced6e54e313834eab69eb8202f31b56b93be3090612a901b85e01 | .png |
| 66 | 27-CR-19-28883 | 2022-02-01 | MCRO_27-CR-19-28883_Findings and Order_2022-02-01_20240430092356.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 08 | Judicial Officer Signature | Findings and Order | d22583bf55d980aeb2051e21389aeb94b94a7c846c0d59b3f68071a95ebf4af1 | .png |

EXHIBIT MCR-5 | p. 2

| Index | Case_Number | File_Date | SHA-256_Hashed_PDF_File_Name | Author | Company | SHA-256_Hash_Translation | Family | Filing_Type | SHA-256_Hash_Value | Asset_Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 67 | 27-CR-19-28883 | 2022-09-07 | MCRO_27-CR-19-28883_Order-Other_2022-09-07_20240430092349.pdf | Nehring, Alisha; Nehring: Alisha | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Order-Other | d8e2b1e2fcd82073a7397638415194f4a6e965ced582280549d4991a1dda3d9 | .png |
| 68 | 27-CR-19-28883 | 2022-09-14 | MCRO_27-CR-19-28883_Correspondence for Judicial Approval_2022-09-14_20240430092347.pdf | Burg, Amanda R; Burg: Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a43857ee9239b484f259e003593 | .jpg |
| 69 | 27-CR-19-28883 | 2022-09-14 | MCRO_27-CR-19-28883_Correspondence for Judicial Approval_2022-09-14_20240430092347.pdf | Burg, Amanda R; Burg: Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e84208363a142b9a4153fd4cc3c38652df492ecc | .png |
| 70 | | | | | | | | | | |
| 71 | 27-CR-20-423 | 2020-02-18 | MCRO_27-CR-20-423_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-02-18_20240430084819.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 06 | Judicial Officer Signature | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 350d4f62c48ced6e54e313834eab09eb8202f31b56bf03be30906f12a001d8e01 | .png |
| 72 | 27-CR-20-423 | 2020-09-04 | MCRO_27-CR-20-423_Findings of Fact, Conclusions of Law and Order_2020-09-04_20240430084819.pdf | Nehring, Alisha; Nehring: Alisha | | Handwritten Signature of Judge Lisa K Janzen 05 | Judicial Officer Signature | Findings of Fact, Conclusions of Law and Order | 18d0391f2b8e4645eb10d0212883d5aaa27eaae2845265168d36206eb3f8f7d4d | .png |
| 73 | 27-CR-20-423 | 2022-02-25 | MCRO_27-CR-20-423_Findings of Fact, Conclusions of Law and Order_2022-02-25_20240430084808.pdf | Nehring, Alisha; Nehring: Alisha | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings of Fact, Conclusions of Law and Order | d8e2b1e2fcd82073a7397638415194f4a6e965ced582280549d4991a1dda3d9 | .png |
| 74 | | | | | | | | | | |
| 75 | 27-CR-20-6517 | 2021-08-24 | MCRO_27-CR-20-6517_Findings and Order_2021-08-24_20240430085217.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 08 | Judicial Officer Signature | Findings and Order | d22583bf55d980aeb2051e21389aeb94b94a7c846c0d59b3f68071a95ebf4af1 | .png |
| 76 | | | | | | | | | | |
| 77 | 27-CR-20-8926 | 2022-03-08 | MCRO_27-CR-20-8926_Findings and Order_2022-03-08_20240430085441.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b1e2fcd82073a7397638415194f4a6e965ced582280549d4991a1dda3d9 | .png |
| 78 | 27-CR-20-8926 | 2022-11-07 | MCRO_27-CR-20-8926_Correspondence for Judicial Approval_2022-11-07_20240430085435.pdf | Burg, Amanda R; Burg: Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a43857ee9239b484f259e003593 | .jpg |
| 79 | 27-CR-20-8926 | 2022-11-07 | MCRO_27-CR-20-8926_Correspondence for Judicial Approval_2022-11-07_20240430085435.pdf | Burg, Amanda R; Burg: Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e84208363a142b9a4153fd4cc3c38652df492ecc | .png |
| 80 | | | | | | | | | | |
| 81 | 27-CR-20-19196 | 2021-05-18 | MCRO_27-CR-20-19196_Findings and Order_2021-05-18_20240430090055.pdf | Judith Cole | | Handwritten Signature of Gina M Brandt 02 | Judicial Officer Signature | Findings and Order | 6b15cfd46d58ee29394417c41be1a69a0ba8a3a04b10c40d0e411cb0c3d3485 | .png |
| 82 | 27-CR-20-19196 | 2021-05-18 | MCRO_27-CR-20-19196_Findings and Order_2021-05-18_20240430090055.pdf | Judith Cole | | Handwritten Signature of Gina M Brandt 01 | Judicial Officer Signature | Findings and Order | c5bb14c6ad9372e86594b57a91be437cc610c452b36d53817b5acf30b80e70cbe | .png |
| 83 | | | | | | | | | | |
| 84 | 27-CR-20-20037 | 2022-03-08 | MCRO_27-CR-20-20037_Findings and Order_2022-03-08_20240430090143.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b1e2fcd82073a7397638415194f4a6e965ced582280549d4991a1dda3d9 | .png |
| 85 | 27-CR-20-20037 | 2022-11-07 | MCRO_27-CR-20-20037_Correspondence for Judicial Approval_2022-11-07_20240430090138.pdf | Burg, Amanda R; Burg: Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a43857ee9239b484f259e003593 | .jpg |
| 86 | 27-CR-20-20037 | 2022-11-07 | MCRO_27-CR-20-20037_Correspondence for Judicial Approval_2022-11-07_20240430090138.pdf | Burg, Amanda R; Burg: Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e84208363a142b9a4153fd4cc3c38652df492ecc | .png |
| 87 | | | | | | | | | | |
| 88 | 27-CR-20-20788 | 2021-10-06 | MCRO_27-CR-20-20788_Findings and Order_2021-10-06_20240430090234.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b1e2fcd82073a7397638415194f4a6e965ced582280549d4991a1dda3d9 | .png |
| 89 | | | | | | | | | | |
| 90 | 27-CR-20-23239 | 2020-12-15 | MCRO_27-CR-20-23239_Findings and Order_2020-12-15_20240430090437.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b1e2fcd82073a7397638415194f4a6e965ced582280549d4991a1dda3d9 | .png |
| 91 | 27-CR-20-23239 | 2022-05-03 | MCRO_27-CR-20-23239_Findings and Order_2022-05-03_20240430090426.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 08 | Judicial Officer Signature | Findings and Order | d22583bf55d980aeb2051e21389aeb94b94a7c846c0d59b3f68071a95ebf4af1 | .png |
| 92 | | | | | | | | | | |
| 93 | 27-CR-20-23521 | 2022-12-13 | MCRO_27-CR-20-23521_Findings and Order_2022-12-13_20240430090510.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b1e2fcd82073a7397638415194f4a6e965ced582280549d4991a1dda3d9 | .png |
| 94 | | | | | | | | | | |
| 95 | 27-CR-20-26577 | 2022-01-04 | MCRO_27-CR-20-26577_Findings and Order_2022-01-04_20240430090624.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b1e2fcd82073a7397638415194f4a6e965ced582280549d4991a1dda3d9 | .png |
| 96 | 27-CR-20-26577 | 2022-06-15 | MCRO_27-CR-20-26577_Order to Transport_2022-06-15_20240430090620.pdf | Nehring, Alisha; Nehring: Alisha | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Order to Transport | d8e2b1e2fcd82073a7397638415194f4a6e965ced582280549d4991a1dda3d9 | .png |
| 97 | 27-CR-20-26577 | 2022-06-22 | MCRO_27-CR-20-26577_Order to Transport_2022-06-22_20240430090618.pdf | Nehring, Alisha; Nehring: Alisha | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Order to Transport | d8e2b1e2fcd82073a7397638415194f4a6e965ced582280549d4991a1dda3d9 | .png |
| 98 | 27-CR-20-26577 | 2022-10-26 | MCRO_27-CR-20-26577_Correspondence for Judicial Approval_2022-10-26_20240430090613.pdf | Burg, Amanda R; Burg: Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a43857ee9239b484f259e003593 | .jpg |
| 99 | 27-CR-20-26577 | 2022-10-26 | MCRO_27-CR-20-26577_Correspondence for Judicial Approval_2022-10-26_20240430090613.pdf | Burg, Amanda R; Burg: Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e84208363a142b9a4153fd4cc3c38652df492ecc | .png |

3

**EXHIBIT MCR-5 | p. 3**

| Index | Case_Number | File_Date | SHA-256_Hashed_PDF_File_Name | Author | Company | SHA-256_Hash_Translation | Family | Filing_Type | SHA-256_Hash_Value | Asset_Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 27-CR-20-26577 | 2022-11-08 | MCRO_27-CR-20-26577_Findings and Order_2022-11-08_20240430090610.pdf | Nehring, Alisha; Nehring; Alisha | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194f4fa6e965ced5822805494f991a1dda3d9 | .png |
| 101 | | | | | | | | | | |
| 102 | 27-CR-20-27550 | 2021-04-06 | MCRO_27-CR-20-27550_Findings and Order_2021-04-06_20240430090717.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 08 | Judicial Officer Signature | Findings and Order | d22583bf55d980aeb2051e21389aeb94b94a7c846c0d59b3f68071a95ebf4af1 | .png |
| 103 | | | | | | | | | | |
| 104 | 27-CR-21-1980 | 2022-09-13 | MCRO_27-CR-21-1980_Findings and Order_2022-09-13_20240430080004.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194f4fa6e965ced5822805494f991a1dda3d9 | .png |
| 105 | | | | | | | | | | |
| 106 | 27-CR-21-6229 | 2021-04-13 | MCRO_27-CR-21-6229_Findings and Order_2021-04-13_20240430080231.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 08 | Judicial Officer Signature | Findings and Order | d22583bf55d980aeb2051e21389aeb94b94a7c846c0d59b3f68071a95ebf4af1 | .png |
| 107 | 27-CR-21-6229 | 2021-08-30 | MCRO_27-CR-21-6229_Order for Production of Medical Records_2021-08-30_20240430080230.pdf | Burg, Amanda R; Burg; Amanda R | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Order for Production of Medical Records | d8e2b12e2fcd82073a7397638415194f4fa6e965ced5822805494f991a1dda3d9 | .png |
| 108 | 27-CR-21-6229 | 2021-08-30 | MCRO_27-CR-21-6229_Order-Other_2021-08-30_20240430080229.pdf | Nehring, Alisha; Nehring; Alisha | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Order-Other | d8e2b12e2fcd82073a7397638415194f4fa6e965ced5822805494f991a1dda3d9 | .png |
| 109 | 27-CR-21-6229 | 2021-08-30 | MCRO_27-CR-21-6229_Correspondence for Judicial Approval_2021-08-30_20240430080232.pdf | Burg, Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9 cefbac75b52ee2cb7a3426cfc45c6e741a843857ee9239b484f259e003593 | .jpg |
| 110 | 27-CR-21-6229 | 2021-08-30 | MCRO_27-CR-21-6229_Correspondence for Judicial Approval_2021-08-30_20240430080232.pdf | Burg, Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e8420836 3a142b9a41536b4cc3c38652df492ecc | .jpg |
| 111 | 27-CR-21-6229 | 2021-10-12 | MCRO_27-CR-21-6229_Findings and Order_2021-10-12_20240430080228.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194f4fa6e965ced5822805494f991a1dda3d9 | .png |
| 112 | 27-CR-21-6229 | 2022-04-12 | MCRO_27-CR-21-6229_Findings and Order_2022-04-12_20240430080226.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194f4fa6e965ced5822805494f991a1dda3d9 | .png |
| 113 | 27-CR-21-6229 | 2022-10-27 | MCRO_27-CR-21-6229_Correspondence for Judicial Approval_2022-10-27_20240430080223.pdf | Burg, Amanda R; Burg; Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a843857ee9239b484f259e003593 | .jpg |
| 114 | 27-CR-21-6229 | 2022-10-27 | MCRO_27-CR-21-6229_Correspondence for Judicial Approval_2022-10-27_20240430080223.pdf | Burg, Amanda R; Burg; Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e8420836 3a142b9a41536b4cc3c38652df492ecc | .jpg |
| 115 | | | | | | | | | | |
| 116 | 27-CR-21-6710 | 2022-08-01 | MCRO_27-CR-21-6710_Findings and Order_2022-08-01_20240430080357.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194f4fa6e965ced5822805494f991a1dda3d9 | .png |
| 117 | | | | | | | | | | |
| 118 | 27-CR-21-8412 | 2021-08-31 | MCRO_27-CR-21-8412_Findings and Order_2021-08-31_20240430081755.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 08 | Judicial Officer Signature | Findings and Order | d22583bf55d980aeb2051e21389aeb94b94a7c846c0d59b3f68071a95ebf4af1 | .png |
| 119 | 27-CR-21-8412 | 2022-03-01 | MCRO_27-CR-21-8412_Findings and Order_2022-03-01_20240430081755.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 08 | Judicial Officer Signature | Findings and Order | d22583bf55d980aeb2051e21389aeb94b94a7c846c0d59b3f68071a95ebf4af1 | .png |
| 120 | | | | | | | | | | |
| 121 | 27-CR-21-10675 | 2023-07-13 | MCRO_27-CR-21-10675_Order-Other_2023-07-13_20240430082220.pdf | Burg, Amanda R; Burg; Amanda R | | Handwritten Signature of Judge Michael Browne 01 | Judicial Officer Signature | Order-Other | 777acb19e3bf6b51a8e7ede12ab82b9174915e30b4d13cd1b6caf60443cfde514 | .png |
| 122 | 27-CR-21-10675 | 2023-07-13 | MCRO_27-CR-21-10675_Order-Other_2023-07-13_20240430082220.pdf | Burg, Amanda R; Burg; Amanda R | | Browne, Michael Jul 13 2023 9:30 AM | Judicial Officer Timestamp | Order-Other | 64c5a442768767d83dd5569c6637443cdceb8b6041355158bf85e33ec7154cc4 | .png |
| 123 | | | | | | | | | | |
| 124 | 27-CR-21-13795 | 2022-02-01 | MCRO_27-CR-21-13795_Findings and Order_2022-02-01_20240430082442.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 08 | Judicial Officer Signature | Findings and Order | d22583bf55d980aeb2051e21389aeb94b94a7c846c0d59b3f68071a95ebf4af1 | .png |
| 125 | 27-CR-21-13795 | 2022-09-07 | MCRO_27-CR-21-13795_Order-Other_2022-09-07_20240430082435.pdf | Nehring, Alisha; Nehring; Alisha | | Handwritten Signature of Judge Lisa K Janzen 08 | Judicial Officer Signature | Order-Other | d22583bf55d980aeb2051e21389aeb94b94a7c846c0d59b3f68071a95ebf4af1 | .png |
| 126 | 27-CR-21-13795 | 2022-09-14 | MCRO_27-CR-21-13795_Correspondence for Judicial Approval_2022-09-14_20240430082434.pdf | Burg, Amanda R; Burg; Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a843857ee9239b484f259e003593 | .jpg |
| 127 | 27-CR-21-13795 | 2022-09-14 | MCRO_27-CR-21-13795_Correspondence for Judicial Approval_2022-09-14_20240430082434.pdf | Burg, Amanda R; Burg; Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e8420836 3a142b9a41536b4cc3c38652df492ecc | .jpg |
| 128 | | | | | | | | | | |
| 129 | 27-CR-21-16111 | 2021-10-26 | MCRO_27-CR-21-16111_Findings and Order_2021-10-26_20240430082649.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 08 | Judicial Officer Signature | Findings and Order | d22583bf55d980aeb2051e21389aeb94b94a7c846c0d59b3f68071a95ebf4af1 | .png |
| 130 | 27-CR-21-16111 | 2022-08-30 | MCRO_27-CR-21-16111_Findings and Order_2022-08-30_20240430082637.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 08 | Judicial Officer Signature | Findings and Order | d22583bf55d980aeb2051e21389aeb94b94a7c846c0d59b3f68071a95ebf4af1 | .png |
| 131 | | | | | | | | | | |
| 132 | 27-CR-21-19552 | 2022-03-08 | MCRO_27-CR-21-19552_Findings and Order_2022-03-08_20240430082847.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194f4fa6e965ced5822805494f991a1dda3d9 | .png |

**EXHIBIT MCR-5 | p. 4**

| Index | Case_Number | File_Date | SHA-256_Hashed_PDF_File_Name | Author | Company | SHA_256_Translation | Family | Filing_Type | SHA_256_Hash_Value | Asset_Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 133 | 27-CR-21-19552 | 2022-11-07 | MCRO_27-CR-21-19552_Correspondence for Judicial Approval_2022-11-07_20240430082841.pdf | Burg, Amanda R; Burg; Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a438557ee9239b484f259e003593 | .jpg |
| 134 | 27-CR-21-19552 | 2022-11-07 | MCRO_27-CR-21-19552_Correspondence for Judicial Approval_2022-11-07_20240430082841.pdf | Burg, Amanda R; Burg; Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e84208363a142fb9a41538d4cc3c38652df492ecc | .jpg |
| 135 | | | | | | | | | | |
| 136 | 27-CR-21-19723 | 2021-10-26 | MCRO_27-CR-21-19723_Findings and Order_2021-10-26_20240430083000.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194f4afe6e965ced5822805049d4991a1dda3d9 | .png |
| 137 | 27-CR-21-19723 | 2022-11-04 | MCRO_27-CR-21-19723_Order-Other_2022-11-04_20240430082944.pdf | Nehring, Alisha; Nehring; Alisha | State of Minnesota | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Order-Other | d8e2b12e2fcd82073a7397638415194f4afe6e965ced5822805049d4991a1dda3d9 | .png |
| 138 | | | | | | | | | | |
| 139 | 27-CR-21-20072 | 2022-09-13 | MCRO_27-CR-21-20072_Findings and Order_2022-09-13_20240430083055.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194f4afe6e965ced5822805049d4991a1dda3d9 | .png |
| 140 | | | | | | | | | | |
| 141 | 27-CR-21-20529 | 2022-05-17 | MCRO_27-CR-21-20529_Findings and Order_2022-05-17_20240430083200.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194f4afe6e965ced5822805049d4991a1dda3d9 | .png |
| 142 | | | | | | | | | | |
| 143 | 27-CR-21-20637 | 2022-01-27 | MCRO_27-CR-21-20637_Correspondence for Judicial Approval_2022-01-27_20240430083258.pdf | Burg, Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a438557ee9239b484f259e003593 | .jpg |
| 144 | 27-CR-21-20637 | 2022-01-27 | MCRO_27-CR-21-20637_Correspondence for Judicial Approval_2022-01-27_20240430083258.pdf | Burg, Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e84208363a142fb9a41538d4cc3c38652df492ecc | .jpg |
| 145 | 27-CR-21-20637 | 2022-01-28 | MCRO_27-CR-21-20637_Order for Production of Medical Records_2022-01-28_20240430083257.pdf | Burg, Amanda R; Burg; Amanda R | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Order for Production of Medical Records | d8e2b12e2fcd82073a7397638415194f4afe6e965ced5822805049d4991a1dda3d9 | .png |
| 146 | 27-CR-21-20637 | 2022-02-17 | MCRO_27-CR-21-20637_Order-Other_2022-02-17_20240430083255.pdf | Nehring, Alisha; Nehring; Alisha | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Order-Other | d8e2b12e2fcd82073a7397638415194f4afe6e965ced5822805049d4991a1dda3d9 | .png |
| 147 | | | | | | | | | | |
| 148 | 27-CR-21-20988 | 2022-09-13 | MCRO_27-CR-21-20988_Findings and Order_2022-09-13_20240430083349.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194f4afe6e965ced5822805049d4991a1dda3d9 | .png |
| 149 | | | | | | | | | | |
| 150 | 27-CR-21-21355 | 2022-09-13 | MCRO_27-CR-21-21355_Findings and Order_2022-09-13_20240430083457.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194f4afe6e965ced5822805049d4991a1dda3d9 | .png |
| 151 | | | | | | | | | | |
| 152 | 27-CR-21-23188 | 2022-09-13 | MCRO_27-CR-21-23188_Findings and Order_2022-09-13_20240430083746.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194f4afe6e965ced5822805049d4991a1dda3d9 | .png |
| 153 | | | | | | | | | | |
| 154 | 27-CR-21-23215 | 2022-09-13 | MCRO_27-CR-21-23215_Findings and Order_2022-09-13_20240430084129.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194f4afe6e965ced5822805049d4991a1dda3d9 | .png |
| 155 | | | | | | | | | | |
| 156 | 27-CR-21-23233 | 2022-03-08 | MCRO_27-CR-21-23233_Findings and Order_2022-03-08_20240430084225.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194f4afe6e965ced5822805049d4991a1dda3d9 | .png |
| 157 | 27-CR-21-23233 | 2022-11-07 | MCRO_27-CR-21-23233_Correspondence for Judicial Approval_2022-11-07_20240430084220.pdf | Burg, Amanda R; Burg; Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a438557ee9239b484f259e003593 | .jpg |
| 158 | 27-CR-21-23233 | 2022-11-07 | MCRO_27-CR-21-23233_Correspondence for Judicial Approval_2022-11-07_20240430084220.pdf | Burg, Amanda R; Burg; Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e84208363a142fb9a41538d4cc3c38652df492ecc | .jpg |
| 159 | | | | | | | | | | |
| 160 | 27-CR-23-3456 | 2022-11-04 | MCRO_27-CR-23456_Order-Other_2022-11-04_20240430084320.pdf | Nehring, Alisha; Nehring; Alisha | State of Minnesota | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Order-Other | d8e2b12e2fcd82073a7397638415194f4afe6e965ced5822805049d4991a1dda3d9 | .png |
| 161 | | | | | | | | | | |
| 162 | 27-CR-22-1165 | 2022-03-08 | MCRO_27-CR-22-1165_Findings and Order_2022-03-08_20240429030436.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194f4afe6e965ced5822805049d4991a1dda3d9 | .png |
| 163 | 27-CR-22-1165 | 2022-11-07 | MCRO_27-CR-22-1165_Correspondence for Judicial Approval_2022-11-07_20240429030431.pdf | Burg, Amanda R; Burg; Amanda R | | MN DEPARTMENT OF HUMAN SERVICES – 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a438557ee9239b484f259e003593 | .jpg |
| 164 | 27-CR-22-1165 | 2022-11-07 | MCRO_27-CR-22-1165_Correspondence for Judicial Approval_2022-11-07_20240429030431.pdf | Burg, Amanda R; Burg; Amanda R | | Amanda Burg, Court Liaison, - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e84208363a142fb9a41538d4cc3c38652df492ecc | .jpg |
| 165 | | | | | | | | | | |

Archived Case Files Available at MnCourtFraud.Substack.com

**EXHIBIT MCR-5 | p. 5**

| Index | Case_Number | File_Date | SHA-256_Hashed_PDF_File_Name | Author | Company | SHA-256_Hash_Translation | Family | Filing_Type | SHA-256_Hash_Value | Asset_Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 166 | 27-CR-22-3377 | 2022-05-10 | MCRO_27-CR-22-3377_Findings and Order_2022-05-10_20240429031132.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 08 | Judicial Officer Signature | Findings and Order | d22583bf55d980aeb2051e21389aeb94b94a7c846e0d59b3f68071a95ebf4af1 | .png |
| 167 | | | | | | | | | | |
| 168 | 27-CR-22-3570 | 2023-07-13 | MCRO_27-CR-22-3570_Order-Other_2023-07-13_20240429034611.pdf | Burg, Amanda R; Burg, Amanda R | | Handwritten Signature of Judge Michael Browne 01 | Judicial Officer Signature | Order-Other | 777acb19e3b9b51a8e7ede12ab82b9174915e30b4d13cd1b6caf60443cfde514 | .png |
| 169 | 27-CR-22-3570 | 2023-07-13 | MCRO_27-CR-22-3570_Order-Other_2023-07-13_20240429034611.pdf | Burg, Amanda R; Burg, Amanda R | | Browne, Michael Jul 13 2023 9:30 AM | Judicial Officer Timestamp | Order-Other | 64c5a442768767d83dd5569c6637443cdceb8b60413551558d85fe33ec7154cc4 | .png |
| 170 | | | | | | | | | | |
| 171 | 27-CR-22-4087 | 2022-09-13 | MCRO_27-CR-22-4087_Findings and Order_2022-09-13_20240429035316.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194446e6965ced5822805494d4991a1dda3d9 | .png |
| 172 | | | | | | | | | | |
| 173 | 27-CR-22-4879 | 2022-06-07 | MCRO_27-CR-22-4879_Findings and Order_2022-06-07_20240429040032.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194446e6965ced5822805494d4991a1dda3d9 | .png |
| 174 | | | | | | | | | | |
| 175 | 27-CR-22-4898 | 2022-11-07 | MCRO_27-CR-22-4898_Correspondence for Judicial Approval_2022-11-07_20240429040221.pdf | Burg, Amanda R; Burg, Amanda R | | MN DEPARTMENT OF HUMAN SERVICES — 594 x 102 px – White BG | Official Court Stamp | Correspondence for Judicial Approval | 7d9cefbac75b52ee2cb7a3426cfc45c6e741a843857ee9239b484f259e003593 | .jpg |
| 176 | 27-CR-22-4898 | 2022-11-07 | MCRO_27-CR-22-4898_Correspondence for Judicial Approval_2022-11-07_20240429040221.pdf | Burg, Amanda R; Burg, Amanda R | | Amanda Burg, Court Liaison. - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591cc60cada3a7aef37724e6420836314a12bf0a415316f4cc3c38652df492ecc | .jpg |
| 177 | | | | | | | | | | |
| 178 | 27-CR-22-5532 | 2022-05-17 | MCRO_27-CR-22-5532_Findings and Order_2022-05-17_20240429040413.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194446e6965ced5822805494d4991a1dda3d9 | .png |
| 179 | | | | | | | | | | |
| 180 | 27-CR-22-7797 | 2022-07-12 | MCRO_27-CR-22-7797_Findings and Order_2022-07-12_20240429040533.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194446e6965ced5822805494d4991a1dda3d9 | .png |
| 181 | 27-CR-22-7797 | 2022-12-09 | MCRO_27-CR-22-7797_Order-Other_2022-12-09_20240429040530.pdf | Nehring, Alisha; Nehring; Alisha | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Order-Other | d8e2b12e2fcd82073a7397638415194446e6965ced5822805494d4991a1dda3d9 | .png |
| 182 | | | | | | | | | | |
| 183 | 27-CR-22-7953 | 2022-05-17 | MCRO_27-CR-22-7953_Findings and Order_2022-05-17_20240429040645.pdf | Judith Cole | State of Minnesota | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194446e6965ced5822805494d4991a1dda3d9 | .png |
| 184 | | | | | | | | | | |
| 185 | 27-CR-22-10646 | 2022-09-13 | MCRO_27-CR-22-10646_Findings and Order_2022-09-13_20240429152959.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194446e6965ced5822805494d4991a1dda3d9 | .png |
| 186 | | | | | | | | | | |
| 187 | 27-CR-22-15430 | 2022-08-30 | MCRO_27-CR-22-15430_Findings and Order_2022-08-30_20240429161816.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194446e6965ced5822805494d4991a1dda3d9 | .png |
| 188 | | | | | | | | | | |
| 189 | 27-CR-22-15550 | 2022-11-04 | MCRO_27-CR-22-15550_Order-Other_2022-11-04_20240429161923.pdf | Nehring, Alisha; Nehring; Alisha | State of Minnesota | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Order-Other | d8e2b12e2fcd82073a7397638415194446e6965ced5822805494d4991a1dda3d9 | .png |
| 190 | | | | | | | | | | |
| 191 | 27-CR-22-18209 | 2023-04-03 | MCRO_27-CR-22-18209_Order for Production of Medical Records_2023-04-03_20240429162059.pdf | Burg, Amanda R; Burg, Amanda R | | Handwritten Signature of Judge Michael Browne 01 | Judicial Officer Signature | Order for Production of Medical Records | 777acb19e3b9b51a8e7ede12ab82b9174915e30b4d13cd1b6caf60443cfde514 | .png |
| 192 | 27-CR-22-18209 | 2023-06-08 | MCRO_27-CR-22-18209_Order-Other_2023-06-08_20240429162056.pdf | Burg, Amanda R; Burg, Amanda R | | Handwritten Signature of Judge Julia Dayton Klein 01 | Judicial Officer Signature | Order-Other | c09827ce81d98cbe2d1554a0411d2582fabde5334823d84bc4c79b3b9cbdb485 | .png |
| 193 | | | | | | | | | | |
| 194 | 27-CR-22-18859 | 2022-11-30 | MCRO_27-CR-22-18859_Findings and Order_2022-11-30_20240429162343.pdf | Judith Cole | | Handwritten Signature of Judge Julia Dayton Klein 01 | Judicial Officer Signature | Findings and Order | c09827ce81d98cbe2d1554a0411d2582fabde5334823d84bc4c79b3b9cbdb485 | .png |
| 195 | 27-CR-22-18859 | 2023-07-18 | MCRO_27-CR-22-18859_Order-Other_2023-07-18_20240429162339.pdf | Burg, Amanda R; Burg, Amanda R | | Handwritten Signature of Judge Julia Dayton Klein 01 | Judicial Officer Signature | Order-Other | c09827ce81d98cbe2d1554a0411d2582fabde5334823d84bc4c79b3b9cbdb485 | .png |
| 196 | 27-CR-22-18859 | 2023-07-18 | MCRO_27-CR-22-18859_Order-Other_2023-07-18_20240429162339.pdf | Burg, Amanda R; Burg, Amanda R | | Dayton Klein, Julia Jul 17 2023 4:29 PM | Judicial Officer Timestamp | Order-Other | 68226957991e05ac0b37ae534e5f81487ffc14d5695136f54e6ceb159645b4f0 | .png |
| 197 | | | | | | | | | | |
| 198 | 27-CR-22-20527 | 2022-12-20 | MCRO_27-CR-22-20527_Findings and Order_2022-12-20_20240429162757.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194446e6965ced5822805494d4991a1dda3d9 | .png |

**EXHIBIT MCR-5 | p. 6**

| Index | Case_Number | File_Date | SHA-256_Hashed_PDF_File_Name | Author | Company | SHA-256_Hash_Translation | Family | Filing_Type | SHA-256_Hash_Value | Asset_Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 199 | 27-CR-22-20527 | 2023-04-03 | MCRO_27-CR-22-20527_Order for Production of Medical Records_2023-04-03_20240429162755.pdf | Burg, Amanda R; Burg; Amanda R | | Handwritten Signature of Judge Michael Browne 01 | Judicial Officer Signature | Order for Production of Medical Records | 777acb19e3b9b51a8e7ede12ab82b9174915e30b4d13cd1b6caf60443cfde514 | .png |
| 200 | | | | | | | | | | |
| 201 | 27-CR-22-22521 | 2023-07-13 | MCRO_27-CR-22-22521_Order-Other_2023-07-13_20240429163108.pdf | Burg, Amanda R; Burg; Amanda R | | Handwritten Signature of Judge Michael Browne 01 | Judicial Officer Signature | Order-Other | 777acb19e3b9b51a8e7ede12ab82b9174915e30b4d13cd1b6caf60443cfde514 | .png |
| 202 | 27-CR-22-22521 | 2023-07-13 | MCRO_27-CR-22-22521_Order-Other_2023-07-13_20240429163108.pdf | Burg, Amanda R; Burg; Amanda R | | Browne, Michael Jul 13 2023 9:30 AM | Judicial Officer Timestamp | Order-Other | 64c5a4427687d83dd5569c6637443cdce68b6041355158b85fe33ec7154cc4 | .png |
| 203 | | | | | | | | | | |
| 204 | 27-CR-22-22985 | 2022-11-30 | MCRO_27-CR-22-22985_Findings and Order_2022-11-30_20240429164049.pdf | Judith Cole | | Handwritten Signature of Judge Lisa K Janzen 01 | Judicial Officer Signature | Findings and Order | d8e2b12e2fcd82073a7397638415194fda6e965ced5822805494991a1dda3d9 | .png |
| 205 | 27-CR-22-22985 | 2023-07-18 | MCRO_27-CR-22-22985_Order-Other_2023-07-18_20240429164044.pdf | Burg, Amanda R; Burg; Amanda R | | Handwritten Signature of Judge Julia Dayton Klein 01 | Judicial Officer Signature | Order-Other | c09827ce81d98cbe2d1554a0411d2582fabde5334823d84bc4c79b3b9cbdb485 | .png |
| 206 | 27-CR-22-22985 | 2023-07-18 | MCRO_27-CR-22-22985_Order-Other_2023-07-18_20240429164044.pdf | Burg, Amanda R; Burg; Amanda R | | Dayton Klein, Julia Jul 17 2023 4:29 PM | Judicial Officer Timestamp | Order-Other | 682269557991e05ac0b37ae534e5f81487fc14d5695136f54ebceb159645b4f0 | .png |
| 207 | | | | | | | | | | |
| 208 | 27-CR-23-1886 | 2023-06-14 | MCRO_27-CR-23-1886_Order for Continuance_2023-06-14_20240430072357.pdf | Nehring, Alisha; Nehring; Alisha | MN Judicial Branch | Handwritten Signature of Judge Julia Dayton Klein 01 | Judicial Officer Signature | Order for Continuance | c09827ce81d98cbe2d1554a0411d2582fabde5334823d84bc4c79b3b9cbdb485 | .png |
| 209 | | | | | | | | | | |
| 210 | 27-CR-23-3459 | 2023-05-12 | MCRO_27-CR-23-3459_Order-Other_2023-05-12_20240430072904.pdf | Nehring, Alisha; Nehring; Alisha | | Handwritten Signature of Judge Michael Browne 02 | Judicial Officer Signature | Order-Other | e3e4157a1a9509526c49ff5b1000debc444de4621672ee39be9d324a8e9d3550 | .png |
| 211 | 27-CR-23-3459 | 2023-05-12 | MCRO_27-CR-23-3459_Order-Other_2023-05-12_20240430072904.pdf | Nehring, Alisha; Nehring; Alisha | | Browne, Michael May 12 2023 1:07 AM | Judicial Officer Timestamp | Order-Other | 4b836b1ad1bcfa9d7327fbfee246475f39d3b3ab2e8153d8a918995e2338216 | .png |
| 212 | | | | | | | | | | |
| 213 | 27-CR-23-3460 | 2023-05-12 | MCRO_27-CR-23-3460_Order-Other_2023-05-12_20240430072942.pdf | Nehring, Alisha; Nehring; Alisha | | Handwritten Signature of Judge Michael Browne 02 | Judicial Officer Signature | Order-Other | e3e4157a1a9509526c49ff5b1000debc444de4621672ee39be9d324a8e9d3550 | .png |
| 214 | 27-CR-23-3460 | 2023-05-12 | MCRO_27-CR-23-3460_Order-Other_2023-05-12_20240430072942.pdf | Nehring, Alisha; Nehring; Alisha | | Browne, Michael May 12 2023 1:07 AM | Judicial Officer Timestamp | Order-Other | 4b836b1ad1bcfa9d7327fbfee246475f39d3b3ab2e8153d8a918995e2338216 | .png |
| 215 | | | | | | | | | | |
| 216 | 27-CR-23-21403 | 2024-04-26 | MCRO_27-CR-23-21403_Findings of Fact, Conclusions of Law and Order_2024-04-26_20240430074934.pdf | Nehring, Alisha; Nehring; Alisha | | Handwritten Signature of Judge Michael Browne 02 | Judicial Officer Signature | Findings of Fact, Conclusions of Law and Order | e3e4157a1a9509526c49ff5b1000debc444de4621672ee39be9d324a8e9d3550 | .png |

**EXHIBIT MCR-5 | p. 7**