# **EXHIBIT MCR-7**

| Index | Case Number | Date Filed | Pdf File | Filing Type | Author Metadata | Company Metadata |
|---|---|---|---|---|---|---|
| 1 | 27-CR-19-12466 | 2019-06-04 | MCRO_27-CR-19-12466_Demand or Request for Discovery_2019-06-04_20240430091900.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 2 | 27-CR-19-19606 | 2019-08-16 | MCRO_27-CR-19-19606_Demand or Request for Discovery_2019-08-16_20240430092109.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 3 | 27-CR-19-28883 | 2019-11-27 | MCRO_27-CR-19-28883_Demand or Request for Discovery_2019-11-27_20240430092415.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 4 | 27-CR-20-23521 | 2020-11-10 | MCRO_27-CR-20-23521_Demand or Request for Discovery_2020-11-10_20240430090525.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 5 | 27-CR-20-3244 | 2020-03-19 | MCRO_27-CR-20-3244_Demand or Request for Discovery_2020-03-19_20240430085042.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 6 | 27-CR-20-6517 | 2020-07-23 | MCRO_27-CR-20-6517_Demand or Request for Discovery_2020-07-23_20240430085229.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 7 | 27-CR-20-8926 | 2020-07-22 | MCRO_27-CR-20-8926_Demand or Request for Discovery_2020-07-22_20240430085450.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 8 | 27-CR-21-10675 | 2021-06-26 | MCRO_27-CR-21-10675_Demand or Request for Discovery_2021-06-26_20240430082241.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 9 | 27-CR-21-1230 | 2021-01-25 | MCRO_27-CR-21-1230_Demand or Request for Discovery_2021-01-25_20240430075455.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 10 | 27-CR-21-13752 | 2021-08-02 | MCRO_27-CR-21-13752_Demand or Request for Discovery_2021-08-02_20240430082359.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 11 | 27-CR-21-13795 | 2021-07-29 | MCRO_27-CR-21-13795_Demand or Request for Discovery_2021-07-29_20240430082445.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 12 | 27-CR-21-1977 | 2021-04-07 | MCRO_27-CR-21-1977_Demand or Request for Discovery_2021-04-07_20240430075626.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 13 | 27-CR-21-1978 | 2021-04-07 | MCRO_27-CR-21-1978_Demand or Request for Discovery_2021-04-07_20240430075736.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 14 | 27-CR-21-1980 | 2021-02-03 | MCRO_27-CR-21-1980_Demand or Request for Discovery_2021-02-03_20240430080023.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 15 | 27-CR-21-20072 | 2021-11-03 | MCRO_27-CR-21-20072_Demand or Request for Discovery_2021-11-03_20240430083115.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 16 | 27-CR-21-23456 | 2021-12-27 | MCRO_27-CR-21-23456_Demand or Request for Discovery_2021-12-27_20240430084344.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 17 | 27-CR-21-8067 | 2021-08-02 | MCRO_27-CR-21-8067_Demand or Request for Discovery_2021-08-02_20240430080652.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 18 | 27-CR-21-8227 | 2021-08-02 | MCRO_27-CR-21-8227_Demand or Request for Discovery_2021-08-02_20240430080745.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 19 | 27-CR-21-8228 | 2021-08-02 | MCRO_27-CR-21-8228_Demand or Request for Discovery_2021-08-02_20240430080837.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 20 | 27-CR-21-8229 | 2021-08-02 | MCRO_27-CR-21-8229_Demand or Request for Discovery_2021-08-02_20240430081535.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 21 | 27-CR-21-8230 | 2021-08-02 | MCRO_27-CR-21-8230_Demand or Request for Discovery_2021-08-02_20240430081652.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 22 | 27-CR-22-1165 | 2022-01-29 | MCRO_27-CR-22-1165_Demand or Request for Discovery_2022-01-29_20240429030437.pdf | Demand or Request for Discovery | Camille A King | |
| 23 | 27-CR-22-15550 | 2022-08-15 | MCRO_27-CR-22-15550_Demand or Request for Discovery_2022-08-15_20240429161925.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 24 | 27-CR-22-18209 | 2022-09-20 | MCRO_27-CR-22-18209_Demand or Request for Discovery_2022-09-20_20240429162114.pdf | Demand or Request for Discovery | Camille A King | |
| 25 | 27-CR-22-22963 | 2023-04-04 | MCRO_27-CR-22-22963_Demand or Request for Discovery_2023-04-04_20240429163940.pdf | Demand or Request for Discovery | Camille A King | |
| 26 | 27-CR-22-22985 | 2022-12-07 | MCRO_27-CR-22-22985_Demand or Request for Discovery_2022-12-07_20240429164048.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 27 | 27-CR-22-25151 | 2022-12-21 | MCRO_27-CR-22-25151_Demand or Request for Discovery_2022-12-21_20240429164608.pdf | Demand or Request for Discovery | Camille A King | |
| 28 | 27-CR-22-3377 | 2022-03-01 | MCRO_27-CR-22-3377_Demand or Request for Discovery_2022-03-01_20240429031134.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 29 | 27-CR-22-4087 | 2022-03-10 | MCRO_27-CR-22-4087_Demand or Request for Discovery_2022-03-10_20240429035327.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 30 | 27-CR-23-18846 | 2023-09-12 | MCRO_27-CR-23-18846_Demand or Request for Discovery_2023-09-12_20240430074710.pdf | Demand or Request for Discovery | Camille A King | |
| 31 | 27-CR-23-18850 | 2023-09-12 | MCRO_27-CR-23-18850_Demand or Request for Discovery_2023-09-12_20240430074747.pdf | Demand or Request for Discovery | Camille A King | |
| 32 | 27-CR-23-21653 | 2023-10-17 | MCRO_27-CR-23-21653_Demand or Request for Discovery_2023-10-17_20240430075015.pdf | Demand or Request for Discovery | Camille A King | |
| 33 | 27-CR-23-4547 | 2023-10-18 | MCRO_27-CR-23-4547_Demand or Request for Discovery_2023-10-18_20240430073109.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |

| Index | Case Number | Date Filed | Pdf File | Filing Type | Author Metadata | Company Metadata |
|---|---|---|---|---|---|---|
| 34 | 27-CR-23-5751 | 2023-03-27 | MCRO_27-CR-23-5751_Demand or Request for Discovery_2023-03-27_20240430073244.pdf | Demand or Request for Discovery | Camille A King | Hennepin County |
| 35 | 27-CR-23-9546 | 2023-05-12 | MCRO_27-CR-23-9546_Demand or Request for Discovery_2023-05-12_20240430073807.pdf | Demand or Request for Discovery | Camille A King | |