# EXHIBIT MCR-9

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2025-01-31**
120__Notice-of-Case-Reassignment_2025-01-31.pdf
File Hash: 41b75d486793016c4d964f18ea7f205d20266aabe5cc1fe30a0500a86e09135e
Page: 1 of 1

Filed in District Court
State of Minnesota
1/31/2025

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-23-1886
Case Type: Crim/Traf Mandatory

## Notice of Judicial Reassignment

FILE COPY

State of Minnesota vs MATTHEW DAVID GUERTIN

This case is reassigned to:

Judge Sarah Hudleston
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-6000

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 31, 2025

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: RAISSA CARPENTER
MAWERDI AHMED HAMID

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-18-18391**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2020-03-04**
MCRO_27-CR-18-18391_Notice of Case Reassignment_2020-03-04_20240430092751.pdf
File Hash: bcfb040818343cbc294692c8a1d9166266da326f1362a51004767bde6dab9c3e
Page: 1 of 1

Filed in District Court
State of Minnesota
MAR 04 2020

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-18-18391
Case Type: Crim/Traf Mandatory

## Notice of Judicial Reassignment

FILE COPY

State of Minnesota vs AESHA IBRAHIM OSMAN

This case is reassigned to:

Judge Daniel C. Moreno
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: March 4, 2020

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: ELIZABETH RAE SMITH; KATHRYN LUISA HANSEL

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-19-1916**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2020-03-04**
MCRO_27-CR-19-1916_Notice of Case Reassignment_2020-03-04_20240430091241.pdf
File Hash: de1ce42486c15310b5467c54ffe6907a26de4f2a8df233993687b2d675bded12
Page: 1 of 1

Filed in District Court
State of Minnesota
MAR 04 2020

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-19-1916
Case Type: Crim/Traf Mandatory

## Notice of Judicial Reassignment

FILE COPY

State of Minnesota vs AESHA IBRAHIM OSMAN

This case is reassigned to:

Judge Daniel C. Moreno
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: March 4, 2020

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: ELIZABETH RAE SMITH; KATHRYN LUISA HANSEL

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-19-9270**
State of MN vs WILLIAM LEE NABORS
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-19-9270_Notice of Case Reassignment_2022-04-01_20240430091452.pdf
File Hash: 9efeb0cf982376e53c5f92cab9e34df76af409156afcb6bdfb97eb54cadcf988
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-19-9270**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs WILLIAM LEE NABORS

This case is reassigned to:

Judge Julie Allyn
12601 Ridgedale Drive
Minnetonka MN 55305
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: WILLIAM LEE NABORS
PATRICK GEORGE LEACH
STEFAN CARLOS LANDREAU VELLENGA

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-19-11566**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-12-27**
MCRO_27-CR-19-11566_Notice of Case Reassignment_2023-12-27_20240430091557.pdf
File Hash: 339517f08f33e8ccc8e14216c0990a60541f43f8be6cd737e1debb34547f6136
Page: 1 of 1

27-CR-19-11566

Filed in District Court
State of Minnesota
12/27/2023 9:06 AM

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27CR1911566, 27CR1912130, 27CR209036, 27CR211230, 27CR2113752, 27CR2317437**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Sarah Hudleston
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 22, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-19-11566**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-08-25**
MCRO_27-CR-19-11566_Notice of Case Reassignment_2021-08-25_20240430091619.pdf
File Hash: de75cf68b9f06b0fab4e02f0e4592f3a6f12709161a4ccba0d39750a7cd3cd89
Page: 1 of 1

**Filed in District Court**
**State of Minnesota**
AUG 2 5 2021

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-19-11566**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Judge Theresa Couri
6125 Shingle Creek Parkway
Brooklyn Center MN 55430
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: August 26, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: MAKIS DEVELL LANE; DAVID KELLAND ROSS; LAURA LEE PRAHL

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-19-11566**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-29**
MCRO_27-CR-19-11566_Notice of Case Reassignment_2022-04-29_20240430091615.pdf
File Hash: 05c0d816bc4d560697e2f7c48bc1267ce5618c965b342d83c8d6153f162fd42a
Page: 1 of 1

Filed in District Court
State of Minnesota
4/29/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-19-11566
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Judge Julia Dayton Klein
6125 Shingle Creek Parkway
Brooklyn Center MN 55430
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 29, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: MAKIS DEVELL LANE
DAVID KELLAND ROSS
LAURA LEE PRAHL

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-19-11566**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-12-16**
MCRO_27-CR-19-11566_Notice of Case Reassignment_2022-12-16_20240430091614.pdf
File Hash: eb4edd6c444f97fc91d76f3ae8bc8168a9744445a164f47f6d5d4acfa45136d7
Page: 1 of 1

Filed in District Court
State of Minnesota
12/16/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-19-11566
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Judge Anna Andow
6125 Shingle Creek Parkway
Brooklyn Center MN 55430
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 16, 2022

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: DAVID KELLAND ROSS
LAURA LEE PRAHL

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-19-12130**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-12-27**
MCRO_27-CR-19-12130_Notice of Case Reassignment_2023-12-27_20240430091705.pdf
File Hash: ae3e6539031a7a60e150d1666fbd2ca36c883a3ce2fe67f5857d3d74e728dd94
Page: 1 of 1

27-CR-19-12130

Filed in District Court
State of Minnesota
12/27/2023 9:08 AM

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27CR1911566, 27CR1912130, 27CR209036, 27CR211230, 27CR2113752, 27CR2317437
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Sarah Hudleston
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 22, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-19-12130**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-08-25**
MCRO_27-CR-19-12130_Notice of Case Reassignment_2021-08-25_20240430091723.pdf
File Hash: e816ccc1cec1684df5a5907c390cf720b86cad36733c36d091bc836bf54f08b2
Page: 1 of 1

Filed in District Court
State of Minnesota
AUG 25 2021

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-19-12130**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Judge Theresa Couri
6125 Shingle Creek Parkway
Brooklyn Center MN 55430
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: August 26, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: MAKIS DEVELL LANE; DAVID KELLAND ROSS; LAURA LEE PRAHL

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-19-12130**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-29**
MCRO_27-CR-19-12130_Notice of Case Reassignment_2022-04-29_20240430091721.pdf
File Hash: c1f3c5a8e7488641ba9b5bb6c28d5b1f5e3dadf63de00c57fe84dd7e7a993aa7
Page: 1 of 1

Filed in District Court
State of Minnesota
4/29/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-19-12130**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Judge Julia Dayton Klein
6125 Shingle Creek Parkway
Brooklyn Center MN 55430
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 29, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: MAKIS DEVELL LANE
DAVID KELLAND ROSS
LAURA LEE PRAHL

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-19-12130**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-12-16**
MCRO_27-CR-19-12130_Notice of Case Reassignment_2022-12-16_20240430091720.pdf
File Hash: 3d5c96487734edfcb339349a2da30a3ab0f6d7f8f17cb57f727556d78dfb4222
Page: 1 of 1

Filed in District Court
State of Minnesota
12/16/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-19-12130**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Judge Anna Andow
6125 Shingle Creek Parkway
Brooklyn Center MN 55430
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 16, 2022

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: DAVID KELLAND ROSS
LAURA LEE PRAHL

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-19-12466**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2020-01-03**
MCRO_27-CR-19-12466_Notice of Case Reassignment_2020-01-03_20240430091850.pdf
File Hash: 9f74ae4adbbea54da303e80792f87600780d749215eeb073c09fd964c55c9ce8
Page: 1 of 1

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-19-12466**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

Filed in District Court
State of Minnesota
JAN 0 3 2020

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Carolina A. Lamas
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 3, 2020

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: EMILY ANNA LIEBMAN; SEBASTIAN MESA-WHITE

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-19-12466**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-03-30**
MCRO_27-CR-19-12466_Notice of Case Reassignment_2021-03-30_20240430091837.pdf
File Hash: 80a9a5d2a22fd495fcb969e55eb0d6599113daf0d4807d26af923f45a4773ffd
Page: 1 of 1

State of Minnesota
Hennepin County

Filed In District Court
State of Minnesota
MAR 3 0 2021

District Court
Fourth Judicial District
**Court File Number: 27-CR-19-12466**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Julie Allyn
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: March 30, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: TERRELL JOHNSON; EMILY ANNA LIEBMAN

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-19-12466**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-19-12466_Notice of Case Reassignment_2022-04-01_20240430091824.pdf
File Hash: 37bf3a7606f7c4202012e749de5f76d74fe8af701419119195688274ff25acdb
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-19-12466**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: WARSAME ALI KHALIF GALAYDH
ASHLEY ANN PROBST

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-19-12466**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-13**
MCRO_27-CR-19-12466_Notice of Case Reassignment_2023-01-13_20240430091816.pdf
File Hash: d83764f2203f3241170c85aeba6f6e2ea2fdec8396f268aea54bd92e65d6c74e
Page: 1 of 1

Filed in District Court
State of Minnesota
1/13/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-19-12466**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Melissa Houghtaling
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 13, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: GABRIEL NAZIM BOZIAN
CAITLIN LEE SCHWEIGER

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-19-12466**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-01-12**
MCRO_27-CR-19-12466_Notice of Case Reassignment_2024-01-12_20240430091812.pdf
File Hash: 3d8ab227de43d3fee68e5937bbdd2f30cdb000366e31552e675f02f94f06d1ce
Page: 1 of 1

Filed in District Court
State of Minnesota
1/12/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-19-12466**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Matthew Frank
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 12, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: KACY LEE WOTHE
LAURA LEE PRAHL

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-19-19606**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-03-30**
MCRO_27-CR-19-19606_Notice of Case Reassignment_2021-03-30_20240430092052.pdf
File Hash: df2e1ed1ec99c01f128730dca1ec55a20ee003dc1008df61c81caf55a9a72908
Page: 1 of 1

State of Minnesota
Hennepin County

**Filed in District Court**
**State of Minnesota**
MAR 30 2021

District Court
Fourth Judicial District
**Court File Number: 27-CR-19-19606**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Julie Allyn
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: March 30, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: TERRELL JOHNSON; EMILY ANNA LIEBMAN

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-19-19606**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-19-19606_Notice of Case Reassignment_2022-04-01_20240430092042.pdf
File Hash: 34d98530682e71706c7685cc00b2022a748626c00eacef9337c7c99c0666dcd3
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-19-19606
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: WARSAME ALI KHALIF GALAYDH
ASHLEY ANN PROBST

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-19-19606**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-13**
MCRO_27-CR-19-19606_Notice of Case Reassignment_2023-01-13_20240430092035.pdf
File Hash: d66da8e87df38ec0ff9d4ab8e8acb7c33dfd47e773f2e5f1ce3ef57aaa7a693c
Page: 1 of 1

Filed in District Court
State of Minnesota
1/13/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-19-19606
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Melissa Houghtaling
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 13, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: GABRIEL NAZIM BOZIAN
CAITLIN LEE SCHWEIGER

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-19-19606**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-01-12**
MCRO_27-CR-19-19606_Notice of Case Reassignment_2024-01-12_20240430092032.pdf
File Hash: aa715bdc229620ea83123ec488f072d561e8bfc2609fc08e5d13a436418046b2
Page: 1 of 1

Filed in District Court
State of Minnesota
1/12/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-19-19606
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Matthew Frank
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 12, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: KACY LEE WOTHE
LAURA LEE PRAHL

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-19-28883**
State of MN vs JACOB MAMAR JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2020-01-03**
MCRO_27-CR-19-28883_Notice of Case Reassignment_2020-01-03_20240430092413.pdf
File Hash: bd01521bc8796e4e0372a81a3219c9aa54e980b91f129b0e1d4d91336f6784d9
Page: 1 of 1

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-19-28883**
Case Type: Crim/Traf Mandatory

Filed in District Court
State of Minnesota
JAN 0 3 2020

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs JACOB MAMAR JOHNSON

This case is reassigned to:

Judge Carolina A. Lamas
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 3, 2020

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: NATASHA YENINA; MORGAN ANDRES FRANCE-RAMIREZ



**Case No. 27-CR-19-28883**
State of MN vs JACOB MAMAR JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-03-30**
MCRO_27-CR-19-28883_Notice of Case Reassignment_2021-03-30_20240430092403.pdf
File Hash: c43a7a2afdc35825d210153b4be13b3d596c0961940ccb0e0e2ec302d497dd2b
Page: 1 of 1

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-19-28883**
Case Type: Crim/Traf Mandatory

Filed in District Court
State of Minnesota
MAR 3 0 2021

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs JACOB MAMAR JOHNSON

This case is reassigned to:

Judge Julie Allyn
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: March 30, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: JACOB MAMAR JOHNSON; ALBANIA CONCEPCION; HOLLY ROSE FRAME



**Case No. 27-CR-19-28883**
State of MN vs JACOB MAMAR JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-19-28883_Notice of Case Reassignment_2022-04-01_20240430092354.pdf
File Hash: e9b79e957d3d2cfd2e2b2c6c318142a896eca2cb5e8a8657d3e7d435d96bdb9d
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-19-28883**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs JACOB MAMAR JOHNSON

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: ALBANIA CONCEPCION
HOLLY ROSE FRAME

**Case No. 27-CR-19-28883**
State of MN vs JACOB MAMAR JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-13**
MCRO_27-CR-19-28883_Notice of Case Reassignment_2023-01-13_20240430092344.pdf
File Hash: eb72d5b96d258a060f6792c5c7b57d417038b0051fb8a1acd8664a2349751bb0
Page: 1 of 1

Filed in District Court
State of Minnesota
1/13/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-19-28883
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs JACOB MAMAR JOHNSON

This case is reassigned to:

Judge Melissa Houghtaling
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 13, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: HOLLY ROSE FRAME
MAWERDI AHMED HAMID

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-20-3244**
State of MN vs ANGELIC DENISE SCHAEFER
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2020-08-07**
MCRO_27-CR-20-3244_Notice of Case Reassignment_2020-08-07_20240430085040.pdf
File Hash: 08371eb83567709e011975f2924f0b991126be194228d16060bb86cf514e5493
Page: 1 of 1

FILED
AUG 07 2020

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-20-3244
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs ANGELIC DENISE SCHAEFER

This case is reassigned to:

Judge Angela J. Willms
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: August 7, 2020

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: MEHEK MOEEN MASOOD; COLLIN PATRICK TIERNEY

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-20-3244**
State of MN vs ANGELIC DENISE SCHAEFER
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-03-30**
MCRO_27-CR-20-3244_Notice of Case Reassignment_2021-03-30_20240430085033.pdf
File Hash: 834d35f45c47083599b2328136ba7fa74d34ffd6da6bb058aa7724216db60678
Page: 1 of 1

State of Minnesota
Hennepin County

Filed in District Court
State of Minnesota
MAR 30 2021

District Court
Fourth Judicial District
Court File Number: 27-CR-20-3244
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs ANGELIC DENISE SCHAEFER

This case is reassigned to:

Judge Maximillia Utley
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: March 30, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: MEHEK MOEEN MASOOD; VICTORIA LYNN KNOTT

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-20-3244**
State of MN vs ANGELIC DENISE SCHAEFER
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-01-28**
MCRO_27-CR-20-3244_Notice of Case Reassignment_2022-01-28_20240430085027.pdf
File Hash: 9911b797fe9f5fb74bebcdecc33ccc344b4e66fa752dc70d902d5ad60d08580c
Page: 1 of 1

Filed in District Court
State of Minnesota
1/28/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-20-3244
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs ANGELIC DENISE SCHAEFER

This case is reassigned to:

Judge Anna Andow
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 28, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: MEHEK MOEEN MASOOD
RACHEL FURNISS KOWARSKI

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-20-6301**
State of MN vs PRIEST JESUS DORSEY
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-10-11**
MCRO_27-CR-20-6301_Notice of Case Reassignment_2021-10-11_20240430085135.pdf
File Hash: 3d1374bcb197133205468688adc059149c1a31c24cbfa591f755426e2e4cce1a
Page: 1 of 1

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-20-6301**
Case Type: Crim/Traf Mandatory

Filed in District Court
State of Minnesota
OCT 11 2021

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs PRIEST JESUS DORSEY

This case is reassigned to:

Judge Sarah S. West
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: October 11, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: CLAIR F COLE; JOELLE LYNN SATHER

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-20-6301**
State of MN vs PRIEST JESUS DORSEY
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-03-11**
MCRO_27-CR-20-6301_Notice of Case Reassignment_2022-03-11_20240430085134.pdf
File Hash: 22fb581298a8c8001574ee6daabd371ba6407111e7e7c860fdf48d88a6156b87
Page: 1 of 1

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-20-6301**
Case Type: Crim/Traf Mandatory

Filed in District Court
State of Minnesota
MAR 11 2022

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs PRIEST JESUS DORSEY

This case is reassigned to:

Judge Hilary L. Caligiuri
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: March 11, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: CLAIR F COLE; TANYA MARIE BISHOP

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-20-6517**
State of MN vs Rex Allen Basswood, Jr.
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-10-11**
MCRO_27-CR-20-6517_Notice of Case Reassignment_2021-10-11_20240430085214.pdf
File Hash: 18948e8dfa5953f3fa8c214b6b16cfa2df63643b448a8ddb59925c8995863c51
Page: 1 of 1

Filed in District Court
State of Minnesota
OCT 11 2021

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-20-6517**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Rex Allen Basswood, Jr.

This case is reassigned to:

Judge Gina M. Brandt
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: October 11, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: JUSTIN LLOYD RICHARDSON; CHELSEA ANN KNUTSON

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-20-8926**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-03-30**
MCRO_27-CR-20-8926_Notice of Case Reassignment_2021-03-30_20240430085445.pdf
File Hash: f42a48628e9a60fee05e6a51d25723e034adb75f526059a66ae0bf06f49d4921
Page: 1 of 1

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-20-8926**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

Filed in District Court
State of Minnesota
MAR 30 2021

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Julie Allyn
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: March 30, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: TERRELL JOHNSON; EMILY ANNA LIEBMAN

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-20-8926**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-20-8926_Notice of Case Reassignment_2022-04-01_20240430085437.pdf
File Hash: a66b86a674dd18718b99110f04aa8b1378c91a1d3449051a86fa1c2254fcda32
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-20-8926**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: WARSAME ALI KHALIF GALAYDH
ASHLEY ANN PROBST

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-20-8926**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-13**
MCRO_27-CR-20-8926_Notice of Case Reassignment_2023-01-13_20240430085431.pdf
File Hash: 56f36f3b524e7f7efff82b269b13d7cf4a81e568b89072f404f6830756e93ad3
Page: 1 of 1

Filed in District Court
State of Minnesota
1/13/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-20-8926**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Melissa Houghtaling
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 13, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: GABRIEL NAZIM BOZIAN
CAITLIN LEE SCHWEIGER

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-20-8926**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-01-12**
MCRO_27-CR-20-8926_Notice of Case Reassignment_2024-01-12_20240430085428.pdf
File Hash: 87bd1f186856ebff7f16ad43a9d4d5b9edab0a2e68dd753ff9ab3441621dcdc3
Page: 1 of 1

Filed in District Court
State of Minnesota
1/12/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-20-8926**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Matthew Frank
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 12, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: KACY LEE WOTHE
LAURA LEE PRAHL

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-20-9036**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-12-27**
MCRO_27-CR-20-9036_Notice of Case Reassignment_2023-12-27_20240430085532.pdf
File Hash: 3f3160d52de885579563308d6fa4e0eb535d08c47c93d0bcfec6a101fb39f679
Page: 1 of 1

27-CR-20-9036

Filed in District Court
State of Minnesota
12/27/2023 9:10 AM

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27CR1911566, 27CR1912130, 27CR209036, 27CR211230, 27CR2113752, 27CR2317437**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Sarah Hudleston
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 22, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-20-9036**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-08-25**
MCRO_27-CR-20-9036_Notice of Case Reassignment_2021-08-25_20240430085552.pdf
File Hash: 1a4db2123cc41b455baa3e31f7df96542622e9ea51496d06caffa6ba32c40d06
Page: 1 of 1

Filed in District Court
State of Minnesota
AUG 25 2021

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-20-9036
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Judge Theresa Couri
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: August 26, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: MAKIS DEVELL LANE; MICHELLE DOFFING BAYNES; LAURA LEE PRAHL

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-20-9036**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-29**
MCRO_27-CR-20-9036_Notice of Case Reassignment_2022-04-29_20240430085550.pdf
File Hash: 6002fc498fefbb228b6650139b4396e8978aa3b5e1d85d9ac367bd95890eeab4
Page: 1 of 1

Filed in District Court
State of Minnesota
4/29/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-20-9036
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Judge Julia Dayton Klein
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 29, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: MAKIS DEVELL LANE
MICHELLE DOFFING BAYNES
LAURA LEE PRAHL

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-20-9036**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-12-16**
MCRO_27-CR-20-9036_Notice of Case Reassignment_2022-12-16_20240430085549.pdf
File Hash: 2bc866df5d11ef5bed56fd872b2a76ba34149c9e683f5a8fd60a24e3874ef498
Page: 1 of 1

Filed in District Court
State of Minnesota
12/16/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-20-9036
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Judge Anna Andow
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 16, 2022

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: MICHELLE DOFFING BAYNES
LAURA LEE PRAHL

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-20-20037**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-03-30**
MCRO_27-CR-20-20037_Notice of Case Reassignment_2021-03-30_20240430090150.pdf
File Hash: c16a7130ad9abd2deb50a31af96841e61dd10ce2e1e9946c1484a168a4828ae2
Page: 1 of 1

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-20-20037**
Case Type: Crim/Traf Mandatory

Filed in District Court
State of Minnesota
MAR 30 2021

FILE COPY

**Notice of Judicial Reassignment**

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Julie Allyn
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: March 30, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: TERRELL JOHNSON; EMILY ANNA LIEBMAN

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-20-20037**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-20-20037_Notice of Case Reassignment_2022-04-01_20240430090140.pdf
File Hash: 5c38fea791f2ac16ea35d6d2d3937dc25a2b0c1b7d8dce0a1045eb289a90eb97
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-20-20037**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: WARSAME ALI KHALIF GALAYDH
ASHLEY ANN PROBST

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-20-20037**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-13**
MCRO_27-CR-20-20037_Notice of Case Reassignment_2023-01-13_20240430090134.pdf
File Hash: 5854d11be45b0b0f0aed89207aeadc004075d0d84f0e1ae0c3d5a04f68005fd2
Page: 1 of 1

Filed in District Court
State of Minnesota
1/13/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-20-20037**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Melissa Houghtaling
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 13, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: GABRIEL NAZIM BOZIAN
CAITLIN LEE SCHWEIGER

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-20-20037**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-01-12**
MCRO_27-CR-20-20037_Notice of Case Reassignment_2024-01-12_20240430090130.pdf
File Hash: f08edcd22cdecf3fc90a28e71de059081aaab718937c9266f70f679b60fc4de6
Page: 1 of 1

Filed in District Court
State of Minnesota
1/12/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-20-20037
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Matthew Frank
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 12, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: KACY LEE WOTHE
LAURA LEE PRAHL

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-20-20788**
State of MN vs Lawrence Joseph Durheim
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-03-30**
MCRO_27-CR-20-20788_Notice of Case Reassignment_2021-03-30_20240430090241.pdf
File Hash: 86a96d6e1fd81fef5ddce9e2c4fb2294d0250e4171ca5e0e08d61ac481822154
Page: 1 of 1

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-20-20788**
Case Type: Crim/Traf Mandatory

Filed in District Court
State of Minnesota
MAR 30 2021

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs LAWRENCE JOSEPH DURHEIM

This case is reassigned to:

Judge Carolina A. Lamas
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: March 30, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: LAWRENCE JOSEPH DURHEIM; JACOB CARL FISCHMANN; BRIANA LEIGH PERRY

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-20-20851**
State of MN vs MAKIS DEVIL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-08-25**
MCRO_27-CR-20-20851_Notice of Case Reassignment_2021-08-25_20240430090349.pdf
File Hash: fcc543de2bdcdd5760d52401cf76bd13a2da84de956c15363ba7fd0024d2f39e
Page: 1 of 1

Filed in District Court
State of Minnesota
AUG 25 2021

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-20-20851**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVIL LANE

This case is reassigned to:

Judge Theresa Couri
6125 Shingle Creek Parkway
Brooklyn Center MN 55430
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: August 26, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: MAKIS DEVIL LANE; AMANDA JO GROSSMANN; LAURA LEE PRAHL

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-20-23521**
State of MN vs CASPER HUY VUONG
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-03-30**
MCRO_27-CR-20-23521_Notice of Case Reassignment_2021-03-30_20240430090520.pdf
File Hash: eaa06c7687058d36dea2083aa99e05ac4ccee6aef1da30409a7e0f6995e31cde
Page: 1 of 1

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-20-23521
Case Type: Crim/Traf Mandatory

Filed in District Court
State of Minnesota
MAR 30 2021

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs CASPER HUY VUONG

This case is reassigned to:

Judge Julie Allyn
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: March 30, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: CASPER HUY VUONG; VICTORIA LYNN KNOTT; SOPHIA DASTAGIR VOGT

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-20-23521**
State of MN vs CASPER HUY VUONG
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-20-23521_Notice of Case Reassignment_2022-04-01_20240430090515.pdf
File Hash: ecfedc762eb991c45800b45ad187763b110ae792d8aabdff0ef436addf1b409f
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-20-23521
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs CASPER HUY VUONG

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: SOPHIA DASTAGIR VOGT
ALEXANDER NATHAN DAVIS

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-20-23521**
State of MN vs CASPER HUY VUONG
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-13**
MCRO_27-CR-20-23521_Notice of Case Reassignment_2023-01-13_20240430090508.pdf
File Hash: 2b1170e19ae87d03175b0f290f8e29e7bf8bab146d7fac10f7c875feaefc3435
Page: 1 of 1

Filed in District Court
State of Minnesota
1/13/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-20-23521
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs CASPER HUY VUONG

This case is reassigned to:

Judge Melissa Houghtaling
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 13, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: MARK STEVEN ALLSEITS
KEVIN EUGENE GRAY

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-20-27550**
State of MN vs RODRICK JEROME CARPENTER
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-03-30**
MCRO_27-CR-20-27550_Notice of Case Reassignment_2021-03-30_20240430090720.pdf
File Hash: 4ca753621dca178594b6ad14a7769a793b294e923325de1338ad092b654f1829
Page: 1 of 1

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-20-27550**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

Filed In District Court
State of Minnesota
MAR 3 0 2021

State of Minnesota vs RODRICK JEROME CARPENTER

This case is reassigned to:

Judge Carolina A. Lamas
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: March 30, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: RODRICK JEROME CARPENTER; CHRISTOPHER TODD NIPPOLDT; BRIANA LEIGH PERRY

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-20-27550**
State of MN vs RODRICK JEROME CARPENTER
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-03-30**
MCRO_27-CR-20-27550_Notice of Case Reassignment_2021-03-30_20240430090719.pdf
File Hash: dbfd9cf90b4bfaf2eed018a464c39960ab036c7c4f6525bfa8fc383dc98edd99
Page: 1 of 1

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-20-27550**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

RODRICK JEROME CARPENTER
740 17TH ST E
MINNEAPOLIS MN 55404

State of Minnesota vs RODRICK JEROME CARPENTER

This case is reassigned to:

Judge Carolina A. Lamas
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: March 30, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: CHRISTOPHER TODD NIPPOLDT; BRIANA LEIGH PERRY

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-21-1230**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-12-27**
MCRO_27-CR-21-1230_Notice of Case Reassignment_2023-12-27_20240430075406.pdf
File Hash: 127c641e7b22e1abf517d0fc6ab012023619a96f3c048c238d1ae32baf9afd6f
Page: 1 of 1

27-CR-21-1230

Filed in District Court
State of Minnesota
12/27/2023 9:11 AM

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27CR1911566, 27CR1912130, 27CR209036, 27CR211230, 27CR2113752, 27CR2317437**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Sarah Hudleston
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 22, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-1230**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-08-25**
MCRO_27-CR-21-1230_Notice of Case Reassignment_2021-08-25_20240430075444.pdf
File Hash: 306e52d0d722fe83d19df94159514ca14c453466304115e1ce42efea45b39ac7
Page: 1 of 1

**Filed in District Court**
**State of Minnesota**
AUG 25 2021

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-1230**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Judge Theresa Couri
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: August 26, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: MAKIS DEVELL LANE; DANIEL BRIAN HALLMAN; LAURA LEE PRAHL

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-21-1230**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-29**
MCRO_27-CR-21-1230_Notice of Case Reassignment_2022-04-29_20240430075442.pdf
File Hash: 9190acfb14c82919a86c28e547611af118eceb5cdf22cb50b2be718c77dadfff
Page: 1 of 1

Filed in District Court
State of Minnesota
4/29/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-1230**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Judge Julia Dayton Klein
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 29, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: MAKIS DEVELL LANE
DANIEL BRIAN HALLMAN
LAURA LEE PRAHL

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-1230**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-12-16**
MCRO_27-CR-21-1230_Notice of Case Reassignment_2022-12-16_20240430075437.pdf
File Hash: e31e335b4b6088cb8909cab60755c5ceefeb67ee7e5b4673471022d50251a39d
Page: 1 of 1

Filed in District Court
State of Minnesota
12/16/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-1230**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Judge Anna Andow
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 16, 2022

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: LAURA LEE PRAHL
NICHOLAS NATHANIAL SUMMERS

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-1977**
State of MN vs ANGELIC DENISE NUNN
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-01-28**
MCRO_27-CR-21-1977_Notice of Case Reassignment_2022-01-28_20240430075621.pdf
File Hash: 38ef3bf203ad75385c71d30cd901f106cf8d03518da0c06693caa5c40a426d2f
Page: 1 of 1

Filed in District Court
State of Minnesota
1/28/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-1977**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs ANGELIC DENISE NUNN

This case is reassigned to:

Judge Anna Andow
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 28, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: MEHEK MOEEN MASOOD
RACHEL FURNISS KOWARSKI

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-1978**
State of MN vs ANGELIC DENISE NUNN
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-01-28**
MCRO_27-CR-21-1978_Notice of Case Reassignment_2022-01-28_20240430075730.pdf
File Hash: 8b47ed475e7afdb222c0a531685c63061b340e6f06ecc55b24e54b1218d079a2
Page: 1 of 1

Filed in District Court
State of Minnesota
1/28/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-1978**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs ANGELIC DENISE NUNN

This case is reassigned to:

Judge Anna Andow
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 28, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: MEHEK MOEEN MASOOD
RACHEL FURNISS KOWARSKI

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-1980**
State of MN vs GORDON EUGENE SHARP
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-06-16**
MCRO_27-CR-21-1980_Notice of Case Reassignment_2023-06-16_20240430075957.pdf
File Hash: bbcd020b046a097e28c2de6ba2c0efe48aa4c4c5f782aa823cbab7bcf24488ea
Page: 1 of 1

Filed in District Court
State of Minnesota
6/16/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-1980**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs GORDON EUGENE SHARP

This case is reassigned to:

Judge Amber Brennan
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: June 16, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: CHASE ANDERSON MYHRAN
DARREN CHARLES BORG

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-1980**
State of MN vs GORDON EUGENE SHARP
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-10-11**
MCRO_27-CR-21-1980_Notice of Case Reassignment_2021-10-11_20240430080017.pdf
File Hash: 8ee8d4e7fd0f5bf3df97e795ef96b3979cd4b8421ffd0092ae802fbd88dba74a
Page: 1 of 1

Filed in District Court
State of Minnesota
OCT 11 2021

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-1980
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs GORDON EUGENE SHARP

This case is reassigned to:

Judge Gina M. Brandt
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: October 11, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: GRANT WILLIAM GUNDERSON; ALEXANDER NATHAN DAVIS

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-21-6229**
State of MN vs MARVAL BARNES
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-05-13**
MCRO_27-CR-21-6229_Notice of Case Reassignment_2022-05-13_20240430080224.pdf
File Hash: 0514a2bc07f52cdcdf8af10dd774ba7c4d4c978ad28eaf6dd7dc2ab414f94a7f
Page: 1 of 1

Filed in District Court
State of Minnesota
5/13/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-6229
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MARVAL BARNES

This case is reassigned to:

Judge Rachel Hughey
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: May 13, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: TRAVIS MICHAEL HUDDY
LINDSAY LEE SIOLKA

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-6904**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-21-6904_Notice of Case Reassignment_2022-04-01_20240430080502.pdf
File Hash: cd100bb38146c0931f55413134b8d591e8470d68d4106e76ce76a0ac54e19011
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-6904
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: State of Minnesota
ERIC OLE HAWKINS

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-6904**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-13**
MCRO_27-CR-21-6904_Notice of Case Reassignment_2023-01-13_20240430080458.pdf
File Hash: 87ab51bc15f92a5abc36a8e8c7d2796015a5b560832d9551dc3bf7300013f6a8
Page: 1 of 1

Filed in District Court
State of Minnesota
1/13/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-6904
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Melissa Houghtaling
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 13, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: ERIC OLE HAWKINS
Heidi Johnston

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8067**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-21-8067_Notice of Case Reassignment_2022-04-01_20240430080646.pdf
File Hash: 6e6b79864138ea9a08d172e58e4b2d275b4669912f0e1db4361596b9972e0f82
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-8067
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: DANIEL BRIAN HALLMAN
ERIC OLE HAWKINS

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8067**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-13**
MCRO_27-CR-21-8067_Notice of Case Reassignment_2023-01-13_20240430080642.pdf
File Hash: 101426866a5049829ac8e859ec50a47465385b0f5d1d3aa7fbc134e3740765d2
Page: 1 of 1

Filed in District Court
State of Minnesota
1/13/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-8067
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Melissa Houghtaling
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 13, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: ERIC OLE HAWKINS
CHRISTOPHER ERIC FREEMAN

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8067**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-01-12**
MCRO_27-CR-21-8067_Notice of Case Reassignment_2024-01-12_20240430080634.pdf
File Hash: 92e0424bfd76dbe263af9ae7e7291edd6e96f7573c4bcd21091442b33c153958
Page: 1 of 1

Filed in District Court
State of Minnesota
1/12/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-8067**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Matthew Frank
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 12, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: CHRISTOPHER ERIC FREEMAN
ANDREW JOSEPH REILAND, II

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8227**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-21-8227_Notice of Case Reassignment_2022-04-01_20240430080739.pdf
File Hash: 18657338f30c5e63557def55e6c9e80bb942d043a3c846305fcef22467d793f6
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-8227**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: ERIC OLE HAWKINS
NICHOLAS NATHANIAL SUMMERS

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8227**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-13**
MCRO_27-CR-21-8227_Notice of Case Reassignment_2023-01-13_20240430080736.pdf
File Hash: aab5217d1c1102669688092a03ca2fcefff35b28b019be8d64acfbfbe2e45304
Page: 1 of 1

Filed in District Court
State of Minnesota
1/13/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-8227**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Melissa Houghtaling
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 13, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: ERIC OLE HAWKINS
RYAN D SIMAFRANCA

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8227**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-01-12**
MCRO_27-CR-21-8227_Notice of Case Reassignment_2024-01-12_20240430080727.pdf
File Hash: c7079a8eec14f49d4390274d06e6febe1d9ce1bce373ba31a870e56594a1fc87
Page: 1 of 1

Filed in District Court
State of Minnesota
1/12/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-8227
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Matthew Frank
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 12, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: ANDREW JOSEPH REILAND, II
DARREN CHARLES BORG

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8228**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-21-8228_Notice of Case Reassignment_2022-04-01_20240430080832.pdf
File Hash: 4b6d6fd3fba4fd87bfa7748d1b76076291d60af224ea9a1f6adea0749bdb2e7b
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-8228
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: DANIEL BRIAN HALLMAN
ERIC OLE HAWKINS

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8228**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-13**
MCRO_27-CR-21-8228_Notice of Case Reassignment_2023-01-13_20240430080829.pdf
File Hash: 3f818e3bf0e56497732059212a201b36a4a3ebb6fd53707a2cb716a80fa8e18d
Page: 1 of 1

Filed in District Court
State of Minnesota
1/13/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-8228
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Melissa Houghtaling
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 13, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: ERIC OLE HAWKINS
CHRISTOPHER ERIC FREEMAN

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8228**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-01-12**
MCRO_27-CR-21-8228_Notice of Case Reassignment_2024-01-12_20240430080819.pdf
File Hash: 783520b278e72cad251ab46b87ed8c49ae7111e222e33a803736b59486e3187a
Page: 1 of 1

Filed in District Court
State of Minnesota
1/12/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-8228**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Matthew Frank
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 12, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: CHRISTOPHER ERIC FREEMAN
ANDREW JOSEPH REILAND, II

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8229**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-21-8229_Notice of Case Reassignment_2022-04-01_20240430081529.pdf
File Hash: 8f63d8cc301ea7633ed835af88f0f8a1dde2129a37e9df532fd59dbb21c0f1fc
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-8229**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: ERIC OLE HAWKINS
NICHOLAS NATHANIAL SUMMERS

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8229**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-13**
MCRO_27-CR-21-8229_Notice of Case Reassignment_2023-01-13_20240430081526.pdf
File Hash: f1e2537d2af377e43a2037242122cb7019106a3931089525eabf9a2ee01df266
Page: 1 of 1

Filed in District Court
State of Minnesota
1/13/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-8229**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Melissa Houghtaling
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 13, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: ERIC OLE HAWKINS
RYAN D SIMAFRANCA

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8229**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-01-12**
MCRO_27-CR-21-8229_Notice of Case Reassignment_2024-01-12_20240430081518.pdf
File Hash: 7efae37d70bbaa0f94b5a820de532bd5e36b63dde5cd2f021c409dd9a3466a81
Page: 1 of 1

Filed in District Court
State of Minnesota
1/12/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-8229
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Matthew Frank
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 12, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: ANDREW JOSEPH REILAND, II
DARREN CHARLES BORG

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8230**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-21-8230_Notice of Case Reassignment_2022-04-01_20240430081647.pdf
File Hash: 6bb1d79d056f7fdc222d8c80d7ca8eddaee5bf96a85eb3f9e44a9c3b057d6eeb
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-8230
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: ERIC OLE HAWKINS
NICHOLAS NATHANIAL SUMMERS

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8230**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-13**
MCRO_27-CR-21-8230_Notice of Case Reassignment_2023-01-13_20240430081644.pdf
File Hash: 3d4032449bed14d94844129482d792ef12c6bd3f73954f1365fdce37ee79be0e
Page: 1 of 1

Filed in District Court
State of Minnesota
1/13/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-8230
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Melissa Houghtaling
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 13, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: ERIC OLE HAWKINS
RYAN D SIMAFRANCA

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8230**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-01-12**
MCRO_27-CR-21-8230_Notice of Case Reassignment_2024-01-12_20240430081635.pdf
File Hash: 684d25940f0355dc421fe4bcb1a521d141ab9d0c23f33ee2c7135dc10a567784
Page: 1 of 1

Filed in District Court
State of Minnesota
1/12/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-8230**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Matthew Frank
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 12, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: ANDREW JOSEPH REILAND, II
DARREN CHARLES BORG

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8412**
State of MN vs Stephone Ahmad Gammage
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-12-14**
MCRO_27-CR-21-8412_Notice of Case Reassignment_2022-12-14_20240430081746.pdf
File Hash: 61d9ef3d28b230c54d6219394c95fbe8e12a89345f228b5ba3c30db2511d848c
Page: 1 of 1

Filed in District Court
State of Minnesota
12/14/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-8412**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Stephone Ahmad Gammage

This case is reassigned to:

Judge Lisa K Janzen
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 14, 2022

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: KEVIN CHUAN LIN
DAVID G DESMIDT

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8511**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-21-8511_Notice of Case Reassignment_2022-04-01_20240430082021.pdf
File Hash: 0f5c6c47ac52d665ba3d4554dd9bfdb5ebd73456965a50a48d51d8738e9dd744
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-8511**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: State of Minnesota
ERIC OLE HAWKINS

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-8511**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-13**
MCRO_27-CR-21-8511_Notice of Case Reassignment_2023-01-13_20240430082017.pdf
File Hash: 85a9d3c46b27258e58314e4a63bbeb748d202a3d750676801c4d9ea600a504fa
Page: 1 of 1

Filed in District Court
State of Minnesota
1/13/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-8511**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Melissa Houghtaling
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 13, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: ERIC OLE HAWKINS
Heidi Johnston

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-10675**
State of MN vs Dennis Joseph Barry
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-11-03**
MCRO_27-CR-21-10675_Notice of Case Reassignment_2023-11-03_20240430082217.pdf
File Hash: f5026366aa123d85637267ba5a4883e58cffda58298b5f6fa8d85ea8303079f8
Page: 1 of 1

Filed in District Court
State of Minnesota
11/3/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-10675**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Dennis Joseph Barry

This case is reassigned to:

Judge Jean Burdorf
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: November 3, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: MADSEN MARCELLUS, Jr.
JACOB CARL FISCHMANN

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-10675**
State of MN vs Dennis Joseph Barry
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-02-25**
MCRO_27-CR-21-10675_Notice of Case Reassignment_2022-02-25_20240430082229.pdf
File Hash: 1fd2df4db045f1e8ad0b5e3aa8652a4dad9f2a4c4f5138bf6e6a13d03c352271
Page: 1 of 1

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-10675**
Case Type: Crim/Traf Mandatory

**Filed in District Court**
**State of Minnesota**
FEB 25 2022

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Dennis Joseph Barry

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: February 25, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: WARSAME ALI KHALIF GALAYDH

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-21-10675**
State of MN vs Dennis Joseph Barry
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-21-10675_Notice of Case Reassignment_2022-04-01_20240430082228.pdf
File Hash: 239940e93cc1ad1e8462b04792e0108812e97e816e0d279ab0d801bc475fbf21
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-10675
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Dennis Joseph Barry

This case is reassigned to:

Judge Julie Allyn
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: Dennis Joseph Barry
ALEXANDER NATHAN DAVIS
JACOB CARL FISCHMANN

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-13752**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-12-27**
MCRO_27-CR-21-13752_Notice of Case Reassignment_2023-12-27_20240430082318.pdf
File Hash: 45ae4894b4dd1a5a5a60d6a514c8bb20a6d3c47165eaa61d87b002589c3af470
Page: 1 of 1

27-CR-21-13752

Filed in District Court
State of Minnesota
12/27/2023 9:12 AM

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27CR1911566, 27CR1912130, 27CR209036, 27CR211230, 27CR2113752, 27CR2317437
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Sarah Hudleston
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 22, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-13752**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-08-25**
MCRO_27-CR-21-13752_Notice of Case Reassignment_2021-08-25_20240430082358.pdf
File Hash: 684441ff120db230c8a680682ae7d10412709378bd58af8d314b272cf349ea73
Page: 1 of 1

Filed in District Court
State of Minnesota
AUG 25 2021

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-13752
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Judge Theresa Couri
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: August 26, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin

cc: MAKIS DEVELL LANE; GRANT WILLIAM GUNDERSON; LAURA LEE PRAHL

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 9/2017

**Case No. 27-CR-21-13752**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-29**
MCRO_27-CR-21-13752_Notice of Case Reassignment_2022-04-29_20240430082352.pdf
File Hash: 4cf27bce0fe0e8a44c27c4dc9d2b14ffdf74b9cc944d2e7791da88de5872294e
Page: 1 of 1

Filed in District Court
State of Minnesota
4/29/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-13752
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Judge Julia Dayton Klein
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 29, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: MAKIS DEVELL LANE
GRANT WILLIAM GUNDERSON
LAURA LEE PRAHL

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-13752**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-12-16**
MCRO_27-CR-21-13752_Notice of Case Reassignment_2022-12-16_20240430082348.pdf
File Hash: 5edec0de02933ba7c853fadecaaf32194c8c2565e4b2eb618c229a43436a7a5f
Page: 1 of 1

Filed in District Court
State of Minnesota
12/16/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-13752
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MAKIS DEVELL LANE

This case is reassigned to:

Judge Anna Andow
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 16, 2022

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: LAURA LEE PRAHL
NICHOLAS NATHANIAL SUMMERS

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-13795**
State of MN vs JACOB MAMAR JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-21-13795_Notice of Case Reassignment_2022-04-01_20240430082440.pdf
File Hash: 41607d16a23ce1348dda748dfa1432db4bb803cc093e77329a84cd869ed350ea
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-13795
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs JACOB MAMAR JOHNSON

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: ALBANIA CONCEPCION
HOLLY ROSE FRAME

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-13795**
State of MN vs JACOB MAMAR JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-13**
MCRO_27-CR-21-13795_Notice of Case Reassignment_2023-01-13_20240430082432.pdf
File Hash: 1728d2516b4cb2a439efae1b9ce5a4381eed2c7fab8b6899b796b6b693792f40
Page: 1 of 1

Filed in District Court
State of Minnesota
1/13/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-13795
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs JACOB MAMAR JOHNSON

This case is reassigned to:

Judge Melissa Houghtaling
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 13, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: HOLLY ROSE FRAME
MAWERDI AHMED HAMID

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-14861**
State of MN vs KESSIE KAFELE WILSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-05-06**
MCRO_27-CR-21-14861_Notice of Case Reassignment_2022-05-06_20240430082529.pdf
File Hash: 8af4e176c352a8788e4ba4a6cf836fc404df7d93f91b5d9bb343633fb5c22e0c
Page: 1 of 1

Filed in District Court
State of Minnesota
5/6/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-14861
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs KESSIE KAFELE WILSON

This case is reassigned to:

Judge Thomas Conley
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: May 6, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: KESSIE KAFELE WILSON
CATHERINE ANN MCENROE
DEREK WILLIAM HANSEN

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-17008**
State of MN vs NICOLLE LYNN FAWCETT
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2021-12-16**
MCRO_27-CR-21-17008_Notice of Case Reassignment_2021-12-16_20240430082749.pdf
File Hash: f58be9fe82691f03fb3c8d9eb676aa659ee33bee36762851d6dcca30693b0bb9
Page: 1 of 1

Filed in District Court
State of Minnesota
12/16/2021

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-17008
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs NICOLLE LYNN FAWCETT

This case is reassigned to:

Judge Luis Bartolomei
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 16, 2021

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: NICOLLE LYNN FAWCETT
SOPHIA DASTAGIR VOGT
WILLIAM G SELMAN

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-19552**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-21-19552_Notice of Case Reassignment_2022-04-01_20240430082843.pdf
File Hash: 82fc1681a5386041132f99f3f774de3c107c08899d922c799c06d667d1a19553
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-19552
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: WARSAME ALI KHALIF GALAYDH
ASHLEY ANN PROBST

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-19552**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-13**
MCRO_27-CR-21-19552_Notice of Case Reassignment_2023-01-13_20240430082837.pdf
File Hash: 049dfb275bf509728d83bfff2d1761bcc76268445695b29c7b77d4c9f7eef01b
Page: 1 of 1

Filed in District Court
State of Minnesota
1/13/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-19552
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Melissa Houghtaling
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 13, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: GABRIEL NAZIM BOZIAN
CAITLIN LEE SCHWEIGER

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-19552**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-01-12**
MCRO_27-CR-21-19552_Notice of Case Reassignment_2024-01-12_20240430082834.pdf
File Hash: 0528fcaceef54a0582a2f756a806c164bd0730702e63858e281b6e48e9d0d55d
Page: 1 of 1

Filed in District Court
State of Minnesota
1/12/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-19552
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Matthew Frank
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 12, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: KACY LEE WOTHE
LAURA LEE PRAHL

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-20072**
State of MN vs GORDON EUGENE SHARP
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-06-16**
MCRO_27-CR-21-20072_Notice of Case Reassignment_2023-06-16_20240430083048.pdf
File Hash: 3fd63218b11aa7feca9035e26d4f782d16eb5a885efe571f5a2a64f822f4f431
Page: 1 of 1

Filed in District Court
State of Minnesota
6/16/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-20072
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs GORDON EUGENE SHARP

This case is reassigned to:

Judge Amber Brennan
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: June 16, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: CHASE ANDERSON MYHRAN
CORY L. STRECKER

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-20529**
State of MN vs ISAAC LEE KELLEY
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-02-15**
MCRO_27-CR-21-20529_Notice of Case Reassignment_2024-02-15_20240430083149.pdf
File Hash: 8b70de3c4a599f067dd28a4ac9a262266c734319e3e35ee15a896f28ba032f5a
Page: 1 of 1

Filed in District Court
State of Minnesota
2/15/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-20529
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs ISAAC LEE KELLEY

This case is reassigned to:

Judge Mark Kappelhoff
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: February 15, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: CHARLES EDGAR DIAMOND
ISA ALI DOMIN

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-20529**
State of MN vs ISAAC LEE KELLEY
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-05-06**
MCRO_27-CR-21-20529_Notice of Case Reassignment_2022-05-06_20240430083201.pdf
File Hash: 9dc3b3f92904e2b0cc6c0bc305ad1acccd55eeb5d1ea3f527bc92a2b4390e61c
Page: 1 of 1

Filed in District Court
State of Minnesota
5/6/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-20529
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs ISAAC LEE KELLEY

This case is reassigned to:

Judge Thomas Conley
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: May 6, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: ISAAC LEE KELLEY
DAWN MARIE O'ROURKE
JAMES CHRISTOPHER HORVATH

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-20529**
State of MN vs ISAAC LEE KELLEY
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-20**
MCRO_27-CR-21-20529_Notice of Case Reassignment_2023-01-20_20240430083152.pdf
File Hash: 67ce7795021f57b1a16c33dcb70241dd34fe6c14f35420a807922da6d9a2d488
Page: 1 of 1

Filed in District Court
State of Minnesota
1/20/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-20529**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs ISAAC LEE KELLEY

This case is reassigned to:

Judge Peter A. Cahill
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 20, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: JAMES CHRISTOPHER HORVATH
CORY L. STRECKER

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-20988**
State of MN vs GORDON EUGENE SHARP, Jr.
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-06-16**
MCRO_27-CR-21-20988_Notice of Case Reassignment_2023-06-16_20240430083342.pdf
File Hash: 579376546ad6154ae8ba3966babc0434fe53e3c0f4667ba719f3c2760e7a54c8
Page: 1 of 1

Filed in District Court
State of Minnesota
6/16/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-20988**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs GORDON EUGENE SHARP, Jr.

This case is reassigned to:

Judge Amber Brennan
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: June 16, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: CHASE ANDERSON MYHRAN
CORY L. STRECKER

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-21355**
State of MN vs GORDON EUGENE SHARP, Jr.
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-06-16**
MCRO_27-CR-21-21355_Notice of Case Reassignment_2023-06-16_20240430083449.pdf
File Hash: 7ae712909493236ea0b1255d6ea226a0ec6aec521dbdbc710b4cc2c2c6dc473d
Page: 1 of 1

Filed in District Court
State of Minnesota
6/16/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-21-21355**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs GORDON EUGENE SHARP, Jr.

This case is reassigned to:

Judge Amber Brennan
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: June 16, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: CHASE ANDERSON MYHRAN
CORY L. STRECKER

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-23188**
State of MN vs GORDON EUGENE SHARP, Jr.
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-06-16**
MCRO_27-CR-21-23188_Notice of Case Reassignment_2023-06-16_20240430083739.pdf
File Hash: fb944cf33dfcead422958b1703fd636c2d9b4baebbe46546b5a3f3667b6e38b0
Page: 1 of 1

Filed in District Court
State of Minnesota
6/16/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-23188
Case Type: Crim/Traf Mandatory

## Notice of Judicial Reassignment

FILE COPY

State of Minnesota vs GORDON EUGENE SHARP, Jr.

This case is reassigned to:

Judge Amber Brennan
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: June 16, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: CHASE ANDERSON MYHRAN
CORY L. STRECKER

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-23215**
State of MN vs GORDON EUGENE SHARP, Jr.
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-06-16**
MCRO_27-CR-21-23215_Notice of Case Reassignment_2023-06-16_20240430084124.pdf
File Hash: 511920d48ddf3e173f762a9e9137f0d6233a2175e40507c2da0c81e30d877548
Page: 1 of 1

Filed in District Court
State of Minnesota
6/16/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-23215
Case Type: Crim/Traf Mandatory

## Notice of Judicial Reassignment

FILE COPY

State of Minnesota vs GORDON EUGENE SHARP, Jr.

This case is reassigned to:

Judge Amber Brennan
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: June 16, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: CHASE ANDERSON MYHRAN
CORY L. STRECKER

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-23233**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-21-23233_Notice of Case Reassignment_2022-04-01_20240430084222.pdf
File Hash: c10897b48291a19d8193e5689b15627c9daba9e2296f99802064f1948dddfab2
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-23233
Case Type: Crim/Traf Mandatory

## Notice of Judicial Reassignment

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Nicole A. Engisch
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: WARSAME ALI KHALIF GALAYDH
ASHLEY ANN PROBST

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-23233**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-13**
MCRO_27-CR-21-23233_Notice of Case Reassignment_2023-01-13_20240430084216.pdf
File Hash: ea3a5711d60efc6240cbd1924cbd12aa4188a5f2e17feb97e72eda3519ba97ec
Page: 1 of 1

Filed in District Court
State of Minnesota
1/13/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-23233
Case Type: Crim/Traf Mandatory

## Notice of Judicial Reassignment

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Melissa Houghtaling
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 13, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: GABRIEL NAZIM BOZIAN
CAITLIN LEE SCHWEIGER

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-21-23233**
State of MN vs TERRELL JOHNSON
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-01-12**
MCRO_27-CR-21-23233_Notice of Case Reassignment_2024-01-12_20240430084213.pdf
File Hash: d5caa3fb0d070e7bc91915f2033236f1859b3fe6693fa09c4bfcb3a3ebd97d66
Page: 1 of 1

Filed in District Court
State of Minnesota
1/12/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-21-23233
Case Type: Crim/Traf Mandatory

## Notice of Judicial Reassignment

FILE COPY

State of Minnesota vs TERRELL JOHNSON

This case is reassigned to:

Judge Matthew Frank
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 12, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: KACY LEE WOTHE
LAURA LEE PRAHL

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-3377**
State of MN vs CHASE RADLEY GREEN
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-29**
MCRO_27-CR-22-3377_Notice of Case Reassignment_2022-04-29_20240429031133.pdf
File Hash: 24bea729cba0285c8f8ffa02bf56c6c437032dd6a819ea77c1753fdb342c1c1e
Page: 1 of 1

Filed in District Court
State of Minnesota
4/29/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-22-3377
Case Type: Crim/Traf Mandatory

## Notice of Judicial Reassignment

FILE COPY

State of Minnesota vs CHASE RADLEY GREEN

This case is reassigned to:

Judge Julia Dayton Klein
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 29, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: GRANT WILLIAM GUNDERSON
SAMANTHA JO RICHIE

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-3377**
State of MN vs CHASE RADLEY GREEN
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-12-16**
MCRO_27-CR-22-3377_Notice of Case Reassignment_2022-12-16_20240429031127.pdf
File Hash: 3e2c0eda6a49c71846168fdb2877c6eabf7dc9dc36b30a92334190c40742cd55
Page: 1 of 1

Filed in District Court
State of Minnesota
12/19/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-3377**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs CHASE RADLEY GREEN

This case is reassigned to:

Judge Anna Andow
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 19, 2022

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: CHASE ANDERSON MYHRAN
NICHOLAS NATHANIAL SUMMERS

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-3377**
State of MN vs CHASE RADLEY GREEN
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-12-22**
MCRO_27-CR-22-3377_Notice of Case Reassignment_2023-12-22_20240429031118.pdf
File Hash: bda13dfb19e14dc60391479d7cf92f0c431eb1dd7f5b9e8cccacba141d375041
Page: 1 of 1

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-3377**
Case Type: Crim/Traf Mandatory

Filed in District Court
State of Minnesota
DEC 22 2023

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs CHASE RADLEY GREEN

This case is reassigned to:

Judge Sarah Hudleston
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 26, 2023

Sara Gonsalves

Court Administrator
Hennepin County District Court

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 08/2022

**Case No. 27-CR-22-3377**
State of MN vs CHASE RADLEY GREEN
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-04-01**
MCRO_27-CR-22-3377_Notice of Case Reassignment_2024-04-01_20240429031117.pdf
File Hash: 86fa1b95d26573f693252ec0444a6ec298b2f65ab28c275550cb75d01dec3c0b
Page: 1 of 1

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-3377**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

CHASE RADLEY GREEN
9324 HARRIET AVE
BLOOMINGTON MN 55420

Filed in District Court
State of Minnesota
APR 01 2024

State of Minnesota vs CHASE RADLEY GREEN

This case is reassigned to:

Judge Tamara G. Garcia
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc:

MNCIS-CRM-143 4th District Notice of Judicial Reassignment Rev. 08/2022

**Case No. 27-CR-22-3553**
State of MN vs WILLIAM LEE NABORS
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-22-3553_Notice of Case Reassignment_2022-04-01_20240429032054.pdf
File Hash: c4ad4ae8feda1f258adb4e1bdade07353dca6939ef8b8a31712e7b4d88b74695
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-22-3553
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs WILLIAM LEE NABORS

This case is reassigned to:

Judge Julie Allyn
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: WILLIAM LEE NABORS
NATASHA YENINA
PETER JOSEPH MARTIN

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-3553**
State of MN vs WILLIAM LEE NABORS
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-11-03**
MCRO_27-CR-22-3553_Notice of Case Reassignment_2023-11-03_20240429032043.pdf
File Hash: ac1b0e66c5bac6d765d128eafa90479058f298edc8f9461388c618ce0d12766c
Page: 1 of 1

Filed in District Court
State of Minnesota
11/3/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-22-3553
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs WILLIAM LEE NABORS

This case is reassigned to:

Judge Jean Burdorf
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: November 3, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: PETER JOSEPH MARTIN
ISAIAH DANIEL ELLISON

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-3570**
State of MN vs Dennis Joseph Barry
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-11-03**
MCRO_27-CR-22-3570_Notice of Case Reassignment_2023-11-03_20240429034605.pdf
File Hash: 42cdcfbc6362066e40e6a85fdce90d6cdd7568e87a541d84b14c3b4347d94502
Page: 1 of 1

Filed in District Court
State of Minnesota
11/3/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
Court File Number: 27-CR-22-3570
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Dennis Joseph Barry

This case is reassigned to:

Judge Jean Burdorf
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: November 3, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: MADSEN MARCELLUS, Jr.
KAITLIN BRIANNA ANDERSON

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-3570**
State of MN vs Dennis Joseph Barry
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-04-01**
MCRO_27-CR-22-3570_Notice of Case Reassignment_2022-04-01_20240429034630.pdf
File Hash: b6b7500acd8c162f165a679d430e434c8f96665bff25425e9ef53029fb0cce89
Page: 1 of 1

Filed in District Court
State of Minnesota
4/1/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-3570**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Dennis Joseph Barry

This case is reassigned to:

Judge Julie Allyn
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: April 1, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: Dennis Joseph Barry
JACOB CARL FISCHMANN
ALEXANDER NATHAN DAVIS

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-4087**
State of MN vs GORDON EUGENE SHARP, Jr.
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-06-16**
MCRO_27-CR-22-4087_Notice of Case Reassignment_2023-06-16_20240429035304.pdf
File Hash: 15feff2bc522e5853632900e579e56aaeb2adde17768b154f849a12125d036e2
Page: 1 of 1

Filed in District Court
State of Minnesota
6/16/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-4087**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs GORDON EUGENE SHARP, Jr.

This case is reassigned to:

Judge Amber Brennan
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: June 16, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: CHASE ANDERSON MYHRAN
CORY L. STRECKER

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-5532**
State of MN vs Isaac Lee Kelley
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-02-15**
MCRO_27-CR-22-5532_Notice of Case Reassignment_2024-02-15_20240429040400.pdf
File Hash: 3691dc60e251be8026af467df8b46dda040b83aad2ce4c001ba153343ae72259
Page: 1 of 1

Filed in District Court
State of Minnesota
2/15/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-5532**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Isaac Lee Kelley

This case is reassigned to:

Judge Mark Kappelhoff
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: February 15, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: CHARLES EDGAR DIAMOND
ISA ALI DOMIN

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-5532**
State of MN vs Isaac Lee Kelley
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-05-06**
MCRO_27-CR-22-5532_Notice of Case Reassignment_2022-05-06_20240429040414.pdf
File Hash: b95dda6231b92732f4aefaf49d95546ef1b051d1de5ae13ec61ee2db84c66d01
Page: 1 of 1

Filed in District Court
State of Minnesota
5/6/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-5532**
Case Type: Crim/Traf Mandatory

## Notice of Judicial Reassignment

FILE COPY

State of Minnesota vs Isaac Lee Kelley

This case is reassigned to:

Judge Thomas Conley
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: May 6, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: Isaac Lee Kelley
DAWN MARIE O'ROURKE
JAMES CHRISTOPHER HORVATH

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-5532**
State of MN vs Isaac Lee Kelley
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-20**
MCRO_27-CR-22-5532_Notice of Case Reassignment_2023-01-20_20240429040406.pdf
File Hash: ee3604e7718367648c9518ae3dc933a6b612764a055493e3ce695baa6e81e685
Page: 1 of 1

Filed in District Court
State of Minnesota
1/20/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-5532**
Case Type: Crim/Traf Mandatory

## Notice of Judicial Reassignment

FILE COPY

State of Minnesota vs Isaac Lee Kelley

This case is reassigned to:

Judge Peter A. Cahill
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 20, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: JAMES CHRISTOPHER HORVATH
CORY L. STRECKER

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-7953**
State of MN vs ISAAC LEE KELLEY
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-02-15**
MCRO_27-CR-22-7953_Notice of Case Reassignment_2024-02-15_20240429040634.pdf
File Hash: 89e504f719b568756370b34863fb3280cc3f7ca21a09068685196ee5b96881de
Page: 1 of 1

Filed in District Court
State of Minnesota
2/15/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-7953**
Case Type: Crim/Traf Mandatory

## Notice of Judicial Reassignment

FILE COPY

State of Minnesota vs ISAAC LEE KELLEY

This case is reassigned to:

Judge Mark Kappelhoff
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: February 15, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: CHARLES EDGAR DIAMOND
ISA ALI DOMIN

**Case No. 27-CR-22-7953**
State of MN vs ISAAC LEE KELLEY
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-05-06**
MCRO_27-CR-22-7953_Notice of Case Reassignment_2022-05-06_20240429040646.pdf
File Hash: d5183c911e305ac402c09a23e2a25d3442052beb94ec0cc243c90c95ab7a83b6
Page: 1 of 1

Filed in District Court
State of Minnesota
5/6/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-7953**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs ISAAC LEE KELLEY

This case is reassigned to:

Judge Thomas Conley
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: May 6, 2022

Sarah Lindahl-Pfieffer
Court Administrator
Hennepin County District Court

cc: ISAAC LEE KELLEY
WARSAME ALI KHALIF GALAYDH
JAMES CHRISTOPHER HORVATH

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-7953**
State of MN vs ISAAC LEE KELLEY
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-01-20**
MCRO_27-CR-22-7953_Notice of Case Reassignment_2023-01-20_20240429040637.pdf
File Hash: 2c1b3909069a55ee8a75559c650b0fea6fbb3c683b0b83a7787aaa852697b1c8
Page: 1 of 1

Filed in District Court
State of Minnesota
1/20/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-7953**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs ISAAC LEE KELLEY

This case is reassigned to:

Judge Peter A. Cahill
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 20, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: JAMES CHRISTOPHER HORVATH
HILARY ALICE MINOR

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-17300**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-01-12**
MCRO_27-CR-22-17300_Notice of Case Reassignment_2024-01-12_20240429161957.pdf
File Hash: 00de1b5de857d7d4e83f06e572e0ac83ee0c2143be0df9bdca3010e0e63a3501
Page: 1 of 1

Filed in District Court
State of Minnesota
1/12/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-17300**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Matthew Frank
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 12, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: ANDREW JOSEPH REILAND, II
DARREN CHARLES BORG

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-18776**
State of MN vs AMY LOUISE LILLEVOLD
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-06-16**
MCRO_27-CR-22-18776_Notice of Case Reassignment_2023-06-16_20240429162151.pdf
File Hash: 1fc4d414ab7c91225ea45229d83aca5eb3c37365448d565c55299c3772006413
Page: 1 of 1

Filed in District Court
State of Minnesota
6/16/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-18776**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs AMY LOUISE LILLEVOLD

This case is reassigned to:

Judge Amber Brennan
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: June 16, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: JILL MARIE BARRETO
TAYLOR LEIGH DOERFLER

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-18789**
State of MN vs MOLLY ANNE PRICE
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-12-14**
MCRO_27-CR-22-18789_Notice of Case Reassignment_2022-12-14_20240429162253.pdf
File Hash: f2fda7b353c56f8fcf7afe03e5bd4fe851dfeb9c5b8d36601e2f410385b8a8ed
Page: 1 of 1

Filed in District Court
State of Minnesota
12/14/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-18789**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs MOLLY ANNE PRICE

This case is reassigned to:

Judge Lisa K Janzen
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 14, 2022

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: ERIN COLLEEN STEPHENS
DOUGLAS A MYREN

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-18859**
State of MN vs ABDIQANI AHMED HASSAN
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-06-16**
MCRO_27-CR-22-18859_Notice of Case Reassignment_2023-06-16_20240429162341.pdf
File Hash: d09e6ceb232834e1903e8f08f6011f87bdfdb9f77c45c5a11512fa4013e5c859
Page: 1 of 1

Filed in District Court
State of Minnesota
6/16/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-18859**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs ABDIQANI AHMED HASSAN

This case is reassigned to:

Judge Amber Brennan
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: June 16, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: MAWERDI AHMED HAMID
ANDREW JOSEPH REILAND, II

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-18859**
State of MN vs ABDIQANI AHMED HASSAN
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-12-19**
MCRO_27-CR-22-18859_Notice of Case Reassignment_2022-12-19_20240429162342.pdf
File Hash: d6c09cad26b7c8ab68daad21efc89d9617edc53ec78f530c69d437897ee70b28
Page: 1 of 1

Filed in District Court
State of Minnesota
12/19/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-18859**
Case Type: Crim/Traf Mandatory

## Notice of Judicial Reassignment

FILE COPY

State of Minnesota vs ABDIQANI AHMED HASSAN

This case is reassigned to:

Judge Gina M. Brandt
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 19, 2022

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: MAWERDI AHMED HAMID
BERNICE BEATRICE HODGE

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-22521**
State of MN vs Dennis Joseph Barry
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-11-03**
MCRO_27-CR-22-22521_Notice of Case Reassignment_2023-11-03_20240429163104.pdf
File Hash: cde49e84c2b92944cf2c370059619ea0cbf657f090cc3ce64e516ef8a517cdc0
Page: 1 of 1

Filed in District Court
State of Minnesota
11/3/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-22521**
Case Type: Crim/Traf Mandatory

## Notice of Judicial Reassignment

FILE COPY

State of Minnesota vs Dennis Joseph Barry

This case is reassigned to:

Judge Jean Burdorf
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: November 3, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: KAITLIN BRIANNA ANDERSON
MADSEN MARCELLUS, Jr.

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-22985**
State of MN vs ABDIQANI AHMED HASSAN
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-06-16**
MCRO_27-CR-22-22985_Notice of Case Reassignment_2023-06-16_20240429164046.pdf
File Hash: 941af613531719857f127f9c973852992e90070ae73f6ac437e6f760d7f653a6
Page: 1 of 1

Filed in District Court
State of Minnesota
6/16/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-22985**
Case Type: Crim/Traf Mandatory

## Notice of Judicial Reassignment

FILE COPY

State of Minnesota vs ABDIQANI AHMED HASSAN

This case is reassigned to:

Judge Amber Brennan
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: June 16, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: MAWERDI AHMED HAMID
ANDREW JOSEPH REILAND, II

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-22-22985**
State of MN vs ABDIQANI AHMED HASSAN
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2022-12-19**
MCRO_27-CR-22-22985_Notice of Case Reassignment_2022-12-19_20240429164047.pdf
File Hash: bf98d7945f9ce7eaa255111c74fef9e0ea2dd9605c27842240388b6a6ec7e4f4
Page: 1 of 1

Filed in District Court
State of Minnesota
12/19/2022

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-22-22985**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs ABDIQANI AHMED HASSAN

This case is reassigned to:

Judge Gina M. Brandt
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 19, 2022

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: MAWERDI AHMED HAMID
BERNICE BEATRICE HODGE

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-23-2480**
State of MN vs Sandra Vongsaphay
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-11-03**
MCRO_27-CR-23-2480_Notice of Case Reassignment_2023-11-03_20240430072634.pdf
File Hash: 8045cf54b3650b818fd50a9c036e166ba9194f5c7a626afac5f4977cdd0391ca
Page: 1 of 1

Filed in District Court
State of Minnesota
11/3/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-23-2480**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Sandra Vongsaphay

This case is reassigned to:

Judge Jean Burdorf
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: November 3, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: THOMAS FRANKLIN MANEWITZ
ALICIA LYNN GRANSE

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-23-4547**
State of MN vs Delayna Adrianne Lussier
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-12-27**
MCRO_27-CR-23-4547_Notice of Case Reassignment_2023-12-27_20240430073106.pdf
File Hash: f1dcbe4e12098c2ea90645e6b4e901349a96f02482c348da14660b03b880305d
Page: 1 of 1

27-CR-23-4547

Filed in District Court
State of Minnesota
12/27/2023 9:22 AM

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27CR234496, 27CR234547**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs DELAYNA ADRIANNE LUSSIER

This case is reassigned to:

Sarah Hudleston
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: December 22, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-23-5751**
State of MN vs Lucas Patrick Kraskey
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2024-01-12**
MCRO_27-CR-23-5751_Notice of Case Reassignment_2024-01-12_20240430073238.pdf
File Hash: 8caaeebd0ad192e6c4a13e392a6da15929c62f23007f9e3e6880861dd882567d
Page: 1 of 1

Filed in District Court
State of Minnesota
1/12/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-23-5751**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Lucas Patrick Kraskey

This case is reassigned to:

Judge Matthew Frank
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: January 12, 2024

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: ANDREW JOSEPH REILAND, II
DARREN CHARLES BORG

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-23-9135**
State of MN vs Rashi Tamboura Williams
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-11-03**
MCRO_27-CR-23-9135_Notice of Case Reassignment_2023-11-03_20240430073720.pdf
File Hash: 2f17983589cb6d74bb1effaaf38683ee835a6ee0e12a9ff690ba56b2185bbae4
Page: 1 of 1

Filed in District Court
State of Minnesota
11/3/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-23-9135**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs Rashi Tamboura Williams

This case is reassigned to:

Judge Jean Burdorf
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: November 3, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: TRAVIS MICHAEL HUDDY
BROOKE ADAMS

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21

**Case No. 27-CR-23-12653**
State of MN vs JACOB JOSEPH SCHECH
Filing Type: ·Notice of Case Reassignment·
Filing Date: **2023-11-03**
MCRO_27-CR-23-12653_Notice of Case Reassignment_2023-11-03_20240430074013.pdf
File Hash: f917997c8e05389af9dc42a70eec77106e651d382a4435eb8ff865d2556b73be
Page: 1 of 1

Filed in District Court
State of Minnesota
11/3/2023

State of Minnesota
Hennepin County

District Court
Fourth Judicial District
**Court File Number: 27-CR-23-12653**
Case Type: Crim/Traf Mandatory

**Notice of Judicial Reassignment**

FILE COPY

State of Minnesota vs JACOB JOSEPH SCHECH

This case is reassigned to:

Judge Jean Burdorf
300 South Sixth Street
Minneapolis MN 55487-0419
612-348-2040

All future hearings shall be scheduled before this judicial officer.

Please note that a notice to remove this judicial officer must comply, in adult criminal cases, with Minnesota Rules of Criminal Procedure 26.03 subdivision 14 and Minnesota Statute Sec. 542.16, and in juvenile delinquency cases, with Minnesota Rules of Delinquency Procedure 22.03.

Dated: November 3, 2023

Sara Gonsalves
Court Administrator
Hennepin County District Court

cc: ROBERT M SPEETER
CHRISTOPHER JAMES FILIPSKI

MNCIS-CRM-143 STATE Notice of Judicial Reassignment 2/21