# EXHIBIT MCR-11

**Case No. 27-CR-18-18391**
State of MN vs AESHA IBRAHIM OSMAN
Filing Type: ·Witness List·
Filing Date: **2020-10-16**
MCRO_27-CR-18-18391_Witness List_2020-10-16_20240430092745.pdf
File Hash: 15a5e6d7d4b6086fbfd14f3937f8d2d69bec8fbf9e6aacd0c4c259c3f4a6dbd7
Page: 1 of 1

27-CR-18-18391

Filed in District Court
State of Minnesota
10/16/2020 10:47 AM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,

Plaintiff,

vs.

AESHA IBRAHIM OSMAN,

Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-18-18391
C.A. Case No. 18A08726

Doctor Kristin E. Matson

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Dated: October 16, 2020

Evan Powell (#0401561)
Assistant County Attorney
C2100 Government Center
Minneapolis, MN 55487
Telephone: (612) 543-9850

**Case No. 27-CR-18-19274**
State of MN vs IFRAH ABDULL HASSAN
Filing Type: ·Witness List·
Filing Date: **2020-08-03**
MCRO_27-CR-18-19274_Witness List_2020-08-03_20240430093056.pdf
File Hash: 31a9b418886695cc41ed8acfc705a07d5e3ab1c6270e0e75a15f82d685c9e007
Page: 1 of 1

27-CR-18-19274

Filed in District Court
State of Minnesota
8/3/2020 11:38 AM

STATE OF MINNESOTA DISTRICT COURT

COUNTY OF HENNEPIN FOURTH JUDICIAL DISTRICT

State of Minnesota,
Plaintiff,
vs.

**IFRAH HASAN,**
Defendant.

**DEFENSE'S LIST OF POTENTIAL WITNESSES**

MNCIS File No. 27-CR-18-19274

* * *

| | |
|---|---|
| Martha DeWitt | Mental Health Resources |
| Lisa Skrzeczkoski-Bzdusek | Hennepin County Public Defender |

Respectfully Submitted,

OFFICE OF THE HENNEPIN COUNTY PUBLIC DEFENDER
MARY MORIARTY - CHIEF PUBLIC DEFENDER

By:___________/s/________________
LISA SKRZECZKOSKI-BZDUSEK
Assistant Public Defender
Attorney License No. 0351623
701 4th Avenue South, Suite 1400
Minneapolis, MN 55415
Telephone: (612) 596-1801

Dated: this 3rd day of August, 2020

**Case No. 27-CR-18-19274**
State of MN vs IFRAH ABDULL HASSAN
Filing Type: ·Witness List·
Filing Date: **2021-12-14**
MCRO_27-CR-18-19274_Witness List_2021-12-14_20240430093045.pdf
File Hash: 0a87bb2aeaee45557762479afd0b45554304c9c7f09b827da964009f8d8669b9
Page: 1 of 1

27-CR-18-19274

Filed in District Court
State of Minnesota
12/14/2021 2:32 PM

STATE OF MINNESOTA DISTRICT COURT

COUNTY OF HENNEPIN FOURTH JUDICIAL DISTRICT

State of Minnesota,
Plaintiff,
vs.

**IFRAH HASSAN,**
Defendant.

**DEFENSE'S LIST OF POTENTIAL WITNESSES**

MNCIS File No. 27-CR-18-19274

* * *

| | |
|---|---|
| Dottie Lynch | Human Services Public Health Dept |
| Allie Baer | BRIDGES |
| Lisa Skrzeczkoski-Bzdusek | Hennepin County Public Defenders |

Respectfully Submitted,

OFFICE OF THE HENNEPIN COUNTY PUBLIC DEFENDER
KASSIUS BENSON - CHIEF PUBLIC DEFENDER

By:___________/s/________________
LISA SKRZECZKOSKI-BZDUSEK
Assistant Public Defender
Attorney License No. 0351623
701 4th Avenue South, Suite 1400
Minneapolis, MN 55415
Telephone: (612) 596-1801

Dated: this 14th day of December, 2021

**Case No. 27-CR-19-12466**
State of MN vs TERRELL JOHNSON
Filing Type: ·Witness List·
Filing Date: **2020-05-28**
MCRO_27-CR-19-12466_Witness List_2020-05-28_20240430091844.pdf
File Hash: 32cb1c4468791e4fc37e9fdf8788233d0777c515627239e30805843e7cafc851
Page: 1 of 1

27-CR-19-12466

Filed in District Court
State of Minnesota
5/28/2020 2:23 PM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,

Plaintiff,

vs.

TERRELL JOHNSON,

Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES FOR EVIDENTIARY HEARING**

Court Case No. 27-CR-19-12466
C.A. Case No. 19A06301

| | |
|---|---|
| Doctor Kimberly Turner | Hennepin County Psychological Services |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Dated: May 28, 2020

Emily Liebman (#0399945)
Assistant County Attorney
C2300 Government Center
Minneapolis, MN 55487
Telephone: 612-348-0806

**Case No. 27-CR-19-12466**
State of MN vs TERRELL JOHNSON
Filing Type: ·Witness List·
Filing Date: **2021-04-29**
MCRO_27-CR-19-12466_Witness List_2021-04-29_20240430091835.pdf
File Hash: 440a20eda7bcde6e72b790bf5ff5388dc1fa1e42aeb750f616f5e42e364f6a1d
Page: 1 of 1

27-CR-19-12466

Filed in District Court
State of Minnesota
4/29/2021 9:59 AM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,

Plaintiff,

vs.

TERRELL JOHNSON,

Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES FOR TRIAL**

Court Case No. 27-CR-19-12466
C.A. Case No. 19A06301

| | |
|---|---|
| Sara Goldstrand | BCA |
| Officer Mark Johnson | Minneapolis Police Department |
| Sergeant Thomas Peterson | Minneapolis Police Department |
| Officer Scott Watry | Minneapolis Police Department |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Dated: April 29, 2021

Emily Liebman (#0399945)
Assistant County Attorney
C2300 Government Center
Minneapolis, MN 55487
Telephone: 612-348-0806

**Case No. 27-CR-19-19606**
State of MN vs TERRELL JOHNSON
Filing Type: ·Witness List·
Filing Date: **2020-05-28**
MCRO_27-CR-19-19606_Witness List_2020-05-28_20240430092059.pdf
File Hash: 1b938c36d5463244eaf474735571f7216aecefb961b237acec5c6d66b266075a
Page: 1 of 1

27-CR-19-19606

Filed in District Court
State of Minnesota
5/28/2020 2:28 PM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,

Plaintiff,

vs.

TERRELL JOHNSON,

Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES FOR EVIDENTIARY HEARING**

Court Case No. 27-CR-19-19606
C.A. Case No. 19A09854

| | |
|---|---|
| Doctor Kimberly Turner | Hennepin County Psychological Services |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Dated: May 28, 2020

Emily Liebman (#0399945)
Assistant County Attorney
C2300 Government Center
Minneapolis, MN 55487
Telephone: 612-348-0806

**Case No. 27-CR-19-19606**
State of MN vs TERRELL JOHNSON
Filing Type: ·Witness List·
Filing Date: **2021-07-13**
MCRO_27-CR-19-19606_Witness List_2021-07-13_20240430092051.pdf
File Hash: 13ec80f4a83971700565df8d217c0570685316b5bc297fd47c39292c486eac5e
Page: 1 of 1

27-CR-19-19606

Filed in District Court
State of Minnesota
7/13/2021 10:13 AM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,

Plaintiff,

vs.

TERRELL JOHNSON,

Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES FOR TRIAL**

Court Case No. 27-CR-19-19606
C.A. Case No. 19A09854

| | |
|---|---|
| Sergeant Norm Lindsay | Hennepin County Sheriff's Office |
| Detective Diane Nelson | Hennepin County Sheriff's Office |
| Deputy Crystal Waukau | Hennepin County Sheriff's Office |
| Rebecca Willis | BCA |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Dated: June 30, 2021

Emily Liebman (#0399945)
Assistant County Attorney
C2300 Government Center
Minneapolis, MN 55487
Telephone: 612-348-0806

**Case No. 27-CR-20-423**
State of MN vs Ifrah Abdullahi Hassan
Filing Type: ·Witness List·
Filing Date: **2021-12-06**
MCRO_27-CR-20-423_Witness List_2021-12-06_20240430084811.pdf
File Hash: db9b5ac75989090bee249ab121be613c20e79cd1eab32b286130a649c283c17b
Page: 1 of 1

27-CR-20-423

Filed in District Court
State of Minnesota
12/6/2021 9:04 AM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,

Plaintiff,

vs.

Ifrah Abdull Hassan,

Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-20-423
C.A. Case No. 20A00198

| | |
|---|---|
| Doctor Stephanie Bruss | Hennepin County Psychological Services |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Dated: December 3, 2021

Andrew Johnson (#0392621)
Assistant County Attorney
C2100 Government Center
Minneapolis, MN 55487
Telephone: (612) 543-3687

**Case No. 27-CR-20-423**
State of MN vs Ifrah Abdullahi Hassan
Filing Type: ·Witness List·
Filing Date: **2022-09-29**
MCRO_27-CR-20-423_Witness List_2022-09-29_20240430084802.pdf
File Hash: efe8b19b3310901b9dd30c1f3525980bd0c80f7f80dc1e8694103d4d50d80b0c
Page: 1 of 1

27-CR-20-423

Filed in District Court
State of Minnesota
9/29/2022 9:50 AM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,

Plaintiff,

vs.

Ifrah Abdull Hassan,

Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-20-423
C.A. Case No. 20A00198

| | |
|---|---|
| Officer Stephen Dennison | Minneapolis Police Department |
| Jeffrey Alan Dugas | Brooklyn Park, Minnesota |
| John Joseph Evich | |
| Ryan Russell | Minneapolis, Minnesota |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Sep 29, 2022

Jabari Barner (#0398282)
Assistant County Attorney
C2100 Government Center
Minneapolis, MN 55487
Telephone: (612) 543-3559

**Case No. 27-CR-20-423**
State of MN vs Ifrah Abdullahi Hassan
Filing Type: ·Witness List·
Filing Date: **2022-10-03**
MCRO_27-CR-20-423_Witness List_2022-10-03_20240430084801.pdf
File Hash: 9d6e97d18ff097ef55ab83c220c008b47ffcd63036ed915830bb85ad2fed81be
Page: 1 of 1

27-CR-20-423

Filed in District Court
State of Minnesota
10/3/2022 11:03 AM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,

Plaintiff,

vs.

Ifrah Abdull Hassan,

Defendant.

**STATE'S AMENDED LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-20-423
C.A. Case No. 20A00198

| | |
|---|---|
| Officer Stephen Dennison | Minneapolis Police Dept. |
| John Joseph Evich | Starbucks |
| Ryan Russell | Minneapolis, MN |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Dated: September 27, 2022

Andrew Johnson (#0392621)
Assistant County Attorney
C2100 Government Center
Minneapolis, MN 55487
Telephone: (612) 543-3687

**Case No. 27-CR-20-1893**
State of MN vs JIMMY EDWARD SPEARS, III
Filing Type: ·Witness List·
Filing Date: **2021-03-12**
MCRO_27-CR-20-1893_Witness List_2021-03-12_20240430084912.pdf
File Hash: 9b45e968a290636f374a88b67f633031ee622c25ab0146761f53d5ee62a39bf8
Page: 1 of 1

27-CR-20-1893

Filed in District Court
State of Minnesota
3/12/2021 7:44 AM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,

Plaintiff,

vs.

Jimmy Edward Spears III,

Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-20-1893
C.A. Case No. 20A00960

| | |
|---|---|
| Officer Elizabeth Arashiba | Minneapolis Police Department |
| Officer Timothy Baskin | Minneapolis Police Department |
| Officer Joseph Brown | Minneapolis Police Department |
| Officer Christopher Carlson | Minneapolis Police Department |
| Officer Nathan Carlson | Minneapolis Police Department |
| Timothy Davis Jr. | Minneapolis Police Department |
| Officer Steven Klimpke | Minneapolis Police Department |
| Officer Jesse Lopez | Minneapolis Police Department |
| Officer Dominic Manelli | Minneapolis Police Department |
| Officer David Queen | Minneapolis Police Department |
| 911 Records Custodian | Minneapolis Emergency Communications Center |
| Officer Clifton Toles | Minneapolis Police Department |
| Sergeant Christopher Tucker | Minneapolis Police Department |
| Cso Sergio Villegas | Minneapolis Police Department |
| Officer Steve Wuorinen | Minneapolis Police Department |
| Antwan Ahaga-Javon Boone | Minneapolis, MN |
| James Michael Stary | Brooklyn Center, MN |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Leah Erickson (Mar 11, 2021 17:15 CST)

Dated: March 11, 2021

Leah A Erickson (#0390196)
Assistant County Attorney
C2100 Government Center
Minneapolis, MN 55487
Telephone: (612) 348-3553

1

**Case No. 27-CR-20-8575**
State of MN vs Bisharo Jama Noor
Filing Type: ·Witness List·
Filing Date: **2021-07-09**
MCRO_27-CR-20-8575_Witness List_2021-07-09_20240430085352.pdf
File Hash: a1eefc2a0f6d503862135841ee190b494c47082bb1ecbc828d3bbbe15f82981a
Page: 1 of 1

27-CR-20-8575

Filed in District Court
State of Minnesota
7/9/2021 2:16 PM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,

Plaintiff,

vs.

Bisharo Jama Noor,

Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-20-8575
C.A. Case No. 20A04604

| | |
|---|---|
| Charles Beise | Minneapolis Police Department |
| Officer Melissa Dalnes | Minneapolis Police Department |
| Travis Hansen | Minneapolis Police Department |
| Nancy Pelletier | Minneapolis Police Department |
| Sergeant John Sullivan | Minneapolis Police Department |
| Kevin Truong | Minneapolis Police Department |
| Noelle Cheryl-Rae Kytonen | Mounds View, MN |
| Larry Dean Williams Jr | Minneapolis, MN |
| Doctor Sydney J Hansen | HCMC - E.R. |
| Katie Landon | HCMC - HART |
| Doctor Rochelle A Zarzar | HCMC - E.R. |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Dated: July 09, 2021

Raoul Shah (#0399117)
Assistant County Attorney
C2100 Government Center
Minneapolis, MN 55487
Telephone: (612) 348-0889

**Case No. 27-CR-20-13495**
State of MN vs EYUAEL GONFA KEBEDE
Filing Type: ·Witness List·
Filing Date: **2022-04-19**
MCRO_27-CR-20-13495_Witness List_2022-04-19_20240430085932.pdf
File Hash: ea34f0ccecbce4fcf3862e74b0dba882b9c282e011bcf6d4552933a4bcd41c7b
Page: 1 of 1

27-CR-20-13495

Filed in District Court
State of Minnesota
4/19/2022 12:25 PM

STATE OF MINNESOTA | DISTRICT COURT
COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT

State of Minnesota,
Plaintiff,
vs.
EYUAEL GONFA KEBEDE,
Defendant.

**STATE'S NOTICE OF WITNESSES IT INTENDS TO CALL AT TRIAL**

MNCIS Case No. 27CR2013495

SILS Tracking No. 3169820

City Attorney File No. 20-05689

To: Defendant, Defendant's Attorney, Gregory Renden, Hennepin County Public Defender's Office, 701 Fourth Avenue South, Suite 1400, Minneapolis, MN 55415

You are hereby advised of the witnesses that the State intends to call at trial. They are listed below:

Officer Andrew Schroeder
350 South 5th St, Suite 130
Minneapolis, MN 55415

Officer Anthony Rodin
350 South 5th St, Suite 130
Minneapolis, MN 55415

Cynthia Minder
5211 Newton Ave. N
Minneapolis, MN 55430

Michael Hoffman
5211 Newton Ave. N.
Minneapolis, MN 55430

Stuart Burgdorf
5219 Newton Ave. N
Minneapolis, MN 55430

Dated: April 19, 2022

Respectfully Submitted,

/s/ Ahmad Salah Samaha
Ahmad Salah Samaha, Assistant City Attorney
Attorney Registration #0400498
Office of the Minneapolis City Attorney
350 South 5th Street, Room 210
Minneapolis, MN 55415
ahmad.samaha@minneapolismn.gov

**Case No. 27-CR-20-20788**
State of MN vs Lawrence Joseph Durheim
Filing Type: ·Witness List·
Filing Date: **2020-12-16**
MCRO_27-CR-20-20788_Witness List_2020-12-16_20240430090249.pdf
File Hash: caabaa5f047bcd63ff07f087a2d6f14c26ba89e709231ec37f02fad72963151b
Page: 1 of 1

27-CR-20-20788

Filed in District Court
State of Minnesota
12/16/2020 11:49 AM

**STATE OF MINNESOTA** | **DISTRICT COURT**

**COUNTY OF HENNEPIN** | **FOURTH JUDICIAL DISTRICT**

State of Minnesota,
Plaintiff,
vs.
Lawrence Joseph Durheim,
Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-20-20788
C.A. Case No. 20A10794

| | |
|---|---|
| Officer Cameron Beman | Minneapolis Police Department |
| Officer Dennis Kreft | Minneapolis Police Department |
| Officer Jennifer Lazarchic | Minneapolis Police Department |
| Sergeant Stephen McBride | Minneapolis Police Department |
| Jennifer Wells | Minneapolis Police Department |
| Teresa Mary Akermark | Minneapolis, Minnesota |
| Jill Haderly | HCMC - HART |
| Brittany Puckett | HCMC - HART |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Dated: December 15, 2020

Jacob Fischmann (#0392179)
Assistant County Attorney
C2100 Government Center
Minneapolis, MN 55487
Telephone: (612) 348-0842

**Case No. 27-CR-21-933**
State of MN vs DWAYNE ANTHONY BLEDSOE
Filing Type: ·Witness List·
Filing Date: **2021-05-21**
MCRO_27-CR-21-933_Witness List_2021-05-21_20240430075239.pdf
File Hash: 03cabacb0d5580a30aa32c02622e9b821c66a856847dadde3bb61bdf29887997
Page: 1 of 1

27-CR-21-933

Filed in District Court
State of Minnesota
5/21/2021 4:55 PM

**STATE OF MINNESOTA** | **DISTRICT COURT**

**COUNTY OF HENNEPIN** | **FOURTH JUDICIAL DISTRICT**

State of Minnesota,
Plaintiff,
vs.
Dwayne Anthony Bledsoe,
Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-21-933
C.A. Case No. 21A00488

| | |
|---|---|
| Officer Abdirahman Ali | Minneapolis Police Department |
| Sergeant Nicholas Englund | Minneapolis Police Department |
| Officer Michael Nelson | Minneapolis Police Department |
| Nancy Pelletier | Minneapolis Police Department |
| Etoya Pleas | Minneapolis, MN |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Dated: May 20, 2021

Erin Stephens (May 21, 2021 12:35 CDT)
Erin Stephens (#0388968)
Assistant County Attorney
C2100 Government Center
Minneapolis, MN 55487
Telephone: (612) 348-7103

**Case No. 27-CR-21-933**
State of MN vs DWAYNE ANTHONY BLEDSOE
Filing Type: ·Witness List·
Filing Date: **2022-10-21**
MCRO_27-CR-21-933_Witness List_2022-10-21_20240430075234.pdf
File Hash: 5316a6729fb6a754a983e0cb158452687cba897b95322bf0970e7c9398e9995b
Page: 1 of 1

27-CR-21-933

Filed in District Court
State of Minnesota
10/21/2022 3:01 PM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,
Plaintiff,
vs.
Dwayne Anthony Bledsoe,
Defendant.

**STATE'S AMENDED LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-21-933
C.A. Case No. 21A00488

| | |
|---|---|
| Sergeant Abdiwahab Ali | Minneapolis Police Department |
| Officer Nicholas Englund | Osseo Police Department |
| Brian Freedman | Minneapolis 911 |
| Officer Michael Nelson | Minneapolis Police Department |
| Etoya Pleas | Minneapolis, MN |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Dated: October 21, 2022

Erin Stephens (Oct 21, 2022 11:25 CDT)
Erin Stephens (#0388968)
Assistant County Attorney
C2100 Government Center
Minneapolis, MN 55487
Telephone: (612) 348-7103

**Case No. 27-CR-21-1230**
State of MN vs MAKIS DEVELL LANE
Filing Type: ·Witness List·
Filing Date: **2022-10-14**
MCRO_27-CR-21-1230_Witness List_2022-10-14_20240430075439.pdf
File Hash: c43b035da23660b34e4c8fa2083c3091d28686777e5a6aba789fd6d5a844fe4e
Page: 1 of 1

27-CR-21-1230

Filed in District Court
State of Minnesota
10/14/2022 2:47 PM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,
Plaintiff,
vs.
MAKIS DEVELL LANE,
Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES FOR TRIAL**

Court Case No. 27-CR-21-1230
C.A. Case No. 21A00607

| | |
|---|---|
| Daniel Barlow | Minneapolis Police Department |
| Mitchell Erickson | Minneapolis Police Department |
| Mark Hanneman | Minneapolis Police Department |
| Officer Justin Padilla | Minneapolis Police Department |
| Officer Chelsey Permenter | Minneapolis Police Department |
| Barbara Scott | Minneapolis Police Department |
| Officer Krystal Scott | Minneapolis Police Department |
| Officer David Velasquez | Minneapolis Police Department |
| Darrick Earl Brown | Minneapolis, MN |
| Jenika Jean Howard | Minneapolis, MN |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Dated: October 14, 2022

Nate Summers (#0402024)
Assistant County Attorney
C2300 Government Center
Minneapolis, MN 55487
Telephone: 612-596-8783

**Case No. 27-CR-21-6710**
State of MN vs TEMEKA MICHELLE NICHOLS
Filing Type: ·Witness List·
Filing Date: **2022-05-10**
MCRO_27-CR-21-6710_Witness List_2022-05-10_20240430080406.pdf
File Hash: a3f0b4e5390ef4bccfe02ca78e83f516d422500cf75ca3afef907efaf77b3c17
Page: 1 of 1

27-CR-21-6710

Filed in District Court
State of Minnesota
5/10/2022 2:33 PM

STATE OF MINNESOTA DISTRICT COURT
COUNTY OF HENNEPIN FOURTH JUDICIAL DISTRICT

State of Minnesota,
Plaintiff,
vs.
TEMEKA MICHELLE NICHOLS,
Defendant.

**STATE'S NOTICE OF WITNESSES IT INTENDS TO CALL AT TRIAL**

MNCIS Case No. 27CR216710

SILS Tracking No. 3221604

City Attorney File No. 21-03206

To: Defendant, Defendant's Attorney, Camille Bryant, Hennepin County Public Defender's Office, 701 Fourth Avenue South, Suite 1400, Minneapolis, MN 55415

You are hereby advised of the witnesses that the State intends to call at trial. They are listed below:

Officer Benjamin Badowich
350 South 5th St, Suite 130
Minneapolis, MN 55415

Officer Samuel Erickson
350 South 5th St, Suite 130
Minneapolis, MN 55415

Dated: May 10, 2022

Respectfully Submitted,

/s/ Annalise M. Backstrom
Annalise M. Backstrom, Assistant City Attorney
Attorney Registration #0396367
Office of the Minneapolis City Attorney
350 South 5th Street, Room 210
Minneapolis, MN 55415
(612) 673-2934
annalise.backstrom@minneapolismn.gov

**Case No. 27-CR-21-8412**
State of MN vs Stephone Ahmad Gammage
Filing Type: ·Witness List·
Filing Date: **2023-04-03**
MCRO_27-CR-21-8412_Witness List_2023-04-03_20240430081744.pdf
File Hash: c58d937423e87317cd1846c5c2e785dbf7fcac7075a578b0f156d1dc8f0ae807
Page: 1 of 1

27-CR-21-8412

Filed in District Court
State of Minnesota
4/3/2023 11:06 AM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,
Plaintiff,
vs.
Stephone Ahmad Gammage,
Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-21-8412
C.A. Case No. 21A04413

| | |
|---|---|
| Doctor Kenneth L Dennis | Stillwater, MN |
| Doctor Megan Paris | Hennepin County Psychological Services |

Respectfully submitted,

MARY F. MORIARTY
Hennepin County Attorney

Subia Beg (Apr 3, 2023 10:57 CDT) Apr 3, 2023

Subia Beg (#393541)
Assistant County Attorney
C2100 Government Center
Minneapolis, MN 55487
Telephone: (612) 596-6714

**Case No. 27-CR-21-8412**
State of MN vs Stephone Ahmad Gammage
Filing Type: ·Witness List·
Filing Date: **2023-06-26**
MCRO_27-CR-21-8412_Witness List_2023-06-26_20240430081742.pdf
File Hash: 4f65cd15ff7e9fe1b24862e64f3cb0161052e3a80a497fe05ac46495a71ae785
Page: 1 of 1

27-CR-21-8412

Filed in District Court
State of Minnesota
6/26/2023 12:47 PM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,
Plaintiff,
vs.
Stephone Ahmad Gammage,
Defendant.

**STATE'S AMENDED LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-21-8412
C.A. Case No. 21A04413

| | |
|---|---|
| Jerome Carey | Minneapolis Police Department |
| Officer Melissa Dalnes | Minneapolis Police Department |
| Sergeant Bryce Robinson | Minneapolis Police Department |
| Rachel Zempel | Minneapolis 911 |
| Carlos Ruben Angel Piones | Minneapolis, MN |
| Cody Lee Brugman | Minneapolis, MN |
| Cathy Walker | Bloomington, MN |
| Doctor Michael Fitzgerald | M Health Fairview Southdale Hospital |

Respectfully submitted,

MARY F. MORIARTY
Hennepin County Attorney

Jun 26, 2023

Jacqueline Perez (#0401049)
Assistant County Attorney
C2100 Government Center
Minneapolis, MN 55487
Telephone: (612) 596-6615

**Case No. 27-CR-21-8412**
State of MN vs Stephone Ahmad Gammage
Filing Type: ·Witness List·
Filing Date: **2023-07-10**
MCRO_27-CR-21-8412_Witness List_2023-07-10_20240430081741.pdf
File Hash: c04c31632e9b06a9ba64828dbdc114c1d3edeb302c841c060bb4fe6513e4783a
Page: 1 of 1

27-CR-21-8412

Filed in District Court
State of Minnesota
7/10/2023 4:44 PM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,
Plaintiff,
vs.
Stephone Ahmad Gammage,
Defendant.

**STATE'S AMENDED LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-21-8412
C.A. Case No. 21A04413

| | |
|---|---|
| Jerome Carey | Minneapolis Police Department |
| Officer Melissa Dalnes | Minneapolis Police Department |
| Sergeant Bryce Robinson | Minneapolis Police Department |
| Rachel Zempel | Minneapolis 911 |
| Carlos Ruben Angel Piones | Minneapolis, MN |
| Cody Lee Brugman | Minneapolis, MN |
| Amanda Schuna | |
| Cathy Walker | Bloomington, MN |
| Doctor Michael Fitzgerald | EPPA - c/o Jane Winters |

Respectfully submitted,

MARY F. MORIARTY
Hennepin County Attorney

Jul 10, 2023

Jacqueline Perez (#0401049)
Assistant County Attorney
C2100 Government Center
Minneapolis, MN 55487
Telephone: (612) 596-6615

**Case No. 27-CR-21-14861**
State of MN vs KESSIE KAFELE WILSON
Filing Type: ·Witness List·
Filing Date: **2022-04-19**
MCRO_27-CR-21-14861_Witness List_2022-04-19_20240430082532.pdf
File Hash: 49056c48972fc170e4d5f814b7c87f87ae9bb81c2bba9c453b1539dd77c86efb
Page: 1 of 1

27-CR-21-14861

Filed in District Court
State of Minnesota
4/19/2022 8:32 AM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,

Plaintiff,

vs.

Kessie Kafele Wilson,

Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-21-14861
C.A. Case No. 21A07922

| | |
|---|---|
| Officer Peter Chang | Minneapolis Park Police Department |
| Officer Churesa Moua | Minneapolis Park Police Department |
| Officer Allie Simonett | Minneapolis Park Police Department |
| Lieutenant Mark Swanson | Minneapolis Park Police Department |
| Tanner James Bowell | Minneapolis, MN |
| Madeline Rae Hudek | St. Paul, MN |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Dated: April 18, 2022

Catherine McEnroe (#219587)
Assistant County Attorney
C2100 Government Center
Minneapolis, MN 55487
Telephone: (612) 543-0838

**Case No. 27-CR-21-17008**
State of MN vs NICOLLE LYNN FAWCETT
Filing Type: ·Witness List·
Filing Date: **2022-10-10**
MCRO_27-CR-21-17008_Witness List_2022-10-10_20240430082744.pdf
File Hash: bcacba379648f1a80f74f587bbd53b784da859b594422bb02c024f9a38bccab1
Page: 1 of 1

27-CR-21-17008

Filed in District Court
State of Minnesota
10/10/2022 8:54 AM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,

Plaintiff,

vs.

NICOLLE LYNN FAWCETT,

Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-21-17008
C.A. Case No. 21A07732

| | |
|---|---|
| Joshua Carver | BCA |
| Trooper Burton Crary | Minnesota State Patrol - District 2500 (West) |
| Agent Connie Gerten | DEA |
| Detective Joel Horazuk | Apple Valley Police Dept. |
| Sergeant Alex Johannes | Lakeville Police Dept. |
| Trooper Anthony Mains | Minnesota State Patrol - District 2400 (East) |
| Forensic Sci. JasLynn Murphy | NCRL |
| Sergeant Michaal Vai | Dakota County Sheriff's Office |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Dated: September 26, 2022

Dawn O'Rourke (#0388150)
Assistant County Attorney
C2300 Government Center
Minneapolis, MN 55487
Telephone: (612) 543-4624

**Case No. 27-CR-21-17008**
State of MN vs NICOLLE LYNN FAWCETT
Filing Type: ·Witness List·
Filing Date: **2023-01-20**
MCRO_27-CR-21-17008_Witness List_2023-01-20_20240430082738.pdf
File Hash: 2c13a2dc2bb154cdeb1f2aecf37344c7f09f893a619a6aa6ebf24b67ab0366ee
Page: 1 of 1

27-CR-21-17008

Filed in District Court
State of Minnesota
1/20/2023 2:02 PM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF HENNEPIN** **FOURTH JUDICIAL DISTRICT**

State of Minnesota,

Plaintiff,

vs.

NICOLLE LYNN FAWCETT,

Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-21-17008
C.A. Case No. 21A07732

| | |
|---|---|
| Joshua Carver | BCA |
| Trooper Burton Crary | Minnesota State Patrol - District 2500 (West) |
| Agent Connie Gerten | DEA |
| Detective Joel Horazuk | Apple Valley Police Dept. |
| Sergeant Alex Johannes | Lakeville Police Dept. |
| Trooper Anthony Mains | Minnesota State Patrol - District 2400 (East) |
| Forensic Sci. JasLynn Murphy | NCRL |
| Sergeant Michaal Vai | Dakota County Sheriff's Office |

Respectfully submitted,

MARY F. MORIARTY
Hennepin County Attorney

Dated: January 17, 2023

Dawn O'Rourke (#0388150)
Assistant County Attorney
C2300 Government Center
Minneapolis, MN 55487
Telephone: (612) 543-4624

**Case No. 27-CR-21-20072**
State of MN vs GORDON EUGENE SHARP
Filing Type: ·Witness List·
Filing Date: **2022-03-18**
MCRO_27-CR-21-20072_Witness List_2022-03-18_20240430083101.pdf
File Hash: cb95d3dd53d0f6af69524b6676e0c9392f6cc21493591b9ecb61e56c0907bccf
Page: 1 of 1

27-CR-21-20072

Filed in District Court
State of Minnesota
3/18/2022 11:04 AM

**STATE OF MINNESOTA** — **DISTRICT COURT**

**COUNTY OF HENNEPIN** — **FOURTH JUDICIAL DISTRICT**

State of Minnesota,
Plaintiff,
vs.
Gordon Eugene Sharp Jr,
Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-21-20072
C.A. Case No. 21A11247

| | |
|---|---|
| Officer Spencer Anderson | MINNEAPOLIS POLICE DEPT |
| Sergeant Kara Parker | MINNEAPOLIS POLICE DEPT |
| Chase Measner | Minneapolis, MN |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Dated: March 16, 2022

Warsame Galaydh (#0401658)
Assistant County Attorney
C2300 Government Center
Minneapolis, MN 55487
Telephone: (612)348-3115

**Case No. 27-CR-22-4239**
State of MN vs PRIEST JESUS DORSEY
Filing Type: ·Witness List·
Filing Date: **2023-04-21**
MCRO_27-CR-22-4239_Witness List_2023-04-21_20240429035807.pdf
File Hash: 27e3f776802df6aae9ff612763fe4d9721b10e951fa17c6b9ad1d175df1fcf60
Page: 1 of 1

27-CR-22-4239

Filed in District Court
State of Minnesota
4/21/2023 3:14 PM

**STATE OF MINNESOTA** — **DISTRICT COURT**

**COUNTY OF HENNEPIN** — **FOURTH JUDICIAL DISTRICT**

State of Minnesota,
Plaintiff,
vs.
Priest Jesus Dorsey,
Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-22-4239
C.A. Case No. 22A02382

| | |
|---|---|
| Officer Dylan Barta | Minneapolis Police Department |
| Officer Kyle Cornwell | Minneapolis Police Department |
| Officer Kristopher Dauble | Minneapolis Police Department |
| Officer Nicholas Kapinos | Minneapolis Police Department |
| Forensic Scientist Teryn Richsmann | Minneapolis Police Department |
| Officer Chaz Wilson | Minneapolis Police Department |

Any other persons named or mentioned in the reports which the interests of justice require or as become pertinent over the course of the current proceedings.

Respectfully submitted,

MARY F. MORIARTY
Hennepin County Attorney

Apr 21, 2023

Thomas Prochazka (#0393348)
Assistant County Attorney
C2100 Government Center
Minneapolis, MN 55487
Telephone: (612) 596-7735

**Case No. 27-CR-22-13941**
State of MN vs TIA TIAUNNA PAYNE
Filing Type: ·Witness List·
Filing Date: **2022-11-16**
MCRO_27-CR-22-13941_Witness List_2022-11-16_20240429161319.pdf
File Hash: 19a9c4f20e9c8aee699eb1d697e0546e883a589f5eb2f2ccb7919cf636542d9f
Page: 1 of 1

27-CR-22-13941

Filed in District Court
State of Minnesota
11/16/2022 5:15 PM

**STATE OF MINNESOTA** — **DISTRICT COURT**

**COUNTY OF HENNEPIN** — **FOURTH JUDICIAL DISTRICT**

State of Minnesota,
Plaintiff,
vs.
Tia Tiaunna Payne,
Defendant.

**STATE'S LIST OF POTENTIAL WITNESSES**

Court Case No. 27-CR-22-13941
C.A. Case No. 22A07780

| | |
|---|---|
| Janelle Harris | Edina Police Department |
| Officer Matthew Hotzler | Richfield Police Department |
| Officer Jack Kothman | Richfield Police Department |
| Sergeant Matthew Riebau | Richfield Police Department |
| Officer Kristian Schultz-Sanchez | Richfield Police Department |
| Sergeant Robert Smith | Richfield Police Department |
| Officer John Wold | Richfield Police Department |
| Daionne Samuel McBorrough | Richfield, Minnesota |
| Danyelle C. Payne | |

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Dated: November 16, 2022

Kaitlin B. Anderson (#0401447)
Assistant County Attorney
C2100 Government Center
Minneapolis, MN 55487
Telephone: (612) 348-7804