# **EXHIBIT DLF-5**

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | MCRO_Filing_Type_Total_Downloaded | Qty | MCRO_Filing_Type_Duplicates_Downloaded | Qty.1 | muTool_Extract_and_Hashed_Quantity | Qty.2 |
|---|---|---|---|---|---|---|
| 1 | Notice of Remote Hearing with Instructions | 644 | Other Document | 5 | Notice of Remote Hearing with Instructions | 643 |
| 2 | Order-Evaluation for Competency to Proceed (Rule 20.01) | 488 | Notice of Hearing | 3 | Order-Evaluation for Competency to Proceed (Rule 20.01) | 488 |
| 3 | Notice of Hearing | 434 | Notice of Case Reassignment | 2 | Notice of Hearing | 431 |
| 4 | Returned Mail | 238 | Order-Other | 2 | Returned Mail | 238 |
| 5 | Order for Conditional Release | 222 | Proposed Order or Document | 2 | Order for Conditional Release | 221 |
| 6 | Notice of Case Reassignment | 136 | Amended Order | 1 | Notice of Case Reassignment | 134 |
| 7 | Finding of Incompetency and Order | 130 | Assignment of Bail | 1 | Finding of Incompetency and Order | 129 |
| 8 | Proposed Order or Document | 105 | Cash Bond Ordered Refunded | 1 | Proposed Order or Document | 103 |
| 9 | Demand or Request for Discovery | 99 | Correspondence | 1 | Demand or Request for Discovery | 98 |
| 10 | E-filed Comp-Order for Detention | 79 | Demand or Request for Discovery | 1 | E-filed Comp-Order for Detention | 78 |
| 11 | Order-Other | 73 | E-filed Comp-Order for Detention | 1 | Order-Other | 71 |
| 12 | Findings and Order | 68 | Finding of Incompetency and Order | 1 | Findings and Order | 68 |
| 13 | Other Document | 66 | Notice of Intent to Prosecute | 1 | Other Document | 61 |
| 14 | Law Enforcement Notice of Release and Appearance | 48 | Notice of Remote Hearing with Instructions | 1 | Law Enforcement Notice of Release and Appearance | 48 |
| 15 | Notice of Intent to Prosecute | 46 | Order for Conditional Release | 1 | Notice of Intent to Prosecute | 45 |
| 16 | E-filed Comp-Summons | 40 | Order Revoking Interim Conditions of Release | 1 | E-filed Comp-Summons | 40 |
| 17 | Summons | 37 | Petition to Enter Guilty Plea | 1 | Summons | 37 |
| 18 | Correspondence | 34 | Probation Referral Notification | 1 | Correspondence | 33 |
| 19 | Order to Transport | 33 | Sentencing Order | 1 | Order to Transport | 33 |
| 20 | Order Revoking Interim Conditions of Release | 33 | | | Order Revoking Interim Conditions of Release | 32 |
| 21 | Amended Order | 32 | | | Amended Order | 31 |
| 22 | Correspondence for Judicial Approval | 30 | | | Correspondence for Judicial Approval | 30 |
| 23 | Notice of Appearance | 28 | | | Notice of Appearance | 28 |
| 24 | Witness List | 28 | | | Witness List | 28 |
| 25 | Notice of Motion and Motion | 26 | | | Notice of Motion and Motion | 26 |
| 26 | E-filed Comp-Warrant | 21 | | | E-filed Comp-Warrant | 21 |
| 27 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 19 | | | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 19 |
| 28 | Probation Referral Notification | 19 | | | Probation Referral Notification | 18 |
| 29 | Warrant Issued | 17 | | | Pandemic Notice of Cancelled or Rescheduled Hearing | 17 |
| 30 | Petition to Enter Guilty Plea | 17 | | | Warrant Issued | 17 |
| 31 | Pandemic Notice of Cancelled or Rescheduled Hearing | 17 | | | Petition to Enter Guilty Plea | 16 |
| 32 | Non-Cash Bond Posted | 15 | | | Non-Cash Bond Posted | 15 |
| 33 | Sentencing Order | 14 | | | Sentencing Order | 14 |

EXHIBIT DLF-5 | p. 1

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | MCRO_Filing_Type_Total_Downloaded | Qty | MCRO_Filing_Type_Duplicates_Downloaded | Qty.1 | muTool_Extract_and_Hashed_Quantity | Qty.2 |
|---|---|---|---|---|---|---|
| 34 | Dismissal by Prosecuting Attorney | 12 | | | Dismissal by Prosecuting Attorney | 12 |
| 35 | Assignment of Bail | 12 | | | Assignment of Bail | 11 |
| 36 | Memorandum | 10 | | | Citation Data Summary | 10 |
| 37 | Findings of Fact, Conclusions of Law and Order | 10 | | | Law Enforcement Bail Bond Receipt | 10 |
| 38 | Law Enforcement Bail Bond Receipt | 10 | | | Findings of Fact, Conclusions of Law and Order | 10 |
| 39 | Citation Data Summary | 10 | | | Memorandum | 10 |
| 40 | Order Denying Motion | 9 | | | Order Denying Motion | 9 |
| 41 | Notice to Remove Judicial Officer | 9 | | | Certificate of Representation | 8 |
| 42 | Notice of Filing of Order | 8 | | | Notice of Filing of Order | 8 |
| 43 | Scheduling Order | 8 | | | Scheduling Order | 8 |
| 44 | Certificate of Representation | 8 | | | Amended Criminal Complaint | 7 |
| 45 | Order Forfeiting Cash Bond or Surety Bond | 7 | | | Notice by Attorney or Party | 7 |
| 46 | Notice of Bond Forfeiture | 7 | | | Notice of Bond Forfeiture | 7 |
| 47 | Notice-Other | 7 | | | Notice-Other | 7 |
| 48 | Order for Production of Medical Records | 7 | | | Order Forfeiting Cash Bond or Surety Bond | 7 |
| 49 | Notice by Attorney or Party | 7 | | | Probation Violation Order for Detention | 7 |
| 50 | Order-Eval for Mental Illness or Cognitive Impairment 20.02 | 7 | | | Request for Disclosure | 7 |
| 51 | Request for Disclosure | 7 | | | Order-Eval for Mental Illness or Cognitive Impairment 20.02 | 7 |
| 52 | Amended Criminal Complaint | 7 | | | Order for Production of Medical Records | 7 |
| 53 | Probation Violation Order for Detention | 7 | | | Affidavit in Support of Petition | 6 |
| 54 | Affidavit of Mailing | 6 | | | Affidavit of Mailing | 6 |
| 55 | Order for Dismissal | 6 | | | Order for Dismissal | 6 |
| 56 | Affidavit in Support of Petition | 6 | | | Motion | 5 |
| 57 | Motion | 5 | | | Notice of Evidence and Identification Procedures | 5 |
| 58 | Order Regarding Access to Confidential or Sealed Record | 5 | | | Order Reinstating Forfeited Cash or Surety Bond | 5 |
| 59 | Notice of Evidence and Identification Procedures | 5 | | | Petition to Reinstate and Discharge Bond | 5 |
| 60 | Petition to Reinstate and Discharge Bond | 5 | | | Order Regarding Access to Confidential or Sealed Record | 5 |
| 61 | Order Reinstating Forfeited Cash or Surety Bond | 5 | | | Affidavit of Service | 4 |
| 62 | Exhibit List | 4 | | | Exhibit List | 4 |
| 63 | Affidavit of Service | 4 | | | Probation Violation Warrant | 4 |
| 64 | Restitution Form or Certificate | 4 | | | Restitution Form or Certificate | 4 |
| 65 | Petition to Proceed as ProSe Counsel | 4 | | | Transcript | 4 |
| 66 | Transcript | 4 | | | Petition to Proceed as ProSe Counsel | 4 |

**EXHIBIT DLF-5 | p. 2**

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | MCRO_Filing_Type_Total_Downloaded | Qty | MCRO_Filing_Type_Duplicates_Downloaded | Qty.1 | muTool_Extract_and_Hashed_Quantity | Qty.2 |
|---|---|---|---|---|---|---|
| 67 | Probation Violation Warrant | 4 | | | Affidavit-Other | 3 |
| 68 | Affidavit-Other | 3 | | | Departure Report | 3 |
| 69 | Formal Complaint Filed | 3 | | | Request for Continuance Needing Judicial Approval | 2 |
| 70 | Order to Appear | 3 | | | Order Appointing Forensic Navigator | 1 |
| 71 | Order Denying Removal of Judicial Officer | 3 | | | Order for Continuance | 1 |
| 72 | Departure Report | 3 | | | | |
| 73 | Notice of Defense and Defense Witnesses | 3 | | | | |
| 74 | Prosecutor's Offer | 3 | | | | |
| 75 | Order Denying Request for Bond Reinstatement | 2 | | | | |
| 76 | Motion to Dismiss | 2 | | | | |
| 77 | Prosecutions Recommendation for Bail | 2 | | | | |
| 78 | Waiver of Extradition | 2 | | | | |
| 79 | Substitution of Counsel | 2 | | | | |
| 80 | Cash Bond Ordered Refunded | 2 | | | | |
| 81 | Request for Continuance Needing Judicial Approval | 2 | | | | |
| 82 | Petition to Reinstate Cash or Surety Bond Forfeiture | 1 | | | | |
| 83 | Order Granting Motion | 1 | | | | |
| 84 | Objection to Referee | 1 | | | | |
| 85 | Norgaard Plea | 1 | | | | |
| 86 | Order Granting Fee Waiver | 1 | | | | |
| 87 | Demand for Refund of Bail | 1 | | | | |
| 88 | Amended Sentencing Order | 1 | | | | |
| 89 | Order Appointing Forensic Navigator | 1 | | | | |
| 90 | Probation Violation Summons | 1 | | | | |
| 91 | Notice of Intent to Introduce Evidence | 1 | | | | |
| 92 | Briefs | 1 | | | | |
| 93 | Prosecutor's Notice or Request for Hearing | 1 | | | | |
| 94 | Remote Hearing Instructions Provided | 1 | | | | |
| 95 | Restitution Order | 1 | | | | |
| 96 | Prospective Juror List | 1 | | | | |
| 97 | Notice of Intent to Impeach | 1 | | | | |
| 98 | Waiver | 1 | | | | |
| 99 | Notice of Intent to Seek Aggravated Sentencing | 1 | | | | |

**EXHIBIT DLF-5 | p. 3**

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | MCRO_Filing_Type_Total_Downloaded | Qty | MCRO_Filing_Type_Duplicates_Downloaded | Qty.1 | muTool_Extract_and_Hashed_Quantity | Qty.2 |
|---|---|---|---|---|---|---|
| 100 | Order for Booking | 1 | | | | |
| 101 | Order for Continuance | 1 | | | | |
| 102 | Motion for Review | 1 | | | | |
| 103 | Order to Recuse | 1 | | | | |

4

**EXHIBIT DLF-5 | p. 4**