# **EXHIBIT DLF-6**

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | Case_Number | Download_Date | Download_Time | Group_Start_Date_Time | Group_End_Date_Time | Group_Total_Cases_Downloaded | Group_Total_Files_Downloaded |
|---|---|---|---|---|---|---|---|
| 1 | 27-CR-22-1165 | 2024-04-29 | 03:04:20 | 2024-04-29 03:04:20 | 2024-04-29 04:06:49 | 11 | 240 |
| 2 | 27-CR-22-3377 | 2024-04-29 | 03:11:17 | 2024-04-29 15:24:32 | 2024-04-29 16:46:11 | 33 | 532 |
| 3 | 27-CR-22-3553 | 2024-04-29 | 03:20:39 | 2024-04-30 07:17:38 | 2024-04-30 09:37:37 | 119 | 2857 |
| 4 | 27-CR-22-3570 | 2024-04-29 | 03:30:59 | | | | |
| 5 | 27-CR-22-4087 | 2024-04-29 | 03:52:52 | | | | |
| 6 | 27-CR-22-4239 | 2024-04-29 | 03:57:58 | | | | |
| 7 | 27-CR-22-4879 | 2024-04-29 | 04:00:17 | | | | |
| 8 | 27-CR-22-4898 | 2024-04-29 | 04:02:09 | | | | |
| 9 | 27-CR-22-5532 | 2024-04-29 | 04:04:00 | | | | |
| 10 | 27-CR-22-7797 | 2024-04-29 | 04:05:22 | | | | |
| 11 | 27-CR-22-7953 | 2024-04-29 | 04:06:34 | | | | |
| 12 | 27-CR-22-9720 | 2024-04-29 | 15:24:32 | | | | |
| 13 | 27-CR-22-10055 | 2024-04-29 | 15:27:42 | | | | |
| 14 | 27-CR-22-10646 | 2024-04-29 | 15:29:45 | | | | |
| 15 | 27-CR-22-12076 | 2024-04-29 | 15:31:45 | | | | |
| 16 | 27-CR-22-13185 | 2024-04-29 | 16:11:37 | | | | |
| 17 | 27-CR-22-13941 | 2024-04-29 | 16:12:59 | | | | |
| 18 | 27-CR-22-14493 | 2024-04-29 | 16:15:27 | | | | |
| 19 | 27-CR-22-14541 | 2024-04-29 | 16:16:25 | | | | |
| 20 | 27-CR-22-15358 | 2024-04-29 | 16:17:18 | | | | |
| 21 | 27-CR-22-15430 | 2024-04-29 | 16:18:09 | | | | |
| 22 | 27-CR-22-15550 | 2024-04-29 | 16:19:03 | | | | |
| 23 | 27-CR-22-17300 | 2024-04-29 | 16:19:56 | | | | |
| 24 | 27-CR-22-18209 | 2024-04-29 | 16:20:50 | | | | |
| 25 | 27-CR-22-18776 | 2024-04-29 | 16:21:46 | | | | |
| 26 | 27-CR-22-18789 | 2024-04-29 | 16:22:42 | | | | |
| 27 | 27-CR-22-18859 | 2024-04-29 | 16:23:27 | | | | |
| 28 | 27-CR-22-18938 | 2024-04-29 | 16:24:38 | | | | |
| 29 | 27-CR-22-19036 | 2024-04-29 | 16:25:36 | | | | |
| 30 | 27-CR-22-20033 | 2024-04-29 | 16:26:37 | | | | |
| 31 | 27-CR-22-20527 | 2024-04-29 | 16:27:46 | | | | |
| 32 | 27-CR-22-21679 | 2024-04-29 | 16:28:58 | | | | |
| 33 | 27-CR-22-21925 | 2024-04-29 | 16:29:55 | | | | |

**EXHIBIT DLF-6 | p. 1**

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | Case_Number | Download_Date | Download_Time | Group_Start_Date_Time | Group_End_Date_Time | Group_Total_Cases_Downloaded | Group_Total_Files_Downloaded |
|---|---|---|---|---|---|---|---|
| 34 | 27-CR-22-22521 | 2024-04-29 | 16:30:45 | | | | |
| 35 | 27-CR-22-22687 | 2024-04-29 | 16:32:09 | | | | |
| 36 | 27-CR-22-22850 | 2024-04-29 | 16:32:53 | | | | |
| 37 | 27-CR-22-22963 | 2024-04-29 | 16:39:33 | | | | |
| 38 | 27-CR-22-22985 | 2024-04-29 | 16:40:32 | | | | |
| 39 | 27-CR-22-23317 | 2024-04-29 | 16:41:28 | | | | |
| 40 | 27-CR-22-24045 | 2024-04-29 | 16:42:17 | | | | |
| 41 | 27-CR-22-24357 | 2024-04-29 | 16:43:01 | | | | |
| 42 | 27-CR-22-24627 | 2024-04-29 | 16:43:44 | | | | |
| 43 | 27-CR-22-25134 | 2024-04-29 | 16:44:51 | | | | |
| 44 | 27-CR-22-25151 | 2024-04-29 | 16:46:02 | | | | |
| 45 | 27-CR-23-284 | 2024-04-30 | 07:17:38 | | | | |
| 46 | 27-CR-23-385 | 2024-04-30 | 07:18:36 | | | | |
| 47 | 27-CR-23-512 | 2024-04-30 | 07:19:31 | | | | |
| 48 | 27-CR-23-883 | 2024-04-30 | 07:20:26 | | | | |
| 49 | 27-CR-23-1101 | 2024-04-30 | 07:21:25 | | | | |
| 50 | 27-CR-23-1600 | 2024-04-30 | 07:22:10 | | | | |
| 51 | 27-CR-23-1658 | 2024-04-30 | 07:23:04 | | | | |
| 52 | 27-CR-23-1886 | 2024-04-30 | 07:23:43 | | | | |
| 53 | 27-CR-23-2073 | 2024-04-30 | 07:24:55 | | | | |
| 54 | 27-CR-23-2152 | 2024-04-30 | 07:25:32 | | | | |
| 55 | 27-CR-23-2480 | 2024-04-30 | 07:26:28 | | | | |
| 56 | 27-CR-23-3198 | 2024-04-30 | 07:27:18 | | | | |
| 57 | 27-CR-23-3423 | 2024-04-30 | 07:28:11 | | | | |
| 58 | 27-CR-23-3459 | 2024-04-30 | 07:28:52 | | | | |
| 59 | 27-CR-23-3460 | 2024-04-30 | 07:29:36 | | | | |
| 60 | 27-CR-23-3496 | 2024-04-30 | 07:30:19 | | | | |
| 61 | 27-CR-23-4547 | 2024-04-30 | 07:31:04 | | | | |
| 62 | 27-CR-23-5213 | 2024-04-30 | 07:31:54 | | | | |
| 63 | 27-CR-23-5751 | 2024-04-30 | 07:32:37 | | | | |
| 64 | 27-CR-23-8406 | 2024-04-30 | 07:34:00 | | | | |
| 65 | 27-CR-23-8560 | 2024-04-30 | 07:34:48 | | | | |
| 66 | 27-CR-23-8649 | 2024-04-30 | 07:35:47 | | | | |

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | Case_Number | Download_Date | Download_Time | Group_Start_Date_Time | Group_End_Date_Time | Group_Total_Cases_Downloaded | Group_Total_Files_Downloaded |
|---|---|---|---|---|---|---|---|
| 67 | 27-CR-23-8721 | 2024-04-30 | 07:36:24 | | | | |
| 68 | 27-CR-23-9135 | 2024-04-30 | 07:37:13 | | | | |
| 69 | 27-CR-23-9546 | 2024-04-30 | 07:38:01 | | | | |
| 70 | 27-CR-23-10954 | 2024-04-30 | 07:38:45 | | | | |
| 71 | 27-CR-23-12360 | 2024-04-30 | 07:39:27 | | | | |
| 72 | 27-CR-23-12653 | 2024-04-30 | 07:40:10 | | | | |
| 73 | 27-CR-23-13960 | 2024-04-30 | 07:40:51 | | | | |
| 74 | 27-CR-23-16281 | 2024-04-30 | 07:41:27 | | | | |
| 75 | 27-CR-23-16927 | 2024-04-30 | 07:45:28 | | | | |
| 76 | 27-CR-23-17576 | 2024-04-30 | 07:46:16 | | | | |
| 77 | 27-CR-23-18846 | 2024-04-30 | 07:47:01 | | | | |
| 78 | 27-CR-23-18850 | 2024-04-30 | 07:47:39 | | | | |
| 79 | 27-CR-23-18964 | 2024-04-30 | 07:48:22 | | | | |
| 80 | 27-CR-23-20715 | 2024-04-30 | 07:48:55 | | | | |
| 81 | 27-CR-23-21403 | 2024-04-30 | 07:49:32 | | | | |
| 82 | 27-CR-23-21653 | 2024-04-30 | 07:50:09 | | | | |
| 83 | 27-CR-23-24219 | 2024-04-30 | 07:50:46 | | | | |
| 84 | 27-CR-21-928 | 2024-04-30 | 07:51:47 | | | | |
| 85 | 27-CR-21-933 | 2024-04-30 | 07:52:25 | | | | |
| 86 | 27-CR-21-1171 | 2024-04-30 | 07:53:08 | | | | |
| 87 | 27-CR-21-1230 | 2024-04-30 | 07:53:59 | | | | |
| 88 | 27-CR-21-1977 | 2024-04-30 | 07:55:48 | | | | |
| 89 | 27-CR-21-1978 | 2024-04-30 | 07:57:00 | | | | |
| 90 | 27-CR-21-1980 | 2024-04-30 | 07:59:49 | | | | |
| 91 | 27-CR-21-3797 | 2024-04-30 | 08:00:55 | | | | |
| 92 | 27-CR-21-6229 | 2024-04-30 | 08:02:16 | | | | |
| 93 | 27-CR-21-6382 | 2024-04-30 | 08:03:12 | | | | |
| 94 | 27-CR-21-6710 | 2024-04-30 | 08:03:46 | | | | |
| 95 | 27-CR-21-6904 | 2024-04-30 | 08:04:53 | | | | |
| 96 | 27-CR-21-7676 | 2024-04-30 | 08:05:41 | | | | |
| 97 | 27-CR-21-8067 | 2024-04-30 | 08:06:34 | | | | |
| 98 | 27-CR-21-8227 | 2024-04-30 | 08:07:26 | | | | |
| 99 | 27-CR-21-8228 | 2024-04-30 | 08:08:18 | | | | |

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | Case_Number | Download_Date | Download_Time | Group_Start_Date_Time | Group_End_Date_Time | Group_Total_Cases_Downloaded | Group_Total_Files_Downloaded |
|---|---|---|---|---|---|---|---|
| 100 | 27-CR-21-8229 | 2024-04-30 | 08:15:17 | | | | |
| 101 | 27-CR-21-8230 | 2024-04-30 | 08:16:34 | | | | |
| 102 | 27-CR-21-8412 | 2024-04-30 | 08:17:32 | | | | |
| 103 | 27-CR-21-8511 | 2024-04-30 | 08:20:10 | | | | |
| 104 | 27-CR-21-9235 | 2024-04-30 | 08:21:02 | | | | |
| 105 | 27-CR-21-10675 | 2024-04-30 | 08:22:16 | | | | |
| 106 | 27-CR-21-13752 | 2024-04-30 | 08:23:12 | | | | |
| 107 | 27-CR-21-13795 | 2024-04-30 | 08:24:31 | | | | |
| 108 | 27-CR-21-14861 | 2024-04-30 | 08:25:16 | | | | |
| 109 | 27-CR-21-16111 | 2024-04-30 | 08:26:27 | | | | |
| 110 | 27-CR-21-17008 | 2024-04-30 | 08:27:26 | | | | |
| 111 | 27-CR-21-19552 | 2024-04-30 | 08:28:28 | | | | |
| 112 | 27-CR-21-19723 | 2024-04-30 | 08:29:25 | | | | |
| 113 | 27-CR-21-20072 | 2024-04-30 | 08:30:41 | | | | |
| 114 | 27-CR-21-20529 | 2024-04-30 | 08:31:49 | | | | |
| 115 | 27-CR-21-20637 | 2024-04-30 | 08:32:46 | | | | |
| 116 | 27-CR-21-20988 | 2024-04-30 | 08:33:35 | | | | |
| 117 | 27-CR-21-21355 | 2024-04-30 | 08:34:42 | | | | |
| 118 | 27-CR-21-22058 | 2024-04-30 | 08:35:43 | | | | |
| 119 | 27-CR-21-23131 | 2024-04-30 | 08:36:34 | | | | |
| 120 | 27-CR-21-23188 | 2024-04-30 | 08:37:33 | | | | |
| 121 | 27-CR-21-23215 | 2024-04-30 | 08:41:16 | | | | |
| 122 | 27-CR-21-23233 | 2024-04-30 | 08:42:07 | | | | |
| 123 | 27-CR-21-23456 | 2024-04-30 | 08:43:01 | | | | |
| 124 | 27-CR-21-23628 | 2024-04-30 | 08:46:15 | | | | |
| 125 | 27-CR-20-423 | 2024-04-30 | 08:47:53 | | | | |
| 126 | 27-CR-20-1893 | 2024-04-30 | 08:48:52 | | | | |
| 127 | 27-CR-20-3244 | 2024-04-30 | 08:49:51 | | | | |
| 128 | 27-CR-20-6301 | 2024-04-30 | 08:51:32 | | | | |
| 129 | 27-CR-20-6517 | 2024-04-30 | 08:52:07 | | | | |
| 130 | 27-CR-20-7092 | 2024-04-30 | 08:52:59 | | | | |
| 131 | 27-CR-20-8575 | 2024-04-30 | 08:53:42 | | | | |
| 132 | 27-CR-20-8926 | 2024-04-30 | 08:54:22 | | | | |

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | Case_Number | Download_Date | Download_Time | Group_Start_Date_Time | Group_End_Date_Time | Group_Total_Cases_Downloaded | Group_Total_Files_Downloaded |
|---|---|---|---|---|---|---|---|
| 133 | 27-CR-20-9036 | 2024-04-30 | 08:55:31 | | | | |
| 134 | 27-CR-20-10049 | 2024-04-30 | 08:56:46 | | | | |
| 135 | 27-CR-20-11638 | 2024-04-30 | 08:58:15 | | | | |
| 136 | 27-CR-20-13495 | 2024-04-30 | 08:59:11 | | | | |
| 137 | 27-CR-20-19196 | 2024-04-30 | 09:00:38 | | | | |
| 138 | 27-CR-20-20037 | 2024-04-30 | 09:01:25 | | | | |
| 139 | 27-CR-20-20788 | 2024-04-30 | 09:02:19 | | | | |
| 140 | 27-CR-20-20851 | 2024-04-30 | 09:03:19 | | | | |
| 141 | 27-CR-20-23239 | 2024-04-30 | 09:04:19 | | | | |
| 142 | 27-CR-20-23521 | 2024-04-30 | 09:05:08 | | | | |
| 143 | 27-CR-20-26577 | 2024-04-30 | 09:05:51 | | | | |
| 144 | 27-CR-20-27550 | 2024-04-30 | 09:07:00 | | | | |
| 145 | 27-CR-19-901 | 2024-04-30 | 09:10:57 | | | | |
| 146 | 27-CR-19-1916 | 2024-04-30 | 09:12:06 | | | | |
| 147 | 27-CR-19-3539 | 2024-04-30 | 09:13:19 | | | | |
| 148 | 27-CR-19-9270 | 2024-04-30 | 09:14:46 | | | | |
| 149 | 27-CR-19-11566 | 2024-04-30 | 09:15:56 | | | | |
| 150 | 27-CR-19-12130 | 2024-04-30 | 09:17:04 | | | | |
| 151 | 27-CR-19-12466 | 2024-04-30 | 09:18:06 | | | | |
| 152 | 27-CR-19-17539 | 2024-04-30 | 09:19:24 | | | | |
| 153 | 27-CR-19-19606 | 2024-04-30 | 09:20:27 | | | | |
| 154 | 27-CR-19-22615 | 2024-04-30 | 09:21:34 | | | | |
| 155 | 27-CR-19-25578 | 2024-04-30 | 09:22:54 | | | | |
| 156 | 27-CR-19-28883 | 2024-04-30 | 09:23:43 | | | | |
| 157 | 27-CR-18-18391 | 2024-04-30 | 09:27:13 | | | | |
| 158 | 27-CR-18-18396 | 2024-04-30 | 09:29:27 | | | | |
| 159 | 27-CR-18-19274 | 2024-04-30 | 09:30:29 | | | | |
| 160 | 27-CR-18-26530 | 2024-04-30 | 09:33:46 | | | | |
| 161 | 27-CR-17-1555 | 2024-04-30 | 09:35:37 | | | | |
| 162 | 27-CR-17-8342 | 2024-04-30 | 09:36:32 | | | | |
| 163 | 27-CR-17-22909 | 2024-04-30 | 09:37:18 | | | | |

5

EXHIBIT DLF-6 | p. 5