# EXHIBIT DLF-7

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | Case_Number | May_3_2024_Affidavit_Filed_by_Matthew_Guertin_p_10-13 | Current_2025_Forensic_Report_Case_Titles |
|---|---|---|---|
| 1 | | | |
| 2 | 27-CR-17-1555 | State of Minnesota vs ADRIAN MICHAEL WESLEY | State of Minnesota vs ADRIAN MICHAEL WESLEY |
| 3 | 27-CR-17-8342 | State of Minnesota vs ADRIAN MICHAEL WESLEY | State of Minnesota vs ADRIAN MICHAEL WESLEY |
| 4 | 27-CR-17-22909 | State of Minnesota vs ADRIAN MICHAEL WESLEY | State of Minnesota vs ADRIAN MICHAEL WESLEY |
| 5 | | | |
| 6 | 27-CR-18-18391 | State of Minnesota vs AESHA IBRAHIM OSMAN | State of Minnesota vs AESHA IBRAHIM OSMAN |
| 7 | 27-CR-18-18396 | State of Minnesota vs Ramadan Hakim Campbell | State of Minnesota vs Ramadan Hakim Campbell |
| 8 | 27-CR-18-19274 | State of Minnesota vs IFRAH ABDULL HASSAN | State of Minnesota vs IFRAH ABDULL HASSAN |
| 9 | 27-CR-18-26530 | State of Minnesota vs WILLIAM LEE NABORS | State of Minnesota vs WILLIAM LEE NABORS |
| 10 | | | |
| 11 | 27-CR-19-1916 | State of Minnesota vs AESHA IBRAHIM OSMAN | State of Minnesota vs AESHA IBRAHIM OSMAN |
| 12 | 27-CR-19-3539 | State of Minnesota vs AESHA IBRAHIM OSMAN | State of Minnesota vs AESHA IBRAHIM OSMAN |
| 13 | 27-CR-19-17539 | State of Minnesota vs AESHA IBRAHIM OSMAN | State of Minnesota vs AESHA IBRAHIM OSMAN |
| 14 | 27-CR-19-22615 | State of Minnesota vs ANNE MARIE RILEY | State of Minnesota vs ANNE MARIE RILEY |
| 15 | 27-CR-19-901 | State of Minnesota vs EYUAEL GONFA KEBEDE | State of Minnesota vs EYUAEL GONFA KEBEDE |
| 16 | 27-CR-19-28883 | State of Minnesota vs JACOB MAMAR JOHNSON | State of Minnesota vs JACOB MAMAR JOHNSON |
| 17 | 27-CR-19-11566 | State of Minnesota vs MAKIS DEVELL LANE | State of Minnesota vs MAKIS DEVELL LANE |
| 18 | 27-CR-19-12130 | State of Minnesota vs MAKIS DEVELL LANE | State of Minnesota vs MAKIS DEVELL LANE |
| 19 | 27-CR-19-25578 | State of Minnesota vs PAUL JOSEPH OWENS | State of Minnesota vs PAUL JOSEPH OWENS |
| 20 | 27-CR-19-12466 | State of Minnesota vs TERRELL JOHNSON | State of Minnesota vs TERRELL JOHNSON |
| 21 | 27-CR-19-19606 | State of Minnesota vs TERRELL JOHNSON | State of Minnesota vs TERRELL JOHNSON |
| 22 | 27-CR-19-9270 | State of Minnesota vs WILLIAM LEE NABORS | State of Minnesota vs WILLIAM LEE NABORS |
| 23 | | | |
| 24 | 27-CR-20-19196 | State of Minnesota vs ABDIRAHMAN ISMAIL FARAH | State of Minnesota vs ABDIRAHMAN ISMAIL FARAH |
| 25 | 27-CR-20-3244 | State of Minnesota vs ANGELIC DENISE SCHAEFER | State of Minnesota vs ANGELIC DENISE SCHAEFER |
| 26 | 27-CR-20-10049 | State of Minnesota vs Beyonce Porshae Brown | State of Minnesota vs Beyonce Porshae Brown |
| 27 | 27-CR-20-8575 | State of Minnesota vs Bisharo Jama Noor | State of Minnesota vs Bisharo Jama Noor |
| 28 | 27-CR-20-23521 | State of Minnesota vs CASPER HUY VUONG | State of Minnesota vs CASPER HUY VUONG |
| 29 | 27-CR-20-7092 | State of Minnesota vs DWAYNE ANTHONY BLEDSOE | State of Minnesota vs DWAYNE ANTHONY BLEDSOE |
| 30 | 27-CR-20-13495 | State of Minnesota vs EYUAEL GONFA KEBEDE | State of Minnesota vs EYUAEL GONFA KEBEDE |
| 31 | 27-CR-20-423 | State of Minnesota vs Ifrah Abdullahi Hassan | State of Minnesota vs Ifrah Abdullahi Hassan |
| 32 | 27-CR-20-23239 | State of Minnesota vs JALEISHA LANAY TAYLOR | State of Minnesota vs JALEISHA LANAY TAYLOR |
| 33 | 27-CR-20-1893 | State of Minnesota vs JIMMY EDWARD SPEARS III | State of Minnesota vs JIMMY EDWARD SPEARS, III |

**EXHIBIT DLF-7 | p. 1**

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | Case_Number | May_3_2024_Affidavit_Filed_by_Matthew_Guertin_p_10-13 | Current_2025_Forensic_Report_Case_Titles |
|---|---|---|---|
| 34 | 27-CR-20-11638 | State of Minnesota vs JOHN EMIL STICHA | State of Minnesota vs JOHN EMIL STICHA |
| 35 | 27-CR-20-20788 | State of Minnesota vs Lawrence Joseph Durheim | State of Minnesota vs Lawrence Joseph Durheim |
| 36 | 27-CR-20-9036 | State of Minnesota vs MAKIS DEVELL LANE | State of Minnesota vs MAKIS DEVELL LANE |
| 37 | 27-CR-20-20851 | State of Minnesota vs MAKIS DEVIL LANE | State of Minnesota vs MAKIS DEVIL LANE |
| 38 | 27-CR-20-6301 | State of Minnesota vs PRIEST JESUS DORSEY | State of Minnesota vs PRIEST JESUS DORSEY |
| 39 | 27-CR-20-26577 | State of Minnesota vs Rasheed Richardson | State of Minnesota vs Rasheed Richardson |
| 40 | 27-CR-20-6517 | State of Minnesota vs Rex Allen Basswood Jr. | State of Minnesota vs Rex Allen Basswood, Jr. |
| 41 | 27-CR-20-27550 | State of Minnesota vs RODRICK JEROME CARPENTER | State of Minnesota vs RODRICK JEROME CARPENTER |
| 42 | 27-CR-20-8926 | State of Minnesota vs TERRELL JOHNSON | State of Minnesota vs TERRELL JOHNSON |
| 43 | 27-CR-20-20037 | State of Minnesota vs TERRELL JOHNSON | State of Minnesota vs TERRELL JOHNSON |
| 44 | | | |
| 45 | 27-CR-21-22058 | State of Minnesota vs AESHA IBRAHIM OSMAN | State of Minnesota vs AESHA IBRAHIM OSMAN |
| 46 | 27-CR-21-1977 | State of Minnesota vs ANGELIC DENISE NUNN | State of Minnesota vs ANGELIC DENISE NUNN |
| 47 | 27-CR-21-1978 | State of Minnesota vs ANGELIC DENISE NUNN | State of Minnesota vs ANGELIC DENISE NUNN |
| 48 | 27-CR-21-7676 | State of Minnesota vs Bisharo Jama Noor | State of Minnesota vs Bisharo Jama Noor |
| 49 | 27-CR-21-19723 | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD |
| 50 | 27-CR-21-23456 | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD |
| 51 | 27-CR-21-23628 | State of Minnesota vs Carmen Bendu Greaves | State of Minnesota vs Carmen Bendu Greaves |
| 52 | 27-CR-21-16111 | State of Minnesota vs CHARLESETTA STARLET BROWN | State of Minnesota vs CHARLESETTA STARLET BROWN |
| 53 | 27-CR-21-20637 | State of Minnesota vs Daniel Lamar Ford | State of Minnesota vs Daniel Lamar Ford |
| 54 | 27-CR-21-10675 | State of Minnesota vs Dennis Joseph Barry | State of Minnesota vs Dennis Joseph Barry |
| 55 | 27-CR-21-933 | State of Minnesota vs DWAYNE ANTHONY BLEDSOE | State of Minnesota vs DWAYNE ANTHONY BLEDSOE |
| 56 | 27-CR-21-1980 | State of Minnesota vs GORDON EUGENE SHARP | State of Minnesota vs GORDON EUGENE SHARP |
| 57 | 27-CR-21-20072 | State of Minnesota vs GORDON EUGENE SHARP | State of Minnesota vs GORDON EUGENE SHARP |
| 58 | 27-CR-21-20988 | State of Minnesota vs GORDON EUGENE SHARP Jr. | State of Minnesota vs GORDON EUGENE SHARP, Jr. |
| 59 | 27-CR-21-21355 | State of Minnesota vs GORDON EUGENE SHARP Jr. | State of Minnesota vs GORDON EUGENE SHARP, Jr. |
| 60 | 27-CR-21-23188 | State of Minnesota vs GORDON EUGENE SHARP Jr. | State of Minnesota vs GORDON EUGENE SHARP, Jr. |
| 61 | 27-CR-21-23215 | State of Minnesota vs GORDON EUGENE SHARP Jr. | State of Minnesota vs GORDON EUGENE SHARP, Jr. |
| 62 | 27-CR-21-3797 | State of Minnesota vs GRAHM MARK FLETCHER | State of Minnesota vs GRAHM MARK FLETCHER |
| 63 | 27-CR-21-9235 | State of Minnesota vs GRAHM MARK FLETCHER | State of Minnesota vs GRAHM MARK FLETCHER |
| 64 | 27-CR-21-1171 | State of Minnesota vs IBSSA M YOUSSUF | State of Minnesota vs IBSSA M YOUSSUF |
| 65 | 27-CR-21-20529 | State of Minnesota vs ISAAC LEE KELLEY | State of Minnesota vs ISAAC LEE KELLEY |
| 66 | 27-CR-21-13795 | State of Minnesota vs JACOB MAMAR JOHNSON | State of Minnesota vs JACOB MAMAR JOHNSON |

**EXHIBIT DLF-7 | p. 2**

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | Case_Number | May_3_2024_Affidavit_Filed_by_Matthew_Guertin_p_10-13 | Current_2025_Forensic_Report_Case_Titles |
|---|---|---|---|
| 67 | 27-CR-21-14861 | State of Minnesota vs KESSIE KAFELE WILSON | State of Minnesota vs KESSIE KAFELE WILSON |
| 68 | 27-CR-21-6904 | State of Minnesota vs Lucas Patrick Kraskey | State of Minnesota vs Lucas Patrick Kraskey |
| 69 | 27-CR-21-8067 | State of Minnesota vs Lucas Patrick Kraskey | State of Minnesota vs Lucas Patrick Kraskey |
| 70 | 27-CR-21-8227 | State of Minnesota vs Lucas Patrick Kraskey | State of Minnesota vs Lucas Patrick Kraskey |
| 71 | 27-CR-21-8228 | State of Minnesota vs Lucas Patrick Kraskey | State of Minnesota vs Lucas Patrick Kraskey |
| 72 | 27-CR-21-8229 | State of Minnesota vs Lucas Patrick Kraskey | State of Minnesota vs Lucas Patrick Kraskey |
| 73 | 27-CR-21-8230 | State of Minnesota vs Lucas Patrick Kraskey | State of Minnesota vs Lucas Patrick Kraskey |
| 74 | 27-CR-21-8511 | State of Minnesota vs Lucas Patrick Kraskey | State of Minnesota vs Lucas Patrick Kraskey |
| 75 | 27-CR-21-1230 | State of Minnesota vs MAKIS DEVELL LANE | State of Minnesota vs MAKIS DEVELL LANE |
| 76 | 27-CR-21-13752 | State of Minnesota vs MAKIS DEVELL LANE | State of Minnesota vs MAKIS DEVELL LANE |
| 77 | 27-CR-21-6229 | State of Minnesota vs MARVAL BARNES | State of Minnesota vs MARVAL BARNES |
| 78 | 27-CR-21-17008 | State of Minnesota vs NICOLLE LYNN FAWCETT | State of Minnesota vs NICOLLE LYNN FAWCETT |
| 79 | 27-CR-21-928 | State of Minnesota vs PRIEST JESUS DORSEY | State of Minnesota vs PRIEST JESUS DORSEY |
| 80 | 27-CR-21-6382 | State of Minnesota vs PRIEST JESUS DORSEY | State of Minnesota vs PRIEST JESUS DORSEY |
| 81 | 27-CR-21-23131 | State of Minnesota vs Rex Allen Basswood Jr. | State of Minnesota vs Rex Allen Basswood, Jr. |
| 82 | 27-CR-21-8412 | State of Minnesota vs Stephone Ahmad Gammage | State of Minnesota vs Stephone Ahmad Gammage |
| 83 | 27-CR-21-6710 | State of Minnesota vs TEMEKA MICHELLE NICHOLS | State of Minnesota vs TEMEKA MICHELLE NICHOLS |
| 84 | 27-CR-21-19552 | State of Minnesota vs TERRELL JOHNSON | State of Minnesota vs TERRELL JOHNSON |
| 85 | 27-CR-21-23233 | State of Minnesota vs TERRELL JOHNSON | State of Minnesota vs TERRELL JOHNSON |
| 86 | | | |
| 87 | 27-CR-22-21925 | State of Minnesota vs Abdinour Mohamed Alasow | State of Minnesota vs Abdinour Mohamed Alasow |
| 88 | 27-CR-22-23317 | State of Minnesota vs Abdinour Mohamed Alasow | State of Minnesota vs Abdinour Mohamed Alasow |
| 89 | 27-CR-22-18859 | State of Minnesota vs ABDIQANI AHMED HASSAN | State of Minnesota vs ABDIQANI AHMED HASSAN |
| 90 | 27-CR-22-22985 | State of Minnesota vs ABDIQANI AHMED HASSAN | State of Minnesota vs ABDIQANI AHMED HASSAN |
| 91 | 27-CR-22-18776 | State of Minnesota vs AMY LOUISE LILLEVOLD | State of Minnesota vs AMY LOUISE LILLEVOLD |
| 92 | 27-CR-22-20033 | State of Minnesota vs ANGELIC DENISE NUNN | State of Minnesota vs ANGELIC DENISE NUNN |
| 93 | 27-CR-22-15550 | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD |
| 94 | 27-CR-22-7797 | State of Minnesota vs Carmen Bendu Greaves | State of Minnesota vs Carmen Bendu Greaves |
| 95 | 27-CR-22-25134 | State of Minnesota vs Carmen Bendu Greaves | State of Minnesota vs Carmen Bendu Greaves |
| 96 | 27-CR-22-15430 | State of Minnesota vs CHARLESETTA STARLET BROWN | State of Minnesota vs CHARLESETTA STARLET BROWN |
| 97 | 27-CR-22-3377 | State of Minnesota vs CHASE RADLEY GREEN | State of Minnesota vs CHASE RADLEY GREEN |
| 98 | 27-CR-22-22687 | State of Minnesota vs CHASE RADLEY GREEN | State of Minnesota vs CHASE RADLEY GREEN |
| 99 | 27-CR-22-19036 | State of Minnesota vs Crystal Latasha Mcbounds | State of Minnesota vs Crystal Latasha Mcbounds |

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | Case_Number | May_3_2024_Affidavit_Filed_by_Matthew_Guertin_p_10-13 | Current_2025_Forensic_Report_Case_Titles |
|---|---|---|---|
| 100 | 27-CR-22-3570 | State of Minnesota vs Dennis Joseph Barry | State of Minnesota vs Dennis Joseph Barry |
| 101 | 27-CR-22-22521 | State of Minnesota vs Dennis Joseph Barry | State of Minnesota vs Dennis Joseph Barry |
| 102 | 27-CR-22-24357 | State of Minnesota vs DENNIS MICHAEL THILL | State of Minnesota vs DENNIS MICHAEL THILL |
| 103 | 27-CR-22-9720 | State of Minnesota vs EMANUEL OMAR BLACK | State of Minnesota vs EMANUEL OMAR BLACK |
| 104 | 27-CR-22-12076 | State of Minnesota vs Emanuel Omar Black | State of Minnesota vs Emanuel Omar Black |
| 105 | 27-CR-22-4087 | State of Minnesota vs GORDON EUGENE SHARP Jr. | State of Minnesota vs GORDON EUGENE SHARP, Jr. |
| 106 | 27-CR-22-22963 | State of Minnesota vs GORDON EUGENE SHARP Jr. | State of Minnesota vs GORDON EUGENE SHARP, Jr. |
| 107 | 27-CR-22-5532 | State of Minnesota vs Isaac Lee Kelley | State of Minnesota vs Isaac Lee Kelley |
| 108 | 27-CR-22-7953 | State of Minnesota vs ISAAC LEE KELLEY | State of Minnesota vs ISAAC LEE KELLEY |
| 109 | 27-CR-22-20527 | State of Minnesota vs JARELLE THOMAS VAUGHN | State of Minnesota vs JARELLE THOMAS VAUGHN |
| 110 | 27-CR-22-18209 | State of Minnesota vs JULIET KAY HIGGINS | State of Minnesota vs JULIET KAY HIGGINS |
| 111 | 27-CR-22-10646 | State of Minnesota vs LAMAR GLASS | State of Minnesota vs LAMAR GLASS |
| 112 | 27-CR-22-17300 | State of Minnesota vs Lucas Patrick Kraskey | State of Minnesota vs Lucas Patrick Kraskey |
| 113 | 27-CR-22-21679 | State of Minnesota vs Lucas Patrick Kraskey | State of Minnesota vs Lucas Patrick Kraskey |
| 114 | 27-CR-22-24045 | State of Minnesota vs Lucas Patrick Kraskey | State of Minnesota vs Lucas Patrick Kraskey |
| 115 | 27-CR-22-10055 | State of Minnesota vs MAKIS DUVELL LANE | State of Minnesota vs MAKIS DUVELL LANE |
| 116 | 27-CR-22-4879 | State of Minnesota vs MANYARA NICOLE WATKINS | State of Minnesota vs MANYARA NICOLE WATKINS |
| 117 | 27-CR-22-13185 | State of Minnesota vs MARK ANTHONY REINHART | State of Minnesota vs MARK ANTHONY REINHART |
| 118 | 27-CR-22-18789 | State of Minnesota vs MOLLY ANNE PRICE | State of Minnesota vs MOLLY ANNE PRICE |
| 119 | 27-CR-22-25151 | State of Minnesota vs NICOLE LORETTA KELM | State of Minnesota vs NICOLE LORETTA KELM |
| 120 | 27-CR-22-18938 | State of Minnesota vs NURADIN MOHAMUD | State of Minnesota vs NURADIN MOHAMUD |
| 121 | 27-CR-22-4239 | State of Minnesota vs PRIEST JESUS DORSEY | State of Minnesota vs PRIEST JESUS DORSEY |
| 122 | 27-CR-22-24627 | State of Minnesota vs Rex Allen Basswood Jr. | State of Minnesota vs Rex Allen Basswood, Jr. |
| 123 | 27-CR-22-14541 | State of Minnesota vs RODRICK JEROME CARPENTER II | State of Minnesota vs RODRICK JEROME CARPENTER, II |
| 124 | 27-CR-22-15358 | State of Minnesota vs RODRICK JEROME CARPENTER II | State of Minnesota vs RODRICK JEROME CARPENTER, II |
| 125 | 27-CR-22-1165 | State of Minnesota vs TERRELL JOHNSON | State of Minnesota vs TERRELL JOHNSON |
| 126 | 27-CR-22-4898 | State of Minnesota vs TERRELL JOHNSON | State of Minnesota vs TERRELL JOHNSON |
| 127 | 27-CR-22-13941 | State of Minnesota vs TIA TIAUNNA PAYNE | State of Minnesota vs TIA TIAUNNA PAYNE |
| 128 | 27-CR-22-14493 | State of Minnesota vs TIMOTHY TERRELL STUCKEY | State of Minnesota vs TIMOTHY TERRELL STUCKEY |
| 129 | 27-CR-22-3553 | State of Minnesota vs WILLIAM LEE NABORS | State of Minnesota vs WILLIAM LEE NABORS |
| 130 | 27-CR-22-22850 | State of Minnesota vs YASMIN AHMED ALI | State of Minnesota vs YASMIN AHMED ALI |
| 131 | | | |
| 132 | 27-CR-23-3198 | State of Minnesota vs AARON DASHAUN CHERRY | State of Minnesota vs AARON DASHAUN CHERRY |

**EXHIBIT DLF-7 | p. 4**

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | Case_Number | May_3_2024_Affidavit_Filed_by_Matthew_Guertin_p_10-13 | Current_2025_Forensic_Report_Case_Titles |
|---|---|---|---|
| 133 | 27-CR-23-512 | State of Minnesota vs Abdinour Mohamed Alasow | State of Minnesota vs Abdinour Mohamed Alasow |
| 134 | 27-CR-23-883 | State of Minnesota vs Abdinour Mohamed Alasow | State of Minnesota vs Abdinour Mohamed Alasow |
| 135 | 27-CR-23-3496 | State of Minnesota vs ABDULKADIR ELMI EGAL | State of Minnesota vs ABDULKADIR ELMI EGAL |
| 136 | 27-CR-23-12360 | State of Minnesota vs ALEXANDER ORVAL THOMLEY | State of Minnesota vs ALEXANDER ORVAL THOMLEY |
| 137 | 27-CR-23-24219 | State of Minnesota vs ALEXI BRE WASHINGTON | State of Minnesota vs ALEXI BRE WASHINGTON |
| 138 | 27-CR-23-8721 | State of Minnesota vs Daniel Lamar Ford | State of Minnesota vs Daniel Lamar Ford |
| 139 | 27-CR-23-4547 | State of Minnesota vs Delayna Adrianne Lussier | State of Minnesota vs Delayna Adrianne Lussier |
| 140 | 27-CR-23-10954 | State of Minnesota vs Delayna Adrianne Lussier | State of Minnesota vs Delayna Adrianne Lussier |
| 141 | 27-CR-23-17576 | State of Minnesota vs EMANUEL OMAR BLACK | State of Minnesota vs EMANUEL OMAR BLACK |
| 142 | 27-CR-23-16281 | State of Minnesota vs FUE VANG | State of Minnesota vs FUE VANG |
| 143 | 27-CR-23-16927 | State of Minnesota vs GORDON EUGENE SHARP Jr. | State of Minnesota vs GORDON EUGENE SHARP, Jr. |
| 144 | 27-CR-23-2152 | State of Minnesota vs GRAHM MARK FLETCHER | State of Minnesota vs GRAHM MARK FLETCHER |
| 145 | 27-CR-23-8560 | State of Minnesota vs INGRAM METEBO OYUGI | State of Minnesota vs INGRAM METEBO OYUGI |
| 146 | 27-CR-23-12653 | State of Minnesota vs JACOB JOSEPH SCHECH | State of Minnesota vs JACOB JOSEPH SCHECH |
| 147 | 27-CR-23-8406 | State of Minnesota vs JALEISHA LANAY TAYLOR | State of Minnesota vs JALEISHA LANAY TAYLOR |
| 148 | 27-CR-23-13960 | State of Minnesota vs JEREMIAH JAMES RIVERS | State of Minnesota vs JEREMIAH JAMES RIVERS |
| 149 | 27-CR-23-1600 | State of Minnesota vs JIMMY EDWARD SPEARS III | State of Minnesota vs JIMMY EDWARD SPEARS, III |
| 150 | 27-CR-23-20715 | State of Minnesota vs KESSIE KAFELE WILSON | State of Minnesota vs KESSIE KAFELE WILSON |
| 151 | 27-CR-23-385 | State of Minnesota vs Lucas Patrick Kraskey | State of Minnesota vs Lucas Patrick Kraskey |
| 152 | 27-CR-23-5751 | State of Minnesota vs Lucas Patrick Kraskey | State of Minnesota vs Lucas Patrick Kraskey |
| 153 | 27-CR-23-5213 | State of Minnesota vs MARK ANTHONY REINHART | State of Minnesota vs MARK ANTHONY REINHART |
| 154 | 27-CR-23-1886 | State of Minnesota vs MATTHEW DAVID GUERTIN | State of Minnesota vs MATTHEW DAVID GUERTIN |
| 155 | 27-CR-23-1101 | State of Minnesota vs MICHAEL CHANTEL WRIGHT | State of Minnesota vs MICHAEL CHANTEL WRIGHT |
| 156 | 27-CR-23-284 | State of Minnesota vs MOHAMED ABDI SHIDE | State of Minnesota vs MOHAMED ABDI SHIDE |
| 157 | 27-CR-23-3423 | State of Minnesota vs MOHAMED ABDI SHIDE | State of Minnesota vs MOHAMED ABDI SHIDE |
| 158 | 27-CR-23-3459 | State of Minnesota vs MUAD ABDULKADIR | State of Minnesota vs MUAD ABDULKADIR |
| 159 | 27-CR-23-3460 | State of Minnesota vs MUAD ABDULKADIR | State of Minnesota vs MUAD ABDULKADIR |
| 160 | 27-CR-23-21403 | State of Minnesota vs PETER JAHAN LEHMEYER | State of Minnesota vs PETER JAHAN LEHMEYER |
| 161 | 27-CR-23-2073 | State of Minnesota vs PRIEST JESUS DORSEY | State of Minnesota vs PRIEST JESUS DORSEY |
| 162 | 27-CR-23-9135 | State of Minnesota vs Rashi Tamboura Williams | State of Minnesota vs Rashi Tamboura Williams |
| 163 | 27-CR-23-18846 | State of Minnesota vs RICKY NELSON SULLIVAN Jr. | State of Minnesota vs RICKY NELSON SULLIVAN, Jr. |
| 164 | 27-CR-23-18850 | State of Minnesota vs RICKY NELSON SULLIVAN Jr. | State of Minnesota vs RICKY NELSON SULLIVAN, Jr. |
| 165 | 27-CR-23-21653 | State of Minnesota vs ROBERT WILLIAM BALSIMO | State of Minnesota vs ROBERT WILLIAM BALSIMO |

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | Case_Number | May_3_2024_Affidavit_Filed_by_Matthew_Guertin_p_10-13 | Current_2025_Forensic_Report_Case_Titles |
|---|---|---|---|
| 166 | 27-CR-23-2480 | State of Minnesota vs Sandra Vongsaphay | State of Minnesota vs Sandra Vongsaphay |
| 167 | 27-CR-23-8649 | State of Minnesota vs TERRELL JOHNSON | State of Minnesota vs TERRELL JOHNSON |
| 168 | 27-CR-23-9546 | State of Minnesota vs TIMOTHY TERRELL STUCKEY | State of Minnesota vs TIMOTHY TERRELL STUCKEY |
| 169 | 27-CR-23-18964 | State of Minnesota vs TROY CARL WARNKE Jr. | State of Minnesota vs TROY CARL WARNKE, Jr. |
| 170 | 27-CR-23-1658 | State of Minnesota vs YASMIN AHMED ALI | State of Minnesota vs YASMIN AHMED ALI |

**EXHIBIT DLF-7 | p. 6**