# EXHIBIT DLF-8

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | May_3_2024_Affidavit_Filed_by_Matthew_Guertin_p_15 | May_3_2024_Count | Current_Count |
|---|---|---|---|
| 1 | Total Unique Criminal Case Numbers | 163 | 163 |
| 2 | | | |
| 3 | Total MCRO PDF Docs Downloaded for All Shared Cases | 3556 | 3629 |
| 4 | | | |
| 5 | Total E-filed Comp Order for Detention | 79 | 79 |
| 6 | Total Law Enforcement Notice of Release and Appearance | 48 | 48 |
| 7 | Total Order for Conditional Release | 222 | 222 |
| 8 | Total Notice of Case Reassignment | 136 | 136 |
| 9 | Total Notice of Appearance | 28 | 28 |
| 10 | Total Demand or Request for Discovery | 99 | 99 |
| 11 | Total Pandemic Cancelled or Rescheduled Hearing | 17 | 17 |
| 12 | Total Petition to Proceed as ProSe Counsel | 4 | 4 |
| 13 | Total Notice of Hearing | 434 | 434 |
| 14 | Total Notice of Remote Hearing with Instructions | 644 | 644 |
| 15 | Total Returned Mail | 238 | 238 |
| 16 | Total Witness List | 28 | 28 |
| 17 | Total Rule 20.01 Evaluation for Competency to Proceed | 488 | 488 |
| 18 | Total Finding of Incompetency and Order | 130 | 130 |
| 19 | | | |
| 20 | May_3_2024_Affidavit_Filed_by_Matthew_Guertin_p_16 | May_3_2024_Count | Current_Count |
| 21 | 2017 Unique Criminal Case Numbers | 3 | 3 |
| 22 | | | |
| 23 | 2017 MCRO PDF Documents Downloaded | 73 | 73 |
| 24 | | | |
| 25 | 2017 E-filed Comp Order for Detention | 1 | 1 |
| 26 | 2017 Law Enforcement Notice of Release and Appearance | 0 | 0 |
| 27 | 2017 Order for Conditional Release | 0 | 0 |
| 28 | 2017 Notice of Case Reassignment | 0 | 0 |
| 29 | 2017 Notice of Hearing | 0 | 0 |
| 30 | 2017 Notice of Remote Hearing with Instructions | 8 | 8 |
| 31 | 2017 Returned Mail | 3 | 3 |
| 32 | 2017 Witness List | 0 | 0 |
| 33 | 2017 Rule 20.01 Evaluation for Competency to Proceed | 4 | 4 |
| 34 | 2017 Finding of Incompetency and Order | 0 | 0 |

35

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| 36 | **May_3_2024_Affidavit_Filed_by_Matthew_Guertin_p_16** | **May_3_2024_Count** | **Current_Count** |
|---|---|---|---|
| 37 | 2018 Unique Criminal Case Numbers | 4 | 4 |
| 38 | | | |
| 39 | 2018 MCRO PDF Documents Downloaded | 184 | 184 |
| 40 | | | |
| 41 | 2018 E-filed Comp Order for Detention | 1 | 1 |
| 42 | 2018 Law Enforcement Notice of Release and Appearance | 4 | 4 |
| 43 | 2018 Order for Conditional Release | 3 | 3 |
| 44 | 2018 Notice of Case Reassignment | 1 | 1 |
| 45 | 2018 Notice of Hearing | 28 | 28 |
| 46 | 2018 Notice of Remote Hearing with Instructions | 22 | 22 |
| 47 | 2018 Returned Mail | 11 | 11 |
| 48 | 2018 Witness List | 3 | 3 |
| 49 | 2018 Rule 20.01 Evaluation for Competency to Proceed | 23 | 23 |
| 50 | 2018 Finding of Incompetency and Order | 3 | 3 |
| 51 | | | |
| 52 | **May_3_2024_Affidavit_Filed_by_Matthew_Guertin_p_17** | **May_3_2024_Count** | **Current_Count** |
| 53 | 2019 Unique Criminal Case Numbers | 12 | 12 |
| 54 | | | |
| 55 | 2019 MCRO PDF Documents Downloaded | 459 | 459 |
| 56 | | | |
| 57 | 2019 E-filed Comp Order for Detention | 5 | 5 |
| 58 | 2019 Law Enforcement Notice of Release and Appearance | 4 | 4 |
| 59 | 2019 Order for Conditional Release | 22 | 22 |
| 60 | 2019 Notice of Case Reassignment | 23 | 23 |
| 61 | 2019 Notice of Hearing | 87 | 87 |
| 62 | 2019 Notice of Remote Hearing with Instructions | 67 | 67 |
| 63 | 2019 Returned Mail | 31 | 31 |
| 64 | 2019 Witness List | 4 | 4 |
| 65 | 2019 Rule 20.01 Evaluation for Competency to Proceed | 49 | 49 |
| 66 | 2019 Finding of Incompetency and Order | 10 | 10 |
| 67 | | | |

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| 68 | **May_3_2024_Affidavit_Filed_by_Matthew_Guertin_p_17** | **May_3_2024_Count** | **Current_Count** |
|---|---|---|---|
| 69 | 2020 Unique Criminal Case Numbers | 20 | 20 |
| 70 | | | |
| 71 | 2020 MCRO PDF Documents Downloaded | 606 | 606 |
| 72 | | | |
| 73 | 2020 E-filed Comp Order for Detention | 8 | 8 |
| 74 | 2020 Law Enforcement Notice of Release and Appearance | 11 | 11 |
| 75 | 2020 Order for Conditional Release | 28 | 28 |
| 76 | 2020 Notice of Case Reassignment | 26 | 26 |
| 77 | 2020 Notice of Hearing | 78 | 78 |
| 78 | 2020 Notice of Remote Hearing with Instructions | 125 | 125 |
| 79 | 2020 Returned Mail | 47 | 47 |
| 80 | 2020 Witness List | 7 | 7 |
| 81 | 2020 Rule 20.01 Evaluation for Competency to Proceed | 72 | 72 |
| 82 | 2020 Finding of Incompetency and Order | 12 | 12 |
| 83 | | | |
| 84 | **May_3_2024_Affidavit_Filed_by_Matthew_Guertin_p_18** | **May_3_2024_Count** | **Current_Count** |
| 85 | 2021 Unique Criminal Case Numbers | 41 | 41 |
| 86 | | | |
| 87 | 2021 MCRO PDF Documents Downloaded | 1122 | 1122 |
| 88 | | | |
| 89 | 2021 E-filed Comp Order for Detention | 19 | 19 |
| 90 | 2021 Law Enforcement Notice of Release and Appearance | 20 | 20 |
| 91 | 2021 Order for Conditional Release | 101 | 101 |
| 92 | 2021 Notice of Case Reassignment | 55 | 55 |
| 93 | 2021 Notice of Hearing | 90 | 90 |
| 94 | 2021 Notice of Remote Hearing with Instructions | 230 | 230 |
| 95 | 2021 Returned Mail | 78 | 78 |
| 96 | 2021 Witness List | 11 | 11 |
| 97 | 2021 Rule 20.01 Evaluation for Competency to Proceed | 169 | 169 |
| 98 | 2021 Finding of Incompetency and Order | 37 | 37 |

99

**EXHIBIT DLF-8 | p. 3**

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| 100 | **May_3_2024_Affidavit_Filed_by_Matthew_Guertin_p_18** | **May_3_2024_Count** | **Current_Count** |
|---|---|---|---|
| 101 | 2022 Unique Criminal Case Numbers | 44 | 44 |
| 102 | | | |
| 103 | 2022 MCRO PDF Documents Downloaded | 772 | 772 |
| 104 | | | |
| 105 | 2022 E-filed Comp Order for Detention | 18 | 18 |
| 106 | 2022 Law Enforcement Notice of Release and Appearance | 5 | 5 |
| 107 | 2022 Order for Conditional Release | 46 | 46 |
| 108 | 2022 Notice of Case Reassignment | 25 | 25 |
| 109 | 2022 Notice of Hearing | 105 | 105 |
| 110 | 2022 Notice of Remote Hearing with Instructions | 118 | 118 |
| 111 | 2022 Returned Mail | 49 | 49 |
| 112 | 2022 Witness List | 3 | 3 |
| 113 | 2022 Rule 20.01 Evaluation for Competency to Proceed | 110 | 110 |
| 114 | 2022 Finding of Incompetency and Order | 35 | 35 |
| 115 | | | |

| 116 | **May_3_2024_Affidavit_Filed_by_Matthew_Guertin_p_19** | **May_3_2024_Count** | **Current_Count** |
|---|---|---|---|
| 117 | 2023 Unique Criminal Case Numbers | 39 | 39 |
| 118 | | | |
| 119 | 2023 MCRO PDF Documents Downloaded | 413 | 413 |
| 120 | | | |
| 121 | 2023 E-filed Comp Order for Detention | 27 | 27 |
| 122 | 2023 Law Enforcement Notice of Release and Appearance | 4 | 4 |
| 123 | 2023 Order for Conditional Release | 22 | 22 |
| 124 | 2023 Notice of Case Reassignment | 6 | 6 |
| 125 | 2023 Notice of Hearing | 46 | 46 |
| 126 | 2023 Notice of Remote Hearing with Instructions | 74 | 74 |
| 127 | 2023 Returned Mail | 19 | 19 |
| 128 | 2023 Witness List | 0 | 0 |
| 129 | 2023 Rule 20.01 Evaluation for Competency to Proceed | 61 | 61 |
| 130 | 2023 Finding of Incompetency and Order | 33 | 33 |