# EXHIBIT CAS-2

| Index | Case_Number | Case_Sort_Index | Defendant_Name | Related_Case_Number |
|---|---|---|---|---|
| 1 | 27-CR-17-1555 | 27-CR-17-01555_0 | ADRIAN MICHAEL WESLEY | 27-MH-PR-17-175 |
| 2 | 27-CR-17-8342 | 27-CR-17-08342_0 | ADRIAN MICHAEL WESLEY | 27-MH-PR-17-175 |
| 3 | 27-CR-18-18391 | 27-CR-18-18391_0 | AESHA IBRAHIM OSMAN | 27-MH-PR-19-280 |
| 4 | 27-CR-18-18391 | 27-CR-18-18391_1 | AESHA IBRAHIM OSMAN | 27-MH-PR-23-657 |
| 5 | 27-CR-18-18391 | 27-CR-18-18391_2 | AESHA IBRAHIM OSMAN | 27-MH-PR-24-368 |
| 6 | 27-CR-18-26530 | 27-CR-18-26530_0 | WILLIAM LEE NABORS | 27-MH-PR-23-624 |
| 7 | 27-CR-19-901 | 27-CR-19-00901_0 | EYUAEL GONFA KEBEDE | 27-MH-PR-23-253 |
| 8 | 27-CR-19-1916 | 27-CR-19-01916_0 | AESHA IBRAHIM OSMAN | 27-MH-PR-19-280 |
| 9 | 27-CR-19-1916 | 27-CR-19-01916_1 | AESHA IBRAHIM OSMAN | 27-MH-PR-23-657 |
| 10 | 27-CR-19-1916 | 27-CR-19-01916_2 | AESHA IBRAHIM OSMAN | 27-MH-PR-24-368 |
| 11 | 27-CR-19-3539 | 27-CR-19-03539_0 | AESHA IBRAHIM OSMAN | 27-MH-PR-19-280 |
| 12 | 27-CR-19-3539 | 27-CR-19-03539_1 | AESHA IBRAHIM OSMAN | 27-MH-PR-23-657 |
| 13 | 27-CR-19-3539 | 27-CR-19-03539_2 | AESHA IBRAHIM OSMAN | 27-MH-PR-24-368 |
| 14 | 27-CR-19-9270 | 27-CR-19-09270_0 | WILLIAM LEE NABORS | 27-MH-PR-23-624 |
| 15 | 27-CR-19-12466 | 27-CR-19-12466_0 | TERRELL JOHNSON | 27-MH-PR-24-386 |
| 16 | 27-CR-19-17539 | 27-CR-19-17539_0 | AESHA IBRAHIM OSMAN | 27-MH-PR-23-657 |
| 17 | 27-CR-19-17539 | 27-CR-19-17539_1 | AESHA IBRAHIM OSMAN | 27-MH-PR-24-368 |
| 18 | 27-CR-19-19606 | 27-CR-19-19606_0 | TERRELL JOHNSON | 27-MH-PR-24-386 |
| 19 | 27-CR-19-28883 | 27-CR-19-28883_0 | JACOB MAMAR JOHNSON | 27-MH-PR-20-96 |
| 20 | 27-CR-19-28883 | 27-CR-19-28883_1 | JACOB MAMAR JOHNSON | 27-MH-PR-22-181 |
| 21 | 27-CR-20-7092 | 27-CR-20-07092_0 | DWAYNE ANTHONY BLEDSOE | 27-CR-21-17963 |
| 22 | 27-CR-20-7092 | 27-CR-20-07092_1 | DWAYNE ANTHONY BLEDSOE | 27-MH-PR-22-1362 |
| 23 | 27-CR-20-8575 | 27-CR-20-08575_0 | Bisharo Jama Noor | 27-MH-PR-23-447 |
| 24 | 27-CR-20-8926 | 27-CR-20-08926_0 | TERRELL JOHNSON | 27-MH-PR-24-386 |
| 25 | 27-CR-20-13495 | 27-CR-20-13495_0 | EYUAEL GONFA KEBEDE | 27-MH-PR-23-253 |
| 26 | 27-CR-20-19196 | 27-CR-20-19196_0 | ABDIRAHMAN ISMAIL FARAH | 27-MH-PR-21-648 |
| 27 | 27-CR-20-20037 | 27-CR-20-20037_0 | TERRELL JOHNSON | 27-MH-PR-24-386 |
| 28 | 27-CR-20-20788 | 27-CR-20-20788_0 | Lawrence Joseph Durheim | 27-MH-PR-23-535 |
| 29 | 27-CR-20-23239 | 27-CR-20-23239_0 | JALEISHA LANAY TAYLOR | 27-CR-17-16954 |
| 30 | 27-CR-20-23239 | 27-CR-20-23239_1 | JALEISHA LANAY TAYLOR | 27-CR-18-8346 |
| 31 | 27-CR-20-23521 | 27-CR-20-23521_0 | CASPER HUY VUONG | 27-MH-PR-22-1394 |
| 32 | 27-CR-20-26577 | 27-CR-20-26577_0 | Rasheed Richardson | 27-MH-PR-22-59 |
| 33 | 27-CR-20-27550 | 27-CR-20-27550_0 | RODRICK JEROME CARPENTER | 27-MH-PR-21-523 |

EXHIBIT CAS-2 | p. 1

| Index | Case_Number | Case_Sort_Index | Defendant_Name | Related_Case_Number |
|---|---|---|---|---|
| 34 | 27-CR-20-27550 | 27-CR-20-27550_1 | RODRICK JEROME CARPENTER | 27-MH-PR-22-969 |
| 35 | 27-CR-21-933 | 27-CR-21-00933_0 | DWAYNE ANTHONY BLEDSOE | 27-MH-PR-22-1362 |
| 36 | 27-CR-21-1171 | 27-CR-21-01171_0 | IBSSA M YOUSSUF | 27-MH-PR-23-558 |
| 37 | 27-CR-21-6710 | 27-CR-21-06710_0 | TEMEKA MICHELLE NICHOLS | 27-MH-PR-23-513 |
| 38 | 27-CR-21-6710 | 27-CR-21-06710_1 | TEMEKA MICHELLE NICHOLS | 27-MH-PR-24-38 |
| 39 | 27-CR-21-7676 | 27-CR-21-07676_0 | Bisharo Jama Noor | 27-MH-PR-23-447 |
| 40 | 27-CR-21-10675 | 27-CR-21-10675_0 | Dennis Joseph Barry | 27-MH-PR-23-222 |
| 41 | 27-CR-21-13795 | 27-CR-21-13795_0 | JACOB MAMAR JOHNSON | 27-MH-PR-22-181 |
| 42 | 27-CR-21-14861 | 27-CR-21-14861_0 | KESSIE KAFELE WILSON | 27-MH-PR-23-1277 |
| 43 | 27-CR-21-16111 | 27-CR-21-16111_0 | CHARLESETTA STARLET BROWN | 27-MH-PR-22-1034 |
| 44 | 27-CR-21-17008 | 27-CR-21-17008_0 | NICOLLE LYNN FAWCETT | 27-CR-21-17006 |
| 45 | 27-CR-21-19552 | 27-CR-21-19552_0 | TERRELL JOHNSON | 27-MH-PR-24-386 |
| 46 | 27-CR-21-19723 | 27-CR-21-19723_0 | BRITTANY LATESHA CRUTCHFIELD | 27-MH-PR-22-944 |
| 47 | 27-CR-21-20529 | 27-CR-21-20529_0 | ISAAC LEE KELLEY | 27-MH-PR-22-580 |
| 48 | 27-CR-21-22058 | 27-CR-21-22058_0 | AESHA IBRAHIM OSMAN | 27-MH-PR-23-657 |
| 49 | 27-CR-21-22058 | 27-CR-21-22058_1 | AESHA IBRAHIM OSMAN | 27-MH-PR-24-368 |
| 50 | 27-CR-21-23233 | 27-CR-21-23233_0 | TERRELL JOHNSON | 27-MH-PR-24-386 |
| 51 | 27-CR-21-23456 | 27-CR-21-23456_0 | BRITTANY LATESHA CRUTCHFIELD | 27-MH-PR-22-944 |
| 52 | 27-CR-21-23628 | 27-CR-21-23628_0 | Carmen Bendu Greaves | 27-CR-22-7797 |
| 53 | 27-CR-22-1165 | 27-CR-22-01165_0 | TERRELL JOHNSON | 27-MH-PR-24-386 |
| 54 | 27-CR-22-3553 | 27-CR-22-03553_0 | WILLIAM LEE NABORS | 27-MH-PR-23-624 |
| 55 | 27-CR-22-3570 | 27-CR-22-03570_0 | Dennis Joseph Barry | 27-MH-PR-23-222 |
| 56 | 27-CR-22-4879 | 27-CR-22-04879_0 | MANYARA NICOLE WATKINS | 27-MH-PR-22-677 |
| 57 | 27-CR-22-4898 | 27-CR-22-04898_0 | TERRELL JOHNSON | 27-MH-PR-24-386 |
| 58 | 27-CR-22-5532 | 27-CR-22-05532_0 | Isaac Lee Kelley | 27-MH-PR-22-580 |
| 59 | 27-CR-22-7797 | 27-CR-22-07797_0 | Carmen Bendu Greaves | 27-CR-20-22202 |
| 60 | 27-CR-22-7797 | 27-CR-22-07797_1 | Carmen Bendu Greaves | 27-CR-21-12783 |
| 61 | 27-CR-22-7797 | 27-CR-22-07797_2 | Carmen Bendu Greaves | 27-CR-21-23628 |
| 62 | 27-CR-22-7797 | 27-CR-22-07797_3 | Carmen Bendu Greaves | 27-MH-PR-22-824 |
| 63 | 27-CR-22-7953 | 27-CR-22-07953_0 | ISAAC LEE KELLEY | 27-MH-PR-22-580 |
| 64 | 27-CR-22-9720 | 27-CR-22-09720_0 | EMANUEL OMAR BLACK | 27-MH-PR-24-160 |
| 65 | 27-CR-22-10646 | 27-CR-22-10646_0 | LAMAR GLASS | 27-MH-PR-22-1062 |
| 66 | 27-CR-22-12076 | 27-CR-22-12076_0 | Emanuel Omar Black | 27-MH-PR-24-160 |

| Index | Case_Number | Case_Sort_Index | Defendant_Name | Related_Case_Number |
|---|---|---|---|---|
| 67 | 27-CR-22-13185 | 27-CR-22-13185_0 | MARK ANTHONY REINHART | 27-MH-PR-23-466 |
| 68 | 27-CR-22-14493 | 27-CR-22-14493_0 | TIMOTHY TERRELL STUCKEY | 27-MH-PR-24-255 |
| 69 | 27-CR-22-14541 | 27-CR-22-14541_0 | RODRICK JEROME CARPENTER, II | 27-MH-PR-22-969 |
| 70 | 27-CR-22-15358 | 27-CR-22-15358_0 | RODRICK JEROME CARPENTER, II | 27-MH-PR-22-969 |
| 71 | 27-CR-22-15430 | 27-CR-22-15430_0 | CHARLESETTA STARLET BROWN | 27-MH-PR-22-1034 |
| 72 | 27-CR-22-15550 | 27-CR-22-15550_0 | BRITTANY LATESHA CRUTCHFIELD | 27-MH-PR-22-944 |
| 73 | 27-CR-22-18209 | 27-CR-22-18209_0 | JULIET KAY HIGGINS | 27-MH-PR-23-117 |
| 74 | 27-CR-22-18938 | 27-CR-22-18938_0 | NURADIN MOHAMUD | 27-MH-PR-23-68 |
| 75 | 27-CR-22-19036 | 27-CR-22-19036_0 | Crystal Latasha Mcbounds | 27-CR-22-22179 |
| 76 | 27-CR-22-19036 | 27-CR-22-19036_1 | Crystal Latasha Mcbounds | 27-MH-PR-24-347 |
| 77 | 27-CR-22-20527 | 27-CR-22-20527_0 | JARELLE THOMAS VAUGHN | 27-MH-PR-23-26 |
| 78 | 27-CR-22-22521 | 27-CR-22-22521_0 | Dennis Joseph Barry | 27-MH-PR-23-222 |
| 79 | 27-CR-22-25151 | 27-CR-22-25151_0 | NICOLE LORETTA KELM | 27-MH-PR-23-1487 |
| 80 | 27-CR-23-284 | 27-CR-23-00284_0 | MOHAMED ABDI SHIDE | 27-MH-PR-23-357 |
| 81 | 27-CR-23-1886 | 27-CR-23-01886_0 | MATTHEW DAVID GUERTIN | 27-MH-PR-23-815 |
| 82 | 27-CR-23-3198 | 27-CR-23-03198_0 | AARON DASHAUN CHERRY | 27-CR-18-5412 |
| 83 | 27-CR-23-3198 | 27-CR-23-03198_1 | AARON DASHAUN CHERRY | 27-CR-21-19577 |
| 84 | 27-CR-23-3198 | 27-CR-23-03198_2 | AARON DASHAUN CHERRY | 62-CR-18-5009 |
| 85 | 27-CR-23-3198 | 27-CR-23-03198_3 | AARON DASHAUN CHERRY | 82-CR-17-4908 |
| 86 | 27-CR-23-3423 | 27-CR-23-03423_0 | MOHAMED ABDI SHIDE | 27-MH-PR-23-357 |
| 87 | 27-CR-23-3459 | 27-CR-23-03459_0 | MUAD ABDULKADIR | 27-MH-PR-23-402 |
| 88 | 27-CR-23-3460 | 27-CR-23-03460_0 | MUAD ABDULKADIR | 27-MH-PR-23-402 |
| 89 | 27-CR-23-3496 | 27-CR-23-03496_0 | ABDULKADIR ELMI EGAL | 27-MH-PR-23-378 |
| 90 | 27-CR-23-8560 | 27-CR-23-08560_0 | INGRAM METEBO OYUGI | 27-MH-PR-23-632 |
| 91 | 27-CR-23-8649 | 27-CR-23-08649_0 | TERRELL JOHNSON | 27-MH-PR-24-386 |
| 92 | 27-CR-23-9546 | 27-CR-23-09546_0 | TIMOTHY TERRELL STUCKEY | 27-MH-PR-24-255 |
| 93 | 27-CR-23-12360 | 27-CR-23-12360_0 | ALEXANDER ORVAL THOMLEY | 27-MH-PR-23-889 |
| 94 | 27-CR-23-12653 | 27-CR-23-12653_0 | JACOB JOSEPH SCHECH | 27-MH-PR-23-1461 |
| 95 | 27-CR-23-16281 | 27-CR-23-16281_0 | FUE VANG | 27-MH-PR-23-1270 |
| 96 | 27-CR-23-17576 | 27-CR-23-17576_0 | EMANUEL OMAR BLACK | 27-MH-PR-24-160 |
| 97 | 27-CR-23-18846 | 27-CR-23-18846_0 | RICKY NELSON SULLIVAN, Jr. | 27-MH-PR-23-1238 |
| 98 | 27-CR-23-18850 | 27-CR-23-18850_0 | RICKY NELSON SULLIVAN, Jr. | 27-MH-PR-23-1238 |
| 99 | 27-CR-23-18964 | 27-CR-23-18964_0 | TROY CARL WARNKE, Jr. | 27-MH-PR-23-1241 |

| Index | Case_Number | Case_Sort_Index | Defendant_Name | Related_Case_Number |
|---|---|---|---|---|
| 100 | 27-CR-23-20715 | 27-CR-23-20715_0 | KESSIE KAFELE WILSON | 27-MH-PR-23-1277 |
| 101 | 27-CR-23-21653 | 27-CR-23-21653_0 | ROBERT WILLIAM BALSIMO | 27-MH-PR-23-1340 |

**EXHIBIT CAS-2 | p. 4**