# EXHIBIT CAS-5

| Index | Case_Number | Defendant_Name | Legal_Role | Lead_Attorney_Name | No_Lead_Attorney |
|---|---|---|---|---|---|
| 1 | 27-CR-17-1555 | ADRIAN MICHAEL WESLEY | Defense Attorney | NOLEN, JULIUS ANTHONY | |
| 2 | 27-CR-17-1555 | ADRIAN MICHAEL WESLEY | Hennepin County Attorney (prosecutor) | BLAGOEV, AMY LOUISE | |
| 3 | 27-CR-17-8342 | ADRIAN MICHAEL WESLEY | Defense Attorney | NOLEN, JULIUS ANTHONY | |
| 4 | 27-CR-17-8342 | ADRIAN MICHAEL WESLEY | Hennepin County Attorney (prosecutor) | BLAGOEV, AMY LOUISE | |
| 5 | 27-CR-17-22909 | ADRIAN MICHAEL WESLEY | Defense Attorney | NOLEN, JULIUS ANTHONY | |
| 6 | 27-CR-17-22909 | ADRIAN MICHAEL WESLEY | Hennepin County Attorney (prosecutor) | BLAGOEV, AMY LOUISE | |
| 7 | 27-CR-18-18391 | AESHA IBRAHIM OSMAN | Defense Attorney | KHAN, ATIF AHMED | |
| 8 | 27-CR-18-18391 | AESHA IBRAHIM OSMAN | Hennepin County Attorney (prosecutor) | POWELL, EVAN DANIEL | |
| 9 | 27-CR-18-18396 | Ramadan Hakim Campbell | Defense Attorney | | TRUE |
| 10 | 27-CR-18-18396 | Ramadan Hakim Campbell | Hennepin County Attorney (prosecutor) | FREEMAN, CHRISTOPHER ERIC | |
| 11 | 27-CR-18-19274 | IFRAH ABDULL HASSAN | Defense Attorney | SKRZECZKOSKI, LISA ELLEN | |
| 12 | 27-CR-18-19274 | IFRAH ABDULL HASSAN | Hennepin County Attorney (prosecutor) | BARNER, JABARI JAKSONI | |
| 13 | 27-CR-18-26530 | WILLIAM LEE NABORS | Defense Attorney | MARTIN, PETER JOSEPH | |
| 14 | 27-CR-18-26530 | WILLIAM LEE NABORS | Hennepin County Attorney (prosecutor) | MARA, KAREN ANN SWEDENBURG | |
| 15 | 27-CR-19-901 | EYUAEL GONFA KEBEDE | Defense Attorney | KYLE, JUANITA LOUISE | |
| 16 | 27-CR-19-901 | EYUAEL GONFA KEBEDE | Hennepin County Attorney (prosecutor) | GALLER, KATHERINE DIANE | |
| 17 | 27-CR-19-1916 | AESHA IBRAHIM OSMAN | Defense Attorney | KHAN, ATIF AHMED | |
| 18 | 27-CR-19-1916 | AESHA IBRAHIM OSMAN | Hennepin County Attorney (prosecutor) | POWELL, EVAN DANIEL | |
| 19 | 27-CR-19-3539 | AESHA IBRAHIM OSMAN | Defense Attorney | KHAN, ATIF AHMED | |
| 20 | 27-CR-19-3539 | AESHA IBRAHIM OSMAN | Hennepin County Attorney (prosecutor) | POWELL, EVAN DANIEL | |
| 21 | 27-CR-19-9270 | WILLIAM LEE NABORS | Defense Attorney | MARTIN, PETER JOSEPH | |
| 22 | 27-CR-19-9270 | WILLIAM LEE NABORS | Hennepin County Attorney (prosecutor) | LEACH, PATRICK GEORGE | |
| 23 | 27-CR-19-11566 | MAKIS DEVELL LANE | Defense Attorney | HAYES, MICHELLE MARGARET | |
| 24 | 27-CR-19-11566 | MAKIS DEVELL LANE | Hennepin County Attorney (prosecutor) | | TRUE |
| 25 | 27-CR-19-12130 | MAKIS DEVELL LANE | Defense Attorney | HAYES, MICHELLE MARGARET | |
| 26 | 27-CR-19-12130 | MAKIS DEVELL LANE | Hennepin County Attorney (prosecutor) | ROSS, DAVID KELLAND | |
| 27 | 27-CR-19-12466 | TERRELL JOHNSON | Defense Attorney | PRAHL, LAURA LEE | |
| 28 | 27-CR-19-12466 | TERRELL JOHNSON | Hennepin County Attorney (prosecutor) | WOTHE, KACY LEE | |
| 29 | 27-CR-19-17539 | AESHA IBRAHIM OSMAN | Defense Attorney | KHAN, ATIF AHMED | |
| 30 | 27-CR-19-17539 | AESHA IBRAHIM OSMAN | Hennepin County Attorney (prosecutor) | POWELL, EVAN DANIEL | |
| 31 | 27-CR-19-19606 | TERRELL JOHNSON | Defense Attorney | PRAHL, LAURA LEE | |
| 32 | 27-CR-19-19606 | TERRELL JOHNSON | Hennepin County Attorney (prosecutor) | WOTHE, KACY LEE | |
| 33 | 27-CR-19-22615 | ANNE MARIE RILEY | Defense Attorney | KENNON, SHAWN RENEE | |

| Index | Case_Number | Defendant_Name | Legal_Role | Lead_Attorney_Name | No_Lead_Attorney |
|---|---|---|---|---|---|
| 34 | 27-CR-19-22615 | ANNE MARIE RILEY | Hennepin County Attorney (prosecutor) | MCCAHERY, ANNELIESE LORRAINE | |
| 35 | 27-CR-19-25578 | PAUL JOSEPH OWENS | Defense Attorney | | TRUE |
| 36 | 27-CR-19-25578 | PAUL JOSEPH OWENS | Hennepin County Attorney (prosecutor) | RENZ, CHRISTOPHER PAUL | |
| 37 | 27-CR-19-28883 | JACOB MAMAR JOHNSON | Defense Attorney | FRAME, HOLLY ROSE | |
| 38 | 27-CR-19-28883 | JACOB MAMAR JOHNSON | Hennepin County Attorney (prosecutor) | HAMID, MAWERDI AHMED | |
| 39 | 27-CR-20-423 | Ifrah Abdullahi Hassan | Defense Attorney | SKRZECZKOSKI, LISA ELLEN | |
| 40 | 27-CR-20-423 | Ifrah Abdullahi Hassan | Hennepin County Attorney (prosecutor) | BARNER, JABARI JAKSONI | |
| 41 | 27-CR-20-1893 | JIMMY EDWARD SPEARS, III | Defense Attorney | BURTON, SHIRA REBECCA | |
| 42 | 27-CR-20-1893 | JIMMY EDWARD SPEARS, III | Hennepin County Attorney (prosecutor) | ROMAKER, DAVID E | |
| 43 | 27-CR-20-3244 | ANGELIC DENISE SCHAEFER | Defense Attorney | JONES, ASHLEY ELIZABETH | |
| 44 | 27-CR-20-3244 | ANGELIC DENISE SCHAEFER | Hennepin County Attorney (prosecutor) | MEITLER, ANDREA JANE | |
| 45 | 27-CR-20-6301 | PRIEST JESUS DORSEY | Defense Attorney | SKRZECZKOSKI, LISA ELLEN | |
| 46 | 27-CR-20-6301 | PRIEST JESUS DORSEY | Hennepin County Attorney (prosecutor) | COLE, CLAIR F | |
| 47 | 27-CR-20-6517 | Rex Allen Basswood, Jr. | Defense Attorney | KNUTSON, CHELSEA ANN | |
| 48 | 27-CR-20-6517 | Rex Allen Basswood, Jr. | Hennepin County Attorney (prosecutor) | RADMER, MICHAEL JAMES | |
| 49 | 27-CR-20-7092 | DWAYNE ANTHONY BLEDSOE | Defense Attorney | KHAN, ATIF AHMED | |
| 50 | 27-CR-20-7092 | DWAYNE ANTHONY BLEDSOE | Hennepin County Attorney (prosecutor) | SCHOUVIELLER, MEGAN NAOMI | |
| 51 | 27-CR-20-8575 | Bisharo Jama Noor | Defense Attorney | KHAN, ATIF AHMED | |
| 52 | 27-CR-20-8575 | Bisharo Jama Noor | Hennepin County Attorney (prosecutor) | NIPPOLDT, CHRISTOPHER TODD | |
| 53 | 27-CR-20-8926 | TERRELL JOHNSON | Defense Attorney | PRAHL, LAURA LEE | |
| 54 | 27-CR-20-8926 | TERRELL JOHNSON | Hennepin County Attorney (prosecutor) | WOTHE, KACY LEE | |
| 55 | 27-CR-20-9036 | MAKIS DEVELL LANE | Defense Attorney | HAYES, MICHELLE MARGARET | |
| 56 | 27-CR-20-9036 | MAKIS DEVELL LANE | Hennepin County Attorney (prosecutor) | BAYNES, MICHELLE DOFFING | |
| 57 | 27-CR-20-10049 | Beyonce Porshae Brown | Defense Attorney | HOFFMAN, GRETCHEN LYNNE | |
| 58 | 27-CR-20-10049 | Beyonce Porshae Brown | Hennepin County Attorney (prosecutor) | ROSS, DAVID KELLAND | |
| 59 | 27-CR-20-11638 | JOHN EMIL STICHA | Defense Attorney | INZ, JULIA M | |
| 60 | 27-CR-20-11638 | JOHN EMIL STICHA | Hennepin County Attorney (prosecutor) | CURTISS, WYNN CHARLES | |
| 61 | 27-CR-20-13495 | EYUAEL GONFA KEBEDE | Defense Attorney | KYLE, JUANITA LOUISE | |
| 62 | 27-CR-20-13495 | EYUAEL GONFA KEBEDE | Hennepin County Attorney (prosecutor) | SCHOUVIELLER, MEGAN NAOMI | |
| 63 | 27-CR-20-19196 | ABDIRAHMAN ISMAIL FARAH | Defense Attorney | | TRUE |
| 64 | 27-CR-20-19196 | ABDIRAHMAN ISMAIL FARAH | Hennepin County Attorney (prosecutor) | SUMMERS, NICHOLAS NATHANIAL | |
| 65 | 27-CR-20-20037 | TERRELL JOHNSON | Defense Attorney | PRAHL, LAURA LEE | |
| 66 | 27-CR-20-20037 | TERRELL JOHNSON | Hennepin County Attorney (prosecutor) | WOTHE, KACY LEE | |

| Index | Case_Number | Defendant_Name | Legal_Role | Lead_Attorney_Name | No_Lead_Attorney |
|---|---|---|---|---|---|
| 67 | 27-CR-20-20788 | Lawrence Joseph Durheim | Defense Attorney | REILAND, ANDREW JOSEPH, II | |
| 68 | 27-CR-20-20788 | Lawrence Joseph Durheim | Hennepin County Attorney (prosecutor) | FISCHMANN, JACOB CARL | |
| 69 | 27-CR-20-20851 | MAKIS DEVIL LANE | Defense Attorney | WHITING, FREYA ELIZABETH | |
| 70 | 27-CR-20-20851 | MAKIS DEVIL LANE | Hennepin County Attorney (prosecutor) | GROSSMANN, AMANDA JO | |
| 71 | 27-CR-20-23239 | JALEISHA LANAY TAYLOR | Defense Attorney | MARCELLUS, MADSEN, Jr. | |
| 72 | 27-CR-20-23239 | JALEISHA LANAY TAYLOR | Hennepin County Attorney (prosecutor) | FILIPSKI, CHRISTOPHER JAMES | |
| 73 | 27-CR-20-23521 | CASPER HUY VUONG | Defense Attorney | GRAY, KEVIN EUGENE | |
| 74 | 27-CR-20-23521 | CASPER HUY VUONG | Hennepin County Attorney (prosecutor) | ALLSEITS, MARK STEVEN | |
| 75 | 27-CR-20-26577 | Rasheed Richardson | Defense Attorney | DESMIDT, DAVID G | |
| 76 | 27-CR-20-26577 | Rasheed Richardson | Hennepin County Attorney (prosecutor) | FREEMAN, CHRISTOPHER ERIC | |
| 77 | 27-CR-20-27550 | RODRICK JEROME CARPENTER | Defense Attorney | PROBST, ASHLEY ANN | |
| 78 | 27-CR-20-27550 | RODRICK JEROME CARPENTER | Hennepin County Attorney (prosecutor) | NIPPOLDT, CHRISTOPHER TODD | |
| 79 | 27-CR-21-928 | PRIEST JESUS DORSEY | Defense Attorney | SKRZECZKOSKI, LISA ELLEN | |
| 80 | 27-CR-21-928 | PRIEST JESUS DORSEY | Hennepin County Attorney (prosecutor) | SAWTELLE, JOSEPH NEVILLE | |
| 81 | 27-CR-21-933 | DWAYNE ANTHONY BLEDSOE | Defense Attorney | KHAN, ATIF AHMED | |
| 82 | 27-CR-21-933 | DWAYNE ANTHONY BLEDSOE | Hennepin County Attorney (prosecutor) | HUDDY, TRAVIS MICHAEL | |
| 83 | 27-CR-21-1171 | IBSSA M YOUSSUF | Defense Attorney | KHAN, ATIF AHMED | |
| 84 | 27-CR-21-1171 | IBSSA M YOUSSUF | Hennepin County Attorney (prosecutor) | FILIPSKI, CHRISTOPHER JAMES | |
| 85 | 27-CR-21-1230 | MAKIS DEVELL LANE | Defense Attorney | HAYES, MICHELLE MARGARET | |
| 86 | 27-CR-21-1230 | MAKIS DEVELL LANE | Hennepin County Attorney (prosecutor) | SUMMERS, NICHOLAS NATHANIAL | |
| 87 | 27-CR-21-1977 | ANGELIC DENISE NUNN | Defense Attorney | FRAME, HOLLY ROSE | |
| 88 | 27-CR-21-1977 | ANGELIC DENISE NUNN | Hennepin County Attorney (prosecutor) | MEITLER, ANDREA JANE | |
| 89 | 27-CR-21-1978 | ANGELIC DENISE NUNN | Defense Attorney | FRAME, HOLLY ROSE | |
| 90 | 27-CR-21-1978 | ANGELIC DENISE NUNN | Hennepin County Attorney (prosecutor) | MEITLER, ANDREA JANE | |
| 91 | 27-CR-21-1980 | GORDON EUGENE SHARP | Defense Attorney | MYHRAN, CHASE ANDERSON | |
| 92 | 27-CR-21-1980 | GORDON EUGENE SHARP | Hennepin County Attorney (prosecutor) | O'ROURKE, DAWN MARIE | |
| 93 | 27-CR-21-3797 | GRAHM MARK FLETCHER | Defense Attorney | HOFFMAN, GRETCHEN LYNNE | |
| 94 | 27-CR-21-3797 | GRAHM MARK FLETCHER | Hennepin County Attorney (prosecutor) | SCHWARTZ, ALINA | |
| 95 | 27-CR-21-6229 | MARVAL BARNES | Defense Attorney | Herlofsky, Susan | |
| 96 | 27-CR-21-6229 | MARVAL BARNES | Hennepin County Attorney (prosecutor) | STEPHENS, ERIN COLLEEN | |
| 97 | 27-CR-21-6382 | PRIEST JESUS DORSEY | Defense Attorney | SKRZECZKOSKI, LISA ELLEN | |
| 98 | 27-CR-21-6382 | PRIEST JESUS DORSEY | Hennepin County Attorney (prosecutor) | SAMAHA, AHMAD SALAH | |
| 99 | 27-CR-21-6710 | TEMEKA MICHELLE NICHOLS | Defense Attorney | Irfanullah, Christine | |

| Index | Case_Number | Defendant_Name | Legal_Role | Lead_Attorney_Name | No_Lead_Attorney |
|---|---|---|---|---|---|
| 100 | 27-CR-21-6710 | TEMEKA MICHELLE NICHOLS | Hennepin County Attorney (prosecutor) | Abreu, Flavio Silveira | |
| 101 | 27-CR-21-6904 | Lucas Patrick Kraskey | Defense Attorney | REILAND, ANDREW JOSEPH, II | |
| 102 | 27-CR-21-6904 | Lucas Patrick Kraskey | Hennepin County Attorney (prosecutor) | Johnston, Heidi | |
| 103 | 27-CR-21-7676 | Bisharo Jama Noor | Defense Attorney | KHAN, ATIF AHMED | |
| 104 | 27-CR-21-7676 | Bisharo Jama Noor | Hennepin County Attorney (prosecutor) | NIPPOLDT, CHRISTOPHER TODD | |
| 105 | 27-CR-21-8067 | Lucas Patrick Kraskey | Defense Attorney | REILAND, ANDREW JOSEPH, II | |
| 106 | 27-CR-21-8067 | Lucas Patrick Kraskey | Hennepin County Attorney (prosecutor) | FREEMAN, CHRISTOPHER ERIC | |
| 107 | 27-CR-21-8227 | Lucas Patrick Kraskey | Defense Attorney | REILAND, ANDREW JOSEPH, II | |
| 108 | 27-CR-21-8227 | Lucas Patrick Kraskey | Hennepin County Attorney (prosecutor) | BORG, DARREN CHARLES | |
| 109 | 27-CR-21-8228 | Lucas Patrick Kraskey | Defense Attorney | REILAND, ANDREW JOSEPH, II | |
| 110 | 27-CR-21-8228 | Lucas Patrick Kraskey | Hennepin County Attorney (prosecutor) | FREEMAN, CHRISTOPHER ERIC | |
| 111 | 27-CR-21-8229 | Lucas Patrick Kraskey | Defense Attorney | REILAND, ANDREW JOSEPH, II | |
| 112 | 27-CR-21-8229 | Lucas Patrick Kraskey | Hennepin County Attorney (prosecutor) | BORG, DARREN CHARLES | |
| 113 | 27-CR-21-8230 | Lucas Patrick Kraskey | Defense Attorney | REILAND, ANDREW JOSEPH, II | |
| 114 | 27-CR-21-8230 | Lucas Patrick Kraskey | Hennepin County Attorney (prosecutor) | BORG, DARREN CHARLES | |
| 115 | 27-CR-21-8412 | Stephone Ahmad Gammage | Defense Attorney | MARCELLUS, MADSEN, Jr. | |
| 116 | 27-CR-21-8412 | Stephone Ahmad Gammage | Hennepin County Attorney (prosecutor) | PEREZ, JACQUELINE | |
| 117 | 27-CR-21-8511 | Lucas Patrick Kraskey | Defense Attorney | REILAND, ANDREW JOSEPH, II | |
| 118 | 27-CR-21-8511 | Lucas Patrick Kraskey | Hennepin County Attorney (prosecutor) | Johnston, Heidi | |
| 119 | 27-CR-21-9235 | GRAHM MARK FLETCHER | Defense Attorney | HOFFMAN, GRETCHEN LYNNE | |
| 120 | 27-CR-21-9235 | GRAHM MARK FLETCHER | Hennepin County Attorney (prosecutor) | DRAPER, ANDREW JOB | |
| 121 | 27-CR-21-10675 | Dennis Joseph Barry | Defense Attorney | MARCELLUS, MADSEN, Jr. | |
| 122 | 27-CR-21-10675 | Dennis Joseph Barry | Hennepin County Attorney (prosecutor) | FISCHMANN, JACOB CARL | |
| 123 | 27-CR-21-13752 | MAKIS DEVELL LANE | Defense Attorney | HAYES, MICHELLE MARGARET | |
| 124 | 27-CR-21-13752 | MAKIS DEVELL LANE | Hennepin County Attorney (prosecutor) | SUMMERS, NICHOLAS NATHANIAL | |
| 125 | 27-CR-21-13795 | JACOB MAMAR JOHNSON | Defense Attorney | FRAME, HOLLY ROSE | |
| 126 | 27-CR-21-13795 | JACOB MAMAR JOHNSON | Hennepin County Attorney (prosecutor) | HAMID, MAWERDI AHMED | |
| 127 | 27-CR-21-14861 | KESSIE KAFELE WILSON | Defense Attorney | MORIARTY, CHRISTINA MARIE | |
| 128 | 27-CR-21-14861 | KESSIE KAFELE WILSON | Hennepin County Attorney (prosecutor) | MCENROE, CATHERINE ANN | |
| 129 | 27-CR-21-16111 | CHARLESETTA STARLET BROWN | Defense Attorney | KOZIOL, SARAH ANNE | |
| 130 | 27-CR-21-16111 | CHARLESETTA STARLET BROWN | Hennepin County Attorney (prosecutor) | REYERSON, ALLISON ELIZABETH | |
| 131 | 27-CR-21-17008 | NICOLLE LYNN FAWCETT | Defense Attorney | | TRUE |
| 132 | 27-CR-21-17008 | NICOLLE LYNN FAWCETT | Hennepin County Attorney (prosecutor) | O'ROURKE, DAWN MARIE | |

| Index | Case_Number | Defendant_Name | Legal_Role | Lead_Attorney_Name | No_Lead_Attorney |
|---|---|---|---|---|---|
| 133 | 27-CR-21-19552 | TERRELL JOHNSON | Defense Attorney | PRAHL, LAURA LEE | |
| 134 | 27-CR-21-19552 | TERRELL JOHNSON | Hennepin County Attorney (prosecutor) | WOTHE, KACY LEE | |
| 135 | 27-CR-21-19723 | BRITTANY LATESHA CRUTCHFIELD | Defense Attorney | Irfanullah, Christine | |
| 136 | 27-CR-21-19723 | BRITTANY LATESHA CRUTCHFIELD | Hennepin County Attorney (prosecutor) | GARVEY, TIMOTHY LAWRENCE | |
| 137 | 27-CR-21-20072 | GORDON EUGENE SHARP | Defense Attorney | MYHRAN, CHASE ANDERSON | |
| 138 | 27-CR-21-20072 | GORDON EUGENE SHARP | Hennepin County Attorney (prosecutor) | O'ROURKE, DAWN MARIE | |
| 139 | 27-CR-21-20529 | ISAAC LEE KELLEY | Defense Attorney | DOMIN, ISA ALI | |
| 140 | 27-CR-21-20529 | ISAAC LEE KELLEY | Hennepin County Attorney (prosecutor) | DIAMOND, CHARLES EDGAR | |
| 141 | 27-CR-21-20637 | Daniel Lamar Ford | Defense Attorney | CARPENTER, RAISSA | |
| 142 | 27-CR-21-20637 | Daniel Lamar Ford | Hennepin County Attorney (prosecutor) | MOELLER, STEPHEN RICHARD | |
| 143 | 27-CR-21-20988 | GORDON EUGENE SHARP, Jr. | Defense Attorney | MYHRAN, CHASE ANDERSON | |
| 144 | 27-CR-21-20988 | GORDON EUGENE SHARP, Jr. | Hennepin County Attorney (prosecutor) | O'ROURKE, DAWN MARIE | |
| 145 | 27-CR-21-21355 | GORDON EUGENE SHARP, Jr. | Defense Attorney | MYHRAN, CHASE ANDERSON | |
| 146 | 27-CR-21-21355 | GORDON EUGENE SHARP, Jr. | Hennepin County Attorney (prosecutor) | O'ROURKE, DAWN MARIE | |
| 147 | 27-CR-21-22058 | AESHA IBRAHIM OSMAN | Defense Attorney | KHAN, ATIF AHMED | |
| 148 | 27-CR-21-22058 | AESHA IBRAHIM OSMAN | Hennepin County Attorney (prosecutor) | POWELL, EVAN DANIEL | |
| 149 | 27-CR-21-23131 | Rex Allen Basswood, Jr. | Defense Attorney | MARCELLUS, MADSEN, Jr. | |
| 150 | 27-CR-21-23131 | Rex Allen Basswood, Jr. | Hennepin County Attorney (prosecutor) | REYERSON, ALLISON ELIZABETH | |
| 151 | 27-CR-21-23188 | GORDON EUGENE SHARP, Jr. | Defense Attorney | MYHRAN, CHASE ANDERSON | |
| 152 | 27-CR-21-23188 | GORDON EUGENE SHARP, Jr. | Hennepin County Attorney (prosecutor) | O'ROURKE, DAWN MARIE | |
| 153 | 27-CR-21-23215 | GORDON EUGENE SHARP, Jr. | Defense Attorney | MYHRAN, CHASE ANDERSON | |
| 154 | 27-CR-21-23215 | GORDON EUGENE SHARP, Jr. | Hennepin County Attorney (prosecutor) | O'ROURKE, DAWN MARIE | |
| 155 | 27-CR-21-23233 | TERRELL JOHNSON | Defense Attorney | PRAHL, LAURA LEE | |
| 156 | 27-CR-21-23233 | TERRELL JOHNSON | Hennepin County Attorney (prosecutor) | WOTHE, KACY LEE | |
| 157 | 27-CR-21-23456 | BRITTANY LATESHA CRUTCHFIELD | Defense Attorney | Irfanullah, Christine | |
| 158 | 27-CR-21-23456 | BRITTANY LATESHA CRUTCHFIELD | Hennepin County Attorney (prosecutor) | GARVEY, TIMOTHY LAWRENCE | |
| 159 | 27-CR-21-23628 | Carmen Bendu Greaves | Defense Attorney | BASKFIELD, MADELINE KREHBIEL | |
| 160 | 27-CR-21-23628 | Carmen Bendu Greaves | Hennepin County Attorney (prosecutor) | RAPP, BRITTA KATE | |
| 161 | 27-CR-22-1165 | TERRELL JOHNSON | Defense Attorney | PRAHL, LAURA LEE | |
| 162 | 27-CR-22-1165 | TERRELL JOHNSON | Hennepin County Attorney (prosecutor) | WOTHE, KACY LEE | |
| 163 | 27-CR-22-3377 | CHASE RADLEY GREEN | Defense Attorney | MYHRAN, CHASE ANDERSON | |
| 164 | 27-CR-22-3377 | CHASE RADLEY GREEN | Hennepin County Attorney (prosecutor) | SUMMERS, NICHOLAS NATHANIAL | |
| 165 | 27-CR-22-3553 | WILLIAM LEE NABORS | Defense Attorney | MARTIN, PETER JOSEPH | |

| Index | Case_Number | Defendant_Name | Legal_Role | Lead_Attorney_Name | No_Lead_Attorney |
|---|---|---|---|---|---|
| 166 | 27-CR-22-3553 | WILLIAM LEE NABORS | Hennepin County Attorney (prosecutor) | ELLISON, ISAIAH DANIEL | |
| 167 | 27-CR-22-3570 | Dennis Joseph Barry | Defense Attorney | MARCELLUS, MADSEN, Jr. | |
| 168 | 27-CR-22-3570 | Dennis Joseph Barry | Hennepin County Attorney (prosecutor) | ANDERSON, KAITLIN BRIANNA | |
| 169 | 27-CR-22-4087 | GORDON EUGENE SHARP, Jr. | Defense Attorney | MYHRAN, CHASE ANDERSON | |
| 170 | 27-CR-22-4087 | GORDON EUGENE SHARP, Jr. | Hennepin County Attorney (prosecutor) | O'ROURKE, DAWN MARIE | |
| 171 | 27-CR-22-4239 | PRIEST JESUS DORSEY | Defense Attorney | SKRZECZKOSKI, LISA ELLEN | |
| 172 | 27-CR-22-4239 | PRIEST JESUS DORSEY | Hennepin County Attorney (prosecutor) | SAMAHA, AHMAD SALAH | |
| 173 | 27-CR-22-4879 | MANYARA NICOLE WATKINS | Defense Attorney | PROBST, ASHLEY ANN | |
| 174 | 27-CR-22-4879 | MANYARA NICOLE WATKINS | Hennepin County Attorney (prosecutor) | Duginske, Brian James | |
| 175 | 27-CR-22-4898 | TERRELL JOHNSON | Defense Attorney | PRAHL, LAURA LEE | |
| 176 | 27-CR-22-4898 | TERRELL JOHNSON | Hennepin County Attorney (prosecutor) | WOTHE, KACY LEE | |
| 177 | 27-CR-22-5532 | Isaac Lee Kelley | Defense Attorney | DOMIN, ISA ALI | |
| 178 | 27-CR-22-5532 | Isaac Lee Kelley | Hennepin County Attorney (prosecutor) | DIAMOND, CHARLES EDGAR | |
| 179 | 27-CR-22-7797 | Carmen Bendu Greaves | Defense Attorney | | TRUE |
| 180 | 27-CR-22-7797 | Carmen Bendu Greaves | Hennepin County Attorney (prosecutor) | LUGER, JOSHUA IRVING | |
| 181 | 27-CR-22-7953 | ISAAC LEE KELLEY | Defense Attorney | DOMIN, ISA ALI | |
| 182 | 27-CR-22-7953 | ISAAC LEE KELLEY | Hennepin County Attorney (prosecutor) | DIAMOND, CHARLES EDGAR | |
| 183 | 27-CR-22-9720 | EMANUEL OMAR BLACK | Defense Attorney | SCOTT, ELIZABETH A F | |
| 184 | 27-CR-22-9720 | EMANUEL OMAR BLACK | Hennepin County Attorney (prosecutor) | Bloomington City Attorney | |
| 185 | 27-CR-22-10055 | MAKIS DUVELL LANE | Defense Attorney | WHITING, FREYA ELIZABETH | |
| 186 | 27-CR-22-10055 | MAKIS DUVELL LANE | Hennepin County Attorney (prosecutor) | GROSSMANN, AMANDA JO | |
| 187 | 27-CR-22-10646 | LAMAR GLASS | Defense Attorney | CHADWICK, ALLISON JACOBSON | |
| 188 | 27-CR-22-10646 | LAMAR GLASS | Hennepin County Attorney (prosecutor) | HUDDY, TRAVIS MICHAEL | |
| 189 | 27-CR-22-12076 | Emanuel Omar Black | Defense Attorney | SCOTT, ELIZABETH A F | |
| 190 | 27-CR-22-12076 | Emanuel Omar Black | Hennepin County Attorney (prosecutor) | Marzitelli, Patrick | |
| 191 | 27-CR-22-13185 | MARK ANTHONY REINHART | Defense Attorney | Novak, Molly Margaret | |
| 192 | 27-CR-22-13185 | MARK ANTHONY REINHART | Hennepin County Attorney (prosecutor) | Johnston, Heidi | |
| 193 | 27-CR-22-13941 | TIA TIAUNNA PAYNE | Defense Attorney | KHAN, ATIF AHMED | |
| 194 | 27-CR-22-13941 | TIA TIAUNNA PAYNE | Hennepin County Attorney (prosecutor) | ANDERSON, KAITLIN BRIANNA | |
| 195 | 27-CR-22-14493 | TIMOTHY TERRELL STUCKEY | Defense Attorney | Irfanullah, Christine | |
| 196 | 27-CR-22-14493 | TIMOTHY TERRELL STUCKEY | Hennepin County Attorney (prosecutor) | SMALL, ANDREW ROBERT | |
| 197 | 27-CR-22-14541 | RODRICK JEROME CARPENTER, II | Defense Attorney | PROBST, ASHLEY ANN | |
| 198 | 27-CR-22-14541 | RODRICK JEROME CARPENTER, II | Hennepin County Attorney (prosecutor) | GALLER, KATHERINE DIANE | |

| Index | Case_Number | Defendant_Name | Legal_Role | Lead_Attorney_Name | No_Lead_Attorney |
|---|---|---|---|---|---|
| 199 | 27-CR-22-15358 | RODRICK JEROME CARPENTER, II | Defense Attorney | PROBST, ASHLEY ANN | |
| 200 | 27-CR-22-15358 | RODRICK JEROME CARPENTER, II | Hennepin County Attorney (prosecutor) | NIPPOLDT, CHRISTOPHER TODD | |
| 201 | 27-CR-22-15430 | CHARLESETTA STARLET BROWN | Defense Attorney | KOZIOL, SARAH ANNE | |
| 202 | 27-CR-22-15430 | CHARLESETTA STARLET BROWN | Hennepin County Attorney (prosecutor) | HUDDY, TRAVIS MICHAEL | |
| 203 | 27-CR-22-15550 | BRITTANY LATESHA CRUTCHFIELD | Defense Attorney | Irfanullah, Christine | |
| 204 | 27-CR-22-15550 | BRITTANY LATESHA CRUTCHFIELD | Hennepin County Attorney (prosecutor) | GARVEY, TIMOTHY LAWRENCE | |
| 205 | 27-CR-22-17300 | Lucas Patrick Kraskey | Defense Attorney | REILAND, ANDREW JOSEPH, II | |
| 206 | 27-CR-22-17300 | Lucas Patrick Kraskey | Hennepin County Attorney (prosecutor) | BORG, DARREN CHARLES | |
| 207 | 27-CR-22-18209 | JULIET KAY HIGGINS | Defense Attorney | CARPENTER, RAISSA | |
| 208 | 27-CR-22-18209 | JULIET KAY HIGGINS | Hennepin County Attorney (prosecutor) | HAIK, DOMINIC JOSEPH | |
| 209 | 27-CR-22-18776 | AMY LOUISE LILLEVOLD | Defense Attorney | SORENSEN, ALYSON BROOKE | |
| 210 | 27-CR-22-18776 | AMY LOUISE LILLEVOLD | Hennepin County Attorney (prosecutor) | STEWART, MERIT QUINCY | |
| 211 | 27-CR-22-18789 | MOLLY ANNE PRICE | Defense Attorney | REILAND, ANDREW JOSEPH, II | |
| 212 | 27-CR-22-18789 | MOLLY ANNE PRICE | Hennepin County Attorney (prosecutor) | HUDDY, TRAVIS MICHAEL | |
| 213 | 27-CR-22-18859 | ABDIQANI AHMED HASSAN | Defense Attorney | REILAND, ANDREW JOSEPH, II | |
| 214 | 27-CR-22-18859 | ABDIQANI AHMED HASSAN | Hennepin County Attorney (prosecutor) | GARVEY, TIMOTHY LAWRENCE | |
| 215 | 27-CR-22-18938 | NURADIN MOHAMUD | Defense Attorney | SAMSON, JUDITH ANN | |
| 216 | 27-CR-22-18938 | NURADIN MOHAMUD | Hennepin County Attorney (prosecutor) | PROVENCHER, DANIEL ROBERT | |
| 217 | 27-CR-22-19036 | Crystal Latasha Mcbounds | Defense Attorney | NIELSEN, ERIK SKOTT | |
| 218 | 27-CR-22-19036 | Crystal Latasha Mcbounds | Hennepin County Attorney (prosecutor) | DOMINIK, JENNA ELIZABETH | |
| 219 | 27-CR-22-20033 | ANGELIC DENISE NUNN | Defense Attorney | FRAME, HOLLY ROSE | |
| 220 | 27-CR-22-20033 | ANGELIC DENISE NUNN | Hennepin County Attorney (prosecutor) | MEITLER, ANDREA JANE | |
| 221 | 27-CR-22-20527 | JARELLE THOMAS VAUGHN | Defense Attorney | Herlofsky, Susan | |
| 222 | 27-CR-22-20527 | JARELLE THOMAS VAUGHN | Hennepin County Attorney (prosecutor) | DOMINIK, JENNA ELIZABETH | |
| 223 | 27-CR-22-21679 | Lucas Patrick Kraskey | Defense Attorney | REILAND, ANDREW JOSEPH, II | |
| 224 | 27-CR-22-21679 | Lucas Patrick Kraskey | Hennepin County Attorney (prosecutor) | SAMAHA, AHMAD SALAH | |
| 225 | 27-CR-22-21925 | Abdinour Mohamed Alasow | Defense Attorney | NOOTHED, REBECCA SUCHADA | |
| 226 | 27-CR-22-21925 | Abdinour Mohamed Alasow | Hennepin County Attorney (prosecutor) | RENZ, CHRISTOPHER PAUL | |
| 227 | 27-CR-22-22521 | Dennis Joseph Barry | Defense Attorney | MARCELLUS, MADSEN, Jr. | |
| 228 | 27-CR-22-22521 | Dennis Joseph Barry | Hennepin County Attorney (prosecutor) | ANDERSON, KAITLIN BRIANNA | |
| 229 | 27-CR-22-22687 | CHASE RADLEY GREEN | Defense Attorney | MYHRAN, CHASE ANDERSON | |
| 230 | 27-CR-22-22687 | CHASE RADLEY GREEN | Hennepin County Attorney (prosecutor) | SORENSEN, ROBERT J | |
| 231 | 27-CR-22-22850 | YASMIN AHMED ALI | Defense Attorney | WHITING, FREYA ELIZABETH | |

| Index | Case_Number | Defendant_Name | Legal_Role | Lead_Attorney_Name | No_Lead_Attorney |
|---|---|---|---|---|---|
| 232 | 27-CR-22-22850 | YASMIN AHMED ALI | Hennepin County Attorney (prosecutor) | Bloomington City Attorney | |
| 233 | 27-CR-22-22963 | GORDON EUGENE SHARP, Jr. | Defense Attorney | MYHRAN, CHASE ANDERSON | |
| 234 | 27-CR-22-22963 | GORDON EUGENE SHARP, Jr. | Hennepin County Attorney (prosecutor) | O'ROURKE, DAWN MARIE | |
| 235 | 27-CR-22-22985 | ABDIQANI AHMED HASSAN | Defense Attorney | REILAND, ANDREW JOSEPH, II | |
| 236 | 27-CR-22-22985 | ABDIQANI AHMED HASSAN | Hennepin County Attorney (prosecutor) | GARVEY, TIMOTHY LAWRENCE | |
| 237 | 27-CR-22-23317 | Abdinour Mohamed Alasow | Defense Attorney | Herlofsky, Susan | |
| 238 | 27-CR-22-23317 | Abdinour Mohamed Alasow | Hennepin County Attorney (prosecutor) | MONNENS, JOHN PATRICK | |
| 239 | 27-CR-22-24045 | Lucas Patrick Kraskey | Defense Attorney | REILAND, ANDREW JOSEPH, II | |
| 240 | 27-CR-22-24045 | Lucas Patrick Kraskey | Hennepin County Attorney (prosecutor) | CHRISTENSEN, KELSEY RAE | |
| 241 | 27-CR-22-24357 | DENNIS MICHAEL THILL | Defense Attorney | PHELPS, REBEKAH JO | |
| 242 | 27-CR-22-24357 | DENNIS MICHAEL THILL | Hennepin County Attorney (prosecutor) | MURPHY, ELIZABETH DORENE | |
| 243 | 27-CR-22-24627 | Rex Allen Basswood, Jr. | Defense Attorney | MARCELLUS, MADSEN, Jr. | |
| 244 | 27-CR-22-24627 | Rex Allen Basswood, Jr. | Hennepin County Attorney (prosecutor) | REYERSON, ALLISON ELIZABETH | |
| 245 | 27-CR-22-25134 | Carmen Bendu Greaves | Defense Attorney | BASKFIELD, MADELINE KREHBIEL | |
| 246 | 27-CR-22-25134 | Carmen Bendu Greaves | Hennepin County Attorney (prosecutor) | LUGER, JOSHUA IRVING | |
| 247 | 27-CR-22-25151 | NICOLE LORETTA KELM | Defense Attorney | BRODHAG, AMANDA JEAN | |
| 248 | 27-CR-22-25151 | NICOLE LORETTA KELM | Hennepin County Attorney (prosecutor) | LUGER, JOSHUA IRVING | |
| 249 | 27-CR-23-284 | MOHAMED ABDI SHIDE | Defense Attorney | SCHOENBORN, ASHLEY MARIE | |
| 250 | 27-CR-23-284 | MOHAMED ABDI SHIDE | Hennepin County Attorney (prosecutor) | RENZ, CHRISTOPHER PAUL | |
| 251 | 27-CR-23-385 | Lucas Patrick Kraskey | Defense Attorney | REILAND, ANDREW JOSEPH, II | |
| 252 | 27-CR-23-385 | Lucas Patrick Kraskey | Hennepin County Attorney (prosecutor) | Gushwa, Judd | |
| 253 | 27-CR-23-512 | Abdinour Mohamed Alasow | Defense Attorney | WHITING, FREYA ELIZABETH | |
| 254 | 27-CR-23-512 | Abdinour Mohamed Alasow | Hennepin County Attorney (prosecutor) | RENZ, CHRISTOPHER PAUL | |
| 255 | 27-CR-23-883 | Abdinour Mohamed Alasow | Defense Attorney | HARMON, JESSIE MARIE | |
| 256 | 27-CR-23-883 | Abdinour Mohamed Alasow | Hennepin County Attorney (prosecutor) | RENZ, CHRISTOPHER PAUL | |
| 257 | 27-CR-23-1101 | MICHAEL CHANTEL WRIGHT | Defense Attorney | KYLE, JUANITA LOUISE | |
| 258 | 27-CR-23-1101 | MICHAEL CHANTEL WRIGHT | Hennepin County Attorney (prosecutor) | CHICO, ZENAIDA | |
| 259 | 27-CR-23-1600 | JIMMY EDWARD SPEARS, III | Defense Attorney | Herlofsky, Susan | |
| 260 | 27-CR-23-1600 | JIMMY EDWARD SPEARS, III | Hennepin County Attorney (prosecutor) | LAFAVOR-MONTEZ, ADRIAN SCOTT | |
| 261 | 27-CR-23-1658 | YASMIN AHMED ALI | Defense Attorney | WHITING, FREYA ELIZABETH | |
| 262 | 27-CR-23-1658 | YASMIN AHMED ALI | Hennepin County Attorney (prosecutor) | GOODCHILD, CODY MICHAEL WILLIAM | |
| 263 | 27-CR-23-1886 | MATTHEW DAVID GUERTIN | Defense Attorney | RIVERS, BRUCE MICHAEL | |
| 264 | 27-CR-23-1886 | MATTHEW DAVID GUERTIN | Hennepin County Attorney (prosecutor) | PEREZ, JACQUELINE | |

| Index | Case_Number | Defendant_Name | Legal_Role | Lead_Attorney_Name | No_Lead_Attorney |
|---|---|---|---|---|---|
| 265 | 27-CR-23-2073 | PRIEST JESUS DORSEY | Defense Attorney | SKRZECZKOSKI, LISA ELLEN | |
| 266 | 27-CR-23-2073 | PRIEST JESUS DORSEY | Hennepin County Attorney (prosecutor) | SPONHEIM, ROLF ALLAN | |
| 267 | 27-CR-23-2152 | GRAHM MARK FLETCHER | Defense Attorney | HOFFMAN, GRETCHEN LYNNE | |
| 268 | 27-CR-23-2152 | GRAHM MARK FLETCHER | Hennepin County Attorney (prosecutor) | HOEFT, JAMES DAVID | |
| 269 | 27-CR-23-2480 | Sandra Vongsaphay | Defense Attorney | Irfanullah, Christine | |
| 270 | 27-CR-23-2480 | Sandra Vongsaphay | Hennepin County Attorney (prosecutor) | MANEWITZ, THOMAS FRANKLIN | |
| 271 | 27-CR-23-3198 | AARON DASHAUN CHERRY | Defense Attorney | KNUTSON, CHELSEA ANN | |
| 272 | 27-CR-23-3198 | AARON DASHAUN CHERRY | Hennepin County Attorney (prosecutor) | LUGER, JOSHUA IRVING | |
| 273 | 27-CR-23-3423 | MOHAMED ABDI SHIDE | Defense Attorney | SCHOENBORN, ASHLEY MARIE | |
| 274 | 27-CR-23-3423 | MOHAMED ABDI SHIDE | Hennepin County Attorney (prosecutor) | RENZ, CHRISTOPHER PAUL | |
| 275 | 27-CR-23-3459 | MUAD ABDULKADIR | Defense Attorney | URI, ROBYN SARA | |
| 276 | 27-CR-23-3459 | MUAD ABDULKADIR | Hennepin County Attorney (prosecutor) | BARNES, JACOB JOHN | |
| 277 | 27-CR-23-3460 | MUAD ABDULKADIR | Defense Attorney | URI, ROBYN SARA | |
| 278 | 27-CR-23-3460 | MUAD ABDULKADIR | Hennepin County Attorney (prosecutor) | BARNES, JACOB JOHN | |
| 279 | 27-CR-23-3496 | ABDULKADIR ELMI EGAL | Defense Attorney | COLBERT, JESSICA RYAN | |
| 280 | 27-CR-23-3496 | ABDULKADIR ELMI EGAL | Hennepin County Attorney (prosecutor) | PEREZ, JACQUELINE | |
| 281 | 27-CR-23-4547 | Delayna Adrianne Lussier | Defense Attorney | SWIONTEK, MATTHEW SCOTT | |
| 282 | 27-CR-23-4547 | Delayna Adrianne Lussier | Hennepin County Attorney (prosecutor) | GUNDERSON, GRANT WILLIAM | |
| 283 | 27-CR-23-5213 | MARK ANTHONY REINHART | Defense Attorney | | TRUE |
| 284 | 27-CR-23-5213 | MARK ANTHONY REINHART | Hennepin County Attorney (prosecutor) | RENZ, CHRISTOPHER PAUL | |
| 285 | 27-CR-23-5751 | Lucas Patrick Kraskey | Defense Attorney | REILAND, ANDREW JOSEPH, II | |
| 286 | 27-CR-23-5751 | Lucas Patrick Kraskey | Hennepin County Attorney (prosecutor) | BORG, DARREN CHARLES | |
| 287 | 27-CR-23-8406 | JALEISHA LANAY TAYLOR | Defense Attorney | MARCELLUS, MADSEN, Jr. | |
| 288 | 27-CR-23-8406 | JALEISHA LANAY TAYLOR | Hennepin County Attorney (prosecutor) | FILIPSKI, CHRISTOPHER JAMES | |
| 289 | 27-CR-23-8560 | INGRAM METEBO OYUGI | Defense Attorney | BYRON, EVE MARIE | |
| 290 | 27-CR-23-8560 | INGRAM METEBO OYUGI | Hennepin County Attorney (prosecutor) | ANDERSON, KAITLIN BRIANNA | |
| 291 | 27-CR-23-8649 | TERRELL JOHNSON | Defense Attorney | PRAHL, LAURA LEE | |
| 292 | 27-CR-23-8649 | TERRELL JOHNSON | Hennepin County Attorney (prosecutor) | Marzitelli, Patrick | |
| 293 | 27-CR-23-8721 | Daniel Lamar Ford | Defense Attorney | CARPENTER, RAISSA | |
| 294 | 27-CR-23-8721 | Daniel Lamar Ford | Hennepin County Attorney (prosecutor) | SMITH, ELIZABETH RAE | |
| 295 | 27-CR-23-9135 | Rashi Tamboura Williams | Defense Attorney | ADAMS, BROOKE | |
| 296 | 27-CR-23-9135 | Rashi Tamboura Williams | Hennepin County Attorney (prosecutor) | HUDDY, TRAVIS MICHAEL | |
| 297 | 27-CR-23-9546 | TIMOTHY TERRELL STUCKEY | Defense Attorney | | TRUE |

| Index | Case_Number | Defendant_Name | Legal_Role | Lead_Attorney_Name | No_Lead_Attorney |
|---|---|---|---|---|---|
| 298 | 27-CR-23-9546 | TIMOTHY TERRELL STUCKEY | Hennepin County Attorney (prosecutor) | MULVIHILL, MARIA ANNA | |
| 299 | 27-CR-23-10954 | Delayna Adrianne Lussier | Defense Attorney | Herlofsky, Susan | |
| 300 | 27-CR-23-10954 | Delayna Adrianne Lussier | Hennepin County Attorney (prosecutor) | HOEFT, JAMES DAVID | |
| 301 | 27-CR-23-12360 | ALEXANDER ORVAL THOMLEY | Defense Attorney | RIACH, KEVIN CHARLES | |
| 302 | 27-CR-23-12360 | ALEXANDER ORVAL THOMLEY | Hennepin County Attorney (prosecutor) | POWELL, EVAN DANIEL | |
| 303 | 27-CR-23-12653 | JACOB JOSEPH SCHECH | Defense Attorney | SPEETER, ROBERT M | |
| 304 | 27-CR-23-12653 | JACOB JOSEPH SCHECH | Hennepin County Attorney (prosecutor) | FILIPSKI, CHRISTOPHER JAMES | |
| 305 | 27-CR-23-13960 | JEREMIAH JAMES RIVERS | Defense Attorney | GRAY, KEVIN EUGENE | |
| 306 | 27-CR-23-13960 | JEREMIAH JAMES RIVERS | Hennepin County Attorney (prosecutor) | GOLTZ, ERIN ANCHETA | |
| 307 | 27-CR-23-16281 | FUE VANG | Defense Attorney | Irfanullah, Christine | |
| 308 | 27-CR-23-16281 | FUE VANG | Hennepin County Attorney (prosecutor) | SAMAHA, AHMAD SALAH | |
| 309 | 27-CR-23-16927 | GORDON EUGENE SHARP, Jr. | Defense Attorney | MYHRAN, CHASE ANDERSON | |
| 310 | 27-CR-23-16927 | GORDON EUGENE SHARP, Jr. | Hennepin County Attorney (prosecutor) | O'ROURKE, DAWN MARIE | |
| 311 | 27-CR-23-17576 | EMANUEL OMAR BLACK | Defense Attorney | SCOTT, ELIZABETH A F | |
| 312 | 27-CR-23-17576 | EMANUEL OMAR BLACK | Hennepin County Attorney (prosecutor) | LEACH, PATRICK GEORGE | |
| 313 | 27-CR-23-18846 | RICKY NELSON SULLIVAN, Jr. | Defense Attorney | O'CONNOR, LESLIE ANNA | |
| 314 | 27-CR-23-18846 | RICKY NELSON SULLIVAN, Jr. | Hennepin County Attorney (prosecutor) | FILIPSKI, CHRISTOPHER JAMES | |
| 315 | 27-CR-23-18850 | RICKY NELSON SULLIVAN, Jr. | Defense Attorney | PASMANTER, ELI DANIEL | |
| 316 | 27-CR-23-18850 | RICKY NELSON SULLIVAN, Jr. | Hennepin County Attorney (prosecutor) | FILIPSKI, CHRISTOPHER JAMES | |
| 317 | 27-CR-23-18964 | TROY CARL WARNKE, Jr. | Defense Attorney | BRODHAG, AMANDA JEAN | |
| 318 | 27-CR-23-18964 | TROY CARL WARNKE, Jr. | Hennepin County Attorney (prosecutor) | MOELLER, STEPHEN RICHARD | |
| 319 | 27-CR-23-20715 | KESSIE KAFELE WILSON | Defense Attorney | SWIONTEK, MATTHEW SCOTT | |
| 320 | 27-CR-23-20715 | KESSIE KAFELE WILSON | Hennepin County Attorney (prosecutor) | SAMAHA, AHMAD SALAH | |
| 321 | 27-CR-23-21403 | PETER JAHAN LEHMEYER | Defense Attorney | INZ, JULIA M | |
| 322 | 27-CR-23-21403 | PETER JAHAN LEHMEYER | Hennepin County Attorney (prosecutor) | TALLEN, STEVEN M | |
| 323 | 27-CR-23-21653 | ROBERT WILLIAM BALSIMO | Defense Attorney | CARPENTER, RAISSA | |
| 324 | 27-CR-23-21653 | ROBERT WILLIAM BALSIMO | Hennepin County Attorney (prosecutor) | ELLISON, ISAIAH DANIEL | |
| 325 | 27-CR-23-24219 | ALEXI BRE WASHINGTON | Defense Attorney | KHAN, ATIF AHMED | |
| 326 | 27-CR-23-24219 | ALEXI BRE WASHINGTON | Hennepin County Attorney (prosecutor) | MANEWITZ, THOMAS FRANKLIN | |