# EXHIBIT CAS-8

| Index | Case_Number | Defendant_Name | Assignment_Id | Assignment_Type | Judicial_Officer | Date | Reason |
|---|---|---|---|---|---|---|---|
| 1 | 27-CR-22-18859 | ABDIQANI AHMED HASSAN | 001-004 | Prior | | 2022-09-22 | Initial Assignment |
| 2 | 27-CR-22-18859 | ABDIQANI AHMED HASSAN | 001-003 | Prior | Dayton Klein, Julia | 2022-10-24 | Reassigned |
| 3 | 27-CR-22-22985 | ABDIQANI AHMED HASSAN | 001-004 | Prior | | 2022-11-17 | Initial Assignment |
| 4 | 27-CR-22-22985 | ABDIQANI AHMED HASSAN | 001-003 | Prior | Dayton Klein, Julia | 2022-11-18 | Reassigned |
| 5 | 27-CR-22-18859 | ABDIQANI AHMED HASSAN | 001-002 | Prior | Brandt, Gina M. | 2022-12-16 | Reassigned |
| 6 | 27-CR-22-22985 | ABDIQANI AHMED HASSAN | 001-002 | Prior | Brandt, Gina M. | 2022-12-16 | Reassigned |
| 7 | 27-CR-22-18859 | ABDIQANI AHMED HASSAN | 001-001 | Current | Brennan, Amber | 2023-06-16 | |
| 8 | 27-CR-22-22985 | ABDIQANI AHMED HASSAN | 001-001 | Current | Brennan, Amber | 2023-06-16 | |
| 9 | 27-CR-18-18391 | AESHA IBRAHIM OSMAN | 001-003 | Prior | | 2018-07-23 | Initial Assignment |
| 10 | 27-CR-18-18391 | AESHA IBRAHIM OSMAN | 001-002 | Prior | Quaintance, Kathryn L. | 2018-08-20 | Reassigned |
| 11 | 27-CR-19-1916 | AESHA IBRAHIM OSMAN | 001-004 | Prior | | 2019-01-22 | Initial Assignment |
| 12 | 27-CR-19-1916 | AESHA IBRAHIM OSMAN | 001-002 | Prior | Reding, Jeannice M. | 2019-01-24 | Reassigned |
| 13 | 27-CR-19-1916 | AESHA IBRAHIM OSMAN | 001-003 | Prior | Quaintance, Kathryn L. | 2019-01-24 | Initial Assignment |
| 14 | 27-CR-18-18391 | AESHA IBRAHIM OSMAN | 001-001 | Current | Moreno, Daniel C. | 2020-03-04 | |
| 15 | 27-CR-19-1916 | AESHA IBRAHIM OSMAN | 001-001 | Current | Moreno, Daniel C. | 2020-03-04 | |
| 16 | 27-CR-21-22058 | AESHA IBRAHIM OSMAN | 001-003 | Prior | | 2021-11-30 | Initial Assignment |
| 17 | 27-CR-21-22058 | AESHA IBRAHIM OSMAN | 001-001 | Current | Moreno, Daniel C. | 2021-12-01 | |
| 18 | 27-CR-21-22058 | AESHA IBRAHIM OSMAN | 001-002 | Prior | Engisch, Nicole A. | 2021-12-01 | Initial Assignment |
| 19 | 27-CR-23-24219 | ALEXI BRE WASHINGTON | 001-003 | Prior | | 2023-11-14 | Initial Assignment |
| 20 | 27-CR-23-24219 | ALEXI BRE WASHINGTON | 001-001 | Current | Burdorf, Jean | 2023-11-15 | |
| 21 | 27-CR-23-24219 | ALEXI BRE WASHINGTON | 001-002 | Prior | Caligiuri, Hilary L. | 2023-11-15 | Reassigned |
| 22 | 27-CR-22-18776 | AMY LOUISE LILLEVOLD | 001-003 | Prior | | 2022-09-21 | Initial Assignment |
| 23 | 27-CR-22-18776 | AMY LOUISE LILLEVOLD | 001-002 | Prior | Brandt, Gina M. | 2023-01-27 | Reassigned |
| 24 | 27-CR-22-18776 | AMY LOUISE LILLEVOLD | 001-001 | Current | Brennan, Amber | 2023-06-16 | |
| 25 | 27-CR-21-1977 | ANGELIC DENISE NUNN | 001-003 | Prior | | 2021-01-29 | Initial Assignment |
| 26 | 27-CR-21-1978 | ANGELIC DENISE NUNN | 001-003 | Prior | | 2021-01-29 | Initial Assignment |
| 27 | 27-CR-21-1977 | ANGELIC DENISE NUNN | 001-002 | Prior | Utley, Maximillia | 2021-04-06 | Reassigned |
| 28 | 27-CR-21-1978 | ANGELIC DENISE NUNN | 001-002 | Prior | Utley, Maximillia | 2021-04-06 | Reassigned |
| 29 | 27-CR-21-1977 | ANGELIC DENISE NUNN | 001-001 | Current | Andow, Anna | 2022-01-28 | |
| 30 | 27-CR-21-1978 | ANGELIC DENISE NUNN | 001-001 | Current | Andow, Anna | 2022-01-28 | |
| 31 | 27-CR-20-3244 | ANGELIC DENISE SCHAEFER | 001-005 | Prior | | 2020-02-05 | Initial Assignment |
| 32 | 27-CR-20-3244 | ANGELIC DENISE SCHAEFER | 001-004 | Prior | Gaitas, Theodora K. | 2020-03-19 | Reassigned |
| 33 | 27-CR-20-3244 | ANGELIC DENISE SCHAEFER | 001-003 | Prior | Willms, Angela J. | 2020-08-07 | Reassigned |

| Index | Case_Number | Defendant_Name | Assignment_Id | Assignment_Type | Judicial_Officer | Date | Reason |
|---|---|---|---|---|---|---|---|
| 34 | 27-CR-20-3244 | ANGELIC DENISE SCHAEFER | 001-002 | Prior | Utley, Maximillia | 2021-03-30 | Reassigned |
| 35 | 27-CR-20-3244 | ANGELIC DENISE SCHAEFER | 001-001 | Current | Andow, Anna | 2022-01-28 | |
| 36 | 27-CR-20-8575 | Bisharo Jama Noor | 001-003 | Prior | | 2020-04-03 | Initial Assignment |
| 37 | 27-CR-20-8575 | Bisharo Jama Noor | 001-002 | Prior | Holton Dimick, Martha Anne | 2020-04-06 | Reassigned |
| 38 | 27-CR-21-7676 | Bisharo Jama Noor | 001-003 | Prior | | 2021-04-19 | Initial Assignment |
| 39 | 27-CR-21-7676 | Bisharo Jama Noor | 001-002 | Prior | Holton Dimick, Martha Anne | 2021-05-06 | Reassigned |
| 40 | 27-CR-20-8575 | Bisharo Jama Noor | 001-001 | Current | Hoyos, Juan | 2022-01-07 | |
| 41 | 27-CR-21-7676 | Bisharo Jama Noor | 001-001 | Current | Hoyos, Juan | 2022-01-07 | |
| 42 | 27-CR-22-25134 | Carmen Bendu Greaves | 001-001 | Current | Scoggin, Paul | 2022-12-16 | |
| 43 | 27-CR-22-25134 | Carmen Bendu Greaves | 001-002 | Prior | Burns, Michael E | 2022-12-16 | Initial Assignment |
| 44 | 27-CR-22-25134 | Carmen Bendu Greaves | 001-003 | Prior | | 2022-12-16 | Initial Assignment |
| 45 | 27-CR-20-23521 | CASPER HUY VUONG | 001-005 | Prior | | 2020-11-04 | Initial Assignment |
| 46 | 27-CR-20-23521 | CASPER HUY VUONG | 001-004 | Prior | Lamas, Carolina A. | 2020-11-05 | Reassigned |
| 47 | 27-CR-20-23521 | CASPER HUY VUONG | 001-003 | Prior | Allyn, Julie | 2021-03-30 | Reassigned |
| 48 | 27-CR-20-23521 | CASPER HUY VUONG | 001-002 | Prior | Engisch, Nicole A. | 2022-04-01 | Reassigned |
| 49 | 27-CR-20-23521 | CASPER HUY VUONG | 001-001 | Current | Houghtaling, Melissa | 2023-01-13 | |
| 50 | 27-CR-22-3377 | CHASE RADLEY GREEN | 001-006 | Prior | | 2022-02-22 | Initial Assignment |
| 51 | 27-CR-22-3377 | CHASE RADLEY GREEN | 001-005 | Prior | Couri, Theresa | 2022-02-23 | Reassigned |
| 52 | 27-CR-22-3377 | CHASE RADLEY GREEN | 001-004 | Prior | Dayton Klein, Julia | 2022-04-29 | Reassigned |
| 53 | 27-CR-22-3377 | CHASE RADLEY GREEN | 001-003 | Prior | Andow, Anna | 2022-12-16 | Reassigned |
| 54 | 27-CR-22-3377 | CHASE RADLEY GREEN | 001-002 | Prior | Hudleston, Sarah | 2023-12-22 | Reassigned |
| 55 | 27-CR-22-3377 | CHASE RADLEY GREEN | 001-001 | Current | Garcia, Tamara G. | 2024-04-01 | |
| 56 | 27-CR-21-20637 | Daniel Lamar Ford | 001-004 | Prior | | 2021-11-05 | Initial Assignment |
| 57 | 27-CR-21-20637 | Daniel Lamar Ford | 001-001 | Current | Garcia, Tamara G. | 2021-11-08 | |
| 58 | 27-CR-21-20637 | Daniel Lamar Ford | 001-002 | Prior | Moreno, Daniel C. | 2021-11-08 | Reassigned by Agreement |
| 59 | 27-CR-21-20637 | Daniel Lamar Ford | 001-003 | Prior | Garcia, Tamara G. | 2021-11-08 | Reassigned by Agreement |
| 60 | 27-CR-23-4547 | Delayna Adrianne Lussier | 001-002 | Prior | Andow, Anna | 2023-03-01 | Reassigned |
| 61 | 27-CR-23-4547 | Delayna Adrianne Lussier | 001-003 | Prior | | 2023-03-01 | Initial Assignment |
| 62 | 27-CR-23-4547 | Delayna Adrianne Lussier | 001-001 | Current | Hudleston, Sarah | 2023-12-22 | |
| 63 | 27-CR-21-10675 | Dennis Joseph Barry | 001-005 | Prior | | 2021-06-07 | Initial Assignment |
| 64 | 27-CR-21-10675 | Dennis Joseph Barry | 001-004 | Prior | Thomas, Laura Marie | 2021-06-22 | Reassigned |
| 65 | 27-CR-22-3570 | Dennis Joseph Barry | 001-004 | Prior | | 2022-02-24 | Initial Assignment |
| 66 | 27-CR-21-10675 | Dennis Joseph Barry | 001-003 | Prior | Engisch, Nicole A. | 2022-02-25 | Reassigned |

| Index | Case_Number | Defendant_Name | Assignment_Id | Assignment_Type | Judicial_Officer | Date | Reason |
|---|---|---|---|---|---|---|---|
| 67 | 27-CR-22-3570 | Dennis Joseph Barry | 001-003 | Prior | Engisch, Nicole A. | 2022-02-25 | Reassigned |
| 68 | 27-CR-21-10675 | Dennis Joseph Barry | 001-002 | Prior | Allyn, Julie | 2022-04-01 | Reassigned |
| 69 | 27-CR-22-3570 | Dennis Joseph Barry | 001-002 | Prior | Allyn, Julie | 2022-04-01 | Reassigned |
| 70 | 27-CR-22-22521 | Dennis Joseph Barry | 001-003 | Prior | | 2022-11-09 | Initial Assignment |
| 71 | 27-CR-22-22521 | Dennis Joseph Barry | 001-002 | Prior | Allyn, Julie | 2022-11-10 | Reassigned |
| 72 | 27-CR-21-10675 | Dennis Joseph Barry | 001-001 | Current | Burdorf, Jean | 2023-11-03 | |
| 73 | 27-CR-22-3570 | Dennis Joseph Barry | 001-001 | Current | Burdorf, Jean | 2023-11-03 | |
| 74 | 27-CR-22-22521 | Dennis Joseph Barry | 001-001 | Current | Burdorf, Jean | 2023-11-03 | |
| 75 | 27-CR-23-16281 | FUE VANG | 001-003 | Prior | | 2023-08-02 | Initial Assignment |
| 76 | 27-CR-23-16281 | FUE VANG | 001-002 | Prior | Allyn, Julie | 2023-08-03 | Reassigned |
| 77 | 27-CR-23-16281 | FUE VANG | 001-001 | Current | Burdorf, Jean | 2023-11-03 | |
| 78 | 27-CR-21-1980 | GORDON EUGENE SHARP | 001-004 | Prior | | 2021-01-29 | Initial Assignment |
| 79 | 27-CR-21-1980 | GORDON EUGENE SHARP | 001-003 | Prior | West, Sarah S. | 2021-02-01 | Reassigned |
| 80 | 27-CR-21-1980 | GORDON EUGENE SHARP | 001-002 | Prior | Brandt, Gina M. | 2021-10-08 | Reassigned |
| 81 | 27-CR-21-20072 | GORDON EUGENE SHARP | 001-003 | Prior | | 2021-10-28 | Initial Assignment |
| 82 | 27-CR-21-20072 | GORDON EUGENE SHARP | 001-002 | Prior | Brandt, Gina M. | 2021-10-29 | Reassigned |
| 83 | 27-CR-21-1980 | GORDON EUGENE SHARP | 001-001 | Current | Brennan, Amber | 2023-06-16 | |
| 84 | 27-CR-21-20072 | GORDON EUGENE SHARP | 001-001 | Current | Brennan, Amber | 2023-06-16 | |
| 85 | 27-CR-21-20988 | GORDON EUGENE SHARP, Jr. | 001-003 | Prior | | 2021-11-12 | Initial Assignment |
| 86 | 27-CR-21-20988 | GORDON EUGENE SHARP, Jr. | 001-002 | Prior | Brandt, Gina M. | 2021-11-18 | Reassigned |
| 87 | 27-CR-21-21355 | GORDON EUGENE SHARP, Jr. | 001-002 | Prior | Brandt, Gina M. | 2021-11-18 | Reassigned |
| 88 | 27-CR-21-21355 | GORDON EUGENE SHARP, Jr. | 001-003 | Prior | | 2021-11-18 | Initial Assignment |
| 89 | 27-CR-21-23188 | GORDON EUGENE SHARP, Jr. | 001-003 | Prior | | 2021-12-17 | Initial Assignment |
| 90 | 27-CR-21-23215 | GORDON EUGENE SHARP, Jr. | 001-003 | Prior | | 2021-12-17 | Initial Assignment |
| 91 | 27-CR-21-23188 | GORDON EUGENE SHARP, Jr. | 001-002 | Prior | Brandt, Gina M. | 2021-12-20 | Reassigned |
| 92 | 27-CR-21-23215 | GORDON EUGENE SHARP, Jr. | 001-002 | Prior | Brandt, Gina M. | 2021-12-20 | Reassigned |
| 93 | 27-CR-22-4087 | GORDON EUGENE SHARP, Jr. | 001-003 | Prior | | 2022-03-04 | Initial Assignment |
| 94 | 27-CR-22-4087 | GORDON EUGENE SHARP, Jr. | 001-002 | Prior | Brandt, Gina M. | 2022-03-08 | Reassigned |
| 95 | 27-CR-21-20988 | GORDON EUGENE SHARP, Jr. | 001-001 | Current | Brennan, Amber | 2023-06-16 | |
| 96 | 27-CR-21-21355 | GORDON EUGENE SHARP, Jr. | 001-001 | Current | Brennan, Amber | 2023-06-16 | |
| 97 | 27-CR-21-23188 | GORDON EUGENE SHARP, Jr. | 001-001 | Current | Brennan, Amber | 2023-06-16 | |
| 98 | 27-CR-21-23215 | GORDON EUGENE SHARP, Jr. | 001-001 | Current | Brennan, Amber | 2023-06-16 | |
| 99 | 27-CR-22-4087 | GORDON EUGENE SHARP, Jr. | 001-001 | Current | Brennan, Amber | 2023-06-16 | |

| Index | Case_Number | Defendant_Name | Assignment_Id | Assignment_Type | Judicial_Officer | Date | Reason |
|---|---|---|---|---|---|---|---|
| 100 | 27-CR-20-423 | Ifrah Abdullahi Hassan | 001-003 | Prior | | 2020-01-06 | Initial Assignment |
| 101 | 27-CR-20-423 | Ifrah Abdullahi Hassan | 001-002 | Prior | Cahill, Peter A. | 2020-01-07 | Reassigned |
| 102 | 27-CR-20-423 | Ifrah Abdullahi Hassan | 001-001 | Current | Koch, William H. | 2020-04-15 | |
| 103 | 27-CR-21-20529 | ISAAC LEE KELLEY | 001-006 | Prior | | 2021-11-04 | Initial Assignment |
| 104 | 27-CR-21-20529 | ISAAC LEE KELLEY | 001-005 | Prior | Thomas, Laura Marie | 2021-11-08 | Reassigned |
| 105 | 27-CR-22-5532 | Isaac Lee Kelley | 001-005 | Prior | | 2022-03-24 | Initial Assignment |
| 106 | 27-CR-22-5532 | Isaac Lee Kelley | 001-004 | Prior | Cahill, Peter A. | 2022-03-25 | Reassigned |
| 107 | 27-CR-21-20529 | ISAAC LEE KELLEY | 001-004 | Prior | Cahill, Peter A. | 2022-03-28 | Reassigned |
| 108 | 27-CR-22-7953 | ISAAC LEE KELLEY | 001-005 | Prior | | 2022-04-27 | Initial Assignment |
| 109 | 27-CR-22-7953 | ISAAC LEE KELLEY | 001-004 | Prior | Cahill, Peter A. | 2022-04-28 | Reassigned |
| 110 | 27-CR-21-20529 | ISAAC LEE KELLEY | 001-003 | Prior | Conley, Thomas J. | 2022-05-06 | Reassigned |
| 111 | 27-CR-22-5532 | Isaac Lee Kelley | 001-003 | Prior | Conley, Thomas J. | 2022-05-06 | Reassigned |
| 112 | 27-CR-22-7953 | ISAAC LEE KELLEY | 001-003 | Prior | Conley, Thomas J. | 2022-05-06 | Reassigned |
| 113 | 27-CR-21-20529 | ISAAC LEE KELLEY | 001-002 | Prior | Cahill, Peter A. | 2023-01-20 | Reassigned |
| 114 | 27-CR-22-5532 | Isaac Lee Kelley | 001-002 | Prior | Cahill, Peter A. | 2023-01-20 | Reassigned |
| 115 | 27-CR-22-7953 | ISAAC LEE KELLEY | 001-002 | Prior | Cahill, Peter A. | 2023-01-20 | Reassigned |
| 116 | 27-CR-21-20529 | ISAAC LEE KELLEY | 001-001 | Current | Kappelhoff, Mark | 2024-02-15 | |
| 117 | 27-CR-22-5532 | Isaac Lee Kelley | 001-001 | Current | Kappelhoff, Mark | 2024-02-15 | |
| 118 | 27-CR-22-7953 | ISAAC LEE KELLEY | 001-001 | Current | Kappelhoff, Mark | 2024-02-15 | |
| 119 | 27-CR-23-12653 | JACOB JOSEPH SCHECH | 001-004 | Prior | | 2023-06-20 | Initial Assignment |
| 120 | 27-CR-23-12653 | JACOB JOSEPH SCHECH | 001-003 | Prior | Janzen, Lisa K | 2023-07-10 | Judicial Officer Recused |
| 121 | 27-CR-23-12653 | JACOB JOSEPH SCHECH | 001-002 | Prior | Allyn, Julie | 2023-08-09 | Reassigned |
| 122 | 27-CR-23-12653 | JACOB JOSEPH SCHECH | 001-001 | Current | Burdorf, Jean | 2023-11-03 | |
| 123 | 27-CR-19-28883 | JACOB MAMAR JOHNSON | 001-006 | Prior | | 2019-11-22 | Initial Assignment |
| 124 | 27-CR-19-28883 | JACOB MAMAR JOHNSON | 001-005 | Prior | Janzen, Lisa K | 2019-11-26 | Reassigned |
| 125 | 27-CR-19-28883 | JACOB MAMAR JOHNSON | 001-004 | Prior | Lamas, Carolina A. | 2020-01-03 | Reassigned |
| 126 | 27-CR-19-28883 | JACOB MAMAR JOHNSON | 001-003 | Prior | Allyn, Julie | 2021-03-30 | Reassigned |
| 127 | 27-CR-21-13795 | JACOB MAMAR JOHNSON | 001-004 | Prior | | 2021-07-23 | Initial Assignment |
| 128 | 27-CR-21-13795 | JACOB MAMAR JOHNSON | 001-003 | Prior | Allyn, Julie | 2021-07-27 | Reassigned |
| 129 | 27-CR-19-28883 | JACOB MAMAR JOHNSON | 001-002 | Prior | Engisch, Nicole A. | 2022-04-01 | Reassigned |
| 130 | 27-CR-21-13795 | JACOB MAMAR JOHNSON | 001-002 | Prior | Engisch, Nicole A. | 2022-04-01 | Reassigned |
| 131 | 27-CR-19-28883 | JACOB MAMAR JOHNSON | 001-001 | Current | Houghtaling, Melissa | 2023-01-13 | |
| 132 | 27-CR-21-13795 | JACOB MAMAR JOHNSON | 001-001 | Current | Houghtaling, Melissa | 2023-01-13 | |

| Index | Case_Number | Defendant_Name | Assignment_Id | Assignment_Type | Judicial_Officer | Date | Reason |
|---|---|---|---|---|---|---|---|
| 133 | 27-CR-21-14861 | KESSIE KAFELE WILSON | 001-003 | Prior | | 2021-08-10 | Initial Assignment |
| 134 | 27-CR-21-14861 | KESSIE KAFELE WILSON | 001-002 | Prior | Cahill, Peter A. | 2021-12-27 | Reassigned |
| 135 | 27-CR-21-14861 | KESSIE KAFELE WILSON | 001-001 | Current | Conley, Thomas J. | 2022-05-06 | |
| 136 | 27-CR-20-20788 | Lawrence Joseph Durheim | 001-003 | Prior | | 2020-09-28 | Initial Assignment |
| 137 | 27-CR-20-20788 | Lawrence Joseph Durheim | 001-002 | Prior | Conroy, Lois R. | 2020-10-12 | Reassigned |
| 138 | 27-CR-20-20788 | Lawrence Joseph Durheim | 001-001 | Current | Lamas, Carolina A. | 2021-03-30 | |
| 139 | 27-CR-21-6904 | Lucas Patrick Kraskey | 001-004 | Prior | | 2021-04-07 | Initial Assignment |
| 140 | 27-CR-21-8067 | Lucas Patrick Kraskey | 001-005 | Prior | | 2021-04-26 | Initial Assignment |
| 141 | 27-CR-21-8227 | Lucas Patrick Kraskey | 001-005 | Prior | | 2021-04-28 | Initial Assignment |
| 142 | 27-CR-21-8228 | Lucas Patrick Kraskey | 001-005 | Prior | | 2021-04-28 | Initial Assignment |
| 143 | 27-CR-21-8229 | Lucas Patrick Kraskey | 001-005 | Prior | | 2021-04-28 | Initial Assignment |
| 144 | 27-CR-21-8230 | Lucas Patrick Kraskey | 001-005 | Prior | | 2021-04-28 | Initial Assignment |
| 145 | 27-CR-21-8511 | Lucas Patrick Kraskey | 001-004 | Prior | | 2021-05-03 | Initial Assignment |
| 146 | 27-CR-21-6904 | Lucas Patrick Kraskey | 001-003 | Prior | Allyn, Julie | 2021-07-28 | Reassigned |
| 147 | 27-CR-21-8067 | Lucas Patrick Kraskey | 001-004 | Prior | Allyn, Julie | 2021-07-28 | Reassigned |
| 148 | 27-CR-21-8227 | Lucas Patrick Kraskey | 001-004 | Prior | Allyn, Julie | 2021-07-28 | Reassigned |
| 149 | 27-CR-21-8228 | Lucas Patrick Kraskey | 001-004 | Prior | Allyn, Julie | 2021-07-28 | Reassigned |
| 150 | 27-CR-21-8229 | Lucas Patrick Kraskey | 001-004 | Prior | Allyn, Julie | 2021-07-28 | Reassigned |
| 151 | 27-CR-21-8230 | Lucas Patrick Kraskey | 001-004 | Prior | Allyn, Julie | 2021-07-28 | Reassigned |
| 152 | 27-CR-21-8511 | Lucas Patrick Kraskey | 001-003 | Prior | Allyn, Julie | 2021-07-28 | Reassigned |
| 153 | 27-CR-21-6904 | Lucas Patrick Kraskey | 001-002 | Prior | Engisch, Nicole A. | 2022-04-01 | Reassigned |
| 154 | 27-CR-21-8067 | Lucas Patrick Kraskey | 001-003 | Prior | Engisch, Nicole A. | 2022-04-01 | Reassigned |
| 155 | 27-CR-21-8227 | Lucas Patrick Kraskey | 001-003 | Prior | Engisch, Nicole A. | 2022-04-01 | Reassigned |
| 156 | 27-CR-21-8228 | Lucas Patrick Kraskey | 001-003 | Prior | Engisch, Nicole A. | 2022-04-01 | Reassigned |
| 157 | 27-CR-21-8229 | Lucas Patrick Kraskey | 001-003 | Prior | Engisch, Nicole A. | 2022-04-01 | Reassigned |
| 158 | 27-CR-21-8230 | Lucas Patrick Kraskey | 001-003 | Prior | Engisch, Nicole A. | 2022-04-01 | Reassigned |
| 159 | 27-CR-21-8511 | Lucas Patrick Kraskey | 001-002 | Prior | Engisch, Nicole A. | 2022-04-01 | Reassigned |
| 160 | 27-CR-22-17300 | Lucas Patrick Kraskey | 001-003 | Prior | | 2022-09-01 | Initial Assignment |
| 161 | 27-CR-21-6904 | Lucas Patrick Kraskey | 001-001 | Current | Houghtaling, Melissa | 2023-01-13 | |
| 162 | 27-CR-21-8067 | Lucas Patrick Kraskey | 001-002 | Prior | Houghtaling, Melissa | 2023-01-13 | Reassigned |
| 163 | 27-CR-21-8227 | Lucas Patrick Kraskey | 001-002 | Prior | Houghtaling, Melissa | 2023-01-13 | Reassigned |
| 164 | 27-CR-21-8228 | Lucas Patrick Kraskey | 001-002 | Prior | Houghtaling, Melissa | 2023-01-13 | Reassigned |
| 165 | 27-CR-21-8229 | Lucas Patrick Kraskey | 001-002 | Prior | Houghtaling, Melissa | 2023-01-13 | Reassigned |

| Index | Case_Number | Defendant_Name | Assignment_Id | Assignment_Type | Judicial_Officer | Date | Reason |
|---|---|---|---|---|---|---|---|
| 166 | 27-CR-21-8230 | Lucas Patrick Kraskey | 001-002 | Prior | Houghtaling, Melissa | 2023-01-13 | Reassigned |
| 167 | 27-CR-21-8511 | Lucas Patrick Kraskey | 001-001 | Current | Houghtaling, Melissa | 2023-01-13 | |
| 168 | 27-CR-22-17300 | Lucas Patrick Kraskey | 001-002 | Prior | Houghtaling, Melissa | 2023-03-17 | Reassigned |
| 169 | 27-CR-23-5751 | Lucas Patrick Kraskey | 001-002 | Prior | Houghtaling, Melissa | 2023-03-17 | Reassigned |
| 170 | 27-CR-23-5751 | Lucas Patrick Kraskey | 001-003 | Prior | | 2023-03-17 | Initial Assignment |
| 171 | 27-CR-21-8067 | Lucas Patrick Kraskey | 001-001 | Current | Frank, Matthew | 2024-01-12 | |
| 172 | 27-CR-21-8227 | Lucas Patrick Kraskey | 001-001 | Current | Frank, Matthew | 2024-01-12 | |
| 173 | 27-CR-21-8228 | Lucas Patrick Kraskey | 001-001 | Current | Frank, Matthew | 2024-01-12 | |
| 174 | 27-CR-21-8229 | Lucas Patrick Kraskey | 001-001 | Current | Frank, Matthew | 2024-01-12 | |
| 175 | 27-CR-21-8230 | Lucas Patrick Kraskey | 001-001 | Current | Frank, Matthew | 2024-01-12 | |
| 176 | 27-CR-22-17300 | Lucas Patrick Kraskey | 001-001 | Current | Frank, Matthew | 2024-01-12 | |
| 177 | 27-CR-23-5751 | Lucas Patrick Kraskey | 001-001 | Current | Frank, Matthew | 2024-01-12 | |
| 178 | 27-CR-19-11566 | MAKIS DEVELL LANE | 001-006 | Prior | | 2019-05-20 | Initial Assignment |
| 179 | 27-CR-19-12130 | MAKIS DEVELL LANE | 001-006 | Prior | | 2019-05-28 | Initial Assignment |
| 180 | 27-CR-20-9036 | MAKIS DEVELL LANE | 001-006 | Prior | | 2020-04-09 | Initial Assignment |
| 181 | 27-CR-21-1230 | MAKIS DEVELL LANE | 001-006 | Prior | | 2021-01-20 | Initial Assignment |
| 182 | 27-CR-21-1230 | MAKIS DEVELL LANE | 001-005 | Prior | Fellman, Todd | 2021-01-21 | Reassigned |
| 183 | 27-CR-19-11566 | MAKIS DEVELL LANE | 001-005 | Prior | Fellman, Todd | 2021-01-22 | Reassigned |
| 184 | 27-CR-19-12130 | MAKIS DEVELL LANE | 001-005 | Prior | Fellman, Todd | 2021-01-22 | Reassigned |
| 185 | 27-CR-20-9036 | MAKIS DEVELL LANE | 001-005 | Prior | Fellman, Todd | 2021-01-22 | Reassigned |
| 186 | 27-CR-21-13752 | MAKIS DEVELL LANE | 001-005 | Prior | Fellman, Todd | 2021-07-23 | Reassigned |
| 187 | 27-CR-21-13752 | MAKIS DEVELL LANE | 001-006 | Prior | | 2021-07-23 | Initial Assignment |
| 188 | 27-CR-19-11566 | MAKIS DEVELL LANE | 001-004 | Prior | Couri, Theresa | 2021-08-25 | Reassigned |
| 189 | 27-CR-19-12130 | MAKIS DEVELL LANE | 001-004 | Prior | Couri, Theresa | 2021-08-25 | Reassigned |
| 190 | 27-CR-20-9036 | MAKIS DEVELL LANE | 001-004 | Prior | Couri, Theresa | 2021-08-25 | Reassigned |
| 191 | 27-CR-21-1230 | MAKIS DEVELL LANE | 001-004 | Prior | Couri, Theresa | 2021-08-25 | Reassigned |
| 192 | 27-CR-21-13752 | MAKIS DEVELL LANE | 001-004 | Prior | Couri, Theresa | 2021-08-25 | Reassigned |
| 193 | 27-CR-19-11566 | MAKIS DEVELL LANE | 001-003 | Prior | Dayton Klein, Julia | 2022-04-29 | Reassigned |
| 194 | 27-CR-19-12130 | MAKIS DEVELL LANE | 001-003 | Prior | Dayton Klein, Julia | 2022-04-29 | Reassigned |
| 195 | 27-CR-20-9036 | MAKIS DEVELL LANE | 001-003 | Prior | Dayton Klein, Julia | 2022-04-29 | Reassigned |
| 196 | 27-CR-21-1230 | MAKIS DEVELL LANE | 001-003 | Prior | Dayton Klein, Julia | 2022-04-29 | Reassigned |
| 197 | 27-CR-21-13752 | MAKIS DEVELL LANE | 001-003 | Prior | Dayton Klein, Julia | 2022-04-29 | Reassigned |
| 198 | 27-CR-19-11566 | MAKIS DEVELL LANE | 001-002 | Prior | Andow, Anna | 2022-12-16 | Reassigned |

| Index | Case_Number | Defendant_Name | Assignment_Id | Assignment_Type | Judicial_Officer | Date | Reason |
|---|---|---|---|---|---|---|---|
| 199 | 27-CR-19-12130 | MAKIS DEVELL LANE | 001-002 | Prior | Andow, Anna | 2022-12-16 | Reassigned |
| 200 | 27-CR-20-9036 | MAKIS DEVELL LANE | 001-002 | Prior | Andow, Anna | 2022-12-16 | Reassigned |
| 201 | 27-CR-21-1230 | MAKIS DEVELL LANE | 001-002 | Prior | Andow, Anna | 2022-12-16 | Reassigned |
| 202 | 27-CR-21-13752 | MAKIS DEVELL LANE | 001-002 | Prior | Andow, Anna | 2022-12-16 | Reassigned |
| 203 | 27-CR-19-11566 | MAKIS DEVELL LANE | 001-001 | Current | Hudleston, Sarah | 2023-12-22 | |
| 204 | 27-CR-19-12130 | MAKIS DEVELL LANE | 001-001 | Current | Hudleston, Sarah | 2023-12-22 | |
| 205 | 27-CR-20-9036 | MAKIS DEVELL LANE | 001-001 | Current | Hudleston, Sarah | 2023-12-22 | |
| 206 | 27-CR-21-1230 | MAKIS DEVELL LANE | 001-001 | Current | Hudleston, Sarah | 2023-12-22 | |
| 207 | 27-CR-21-13752 | MAKIS DEVELL LANE | 001-001 | Current | Hudleston, Sarah | 2023-12-22 | |
| 208 | 27-CR-20-20851 | MAKIS DEVIL LANE | 001-004 | Prior | | 2020-09-29 | Initial Assignment |
| 209 | 27-CR-20-20851 | MAKIS DEVIL LANE | 001-003 | Prior | Fellman, Todd | 2021-04-20 | Reassigned |
| 210 | 27-CR-20-20851 | MAKIS DEVIL LANE | 001-002 | Prior | Couri, Theresa | 2021-08-25 | Unassigned |
| 211 | 27-CR-20-20851 | MAKIS DEVIL LANE | 001-001 | Current | | 2021-11-23 | |
| 212 | 27-CR-21-6229 | MARVAL BARNES | 001-003 | Prior | | 2021-03-29 | Initial Assignment |
| 213 | 27-CR-21-6229 | MARVAL BARNES | 001-002 | Prior | Thomas, Laura Marie | 2021-03-31 | Reassigned |
| 214 | 27-CR-21-6229 | MARVAL BARNES | 001-001 | Current | Hughey, Rachel | 2022-05-13 | |
| 215 | 27-CR-22-18789 | MOLLY ANNE PRICE | 001-003 | Prior | | 2022-09-21 | Initial Assignment |
| 216 | 27-CR-22-18789 | MOLLY ANNE PRICE | 001-002 | Prior | Burns, Michael E | 2022-09-22 | Reassigned |
| 217 | 27-CR-22-18789 | MOLLY ANNE PRICE | 001-001 | Current | Janzen, Lisa K | 2022-12-14 | |
| 218 | 27-CR-21-17008 | NICOLLE LYNN FAWCETT | 001-003 | Prior | | 2021-09-10 | Initial Assignment |
| 219 | 27-CR-21-17008 | NICOLLE LYNN FAWCETT | 001-002 | Prior | Couri, Theresa | 2021-10-08 | Reassigned |
| 220 | 27-CR-21-17008 | NICOLLE LYNN FAWCETT | 001-001 | Current | Bartolomei, Luis | 2021-12-16 | |
| 221 | 27-CR-20-6301 | PRIEST JESUS DORSEY | 001-004 | Prior | | 2020-03-09 | Initial Assignment |
| 222 | 27-CR-20-6301 | PRIEST JESUS DORSEY | 001-003 | Prior | Brandt, Gina M. | 2020-03-30 | Reassigned |
| 223 | 27-CR-20-6301 | PRIEST JESUS DORSEY | 001-002 | Prior | West, Sarah S. | 2021-10-08 | Reassigned |
| 224 | 27-CR-20-6301 | PRIEST JESUS DORSEY | 001-001 | Current | Caligiuri, Hilary L. | 2022-03-08 | |
| 225 | 27-CR-18-18396 | Ramadan Hakim Campbell | 001-003 | Prior | | 2018-07-23 | Initial Assignment |
| 226 | 27-CR-18-18396 | Ramadan Hakim Campbell | 001-002 | Prior | Karasov, Fred | 2018-07-24 | Reassigned |
| 227 | 27-CR-18-18396 | Ramadan Hakim Campbell | 001-001 | Current | Scoggin, Paul | 2019-11-06 | |
| 228 | 27-CR-20-26577 | Rasheed Richardson | 001-003 | Prior | | 2020-12-14 | Initial Assignment |
| 229 | 27-CR-20-26577 | Rasheed Richardson | 001-002 | Prior | Holton Dimick, Martha Anne | 2020-12-16 | Judicial Officer Removed |
| 230 | 27-CR-20-26577 | Rasheed Richardson | 001-001 | Current | Koch, William H. | 2020-12-18 | |
| 231 | 27-CR-23-9135 | Rashi Tamboura Williams | 001-003 | Prior | | 2023-05-02 | Initial Assignment |

| Index | Case_Number | Defendant_Name | Assignment_Id | Assignment_Type | Judicial_Officer | Date | Reason |
|---|---|---|---|---|---|---|---|
| 232 | 27-CR-23-9135 | Rashi Tamboura Williams | 001-002 | Prior | Allyn, Julie | 2023-05-03 | Reassigned |
| 233 | 27-CR-23-9135 | Rashi Tamboura Williams | 001-001 | Current | Burdorf, Jean | 2023-11-03 | |
| 234 | 27-CR-20-6517 | Rex Allen Basswood, Jr. | 001-003 | Prior | | 2020-03-11 | Initial Assignment |
| 235 | 27-CR-20-6517 | Rex Allen Basswood, Jr. | 001-002 | Prior | West, Sarah S. | 2020-07-15 | Reassigned |
| 236 | 27-CR-20-6517 | Rex Allen Basswood, Jr. | 001-001 | Current | Brandt, Gina M. | 2021-10-08 | |
| 237 | 27-CR-22-24627 | Rex Allen Basswood, Jr. | 001-003 | Prior | | 2022-12-09 | Initial Assignment |
| 238 | 27-CR-22-24627 | Rex Allen Basswood, Jr. | 001-002 | Prior | Burns, Michael E | 2022-12-12 | Reassigned |
| 239 | 27-CR-22-24627 | Rex Allen Basswood, Jr. | 001-001 | Current | Caligiuri, Hilary L. | 2024-01-17 | |
| 240 | 27-CR-20-27550 | RODRICK JEROME CARPENTER | 001-003 | Prior | | 2020-12-28 | Initial Assignment |
| 241 | 27-CR-20-27550 | RODRICK JEROME CARPENTER | 001-002 | Prior | Conroy, Lois R. | 2020-12-29 | Reassigned |
| 242 | 27-CR-20-27550 | RODRICK JEROME CARPENTER | 001-001 | Current | Lamas, Carolina A. | 2021-03-30 | |
| 243 | 27-CR-23-2480 | Sandra Vongsaphay | 001-003 | Prior | | 2023-02-01 | Initial Assignment |
| 244 | 27-CR-23-2480 | Sandra Vongsaphay | 001-002 | Prior | Allyn, Julie | 2023-02-02 | Reassigned |
| 245 | 27-CR-23-2480 | Sandra Vongsaphay | 001-001 | Current | Burdorf, Jean | 2023-11-03 | |
| 246 | 27-CR-21-8412 | Stephone Ahmad Gammage | 001-002 | Prior | Caligiuri, Hilary L. | 2021-04-30 | Reassigned |
| 247 | 27-CR-21-8412 | Stephone Ahmad Gammage | 001-003 | Prior | | 2021-04-30 | Initial Assignment |
| 248 | 27-CR-21-8412 | Stephone Ahmad Gammage | 001-001 | Current | Janzen, Lisa K | 2022-12-14 | |
| 249 | 27-CR-19-12466 | TERRELL JOHNSON | 001-008 | Prior | | 2019-05-30 | Initial Assignment |
| 250 | 27-CR-19-12466 | TERRELL JOHNSON | 001-007 | Prior | West, Sarah S. | 2019-06-03 | Reassigned |
| 251 | 27-CR-19-12466 | TERRELL JOHNSON | 001-006 | Prior | Janzen, Lisa K | 2019-06-11 | Reassigned |
| 252 | 27-CR-19-19606 | TERRELL JOHNSON | 001-006 | Prior | | 2019-08-13 | Unassigned |
| 253 | 27-CR-19-12466 | TERRELL JOHNSON | 001-005 | Prior | Lamas, Carolina A. | 2020-01-03 | Reassigned |
| 254 | 27-CR-20-8926 | TERRELL JOHNSON | 001-007 | Prior | | 2020-04-08 | Initial Assignment |
| 255 | 27-CR-20-8926 | TERRELL JOHNSON | 001-006 | Prior | Chou, Marta M. | 2020-08-27 | Reassigned |
| 256 | 27-CR-19-19606 | TERRELL JOHNSON | 001-005 | Prior | Lamas, Carolina A. | 2020-09-09 | Reassigned |
| 257 | 27-CR-20-8926 | TERRELL JOHNSON | 001-005 | Prior | Lamas, Carolina A. | 2020-09-09 | Reassigned |
| 258 | 27-CR-20-20037 | TERRELL JOHNSON | 001-006 | Prior | | 2020-09-16 | Initial Assignment |
| 259 | 27-CR-20-20037 | TERRELL JOHNSON | 001-005 | Prior | Lamas, Carolina A. | 2020-10-23 | Reassigned |
| 260 | 27-CR-19-12466 | TERRELL JOHNSON | 001-004 | Prior | Allyn, Julie | 2021-03-30 | Reassigned |
| 261 | 27-CR-19-19606 | TERRELL JOHNSON | 001-004 | Prior | Allyn, Julie | 2021-03-30 | Reassigned |
| 262 | 27-CR-20-8926 | TERRELL JOHNSON | 001-004 | Prior | Allyn, Julie | 2021-03-30 | Reassigned |
| 263 | 27-CR-20-20037 | TERRELL JOHNSON | 001-004 | Prior | Allyn, Julie | 2021-03-30 | Reassigned |
| 264 | 27-CR-21-19552 | TERRELL JOHNSON | 001-004 | Prior | Allyn, Julie | 2021-10-20 | Reassigned |

| Index | Case_Number | Defendant_Name | Assignment_Id | Assignment_Type | Judicial_Officer | Date | Reason |
|---|---|---|---|---|---|---|---|
| 265 | 27-CR-21-19552 | TERRELL JOHNSON | 001-005 | Prior | | 2021-10-20 | Initial Assignment |
| 266 | 27-CR-21-23233 | TERRELL JOHNSON | 001-005 | Prior | | 2021-12-17 | Initial Assignment |
| 267 | 27-CR-21-23233 | TERRELL JOHNSON | 001-004 | Prior | Allyn, Julie | 2021-12-20 | Reassigned |
| 268 | 27-CR-19-12466 | TERRELL JOHNSON | 001-003 | Prior | Engisch, Nicole A. | 2022-04-01 | Reassigned |
| 269 | 27-CR-19-19606 | TERRELL JOHNSON | 001-003 | Prior | Engisch, Nicole A. | 2022-04-01 | Reassigned |
| 270 | 27-CR-20-8926 | TERRELL JOHNSON | 001-003 | Prior | Engisch, Nicole A. | 2022-04-01 | Reassigned |
| 271 | 27-CR-20-20037 | TERRELL JOHNSON | 001-003 | Prior | Engisch, Nicole A. | 2022-04-01 | Reassigned |
| 272 | 27-CR-21-19552 | TERRELL JOHNSON | 001-003 | Prior | Engisch, Nicole A. | 2022-04-01 | Reassigned |
| 273 | 27-CR-21-23233 | TERRELL JOHNSON | 001-003 | Prior | Engisch, Nicole A. | 2022-04-01 | Reassigned |
| 274 | 27-CR-19-12466 | TERRELL JOHNSON | 001-002 | Prior | Houghtaling, Melissa | 2023-01-13 | Reassigned |
| 275 | 27-CR-19-19606 | TERRELL JOHNSON | 001-002 | Prior | Houghtaling, Melissa | 2023-01-13 | Reassigned |
| 276 | 27-CR-20-8926 | TERRELL JOHNSON | 001-002 | Prior | Houghtaling, Melissa | 2023-01-13 | Reassigned |
| 277 | 27-CR-20-20037 | TERRELL JOHNSON | 001-002 | Prior | Houghtaling, Melissa | 2023-01-13 | Reassigned |
| 278 | 27-CR-21-19552 | TERRELL JOHNSON | 001-002 | Prior | Houghtaling, Melissa | 2023-01-13 | Reassigned |
| 279 | 27-CR-21-23233 | TERRELL JOHNSON | 001-002 | Prior | Houghtaling, Melissa | 2023-01-13 | Reassigned |
| 280 | 27-CR-19-12466 | TERRELL JOHNSON | 001-001 | Current | Frank, Matthew | 2024-01-12 | |
| 281 | 27-CR-19-19606 | TERRELL JOHNSON | 001-001 | Current | Frank, Matthew | 2024-01-12 | |
| 282 | 27-CR-20-8926 | TERRELL JOHNSON | 001-001 | Current | Frank, Matthew | 2024-01-12 | |
| 283 | 27-CR-20-20037 | TERRELL JOHNSON | 001-001 | Current | Frank, Matthew | 2024-01-12 | |
| 284 | 27-CR-21-19552 | TERRELL JOHNSON | 001-001 | Current | Frank, Matthew | 2024-01-12 | |
| 285 | 27-CR-21-23233 | TERRELL JOHNSON | 001-001 | Current | Frank, Matthew | 2024-01-12 | |
| 286 | 27-CR-19-9270 | WILLIAM LEE NABORS | 001-003 | Prior | | 2019-04-22 | Initial Assignment |
| 287 | 27-CR-22-3553 | WILLIAM LEE NABORS | 001-004 | Prior | | 2022-02-24 | Initial Assignment |
| 288 | 27-CR-22-3553 | WILLIAM LEE NABORS | 001-003 | Prior | Engisch, Nicole A. | 2022-02-25 | Reassigned |
| 289 | 27-CR-19-9270 | WILLIAM LEE NABORS | 001-002 | Prior | Engisch, Nicole A. | 2022-02-28 | Reassigned |
| 290 | 27-CR-19-9270 | WILLIAM LEE NABORS | 001-001 | Current | Allyn, Julie | 2022-04-01 | |
| 291 | 27-CR-22-3553 | WILLIAM LEE NABORS | 001-002 | Prior | Allyn, Julie | 2022-04-01 | Reassigned |
| 292 | 27-CR-22-3553 | WILLIAM LEE NABORS | 001-001 | Current | Burdorf, Jean | 2023-11-03 | |