# EXHIBIT CAS-11

| Index | Case_Number | Defendant_Name | Case_Status | Assigned_Judge | Origination_Date | Case_Title | Cluster_Case | Cluster_Count |
|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-21-6904 | Lucas Patrick Kraskey | Closed | Houghtaling, Melissa | 2021-04-07 | State of Minnesota vs Lucas Patrick Kraskey | True | 12 |
| 2 | 27-CR-21-8067 | Lucas Patrick Kraskey | Dormant | Frank, Matthew | 2021-04-26 | State of Minnesota vs Lucas Patrick Kraskey | True | 12 |
| 3 | 27-CR-21-8227 | Lucas Patrick Kraskey | Dormant | Frank, Matthew | 2021-04-28 | State of Minnesota vs Lucas Patrick Kraskey | True | 12 |
| 4 | 27-CR-21-8228 | Lucas Patrick Kraskey | Dormant | Frank, Matthew | 2021-04-28 | State of Minnesota vs Lucas Patrick Kraskey | True | 12 |
| 5 | 27-CR-21-8229 | Lucas Patrick Kraskey | Dormant | Frank, Matthew | 2021-04-28 | State of Minnesota vs Lucas Patrick Kraskey | True | 12 |
| 6 | 27-CR-21-8230 | Lucas Patrick Kraskey | Dormant | Frank, Matthew | 2021-04-28 | State of Minnesota vs Lucas Patrick Kraskey | True | 12 |
| 7 | 27-CR-21-8511 | Lucas Patrick Kraskey | Closed | Houghtaling, Melissa | 2021-05-03 | State of Minnesota vs Lucas Patrick Kraskey | True | 12 |
| 8 | 27-CR-22-17300 | Lucas Patrick Kraskey | Dormant | Frank, Matthew | 2022-09-01 | State of Minnesota vs Lucas Patrick Kraskey | True | 12 |
| 9 | 27-CR-22-21679 | Lucas Patrick Kraskey | Closed | Houghtaling, Melissa | 2022-10-28 | State of Minnesota vs Lucas Patrick Kraskey | True | 12 |
| 10 | 27-CR-22-24045 | Lucas Patrick Kraskey | Closed | Houghtaling, Melissa | 2022-12-01 | State of Minnesota vs Lucas Patrick Kraskey | True | 12 |
| 11 | 27-CR-23-385 | Lucas Patrick Kraskey | Closed | Houghtaling, Melissa | 2023-01-05 | State of Minnesota vs Lucas Patrick Kraskey | True | 12 |
| 12 | 27-CR-23-5751 | Lucas Patrick Kraskey | Dormant | Frank, Matthew | 2023-03-17 | State of Minnesota vs Lucas Patrick Kraskey | True | 12 |
| 13 | 27-CR-21-1980 | GORDON EUGENE SHARP | Open | Brennan, Amber | 2021-01-29 | State of Minnesota vs GORDON EUGENE SHARP | True | 9 |
| 14 | 27-CR-21-20072 | GORDON EUGENE SHARP | Open | Brennan, Amber | 2021-10-28 | State of Minnesota vs GORDON EUGENE SHARP | True | 9 |
| 15 | 27-CR-21-20988 | GORDON EUGENE SHARP, Jr. | Open | Brennan, Amber | 2021-11-12 | State of Minnesota vs GORDON EUGENE SHARP, Jr. | True | 9 |
| 16 | 27-CR-21-21355 | GORDON EUGENE SHARP, Jr. | Open | Brennan, Amber | 2021-11-18 | State of Minnesota vs GORDON EUGENE SHARP, Jr. | True | 9 |
| 17 | 27-CR-21-23188 | GORDON EUGENE SHARP, Jr. | Open | Brennan, Amber | 2021-12-17 | State of Minnesota vs GORDON EUGENE SHARP, Jr. | True | 9 |
| 18 | 27-CR-21-23215 | GORDON EUGENE SHARP, Jr. | Open | Brennan, Amber | 2021-12-17 | State of Minnesota vs GORDON EUGENE SHARP, Jr. | True | 9 |
| 19 | 27-CR-22-4087 | GORDON EUGENE SHARP, Jr. | Open | Brennan, Amber | 2022-03-04 | State of Minnesota vs GORDON EUGENE SHARP, Jr. | True | 9 |
| 20 | 27-CR-22-22963 | GORDON EUGENE SHARP, Jr. | Open | Brennan, Amber | 2022-11-17 | State of Minnesota vs GORDON EUGENE SHARP, Jr. | True | 9 |
| 21 | 27-CR-23-16927 | GORDON EUGENE SHARP, Jr. | Open | Brennan, Amber | 2023-08-10 | State of Minnesota vs GORDON EUGENE SHARP, Jr. | True | 9 |
| 22 | 27-CR-19-12466 | TERRELL JOHNSON | Dormant | Frank, Matthew | 2019-05-30 | State of Minnesota vs TERRELL JOHNSON | True | 9 |
| 23 | 27-CR-19-19606 | TERRELL JOHNSON | Dormant | Frank, Matthew | 2019-08-13 | State of Minnesota vs TERRELL JOHNSON | True | 9 |
| 24 | 27-CR-20-8926 | TERRELL JOHNSON | Dormant | Frank, Matthew | 2020-04-08 | State of Minnesota vs TERRELL JOHNSON | True | 9 |
| 25 | 27-CR-20-20037 | TERRELL JOHNSON | Dormant | Frank, Matthew | 2020-09-16 | State of Minnesota vs TERRELL JOHNSON | True | 9 |
| 26 | 27-CR-21-19552 | TERRELL JOHNSON | Dormant | Frank, Matthew | 2021-10-20 | State of Minnesota vs TERRELL JOHNSON | True | 9 |
| 27 | 27-CR-21-23233 | TERRELL JOHNSON | Dormant | Frank, Matthew | 2021-12-17 | State of Minnesota vs TERRELL JOHNSON | True | 9 |
| 28 | 27-CR-22-1165 | TERRELL JOHNSON | Dormant | | 2022-01-20 | State of Minnesota vs TERRELL JOHNSON | True | 9 |
| 29 | 27-CR-22-4898 | TERRELL JOHNSON | Dormant | | 2022-03-16 | State of Minnesota vs TERRELL JOHNSON | True | 9 |
| 30 | 27-CR-23-8649 | TERRELL JOHNSON | Dormant | | 2023-04-25 | State of Minnesota vs TERRELL JOHNSON | True | 9 |
| 31 | 27-CR-19-11566 | MAKIS DEVELL LANE | Open | Hudleston, Sarah | 2019-05-20 | State of Minnesota vs MAKIS DEVELL LANE | True | 7 |
| 32 | 27-CR-19-12130 | MAKIS DEVELL LANE | Open | Hudleston, Sarah | 2019-05-28 | State of Minnesota vs MAKIS DEVELL LANE | True | 7 |
| 33 | 27-CR-20-9036 | MAKIS DEVELL LANE | Open | Hudleston, Sarah | 2020-04-09 | State of Minnesota vs MAKIS DEVELL LANE | True | 7 |

EXHIBIT CAS-11 | p. 1

| Index | Case_Number | Defendant_Name | Case_Status | Assigned_Judge | Origination_Date | Case_Title | Cluster_Case | Cluster_Count |
|---|---|---|---|---|---|---|---|---|
| 34 | 27-CR-20-20851 | MAKIS DEVIL LANE | Open | | 2020-09-29 | State of Minnesota vs MAKIS DEVIL LANE | True | 7 |
| 35 | 27-CR-21-1230 | MAKIS DEVELL LANE | Open | Hudleston, Sarah | 2021-01-20 | State of Minnesota vs MAKIS DEVELL LANE | True | 7 |
| 36 | 27-CR-21-13752 | MAKIS DEVELL LANE | Open | Hudleston, Sarah | 2021-07-23 | State of Minnesota vs MAKIS DEVELL LANE | True | 7 |
| 37 | 27-CR-22-10055 | MAKIS DUVELL LANE | Open | | 2022-05-26 | State of Minnesota vs MAKIS DUVELL LANE | True | 7 |
| 38 | 27-CR-18-18391 | AESHA IBRAHIM OSMAN | Dormant | Moreno, Daniel C. | 2018-07-23 | State of Minnesota vs AESHA IBRAHIM OSMAN | True | 5 |
| 39 | 27-CR-19-1916 | AESHA IBRAHIM OSMAN | Dormant | Moreno, Daniel C. | 2019-01-22 | State of Minnesota vs AESHA IBRAHIM OSMAN | True | 5 |
| 40 | 27-CR-19-3539 | AESHA IBRAHIM OSMAN | Dormant | | 2019-02-11 | State of Minnesota vs AESHA IBRAHIM OSMAN | True | 5 |
| 41 | 27-CR-19-17539 | AESHA IBRAHIM OSMAN | Dormant | | 2019-07-23 | State of Minnesota vs AESHA IBRAHIM OSMAN | True | 5 |
| 42 | 27-CR-21-22058 | AESHA IBRAHIM OSMAN | Dormant | Moreno, Daniel C. | 2021-11-30 | State of Minnesota vs AESHA IBRAHIM OSMAN | True | 5 |
| 43 | 27-CR-20-6301 | PRIEST JESUS DORSEY | Open | Caligiuri, Hilary L. | 2020-03-09 | State of Minnesota vs PRIEST JESUS DORSEY | True | 5 |
| 44 | 27-CR-21-928 | PRIEST JESUS DORSEY | Open | | 2021-01-14 | State of Minnesota vs PRIEST JESUS DORSEY | True | 5 |
| 45 | 27-CR-21-6382 | PRIEST JESUS DORSEY | Open | Caligiuri, Hilary L. | 2021-03-31 | State of Minnesota vs PRIEST JESUS DORSEY | True | 5 |
| 46 | 27-CR-22-4239 | PRIEST JESUS DORSEY | Open | Caligiuri, Hilary L. | 2022-03-07 | State of Minnesota vs PRIEST JESUS DORSEY | True | 5 |
| 47 | 27-CR-23-2073 | PRIEST JESUS DORSEY | Open | Caligiuri, Hilary L. | 2023-01-26 | State of Minnesota vs PRIEST JESUS DORSEY | True | 5 |
| 48 | 27-CR-22-21925 | Abdinour Mohamed Alasow | Closed | | 2022-11-01 | State of Minnesota vs Abdinour Mohamed Alasow | True | 4 |
| 49 | 27-CR-22-23317 | Abdinour Mohamed Alasow | Closed | | 2022-11-22 | State of Minnesota vs Abdinour Mohamed Alasow | True | 4 |
| 50 | 27-CR-23-512 | Abdinour Mohamed Alasow | Closed | | 2023-01-06 | State of Minnesota vs Abdinour Mohamed Alasow | True | 4 |
| 51 | 27-CR-23-883 | Abdinour Mohamed Alasow | Closed | | 2023-01-11 | State of Minnesota vs Abdinour Mohamed Alasow | True | 4 |
| 52 | 27-CR-20-3244 | ANGELIC DENISE SCHAEFER | Under Court Jurisdiction | Andow, Anna | 2020-02-05 | State of Minnesota vs ANGELIC DENISE SCHAEFER | True | 4 |
| 53 | 27-CR-21-1977 | ANGELIC DENISE NUNN | Closed | Andow, Anna | 2021-01-29 | State of Minnesota vs ANGELIC DENISE NUNN | True | 4 |
| 54 | 27-CR-21-1978 | ANGELIC DENISE NUNN | Closed | Andow, Anna | 2021-01-29 | State of Minnesota vs ANGELIC DENISE NUNN | True | 4 |
| 55 | 27-CR-22-20033 | ANGELIC DENISE NUNN | Under Court Jurisdiction | Andow, Anna | 2022-10-06 | State of Minnesota vs ANGELIC DENISE NUNN | True | 4 |
| 56 | 27-CR-17-1555 | ADRIAN MICHAEL WESLEY | Dormant | Meyer, Kerry | 2017-01-19 | State of Minnesota vs ADRIAN MICHAEL WESLEY | True | 3 |
| 57 | 27-CR-17-8342 | ADRIAN MICHAEL WESLEY | Dormant | Meyer, Kerry | 2017-04-05 | State of Minnesota vs ADRIAN MICHAEL WESLEY | True | 3 |
| 58 | 27-CR-17-22909 | ADRIAN MICHAEL WESLEY | Closed | | 2017-09-12 | State of Minnesota vs ADRIAN MICHAEL WESLEY | True | 3 |
| 59 | 27-CR-21-19723 | BRITTANY LATESHA CRUTCHFIELD | Open | Chou, Marta M. | 2021-10-22 | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD | True | 3 |
| 60 | 27-CR-21-23456 | BRITTANY LATESHA CRUTCHFIELD | Open | Chou, Marta M. | 2021-12-21 | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD | True | 3 |
| 61 | 27-CR-22-15550 | BRITTANY LATESHA CRUTCHFIELD | Open | Chou, Marta M. | 2022-08-08 | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD | True | 3 |
| 62 | 27-CR-21-23628 | Carmen Bendu Greaves | Dormant | Moreno, Daniel C. | 2021-12-23 | State of Minnesota vs Carmen Bendu Greaves | True | 3 |
| 63 | 27-CR-22-7797 | Carmen Bendu Greaves | Dormant | Scoggin, Paul | 2022-04-25 | State of Minnesota vs Carmen Bendu Greaves | True | 3 |
| 64 | 27-CR-22-25134 | Carmen Bendu Greaves | Dormant | Scoggin, Paul | 2022-12-16 | State of Minnesota vs Carmen Bendu Greaves | True | 3 |
| 65 | 27-CR-21-10675 | Dennis Joseph Barry | Closed | Burdorf, Jean | 2021-06-07 | State of Minnesota vs Dennis Joseph Barry | True | 3 |
| 66 | 27-CR-22-3570 | Dennis Joseph Barry | Under Court Jurisdiction | Burdorf, Jean | 2022-02-24 | State of Minnesota vs Dennis Joseph Barry | True | 3 |

EXHIBIT CAS-11 | p. 2

| Index | Case_Number | Defendant_Name | Case_Status | Assigned_Judge | Origination_Date | Case_Title | Cluster_Case | Cluster_Count |
|---|---|---|---|---|---|---|---|---|
| 67 | 27-CR-22-22521 | Dennis Joseph Barry | Under Court Jurisdiction | Burdorf, Jean | 2022-11-09 | State of Minnesota vs Dennis Joseph Barry | True | 3 |
| 68 | 27-CR-22-9720 | EMANUEL OMAR BLACK | Closed | | 2022-05-23 | State of Minnesota vs EMANUEL OMAR BLACK | True | 3 |
| 69 | 27-CR-22-12076 | Emanuel Omar Black | Closed | | 2022-06-22 | State of Minnesota vs Emanuel Omar Black | True | 3 |
| 70 | 27-CR-23-17576 | EMANUEL OMAR BLACK | Closed | | 2023-08-19 | State of Minnesota vs EMANUEL OMAR BLACK | True | 3 |
| 71 | 27-CR-21-3797 | GRAHM MARK FLETCHER | Closed | | 2021-02-25 | State of Minnesota vs GRAHM MARK FLETCHER | True | 3 |
| 72 | 27-CR-21-9235 | GRAHM MARK FLETCHER | Dormant | | 2021-05-15 | State of Minnesota vs GRAHM MARK FLETCHER | True | 3 |
| 73 | 27-CR-23-2152 | GRAHM MARK FLETCHER | Dormant | | 2023-01-27 | State of Minnesota vs GRAHM MARK FLETCHER | True | 3 |
| 74 | 27-CR-21-20529 | ISAAC LEE KELLEY | Dormant | Kappelhoff, Mark | 2021-11-04 | State of Minnesota vs ISAAC LEE KELLEY | True | 3 |
| 75 | 27-CR-22-5532 | Isaac Lee Kelley | Dormant | Kappelhoff, Mark | 2022-03-24 | State of Minnesota vs Isaac Lee Kelley | True | 3 |
| 76 | 27-CR-22-7953 | ISAAC LEE KELLEY | Dormant | Kappelhoff, Mark | 2022-04-27 | State of Minnesota vs ISAAC LEE KELLEY | True | 3 |
| 77 | 27-CR-20-6517 | Rex Allen Basswood, Jr. | Closed | Brandt, Gina M. | 2020-03-11 | State of Minnesota vs Rex Allen Basswood, Jr. | True | 3 |
| 78 | 27-CR-21-23131 | Rex Allen Basswood, Jr. | Open | Caligiuri, Hilary L. | 2021-12-16 | State of Minnesota vs Rex Allen Basswood, Jr. | True | 3 |
| 79 | 27-CR-22-24627 | Rex Allen Basswood, Jr. | Open | Caligiuri, Hilary L. | 2022-12-09 | State of Minnesota vs Rex Allen Basswood, Jr. | True | 3 |
| 80 | 27-CR-20-27550 | RODRICK JEROME CARPENTER | Dormant | Lamas, Carolina A. | 2020-12-28 | State of Minnesota vs RODRICK JEROME CARPENTER | True | 3 |
| 81 | 27-CR-22-14541 | RODRICK JEROME CARPENTER, II | Dormant | | 2022-07-26 | State of Minnesota vs RODRICK JEROME CARPENTER, II | True | 3 |
| 82 | 27-CR-22-15358 | RODRICK JEROME CARPENTER, II | Dormant | Lamas, Carolina A. | 2022-08-04 | State of Minnesota vs RODRICK JEROME CARPENTER, II | True | 3 |
| 83 | 27-CR-18-26530 | WILLIAM LEE NABORS | Dormant | Allyn, Julie | 2018-10-26 | State of Minnesota vs WILLIAM LEE NABORS | True | 3 |
| 84 | 27-CR-19-9270 | WILLIAM LEE NABORS | Closed | Allyn, Julie | 2019-04-22 | State of Minnesota vs WILLIAM LEE NABORS | True | 3 |
| 85 | 27-CR-22-3553 | WILLIAM LEE NABORS | Dormant | Burdorf, Jean | 2022-02-24 | State of Minnesota vs WILLIAM LEE NABORS | True | 3 |
| 86 | 27-CR-22-18859 | ABDIQANI AHMED HASSAN | Dormant | Brennan, Amber | 2022-09-22 | State of Minnesota vs ABDIQANI AHMED HASSAN | True | 2 |
| 87 | 27-CR-22-22985 | ABDIQANI AHMED HASSAN | Dormant | Brennan, Amber | 2022-11-17 | State of Minnesota vs ABDIQANI AHMED HASSAN | True | 2 |
| 88 | 27-CR-20-8575 | Bisharo Jama Noor | Dormant | Hoyos, Juan | 2020-04-03 | State of Minnesota vs Bisharo Jama Noor | True | 2 |
| 89 | 27-CR-21-7676 | Bisharo Jama Noor | Dormant | Hoyos, Juan | 2021-04-19 | State of Minnesota vs Bisharo Jama Noor | True | 2 |
| 90 | 27-CR-21-16111 | CHARLESETTA STARLET BROWN | Dormant | Scoggin, Paul | 2021-08-27 | State of Minnesota vs CHARLESETTA STARLET BROWN | True | 2 |
| 91 | 27-CR-22-15430 | CHARLESETTA STARLET BROWN | Dormant | | 2022-08-05 | State of Minnesota vs CHARLESETTA STARLET BROWN | True | 2 |
| 92 | 27-CR-22-3377 | CHASE RADLEY GREEN | Open | Garcia, Tamara G. | 2022-02-22 | State of Minnesota vs CHASE RADLEY GREEN | True | 2 |
| 93 | 27-CR-22-22687 | CHASE RADLEY GREEN | Closed | Andow, Anna | 2022-11-14 | State of Minnesota vs CHASE RADLEY GREEN | True | 2 |
| 94 | 27-CR-21-20637 | Daniel Lamar Ford | Dormant | Garcia, Tamara G. | 2021-11-05 | State of Minnesota vs Daniel Lamar Ford | True | 2 |
| 95 | 27-CR-23-8721 | Daniel Lamar Ford | Dormant | Bartolomei, Luis | 2023-04-26 | State of Minnesota vs Daniel Lamar Ford | True | 2 |
| 96 | 27-CR-23-4547 | Delayna Adrianne Lussier | Dormant | Hudleston, Sarah | 2023-03-01 | State of Minnesota vs Delayna Adrianne Lussier | True | 2 |
| 97 | 27-CR-23-10954 | Delayna Adrianne Lussier | Closed | | 2023-05-26 | State of Minnesota vs Delayna Adrianne Lussier | True | 2 |
| 98 | 27-CR-20-7092 | DWAYNE ANTHONY BLEDSOE | Dormant | Scoggin, Paul | 2020-03-17 | State of Minnesota vs DWAYNE ANTHONY BLEDSOE | True | 2 |
| 99 | 27-CR-21-933 | DWAYNE ANTHONY BLEDSOE | Dormant | Scoggin, Paul | 2021-01-14 | State of Minnesota vs DWAYNE ANTHONY BLEDSOE | True | 2 |

EXHIBIT CAS-11 | p. 3

| Index | Case_Number | Defendant_Name | Case_Status | Assigned_Judge | Origination_Date | Case_Title | Cluster_Case | Cluster_Count |
|---|---|---|---|---|---|---|---|---|
| 100 | 27-CR-19-901 | EYUAEL GONFA KEBEDE | Closed | | 2019-01-10 | State of Minnesota vs EYUAEL GONFA KEBEDE | True | 2 |
| 101 | 27-CR-20-13495 | EYUAEL GONFA KEBEDE | Closed | | 2020-06-09 | State of Minnesota vs EYUAEL GONFA KEBEDE | True | 2 |
| 102 | 27-CR-18-19274 | IFRAH ABDULL HASSAN | Dormant | Koch, William H. | 2018-08-02 | State of Minnesota vs IFRAH ABDULL HASSAN | True | 2 |
| 103 | 27-CR-20-423 | Ifrah Abdullahi Hassan | Dormant | Koch, William H. | 2020-01-06 | State of Minnesota vs Ifrah Abdullahi Hassan | True | 2 |
| 104 | 27-CR-19-28883 | JACOB MAMAR JOHNSON | Closed | Houghtaling, Melissa | 2019-11-22 | State of Minnesota vs JACOB MAMAR JOHNSON | True | 2 |
| 105 | 27-CR-21-13795 | JACOB MAMAR JOHNSON | Closed | Houghtaling, Melissa | 2021-07-23 | State of Minnesota vs JACOB MAMAR JOHNSON | True | 2 |
| 106 | 27-CR-20-23239 | JALEISHA LANAY TAYLOR | Open | Quam, Jay | 2020-10-30 | State of Minnesota vs JALEISHA LANAY TAYLOR | True | 2 |
| 107 | 27-CR-23-8406 | JALEISHA LANAY TAYLOR | Open | Quam, Jay | 2023-04-21 | State of Minnesota vs JALEISHA LANAY TAYLOR | True | 2 |
| 108 | 27-CR-20-1893 | JIMMY EDWARD SPEARS, III | Under Court Jurisdiction | Chu, Regina M. | 2020-01-22 | State of Minnesota vs JIMMY EDWARD SPEARS, III | True | 2 |
| 109 | 27-CR-23-1600 | JIMMY EDWARD SPEARS, III | Closed | | 2023-01-20 | State of Minnesota vs JIMMY EDWARD SPEARS, III | True | 2 |
| 110 | 27-CR-21-14861 | KESSIE KAFELE WILSON | Dormant | Conley, Thomas J. | 2021-08-10 | State of Minnesota vs KESSIE KAFELE WILSON | True | 2 |
| 111 | 27-CR-23-20715 | KESSIE KAFELE WILSON | Dormant | Garcia, Tamara G. | 2023-09-28 | State of Minnesota vs KESSIE KAFELE WILSON | True | 2 |
| 112 | 27-CR-22-13185 | MARK ANTHONY REINHART | Closed | | 2022-07-07 | State of Minnesota vs MARK ANTHONY REINHART | True | 2 |
| 113 | 27-CR-23-5213 | MARK ANTHONY REINHART | Closed | | 2023-03-10 | State of Minnesota vs MARK ANTHONY REINHART | True | 2 |
| 114 | 27-CR-23-284 | MOHAMED ABDI SHIDE | Closed | | 2023-01-04 | State of Minnesota vs MOHAMED ABDI SHIDE | True | 2 |
| 115 | 27-CR-23-3423 | MOHAMED ABDI SHIDE | Dormant | | 2023-02-13 | State of Minnesota vs MOHAMED ABDI SHIDE | True | 2 |
| 116 | 27-CR-23-3459 | MUAD ABDULKADIR | Under Court Jurisdiction | Caligiuri, Hilary L. | 2023-02-14 | State of Minnesota vs MUAD ABDULKADIR | True | 2 |
| 117 | 27-CR-23-3460 | MUAD ABDULKADIR | Closed | Caligiuri, Hilary L. | 2023-02-14 | State of Minnesota vs MUAD ABDULKADIR | True | 2 |
| 118 | 27-CR-23-18846 | RICKY NELSON SULLIVAN, Jr. | Dormant | Hoyos, Juan | 2023-09-05 | State of Minnesota vs RICKY NELSON SULLIVAN, Jr. | True | 2 |
| 119 | 27-CR-23-18850 | RICKY NELSON SULLIVAN, Jr. | Dormant | Hoyos, Juan | 2023-09-05 | State of Minnesota vs RICKY NELSON SULLIVAN, Jr. | True | 2 |
| 120 | 27-CR-22-14493 | TIMOTHY TERRELL STUCKEY | Closed | Koch, William H. | 2022-07-26 | State of Minnesota vs TIMOTHY TERRELL STUCKEY | True | 2 |
| 121 | 27-CR-23-9546 | TIMOTHY TERRELL STUCKEY | Dormant | Koch, William H. | 2023-05-08 | State of Minnesota vs TIMOTHY TERRELL STUCKEY | True | 2 |
| 122 | 27-CR-22-22850 | YASMIN AHMED ALI | Closed | | 2022-11-16 | State of Minnesota vs YASMIN AHMED ALI | True | 2 |
| 123 | 27-CR-23-1658 | YASMIN AHMED ALI | Closed | | 2023-01-20 | State of Minnesota vs YASMIN AHMED ALI | True | 2 |
| 124 | 27-CR-18-18396 | Ramadan Hakim Campbell | Closed | Scoggin, Paul | 2018-07-23 | State of Minnesota vs Ramadan Hakim Campbell | False | 0 |
| 125 | 27-CR-19-22615 | ANNE MARIE RILEY | Closed | | 2019-09-13 | State of Minnesota vs ANNE MARIE RILEY | False | 0 |
| 126 | 27-CR-19-25578 | PAUL JOSEPH OWENS | Closed | | 2019-10-15 | State of Minnesota vs PAUL JOSEPH OWENS | False | 0 |
| 127 | 27-CR-20-10049 | Beyonce Porshae Brown | Closed | | 2020-04-22 | State of Minnesota vs Beyonce Porshae Brown | False | 0 |
| 128 | 27-CR-20-11638 | JOHN EMIL STICHA | Dormant | | 2020-05-14 | State of Minnesota vs JOHN EMIL STICHA | False | 0 |
| 129 | 27-CR-20-19196 | ABDIRAHMAN ISMAIL FARAH | Closed | Moreno, Daniel C. | 2020-09-03 | State of Minnesota vs ABDIRAHMAN ISMAIL FARAH | False | 0 |
| 130 | 27-CR-20-20788 | Lawrence Joseph Durheim | Dormant | Lamas, Carolina A. | 2020-09-28 | State of Minnesota vs Lawrence Joseph Durheim | False | 0 |
| 131 | 27-CR-20-23521 | CASPER HUY VUONG | Closed | Houghtaling, Melissa | 2020-11-04 | State of Minnesota vs CASPER HUY VUONG | False | 0 |
| 132 | 27-CR-20-26577 | Rasheed Richardson | Dormant | Koch, William H. | 2020-12-14 | State of Minnesota vs Rasheed Richardson | False | 0 |

EXHIBIT CAS-11 | p. 4

| Index | Case_Number | Defendant_Name | Case_Status | Assigned_Judge | Origination_Date | Case_Title | Cluster_Case | Cluster_Count |
|---|---|---|---|---|---|---|---|---|
| 133 | 27-CR-21-1171 | IBSSA M YOUSSUF | Open | Quam, Jay | 2021-01-19 | State of Minnesota vs IBSSA M YOUSSUF | False | 0 |
| 134 | 27-CR-21-6229 | MARVAL BARNES | Closed | Hughey, Rachel | 2021-03-29 | State of Minnesota vs MARVAL BARNES | False | 0 |
| 135 | 27-CR-21-6710 | TEMEKA MICHELLE NICHOLS | Dormant | Koch, William H. | 2021-04-05 | State of Minnesota vs TEMEKA MICHELLE NICHOLS | False | 0 |
| 136 | 27-CR-21-8412 | Stephone Ahmad Gammage | Dormant | Janzen, Lisa K | 2021-04-30 | State of Minnesota vs Stephone Ahmad Gammage | False | 0 |
| 137 | 27-CR-21-17008 | NICOLLE LYNN FAWCETT | Under Court Jurisdiction | Bartolomei, Luis | 2021-09-10 | State of Minnesota vs NICOLLE LYNN FAWCETT | False | 0 |
| 138 | 27-CR-22-4879 | MANYARA NICOLE WATKINS | Under Court Jurisdiction | Scoggin, Paul | 2022-03-16 | State of Minnesota vs MANYARA NICOLE WATKINS | False | 0 |
| 139 | 27-CR-22-10646 | LAMAR GLASS | Dormant | Caligiuri, Hilary L. | 2022-06-03 | State of Minnesota vs LAMAR GLASS | False | 0 |
| 140 | 27-CR-22-13941 | TIA TIAUNNA PAYNE | Dormant | Scoggin, Paul | 2022-07-18 | State of Minnesota vs TIA TIAUNNA PAYNE | False | 0 |
| 141 | 27-CR-22-18209 | JULIET KAY HIGGINS | Dormant | Hoyos, Juan | 2022-09-13 | State of Minnesota vs JULIET KAY HIGGINS | False | 0 |
| 142 | 27-CR-22-18776 | AMY LOUISE LILLEVOLD | Open | Brennan, Amber | 2022-09-21 | State of Minnesota vs AMY LOUISE LILLEVOLD | False | 0 |
| 143 | 27-CR-22-18789 | MOLLY ANNE PRICE | Dormant | Janzen, Lisa K | 2022-09-21 | State of Minnesota vs MOLLY ANNE PRICE | False | 0 |
| 144 | 27-CR-22-18938 | NURADIN MOHAMUD | Dormant | Askalani, Shereen | 2022-09-22 | State of Minnesota vs NURADIN MOHAMUD | False | 0 |
| 145 | 27-CR-22-19036 | Crystal Latasha Mcbounds | Dormant | Lamas, Carolina A. | 2022-09-23 | State of Minnesota vs Crystal Latasha Mcbounds | False | 0 |
| 146 | 27-CR-22-20527 | JARELLE THOMAS VAUGHN | Dormant | Askalani, Shereen | 2022-10-13 | State of Minnesota vs JARELLE THOMAS VAUGHN | False | 0 |
| 147 | 27-CR-22-24357 | DENNIS MICHAEL THILL | Closed | Hoyos, Juan | 2022-12-06 | State of Minnesota vs DENNIS MICHAEL THILL | False | 0 |
| 148 | 27-CR-22-25151 | NICOLE LORETTA KELM | Dormant | Burns, Michael E | 2022-12-16 | State of Minnesota vs NICOLE LORETTA KELM | False | 0 |
| 149 | 27-CR-23-1101 | MICHAEL CHANTEL WRIGHT | Dormant | | 2023-01-13 | State of Minnesota vs MICHAEL CHANTEL WRIGHT | False | 0 |
| 150 | 27-CR-23-1886 | MATTHEW DAVID GUERTIN | Dormant | Quam, Jay | 2023-01-24 | State of Minnesota vs MATTHEW DAVID GUERTIN | False | 0 |
| 151 | 27-CR-23-2480 | Sandra Vongsaphay | Dormant | Burdorf, Jean | 2023-02-01 | State of Minnesota vs Sandra Vongsaphay | False | 0 |
| 152 | 27-CR-23-3198 | AARON DASHAUN CHERRY | Dormant | Koch, William H. | 2023-02-10 | State of Minnesota vs AARON DASHAUN CHERRY | False | 0 |
| 153 | 27-CR-23-3496 | ABDULKADIR ELMI EGAL | Dormant | Caligiuri, Hilary L. | 2023-02-14 | State of Minnesota vs ABDULKADIR ELMI EGAL | False | 0 |
| 154 | 27-CR-23-8560 | INGRAM METEBO OYUGI | Dormant | | 2023-04-24 | State of Minnesota vs INGRAM METEBO OYUGI | False | 0 |
| 155 | 27-CR-23-9135 | Rashi Tamboura Williams | Open | Burdorf, Jean | 2023-05-02 | State of Minnesota vs Rashi Tamboura Williams | False | 0 |
| 156 | 27-CR-23-12360 | ALEXANDER ORVAL THOMLEY | Dormant | Burns, Michael E | 2023-06-14 | State of Minnesota vs ALEXANDER ORVAL THOMLEY | False | 0 |
| 157 | 27-CR-23-12653 | JACOB JOSEPH SCHECH | Dormant | Burdorf, Jean | 2023-06-20 | State of Minnesota vs JACOB JOSEPH SCHECH | False | 0 |
| 158 | 27-CR-23-13960 | JEREMIAH JAMES RIVERS | Dormant | Scoggin, Paul | 2023-07-05 | State of Minnesota vs JEREMIAH JAMES RIVERS | False | 0 |
| 159 | 27-CR-23-16281 | FUE VANG | Dormant | Burdorf, Jean | 2023-08-02 | State of Minnesota vs FUE VANG | False | 0 |
| 160 | 27-CR-23-18964 | TROY CARL WARNKE, Jr. | Dormant | Hoyos, Juan | 2023-09-06 | State of Minnesota vs TROY CARL WARNKE, Jr. | False | 0 |
| 161 | 27-CR-23-21403 | PETER JAHAN LEHMEYER | Dormant | | 2023-10-06 | State of Minnesota vs PETER JAHAN LEHMEYER | False | 0 |
| 162 | 27-CR-23-21653 | ROBERT WILLIAM BALSIMO | Dormant | Janzen, Lisa K | 2023-10-10 | State of Minnesota vs ROBERT WILLIAM BALSIMO | False | 0 |
| 163 | 27-CR-23-24219 | ALEXI BRE WASHINGTON | Dormant | Burdorf, Jean | 2023-11-14 | State of Minnesota vs ALEXI BRE WASHINGTON | False | 0 |

EXHIBIT CAS-11 | p. 5