# EXHIBIT CAS-12

| Index | Case_Number | Defendant_Name | Attorney_Name | Docket_Issue |
|---|---|---|---|---|
| 1 | 27-CR-20-23521 | CASPER HUY VUONG | ALLSEITS, MARK STEVEN | Attorney flagged as both Lead and Non-Lead on same case |
| 2 | 27-CR-22-3570 | Dennis Joseph Barry | ANDERSON, KAITLIN BRIANNA | Attorney flagged as both Lead and Non-Lead on same case |
| 3 | 27-CR-18-19274 | IFRAH ABDULL HASSAN | BARNER, JABARI JAKSONI | Attorney flagged as both Lead and Non-Lead on same case |
| 4 | 27-CR-20-423 | Ifrah Abdullahi Hassan | BARNER, JABARI JAKSONI | Attorney flagged as both Lead and Non-Lead on same case |
| 5 | 27-CR-22-25134 | Carmen Bendu Greaves | BASKFIELD, MADELINE KREHBIEL | Attorney marked both Active and Inactive for same case |
| 6 | 27-CR-22-25134 | Carmen Bendu Greaves | BASKFIELD, MADELINE KREHBIEL | Attorney flagged as both Lead and Non-Lead on same case |
| 7 | 27-CR-22-24627 | Rex Allen Basswood, Jr. | CARPENTER, RAISSA | Attorney marked both Active and Inactive for same case |
| 8 | 27-CR-22-24627 | Rex Allen Basswood, Jr. | CARPENTER, RAISSA | Attorney listed as both Prosecution and Defense |
| 9 | 27-CR-18-18391 | AESHA IBRAHIM OSMAN | COLBERT, JESSICA RYAN | Attorney marked both Active and Inactive for same case |
| 10 | 27-CR-19-1916 | AESHA IBRAHIM OSMAN | COLBERT, JESSICA RYAN | Attorney marked both Active and Inactive for same case |
| 11 | 27-CR-19-3539 | AESHA IBRAHIM OSMAN | COLBERT, JESSICA RYAN | Attorney marked both Active and Inactive for same case |
| 12 | 27-CR-19-17539 | AESHA IBRAHIM OSMAN | COLBERT, JESSICA RYAN | Attorney marked both Active and Inactive for same case |
| 13 | 27-CR-21-22058 | AESHA IBRAHIM OSMAN | COLBERT, JESSICA RYAN | Attorney marked both Active and Inactive for same case |
| 14 | 27-CR-21-1171 | IBSSA M YOUSSUF | FILIPSKI, CHRISTOPHER JAMES | Attorney flagged as both Lead and Non-Lead on same case |
| 15 | 27-CR-18-18396 | Ramadan Hakim Campbell | FREEMAN, CHRISTOPHER ERIC | Attorney flagged as both Lead and Non-Lead on same case |
| 16 | 27-CR-21-8228 | Lucas Patrick Kraskey | FREEMAN, CHRISTOPHER ERIC | Attorney flagged as both Lead and Non-Lead on same case |
| 17 | 27-CR-21-20072 | GORDON EUGENE SHARP | GALAYDH, WARSAME ALI KHALIF | Attorney marked both Active and Inactive for same case |
| 18 | 27-CR-21-20988 | GORDON EUGENE SHARP, Jr. | GALAYDH, WARSAME ALI KHALIF | Attorney marked both Active and Inactive for same case |
| 19 | 27-CR-21-21355 | GORDON EUGENE SHARP, Jr. | GALAYDH, WARSAME ALI KHALIF | Attorney marked both Active and Inactive for same case |
| 20 | 27-CR-21-23188 | GORDON EUGENE SHARP, Jr. | GALAYDH, WARSAME ALI KHALIF | Attorney marked both Active and Inactive for same case |
| 21 | 27-CR-21-23215 | GORDON EUGENE SHARP, Jr. | GALAYDH, WARSAME ALI KHALIF | Attorney marked both Active and Inactive for same case |
| 22 | 27-CR-22-4087 | GORDON EUGENE SHARP, Jr. | GALAYDH, WARSAME ALI KHALIF | Attorney marked both Active and Inactive for same case |
| 23 | 27-CR-20-23521 | CASPER HUY VUONG | HALLMAN, DANIEL BRIAN | Attorney marked both Active and Inactive for same case |
| 24 | 27-CR-21-13795 | JACOB MAMAR JOHNSON | HAMID, MAWERDI AHMED | Attorney flagged as both Lead and Non-Lead on same case |
| 25 | 27-CR-18-18396 | Ramadan Hakim Campbell | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 26 | 27-CR-19-12466 | TERRELL JOHNSON | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 27 | 27-CR-19-28883 | JACOB MAMAR JOHNSON | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 28 | 27-CR-20-8575 | Bisharo Jama Noor | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 29 | 27-CR-20-10049 | Beyonce Porshae Brown | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 30 | 27-CR-20-11638 | JOHN EMIL STICHA | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 31 | 27-CR-20-11638 | JOHN EMIL STICHA | Herlofsky, Susan | Attorney listed as both Prosecution and Defense |
| 32 | 27-CR-21-1980 | GORDON EUGENE SHARP | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 33 | 27-CR-21-7676 | Bisharo Jama Noor | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |

| Index | Case_Number | Defendant_Name | Attorney_Name | Docket_Issue |
|---|---|---|---|---|
| 34 | 27-CR-21-19723 | BRITTANY LATESHA CRUTCHFIELD | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 35 | 27-CR-21-20988 | GORDON EUGENE SHARP, Jr. | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 36 | 27-CR-21-21355 | GORDON EUGENE SHARP, Jr. | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 37 | 27-CR-21-23188 | GORDON EUGENE SHARP, Jr. | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 38 | 27-CR-21-23215 | GORDON EUGENE SHARP, Jr. | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 39 | 27-CR-21-23456 | BRITTANY LATESHA CRUTCHFIELD | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 40 | 27-CR-22-20527 | JARELLE THOMAS VAUGHN | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 41 | 27-CR-22-20527 | JARELLE THOMAS VAUGHN | Herlofsky, Susan | Attorney flagged as both Lead and Non-Lead on same case |
| 42 | 27-CR-22-21679 | Lucas Patrick Kraskey | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 43 | 27-CR-22-23317 | Abdinour Mohamed Alasow | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 44 | 27-CR-22-23317 | Abdinour Mohamed Alasow | Herlofsky, Susan | Attorney flagged as both Lead and Non-Lead on same case |
| 45 | 27-CR-23-8560 | INGRAM METEBO OYUGI | Herlofsky, Susan | Attorney marked both Active and Inactive for same case |
| 46 | 27-CR-20-10049 | Beyonce Porshae Brown | HOFFMAN, GRETCHEN LYNNE | Attorney marked both Active and Inactive for same case |
| 47 | 27-CR-20-10049 | Beyonce Porshae Brown | HOFFMAN, GRETCHEN LYNNE | Attorney flagged as both Lead and Non-Lead on same case |
| 48 | 27-CR-21-9235 | GRAHM MARK FLETCHER | HOFFMAN, GRETCHEN LYNNE | Attorney marked both Active and Inactive for same case |
| 49 | 27-CR-21-9235 | GRAHM MARK FLETCHER | HOFFMAN, GRETCHEN LYNNE | Attorney flagged as both Lead and Non-Lead on same case |
| 50 | 27-CR-20-8575 | Bisharo Jama Noor | KHAN, ATIF AHMED | Attorney marked both Active and Inactive for same case |
| 51 | 27-CR-20-8575 | Bisharo Jama Noor | KHAN, ATIF AHMED | Attorney flagged as both Lead and Non-Lead on same case |
| 52 | 27-CR-21-20529 | ISAAC LEE KELLEY | KRATZKE, OLIVIA LUTHER | Attorney marked both Active and Inactive for same case |
| 53 | 27-CR-21-10675 | Dennis Joseph Barry | MARCELLUS, MADSEN, Jr. | Attorney marked both Active and Inactive for same case |
| 54 | 27-CR-21-10675 | Dennis Joseph Barry | MARCELLUS, MADSEN, Jr. | Attorney flagged as both Lead and Non-Lead on same case |
| 55 | 27-CR-22-3570 | Dennis Joseph Barry | MARCELLUS, MADSEN, Jr. | Attorney marked both Active and Inactive for same case |
| 56 | 27-CR-22-3570 | Dennis Joseph Barry | MARCELLUS, MADSEN, Jr. | Attorney flagged as both Lead and Non-Lead on same case |
| 57 | 27-CR-21-1980 | GORDON EUGENE SHARP | MINOR, HILARY ALICE | Attorney marked both Active and Inactive for same case |
| 58 | 27-CR-21-20637 | Daniel Lamar Ford | MORIARTY, CHRISTINA MARIE | Attorney marked both Active and Inactive for same case |
| 59 | 27-CR-21-1980 | GORDON EUGENE SHARP | MYHRAN, CHASE ANDERSON | Attorney flagged as both Lead and Non-Lead on same case |
| 60 | 27-CR-21-1980 | GORDON EUGENE SHARP | MYHRAN, CHASE ANDERSON | Attorney marked both Active and Inactive for same case |
| 61 | 27-CR-21-20988 | GORDON EUGENE SHARP, Jr. | MYHRAN, CHASE ANDERSON | Attorney marked both Active and Inactive for same case |
| 62 | 27-CR-21-20988 | GORDON EUGENE SHARP, Jr. | MYHRAN, CHASE ANDERSON | Attorney flagged as both Lead and Non-Lead on same case |
| 63 | 27-CR-21-21355 | GORDON EUGENE SHARP, Jr. | MYHRAN, CHASE ANDERSON | Attorney marked both Active and Inactive for same case |
| 64 | 27-CR-21-21355 | GORDON EUGENE SHARP, Jr. | MYHRAN, CHASE ANDERSON | Attorney flagged as both Lead and Non-Lead on same case |
| 65 | 27-CR-21-23188 | GORDON EUGENE SHARP, Jr. | MYHRAN, CHASE ANDERSON | Attorney marked both Active and Inactive for same case |
| 66 | 27-CR-21-23188 | GORDON EUGENE SHARP, Jr. | MYHRAN, CHASE ANDERSON | Attorney flagged as both Lead and Non-Lead on same case |

| Index | Case_Number | Defendant_Name | Attorney_Name | Docket_Issue |
|---|---|---|---|---|
| 67 | 27-CR-21-23215 | GORDON EUGENE SHARP, Jr. | MYHRAN, CHASE ANDERSON | Attorney marked both Active and Inactive for same case |
| 68 | 27-CR-21-23215 | GORDON EUGENE SHARP, Jr. | MYHRAN, CHASE ANDERSON | Attorney flagged as both Lead and Non-Lead on same case |
| 69 | 27-CR-22-4087 | GORDON EUGENE SHARP, Jr. | MYHRAN, CHASE ANDERSON | Attorney marked both Active and Inactive for same case |
| 70 | 27-CR-22-4087 | GORDON EUGENE SHARP, Jr. | MYHRAN, CHASE ANDERSON | Attorney flagged as both Lead and Non-Lead on same case |
| 71 | 27-CR-22-22687 | CHASE RADLEY GREEN | MYHRAN, CHASE ANDERSON | Attorney marked both Active and Inactive for same case |
| 72 | 27-CR-22-22687 | CHASE RADLEY GREEN | MYHRAN, CHASE ANDERSON | Attorney flagged as both Lead and Non-Lead on same case |
| 73 | 27-CR-21-1980 | GORDON EUGENE SHARP | O'ROURKE, DAWN MARIE | Attorney flagged as both Lead and Non-Lead on same case |
| 74 | 27-CR-21-1980 | GORDON EUGENE SHARP | O'ROURKE, DAWN MARIE | Attorney marked both Active and Inactive for same case |
| 75 | 27-CR-21-8067 | Lucas Patrick Kraskey | O'ROURKE, DAWN MARIE | Attorney marked both Active and Inactive for same case |
| 76 | 27-CR-21-8227 | Lucas Patrick Kraskey | O'ROURKE, DAWN MARIE | Attorney marked both Active and Inactive for same case |
| 77 | 27-CR-21-8228 | Lucas Patrick Kraskey | O'ROURKE, DAWN MARIE | Attorney marked both Active and Inactive for same case |
| 78 | 27-CR-21-8229 | Lucas Patrick Kraskey | O'ROURKE, DAWN MARIE | Attorney marked both Active and Inactive for same case |
| 79 | 27-CR-21-8230 | Lucas Patrick Kraskey | O'ROURKE, DAWN MARIE | Attorney marked both Active and Inactive for same case |
| 80 | 27-CR-21-17008 | NICOLLE LYNN FAWCETT | O'ROURKE, DAWN MARIE | Attorney marked both Active and Inactive for same case |
| 81 | 27-CR-21-17008 | NICOLLE LYNN FAWCETT | O'ROURKE, DAWN MARIE | Attorney flagged as both Lead and Non-Lead on same case |
| 82 | 27-CR-21-20072 | GORDON EUGENE SHARP | O'ROURKE, DAWN MARIE | Attorney marked both Active and Inactive for same case |
| 83 | 27-CR-21-20072 | GORDON EUGENE SHARP | O'ROURKE, DAWN MARIE | Attorney flagged as both Lead and Non-Lead on same case |
| 84 | 27-CR-21-20988 | GORDON EUGENE SHARP, Jr. | O'ROURKE, DAWN MARIE | Attorney marked both Active and Inactive for same case |
| 85 | 27-CR-21-20988 | GORDON EUGENE SHARP, Jr. | O'ROURKE, DAWN MARIE | Attorney flagged as both Lead and Non-Lead on same case |
| 86 | 27-CR-21-21355 | GORDON EUGENE SHARP, Jr. | O'ROURKE, DAWN MARIE | Attorney marked both Active and Inactive for same case |
| 87 | 27-CR-21-21355 | GORDON EUGENE SHARP, Jr. | O'ROURKE, DAWN MARIE | Attorney flagged as both Lead and Non-Lead on same case |
| 88 | 27-CR-21-23188 | GORDON EUGENE SHARP, Jr. | O'ROURKE, DAWN MARIE | Attorney marked both Active and Inactive for same case |
| 89 | 27-CR-21-23188 | GORDON EUGENE SHARP, Jr. | O'ROURKE, DAWN MARIE | Attorney flagged as both Lead and Non-Lead on same case |
| 90 | 27-CR-21-23215 | GORDON EUGENE SHARP, Jr. | O'ROURKE, DAWN MARIE | Attorney marked both Active and Inactive for same case |
| 91 | 27-CR-21-23215 | GORDON EUGENE SHARP, Jr. | O'ROURKE, DAWN MARIE | Attorney flagged as both Lead and Non-Lead on same case |
| 92 | 27-CR-22-4087 | GORDON EUGENE SHARP, Jr. | O'ROURKE, DAWN MARIE | Attorney marked both Active and Inactive for same case |
| 93 | 27-CR-22-4087 | GORDON EUGENE SHARP, Jr. | O'ROURKE, DAWN MARIE | Attorney flagged as both Lead and Non-Lead on same case |
| 94 | 27-CR-22-22963 | GORDON EUGENE SHARP, Jr. | O'ROURKE, DAWN MARIE | Attorney marked both Active and Inactive for same case |
| 95 | 27-CR-22-22963 | GORDON EUGENE SHARP, Jr. | O'ROURKE, DAWN MARIE | Attorney flagged as both Lead and Non-Lead on same case |
| 96 | 27-CR-22-15358 | RODRICK JEROME CARPENTER, II | PROBST, ASHLEY ANN | Attorney marked both Active and Inactive for same case |
| 97 | 27-CR-22-15358 | RODRICK JEROME CARPENTER, II | PROBST, ASHLEY ANN | Attorney flagged as both Lead and Non-Lead on same case |
| 98 | 27-CR-20-6517 | Rex Allen Basswood, Jr. | RADMER, MICHAEL JAMES | Attorney flagged as both Lead and Non-Lead on same case |
| 99 | 27-CR-22-18859 | ABDIQANI AHMED HASSAN | REILAND, ANDREW JOSEPH, II | Attorney marked both Active and Inactive for same case |

| Index | Case_Number | Defendant_Name | Attorney_Name | Docket_Issue |
|---|---|---|---|---|
| 100 | 27-CR-22-18859 | ABDIQANI AHMED HASSAN | REILAND, ANDREW JOSEPH, II | Attorney flagged as both Lead and Non-Lead on same case |
| 101 | 27-CR-22-22985 | ABDIQANI AHMED HASSAN | REILAND, ANDREW JOSEPH, II | Attorney marked both Active and Inactive for same case |
| 102 | 27-CR-22-22985 | ABDIQANI AHMED HASSAN | REILAND, ANDREW JOSEPH, II | Attorney flagged as both Lead and Non-Lead on same case |
| 103 | 27-CR-23-284 | MOHAMED ABDI SHIDE | SCHOENBORN, ASHLEY MARIE | Attorney marked both Active and Inactive for same case |
| 104 | 27-CR-23-284 | MOHAMED ABDI SHIDE | SCHOENBORN, ASHLEY MARIE | Attorney flagged as both Lead and Non-Lead on same case |
| 105 | 27-CR-23-2073 | PRIEST JESUS DORSEY | SKRZECZKOSKI, LISA ELLEN | Attorney marked both Active and Inactive for same case |
| 106 | 27-CR-23-2073 | PRIEST JESUS DORSEY | SKRZECZKOSKI, LISA ELLEN | Attorney flagged as both Lead and Non-Lead on same case |
| 107 | 27-CR-21-8229 | Lucas Patrick Kraskey | SORENSEN, ROBERT J | Attorney marked both Active and Inactive for same case |
| 108 | 27-CR-21-8229 | Lucas Patrick Kraskey | SORENSEN, ROBERT J | Attorney listed as both Prosecution and Defense |
| 109 | 27-CR-20-11638 | JOHN EMIL STICHA | SPALDING, JENNIFER MARIE BOEMER | Attorney marked both Active and Inactive for same case |
| 110 | 27-CR-21-17008 | NICOLLE LYNN FAWCETT | STRECKER, CORY L. | Attorney marked both Active and Inactive for same case |
| 111 | 27-CR-21-13752 | MAKIS DEVELL LANE | SUMMERS, NICHOLAS NATHANIAL | Attorney flagged as both Lead and Non-Lead on same case |
| 112 | 27-CR-23-9546 | TIMOTHY TERRELL STUCKEY | Tabora, Christine | Attorney marked both Active and Inactive for same case |
| 113 | 27-CR-21-6382 | PRIEST JESUS DORSEY | THELEN, DUSTIN MICHAEL | Attorney marked both Active and Inactive for same case |
| 114 | 27-CR-22-4239 | PRIEST JESUS DORSEY | THELEN, DUSTIN MICHAEL | Attorney marked both Active and Inactive for same case |
| 115 | 27-CR-20-3244 | ANGELIC DENISE SCHAEFER | VOGT, SOPHIA DASTAGIR | Attorney marked both Active and Inactive for same case |