# EXHIBIT SHA-7

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | Case_Number | File_Date | SHA-256_Hashed_PDF_File_Name | SHA-256_Hash_Translation | Family | Filing_Type | SHA-256_Hash_Value | Asset_Type | Case_Status | Defendant_Name | Lead_Defense_Counsel | Lead_Prosecutor | Hashed_PDF_Asset_Url | PDF_Asset_Folder_Path | PDF_Asset_Folder_Url |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-17-1335 | 2022-12-27 | MCRO_27-CR-17-1335_Correspondence for Judicial Approval_2022-12-27_20240430093546.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a0391c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | ADRIAN MICHAEL WESLEY | NOLEN, JULES ANTHONY | BLAGOEV, AMY LOUISE | MnCourtFraud.com/File/a0391c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0110.jpg | MnCourtFraud.com/File/MCRO_27-CR-17-1335_Correspondence_for_Judicial_Approval_2022-12-27_20240430093546.jpg |
| 2 | 27-CR-17-12989 | 2022-12-27 | MCRO_27-CR-17-12989_Correspondence for Judicial Approval_2022-12-27_20240430097212.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6391c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Closed | ADRIAN MICHAEL WESLEY | NOLEN, JULES ANTHONY | BLAGOEV, AMY LOUISE | MnCourtFraud.com/File/a6391c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0111.jpg | MnCourtFraud.com/File/MCRO_27-CR-17-12989_Correspondence_for_Judicial_Approval_2022-12-27_20240430097212.jpg |
| 3 | 27-CR-17-8342 | 2022-12-27 | MCRO_27-CR-17-8342_Correspondence for Judicial Approval_2022-12-27_20240430093648.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a8391c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | ADRIAN MICHAEL WESLEY | NOLEN, JULES ANTHONY | BLAGOEV, AMY LOUISE | MnCourtFraud.com/File/a8391c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0112.jpg | MnCourtFraud.com/File/MCRO_27-CR-17-8342_Correspondence_for_Judicial_Approval_2022-12-27_20240430093648.jpg |
| 4 | 27-CR-18-18391 | 2020-06-04 | MCRO_27-CR-18-18391_Correspondence for Judicial Approval_2020-06-04_20240430093750.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a9391c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | AISHA IBRAHIM OSMAN | KHAN, ATIF AHMED | POWELL, EVAN DANIEL | MnCourtFraud.com/File/a9391c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0113.jpg | MnCourtFraud.com/File/MCRO_27-CR-18-18391_Correspondence_for_Judicial_Approval_2020-06-04_20240430093750.jpg |
| 5 | 27-CR-18-18393 | 2022-07-14 | MCRO_27-CR-18-18393_Correspondence for Judicial Approval_2022-07-14_20240430093852.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a0491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | AISHA IBRAHIM OSMAN | KHAN, ATIF AHMED | POWELL, EVAN DANIEL | MnCourtFraud.com/File/a0491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0114.jpg | MnCourtFraud.com/File/MCRO_27-CR-18-18393_Correspondence_for_Judicial_Approval_2022-07-14_20240430093852.jpg |
| 6 | 27-CR-18-19274 | 2022-07-14 | MCRO_27-CR-18-19274_Correspondence for Judicial Approval_2022-07-14_20240430093954.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a1491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | IFRAH ABDULL HASSAN | SKRZYCZKOSKI, LISA ELLEN | BARNER, SARAH JASONE | MnCourtFraud.com/File/a1491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0115.jpg | MnCourtFraud.com/File/MCRO_27-CR-18-19274_Correspondence_for_Judicial_Approval_2022-07-14_20240430093954.jpg |
| 7 | 27-CR-18-12466 | 2022-11-07 | MCRO_27-CR-18-12466_Correspondence for Judicial Approval_2022-11-07_20240430095022.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a2491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | AISHA IBRAHIM OSMAN | KHAN, ATIF AHMED | POWELL, EVAN DANIEL | MnCourtFraud.com/File/a2491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0116.jpg | MnCourtFraud.com/File/MCRO_27-CR-18-12466_Correspondence_for_Judicial_Approval_2022-11-07_20240430095022.jpg |
| 8 | 27-CR-18-17528 | 2020-06-04 | MCRO_27-CR-18-17528_Correspondence for Judicial Approval_2020-06-04_20240430095350.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a3491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | AISHA IBRAHIM OSMAN | KHAN, ATIF AHMED | POWELL, EVAN DANIEL | MnCourtFraud.com/File/a3491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0117.jpg | MnCourtFraud.com/File/MCRO_27-CR-18-17528_Correspondence_for_Judicial_Approval_2020-06-04_20240430095350.jpg |
| 9 | 27-CR-18-17528 | 2022-07-14 | MCRO_27-CR-18-17528_Correspondence for Judicial Approval_2022-07-14_20240430095124.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a4491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | AISHA IBRAHIM OSMAN | KHAN, ATIF AHMED | POWELL, EVAN DANIEL | MnCourtFraud.com/File/a4491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0118.jpg | MnCourtFraud.com/File/MCRO_27-CR-18-17528_Correspondence_for_Judicial_Approval_2022-07-14_20240430095124.jpg |
| 10 | 27-CR-19-1916 | 2022-07-14 | MCRO_27-CR-19-1916_Correspondence for Judicial Approval_2022-07-14_20240430095226.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a5491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | AISHA IBRAHIM OSMAN | KHAN, ATIF AHMED | POWELL, EVAN DANIEL | MnCourtFraud.com/File/a5491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0119.jpg | MnCourtFraud.com/File/MCRO_27-CR-19-1916_Correspondence_for_Judicial_Approval_2022-07-14_20240430095226.jpg |
| 11 | 27-CR-18-1916 | 2022-07-14 | MCRO_27-CR-18-1916_Correspondence for Judicial Approval_2022-07-14_20240430095328.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | TERRELL JOHNSON | PRAHL, LAURA LEE | WOTHE, KACY LEE | MnCourtFraud.com/File/a6491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0120.jpg | MnCourtFraud.com/File/MCRO_27-CR-18-1916_Correspondence_for_Judicial_Approval_2022-07-14_20240430095328.jpg |
| 12 | 27-CR-19-2666 | 2022-07-14 | MCRO_27-CR-19-2666_Correspondence for Judicial Approval_2022-07-14_20240430095430.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a7491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | AISHA IBRAHIM OSMAN | KHAN, ATIF AHMED | POWELL, EVAN DANIEL | MnCourtFraud.com/File/a7491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0121.jpg | MnCourtFraud.com/File/MCRO_27-CR-19-2666_Correspondence_for_Judicial_Approval_2022-07-14_20240430095430.jpg |
| 13 | 27-CR-20-20837 | 2022-11-07 | MCRO_27-CR-20-20837_Correspondence for Judicial Approval_2022-11-07_20240430095532.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a8491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | JACOB MAMAR JOHNSON | FRAME, HOLLY ROSE | HAMED MAWDHER AHMED | MnCourtFraud.com/File/a8491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0122.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-20837_Correspondence_for_Judicial_Approval_2022-11-07_20240430095532.jpg |
| 14 | 27-CR-20-20837 | 2022-07-14 | MCRO_27-CR-20-20837_Correspondence for Judicial Approval_2022-07-14_20240430095634.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a9491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | AISHA IBRAHIM OSMAN | KHAN, ATIF AHMED | POWELL, EVAN DANIEL | MnCourtFraud.com/File/a9491c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0123.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-20837_Correspondence_for_Judicial_Approval_2022-07-14_20240430095634.jpg |
| 15 | 27-CR-20-20837 | 2022-11-07 | MCRO_27-CR-20-20837_Correspondence for Judicial Approval_2022-11-07_20240430095736.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a0591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | AISHA IBRAHIM OSMAN | KHAN, ATIF AHMED | POWELL, EVAN DANIEL | MnCourtFraud.com/File/a0591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0124.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-20837_Correspondence_for_Judicial_Approval_2022-11-07_20240430095736.jpg |
| 16 | 27-CR-20-826 | 2022-07-14 | MCRO_27-CR-20-826_Correspondence for Judicial Approval_2022-07-14_20240430095838.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a1591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | TERRELL JOHNSON | PRAHL, LAURA LEE | WOTHE, KACY LEE | MnCourtFraud.com/File/a1591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0125.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-826_Correspondence_for_Judicial_Approval_2022-07-14_20240430095838.jpg |
| 17 | 27-CR-20-826 | 2022-11-07 | MCRO_27-CR-20-826_Correspondence for Judicial Approval_2022-11-07_20240430095940.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a2591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | TERRELL JOHNSON | PRAHL, LAURA LEE | WOTHE, KACY LEE | MnCourtFraud.com/File/a2591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0126.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-826_Correspondence_for_Judicial_Approval_2022-11-07_20240430095940.jpg |
| 18 | 27-CR-20-8926 | 2022-11-07 | MCRO_27-CR-20-8926_Correspondence for Judicial Approval_2022-11-07_20240430100542.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a3591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | Rasheed Richardson | DUSMDT, DAVID G. | FREEMAN, CHRISTOPHER ERIC | MnCourtFraud.com/File/a3591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0127.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-8926_Correspondence_for_Judicial_Approval_2022-11-07_20240430100542.jpg |
| 19 | 27-CR-20-9171 | 2022-09-06 | MCRO_27-CR-20-9171_Correspondence for Judicial Approval_2022-09-06_20240430100644.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a4591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | Ifrah Abdullah Hassan | SKRZYCZKOSKI, LISA ELLEN | BARNER, SARAH JASONE | MnCourtFraud.com/File/a4591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0128.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-9171_Correspondence_for_Judicial_Approval_2022-09-06_20240430100644.jpg |
| 20 | 27-CR-20-9171 | 2022-11-07 | MCRO_27-CR-20-9171_Correspondence for Judicial Approval_2022-11-07_20240430100746.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a5591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | TERRELL JOHNSON | PRAHL, LAURA LEE | WOTHE, KACY LEE | MnCourtFraud.com/File/a5591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0129.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-9171_Correspondence_for_Judicial_Approval_2022-11-07_20240430100746.jpg |
| 21 | 27-CR-20-11785 | 2021-11-03 | MCRO_27-CR-20-11785_Correspondence for Judicial Approval_2021-11-03_20240430100848.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a6591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | JACOB MAMAR JOHNSON | FRAME, HOLLY ROSE | HAMED MAWDHER AHMED | MnCourtFraud.com/File/a6591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0130.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-11785_Correspondence_for_Judicial_Approval_2021-11-03_20240430100848.jpg |
| 22 | 27-CR-21-19312 | 2022-11-07 | MCRO_27-CR-21-19312_Correspondence for Judicial Approval_2022-11-07_20240430100950.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a7591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | Daniel Lanier Ford | CARPENTER, HANNA | MOELLER, STEPHEN RICHARD | MnCourtFraud.com/File/a7591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0131.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-19312_Correspondence_for_Judicial_Approval_2022-11-07_20240430100950.jpg |
| 23 | 27-CR-21-19312 | 2022-11-07 | MCRO_27-CR-21-19312_Correspondence for Judicial Approval_2022-11-07_20240430101052.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a8591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | TERRELL JOHNSON | PRAHL, LAURA LEE | WOTHE, KACY LEE | MnCourtFraud.com/File/a8591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0132.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-19312_Correspondence_for_Judicial_Approval_2022-11-07_20240430101052.jpg |
| 24 | 27-CR-21-6426 | 2022-11-07 | MCRO_27-CR-21-6426_Correspondence for Judicial Approval_2022-11-07_20240430101154.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a9591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Closed | MARVAL BARNES | Herzfeld, Sean | STEPHENS, ERIN COLLEEN | MnCourtFraud.com/File/a9591c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0133.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-6426_Correspondence_for_Judicial_Approval_2022-11-07_20240430101154.jpg |
| 25 | 27-CR-21-6426 | 2022-11-07 | MCRO_27-CR-21-6426_Correspondence for Judicial Approval_2022-11-07_20240430101256.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a0691c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Closed | TERRELL JOHNSON | PRAHL, LAURA LEE | WOTHE, KACY LEE | MnCourtFraud.com/File/a0691c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0134.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-6426_Correspondence_for_Judicial_Approval_2022-11-07_20240430101256.jpg |
| 26 | 27-CR-22-1165 | 2023-11-07 | MCRO_27-CR-22-1165_Correspondence for Judicial Approval_2023-11-07_20240430101358.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a1691c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Domant | TERRELL JOHNSON | PRAHL, LAURA LEE | WOTHE, KACY LEE | MnCourtFraud.com/File/a1691c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0135.jpg | MnCourtFraud.com/File/MCRO_27-CR-22-1165_Correspondence_for_Judicial_Approval_2023-11-07_20240430101358.jpg |
| 27 | 27-CR-22-4898 | 2022-11-07 | MCRO_27-CR-22-4898_Correspondence for Judicial Approval_2022-11-07_20240430402125.pdf | Amanda Burg, Court Liason, Forensic Mental Health Program Direct Care & Treatment - Forensic Services 1703 County Road 15 St. Peter, MN 56082 | Written Signature | Correspondence for Judicial Approval | a2691c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | jpg | Closed | TERRELL JOHNSON | PRAHL, LAURA LEE | WOTHE, KACY LEE | MnCourtFraud.com/File/a2691c6fccada7ae03771640d20836a2a5503e621c38de2da2de44fd2acc | Image-0136.jpg | MnCourtFraud.com/File/MCRO_27-CR-22-4898_Correspondence_for_Judicial_Approval_2022-11-07_20240430402125.jpg |

EXHIBIT SHA-7 | p. 1