# EXHIBIT SHA-10

| Index | Case_Number | File_Date | SHA-256_Hashed_PDF_File_Name | SHA-256_Hash_Translation | Family | Filing_Type | SHA-256_Hash_Value | Asset_Type | Defendant_Name | Hashed_PDF_Asset_Url | PDF_Asset_Folder_Path | PDF_Asset_Folder_Url |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-19-12130 | 2023-04-17 | MCRO_27-CR-19-12130_Returned Mail_2023-04-17_20240430091717.pdf | MAKIS DUVELL LANE 8120 West River Road Brooklyn Park MN 55444 | USPS Mail Scan | Returned Mail | 7692d2f491e4b9fdd89ac316e79bf9ee1ec80674eb1d7a0c3f48244f2bcda02b2 | .jpg | MAKIS DEVELL LANE | MnCourtFraud.com/File/7692d2f491e4b9fdd89ac316e79bf9ee1ec80674eb1d7a0c3f48244f2bcda02b2.jpg | /image=0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-19-12130_Returned_Mail_2023-04-17_20240430091717.zip |
| 2 | 27-CR-20-9036 | 2023-04-17 | MCRO_27-CR-20-9036_Returned Mail_2023-04-17_20240430075422.pdf | MAKIS DUVELL LANE 8120 West River Road Brooklyn Park MN 55444 | USPS Mail Scan | Returned Mail | 7692d2f491e4b9fdd89ac316e79bf9ee1ec80674eb1d7a0c3f48244f2bcda02b2 | .jpg | MAKIS DEVELL LANE | MnCourtFraud.com/File/7692d2f491e4b9fdd89ac316e79bf9ee1ec80674eb1d7a0c3f48244f2bcda02b2.jpg | /image=0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-9036_Returned_Mail_2023-04-17_20240430075422.zip |
| 3 | 27-CR-21-1230 | 2023-04-17 | MCRO_27-CR-21-1230_Returned Mail_2023-04-17_20240430075422.pdf | MAKIS DUVELL LANE 8120 West River Road Brooklyn Park MN 55444 | USPS Mail Scan | Returned Mail | 7692d2f491e4b9fdd89ac316e79bf9ee1ec80674eb1d7a0c3f48244f2bcda02b2 | .jpg | MAKIS DEVELL LANE | MnCourtFraud.com/File/7692d2f491e4b9fdd89ac316e79bf9ee1ec80674eb1d7a0c3f48244f2bcda02b2.jpg | /image=0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1230_Returned_Mail_2023-04-17_20240430075422.zip |
| 4 | 27-CR-21-13752 | 2023-04-17 | MCRO_27-CR-21-13752_Returned Mail_2023-04-17_20240430080206.pdf | MAKIS DUVELL LANE 8120 West River Road Brooklyn Park MN 55444 | USPS Mail Scan | Returned Mail | 7692d2f491e4b9fdd89ac316e79bf9ee1ec80674eb1d7a0c3f48244f2bcda02b2 | .jpg | MAKIS DEVELL LANE | MnCourtFraud.com/File/7692d2f491e4b9fdd89ac316e79bf9ee1ec80674eb1d7a0c3f48244f2bcda02b2.jpg | /image=0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-13752_Returned_Mail_2023-04-17_20240430080206.zip |
| 5 | 27-CR-20-20851 | 2023-04-17 | MCRO_27-CR-20-20851_Returned Mail_2023-04-17_20240430090336.pdf | MAKIS DUVELL LANE 8120 West River Road Brooklyn Park MN 55444 | USPS Mail Scan | Returned Mail | 7692d2f491e4b9fdd89ac316e79bf9ee1ec80674eb1d7a0c3f48244f2bcda02b2 | .jpg | MAKIS DEVELL LANE | MnCourtFraud.com/File/7692d2f491e4b9fdd89ac316e79bf9ee1ec80674eb1d7a0c3f48244f2bcda02b2.jpg | /image=0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-20851_Returned_Mail_2023-04-17_20240430090336.zip |
| 6 | 27-CR-22-10055 | 2023-04-17 | MCRO_27-CR-22-10055_Returned Mail_2023-04-17_20240430092049.pdf | MAKIS DUVELL LANE 8120 West River Road Brooklyn Park MN 55444 | USPS Mail Scan | Returned Mail | 7692d2f491e4b9fdd89ac316e79bf9ee1ec80674eb1d7a0c3f48244f2bcda02b2 | .jpg | MAKIS DEVELL LANE | MnCourtFraud.com/File/7692d2f491e4b9fdd89ac316e79bf9ee1ec80674eb1d7a0c3f48244f2bcda02b2.jpg | /image=0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-22-10055_Returned_Mail_2023-04-17_20240430092049.zip |
| 7 | 27-CR-21-13752 | 2021-09-08 | MCRO_27-CR-21-13752_Returned Mail_2021-09-08_20240430085018.pdf | MAKIS DEVIL LANE 8261 RIVERVIEW LN #9 MAIL ONLY | USPS Mail Scan | Returned Mail | b2caf726527ba4c0b164d4796199f3088e3dc1157ac53382873178247 | .jpg | MAKIS DEVELL LANE | MnCourtFraud.com/File/b2caf726527ba4c0b164d4796199f3088e3dc1157ac53382873178247.jpg | /image=0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-13752_Returned_Mail_2021-09-08_20240430085018.zip |
| 8 | 27-CR-21-1977 | 2023-05-18 | MCRO_27-CR-21-1977_Returned Mail_2023-05-18_20240430075557.pdf | ANGELIC DENISE NUNN 740 E 17th Street Minneapolis MN 55404 | USPS Mail Scan | Returned Mail | 7918e172406bdd27a0d05baa6264c1ddf92f2abe118fbdb35b339f72cdfc60 | .jpg | ANGELIC DENISE NUNN | MnCourtFraud.com/File/7918e172406bdd27a0d05baa6264c1ddf92f2abe118fbdb35b339f72cdfc60.jpg | /image=0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1977_Returned_Mail_2023-05-18_20240430075557.zip |
| 9 | 27-CR-21-1978 | 2023-05-18 | MCRO_27-CR-21-1978_Returned Mail_2023-05-18_20240430077110.pdf | ANGELIC DENISE NUNN 740 E 17th Street Minneapolis MN 55404 | USPS Mail Scan | Returned Mail | 7918e172406bdd27a0d05baa6264c1ddf92f2abe118fbdb35b339f72cdfc60 | .jpg | ANGELIC DENISE NUNN | MnCourtFraud.com/File/7918e172406bdd27a0d05baa6264c1ddf92f2abe118fbdb35b339f72cdfc60.jpg | /image=0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1978_Returned_Mail_2023-05-18_20240430077110.zip |
| 10 | 27-CR-20-3244 | 2023-05-18 | MCRO_27-CR-20-3244_Returned Mail_2023-05-18_20240430080008.pdf | ANGELIC DENISE NUNN 740 E 17th Street Minneapolis MN 55404 | USPS Mail Scan | Returned Mail | 7918e172406bdd27a0d05baa6264c1ddf92f2abe118fbdb35b339f72cdfc60 | .jpg | ANGELIC DENISE NUNN | MnCourtFraud.com/File/7918e172406bdd27a0d05baa6264c1ddf92f2abe118fbdb35b339f72cdfc60.jpg | /image=0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-3244_Returned_Mail_2023-05-18_20240430080008.zip |
| 11 | 27-CR-20-3244 | 2023-05-11 | MCRO_27-CR-20-3244_Returned Mail_2023-05-11_20240430075706.pdf | ANGELIC DENISE NUNN 740 E 17TH STREET Minneapolis MN 55408 | USPS Mail Scan | Returned Mail | 9082565028eef53456c80743e8a537a09357f9e45ede0dbb858ba4be68e36d1f | .jpg | ANGELIC DENISE SCHAEFER | MnCourtFraud.com/File/9082565028eef53456c80743e8a537a09357f9e45ede0dbb858ba4be68e36d1f.jpg | /image=0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-3244_Returned_Mail_2023-05-11_20240430075706.zip |
| 12 | 27-CR-22-20033 | 2023-10-11 | MCRO_27-CR-22-20033_Returned Mail_2023-10-11_20240429162646.pdf | ANGELIC DENISE NUNN 740 E 17TH STREET Minneapolis MN 55408 | USPS Mail Scan | Returned Mail | 9082565028eef53456c80743e8a537a09357f9e45ede0dbb858ba4be68e36d1f | .jpg | ANGELIC DENISE SCHAEFER | MnCourtFraud.com/File/9082565028eef53456c80743e8a537a09357f9e45ede0dbb858ba4be68e36d1f.jpg | /image=0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-22-20033_Returned_Mail_2023-10-11_20240429162646.zip |
| 13 | 27-CR-20-3244 | 2023-10-11 | MCRO_27-CR-20-3244_Returned Mail_2023-10-11_20240430080508.pdf | ANGELIC DENISE NUNN 740 E 17TH STREET Minneapolis MN 55408 | USPS Mail Scan | Returned Mail | 9082565028eef53456c80743e8a537a09357f9e45ede0dbb858ba4be68e36d1f | .jpg | ANGELIC DENISE SCHAEFER | MnCourtFraud.com/File/9082565028eef53456c80743e8a537a09357f9e45ede0dbb858ba4be68e36d1f.jpg | /image=0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-3244_Returned_Mail_2023-10-11_20240430080508.zip |
| 14 | 27-CR-20-3244 | 2023-10-11 | MCRO_27-CR-20-3244_Returned Mail_2023-10-11_20240430075701.pdf | ANGELIC DENISE NUNN 740 E 17TH STREET Minneapolis MN 55408 | USPS Mail Scan | Returned Mail | 9082565028eef53456c80743e8a537a09357f9e45ede0dbb858ba4be68e36d1f | .jpg | ANGELIC DENISE SCHAEFER | MnCourtFraud.com/File/9082565028eef53456c80743e8a537a09357f9e45ede0dbb858ba4be68e36d1f.jpg | /image=0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-3244_Returned_Mail_2023-10-11_20240430075701.zip |
| 15 | 27-CR-19-12130 | 2023-11-14 | MCRO_27-CR-19-12130_Returned Mail_2023-11-14_20240430075701.pdf | ANGELIC DENISE NUNN 740 E 17TH STREET Minneapolis MN 55408 | USPS Mail Scan | Returned Mail | 2c9c8d2443f00fce095e951ed09624f2e0b6a72e01272656a42b63b8a.jpg | .jpg | ANGELIC DENISE NUNN | MnCourtFraud.com/File/2c9c8d2443f00fce095e951ed09624f2e0b6a72e01272656a42b63b8a.jpg | /image=0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-19-12130_Returned_Mail_2023-11-14_20240430075701.zip |
| 16 | 27-CR-22-20033 | 2023-11-14 | MCRO_27-CR-22-20033_Returned Mail_2023-11-14_20240430075701.pdf | ANGELIC DENISE NUNN 740 E 17TH STREET Minneapolis MN 55408 | USPS Mail Scan | Returned Mail | 2c9c8d2443f00fce095e951ed09624f2e0b6a72e01272656a42b63b8a.jpg | .jpg | ANGELIC DENISE NUNN | MnCourtFraud.com/File/2c9c8d2443f00fce095e951ed09624f2e0b6a72e01272656a42b63b8a.jpg | /image=0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-22-20033_Returned_Mail_2023-11-14_20240430075701.zip |
| 17 | 27-CR-20-3244 | 2023-11-14 | MCRO_27-CR-20-3244_Returned Mail_2023-11-14_20240430084959.pdf | ANGELIC DENISE NUNN 740 E 17TH STREET Minneapolis MN 55408 | USPS Mail Scan | Returned Mail | 2c9c8d2443f00fce095e951ed09624f2e0b6a72e01272656a42b63b8a.jpg | .jpg | ANGELIC DENISE NUNN | MnCourtFraud.com/File/2c9c8d2443f00fce095e951ed09624f2e0b6a72e01272656a42b63b8a.jpg | /image=0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-3244_Returned_Mail_2023-11-14_20240430084959.zip |
| 18 | 27-CR-21-1977 | 2022-04-27 | MCRO_27-CR-21-1977_Returned Mail_2022-04-27_20240430075612.pdf | ANGELIC DENISE NUNN 740 E 17TH AVE | USPS Mail Scan | Returned Mail | 5647fce6ab67adb3f158c323d8cf8b01005b30ef3689e7f0f6fde97d3abb8b4118cc | .jpg | ANGELIC DENISE SCHAEFER | MnCourtFraud.com/File/5647fce6ab67adb3f158c323d8cf8b01005b30ef3689e7f0f6fde97d3abb8b4118cc.jpg | /image=0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1977_Returned_Mail_2022-04-27_20240430075612.zip |
| 19 | 27-CR-21-1978 | 2022-04-27 | MCRO_27-CR-21-1978_Returned Mail_2022-04-27_20240430081019.pdf | ANGELIC DENISE NUNN 740 E 17TH AVE | USPS Mail Scan | Returned Mail | 5647fce6ab67adb3f158c323d8cf8b01005b30ef3689e7f0f6fde97d3abb8b4118cc | .jpg | ANGELIC DENISE SCHAEFER | MnCourtFraud.com/File/5647fce6ab67adb3f158c323d8cf8b01005b30ef3689e7f0f6fde97d3abb8b4118cc.jpg | /image=0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1978_Returned_Mail_2022-04-27_20240430081019.zip |
| 20 | 27-CR-20-3244 | 2022-04-27 | MCRO_27-CR-20-3244_Returned Mail_2022-04-27_20240430080522.pdf | ANGELIC DENISE NUNN 740 E 17TH AVE | USPS Mail Scan | Returned Mail | 5647fce6ab67adb3f158c323d8cf8b01005b30ef3689e7f0f6fde97d3abb8b4118cc | .jpg | ANGELIC DENISE SCHAEFER | MnCourtFraud.com/File/5647fce6ab67adb3f158c323d8cf8b01005b30ef3689e7f0f6fde97d3abb8b4118cc.jpg | /image=0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-3244_Returned_Mail_2022-04-27_20240430080522.zip |
| 21 | 27-CR-22-3244 | 2022-09-09 | MCRO_27-CR-22-3244_Returned Mail_2022-09-09_20240430085115.pdf | ANGELIC DENISE NUNN 740 E 17TH AVE N | USPS Mail Scan | Returned Mail | 6e3a1ab7acef782816d5dbb8f50b1aa3f3536e5e7b61c0cc70fb1372e9143086ea | .jpg | ANGELIC DENISE NUNN | MnCourtFraud.com/File/6e3a1ab7acef782816d5dbb8f50b1aa3f3536e5e7b61c0cc70fb1372e9143086ea.jpg | /image=0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-22-3244_Returned_Mail_2022-09-09_20240430085115.zip |
| 22 | 27-CR-21-1977 | 2022-11-01 | MCRO_27-CR-21-1977_Returned Mail_2022-11-01_20240430075604.pdf | ANGELIC DENISE NUNN 740 17TH ST E MINNEAPOLIS MN 55404 | USPS Mail Scan | Returned Mail | 6f398c3a52b81f85db3bee9bb2d04135483a16ec4f7485437da735dbd17e4a878b | .jpg | ANGELIC DENISE NUNN | MnCourtFraud.com/File/6f398c3a52b81f85db3bee9bb2d04135483a16ec4f7485437da735dbd17e4a878b.jpg | /image=0027.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1977_Returned_Mail_2022-11-01_20240430075604.zip |
| 23 | 27-CR-21-1978 | 2022-11-01 | MCRO_27-CR-21-1978_Returned Mail_2022-11-01_20240430075626.pdf | ANGELIC DENISE NUNN 740 17TH ST E MINNEAPOLIS MN 55404 | USPS Mail Scan | Returned Mail | 6f398c3a52b81f85db3bee9bb2d04135483a16ec4f7485437da735dbd17e4a878b | .jpg | ANGELIC DENISE NUNN | MnCourtFraud.com/File/6f398c3a52b81f85db3bee9bb2d04135483a16ec4f7485437da735dbd17e4a878b.jpg | /image=0027.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1978_Returned_Mail_2022-11-01_20240430075626.zip |
| 24 | 27-CR-19-17539 | 2022-09-20 | MCRO_27-CR-19-17539_Returned Mail_2022-09-20_20240430091558.pdf | AESHA IBRAHIM OSMAN 3200 63RD AVE N BROOKLYN CENTER MN 55429 | USPS Mail Scan | Returned Mail | 8442220b4f3a13b3a47dd25e43790b30a259031377fa6f159a677e67e17c53.jpg | .jpg | AESHA IBRAHIM OSMAN | MnCourtFraud.com/File/8442220b4f3a13b3a47dd25e43790b30a259031377fa6f159a677e67e17c53.jpg | /image=0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-19-17539_Returned_Mail_2022-09-20_20240430091558.zip |
| 25 | 27-CR-19-1916 | 2022-09-20 | MCRO_27-CR-19-1916_Returned Mail_2022-09-20_20240430091219.pdf | AESHA IBRAHIM OSMAN 3200 63RD AVE N BROOKLYN CENTER MN 55429 | USPS Mail Scan | Returned Mail | 8442220b4f3a13b3a47dd25e43790b30a259031377fa6f159a677e67e17c53.jpg | .jpg | AESHA IBRAHIM OSMAN | MnCourtFraud.com/File/8442220b4f3a13b3a47dd25e43790b30a259031377fa6f159a677e67e17c53.jpg | /image=0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-19-1916_Returned_Mail_2022-09-20_20240430091219.zip |
| 26 | 27-CR-19-3539 | 2022-09-20 | MCRO_27-CR-19-3539_Returned Mail_2022-09-20_20240430091313.pdf | AESHA IBRAHIM OSMAN 3200 63RD AVE N BROOKLYN CENTER MN 55429 | USPS Mail Scan | Returned Mail | 8442220b4f3a13b3a47dd25e43790b30a259031377fa6f159a677e67e17c53.jpg | .jpg | AESHA IBRAHIM OSMAN | MnCourtFraud.com/File/8442220b4f3a13b3a47dd25e43790b30a259031377fa6f159a677e67e17c53.jpg | /image=0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-19-3539_Returned_Mail_2022-09-20_20240430091313.zip |
| 27 | 27-CR-21-22058 | 2022-09-20 | MCRO_27-CR-21-22058_Returned Mail_2022-09-20_20240430091400.pdf | AESHA IBRAHIM OSMAN 3200 63RD AVE N BROOKLYN CENTER MN 55429 | USPS Mail Scan | Returned Mail | 8442220b4f3a13b3a47dd25e43790b30a259031377fa6f159a677e67e17c53.jpg | .jpg | AESHA IBRAHIM OSMAN | MnCourtFraud.com/File/8442220b4f3a13b3a47dd25e43790b30a259031377fa6f159a677e67e17c53.jpg | /image=0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-22058_Returned_Mail_2022-09-20_20240430091400.zip |
| 28 | 27-CR-20-27550 | 2023-08-25 | MCRO_27-CR-20-27550_Returned Mail_2023-08-25_20240430090706.pdf | RODRICK JEROME CARPENTER, II NOVA HOUSE 1330 S GERMAN ST NEW ULM, MN 56073 | USPS Mail Scan | Returned Mail | 45d48006daeeb3e8b0181886a3c630a4e49e57f7cfeec0310a630ca1 | .jpg | RODRICK JEROME CARPENTER | MnCourtFraud.com/File/45d48006daeeb3e8b0181886a3c630a4e49e57f7cfeec0310a630ca1.jpg | /image=0014.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-27550_Returned_Mail_2023-08-25_20240430090706.zip |
| 29 | 27-CR-22-14541 | 2023-08-25 | MCRO_27-CR-22-14541_Returned Mail_2023-08-25_20240430083543.pdf | RODRICK JEROME CARPENTER, II NOVA HOUSE 1330 S GERMAN ST NEW ULM, MN 56073 | USPS Mail Scan | Returned Mail | 45d48006daeeb3e8b0181886a3c630a4e49e57f7cfeec0310a630ca1 | .jpg | RODRICK JEROME CARPENTER | MnCourtFraud.com/File/45d48006daeeb3e8b0181886a3c630a4e49e57f7cfeec0310a630ca1.jpg | /image=0014.jpg | MnCourtFraud.com/File/MCRO_27-CR-22-14541_Returned_Mail_2023-08-25_20240430083543.zip |
| 30 | 27-CR-21-15358 | 2023-08-25 | MCRO_27-CR-21-15358_Returned Mail_2023-08-25_20240430161724.pdf | RODRICK JEROME CARPENTER, II NOVA HOUSE 1330 S GERMAN ST NEW ULM, MN 56073 | USPS Mail Scan | Returned Mail | 45d48006daeeb3e8b0181886a3c630a4e49e57f7cfeec0310a630ca1 | .jpg | RODRICK JEROME CARPENTER, II | MnCourtFraud.com/File/45d48006daeeb3e8b0181886a3c630a4e49e57f7cfeec0310a630ca1.jpg | /image=0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-15358_Returned_Mail_2023-08-25_20240430161724.zip |
| 31 | 27-CR-21-20529 | 2022-05-20 | MCRO_27-CR-21-20529_Returned Mail_2022-05-20_20240430083100.pdf | ISAAC LEE KELLEY 10040 DOGWOOD ST NW #B3 COON RAPIDS MN 55448 | USPS Mail Scan | Returned Mail | 741245a8bd510333e59dd2c2d69501c6d2ada15275b9890e15acdb41c29980 | .jpg | ISAAC LEE KELLEY | MnCourtFraud.com/File/741245a8bd510333e59dd2c2d69501c6d2ada15275b9890e15acdb41c29980.jpg | /image=0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-20529_Returned_Mail_2022-05-20_20240430083100.zip |
| 32 | 27-CR-22-5532 | 2022-05-20 | MCRO_27-CR-22-5532_Returned Mail_2022-05-20_20240429040412.pdf | ISAAC LEE KELLEY 10040 DOGWOOD ST NW #B3 COON RAPIDS MN 55448 | USPS Mail Scan | Returned Mail | 741245a8bd510333e59dd2c2d69501c6d2ada15275b9890e15acdb41c29980 | .jpg | Isaac Lee Kelley | MnCourtFraud.com/File/741245a8bd510333e59dd2c2d69501c6d2ada15275b9890e15acdb41c29980.jpg | /image=0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-22-5532_Returned_Mail_2022-05-20_20240429040412.zip |

Permanently Archived Case Dockets Available at MnCourtFraud.Substack.com

| Index | Case_Number | File_Date | SHA-256_Hashed_PDF_File_Name | SHA-256_Hash_Translation | Family | Filing_Type | SHA-256_Hash_Value | Asset_Type | Defendant_Name | Hashed_PDF_Asset_Url | PDF_Asset_Folder_Path | PDF_Asset_Folder_Url |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 27-CR-22-7953 | 2022-05-20 | MCRO_27-CR-22-7953_Returned Mail_2022-05-20_20240429040644.pdf | ISAAC LEE KELLEY 10040 DOGWOOD ST NW #B3 COON RAPIDS MN 55448 | USPS Mail Scan | Returned Mail | 7412d58a8b0f510333d59d02cc2fff9316d2ada1527bb9094e15acdb41c29980.png | .png | ISAAC LEE KELLEY | MnCourtFraud.com/File/7412d58a8b0f510333d59d02cc2fff9316d2ada1527bb9094e15acdb41c29980.png | /image-0003.png | MnCourtFraud.com/File/MCRO_27-CR-22-7953_Returned Mail_2022-05-20_20240429040644.zip |
| 35 | 27-CR-19-28883 | 2022-04-12 | MCRO_27-CR-19-28883_Returned Mail_2022-04-12_20240430092353.pdf | HOLLY ROSE FRAME FRAME LAW,LLC 250 SECOND AVENUE SOUTH #20 | USPS Mail Scan | Returned Mail | 9a3275829cd3fb3473d78a5d25e71275f9b55e16d6c70c4dbaf89d7b8455bc98a.png | .png | JACOB MAMAR JOHNSON | MnCourtFraud.com/File/9a3275829cd3fb3473d78a5d25e71275f9b55e16d6c70c4dbaf89d7b8455bc98a.png | /image-0003.png | MnCourtFraud.com/File/MCRO_27-CR-19-28883_Returned Mail_2022-04-12_20240430092353.zip |
| 36 | 27-CR-21-13795 | 2022-04-12 | MCRO_27-CR-21-13795_Returned Mail_2022-04-12_20240430082438.pdf | HOLLY ROSE FRAME FRAME LAW,LLC 250 SECOND AVENUE SOUTH #20 | USPS Mail Scan | Returned Mail | 9a3275829cd3fb3473d78a5d25e71275f9b55e16d6c70c4dbaf89d7b8455bc98a.png | .png | JACOB MAMAR JOHNSON | MnCourtFraud.com/File/9a3275829cd3fb3473d78a5d25e71275f9b55e16d6c70c4dbaf89d7b8455bc98a.png | /image-0003.png | MnCourtFraud.com/File/MCRO_27-CR-21-13795_Returned Mail_2022-04-12_20240430082438.zip |
| 37 | 27-CR-21-23456 | 2024-04-02 | MCRO_27-CR-21-23456_Returned Mail_2024-04-02_20240430084301.pdf | BRITTANY LATESHA CRUTCHF 1010 CURRY MINNEAPOLIS MN 55402 | USPS Mail Scan | Returned Mail | 39984038878257abec9cfa8055e700c9fa5d6dbe96930c3446977fd81404907.jpg | .jpg | BRITTANY LATESHA CRUTCHFIELD | MnCourtFraud.com/File/39984038878257abec9cfa8055e700c9fa5d6dbe96930c3446977fd81404907.png | /image-0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-23456_Returned Mail_2024-04-02_20240430084301.zip |
| 38 | 27-CR-22-15550 | 2024-04-02 | MCRO_27-CR-22-15550_Returned Mail_2024-04-02_20240429161903.pdf | BRITTANY LATESHA CRUTCHF 1010 CURRY MINNEAPOLIS MN 55402 | USPS Mail Scan | Returned Mail | 39984038878257abec9cfa8055e700c9fa5d6dbe96930c3446977fd81404907.png | .png | BRITTANY LATESHA CRUTCHFIELD | MnCourtFraud.com/File/39984038878257abec9cfa8055e700c9fa5d6dbe96930c3446977fd81404907.png | /image-0015.png | MnCourtFraud.com/File/MCRO_27-CR-22-15550_Returned Mail_2024-04-02_20240429161903.zip |
| 39 | 27-CR-19-9270 | 2022-04-06 | MCRO_27-CR-19-9270_Returned Mail_2022-04-06_20240430091451.pdf | WILLIAM LEE NABORS 2029 WILLOW AVE N, UNIT UPPER | USPS Mail Scan | Returned Mail | 67ec49c1daa7c38b27513167dbcf2ca24e5420bad8c26e66d6e1b90a13584589.png | .png | WILLIAM LEE NABORS | MnCourtFraud.com/File/67ec49c1daa7c38b27513167dbcf2ca24e5420bad8c26e66d6e1b90a13584589.png | /image-0005.png | MnCourtFraud.com/File/MCRO_27-CR-19-9270_Returned Mail_2022-04-06_20240430091451.zip |
| 40 | 27-CR-22-3553 | 2022-04-06 | MCRO_27-CR-22-3553_Returned Mail_2022-04-06_20240429032053.pdf | WILLIAM LEE NABORS 2029 WILLOW AVE N, UNIT UPPER | USPS Mail Scan | Returned Mail | 67ec49c1daa7c38b27513167dbcf2ca24e5420bad8c26e66d6e1b90a13584589.png | .png | WILLIAM LEE NABORS | MnCourtFraud.com/File/67ec49c1daa7c38b27513167dbcf2ca24e5420bad8c26e66d6e1b90a13584589.png | /image-0003.png | MnCourtFraud.com/File/MCRO_27-CR-22-3553_Returned Mail_2022-04-06_20240429032053.zip |

EXHIBIT SHA-10 | p. 2