# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Matthew D. Guertin,<br><br>Plaintiff,<br><br>v.<br><br>Tim Walz, Keith Ellison, Hennepin County, Mary Moriarty, Judith Cole, Michael Berger, Kerry W. Meyer, Bruce M. Rivers, Chela Guzman-Wiegert, Alisha Nehring, Hilary Caligiuri, Todd Fellman, Sarah Hudleston, William H. Koch, Julia Dayton-Klein, Danielle C. Mercurio, George F. Borer, Lee Cuellar, Mawerdi Hamid, Jacqueline Perez, Emmett M. Donnelly, Raissa Carpenter, Shereen Askalani, Jill Rogstad, Adam Milz, Katheryn Cranbrook, Kristen A. Otte, Michael K. Browne, Lisa K. Janzen, Carolina A. Lamas, John Does, Jane Does,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 25-cv-2670 PAM/DLM |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. This action is **DISMISSED without prejudice**;

2. Plaintiff's Motion for service of process to be effected by the U.S. Marshal (Docket No. 2) is **DENIED as moot**; and

3. Plaintiff's Motion to disqualify Judge Jerry W. Blackwell (Docket No. 5) is **DENIED as moot**.

Date: 7/11/2025                                                                                KATE M. FOGARTY, CLERK