# EXHIBIT EML-B

# EXHIBIT EML-B

Digitally Authenticated Email Communication Between Plaintiff and Defendant, **Jill Rogstad**, with Cryptographically Hashed and Timestamped .eml Source Files

---

### **TABLE OF CONTENTS**

**Page**

**1**  **Feb 13, 2023  4:59 PM**
*Matthew D. Guertin - Preliminary Introduction and Discussion of Facts* ……………………… 1

**2**  **Feb 14, 2023  4:16 PM**
*RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts* ……..…………… 4

**3**  **Feb 14, 2023  9:40 PM**
*RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts* ……..…………… 5

**4**  **Feb 15, 2023  4:40 PM**
*RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts* ……..................… 6

**5**  **Feb 15, 2023  6:11 PM**
*RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts* ……..................… 7

    5-1   psychotherapy.pdf …………………………………………………………………… 9

**6**  **Feb 17, 2023  2:50 PM**
*RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts* ……......………… 15

**7**  **Mar 2, 2023  9:44 PM**
*Matthew Guertin - Language Analysis Matrix* …………………….…….......................……… 16

    7-1   Matrix.png ………………………………………………………………......……… 17

**8**  **Mar 3, 2023  12:04 AM**
*RE Matthew Guertin - Language Analysis Matrix* ………………………………..…………… 18

    8-1  Email_correspondence_with_IP_attorney_discussing_fraud.pdf ………….……........ 20

    8-2  WaybackMachine Signup Email 12-09-2023 02-45.pdf ………………………………… 25

    8-3  Mntka PD Police Report 23-000151 1-12-2023.pdf ………………………………… 27

**9**  **Mar 3, 2023  12:07 AM**
*RE Matthew Guertin - Language Analysis Matrix* ……………………………….…………… 31

    9-1   screencapture-web-archive_photorobot-com-blog 2022-12-09-04-01.pdf ……………… 33

**10**  **Mar 3, 2023  12:14 AM**
*RE Matthew Guertin - Language Analysis Matrix* ……………………………….…………… 35

    10-1   screencapture-web-archive_photorobot-com-blog 2022-12-09-04-02.pdf ……………… 37

    10-2   Show_and_tell.pdf ……………………………………………………….…………… 39

# TABLE OF CONTENTS

(continued)

**11    Mar 7, 2023  10:45 AM**
*RE RE Matthew Guertin - Language Analysis Matrix* ...................................... 43

**12    Apr 26, 2023  1:37 PM**
*Need Help Overcoming These Very Realistic Psychotic Delusions* ................................ 44

12-1    InkedScreenshot_20230426-101243_Messenger.jpg ............................................. 48

12-2    Inked20220108_1659422.jpg ......................................................... 49

12-3    ODF_Optronics.jpg ................................................................ 50

12-4    ODF_Company.jpg ................................................................. 51

12-5    20220108_162218.jpg ............................................................. 52

12-6    20220108_165950.jpg ............................................................. 53

12-7    Inked20220108_165942.jpg ........................................................ 54

12-8    20220108_165942.jpg ............................................................. 55

12-9    Screenshot_20230423-193622_Brave.jpg ........................................... 56

12-10   20220602_070235.jpg ............................................................. 57

12-11   Screenshot_20230426-101247_Messenger.jpg ...................................... 58

12-12   Screenshot_20230426-101358_Messenger.jpg ..................................... 59

**13    Apr 26, 2023  1:56 PM**
*RE Need Help Overcoming These Very Realistic Psychotic Delusions* ............................. 60

13-1    Certified Mailer Images 3.pdf ..................................................... 64

13-2    Netflix 3RD Party Filing Form ACCEPTED BY USPTO.pdf .............................. 68

13-3    Screencap From USPTO EFS Web.pdf ............................................... 74

**14    May 1, 2023  3:45 PM**
*Show This to the Judge and Prosecutor Please* ......................................... 75

14-1    1_1.pdf .......................................................................... 77

14-2    1_2.pdf .......................................................................... 87

14-3    1_3.pdf .......................................................................... 97

14-4    AI_CHECKERBOARD_ARTIFACTS__ATSIP.2019.2.pdf ............................... 107

14-5    How To Recognize Fake AI Generated Images.pdf .................................. 116

## **TABLE OF CONTENTS**
(continued)

**15**  **May 1, 2023  3:46 PM**
*RE Show This to the Judge and Prosecutor Please* ....................................................... 126

    15-1   1_1-2.pdf ........................................................................................ 128

    15-2   1_1-3.pdf ........................................................................................ 138

    15-3   1_4.pdf ........................................................................................... 148

    15-4   1_5.pdf ........................................................................................... 158

    15-5   1_6.pdf ........................................................................................... 168

**16**  **May 1, 2023  3:47 PM**
*RE Show This to the Judge and Prosecutor Please* ....................................................... 178

    16-1   1_1-4.pdf ........................................................................................ 180

    16-2   1_1-5.pdf ........................................................................................ 190

    16-3   1_1-6.pdf ........................................................................................ 200

    16-4   2_1.pdf ........................................................................................... 210

    16-5   2_2.pdf ........................................................................................... 220

    16-6   2_3.pdf ........................................................................................... 230

    16-7   2_4.pdf ........................................................................................... 240

**17**  **May 1, 2023  3:48 PM**
*RE Show This to the Judge and Prosecutor Please* ....................................................... 250

    17-1   2_1-2.pdf ........................................................................................ 252

    17-2   2_1-3.pdf ........................................................................................ 262

    17-3   2_1-4.pdf ........................................................................................ 272

    17-4   2_1-5.pdf ........................................................................................ 282

    17-5   2_5.pdf ........................................................................................... 292

    17-6   2_6.pdf ........................................................................................... 302

    17-7   2_7.pdf ........................................................................................... 312

**18**  **May 1, 2023  3:50 PM**
*RE Show This to the Judge and Prosecutor Please* ....................................................... 322

    18-1   2_1-6.pdf ........................................................................................ 325

    18-2   2_1-7.pdf ........................................................................................ 335

    18-3   3_1.pdf ........................................................................................... 345

    18-4   3_2.pdf ........................................................................................... 355

# TABLE OF CONTENTS

### (continued)

18-5   3_3.pdf ...........................................................................................…… 365

**19**   **May 1, 2023  3:50 PM**
*RE Show This to the Judge and Prosecutor Please* .................................................. 375

19-1   3_4.pdf .................................................................……………… 378

19-2   3_5.pdf ..................................................................................... 388

19-3   3_6.pdf ..................................................................................... 398

**20**   **May 1, 2023  3:51 PM**
*RE Show This to the Judge and Prosecutor Please* .................................................. 408

20-1   3_1-3.pdf ................................................................................. 411

20-2   3_6.pdf ..................................................................................... 421

20-3   3_7.pdf ..................................................................................... 431

**21**   **May 1, 2023  3:53 PM**
*RE Show This to the Judge and Prosecutor Please* .................................................. 441

21-1   3_1-4.pdf ................................................................................. 445

21-2   3_1-5.pdf ................................................................................. 455

21-3   3_1-6.pdf ................................................................................. 465

**22**   **May 1, 2023  4:02 PM**
*RE Show This to the Judge and Prosecutor Please* .................................................. 475

22-1   PhotoRobot Checkerboard Artifacts Examined.pdf ......................................... 480

**23**   **May 1, 2023  4:06 PM**
*RE Show This to the Judge and Prosecutor Please* .................................................. 491

**24**   **May 1, 2023  7:37 PM**
*RE Show This to the Judge and Prosecutor Please* .................................................. 492

**25**   **Sep 25, 2023  9:51 AM**
*The Matt Guertin Show* ................................................................................. 494

**26**   **Sep 25, 2023  11:36 AM**
*RE The Matt Guertin Show* ........................................................................... 495

**Matthew D. Guertin - Preliminary Introduction and Discussion of Facts**
**Feb 13, 2023  4:59 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 3964338855380a0a00ace51fe9c4bd9c90df0cd46649a7d3c94f474dc289a643

Page: 1 of 3          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Matthew David Guertin / Preliminary Introduction and discussion of facts

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Mon, 13 Feb 2023 22:59:59 +0000

---

Jill,

It was nice to speak with you on the phone the other day and I am looking forward to our meeting on March 1st.

In what I am sure will be one of many follow-up emails leading up to our meeting I would like to provide you with an initial, short introduction to myself and what I have been up to over the past 15 years as well as a little bit of information about what I currently have taking place in my life in regards to my patent application - the one I filed on March 19th, 2021 and which will officially no longer be an 'application' beginning tomorrow (v-day) as that is when it officially grants - tomorrow is also when my patent will be filed as prior art against this patent here which was invented by Stephan Trojansky and first filed on March 31, 2021.....12 days later than my application.

It's not an exaggeration to say that the situation I have currently found myself in is similar to wining the lottery. I have had patent attorneys tell me this statement is an accurate depiction of my situation as well as I essentially invalidated ('shredded'...made worthless..) not only the most critical parts of the Trojansky application but many of the additional elements included in his application as well. Not only did I cover the core element of the rotating treadmill with the very broad claims I am being granted tomorrow but I also mention in my disclosure a multi-camera photogrammetry rig, emerging photogrammetry technology (which will be able to cover 'neural radiance fields' or 'nerf' which is what I believe Netflix is working on currently, I mention the creation of a 'digital twin', I mention the user wearing sensors, I specifically mention a 'user cue system' multiple times, and on and on and on......once my patent gets handed in as prior art against the Trojansky application (which moving forward I will simply refer to as 'The Netflix patent' as that is who acquired Trojansky's company 'Scanline VFX' for at least 100 million dollars 8 months after he filed his provisional application based on press releases as well as Q12022 Netflix, Inc. Investors report - page 5) it means that they will NEED my patent if they want to be made whole and be able to obtain Intellectual property rights for that which so far they have easily invested a quarter billion dollars into but more likely it is much closer to a half billion dollars.

It is currently my intention to take advantage of the unique situation I am in and outright sell my entire company, InfiniSet, Inc. (a Delaware c-corp which I am the CEO of and which is also the company my patent is assigned to upon its issuance tomorrow), collect my money, and exit stage right. That is especially my intention after all of the crazy shit that has been going on ever since I discovered the Netflix patent - which I only stumbled upon after searching for PhotoRobot to see if they had any patents granted for their 'Virtual Catwalk' which is the product they have been pouring a massive amount of money, time, and effort into fraudulently positioning against my patent - It is when I was sent an email response by the CEO of Mark Roberts Motion Control, Assaff Rawner the first week of Novemeber that all of this began....and by 'all of this' I do in fact mean 'ALL OF IT' which would include not only stumbling upon the Netflix patent (which is so technically written that I had to read it seven times before I realized it was the exact same thing as my patent application) by sheer luck but also my trip down the ultimate rabbit hole as I completely diverted my attention to focus on investigating that which I had the most to lose if I had chosen not to investigate it as it was and still is very obvious that whatever was/is going on is solely for the purpose of trying to fraudulently steal something I have dedicated the last two years of my life bringing to fruition. At the very least they are setting themselves up to be able to steal my patent by being able to build and use it without being found guilty of infringement by creating a false history that would lead one to believe that they have always been heading in a specific and 'obvious' direction which was only established after I shared my patent application with Mark Roberts Motion Control in an email. This 'false history' includes my discovery that the Wayback Machine / Internet Archive was being fraudulently edited with backdated copies of recently created pages, and ultimately I ended up realizing that it involves multiple websites and was obviously being accomplished using chatGPT and/or other sophisticated AI tools (I even go through the fraudulent AI written pages at the end of that video - apparently one of the authors - Samantha McDonald - was able to write at least 2500 articles which were all dated in the same time range near the end of 2020 as you can clearly see in the video.....hint.....those people in the fake Zoom call are also fake - as in completely generated by AI which would include their vocals as well as the subject matter they are discussing...just pay close attention...especially to the repeated use of 'experience' and 'experiential' over and over and over...I will get more into how we logically end up at footwear in follow up emails though) that the general public have been lead to believe do not currently exist. At the very worst what I was investigating and documenting could lead to my patent being challenged and possibly invalidated -

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 1**</span>

**Matthew D. Guertin - Preliminary Introduction and Discussion of Facts**

**Feb 13, 2023  4:59 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 3964338855380a0a00ace51fe9c4bd9c90df0cd46649a7d3c94f474dc289a643

Page: 2 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

which is why it has now turned out to be 100% correct move on my part to choose to investigate and collect as much evidence as I did. I have close to 100gb of digital forensic evidence I collected in the form of downloaded full web pages from the archive among others in which I was ultimately able to process and make sense of to the point of being able to lay all of it out in very clear and easy to understand spreadsheets which proved that the internet archive was 100% in fact being fraudulently edited just based on the statistical/mathematical probability of having the same pattern occur over and over for each group of archived pages I collected (I went on a manual collection run where I downloaded every single archived webpage for 61 of the 89 total blog pages archived for PhotoRobot dot com) and I was able to clearly identify an anomalous pattern that points to clear fraud by copying recently published pages and pasting them into the past. I then was able to further support this when I discovered a code that allowed me to download every single page ever archived for PhotoRobot dot com in which I discovered that there were a bunch of WARC files being served which relate specifically to updating duplicate pages (although I will admit I still do not fully understand the general protocol - I do know that it can be considered a 'container file' though - much the same way a .zip file is and it's purpose has to do specifically with updating duplicate pages in an easy to implement 'file dump' of sorts. It was when I was finally able to prove beyond any reasonable doubt that there was in fact fraud taking place that I began trying to alert authorities to what i had discovered. I'm not sure if you are fully aware of exactly 'what' the internet archive is but all you have to know is that it is considered a legit form of court admissible evidence - at least I know it is for the USPTO as it has been cited numerous times in cases - so just the fact that I had been able to collect and establish this proof of fraud at the internet archive by itself is a very big deal and one which I believed put my safety at risk as if this information were to become public it would mean that any cases which involved or heavily relied upon information from the Internet Archive (a non-profit 501c3..) would be able to be re-opened and reexamined which could have massive ramifications involving an untold (but I am sure very large..) amount of money. It is my opinion that there is a system in place at the archive to commit the fraudulent editing I have been able to prove and that this has almost certainly been carried out before.

As you have probably ascertained by now I am not your average client and I have a very unique set of circumstances surrounding the criminal charges responsible for bringing us together. It is my personal opinion based on your profession and education that I am being required to sit down with you so that you can 'classify' me as something...meaning that your ultimate goal I believe is to place some sort of universally understood label on me for the purpose of blaming some sort of mental 'disability' or defect upon me which could then be used to explain the incident that happened at my apartment by blaming it solely on me instead of actually considering the crazy and insane set of circumstances which lead up to the extreme decision of me firing a gun off to essentially 'call the police' as seeming completely logical considering the situation I had suddenly found myself in. To be clear I am not in any way trying to minimize the illegal and obviously 'extreme' nature of what I did nor am I trying to make any assumptions or disrespect you/ your education /career /etc. That is definitely not how I would want to come across before even having a chance to meet you in person - I am simply trying to be very clear and upfront with you about what my current thoughts are in general surrounding everything. Basically these are my personal thoughts and opinions and should be considered only that and nothing more.

I will get into more of this in follow up emails as I mentioned previously as it is quite a bit to unpack - even for me who was/is the one caught in the middle of all of it. It is definitely something that will need to be introduced and documented in multiple parts as I could spend a couple days trying to write all of it down chronologically and lay everything out - which I assure you is what I am ultimately going to accomplish and which will make the actions I took at my apartment seem logical or at the very least it will become very clear to everyone (including perhaps a jury of my peers..) that I was put under so much stress that it would make sense that I could've 'cracked' and basically been launched into a fight or flight state where I was genuinely in fear for my life and my safety as everything involving the AI and insane set of the 'operation' being carried out against me as well as many strange coincidences all became dots which I was connecting in my head at a faster and faster pace as everything became crystal clear to me - all of which lead to a bad ending for me as far as I was concerned.

I will leave you with a simple question to ask yourself - "What on earth would cause someone who has been traveling the world and accomplishing some of the most amazing technological, engineering, and programming feats since 2014 after essentially traveling to LA with his entire life in a trailer behind him and who has now moved back home after covid only to continue accomplishing projects which have gained him a massive amount of attention, including winning awards for my 3D photogrammetry Chicago scan, and who then somehow was able to top all of the projects he worked on in LA and all over the world by inventing, patenting and then proceeding to design, engineer, and fabricate a device and system in his living room which can only be described as a complete paradigm shift in the way movies and film will produced going forward, and which he was/is only days away from being able to record a 'proof of concept' video for just as he is also finally going to officially be granted a patent for to suddenly decide that shooting a gun out of his window to alert police makes logical sense?"

And that is the question......

**EXHIBIT EML-B | p. 2**

**Matthew D. Guertin - Preliminary Introduction and Discussion of Facts**
**Feb 13, 2023  4:59 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 3964338855380a0a00ace51fe9c4bd9c90df0cd46649a7d3c94f474dc289a643

Page: 3 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

BUT - I actually have one more question for you which is much less subjective than the previous one I posed to you - that being the following:
I am assuming the interview I conduct with you will be at the very least audio recorded and I would like to check and make sure that it is not a problem if I also record the audio of our interview when it is conducted?

As I mentioned previously this is not just a criminal matter as far as I am concerned but also one which involves my corporation, my patent, my reputation as a CEO, extremely large sums of money, etc, etc and so it is my intention to be sure that I protect myself and my interests by all means possible which is why it seems logical to me that I would also be able to obtain my own personal audio recording of our meeting as well.

I look forward to my continued correspondence with you leading up to our meeting on the 1st.

Sincerely,

Matt Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
Minneapolis, MN
763-221-4540

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 3**

**RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts**
**Feb 14, 2023  4:16 PM**

From: Jill.Rogstad@courts.state.mn.us
To:  MattGuertin@protonmail.com
SHA-256 Hash of .eml: 2a3506609057b431eec49e535ad8a907814ea59b772a97948b941a4cb3e1930b

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

### RE: [EXTERNAL] Matthew David Guertin / Preliminary Introduction and discussion of facts

**From:** "Rogstad, Jill"
**To:** Matt Guertin
**Date:** Tue, 14 Feb 2023 22:16:43 +0000

Good afternoon, Mr. Guertin:

I appreciate the effort and time you spent constructing your message to me. I want to assure you that this information is definitely relevant, and you will be asked questions and given the chance to discuss these themes during our interview appointment. However, your message suggested that you plan to send more emails like this, and I would respectfully ask that you not. This request is not because I do not want to discuss these matters; rather, I ask that because email is not the best forum in which to have a productive discussion of these issues. You have given me an introduction to some of the matters you referenced on the phone, and I want to emphasize that you will have the opportunity to discuss them during the March 1 interview. However, it is much more conducive to the evaluation process to have these conversations in real time. Please feel free to bring any documentation with you to the appointment. If it would be difficult to bring physical copies of certain things, this is something we can discuss at the appointment to figure out the best way to proceed.

At the March 1 interview appointment, we will discuss many of the points you brought up, including the purpose and parameters of the evaluation, as well as my role in the proceedings. You will also have the opportunity to ask any questions you may have at that time. I do want to take the time to answer one question you mentioned in your message, however, with regard to audio recording. You are **NOT** permitted to audio record our interview session on March 1. There are a number of reasons for this, which I am happy to discuss with you at the March 1 appointment. Importantly, the Hennepin County District Court also prohibits the use of any recording devices in courtroom areas.

I look forward to speaking with you further on March 1.

Best regards,

Jill E. Rogstad, Ph.D., LP, ABPP (Forensic)
Senior Clinical Forensic Psychologist
Board Certified in Forensic Psychology, American Board of Professional Psychology
(she/her/hers)
Fourth Judicial District and Regional Psychological Services
Phone: (612) 394-0937

**EXHIBIT EML-B | p. 4**

**RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts**
**Feb 14, 2023  9:40 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: fff5af7ee36e6f9d1e106aff03a580e138b458b2434c2102f4a23f8c857cbb80

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: [EXTERNAL] Matthew David Guertin / Preliminary Introduction and discussion of facts

**From:** Matt Guertin
**To:** Jill.Rogstad@courts.state.mn.us
**Date:** Wed, 15 Feb 2023 03:40:17 +0000

Jill,

Regarding the other methods of being able to share information at the meeting vs. before the meeting in the form of emails:

Would one of those options include an hdmi cable and a monitor?

~Matt

Sent from ProtonMail mobile

-------- Original Message --------
On Feb 14, 2023, 4:16 PM, Rogstad, Jill < Jill.Rogstad@courts.state.mn.us> wrote:

> Good afternoon, Mr. Guertin:
>
> I appreciate the effort and time you spent constructing your message to me. I want to assure you that this information is definitely relevant, and you will be asked questions and given the chance to discuss these themes during our interview appointment. However, your message suggested that you plan to send more emails like this, and I would respectfully ask that you not. This request is not because I do not want to discuss these matters; rather, I ask that because email is not the best forum in which to have a productive discussion of these issues. You have given me an introduction to some of the matters you referenced on the phone, and I want to emphasize that you will have the opportunity to discuss them during the March 1 interview. However, it is much more conducive to the evaluation process to have these conversations in real time. Please feel free to bring any documentation with you to the appointment. If it would be difficult to bring physical copies of certain things, this is something we can discuss at the appointment to figure out the best way to proceed.
>
> At the March 1 interview appointment, we will discuss many of the points you brought up, including the purpose and parameters of the evaluation, as well as my role in the proceedings. You will also have the opportunity to ask any questions you may have at that time. I do want to take the time to answer one question you mentioned in your message, however, with regard to audio recording. You are **NOT** permitted to audio record our interview session on March 1. There are a number of reasons for this, which I am happy to discuss with you at the March 1 appointment. Importantly, the Hennepin County District Court also prohibits the use of any recording devices in courtroom areas.
>
> I look forward to speaking with you further on March 1.
>
> Best regards,
>
> Jill E. Rogstad, Ph.D., LP, ABPP (Forensic)
> Senior Clinical Forensic Psychologist
> Board Certified in Forensic Psychology, American Board of Professional Psychology
> (she/her/hers)
> Fourth Judicial District and Regional Psychological Services
> Phone: (612) 394-0937

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 5**</span>

**RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts**
**Feb 15, 2023  4:40 PM**

From: Jill.Rogstad@courts.state.mn.us
To:  MattGuertin@protonmail.com
SHA-256 Hash of .eml: ff7d12dff75e72917f6fa60cc274699384013652896ccc1c70adcc0c7d268089

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### RE: [EXTERNAL] Matthew David Guertin / Preliminary Introduction and discussion of facts

**From:** "Rogstad, Jill"
**To:** Matt Guertin
**Date:** Wed, 15 Feb 2023 22:40:43 +0000

---

Good afternoon, Mr. Guertin:

I'm afraid I cannot provide any materials to you. However, if you have a device (e.g., phone, tablet, or laptop), I believe the Government Center has public Wifi you can access. We can discuss further what makes the most sense at the appointment on March 1, but please feel free to bring any of those devices as well as paper documentation.

Best regards,

Jill E. Rogstad, Ph.D., LP, ABPP (Forensic)
Senior Clinical Forensic Psychologist
Board Certified in Forensic Psychology, American Board of Professional Psychology
(she/her/hers)
Fourth Judicial District and Regional Psychological Services
Phone: (612) 394-0937

---

**EXHIBIT EML-B | p. 6**

**RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts**
**Feb 15, 2023  6:11 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 8308f5ed89a25a30fd4342901b1fa36c514f22de0f1cd3f85c138f5b960f944c

Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: [EXTERNAL] Matthew David Guertin / Preliminary Introduction and discussion of facts

**From:** Matt Guertin
**To:** Jill.Rogstad@courts.state.mn.us
**Date:** Thu, 16 Feb 2023 00:11:58 +0000

Jill,

This sounds good / reasonable. Thank you.

One of the other things then which I am wondering then however is the following - which is essentially the same exact question asked in a variety of ways for clarity's sake:

Will you be audio and video documenting our meeting?

If I bring a laptop / device to share with you that which pertains to the topics you would like to discuss with me will my 'presentation' of digital information also be clearly documented in a way where if our meeting was reviewed at a later date for some reason that whoever is viewing it would be able to see, hear, and clearly identify that which I am sharing with you on said device?

In regards to any audio or video recording of our meeting that you and the county obtain from our meeting is there some kind of standard/ protocol/procedure regarding where that data is archived, who can access it and under what circumstances, etc, etc. What is the normal procedure basically?

I know that you are presented as a 'neutral' or 'objective' opinion for all intents and purposes. Based upon the fact that you are a PHD, have published papers, appear in various case law discussions in addition to the most obvious of them all which would be your current position as a clinical forensic psychologist it is obvious to me that you must be very good at what you do as a lot of people trust your opinion. So with all of that said I believe what would be a more unlikely case is if you didn't have a natural bias which weighs in favor of the state and ultimately the prosecution since that's basically your employer. I'm not talking about corruption or intentional deceit, etc... rather I am just discussing simple human nature as far as most people who are happily employed developing a healthy and natural sense of loyalty to those that employ them even if that that loyalty (bias) is on a subconscious level.  To get to the point of my bringing this up what I am wondering then is how exactly does mine and yours relationship defer from that of an ordinary doctor & patient / doctor & client relationship in regards to HIPAA laws...and particularly those that are enforced in MN?

What is any changes/differences are there as opposed to if you were a privately practicing psychologist and I came to your office and said I'd like to pay you your required fee to have you perform a psychological analysis on me for X and Y reasons?

Is the attached PDF that I've read through and took the time to highlight still considered to be 'current' based on your knowledge?

If these HIPAA laws are still current I am assuming that even if I am unable to personally record any audio or video of our meeting on my own that I would still be able to request and obtain the audio and video you record of the meeting as it would ultimately be considered 'doctors notes' correct? If I am wrong please feel free to provide me with the supporting documents which clearly state this so I can lay it to rest as an issue of mine.

Thank you,

Matthew Guertin
Inventor / Founder / CEO

---

**RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts**
**Feb 15, 2023  6:11 PM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 8308f5ed89a25a30fd4342901b1fa36c514f22de0f1cd3f85c138f5b960f944c

Page: 2 of 2        [ .eml source file ]       [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

InfiniSet, Inc.
Minneapolis, MN
763--221-4540


Sent from ProtonMail mobile


-------- Original Message --------
On Feb 15, 2023, 4:40 PM, Rogstad, Jill < Jill.Rogstad@courts.state.mn.us> wrote:

Good afternoon, Mr. Guertin:

I'm afraid I cannot provide any materials to you. However, if you have a device (e.g., phone, tablet, or laptop), I believe the Government Center has public Wifi you can access. We can discuss further what makes the most sense at the appointment on March 1, but please feel free to bring any of those devices as well as paper documentation.

Best regards,

Jill E. Rogstad, Ph.D., LP, ABPP (Forensic)
Senior Clinical Forensic Psychologist
Board Certified in Forensic Psychology, American Board of Professional Psychology
(she/her/hers)
Fourth Judicial District and Regional Psychological Services
Phone: (612) 394-0937

**Attachments:**

psychotherapy.pdf

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 8**

**EML-B 5-1, Attachment 1 of 1**
**Feb 15, 2023  6:11 PM**
psychotherapy.pdf

RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts
SHA-256 Hash of Attachment: afed33cf6fdab1335ac14eada23de9c90926f4c2dfb64777e5d3de269da20c44
Page: 1 of 6      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



# HIPAA, Minnesota's Health Records Act, and Psychotherapy Notes

OCTOBER 2014



Minnesota Department of Health, Office of Health Information Technology  |  www.health.state.mn.us/e-health  |  MN.eHealth@state.mn.us

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 9**

**EML-B 5-1, Attachment 1 of 1**
**Feb 15, 2023  6:11 PM**
psychotherapy.pdf

RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts
SHA-256 Hash of Attachment: afed33cf6fdab1335ac14eada23de9c90926f4c2dfb64777e5d3de269da20c44
Page: 2 of 6      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

## Table of Contents

Acknowledgements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2

HIPAA, Minnesota's Health Records Act, and Psychotherapy Notes:   **Overview for Providers**. . . . . . . . . . . .3

Background. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3

What's in a Medical Record?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3

HIPPA Standard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3

Minnesota Standard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3

HIPAA, Minnesota's Health Records Act, and Psychotherapy Notes:   **Legal Overview**. . . . . . . . . . . . . . . . . . .4

Legal Obligations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4

Psychotherapy Notes Defined. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4

HIPAA Standard: *Right of Access* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4

Minnesota Standard: *Patient Access*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4

Preemption Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5

## Acknowledgements

The Minnesota Department of Health thanks the many members of the Minnesota e-Health Initiative and the Minnesota e-Health Privacy and Security workgroup for their time, leadership and expertise in developing and endorsing this piece.

**Minnesota e-Health Privacy and Security Workgroup Co-Chairs**
Laurie Beyer-Kropuenske, JD                      LaVonne Wieland, RHIA, CHP
Director, Information Policy Analysis Division    System Director Compliance & Privacy Compliance
Minnesota Department of Administration           HealthEast Care System

**Special Advisors**
Stacie Christensen, Information Policy Analysis Division, Minnesota Department of Administration
Trisha Stark, Minnesota Psychological Association

**Other Advisors and Project Support**
David Honan, Information Compliance & System Modernization, Minnesota Department of Human Services
Bob Johnson, Office of Health Information Technology, Minnesota Department of Health
Lisa Moon, Office of Health Information Technology, Minnesota Department of Health

1

EXHIBIT EML-B | p. 10

**EML-B 5-1, Attachment 1 of 1**
**Feb 15, 2023  6:11 PM**
psychotherapy.pdf

RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts
SHA-256 Hash of Attachment: afed33cf6fdab1335ac14eada23de9c90926f4c2dfb64777e5d3de269da20c44
Page: 3 of 6      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



## Introduction

In 2014, the Minnesota Department of Health (MDH), in consultation with the e-Health Advisory Committee convened the Minnesota e-health Privacy and Security workgroup to provide materials and resources to health and health care providers to aid in implementing more robust privacy and security programs throughout the state. Over the course of several meetings with key stakeholders, the Workgroup identified the need to clarify the differences in Minnesota law with respect to the patient's right of access to mental health records under the Health Insurance Portability and Accountability Act (HIPAA) Privacy Rule. This overview document is intended for mental health and behavioral health providers and is the Minnesota Department of Health's summary legal analysis of the difference between HIPAA and the Minnesota Health Records Act when it comes to the disclosure of psychotherapy notes.

Additional resources and guidance for providers and privacy officers are available online at http://www.health.state.mn.us/e-health/privacy.

2

**EML-B 5-1, Attachment 1 of 1**
**Feb 15, 2023  6:11 PM**
psychotherapy.pdf

RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts
SHA-256 Hash of Attachment: afed33cf6fdab1335ac14eada23de9c90926f4c2dfb64777e5d3de269da20c44
Page: 4 of 6      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

## HIPAA, Minnesota's Health Records Act, and Psychotherapy Notes
### Overview for Providers



### Background

Patient access to psychotherapy notes[1] in Minnesota may cause confusion among providers because of the unique interaction of federal and state law where state law wins.

- **Federal law** (HIPAA Privacy Rule) allows a mental health professional to share psychotherapy notes, at the provider's discretion, with patient consent. In recognition of the sensitivity of this information, HIPAA requires that this consent be captured on a form only documenting the consent to release psychotherapy notes.

- **Minnesota law** is more stringent than HIPAA with respect to the rights of individuals.[2] In Minnesota, patients have the right to view or release all parts of their medical record and psychotherapy notes are part of that medical record that can be viewed or released. The added protection of the notes inclusion in the medical record is to assure greater access for patients to all of their protected health information.

### What's in a medical record?

Much of the confusion stems from the differences in definition of what constitutes a medical record. *Even if psychotherapy notes are kept in a separate file, in Minnesota, they are considered to be part of the medical record. This is to ensure that patients have full access to complete information about their health.*

Though this difference in definition of what is included in medical record may cause some alarm, in practice, these notes are rarely accessed. Minnesota does allow for the use of clinical judgment in the release of all medical records, such that if the release could cause harm to the patient or others, they can be withheld from the patient's view. [3]

### HIPAA standard.

Psychotherapy notes are specifically excluded from a patient's general right to access or inspect their own medical records under HIPAA's Privacy Rule. If mental health professionals wish to disclose the psychotherapy notes, they are generally permitted to do so, but must receive the patient's authorization. [4]

### Minnesota standard.

Minnesota's Health Records Act gives patients access to "complete and current information possessed by that provider concerning any diagnosis, treatment, and prognosis" and does not distinguish psychotherapy notes from other medical records[5]

[1] Under HIPAA, psychotherapy notes are recorded by a health care provider who is a mental health professional that: 1) document or analyze the contents of conversations during a counseling session; and 2) are separated from the rest of the patient's medical records (45 C.F.R. § 164.501).

[2] If HIPAA and a state law differ as to patient access to medical records, HIPAA says that the law that gives the patients more access is the law that the covered entities within the state should follow (45 C.F.R. § 160.203(b)). Minnesota allows a patient to access all of their medical records without any restrictions as to psychotherapy notes (Minn. Stat. § 144.292, subd. 2).

[3] Minn. Stat. § 144.292, subd. 7 (provider can withhold records if detrimental to the physical or mental health of the patient, or is likely to cause the patient to inflict self-harm, or to harm another).

[4] 45 C.F.R. § 164.524(a) and 45 C.F.R. § 164.508(a)(2) (HIPAA is silent, but may require that the provider allow a patient to view the psychotherapy notes before any authorization for disclosure).

[5] Minn. Stat. § 144.292, subd. 2.

HIPAA, MINNESOTA'S HEALTH RECORDS ACT, AND PSYCHOTHERAPY NOTES
Minnesota Department of Health, Office of Health Information Technology
www.health.state.mn.us/e-health      |      MN.eHealth@state.mn.us



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 12**

**EML-B 5-1, Attachment 1 of 1**
**Feb 15, 2023  6:11 PM**
psychotherapy.pdf

RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts
SHA-256 Hash of Attachment: afed33cf6fdab1335ac14eada23de9c90926f4c2dfb64777e5d3de269da20c44
Page: 5 of 6     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

## HIPAA, Minnesota's Health Records Act, and Psychotherapy Notes
### Legal Overview



While the two laws are generally in alignment, there is a difference between HIPAA and the Health Records Act when it comes to psychotherapy notes.

### Legal Obligations

Mental health professionals in Minnesota need to be aware of —and comply with— both the compliance obligations imposed by the Health Insurance Portability and Accountability Act (HIPAA) and its regulations, as well as those imposed by the Minnesota Health Records Act. While the two laws are generally in alignment, there is a difference between HIPAA and the Health Records Act when it comes to psychotherapy notes.

### Psychotherapy Notes Defined.

Notes recorded by a health care provider who is a mental health professional that:
1) Document or analyze the contents of conversations during a counseling session; and
2) Are separated from the rest of the patient's medical records. *(45 C.F.R. § 164.501)*.

### HIPAA Standard:  *Right of Access*.

Under HIPAA's Privacy Rule, a mental health professional is not required to disclose psychotherapy notes to a patient. In fact, psychotherapy notes are specifically excluded from a patient's general right to access or inspect their own medical records. If a mental health professional ever wishes to disclose the psychotherapy notes, however, they are permitted to do so, but must first receive the patient's authorization *(45 C.F.R. § 164.524(a).*

There are only three instances in which a mental health professional does not need patient authorization to use or disclose psychotherapy notes under HIPAA:
• Use by the provider for treatment;
• Use or disclosure for certain training purposes; or
• Use or disclosure to defense in a legal action. *(45 C.F.R. § 164.508(a)(2))*.

### Minnesota Standard:  *Patient Access*.

Minnesota's Health Records Act gives patients broader rights when it comes to accessing mental health records because it does not distinguish psychotherapy notes from other medical records. Minnesota law requires that a provider give a patient "complete and current" information concerning *any* diagnosis, treatment or prognosis that relates to the patient upon request. *(Minn. Stat. § 144.292, subd. 2)*. A client also has the right to *access and consent* to release records related to psychological services under administrative rules governing psychologists *(Minn. R. 7200.4710)*.

Minnesota has created an exception, however, that gives providers the discretion to withhold health records (including psychotherapy notes) if the provider believes that

HIPAA, MINNESOTA'S HEALTH RECORDS ACT, AND PSYCHOTHERAPY NOTES
Minnesota Department of Health, Office of Health Information Technology
www.health.state.mn.us/e-health     |     MN.eHealth@state.mn.us

4



**EXHIBIT EML-B | p. 13**

**EML-B 5-1, Attachment 1 of 1**
**Feb 15, 2023  6:11 PM**
psychotherapy.pdf

RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts
SHA-256 Hash of Attachment: afed33cf6fdab1335ac14eada23de9c90926f4c2dfb64777e5d3de269da20c44

Page: 6 of 6        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

> Because Minnesota provides the right for a patient to access all of their medical records (without any restrictions as to psychotherapy notes), Minnesota mental health professionals should be aware that their patients will be able to access any psychotherapy notes that relate to that patient.

"the information is detrimental to the physical or mental health of the patient, or is likely to cause the patient to inflict self harm, or to harm another." *(Minn. Stat. § 144.292, subd. 7).*

Minnesota also has a "Duty to Warn" statute that places a provider under a duty to disclose protected information to "predict, warn of, or take reasonable precautions to provide protections from, violent behaviors." This duty arises when a patient has communicated a specific, serious threat of physical violence against a specific, clearly identified or identifiable potential victim. If this occurs, a provider *must* make reasonable efforts to communicate the threat to the potential victim or to law enforcement. *(Minn. Stat. § 148.975, subd. 2).*

### Preemption Analysis.
If HIPAA and a state law differ as to patient access to medical records, HIPAA says that the law that gives the patients more access is the law that the covered entities within the state should follow *(45 C.F.R. § 160.203(b))*. Because Minnesota provides the right for a patient to access all of their medical records (without any restrictions as to psychotherapy notes), Minnesota mental health professionals should be aware that their patients will be able to access any psychotherapy notes that relate to that patient.

**<u>None of the orange highlighted part apply to me at all is my belief.</u>**

HIPAA, MINNESOTA'S HEALTH RECORDS ACT, AND PSYCHOTHERAPY NOTES
Minnesota Department of Health, Office of Health Information Technology
www.health.state.mn.us/e-health        |        MN.eHealth@state.mn.us



5

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 14**</span>

**RE Matthew D. Guertin - Preliminary Introduction and Discussion of Facts**
**Feb 17, 2023  2:50 PM**

From: Jill.Rogstad@courts.state.mn.us
To:   MattGuertin@protonmail.com
SHA-256 Hash of .eml: d3a8fd1babc141ea6b86b487c9127df1886c701f623cfcd6f7de7031a48c0c8a

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**RE: [EXTERNAL] Matthew David Guertin / Preliminary Introduction and discussion of facts**

**From:** "Rogstad, Jill"
**To:** Matt Guertin
**Date:** Fri, 17 Feb 2023 20:50:11 +0000

Hi Mr. Guertin,

As to your question about recordings, no, Psychological Services does not audio or video record any of the evaluations the psychologists do, nor do we allow examinees to produce any such recordings. Again, there are a number of reasons for this, which I'm happy to review on March 1. The remainder of your questions will also all be addressed at the outset of the interview on March 1, before you are asked any questions. At that time, the parameters of the evaluation will be reviewed and discussed, including my role and the differences between this kind of court-ordered evaluation and encounters you might have with a psychologist in other settings. You will also be given time to ask any questions you have that may not have been covered during this process. I am happy to discuss these issues at that time. I am going to stop responding to emails at this time, not to be rude, but because the appointment we have scheduled for March 1 is the more appropriate forum to discuss these matters. Please feel free to bring any questions with you on that date.

Thank you, and I look forward to speaking with you on March 1.

Best regards,
Dr. Rogstad

Jill E. Rogstad, Ph.D., LP, ABPP (Forensic)
Senior Clinical Forensic Psychologist
Board Certified in Forensic Psychology, American Board of Professional Psychology
(she/her/hers)
Fourth Judicial District and Regional Psychological Services
Phone: (612) 394-0937

---

**EXHIBIT EML-B | p. 15**

**Matthew Guertin - Language Analysis Matrix**
**Mar 2, 2023  9:44 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 351320933c34db97d8424b3fe561c8994e26278ca8a02cc9d4968ee4e72233b9

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Matthew Guertin / Language Analysis Matrix

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Fri, 03 Mar 2023 03:44:21 +0000

Jill,

Per our meeting the other day here is a copy of the language matrix I created using MAXQDA which I had mentioned during our disucssion, but which is too high resolution to have printed out and include with the stack of supporting documents I provided you with.

It is attached. The columns are blog articles from PhotoRobot dot com with the most recent url's/articles on the left hand side and all of the rows are words. The numbers in the matrix and the corresponding colors correlate with the use count as far as how many times a particular word or combination of words was used in each blog post.

This still has the original creation date of December 12th, 2022 which further supports the information I relayed to you about how I had caught on to the fraud taking place early on and had been investigating it for a while leading up to the incident that took place at my apartment resulting in the criminal charges I am currently facing.

It was very nice to meet you and I appreciate you taking the time to listen.

Thanks again,

Matthew Guertin

Sent with Proton Mail secure email.

**Attachments:**

Matrix.png

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 16**

**EML-B 7-1, Attachment 1 of 1**
**Mar 2, 2023  9:44 PM**
Matrix.png

Matthew Guertin - Language Analysis Matrix
SHA-256 Hash of Attachment: 5b0fcc51d137060502f2a9dca3ae6b5887065e761dc6cb4ae43026586436e81f
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Matthew Guertin - Language Analysis Matrix**

**Mar 3, 2023  12:04 AM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: bddaa8505ae6e8a72e2c98780dab4bb7799c81f81ed32d8ffd1b0aecfc2e67d2

Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Matthew Guertin / Language Analysis Matrix

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Fri, 03 Mar 2023 06:04:10 +0000

Included here is a copy of an email correspondence between me and my patent attorney discussing the fraud taking place (attached)

The Police report that I filed with the Mntka PD 9 days before the incident at my apartment (attached)

And my automated signup email from the Internet Archive when I signed up for my account 'PatentlyFalse' (attached)

I will follow up with two additional emails - each containing one of the originally dated PDF screen captures I made of the web archives archived (supposedly) version of PhotoRobot.com/blog.

I have to include in two separate emails as they are each 13mb.

That is everything I will send you...meaning I am not going to keep sending any additional documents or files after the two emails following this one but I figured it wouldn't hurt to include a few more additional pieces of the puzzle which help substantiate the stuff discussed in our meeting.

Thanks again!

~Matthew Guertin

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, March 2nd, 2023 at 9:44 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:

> Jill,
>
> Per our meeting the other day here is a copy of the language matrix I created using MAXQDA which I had mentioned during our disucssion, but which is too high resolution to have printed out and include with the stack of supporting documents I provided you with.
>
> It is attached. The columns are blog articles from PhotoRobot dot com with the most recent url's/articles on the left hand side and all of the rows are words. The numbers in the matrix and the corresponding colors correlate with the use count as far as how many times a particular word or combination of words was used in each blog post.
>
> This still has the original creation date of December 12th, 2022 which further supports the information I relayed to you about how I had caught on to the fraud taking place early on and had been investigating it for a while leading up to the incident that took place at my apartment resulting in the criminal charges I am currently facing.
>
> It was very nice to meet you and I appreciate you taking the time to listen.
>
> Thanks again,
>
> Matthew Guertin
>
> Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 18**</span>

**RE Matthew Guertin - Language Analysis Matrix**

**Mar 3, 2023  12:04 AM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: bddaa8505ae6e8a72e2c98780dab4bb7799c81f81ed32d8ffd1b0aecfc2e67d2

Page: 2 of 2      [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

**Attachments:**

Email_correspondence_with_IP_attorney_discussing_fraud.pdf

WaybackMachine_signup_email__12_09_2023__02_45.pdf

Mntka_PD_Police_Report__23-000151__1_12_2023__14_02.pdf

**EXHIBIT EML-B | p. 19**

**EML-B 8-1, Attachment 1 of 3**
**Mar 3, 2023  12:04 AM**
Email_correspondence_with_IP_attorney_discussing_fraud.pdf

Email_correspondence_with_IP_attorney_discussing_fraud.pdf
SHA-256 Hash of Attachment: c69d876647b5c2b813c877c36dd857ededffbb05d0ca92cf96b3ff5e54091048
Page: 1 of 5     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



INTELLECTUAL PROPERTY ATTORNEYS

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

On Thu, Jan 5, 2023 at 5:29 PM Matt Guertin <MattGuertin@protonmail.com> wrote:
Every time I save a page someone is going nuts. Haha

What happened was that they were in the middle of an operation which they have almost certainly completed successfully many other times and then I suddenly appeared out of nowhere and haven't left since. Every single save now is just more proof of the fraud. They are going to have to do something or scrap the whole thing and just delete or revert back to originals and hope this goes away.

I have been saving all the time. In fact I just created a patch in Touchdesigner today that allows me to automatically save 5 individual page URL's every few seconds by clicking a button....and then inbetween each click I would switch to a different VPN location before doing the next. So technically the whole photoRobot site on wayback machine should have a big save shown today....but they can't keep up with that level of pages. They thought they were just going to make a few adjustments and spruce things up for photorobot to steal my patent and now they know they are screwed as I have been saving new wayback captures with most of the page group saves as well.

They have lost complete control. I even snapped a bunch of saves on NYE shortly after midnight to let them know I was celebrating their idiocy.

And the other thing is that they FOR SURE KNOW I AM THE ONE CAUSING ALL OF THEIR PROBLEMS. I just looked at the email exchanges between us and everything becomes even clearer.

All of the pieces are now falling perfectly into place.

Can you guess what day I signed up for a user account with the archive?

DECEMBER 9TH, 2022 @ 2:45am

I then proceeded to make use of my new account 'PatentlyFalse' by snapping an archive save of the entire PhotoRobot website exactly twenty minutes later at 3:05am    *copy of email attached*

I then began browsing through all of the PhotoRobot pages and an hour and forty-one minutes later at 4:46am I took my first of two pdf screen captures of PhotoRobot.com/blog which is when I caught someone    *originally dated (Dec 9th) pdf's attached*

**EXHIBIT EML-B | p. 20**

**EML-B 8-1, Attachment 1 of 3**
**Mar 3, 2023  12:04 AM**
Email_correspondence_with_IP_attorney_discussing_fraud.pdf

Email_correspondence_with_IP_attorney_discussing_fraud.pdf

SHA-256 Hash of Attachment: c69d876647b5c2b813c877c36dd857ededffbb05d0ca92cf96b3ff5e54091048

Page: 2 of 5    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]

editing the archive in real time within a 5 minute window and two PDF screen captures.

Here are my emails between the web archive which includes a .png of a draft I almost sent but decided against while I collected more evidence.

And that's a wrap... ;-)


~Matt



Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, January 5th, 2023 at 4:30 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:

Amanda,

I just watched my video I sent you and it sucks. I ramble on but don't give you any meat and potatoes at all.

Here is a 15 minute one I just made with the missing pieces that knocks it out of the park.

It's all about the java script file names correlating with the dates.

Undeniable.
The web archive has just been completely invalidated.
Cancelled.

It would appear to be an internal matter at a rather high level if you work off of the assumption that everything is now changing across the entire site due to me :-)

Well.....let me know where this information goes next. I'm curious how a problem as big as this one with such massive implications get's dealt with.

Is there a protocol?

As an attorney are you bound by some sort of oath and obligation (similar to 'duty of candor'..) to make light of this and pass it up whatever metaphorical legal chain exists?

This is pretty crazy.


~Matt

**EML-B 8-1, Attachment 1 of 3**
**Mar 3, 2023  12:04 AM**
Email_correspondence_with_IP_attorney_discussing_fraud.pdf

Email_correspondence_with_IP_attorney_discussing_fraud.pdf

SHA-256 Hash of Attachment: c69d876647b5c2b813c877c36dd857ededffbb05d0ca92cf96b3ff5e54091048

Page: 3 of 5      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

## Re: Call tomorrow (Thursday)

From    Amanda Prose <aprose@wck.com>

To      mattguertin<MattGuertin@protonmail.com>

CC      Megan Neumann<mneumann@wck.com>

Date    Friday, January 6th 2023 at 12:12 PMFriday, January 6th, 2023 at 12:12 PM

Matt,

Based on my understanding of what is going on here, I do not see any reason to advise you against filing a complaint through ic3.gov. I think that is a great place to start the process of calling out this activity actually.

Best regards,

Amanda

westman champlin & koehler
INTELLECTUAL PROPERTY ATTORNEYS

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

On Fri, Jan 6, 2023 at 11:47 AM Matt Guertin <MattGuertin@protonmail.com> wrote:

Amanda,

Unless you have any reason to advise me not to do so I am going to report this by filing a report at ic3.gov. with all relevant information.

Just on it's face as it only relates to my case they are guilty of wire fraud as there is no requirement that the crime reaches completion. Being able to prove intent is all that is needed. The fact that it involves at minimum 3 people who are located in 3 different countries including the USA just makes it that much more serious.

I honestly am not going to hold my breath as far as expecting something substantial to happen to any of them but I'm guessing there is still very good odds that if I report this to all of the relevant agencies which includes the FBI, FTC, and IRS among others. The fact that the archive is a 501c3 causes them additional problems. At the very

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 8-1, Attachment 1 of 3**
**Mar 3, 2023  12:04 AM**
Email_correspondence_with_IP_attorney_discussing_fraud.pdf

Email_correspondence_with_IP_attorney_discussing_fraud.pdf

SHA-256 Hash of Attachment: c69d876647b5c2b813c877c36dd857ededffbb05d0ca92cf96b3ff5e54091048

Page: 4 of 5     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

least they are going to be under enough pressure and stress over the ordeal that they will choose not to continue forward with the obvious path that they are on is my guess.

I think the biggest question everyone is going to wonder is how many times the web archive has pulled this scam before and how many other people has it affected?

Pardon my language - but fuck every single one of the people involved in this. Even if I don't have to worry at all from the standpoint of my patent I would be perfectly okay with them losing many of the things in their lives that they've worked so hard to achieve since that is what their end goal for me was/is.

I have attached PDF's of all relevant criminal law discussion to this email which demonstrates that they meet all of the criteria to be investigated and criminally charged.

I also don't think telling the internet archive about it is a good idea because after reading through those emails I think it makes it even more likely that they are directly involved in all of this. Just look at the email I got from that guy on the 29th (which I never even saw until last night) - My initial question I asked was about their removal policy if someone requests deletion of archived pages and he randomly replies 2 weeks later -

"For what site?"

"Ummmmmm... ..you must've gotten my email mixed up with someone else's. Mine was the one asking about your archive deletion policy. "

**Dr. Rogstad -  Here are more of those 'coincidences' you were asking me about**

The timing is way too coincidental as well as far as when I signed up, saved an archive of the site, and when I caught the first of the edits. All in order and not very far apart. Just this fact alone - that they were able to start adding backdated pages an hour later implies that this is a system they have down and something they have done many times before.

Their only recourse right now is to find a large team of people and attempt to start replacing the hundreds and thousands of pages with ones that aren't fraudulent but I'm not even sure how possible that is as it would require PhotoRobot to have an actual working site with the same code. They are screwed...and if they aren't yet I am going to do my best to make sure they are.

**ChatGPT / openai...... that's how**

~Matt

**EML-B 8-1, Attachment 1 of 3**
**Mar 3, 2023  12:04 AM**
Email_correspondence_with_IP_attorney_discussing_fraud.pdf

Email_correspondence_with_IP_attorney_discussing_fraud.pdf
SHA-256 Hash of Attachment: c69d876647b5c2b813c877c36dd857ededffbb05d0ca92cf96b3ff5e54091048
Page: 5 of 5      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

Sent with Proton Mail secure email.

------- Original Message -------
On Friday, January 6th, 2023 at 8:48 AM, Amanda Prose <aprose@wck.com> wrote:

Wow. Thanks Matt. I will take a look at this.

As for your other question regarding alerting others to this issue...there are a couple of ways to look at it and I admit, this is an issue new to me so I do not know where/who to alert or where to start.

Regarding the patent office and your pending application as well as future applications, we have made memos in our file to explain why these archived pages are **not** considered prior art to you. Simply put, the material was not actually published prior to your filing of the provisional patent application. Because of this, the patent office will not consider the materials, the Examiner will ignore it. Generally, we have to provide a date of publication to materials not having a date on their face (a patent application publication or book have publication dates on the publication, but websites do not and are generally identified as published on the date you accessed it). So, we do not have any obligation to provide these to the patent office and then provide an explanation that its not really prior art. The patent office does not want to review it and probably would not. Thus, we do have a duty of candor with the patent office, and I believe that our initial information disclosure statement filing of the old (original) PhotoRobot pages satisfies this. As far as the patent office is concerned, the jurisdiction of the patent office is limited with respect to the disclosure of inventions and prior art, but tampering with non-patent literature prior art is not something the patent office will do anything about unless that allegedly tampered/altered prior art is submitted either by a patentee or by a third party. Then the patent office will get involved.

As for the website tampering itself, it would seem that if the organization behind the website hosting the WayBack Machine should (and would want to) be made aware that there is some glitch or issue that is allowing these alterations and fake pages to be populated on its website. To me, this seems like step one, whether or not this step might actually solve, address or make the problem public. We could also let the entity who has these altered/fake pages on its server aware of this fraud as well (similar to how we file Digital Millennium Copyright Action violations).

As for additional steps here - I am not sure what the next step is yet. I have not come across this and generally when we speak of such frauds it is when the fraudulent/altered material is used, for whatever purpose. For example, as soon as Photorobot or the Internet Archives tries to use the material in some way, then it is much more clear what the next step is.

Best regards,

Amanda

**EML-B 8-2, Attachment 2 of 3**
**Mar 3, 2023  12:04 AM**
WaybackMachine_signup_email__12_09_2023__02_45.pdf

WaybackMachine Signup Email 12-09-2023 02-45.pdf
SHA-256 Hash of Attachment: e010e1926b4ebd4b38a356964bd6ce78ba0da22dab69ac87d83f86fa2ace1546
Page: 1 of 2    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]

---

## Please verify your email address

From  Internet Archive <noreply@archive.org>

To    mattguertin<mattguertin@protonmail.com>

Date  Friday, December 9th, 2022 at 2:45 AMFriday, December 9th, 2022 at 2:45 AM

Greetings!

Thanks for creating a new account on Internet Archive, and welcome.

The final step to create your account is to verify your email address. You can do this by clicking the link below:

https://archive.org/account/verify.php?t=9e60b0debe61665e51d650d58af628df

(If that doesn't work, please try copying and pasting the link into your browser address bar.)

Once that's done, you're all set.

Regards,
Internet Archive
https://archive.org

---

**EML-B 8-2, Attachment 2 of 3**
**Mar 3, 2023  12:04 AM**
WaybackMachine_signup_email__12_09_2023__02_45.pdf

WaybackMachine Signup Email 12-09-2023 02-45.pdf
SHA-256 Hash of Attachment: e010e1926b4ebd4b38a356964bd6ce78ba0da22dab69ac87d83f86fa2ace1546
Page: 2 of 2      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

## Welcome to the Internet Archive

From    Internet Archive <noreply@archive.org>

To      mattguertin<mattguertin@protonmail.com>

Date    Friday, December 9th, 2022 at 2:46 AMFriday, December 9th, 2022 at 2:46 AM

Dear PatentlyFalse,

Welcome to the Internet Archive, one of the largest digital libraries in the world and home of the history of the Web!

We're so glad you've decided to join our community of digital archivers from around the world. With your free account you can enjoy:

- 4.6 million books
- 6 million videos
- 14 million audio items (including 220,000 live music concerts)
- 580,000 software titles

You also have the ability to leave reviews, connect with other patrons, and even upload your own material to the collections. Want to jump right in? Here's a quick guide to using your account!

Right now, you aren't signed up for any email notifications. If you'd like to receive highlights from our collections or occasional news updates, you can log in and sign up here.

As a 501c3 nonprofit dedicated to sustaining our digital history and culture for generations to come, we make all of our collections available for free. Your support is essential to helping the Archive survive, thrive, and grow—so if you find our resources useful, please chip in to help us ensure Universal Access to All Knowledge.

Thanks for joining us, and enjoy the archive!

The Internet Archive Team
www.archive.org

**EML-B 8-3, Attachment 3 of 3**
**Mar 3, 2023  12:04 AM**
Mntka_PD_Police_Report__23-000151__1_12_2023__14_02.pdf

Mntka PD Police Report 23-000151 1-12-2023.pdf
SHA-256 Hash of Attachment: 9b91ebf3b4cc09159fbf424fff1affcd5801173bdfdf1bb16c579be3bebad8be
Page: 1 of 4       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 27**

**EML-B 8-3, Attachment 3 of 3**
**Mar 3, 2023  12:04 AM**
Mntka_PD_Police_Report__23-000151__1_12_2023__14_02.pdf

Mntka PD Police Report 23-000151 1-12-2023.pdf
SHA-256 Hash of Attachment: 9b91ebf3b4cc09159fbf424fff1affcd5801173bdfdf1bb16c579be3bebad8be
Page: 2 of 4    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



**Minnetonka Police Department**
14600 Minnetonka Blvd Minnetonka, MN 55345
(952) 939-8510

Case #:MP23000151                                    Incident #: MP23000151

| Offenses (1) |
|---|

**MISINFO MISC OFCR INFORMATION**

| | |
|---|---|
| Offense Status: | ASSISTED/ADVISED |
| UCR/NIBRS Code: | 999 NIBRS Non-Reportable |
| Severity Level: | |
| State Code: | |
| Location Type: | Residence/Home |
| Bias Motivation: | NONE |
| Attempted/Completed: | Completed |
| Offender Suspected of Using: | Not Applicable |
| MHU Report: | No |
| Cargo Theft: | |
| Number of Premises Entered: | |
| Criminal Activity or Gang Info: | |

| Vehicle (0) |
|---|

Involvement Type:

| Property (0) |
|---|

Date of Theft:
Property Status:

| Narrative (1) |
|---|

**MAIN REPORT. BHARRIS, 166**
HARRIS, BRANDON 62166                                              01/12/2023

On 01/12/2023 I responded to the Minnetonka Police Department lobby for a report of fraud. I made contact with reporting party MATTHEW DAVID GUERTIN DOB 07/17/1981 in the department lobby.

**GUERTIN STATEMENT:**

- He has filed for and acquired a patent for his invention, "Motorized Rotatable Treadmill and System for Creating the Illusion of Movement."
- The machine is used for filming cinema.
- He pitched the patent to Mark Roberts Motion Control (mrmoco.com).
- The CEO, Mark Roberts, advised that the technology already existed and is used by Photo Robot (photorobot.com).
- He looked at the Photo Robot website and observed the technology used to be similar but different from his.
- While reviewing the website over a number of days he realized the website was changing to reflect his patent.
- The website is being updated in real time with information from his design.

Printed On 02/06/2023                    Page 2 of 3                    Printed By THOMAS, MARY

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 8-3, Attachment 3 of 3**
**Mar 3, 2023  12:04 AM**
Mntka_PD_Police_Report__23-000151__1_12_2023__14_02.pdf

Mntka PD Police Report 23-000151 1-12-2023.pdf
SHA-256 Hash of Attachment: 9b91ebf3b4cc09159fbf424fff1affcd5801173bdfdf1bb16c579be3bebad8be

Page: 3 of 4    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]

---

**Minnetonka Police Department** 
14600 Minnetonka Blvd Minnetonka, MN 55345
(952) 939-8510

Case #:MP23000151                                      Incident #: MP23000151

- Photo Robot is effectively stealing his patent by making it look like they have already had the technology.
- He has proof of the fraud.
- He has been downloading the website and has noticed a number of discrepancies between the current version and the old version of the website.
- He believes the master mind behind all of this is Mark Roberts who he initially discussed the patent with.
- He believes that he could sell the patent to Netflix for 100 Million dollars.
- He originally called the FBI who advised he needed to file a report with his local police agency.
- He understands there is nothing the local police can do.

OFFICER OBSERVATIONS ACTIONS:

- Guertin advised that he has many gigabytes of evidence to show the fraud.
- I advised Guertin to connect with a computer forensicator in order to parse the data into a readable format.
- I agreed with Guertin that this issue is beyond the scope of the local police department.
- I advised Guertin to provide the FBI with the case number and the parsed data when he files the report with them.

DISPOSITION:

- Information Report.

| Officer (2) | | |
|---|---|---|
| Approving Officer: | THOELE, KAREN (621040) | 01/12/2023 17:48:11 |
| Reporting Officer: | HARRIS, BRANDON (62166) | 01/12/2023 15:17:00 |

Printed On:02/06/2023                Page 3 of 3                Printed By THOMAS, MARY

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 29**

**EML-B 8-3, Attachment 3 of 3**
**Mar 3, 2023  12:04 AM**
Mntka_PD_Police_Report__23-000151__1_12_2023__14_02.pdf

Mntka PD Police Report 23-000151 1-12-2023.pdf
SHA-256 Hash of Attachment: 9b91ebf3b4cc09159fbf424fff1affcd5801173bdfdf1bb16c579be3bebad8be
Page: 4 of 4    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]

## Minnetonka Police Department

14600 Minnetonka Blvd Minnetonka, MN 55345

(952) 939-8510

Case #:MP23000151                                    Incident #: MP23000151

- Photo Robot is effectively stealing his patent by making it look like they have technology.
- He has proof of the fraud.
- He has been downloading the website and has noticed a number of discrepa current version and the old version of the website.
- He believes the master mind behind all of this is Mark Roberts who he initial with.
- He believes that he could sell the patent to Netflix for 100 Million dollars.
- He originally called the FBI who advised he needed to file a report with his lo
- He understands there is nothing the local police can do.

OFFICER OBSERVATIONS ACTIONS:

- Guertin advised that he has many gigabytes of evidence to show the fraud.
- I advised Guertin to connect with a computer forensicator in order to parse

**RE Matthew Guertin - Language Analysis Matrix**
**Mar 3, 2023  12:07 AM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: a3cf8f69bab1b340ddcb64e544446c27f0f632ddead30300978a5c279ccf48eb
Page: 1 of 2          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: Matthew Guertin / Language Analysis Matrix

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Fri, 03 Mar 2023 06:07:42 +0000

---

**First screen capture of archived page**

with a 'last modified' date of December 9th, 2022 @ 4:49am - the modification was me adding the wayback url to the top of each of the pages - right click and look at the document properties for additional time and date metadata information.

(attached)

Sent with Proton Mail secure email.

------- Original Message -------
On Friday, March 3rd, 2023 at 12:04 AM, Matt Guertin <MattGuertin@protonmail.com> wrote:

> Included here is a copy of an email correspondence between me and my patent attorney discussing the fraud taking place (attached)
>
> The Police report that I filed with the Mntka PD 9 days before the incident at my apartment (attached)
>
> And my automated signup email from the Internet Archive when I signed up for my account 'PatentlyFalse' (attached)
>
> I will follow up with two additional emails - each containing one of the originally dated PDF screen captures I made of the web archives archived (supposedly) version of PhotoRobot.com/blog.
>
> I have to include in two separate emails as they are each 13mb.
>
> That is everything I will send you...meaning I am not going to keep sending any additional documents or files after the two emails following this one but I figured it wouldn't hurt to include a few more additional pieces of the puzzle which help substantiate the stuff discussed in our meeting.
>
> Thanks again!
>
> ~Matthew Guertin
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Thursday, March 2nd, 2023 at 9:44 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>
>> Jill,
>>
>> Per our meeting the other day here is a copy of the language matrix I created using MAXQDA which I had mentioned during our disucssion, but which is too high resolution to have printed out and include with the stack of supporting documents I provided you with.
>>
>> It is attached. The columns are blog articles from PhotoRobot dot com with the most recent url's/articles on the left hand side and all of the rows are words. The numbers in the matrix and the corresponding colors correlate with the use count as far as how many times a particular word or combination of words was used in each blog post.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Matthew Guertin - Language Analysis Matrix**
**Mar 3, 2023  12:07 AM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: a3cf8f69bab1b340ddcb64e544446c27f0f632ddead30300978a5c279ccf48eb

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

This still has the original creation date of December 12th, 2022 which further supports the information I relayed to you about how I had caught on to the fraud taking place early on and had been investigating it for a while leading up to the incident that took place at my apartment resulting in the criminal charges I am currently facing.

It was very nice to meet you and I appreciate you taking the time to listen.

Thanks again,

Matthew Guertin

Sent with Proton Mail secure email.

**Attachments:**

screencapture-web-archive-org-web-20220811043707-https-www-photorobot-com-blog-2022-12-09-04_45_45.pdf

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 9-1, Attachment 1 of 1**
**Mar 3, 2023  12:07 AM**
screencapture-web-archive-org-web-20220811043707-https-www-photorobot-com-blog-2022-12-09-04_45_45.pdf

RE Matthew Guertin - Language Analysis Matrix

SHA-256 Hash of Attachment: 73479fc692b4b2851cd4501a4e298ba83460e23ab4cff328ed705ac7084160f6

Page: 1 of 2       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 9-1, Attachment 1 of 1**
**Mar 3, 2023  12:07 AM**
screencapture-web-archive-org-web-20220811043707-https-www-photorobot-com-blog-2022-12-09-04_45_45.pdf

RE Matthew Guertin - Language Analysis Matrix
SHA-256 Hash of Attachment: 73479fc692b4b2851cd4501a4e298ba83460e23ab4cff328ed705ac7084160f6
Page: 2 of 2        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Matthew Guertin - Language Analysis Matrix**

**Mar 3, 2023  12:14 AM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 34b6ac95dce26ea583e9d3c4bc6823ad17f328434d7a9f459cca1a3efddeb727

Page: 1 of 2          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: Matthew Guertin / Language Analysis Matrix

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Fri, 03 Mar 2023 06:14:05 +0000

---

**Second screen capture of archived page - taken a few minutes later**

with a 'last modified' date of December 9th, 2022 @ 4:51am

Pay close attention to the top left and top right of the Wayback Machine date bar header at the top of the pages. See if you notice anything changing....

I included an edited PDF I made pointing out what is happening which also shows the document properties tab opened

(attached)

And that is everything!

Thanks again!

~Matt

Sent with Proton Mail secure email.

------- Original Message -------
On Friday, March 3rd, 2023 at 12:07 AM, Matt Guertin <MattGuertin@protonmail.com> wrote:

> **First screen capture of archived page**
>
> with a 'last modified' date of December 9th, 2022 @ 4:49am - the modification was me adding the wayback url to the top of each of the pages - right click and look at the document properties for additional time and date metadata information.
>
> (attached)
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Friday, March 3rd, 2023 at 12:04 AM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>
>> Included here is a copy of an email correspondence between me and my patent attorney discussing the fraud taking place (attached)
>>
>> The Police report that I filed with the Mntka PD 9 days before the incident at my apartment (attached)
>>
>> And my automated signup email from the Internet Archive when I signed up for my account 'PatentlyFalse' (attached)
>>
>> I will follow up with two additional emails - each containing one of the originally dated PDF screen captures I made of the web archives archived (supposedly) version of PhotoRobot.com/blog.
>>
>> I have to include in two separate emails as they are each 13mb.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Matthew Guertin - Language Analysis Matrix**
Mar 3, 2023  12:14 AM

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 34b6ac95dce26ea583e9d3c4bc6823ad17f328434d7a9f459cca1a3efddeb727

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

That is everything I will send you...meaning I am not going to keep sending any additional documents or files after the two emails following this one but I figured it wouldn't hurt to include a few more additional pieces of the puzzle which help substantiate the stuff discussed in our meeting.

Thanks again!

~Matthew Guertin

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, March 2nd, 2023 at 9:44 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:

> Jill,
>
> Per our meeting the other day here is a copy of the language matrix I created using MAXQDA which I had mentioned during our disucssion, but which is too high resolution to have printed out and include with the stack of supporting documents I provided you with.
>
> It is attached. The columns are blog articles from PhotoRobot dot com with the most recent url's/articles on the left hand side and all of the rows are words. The numbers in the matrix and the corresponding colors correlate with the use count as far as how many times a particular word or combination of words was used in each blog post.
>
> This still has the original creation date of December 12th, 2022 which further supports the information I relayed to you about how I had caught on to the fraud taking place early on and had been investigating it for a while leading up to the incident that took place at my apartment resulting in the criminal charges I am currently facing.
>
> It was very nice to meet you and I appreciate you taking the time to listen.
>
> Thanks again,
>
> Matthew Guertin
>
> Sent with Proton Mail secure email.

**Attachments:**

screencapture-web-archive-org-web-20221209090542-https-www-photorobot-com-blog-2022-12-09-04_49_19.pdf

Show_and_tell.pdf

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 36**

**EML-B 10-1, Attachment 1 of 2**
**Mar 3, 2023  12:14 AM**
screencapture-web-archive-org-web-20221209090542-https-www-photorobot-com-blog-2022-12-09-04_49_19.pdf

RE Matthew Guertin - Language Analysis Matrix

SHA-256 Hash of Attachment: 6ac728976ea744974341dfccce75f750e7ed24fd86e82f373ca4b6184aa313ac

Page: 1 of 2       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 10-1, Attachment 1 of 2**
**Mar 3, 2023  12:14 AM**
screencapture-web-archive-org-web-20221209090542-https-www-photorobot-com-blog-2022-12-09-04_49_19.pdf

RE Matthew Guertin - Language Analysis Matrix
SHA-256 Hash of Attachment: 6ac728976ea744974341dfccce75f750e7ed24fd86e82f373ca4b6184aa313ac
Page: 2 of 2       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-B 10-2, Attachment 2 of 2**
**Mar 3, 2023  12:14 AM**
Show_and_tell.pdf

RE Matthew Guertin - Language Analysis Matrix
SHA-256 Hash of Attachment: 1a784669851ae1ce606af35ab5908b93c2c1caf394ffc5643e37bdb898480616
Page: 1 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]





## EQUIPMENT FOR 360 AND 3D PRODUCT PHOTOGRAPHY

*PhotoRobot equipment for 360 and 3D product photography provides cutting-edge technological solutions to meet the needs of any e-commerce project. Fully automate an in-house product photography studio or simply find the right tools to capture photos for a smaller webshop or online retail. With PhotoRobot's versatile equipment, lighting setups and automation software, companies can quickly capture perfect photography for products of any size, streamline the process of uploading 360 and 3D imagery to the web, and improve overall workflow by automating robotic tasks and post image processing.*

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 39**

**EML-B 10-2, Attachment 2 of 2**
**Mar 3, 2023  12:14 AM**
Show_and_tell.pdf

RE Matthew Guertin - Language Analysis Matrix

SHA-256 Hash of Attachment: 1a784669851ae1ce606af35ab5908b93c2c1caf394ffc5643e37bdb898480616

Page: 2 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**CURRENTLY**
**All September data was**
**added to the past history**

# EQUIPMENT FOR 360 AND 3D PRODUCT PHOTOGRAPHY

*PhotoRobot equipment for 360 and 3D product photography provides cutting-edge technological solutions to meet the needs of any e-commerce project. Fully automate an in-house product photography studio or simply find the right tools to capture photos for a smaller webshop or online retail. With PhotoRobot's versatile equipment, lighting setups and automation software, companies can quickly capture perfect photography for products of any size, streamline the process of uploading 360 and 3D imagery to the web, and improve overall workflow by automating robotic tasks and post image processing.*

**EML-B 10-2, Attachment 2 of 2**
**Mar 3, 2023  12:14 AM**
Show_and_tell.pdf

RE Matthew Guertin - Language Analysis Matrix

SHA-256 Hash of Attachment: 1a784669851ae1ce606af35ab5908b93c2c1caf394ffc5643e37bdb898480616

Page: 3 of 4       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-B 10-2, Attachment 2 of 2**
**Mar 3, 2023  12:14 AM**
Show_and_tell.pdf

RE Matthew Guertin - Language Analysis Matrix
SHA-256 Hash of Attachment: 1a784669851ae1ce606af35ab5908b93c2c1caf394ffc5643e37bdb898480616
Page: 4 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE RE Matthew Guertin - Language Analysis Matrix**
**Mar 7, 2023  10:45 AM**

From: Jill.Rogstad@courts.state.mn.us
To:  MattGuertin@protonmail.com
SHA-256 Hash of .eml: 4e30a57fde6b179ec0c3327ac2b292a25676b23815dd724c551a09ccb7fed2d2

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### RE: [EXTERNAL] Re: Matthew Guertin / Language Analysis Matrix

**From:** "Rogstad, Jill"
**To:** Matt Guertin
**Date:** Tue, 07 Mar 2023 16:45:25 +0000

---

Thank you, Mr. Guertin. I wanted to confirm receipt of four emails with the attachments.

Best regards,

Jill E. Rogstad, Ph.D., LP, ABPP (Forensic)
Senior Clinical Forensic Psychologist
Board Certified in Forensic Psychology, American Board of Professional Psychology
(she/her/hers)
Fourth Judicial District and Regional Psychological Services
Phone: (612) 394-0937

---

**Need Help Overcoming These Very Realistic Psychotic Delusions**
**Apr 26, 2023  1:37 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 0a826898cb4c4845359019e67208cd861c6f63730d2c067bc3bdf2171d9e205e

Page: 1 of 4        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Need help overcoming these very realistic "psychotic delusions" I still seem to be experiencing...

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Wed, 26 Apr 2023 18:37:17 +0000

Dr. Rogstad,

Good afternoon

It would appear as though one or more of the potential mental disorders you diagnosed me as possibly having is starting to affect other people now as well.

https://youtu.be/V6_jCGzR020

Is the whole world going mad now?

I've also been struggling quite a bit since our meeting as I attempt to better understand and come to grips with the fact that you convinced me beyond any reasonable doubt that I'm absolutely not "an engineer" and that the many "perceived" achievements I mentioned to you in our meeting (as a way of providing you with better context) were in fact just very realistic distortions of reality caused by one or more of the many mental deficiencies you were able to so quickly identify me as potentially suffering from. (thanks again for really taking the time and putting in the effort to get to know me so well)

The reason for my 'struggles' however isn't because I'm in any disagreement with you or what you are saying - I know how highly educated you are Dr. Rogstad.... so that is why I'm wondering if you might be able to help me at least identify what it is called when a formerly schizophrenic and delusional person like myself is finally able to turn the corner and become more reality based, truthful, introspective, and accepting of my true and actual reality while at the same time being tempted to return to my old ways due to the fact that I am constantly surrounded by a plethora of evidence which causes me to view my 'delusions' as instead being factual, reality based events that seemed like they were 100% real and actually happened?

For example I just came across this online article in which the following is stated:

> "the set piece was **engineered** and built in-house at XiteLabs studio by **creative technologist Matt Guertin**. LED tiles from PRG were dismantled into smaller component modules, custom configured and re-wired by Guertin at XiteLabs to create smaller radius circular elements to create the smooth edges of the eye. **Guertin designed and engineered** 420 metal parts cut out of eight different types of material, as well as 268 individual acrylic pieces from six different materials. The estimated total number of soldering points was in the 2,000 range."

https://plsn.com/articles/video-trends/xitelabs-steps-up-and-out/

As another example of the conflicted version of reality I currently reside in - here is another one which appears to be some kind of technology based company in which I'm actually credited as some

**Need Help Overcoming These Very Realistic Psychotic Delusions**

**Apr 26, 2023  1:37 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 0a826898cb4c4845359019e67208cd861c6f63730d2c067bc3bdf2171d9e205e

Page: 2 of 4          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

sort of "engineer" again.....    I just don't get it. It seems so crazy and unlikely that someone as
mentally ill as I am who is completely detached from reality in such a profound way keeps getting
mistakenly put into magazines and online publications as a way of showcasing just some of my
many 'perceived' achievments - All of them being ones which are so realistic they seem to have
persisted ever since I remember imagining them happening?  It is very strange.

> **"Falcon Design, Fabrication Direction and Engineering:**
> **Matt Guertin"**

https://blacktrax.cast-soft.com/showcase/tracking-a-50ft-falcon-with-xitelabs/

And then there's this one which also appears to be more weird computer stuff of some kind but
maybe it just looks technical on purpose so they can charge more money? ? Either way it's way over
my head and I have no clue who is doing this or what their reasoning would be for continuing to
fraudulently post articles about me in an attempt to make me look good and trick people into
believing I actually might be as intelligent as I claimed during our meeting.

> **"Matt Guertin - Touch Designer system design"**

https://www.disguise.one/en/insights/case-studies/la-philharmonic/

One of these weird technical/software websites even put me on the front page of their website in
2014 supposedly..? How the heck can that be true?? It just sounds so crazy...delusional even

> **"It is with great enthusiasm that we publish Matt Guertin's**
> **chronicle on the building of his ever-expanding project which will not be**
> **finished for some time if our last email exchange concerning the release of**
> **Oculus Rift's second developer kit is an indicator of things to come."**

https://derivative.ca/community-post/matt-guertins-epic-never-ending-oculus-
rift-kinect-touchdesigner-3d-project/60736

Apparently this weird 'Touchdesigner' software was created by and still ran by Greg Hermanovick
who also created SideFX Software and its flagship 'Houdini' software which is one of the most used
and successful visual fx softwares for the film and entertainment industry (used by the likes of
Netflix, Disney, Universal Studios, etc. )

Are you starting to see how I might still have some lingering confusion and uncertainty even as I work on fixing
myself?

..to make matters even more confounding I even had Isabelle Rousette (who wrote that
Touchdesigner article about me in 2014 and still works for the company) reply with the following
message when she first learned of my patent via fbook messenger.

**Need Help Overcoming These Very Realistic Psychotic Delusions**
Apr 26, 2023  1:37 PM

---

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 0a826898cb4c4845359019e67208cd861c6f63730d2c067bc3bdf2171d9e205e

Page: 3 of 4        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

"extremely impressive and practical product. it should
**REVOLUTIONIZE THE INDUSTRY**."        Images are linked here - also
attached

And that's the problem Dr. Rogstad.

I know that none of this stuff is real.. .you told me so yourself and I know you're one of the best forensic psychologists ever...I mean I knew that right away just based on our first email interaction.... So all I'm left with is what I would describe as very pronounced and persistent distortions of reality which are so vivid and clear that I'm 99.999% sure that they are memories as opposed to delusions... that's what it feels like anyways...but then again I am also entirely aware that nobody actually knows me better than you do - hence my reason for seeking your advice

One of the main substantiating points for your belief that I am 'Schizophrenic and/or possibly Psychotic" and should be committed to a psychiatric ward and placed on powerful antipsychotic drugs until I'm "well" and "competent" (at least enough so that I'm able to understand the charges against me and aid in my own defense...since I am obviously not capable of doing that at all....) was that I have these 'persecutory' delusional beliefs of having invented something so big that it's going to "revolutionize" the industry....and which I somehow believe is so big that companies like Microsoft and Netflix would actually know my name and who I am (obviously crazy...I know this because you told me so)....I like to pretend I know how to build things.....I tell people I'm an "unlicensed engineer" just to make myself feel better about how little I've actually accomplished in my life, etc, etc - and then to really top it all off you still got this website of mine www.MattGuertin.com  in which I went so far as to actually organize my delusional experiences into many different pages due to the false perception that I actually accomplished something that real people based in reality would actually care about and want to look at. I mean how crazy is that? **Right?**

If you have any advice which could help me to better deal with and overcome the struggle I'm experiencing as I attempt to connect to a more subdued and authentic version of 'reality' which better aligns with yours it would be very appreciated.

What do I have to do exactly to pretend that none of the real and factual evidence I have even exists at all so I can just go along to get along and not be so abrasive?

If I were to be placed on enough powerful antipsychotic drugs for a long enough time period is there a possibility at some point that I just won't even remember any of this so it won't matter anyways?

Or am I just overthinking this and the powerful 'anti-psychotics' you recommended will make me feel so good that I will not care about anything at all as long as I can have an extra graham cracker and juicebox during afternoon group?

You are the **BEST** Dr. Rogstad !

**Thank you again!**

Sincerely,
Matthew Guertin

---

**Need Help Overcoming These Very Realistic Psychotic Delusions**
**Apr 26, 2023  1:37 PM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 0a826898cb4c4845359019e67208cd861c6f63730d2c067bc3bdf2171d9e205e

Page: 4 of 4        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

PS - I also attached proof of the  "special ops gear" which I spoke of in our meeting -  here is a link for that as well -

Apparently it is manufactured by this company in Israel that manufactures .....wait for it...........SPECIAL OPS GEAR !   whowouldvethought !?

Sent from ProtonMail mobile

**Attachments:**

InkedScreenshot_20230426-101243_Messenger.jpg      Inked20220108_1659422.jpg

ODF_Optronics.jpg      ODF_Company.jpg      20220108_162218.jpg      20220108_165950.jpg

Inked20220108_165942.jpg      20220108_165942.jpg

Screenshot_20230423-193622_Brave.jpg      20220602_070235.jpg

Screenshot_20230426-101247_Messenger.jpg      Screenshot_20230426-101358_Messenger.jpg

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 47**</span>

**EML-B 12-1, Attachment 1 of 12**
**Apr 26, 2023  1:37 PM**
InkedScreenshot_20230426-101243_Messenger.jpg

Need Help Overcoming These Very Realistic Psychotic Delusions
SHA-256 Hash of Attachment: 6c15ea12549f6418883c6f302eb501e81a652e1f8623935adcf4127b37222a6b
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 48**

**EML-B 12-2, Attachment 2 of 12**
**Apr 26, 2023  1:37 PM**
Inked20220108_1659422.jpg

Need Help Overcoming These Very Realistic Psychotic Delusions
SHA-256 Hash of Attachment: beee948697e7f583a9efec973865c3bfeaa96be7846b2dd461f46ae610acce57
Page: 1 of 1    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



**EML-B 12-3, Attachment 3 of 12**
**Apr 26, 2023  1:37 PM**
ODF_Optronics.jpg

Need Help Overcoming These Very Realistic Psychotic Delusions

SHA-256 Hash of Attachment: adec6a2cc44f6f5cd855675440f9cb5c3f5d228841c82df86ab2b498c9f51e47

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 12-4, Attachment 4 of 12**
**Apr 26, 2023 1:37 PM**
ODF_Company.jpg

Need Help Overcoming These Very Realistic Psychotic Delusions
SHA-256 Hash of Attachment: 2fad429f1a6bf45379b2c506b493c9e89f95ad76b1274857f2fd8f584533d838
Page: 1 of 1    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 51**

**EML-B 12-5, Attachment 5 of 12**
**Apr 26, 2023  1:37 PM**
20220108_162218.jpg

Need Help Overcoming These Very Realistic Psychotic Delusions

SHA-256 Hash of Attachment: 21195f1d4d1209f4577263a78e2f7dff3f68b52038e2e2978fc95281e30ceada

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 12-6, Attachment 6 of 12**
**Apr 26, 2023  1:37 PM**
20220108_165950.jpg

Need Help Overcoming These Very Realistic Psychotic Delusions
SHA-256 Hash of Attachment: bff599899c322a49eb09bcff43e95cdbcbc9c885a5f37a77d92fbbbd61fd56ac
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 12-7, Attachment 7 of 12**
**Apr 26, 2023  1:37 PM**
Inked20220108_165942.jpg

Need Help Overcoming These Very Realistic Psychotic Delusions

SHA-256 Hash of Attachment: 41a45bad833af11ad0d41a7ee9d542fad8d2bb08077c3f979fa4828948e00dc8

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 12-8, Attachment 8 of 12**
**Apr 26, 2023  1:37 PM**
20220108_165942.jpg

Need Help Overcoming These Very Realistic Psychotic Delusions
SHA-256 Hash of Attachment: 476f9059ec559a6635de9dec671109ce3c5c24ebbd121f7e06c5efd2ed42e937
Page: 1 of 1        [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 55**

**EML-B 12-9, Attachment 9 of 12**
**Apr 26, 2023  1:37 PM**
Screenshot_20230423-193622_Brave.jpg

Need Help Overcoming These Very Realistic Psychotic Delusions
SHA-256 Hash of Attachment: e962ee26aca7aa0332882094e272ce861ffe26ea7eb54acc1034d4d21c5b4477
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-B 12-10, Attachment 10 of 12**
**Apr 26, 2023  1:37 PM**
20220602_070235.jpg

Need Help Overcoming These Very Realistic Psychotic Delusions
SHA-256 Hash of Attachment: 71d02976e9830e457a15ba54e90306a8833a885bf493a1f065ff36e05b2c350e
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 12-11, Attachment 11 of 12**
**Apr 26, 2023  1:37 PM**
Screenshot_20230426-101247_Messenger.jpg

Need Help Overcoming These Very Realistic Psychotic Delusions

SHA-256 Hash of Attachment: 2f841278ea4a6c3e8d8bb8f278eb1eeb6fd1951b39d48dfec9d6c08415c87944

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-B 12-12, Attachment 12 of 12**
**Apr 26, 2023  1:37 PM**
Screenshot_20230426-101358_Messenger.jpg

Need Help Overcoming These Very Realistic Psychotic Delusions
SHA-256 Hash of Attachment: 4468de92af01ae509a3c0d4cdc44f664b3928cea84b098677cbb00617a81ce42
Page: 1 of 1       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**RE Need Help Overcoming These Very Realistic Psychotic Delusions**
Apr 26, 2023  1:56 PM

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 23a196e93ea6919e51a36eb26deed144d5895de2376b0e875cd446c7bdae0e66

Page: 1 of 4        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Need help overcoming these very realistic "psychotic delusions" I still seem to be experiencing...

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Wed, 26 Apr 2023 18:56:01 +0000

---

Do you think the executives at Netflix thought these certified mailers which contained my patent were even real when they received them?

WAIT!

Why I am sending certified mailers to anyone at Netflix?

I don't have anything to do with them and to even mention that I do is obviously delusional....

That is all. Good day!

Sent with Proton Mail secure email.

------- Original Message -------
On Wednesday, April 26th, 2023 at 1:37 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:

> Dr. Rogstad,
>
> Good afternoon
>
> It would appear as though one or more of the potential mental disorders you diagnosed me as possibly having is starting to affect other people now as well.
>
> https://youtu.be/V6_jCGzR020
>
> Is the whole world going mad now?
>
> I've also been struggling quite a bit since our meeting as I attempt to better understand and come to grips with the fact that you convinced me beyond any reasonable doubt that I'm absolutely not "an engineer" and that the many "perceived" achievements I mentioned to you in our meeting (as a way of providing you with better context) were in fact just very realistic distortions of reality caused by one or more of the many mental deficiencies you were able to so quickly identify me as potentially suffering from. (thanks again for really taking the time and putting in the effort to get to know me so well)
>
> The reason for my 'struggles' however isn't because I'm in any disagreement with you or what you are saying - I know how highly educated you are Dr. Rogstad.... so that is why I'm wondering if you might be able to help me at least identify what it is called when a formerly schizophrenic and delusional person like myself is finally able to turn the corner and become more reality based, truthful, introspective, and accepting of my true and

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-B | p. 60

**RE Need Help Overcoming These Very Realistic Psychotic Delusions**

**Apr 26, 2023  1:56 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml of .eml: 23a196e93ea6919e51a36eb26deed144d5895de2376b0e875cd446c7bdae0e66

Page: 2 of 4          [ .eml source file ]       [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

actual reality while at the same time being tempted to return to my old ways due to the fact that I am constantly surrounded by a plethora of evidence which causes me to view my 'delusions' as instead being factual, reality based events that seemed like they were 100% real and actually happened?

For example I just came across this online article in which the following is stated:

> "the set piece was **engineered** and built in-house at XiteLabs studio by **creative technologist Matt Guertin**. LED tiles from PRG were dismantled into smaller component modules, custom configured and re-wired by Guertin at XiteLabs to create smaller radius circular elements to create the smooth edges of the eye. **Guertin designed and engineered** 420 metal parts cut out of eight different types of material, as well as 268 individual acrylic pieces from six different materials. The estimated total number of soldering points was in the 2,000 range."

https://plsn.com/articles/video-trends/xitelabs-steps-up-and-out/

As another example of the conflicted version of reality I currently reside in - here is another one which appears to be some kind of technology based company in which I'm actually credited as some sort of "engineer" again.....   I just don't get it. It seems so crazy and unlikely that someone as mentally ill as I am who is completely detached from reality in such a profound way keeps getting mistakenly put into magazines and online publications as a way of showcasing just some of my many 'perceived' achievements - All of them being ones which are so realistic they seem to have persisted ever since I remember imagining them happening?  It is very strange.

> "Falcon Design, Fabrication Direction and **Engineering:**
> Matt Guertin"

https://blacktrax.cast-soft.com/showcase/tracking-a-50ft-falcon-with-xitelabs/

And then there's this one which also appears to be more weird computer stuff of some kind but maybe it just looks technical on purpose so they can charge more money? ? Either way it's way over my head and I have no clue who is doing this or what their reasoning would be for continuing to fraudulently post articles about me in an attempt to make me look good and trick people into believing I actually might be as intelligent as I claimed during our meeting.

> "**Matt Guertin - Touch Designer system design**"

https://www.disguise.one/en/insights/case-studies/la-philharmonic/

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Need Help Overcoming These Very Realistic Psychotic Delusions**

**Apr 26, 2023  1:56 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 23a196e93ea6919e51a36eb26deed144d5895de2376b0e875cd446c7bdae0e66

Page: 3 of 4          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

One of these weird technical/software websites even put me on the front page of their website in 2014 supposedly..? How the heck can that be true?? It just sounds so crazy...delusional even

> **"It is with great enthusiasm that we publish Matt Guertin's chronicle on the building of his ever-expanding project which will not be finished for some time if our last email exchange concerning the release of Oculus Rift's second developer kit is an indicator of things to come."**

https://derivative.ca/community-post/matt-guertins-epic-never-ending-oculus-rift-kinect-touchdesigner-3d-project/60736

Apparently this weird 'Touchdesigner' software was created by and still ran by Greg Hermanovick who also created SideFX Software and its flagship 'Houdini' software which is one of the most used and successful visual fx softwares for the film and entertainment industry (used by the likes of Netflix, Disney, Universal Studios, etc. )

Are you starting to see how I might still have some lingering confusion and uncertainty even as I work on fixing myself?

..to make matters even more confounding I even had Isabelle Rousette (who wrote that Touchdesigner article about me in 2014 and still works for the company) reply with the following message when she first learned of my patent via fbook messenger.

> **"extremely impressive and practical product. it should REVOLUTIONIZE THE INDUSTRY."**          Images are linked
> here - also attached

And that's the problem Dr. Rogstad.

I know that none of this stuff is real.. .you told me so yourself and I know you're one of the best forensic psychologists ever...I mean I knew that right away just based on our first email interaction.... So all I'm left with is what I would describe as very pronounced and persistent distortions of reality which are so vivid and clear that I'm 99.999% sure that they are memories as opposed to delusions... that's what it feels like anyways...but then again I am also entirely aware that nobody actually knows me better than you do - hence my reason for seeking your advice

One of the main substantiating points for your belief that I am 'Schizophrenic and/or possibly Psychotic" and should be committed to a psychiatric ward and placed on powerful antipsychotic drugs until I'm "well" and "competent" (at least enough so that I'm able to understand the charges against me and aid in my own defense...since I am obviously not capable of doing that at all....) was that I have these 'persecutory' delusional beliefs of having invented something so big that it's going to "revolutionize" the industry....and

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 62**

**RE Need Help Overcoming These Very Realistic Psychotic Delusions**
**Apr 26, 2023  1:56 PM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 23a196e93ea6919e51a36eb26deed144d5895de2376b0e875cd446c7bdae0e66

Page: 4 of 4        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

which I somehow believe is so big that companies like Microsoft and Netflix would actually know my name and who I am (obviously crazy...I know this because you told me so)....I like to pretend I know how to build things.....I tell people I'm an "unlicensed engineer" just to make myself feel better about how little I've actually accomplished in my life, etc, etc - and then to really top it all off you still got this website of mine www.MattGuertin.com  in which I went so far as to actually organize my delusional experiences into many different pages due to the false perception that I actually accomplished something that real people based in reality would actually care about and want to look at. I mean how crazy is that? **Right?**

If you have any advice which could help me to better deal with and overcome the struggle I'm experiencing as I attempt to connect to a more subdued and authentic version of 'reality' which better aligns with yours it would be very appreciated.

What do I have to do exactly to pretend that none of the real and factual evidence I have even exists at all so I can just go along to get along and not be so abrasive?

If I were to be placed on enough powerful antipsychotic drugs for a long enough time period is there a possibility at some point that I just won't even remember any of this so it won't matter anyways?

Or am I just overthinking this and the powerful 'anti-psychotics' you recommended will make me feel so good that I will not care about anything at all as long as I can have an extra graham cracker and juicebox during afternoon group?

You are the **BEST** Dr. Rogstad !

**Thank you again!**

Sincerely,
Matthew Guertin

PS - I also attached proof of the  "special ops gear" which I spoke of in our meeting -  here is a link for that as well -
Apparently it is manufactured by this company in Israel that manufactures .....wait for it..........SPECIAL OPS GEAR !   whowouldvethought !?

Sent from ProtonMail mobile

**Attachments:**

Certified_Mailer_Images_3.pdf        Netflix_3rd_Party_Filing_Form_ACCEPTED_BY_USPTO__.PDF

Screencap_from_USPTO_EFS_Web__.pdf

**EML-B 13-1, Attachment 1 of 3**
**Apr 26, 2023  1:56 PM**
Certified_Mailer_Images_3.pdf

RE Need Help Overcoming These Very Realistic Psychotic Delusions

SHA-256 Hash of Attachment: 680dc50dbd1189b3d9cca6e1775fca38672a44cf8c5831108156f240a10c0fea

Page: 1 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 13-1, Attachment 1 of 3**
Apr 26, 2023  1:56 PM
Certified_Mailer_Images_3.pdf

RE Need Help Overcoming These Very Realistic Psychotic Delusions
SHA-256 Hash of Attachment: 680dc50dbd1189b3d9cca6e1775fca38672a44cf8c5831108156f240a10c0fea
Page: 2 of 4       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 13-1, Attachment 1 of 3**
**Apr 26, 2023  1:56 PM**
Certified_Mailer_Images_3.pdf

RE Need Help Overcoming These Very Realistic Psychotic Delusions
SHA-256 Hash of Attachment: 680dc50dbd1189b3d9cca6e1775fca38672a44cf8c5831108156f240a10c0fea
Page: 3 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 13-1, Attachment 1 of 3**
**Apr 26, 2023  1:56 PM**
Certified_Mailer_Images_3.pdf

RE Need Help Overcoming These Very Realistic Psychotic Delusions

SHA-256 Hash of Attachment: 680dc50dbd1189b3d9cca6e1775fca38672a44cf8c5831108156f240a10c0fea

Page: 4 of 4        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 13-2, Attachment 2 of 3**
**Apr 26, 2023  1:56 PM**
Netflix_3rd_Party_Filing_Form_ACCEPTED_BY_USPTO__.PDF

RE Need Help Overcoming These Very Realistic Psychotic Delusions

SHA-256 Hash of Attachment: e549a8d8a36ca929043712ffbc96a4c65b228719b9b5faace603acf98638d078

Page: 1 of 6       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

---

Doc Code: 3P.RELEVANCE
Document Description:  Concise Description of Relevance

U.S. Patent and Trademark Office
Department of Commerce

### THIRD-PARTY SUBMISSION UNDER  37 CFR 1.290
### CONCISE DESCRIPTION OF RELEVANCE

| Application Number | 17709126 |
|---|---|

#### U.S. PATENTS

| Cite No | Patent Number | Concise Description of Relevance |
|---|---|---|
| 1 | 11577177 | The prior art teaches a subject positioned within an array of panels on an omnidirectional treadmill, the repositioning systems, the sensors and controller as claimed. The prior art also teaches See at least paragraphs [0018], [0021]-[0024], [0050], [0053], [0058] and [0101]. See also at least FIGS. 1, 2, 25-28. |

#### U.S. PATENT APPLICATION PUBLICATION

| Cite No | Publication Number | Concise Description of Relevance |
|---|---|---|
|  |  |  |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 68**

**EML-B 13-2, Attachment 2 of 3**
**Apr 26, 2023  1:56 PM**
Netflix_3rd_Party_Filing_Form_ACCEPTED_BY_USPTO__.PDF

RE Need Help Overcoming These Very Realistic Psychotic Delusions

SHA-256 Hash of Attachment: e549a8d8a36ca929043712ffbc96a4c65b228719b9b5faace603acf98638d078

Page: 2 of 6      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

| FOREIGN PATENT DOCUMENTS | | |
|---|---|---|
| CiteNo | Foreign Document Number | Concise Description of Relevance |
| | | |

| NON-PATENT PUBLICATIONS | | |
|---|---|---|
| Cite No | Reference | Concise Description of Relevance |
| | | |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 69**</span>

**EML-B 13-2, Attachment 2 of 3**
**Apr 26, 2023  1:56 PM**
Netflix_3rd_Party_Filing_Form_ACCEPTED_BY_USPTO__.PDF

RE Need Help Overcoming These Very Realistic Psychotic Delusions
SHA-256 Hash of Attachment: e549a8d8a36ca929043712ffbc96a4c65b228719b9b5faace603acf98638d078

Page: 3 of 6      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

Doc Code:IDS.3P
Document Description: Third-Party Submission Under 37 CFR 1.290

PTO/SB/429(08-12)
Approved for use through 07/31/2015. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290 | Application Number | 17709126 |
|---|---|---|
|  |  |  |

### U.S. PATENTS

| Cite No | Patent Number | Kind Code[1] | Issue Date (YYYY-MM-DD) | First Named Inventor |
|---|---|---|---|---|
| 1 | 11577177 |  | 2023-02-14 | Matthew Guertin |

### U.S. PATENT APPLICATION PUBLICATIONS

| Cite No | Publication Number | Kind Code[1] | Publication Date (YYYY-MM-DD) | First Named Inventor |
|---|---|---|---|---|
|  |  |  |  |  |

### FOREIGN PATENTS AND PUBLISHED FOREIGN PATENT APPLICATIONS

| Cite No | Foreign Document Number[3] | Country Code[2] | Kind Code[1] | Publication Date (YYYY-MM-DD) | Applicant, Patentee or First Named Inventor | T[5] |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | ☐ |

### NON-PATENT PUBLICATIONS (e.g., journal article, Office action)

| Cite No | Author (if any), title of the publication, page(s) being submitted, publication date, publisher (where available), place of publication (where available). | T[5] | E[6] |
|---|---|---|---|

EFS Web 2.1.17

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 13-2, Attachment 2 of 3**
**Apr 26, 2023  1:56 PM**
Netflix_3rd_Party_Filing_Form_ACCEPTED_BY_USPTO__.PDF

RE Need Help Overcoming These Very Realistic Psychotic Delusions
SHA-256 Hash of Attachment: e549a8d8a36ca929043712ffbc96a4c65b228719b9b5faace603acf98638d078

Page: 4 of 6       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

| THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290 | Application Number | 17709126 |
|---|---|---|
| | | |

| | | | ☐ | ☐ |
|---|---|---|---|---|
| | | | | |

### STATEMENTS

The party making the submission is not an individual who has a duty to disclose information with respect to the above-identified application under 37 CFR 1.56.

This submission complies with the requirements of 35 U.S.C. 122(e) and 37 CFR 1.290.

☐   The fee set forth in 37 CFR 1.290(f) has been submitted herewith.

☒   The fee set forth in 37 CFR 1.290(f) is not required because this submission lists three or fewer total items and, to the knowledge of the person signing the statement after making reasonable inquiry, this submission is the first and the only submission under 35 U.S.C 122(e) filed in the above-identified application by the party making the submission or by a party in privity with the party.

☐   This resubmission is being made responsive to a notification of non-compliance issued for an earlier filed third-party submission. The corrections in this resubmission are limited to addressing the non-compliance.  As such, the party making this resubmission: (1) requests that the Office apply the previously-paid fee set forth in 37 CFR 1.290(f), or (2) states that no fee is required to accompany this resubmission as the undersigned is again making the fee exemption statement set forth in 37 CFR 1.290(g).

| Signature | /Amanda M. Prose/ | | |
|---|---|---|---|
| Name/Print | Amanda M. Prose | Registration Number (if applicable) | 72345 |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Signature  indicates all documents listed above have been considered,except for citations through which a line is drawn. Draw line through citation if not considered. Include a copy of this form with next communication to applicant.  1. If known, enter kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16. See MPEP 901.04(a).  2. Enter the country or patent office that issued the document, by two-letter code under WIPO standard ST.3. See MPEP 1851.  3. For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 4. If known, enter the kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 . See MPEP 901.04(a). 5. Check mark indicates translation attached. 6. Check mark indicates evidence of publication attached.

EFS Web 2.1.17

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 71**

**EML-B 13-2, Attachment 2 of 3**
**Apr 26, 2023  1:56 PM**
Netflix_3rd_Party_Filing_Form_ACCEPTED_BY_USPTO__.PDF

RE Need Help Overcoming These Very Realistic Psychotic Delusions
SHA-256 Hash of Attachment: e549a8d8a36ca929043712ffbc96a4c65b228719b9b5faace603acf98638d078

Page: 5 of 6        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 47550239 |
| **Application Number:** | 17709126 |
| **International Application Number:** | |
| **Confirmation Number:** | 3367 |
| **Title of Invention:** | DISPLAYING A SCENE TO A SUBJECT WHILE CAPTURING THE SUBJECT'S ACTING PERFORMANCE USING MULTIPLE SENSORS |
| **First Named Inventor/Applicant Name:** | Stephan  Trojansky |
| **Customer Number:** | 176294 |
| **Filer:** | Amanda Morgan Prose |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 36651-51638/US |
| **Receipt Date:** | 17-FEB-2023 |
| **Filing Date:** | 30-MAR-2022 |
| **Time Stamp:** | 10:29:07 |
| **Application Type:** | |

### Payment information:

| | |
|---|---|
| Submitted with Payment | no |

### File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Concise Description of Relevance | Concise-description-generated.pdf | 32956 <br> bcae66ea240f43b184of9bf1867d6fcdd0bcb366 | no | 2 |
| **Warnings:** | | | | | |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 13-2, Attachment 2 of 3**
**Apr 26, 2023  1:56 PM**
Netflix_3rd_Party_Filing_Form_ACCEPTED_BY_USPTO___.PDF

RE Need Help Overcoming These Very Realistic Psychotic Delusions
SHA-256 Hash of Attachment: e549a8d8a36ca929043712ffbc96a4c65b228719b9b5faace603acf98638d078
Page: 6 of 6      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

| Information: | | | | | |
|---|---|---|---|---|---|
| 2 | Third-Party Submission Under 37 CFR 1.290 | Third-party-preissuance-submission.pdf | 52705<br><br>89673609686d287b5581ef0320e8186238e62359 | no | 2 |
| **Warnings:** | | | | | |
| Information: | | | | | |
| 3 | Request for Notification of Non-compliant Third-Party Submission | Third-party-notification-request.pdf | 23667<br><br>b7d8a2740537c5b22beabcbff564d16acb796123 | no | 1 |
| **Warnings:** | | | | | |
| Information: | | | | | |
| **Total Files Size (in bytes):** | | | | 109328 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

**EML-B 13-3, Attachment 3 of 3**
**Apr 26, 2023  1:56 PM**
Screencap_from_USPTO_EFS_Web___.pdf

RE Need Help Overcoming These Very Realistic Psychotic Delusions

SHA-256 Hash of Attachment: 427c1b78be85593fa290e9f058cc7f508c6f8e593f648d631c5df1eeeb25f7a8

Page: 1 of 1          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 74**

**Show This to the Judge and Prosecutor Please**

May 1, 2023  3:45 PM

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: ca2e462851796bbbd8b49c76fea9347a80373c55746a2025727e794e15340fdb

Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Show this to the judge and prosecutor please**

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Mon, 01 May 2023 20:45:24 +0000

Good afternoon Jill,

Hope you are doing fantastic!

I've discovered some pretty damning evidence that presents a rather large problem insofar as the report you wrote about me which claims I'm psychotic and delusional.

It's a rather large 'conspiracy' if you logically connect all of the dots of how this would be allowed to take place and how many different multi-national corporations are involved and allowing Microsoft to run rampant with their new AI toys.

I would like for you to do me a favor Jill. Go back and read the email between me and the CEO of Mark Robert's Motion Control I sent you and take notice of the fact that there was a three week span before Assaff Rawner actually ended up replying to my email - the one in which he pointed me to PhotoRobot and said "hey... your invention already exists!" (paraphrasing)

And now realize that what he pointed me to is all complete fraud....as in the entire company is an AI generated fabrication. The videos, their websites, the other websites (the ones I wrote on my wall....), etc. IT'S ALL FAKE

which means I'm not delusional or psychotic Jill. Sorry.

All of the images from their websites are also AI generated.

And for the record I still believe that my safety is at risk due to how many different parties are involved in this and I would like for it to be known that I'm doing perfectly well and happy with life (besides having to deal with this shit...) and I have never contemplated suicide and wouldn't do that. This is obviously all very crazy (dare I say perhaps bordering on "psychotic like crazy"...?) and I think it's not unreasonable why I would be worried about my safety.

I look forward to my competency hearing.

Also let it be known that I intend on attending my hearing IN PERSON and not over Zoom... which I think should be fully understandable considering the circumstances.

That is all. What will follow is further emails which contain proof of my claims.

Thanks again for your services Jill.

Sincerely,

Matthew Guertin

Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 75**</span>

**Show This to the Judge and Prosecutor Please**
**May 1, 2023  3:45 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: ca2e462851796bbbd8b49c76fea9347a80373c55746a2025727e794e15340fdb

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

**Attachments:**

| 1_1.pdf | 1_2.pdf | 1_3.pdf | AI_CHECKERBOARD_ARTIFACTS__ATSIP.2019.2.pdf |

| Kyle_McDonald__How_To_Recognize_fake_AI_generated_images.pdf |

EXHIBIT EML-B | p. 76

**EML-B 14-1, Attachment 1 of 5**
**May 1, 2023  3:45 PM**
1_1.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 80e5403e33e85a625265d84e3b888351f8ad5d2db9f7852067899096e69413f5

Page: 1 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-1, Attachment 1 of 5**
**May 1, 2023  3:45 PM**
1_1.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 80e5403e33e85a625265d84e3b888351f8ad5d2db9f7852067899096e69413f5

Page: 2 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177  page 2

**EML-B 14-1, Attachment 1 of 5**

**May 1, 2023  3:45 PM**

1_1.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 80e5403e33e85a625265d84e3b888351f8ad5d2db9f7852067899096e69413f5

Page: 3 of 25        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-B 14-1, Attachment 1 of 5**

**May 1, 2023  3:45 PM**

1_1.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 80e5403e33e85a625265d84e3b888351f8ad5d2db9f7852067899096e69413f5

Page: 4 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 80**

**EML-B 14-1, Attachment 1 of 5**
**May 1, 2023  3:45 PM**
1_1.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 80e5403e33e85a625265d84e3b888351f8ad5d2db9f7852067899096e69413f5

Page: 5 of 25        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 81**

**EML-B 14-1, Attachment 1 of 5**
**May 1, 2023  3:45 PM**
1_1.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 80e5403e33e85a625265d84e3b888351f8ad5d2db9f7852067899096e69413f5

Page: 6 of 25       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 82**

**EML-B 14-1, Attachment 1 of 5**
**May 1, 2023  3:45 PM**
1_1.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 80e5403e33e85a625265d84e3b888351f8ad5d2db9f7852067899096e69413f5

Page: 7 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 83**

**EML-B 14-1, Attachment 1 of 5**
**May 1, 2023  3:45 PM**
1_1.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 80e5403e33e85a625265d84e3b888351f8ad5d2db9f7852067899096e69413f5

Page: 8 of 25       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 84**

**EML-B 14-1, Attachment 1 of 5**
**May 1, 2023  3:45 PM**
1_1.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 80e5403e33e85a625265d84e3b888351f8ad5d2db9f7852067899096e69413f5

Page: 9 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 85**

**EML-B 14-1, Attachment 1 of 5**
**May 1, 2023  3:45 PM**
1_1.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 80e5403e33e85a625265d84e3b888351f8ad5d2db9f7852067899096e69413f5

Page: 10 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 14-2, Attachment 2 of 5**
**May 1, 2023  3:45 PM**
1_2.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 137ff1046f2cec014e41464591627ffd05b194c8484bced9ebb6897a21554d3d

Page: 1 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-2, Attachment 2 of 5**
**May 1, 2023  3:45 PM**
1_2.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 137ff1046f2cec014e41464591627ffd05b194c8484bced9ebb6897a21554d3d

Page: 2 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-2, Attachment 2 of 5**
**May 1, 2023  3:45 PM**
1_2.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 137ff1046f2cec014e41464591627ffd05b194c8484bced9ebb6897a21554d3d

Page: 3 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-2, Attachment 2 of 5**
**May 1, 2023  3:45 PM**
1_2.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 137ff1046f2cec014e41464591627ffd05b194c8484bced9ebb6897a21554d3d

Page: 4 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 90**

**EML-B 14-2, Attachment 2 of 5**
**May 1, 2023  3:45 PM**
1_2.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 137ff1046f2cec014e41464591627ffd05b194c8484bced9ebb6897a21554d3d

Page: 5 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 14-2, Attachment 2 of 5**
**May 1, 2023  3:45 PM**
1_2.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 137ff1046f2cec014e41464591627ffd05b194c8484bced9ebb6897a21554d3d

Page: 6 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 92**

**EML-B 14-2, Attachment 2 of 5**
**May 1, 2023  3:45 PM**
1_2.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 137ff1046f2cec014e41464591627ffd05b194c8484bced9ebb6897a21554d3d

Page: 7 of 25       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-2, Attachment 2 of 5**
**May 1, 2023  3:45 PM**
1_2.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 137ff1046f2cec014e41464591627ffd05b194c8484bced9ebb6897a21554d3d

Page: 8 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-2, Attachment 2 of 5**
**May 1, 2023  3:45 PM**
1_2.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 137ff1046f2cec014e41464591627ffd05b194c8484bced9ebb6897a21554d3d

Page: 9 of 25       [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-2, Attachment 2 of 5**
**May 1, 2023  3:45 PM**
1_2.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 137ff1046f2cec014e41464591627ffd05b194c8484bced9ebb6897a21554d3d

Page: 10 of 25        [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-3, Attachment 3 of 5**
**May 1, 2023  3:45 PM**
1_3.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 354f6c405a17611d442105676b4b9b630f5028bea3787e9ed705c2b6dbb32388

Page: 1 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177  page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-3, Attachment 3 of 5**
**May 1, 2023  3:45 PM**
1_3.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 354f6c405a17611d442105676b4b9b630f5028bea3787e9ed705c2b6dbb32388

Page: 2 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-3, Attachment 3 of 5**
**May 1, 2023  3:45 PM**
1_3.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 354f6c405a17611d442105676b4b9b630f5028bea3787e9ed705c2b6dbb32388

Page: 3 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-3, Attachment 3 of 5**
**May 1, 2023  3:45 PM**
1_3.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 354f6c405a17611d442105676b4b9b630f5028bea3787e9ed705c2b6dbb32388

Page: 4 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-3, Attachment 3 of 5**
**May 1, 2023  3:45 PM**
1_3.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 354f6c405a17611d442105676b4b9b630f5028bea3787e9ed705c2b6dbb32388

Page: 5 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 101**</span>

**EML-B 14-3, Attachment 3 of 5**
**May 1, 2023  3:45 PM**
1_3.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 354f6c405a17611d442105676b4b9b630f5028bea3787e9ed705c2b6dbb32388

Page: 6 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 14-3, Attachment 3 of 5**
**May 1, 2023  3:45 PM**
1_3.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 354f6c405a17611d442105676b4b9b630f5028bea3787e9ed705c2b6dbb32388

Page: 7 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-3, Attachment 3 of 5**
**May 1, 2023  3:45 PM**
1_3.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 354f6c405a17611d442105676b4b9b630f5028bea3787e9ed705c2b6dbb32388

Page: 8 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-3, Attachment 3 of 5**
**May 1, 2023  3:45 PM**
1_3.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 354f6c405a17611d442105676b4b9b630f5028bea3787e9ed705c2b6dbb32388

Page: 9 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 105**

**EML-B 14-3, Attachment 3 of 5**
**May 1, 2023  3:45 PM**
1_3.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 354f6c405a17611d442105676b4b9b630f5028bea3787e9ed705c2b6dbb32388

Page: 10 of 25        [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 106**

**EML-B 14-4, Attachment 4 of 5**
**May 1, 2023  3:45 PM**
AI_CHECKERBOARD_ARTIFACTS__ATSIP.2019.2.pdf

Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 65af5920e964d347f38a46c331af461ee51844d2c0d6241f3f8a615a1451bc97
Page: 1 of 9     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

*SIP* (2019), vol. 8, e9, page 1 of 9 © The Authors, 2019.
This is an Open Access article, distributed under the terms of the Creative Commons Attribution licence (http://creativecommons.org/licenses/by/4.0/), which permits unrestricted re-use, distribution, and reproduction in any medium, provided the original work is properly cited.
doi:10.1017/ATSIP.2019.2

ORIGINAL PAPER

# Checkerboard artifacts free convolutional neural networks

YUSUKE SUGAWARA, SAYAKA SHIOTA AND HITOSHI KIYA

*It is well-known that a number of convolutional neural networks (CNNs) generate checkerboard artifacts in both of two processes: forward-propagation of upsampling layers and backpropagation of convolutional layers. A condition for avoiding the artifacts is proposed in this paper. So far, these artifacts have been studied mainly for linear multirate systems, but the conventional condition for avoiding them cannot be applied to CNNs due to the non-linearity of CNNs. We extend the avoidance condition for CNNs and apply the proposed structure to typical CNNs to confirm whether the novel structure is effective. Experimental results demonstrate that the proposed structure can perfectly avoid generating checkerboard artifacts while keeping the excellent properties that CNNs have.*

**Keywords:** Convolutional neural networks, Upsampling layer, Checkerboard artifacts

Received 24 June 2018; Revised 12 January 2019

## I. INTRODUCTION

In this paper, we address the problem of checkerboard artifacts in convolutional neural networks (CNNs) [1]. Recently, CNNs have been widely studied in a variety of computer vision tasks such as image classification [2, 3], semantic segmentation [4, 5], super-resolution (SR) imaging [6, 7], and image generation [8], and they have achieved superior performances. However, CNNs often generate periodic artifacts, referred to as checkerboard artifacts, in both of two processes: forward-propagation of upsampling layers and backpropagation of convolutional layers [9].

In CNNs, it is well-known that checkerboard artifacts are generated by the operations of deconvolution [10, 22, 23] and sub-pixel convolution [11] layers. To overcome these artifacts, smoothness constraints [12], post-processing [13], initialization schemes [14], and different upsampling layer designs [9, 15, 16] have been proposed. Most of them cannot avoid checkerboard artifacts perfectly, although they reduce the artifacts. Among them, Odena *et al.* [9] demonstrated that checkerboard artifacts can be perfectly avoided by using resize convolution layers instead of deconvolution ones. However, resize convolution layers cannot be directly applied to upsampling layers such as deconvolution and sub-pixel convolution ones, so this method requires not only a large amount of memory but it also has high computational costs. In addition, it cannot be applied to the backpropagation of convolutional layers.

Tokyo Metropolitan University, 6-6 Asahigaoka, Hino-shi, Tokyo, Japan

**Corresponding author:**
Hitoshi Kiya
Email: kiya@tmu.ac.jp

Checkerboard artifacts have been studied to design linear multirate systems including filter banks and wavelets [17–20]. In addition, it is well-known that the artifacts are caused by the time-variant property of interpolators in multirate systems, and a condition for avoiding these artifacts has been given [17–19]. However, this condition for linear systems cannot be applied to CNNs due to the non-linearity of CNNs.

In this paper, we extend the conventional avoidance condition for CNNs and apply a proposed structure to typical CNNs to confirm whether the novel structure is effective. Experimental results demonstrate that the proposed structure can perfectly avoid generating checkerboard artifacts caused by both processes, while keeping the excellent properties that CNNs have. As a result, it is confirmed that the proposed structure allows us to offer CNNs without any checkerboard artifacts. This paper is an extension of a conference paper [21].

## II. PREPARATION

Checkerboard artifacts in CNNs and work related to checkerboard artifacts are reviewed here.

### A) Checkerboard artifacts in CNNs

In CNNs, it is well-known that checkerboard artifacts are caused by two processes: forward-propagation of upsampling layers and backpropagation of convolutional layers. This paper focuses on these two issues in CNNs [9, 14, 21].

When CNNs include upsampling layers, there is a possibility that they will generate checkerboard artifacts, which

1

**EML-B 14-4, Attachment 4 of 5**
**May 1, 2023  3:45 PM**
AI_CHECKERBOARD_ARTIFACTS__ATSIP.2019.2.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 65af5920e964d347f38a46c331af461ee51844d2c0d6241f3f8a615a1451bc97

Page: 2 of 9      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

2    YUSUKE SUGAWARA, *et al.*



**Fig. 1.** Classification of SR methods using CNNs. There is a possibility that SR methods will generate checkerboard artifacts, when CNNs include upsampling layers.



**Fig. 2.** CNNs with an upsampling Layer.



(a) General structure

(b) Polyphase structure

**Fig. 3.** Linear interpolators with upscaling factor $U$. (a) General structure, (b) polyphase structure.

is the first issue, referred to as issue A. Deconvolution [22, 23], sub-pixel convolution [11], and resize convolution [9] layers are well-known to include upsampling layers, respectively. Deconvolution layers have many names, including fractionally-strided convolutional layer and transposed convolutional layer, as described in [23]. In this paper, the term "Deconvolution" has the same meaning as others.

Checkerboard artifacts are also generated by the backward pass of convolutional layers, which is the second issue, referred to as issue B. We will mainly consider issue A in the following discussion, since issue B is reduced to issue A under some conditions.

## B)  SR methods using CNNs

SR methods using CNNs are classified into two classes as shown in Fig. 1. Interpolation-based methods [6, 24–27], referred to as "class A," do not generate any checkerboard artifacts in CNNs, due to the use of an interpolated image as an input to a network. In other words, CNNs in this class do not have any upsampling layers.

When CNNs include upsampling layers, there is a possibility that CNNs will generate checkerboard artifacts. This class, called "class B" in this paper, has provided numerous excellent SR methods [7, 11, 28–33] that can be executed faster than those in class A. Class B is also classified into a number of sub-classes according to the type of upsampling layer. This paper focuses on class B.

CNNs are illustrated in Fig. 2 for an SR problem, as in [11], where the CNNs consist of two convolutional layers and one upsampling layer. $I_{LR}$ and $f_c^{(l)}(I_{LR})$ are a low-resolution (LR) image and $c$-th channel feature map at layer $l$, and $f(I_{LR})$ is an output of the network. The two layers have learnable weights, biases, and ReLU as an activation function, where the weight at layer $l$ has $K_l \times K_l$ as a spatial size and $N_l$ as the number of feature maps.

There are numerous algorithms for computing upsampling layers, such as deconvolution [22, 23], sub-pixel convolution [11], and resize convolution [9] ones, which are widely used in typical CNNs. In addition, recently, some excellent SR methods have been proposed [31, 34].

## C)  Works related to checkerboard artifacts

Checkerboard artifacts have been discussed by researchers for designing multirate systems including filter banks and wavelets [17–20]. However, most research has been limited to cases of using linear systems, so it cannot be directly applied to CNNs due to the non-linearity of CNNs. Some pieces of works related to checkerboard artifacts for linear systems are summarized, here.

It is known that linear interpolators, which consist of upsamplers and linear time-invariant systems, cause checkerboard artifacts due to their periodic time-variant property [17–19]. Figure 3 illustrates a linear interpolator with an upsampler $\uparrow U$ and a linear time-invariant system $H(z)$, where positive integer $U$ is an upscaling factor and $H(z)$ is the $z$ transformation of an impulse response. The interpolator in Fig. 3(a) can be equivalently represented as a polyphase structure as shown in Fig. 3(b). The relationship between $H(z)$ and $R_i(z)$ is given by

$$H(z) = \sum_{i=1}^{U} R_i(z^U)z^{-(U-i)}, \qquad (1)$$

where $R_i(z)$ is often referred to as a polyphase filter of the filter $H(z)$.

The necessary and sufficient condition for avoiding checkerboard artifacts in the system is shown as

$$R_1(1) = R_2(1) = \cdots = R_U(1) = G. \qquad (2)$$

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 108**

**EML-B 14-4, Attachment 4 of 5**
**May 1, 2023  3:45 PM**
AI_CHECKERBOARD_ARTIFACTS__ATSIP.2019.2.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 65af5920e964d347f38a46c331af461ee51844d2c0d6241f3f8a615a1451bc97

Page: 3 of 9     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

---

CHECKERBOARD ARTIFACTS FREE CONVOLUTIONAL NEURAL NETWORKS | 3

**Table 1.** Correspondence relation of technical terms in signal processing and computer vision

| Signal processing | Computer vision |
| --- | --- |
| Filter, linear system | Filter, kernel |
| Impulse response, | Weight |
| Filter coefficient | |
| DC value of filter | Summation of weights |
| $z^{-1}$ | One pixel shift |
| Factor $U$ | Stride $U$ (in deconvolution layer) |
| Zero-order hold | Nearest neighbor |

This condition means that all polyphase filters have the same DC value, i.e. a constant $G$ [17–19]. Note that each DC value $R_i(1)$ corresponds to the steady-state value of the unit step response in each polyphase filter $R_i(z)$. In addition, the condition of equation (2) can be also expressed as

$$H(z) = P(z)H_o(z), \quad (3)$$

where,

$$H_o(z) = \sum_{i=0}^{U-1} z^{-i}, \quad (4)$$

and $H_o(z)$ and $P(z)$ are an interpolation kernel of the zero-order hold with factor $U$ and a time-invariant filter, respectively. Therefore, a linear interpolator with factor $U$ does not generate any checkerboard artifacts, when $H(z)$ includes $H_o(z)$. In the case without checkerboard artifacts, the step response of the linear system has a steady-state value $G$ as shown in Fig. 3(a). Meanwhile, the step response of the linear system has a periodic steady-state signal with the period of $U$, such as $R_1(1), \ldots, R_U(1)$, if equation (3) is not satisfied.

To intermediate between signal processing field and computer vision one, the correspondence relation of some technical terms is summarized in Table 1.

## III.  PROPOSED METHOD

CNNs are non-linear systems, so conventional work related to checkerboard artifacts cannot be directly applied to CNNs. A condition for avoiding checkerboard artifacts in CNNs is proposed here.

### A)  CNNs with upsampling layers

We focus on upsampling layers in CNNs, for which there are numerous algorithms such as deconvolution [22, 23], sub-pixel convolution [11], and resize convolution [9]. For simplicity, one-dimensional CNNs will be considered in the following discussion.

It is well-known that deconvolution layers with non-unit strides cause checkerboard artifacts [9]. Figure 4 illustrates a system representation of deconvolution layers [22, 23] that consist of interpolators, where $H_c$ and $b$ are a weight and a bias in which $c$ is a channel index, respectively. The deconvolution layer in Fig. 4(a) can be equivalently represented as a polyphase structure in Fig. 4(b), where $R_{c,n}$ is a polyphase



(a) General structure



(b) Polyphase structure

**Fig. 4.** Deconvolution layer [22, 23]. (a) General structure, (b) Polyphase structure.



**Fig. 5.** Sub-pixel convolution layer [11].

filter of the filter $H_c$ in which $n$ is a filter index. This is a non-linear system due to the bias $b$.

Figure 5 illustrates sub-pixel convolution layers [11], where $R_{c,n}$ and $b_n$ are a weight and a bias, and $f'_n(I_{LR})$ is an intermediate feature map in channel $n$. Comparing Fig. 4(b) with Fig. 5, we can see that the polyphase structure in Fig. 4(b) is a special case of the sub-pixel convolution layers in Fig. 5. In other words, Fig. 5 is reduced to Fig. 4(b), when satisfying $b_1 = b_2 = \cdots = b_U$. Therefore, we will focus on sub-pixel convolution layers as a general case of upsampling layers to discuss checkerboard artifacts in CNNs.

### B)  Checkerboard artifacts in upsampling layers

Let us consider the unit step response in CNNs. In Fig. 2, when the input $I_{LR}$ is the unit step signal $I_{step}$, the steady-state value of the $c$-th channel feature map in layer 2 is given as

$$\hat{f}_c^{(2)}(I_{step}) = A_c, \quad (5)$$

where $A_c$ is a positive constant value that is decided by filters, biases, and ReLU. Therefore, from Fig. 5, the steady-state value of the $n$-th channel intermediate feature map is

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 109**</span>

**EML-B 14-4, Attachment 4 of 5**
**May 1, 2023  3:45 PM**
AI_CHECKERBOARD_ARTIFACTS__ATSIP.2019.2.pdf

Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 65af5920e964d347f38a46c331af461ee51844d2c0d6241f3f8a615a1451bc97
Page: 4 of 9        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

4 | YUSUKE SUGAWARA, *et al.*

given by, for sub-pixel convolution layers,

$$\hat{f}_n''(I_{step}) = \sum_{c=1}^{N_1} A_c \overline{R}_{c,n} + b_n, \qquad (6)$$

where $\overline{R}_{c,n}$ is the DC value of the filter $R_{c,n}$.

Generally, the condition, which corresponds to equation (2) for linear multirate systems,

$$\hat{f}_1'(I_{step}) = \hat{f}_2'(I_{step}) = \cdots = \hat{f}_U'(I_{step}) \qquad (7)$$

is not satisfied, so the unit step response $f(I_{step})$ has a periodic steady-state signal with the period of $U$. To avoid checkerboard artifacts, equation (7) has to be satisfied, as well as for linear multirate systems.

## C) Upsampling layers without checkerboard artifacts

To avoid checkerboard artifacts, CNNs must have the non-periodic steady-state value in the unit step response. From equations (6), equation (7) is satisfied if

$$\overline{R}_{c,1} = \overline{R}_{c,2} = \cdots = \overline{R}_{c,U}, \ c = 1, 2, \ldots, N_2 \qquad (8)$$

$$b_1 = b_2 = \cdots = b_U. \qquad (9)$$

Note that, in this case,

$$\hat{f}_1'(K \cdot I_{step}) = \hat{f}_2'(K \cdot I_{step}) = \cdots = \hat{f}_U'(K \cdot I_{step}) \qquad (10)$$

is also satisfied, where $K$ is an arbitrary constant value. However, even when each filter $H_c$ in Fig. 5 satisfies equation (2) or equation (3), equation (7) is not met, but equation (8) is met. Both equations, i.e., equations (8 and 9) have to be met to avoid checkerboard artifacts in CNNs. Therefore, we have to find a novel way of avoiding checkerboard artifacts in CNNs. Note that equations (5) and (7) correspond to values in case that the input $I_{LR}$ is the unit step $I_{step}$. Therefore, other general inputs, the output feature map would not be the same even when equations (5) and (7) are met.

In this paper, we propose adding the kernel of the zero-order hold with factor $U$, i.e., $H_o$ in equation (4), after upsampling layers, as shown in Fig. 6. In this structure, the unit-step response outputted from $H_o$ have constant value as the steady state values, even when an arbitrary periodic signal with a period of $U$ is inputted to $H_o$. As a result, Fig. 6 can satisfy equation (7). In other words, the steady-state values of the step response are not periodic in this case.

The difference between the conventional upsampling layers and the proposed structure is whether the structure has $H_o$ forcibly inserted for avoiding checkerboard artifacts or not. The operation of sub-pixel convolution and deconvolution layers can be interpreted as a combination of upsampling and convolution, where upsampling corresponds to the operation that is to insert $(U - 1)$ zeros between sample values. The conventional upsampling layers do not include $H_o$ generally unless forcibly inserting $H_o$ into convolution, so checkerboard artifacts are generated.



**Fig. 6.** Proposed upsampling layer structure without checkerboard artifacts. Kernel of zero-order hold with factor $U$ is added after upsampling layers.

There are three approaches to using $H_o$ in CNNs that differ in terms of how CNNs are trained as follows.

### 1) TRAINING CNNs WITHOUT $H_o$

The first approach for avoiding checkerboard artifacts, called "approach 1," is to add $H_o$ to CNNs after training the CNNs. This approach allows us to perfectly avoid checkerboard artifacts generated by a pre-trained model.

### 2) TRAINING CNNs WITH $H_o$

In approach 2, $H_o$ is added as a convolution layer after the upsampling layer shown in Fig. 6, and then, the CNNs with $H_o$ are trained. This approach also allows us to perfectly avoid checkerboard artifacts as well as approach 1. Moreover, this approach generally provides higher quality images than those of approach 1.

### 3) TRAINING CNNs WITH $H_o$ INSIDE UPSAMPLING LAYERS

Approach 3 is applicable only to deconvolution layers, but approaches 1 and 2 can be used for both deconvolution and sub-pixel convolution layers. Deconvolution layers always satisfy equation (9), so equation (8) only has to be considered. Therefore, CNNs do not generate any checkerboard artifacts when each filter $H_c$ in Fig. 5 satisfies equation (3). In approach 3, checkerboard artifacts are avoided by convolving each filter $H_c$ with the kernel $H_o$ inside upsampling layers.

## D) Checkerboard artifacts in gradients

It is well-known that checkerboard artifacts are also generated in gradients of convolutional layers [9] since the operations of deconvolution layers are carried out on the backward pass to compute the gradients. Therefore, both approaches 2 and 3 can avoid checkerboard artifacts as well as for deconvolution layers. Note that, for approach 2, we have to add the kernel of the zero-order hold before convolutional layers to avoid checkerboard artifacts on the backward pass.

It is also well-known that max-pooling cause high-frequency artifacts in gradients [9]. However, these artifacts are generally different from checkerboard artifacts, so this paper does not consider these high-frequency artifacts.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 110**

CASE 0:25-cv-02670-PAM-DLM     Doc. 62     Filed 07/19/25     Page 116 of 500

**EML-B 14-4, Attachment 4 of 5**
**May 1, 2023  3:45 PM**
AI_CHECKERBOARD_ARTIFACTS__ATSIP.2019.2.pdf

Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 65af5920e964d347f38a46c331af461ee51844d2c0d6241f3f8a615a1451bc97
Page: 5 of 9     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

**Table 2.** CNNs used for super-resolution tasks

| Network name | Upsampling layer | $K_3 \times K_3$ |
|---|---|---|
| Deconv | Deconvolution [22, 23] | 9 × 9 |
| Sub-pixel | Sub-pixel convolution [11] | 3 × 3 |
| ResizeConv | Resize convolution [9] | 9 × 9 |
| Deconv + $H_0$ | Deconvolution with $H_0$ (Approach 1 or 2) | 9 × 9 |
| Deconv + $H_0$ (Ap. 3) | Deconvolution with $H_0$ (Approach 3) | 9 × 9 |
| Sub-pixel + $H_0$ | Sub-pixel convolution with $H_0$ (Approach 1 or 2) | 3 × 3 |

## IV. EXPERIMENTS AND RESULTS

The proposed structure without checkerboard artifacts was applied to typical CNNs to demonstrate its effectiveness. In the experiments, two tasks, SR imaging and image classification, were carried out.

### A) Super-resolution

The proposed structure without checkerboard artifacts was applied to the SR methods using deconvolution and sub-pixel convolution layers. The experiments with CNNs were carried out under two loss functions: mean squared error (MSE) and perceptual loss.

#### 1) DATASETS FOR TRAINING AND TESTING

We employed 91-image set from Yang *et al.* [35] as our training dataset. In addition, the same data augmentation (rotation and downscaling) as in [28] was used. As a result, a training dataset consisting of 1820 images was created for our experiments. In addition, we used two datasets, Set5 [36] and Set14 [37], which are often used for benchmarking, as test datasets.

To prepare a training set, we first downscaled ground truth images $I_{HR}$ with a bicubic kernel to create LR images $I_{LR}$, where the factor $U = 4$ was used. The ground truth images $I_{HR}$ were cropped into $72 \times 72$ pixel patches, and the LR images were also cropped $18 \times 18$ pixel ones, where the total number of extracted patches was 8, 000. In the experiments, the luminance channel (Y) of images was used for

MSE loss, and three channels (RGB) of images were used for perceptual loss.

#### 2) TRAINING DETAILS

Table 2 illustrates the CNNs used in the experiments, which were carried out on the basis of the CNNs in Fig. 2. For the other two layers in Fig. 2, we set $(K_1, N_1) = (5, 64)$, $(K_2, N_2) = (3, 32)$ as in [11]. In addition, all networks were trained to minimize the MSE $1/2 \| I_{HR} - f(I_{LR}) \|^2$ and the perceptual loss $1/2 \| \phi(I_{HR}) - \phi(f(I_{LR})) \|^2$ averaged over the training set, where $\phi$ calculates feature maps at the fourth layer of a pre-trained VGG-16 model as in [13]. Note that Deconv + $H_0$, Deconv + $H_0$ (Ap. 3), and Sub-pixel + $H_0$ in Table 2 use the proposed structure.

For training, Adam [38] with $\beta_1 = 0.9$, $\beta_2 = 0.999$ was employed as an optimizer. In addition, we set the batch size to 4 and the learning rate to 0.0001. The weights were initialized with the method described in He *et al.* [39]. We trained all models for 200 K iterations. All models were implemented by using the TensorFlow framework [40].

#### 3) EXPERIMENTAL RESULTS

Figure 7 shows examples of SR images generated under perceptual loss, where mean PSNR values for each dataset are also illustrated. In this figure, (b) and (f) include checkerboard artifacts, and (c)–(e), (g)–(i) do not. Moreover, it is shown that the quality of SR images was significantly improved by avoiding the artifacts. Approaches 2 and 3 also provided better quality images than approach 1. Note that ResizeConv did not generate any artifacts, because it uses a pre-defined interpolation like in [6]. In Fig. 8, the usefulness of the proposed avoidance condition is demonstrated. It was confirmed that CNNs generated checkerboard artifacts under the conventional condition unless CNNs satisfied the proposed condition. Figure 9 shows other examples of SR images. In Fig. 9, the trend is almost the same as that in Fig. 7.

Table 3 illustrates the average execution time when each CNNs were run 10 times for some images in Set14. Resize-Conv has the highest computational cost in this table, although it did not generate any checkerboard artifacts. From this table, the proposed approaches have much lower computational costs than with resize convolution layers.



(a) Ground Truth Image
( Set5 mean / Set14 mean )

(b) Deconv
( 22.06 / 21.58 )

(c) Deconv+$H_0$ (Ap. 1)
( proposed, 28.30 / 26.26 )

(d) Deconv+$H_0$ (Ap. 2)
( proposed, 28.99 / 26.81 )

(e) Deconv+$H_0$ (Ap. 3)
( proposed, 29.33 / 27.06 )

(f) Sub-pixel
( 22.10 / 21.57 )

(g) Sub-pixel+$H_0$ (Ap. 1)
( proposed, 28.39 / 26.29 )

(h) Sub-pixel+$H_0$ (Ap. 2)
( proposed, 29.03 / 26.84 )

(i) ResizeConv
( 29.26 / 27.03 )

**Fig. 7.** Experimental results of super-resolution imaging under perceptual loss [PSNR(dB)]. (b) and (f) include checkerboard artifacts, and (c), (d), (e), (g), (h), and (i) do not.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 111**

**EML-B 14-4, Attachment 4 of 5**
**May 1, 2023  3:45 PM**
AI_CHECKERBOARD_ARTIFACTS__ATSIP.2019.2.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 65af5920e964d347f38a46c331af461ee51844d2c0d6241f3f8a615a1451bc97

Page: 6 of 9     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

---

6 | YUSUKE SUGAWARA, *et al.*



(a) Ground Truth Image
(Set5 mean / Set14 mean)

(b) Satisfy both eqs. (8,9),
Sub-pixel+$H_0$(Ap.1)
(28.39 / 26.29)

(c) Satisfy only eq. (9)
(28.06 / 26.06)

(d) Not satisfy both eqs. (8,9)
(22.10 / 21.57)

**Fig. 8.** Super-resolution imaging using perceptual loss under various avoidance conditions [PSNR(dB)] (sub-pixel convolution).

**Table 3.** Execution time of super-resolution (sec)

| Resolution of input image | Deconv | Deconv + $H_0$ (Ap. 1 or 2) | Deconv + $H_0$ (Ap. 3) |
|---|---|---|---|
| $69 \times 69$ | 0.00871 | 0.0115 | 0.0100 |
| $125 \times 90$ | 0.0185 | 0.0270 | 0.0227 |
| $128 \times 128$ | 0.0244 | 0.0348 | 0.0295 |
| $132 \times 164$ | 0.0291 | 0.0393 | 0.0377 |
| $180 \times 144$ | 0.0343 | 0.0476 | 0.0421 |

| Resolution of input image | Sub-pixel | Sub-pixel + $H_0$ (Ap. 1 or 2) | ResizeConv |
|---|---|---|---|
| $69 \times 69$ | 0.0159 | 0.0242 | 0.107 |
| $125 \times 90$ | 0.0398 | 0.0558 | 0.224 |
| $128 \times 128$ | 0.0437 | 0.0619 | 0.299 |
| $132 \times 164$ | 0.0696 | 0.0806 | 0.383 |
| $180 \times 144$ | 0.0647 | 0.102 | 0.450 |

Note that the results were obtained on a PC with a 3.30-GHz CPU and a main memory size of 16 GB.

### 4)  LOSS FUNCTIONS

It is well-known that perceptual loss results in sharper SR images despite lower PSNR values [13, 30], and it generates checkerboard artifacts more frequently than under MSE loss as described in [9, 13, 14, 41]. In Fig. 10, which demonstrates artifacts under MSE loss, (b) and (f) also include checkerboard artifacts as well as in Fig. 7, although the distortion is not that large, compared with under perceptual loss. There is a possibility that any loss function causes



(a) Baboon Ground Truth / PSNR    (b) Deconv / 19.97    (c) Deconv+$H_0$ (Ap. 1) / 22.43    (d) Deconv+$H_0$ (Ap. 2) / 22.52    (e) Deconv+$H_0$ (Ap. 3) / 22.53

(f) Bicubic / 22.44    Sub-pixel / 20.33    (h) Sub-pixel+$H_0$ (Ap. 1) / 22.44    (i) Sub-pixel+$H_0$ (Ap. 2) / 22.54    (j) ResizeConv / 22.52

(k) Monarch Ground Truth / PSNR    (l) Deconv / 23.11    (m) Deconv+$H_0$ (Ap. 1) / 27.82    (n) Deconv+$H_0$ (Ap. 2) / 28.73    (o) Deconv+$H_0$ (Ap. 3) / 29.20

(p) Bicubic / 27.46    (q) Sub-pixel / 23.21    (r) Sub-pixel+$H_0$ (Ap. 1) / 27.84    (s) Sub-pixel+$H_0$ (Ap. 2) / 28.81    (t) ResizeConv / 29.12

**Fig. 9.** Super-resolution examples of "Baboon" and "Monarch" under perceptual loss. PSNR values are illustrated under each sub-figure. (b), (g), (l), and (q) include checkerboard artifacts, and other examples do not.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-4, Attachment 4 of 5**
**May 1, 2023  3:45 PM**
AI_CHECKERBOARD_ARTIFACTS__ATSIP.2019.2.pdf

Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 65af5920e964d347f38a46c331af461ee51844d2c0d6241f3f8a615a1451bc97
Page: 7 of 9     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

CHECKERBOARD ARTIFACTS FREE CONVOLUTIONAL NEURAL NETWORKS | 7



**Fig. 10.** Experimental results of super-resolution under MSE loss [PSNR(dB)]. (b) and (f) also include checkerboard artifacts as well as in Fig. 7, although the distortion was not that large, compared with under perceptual loss.

**Table 4.** CNNs used for image classification tasks

| Network name | Downsampling layer | Stride |
|---|---|---|
| StridedConv | Convolution | 2 |
| StridedConv + $H_0$ (Ap. 2) | Convolution with $H_0$ (Approach 2) | 2 |
| StridedConv + $H_0$ (Ap. 3) | Convolution with $H_0$ (Approach 3) | 2 |

checkerboard artifacts, but the magnitude of checkerboard artifacts depends on a class of loss functions used for training networks. The proposed avoidance condition is useful under any loss function.

### B) Image classification

Next, the proposed structure without checkerboard artifacts was applied to CNNs-based image classification models.

#### 1) Datasets for training and testing

We employed two datasets, CIFAR10 and CIFAR100, which contain $32 \times 32$ pixel color images and consist of 50 000 training images and 10 000 test images [42]. In addition, standard data augmentation (mirroring and shifting) was

used. For preprocessing, the images were normalized by using the channel means and standard deviations.

#### 2) Training details

Table 4 illustrates the CNNs used in the experiments, which were run on the basis of ResNet-110 [2]. Note that the projection shortcut [2] was used only for increasing the number of dimensions, and all convolutional layers with a stride of 2 in ResNet-110 were replaced by downsampling layers in Table 4.

All of the networks were trained by using stochastic gradient descent with momentum for 300 epochs. The learning rate was initially set to 0.1, and decreased by a factor of 10 at 150 and 225 epochs. The weights were initialized by the method introduced in [39]. We used a weight decay of 0.0001, a momentum of 0.9, and a batch size of 64.

#### 3) Experimental results

Figure 11 shows examples of gradients, which were computed on the backward pass of the first downsampling layer, for each CNN. In this figure, (a) includes checkerboard artifacts, and (b) and (c) do not.

The results for CIFAR10 and CIFAR100 are illustrated in Table 5, where "+" indicates the use of the standard data augmentation. It is shown that approach 3 performed the



**Fig. 11.** Gradients computed in first downsampling layer. (a) includes checkerboard artifacts, and (b) and (c) do not.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 113**

**EML-B 14-4, Attachment 4 of 5**
**May 1, 2023  3:45 PM**
AI_CHECKERBOARD_ARTIFACTS__ATSIP.2019.2.pdf

Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 65af5920e964d347f38a46c331af461ee51844d2c0d6241f3f8a615a1451bc97

Page: 8 of 9      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

8    YUSUKE SUGAWARA, *et al.*

Table 5. Error rates on CIFAR10, CIFAR100 datasets (%)

| Network | CIFAR10 | CIFAR10+ | CIFAR100+ |
|---|---|---|---|
| StridedConv | 12.75 | 6.13 | 32.72 |
| StridedConv + $H_0$ (Ap. 2) | 16.44 | 10.08 | 34.91 |
| StridedConv + $H_0$ (Ap. 3) | 11.21 | 5.85 | 29.34 |

best in this table. This trend was almost the same for the SR tasks.

## V. CONCLUSION

We addressed a condition for avoiding checkerboard artifacts in CNNs. A novel structure without any checkerboard artifacts was proposed by extending the conventional condition for linear systems to CNNs with non-linearity. The experimental results demonstrated that the proposed structure can perfectly avoid generating checkerboard artifacts caused by both of two processes, forward-propagation of upsampling layers and backpropagation of convolutional layers, while maintaining the excellent properties that CNNs have. As a result, the proposed structure allows us to offer CNNs without any checkerboard artifacts.

## REFERENCES

[1] Krizhevsky, A.; Sutskever, I.; Hinton, G.E.: ImageNet Classification with Deep Convolutional Neural Networks, in *Proc. Advances in Neural Information Processing Systems (NIPS)*, 2012, 1097–1105.

[2] He, K.; Zhang, X.; Ren, S.; Sun, J.: Deep Residual Learning for Image Recognition, in *Proc. IEEE Conf. on Computer Vision and Pattern Recognition (CVPR)*, 2016, 770–778.

[3] Huang, G.; Liu, Z.; Maaten, L.; van der, Weinberger, K.Q.: Densely Connected Convolutional Networks, in *Proc. IEEE Conf. on Computer Vision and Pattern Recognition (CVPR)*, 2017, 2261–2269.

[4] Noh, H.; Hong, S.; Han, B.: Learning Deconvolution Network for Semantic Segmentation, in *Proc. IEEE Int. Conf. on Computer Vision (ICCV)*, 2015, 1520–1528.

[5] Shelhamer, E.; Long, J.; Darrell, T.: Fully Convolutional Networks for Semantic Segmentation. *IEEE Trans. Pattern Anal. Mach. Intell.*, 39(4) (2017), 640–651.

[6] Dong, C.; Loy, C.C.; He, K.; Tang, X.: Image Super-Resolution Using Deep Convolutional Networks. *IEEE Trans. Pattern Anal. Mach. Intell.*, 38(2) (2016), 295–307.

[7] Ledig, C., *et al.*: Photo-Realistic Single Image Super-Resolution Using a Generative Adversarial Network, in *Proc. IEEE Conf. on Computer Vision and Pattern Recognition (CVPR)*, 2017, 105–114.

[8] Radford, A.; Metz, L.; Chintala, S.: Unsupervised Representation Learning with Deep Convolutional Generative Adversarial Networks, in *arXiv preprint arXiv:1511.06434*, 2015.

[9] Odena, A.; Dumoulin, V.; Olah, C.: Deconvolution and Checkerboard Artifacts. *Distill*, (2016). [Online]. Available: http://distill.pub/2016/deconv-checkerboard.

[10] Zeiler, M.D.; Taylor, G.W.; Fergus, R.: Adaptive Deconvolutional Networks for Mid and High Level Feature Learning, in *Proc. IEEE Int. Conf. on Computer Vision (ICCV)*. 2011, 2018–2025.

[11] Shi, W., *et al.*: Real-Time Single Image and Video Super-Resolution Using an Efficient Sub-Pixel Convolutional Neural Network, in *Proc.*

[12] Dosovitskiy, A., *et al.*: FlowNet: Learning Optical Flow with Convolutional Networks, in *Proc. IEEE Int. Conf. on Computer Vision (ICCV)*. 2015, 2758–2766.

[13] Johnson, J.; Alahi, A.; Li, F.: Perceptual Losses for Real-Time Style Transfer and Super-Resolution, in *Proc. European Conf. on Computer Vision (ECCV)*, Springer. 2016, 694–711.

[14] Aitken, A.P.; Ledig, C.; Theis, L.; Caballero, J.; Wang, Z.; Shi, W.: Checkerboard Artifact Free Sub-Pixel Convolution: A Note on Sub-Pixel Convolution, Resize Convolution and Convolution Resize, in *arXiv preprint arXiv:1707.02937*, 2017.

[15] Gao, H.; Yuan, H.; Wang, Z.; Ji, S.: Pixel Deconvolutional Networks, in *arXiv preprint arXiv:1705.06820*, 2017.

[16] Wojna, Z., *et al.*: The Devil is in the Decoder, in *Proc. British Machine Vision Conf. (BMVC)*, 2017.

[17] Harada, Y.; Muramatsu, S.; Kiya, H.: Multidimensional Multirate Filter without Checkerboard Effects, in *Proc. European Signal Processing Conf. (EUSIPCO)*. 1998, 1881–1884.

[18] Tamura, T.; Kato, M.; Yoshida, T.; Nishihara, A.: Design of Checkerboard-Distortion-Free Multidimensional Multirate Filters. *IEICE Trans. Fundamentals Electron. Commun. Computer Sci.*, E81-A(8) (1998), 1598–1606.

[19] Harada, Y.; Muramatu, S.; Kiya, H.: Multidimensional Multirate Filter and Filter Bank without Checkerboard Effect. *IEICE Trans. Fundamentals Electron. Commun. Computer Sci.*, E81-A(8) (1998), 1607–1615.

[20] Iwai, H.; Iwahashi, M.; Kiya, H.: Methods for Avoiding the Checkerboard Distortion Caused by Finite Word Length Error in Multirate System. *IEICE Trans. Fundamentals Electron. Commun. Computer Sci.*, E93-A(3) (2010), 631–635.

[21] Sugawara, Y.; Shiota, S.; Kiya, H.: Super-Resolution using Convolutional Neural Networks without Any Checkerboard Artifacts, in *Proc. IEEE Int. Conf. on Image Processing (ICIP)*. 2018, 66–70.

[22] Vincent, D.; Francesco, V.: A guide to convolution arithmetic for deep learning, in *arXiv preprint arXiv:1603.07285*, 2016.

[23] Shi, W.; Caballero, J.; Theis, L.; Huszar, F.; Aitken, A.; Ledig, C.: Is the deconvolution layer the same as a convolutional layer?, Wangin, Z.: *arXiv:1609.07009*, 2016.

[24] Dong, C.; Loy, C.C.; He, K.; Tang, X.: Learning a Deep Convolutional Network for Image Super-Resolution, in *Proc. European Conf. on Computer Vision (ECCV)*, Springer, 2014, 184–199.

[25] Kim, J.; Lee, J.K.; Lee, K.M.: Accurate Image Super-Resolution Using Very Deep Convolutional Networks, in *Proc. IEEE Conf. on Computer Vision and Pattern Recognition (CVPR)*. 2016, 1646–1654.

[26] Kim, J.; Lee, J.K.; Lee, K.M.: Deeply-Recursive Convolutional Network for Image Super-Resolution, in *Proc. IEEE Conf. on Computer Vision and Pattern Recognition (CVPR)*. 2016, 1637–1645.

[27] Tai, Y.; Yang, J.; Liu, X.: Image Super-Resolution via Deep Recursive Residual Network, in *Proc. IEEE Conf. on Computer Vision and Pattern Recognition (CVPR)*, 2017, 2790–2798.

[28] Dong, C.; Loy, C.C.; Tang, X.: Accelerating the Super-Resolution Convolutional Neural Network, in *Proc. European Conf. on Computer Vision (ECCV)*, Springer, 2016, 391–407.

[29] Lai, W.; Huang, J.; Ahuja, N.; Yang, M.: Deep Laplacian Pyramid Networks for Fast and Accurate Super-Resolution, in *Proc. IEEE Conf. on Computer Vision and Pattern Recognition (CVPR)*, 2017, 5835–5843.

[30] Sajjadi, M.S.M.; Schölkopf, B.; Hirsch, M.: EnhanceNet: Single Image Super-Resolution through Automated Texture Synthesis, in

EXHIBIT EML-B | p. 114

Proc. IEEE Int. Conf. on Computer Vision (ICCV), 2017, 4491–4500.

[31] Zhang, K.; Zuo, W.; Zhang, L.: Learning a Single Convolutional Super-Resolution Network for Multiple Degradations, in Proc. IEEE Conf. on Computer Vision and Pattern Recognition (CVPR), 2018.

[32] Zhang, Y.; Li, K.; Li, K.; Wang, L.; Zhong, B; Fu, Y.: Learning a Deep Convolutional Network for Image Super-Resolution, in Proc. European Conf. on Computer Vision (ECCV), Springer, 2018.

[33] Sugawara, Y.; Shiota, S.; Kiya, H.: A Parallel Computation Algorithm for Super-Resolution Methods Using Convolutional Neural Networks, in Proc. Asia Pacific Signal and Information Processing Association (APSIPA) Annual Summit and Conf., 2017, 1169–1173.

[34] Zhang, Y.; Li, K.; Li, K.; Wang, L.; Zhong, B.; Fu, Y.: Image Super-Resolution Using Very Deep ResidualChannel Attention Networks, in Proc. European Conf. on Computer Vision (ECCV), 2018.

[35] Yang, J.; Wright, J.; Huang, T.S.; Ma, Y.: Image Super-Resolution via Sparse Representation. IEEE Trans. Image. Process., **19**(11) (2010), 2861–2873.

[36] Bevilacqua, M.; Roumy, A.; Guillemot, C.; Alberi-Morel, M.L.: Low-Complexity Single-Image Super-Resolution based on Nonnegative Neighbor Embedding, in Proc. British Machine Vision Conf. (BMVC), 2012.

[37] Zeyde, R.; Elad, M.; Protter, M.: On Single Image Scale-Up Using Sparse-Representations, in Proc. Curves and Surfaces, 2010, 711–730.

[38] Kingma, D.P.; Ba, J.: Adam: A Method for Stochastic Optimization, in Proc. Int. Conf. on Learning Representations (ICLR), 2015.

[39] He, K.; Zhang, X.; Ren, S.; Sun, J.: Delving Deep into Rectifiers: Surpassing Human-Level Performance on ImageNet Classification, in Proc. IEEE Int. Conf. on Computer Vision (ICCV), 2015, 1026–1034.

[40] Abadi, M.; Agarwal, A.; Barham, P., et al. : TensorFlow: Large-Scale Machine Learning on Heterogeneous Systems, 2015, software available from tensorflow.org. [Online]. Available: http://tensorflow.org/.

[41] Blau, Y.; Michaeli, T.: The Perception-Distortion Tradeoff, in Proc. IEEE Conf. on Computer Vision and Pattern Recognition (CVPR), 2018, 6228–6237.

[42] Krizhevsky, A.; Hinton, G.E.: Learning Multiple Layers of Features from Tiny Images, Master's thesis, Department of Computer Science, University of Toronto, 2009.

**Yusuke Sugawara** received his B.Eng degree from Takushoku University, Japan in 2016, and his M.Eng degree from Tokyo Metropolitan University, Japan in 2018. He graduated from Tokyo Metropolitan University, Japan in 2018. His research interests include image processing.

**Sayaka Shiota** received B.E., M.E., and Ph.D. degrees in intelligence and computer science, engineering, and engineering simulation from the Nagoya Institute of Technology, Nagoya, Japan in 2007, 2009, and 2012, respectively. From February 2013 to March 2014, she worked as a Project Assistant Professor at the Institute of Statistics Mathematics. In April of 2014, she joined Tokyo Metropolitan University as an Assistant Professor. Her research interests include statistical speech recognition and speaker verification. She is a member of the Acoustical Society of Japan (ASJ), the IEICE, the ISCA, APSIPA, and the IEEE.

**Hitoshi Kiya** Hitoshi Kiya received his B.E and M.E. degrees from Nagaoka University of Technology in 1980 and 1982, respectively, and his Dr. Eng. degree from Tokyo Metropolitan University in 1987. In 1982, he joined Tokyo Metropolitan University, where he became Full Professor in 2000. He is a Fellow of IEEE, IEICE, and ITE. He currently serves as President of APSIPA, and he served as Inaugural Vice President (Technical Activities) of APSIPA from 2009 to 2013 and Regional Director-at-Large for Region 10 of the IEEE Signal Processing Society from 2016 to 2017. He was Editorial Board Member of eight journals, including IEEE Trans. on Signal Processing, Image Processing, and Information Forensics and Security, Chair of two technical committees and Member of nine technical committees including APSIPA Image, Video, and Multimedia TC, and IEEE Information Forensics and Security TC. He has received numerous awards, including six best paper awards.

**EML-B 14-5, Attachment 5 of 5**
**May 1, 2023  3:45 PM**
Kyle_McDonald__How_To_Recognize_fake_AI_generated_images.pdf

Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 29ccba925077ee3eb60d7f5b148174d118cd208cd9a98e59648ddf9c004c349b
Page: 1 of 13          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

---

4/9/23, 2:21 PM                    How to recognize fake AI-generated images | by Kyle McDonald | Medium

 Kyle McDonald  (Follow)
Dec 5, 2018 · 7 min read · 🔊 Listen



# How to recognize fake AI-generated images

In 2014 machine learning researcher Ian Goodfellow introduced the idea of generative adversarial networks or GANs. "Generative" because they output things like images rather than predictions about input (like "hotdog or not"); "adversarial networks" because they use two neural networks competing with each other in a "cat-and-mouse game", like a cashier and a counterfeiter: one trying to fool the other into thinking it can generate real examples, the other trying to distinguish real from fake.

The first GAN images were easy for humans to identify. Consider these faces from 2014.



"Unsupervised Representation Learning with Deep Convolutional Generative Adversarial Networks" (2014) by Radford et al, also known as DCGAN.

But the latest examples of GAN-generated faces, published in October 2017, are more difficult to identify.

https://kcimc.medium.com/how-to-recognize-fake-ai-generated-images-4d1f6f9a2842                    1/13

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 116**</span>

**EML-B 14-5, Attachment 5 of 5**
**May 1, 2023  3:45 PM**
Kyle_McDonald__How_To_Recognize_fake_AI_generated_images.pdf

Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 29ccba925077ee3eb60d7f5b148174d118cd208cd9a98e59648ddf9c004c349b

Page: 2 of 13      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

4/9/23, 2:21 PM                How to recognize fake AI-generated images | by Kyle McDonald | Medium



"Progressive Growing of GANs for Improved Quality, Stability, and Variation" (2017) by Karras et al, also known as PGAN or ProGAN.

Here are some things you can look for when trying to recognize an image produced by a GAN. We'll focus on faces because they are a common testing ground for researchers, and many of the artifacts most visible in faces also appear in other kinds of images.

**Straight hair looks like paint**



It's common for long hair to take this hyper-straight look where a small patch seems good, but a long strand looks like someone smudged a bunch of

https://kcimc.medium.com/how-to-recognize-fake-ai-generated-images-4d1f6f9a2842                2/13

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 117**</span>

**EML-B 14-5, Attachment 5 of 5**
**May 1, 2023  3:45 PM**
Kyle_McDonald__How_To_Recognize_fake_AI_generated_images.pdf

Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 29ccba925077ee3eb60d7f5b148174d118cd208cd9a98e59648ddf9c004c349b
Page: 3 of 13      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

4/9/23, 2:21 PM                     How to recognize fake AI-generated images | by Kyle McDonald | Medium

acrylic with a palette knife or a huge brush.

### Text is indecipherable



GANs trained on faces have a hard time capturing rare things in the background with lots of structure. Also, GANs are shown both original and mirrored versions of the training data, which means they have trouble modeling writing because it typically only appears in one orientation.

### Background is surreal



One reason the faces from a GAN look believable is because all the training data has been centered. This means that there is less variability for the GAN to model when it comes to, for example, the placement and rendering of eyes and ears. The background, on the other hand, can contain anything.

https://kcimc.medium.com/how-to-recognize-fake-ai-generated-images-4d1f6f9a2842                                    3/13

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-5, Attachment 5 of 5**
**May 1, 2023  3:45 PM**
Kyle_McDonald__How_To_Recognize_fake_AI_generated_images.pdf

Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 29ccba925077ee3eb60d7f5b148174d118cd208cd9a98e59648ddf9c004c349b
Page: 4 of 13        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

4/9/23, 2:21 PM                        How to recognize fake AI-generated images | by Kyle McDonald | Medium

This is too much for the GAN to model and it ends up replicating general background-like-textures rather than "real" background scenes.

### Asymmetry



It can be difficult for a GAN to manage long-distance dependencies in images. While paired accessories like earrings usually match in the dataset, they don't in the generated images. Or: eyes tend to point in the same direction and they are usually the same color, but the generated images are very frequently crosseyed and heterochromatic. Asymmetry is also commonly visible in ears being at very mismatched heights or sizes.

### Weird teeth



GANs can assemble a general scene, but currently have difficulty with semi-regular repeating details like teeth. Sometimes a GAN will generate misaligned teeth, or it will stretch or shrink each tooth in unusual ways. Historically this problem has shown up in other domains like texture synthesis with images like bricks.

https://kcimc.medium.com/how-to-recognize-fake-ai-generated-images-4d1f6f9a2842                        4/13

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-5, Attachment 5 of 5**
**May 1, 2023  3:45 PM**
Kyle_McDonald__How_To_Recognize_fake_AI_generated_images.pdf

Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 29ccba925077ee3eb60d7f5b148174d118cd208cd9a98e59648ddf9c004c349b

Page: 5 of 13        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

4/9/23, 2:21 PM                    How to recognize fake AI-generated images | by Kyle McDonald | Medium

**Messy hair**



This is one of the quickest ways to identify a GAN-generated image. Typically a GAN will bunch hair in clumps, create random wisps around the shoulders, and throw thick stray hairs on foreheads. Hair styles have a lot of variability, but also a lot of detail, making it one of the most difficult things for a GAN to capture. Things that aren't hair can sometimes turn into hair-like textures, too.

**Non-stereotypical gender presentation**



https://kcimc.medium.com/how-to-recognize-fake-ai-generated-images-4d1f6f9a2842                    5/13

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-5, Attachment 5 of 5**
**May 1, 2023  3:45 PM**
Kyle_McDonald__How_To_Recognize_fake_AI_generated_images.pdf

Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 29ccba925077ee3eb60d7f5b148174d118cd208cd9a98e59648ddf9c004c349b
Page: 6 of 13        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

4/9/23, 2:21 PM                    How to recognize fake AI-generated images | by Kyle McDonald | Medium

This GAN was trained on a subset of CelebA, which contains 200k images of 10k celebrity faces. In this dataset, I haven't seen an example of someone with facial hair, earrings, and makeup; but the GAN regularly mixes different attributes from stereotypical gender presentations. More generally, I think this is because GANs don't always learn the same categories or binaries that humans socially reinforce (in this case "male vs female"). It's important to be clear here: like asymmetry, non-stereotypical gender presentation is not inherently an indicator that an image isn't "real". Unlike messy hair, it is less of a visual artifact present in individual images, and more of a disparity in matching statistics across a large collection of images.

**Semi-regular noise**



Some areas that are otherwise monochrome may exhibit semi-regular noise with horizontal or vertical banding. In the cases above, this is probably the network trying to imitate the texture of cloth. Older GANs have a much more prominent noise pattern that is usually described as checkerboard artifacts.

**Iridescent color bleed**



https://kcimc.medium.com/how-to-recognize-fake-ai-generated-images-4d1f6f9a2842                    6/13

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 14-5, Attachment 5 of 5**
**May 1, 2023  3:45 PM**
Kyle_McDonald__How_To_Recognize_fake_AI_generated_images.pdf

Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 29ccba925077ee3eb60d7f5b148174d118cd208cd9a98e59648ddf9c004c349b
Page: 7 of 13        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

4/9/23, 2:21 PM                              How to recognize fake AI-generated images | by Kyle McDonald | Medium

Some areas with lighter solid colors have a multi-hued cast, including
collars, necks, and eye whites (not shown).

**Examples of real images**



Check out that clear background text, those matching earrings, those equally
sized teeth, detailed hairstyles. With all these tricks in mind, try playing this
game that tests your ability to distinguish real from fake and see how many
you get right. *Note: some people have had problems clicking "start".*

**Update (December 13, 2018)**

One year after "Progressive Growing of GANs" which produce the above
images, the same researchers have published "A Style-Based Generator
Architecture for GANs". Check out the video. This new work improves on
many of the issues above.

https://kcimc.medium.com/how-to-recognize-fake-ai-generated-images-4d1f6f9a2842                              7/13

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 122**</span>

**EML-B 14-5, Attachment 5 of 5**
**May 1, 2023  3:45 PM**
Kyle_McDonald__How_To_Recognize_fake_AI_generated_images.pdf

Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 29ccba925077ee3eb60d7f5b148174d118cd208cd9a98e59648ddf9c004c349b
Page: 8 of 13      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

4/9/23, 2:21 PM                         How to recognize fake AI-generated images | by Kyle McDonald | Medium



Faces generated by "A Style-Based Generator Architecture for GANs"

At low resolutions, almost all the images in the paper are indistinguishable from photographs. There are only a few artifacts that stand out to me that I will try to address.

**The Missing Earring**

https://kcimc.medium.com/how-to-recognize-fake-ai-generated-images-4d1f6f9a2842                         8/13

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 123**</span>

**EML-B 14-5, Attachment 5 of 5**
**May 1, 2023  3:45 PM**
Kyle_McDonald__How_To_Recognize_fake_AI_generated_images.pdf

Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 29ccba925077ee3eb60d7f5b148174d118cd208cd9a98e59648ddf9c004c349b
Page: 9 of 13       [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]

---

4/9/23, 2:21 PM                    How to recognize fake AI-generated images | by Kyle McDonald | Medium



This glitch shows up in a few images in the exact same spot. This might have to do with the neural net trying to generate earrings and failing, because they all come from the same "source" image and in one case when mixed with a "middle style" showing a feminine face an earring appears in this spot. It could also be unrelated, because another example shows a similar glitch across multiple images in a totally different location.

**Asymmetry**



In the center is the "average face" from the dataset, based on 70k photos from Flickr users all over the world. There appears to be an earring in the

https://kcimc.medium.com/how-to-recognize-fake-ai-generated-images-4d1f6f9a2842                    9/13

**EML-B 14-5, Attachment 5 of 5**
**May 1, 2023  3:45 PM**
Kyle_McDonald__How_To_Recognize_fake_AI_generated_images.pdf

Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 29ccba925077ee3eb60d7f5b148174d118cd208cd9a98e59648ddf9c004c349b
Page: 10 of 13          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

---

4/9/23, 2:21 PM                                How to recognize fake AI-generated images | by Kyle McDonald | Medium

right ear (left side of image), but not in the left ear. This is not a judgement
about whether having an earring in one ear is "right" or "wrong", but about
whether this kind of asymmetry is equally common in the dataset. The
mismatched ear sizes in the right image is another example of asymmetry.
Another example of overly frequent asymmetry might be this face that
appears to have some strabismus: one eye seems to point in a different
direction than the other.



**Weird teeth**

https://kcimc.medium.com/how-to-recognize-fake-ai-generated-images-4d1f6f9a2842                                                        10/13

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 125**</span>

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  3:46 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 9cb8e6adac263b2075d4d86e48c5d98bd75b20be0fca5bbb088e06ccccdadb8f

Page: 1 of 2          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: Show this to the judge and prosecutor please

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Mon, 01 May 2023 20:46:18 +0000

---

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:45 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Good afternoon Jill,

Hope you are doing fantastic!

I've discovered some pretty damning evidence that presents a rather large problem insofar as the report you wrote about me which claims I'm psychotic and delusional.

It's a rather large 'conspiracy' if you logically connect all of the dots of how this would be allowed to take place and how many different multi-national corporations are involved and allowing Microsoft to run rampant with their new AI toys.

I would like for you to do me a favor Jill. Go back and read the email between me and the CEO of Mark Robert's Motion Control I sent you and take notice of the fact that there was a three week span before Assaff Rawner actually ended up replying to my email - the one in which he pointed me to PhotoRobot and said "hey... your invention already exists!" (paraphrasing)

And now realize that what he pointed me to is all complete fraud....as in the entire company is an AI generated fabrication. The videos, their websites, the other websites (the ones I wrote on my wall....), etc. IT'S ALL FAKE

which means I'm not delusional or psychotic Jill. Sorry.

All of the images from their websites are also AI generated.

And for the record I still believe that my safety is at risk due to how many different parties are involved in this and I would like for it to be known that I'm doing perfectly well and happy with life (besides having to deal with this shit...) and I have never contemplated suicide and wouldn't do that. This is obviously all very crazy (dare I say perhaps bordering on "psychotic like crazy"...?) and I think it's not unreasonable why I would be worried about my safety.

I look forward to my competency hearing.

Also let it be known that I intend on attending my hearing IN PERSON and not over Zoom... which I think should be fully understandable considering the circumstances.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 126**</span>

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  3:46 PM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 9cb8e6adac263b2075d4d86e48c5d98bd75b20be0fca5bbb088e06ccccdadb8f

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

That is all. What will follow is further emails which contain proof of my claims.

Thanks again for your services Jill.

Sincerely,

Matthew Guertin

Sent from ProtonMail mobile

**Attachments:**

| 1_1-2.pdf | | 1_1-3.pdf | | 1_4.pdf | | 1_5.pdf | | 1_6.pdf |

**EML-B 15-1, Attachment 1 of 5**
**May 1, 2023  3:46 PM**
1_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ece598c1aa6fa0306c3d001ef767a267ddcd5146570eccbb3b4998c2041cbaf4

Page: 1 of 50     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 128**

**EML-B 15-1, Attachment 1 of 5**
**May 1, 2023  3:46 PM**
1_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ece598c1aa6fa0306c3d001ef767a267ddcd5146570eccbb3b4998c2041cbaf4

Page: 2 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177  page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 15-1, Attachment 1 of 5**
**May 1, 2023  3:46 PM**
1_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ece598c1aa6fa0306c3d001ef767a267ddcd5146570eccbb3b4998c2041cbaf4

Page: 3 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 130**

**EML-B 15-1, Attachment 1 of 5**
**May 1, 2023  3:46 PM**
1_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ece598c1aa6fa0306c3d001ef767a267ddcd5146570eccbb3b4998c2041cbaf4

Page: 4 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 15-1, Attachment 1 of 5**
**May 1, 2023  3:46 PM**
1_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ece598c1aa6fa0306c3d001ef767a267ddcd5146570eccbb3b4998c2041cbaf4

Page: 5 of 50        [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 15-1, Attachment 1 of 5**
**May 1, 2023  3:46 PM**
1_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ece598c1aa6fa0306c3d001ef767a267ddcd5146570eccbb3b4998c2041cbaf4

Page: 6 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-B 15-1, Attachment 1 of 5**
**May 1, 2023  3:46 PM**
1_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ece598c1aa6fa0306c3d001ef767a267ddcd5146570eccbb3b4998c2041cbaf4

Page: 7 of 50       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-B 15-1, Attachment 1 of 5**
**May 1, 2023  3:46 PM**
1_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ece598c1aa6fa0306c3d001ef767a267ddcd5146570eccbb3b4998c2041cbaf4

Page: 8 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 15-1, Attachment 1 of 5**
**May 1, 2023  3:46 PM**
1_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ece598c1aa6fa0306c3d001ef767a267ddcd5146570eccbb3b4998c2041cbaf4

Page: 9 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]





**EXHIBIT EML-B | p. 136**

**EML-B 15-1, Attachment 1 of 5**
**May 1, 2023  3:46 PM**
1_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ece598c1aa6fa0306c3d001ef767a267ddcd5146570eccbb3b4998c2041cbaf4

Page: 10 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 15-2, Attachment 2 of 5**
**May 1, 2023  3:46 PM**
1_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a64bcf2ff0c95f101d76abfdebcfcca1c84fe165a7db8b6fcfeb746cfa49e415

Page: 1 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 138**

**EML-B 15-2, Attachment 2 of 5**
**May 1, 2023  3:46 PM**
1_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a64bcf2ff0c95f101d76abfdebcfcca1c84fe165a7db8b6fcfeb746cfa49e415

Page: 2 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 15-2, Attachment 2 of 5**

**May 1, 2023  3:46 PM**

1_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a64bcf2ff0c95f101d76abfdebcfcca1c84fe165a7db8b6fcfeb746cfa49e415

Page: 3 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-B 15-2, Attachment 2 of 5**

**May 1, 2023  3:46 PM**

1_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a64bcf2ff0c95f101d76abfdebcfcca1c84fe165a7db8b6fcfeb746cfa49e415

Page: 4 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 141**

**EML-B 15-2, Attachment 2 of 5**
**May 1, 2023  3:46 PM**
1_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a64bcf2ff0c95f101d76abfdebcfcca1c84fe165a7db8b6fcfeb746cfa49e415

Page: 5 of 50       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 142**

**EML-B 15-2, Attachment 2 of 5**
**May 1, 2023  3:46 PM**
1_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a64bcf2ff0c95f101d76abfdebcfcca1c84fe165a7db8b6fcfeb746cfa49e415

Page: 6 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EXHIBIT EML-B | p. 143**

**EML-B 15-2, Attachment 2 of 5**
**May 1, 2023  3:46 PM**
1_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a64bcf2ff0c95f101d76abfdebcfcca1c84fe165a7db8b6fcfeb746cfa49e415

Page: 7 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 15-2, Attachment 2 of 5**
**May 1, 2023  3:46 PM**
1_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a64bcf2ff0c95f101d76abfdebcfcca1c84fe165a7db8b6fcfeb746cfa49e415

Page: 8 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 15-2, Attachment 2 of 5**
**May 1, 2023  3:46 PM**
1_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a64bcf2ff0c95f101d76abfdebcfcca1c84fe165a7db8b6fcfeb746cfa49e415

Page: 9 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]





**EXHIBIT EML-B | p. 146**

**EML-B 15-2, Attachment 2 of 5**
**May 1, 2023  3:46 PM**
1_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a64bcf2ff0c95f101d76abfdebcfcca1c84fe165a7db8b6fcfeb746cfa49e415

Page: 10 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 15-3, Attachment 3 of 5**
**May 1, 2023  3:46 PM**
1_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 69bdace5c1eef07d067d4f0262d1d2187db1f39611bde6e891a04a4a327800eb

Page: 1 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 15-3, Attachment 3 of 5**
**May 1, 2023  3:46 PM**
1_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 69bdace5c1eef07d067d4f0262d1d2187db1f39611bde6e891a04a4a327800eb

Page: 2 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 15-3, Attachment 3 of 5**
**May 1, 2023  3:46 PM**
1_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 69bdace5c1eef07d067d4f0262d1d2187db1f39611bde6e891a04a4a327800eb

Page: 3 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 15-3, Attachment 3 of 5**
**May 1, 2023  3:46 PM**
1_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 69bdace5c1eef07d067d4f0262d1d2187db1f39611bde6e891a04a4a327800eb

Page: 4 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-B 15-3, Attachment 3 of 5**
**May 1, 2023  3:46 PM**
1_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 69bdace5c1eef07d067d4f0262d1d2187db1f39611bde6e891a04a4a327800eb

Page: 5 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 15-3, Attachment 3 of 5**
**May 1, 2023  3:46 PM**
1_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 69bdace5c1eef07d067d4f0262d1d2187db1f39611bde6e891a04a4a327800eb

Page: 6 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 153**

**EML-B 15-3, Attachment 3 of 5**
**May 1, 2023  3:46 PM**
1_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 69bdace5c1eef07d067d4f0262d1d2187db1f39611bde6e891a04a4a327800eb

Page: 7 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-B 15-3, Attachment 3 of 5**
**May 1, 2023  3:46 PM**
1_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 69bdace5c1eef07d067d4f0262d1d2187db1f39611bde6e891a04a4a327800eb

Page: 8 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 15-3, Attachment 3 of 5**
**May 1, 2023  3:46 PM**
1_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 69bdace5c1eef07d067d4f0262d1d2187db1f39611bde6e891a04a4a327800eb

Page: 9 of 25        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-B 15-3, Attachment 3 of 5**
**May 1, 2023  3:46 PM**
1_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 69bdace5c1eef07d067d4f0262d1d2187db1f39611bde6e891a04a4a327800eb

Page: 10 of 25      [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



**EML-B 15-4, Attachment 4 of 5**
**May 1, 2023  3:46 PM**
1_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 4966e648c5eaff7376d4f0a8a179ff0ce92da87fca80dc51db3be53f7ebcb45b

Page: 1 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 158**

**EML-B 15-4, Attachment 4 of 5**
**May 1, 2023  3:46 PM**
1_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 4966e648c5eaff7376d4f0a8a179ff0ce92da87fca80dc51db3be53f7ebcb45b

Page: 2 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 15-4, Attachment 4 of 5**
**May 1, 2023  3:46 PM**
1_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 4966e648c5eaff7376d4f0a8a179ff0ce92da87fca80dc51db3be53f7ebcb45b

Page: 3 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EXHIBIT EML-B | p. 160**

**EML-B 15-4, Attachment 4 of 5**
**May 1, 2023  3:46 PM**
1_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 4966e648c5eaff7376d4f0a8a179ff0ce92da87fca80dc51db3be53f7ebcb45b

Page: 4 of 25       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 15-4, Attachment 4 of 5**
**May 1, 2023  3:46 PM**
1_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 4966e648c5eaff7376d4f0a8a179ff0ce92da87fca80dc51db3be53f7ebcb45b

Page: 5 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 162**

**EML-B 15-4, Attachment 4 of 5**
**May 1, 2023  3:46 PM**
1_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 4966e648c5eaff7376d4f0a8a179ff0ce92da87fca80dc51db3be53f7ebcb45b

Page: 6 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 163**

**EML-B 15-4, Attachment 4 of 5**
**May 1, 2023  3:46 PM**
1_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 4966e648c5eaff7376d4f0a8a179ff0ce92da87fca80dc51db3be53f7ebcb45b

Page: 7 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 15-4, Attachment 4 of 5**
**May 1, 2023  3:46 PM**
1_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 4966e648c5eaff7376d4f0a8a179ff0ce92da87fca80dc51db3be53f7ebcb45b

Page: 8 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 15-4, Attachment 4 of 5**
**May 1, 2023  3:46 PM**
1_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 4966e648c5eaff7376d4f0a8a179ff0ce92da87fca80dc51db3be53f7ebcb45b

Page: 9 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-B 15-4, Attachment 4 of 5**
**May 1, 2023  3:46 PM**
1_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 4966e648c5eaff7376d4f0a8a179ff0ce92da87fca80dc51db3be53f7ebcb45b

Page: 10 of 25        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-B 15-5, Attachment 5 of 5**
**May 1, 2023  3:46 PM**
1_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 49200110fab583328e243a727cdec08a457c25903a995e5b52b3bc5d7b392831

Page: 1 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 168**

**EML-B 15-5, Attachment 5 of 5**
**May 1, 2023  3:46 PM**
1_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 49200110fab583328e243a727cdec08a457c25903a995e5b52b3bc5d7b392831

Page: 2 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 169**

**EML-B 15-5, Attachment 5 of 5**
**May 1, 2023  3:46 PM**
1_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 49200110fab583328e243a727cdec08a457c25903a995e5b52b3bc5d7b392831

Page: 3 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 170**

**EML-B 15-5, Attachment 5 of 5**
**May 1, 2023  3:46 PM**
1_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 49200110fab583328e243a727cdec08a457c25903a995e5b52b3bc5d7b392831

Page: 4 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 171**

**EML-B 15-5, Attachment 5 of 5**
**May 1, 2023  3:46 PM**
1_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 49200110fab583328e243a727cdec08a457c25903a995e5b52b3bc5d7b392831

Page: 5 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 15-5, Attachment 5 of 5**
**May 1, 2023  3:46 PM**
1_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 49200110fab583328e243a727cdec08a457c25903a995e5b52b3bc5d7b392831

Page: 6 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 15-5, Attachment 5 of 5**
**May 1, 2023  3:46 PM**
1_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 49200110fab583328e243a727cdec08a457c25903a995e5b52b3bc5d7b392831

Page: 7 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 15-5, Attachment 5 of 5**
**May 1, 2023  3:46 PM**
1_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 49200110fab583328e243a727cdec08a457c25903a995e5b52b3bc5d7b392831

Page: 8 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 15-5, Attachment 5 of 5**
**May 1, 2023  3:46 PM**
1_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 49200110fab583328e243a727cdec08a457c25903a995e5b52b3bc5d7b392831

Page: 9 of 25       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 15-5, Attachment 5 of 5**
**May 1, 2023  3:46 PM**
1_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 49200110fab583328e243a727cdec08a457c25903a995e5b52b3bc5d7b392831

Page: 10 of 25       [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  3:47 PM**

---

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: e462f091ec2a966ed382a057732eb1bef8925030ea3232f9a8e702f1021693c5

Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Show this to the judge and prosecutor please

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Mon, 01 May 2023 20:47:40 +0000

---

Sent from ProtonMail mobile


-------- Original Message --------
On May 1, 2023, 3:46 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:



Sent from ProtonMail mobile


-------- Original Message --------
On May 1, 2023, 3:45 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Good afternoon Jill,

Hope you are doing fantastic!

I've discovered some pretty damning evidence that presents a rather large problem insofar as the report you wrote about me which claims I'm psychotic and delusional.

It's a rather large 'conspiracy' if you logically connect all of the dots of how this would be allowed to take place and how many different multi-national corporations are involved and allowing Microsoft to run rampant with their new AI toys.

I would like for you to do me a favor Jill. Go back and read the email between me and the CEO of Mark Robert's Motion Control I sent you and take notice of the fact that there was a three week span before Assaff Rawner actually ended up replying to my email - the one in which he pointed me to PhotoRobot and said "hey... your invention already exists!" (paraphrasing)

And now realize that what he pointed me to is all complete fraud....as in the entire company is an AI generated fabrication. The videos, their websites, the other websites (the ones I wrote on my wall....), etc. IT'S ALL FAKE

which means I'm not delusional or psychotic Jill. Sorry.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 178**

**RE Show This to the Judge and Prosecutor Please**

**May 1, 2023  3:47 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: e462f091ec2a966ed382a057732eb1bef8925030ea3232f9a8e702f1021693c5

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

All of the images from their websites are also AI generated.

And for the record I still believe that my safety is at risk due to how many different parties are involved in this and I would like for it to be known that I'm doing perfectly well and happy with life (besides having to deal with this shit...) and I have never contemplated suicide and wouldn't do that. This is obviously all very crazy (dare I say perhaps bordering on "psychotic like crazy"...?) and I think it's not unreasonable why I would be worried about my safety.

I look forward to my competency hearing.

Also let it be known that I intend on attending my hearing IN PERSON and not over Zoom... which I think should be fully understandable considering the circumstances.

That is all. What will follow is further emails which contain proof of my claims.

Thanks again for your services Jill.

Sincerely,

Matthew Guertin

Sent from ProtonMail mobile

**Attachments:**

| 1_1-4.pdf | 1_1-5.pdf | 1_1-6.pdf | 2_1.pdf | 2_2.pdf | 2_3.pdf | 2_4.pdf |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 16-1, Attachment 1 of 7**
**May 1, 2023  3:47 PM**
1_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 92172492f510539ebc90788a1d82a9a85cf9f79e865af3b21e73f6f3244bc00f

Page: 1 of 50       [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:darkred">**EXHIBIT EML-B | p. 180**</span>

**EML-B 16-1, Attachment 1 of 7**
**May 1, 2023  3:47 PM**
1_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 92172492f510539ebc90788a1d82a9a85cf9f79e865af3b21e73f6f3244bc00f

Page: 2 of 50      [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 181**

**EML-B 16-1, Attachment 1 of 7**

**May 1, 2023  3:47 PM**

1_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 92172492f510539ebc90788a1d82a9a85cf9f79e865af3b21e73f6f3244bc00f

Page: 3 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177  page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 16-1, Attachment 1 of 7**
**May 1, 2023  3:47 PM**
1_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 92172492f510539ebc90788a1d82a9a85cf9f79e865af3b21e73f6f3244bc00f

Page: 4 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177  page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 16-1, Attachment 1 of 7**
**May 1, 2023  3:47 PM**
1_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 92172492f510539ebc90788a1d82a9a85cf9f79e865af3b21e73f6f3244bc00f

Page: 5 of 50       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 184**

**EML-B 16-1, Attachment 1 of 7**
**May 1, 2023  3:47 PM**
1_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 92172492f510539ebc90788a1d82a9a85cf9f79e865af3b21e73f6f3244bc00f

Page: 6 of 50       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 185**</span>

**EML-B 16-1, Attachment 1 of 7**
**May 1, 2023  3:47 PM**
1_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 92172492f510539ebc90788a1d82a9a85cf9f79e865af3b21e73f6f3244bc00f

Page: 7 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 16-1, Attachment 1 of 7**
**May 1, 2023  3:47 PM**
1_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 92172492f510539ebc90788a1d82a9a85cf9f79e865af3b21e73f6f3244bc00f

Page: 8 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177    page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 187**</span>

**EML-B 16-1, Attachment 1 of 7**
**May 1, 2023  3:47 PM**
1_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 92172492f510539ebc90788a1d82a9a85cf9f79e865af3b21e73f6f3244bc00f

Page: 9 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-1, Attachment 1 of 7**
**May 1, 2023  3:47 PM**
1_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 92172492f510539ebc90788a1d82a9a85cf9f79e865af3b21e73f6f3244bc00f

Page: 10 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 16-2, Attachment 2 of 7**
**May 1, 2023  3:47 PM**
1_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 240b53c598cf3219d1761032be9a513c4725ca46bf99ae0aa370b90fe18a4870

Page: 1 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EXHIBIT EML-B | p. 190**

**EML-B 16-2, Attachment 2 of 7**
**May 1, 2023  3:47 PM**
1_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 240b53c598cf3219d1761032be9a513c4725ca46bf99ae0aa370b90fe18a4870

Page: 2 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-2, Attachment 2 of 7**
**May 1, 2023  3:47 PM**
1_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 240b53c598cf3219d1761032be9a513c4725ca46bf99ae0aa370b90fe18a4870

Page: 3 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 16-2, Attachment 2 of 7**
**May 1, 2023  3:47 PM**
1_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 240b53c598cf3219d1761032be9a513c4725ca46bf99ae0aa370b90fe18a4870

Page: 4 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 193**

**EML-B 16-2, Attachment 2 of 7**
**May 1, 2023  3:47 PM**
1_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 240b53c598cf3219d1761032be9a513c4725ca46bf99ae0aa370b90fe18a4870

Page: 5 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 194**

**EML-B 16-2, Attachment 2 of 7**
**May 1, 2023  3:47 PM**
1_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 240b53c598cf3219d1761032be9a513c4725ca46bf99ae0aa370b90fe18a4870

Page: 6 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 195**

**EML-B 16-2, Attachment 2 of 7**
**May 1, 2023  3:47 PM**
1_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 240b53c598cf3219d1761032be9a513c4725ca46bf99ae0aa370b90fe18a4870

Page: 7 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EXHIBIT EML-B | p. 196**

**EML-B 16-2, Attachment 2 of 7**
**May 1, 2023  3:47 PM**
1_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 240b53c598cf3219d1761032be9a513c4725ca46bf99ae0aa370b90fe18a4870

Page: 8 of 50       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 16-2, Attachment 2 of 7**
**May 1, 2023  3:47 PM**
1_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 240b53c598cf3219d1761032be9a513c4725ca46bf99ae0aa370b90fe18a4870

Page: 9 of 50       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-B 16-2, Attachment 2 of 7**
**May 1, 2023  3:47 PM**
1_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 240b53c598cf3219d1761032be9a513c4725ca46bf99ae0aa370b90fe18a4870

Page: 10 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 16-3, Attachment 3 of 7**
**May 1, 2023  3:47 PM**
1_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 27ef083dbabed8cbb53a04f42e98e2f3ec836c94610d1a4c9f7a5a06b6ca3cb0

Page: 1 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-3, Attachment 3 of 7**
**May 1, 2023  3:47 PM**
1_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 27ef083dbabed8cbb53a04f42e98e2f3ec836c94610d1a4c9f7a5a06b6ca3cb0

Page: 2 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-3, Attachment 3 of 7**

**May 1, 2023  3:47 PM**

1_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 27ef083dbabed8cbb53a04f42e98e2f3ec836c94610d1a4c9f7a5a06b6ca3cb0

Page: 3 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 202**

**EML-B 16-3, Attachment 3 of 7**
**May 1, 2023  3:47 PM**
1_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 27ef083dbabed8cbb53a04f42e98e2f3ec836c94610d1a4c9f7a5a06b6ca3cb0

Page: 4 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-B 16-3, Attachment 3 of 7**

**May 1, 2023  3:47 PM**

1_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 27ef083dbabed8cbb53a04f42e98e2f3ec836c94610d1a4c9f7a5a06b6ca3cb0

Page: 5 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-B 16-3, Attachment 3 of 7**
**May 1, 2023  3:47 PM**
1_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 27ef083dbabed8cbb53a04f42e98e2f3ec836c94610d1a4c9f7a5a06b6ca3cb0

Page: 6 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 16-3, Attachment 3 of 7**
**May 1, 2023  3:47 PM**
1_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 27ef083dbabed8cbb53a04f42e98e2f3ec836c94610d1a4c9f7a5a06b6ca3cb0

Page: 7 of 50       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-3, Attachment 3 of 7**
**May 1, 2023  3:47 PM**
1_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 27ef083dbabed8cbb53a04f42e98e2f3ec836c94610d1a4c9f7a5a06b6ca3cb0

Page: 8 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EXHIBIT EML-B | p. 207**

**EML-B 16-3, Attachment 3 of 7**
**May 1, 2023  3:47 PM**
1_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 27ef083dbabed8cbb53a04f42e98e2f3ec836c94610d1a4c9f7a5a06b6ca3cb0

Page: 9 of 50       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-B 16-3, Attachment 3 of 7**
**May 1, 2023  3:47 PM**
1_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 27ef083dbabed8cbb53a04f42e98e2f3ec836c94610d1a4c9f7a5a06b6ca3cb0

Page: 10 of 50        [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EML-B 16-4, Attachment 4 of 7**
**May 1, 2023  3:47 PM**
2_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 16a256598e195765f3069a19fc5e9106f89309943d6068a60ada69c85af96b5a

Page: 1 of 25        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177  page 2

**EML-B 16-4, Attachment 4 of 7**
**May 1, 2023  3:47 PM**
2_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 16a256598e195765f3069a19fc5e9106f89309943d6068a60ada69c85af96b5a

Page: 2 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177  page 2

**EML-B 16-4, Attachment 4 of 7**
**May 1, 2023  3:47 PM**
2_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 16a256598e195765f3069a19fc5e9106f89309943d6068a60ada69c85af96b5a

Page: 3 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 16-4, Attachment 4 of 7**

**May 1, 2023  3:47 PM**

2_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 16a256598e195765f3069a19fc5e9106f89309943d6068a60ada69c85af96b5a

Page: 4 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 16-4, Attachment 4 of 7**
**May 1, 2023  3:47 PM**
2_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 16a256598e195765f3069a19fc5e9106f89309943d6068a60ada69c85af96b5a

Page: 5 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 214**

**EML-B 16-4, Attachment 4 of 7**
**May 1, 2023  3:47 PM**
2_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 16a256598e195765f3069a19fc5e9106f89309943d6068a60ada69c85af96b5a

Page: 6 of 25       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-4, Attachment 4 of 7**
**May 1, 2023  3:47 PM**
2_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 16a256598e195765f3069a19fc5e9106f89309943d6068a60ada69c85af96b5a

Page: 7 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-4, Attachment 4 of 7**
**May 1, 2023  3:47 PM**
2_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 16a256598e195765f3069a19fc5e9106f89309943d6068a60ada69c85af96b5a

Page: 8 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-4, Attachment 4 of 7**
**May 1, 2023  3:47 PM**
2_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 16a256598e195765f3069a19fc5e9106f89309943d6068a60ada69c85af96b5a

Page: 9 of 25      [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EML-B 16-4, Attachment 4 of 7**
**May 1, 2023  3:47 PM**
2_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 16a256598e195765f3069a19fc5e9106f89309943d6068a60ada69c85af96b5a

Page: 10 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 219**

**EML-B 16-5, Attachment 5 of 7**
**May 1, 2023  3:47 PM**
2_2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 64560f508880bf36a780d29510fdfe678207f623944e935e4a7207230421b787

Page: 1 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 16-5, Attachment 5 of 7**
**May 1, 2023  3:47 PM**
2_2.pdf

RE Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 64560f508880bf36a780d29510fdfe678207f623944e935e4a7207230421b787
Page: 2 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 16-5, Attachment 5 of 7**
**May 1, 2023  3:47 PM**
2_2.pdf

RE Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 64560f508880bf36a780d29510fdfe678207f623944e935e4a7207230421b787
Page: 3 of 25       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 16-5, Attachment 5 of 7**
**May 1, 2023  3:47 PM**
2_2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 64560f508880bf36a780d29510fdfe678207f623944e935e4a7207230421b787

Page: 4 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 16-5, Attachment 5 of 7**
**May 1, 2023  3:47 PM**
2_2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 64560f508880bf36a780d29510fdfe678207f623944e935e4a7207230421b787

Page: 5 of 25     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EML-B 16-5, Attachment 5 of 7**
**May 1, 2023  3:47 PM**
2_2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 64560f508880bf36a780d29510fdfe678207f623944e935e4a7207230421b787

Page: 6 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 16-5, Attachment 5 of 7**
**May 1, 2023  3:47 PM**
2_2.pdf

RE Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 64560f508880bf36a780d29510fdfe678207f623944e935e4a7207230421b787
Page: 7 of 25       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-5, Attachment 5 of 7**
**May 1, 2023  3:47 PM**
2_2.pdf

RE Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 64560f508880bf36a780d29510fdfe678207f623944e935e4a7207230421b787
Page: 8 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-5, Attachment 5 of 7**
**May 1, 2023  3:47 PM**
2_2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 64560f508880bf36a780d29510fdfe678207f623944e935e4a7207230421b787

Page: 9 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 16-5, Attachment 5 of 7**
**May 1, 2023  3:47 PM**
2_2.pdf

RE Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 64560f508880bf36a780d29510fdfe678207f623944e935e4a7207230421b787
Page: 10 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-6, Attachment 6 of 7**
**May 1, 2023  3:47 PM**
2_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e26b673a3b6923f9aab216cc10aeed69e76fa4737ddca26559d7503e38c1fd9a

Page: 1 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-6, Attachment 6 of 7**
**May 1, 2023  3:47 PM**
2_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e26b673a3b6923f9aab216cc10aeed69e76fa4737ddca26559d7503e38c1fd9a

Page: 2 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 16-6, Attachment 6 of 7**
**May 1, 2023  3:47 PM**
2_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e26b673a3b6923f9aab216cc10aeed69e76fa4737ddca26559d7503e38c1fd9a

Page: 3 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-6, Attachment 6 of 7**
**May 1, 2023  3:47 PM**
2_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e26b673a3b6923f9aab216cc10aeed69e76fa4737ddca26559d7503e38c1fd9a

Page: 4 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-6, Attachment 6 of 7**
**May 1, 2023  3:47 PM**
2_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e26b673a3b6923f9aab216cc10aeed69e76fa4737ddca26559d7503e38c1fd9a

Page: 5 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-6, Attachment 6 of 7**
**May 1, 2023  3:47 PM**
2_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e26b673a3b6923f9aab216cc10aeed69e76fa4737ddca26559d7503e38c1fd9a

Page: 6 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-6, Attachment 6 of 7**
**May 1, 2023  3:47 PM**
2_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e26b673a3b6923f9aab216cc10aeed69e76fa4737ddca26559d7503e38c1fd9a

Page: 7 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-6, Attachment 6 of 7**
**May 1, 2023  3:47 PM**
2_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e26b673a3b6923f9aab216cc10aeed69e76fa4737ddca26559d7503e38c1fd9a

Page: 8 of 25        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-B 16-6, Attachment 6 of 7**
**May 1, 2023  3:47 PM**
2_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e26b673a3b6923f9aab216cc10aeed69e76fa4737ddca26559d7503e38c1fd9a

Page: 9 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-B 16-6, Attachment 6 of 7**
**May 1, 2023  3:47 PM**
2_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e26b673a3b6923f9aab216cc10aeed69e76fa4737ddca26559d7503e38c1fd9a

Page: 10 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-7, Attachment 7 of 7**
**May 1, 2023  3:47 PM**
2_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a50e781ab171ed9bf4da4783621cda5525406062ccfee112bb96c1158c093629

Page: 1 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 16-7, Attachment 7 of 7**
**May 1, 2023  3:47 PM**
2_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a50e781ab171ed9bf4da4783621cda5525406062ccfee112bb96c1158c093629

Page: 2 of 25        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 16-7, Attachment 7 of 7**
**May 1, 2023  3:47 PM**
2_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a50e781ab171ed9bf4da4783621cda5525406062ccfee112bb96c1158c093629

Page: 3 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 242**

**EML-B 16-7, Attachment 7 of 7**
**May 1, 2023  3:47 PM**
2_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a50e781ab171ed9bf4da4783621cda5525406062ccfee112bb96c1158c093629

Page: 4 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-B 16-7, Attachment 7 of 7**
**May 1, 2023  3:47 PM**
2_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a50e781ab171ed9bf4da4783621cda5525406062ccfee112bb96c1158c093629

Page: 5 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-7, Attachment 7 of 7**
**May 1, 2023  3:47 PM**
2_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a50e781ab171ed9bf4da4783621cda5525406062ccfee112bb96c1158c093629

Page: 6 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 245**

**EML-B 16-7, Attachment 7 of 7**
**May 1, 2023  3:47 PM**
2_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a50e781ab171ed9bf4da4783621cda5525406062ccfee112bb96c1158c093629

Page: 7 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-7, Attachment 7 of 7**
**May 1, 2023  3:47 PM**
2_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a50e781ab171ed9bf4da4783621cda5525406062ccfee112bb96c1158c093629

Page: 8 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 16-7, Attachment 7 of 7**
**May 1, 2023  3:47 PM**
2_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a50e781ab171ed9bf4da4783621cda5525406062ccfee112bb96c1158c093629

Page: 9 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 248**

**EML-B 16-7, Attachment 7 of 7**
**May 1, 2023  3:47 PM**
2_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a50e781ab171ed9bf4da4783621cda5525406062ccfee112bb96c1158c093629

Page: 10 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  3:48 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: b6dc1093db96bc42159667ef93da8ad218ee646c7afd1c4bcb2aa66e99339d56

Page: 1 of 2         [ .eml source file ]       [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

**Re: Show this to the judge and prosecutor please**

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Mon, 01 May 2023 20:48:43 +0000

---

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:47 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:46 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:45 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Good afternoon Jill,

Hope you are doing fantastic!

I've discovered some pretty damning evidence that presents a rather large problem insofar as the report you wrote about me which claims I'm psychotic and delusional.

It's a rather large 'conspiracy' if you logically connect all of the dots of how this would be allowed to take place and how many different multi-national corporations are involved and allowing Microsoft to run rampant with their new AI toys.

I would like for you to do me a favor Jill. Go back and read the email between me and the CEO of Mark Robert's Motion Control I sent you

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**

**May 1, 2023  3:48 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: b6dc1093db96bc42159667ef93da8ad218ee646c7afd1c4bcb2aa66e99339d56

Page: 2 of 2          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

and take notice of the fact that there was a three week span before Assaff Rawner actually ended up replying to my email - the one in which he pointed me to PhotoRobot and said "hey... your invention already exists!" (paraphrasing)

And now realize that what he pointed me to is all complete fraud....as in the entire company is an AI generated fabrication. The videos, their websites, the other websites (the ones I wrote on my wall....), etc. IT'S ALL FAKE

which means I'm not delusional or psychotic Jill. Sorry.

All of the images from their websites are also AI generated.

And for the record I still believe that my safety is at risk due to how many different parties are involved in this and I would like for it to be known that I'm doing perfectly well and happy with life (besides having to deal with this shit...) and I have never contemplated suicide and wouldn't do that. This is obviously all very crazy (dare I say perhaps bordering on "psychotic like crazy"...?) and I think it's not unreasonable why I would be worried about my safety.

I look forward to my competency hearing.

Also let it be known that I intend on attending my hearing IN PERSON and not over Zoom... which I think should be fully understandable considering the circumstances.

That is all. What will follow is further emails which contain proof of my claims.

Thanks again for your services Jill.

Sincerely,

Matthew Guertin


Sent from ProtonMail mobile

**Attachments:**

[ 2_1-2.pdf ]  [ 2_1-3.pdf ]  [ 2_1-4.pdf ]  [ 2_1-5.pdf ]  [ 2_5.pdf ]  [ 2_6.pdf ]  [ 2_7.pdf ]

**EML-B 17-1, Attachment 1 of 7**
**May 1, 2023  3:48 PM**
2_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e18a3231343795b031d103fc791640a40a965fbe942966847154d77f6f672049

Page: 1 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-1, Attachment 1 of 7**
**May 1, 2023  3:48 PM**
2_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e18a3231343795b031d103fc791640a40a965fbe942966847154d77f6f672049

Page: 2 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-1, Attachment 1 of 7**
**May 1, 2023  3:48 PM**
2_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e18a3231343795b031d103fc791640a40a965fbe942966847154d77f6f672049

Page: 3 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EXHIBIT EML-B | p. 254**

**EML-B 17-1, Attachment 1 of 7**
**May 1, 2023  3:48 PM**
2_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e18a3231343795b031d103fc791640a40a965fbe942966847154d77f6f672049

Page: 4 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-1, Attachment 1 of 7**
**May 1, 2023  3:48 PM**
2_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e18a3231343795b031d103fc791640a40a965fbe942966847154d77f6f672049

Page: 5 of 50       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 17-1, Attachment 1 of 7**
**May 1, 2023  3:48 PM**
2_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e18a3231343795b031d103fc791640a40a965fbe942966847154d77f6f672049

Page: 6 of 50       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-1, Attachment 1 of 7**
**May 1, 2023  3:48 PM**
2_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e18a3231343795b031d103fc791640a40a965fbe942966847154d77f6f672049

Page: 7 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EXHIBIT EML-B | p. 258**

**EML-B 17-1, Attachment 1 of 7**
**May 1, 2023  3:48 PM**
2_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e18a3231343795b031d103fc791640a40a965fbe942966847154d77f6f672049

Page: 8 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-1, Attachment 1 of 7**
**May 1, 2023  3:48 PM**
2_1-2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e18a3231343795b031d103fc791640a40a965fbe942966847154d77f6f672049

Page: 9 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 260**

**EML-B 17-1, Attachment 1 of 7**
**May 1, 2023  3:48 PM**
2_1-2.pdf

RE Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: e18a3231343795b031d103fc791640a40a965fbe942966847154d77f6f672049
Page: 10 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-2, Attachment 2 of 7**
**May 1, 2023  3:48 PM**
2_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ddecd590e7527d1ddad2a6652f49ed1737aa85587807760a33fa94019699e81c

Page: 1 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-2, Attachment 2 of 7**
**May 1, 2023  3:48 PM**
2_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ddecd590e7527d1ddad2a6652f49ed1737aa85587807760a33fa94019699e81c

Page: 2 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 17-2, Attachment 2 of 7**
**May 1, 2023  3:48 PM**
2_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ddecd590e7527d1ddad2a6652f49ed1737aa85587807760a33fa94019699e81c

Page: 3 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-2, Attachment 2 of 7**
**May 1, 2023  3:48 PM**
2_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ddecd590e7527d1ddad2a6652f49ed1737aa85587807760a33fa94019699e81c

Page: 4 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-B 17-2, Attachment 2 of 7**
**May 1, 2023  3:48 PM**
2_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ddecd590e7527d1ddad2a6652f49ed1737aa85587807760a33fa94019699e81c

Page: 5 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-2, Attachment 2 of 7**
**May 1, 2023  3:48 PM**
2_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ddecd590e7527d1ddad2a6652f49ed1737aa85587807760a33fa94019699e81c

Page: 6 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-2, Attachment 2 of 7**
**May 1, 2023  3:48 PM**
2_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ddecd590e7527d1ddad2a6652f49ed1737aa85587807760a33fa94019699e81c

Page: 7 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-2, Attachment 2 of 7**
**May 1, 2023  3:48 PM**
2_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ddecd590e7527d1ddad2a6652f49ed1737aa85587807760a33fa94019699e81c

Page: 8 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-2, Attachment 2 of 7**
**May 1, 2023  3:48 PM**
2_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ddecd590e7527d1ddad2a6652f49ed1737aa85587807760a33fa94019699e81c

Page: 9 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 270**

**EML-B 17-2, Attachment 2 of 7**
**May 1, 2023  3:48 PM**
2_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ddecd590e7527d1ddad2a6652f49ed1737aa85587807760a33fa94019699e81c

Page: 10 of 50        [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-3, Attachment 3 of 7**
**May 1, 2023  3:48 PM**
2_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 754791827f74aaf0cc152b514d4106b8902ea4bd45483da80902a4b02d6e3d59

Page: 1 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 272**

**EML-B 17-3, Attachment 3 of 7**
**May 1, 2023  3:48 PM**
2_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 754791827f74aaf0cc152b514d4106b8902ea4bd45483da80902a4b02d6e3d59

Page: 2 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-3, Attachment 3 of 7**
**May 1, 2023  3:48 PM**
2_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 754791827f74aaf0cc152b514d4106b8902ea4bd45483da80902a4b02d6e3d59

Page: 3 of 50       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 274**

**EML-B 17-3, Attachment 3 of 7**
**May 1, 2023  3:48 PM**
2_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 754791827f74aaf0cc152b514d4106b8902ea4bd45483da80902a4b02d6e3d59

Page: 4 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 275**

**EML-B 17-3, Attachment 3 of 7**
**May 1, 2023  3:48 PM**
2_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 754791827f74aaf0cc152b514d4106b8902ea4bd45483da80902a4b02d6e3d59

Page: 5 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-3, Attachment 3 of 7**
**May 1, 2023  3:48 PM**
2_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 754791827f74aaf0cc152b514d4106b8902ea4bd45483da80902a4b02d6e3d59

Page: 6 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-B 17-3, Attachment 3 of 7**
**May 1, 2023  3:48 PM**
2_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 754791827f74aaf0cc152b514d4106b8902ea4bd45483da80902a4b02d6e3d59

Page: 7 of 50       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-3, Attachment 3 of 7**
**May 1, 2023  3:48 PM**
2_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 754791827f74aaf0cc152b514d4106b8902ea4bd45483da80902a4b02d6e3d59

Page: 8 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 279**

**EML-B 17-3, Attachment 3 of 7**
**May 1, 2023  3:48 PM**
2_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 754791827f74aaf0cc152b514d4106b8902ea4bd45483da80902a4b02d6e3d59

Page: 9 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 280**</span>

**EML-B 17-3, Attachment 3 of 7**
**May 1, 2023  3:48 PM**
2_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 754791827f74aaf0cc152b514d4106b8902ea4bd45483da80902a4b02d6e3d59

Page: 10 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-4, Attachment 4 of 7**
**May 1, 2023  3:48 PM**
2_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e1f9a2fd1ed32b321a5cd1bfad23e60459d6696a01ee66aa2ec8c5414d97b650

Page: 1 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 282**

**EML-B 17-4, Attachment 4 of 7**
**May 1, 2023  3:48 PM**
2_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e1f9a2fd1ed32b321a5cd1bfad23e60459d6696a01ee66aa2ec8c5414d97b650

Page: 2 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 17-4, Attachment 4 of 7**
**May 1, 2023  3:48 PM**
2_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e1f9a2fd1ed32b321a5cd1bfad23e60459d6696a01ee66aa2ec8c5414d97b650

Page: 3 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177  page 2

**EXHIBIT EML-B | p. 284**

**EML-B 17-4, Attachment 4 of 7**
**May 1, 2023  3:48 PM**
2_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e1f9a2fd1ed32b321a5cd1bfad23e60459d6696a01ee66aa2ec8c5414d97b650

Page: 4 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-4, Attachment 4 of 7**
**May 1, 2023  3:48 PM**
2_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e1f9a2fd1ed32b321a5cd1bfad23e60459d6696a01ee66aa2ec8c5414d97b650

Page: 5 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-4, Attachment 4 of 7**
**May 1, 2023  3:48 PM**
2_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e1f9a2fd1ed32b321a5cd1bfad23e60459d6696a01ee66aa2ec8c5414d97b650

Page: 6 of 50      [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-4, Attachment 4 of 7**
**May 1, 2023  3:48 PM**
2_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e1f9a2fd1ed32b321a5cd1bfad23e60459d6696a01ee66aa2ec8c5414d97b650

Page: 7 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 288**

**EML-B 17-4, Attachment 4 of 7**
**May 1, 2023  3:48 PM**
2_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e1f9a2fd1ed32b321a5cd1bfad23e60459d6696a01ee66aa2ec8c5414d97b650

Page: 8 of 50       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-4, Attachment 4 of 7**
**May 1, 2023  3:48 PM**
2_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e1f9a2fd1ed32b321a5cd1bfad23e60459d6696a01ee66aa2ec8c5414d97b650

Page: 9 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 290**

**EML-B 17-4, Attachment 4 of 7**
**May 1, 2023  3:48 PM**
2_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: e1f9a2fd1ed32b321a5cd1bfad23e60459d6696a01ee66aa2ec8c5414d97b650

Page: 10 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-5, Attachment 5 of 7**
**May 1, 2023  3:48 PM**
2_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 7b26e231e9037fd214a4d15979d9a3c9e9380e8a426a76c08b97a27556ea4bb4

Page: 1 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 17-5, Attachment 5 of 7**
**May 1, 2023  3:48 PM**
2_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 7b26e231e9037fd214a4d15979d9a3c9e9380e8a426a76c08b97a27556ea4bb4

Page: 2 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-5, Attachment 5 of 7**
**May 1, 2023  3:48 PM**
2_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 7b26e231e9037fd214a4d15979d9a3c9e9380e8a426a76c08b97a27556ea4bb4

Page: 3 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-5, Attachment 5 of 7**
**May 1, 2023  3:48 PM**
2_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 7b26e231e9037fd214a4d15979d9a3c9e9380e8a426a76c08b97a27556ea4bb4

Page: 4 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 17-5, Attachment 5 of 7**
**May 1, 2023  3:48 PM**
2_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 7b26e231e9037fd214a4d15979d9a3c9e9380e8a426a76c08b97a27556ea4bb4

Page: 5 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-5, Attachment 5 of 7**
**May 1, 2023  3:48 PM**
2_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 7b26e231e9037fd214a4d15979d9a3c9e9380e8a426a76c08b97a27556ea4bb4

Page: 6 of 25        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-5, Attachment 5 of 7**
**May 1, 2023  3:48 PM**
2_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 7b26e231e9037fd214a4d15979d9a3c9e9380e8a426a76c08b97a27556ea4bb4

Page: 7 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-5, Attachment 5 of 7**
**May 1, 2023  3:48 PM**
2_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 7b26e231e9037fd214a4d15979d9a3c9e9380e8a426a76c08b97a27556ea4bb4

Page: 8 of 25       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-5, Attachment 5 of 7**
**May 1, 2023  3:48 PM**
2_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 7b26e231e9037fd214a4d15979d9a3c9e9380e8a426a76c08b97a27556ea4bb4

Page: 9 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-5, Attachment 5 of 7**
**May 1, 2023  3:48 PM**
2_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 7b26e231e9037fd214a4d15979d9a3c9e9380e8a426a76c08b97a27556ea4bb4

Page: 10 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-6, Attachment 6 of 7**
**May 1, 2023  3:48 PM**
2_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a409e4d33568c79e6385f38eea12d056e27c44763ffc9df7af63e7b1f3e7a403

Page: 1 of 25        [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 17-6, Attachment 6 of 7**
**May 1, 2023  3:48 PM**
2_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a409e4d33568c79e6385f38eea12d056e27c44763ffc9df7af63e7b1f3e7a403

Page: 2 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 17-6, Attachment 6 of 7**
**May 1, 2023  3:48 PM**
2_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a409e4d33568c79e6385f38eea12d056e27c44763ffc9df7af63e7b1f3e7a403

Page: 3 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177  page 2

**EML-B 17-6, Attachment 6 of 7**
**May 1, 2023  3:48 PM**
2_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a409e4d33568c79e6385f38eea12d056e27c44763ffc9df7af63e7b1f3e7a403

Page: 4 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177  page 2

**EML-B 17-6, Attachment 6 of 7**
**May 1, 2023  3:48 PM**
2_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a409e4d33568c79e6385f38eea12d056e27c44763ffc9df7af63e7b1f3e7a403

Page: 5 of 25        [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-B 17-6, Attachment 6 of 7**
**May 1, 2023  3:48 PM**
2_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a409e4d33568c79e6385f38eea12d056e27c44763ffc9df7af63e7b1f3e7a403

Page: 6 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-6, Attachment 6 of 7**
**May 1, 2023  3:48 PM**
2_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a409e4d33568c79e6385f38eea12d056e27c44763ffc9df7af63e7b1f3e7a403

Page: 7 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-6, Attachment 6 of 7**
**May 1, 2023  3:48 PM**
2_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a409e4d33568c79e6385f38eea12d056e27c44763ffc9df7af63e7b1f3e7a403

Page: 8 of 25        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-B 17-6, Attachment 6 of 7**
**May 1, 2023  3:48 PM**
2_6.pdf

RE Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: a409e4d33568c79e6385f38eea12d056e27c44763ffc9df7af63e7b1f3e7a403
Page: 9 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-B 17-6, Attachment 6 of 7**
**May 1, 2023  3:48 PM**
2_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: a409e4d33568c79e6385f38eea12d056e27c44763ffc9df7af63e7b1f3e7a403

Page: 10 of 25        [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EML-B 17-7, Attachment 7 of 7**
**May 1, 2023  3:48 PM**
2_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 76e170a822219024707bf48a49df6a6e78e2a01eb8858aa49ee7edfd7e2fce36

Page: 1 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-7, Attachment 7 of 7**
**May 1, 2023  3:48 PM**
2_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 76e170a822219024707bf48a49df6a6e78e2a01eb8858aa49ee7edfd7e2fce36

Page: 2 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-7, Attachment 7 of 7**
**May 1, 2023  3:48 PM**
2_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 76e170a822219024707bf48a49df6a6e78e2a01eb8858aa49ee7edfd7e2fce36

Page: 3 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 17-7, Attachment 7 of 7**
**May 1, 2023  3:48 PM**
2_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 76e170a822219024707bf48a49df6a6e78e2a01eb8858aa49ee7edfd7e2fce36

Page: 4 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177  page 2

**EML-B 17-7, Attachment 7 of 7**
**May 1, 2023  3:48 PM**
2_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 76e170a822219024707bf48a49df6a6e78e2a01eb8858aa49ee7edfd7e2fce36

Page: 5 of 25     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EML-B 17-7, Attachment 7 of 7**
**May 1, 2023  3:48 PM**
2_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 76e170a822219024707bf48a49df6a6e78e2a01eb8858aa49ee7edfd7e2fce36

Page: 6 of 25        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-7, Attachment 7 of 7**
**May 1, 2023  3:48 PM**
2_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 76e170a822219024707bf48a49df6a6e78e2a01eb8858aa49ee7edfd7e2fce36

Page: 7 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 17-7, Attachment 7 of 7**
**May 1, 2023  3:48 PM**
2_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 76e170a822219024707bf48a49df6a6e78e2a01eb8858aa49ee7edfd7e2fce36

Page: 8 of 25       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-7, Attachment 7 of 7**
**May 1, 2023  3:48 PM**
2_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 76e170a822219024707bf48a49df6a6e78e2a01eb8858aa49ee7edfd7e2fce36

Page: 9 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 17-7, Attachment 7 of 7**
**May 1, 2023  3:48 PM**
2_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 76e170a822219024707bf48a49df6a6e78e2a01eb8858aa49ee7edfd7e2fce36

Page: 10 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  3:50 PM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 513ed4303f1ff91420a5aa8df35710d62db439e5aa027014edbeac55a4dc6ca0

Page: 1 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Show this to the judge and prosecutor please

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Mon, 01 May 2023 20:50:02 +0000

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:48 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:47 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:46 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:45 PM, Matt Guertin <
MattGuertin@protonmail.com> wrote:

Good afternoon Jill,

Hope you are doing fantastic!

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 322**</span>

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  3:50 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 513ed4303f1ff91420a5aa8df35710d62db439e5aa027014edbeac55a4dc6ca0

Page: 2 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

I've discovered some pretty damning evidence that presents a rather large problem insofar as the report you wrote about me which claims I'm psychotic and delusional.

It's a rather large 'conspiracy' if you logically connect all of the dots of how this would be allowed to take place and how many different multi-national corporations are involved and allowing Microsoft to run rampant with their new AI toys.

I would like for you to do me a favor Jill. Go back and read the email between me and the CEO of Mark Robert's Motion Control I sent you and take notice of the fact that there was a three week span before Assaff Rawner actually ended up replying to my email - the one in which he pointed me to PhotoRobot and said "hey... your invention already exists!" (paraphrasing)

And now realize that what he pointed me to is all complete fraud....as in the entire company is an AI generated fabrication. The videos, their websites, the other websites (the ones I wrote on my wall....), etc. IT'S ALL FAKE

which means I'm not delusional or psychotic Jill. Sorry.

All of the images from their websites are also AI generated.

And for the record I still believe that my safety is at risk due to how many different parties are involved in this and I would like for it to be known that I'm doing perfectly well and happy with life (besides having to deal with this shit...) and I have never contemplated suicide and wouldn't do that. This is obviously all very crazy (dare I say perhaps bordering on "psychotic like crazy"...?) and I think it's not unreasonable why I would be worried about my safety.

I look forward to my competency hearing.

Also let it be known that I intend on attending my hearing IN PERSON and not over Zoom... which I think should be fully understandable considering the circumstances.

That is all. What will follow is further emails which contain proof of my claims.

Thanks again for your services Jill.

Sincerely,

Matthew Guertin

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  3:50 PM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 513ed4303f1ff91420a5aa8df35710d62db439e5aa027014edbeac55a4dc6ca0

Page: 3 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

Sent from ProtonMail mobile

**Attachments:**

| 2_1-6.pdf | 2_1-7.pdf | 3_1.pdf | 3_2.pdf | 3_3.pdf |

**EML-B 18-1, Attachment 1 of 5**
**May 1, 2023  3:50 PM**
2_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ef673b89a8f47a658e2586cf3dde0e8f818dd6fba3791e3a841d29b4cc113562

Page: 1 of 50        [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 325**

**EML-B 18-1, Attachment 1 of 5**
**May 1, 2023  3:50 PM**
2_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ef673b89a8f47a658e2586cf3dde0e8f818dd6fba3791e3a841d29b4cc113562

Page: 2 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 18-1, Attachment 1 of 5**
**May 1, 2023  3:50 PM**
2_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ef673b89a8f47a658e2586cf3dde0e8f818dd6fba3791e3a841d29b4cc113562

Page: 3 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 18-1, Attachment 1 of 5**
**May 1, 2023  3:50 PM**
2_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ef673b89a8f47a658e2586cf3dde0e8f818dd6fba3791e3a841d29b4cc113562

Page: 4 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 18-1, Attachment 1 of 5**
**May 1, 2023  3:50 PM**
2_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ef673b89a8f47a658e2586cf3dde0e8f818dd6fba3791e3a841d29b4cc113562

Page: 5 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 329**

**EML-B 18-1, Attachment 1 of 5**
**May 1, 2023  3:50 PM**
2_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ef673b89a8f47a658e2586cf3dde0e8f818dd6fba3791e3a841d29b4cc113562

Page: 6 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 18-1, Attachment 1 of 5**
**May 1, 2023  3:50 PM**
2_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ef673b89a8f47a658e2586cf3dde0e8f818dd6fba3791e3a841d29b4cc113562

Page: 7 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 331**

**EML-B 18-1, Attachment 1 of 5**
**May 1, 2023  3:50 PM**
2_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ef673b89a8f47a658e2586cf3dde0e8f818dd6fba3791e3a841d29b4cc113562

Page: 8 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 18-1, Attachment 1 of 5**
**May 1, 2023  3:50 PM**
2_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ef673b89a8f47a658e2586cf3dde0e8f818dd6fba3791e3a841d29b4cc113562

Page: 9 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 18-1, Attachment 1 of 5**
**May 1, 2023  3:50 PM**
2_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: ef673b89a8f47a658e2586cf3dde0e8f818dd6fba3791e3a841d29b4cc113562

Page: 10 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 334**

**EML-B 18-2, Attachment 2 of 5**
**May 1, 2023  3:50 PM**
2_1-7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 06cfed0ced7c9d03cb0143dc5ea448d9adcfa2242bc09db6f4dd01482a63af07

Page: 1 of 50       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 18-2, Attachment 2 of 5**
**May 1, 2023  3:50 PM**
2_1-7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 06cfed0ced7c9d03cb0143dc5ea448d9adcfa2242bc09db6f4dd01482a63af07

Page: 2 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 18-2, Attachment 2 of 5**
**May 1, 2023  3:50 PM**
2_1-7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 06cfed0ced7c9d03cb0143dc5ea448d9adcfa2242bc09db6f4dd01482a63af07

Page: 3 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 337**

**EML-B 18-2, Attachment 2 of 5**
**May 1, 2023  3:50 PM**
2_1-7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 06cfed0ced7c9d03cb0143dc5ea448d9adcfa2242bc09db6f4dd01482a63af07

Page: 4 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 18-2, Attachment 2 of 5**
**May 1, 2023  3:50 PM**
2_1-7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 06cfed0ced7c9d03cb0143dc5ea448d9adcfa2242bc09db6f4dd01482a63af07

Page: 5 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 18-2, Attachment 2 of 5**
**May 1, 2023  3:50 PM**
2_1-7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 06cfed0ced7c9d03cb0143dc5ea448d9adcfa2242bc09db6f4dd01482a63af07

Page: 6 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 18-2, Attachment 2 of 5**
**May 1, 2023  3:50 PM**
2_1-7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 06cfed0ced7c9d03cb0143dc5ea448d9adcfa2242bc09db6f4dd01482a63af07

Page: 7 of 50       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

**EML-B 18-2, Attachment 2 of 5**
**May 1, 2023  3:50 PM**
2_1-7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 06cfed0ced7c9d03cb0143dc5ea448d9adcfa2242bc09db6f4dd01482a63af07

Page: 8 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 18-2, Attachment 2 of 5**
**May 1, 2023  3:50 PM**
2_1-7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 06cfed0ced7c9d03cb0143dc5ea448d9adcfa2242bc09db6f4dd01482a63af07

Page: 9 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 18-2, Attachment 2 of 5**
**May 1, 2023  3:50 PM**
2_1-7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 06cfed0ced7c9d03cb0143dc5ea448d9adcfa2242bc09db6f4dd01482a63af07

Page: 10 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 18-3, Attachment 3 of 5**
**May 1, 2023  3:50 PM**
3_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1a704b5649dece2bf38580a480475358f674d61c19f4de03178dd7983b9f9774

Page: 1 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 345**

**EML-B 18-3, Attachment 3 of 5**
**May 1, 2023  3:50 PM**
3_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1a704b5649dece2bf38580a480475358f674d61c19f4de03178dd7983b9f9774

Page: 2 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 346**

**EML-B 18-3, Attachment 3 of 5**
**May 1, 2023  3:50 PM**
3_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1a704b5649dece2bf38580a480475358f674d61c19f4de03178dd7983b9f9774

Page: 3 of 25       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 18-3, Attachment 3 of 5**
**May 1, 2023  3:50 PM**
3_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1a704b5649dece2bf38580a480475358f674d61c19f4de03178dd7983b9f9774

Page: 4 of 25        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 348**

**EML-B 18-3, Attachment 3 of 5**
**May 1, 2023  3:50 PM**
3_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1a704b5649dece2bf38580a480475358f674d61c19f4de03178dd7983b9f9774

Page: 5 of 25      [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 18-3, Attachment 3 of 5**
**May 1, 2023  3:50 PM**
3_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1a704b5649dece2bf38580a480475358f674d61c19f4de03178dd7983b9f9774

Page: 6 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 18-3, Attachment 3 of 5**
**May 1, 2023  3:50 PM**
3_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1a704b5649dece2bf38580a480475358f674d61c19f4de03178dd7983b9f9774

Page: 7 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 18-3, Attachment 3 of 5**
**May 1, 2023  3:50 PM**
3_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1a704b5649dece2bf38580a480475358f674d61c19f4de03178dd7983b9f9774

Page: 8 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 352**

**EML-B 18-3, Attachment 3 of 5**
**May 1, 2023  3:50 PM**
3_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1a704b5649dece2bf38580a480475358f674d61c19f4de03178dd7983b9f9774

Page: 9 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 353**

**EML-B 18-3, Attachment 3 of 5**
**May 1, 2023  3:50 PM**
3_1.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1a704b5649dece2bf38580a480475358f674d61c19f4de03178dd7983b9f9774

Page: 10 of 25        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 354**

**EML-B 18-4, Attachment 4 of 5**
**May 1, 2023  3:50 PM**
3_2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: edf0c502d9f917ad49db4e1a024bd05011960c383034816391925871ea760f67

Page: 1 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 18-4, Attachment 4 of 5**
**May 1, 2023  3:50 PM**
3_2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: edf0c502d9f917ad49db4e1a024bd05011960c383034816391925871ea760f67

Page: 2 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 18-4, Attachment 4 of 5**
**May 1, 2023  3:50 PM**
3_2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: edf0c502d9f917ad49db4e1a024bd05011960c383034816391925871ea760f67

Page: 3 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 18-4, Attachment 4 of 5**
**May 1, 2023  3:50 PM**
3_2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: edf0c502d9f917ad49db4e1a024bd05011960c383034816391925871ea760f67

Page: 4 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 18-4, Attachment 4 of 5**
**May 1, 2023  3:50 PM**
3_2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: edf0c502d9f917ad49db4e1a024bd05011960c383034816391925871ea760f67

Page: 5 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 359**

**EML-B 18-4, Attachment 4 of 5**
**May 1, 2023  3:50 PM**
3_2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: edf0c502d9f917ad49db4e1a024bd05011960c383034816391925871ea760f67

Page: 6 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 360**

**EML-B 18-4, Attachment 4 of 5**
**May 1, 2023  3:50 PM**
3_2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: edf0c502d9f917ad49db4e1a024bd05011960c383034816391925871ea760f67

Page: 7 of 25       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 361**

**EML-B 18-4, Attachment 4 of 5**
**May 1, 2023  3:50 PM**
3_2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: edf0c502d9f917ad49db4e1a024bd05011960c383034816391925871ea760f67

Page: 8 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 18-4, Attachment 4 of 5**
**May 1, 2023  3:50 PM**
3_2.pdf

RE Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: edf0c502d9f917ad49db4e1a024bd05011960c383034816391925871ea760f67
Page: 9 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 18-4, Attachment 4 of 5**

**May 1, 2023  3:50 PM**

3_2.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: edf0c502d9f917ad49db4e1a024bd05011960c383034816391925871ea760f67

Page: 10 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 18-5, Attachment 5 of 5**
**May 1, 2023  3:50 PM**
3_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5211fca094c0590aa382801a0e9e85a0da9e8711cc8c69da41d685d04656c36c

Page: 1 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:24:00 - 00:25:00 "PhotoRobot's Virtual Catwalk - Introduction [short version]"
YouTube < https://www.youtube.com/watch?v=4tcAN-GEm8s >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2023
Cited as prior art for US Patent 11,577,177   page 2

**EXHIBIT EML-B | p. 365**

**EML-B 18-5, Attachment 5 of 5**

**May 1, 2023  3:50 PM**

3_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5211fca094c0590aa382801a0e9e85a0da9e8711cc8c69da41d685d04656c36c

Page: 2 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 18-5, Attachment 5 of 5**
**May 1, 2023  3:50 PM**
3_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5211fca094c0590aa382801a0e9e85a0da9e8711cc8c69da41d685d04656c36c

Page: 3 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:24:00 - 00:25:00 "PhotoRobot's Virtual Catwalk - [introduction (short version)]"
YouTube < https://www.youtube.com/watch?v=4fcAN-GLcmg&t>
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177  page 2

**EML-B 18-5, Attachment 5 of 5**
**May 1, 2023  3:50 PM**
3_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5211fca094c0590aa382801a0e9e85a0da9e8711cc8c69da41d685d04656c36c

Page: 4 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 18-5, Attachment 5 of 5**

**May 1, 2023  3:50 PM**

3_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5211fca094c0590aa382801a0e9e85a0da9e8711cc8c69da41d685d04656c36c

Page: 5 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 18-5, Attachment 5 of 5**
**May 1, 2023  3:50 PM**
3_3.pdf

RE Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 5211fca094c0590aa382801a0e9e85a0da9e8711cc8c69da41d685d04656c36c
Page: 6 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 18-5, Attachment 5 of 5**
**May 1, 2023  3:50 PM**
3_3.pdf

RE Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 5211fca094c0590aa382801a0e9e85a0da9e8711cc8c69da41d685d04656c36c
Page: 7 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 18-5, Attachment 5 of 5**

**May 1, 2023  3:50 PM**

3_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5211fca094c0590aa382801a0e9e85a0da9e8711cc8c69da41d685d04656c36c

Page: 8 of 25      [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 18-5, Attachment 5 of 5**
**May 1, 2023  3:50 PM**
3_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5211fca094c0590aa382801a0e9e85a0da9e8711cc8c69da41d685d04656c36c

Page: 9 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 373**

**EML-B 18-5, Attachment 5 of 5**
**May 1, 2023  3:50 PM**
3_3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5211fca094c0590aa382801a0e9e85a0da9e8711cc8c69da41d685d04656c36c

Page: 10 of 25        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 374**

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  3:50 PM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 0736af7cf9202fb27cb7e8210852a74617e23e6140577d1e7b7dcfc60dded8d6
Page: 1 of 3          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: Show this to the judge and prosecutor please

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Mon, 01 May 2023 20:50:51 +0000

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:50 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:48 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:47 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:46 PM, Matt Guertin <
MattGuertin@protonmail.com> wrote:

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**

**May 1, 2023  3:50 PM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml of: 0736af7cf9202fb27cb7e8210852a74617e23e6140577d1e7b7dcfc60dded8d6

Page: 2 of 3          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:45 PM, Matt Guertin <
MattGuertin@protonmail.com> wrote:

Good afternoon Jill,

Hope you are doing fantastic!

I've discovered some pretty damning evidence that presents a rather large problem insofar as the report you wrote about me which claims I'm psychotic and delusional.

It's a rather large 'conspiracy' if you logically connect all of the dots of how this would be allowed to take place and how many different multi-national corporations are involved and allowing Microsoft to run rampant with their new AI toys.

I would like for you to do me a favor Jill. Go back and read the email between me and the CEO of Mark Robert's Motion Control I sent you and take notice of the fact that there was a three week span before Assaff Rawner actually ended up replying to my email - the one in which he pointed me to PhotoRobot and said "hey... your invention already exists!" (paraphrasing)

And now realize that what he pointed me to is all complete fraud....as in the entire company is an AI generated fabrication. The videos, their websites, the other websites (the ones I wrote on my wall....), etc. IT'S ALL FAKE

which means I'm not delusional or psychotic Jill. Sorry.

All of the images from their websites are also AI generated.

And for the record I still believe that my safety is at risk due to how many different parties are involved in this and I would like for it to be known that I'm doing perfectly well and happy with life (besides having to deal with this shit...) and I have never contemplated suicide and wouldn't do that. This is obviously all very crazy (dare I say perhaps

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 376**

**RE Show This to the Judge and Prosecutor Please**

**May 1, 2023  3:50 PM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 0736af7cf9202fb27cb7e8210852a74617e23e6140577d1e7b7dcfc60dded8d6

Page: 3 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

bordering on "psychotic like crazy"...?) and I think it's not unreasonable why I would be worried about my safety.

I look forward to my competency hearing.

Also let it be known that I intend on attending my hearing IN PERSON and not over Zoom... which I think should be fully understandable considering the circumstances.

That is all. What will follow is further emails which contain proof of my claims.

Thanks again for your services Jill.

Sincerely,

Matthew Guertin

Sent from ProtonMail mobile

**Attachments:**

| 3_4.pdf | 3_5.pdf | 3_6.pdf |

**EXHIBIT EML-B | p. 377**

**EML-B 19-1, Attachment 1 of 3**
**May 1, 2023  3:50 PM**
3_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 2dfd778508758cea8ac128ebb191d91d08eea97fa72b72c927bedae7901a3b45

Page: 1 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 378**

**EML-B 19-1, Attachment 1 of 3**
**May 1, 2023  3:50 PM**
3_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 2dfd778508758cea8ac128ebb191d91d08eea97fa72b72c927bedae7901a3b45

Page: 2 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 19-1, Attachment 1 of 3**
**May 1, 2023  3:50 PM**
3_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 2dfd778508758cea8ac128ebb191d91d08eea97fa72b72c927bedae7901a3b45

Page: 3 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 380**

**EML-B 19-1, Attachment 1 of 3**
**May 1, 2023  3:50 PM**
3_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 2dfd778508758cea8ac128ebb191d91d08eea97fa72b72c927bedae7901a3b45

Page: 4 of 25       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 19-1, Attachment 1 of 3**
**May 1, 2023  3:50 PM**
3_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 2dfd778508758cea8ac128ebb191d91d08eea97fa72b72c927bedae7901a3b45

Page: 5 of 25        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-B 19-1, Attachment 1 of 3**
**May 1, 2023  3:50 PM**
3_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 2dfd778508758cea8ac128ebb191d91d08eea97fa72b72c927bedae7901a3b45

Page: 6 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 19-1, Attachment 1 of 3**
**May 1, 2023  3:50 PM**
3_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 2dfd778508758cea8ac128ebb191d91d08eea97fa72b72c927bedae7901a3b45

Page: 7 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 19-1, Attachment 1 of 3**
**May 1, 2023  3:50 PM**
3_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 2dfd778508758cea8ac128ebb191d91d08eea97fa72b72c927bedae7901a3b45

Page: 8 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 385**</span>

**EML-B 19-1, Attachment 1 of 3**
**May 1, 2023  3:50 PM**
3_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 2dfd778508758cea8ac128ebb191d91d08eea97fa72b72c927bedae7901a3b45

Page: 9 of 25        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 19-1, Attachment 1 of 3**
**May 1, 2023  3:50 PM**
3_4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 2dfd778508758cea8ac128ebb191d91d08eea97fa72b72c927bedae7901a3b45

Page: 10 of 25        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 19-2, Attachment 2 of 3**
**May 1, 2023  3:50 PM**
3_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: bba187d10ea952bb02905f5b016c6c8247376a308cbd67c765037b6057e79f03

Page: 1 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 388**

**EML-B 19-2, Attachment 2 of 3**
**May 1, 2023  3:50 PM**
3_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: bba187d10ea952bb02905f5b016c6c8247376a308cbd67c765037b6057e79f03

Page: 2 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 389**

**EML-B 19-2, Attachment 2 of 3**
**May 1, 2023  3:50 PM**
3_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: bba187d10ea952bb02905f5b016c6c8247376a308cbd67c765037b6057e79f03

Page: 3 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 19-2, Attachment 2 of 3**
**May 1, 2023  3:50 PM**
3_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: bba187d10ea952bb02905f5b016c6c8247376a308cbd67c765037b6057e79f03

Page: 4 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 19-2, Attachment 2 of 3**
**May 1, 2023  3:50 PM**
3_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: bba187d10ea952bb02905f5b016c6c8247376a308cbd67c765037b6057e79f03

Page: 5 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 392**

**EML-B 19-2, Attachment 2 of 3**
**May 1, 2023  3:50 PM**
3_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: bba187d10ea952bb02905f5b016c6c8247376a308cbd67c765037b6057e79f03

Page: 6 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 393**

**EML-B 19-2, Attachment 2 of 3**
**May 1, 2023  3:50 PM**
3_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: bba187d10ea952bb02905f5b016c6c8247376a308cbd67c765037b6057e79f03

Page: 7 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 19-2, Attachment 2 of 3**
**May 1, 2023  3:50 PM**
3_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: bba187d10ea952bb02905f5b016c6c8247376a308cbd67c765037b6057e79f03

Page: 8 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-B 19-2, Attachment 2 of 3**
**May 1, 2023  3:50 PM**
3_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: bba187d10ea952bb02905f5b016c6c8247376a308cbd67c765037b6057e79f03

Page: 9 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 19-2, Attachment 2 of 3**
**May 1, 2023  3:50 PM**
3_5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: bba187d10ea952bb02905f5b016c6c8247376a308cbd67c765037b6057e79f03

Page: 10 of 25       [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-B | p. 397

**EML-B 19-3, Attachment 3 of 3**
**May 1, 2023  3:50 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 1 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:24:00 - 00:25:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 19-3, Attachment 3 of 3**
**May 1, 2023  3:50 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 2 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:24:00 - 00:25:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 19-3, Attachment 3 of 3**
**May 1, 2023  3:50 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 3 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:24:00 - 00:25:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 19-3, Attachment 3 of 3**
**May 1, 2023  3:50 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 4 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 19-3, Attachment 3 of 3**
**May 1, 2023  3:50 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 5 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 19-3, Attachment 3 of 3**
**May 1, 2023  3:50 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 6 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 19-3, Attachment 3 of 3**
**May 1, 2023  3:50 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 7 of 25       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 19-3, Attachment 3 of 3**
**May 1, 2023  3:50 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 8 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 19-3, Attachment 3 of 3**
**May 1, 2023  3:50 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 9 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 19-3, Attachment 3 of 3**
**May 1, 2023  3:50 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 10 of 25       [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  3:51 PM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: f9de84d2c049d87ddf9e358756e13640bdfa6c064525857e1755a18ec32d14ce

Page: 1 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Show this to the judge and prosecutor please

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Mon, 01 May 2023 20:51:58 +0000

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:50 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:50 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:48 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:47 PM, Matt Guertin <
MattGuertin@protonmail.com> wrote:

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 408**

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  3:51 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: f9de84d2c049d87ddf9e358756e13640bdfa6c064525857e1755a18ec32d14ce

Page: 2 of 3       [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:46 PM, Matt Guertin <
MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:45 PM, Matt Guertin <
MattGuertin@protonmail.com> wrote:

Good afternoon Jill,

Hope you are doing fantastic!

I've discovered some pretty damning
evidence that presents a rather large
problem insofar as the report you wrote
about me which claims I'm psychotic and
delusional.

It's a rather large 'conspiracy' if you
logically connect all of the dots of how
this would be allowed to take place and
how many different multi-national
corporations are involved and allowing
Microsoft to run rampant with their new
AI toys.

I would like for you to do me a favor Jill.
Go back and read the email between me
and the CEO of Mark Robert's Motion
Control I sent you and take notice of the
fact that there was a three week span
before Assaff Rawner actually ended up
replying to my email - the one in which
he pointed me to PhotoRobot and said
"hey... your invention already exists!"
(paraphrasing)

And now realize that what he pointed me
to is all complete fraud....as in the entire
company is an AI generated fabrication.
The videos, their websites, the other

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  3:51 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: f9de84d2c049d87ddf9e358756e13640bdfa6c064525857e1755a18ec32d14ce

Page: 3 of 3          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

websites (the ones I wrote on my
wall....), etc. IT'S ALL FAKE

which means I'm not delusional or
psychotic Jill. Sorry.

All of the images from their websites are
also AI generated.

And for the record I still believe that my
safety is at risk due to how many
different parties are involved in this and I
would like for it to be known that I'm
doing perfectly well and happy with life
(besides having to deal with this shit...)
and I have never contemplated suicide
and wouldn't do that. This is obviously all
very crazy (dare I say perhaps bordering
on "psychotic like crazy"...?) and I think
it's not unreasonable why I would be
worried about my safety.

I look forward to my competency
hearing.

Also let it be known that I intend on
attending my hearing IN PERSON and
not over Zoom... which I think should be
fully understandable considering the
circumstances.

That is all. What will follow is further
emails which contain proof of my claims.

Thanks again for your services Jill.

Sincerely,

Matthew Guertin

Sent from ProtonMail mobile

**Attachments:**

[ 3_1-3.pdf ]   [ 3_6.pdf ]   [ 3_7.pdf ]

**EML-B 20-1, Attachment 1 of 3**
**May 1, 2023  3:51 PM**
3_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: cf65252426a9f29790b69f27ad93b6cf54e2e277ef57595c6ef42c049e2d11f4

Page: 1 of 50        [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-B 20-1, Attachment 1 of 3**
**May 1, 2023  3:51 PM**
3_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: cf65252426a9f29790b69f27ad93b6cf54e2e277ef57595c6ef42c049e2d11f4

Page: 2 of 50       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 412**

**EML-B 20-1, Attachment 1 of 3**
**May 1, 2023  3:51 PM**
3_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: cf65252426a9f29790b69f27ad93b6cf54e2e277ef57595c6ef42c049e2d11f4

Page: 3 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 413**

**EML-B 20-1, Attachment 1 of 3**
**May 1, 2023  3:51 PM**
3_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: cf65252426a9f29790b69f27ad93b6cf54e2e277ef57595c6ef42c049e2d11f4

Page: 4 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 20-1, Attachment 1 of 3**
**May 1, 2023  3:51 PM**
3_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: cf65252426a9f29790b69f27ad93b6cf54e2e277ef57595c6ef42c049e2d11f4

Page: 5 of 50       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 415**

**EML-B 20-1, Attachment 1 of 3**
**May 1, 2023  3:51 PM**
3_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: cf65252426a9f29790b69f27ad93b6cf54e2e277ef57595c6ef42c049e2d11f4

Page: 6 of 50       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 416**

**EML-B 20-1, Attachment 1 of 3**

**May 1, 2023  3:51 PM**

3_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: cf65252426a9f29790b69f27ad93b6cf54e2e277ef57595c6ef42c049e2d11f4

Page: 7 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 417**

**EML-B 20-1, Attachment 1 of 3**
**May 1, 2023  3:51 PM**
3_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: cf65252426a9f29790b69f27ad93b6cf54e2e277ef57595c6ef42c049e2d11f4

Page: 8 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 20-1, Attachment 1 of 3**
**May 1, 2023  3:51 PM**
3_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: cf65252426a9f29790b69f27ad93b6cf54e2e277ef57595c6ef42c049e2d11f4

Page: 9 of 50     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 419**

**EML-B 20-1, Attachment 1 of 3**
**May 1, 2023  3:51 PM**
3_1-3.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: cf65252426a9f29790b69f27ad93b6cf54e2e277ef57595c6ef42c049e2d11f4

Page: 10 of 50       [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 420**

**EML-B 20-2, Attachment 2 of 3**
**May 1, 2023  3:51 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 1 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:24:00 - 00:25:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 20-2, Attachment 2 of 3**
**May 1, 2023  3:51 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 2 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:24:00 - 00:25:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 20-2, Attachment 2 of 3**
**May 1, 2023  3:51 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 3 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:24:00 - 00:25:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 20-2, Attachment 2 of 3**
**May 1, 2023  3:51 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 4 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 424**

**EML-B 20-2, Attachment 2 of 3**
**May 1, 2023  3:51 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 5 of 25     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EML-B 20-2, Attachment 2 of 3**
**May 1, 2023  3:51 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 6 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 20-2, Attachment 2 of 3**
**May 1, 2023  3:51 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 7 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 20-2, Attachment 2 of 3**
**May 1, 2023  3:51 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 8 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 20-2, Attachment 2 of 3**
**May 1, 2023  3:51 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 9 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 20-2, Attachment 2 of 3**
**May 1, 2023  3:51 PM**
3_6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 1b554e53fb545ce163995cd1fad63f7b61f606a00031aa7a5357425fed301e22

Page: 10 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 20-3, Attachment 3 of 3**
**May 1, 2023  3:51 PM**
3_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 3792d035ca35fb00bc729c0ba17e64d17d9d3d32bb6d8b89d041055526e35792

Page: 1 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 20-3, Attachment 3 of 3**
**May 1, 2023  3:51 PM**
3_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 3792d035ca35fb00bc729c0ba17e64d17d9d3d32bb6d8b89d041055526e35792

Page: 2 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 432**</span>

**EML-B 20-3, Attachment 3 of 3**
**May 1, 2023  3:51 PM**
3_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 3792d035ca35fb00bc729c0ba17e64d17d9d3d32bb6d8b89d041055526e35792

Page: 3 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 433**

**EML-B 20-3, Attachment 3 of 3**
**May 1, 2023  3:51 PM**
3_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 3792d035ca35fb00bc729c0ba17e64d17d9d3d32bb6d8b89d041055526e35792

Page: 4 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 20-3, Attachment 3 of 3**
**May 1, 2023  3:51 PM**
3_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 3792d035ca35fb00bc729c0ba17e64d17d9d3d32bb6d8b89d041055526e35792

Page: 5 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 20-3, Attachment 3 of 3**
**May 1, 2023  3:51 PM**
3_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 3792d035ca35fb00bc729c0ba17e64d17d9d3d32bb6d8b89d041055526e35792

Page: 6 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 20-3, Attachment 3 of 3**

**May 1, 2023  3:51 PM**

3_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 3792d035ca35fb00bc729c0ba17e64d17d9d3d32bb6d8b89d041055526e35792

Page: 7 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 20-3, Attachment 3 of 3**
**May 1, 2023  3:51 PM**
3_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 3792d035ca35fb00bc729c0ba17e64d17d9d3d32bb6d8b89d041055526e35792

Page: 8 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 20-3, Attachment 3 of 3**
**May 1, 2023  3:51 PM**
3_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 3792d035ca35fb00bc729c0ba17e64d17d9d3d32bb6d8b89d041055526e35792

Page: 9 of 25      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 20-3, Attachment 3 of 3**
**May 1, 2023  3:51 PM**
3_7.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 3792d035ca35fb00bc729c0ba17e64d17d9d3d32bb6d8b89d041055526e35792

Page: 10 of 25       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  3:53 PM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 7db7ca0b82e019e2f59dd8f9960a27b9496a545244bb7a6a1642590a4ee616b3

Page: 1 of 4        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Re: Show this to the judge and prosecutor please**

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Mon, 01 May 2023 20:53:05 +0000

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:51 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:50 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:50 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:48 PM, Matt Guertin <
MattGuertin@protonmail.com> wrote:

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  3:53 PM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 7db7ca0b82e019e2f59dd8f9960a27b9496a545244bb7a6a1642590a4ee616b3

Page: 2 of 4        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:47 PM, Matt Guertin <
MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:46 PM, Matt Guertin <
MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:45 PM, Matt Guertin <
MattGuertin@protonmail.com> wrote:

Good afternoon Jill,

Hope you are doing fantastic!

I've discovered some pretty
damning evidence that
presents a rather large
problem insofar as the report
you wrote about me which
claims I'm psychotic and
delusional.

It's a rather large 'conspiracy'
if you logically connect all of
the dots of how this would be
allowed to take place and how
many different multi-national
corporations are involved and
allowing Microsoft to run
rampant with their new AI
toys.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  3:53 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 7db7ca0b82e019e2f59dd8f9960a27b9496a545244bb7a6a1642590a4ee616b3

Page: 3 of 4      [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

I would like for you to do me a favor Jill. Go back and read the email between me and the CEO of Mark Robert's Motion Control I sent you and take notice of the fact that there was a three week span before Assaff Rawner actually ended up replying to my email - the one in which he pointed me to PhotoRobot and said "hey...your invention already exists!" (paraphrasing)

And now realize that what he pointed me to is all complete fraud....as in the entire company is an AI generated fabrication. The videos, their websites, the other websites (the ones I wrote on my wall....), etc. IT'S ALL FAKE

which means I'm not delusional or psychotic Jill. Sorry.

All of the images from their websites are also AI generated.

And for the record I still believe that my safety is at risk due to how many different parties are involved in this and I would like for it to be known that I'm doing perfectly well and happy with life (besides having to deal with this shit...) and I have never contemplated suicide and wouldn't do that. This is obviously all very crazy (dare I say perhaps bordering on "psychotic like crazy"...?) and I think it's not unreasonable why I would be worried about my safety.

I look forward to my competency hearing.

Also let it be known that I

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**

**May 1, 2023  3:53 PM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 7db7ca0b82e019e2f59dd8f9960a27b9496a545244bb7a6a1642590a4ee616b3

Page: 4 of 4      [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

intend on attending my
hearing IN PERSON and not
over Zoom... which I think
should be fully understandable
considering the circumstances.

That is all. What will follow is
further emails which contain
proof of my claims.

Thanks again for your services
Jill.

Sincerely,

Matthew Guertin


Sent from ProtonMail mobile

**Attachments:**

| 3_1-4.pdf | 3_1-5.pdf | 3_1-6.pdf |

**EML-B 21-1, Attachment 1 of 3**
**May 1, 2023  3:53 PM**
3_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5cfce563ae4b72ce3d636a0b4535e4d30fe3489db16f5fae518fadb352b6b64e

Page: 1 of 50       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 21-1, Attachment 1 of 3**
**May 1, 2023  3:53 PM**
3_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5cfce563ae4b72ce3d636a0b4535e4d30fe3489db16f5fae518fadb352b6b64e

Page: 2 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 446**

**EML-B 21-1, Attachment 1 of 3**
**May 1, 2023  3:53 PM**
3_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5cfce563ae4b72ce3d636a0b4535e4d30fe3489db16f5fae518fadb352b6b64e

Page: 3 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 21-1, Attachment 1 of 3**
**May 1, 2023  3:53 PM**
3_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5cfce563ae4b72ce3d636a0b4535e4d30fe3489db16f5fae518fadb352b6b64e

Page: 4 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 448**

**EML-B 21-1, Attachment 1 of 3**
**May 1, 2023  3:53 PM**
3_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5cfce563ae4b72ce3d636a0b4535e4d30fe3489db16f5fae518fadb352b6b64e

Page: 5 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 21-1, Attachment 1 of 3**

**May 1, 2023  3:53 PM**

3_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5cfce563ae4b72ce3d636a0b4535e4d30fe3489db16f5fae518fadb352b6b64e

Page: 6 of 50       [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EML-B 21-1, Attachment 1 of 3**
**May 1, 2023  3:53 PM**
3_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5cfce563ae4b72ce3d636a0b4535e4d30fe3489db16f5fae518fadb352b6b64e

Page: 7 of 50        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-B | p. 451**</span>

**EML-B 21-1, Attachment 1 of 3**
**May 1, 2023  3:53 PM**
3_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5cfce563ae4b72ce3d636a0b4535e4d30fe3489db16f5fae518fadb352b6b64e

Page: 8 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 452**

**EML-B 21-1, Attachment 1 of 3**
**May 1, 2023  3:53 PM**
3_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5cfce563ae4b72ce3d636a0b4535e4d30fe3489db16f5fae518fadb352b6b64e

Page: 9 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 21-1, Attachment 1 of 3**

**May 1, 2023  3:53 PM**

3_1-4.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 5cfce563ae4b72ce3d636a0b4535e4d30fe3489db16f5fae518fadb352b6b64e

Page: 10 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 21-2, Attachment 2 of 3**
**May 1, 2023  3:53 PM**
3_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 6cf40a796f1d2d5929c9c22eff0fbbe781842ce50c2e028de36e902626212915

Page: 1 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 455**

**EML-B 21-2, Attachment 2 of 3**
**May 1, 2023  3:53 PM**
3_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 6cf40a796f1d2d5929c9c22eff0fbbe781842ce50c2e028de36e902626212915

Page: 2 of 50      [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 456**

**EML-B 21-2, Attachment 2 of 3**
**May 1, 2023  3:53 PM**
3_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 6cf40a796f1d2d5929c9c22eff0fbbe781842ce50c2e028de36e902626212915

Page: 3 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 21-2, Attachment 2 of 3**
**May 1, 2023  3:53 PM**
3_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 6cf40a796f1d2d5929c9c22eff0fbbe781842ce50c2e028de36e902626212915

Page: 4 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 458**

**EML-B 21-2, Attachment 2 of 3**
**May 1, 2023  3:53 PM**
3_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 6cf40a796f1d2d5929c9c22eff0fbbe781842ce50c2e028de36e902626212915

Page: 5 of 50       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-B 21-2, Attachment 2 of 3**
**May 1, 2023  3:53 PM**
3_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 6cf40a796f1d2d5929c9c22eff0fbbe781842ce50c2e028de36e902626212915

Page: 6 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 460**

**EML-B 21-2, Attachment 2 of 3**
**May 1, 2023  3:53 PM**
3_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 6cf40a796f1d2d5929c9c22eff0fbbe781842ce50c2e028de36e902626212915

Page: 7 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 461**

**EML-B 21-2, Attachment 2 of 3**
**May 1, 2023  3:53 PM**
3_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 6cf40a796f1d2d5929c9c22eff0fbbe781842ce50c2e028de36e902626212915

Page: 8 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 21-2, Attachment 2 of 3**
**May 1, 2023  3:53 PM**
3_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 6cf40a796f1d2d5929c9c22eff0fbbe781842ce50c2e028de36e902626212915

Page: 9 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 463**

**EML-B 21-2, Attachment 2 of 3**
**May 1, 2023  3:53 PM**
3_1-5.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 6cf40a796f1d2d5929c9c22eff0fbbe781842ce50c2e028de36e902626212915

Page: 10 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 21-3, Attachment 3 of 3**
**May 1, 2023  3:53 PM**
3_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 05c14190fd6f967013a06079efbd6c80ffebf0caebd9fc32e6cb6666a046e6c9

Page: 1 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 465**

**EML-B 21-3, Attachment 3 of 3**
**May 1, 2023  3:53 PM**
3_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 05c14190fd6f967013a06079efbd6c80ffebf0caebd9fc32e6cb6666a046e6c9

Page: 2 of 50       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:24:00 - 00:25:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 21-3, Attachment 3 of 3**
**May 1, 2023  3:53 PM**
3_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 05c14190fd6f967013a06079efbd6c80ffebf0caebd9fc32e6cb6666a046e6c9

Page: 3 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 467**

**EML-B 21-3, Attachment 3 of 3**
**May 1, 2023  3:53 PM**
3_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 05c14190fd6f967013a06079efbd6c80ffebf0caebd9fc32e6cb6666a046e6c9

Page: 4 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:24:00 - 00:25:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177  page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 468**

**EML-B 21-3, Attachment 3 of 3**
**May 1, 2023  3:53 PM**
3_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 05c14190fd6f967013a06079efbd6c80ffebf0caebd9fc32e6cb6666a046e6c9

Page: 5 of 50       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 469**

**EML-B 21-3, Attachment 3 of 3**
**May 1, 2023  3:53 PM**
3_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 05c14190fd6f967013a06079efbd6c80ffebf0caebd9fc32e6cb6666a046e6c9

Page: 6 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



00:24:00 - 00:25:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177  page 2

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 21-3, Attachment 3 of 3**
**May 1, 2023  3:53 PM**
3_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 05c14190fd6f967013a06079efbd6c80ffebf0caebd9fc32e6cb6666a046e6c9

Page: 7 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 21-3, Attachment 3 of 3**
**May 1, 2023  3:53 PM**
3_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 05c14190fd6f967013a06079efbd6c80ffebf0caebd9fc32e6cb6666a046e6c9

Page: 8 of 50        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 472**

**EML-B 21-3, Attachment 3 of 3**
**May 1, 2023  3:53 PM**
3_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 05c14190fd6f967013a06079efbd6c80ffebf0caebd9fc32e6cb6666a046e6c9

Page: 9 of 50      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-B | p. 473**

**EML-B 21-3, Attachment 3 of 3**
**May 1, 2023  3:53 PM**
3_1-6.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 05c14190fd6f967013a06079efbd6c80ffebf0caebd9fc32e6cb6666a046e6c9

Page: 10 of 50       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  4:02 PM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: bc9a5e2db96ab73d7f3bb53e9946c57244e2530d7b6dcb854d3c3f2876badba4

Page: 1 of 5        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Re: Show this to the judge and prosecutor please**

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Mon, 01 May 2023 21:02:13 +0000

---

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:53 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:51 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:50 PM, Matt Guertin < MattGuertin@protonmail.com> wrote:

Sent from ProtonMail mobile

-------- Original Message --------
On May 1, 2023, 3:50 PM, Matt Guertin <
MattGuertin@protonmail.com> wrote:

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**
May 1, 2023  4:02 PM

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: bc9a5e2db96ab73d7f3bb53e9946c57244e2530d7b6dcb854d3c3f2876badba4

Page: 2 of 5        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

Sent from ProtonMail mobile


-------- Original Message --------
On May 1, 2023, 3:48 PM, Matt Guertin <
MattGuertin@protonmail.com> wrote:



Sent from ProtonMail mobile


-------- Original Message --------
On May 1, 2023, 3:47 PM, Matt Guertin <
MattGuertin@protonmail.com> wrote:



Sent from ProtonMail mobile


-------- Original Message --------
On May 1, 2023, 3:46 PM, Matt Guertin <
MattGuertin@protonmail.com> wrote:



Sent from ProtonMail mobile


-------- Original Message --------
On May 1, 2023, 3:45 PM, Matt
Guertin <
MattGuertin@protonmail.com>
wrote:


Good afternoon Jill,

Hope you are doing
fantastic!

I've discovered some
pretty damning

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  4:02 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: bc9a5e2db96ab73d7f3bb53e9946c57244e2530d7b6dcb854d3c3f2876badba4

Page: 3 of 5        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

evidence that presents a rather large problem insofar as the report you wrote about me which claims I'm psychotic and delusional.

It's a rather large 'conspiracy' if you logically connect all of the dots of how this would be allowed to take place and how many different multi-national corporations are involved and allowing Microsoft to run rampant with their new AI toys.

I would like for you to do me a favor Jill. Go back and read the email between me and the CEO of Mark Robert's Motion Control I sent you and take notice of the fact that there was a three week span before Assaff Rawner actually ended up replying to my email - the one in which he pointed me to PhotoRobot and said "hey... your invention already exists!" (paraphrasing)

And now realize that what he pointed me to is all complete fraud....as in the entire company is an AI generated fabrication. The videos, their websites, the other

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  4:02 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: bc9a5e2db96ab73d7f3bb53e9946c57244e2530d7b6dcb854d3c3f2876badba4

Page: 4 of 5        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

websites (the ones I wrote on my wall....), etc. IT'S ALL FAKE

which means I'm not delusional or psychotic Jill. Sorry.

All of the images from their websites are also AI generated.

And for the record I still believe that my safety is at risk due to how many different parties are involved in this and I would like for it to be known that I'm doing perfectly well and happy with life (besides having to deal with this shit...) and I have never contemplated suicide and wouldn't do that. This is obviously all very crazy (dare I say perhaps bordering on "psychotic like crazy"...?) and I think it's not unreasonable why I would be worried about my safety.

I look forward to my competency hearing.

Also let it be known that I intend on attending my hearing IN PERSON and not over Zoom... which I think should be fully understandable considering the circumstances.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  4:02 PM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: bc9a5e2db96ab73d7f3bb53e9946c57244e2530d7b6dcb854d3c3f2876badba4

Page: 5 of 5        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

That is all. What will
follow is further
emails which contain
proof of my claims.

Thanks again for
your services Jill.

Sincerely,

Matthew Guertin


Sent from ProtonMail
mobile

**Attachments:**

PhotoRobot_Checkerboard_Artifacts_Examined.pdf

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 22-1, Attachment 1 of 1**
**May 1, 2023  4:02 PM**
PhotoRobot_Checkerboard_Artifacts_Examined.pdf

RE Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a
Page: 1 of 11        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 22-1, Attachment 1 of 1**
**May 1, 2023  4:02 PM**
PhotoRobot_Checkerboard_Artifacts_Examined.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a

Page: 2 of 11        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Where did her right thumb go?
She has her right hand on her 'hip'
but not if you look closer - it is actually
lodged underneath her right breast...
It is a completely unnatural human
pose - TRY POSING LIKE THIS

And whats up with her deformed,
extra long wrist?

PAGE 44 from PhotoRobot.com product brochure





Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 481**

**EML-B 22-1, Attachment 1 of 1**
**May 1, 2023  4:02 PM**
PhotoRobot_Checkerboard_Artifacts_Examined.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a

Page: 3 of 11        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

PAGE 44 from PhotoRobot Product Brochure PDF






**EXHIBIT EML-B | p. 482**

**EML-B 22-1, Attachment 1 of 1**

**May 1, 2023  4:02 PM**

PhotoRobot_Checkerboard_Artifacts_Examined.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a

Page: 4 of 11      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



PAGE 3 from PhotoRobot.com
'Virtual Catwalk' product brochure
PDF downloaded from their website

All I did to generate the image on
the right is crank the RGB levels all
the way up



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-B 22-1, Attachment 1 of 1**
**May 1, 2023  4:02 PM**
PhotoRobot_Checkerboard_Artifacts_Examined.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a

Page: 5 of 11        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Page 5 from 'Virtual Catwalk' product brochure

**EXHIBIT EML-B | p. 484**

**EML-B 22-1, Attachment 1 of 1**
**May 1, 2023  4:02 PM**
PhotoRobot_Checkerboard_Artifacts_Examined.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a

Page: 6 of 11        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Page 5 from 'Virtual Catwalk' product brochure

**EXHIBIT EML-B | p. 485**

**EML-B 22-1, Attachment 1 of 1**
**May 1, 2023  4:02 PM**
PhotoRobot_Checkerboard_Artifacts_Examined.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a

Page: 7 of 11        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 22-1, Attachment 1 of 1**
**May 1, 2023  4:02 PM**
PhotoRobot_Checkerboard_Artifacts_Examined.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a

Page: 8 of 11        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



EXHIBIT EML-B | p. 487

**EML-B 22-1, Attachment 1 of 1**
**May 1, 2023  4:02 PM**
PhotoRobot_Checkerboard_Artifacts_Examined.pdf

RE Show This to the Judge and Prosecutor Please
SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a
Page: 9 of 11        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 488**

**EML-B 22-1, Attachment 1 of 1**
**May 1, 2023  4:02 PM**
PhotoRobot_Checkerboard_Artifacts_Examined.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a

Page: 10 of 11        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-B 22-1, Attachment 1 of 1**

**May 1, 2023  4:02 PM**

PhotoRobot_Checkerboard_Artifacts_Examined.pdf

RE Show This to the Judge and Prosecutor Please

SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a

Page: 11 of 11       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**
**May 1, 2023  4:06 PM**

From: Jill.Rogstad@courts.state.mn.us
To:   MattGuertin@protonmail.com
SHA-256 Hash of .eml: 676ce5d8961b9cb3a34644645f4a08ea69db085ee5f34272060fa03a456c0a0a

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### RE: [EXTERNAL] Show this to the judge and prosecutor please

**From:** "Rogstad, Jill"
**To:** Matt Guertin
**Date:** Mon, 01 May 2023 21:06:45 +0000

Good afternoon, Mr. Guertin:

I have received a number of email messages from you within the past week. I am responding to direct you to please stop sending me messages. I will not respond to any further communication. As was explained at the time of the interview, my role within the proceedings is very limited. It is to provide an opinion to the Court, not show any documents or materials to any of the other parties. I would refer you to your attorney to determine how best to handle the materials you sent. Your attorney is also the appropriate person to communicate with the Court and myself about these matters in advance of the upcoming hearing.

Best regards,

Jill E. Rogstad, Ph.D., LP, ABPP (Forensic)
Senior Clinical Forensic Psychologist
Board Certified in Forensic Psychology, American Board of Professional Psychology
(she/her/hers)
Fourth Judicial District and Regional Psychological Services
Phone: (612) 394-0937

*Should you receive correspondence from me after business hours or while you are out of the office, please protect your time and wait to respond until you are next working. Please note I do not regularly check emails on evenings, weekends, or holidays.*

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE Show This to the Judge and Prosecutor Please**

**May 1, 2023  7:37 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 1b4e4e4b3f0fb8e47ddbd016291142385e3a282e9f5417c84d7b6cd98d87c75a

Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: [EXTERNAL] Show this to the judge and prosecutor please

**From:** Matt Guertin
**To:** Jill.Rogstad@courts.state.mn.us
**Date:** Tue, 02 May 2023 00:37:48 +0000

Well make sure you mention these 'unsolicited emails' at the hearing and talk about how much sense they don't make as you move forward with a report that's obviously false and an egregious misrepresentation of the meeting we had and the prior information I shared with you which you were so quick to discount.

I don't know if you've analyzed your own report but there are many different points where you specifically discuss me asking relevant questions and you make it very clear that I am obviously competent but you then go on to say that the reason I'm 'incompetent' is because of your own personal opinions of the evidence I have.

You use words like 'meandering' to describe very clear and relevant information I provided you with in regards to the police report I filed 9 days before the incident for example.

You never make any mention at all about the fact that there were other events involved leading up to the incident at my apartment such as when you asked me "when did you first think your safety was at risk?" to which I replied and told you about my discovery of the fraud taking place at the internet archive on December 24th.

If I didn't know any better I'd say you are intentionally misrepresenting the facts as opposed to just not understanding what I believe is very clear and coherent information I provided you with.

I sent you emails before our meeting and you reply and tell me that isn't the appropriate forum and so I oblige only to have you completely twist up and misrepresent pretty much everything we discussed. I see what you did there...

I will respect your wishes and not send you any more emails.

Thanks for your time and sorry for bothering you.


~Matt Guertin




Sent from ProtonMail mobile



-------- Original Message --------
On May 1, 2023, 4:06 PM, Rogstad, Jill < Jill.Rogstad@courts.state.mn.us> wrote:

> Good afternoon, Mr. Guertin:
>
> I have received a number of email messages from you within the past week. I am responding to direct you to

---

**RE Show This to the Judge and Prosecutor Please**

**May 1, 2023  7:37 PM**

From: MattGuertin@protonmail.com
To:   Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 1b4e4e4b3f0fb8e47ddbd016291142385e3a282e9f5417c84d7b6cd98d87c75a

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

please stop sending me messages. I will not respond to any further communication. As was explained at the time of the interview, my role within the proceedings is very limited. It is to provide an opinion to the Court, not show any documents or materials to any of the other parties. I would refer you to your attorney to determine how best to handle the materials you sent. Your attorney is also the appropriate person to communicate with the Court and myself about these matters in advance of the upcoming hearing.

Best regards,

Jill E. Rogstad, Ph.D., LP, ABPP (Forensic)
Senior Clinical Forensic Psychologist
Board Certified in Forensic Psychology, American Board of Professional Psychology
(she/her/hers)
Fourth Judicial District and Regional Psychological Services
Phone: (612) 394-0937

*Should you receive correspondence from me after business hours or while you are out of the office, please protect your time and wait to respond until you are next working. Please note I do not regularly check emails on evenings, weekends, or holidays.*

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**The Matt Guertin Show**

**Sep 25, 2023  9:51 AM**

From: MattGuertin@protonmail.com
To:  Jill.Rogstad@courts.state.mn.us
SHA-256 Hash of .eml: 431bce7fc8824cdd79289dc7c59b728628a6469a6b70efa21d504d4c312fe971
Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**The Matt Guertin Show**

**From:** Matt Guertin
**To:** jill.rogstad@courts.state.mn.us
**Date:** Mon, 25 Sep 2023 14:51:32 +0000

Hello Jill !  :-)

I won't forget to include you in the show as well.
https://mattguertin.substack.com/p/infiniset-ceo-finally-tries-chatgpt
https://mattguertin.substack.com/p/dear-eyeline-studios-netflix

I am getting a crazy amount of views so you are sure to receive plenty of praise for your honest, truthful, objective, and precision diagnosis skill set.

All I did was feed chatGPT various inputs of information regarding my patent, current situation, etc. and it arrived at this conclusion all on its own....crazy huh?

Wait until you see what it thinks about you forensic examination report based on also providing it with all of the emails and evidence I sent to you as additional data inputs for the purpose of an overall analysis

I hope you are doing fantastic and I appreciate you simply because you are you  :-)

All the best,

Sincerely,
Matthew Guertin

(HE/HIM/HIS/DUDE/MAN/GUY/MALE)

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE The Matt Guertin Show**
**Sep 25, 2023  11:36 AM**

From: Jill.Rogstad@courts.state.mn.us
To:  MattGuertin@protonmail.com
SHA-256 Hash of .eml: 58d2605fb6407607f248ac70decebd954a1c6d0dea0b471225e0e3b7698d90af

Page: 1 of 1          [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

---

### RE: [EXTERNAL] The Matt Guertin Show

**From:** "Rogstad, Jill"
**To:** Matt Guertin
**Date:** Mon, 25 Sep 2023 16:36:11 +0000

---

Good morning, Mr. Guertin:

My involvement in your case is complete. As a result, continued communications are no longer appropriate. During a previous communication, I provided this information and requested no further contact. Consequently, I will no longer respond to messages and will be blocking your contact information.

Regards,
Dr. Rogstad

Jill E. Rogstad, Ph.D., LP, ABPP
Senior Clinical Forensic Psychologist
Training Director, Fourth Judicial District Postdoctoral Fellowship in Forensic Psychology
Board Certified in Forensic Psychology, American Board of Professional Psychology
(she/her/hers)
Fourth Judicial District and Regional Psychological Services
Phone: (612) 394-0937

*Should you receive correspondence from me after business hours or while you are out of the office, please protect your time and wait to respond until you are next working. Please note I do not regularly check emails on evenings, weekends, or holidays.*

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-B | p. 495**