# EXHIBIT EML-C

# EXHIBIT EML-C

Digitally Authenticated, Automated **LinkedIn Email Messages Confirming Extensive Surveillance** by Government, Corporate, Military, Medical, Defense, Intelligence, Entertainment, and Financial Entities.

All of them conducting searches for Plaintiff's unfinished, non-promoted, never used LinkedIn page, and where search number spikes, along with specific entities, all align seamlessly with Plaintiff's initial patent and business dealings, and then later his Fourth Judicial District Court criminal proceedings.

---

## <u>TABLE OF CONTENTS</u>

**Page**

**A**     **Plaintiff's LinkedIn 'Search and Count' Visual Graph**
*A vertical graph with number of searches (circled), and entity when avaialble* .................. 1

**1**     **Dec 26, 2020**
*You appeared in 4 searches this week* ..................................................................... 6

**2**     **Jan 9, 2021**
*You appeared in 2 searches this week* ..................................................................... 7

**3**     **Mar 15, 2021**
*You appeared in 9 searches this week* ..................................................................... 8

**4**     **Mar 30, 2021**
*You appeared in 17 searches this week* ................................................................... 9

**5**     **Apr 19, 2021**
*Fox Entertainment / Fox Networks Group* ............................................................. 10

**6**     **May 10, 2021**
*You appeared in 2 searches this week* ................................................................... 11

**7**     **Sep 10, 2021**
*You appeared in 3 searches this week* ................................................................... 12

**8**     **Sep 17, 2021**
*You appeared in 2 searches this week* ................................................................... 13

**9**     **Oct 18, 2021**
*You appeared in 14 searches this week* ................................................................. 14

**10**     **Nov 14, 2021**
*You appeared in 8 searches this week* ................................................................... 15

**11**     **Nov 23, 2021**
*UKG (Ultimate Kronos Group)* ........................................................................... 16

**12**     **Nov 28, 2021**
*United States Air Force Academy* ........................................................................ 17

**13**     **Dec 12, 2021**
*You appeared in 17 searches this week* ................................................................. 18

# TABLE OF CONTENTS

(continued)

**14**    **Dec 26, 2021**
*You appeared in 2 searches this week* ....................................................... 19

**15**    **Jan 9, 2022**
*Brigham and Womens Hospital* ................................................................ 20

**16**    **Jan 16, 2022**
*United States Air Force* ............................................................................ 21

**17**    **Feb 27, 2022**
*John Hopkins Bloomberg School of Public Health* ................................... 22

**18**    **Mar 13, 2022**
*You appeared in 3 searches this week* ....................................................... 23

**19**    **Mar 20, 2022**
*You appeared in 2 searches this week* ....................................................... 24

**20**    **Mar 27, 2022**
*You appeared in 14 searches this week* ..................................................... 25

**21**    **Apr 1, 2022**
*You appeared in 19 searches this week* ..................................................... 26

**22**    **Apr 8, 2022**
*You appeared in 10 searches this week* ..................................................... 27

**23**    **Apr 16, 2022**
*Inhance Digital* ...................................................................................... 28

**24**    **Apr 23, 2022**
*Gentle Giant Studios* ............................................................................... 29

**25**    **May 1, 2022**
*Thermo Fisher Scientific* ......................................................................... 30

**26**    **May 8, 2022**
*You appeared in 4 searches this week* ....................................................... 31

**27**    **May 15, 2022**
*You appeared in 3 searches this week* ....................................................... 32

**28**    **May 21, 2022**
*UPtv* ....................................................................................................... 33

**29**    **May 28, 2022**
*You appeared in 5 searches this week* ....................................................... 34

**30**    **Jun 4, 2022**
*University of Ottawa / The Ottawa Hospital / Realize Medical Inc.* ................ 35

**31**    **Jun 19, 2022**
*You appeared in 2 searches this week* ....................................................... 36

# TABLE OF CONTENTS
### (continued)

**32**  **Jul 3, 2022**
*You appeared in 4 searches this week* .................................................................…..………….. 37

**33**  **Jul 17, 2022**
*United States Department of the Air Force* ............................................................ 38

**34**  **Jul 24, 2022**
*You appeared in 2 searches this week* ................................................................... 39

**35**  **Jul 31, 2022**
*Datadog* ..................................................................….................................... 40

**36**  **Aug 21, 2022**
*You appeared in 2 searches this week* ...............…..…............................................. 41

**37**  **Aug 28, 2022**
*You appeared in 4 searches this week* ................................................................... 42

**38**  **Sep 3, 2022**
*Silverstein Properties* .................................................................................... 43

**39**  **Sep 10, 2022**
*UKG / Kronos Incorporated* ............................................................................. 44

**40**  **Sep 17, 2022**
*You appeared in 2 searches this week* ..............…..…............................................... 45

**41**  **Sep 24, 2022**
*Hubbard Broadcasting, Inc. / REELZ / ACT Emergency Services Agency* ......................... 46

**42**  **Oct 1, 2022**
*You appeared in 3 searches this week* ...............................................…..………........... 47

**43**  **Oct 8, 2022**
*You appeared in 4 searches this week* ................................................................... 48

**44**  **Oct 15, 2022**
*You appeared in 9 searches this week* ................................................................... 49

**45**  **Oct 22, 2022**
*You appeared in 2 searches this week* ................................................................... 50

**46**  **Oct 29, 2022**
*You appeared in 4 searches this week* ................................................................... 51

**47**  **Nov 5, 2022**
*You appeared in 2 searches this week* ................................................................... 52

**48**  **Nov 19, 2022**
*Madison Square Garden Entertainment Corp.* ....................................................... 53

**49**  **Nov 26, 2022**
*You appeared in 4 searches this week* ................................................................... 54

## TABLE OF CONTENTS

(continued)

**50**   **Dec 3, 2022**
*You appeared in 1 search this week* ................................................................. 55

**51**   **Dec 10, 2022**
*You appeared in 1 search this week* ................................................................. 56

**52**   **Dec 17, 2022**
*United States Army Reserve / USC School of Cinematic Arts / UKG* ............................ 57

**53**   **Dec 24, 2022**
*Epic Games / Exeter Hospital* ........................................................................ 58

**54**   **Dec 31, 2022**
*Bain and Company* ..................................................................................... 59

**55**   **Jan 7, 2023**
*Morgan Stanley* ......................................................................................... 60

**56**   **Jan 14, 2023**
*You appeared in 3 searches this week* ............................................................... 61

**57**   **Jan 21, 2023**
*Forcepoint / 3GIMBALS / FOX Corporation* ....................................................... 62

**58**   **Jan 28, 2023**
*A&E Networks* .......................................................................................... 63

**59**   **Feb 5, 2023**
*USC School of Cinematic Arts / Sensi Media Group, LLC / UKG* ................................. 64

**60**   **Feb 11, 2023**
*NFL Network / UnitedHealth Group / Kimberly-Clark* ............................................. 65

**61**   **Feb 18, 2023**
*You appeared in 3 searches this week* ............................................................... 66

**62**   **Feb 25, 2023**
*Uber Freight* ............................................................................................. 67

**63**   **Mar 4, 2023**
*You appeared in 11 searches this week* .............................................................. 68

**64**   **Mar 11, 2023**
*You appeared in 2 searches this week* ............................................................... 69

**65**   **Mar 18, 2023**
*You appeared in 12 searches this week* .............................................................. 70

**66**   **Mar 25, 2023**
*Worcester State University* ............................................................................. 71

**67**   **Apr 1, 2023**
*You appeared in 5 searches this week* ............................................................... 72

**TABLE OF CONTENTS**

(continued)

68    **Apr 8, 2023**
*Triple, Inc.* ............................................................................. 73

69    **Apr 15, 2023**
*University of Rhode Island* ....................................................... 74

70    **Apr 21, 2023**
*Newsmax Media, Inc. / Relievant Medsystems, Inc.* ....................... 75

71    **Apr 28, 2023**
*FOX Corporation* ................................................................... 76

72    **May 5, 2023**
*Janes Defence / Pixxel Space / Boise State* ................................. 77

73    **May 13, 2023**
*Gersh Agency / Forbes Councils / Fabian Oil* ............................... 78

74    **May 20, 2023**
*Cape Cod Community College / Bay Path University* ....................... 79

75    **May 27, 2023**
*Lockheed Martin* ................................................................... 80

76    **Jun 3, 2023**
*You appeared in 6 searches this week* ....................................... 81

77    **Jun 10, 2023**
*KBR, Inc. / Cape Cod Community College / Bay Path University* ....... 82

78    **Jun 17, 2023**
*Origami* ............................................................................. 83

79    **Jun 24, 2023**
*You appeared in 10 searches. Review searchers.* .......................... 84

80    **Jun 30, 2023**
*You appeared in 2 searches. Review searchers.* ............................ 85

81    **Jul 7, 2023**
*Spillt* ................................................................................ 86

82    **Jul 20, 2023**
*State of Rhode Island* ............................................................ 87

83    **Jul 27, 2023**
*You appeared in 7 searches this week* ....................................... 88

84    **Aug 3, 2023**
*DARPA / Defense Intelligence Agency / U.S. Indo-Pacific Command* ...... 89

85    **Aug 11, 2023**
*U.S. Department of State / United States Air Force* ....................... 90

## TABLE OF CONTENTS

(continued)

**86**   **Aug 18, 2023**
*You appeared in 3 searches this week* ................................................................. 91

**87**   **Aug 25, 2023**
*You appeared in 5 searches this week* ................................................................. 92

**88**   **Aug 31, 2023**
*Moodys Anlaytics* ...................................................................................... 93

**89**   **Sep 7, 2023**
*You appeared in 3 searches* ............................................................................ 94

**90**   **Sep 14, 2023**
*You appeared in 6 searches* ............................................................................ 95

**91**   **Sep 21, 2023**
*Lockheed Martin* ....................................................................................... 96

**92**   **Sep 28, 2023**
*DARPA / Henry Street Settlement* ...................................................................... 97

**93**   **Oct 5, 2023**
*Warner Bros. Discovery / Uber Freight / WarnerMedia / Chemistry* ............................... 98

**94**   **Oct 12, 2023**
*HealthEdge / Silver Spoon* ............................................................................. 99

**95**   **Oct 19, 2023**
*You appeared in 2 searches* ........................................................................... 100

**96**   **Oct 26, 2023**
*You appeared in 8 searches* ........................................................................... 101

**97**   **Nov 2, 2023**
*You appeared in 5 searches* ........................................................................... 102

**98**   **Nov 9, 2023**
*Sphere Entertainment Co.* ............................................................................. 103

**99**   **Nov 16, 2023**
*You appeared in 4 searches* ........................................................................... 104

**LinkedIn Search and Count Graph - 01**
**Plaintiff's dormant, never finished, never promoted 'MattGuertin612' LinkedIn page search history**



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-C | p. 1**

**LinkedIn Search and Count Graph - 02**
**Plaintiff's dormant, never finished, never promoted 'MattGuertin612' LinkedIn page search history**



9/10/2021 ③
9/17/2021 ②
10/18/2021 ⑭

**Official Netflix press release**
acquisition of Scanline VFX & Eyeline Studios
approximately $100,000,000 paid to Trojansky
11/14/2021 ⑧
11/22/2021
**UKG (Ultimate Kronos Group) 1st *SEARCH*** 11/23/2021 ③
**US Air Force 1st *SEARCH*** 11/28/2021 ⑭

12/12/2021 ⑰

This time frame that has both ends capped
with searches by the US Air Force just
so happens to coincide with me beginning
my search for a local welder who could help
me complete the welding of my prototype.
This would ultimately end up with me
getting in touch with a welder very near my
apartment who was self proclaimed former
US Military & Central Intelligence Agency

12/26/2021 ②

**Brigham and Women's Hospital *SEARCH*** 1/9/2022 ⑤
**US Air Force 2nd *SEARCH*** 1/16/2022 ③

**Prototype welding completed** 1/31/2022

**Google** steals trademarked 'InfiniSet' name
and they've been flooding the search results for it ever since
2/10/2022

**John Hopkins Bloomberg *SEARCH*** 2/27/2022

**I file my patent application** 3/13/2022 ③
3/18/2022
and end up adding to it everything needed to essentially 'kill'
the Netflix patent application – which I would discover later 3/20/2022 ②
**Netflix files patent application** 3/27/2022 ⑭
3/30/2022
19 searches in one week is the 2nd most LinkedIn searches of all time 4/1/2022 ⑲
**Netflix pays Trojansky approximately $100mil**
in their publicly available 'Q1-2022 Netflix Investors Report' on page 5 4/8/2022 ⑩

**Inhance Digital *SEARCH*** 4/16/2022
connected with US Air Force virtual reality projects 4/23/2022 ③
**Gentle Giant Studios *SEARCH***
directly connected to Trojansky, Netflix, and Paul Debevec
**Thermo Fisher Scientific *SEARCH*** 5/1/2022 ⑩
CEO Marc Casper is a World Economic Forum member 5/8/2022 ④

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-C | p. 2**

# LinkedIn Search and Count Graph - 03
**Plaintiff's dormant, never finished, never promoted 'MattGuertin612' LinkedIn page search history**



**UPtv *SEARCH***
direct connection to Netflix through Alan Sokol
connection to US Gov & Air Force through Tom Daschle

**Realize Medical *SEARCH***
Ottawa Hospital & University *SEARCH*
All 3 located in Ottawa - Realize Medical is VR Surgery

**US Air Force 3rd *SEARCH***

I attend 'Bolt CInecam' workshop in Minneapolis

**Datadog *SEARCH***
Specialize in software based monitoring and security services
Connections to Fox and many big tech companies including Google

**Silverstein Properties *SEARCH***
9/11 symbology prominent in PhotoRobot evidence I collected

**Kronos and UKG 2nd *SEARCH***
Kronos no longer exists - search is being conducted with old LinkedIn account

**Hubbard Broadcasting & Reelz *SEARCH***
Australian Capital Territory *SEARCH*

**I Contact Mark Roberts Motion Control**
to get assistance with 3d model of their robotic camera

**Mark Roberts Motion CEO Assaf Rawner Replies**
points me to PhotoRobot.com/robots/VirtualCatwalk

**I discover Netflix patent application**
and realize it was filed 12 days later than mine...

**MSG Entertainment 1st *SEARCH***

**I realize there is fraud occurring**
I create WebArchive account & snapshot entire PhotoRobot site
I dedicate all of my time to collecting digital forensic evidence
from this point until my police 'standoff' on January 21st 2023

**USC Cinema, US Army & 3rd UKG *SEARCH***
USC-ICT and Paul Debevec receive research funding from the US Army

**Epic Games and Exeter Hospital *SEARCH***
BILH CEO Kevin Tabb emigrated to Israel at age 18 to serve in the IDF

**Bain and Company *SEARCH***
CEO Orit Gadiesh served in Israeli Army as an assistant to Ezer Weizman
and also serves on the World Economic Forum Board Of Trustee's

**Morgan Stanley *SEARCH***

**Visit Minnetonka Police - Case #23-000151**

Dates (top to bottom): 5/8/2022, 5/15/2022, 5/21/2022, 5/28/2022, 6/4/2022, 6/19/2022, 7/3/2022, 7/17/2022, 7/24/2022, 7/31/2022, 8/21/2022, 8/28/2022, 9/3/2022, 9/10/2022, 9/17/2022, 9/24/2022, 10/1/2022, 10/8/2022, 10/15/2022, 10/22/2022, 10/29/2022, 10/31/2022, 11/5/2022, 11/8/2022, 11/19/2022, 11/26/2022, 12/3/2022, 12/9/2022, 12/10/2022, 12/17/2022, 12/24/2022, 12/31/2022, 1/7/2023, 1/12/2023

**EXHIBIT EML-C | p. 3**

**LinkedIn Search and Count Graph - 04**
**Plaintiff's dormant, never finished, never promoted 'MattGuertin612' LinkedIn page search history**



12/3/2022

**I realize there is fraud occurring**
I create WebArchive account & snapshot entire PhotoRobot site
I dedicate all of my time to collecting digital forensic evidence
from this point until my police 'standoff' on January 21st 2023

12/9/2022  (1)
12/10/2022

**USC Cinema, US Army & 3rd UKG  *SEARCH***
USC-ICT and Paul Debevec receive research funding from the US Army

12/17/2022  (9)

**Epic Games and Exeter Hospital  *SEARCH***
BILH CEO Kevin Tabb emigrated to Israel at age 18 to serve in the IDF

12/24/2022  (10)

**Bain and Company  *SEARCH***
CEO Orit Gadiesh served in Israeli Army as an assistant to Ezer Weizman
and also serves on the World Economic Forum Board Of Trustee's

12/31/2022  (3)

**Morgan Stanley  *SEARCH***

1/7/2023  (5)

**Visit Minnetonka Police - Case #23-000151**

1/12/2023
1/14/2023  (3)

Speak to US Secret Service agent about fraud for 22 min

1/15/2023
The Fake Ai People Are Found and I'm becoming freaked tf out     1/18/2023

**My 'standoff' With Police & SWAT**
FORCEPOINT, 3Gimbals and 2nd Fox  *SEARCH*
1st court appearance in custody - POST $50k BAIL

1/21/2023

1/25/2023

**A&E Networks *SEARCH***
A&E is another Walt Disney owned company...

1/28/2023  (6)

**SensiMedia, 2nd USC Cinema & 4th UKG  *SEARCH***
Painted my apartment and completely moved everything out

2/5/2023

**NFL Network, Kimberly Clark & UnitedHealth  *SEARCH***
UnitedHealth CEO Andrew Witty is a World Economic Forum member
**I'm officially granted my first ever patent**
US 11,577,177 B2
3rd Party Prior Art Submission against Netflix approved

2/11/2023  (11)
2/14/2023
2/18/2023  (3)
2/20/2023

**Uber Freight 1st  *SEARCH***
CEO Lior Ron was born in Israel and served in the IDF from 1997 - 2004
previous employment includes Product Lead for Google Maps

2/25/2023  (5)

After visiting with a forensic psychologist for the courts
I'm deemed 'incompetent to stand trial' with a diagnosis
of 'Unknown Schizophrenic or other Psychotic Disorder'

3/4/2023  (11)

3/10/2023
3/11/2023  (2)

3/18/2023  (12)

**Worcester State University  *SEARCH***

3/25/2023  (10)

4/1/2023

**Raytheon manufacturer**
**Triple Inc *SEARCH***

4/8/2023  (5)

**University of Rhode Island  *SEARCH***
the State of Rhode Island also searches on 7/20/2023

4/15/2023  (2)

**Newsmax & Relievant Medical  *SEARCH***

4/21/2023

**FOX Corporation 3rd  *SEARCH***

4/28/2023  (5)

**I file fraud report with the FTC & FBI**     5/3/2023
Janes Defence, Boise State & Pixxel  *SEARCH*     5/5/2023

(6)

**Gersh Agency, Forbes & Fabian Oil  *SEARCH***

5/13/2023

**I file fraud report with SFO in the UK**     5/19/2023
Bay Path University, Cape Cod Community College *SEARCH*     5/20/2023
Monomoy Regional School District  *SEARCH*

(11)

**Lockheed Martin 1st  *SEARCH***
Lockheed Martin has a direct USC connection

5/27/2023  (8)

**KBR Inc (Halliburton)  *SEARCH***
**Bay Path University  *SEARCH***
Cape Cod Community College  *SEARCH*
Monomoy Regional School District  *SEARCH*

6/3/2023  (6)

6/10/2023  (10)

**Origami Energy Tech  *SEARCH***

6/17/2023  (3)

6/24/2023  (10)

**EXHIBIT EML-C | p. 4**

# LinkedIn Search and Count Graph - 05
## Plaintiff's dormant, never finished, never promoted 'MattGuertin612' LinkedIn page search history



Gersh Agency, Forbes & Fabian Oil *SEARCH* — 5/13/2023

I file fraud report with SFO in the UK — 5/19/2023
Bay Path University, Cape Cod Community College *SEARCH* — 5/20/2023
Monomoy Regional School District *SEARCH*

**Lockheed Martin 1st *SEARCH*** — 5/27/2023
Lockheed Martin has a direct USC connection

**KBR Inc (Halliburton) *SEARCH***
**Bay Path University *SEARCH*** — 6/3/2023
Cape Cod Community College *SEARCH* — 6/10/2023
Monomoy Regional School District *SEARCH*

**Origami Energy Tech *SEARCH*** — 6/17/2023

6/24/2023

6/30/2023

**Spillt *SEARCH***
**My omnibus court hearing** — 7/7/2023
Spillt has a direct connection to CNN and Netflix

**Order Of Civil Commitment** — 7/20/2023
25 searches is the all time LinkedIn search count record
State of Rhode Island *SEARCH*

7/27/2023

I attend mental health court hearing over Zoom — 8/1/2023
**DARPA / DIA / INDOPACOM *SEARCH*** — 8/3/2023
I DODGE A BULLET | Stayed Order of Commitment granted — 8/4/2023

**I discover the Netflix Fraud** — 8/8/2023
Email to IP attorney about the fraud titled 'Emergency' requesting a call — 8/9/2023
NO REPLY - Email entire IP firm laying out the fraud & i'm DROPPED as a client — 8/10/2023
**State Department & 4th U.S. Air Force *SEARCH*** — 8/11/2023
18 searches is the 3rd most LinkedIn searches of all time

8/12-8/15/23 - I collect Netflix fraud evidence
DROPPED by IP Firm becomes OFFICIAL via emails — 8/16/2023
on this very same day multiple actions takes place on — 8/18/2023
the Netflix patent application

8/25/2023

**Moody's Analytics *SEARCH*** — 8/31/2023

**US 11,810,254 B2**
**Netflix is GRANTED PATENT** — 9/7/2023
it's published on Nov 7th with my name and patent
printed at the very top - right above Kanye West
my 3rd party prior art submission was signed by examiner in — 9/13/2023
March and then never mentioned again as if it never existed — 9/14/2023

**Lockheed Martin 2nd *SEARCH*** — 9/21/2023
Lockheed Martin has a direct USC connection

**Henry Street & DARPA 2nd *SEARCH*** — 9/28/2023
Henry Street has a direct State Department - Jeremy Reiss
**Uber Freight 2nd *SEARCH*** — 10/5/2023
WarnerBros Discovery & WarnerMedia *SEARCH*

I contact MN Senator Amy Klobuchar — 10/11/2023
Silverspoon Animation & HealthEdge *SEARCH* — 10/12/2023
Silverspoon animation has a direct Netflix connection

10/19/2023

I figure out there was fraudulent — 10/26/2023
discovery material introduced into — 10/30/2023
my court case and relied on by examiner — 11/2/2023

**(Vegas) Sphere Entertainment *SEARCH*** — 11/9/2023
technically MSG Entertainment making it their 2nd *SEARCH*

11/16/2023

# You appeared in 4 searches this week

**Dec 26, 2020 6:28 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: eec42eae16189394a594554c294b2e937fe0915b1da2303c5f15f10ed4b4df59
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 4 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 26 Dec 2020 12:28:20 +0000

You appeared in 4 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app

Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe | Help

LinkedIn

© 2020 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**You appeared in 2 searches this week**
**Jan 9, 2021  10:29 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 7edbfa8ebcabfd14dab03b5f83f78851a3f8849fb5f52eaca0801a713443adbd

Page: 1 of 1         [ .eml source file ]         [ .ots timestamp of .eml source file ]         [ Metadata of .eml source file ]



**You appeared in 2 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 09 Jan 2021 16:29:08 +0000

You appeared in 2 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA
94085. LinkedIn and the LinkedIn logo are registered trademarks of
LinkedIn.

EXHIBIT EML-C | p. 7

**You appeared in 9 searches this week**
**Mar 15, 2021  11:41 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 8f7b6811d1b84d325d653956716f80865ea0c96d3bccb1169eccace7edaf8733

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 9 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 15 Mar 2021 16:41:33 +0000

Matt Guertin

You appeared in **9 searches** this week
You were found by people from these companies

See all searches

Unsubscribe  |  Help

You are receiving LinkedIn notification emails.

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

Linked**in**

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA
94085. LinkedIn and the LinkedIn logo are registered trademarks of
LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-C | p. 8**</span>

# You appeared in 17 searches this week

**Mar 30, 2021 11:41 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: a53f96f8ed5abd4a6d0682b857cdb28b019a380644ef0c3ed0fd3ead59300822
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 17 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Tue, 30 Mar 2021 16:41:33 +0000

Matt Guertin 

You appeared in **17 searches** this week

You were found by people from these companies

See all searches

Get the LinkedIn app.

Stay updated wherever you are

Download for free

Unsubscribe | Help

You are receiving LinkedIn notification emails.

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

LinkedIn

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**Fox Entertainment / Fox Networks Group**
**Apr 19, 2021 11:41 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 620cc6426b948699bd6b457a811be44c6ff3a1e10147b2801936a55d279ffbdd
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 9 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 19 Apr 2021 16:41:31 +0000

Matt Guertin 

You appeared in **9 searches** this week

You were found by people from these companies

See all searches

Get the LinkedIn app.

Stay updated wherever you are

Download for free

Unsubscribe | Help

You are receiving LinkedIn notification emails.

This email was intended for Matt Guertin (Creative Technologist). Learn why we included this.

LinkedIn

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**You appeared in 2 searches this week**
**May 10, 2021 11:41 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 2c00af63ebadf742d204904cc54adffa2514696ff6fefe76dfe79c7816703893
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 2 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 10 May 2021 16:41:35 +0000

Matt Guertin

You appeared in **2 searches** this week

You were found by people from these companies

See all searches

More updates

Kevin Longwell **reshared a post**: Excited to announce our opening! Come see how we're evolving social experiences in fall 2021. More to come soon. #innovation #startupstory #entertainment https://lnkd.in/gjEY5ZH

Comment

Get the LinkedIn app.

Stay updated wherever you are

Download for free

Unsubscribe | Help

You are receiving LinkedIn notification emails.

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

LinkedIn

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**You appeared in 3 searches this week**

Sep 10, 2021  8:53 PM

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: a8cf0390f3474075d874c616963cce542e2050a1f66aa3de271094a08b495318

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 3 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 11 Sep 2021 01:53:02 +0000

You appeared in 3 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-C | p. 12**</span>

# You appeared in 2 searches this week

**Sep 17, 2021 8:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: c1720e3ca526bfaddbd7b794ddaf6c719062ba791b10ab558a4608e1bae583db
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 2 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 18 Sep 2021 01:52:58 +0000

You appeared in 2 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app

Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe | Help

LinkedIn

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



# You appeared in 14 searches this week

**Oct 18, 2021 7:21 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 329c1e3023e258d0f4276e44982d8ad72b01eb0ce6a9318fe1179d494fcb96ee
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 14 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Tue, 19 Oct 2021 00:21:39 +0000

Matt Guertin 

You appeared in **14 searches** this week

You were found by people from these companies

See all searches

Unsubscribe | Help

You are receiving LinkedIn notification emails.

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

LinkedIn

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**You appeared in 8 searches this week**

**Nov 14, 2021  7:53 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: c6d47108554390350cf7e6513c82a60ed66451d1e690d02548437247c6d5e06d

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 8 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 15 Nov 2021 01:53:44 +0000

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-C | p. 15**</span>

**UKG (Ultimate Kronos Group)**
**Nov 23, 2021  6:21 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: c86d032919cda786c76a8d7593d2f90bc2542b3cb2e62e8ab83257c14334372a

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 3 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Wed, 24 Nov 2021 00:21:39 +0000

Matt Guertin

You appeared in **3 searches** this week
You were found by people from these companies

See all searches

Get the LinkedIn app.

Stay updated wherever you are

Download for free

Unsubscribe | Help

You are receiving LinkedIn notification emails.

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

**Linked**in

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA
94085. LinkedIn and the LinkedIn logo are registered trademarks of
LinkedIn.

**United States Air Force Academy**
**Nov 28, 2021  7:53 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:  Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 408cd252a7e0088c8692976811376b0ce2c0d73d2c16a010cf0216faa2c112ab
Page: 1 of 1       [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]



**You appeared in 14 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 29 Nov 2021 01:53:26 +0000

You appeared in 14 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

Linked in

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA
94085. LinkedIn and the LinkedIn logo are registered trademarks of
LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-C | p. 17**

**You appeared in 17 searches this week**
**Dec 12, 2021  7:53 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: ccd72407b6ca977933258f65e1e8510876a04e8603e22d43f365a6f3bae3c6f2

Page: 1 of 1      [ .eml source file ]     [ .ots timestamp of .eml source file ]     [ Metadata of .eml source file ]



**You appeared in 17 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 13 Dec 2021 01:53:00 +0000

You appeared in 17 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

Linked **in**

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA
94085. LinkedIn and the LinkedIn logo are registered trademarks of
LinkedIn.

**You appeared in 2 searches this week**
**Dec 26, 2021  7:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 53db298065aba440b6c1f4757801c44af0c62fcc848f0538e8cf34270a660644

Page: 1 of 1        [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-C | p. 19

**Brigham and Womens Hospital**
**Jan 9, 2022 7:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: b25d0ae341ccbabf3b8100cfc18773a2b19be471fda566621ffab4af362e2419
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 5 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 10 Jan 2022 01:52:49 +0000

You appeared in 5 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app

Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe | Help

LinkedIn

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**United States Air Force**
**Jan 16, 2022  7:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:  Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: ac90d70712de50ee54497f503092a3a96ff55f864f8c4b56b413e3d39ec960a2

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 3 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 17 Jan 2022 01:52:49 +0000

You appeared in 3 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

Linked in

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**John Hopkins Bloomberg School of Public Health**
**Feb 27, 2022  7:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 5755e54eb630a09463fc2a7ec9caac95b52904e7d2cdbddf94ad28b5bcb3c4a5

Page: 1 of 1        [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]



**You appeared in 3 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 28 Feb 2022 01:52:48 +0000

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-C | p. 22**</span>

**You appeared in 3 searches this week**

**Mar 13, 2022  8:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:  Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: d8c1b8ce724373cb8582d2372f99f78eecb69f46cac90603c520a98f2c742fc9

Page: 1 of 1       [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]



**You appeared in 3 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 14 Mar 2022 01:52:55 +0000

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-C | p. 23**

# You appeared in 2 searches this week

**Mar 20, 2022 8:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 3a812ccb0285bdc6046f9d7e780c095e55a4910b7300cd101a3e8cf0a90a157d
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 2 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 21 Mar 2022 01:52:50 +0000

You appeared in 2 searches this week

See all searches

Never miss an update with LinkedIn app

Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe | Help

LinkedIn

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**You appeared in 14 searches this week**
**Mar 27, 2022  8:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: d82319868c192f7a887b3f6f8e52e93e79ffc68055243d52c97197a9a0dcc964

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 14 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 28 Mar 2022 01:52:56 +0000

You appeared in 14 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-C | p. 25**

**You appeared in 19 searches this week**

Apr 1, 2022  8:52 PM

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 30b6256ab6217d3ca08f49449b047dd5932521b5c483ffdf2afc3e043ee25211

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 19 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 02 Apr 2022 01:52:50 +0000

You appeared in 19 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app

Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**You appeared in 10 searches this week**
Apr 8, 2022  8:52 PM

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 641e1d36f2a4cfafee348b0b283d0f16945e33fd3c73aa933c11eb6a1581cbc1
Page: 1 of 1        [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]



**You appeared in 10 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 09 Apr 2022 01:52:49 +0000

You appeared in 10 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

Linked in

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-C | p. 27

**Inhance Digital**
**Apr 16, 2022  8:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: ad2bd5ec1bd5546f7d46bee42d61f7552d42520fbab21f657eb013695639bd75
Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 3 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 16 Apr 2022 13:52:49 +0000

You appeared in 3 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

Linked**in**

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**Gentle Giant Studios**
**Apr 23, 2022  4:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 4e2b5dcc6cfc220d77799d9afae9156c9c326a3ca73ee6edde01c93794cca1fb

Page: 1 of 1          [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]



**You appeared in 3 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 23 Apr 2022 21:52:49 +0000

You appeared in 3 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

Linked in

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA
94085. LinkedIn and the LinkedIn logo are registered trademarks of
LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-C | p. 29**</span>

**Thermo Fisher Scientific**
**May 1, 2022  8:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 118945cdd786d1e7a163e90be616e464df7136ea39e5f2e82e727fba5d67f293

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 10 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 02 May 2022 01:52:55 +0000

You appeared in 10 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-C | p. 30

**You appeared in 4 searches this week**
**May 8, 2022  8:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: eb427b978b337e868d7b1641c5a86aa8efb3300ae7ce497208e6f75fe8b7663b

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 4 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 09 May 2022 01:52:50 +0000

You appeared in 4 searches this week

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe | Help

Linked in

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA
94085. LinkedIn and the LinkedIn logo are registered trademarks of
LinkedIn.

# You appeared in 3 searches this week

**May 15, 2022 8:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: f72d63e10e4e413038c45c5e449bac2b796dc41bb8178d438cb2c3e76bfd595d
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 3 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 16 May 2022 01:52:50 +0000

You appeared in 3 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app

Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe | Help

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**UPtv**
**May 21, 2022  12:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:  Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 5cf805a12e3dfa8831ae227601fce2026bf4e49b93691330baf3af6111e58fc6
Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]



**You appeared in 6 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 21 May 2022 17:52:51 +0000

You appeared in 6 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**You appeared in 5 searches this week**
**May 28, 2022  8:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:  Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 967eaa1664366318868c8e706df2e6c20d39e364a3fc83bd4e3e99b701513dbf
Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 5 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 28 May 2022 13:52:57 +0000

You appeared in 5 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-C | p. 34**

**University of Ottawa / The Ottawa Hospital / Realize Medical Inc.**
**Jun 4, 2022  12:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: b671dc874eb28b0846d4b06a0030114842f911e6907dc3d5651fb7c089a0bc14

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 7 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 04 Jun 2022 17:52:49 +0000

**EXHIBIT EML-C | p. 35**

**You appeared in 2 searches this week**
**Jun 19, 2022  8:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 2b5e6a049393532edec6aef9bcb00f1d5a5c9ce48e171b7d852f179fa66fe4e0

Page: 1 of 1          [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]



**You appeared in 2 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 20 Jun 2022 01:52:55 +0000

You appeared in 2 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe   |   Help

Linked in

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-C | p. 36**

**You appeared in 4 searches this week**
**Jul 3, 2022  8:53 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 8476829af7cd0faeb853da655d39955b9fd2e0fbaad0d5b98cf7b7980dfde06a

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]



**You appeared in 4 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 04 Jul 2022 01:53:01 +0000

You appeared in 4 searches this
week

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

Linked in

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA
94085. LinkedIn and the LinkedIn logo are registered trademarks of
LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-C | p. 37**</span>

**United States Department of the Air Force**
**Jul 17, 2022  8:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:  Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 5752b7bad44743ae3319f8baee57449b8c1296df7e792911d238e8c881e21c4a
Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 3 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 18 Jul 2022 01:52:49 +0000

You appeared in 3 searches this
week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**EXHIBIT EML-C | p. 38**

**You appeared in 2 searches this week**
**Jul 24, 2022  8:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 6e00cf248fdf6d5704de2feebc0597a97ca213b52cb4f4f817bb2c84df7bce7a

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 2 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 25 Jul 2022 01:52:50 +0000

You appeared in 2 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app

Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe | Help

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-C | p. 39**

**Datadog**
**Jul 31, 2022 8:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 743d9379a55d6888bc60c0f7578614421b16c1413552b75a74c7bf838d2eb6be
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 7 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 01 Aug 2022 01:52:50 +0000

You appeared in 7 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app

Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe | Help

LinkedIn

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**You appeared in 2 searches this week**
**Aug 21, 2022  8:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 5cdfc625857ba198776aa13efd168fe3c07fa38b9ebae94ee42d6fc82800e7c9

Page: 1 of 1          [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]



**You appeared in 2 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 22 Aug 2022 01:52:51 +0000

You appeared in 2 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

Linked in

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA
94085. LinkedIn and the LinkedIn logo are registered trademarks of
LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-C | p. 41**

**You appeared in 4 searches this week**
**Aug 28, 2022  8:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: dab2e0ba2a8d83a001731bab775abe42f07a6a3a515f2f502f17e5544b0a8282

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]



### You appeared in 4 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Mon, 29 Aug 2022 01:52:49 +0000

**Silverstein Properties**
Sep 3, 2022  8:52 AM

From: LinkedIn <notifications-noreply@linkedin.com>
To:  Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 9756411ce38fabd4a398ea69bacf01be0518018578e4880c918e8a74a9a93153
Page: 1 of 1        [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]



**You appeared in 3 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 03 Sep 2022 13:52:49 +0000

You appeared in 3 searches this
week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA
94085. LinkedIn and the LinkedIn logo are registered trademarks of
LinkedIn.

**EXHIBIT EML-C | p. 43**

**UKG / Kronos Incorporated**
**Sep 10, 2022  8:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 0867aaf7495f98567ac95cde0b7b1b3c7b56c08119e5cefe18e73e2975a8f394

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 6 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sun, 11 Sep 2022 01:52:51 +0000

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-C | p. 44

**You appeared in 2 searches this week**
**Sep 17, 2022 12:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 817f45564ee4affddeb269b4eec254bd559fd160b623f6a61754ef178e822499
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 2 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 17 Sep 2022 17:52:56 +0000

You appeared in 2 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app

Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe | Help

LinkedIn

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**Hubbard Broadcasting, Inc. / REELZ / ACT Emergency Services Agency**
**Sep 24, 2022  8:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:  Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 6ed8eb60ec7d6f436e2864eeae826e1aa0dd7345ff3397c1a2869f5b601dc52a

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]



**You appeared in 6 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 24 Sep 2022 13:52:49 +0000

You appeared in 6 searches this week

You were found by people from these companies

See all searches

Never miss an update with LinkedIn app
Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-C | p. 46**</span>

**You appeared in 3 searches this week**
Oct 1, 2022  12:52 PM

From: LinkedIn <notifications-noreply@linkedin.com>
To:  Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: ca3f7df9fe94555fd5a5a08d1f53b8668c1a94e7d16df1e455b1123a9e32f752
Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**You appeared in 4 searches this week**
**Oct 8, 2022  12:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 90a8f63d3a56ef27598d3f52e86478361ab28ff708301460aa5184d35ed632e9

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-C | p. 48**</span>

**You appeared in 9 searches this week**
**Oct 15, 2022 8:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 4fb7002ba64b8c2cdc25d08d277914d39224cc0a5b81019467e1fc3f91f1f140
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 9 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sun, 16 Oct 2022 01:52:49 +0000

You appeared in 9 searches this week

TQL CURE HOUND LABS ValidiFI +2

You were found by people from these companies

See all searches

Never miss an update with the LinkedIn app

Download on the App Store GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
LinkedIn
© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**You appeared in 2 searches this week**
Oct 22, 2022  8:52 AM

From: LinkedIn <notifications-noreply@linkedin.com>
To:  Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: ae76112a89c0f114f15af9f76ecdc8ad74ddb7ffdc72ee6e6357d14a5861aa93

Page: 1 of 1          [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]



**You appeared in 2 searches this week**
**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 22 Oct 2022 13:52:49 +0000

## You appeared in 2 searches this week

You were found by people from these companies

**See all searches**

### Never miss an update with the LinkedIn app

Download on the App Store      GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.

You are receiving LinkedIn notification emails.
Unsubscribe · Help

Linkedin

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

# You appeared in 4 searches this week

**Oct 29, 2022 8:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: c1ce3c64ba3949d3fa33737ba88869b7c8a12a973ef3a6f137ffa5fd5a8e6741
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 4 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 29 Oct 2022 13:52:49 +0000

## You appeared in 4 searches this week

MARCUM

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



# You appeared in 2 searches this week

**Nov 5, 2022 8:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 60680a1a23570db6409ee3c4a8d23a8b2d624536365a3017e651e002c3819aa3
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 2 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 05 Nov 2022 13:52:51 +0000

## You appeared in 2 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

LinkedIn

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**Madison Square Garden Entertainment Corp.**
**Nov 19, 2022 7:57 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 27e282c0d9410956a89c5d0a2e9a99c5b16e60733d79e0cad633122854318e2f
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 6 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 19 Nov 2022 13:57:04 +0000

## You appeared in 6 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store · GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**You appeared in 4 searches this week**
**Nov 26, 2022 7:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 86a51a263b16bb6c92d01e0b0bd214ba511932043cfbd9a6883c3b8d33343af6
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 4 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 26 Nov 2022 13:52:50 +0000

## You appeared in 4 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

Linked in

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**You appeared in 1 search this week**
**Dec 3, 2022 7:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 9128e7129098b6d7316cb0f4aa8e9ed5934f67475b9ffbd07a0fc329e8dd4170
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 1 search this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 03 Dec 2022 13:52:51 +0000

## You appeared in 1 search this week

xitelabs

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help

LinkedIn

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



# You appeared in 1 search this week

**Dec 10, 2022 7:53 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 9999f97cb4af5766532f5e99de5d5e6232440d5146eae540c04a76a496fc5875
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 1 search this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 10 Dec 2022 13:53:04 +0000

### You appeared in 1 search this week

goosehead INSURANCE

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

LinkedIn

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**United States Army Reserve / USC School of Cinematic Arts / UKG**
**Dec 17, 2022 7:53 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 54ac1bc39c8a53a424ee2dc972252771c88b2f9f465b92dcfdc55148767c56ea
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 9 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 17 Dec 2022 13:53:01 +0000

## You appeared in 9 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
LinkedIn

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**Epic Games / Exeter Hospital**
**Dec 24, 2022 7:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: c9edb4f609a735f5c14c3cfd7673818bf1501c414716338b93447bdb3ab368d6
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 10 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 24 Dec 2022 13:52:49 +0000

## You appeared in 10 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

LinkedIn

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**Bain and Company**
Dec 31, 2022  7:52 AM

---

From: LinkedIn <notifications-noreply@linkedin.com>
To:  Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 3b5ea78850deb24db59dff817700c46db266819d5b6d250816312354392cab8e

Page: 1 of 1          [ .eml source file ]       [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]



**You appeared in 3 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 31 Dec 2022 13:52:51 +0000

You appeared in 3 searches this week

You were found by people from these companies

See all searches

Never miss an update with the LinkedIn app

Download on the App Store    GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
Linked in
© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**Morgan Stanley**
**Jan 7, 2023  7:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 2292bc5346f8cfeca473d1edd4a9c64d0161ac36e705609c6000c13c5fdd41d5

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**You appeared in 3 searches this week**
**Jan 14, 2023  3:53 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 5d43f776cdd6c467f94ad9faa5383997771b91344191c32e26eb93621506eb0b

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Forcepoint / 3GIMBALS / FOX Corporation**
**Jan 21, 2023  3:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 5b816e6d0a6dfd575720870e415e664cb551ad4186afe6ce4ef152e273d48aad
Page: 1 of 1          [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]



**You appeared in 6 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 21 Jan 2023 21:52:58 +0000

You appeared in 6 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store

GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
Linked**in**
© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-C | p. 62**</span>

**A&E Networks**
**Jan 28, 2023 7:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: d19939e6832605e0da722544e2ab6b2f9f799d2e9ecf7db4f451d5dd64bc0904
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 6 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sun, 29 Jan 2023 01:52:49 +0000

## You appeared in 6 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**USC School of Cinematic Arts / Sensi Media Group, LLC / UKG**
**Feb 5, 2023 7:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 62c18b8480b0eb88f0127c639b19add646c1f221cd9c5b818cea1246eb63cf4e
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 6 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sun, 05 Feb 2023 13:52:49 +0000

## You appeared in 6 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help

LinkedIn

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**NFL Network / UnitedHealth Group / Kimberly-Clark**
**Feb 11, 2023 7:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: ce08b9e344ba12c0e72834086267cc7fed3ac148292938b6aa313115e703b97c
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 7 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sun, 12 Feb 2023 01:52:51 +0000

## You appeared in 7 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

# You appeared in 3 searches this week

**Feb 18, 2023 7:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 243dec5bbbddd489df0e0898b34bc88e67fd36aed59cc6c1591524c625f0bb34
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 3 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 18 Feb 2023 13:52:50 +0000

## You appeared in 3 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

LinkedIn

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**Uber Freight**
**Feb 25, 2023  7:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:  Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 02070d3560a4575919efac033a00e8e35d2e7aa98fa7210c16c5d14bc3ad563b

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 5 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 25 Feb 2023 13:52:51 +0000

You appeared in 5 searches this week

You were found by people from these companies

See all searches

Never miss an update with the LinkedIn app

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
Linked[in]
© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

EXHIBIT EML-C | p. 67

**You appeared in 11 searches this week**
**Mar 4, 2023 11:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 61a9b65a4e9b86e376dadbea72607c6b730ad88aadc9491b364457d1fd1e5933
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 11 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 04 Mar 2023 17:52:49 +0000

## You appeared in 11 searches this week

+3

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

LinkedIn

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**You appeared in 2 searches this week**
**Mar 11, 2023  7:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 29ae1aa1b7e9ea0e4e6dd21fc823089a78c8d4851ab8d39524366fa3bc1d9fcc

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-C | p. 69

**You appeared in 12 searches this week**
**Mar 18, 2023  8:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 9e953f09a8a840526937e3035adbce2a33c663caed674fb91ca059bb4bb1c43f

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Worcester State University**
**Mar 25, 2023 8:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 0ee35b6221a4ba8e2d62ded9cedef6eab84482467a0e04aa61d18b6a3f8a654b
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 10 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 25 Mar 2023 13:52:50 +0000

## You appeared in 10 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help

LinkedIn

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**You appeared in 5 searches this week**
**Apr 1, 2023 8:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: ddf029b95629f3fef3fc393b0efe897f1c01c77e3823586fcd873ef0869cf979
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 5 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 01 Apr 2023 13:52:51 +0000

## You appeared in 5 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store · GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

LinkedIn

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**Triple, Inc.**
**Apr 8, 2023  8:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 872cd0d053c562f55d7ac5633bdcebae9a3b1b93bbb0678121af54cfdf72cb27

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

**You appeared in 5 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 08 Apr 2023 13:52:49 +0000

You appeared in 5 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store

GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
Linked in
© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**University of Rhode Island**
**Apr 15, 2023 8:52 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 60f14ab38726d09604feb31912628de1efcafb1cc25662e75b288ad82732235f
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 2 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 15 Apr 2023 13:52:49 +0000

## You appeared in 2 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store · GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

Linkedin

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**Newsmax Media, Inc. / Relievant Medsystems, Inc.**
**Apr 21, 2023 8:58 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 78ab972aa648944ba1c27760b0046ac22c4e0ff299c0bc851c67c832419df990
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 2 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 22 Apr 2023 01:58:02 +0000

## You appeared in 2 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**FOX Corporation**
**Apr 28, 2023  8:52 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 5f03926db21d23bbf136abc59063a8869d4736eaf4b4e80e9d9eac251de9ee65

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 5 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 29 Apr 2023 01:52:50 +0000

You appeared in 5 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store

GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
Linked in
© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-C | p. 76

**Janes Defence / Pixxel Space / Boise State**
**May 5, 2023 8:53 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 0c297e7a2fd193f57db657351bc88b4c87e6db82e6d32f6001e9aabd5d4c38bd
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 6 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 06 May 2023 01:53:20 +0000

## You appeared in 6 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store · GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

LinkedIn

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**Gersh Agency / Forbes Councils / Fabian Oil**
**May 13, 2023 9:02 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 759f904b5df1a67a3c5739ffc417007f04ec2c76596e98387d04cca150d21f77
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 6 searches this week

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 13 May 2023 14:02:33 +0000

### You appeared in 6 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**Cape Cod Community College / Bay Path University**
**May 20, 2023 12:53 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 09105954774caad5ea729111c0a319d3a62e0eab68484cf670e4e5b4bfb7c7f8
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 11 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 20 May 2023 17:53:20 +0000

You appeared in 11 searches this week

You were found by people from these companies

See all searches

Never miss an update with the LinkedIn app

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help

Linked in

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**Lockheed Martin**
**May 27, 2023  9:00 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 6b76180041f533baca326ea0bfd3f212a93da23087154e4df540e14302268cd6
Page: 1 of 1          [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]



**You appeared in 8 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 27 May 2023 14:00:53 +0000

You appeared in 8 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store    GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
Linked in
© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**You appeared in 6 searches this week**
**Jun 3, 2023  8:57 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 043d4c5e9ed4ba929cda8c2376c782775f744f65ac2f84900d4b26a21867630e

Page: 1 of 1         [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-C | p. 81**</span>

**KBR, Inc. / Cape Cod Community College / Bay Path University**
**Jun 10, 2023 8:56 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 09b16467245098f6d19862f7b847a5154329dc1ad2da5a64389ec034e29b5dfe
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 10 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 10 Jun 2023 13:56:28 +0000

## You appeared in 10 searches this week

You were found by people from these companies

See all searches

Never miss an update with the LinkedIn app

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**Origami**

**Jun 17, 2023  8:58 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 5cc313d98a7ba722af6c31ee62ae45dfcf5e3ef23fba5938bfc0a3a426f13db2

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 3 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 17 Jun 2023 13:58:52 +0000

You appeared in 3 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
Linked in
© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-C | p. 83**</span>

**You appeared in 10 searches. Review searchers.**
**Jun 24, 2023 8:59 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: fc8198d935e21e4ed7e9ce8d647a0b8145e565a04b66097ad9402b27b2bd5900
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 10 searches. Review searchers.**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Sat, 24 Jun 2023 13:59:37 +0000

## You appeared in 10 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store · GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

LinkedIn

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**You appeared in 2 searches. Review searchers.**
**Jun 30, 2023 8:53 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: d2d4f84d7286316ddb988a84ad5b29fa41559238b6b8000aa8c281c885faca1e
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 2 searches. Review searchers.**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Fri, 30 Jun 2023 13:53:21 +0000

## You appeared in 2 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help

LinkedIn
© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**Spillt**
**Jul 7, 2023 8:53 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 4f17995d01d47c168724740d2a435cdc206d04440e6fed1d49220ee5ee9274f2
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 3 searches. Review searchers.**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Fri, 07 Jul 2023 13:53:31 +0000

## You appeared in 3 searches this week

Spillt.

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
LinkedIn
© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**State of Rhode Island**
**Jul 20, 2023  8:53 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: e92dc3b387c1bf191b23ef7efb54f7656830a93a985b6a0454266bea12f8a92b
Page: 1 of 1          [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]



**You appeared in 25 searches**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Fri, 21 Jul 2023 01:53:23 +0000

You appeared in 25 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
Linked**in**
© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-C | p. 87**</span>

**You appeared in 7 searches this week**
**Jul 27, 2023  8:53 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 07f06e0e82efaf527e3a041f5acea9cec9a2e8badbb0159d5b37514274fb8328

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-C | p. 88

**DARPA / Defense Intelligence Agency / U.S. Indo-Pacific Command**
**Aug 3, 2023  8:53 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:  Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: ab8d5dc128c1faef5c24da4604bd1c31897963e388068f3c08ec6d77230c643e
Page: 1 of 1          [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]



**You appeared in 7 searches**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Fri, 04 Aug 2023 01:53:23 +0000

You appeared in 7 searches this week

You were found by people from these companies

See all searches

Never miss an update with the LinkedIn app

Download on the App Store

GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
Linked in
© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-C | p. 89**</span>

**U.S. Department of State / United States Air Force**
**Aug 11, 2023  12:53 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 4fba8cde07660cf8f7ecf0614a581d270b14646a1b918706c99594ea42d620d5
Page: 1 of 1        [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]



**Matt, you appeared in 18 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Fri, 11 Aug 2023 17:53:21 +0000

You appeared in 18 searches this week

You were found by people from these companies

See all searches

Never miss an update with the LinkedIn app

Download on the App Store

GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
Linked in
© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:darkred">**EXHIBIT EML-C | p. 90**</span>

**You appeared in 3 searches this week**
**Aug 18, 2023  8:54 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 58e562df7cf2937eb89f67c203b68eae774d95f3c6b2f56b2c8fe397c768c8d8

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]



**You appeared in 3 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Fri, 18 Aug 2023 13:54:34 +0000

You appeared in 3 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store

GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
Linked in
© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-C | p. 91**

**You appeared in 5 searches this week**
**Aug 25, 2023  12:53 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: c170e818bdfdbe662ce36e89ef980d317320882ad6bb20c4e8d3855661dc21ec
Page: 1 of 1          [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]



**You appeared in 5 searches this week**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Fri, 25 Aug 2023 17:53:21 +0000

You appeared in 5 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
Linked in
© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-C | p. 92

**Moodys Anlaytics**
**Aug 31, 2023  8:55 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 9641d34f9f861bcdbdbdae44d6281db5f1182c60cdcb36d7947c3d61089a82ff
Page: 1 of 1          [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

# You appeared in 3 searches

**Sep 7, 2023 8:53 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: c039cfbb9d2b9f319e455fb217098fb9521f7ba751050d9c984d5e35c38dbc89
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 3 searches

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Thu, 07 Sep 2023 13:53:24 +0000

### You appeared in 3 searches this week

cannovative

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

LinkedIn

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**You appeared in 6 searches**
**Sep 14, 2023 8:54 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: d01ddb2b344bba9bf23474c7e468235b374b1c84524886f75d4845afe827edad
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 6 searches**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Thu, 14 Sep 2023 13:54:40 +0000

## You appeared in 6 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

LinkedIn

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**Lockheed Martin**
**Sep 21, 2023 12:53 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 5abaa3de472a31d618636b83d522dea7f926964923c269739594cbdf9ac707dc
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 6 searches

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Thu, 21 Sep 2023 17:53:21 +0000

### You appeared in 6 searches this week

USI INSURANCE SERVICES | up | KINO LORBER

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help

LinkedIn

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**DARPA / Henry Street Settlement**

**Sep 28, 2023  8:53 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 48317bf6204d75b353c16709b2e5a86116d06fea8d6dd341cd1b2b77a43355a1
Page: 1 of 1         [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Warner Bros. Discovery / Uber Freight / WarnerMedia / Chemistry**
**Oct 5, 2023 8:53 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 60e173cf53c734c24359d083b0cef0bc7eb1b940a5d867029948e1a30c94c1cc
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

**You appeared in 5 searches**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Thu, 05 Oct 2023 13:53:21 +0000

## You appeared in 5 searches this week

Uber Freight

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

LinkedIn

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**HealthEdge / Silver Spoon**
**Oct 12, 2023  8:53 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:  Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: d0028aa8449f415c6847ca588904b42aefa6328b559a9d28089ef2d35d79b09a

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 2 searches**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Thu, 12 Oct 2023 13:53:21 +0000

**You appeared in 2 searches this week**

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store

GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
Linked in
© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**EXHIBIT EML-C | p. 99**

**You appeared in 2 searches**
**Oct 19, 2023  8:53 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 757ec785f107ad70821bca31bdd237f06a43c395ce8a2a156c987c442a99a1dd
Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



**You appeared in 2 searches**

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Thu, 19 Oct 2023 13:53:22 +0000

## You appeared in 2 searches this week

You were found by people from these companies

**See all searches**

### Never miss an update with the LinkedIn app

Download on the App Store
GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)
Learn why we included this.
You are receiving LinkedIn notification emails.
Unsubscribe · Help
Linked in
© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

# You appeared in 8 searches
**Oct 26, 2023 8:55 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 76217e64ac72e79529dc1132e393c01c053267564c56616b6757741e442b54c4
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 8 searches

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Thu, 26 Oct 2023 13:55:08 +0000

## You appeared in 8 searches this week

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store | GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

**You appeared in 5 searches**
**Nov 2, 2023  12:54 PM**

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 18d95c85235386dfc9d0bc0c67c6d6244c7ba0fc25afae3dbe2ab45c3288fd0f

Page: 1 of 1          [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Sphere Entertainment Co.**
**Nov 9, 2023 7:53 AM**

From: LinkedIn <notifications-noreply@linkedin.com>
To: Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: 29b28dd220ba2a6b0f866d7c8caf4814b43cfc9c0ff085adb5ee7c01305c04b3
Page: 1 of 1 [ .eml source file ] [ .ots timestamp of .eml source file ] [ Metadata of .eml source file ]

## You appeared in 17 searches

**From:** LinkedIn
**To:** Matt Guertin
**Date:** Thu, 09 Nov 2023 13:53:22 +0000

### You appeared in 17 searches this week

+4

You were found by people from these companies

See all searches

**Never miss an update with the LinkedIn app**

Download on the App Store
GET IT ON Google Play

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

LinkedIn

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**You appeared in 4 searches**
Nov 16, 2023  7:53 AM

From: LinkedIn <notifications-noreply@linkedin.com>
To:   Matt Guertin <MattGuertin@Protonmail.com>
SHA-256 Hash of .eml: f5e4248b773d023fd385c0851abdd54e9cae1aaac4bb8ce2f3c093dde233b9ee
Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-C | p. 104