# EXHIBIT EML-D1

# EXHIBIT EML-D1 (part 1 of 2)

Digitally Authenticated, **Email Communications Pertaining to Plaintiff's Patent, Business, Discovery of Duplicate Netflix Patent, and High-Level Patent Fraud,** all occurring BEFORE, and leading right up to the origination of Plaintiff's January 21, 2023 criminal charges.

One minute the Plaintiff is excitedly advancing toward the finish line of nearly having his InfiniSet Treadmill Prototype completed and ready for a demo to be filmed - and the next minute he is forced into becoming a digital forensic investigator as he watches the theft of his patent take place in front of him through the real-time creation of fraudulent websites, companies, and products which mirror the technology contained in his just granted US Patent 11,577,177.

Plaintiff reaches out to anyone and everyone, including the F.B.I., local police, and the U.S. Secret Service for help dealing with what he is witnessing, which includes real-time editing of the Internet Archive taking place.

---

## TABLE OF CONTENTS

**Page**

**1**   **Sep 26, 2022   5:18 PM**
*PCT Patent Application-Treadmill system for creating illusion of movement* .............. 1

  1-1   2022-09-22 Notice of Publication.pdf .............................................. 2

  1-2   WO2022198028A1.pdf .................................................................. 3

**2**   **Sep 26, 2022   5:22 PM**
*Non-Provisional Patent-Treadmill for creating illusion of movement* .........…........ 9

  2-1   2022-09-22 Notice of Publication.pdf ............................................ 10

  2-2   US-20220297024-A1.pdf ............................................................. 11

**3**   **Sep 26, 2022   11:55 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 15

  3-1   20220924_164139.jpg ................................................................ 16

  3-2   20220924_164148.jpg ................................................................ 17

  3-3   20220924_164220.jpg ................................................................ 18

  3-4   20220925_112046.jpg ................................................................ 19

  3-5   20220925_112623.jpg ................................................................ 20

  3-6   20220925_112732.jpg ................................................................ 21

  3-7   signal-2022-09-24-15-49-13-293-1.jpg ....................................... 22

  3-8   signal-2022-09-24-15-49-13-293-2.jpg ....................................... 23

  3-9   signal-2022-09-24-15-49-13-293-3.jpg ....................................... 24

  3-10   signal-2022-09-24-15-49-13-293.jpg ........................................ 25

  3-11   signal-2022-09-24-15-49-13-293.png ........................................ 26

# TABLE OF CONTENTS

(continued)

**4     Oct 31, 2022   10:06 AM**
*RE_Coordinate space alignment concept....among other things* ............................. 27

**5     Nov 5, 2022   3:06 PM**
*Please tell me it is going to be okay.....* ...............................…………….................. 28

**6     Nov 5, 2022   8:37 PM**
*RE_Please tell me it is going to be okay.....* ............................................................ 29

**7     Nov 5, 2022   10:56 PM**
*RE_Please tell me it is going to be okay.....* ............................................................ 30

**8     Nov 6, 2022   6:38 AM**
*RE_Please tell me it is going to be okay.....* ............................................................ 31

**9     Nov 6, 2022   8:36 AM**
*RE_Please tell me it is going to be okay.....* ............................................................ 32

**10    Nov 8, 2022   8:58 AM**
*RE_Please tell me it is going to be okay.....* ............................................................ 33

**11    Nov 8, 2022   2:25 PM**
*RE_Please tell me it is going to be okay.....* ............................................................ 34

**12    Nov 8, 2022   2:43 PM**
*RE_Please tell me it is going to be okay.....* ............................................................ 35

**13    Nov 8, 2022   5:29 PM**
*RE_Please tell me it is going to be okay.....* ............................................................ 36

**14    Nov 9, 2022   5:51 AM**
*RE_Please tell me it is going to be okay.....* ............................................................ 37

**15    Nov 9, 2022   9:29 AM**
*RE_Please tell me it is going to be okay.....* ............................................................ 38

**16    Nov 9, 2022   4:43 PM**
*RE_Please tell me it is going to be okay.....* ............................................................ 39

**17    Nov 11, 2022   7:51 AM**
*Matt Guertin Patent - Netflix Patent* ...................................................................... 40

**18    Nov 11, 2022   7:53 AM**
*Re_Matt Guertin Patent - Netflix Patent* ................................................................ 41

**19    Nov 11, 2022   7:57 AM**
*Re_Matt Guertin Patent - Netflix Patent* ................................................................ 42

**20    Nov 14, 2022   4:18 AM**
*RE_Please tell me it is going to be okay.....* ............................................................ 43

     20-1   Wrong_Claims.jpg ......................................................................... 44

**TABLE OF CONTENTS**

(continued)

**21    Nov 15, 2022   11:59 AM**
*Non-Provisional Patent-Treadmill for creating illusion of movement* ...................... 45

   21-1   2022-11-09 Allowed Claims.doc ................................................... 47

   21-2   2022-11-09 Notice of Allowance.pdf .......................................... 49

**22    Nov 22, 2022   2:03 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 56

**23    Nov 25, 2022   7:19 AM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 57

**24    Nov 29, 2022   1:10 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 58

**25    Dec 1, 2022   9:26 AM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 59

**26    Dec 9, 2022   2:45 AM**
*Please verify your email address* ........................................................... 60

**27    Dec 9, 2022   2:46 AM**
*Welcome to the Internet Archive* ........................................................... 61

**28    Dec 12, 2022   3:29 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 62

   28-1   Matrix.png ............................................................... 63

**29    Dec 12, 2022   11:41 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 64

**30    Dec 14, 2022   6:30 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 66

**31    Dec 14, 2022   7:01 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 67

**32    Dec 15, 2022   12:04 AM**
*Removal Policy Information* ................................................................ 68

**33    Dec 15, 2022   9:24 AM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 69

**34    Dec 19, 2022   1:46 PM**
*Re_Assignment Reminder* ................................................................. 70

**35    Dec 19, 2022   3:33 PM**
*Re_Assignment Reminder* ................................................................. 71

   35-1   InfiniSet_Inc_patent_assignment__SIGNED.pdf ........................... 72

**36    Dec 27, 2022   5:13 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 73

# TABLE OF CONTENTS

(continued)

**37**    **Dec 27, 2022   5:27 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 74

**38**    **Dec 27, 2022   5:54 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 75

**39**    **Dec 28, 2022   10:58 AM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 76

**40**    **Dec 28, 2022   2:05 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 77

**41**    **Dec 28, 2022   2:31 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 78

**42**    **Dec 28, 2022   4:58 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 79

**43**    **Dec 28, 2022   5:11 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 81

          43-1   MASTER DATA LIST_share.xlsx ................................................. 82

**44**    **Dec 28, 2022   5:23 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 83

**45**    **Dec 29, 2022   2:24 PM**
*[Internet Archive] Re_Removal Policy Information* ................................................. 84

**46**    **Dec 30, 2022   9:08 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 85

**47**    **Jan 2, 2023   11:07 AM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 86

**48**    **Jan 2, 2023   4:09 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 87

**49**    **Jan 2, 2023   4:53 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 88

**50**    **Jan 2, 2023   5:25 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 89

**51**    **Jan 2, 2023   6:03 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 90

**52**    **Jan 2, 2023   7:49 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 91

**53**    **Jan 3, 2023   4:32 PM**
*Re_Non-Provisional Patent-Treadmill for creating illusion of movement* ................ 92

**54**    **Jan 4, 2023   12:43 PM**
*Call tomorrow (Thursday)* .................................................................................. 93

# TABLE OF CONTENTS

(continued)

**55**    **Jan 4, 2023   3:56 PM**
*Re_Call tomorrow (Thursday)* ................................................................. 94

**56**    **Jan 5, 2023   4:30 PM**
*Re_Call tomorrow (Thursday)* ................................................................. 95

**57**    **Jan 5, 2023   5:28 PM**
*Re_Call tomorrow (Thursday)* ................................................................. 96

**58**    **Jan 5, 2023   6:02 PM**
*Re_Call tomorrow (Thursday)* ................................................................. 97

**59**    **Jan 6, 2023   8:48 AM**
*Re_Call tomorrow (Thursday)* ................................................................. 98

**60**    **Jan 6, 2023   11:47 AM**
*Re_Call tomorrow (Thursday)* ................................................................. 99

    60-1   501c3_Fraud.pdf ..................................................................... 101

    60-2   Prosecuting_Intellectual_Property_Crimes-wire-fraud.pdf ....................... 103

    60-3   WireFraudCrimes_HL.pdf ......................................................... 106

    60-4   ProsecutingComputerCrimes_HL.pdf .............................................. 109

**61**    **Jan 6, 2023   12:12 PM**
*Re_Call tomorrow (Thursday)* ................................................................. 112

**62**    **Jan 13, 2023   3:28 PM**
*An update regarding PhotoRobot* .......................................................... 113

    62-1   FILE_LIST_Every_Wayback-Save_Per_Page.xlsx ...................................... 115

    62-2   ANALYSIS_Every_Wayback_Save_Per_Page_combined.xlsx ...................... 116

    62-3   ANALYSIS_ALL_WEB_FILES_tutorials_how-to-film-models.xlsx ............ 117

    62-4   ANALYSIS_Every_Wayback_Save_Per_Page.xlsx .................................... 118

    62-5   FIRST_FULL_COLLECT_Data_Analysis.xlsx ........................................ 119

    62-6   Email I Sent.jpg ...................................................................... 120

**63**    **Jan 13, 2023   5:04 PM**
*Re_An update regarding PhotoRobot* ...................................................... 121

**64**    **Jan 13, 2023   5:14 PM**
*Bruce. You gotta help me get a bunch of eyes on this* ............................................ 122

    64-1   ANALYSIS_ALL_WEB_FILES_tutorials_how-to-film-models.xlsx ............ 123

**65**    **Jan 13, 2023   6:01 PM**
*Re_An update regarding PhotoRobot* ...................................................... 124

# TABLE OF CONTENTS

(continued)

**66    Jan 14, 2023   11:31 AM**
*Re_An update regarding PhotoRobot* .................................................................. 125

**67    Jan 14, 2023   11:33 AM**
*Re_An update regarding PhotoRobot* .................................................................. 126

**68    Jan 14, 2023   1:56 PM**
*Re_An update regarding PhotoRobot* .................................................................. 127

**69    Jan 15, 2023   1:07 PM**
*Re_An update regarding PhotoRobot* .................................................................. 128

**PCT Patent Application-Treadmill system for creating illusion of movement**
Sep 26, 2022  5:18 PM

From: Megan Neumann <mneumann@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 6f441f36efd942211fe9f1d3f6e90089cad6b6dd42c4716645f28b632e40b5a5

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### PCT Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001WO1)

**From:** Megan Neumann
**To:** Matt Guertin
**Date:** Mon, 26 Sep 2022 17:18:31 -0500

---

PCT Patent Application
Applicant: Matthew Guertin
Serial No.: PCT/US2022/020919
Filed: March 18, 2022
For: Motorized rotatable treadmill and system for creating the illusion of movement
Our File: G185.0001WO1

Dear Matt:

The above-identified PCT application was published on September 22, 2022 under International Patent Publication No. WO 2022/198028. A copy of the Notice of Publication and a copy of the published application are attached.

Best regards,

Amanda

Amanda M. Prose
Intellectual Property Attorney
Westman, Champlin & Koehler, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, MN 55402
Tel: 612-334-3222
Direct: 612-852-0619
Fax: 612-334-3312

www.wck.com

AMP:man

westman
champlin
koehler

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

---

EXHIBIT EML-D | p. 1

**EML-C 1-1, Attachment 1 of 2**
**Sep 26, 2022  5:18 PM**
2022-09-22 Notice of Publication.pdf

PCT Patent Application-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 1eb67b48b7760ba48a70a57c98b4edf266f91a0df84fb606c34858cd9c05dc8a

Page: 1 of 1        [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

---

PATENT COOPERATION TREATY

WO 2022/198028
PCT/US2022/020919

From the INTERNATIONAL BUREAU

## PCT

NOTIFICATION CONCERNING
AVAILABILITY OF THE PUBLICATION
OF THE INTERNATIONAL APPLICATION

To:

PROSE, Amanda
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
ÉTATS-UNIS D'AMÉRIQUE

| Date of mailing *(day/month/year)*<br>22 September 2022 (22.09.2022) | |
| --- | --- |
| Applicant's or agent's file reference<br>G185-0001WO1 | **IMPORTANT NOTICE** |
| International application No.<br>PCT/US2022/020919 | International filing date *(day/month/year)*<br>18 March 2022 (18.03.2022) | Priority date *(day/month/year)*<br>19 March 2021 (19.03.2021) |

| Applicant | |
| --- | --- |
| | GUERTIN, Matthew |

The applicant is hereby **notified** that the International Bureau:

☒ has **published** the above-indicated international application on 22 September 2022 (22.09.2022)
under No. WO 2022/198028

☐ has **republished** the above-indicated international application on _____
under No. WO _____
For an explanation as to the reason for this republication of the international application, reference is made to INID codes (15),
(48) or (88) *(as the case may be)* on the front page of the published international application.

- A copy of the international application is available for viewing and downloading on WIPO's website at the following
address: https://patentscope.wipo.int/ (in the appropriate field of the structured search, enter the PCT or WO number).

- The applicant may also obtain a paper copy of the published international application from the International Bureau by
sending an e-mail to patentscope@wipo.int or by submitting a written request to the contact details provided below.

**Warning:** Following publication of the international application, applicants, agents and inventors may receive misleading requests for
payment of fees that appear to come from the International Bureau of WIPO or other patent Offices which are unrelated to the processing of
international applications under the PCT.

Agents are particularly encouraged to be vigilant and alert their clients about this practice. Examples of such requests for payment which have
been received by the International Bureau can be found at: http://www.wipo.int/pct/en/warning/pct_warning.html.

Please forward copies of any such requests to pct.legal@wipo.int.

| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Authorized officer<br><br>**Sun Hwa Lee**<br><br>e-mail pct.team1@wipo.int<br>Telephone No. +41 22 338 74 01 |
| --- | --- |

Form PCT/IB/311 (revised January 2020)

---

**EML-C 1-2, Attachment 2 of 2**
**Sep 26, 2022  5:18 PM**
WO2022198028A1.pdf

PCT Patent Application-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 1 of 43          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

---

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
22 September 2022 (22.09.2022)



(10) International Publication Number
**WO 2022/198028 A1**

(51) International Patent Classification:
*H04N 5/262* (2006.01)   *G03B 17/56* (2006.01)
*H04N 9/75* (2006.01)   *A63B 22/02* (2006.01)
*H04N 5/06* (2006.01)   *A63B 22/00* (2006.01)
*G03B 15/05* (2006.01)

(21) International Application Number:
PCT/US2022/020919

(22) International Filing Date:
18 March 2022 (18.03.2022)

(25) Filing Language:   English

(26) Publication Language:   English

(30) Priority Data:
63/163,135   19 March 2021 (19.03.2021)   US

(72) Inventor; and
(71) Applicant: **GUERTIN, Matthew** [US/US]; 10233 W 34th St, #304, Minnetonka, Minnesota 55305 (US).

(74) Agent: **PROSE, Amanda**; WESTMAN, CHAMPLIN & KOEHLER, P.A., 121 South Eighth Street, Suite 1100, Minneapolis, Minnesota 55402 (US).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BN, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DJ, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IR, IS, IT, JM, JO, JP, KE, KG, KH, KN, KP, KR, KW, KZ, LA, LC, LK, LR, LS, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PA, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SA, SC, SD, SE, SG, SK, SL, ST, SV, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, WS, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LR, LS, MW, MZ, NA, RW, SD, SL, ST, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, RU, TJ, TM), European (AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, KM, ML, MR, NE, SN, TD, TG).

**Published:**
— with international search report (Art. 21(3))

(54) Title: MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT



**FIG. 1**

(57) Abstract: A motorized, rotatable treadmill assembly (10) and a system for creating the illusion of user movement while the user is stationary with respect to an environment as the user walks or otherwise moves on an endless track (20) of the treadmill (12). The user can then travel an unlimited distance in unlimited directions while remaining stationary in physical location. The speed of the treadmill (12) is precisely controlled and/or precisely matched with movement of a camera and a real-world speed of movement of the user and the distance the user travels on the track (20) to create the illusion of movement of the person being filmed. When the treadmill assembly (10) is provided within an LED virtual film set or green screen set, background imagery is added to further supplement the movement in a selected environment.

WO 2022/198028 A1

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 1-2, Attachment 2 of 2**
**Sep 26, 2022  5:18 PM**
WO2022198028A1.pdf

PCT Patent Application-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 23 of 43      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



WO 2022/198028                                                      PCT/US2022/020919
1/18

FIG. 2

FIG. 1

SUBSTITUTE SHEET (RULE 26)

**EML-C 1-2, Attachment 2 of 2**
**Sep 26, 2022  5:18 PM**
WO2022198028A1.pdf

PCT Patent Application-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 26 of 43       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



WO 2022/198028                                      PCT/US2022/020919

4/18

FIG. 7

FIG. 6

SUBSTITUTE SHEET (RULE 26)

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 5**

**EML-C 1-2, Attachment 2 of 2**
**Sep 26, 2022  5:18 PM**
WO2022198028A1.pdf

PCT Patent Application-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 37 of 43      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



WO 2022/198028                                                PCT/US2022/020919

15/18

FIG. 25

10

FIG. 24

10

SUBSTITUTE SHEET (RULE 26)

**EML-C 1-2, Attachment 2 of 2**
**Sep 26, 2022  5:18 PM**
WO2022198028A1.pdf

PCT Patent Application-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 38 of 43        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



WO 2022/198028                                    PCT/US2022/020919

16/18

FIG. 26

10

SUBSTITUTE SHEET (RULE 26)

**EML-C 1-2, Attachment 2 of 2**
**Sep 26, 2022  5:18 PM**
WO2022198028A1.pdf

PCT Patent Application-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 39 of 43      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



WO 2022/198028                                    PCT/US2022/020919

17/18

FIG. 27

SUBSTITUTE SHEET (RULE 26)

**Non-Provisional Patent App-Treadmill system for creating illusion of movement**
**Sep 26, 2022  5:22 PM**

From: Megan Neumann <mneumann@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 07764602e2ee59ed25cdecfebf190e48204a9d5b5d5b93bcb3ee6b80db1ac4a6

Page: 1 of 1        [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

### TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Megan Neumann
**To:** Matt Guertin
**Date:** Mon, 26 Sep 2022 17:22:21 -0500

---

TRACK ONE U.S. Non-Provisional Patent Application
Applicant: Matthew Guertin
Serial No.: 17/698,420
Filed: March 18, 2022
For: Motorized rotatable treadmill and system for creating the illusion of movement
Our File: G185.0001US1

Dear Matt:

The above-identified application was published on September 22, 2022 under Patent Publication No. US 2022/0297024 A1. A copy of the Notice of Publication and a copy of the published application are enclosed.

Best regards,

Amanda

Amanda M. Prose
Intellectual Property Attorney
Westman, Champlin & Koehler, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, MN 55402
Tel: 612-334-3222
Direct: 612-852-0619
Fax: 612-334-3312

www.wck.com

AMP:man

westman
champlin
koehler

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

**EML-C 2-1, Attachment 1 of 2**
**Sep 26, 2022  5:22 PM**
2022-09-22 Notice of Publication.pdf

Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 1eb67b48b7760ba48a70a57c98b4edf266f91a0df84fb606c34858cd9c05dc8a

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

**PATENT COOPERATION TREATY**

WO 2022/198028
PCT/US2022/020919

From the INTERNATIONAL BUREAU

# PCT

NOTIFICATION CONCERNING
AVAILABILITY OF THE PUBLICATION
OF THE INTERNATIONAL APPLICATION

To:

PROSE, Amanda
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
ÉTATS-UNIS D'AMÉRIQUE

| Date of mailing *(day/month/year)*<br>22 September 2022 (22.09.2022) | |
|---|---|
| Applicant's or agent's file reference<br>G185-0001WO1 | **IMPORTANT NOTICE** |

| International application No.<br>PCT/US2022/020919 | International filing date *(day/month/year)*<br>18 March 2022 (18.03.2022) | Priority date *(day/month/year)*<br>19 March 2021 (19.03.2021) |
|---|---|---|

| Applicant | |
|---|---|
| | GUERTIN, Matthew |

The applicant is hereby **notified** that the International Bureau:

☒ has **published** the above-indicated international application on 22 September 2022 (22.09.2022)
under No. WO 2022/198028

☐ has **republished** the above-indicated international application on _____
under No. WO _____
For an explanation as to the reason for this republication of the international application, reference is made to INID codes (15),
(48) or (88) *(as the case may be)* on the front page of the published international application.

 - A copy of the international application is available for viewing and downloading on WIPO's website at the following
address: https://patentscope.wipo.int/ (in the appropriate field of the structured search, enter the PCT or WO number).

 - The applicant may also obtain a paper copy of the published international application from the International Bureau by
sending an e-mail to patentscope@wipo.int or by submitting a written request to the contact details provided below.

**Warning:** Following publication of the international application, applicants, agents and inventors may receive misleading requests for
payment of fees that appear to come from the International Bureau of WIPO or other patent Offices which are unrelated to the processing of
international applications under the PCT.

Agents are particularly encouraged to be vigilant and alert their clients about this practice. Examples of such requests for payment which have
been received by the International Bureau can be found at: http://www.wipo.int/pct/en/warning/pct_warning.html.

Please forward copies of any such requests to pct.legal@wipo.int.

| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Authorized officer<br><br>**Sun Hwa Lee**<br><br>e-mail pct.team1@wipo.int<br>Telephone No. +41 22 338 74 01 |
|---|---|

Form PCT/IB/311 (revised January 2020)

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 2-2, Attachment 2 of 2**
Sep 26, 2022  5:22 PM
US-20220297024-A1.pdf

Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 8d498933a28ba2ebaefe5c091215ea671200b52ed4317fb3a1db97ce8b6d3b68
Page: 1 of 27        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



US 20220297024A1

(19) **United States**
(12) **Patent Application Publication**   (10) Pub. No.: US 2022/0297024 A1
Guertin                                                   (43) **Pub. Date:**        **Sep. 22, 2022**

(54) **MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT**

(71) Applicant: **Matthew Guertin**, Minnetonka, MN (US)

(72) Inventor: **Matthew Guertin**, Minnetonka, MN (US)

(21) Appl. No.: **17/698,420**

(22) Filed: **Mar. 18, 2022**

**Related U.S. Application Data**

(60) Provisional application No. 63/163,135, filed on Mar. 19, 2021.

**Publication Classification**

(51) Int. Cl.
*A63J 5/02* (2006.01)
*A63B 22/02* (2006.01)
*A63J 1/00* (2006.01)

(52) **U.S. Cl.**
CPC ................. *A63J 5/02* (2013.01); *A63B 22/02* (2013.01); *A63J 1/00* (2013.01); *A63B 2022/0271* (2013.01)

(57)                **ABSTRACT**

A motorized, rotatable treadmill and a system for creating the illusion of user movement while the user is stationary with respect to an environment as the user walks or otherwise moves on an endless track of the treadmill. The user can then travel an unlimited distance in unlimited directions while remaining stationary in physical location. The speed of the treadmill is precisely controlled and/or precisely matched with movement of a camera and a real-world speed of movement of the user and the distance the user travels on the belt to create the illusion of movement of the person being filmed. When the treadmill is provided within an LED virtual film set or green screen set, background imagery is added to further supplement the movement in a selected environment.



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 11**

Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 8d498933a28ba2ebaefe5c091215ea671200b52ed4317fb3a1db97ce8b6d3b68

---

US 2022/0297024 A1                                                                                    Sep. 22, 2022

1

### MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT

#### CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]  This application claims priority to and the benefit of U.S. provisional patent application Ser. No. 63/163,135, filed on Mar. 19, 2021, the contents of which are incorporated herein in its entirety.

#### BACKGROUND

[0002]  Camera tracking systems are used with green screen backgrounds LED wall backgrounds to allow a person being filmed to appear as though they are in another environment, one that is generally created by CGI artists and is rendered in real-time by a rendering engine along with a media server. While the possibilities are unlimited with respect to the environment in which the person can be inserted, the person is otherwise very limited in how far and in what directions they are able to walk or run within this virtual environment.

[0003]  Most "virtual film sets" currently use a camera tracking system that severely limits the movement of the person being filmed to a very small area in the center of the LED or green screen-based set. The person as well as the camera are always stuck in the same spot of the scene essentially and unable to travel. For a video-based environment to appear realistic in its position, it must remain static relative to that of the person. Even though the tracked film camera is able to move and view the environment from different perspectives, it is essentially static due to the fact that it must always view the person from the same frontal point of view with a very limited ability to orbit around them.

#### SUMMARY

[0004]  An aspect of the present disclosure relates to a motorized treadmill that is mounted atop an infinitely rotating, motorized turntable. A speed and direction of the treadmill belt, as well as the turntable, is determined and controlled by a user, a non-user (remote) party, or based on a combination of three-dimensional, virtual, and real-world GPS positional and rotational data.

[0005]  Another aspect of the present disclosure relates to a motorized treadmill having a travel deck supporting a belt arranged in an endless loop; a turntable for rotating the travel deck; one or more sources of vibration for providing haptic feedback to one or more locations on the belt; and a floor base for supporting the travel deck, turntable, and one or more vibration sources.

[0006]  The one or more vibration sources comprises adjustable vibration motors.

[0007]  A phenolic resin sheet is provided below the belt, allowing the belt to slide thereacross as the belt is moved and wherein the vibration sources are secured to an underside of the sheet.

[0008]  The treadmill is configured to provide a user a surface for movement in forward and reverse directions via the belt, and wherein the angular direction of the forward and reverse movement is selectively adjustable via rotation of the turntable for directionally unlimited movement in an X-Y plane. For example, the X-Y plane refers to the X-Y ground plane, or the ground plane with respect to a virtual environment.

[0009]  With respect to the X-Y plane, additional movement may occur in a Z direction, via tilting of an orientation of the belt in the Z direction by a mechanism for raising and lowering one end of the belt.

[0010]  The vibration sources are provided in a grid formation below the belt and in vibrational contact with the belt such that the vibration sources provide haptic feedback to a user on the treadmill. The vibration sources are in communication with a controller and wherein one or more vibration sources can be actuated to indicate initiation or ceasing of movement of the belt, initiation or ceasing of rotation of the turntable, a user's position on the belt, a cue or action related to the scene being filmed, or combinations thereof.

[0011]  The turntable comprises a removable cover which provides a floor space to a user and one or more handles for removing the turntable from the floor base.

[0012]  The floor base operably supports the turntable thereon and wherein the base comprises a plurality of roller wheels for centering and supporting the turntable thereon. The turntable operably supports the travel deck and wherein the turntable supports a motor for controlling operation of the belt. The floor base houses a motor, drive belt and roller and drive wheel assembly for operation of the turntable.

[0013]  The floor base includes a slip ring which supplies power and data to the components contained within the turntable, such as the treadmill belt and/or vibration motors. The slip ring is configured to allow endless rotation of the turntable by eliminating cords or cables in the device that would otherwise limit turntable rotation.

[0014]  The treadmill comprises one or more monochrome surfaces for use of the treadmill in a digital environment, where the monochrome surface allows for digital isolation of a user on the treadmill.

[0015]  The monochrome surface is green, or any color which provides a background in front of which the moving user is filmed, and which allows a separately filmed background to be added to the final image.

[0016]  The treadmill has dimensions sufficient to allow the treadmill to replace a section of LED flooring from a pre-existing LED floor tile system of an LED virtual film set.

[0017]  The treadmill is configured for use in a standard green screen film studio.

[0018]  Another aspect of the present disclosure relates to a system for creating the illusion of movement of a user. The user may be inserted into a virtually rendered setting, a live-action pre-filmed setting, or a combination thereof. The system includes a motorized treadmill assembly having an endless belt operably supported on a rotatable turntable such that the treadmill assembly allows for unlimited directional movement of the belt and a controller configured to synch the movement of the treadmill with a camera in real-time. The treadmill assembly is configured to support the user thereon and wherein the treadmill assembly remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

[0019]  Wherein the camera and user rotate inversely to one another to achieve realistic orbital rotation.

[0020]  The camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

---

Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 8d498933a28ba2ebaefe5c091215ea671200b52ed4317fb3a1db97ce8b6d3b68
Page: 26 of 27        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

mounted in the floor base **60** and then small neodymium magnets **81** that trigger the proximity sensor **80** are attached to the turntable **40**.

[0097]  In one or more embodiments, the motorized rotatable treadmill assembly **10** is constructed with frame work and mounting plates which allow for easy access, component swapping and serviceability without disassembly. For example, mounting plates for the driver boxes, which each control a single motor, allow for easy replacement or swapping of parts. Easy connection mechanisms, such as tabs on a portion of the turntable drive plate inserts can interlock with slots in the frame for easy and secure assembly. The assembly can be assembled, for example and the travel deck, turntable and base securely connected and fastened into place using a single fastener such as a bolt.

[0098]  In one embodiment, the assembly **10** may be self-grounding by way of copper strips **90** provided along the bottom of the floor base **60** which is compressed against a copper strip sitting atop the mounting lip once fastened into place.

[0099]  The motorized rotatable treadmill assembly **10** may have a plurality of intake and exhaust fans **92** for cooling of components. Each of the fans may be independently controllable for targeting a motor and/or driver, for example and configured for speed adjusted over a wired or wireless network connection. This allows for the fans to be run as low as possible (and thus as quietly as possible) and even completely turned off during selected times, such as during a film take. Once film take is complete the fans can be turned up very high to quickly cool down all of the components in the assembly **10** between takes.

[0100]  In one or more embodiments wherein the motorized rotating treadmill assembly **10** is incorporated into an environment for creating the illusion of movement throughout a scene in combination with a virtual or digitally rendered, inserted or displayed background, at least top surfaces of the treadmill **10** including cover plates and the treadmill belt **20** may be painted a bright green color or other color such as bright blue frequently used in film production as a way to digitally isolate a person being filmed for digital insertion into a separate scene. Edges and vertical surfaces may be similarly painted.

[0101]  As illustrated in FIGS. **24-26**, the motorized rotating treadmill **10** is also configured to fit into an existing LED floor tile system, for example, a system that uses 2'x2' tiles. In such a system, four of the preexisting LED tiles are removed and replaced with the motorized rotating treadmill **10**. The feet on the bottom of the floor base **60** are independently adjustable to match the height of the LED floor tile system to provide a smooth and consistent surface and can be adjusted by removal of the top cover panel rather than requiring access to the sides or bottom of the treadmill **10**. Thus, adjustment for height can easily be carried out even after the motorized rotatable treadmill **10** is inserted into the existing LED floor tile system or otherwise assembled in an environment.

[0102]  It is also contemplated and within the scope of this disclosure that larger covers for the base **60** and/or turntable **40** can be provided. For example, when the motorized rotatable treadmill **10** is used with an LED floor system or other panel floor construction of larger tiles, for example, half meter tiles, a larger top cover for the floor base **60** is provided and which fills and covers the gaps between the base **60** and adjacent floor panels.

[0103]  The motorized rotatable treadmill assembly according to one or more embodiments herein may be remotely controlled. The electric components in communication with a controller and/or software control system for remote operation and control of the operation of the motorized rotatable treadmill assembly. That is, control of the speed and direction of the treadmill belt, speed and direction of the rotation of the turntable, angle of the travel deck, control of fans, and combinations thereof can be remotely controlled and synched to various equipment and environments.

[0104]  Although the present disclosure has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail without departing from the spirit and scope of the disclosure.

1. A motorized treadmill comprising:
a travel deck supporting a treadmill belt arranged in an endless loop;
a turntable for rotating the travel deck;
one or more sources of vibration for providing selected vibration to one or more locations on the belt; and
a floor base for supporting the travel deck, turntable, and one or more vibration sources.

2. The motorized treadmill of claim **1**, wherein in the one or more vibration sources comprises adjustable vibration motors.

3. The motorized treadmill of claim **2**, wherein a phenolic resin sheet is provided below the belt, allowing the belt to slide thereacross as the belt is moved and wherein the vibration sources are secured to an underside of the sheet.

4. The motorized treadmill of claim **1**, wherein the treadmill is configured to provide a user a surface for movement in forward and reverse directions via the belt, and wherein the angular direction of the forward and reverse movement is selectively adjustable via rotation of the turntable for directionally unlimited movement in an X-Y plane.

5. The motorized treadmill of claim **2**, wherein the vibration sources are provided in a grid formation below the belt and in vibrational contact with the belt such that the vibration sources provide haptic feedback to a user on the treadmill.

6. The motorized treadmill of claim **5**, wherein the vibration sources are in communication with a controller and wherein one or more vibration sources can be actuated to indicate initiation or ceasing of movement of the belt, initiation or ceasing of rotation of the turntable, a user's position on the belt, a cue related to the scene being filmed, or combinations thereof.

7. The motorized treadmill of claim **1**, wherein the turntable comprises a removable cover which provides a floor space to a user and one or more handles for removing the turntable from the floor base.

8. The motorized treadmill of claim **1**, wherein the floor base operably supports the turntable thereon and wherein the base comprises a plurality of roller wheels for centering and supporting the turntable thereon.

9. The motorized treadmill of claim **8**, wherein the turntable operably supports the travel deck and wherein the turntable supports a motor for controlling operation of the belt.

10. The motorized treadmill of claim **8**, wherein the floor base houses a motor, drive belt and roller and drive wheel assembly for operation of the turntable.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 13**

**EML-C 2-2, Attachment 2 of 2**
**Sep 26, 2022  5:22 PM**
US-20220297024-A1.pdf

Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 8d498933a28ba2ebaefe5c091215ea671200b52ed4317fb3a1db97ce8b6d3b68
Page: 27 of 27      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

US 2022/0297024 A1                                          Sep. 22, 2022

8

**11**. The motorized treadmill of claim **10**, and further comprising a slip ring for powering one or more electrical components housed within the turntable, for powering the treadmill belt, for providing power to a user on the assembly, and combinations thereof.

**12**. The motorized treadmill of claim **1**, wherein the treadmill comprises one or more monochrome surfaces for use of the treadmill in a digital environment, wherein the monochrome surface allows for digital isolation of a user on the treadmill.

**13**. The motorized treadmill of claim **1**, wherein the treadmill has dimensions sufficient to allow the treadmill to replace a section of LED flooring from a pre-existing LED floor tile system of an LED virtual film set or wherein the treadmill is configured for use in a standard green screen film studio.

**14**. A system for creating the illusion of movement of a user, for use in virtually rendered settings, the system comprising:

a motorized treadmill base having an endless belt operably supported on a rotatable turntable such that the treadmill allows for unlimited directional movement of the belt; and

a controller configured to synch the movement of the treadmill with a camera in real-time, and

wherein the treadmill base is configured to support the user thereon and wherein the treadmill base remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

**15**. The system of claim **14**, wherein the camera and the user rotate inversely to one another.

**16**. The system of claim **15**, wherein the camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

**17**. A method of creating the illusion of movement comprising:

providing an endless track on a rotatable turntable and a camera spaced apart from the turntable and wherein the camera is moveable around the turntable about an axis centered on the endless track;

controlling the speed of the endless track;

controlling the direction of the endless track by rotating the turntable; and

synching movement of the camera with a real-world speed of the endless track and a distance traveled by the track.

**18**. The method of claim **17** and further comprising:

providing one or more audio, visual, or tactile cue sources to the endless track, rotatable turntable, user or a combination thereof;

actuating one or more audio, visual, or tactile cue sources to provide a physical signal to the user on the endless track indicating one or more of a position of the user on the track, an initiation or ceasing of movement of the track, and an initiation or ceasing of rotation of the turntable, or a cue related to the scene being filmed.

**19**. The method of claim **17** and further comprising installing the rotatable turntable in an LED based virtual film set or green screen film set.

**20**. The method of claim **17** and further comprising:

tracking the precise location of the user;

providing physical cues to the user through to direct the user's movement to maintain the user on a location of the endless belt; and

if the user deviates from the location on the endless belt, adjusting a location of the camera and environment to compensate for the deviation.

* * * * *

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
Sep 26, 2022 11:55 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To: mneumann@wck.com
SHA-256 Hash of .eml: 24e68578f2536ceddc65ae154773b7e5eb471f4aad7f8c16a607b3746f911d95

Page: 1 of 1     [ .eml source file ]     [ .ots timestamp of .eml source file ]     [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** mneumann@wck.com
**Date:** Tue, 27 Sep 2022 04:55:22 +0000

Sweet!

Thanks.

I switched over to finishing up the final programming of the motion control stuff as well as documentation and folders for my two main programmers (touchdesigner and UE5) which I should have all wrapped up by weeks end at which point I'm switching back over to patent mode and will finish up the stuff I want to get back to you so we can assess, discuss, and plan the reply.

I've got my prototype super dialed in. I ended up completely getting rid of the 4 planetary gears so that the 4 timing belts that power the treadmill belt are direct to the servo motor shafts. This eliminated a bunch of weight and noise and also means that it's technically capable of reaching close to 20mph - but I'm going to be limiting it to 7.5mph...for now.

I've also realized a completely unplanned for yet very valuable mechanical feature that was made possible by simply shaving off 4 little pieces of aluminum on the travel deck cross supports. I've included a few images of this with email but will address in more detail when I get the rest of my research and analysis back to you. Wondering if it can possibly be included in claims and if so would it make sense to do so.

Basically instead of having to remove the travel deck entirely to service, access components underneath, change treadmill belt, etc it's possible to open like a hinged door instead and it requires no other parts, pieces, etc.

I should have stuff ready to send over by the end of next week I'd imagine.


Cheers!

~Matt


Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 15**

**EML-C 3-1, Attachment 1 of 11**
**Sep 26, 2022  11:55 PM**
20220924_164139.jpg

Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 4220f3a7bfa6b0e9ceb48b5853b9686a51767afb31d616216a6aca95ad06d871
Page: 1 of 1     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 3-2, Attachment 2 of 11**
**Sep 26, 2022  11:55 PM**
20220924_164148.jpg

Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement

SHA-256 Hash of Attachment: 0fb05e602551b85d90310f552ca166776fb14b8bba97a3025c032f37f8a51244

Page: 1 of 1        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-C 3-3, Attachment 3 of 11**
**Sep 26, 2022  11:55 PM**
20220924_164220.jpg

Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement

SHA-256 Hash of Attachment: 0110e0b95246bb45bde7899e0c2e2881655cee951710b86d5e8244e96697b974

Page: 1 of 1       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EXHIBIT EML-D | p. 18**

**EML-C 3-4, Attachment 4 of 11**
**Sep 26, 2022  11:55 PM**
20220925_112046.jpg

Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: d4d08421e4cf45d5bd64d5ce336ffc1d7b0ed4795a9560a6bf2779e5956e3a44
Page: 1 of 1     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EML-C 3-5, Attachment 5 of 11**
**Sep 26, 2022  11:55 PM**
20220925_112623.jpg

Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: d3f9ed4fe84d9eaaf3b3ebf1227b1c4580046e16736eb04bf661647f49a3b5bc
Page: 1 of 1    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



**EML-C 3-6, Attachment 6 of 11**
**Sep 26, 2022  11:55 PM**
20220925_112732.jpg

Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 747431ece6eb3521300e08f4ee5a053be9efeaf4482f7ad8a9a7ae5d597eeb4c
Page: 1 of 1     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EML-C 3-7, Attachment 7 of 11**
**Sep 26, 2022  11:55 PM**
signal-2022-09-24-15-49-13-293-1.jpg

Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: c13c719ced9a1f1d3dab1265e007bfb99d5e4744d999067d5e483accd7357a99
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-C 3-8, Attachment 8 of 11**
**Sep 26, 2022  11:55 PM**
signal-2022-09-24-15-49-13-293-2.jpg

Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 608df5fda24744edbdddf222b9166029d010b3aa4e624e75551027084fb9807a
Page: 1 of 1     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EML-C 3-9, Attachment 9 of 11**
**Sep 26, 2022  11:55 PM**
signal-2022-09-24-15-49-13-293-3.jpg

Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 5f746eaa60ff8e777674c6a535d780f0b77fbe8a40dc8f661ed71e041176fff4
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 24**</span>

**EML-C 3-10, Attachment 10 of 11**
**Sep 26, 2022  11:55 PM**
signal-2022-09-24-15-49-13-293.jpg

Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 50b62d69b8c21fe7a99a39b6fd80b5e264f6e6817cb83310b8887d0b1b652925
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-D | p. 25**

**EML-C 3-11, Attachment 11 of 11**
**Sep 26, 2022  11:55 PM**
signal-2022-09-24-15-49-13-293.png

Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: b06f9d21bf9059562d7c4469aa4ea65804e26d8fb167bf187f853d6ad504a377
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-D | p. 26**

**RE_Coordinate space alignment concept....among other things**
**Oct 31, 2022  10:06 AM**

From: Assaff Rawner <Assaff@mrmoco.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 9a79ce52c220b48dc2675f1493285a4c9a6523e3daa34b3c13703f9a45eeca4a

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### RE: Coordinate space alignment concept....among other things

**From:** Assaff Rawner
**To:** Gordon Eschke , Matt Guertin
**Date:** Mon, 31 Oct 2022 15:06:15 +0000

Hello Matt,

Gordon passed your email on to me some weeks ago, but it has been hectic here, so apologies for my very late response. I would normally answer sooner, but you have a very long and detailed email chain which I have just not had the time to fully take in or address all of your points.
Firstly, you have a very interesting and unique set of skills that compliments motion control very well.
I see you have a lot of experience with RealityCapture. I have done some photogrammetry but it is not something that we generally need to although there are definitely a lot of conversations I've had with clients and prospects about in relation to using it with motion control. Just out of interest in the scene of Chicago, how long was the processing time for it to turn the stills into a 3D map and what type of processing power did you need? I've used DroneDeploy in the past. How do they compare?

With regards to your invention, I am very interested in it as a product. I know of lots of occasions when such a device has been specifically created for a movie or commercial filming or for fashion photography. In fact here is a system that's been around for years: https://www.photorobot.com/robots/catwalk
I am just curious what makes your system unique compared to the ones I am familiar with?
You are right, with VR/XR volumes such treadmills/turntables do open up the capabilities, although combining motion control robotics and Unreal is still not a completely plug and play solution that requires little knowledge. Especially when it comes to lens calibration and such activities.
As it has been some time since you sent your email and no doubt you have watched many videos since and tried different things, in a new unit of time, do you have any specific questions you would like to ask? Please bear in mind our limited time resources, so try to limit it to one or two questions and you will then get a much faster response from me ☺

Best regards


Assaff Rawner
CEO
Mark Roberts Motion Control
+44-1342-838007

---

**From:** Gordon Eschke <Gordon@mrmoco.com>
**Sent:** 19 October 2022 10:33
**To:** Matt Guertin <MattGuertin@protonmail.com>
**Subject:** RE: Coordinate space alignment concept....among other things

Hi Matt,

Apologies for the delay in answering. Thanks a lot for putting all this data together.

Virtual Production is a very new and exciting sector that quickly becoming a very large part of the industry. While Flair and our robots can interface with many protocols such as Unreal etc so that they can integrate with virtual productions, the virtual production aspect itself is somewhat beyond Flair and the robot and so a little outside our purview.

As it is, our R&D and software teams are slammed with traffic pertaining to existing orders and our own development strategy so I simply do not know who I should give this to.

**Please tell me it is going to be okay.....**

**Nov 5, 2022  3:06 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: 53ff078937215a683932e336eb1c68d5dfb94fb9865dabe602d03e3156be4442

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Please tell me it is going to be okay.....**

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Sat, 05 Nov 2022 20:06:53 +0000

Amanda,

If you have a couple minutes available to reply today with your initial thoughts about whether or not this prior art I have just come across has the potential to negate everything I have been working on for almost two years it would be much appreciated. I was just shown this by someone on Friday and the more I think about the more freaked out I'm becoming.

It is still missing multiple elements even just for the claims I am being granted I believe - meaning more than just one other prior art reference would need to be combined with it to satisfy 'obviousness' just for the initial claims I am being granted.... Right?   :-/

I'm pretty much frozen and haven't accomplished anything for the last three hours or so. I am not sure if they have a patent for this thing or not but so far I have not been able to find it...but I'm pretty sure that doesn't technically matter

https://www.photorobot.com/robots/catwalk
https://www.photorobot.com/blog/catwalk-for-apparel-photography-and-online-fashion-shows
https://www.photorobot.com/tutorials/how-to-film-models
https://www.youtube.com/watch?v=4fcAN-GCmdc
https://www.youtube.com/watch?v=HXLxWOEAxNE
https://www.youtube.com/watch?v=6NaPPGVqx-I
https://www.youtube.com/watch?v=o3Ft5IrnLrc
https://www.youtube.com/watch?v=_XXayIIb_0o


~Matt Guertin
763-221-4540

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE_Please tell me it is going to be okay.....**
**Nov 5, 2022  8:37 PM**

From: Amanda Prose <aprose@wck.com>
To:  Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: e0975773a48ef7a0bbe9babfdda45c6f50dd72fecbffa90d8d892358df86c398

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Please tell me it is going to be okay.....

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Sat, 05 Nov 2022 20:37:52 -0500

My initial review is simply that this relates to treadmill itself, and not to your already allowed claims (e.g., system); and that is a more crude version of your treadmill apparatus so that we should still be able to get you claims allowed to your treadmill assembly. I will take a closer look at this on Monday and get back to you.

Best regards,

Amanda

On Sat, Nov 5, 2022 at 15:07 Matt Guertin <MattGuertin@protonmail.com> wrote:

> Amanda,
>
> If you have a couple minutes available to reply today with your initial thoughts about whether or not this prior art I have just come across has the potential to negate everything I have been working on for almost two years it would be much appreciated. I was just shown this by someone on Friday and the more I think about the more freaked out I'm becoming.
>
> It is still missing multiple elements even just for the claims I am being granted I believe - meaning more than just one other prior art reference would need to be combined with it to satisfy 'obviousness' just for the initial claims I am being granted.... Right? :-/
>
> I'm pretty much frozen and haven't accomplished anything for the last three hours or so. I am not sure if they have a patent for this thing or not but so far I have not been able to find it...but I'm pretty sure that doesn't technically matter
>
> https://www.photorobot.com/robots/catwalk
> https://www.photorobot.com/blog/catwalk-for-apparel-photography-and-online-fashion-shows
> https://www.photorobot.com/tutorials/how-to-film-models
> https://www.youtube.com/watch?v=4fcAN-GCmdc
> https://www.youtube.com/watch?v=HXLxWOEAxNE
> https://www.youtube.com/watch?v=6NaPPGVqx-I
> https://www.youtube.com/watch?v=o3Ft5IrnLrc
> https://www.youtube.com/watch?v=_XXayIIb_0o
>
>
> ~Matt Guertin
> 763-221-4540
>
> Sent with Proton Mail secure email.

--
Best regards,

Amanda

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE_Please tell me it is going to be okay.....**
Nov 5, 2022  10:56 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: f35244d9e7d2fd7ecb0a5e64388c78f15200ec2c8b88468420918bdb1dcad4db
Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

### Re: Please tell me it is going to be okay.....

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Sun, 06 Nov 2022 03:56:06 +0000

Amanda,

Thanks.

I like to worry.

My mom came over and visited shortly after I sent this email and told me to chill out and so I did - but not before inadvertently stumbling upon THIS PATENT APPLICATION as I was conducting various searches using different terms to see if I could find a patent for the virtual catwalk treadmill.

It was filed by Stephan Trojansky who is the CEO of Eyeline Studios which is the virtual production department of the company he founded Scanline VFX which was just acquired by Netflix in 2021, employs 1400 people, and has offices in Vancouver, Montreal, Los Angeles, London, Seoul, Munich, and Stuttgart.

The only difference between our applications is that he is focusing mainly on capturing a 3D model of the person and is also doing some weird stuff with movement of the sensors/cameras for the purpose of tracking with the user it appears. Besides that though his application is the exact same thing I am doing.

After reading through the application a couple times and then coming back to it after the break I had visiting with my mom it finally hit me -
The 'display panels' which were initially confusing to me are not a televisions or computer monitors - **they are led panels!**  His application is describing an LED volume with a treadmill just as I am and has a bunch of the same terminology in disclosure regarding sensors....this is in addition to claims in his application that would be considered infringement for the claims I have been allowed.

It is the only patent he has ever filed it looks like....and it is exactly what I am doing. All the way down to the user wearing a sensor, a treadmill with a camera syched to real-world speed, etc, etc.  I even briefly go over some of the 3d stuff in my disclosure.

Mr. Trojansky filed his provisional application on March 31st, 2021.

I beat him by only 12 days... !

Now what?  :-)

~Matt


Sent with Proton Mail secure email.

**EXHIBIT EML-D | p. 30**

**RE_Please tell me it is going to be okay.....**
Nov 6, 2022  6:38 AM

From: Amanda Prose <aprose@wck.com>
To:  Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: ba38923fbf2b69312777f90e5bfba1752a6a60abef669504635934246da4a0a6

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: Please tell me it is going to be okay.....

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Sun, 06 Nov 2022 06:38:51 -0600

---

Wow. Matt, the 12 day advantage here is great and a potential huge benefit. Your patent application is prior art to Mr. Trojanksy's patent application and there is nothing they will be able to do about it. They will need to somehow get around your patent application.

I will take a look at his prosecution history. The application probably hasn't been examined yet, as yours has been since you filed the Track One application. If they filed this in the regular manner your patent will be granted before they get a first examination report.

I will confirm all this and let you know and let you know what options you may have in addition to doing nothing and letting the patent office take care of it by citing your application/patent.

Best regards,

Amanda

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE_Please tell me it is going to be okay.....**
**Nov 6, 2022  8:36 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: fd20d1a5be40b9db4687f933003546ec60f41b0b53fe62a94f66d447fd476404

Page: 1 of 1          [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

### Re: Please tell me it is going to be okay.....

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Sun, 06 Nov 2022 14:36:53 +0000

I'm pretty sure it has too many claims to be a TrackOne... I've been studying. :-)

I've also read entirely through his application about 6 or 7 times at this point and each time I realize more and more that the intentionally obscure language they are using in the application is essentially just an impressive form of camouflage which is ultimately conveying a nearly identical idea as mine.

The arm to reposition sensors = a robotic camera

Any film camera = 'sensor unit'

What is referred to normally as an 'LED Volume' is instead referred to as 'Display Panels 1, Display Panels 2, and Display Panels 3'

The virtual environment the person is being filmed in = 'Multidimensional scene'

And on and on it goes...it's pretty impressive though as far as lessons in language go. It's like a mind puzzle constructed from nothing but words.

Maybe they are actually trying to capture a true 3d point cloud for vfx but the main discussion of the 3d 'twin' of the user (near the end of disclosure) is simply describing the virtual character one would mainly use for the purpose of programming/animating a scene which is then replaced by a real person.

It's pretty crazy how similar some of our descriptions and ideas are...especially when you consider that once he filed his provisional application he had at the very least 1400 people available for a year to help him dial everything in before his utility application was filed and it is nearly identical to what I threw together at the literal last minute.

As far as I've been able to tell it looks like the entire patent application will be null and void. There's a few bits and pieces which seem unique but everything else is very clearly covered in my disclosure.

The odds of someone filing the exact same thing 12 days later, me accidentally stumbling upon it, and then somehow being able to realize it was relevant at all is almost as crazy as realizing how many people they hired or are in the process of hiring to work on an idea they and Netflix believed they were going to own.

I'll follow up with the few basic questions I have about all of this tomorrow or maybe later this evening.

Thanks!


Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE_Please tell me it is going to be okay.....**
Nov 8, 2022  8:58 AM

From: Amanda Prose <aprose@wck.com>
To:  Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: ca08da0822e5e6a7e67b76cef5d0404b8a07455dca7aba299e814ff51b700978
Page: 1 of 1        [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

### Re: Please tell me it is going to be okay.....

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Tue, 08 Nov 2022 08:58:42 -0600

Hi Matt,

I did some research on the Trojansky/Eyeline/Netflix patent application. I note there is also a PCT application that was just recently published. The PCT application had a search report that denied patentability to all 39 claims, but again, take that with a grain of salt. That is not uncommon. Further, the search was conducted back in July, which was before your PCT application and US applications published (which was in September) so your patent application was not searchable and thus not cited by the Korean examiner conducting the prior art search for the PCT application.

1) I also checked the status of the US application (publication no. US 2022/0319115): the application has not been examined yet, and it will likely be a while before it is examined. They have not submitted any prior art to the Patent Office either.
2) The videos you sent us that pre-date your filing date will need to be submitted to the patent office in a prior art disclosure. This is a requirement of your duty of candor to the Patent Office. We will do this ASAP. I do not expect this to affect the allowance of the system claims or the patent itself since we have deleted the apparatus claims.

3) Your next decision relates to how to make Netflix aware of your prior filed patent application. We can A) make sure that Netflix is aware of your prior pending patent application by either a third party submission of prior art or by sending the art to both Mr. Trojansky and his patent attorneys, as once they have become aware of the art they also have a duty to disclose it to the Patent Office; or B) do nothing and hope the US examiner finds your patent application and cites it.

In general, we have the opportunity to submit prior art in another party's pending patent application until 6 months from the date of publication. This gives us until April 6, 2023 to file your patent application as a prior art submission in the Trojansky/Netflix application. I suggest we consider this route, but waiting until the patent has issued if we can. It is much harder for them to make a stink when your patent is granted and also your duty to submit prior art references ends when the patent is granted. At this rate, you should have a patent granted soon so I think waiting will be OK.

Let me know if you have other questions.

Best regards,

Amanda



westman champlin & koehler
INTELLECTUAL PROPERTY ATTORNEYS

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE_Please tell me it is going to be okay.....**
**Nov 8, 2022  2:25 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 3be2924a6b825e5c789fb41537e0dcd4951cbd3108b2a226513ce3c6ccaca735
Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Please tell me it is going to be okay.....

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Tue, 08 Nov 2022 20:25:33 +0000

Amanda,

I'm guessing they are well aware of my patent and who I am as it makes sense now why just recently LinkedIn started sending me random emails saying my career is on a roll and that there's a bunch of people searching for me by name.

I for sure want to file mine as prior art with the uspto and the PCT office but agree that it is better to wait until after it is granted.

The only other question then I have is regarding assignment of the patent/patent applications to InfiniSet, Inc. Could that be done right now if I wanted? How long does it take for it to become effective? Any pros or cons about it in general as far as doing now or waiting until after a patent is granted?

That is all. Thanks

~Matt

Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE_Please tell me it is going to be okay.....**
**Nov 8, 2022  2:43 PM**

From: Amanda Prose <aprose@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 7f01a03ad45166adb2bda37d0f5af6a26c7cb3c8f47cb1b78b7b49a0da0ca5f8

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Please tell me it is going to be okay.....

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Tue, 08 Nov 2022 14:43:12 -0600

Matt,

Great, we are monitoring the status of the Trojansky/Netflix patent application. We have gone ahead and submitted the PhotoRobot material to the Patent Office in your current application. As of yesterday, your patent application was indicated as having undergone the allowance pre-check, meaning it is allowed but no notice of allowance has been mailed yet. Hopefully the Examiner will review the PhotoRobot materials, acknowledge them, and continue with the Notice of Allowance mailing efficiently so that the Notice of Allowance still follows shortly.

Once we have that, we should go ahead and pay the Issue Fee. The patent would then, with a little bit of luck, grant before the end of 2022 (but more likely grant sometime in January 2023). After that, it should be safe to go ahead and file the third party submission of prior art in the Trojansky/Netflix application.

We will also want to think about - given the Trojansky/Netflix patent application - whether to file a Continuation Application or a Continuation in Part application. If we add new material to the disclosure we should be mindful of what is in the Trojansky disclosure as that will be prior art to the new material added. Thus, it might be best to start with the filing of a continuation application first as there is then no question as to your priority rights.

Regarding assignment of the patent application - we can do that at any time. Recordal is quick and can take effect in days. If you want InfiniSet, Inc. to be listed as the owner of the patent on the face of the patent that issues, we should go ahead and assign the patent application. We can determine the best time to file, but if you can confirm that we should prepare the assignment documents for your execution, we will get those sent over to you. You can assign the patent any time - its up to you. The only urgency now would be if you want to have the InfiniSet, Inc. name on the face of the patent.

Have you incorporated and registered your entity yet? In Minnesota? That will be the first step before we assign the patent application/patent. I did not see an InfiniSet, Inc. registered in the MN secretary of state's office. However, let me know if you need assistance here with registering if you have not already and whether or not you have thought about registering as an LLC instead (as this can be a bit easier for a single member company and also eliminates the need for formal articles of incorporation etc.).


Best regards,

Amanda



westman champlin & koehler
INTELLECTUAL PROPERTY ATTORNEYS

---

**RE_Please tell me it is going to be okay.....**
**Nov 8, 2022  5:29 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: c14c5dd66389968b4c6f3a91da4999073c1f6ebca5d468177890d7562667eb65

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: Please tell me it is going to be okay.....

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Tue, 08 Nov 2022 23:29:43 +0000

Amanda,

I have it registered as a Delaware C-Corp but I have not filed the foreign operation deal with the MN SOS yet.

I have all of the formation documents ready to sign and whatnot but I have been slacking a little on that but I do have an EIN#. The only other thing I need to do is get a PO box to use for the address on the bank account.

I have Kylie Kaminski with Hellmuth and Johnson retained as my corporate attorney who was a referral from my friend Jai Kissoon whose company she sold for 100 million dollars. So everything is legit as far as knowing it's setup correctly and whatnot.

I do know however that regardless of the few things I have left to do I for sure want to have everything assigned to the corporation instead of me. This would especially be true now in light of the newly discovered information and the value it has added to my patent overnight.

As exciting as all of this is it's also slightly off-putting to realize I am about to be the sole owner of something standing in the way of huge business dealings with a multi-billion dollar global company like Netflix. I'm guessing by now that all of the executives at Netflix can spell my full name forward and backwards by memory and I would be surprised if there wasn't a folder with my name on it and someone digging into my background to assemble a psychological profile and history about me.

Call me crazy but....

At the same time however I do find plenty of entertainment and humor in all of it as well. For example when you look up the address on Trojansky's PCT application you end up at Netflix Corporate Headquarters in Silicone Valley and for mine you end up at an apartment in Minnetonka. Even just the subject title of this email considering what it started out as and what it has become is not lost on me.

My general take on all of this is that I would be more than willing to outright sell them the entire patent as in they could move forward without any uncertainty and still retain exclusive rights to the technology but they would need to pay me a large enough amount of money that it would sting a little bit. Like 100 million dollars (puts pinky into mouth and laughs maniacally)

If everything goes the way I'm hoping it does just make sure you leave a lot of extra room in your purse or bring a small bag when we meet up for lunch some day in the future.

In the meantime I will continue soldering and finishing up the lighting for my prototype.


~Matt


Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE_Please tell me it is going to be okay.....**
Nov 9, 2022  5:51 AM

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: f73bc452bb93df273ca13067049ef48dd847c160963c988818ff6b660abfd617

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: Please tell me it is going to be okay.....

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Wed, 09 Nov 2022 11:51:15 +0000

Amanda,

Hold up on preparation of assignment docs.

If indeed I end up wanting to outright sell the patent like I am thinking will most likely be the case I just remembered the whole double taxation thing with a c-corp so maybe I should in fact setup a multi member LLC with the two other people that have very small amounts of equity in the company as a form of payment for work and dissolve the c-corp.

On the other hand I went through all the steps to setup, have a logo, etc and I want to try and pretend like Netflix isn't a thing until it actually is so maybe for now I just assign to the corporation for times sake and then end up reassigning to an LLC I am in control of for the actual sale at which point it would then get reassigned one more time to the final buyer.

1.  Is this common or have you at least hear of similar before? Is there any issues with bouncing around assignments of the patent like this? or any issues with reassigning and then reassigng a very short time later for the purpose of selling through a different entity?

2.  As a hypothetical lets say that the patent is granted and and one week later I have finalized a deal and Netflix pays me 100 million dollars. Fantastic. I can't believe how easy that was. Smiles all around. The patent is then assigned to Netflix and the deal is done.  - BUT -   What about the continuation filing?

    Would that get transferred to Netflix along with the assignment per USPTO rules regardless? Or would I...or could I still retain control of the continuation and be granted an additional valuable patent eventually which they would either want to or have to buy in addition to the original?

I am going to write an email to my corporate attorney shortly with some other questions I have in addition to the c-corp vs LLC question and so I should be able to confirm whether or not InfiniSet, Inc will get the assignment by later this afternoon at which point I will send you an email ( I am guessing it will..)

Thanks,

~Matt


Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 37**

**RE_Please tell me it is going to be okay.....**
**Nov 9, 2022  9:29 AM**

From: Amanda Prose <aprose@wck.com>
To:  Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 28553ace8686a064ac36fe65f6d0044a934cf8f6a7070309299460e34b93d7d6

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Please tell me it is going to be okay.....

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Wed, 09 Nov 2022 09:29:41 -0600

---

Hi Matt,

It is not uncommon to assign a patent multiple times, and for various reasons. Sometimes it's a sale, or a merger or acquisition.

Whether or not you retain ownership in the continuation and/or PCT application depends on the terms of an agreement you make with a purchaser. Generally, a patent application/patent is assigned with the "know how" (e.g., the invention as well as any patent applications are a package) and with any continuation, divisional foreign applications etc. It can be attractive to have a pending application(s) as this allows the user to file additional applications later without issues and allows the new owner to expand the protection and portfolio how they want to.

If you have interest from third parties at a later date you can also think about retaining ownership but licensing the patent - meaning they pay you a royalty to make/use/sell the technology without infringement.

Best regards,

Amanda



westman champlin & koehler
INTELLECTUAL PROPERTY ATTORNEYS

---

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 38**</span>

**RE_Please tell me it is going to be okay.....**
**Nov 9, 2022  4:43 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: d292aed71dfcc169af0bca45fc26d84bd24b4e233c4c73abc10d789e60137516
Page: 1 of 1       [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

---

### Re: Please tell me it is going to be okay.....

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Wed, 09 Nov 2022 22:43:09 +0000

Amanda,

I would say to go ahead then with the InfiniSet, Inc assignment docs and I'll just confirm that everything is okay and ready to go as far as the corporate stuff prior to actually signing and sending back to you.

You said it issues rather quickly and also mentioned moving quickly if I want it to be listed on the granted patent.

Do you have any idea on how fast I need to move? Back to you by the end of this week? End of next week? What's the safe cutoff in your opinion?

I never wrote my corporate attorney yet and still need to ask about stuff but I'll just assign to InfiniSet, Inc for now since that's what I have setup and I'm sure it can be figured out.

As much as I want to pretend Netflix doesn't exist it's pretty much all that exists now and it's a lot to take in and process. It's exciting yet overwhelming and it still doesn't seem like any of this is real.

I'm going to try and take a break sometime soon and not think about any of this for a little while

~Matt


Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Matt Guertin Patent - Netflix Patent**
**Nov 11, 2022  7:51 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:  riverslawyers@aol.com
SHA-256 Hash of .eml: 661e7266a3904f09b0c863be2a11c6558a83482c288035ece597d424b12ef5d5

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Matt Guertin Patent / Netflix Patent**

**From:** Matt Guertin
**To:** riverslawyers@aol.com
**Date:** Fri, 11 Nov 2022 13:51:45 +0000

Bruce,

Here you go  (dropbox automatic download - 288mb)

All packaged up nice and neat with a little bow on top.


~Matt Guertin
763-221-4540

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 40**</span>

**Re_Matt Guertin Patent - Netflix Patent**
**Nov 11, 2022  7:53 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:  riverslawyers@aol.com
SHA-256 Hash of .eml: 203be4fa9a642ceea3fd06a2729a96a2b16ea6f6f1823561e8c3e904cfe518aa
Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

**Re: Matt Guertin Patent / Netflix Patent**

**From:** Matt Guertin
**To:** riverslawyers@aol.com
**Date:** Fri, 11 Nov 2022 13:53:23 +0000

My provisional application was filed on March 19th, 2021
Trojansky/Netflix was filed on March 31st, 2021

I win

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 41**</span>

**Re_Matt Guertin Patent - Netflix Patent**
**Nov 11, 2022  7:57 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   riverslawyers@aol.com
SHA-256 Hash of .eml: 9f458f4f056326cd51781bd8acfbd19c34196dc0c09fd6dc253fd365194bd844

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Matt Guertin Patent / Netflix Patent

**From:** Matt Guertin
**To:** riverslawyers@aol.com
**Date:** Fri, 11 Nov 2022 13:57:40 +0000

Here is my portfolio website with all the projects I've worked on spanning 2008 - Current

www.MattGuertin.com

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**RE_Please tell me it is going to be okay.....**
**Nov 14, 2022  4:18 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 5e9725436535918630c2cbc86624e08b9d60fcfe7a036ecd85b01adb4a8bde2d

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: Please tell me it is going to be okay.....

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Mon, 14 Nov 2022 10:18:25 +0000

Amanda,

I have InfiniSet, Inc. registered now in Minnesota.

Here are the filing documents

Also I think there might be a pretty big problem that needs to be corrected unless I am completely misunderstanding something. Please see attached image and let me know if these are in fact the claims which were sent back to USPTO examiner and are currently approved?  Or was this just a draft as it says meaning this was not the same information sent to examiner?

If these were in fact the claims sent into the examiner can they be corrected?
Will it add a bunch of time or what happens if this was the case?


Thanks,

Matt Guertin



Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 20-1, Attachment 1 of 1**
**Nov 14, 2022  4:18 AM**
Wrong_Claims.jpg

RE_Please tell me it is going to be okay.....

SHA-256 Hash of Attachment: c2c20b992769dbbce939f5cf48dcee89940fd374912de7a16964daf641aefa2f

Page: 1 of 1     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

## Original Application Claims

14.    A system for creating the illusion of movement of a user, for use in virtually rendered settings, the system comprising:    **Allowed**

a motorized treadmill base having an endless belt operably supported on a rotatable turntable such that the treadmill allows for unlimited directional movement of the belt; and

a controller configured to synch the movement of the treadmill with a camera in real-time, and

wherein the treadmill base is configured to support the user thereon and wherein the treadmill base remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

15.    The system of claim 14, wherein the camera and the user rotate inversely to one another.

16.    The system of claim 15, wherein the camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

17.    A method of creating the illusion of movement comprising:

providing an endless track on a rotatable turntable and a camera spaced apart from the turntable and wherein the camera is moveable around the turntable about an axis centered on the endless track;

controlling the speed of the endless track;

controlling the direction of the endless track by rotating the turntable, and

18.    The method of claim 17 and further comprising:    **Allowed**

providing one or more audio, visual, or tactile cue sources to the endless track, rotatable turntable, user or a combination thereof;

actuating one or more audio, visual, or tactile cue sources to provide a physical signal to the user on the endless track indicating one or more of a position of the user on the track, an initiation or ceasing of movement of the track, and an initiation or ceasing of rotation of the turntable, or a cue related to the scene being filmed.

19.    The method of claim 17 and further comprising, installing the rotatable turntable in an LED based virtual film set or green screen film set.

20.    The method of claim 17 and further comprising:

tracking the precise location of the user;

providing physical cues to the user through to direct the user's movement to maintain the user on a location of the endless belt; and

if the user deviates from the location on the endless belt, adjusting a location of the camera and environment to compensate for the deviation.

---

### AMENDMENT TO THE CLAIMS

1-13. (Cancelled)

14.    (Original)    A system for creating the illusion of movement of a user, for use in virtually rendered settings, the system comprising:

a motorized treadmill base having an endless belt operably supported on a rotatable turntable such that the treadmill allows for unlimited directional movement of the belt; and

a controller configured to synch the movement of the treadmill with a camera in real-time, and

wherein the treadmill base is configured to support the user thereon and wherein the treadmill base remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

15.    (Original)    The system of claim 14, wherein the camera and the user rotate inversely to one another.

16.    (Original)    The system of claim 15, wherein the camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

17.    (Currently Amended) A method of creating the illusion of movement comprising:

providing an endless track on a rotatable turntable and a camera spaced apart from the turntable and wherein the camera is moveable around the turntable about an axis centered on the endless track;

controlling the speed of the endless track;

controlling the direction of the endless track by rotating the turntable, and

synching movement of the camera with a real-world speed of the endless track and a distance traveled by the track    **This is the original claim 17**

18.    (Cancelled)

19.    (Original)    The method of claim 17 and further comprising installing the rotatable turntable in an LED based virtual film set or green screen film set.

**19 and 20 were not allowed**

20.    (Original)    The method of claim 17 and further comprising:

tracking the precise location of the user;

providing physical cues to the user through to direct the user's movement to maintain the user on a location of the endless belt; and

if the user deviates from the location on the endless belt, adjusting a location of the camera and environment to compensate for the deviation.

### REMARKS

This is responsive to the outstanding Office Action. With this response, claims 1, 3 and 17 are amended and claims 1-13 and 18 is cancelled. This application contains with claims 14-17 and 19-20.

The Applicant thanks the Examiner for the indication of allowance of claims 14-16 and the indication of allowable subject matter in claim 18. Claim 17 has been amended to include the subject matter of claim 18 and claim 18 is cancelled herewith. Claims 1-13 have been cancelled.

It is believed that all of the claims are presently in condition for allowance. Reconsideration and allowance of all of the claims is respectfully requested.

I.    Claim Rejections – 35 USC 1102

The Office Action rejected claims 17 and 19-20 under 35 USC 102(a)(1) as being anticipated by Brodsky (US 2019/0307982) Applicant respectfully disagrees with this contention. However, claim 17 has been amended for clarification.

The subject matter of claim 18 has been included in claims 17 via the amendment made herein. It is respectfully submitted that Brodsky fails to teach each and every element recited in amended claims 17 and 19-20.

It is believed that claims 17 and 19-20 are in condition for allowance. It is respectfully requested this rejection be withdrawn and the claims allowed.

---

### AMENDMENT TO THE CLAIMS

1-13. (Cancelled)

14.    (Original)    A system for creating the illusion of movement of a user, for use in virtually rendered settings, the system comprising:

a motorized treadmill base having an endless belt operably supported on a rotatable turntable such that the treadmill allows for unlimited directional movement of the belt; and

a controller configured to synch the movement of the treadmill with a camera in real-time, and

wherein the treadmill base is configured to support the user thereon and wherein the treadmill base remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

15.    (Original)    The system of claim 14, wherein the camera and the user rotate inversely to one another.

16.    (Original)    The system of claim 15, wherein the camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

17.    (Original)    The method of claim 17 and further comprising:

providing one or more audio, visual, or tactile cue sources to the endless track, rotatable turntable, user or a combination thereof;

actuating one or more audio, visual, or tactile cue sources to provide a physical signal to the user on the endless track indicating one or more of a position of the user on the track, an initiation or ceasing of movement of the track, and an initiation or ceasing of rotation of the turntable, or a cue related to the scene being filmed.

18.    (Cancelled)

19.    (Cancelled)

20.    (Cancelled)

**^^^Aren't these the claims I should be getting? ^^^^**

**EXHIBIT EML-D | p. 44**

**Non-Provisional Patent App-Treadmill system for creating illusion of movement**
Nov 15, 2022  11:59 AM

From: Megan Neumann <mneumann@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 7a3f5d87f9fd92fc97c09ef1f08d2da18484c158fd807b59821b4e6d203a3606

Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Megan Neumann
**To:** Matt Guertin
**Date:** Tue, 15 Nov 2022 11:59:22 -0600

---

TRACK ONE U.S. Non-Provisional Patent Application
Applicant: Matthew Guertin
Serial No.: 17/698,420
Filed: March 18, 2022
For: Motorized rotatable treadmill and system for creating the illusion of movement
Our File: G185.0001US1

Dear Matt:

We have now received a Notice of Allowance and Issue Fee Due in the above-identified application. We have three months from the date of the Notice of Allowance, or until **February 9, 2023**, in which to pay the Issue Fee of $300.00. As we are waiting for confirmation from the Examiner that the PhotoRobot materials (Information Disclosure Statement, "IDS") were reviewed and entered on the record, we will wait to pay the Issue Fee. Generally, we pay this fee approximately one month before its due date unless you instruct us otherwise. As we have discussed previously, we will pay the Issue Fee sooner, likely upon receipt of confirmation from the Examiner that the IDS is entered.

Please review the attached set of claims. A significant amount of time has passed since the application was filed. If the invention has significantly changed during this time, you may want to consider reviewing the allowed patent claims to ensure that the patent claims "cover" your changed invention. We, of course, can help you make this determination. Even if the patent claims cover the changed device, the changes may be significant enough to be patentable on their own. Such significant changes could be patented by filing a Continuation-in-Part patent application. We can provide you a further explanation upon your request.

Please let us know if you wish to file an additional application for this invention, such as a divisional, a continuation or a continuation-in-part application. **Such an application must be filed before the date of issuance of this patent in order to claim the benefit of the priority date. Unless we hear from you directing us to file a continuation case, we will not file any form of continuation case.**
When this application was filed and/or prosecuted, we paid fee amounts consistent with the application having "micro entity" status. As you may recall, "micro entity" status can only be obtained if no rights under this application are owned or licensed by an entity that does not qualify for micro entity status. To qualify for micro entity status, the applicant and each inventor has not filed more than four US non-provisional patent applications, has an income for the past year that was less than **$212,352 USD**, and has not licensed or promised to license to a non-micro-entity. **Please contact us immediately if this application no longer qualifies for "micro entity" status, since payment of an incorrect fee may invalidate the patent.**
After we have paid this fee we will bill you for the fee and our services for handling the transaction, including forwarding the patent document after it has issued, which may be several months after we pay the Issue Fee.

Maintenance Fees for this patent will come due 3½, 7½ and 11½ years from the issue date. Upon

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 45**</span>

**Non-Provisional Patent App-Treadmill system for creating illusion of movement**
**Nov 15, 2022  11:59 AM**

From: Megan Neumann <mneumann@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 7a3f5d87f9fd92fc97c09ef1f08d2da18484c158fd807b59821b4e6d203a3606

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

failure to pay any of the above fees, the patent will automatically be cancelled six months from the date payment is due. This information will be recorded in our permanent records and we will attempt to notify you well in advance of the date on which the respective fees become due.

Best regards,

Amanda

Amanda M. Prose
Intellectual Property Attorney
Westman, Champlin & Koehler, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, MN 55402
Tel: 612-334-3222
Direct: 612-852-0619
Fax: 612-334-3312

www.wck.com

AMP:man

westman
champlin
koehler

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

**EML-C 21-1, Attachment 1 of 2**
**Nov 15, 2022  11:59 AM**
2022-11-09 Allowed Claims.doc

Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: e8534163cdc2554fb2ea5dc80cc13b902fd6c027377a78cd050cd696f586e13c
Page: 1 of 2        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

1-13. (Cancelled)

14.    (Original)      A system for creating the illusion of movement of a user, for use in virtually rendered settings, the system comprising:
    a motorized treadmill base having an endless belt operably supported on a rotatable
        turntable such that the treadmill allows for unlimited directional movement of the
            belt; and
    a controller configured to synch the movement of the treadmill with a camera in real-
        time, and
    wherein the treadmill base is configured to support the user thereon and wherein the treadmill base remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

15.    (Original)      The system of claim 14, wherein the camera and the user rotate inversely to one another.

16.    (Original)      The system of claim 15, wherein the camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

17.    (Previously Presented)          A method of creating the illusion of movement comprising:
    providing an endless track on a rotatable turntable and a camera spaced apart from the
        turntable and wherein the camera is moveable around the turntable about an axis
        centered on the endless track;
    controlling the speed of the endless track;
    controlling the direction of the endless track by rotating the turntable;
    synching movement of the camera with a real-world speed of the endless track and a
        distance traveled by the track;
    providing one or more audio, visual, or tactile cue sources to the endless track, rotatable
        turntable, user or a combination thereof; and
    actuating one or more audio, visual, or tactile cue sources to provide a physical signal to

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 21-1, Attachment 1 of 2**
**Nov 15, 2022  11:59 AM**
2022-11-09 Allowed Claims.doc

Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: e8534163cdc2554fb2ea5dc80cc13b902fd6c027377a78cd050cd696f586e13c
Page: 2 of 2        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

-2-

the user on the endless track indicating one or more of a position of the user on the track, an initiation or ceasing of movement of the track, and an initiation or ceasing of rotation of the turntable, or a cue related to the scene being filmed.

18.     (Cancelled)

19.     (Original)        The method of claim 17 and further comprising installing the rotatable turntable in an LED based virtual film set or green screen film set.

20.     (Original)        The method of claim 17 and further comprising:
tracking the precise location of the user;
providing physical cues to the user through to direct the user's movement to maintain the user on a location of the endless belt; and
if the user deviates from the location on the endless belt, adjusting a location of the camera and environment to compensate for the deviation.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 21-2, Attachment 2 of 2**
**Nov 15, 2022  11:59 AM**
2022-11-09 Notice of Allowance.pdf

Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 2fc35b7175fbe482f4a61a1236c3238f9e77e65fea985becc3cd386e99be0c02

Page: 1 of 7     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

---

 UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

27367      7590      11/09/2022
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402

| EXAMINER |
| --- |
| NGUYEN, KIEN T |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 3711 | |

DATE MAILED: 11/09/2022

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 17/698,420 | 03/18/2022 | Matthew Guertin | G185.0001US1 | 6571 |

TITLE OF INVENTION: Motorized rotatable treadmill and system for creating the illusion of movement

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | MICRO | $300 | $0.00 | $0.00 | $300 | 02/09/2023 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 21-2, Attachment 2 of 2**
**Nov 15, 2022  11:59 AM**
2022-11-09 Notice of Allowance.pdf

Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 2fc35b7175fbe482f4a61a1236c3238f9e77e65fea985becc3cd386e99be0c02

Page: 2 of 7        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

### PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to:  Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to:    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

27367          7590          11/09/2022
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

_____ (Typed or printed name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/698,420 | 03/18/2022 | Matthew Guertin | G185.0001US1 | 6571 |

TITLE OF INVENTION: Motorized rotatable treadmill and system for creating the illusion of movement

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | MICRO | $300 | $0.00 | $0.00 | $300 | 02/09/2023 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, KIEN T | 3711 | 472-075000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. Fees submitted:  ☐ Issue Fee    ☐ Publication Fee (if required)    ☐ Advance Order - # of Copies _____

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☐ Electronic Payment via EFS-Web    ☐ Enclosed check    ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

Page 2 of 3
PTOL-85 Part B (08-18) Approved for use through 01/31/2020        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 50**

**EML-C 21-2, Attachment 2 of 2**
**Nov 15, 2022  11:59 AM**
2022-11-09 Notice of Allowance.pdf

Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 2fc35b7175fbe482f4a61a1236c3238f9e77e65fea985becc3cd386e99be0c02

Page: 3 of 7    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]

---



## UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/698,420 | 03/18/2022 | Matthew Guertin | G185.0001US1 | 6571 |

27367       7590       11/09/2022
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402

| EXAMINER |
|---|
| NGUYEN, KIEN T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3711 | |

DATE MAILED: 11/09/2022

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

Page 3 of 3

PTOL-85 (Rev. 02/11)

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 51**

**EML-C 21-2, Attachment 2 of 2**
**Nov 15, 2022  11:59 AM**
2022-11-09 Notice of Allowance.pdf

Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 2fc35b7175fbe482f4a61a1236c3238f9e77e65fea985becc3cd386e99be0c02
Page: 4 of 7     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

### OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:
1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 52**

**EML-C 21-2, Attachment 2 of 2**
**Nov 15, 2022  11:59 AM**
2022-11-09 Notice of Allowance.pdf

Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 2fc35b7175fbe482f4a61a1236c3238f9e77e65fea985becc3cd386e99be0c02
Page: 5 of 7    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]

| *Notice of Allowability* | Application No. 17/698,420 | Applicant(s) Guertin, Matthew | |
|---|---|---|---|
| | Examiner KIEN T NGUYEN | Art Unit 3711 | AIA (FITF) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to the amendment filed on 10/26/2022.
     ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 14-17 and 19-20 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
     **Certified copies:**
     a) ☐ All    b) ☐ Some*    c) ☐ None of the:
       1. ☐ Certified copies of the priority documents have been received.
       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
     * Certified copies not received: _____ .

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
     ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .
     **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____ .
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____ .

5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

/KIEN T NGUYEN/
Primary Examiner, Art Unit 3711

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 53**

**EML-C 21-2, Attachment 2 of 2**
**Nov 15, 2022 11:59 AM**
2022-11-09 Notice of Allowance.pdf

Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 2fc35b7175fbe482f4a61a1236c3238f9e77e65fea985becc3cd386e99be0c02
Page: 6 of 7     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

---

Application/Control Number: 17/698,420                                      Page 2
Art Unit: 3711

### Notice of Pre-AIA or AIA Status

1.       The present application, filed on or after March 16, 2013, is being examined
under the first inventor to file provisions of the AIA.

### Reasons for Allowance

2.       The following is an examiner's statement of reasons for allowance: no prior art of
record, alone or in combination, teaches or fairly suggests an illusion system comprising
a motorized treadmill base having an endless belt operably supported on a rotatable
turntable such that the treadmill allows for unlimited directional movement of the belt; a
controller configured to sync the movement of the treadmill with a camera in real time;
and wherein the treadmill base is configured to support a user thereon and wherein the
treadmill remains stationary, the user movement is confined to a surface area of the
belt.

         Any comments considered necessary by applicant must be submitted no later
than the payment of the issue fee and, to avoid processing delays, should preferably
accompany the issue fee.  Such submissions should be clearly labeled "Comments on
Statement of Reasons for Allowance."

### Conclusion

         Any inquiry concerning this communication or earlier communications from the
examiner should be directed to KIEN T NGUYEN whose telephone number is (571)272-
4428. The examiner can normally be reached M-F 7:00 AM- 3:00 PM.

         Examiner interviews are available via telephone, in-person, and video
conferencing using a USPTO supplied web-based collaboration tool. To schedule an

---

**EML-C 21-2, Attachment 2 of 2**
**Nov 15, 2022  11:59 AM**
2022-11-09 Notice of Allowance.pdf

Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 2fc35b7175fbe482f4a61a1236c3238f9e77e65fea985becc3cd386e99be0c02
Page: 7 of 7      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

Application/Control Number: 17/698,420                                      Page 3
Art Unit: 3711

interview, applicant is encouraged to use the USPTO Automated Interview Request

(AIR) at http://www.uspto.gov/interviewpractice.

     If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Melba Bumgarner can be reached on 571-272-4709. The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

     Information regarding the status of published or unpublished applications may be

obtained from Patent Center. Unpublished application information in Patent Center is

available to registered users. To file and manage patent submissions in Patent Center,

visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-

center for more information about Patent Center and

https://www.uspto.gov/patents/docx for information about filing in DOCX format. For

additional questions, contact the Electronic Business Center (EBC) at 866-217-9197

(toll-free). If you would like assistance from a USPTO Customer Service

Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/KIEN T NGUYEN/
Primary Examiner, Art Unit 3711

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 55**</span>

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
Nov 22, 2022  2:03 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: f3b35f7037ca99a6263adc9af22778096b64dc0a27c71155bf0318d80c69f80d

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Tue, 22 Nov 2022 20:03:50 +0000

Amanda,

I am working on compiling some info and an overview for additional claims.

In the meantime however is it possible to handle the assignment sooner than later? Can't it be sent in at any time? I would like to try and get it assigned to InfiniSet, Inc asap

Thanks,

~Matt

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
Nov 25, 2022  7:19 AM

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Megan Neumann <mneumann@wck.com>
SHA-256 Hash of .eml: 4d162fa185082eca57e99f80e819a9598946585f18309d764c962da1bf722266

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** Megan Neumann
**Date:** Fri, 25 Nov 2022 13:19:29 +0000

Amanda,

I have one main question about the continuation process itself

1. Is it necessary to include all of the claims in the continuation initially which I am interested in pursuing or can the continuation simply be filed with one claim initially and then more claims can be added onto the same continuation application later on / in the future without issue?

   I am wondering about this mainly in terms of strategy and being able to quickly pay the fee and file the continuation without getting too caught up in worrying about every single additional claim right now if more time can be spent on claims which can be added later on.

I have all sorts of things currently residing in my head related of claim ideas, what sets mine apart from all other systems, different combinations of elements to more narrowly describe the system claims while still being very broad in terms of covering all aspects of filming the user, etc, etc. but I am wondering if it is necessary that I spend a bunch of time on all of that right now if it can be added later on allowing me more time?

Thanks,

~Matt

Sent with Proton Mail secure email.

EXHIBIT EML-D | p. 57

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
**Nov 29, 2022  1:10 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: 4d7ec786669929724edb58d79378bc14ae407498d277db6cb1a27e02b66fc20e

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Tue, 29 Nov 2022 19:10:02 +0000

---

Amanda,

Thanks for this

One other thing I've been wondering then -

What exactly is the purpose of waiting to pay the fee if you are confident that the prior art that was sent in is not going to affect my system or method claims at all?

I'm just trying to figure out the reasoning behind this so I understand the overall process as a whole a little better.

For example - let's hypothetically say that the prior art claim of PhotoRobot was in fact an issue for my system claims for some odd reason - what would happen then?

Would the application be 'reset' essentially back to the state it was in when we received the initial office action reply and we would then need to either adjust or craft new claims and move forward from that point as if it never received a notice of allowance? Meaning we wouldn't be in a situation where we are now potentially facing a Final Office Action due to the overall number of steps/back and forth between us and the examiner?

What would the danger or risks be in just paying the fee right now since it has been allowed?

Would we still be approaching it in this same way if the Netflix app wasn't a thing?

If you could help me to better understand this it would be much appreciated.

Thanks,

~Matt

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 58**</span>

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
Dec 1, 2022  9:26 AM

From: Matt Guertin <MattGuertin@protonmail.com>
To:  Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: 86fd59f4ab25964fa1fb391df934eb0784c78b87b44174063754b8a59b3b34cc

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Thu, 01 Dec 2022 15:26:10 +0000

Amanda,

I am fine with waiting to pay the fee then.

Aren't we technically still on a countdown clock as far as a 3 month window in which the fee needs to be paid? I am assuming the examiner is aware of this and checks out the prior art sooner than later?

As far as the claim(s) submitted with the continuation couldn't I just submit with the original apparatus claims or something generic which still applies to my disclosure but which is essentially just a placeholder of sorts until I have more time available to dive into ti more?

I am learning more about claim construction overall and my plan is to at least layout all of the various elements and whatnot I think could be used to craft new claims.

One of my main thoughts is to include the elements of a real world camera, a virtual camera, a real world person, and a virtual person (character) as some part of a system or method. Perhaps a controller which uses the position and orientation data for each element as its inputs and a proprietary algorithm then outputs motion control data for the treadmill belt as well as the turntable rotation or something along those lines. I would run some of this stuff by my friend Keith who is programming the algorithm as well so that he is able to determine what exact elements would be required no matter what and would not be able to have any workarounds in terms of data which is 100% required in order to achieve functional and accurate unit operation

I also believe the possibility exists to make use of the animation timeline element which I mention multiple times

One thing I read about but need to learn more is a CRM claim combined with the apparatus claim - but I'm not sure if that requires that the CRM be contained within or a part of the mechanical device itself.

I also came across an apparatus claim which included a 'controller' as part of it which could potentially be a good strategy for an updated apparatus claim....perhaps?

I am going to try and finish the assignment today hopefully

Thank you!

~Matt Guertin

Sent with Proton Mail secure email.

**Please verify your email address**

**Dec 9, 2022  2:45 AM**

From: Internet Archive <noreply@archive.org>
To:   mattguertin@protonmail.com
SHA-256 Hash of .eml: 41cf30ca5f02d3bcf526a34ec9376a814b5c87adfa04b10ddb15afd854ca8861

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Please verify your email address**

**From:** Internet Archive
**To:** mattguertin@protonmail.com
**Date:** Fri, 09 Dec 2022 08:45:31 +0000

Greetings!

Thanks for creating a new account on Internet Archive, and welcome.

The final step to create your account is to verify your email address. You can do this by clicking the link below:

https://archive.org/account/verify.php?t=9e60b0debe61665e51d650d58af628df

(If that doesn't work, please try copying and pasting the link into your browser address bar.)

Once that's done, you're all set.

Regards,
Internet Archive
https://archive.org

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 60**</span>

**Welcome to the Internet Archive**
**Dec 9, 2022  2:46 AM**

From: Internet Archive <noreply@archive.org>
To:   mattguertin@protonmail.com
SHA-256 Hash of .eml: ffa5ca6acfca6e25d385b93a527e642c286b422a05567228745e04b0899b53b4

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Welcome to the Internet Archive**

**From:** Internet Archive
**To:** mattguertin@protonmail.com
**Date:** Fri, 09 Dec 2022 08:46:08 +0000

html

Dear PatentlyFalse,

Welcome to the Internet Archive, one of the largest digital libraries in the world and home of the history of the Web!

We're so glad you've decided to join our community of digital archivers from around the world. With your free account you can enjoy:

- 4.6 million books
- 6 million videos
- 14 million audio items (including 220,000 live music concerts)
- 580,000 software titles

You also have the ability to leave reviews, connect with other patrons, and even upload your own material to the collections. Want to jump right in? Here's a quick guide to using your account!

Right now, you aren't signed up for any email notifications. If you'd like to receive interesting highlights from our collections or occasional news updates, you can log in and sign up here.

As a 501c3 nonprofit dedicated to sustaining our digital history and culture for generations to come, we make all of our collections available for free. Your support is essential to helping the Archive survive, thrive, and grow—so if you find our resources useful, please chip in to help us ensure Universal Access to All Knowledge.

Thanks for joining us, and enjoy the archive!

The Internet Archive Team
www.archive.org

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 61**

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
Dec 12, 2022  3:29 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 45cce7ae5f12866d49a7cf801418f911e5699332bb386a9d4525aa43a65e8744

Page: 1 of 1         [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Mon, 12 Dec 2022 21:29:42 +0000

Amanda,

The whole PhotoRobot thing is 100% going to be an issue. I can pretty much guarantee that they personally contacted the examiner based upon everything I've learned so far as I've been digging into this.

My question is though what happens if I can prove they're lying and that they've altered a TON of stuff on their website? Does that end up being automatically favorable to me as in it proves without a doubt that it wasn't 'obvious' to them at all and also that they are liars?

I have every single webpage that matters saved as a .doc file by copying and pasting for both current versions as well as the same ones prior to November before I know they got contacted by the same person that told me about it.

I'm loading all of the documents into a program called MAXQDS where I'm able to analyze the most commonly used words, and create filters that use specific search terms to compare documents and sets of documents against one another which shows up as a heatmap matrix...and the results are comical. The attached example is only their current blog articles. Once I start comparing sets/groups of documents I'll be able to clearly layout what words they've added and all sorts of stuff.

In addition I ended up finding a stash of videos they wish I hadn't..
This is their 'robotic camera arm'
This is how you get it setup ( the guy talks about how it's a POS near the end of the video...)
This is their Siemens Micromaster 4 Series controller
This is what they are running through their slip ring for power and data to the actual belt
Their setup is actually just a treadmill mounted atop of one of their Roto Power Turn platforms
This is how one supports the sides if they so choose
These are their junk server units

The matrix attached pretty much proves it and that is just the initial, current blog pages I loaded into it. Up top are the individual blog pages...the ones on the left that are lit up like a xmas tree are their most recent ones that they are pointing everyone to through their youtube links and many other links that they placed all over their website recently to link back to the same pages by using keywords. It is all very well thought out and took a ton of time like I said.
Their unit is not precise whatsoever because they are running the treadmill with two wires - most likely just a 0-10vdc signal or some PWN signal but they for sure aren't getting any feedback or accuracy as far as the distance traveled by the belt.

Either way it's apparent that they have put an extraordinary amount of effort into re-working their website so I doubt it is just to posture and try to steal my idea. It is completely setup for them to contact the examiner and have him think they were already on the same path which couldn't be further from the truth.

I'm wondering how we go about notifying the examiner about this and also when we do am I allowed to submit personal, verifiable background information about myself as far as all of the projects I have worked on and the technology I have been into for a very long time? I believe that post KSR 'common sense' can be part of the examiners decision making process so I am wondering if them being caught completely lying (I have way more evidence than I can even type..) and me at least providing some examples of being into the same exact technology that is my invention helps at all?

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 28-1, Attachment 1 of 1**
**Dec 12, 2022  3:29 PM**
Matrix.png

Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 5b0fcc51d137060502f2a9dca3ae6b5887065e761dc6cb4ae43026586436e81f
Page: 1 of 1       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
Dec 12, 2022  11:41 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 4b2bdad2917404faf723843e795cc85071e1e98d7f23253df969103d6604c830

Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Tue, 13 Dec 2022 05:41:55 +0000

Amanda,

This is what Netflix is doing -

https://arxiv.org/pdf/2003.08934.pdf

https://blogs.nvidia.com/blog/2022/03/25/instant-nerf-research-3d-ai/

https://datagen.tech/guides/synthetic-data/neural-rendering/

https://www.youtube.com/watch?v=JuH79E8rdKc

https://www.youtube.com/watch?v=WSfEfZ0ilw4

https://twitter.com/jonstephens85/status/1591211205301272576

https://www.unite.ai/nerfactor-another-step-to-replacing-cgi/

https://blenderartists.org/t/nerf-neural-radiance-fields/1216928

https://www.xrtoday.com/virtual-reality/reality-scan-vs-nvidia-nerf-photogrammetry-for-developers/

It's the next level of photogrammetry just like I anticipated in my disclosure. Basically videogrammetry. I'm quite certain that extracting a polygon mesh and retexturing it with images is going to be the norm for a while although there was some discussion about gaming engines implementing all of it as an image based 3 dimensional representation. Regardless though that all involves an animation timeline, keyframes, and many of the other things I laid out in my disclosure.

My mention of a camera rig and photogrammetry along with the cameras being controlled by either an animation timeline or AI covers all of it.....and that is exactly why the PhotoRobot idiots suddenly became geniuses and are using the exact same terminology....words like 'spherical' and 'camera rig'

I'm somewhat fascinated by how stupid they are. Either that or they think I'm really stupid.

I am about to create a dictionary of search terms derived from all of the terms on my website, my patent application, my email, and my pdf. I am then going to compare those terms against PhotoRobots pre-november website and their current one.

I have all of the bold headers in the .docx files hyperlinked to their corresponding web archive links so that whatever reports I come up with can be presented as a nice, neat package that includes all of the legally recognized source material in categorized folders.

They are making very specific changes and it all has to do with language and terminology.

I would like for all of this to be presented to the examiner once ready mainly so that it is a matter of record in case the robot clowns are able to get their site pulled from the web archive. Apparently it is possible to contact them and have your information removed but I am unsure of the difficulty involved.

Do you have any additional advice on how to go about this properly?

Are there any additional things that could be done to further protect my interests such as filing an affidavit or some document of record with an additional legal entity besides the USPTO?

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
**Dec 12, 2022  11:41 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 4b2bdad2917404faf723843e795cc85071e1e98d7f23253df969103d6604c830

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

And where exactly does this fall in terms of criminal law?

Obviously it could be a civil matter eventually but let's hypothetically say that they did in fact file some sort of petition with the USPTO - Are they are actively perpetrating fraud by updating a bunch of their web pages without changing the publish date and then pointing links at those specific pages throughout the whole site?

I tried to look it up but I can only find fraud related stuff that relates to a patent applicant / holders and not 3rd parties.

Never a dull moment

~Matt

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 65**

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
Dec 14, 2022  6:30 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 461d768f9ea93e6526f17c67ae3450d63174e030208042cb20da0b350103337c
Page: 1 of 1         [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Thu, 15 Dec 2022 00:30:48 +0000

---

Amanda,

I'm not sure if I can save these out with the comments unless I just print screen.
I also do not have microsoft word so maybe the edits do transfer.

I ended up using a document compare feature in google docs. A majority of the past dates  dates I am comparing are May or August of this year - all of which are sourced on the top of the page. They found out about it in early November.

They are editing a lot of pages that were published before my application was filed and leaving the published date unchanged.

/blog

/blog/photorobot-photography-creativity-and-robotic-process-automation
^^^^ They deleted their companies founding mission

/blog/turning-platform-360-product-photography
/software
/software/studio-workflow
/software/management
/software/capture-control
/robots/catwalk
/robots/robotic-arm
/tutorials/how-to-photograph-eyewear
/robots/multicam


/robots/frame


I am still working on finishing everything but just wanted to get some of this in front of you so you can see what's taking place and why I am a little concerned....

Thanks,

~Matt

Sent with Proton Mail secure email.

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
**Dec 14, 2022  7:01 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: be4cc431cdd7635600dcc53e163401199d9241814f7b22f6eac6acd83e4dfde0

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Thu, 15 Dec 2022 01:01:19 +0000

---

And these are the 4 latest blog articles since the last web archive was saved.
It's a complete divergence from all of the other articles. These were the articles lighting up in that matrix I produced due to the sudden and very apparent shift in language.

https://www.photorobot.com/blog/360-product-photography
https://www.photorobot.com/blog/3d-ecommerce
https://www.photorobot.com/blog/360-photo-studio-manufacturers
https://www.photorobot.com/blog/packshot-photography


Sent with Proton Mail secure email.

**Removal Policy Information**

**Dec 15, 2022  12:04 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   info@archive.org
SHA-256 Hash of .eml: 942b76b74b0f6bfa4f0e89aeadf579b350912bc108bb6cc11dde43680ede1ee2

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Removal Policy Information**

**From:** Matt Guertin
**To:** info@archive.org
**Date:** Thu, 15 Dec 2022 06:04:53 +0000

Hello,

I just stopped writing my initial email, donated $25 + fees to Wayback Machine, and now I am back.

My question is a simple one -

What is your criteria for someone being able to contact you and request that their information be removed from the web archive?  I'm guessing that normally requests come from individuals as opposed to businesses?

My only reason for asking is because I am relying on your site as my main piece of evidence against a company who is very stealthily editing, re-wording, and re-linking a bunch of stuff on their website in an effort to establish a history which isn't true for the purpose of trying to steal something of significant value from me.

What I would like to do is personally, or through an attorney very kindly contact them and let them know that I can very clearly see what they are doing in an effort to try and get them to correct their course early on so I don't have to worry about it - or at the very least they will have to contend with the fact that I have solid evidence that could get them convicted of fraud and decide whether or not that is a risk they are willing to take.

My main worry however is that they could just contact your company and get everything deleted and so that has been bothering me somewhat and has been a pretty large factor in my decision making.

Any insight or knowledge about this topic would be greatly appreciated.

Thank you,

Matt Guertin

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 68**</span>

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
**Dec 15, 2022  9:24 AM**

From: Amanda Prose <aprose@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 2dfdf653c6fc1863448b384d335af09c5347cffbcc2032d6b87ef35f5455d988

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Thu, 15 Dec 2022 09:24:04 -0600

Hi Matt,

I will take a closer look and get back to you.

As all this material is being newly published - after you have filed, the good news is that it is not prior art to you - only the original material published back before we filed your provisional application counts. Very interesting on their updated though and good to keep track if it appears they are trying to make it look like its older material than it really is.

Best regards,

Amanda



westman champlin & koehler
INTELLECTUAL PROPERTY ATTORNEYS

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

**Re_Assignment Reminder**
**Dec 19, 2022  1:46 PM**

From: Megan Neumann <mneumann@wck.com>
To:   Matt Guertin <mattguertin@protonmail.com>
SHA-256 Hash of .eml: 60a8408b8539c47881a3a6d514c78ba4246430d61da2602da4b09681d7607ed7

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

**Re: Assignment Reminder - TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)**

**From:** Megan Neumann
**To:** Matt Guertin
**Date:** Mon, 19 Dec 2022 13:46:58 -0600

**Re_Assignment Reminder**
**Dec 19, 2022  3:33 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Megan Neumann <mneumann@wck.com>
SHA-256 Hash of .eml: cf7adea72d02db8ef681cd557803fb644f0ac7e6cd909fa611b4549f606d67bb

Page: 1 of 1       [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

---

**Re: Assignment Reminder - TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)**

**From:** Matt Guertin
**To:** Megan Neumann
**Date:** Mon, 19 Dec 2022 21:33:24 +0000

Megan,

Thanks for the motivation   : )

Attached.

~Matt

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 71**

**EML-C 35-1, Attachment 1 of 1**
**Dec 19, 2022  3:33 PM**
InfiniSet_Inc_patent_assignment__SIGNED.pdf

InfiniSet_Inc_patent_assignment__SIGNED.pdf
SHA-256 Hash of Attachment: 5b89314827e1971933fe38052bde8fb2876e25bee3e95ebf2eef018d885a4416
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

| ASSIGNMENT | Attorney Docket No. |
| --- | --- |
| | G185.0001US1 |

WHEREAS, yyI, Matthew Guertin of Minnetonka, Minnesota, USA, (hereinafter referred to as ASSIGNOR), has invented certain new and useful improvements as described in an application entitled ___ MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT for Letters Patent of the United States, the application having been executed on even date herewith, and/or being identifiable in the United States Patent and Trademark Office by Application No. 17/698,420, filed March 18, 2022; and

WHEREAS, InfiniSet, Inc., a corporation, organized and existing under the laws of the state of Delaware, and having offices at 5832 Lincoln Dr, Suite 222, Edina, MN 55436, USA ("Assignee") is desirous of acquiring the entire right, title and interest in and to the invention, the application, and any and all Letters Patent or similar legal protection, foreign or domestic, to be obtained therefor;

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, I transfer to Assignee, its successors and assigns, my entire right, title and interest in and to the invention, the above-identified application, Provisional Application No. 63/163,135, filed March 19, 2021, corresponding domestic and foreign applications including continuations applications, continuing applications, divisional applications and continuation-in-part applications, all Letters Patent or similar legal protection issuing thereon, and all rights and benefits under any applicable treaty or convention; and I authorize the Director of the United States Patent and Trademark Office or foreign equivalent thereof to issue the Letters Patent or similar legal protection to the Assignee.

I authorize the Assignee, its successors and assigns, to insert in this instrument the filing date and application number when ascertained.

I authorize the Assignee, its successors and assigns, or anyone it may properly designate, to apply for Letters Patent or similar legal protection, in its own name if desired, in any and all foreign countries.

I represent to the Assignee, its successors and assigns, that I have not and shall not execute any writing or do any act whatsoever conflicting with this Assignment. I, my executors or administrators, will at any time upon request, without additional consideration, but at the expense of the Assignee, its successors and assigns, execute such additional writings and do such additional acts as the Assignee, its successors and assigns, may deem desirable to perfect its enjoyment of this grant, and render all assistance in making application for and obtaining, maintaining, and enforcing the Letters Patent or similar legal protection on the invention in any and all countries.

Matthew Guertin

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Subscribed and sworn to before me, a Notary Public, this 19 day of December, 2022

Notary Public

ANDREA LYNN JOHNSON
Notary Public
State of Minnesota
My Commission Expires
January 31, 2025

(SEAL)

-1 of 1-

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
Dec 27, 2022  5:13 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 20f1e85c20089e26676532542250891e47c355188ac6ef8f85364a9d51308a75
Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Tue, 27 Dec 2022 23:13:08 +0000

Amanda,

Sounds good.

If you're going to be in the office tomorrow I'd prefer to swing by in person considering all that's going on.

It has me a little freaked out tbh. I showed my mom on xmas and she also was a little freaked out and asked "are you worried at all?"

...and my mom is computer illiterate... so it's not a very complicated matter.

It is however something that has ENORMOUS implications on all sorts of different levels. Not just me or my patent, etc. - which is the part that has me a little worried.

~Matt


Sent from ProtonMail mobile

---

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
Dec 27, 2022  5:27 PM

---

From: Amanda Prose <aprose@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 3e7a1b004847f93f9f43cc9d73d8ab8395a73a703153f2783c7a56f8f3af91dc

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Tue, 27 Dec 2022 17:27:55 -0600

---

Hi Matt,

I'm working from home tomorrow, but I should be in the office on Thursday if you want to stop in then. I am available from about 9-2:30 on Thursday as I have a meeting at 3pm.

Best regards,

Amanda

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 74**</span>

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
Dec 27, 2022  5:54 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: fa090a4d385b2892d27da00fa773b6a74b4fb18d6a043509ff394bacba80e2a8

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Tue, 27 Dec 2022 23:54:00 +0000

---

Amanda,

I'll arrive at 10am Thursday then if that works.

Thanks


Sent from ProtonMail mobile

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
Dec 28, 2022  10:58 AM

From: Amanda Prose <aprose@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: d974c6a6976f24768b3edf2534bcc3b8f8c7d89cff1861ad45631319f1130e49

Page: 1 of 1       [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Wed, 28 Dec 2022 10:58:40 -0600

Hi Matt,

10AM tomorrow, Thursday works.

Please note that our office is located on the 11th floor and that you will need to ask for elevator access at that security desk on the 2nd floor (skyway level). If you have any issues, please give me a call at 612-852-0619 and I can come and let you up.

I know that the Photorobot website is changing - but please understand that it would be the onus of the owner of the website to show that they had these pages up on the internet before you filed your provisional application. It is pretty clear so far that they did not and that these changes have all been post your and Netflix's application filing. These pages are not prior art to you and would not be invalidating in court as this material is all being added via edits now, well after your application has been filed.
Best regards,

Amanda

westman champlin & koehler
INTELLECTUAL PROPERTY ATTORNEYS

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 76**

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
Dec 28, 2022  2:05 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 3fa3acb602329780a3fa2817b5edbe96a4d1b533c96f1494e0c53b3338b7b6d1

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Wed, 28 Dec 2022 20:05:03 +0000

---

Ok.

But then how is it determined whether or not they changed their website before or after my filing date or publication date?


Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
Dec 28, 2022  2:31 PM

From: Amanda Prose <aprose@wck.com>
To:  Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: a77106b98e0317cbc5aaea58083615e1ceccb34f1c29e4d6fcc509060071d108

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Wed, 28 Dec 2022 14:31:47 -0600

They would have to produce authenticated materials showing that the website had that material on it on a date prior to your filing date. The materials you have gathered show that it is basically impossible for them to do that. We also took screenshots of their website for the Information Disclosure Statement submitted on 11/9 that show that the website was different.

You are effectively making it impossible for them to show that this material was on their website prior to your filing date. But since it was not, there would be no way for them to show that the material was on their website before you filed the application.

It is not uncommon for website content to be updated, so for example, in litigation, copies of what the website looks like currently are not material (not important), what matters is what the website looked like on or before March 2021 when your provisional application was filed.


Best regards,

Amanda




westman champlin & koehler
INTELLECTUAL PROPERTY ATTORNEYS

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
Dec 28, 2022  4:58 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: 8a7f0feb9d3761caf5b8735d55b6fc07476056c61d8959548614810c81645052

Page: 1 of 2          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Wed, 28 Dec 2022 22:58:14 +0000

---

Amanda,

Ok.

But doesn't the web archive meet those authentication requirements?

Because if so...and if there have been some huge cases that were decided solely on archive.org 'archives' then I'd say this a pretty massive ordeal I'm now in the middle of.

Here is something I just through together for you
and here are the original supporting documents

I somehow got lucky enough to capture one of their historical revisions in real-time almost as it is only a span of 4-5 minutes. It's a lot of stuff to try and explain though

Here's a folder with a bunch of additional original documents with a ton of screencaps. In addition I have all of the the HTML downloaded for all of the archived pages. So the entire webpage - probably around 600 or so in total....all organized....all laid out in spreadsheets so I can cross reference, etc. I have it all.

And that's the thing - I started pulling on this string and I haven't stopped. I'm unraveling all of their stuff at once for the simple fact that I have so much data downloaded and organized that I probably know more about their website than them at this point.

Once I popped up on December 9th and started taking snapshots of their whole site on the web archive I tripped a bunch of flags and they have basically been chasing after me trying to put the pieces back together but I have way too much legit documents and data for me to have faked all of it.

They have been and still are editing the wayback machine with whatever they want. I have a whole list of things but I just keep collecting and archiving and collecting as much data as possible. I am now archiving snapshots of the web archive even.

They have put an extraordinary amount of thought, effort, and time into all of this. Everything is very calculated and they are trying to set me up for obviousness just based on the stuff they are editing. Much of it prior to my filing date.

I will be following up with more data for you shortly. I at least want to get some of it over to you prior to the meeting for my own safety - which is also the reason that I've already distributed my huge collection to a couple other people.

I have been doing nothing but going nuts collecting and archiving stuff ever since I first noticed and now all of it has been validated because I have all of the evidence needed for a computer forensic expert to point out all of the criminal fraud they are currently committing.

If you want to give me a call and let me know you are getting my email and received the data it would be appreciated because this has been stressing me out and I've been trying to handle more stuff in person as I've been a little paranoid ever since I realized the wayback stuff as I am obviously dealing with some people who are able to pull very large strings

So that's the big issue....the 'elephant in the room' if you will....the discrediting of the Web archive and a reexamination of all of the cases that were decided based on evidence produced from it.

I'm guessing this is a pretty big deal....and probably deserving of a meeting so we can figure out how to handle

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
**Dec 28, 2022  4:58 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: 8a7f0feb9d3761caf5b8735d55b6fc07476056c61d8959548614810c81645052

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

this and what all needs to happen now moving forward.

My life is such a trip. Look at what just my patent has somehow turned into. I always have the craziest things happen. It never fails

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
**Dec 28, 2022  5:11 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: 1462c6dd965803514801b8b5d777421012e24999b177e03a61453585d56ecd05

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Wed, 28 Dec 2022 23:11:40 +0000

The attached spreadsheet should give you an idea about the amount of data I have been amassing.

I know every little thing they've altered. One example would be the published dates on their blog and tutorial section - it used to be European style - so day/month/year but then they switched all of it over on every page to month/day/year between August 11th and November 9th - BUT - now they have went back and edited everything in the past to make it look like they made that change last year instead.

Here are all of the /blog pages
Here is a page they just got rid of because it doesn't fit their newfound business model
here are all of the /robot pages from their site
/software
/tutorials
Main Page

Sent with Proton Mail secure email.

**EML-C 43-1, Attachment 1 of 1**
**Dec 28, 2022  5:11 PM**
MASTER DATA LIST_share.xlsx

Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement
SHA-256 Hash of Attachment: 2148f39011b6b69fa0cb00d3380745c28783a74e64ab3cb98b97bda49b8454c9
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

| | published | blog-now | blog-post publishing | blog-pre-publishing | blog |
|---|---|---|---|---|---|
| | | /blog | /blog | /blog | /blc |
| | 44023 | /blog/about-photorobot-packaging-and-distribution | /blog/about-photorobot-packaging-and-distribution | /blog/about-photorobot-packaging-and-distribution | /blc pho pacl dist |
| | 44023 | /blog/light-and-fast-online-360deg-image-viewer-for-free | /blog/light-and-fast-online-360deg-image-viewer-for-free | /blog/light-and-fast-online-360deg-image-viewer-for-free | /blc fast onli ima free |
| | 44023 | /blog/photorobot-introducing-the-cube | /blog/photorobot-introducing-the-cube | /blog/photorobot-introducing-the-cube | /blc intr cub |
| | 44023 | /blog/photorobot-photography-creativity-and-robotic-process-automation | | /blog/photorobot-photography-creativity-and-robotic-process-automation | /blc pho crea robc autc |
| | 44035 | /blog/guide-to-360-product-photography-for-e-commerce | /blog/guide-to-360-product-photography-for-e-commerce | /blog/guide-to-360-product-photography-for-e-commerce | /blc to-3 pho cor |
| | 44040 | /blog/introducing-photorobots-multicam | /blog/introducing-photorobots-multicam | /blog/introducing-photorobots-multicam | /blc pho mul |

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
**Dec 28, 2022  5:23 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:  Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: 312ef004075580450f50960fb19926127e5e7224dba0cb3373f5c365d8cbbccc

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Wed, 28 Dec 2022 23:23:23 +0000

---

Here is their website from 2010, 2011, and 2014

Snap36 used to be their US distributor. This is who they get a lot of their blog article topics from and then just slightly change the wording a little

The mastermind behind this is the CEO of Mark Roberts Motion Control - The leading robotic camera company that makes the Bolt robotic camera. This was who showed me the PhotoRobot stuff in the first place - He is now helping them with all of this. I have no doubt about this at all. His name is Assaff Rawner (something like that anyways..) I have our original emails saved

I have it all.


Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-D | p. 83

**[Internet Archive] Re_Removal Policy Information**
**Dec 29, 2022  2:24 PM**

From: "Patron Services Yellow (Internet Archive)" <support@archivesupport.zendesk.com>
To:   Matt Guertin <mattguertin@protonmail.com>
SHA-256 Hash of .eml: 30ac8492fb3cac9c22e2d2bebc3f8b9f42c300b4f3652d398c07c36019c31190
Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### [Internet Archive] Re: Removal Policy Information

**From:** "Patron Services Yellow (Internet Archive)"
**To:** Matt Guertin
**Date:** Thu, 29 Dec 2022 20:24:36 +0000

html

##- Please type your reply above this line -##

Your request (748958) has been updated. To add additional comments, reply to this email.

 **Patron Services Yellow** (Internet Archive)
Dec 29, 2022, 12:24 PST

Hi Matt,

What site are you interested in?

- Mark Graham, Director, the Wayback Machine at the Internet Archive

---

 **Matt Guertin**
Dec 14, 2022, 22:05 PST

Hello,

I just stopped writing my initial email, donated $25 + fees to Wayback Machine, and now I am back.

My question is a simple one -

What is your criteria for someone being able to contact you and request that their information be removed from the web archive?  I'm guessing that normally requests come from individuals as opposed to businesses?

My only reason for asking is because I am relying on your site as my main piece of evidence against a company who is very stealthily editing, re-wording, and re-linking a bunch of stuff on their website in an effort to establish a history which isn't true for the purpose of trying to steal something of significant value from me.

What I would like to do is personally, or through an attorney very kindly contact them and let them know that I can very clearly see what they are doing in an effort to try and get them to correct their course early on so I don't have to worry about it - or at the very least they will have to contend with the fact that I have solid evidence that could get them convicted of fraud and decide whether or not that is a risk they are willing to take.

My main worry however is that they could just contact your company and get everything deleted and so that has been bothering me somewhat and has been a pretty large factor in my decision making.

Any insight or knowledge about this topic would be greatly appreciated.

Thank you,

Matt Guertin

Sent with Proton Mail secure email.

---

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
Dec 30, 2022  9:08 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: 97ad0e1dd2a3fabdcb7fdd99b9196b6a79d59ae4f57bacf89db33fae0ea3d284

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Sat, 31 Dec 2022 03:08:06 +0000

Amanda,

I'm aware that it is Friday night before NYE but just writing while I am thinking about it -

I am wondering if you may be able to have any more information about moving forward or what your thoughts are by eod Monday or Tuesday afternoon?

I only ask because my investment banker told me to let him know as soon as I find out as he is factoring it into his decision making as far as whatever he ends up coming up with in regards to finding me the capital needed to push all of this forward properly...so I want to try and keep him moving is all.

Perhaps if you are able to throw together a short and concise bulleted points list of things you already know and whatever else you can figure out on Monday so that I can give him something solid to go with that would be helpful. The things you would assume an investment banker would want to know in regards to my general situation as it currently stands, the Netflix aspect, photorobot aspect, path forward, etc. I'm guessing you probably have a better idea than me what that would actually be.

We can talk in 2023 about that though...

Have a good New Year!
Nice to finally meet you the other day

~Matt

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 85**

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
**Jan 2, 2023  11:07 AM**

From: Amanda Prose <aprose@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 045b0eaff579ff2e0bf676d43480f440b078530a090db60cffb20467fddc1254

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Mon, 02 Jan 2023 11:07:55 -0600

Hi Matt,

Happy New Year! It was was nice to meet you last week!

I will take a look at everything you sent over and get a more detailed response to you soon.

Regarding the issue with the "prior art", legally speaking as they have not done anything with this art (e.g., not asserted it against you) there is no legal issue (yet) where you would have standing. That is, you have not been harmed. After talking to some other attorneys in our firm last week, we think the best course of action is to get the initial patent to issue and file a continuing application. There is no obligation on your end to cite the changing web pages as they are NOT prior art to your patent application as the changed material is occurring now, well after your earliest filing date for your patent application.

Once the first patent issues, the options for taking your information public may change. However, legally speaking, until this altered material is used (in a manner other than just the website they are manipulating now), there is no controversy. There is a risk that they could use this material against you but also that use could easily be shown to be fake and malicious given the material you have collected. If they try to assert old dates for new material this could be shown to be a fraud and thus the risk exists that you may have to defend your invention, but at this point there is no overt action due.


Best regards,

Amanda



WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

EXHIBIT EML-D | p. 86

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
**Jan 2, 2023  4:09 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 41732677e86f87099c2888682ea80392b469d07387596644a4f6ea2b0009b477

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Mon, 02 Jan 2023 22:09:44 +0000

---

Amanda,

What I just sent you means that either the internet archive is part of it and someone on the inside is helping them or the internet archive is getting hacked by someone and should be alerted about it to protect its integrity.

Either way though I have hard proof that the internet archive is not serving the same pages as it is actually supposely capturing.

Now it's no longer about photorobot. It's about the internet archive explaining how they are either allowing or partaking in serving fake pages. If that not a huge problem for everyone?

They are a nonprofit 501c3.

I'm telling you and showing you that they are serving fake pages either knowingly or unknowingly.

And the plan is to stand by and do nothing?

Doesn't this affect your whole profession and call into question the validity of all sorts of legal decisions and precedence?

I don't get it.


Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-D | p. 87

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
**Jan 2, 2023  4:53 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:  aprose@wck.com
SHA-256 Hash of .eml: d3c060b522c5ac9d5a58afab9ae240d7ac2c39f896e0d3f2a920fda7811f5737
Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Mon, 02 Jan 2023 22:53:54 +0000

Sandoz Inc. v. AbbVie Biotechnology Ltd., IPR2018-00156, Paper 11 (June 5, 2018) (informative as to section III.C.1)

This decision determines that the Petitioner made a sufficient showing for purposes of institution that a drug package insert was publicly available, where the record included a screenshot of an archived FDA webpage from the Internet Archive and testimony from a medical doctor describing the use and accessibility of information on the FDA's webpage.

I'm going to keep collecting more evidence of all of this anyways. If it's not fraud now it's going to be very soon and it's going to cause me a massive amount of problems.

If it's mine as well as an attorneys obligation to share all public prior art with the uspto wouldn't it be even more of an obligation to alert the uspto to someone taking all of the steps necessary to fraudulently generate fake prior art for a likely future case - especially if said fraud was being aided by an organization considered to be a source of trustworthy and 'certifiable' information as cited by past case law concerning the USPTO?

Sent from ProtonMail mobile

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
**Jan 2, 2023  5:25 PM**

From: Amanda Prose <aprose@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: a047f700814e3fccaac6a802915f3cf0e964dd25fc842c4ec579f088998a8f53
Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Mon, 02 Jan 2023 17:25:09 -0600

Hi Matt,

My earlier email referred to the context of your patent application only and related to PhotoRobot - not the larger issue with the Internet Archives.

This does call into question the authenticity of documents from the Internet Archives on their face and the legitimacy of its use as evidence in any area of law. Clearly such evidence should be subject to scrutiny regardless of what tribunal the documents/captures are submitted to.

This appears now to be a more significant issue than within the context of your patent application/patent and duty of candor requirements we owe to the USPTO while you have a pending patent application. Albeit still a separate issue from your patent activity.

I am not sure yet who the proper authority would be to make aware of this - it would seem that the Internet Archives should be made aware of the vulnerability in the way back machine if they are not already. I do not know off hand if they have any such disclaimers on the wayback machine that indicate the risk of inaccurate/inauthenticity of the captures. I would need to research the ownership/interested parties of the Internet Archives to see where the information needs to, at least initially, be made public.

I still need to take a closer look at what you've sent over today.

Best regards,

Amanda

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
**Jan 2, 2023  6:03 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 10af7811a174a572ff555d07951eb059c85e3e2f043fce8187b84e4dabab044b

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Tue, 03 Jan 2023 00:03:22 +0000

---

Amanda,

I was falling literally falling asleep earlier when I sent my first reply but it did cross my mind that it seemed like we sent our emails at the exact same time. Now when I re-read it it sounds like I am being combative but ultimately I am a little concerned about how many implications this has and therefore my personal safety and well being

When I came down and met with you for example I had my mom come over and sit at my place. That was the first time I have ever asked her to do that. I am worried about all of the various things that someone who is spending such an enormous amount of time and effort (and almost certainly money..) might be able to put together as a response in regards to my efforts to uncover what will essentially turn into a criminal case if they choose to keep moving in the direction I believe them to obviously be moving.

I feel like I am in a movie at this point....but then again I suppose that's why I filed my patent 12 days before an academy winning vfx artist and currently have the oscar winning, Scientologist CEO of a robotic camera company trying to steal my patent?

This is all so unbelievable.

Still.

And it continues to become even more so.


~Matt

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
**Jan 2, 2023  7:49 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: dcfd914ce8c96d184c406b3b44e044df03b5c36d2f292d9ec716817ea86aa611

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Tue, 03 Jan 2023 01:49:38 +0000

---

https://www.dropbox.com/s/d00uo808f6q310g/20230102_194310.mp4?dl=0

Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Non-Provisional Patent App-Treadmill system for creating illusion of movement**
**Jan 3, 2023  4:32 PM**

From: Amanda Prose <aprose@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: d3ff60caa345ddfa25ac928e8832f7d36b96c7c66fe5df02e8d4dbd65de89d55

Page: 1 of 1         [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Tue, 03 Jan 2023 16:32:24 -0600

---

Hi Matt,

I got your Dropbox emails I'll take a look at them tonight.

Best regards,

Amanda

**Call tomorrow (Thursday)**
**Jan 4, 2023  12:43 PM**

From: Amanda Prose <aprose@wck.com>
To:  Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 42963d107c43857a6b2bd6a09a7a1be82a217356d0d484bb3023411cf45bb6e3

Page: 1 of 1          [ .eml source file ]       [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

## Call tomorrow (Thursday)

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Wed, 04 Jan 2023 12:43:32 -0600

Matt,

Do you have time for a call tomorrow around 11:30AM? I got your voicemail and I am in and out meetings all day today.

I want to talk to you about the dropbox stuff before I open and save anything.


Best regards,

Amanda



westman champlin & koehler
INTELLECTUAL PROPERTY ATTORNEYS

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

---

**EXHIBIT EML-D | p. 93**

**Re_Call tomorrow (Thursday)**
**Jan 4, 2023  3:56 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 67066499769731acc0407e517d49523704fd18a5308a9f377f961a5b6a00f27c

Page: 1 of 1         [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Re: Call tomorrow (Thursday)**

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Wed, 04 Jan 2023 21:56:04 +0000

Amanda,

Just seeing this.
Yes that works.


Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-D | p. 94

**Re_Call tomorrow (Thursday)**
**Jan 5, 2023  4:30 PM**

---

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 1be5dd6196d2829f5b65108e0fc44f412b14af625d6d09d5b97cbe039060d1dd
Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: Call tomorrow (Thursday)

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Thu, 05 Jan 2023 22:30:23 +0000

---

Amanda,

I just watched my video I sent you and it sucks. I ramble on but don't give you any meat and potatoes at all.

https://www.dropbox.com/s/zsttncntz7dpg9y/TheForRealFinalVideo.7z?dl=0

Here is a 15 minute one I just made with the missing pieces that knocks it out of the park.

It's all about the java script file names correlating with the dates.

Undeniable.
The web archive has just been completely invalidated.
Cancelled.

It would appear to be an internal matter at a rather high level if you work off of the assumption that everything is now changing across the entire site due to me  :-)

Well.....let me know where this information goes next. I'm curious how a problem as big as this one with such massive implications get's dealt with.

Is there a protocol?

As an attorney are you bound by some sort of oath and obligation (similar to 'duty of candor'..) to make light of this and pass it up whatever metaphorical legal chain exists?

This is pretty crazy.

~Matt


Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Call tomorrow (Thursday)**
**Jan 5, 2023  5:28 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 3fc0274ccac3ea91d65dcda1140131b433ab70e4f5847c8d9879e67650462bdc

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Call tomorrow (Thursday)

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Thu, 05 Jan 2023 23:28:53 +0000

Every time I save a page someone is going nuts.  Haha

What happened was that they were in the middle of an operation which they have almost certainly completed successfully many other times and then I suddenly appeared out of nowhere and haven't left since. Every single save now is just more proof of the fraud. They are going to have to do something or scrap the whole thing and just delete or revert back to originals and hope this goes away.

I have been saving all the time. In fact I just created a patch in Touchdesigner today that allows me to automatically save 5 individual page URL's every few seconds by clicking a button....and then inbetween each click I would switch to a different VPN location before doing the next.  So technically the whole photoRobot site on wayback machine should have a big save shown today....but they can't keep up with that level of pages. They thought they were just going to make a few adjustments and spruce things up for photorobot to steal my patent and now they know they are screwed as I have been saving new wayback captures with most of the page group saves as well.

They have lost complete control. I even snapped a bunch of saves on NYE shortly after midnight to let them know I was celebrating their idiocy.

And the other thing is that they FOR SURE KNOW I AM THE ONE CAUSING ALL OF THEIR PROBLEMS!  I just looked at the email exchanges between us and everything becomes even clearer.

All of the pieces are now falling perfectly into place.

Can you guess what day I signed up for a user account with the archive?

DECEMBER 9TH, 2022 @ 2:45am

I then proceeded to make use of my new account 'PatentlyFalse' by snapping an archive save of the entire PhotoRobot website exactly twenty minutes later at 3:05am

I then began browsing through all of the PhotoRobot pages and an hour and forty-one minutes later at 4:46am I took my first of two pdf screen captures of PhotoRobot.com/blog which is when I caught someone editing the archive in real time within a 5 minute window and two PDF screen captures.

Here are my emails between the web archive which includes a .png of a draft I almost sent but decided against while I collected more evidence.

And that's a wrap...  ;-)


~Matt


Sent with Proton Mail secure email.

**Re_Call tomorrow (Thursday)**
**Jan 5, 2023  6:02 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: a84ca4ff7cbedd9af1ec0743d220a59e79d03f8155666e0eb4a3da2c9ce02b98
Page: 1 of 1        [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

---

### Re: Call tomorrow (Thursday)

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Fri, 06 Jan 2023 00:02:40 +0000

Amanda,

...and here is a folder with all of the files I was going through in the 15 minute video I sent you.

https://www.dropbox.com/s/et3dy345ondo6z1/Most_recent_compile__01-05-2023_.7z?dl=0

I already sent you some of this but this includes everything added since

~Matt

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Call tomorrow (Thursday)**

**Jan 6, 2023  8:48 AM**

From: Amanda Prose <aprose@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 579306a4c209bcf8df3f9c58aa8abd39fe348c0a688321d2551977f7348d9acc

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Call tomorrow (Thursday)

**From:** Amanda Prose
**To:** Matt Guertin , Megan Neumann
**Date:** Fri, 06 Jan 2023 08:48:59 -0600

Wow. Thanks Matt. I will take a look at this.

As for your other question regarding alerting others to this issue...there are a couple of ways to look at it and I admit, this is an issue new to me so I do not know where/who to alert or where to start.

Regarding the patent office and your pending application as well as future applications, we have made memos in our file to explain why these archived pages are **not** considered prior art to you. Simply put, the material was not actually published prior to your filing of the provisional patent application. Because of this, the patent office will not consider the materials, the Examiner will ignore it. Generally, we have to provide a date of publication to materials not having a date on their face (a patent application publication or book have publication dates on the publication, but websites do not and are generally identified as published on the date you accessed it). So, we do not have any obligation to provide these to the patent office and then provide an explanation that its not really prior art. The patent office does not want to review it and probably would not. Thus, we do have a duty of candor with the patent office, and I believe that our initial information disclosure statement filing of the old (original) PhotoRobot pages satisfies this. As far as the patent office is concerned, the jurisdiction of the patent office is limited with respect to the disclosure of inventions and prior art, but tampering with non-patent literature prior art is not something the patent office will do anything about unless that allegedly tampered/altered prior art is submitted either by a patentee or by a third party. Then the patent office will get involved.

As for the website tampering itself, it would seem that if the organization behind the website hosting the WayBack Machine should (and would want to) be made aware that there is some glitch or issue that is allowing these alterations and fake pages to be populated on its website. To me, this seems like step one, whether or not this step might actually solve, address or make the problem public. We could also let the entity who has these altered/fake pages on its server aware of this fraud as well (similar to how we file Digital Millennium Copyright Action violations).

As for additional steps here - I am not sure what the next step is yet. I have not come across this and generally when we speak of such frauds it is when the fraudulent/altered material is used, for whatever purpose. For example, as soon as Photorobot or the Internet Archives tries to use the material in some way, then it is much more clear what the next step is.

Best regards,

Amanda



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 98**</span>

**Re_Call tomorrow (Thursday)**

**Jan 6, 2023  11:47 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:  Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: f7634f98f987d379d2d4de9dce3e1525885bc9cc6b8a27904bac84921fd68633

Page: 1 of 2          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: Call tomorrow (Thursday)

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Fri, 06 Jan 2023 17:47:21 +0000

Amanda,

Unless you have any reason to advise me not to do so I am going to report this by filing a report at  ic3.gov. with all relevant information.

Just on it's face as it only relates to my case they are guilty of wire fraud as there is no requirement that the crime reaches completion. Being able to prove intent is all that is needed. The fact that it involves at minimum 3 people who are located in 3 different countries including the USA just makes it that much more serious.

I honestly am not going to hold my breath as far as expecting something substantial to happen to any of them but I'm guessing there is still very good odds that if I report this to all of the relevant agencies which includes the FBI, FTC, and IRS among others. The fact that the archive is a 501c3 causes them additional problems. At the very least they are going to be under enough pressure and stress over the ordeal that they will choose not to continue forward with the obvious path that they are on is my guess.

But yeah. I don't care.

If Assaff Rawner has to step down as CEO over this - GOOD
If he somehow ends up serving time - GREAT
If the internet archive gets shaken up and involved in a huge ordeal over this - FANTASTIC

If it isn't advisable to send emails to any of them yet or start posting the story online I will have to settle for reporting it to the handful of regulatory and investigative agencies whose jurisdiction it falls under.

I think the biggest question everyone is going to wonder is how many times the web archive has pulled this scam before and how many other people has it affected?

Pardon my language - but fuck every single one of the people involved in this. Even if I don't have to worry at all from the standpoint of my patent I would be perfectly okay with them losing many of the things in their lives that they've worked so hard to achieve since that is what their end goal for me was/is.

I have attached PDF's of all relevant criminal law discussion to this email which demonstrates that they meet all of the criteria to be investigated and criminally charged.

I also don't think telling the internet archive about it is a good idea because after reading through those emails I think it makes it even more likely that they are directly involved in all of this. Just look at the email I got from that guy on the 29th (which I never even saw until last night) - My initial question I asked was about their removal policy if someone requests deletion of archived pages and he randomly replies 2 weeks later -

> "For what site?"

> "Ummmmmm......you must've gotten my email mixed up with someone else's. Mine was the one asking about your archive deletion policy.."

The timing is way too coincidental as well as far as when I signed up, saved an archive of the site, and when I caught the first of the edits. All in order and not very far apart. Just this fact alone - that they were able to start adding backdated pages an hour later implies that this is a system they have down and something they have done many times before.

Their only recourse right now is to find a large team of people and attempt to start replacing the hundreds and thousands of pages with ones that aren't fraudulent but I'm not even sure how possible that is as it would require

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Call tomorrow (Thursday)**
**Jan 6, 2023  11:47 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: f7634f98f987d379d2d4de9dce3e1525885bc9cc6b8a27904bac84921fd68633

Page: 2 of 2      [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

PhotoRobot to have an actual working site with the same code. They are screwed...and if they aren't yet I am going to do my best to make sure they are.

~Matt

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 100**</span>

**EML-C 60-1, Attachment 1 of 4**
**Jan 6, 2023  11:47 AM**
501c3_Fraud.pdf

Re_Call tomorrow (Thursday)
SHA-256 Hash of Attachment: 7908b5c9e54481b35e77ece21460e998e0c2ce3098fbb2678e959fb63f44244b
Page: 1 of 7      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

# A Violation of Trust: Fraud Risk in Nonprofit Organizations

*By Jonathan T. Marks, CPA, CFF, CITP, CFE, and Pete A. Ugo, CPA*

The risk of fraud is a serious concern for all types of enterprises, but fraud can be particularly damaging to a nonprofit organization, for which a damaged reputation can have devastating consequences.

## The Costs of Fraud in Nonprofit Organizations

According to the most recent global fraud study by the Association of Certified Fraud Examiners (ACFE), the typical organization loses an estimated 5 percent of its annual revenue to fraud. While fraud in nonprofit organizations resulted, on average, in a smaller net loss than fraud in commercial enterprises, the nonprofits in the study reported a median loss of $100,000—an 11 percent increase from the previous study and a significant loss to any charitable organization.

Beyond the immediate financial loss, however, an even greater potential cost of fraud to nonprofit organizations is the reputational damage that can occur. Because most nonprofits depend on support from donors, grantors, or other public sources, their reputations are among their most valued assets. In addition, fraud in nonprofit settings often garners unrelenting negative media attention.

## Vulnerability to Fraud

Nonprofits can be particularly attractive targets for fraudsters. Executives who are passionate about their agencies and their missions are naturally trusting of others who share their interest- or who pretend to. Moreover, board members and executives who are dedicated and talented in their particular fields may not be well versed in financial issues and internal controls.

In addition, nonprofits of all sizes may have only limited resources available to address internal controls. This makes them vulnerable to an employee who could recognize this lack of controls and use it as an opportunity to commit fraud.

As the Center for Audit Quality has noted, "fraud cannot occur unless an opportunity is present. Opportunity has two aspects: the inherent susceptibility of the [organization's] accounting to manipulation, and the conditions within the [organization] that may allow a

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-D | p. 101

**EML-C 60-1, Attachment 1 of 4**
**Jan 6, 2023  11:47 AM**
501c3_Fraud.pdf

Re_Call tomorrow (Thursday)
SHA-256 Hash of Attachment: 7908b5c9e54481b35e77ece21460e998e0c2ce3098fbb2678e959fb63f44244b
Page: 2 of 7        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

fraud to occur." In addition, the opportunity for fraud is also affected by an organization's culture, a factor that is often overlooked.

The very nature of some nonprofits also makes them tempting targets. Many nonprofits distribute grants, scholarships, awards, or other types of financial aid to outside agencies or individual recipients. This opens yet another door for potential abuse or misappropriation and requires even more oversight to make sure funds are not being misappropriated. In addition, nonprofits tend to have large amounts of cash and checks coming in from various sources, making them vulnerable to skimming (when an employee accepts payment from an outside party but does not record the sale and instead pockets the money) or cash larceny (when an employee steals cash and checks from daily receipts before they are deposited in the bank).

Struggling agencies also frequently experience relatively high staff turnover, making training and adequate segregation of duties more difficult. Finally, many nonprofits depend heavily on volunteers and other community members, which can further complicate efforts to establish or maintain internal controls. It is important to remember that internal controls provide only reasonable—not absolute—assurance that the objectives of an organization will be met. As a result, no organization, even one with the strongest internal controls, is immune to fraud.

## How Fraud Occurs and Why

While nonprofit organizations present particular temptations to fraudsters, the actual fraud schemes they might face are common to all types of organizations. Fraud schemes in nonprofits can include check fraud, embezzlement, ghost employees, expense fraud, misappropriation of funds for personal use, fictitious vendor schemes, kickbacks from unscrupulous vendors, and outright theft of cash or assets—to name a few.

One area in which nonprofit organizations seem particularly vulnerable is billing schemes, in which an employee fraudulently submits invoices to obtain payments he or she is not entitled to receive. According to the most recent ACFE survey, billing schemes were among the most common fraud methods in the cases studied for the 2012 report.

Billing schemes often involve the creation of a shell company. In such a fraud, a dishonest employee sets up a fake identity that bills for good or services the organization does not receive. In some instances, goods or services may be delivered but are marked up excessively, with the proceeds diverted to the employee.

Other scams include pay-and-return schemes that cause overpayments to legitimate vendors. When an overpayment is returned, it is embezzled by the employee. Another favorite is simply ordering personal merchandise that is inappropriately charged to the organization.

**EML-C 60-2, Attachment 2 of 4**

**Jan 6, 2023  11:47 AM**

Prosecuting_Intellectual_Property_Crimes-wire-fraud.pdf

Re_Call tomorrow (Thursday)

SHA-256 Hash of Attachment: 0efa72697b43cf708e0a670e19f3a3670d9a1969180697bb3a3ffb1c8bab60c9

Page: 1 of 5      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

### Unauthorized Access of a Computer

### 18 U.S.C. § 1030(a)(2), (a)(4)

### Chapter IV, Section F.

*Offense under § 1030(a)(2)—Unlawfully accessing or attempting to access a computer to obtain information*

Whoever intentionally accesses [or attempts to access] a computer without authorization or exceeds authorized access, and thereby obtains—

(A) information contained in a financial record of a financial institution, or of a card issuer as defined in section 1602(n) of title 15, or contained in a file of a consumer reporting agency on a consumer, as such terms are defined in the Fair Credit Reporting Act (15 U.S.C. 1681 *et seq.*)

(B) information from any department or agency of the United States OR

(C) information from any protected computer

*Protected computer:* a computer (i) exclusively for the use of a financial institution or the United States Government, or, in the case of a computer not exclusively for such use, used by or for a financial institution or the United States Government and the conduct constituting the offense affects that use by or for the financial institution or the Government; or (ii) which is used in or affecting interstate or foreign commerce or communication, including a computer located outside the United States that is used in a manner that affects interstate or foreign commerce or communication of the United States

*Enhancement pursuant to 18 U.S.C. § 1030(c)(2)(B)*

(i) the offense was committed for purposes of commercial advantage or private financial gain;

(ii) the offense was committed in furtherance of any criminal or tortious act in violation of the Constitution or laws of the United States or of any State; or

(iii) the value of the information obtained exceeds $5,000.

---

*428* *Prosecuting Intellectual Property Crimes*

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 103**</span>

**EML-C 60-2, Attachment 2 of 4**

**Jan 6, 2023  11:47 AM**

Prosecuting_Intellectual_Property_Crimes-wire-fraud.pdf

Re_Call tomorrow (Thursday)

SHA-256 Hash of Attachment: 0efa72697b43cf708e0a670e19f3a3670d9a1969180697bb3a3ffb1c8bab60c9

Page: 3 of 5     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

---

### Interstate Transportation, Sale, or Receipt of Stolen Property

### 18 U.S.C. §§ 2314, 2315

### Chapter II, Section F. & Chapter IV, Section F.

*Transportation offense under § 2314*

Whoever transports, transmits, or transfers in interstate or foreign commerce any goods, wares, merchandise, securities or money, of the value of $5,000 or more, knowing the same to have been stolen, converted or taken by fraud; or

Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transports or causes to be transported, or induces any person or persons to travel in, or to be transported in interstate or foreign commerce in the execution or concealment of a scheme or artifice to defraud that person or those persons of money or property having a value of $5,000 or more ....

*Sale or receipt offense under § 2315*

Whoever receives, possesses, conceals, stores, barters, sells, or disposes of any goods, wares, or merchandise, securities, or money of the value of $5,000 or more, or pledges or accepts as security for a loan any goods, wares, or merchandise, or securities, of the value of $500 or more, which have crossed a State or United States boundary after being stolen, unlawfully converted, or taken, knowing the same to have been stolen, unlawfully converted, or taken ....

*Statutory maximum penalties*

10 years' imprisonment and fine of $250,000 ($500,000 for organizations) or twice the gain/loss

*Guideline section:* United States Sentencing Guidelines §§ 2B1.1, 2B1.5

---

*430*                                        *Prosecuting Intellectual Property Crimes*

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 60-2, Attachment 2 of 4**

**Jan 6, 2023  11:47 AM**

Prosecuting_Intellectual_Property_Crimes-wire-fraud.pdf

Re_Call tomorrow (Thursday)

SHA-256 Hash of Attachment: 0efa72697b43cf708e0a670e19f3a3670d9a1969180697bb3a3ffb1c8bab60c9

Page: 4 of 5        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

### Mail and Wire Fraud Statutes

### 18 U.S.C. §§ 1341, 1343, 1346

### Section F. of Chapters II, III, IV, and VI

*Mail Fraud Offense Under § 1341*

Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing ....

*Wire Fraud Offense Under § 1343*

Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice ....

*Theft of Honest Services Under § 1346*

[T]he term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible right of honest services.

*Statutory maximum penalties*

20 years' imprisonment and fine of $250,000 or twice the gain/loss (individual); fine of $500,000 or twice the gain/loss (organization)

---

*Appendix A*                                                                 *431*

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-D | p. 105

**EML-C 60-3, Attachment 3 of 4**

**Jan 6, 2023  11:47 AM**

WireFraudCrimes_HL.pdf

Re_Call tomorrow (Thursday)

SHA-256 Hash of Attachment: cbc3373d61ad4a97fa7d932cdeb8da6a11519fa5d92fb669c88827fbfcf946b1

Page: 1 of 4        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

## 941. 18 U.S.C. 1343—ELEMENTS OF WIRE FRAUD

The elements of wire fraud under Section 1343 directly parallel those of the mail fraud statute, but require the use of an interstate telephone call or electronic communication made in furtherance of the scheme. *United States v. Briscoe*, 65 F.3d 576, 583 (7th Cir. 1995) (*citing United States v. Ames Sintering Co.*, 927 F.2d 232, 234 (6th Cir. 1990) (per curiam)); *United States v. Frey*, 42 F.3d 795, 797 (3d Cir. 1994) **(wire fraud is identical to mail fraud statute except that it speaks of communications transmitted by wire)**; *see also, e.g.*, *United States v. Profit*, 49 F.3d 404, 406 n. 1 (8th Cir.) **(the four essential elements of the crime of wire fraud are: (1) that the defendant voluntarily and intentionally devised or participated in a scheme to defraud another out of money; (2) that the defendant did so with the intent to defraud; (3) that it was reasonably foreseeable that interstate wire communications would be used; and (4) that interstate wire communications were in fact used)** (*citing* Manual of Model Criminal Jury Instructions for the District Courts of the Eighth Circuit 6.18.1341 (West 1994)), *cert. denied*, 115 S.Ct. 2289 (1995); *United States v. Hanson*, 41 F.3d 580, 583 (10th Cir. 1994) **(two elements comprise the crime of wire fraud: (1) a scheme or artifice to defraud; and (2) use of interstate wire communication to facilitate that scheme)**; *United States v. Faulkner*, 17 F.3d 745, 771 (5th Cir. 1994) **(essential elements of wire fraud are: (1) a scheme to defraud and (2) the use of, or causing the use of, interstate wire communications to execute the scheme)**, *cert. denied*, 115 S.Ct. 193 (1995); *United States v. Cassiere*, 4 F.3d 1006 (1st Cir. 1993) **(to prove wire fraud government must show (1) scheme to defraud by means of false pretenses, (2) defendant's knowing and willful participation in scheme with intent to defraud, and (3) use of interstate wire communications in furtherance of scheme)**; *United States v. Maxwell*, 920 F.2d 1028, 1035 (D.C. Cir. 1990) **("Wire fraud requires proof of (1) a scheme to defraud; and (2) the use of an interstate wire communication to further the scheme.")**.

## 942. THE SCHEME AND ARTIFICE TO DEFRAUD

The wire fraud statute was patterned after the mail fraud statutes. *United States v. Lemon*, 941 F.2d 309, 316 (5th Cir. 1991); *United States v. Castillo*, 829 F.2d 1194, 1198 (1st Cir. 1987). Thus, the same principles apply in defining "scheme to defraud" for mail and wire fraud prosecutions. *See Carpenter v. United States*, 484 U.S. 19, 25 n. 6 (1987) ("The mail and wire fraud statutes share the same language in relevant part, and accordingly we apply the same analysis to both sets of offenses here."); *United States v. Lemire*, 720 F.2d 1327, 1334-35 n. 6 (D.C. Cir. 1983) ("The requisite elements of 'scheme to defraud' under the wire fraud statute [§ 1343] and the mail fraud statute [§ 1341], are identical. Thus, cases construing mail fraud apply to the wire fraud statute as well."), *cert. denied*, 467 U.S. 1226 (1984).

The mail fraud and wire fraud statutes do not define the terms "scheme" or "artifice" and the courts have traditionally been reluctant to offer definitions of either term except in the broadest and most general terms. *Lemire*, 720 F.2d at 1335 ("Congress did not define 'scheme or artifice to defraud' when it first coined that phrase, nor has it since. Instead that expression has taken on its present meaning from 111 years of case law.").

**The fraudulent aspect of the scheme to defraud is to be measured by nontechnical standards and is not restricted by any common-law definition of false pretenses. "[T]he words 'to defraud' in the mail fraud statute have the 'common understanding' of '"wrongdoing one in his property rights by dishonest methods or schemes," and "usually signify the deprivation of something of value by trick, chicane, or overreaching."'"** *Carpenter*, 484 U.S. at 27 (quoting *McNally v. United States*, 483 U.S. 350, 358 (1987) (quoting *Hammerschmidt v. United States*, 265 U.S. 182, 188 (1924))). "The concept of 'fraud' includes the act of embezzlement, which is '"the fraudulent appropriation to one's own use of the money or goods entrusted to one's own care by another."'" *Id.* (quoting *Grin v. Shine*, 187 U.S. 181, 189 (1902)).

**EML-C 60-3, Attachment 3 of 4**
**Jan 6, 2023  11:47 AM**
WireFraudCrimes_HL.pdf

Re_Call tomorrow (Thursday)
SHA-256 Hash of Attachment: cbc3373d61ad4a97fa7d932cdeb8da6a11519fa5d92fb669c88827fbfcf946b1
Page: 2 of 4       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

## 944. PROOF OF SCHEME AND ARTIFICE TO DEFRAUD

To sustain a conviction the government must prove the existence of a scheme; **it is not required, however, to prove all details or all instances of allegedly illicit conduct.** *See, e.g., United States v. Stull*, 743 F.2d 439, 442 n. 2 (6th Cir. 1984) ("It is well established that proof of every allegation is not required in order to convict; **the government need only prove that the scheme to defraud existed.**"), *cert. denied*, 470 U.S. 1062 (1985); *United States v. Halbert*, 640 F.2d 1000, 1008 (9th Cir. 1981) ("[T]he Government need not prove every misrepresentation charged conjunctively in the indictment."); *United States v. Jordan*, 626 F.2d 928, 930 (D.C. Cir. 1980) ("The Government is not required to prove the details of a scheme; it is, however, required to prove beyond a reasonable doubt . . . that the defendant . . . willfully and knowingly devised a scheme or artifice to defraud . . . .") (quoting with approval the trial court's instruction on § 1341); *United States v. Amrep Corp.*, 560 F.2d 539, 546 (2d Cir. 1977) ("A scheme to defraud may consist of numerous elements, **no particular one of which need be proved if there is sufficient overall proof that the scheme exists.**"), *cert. denied*, 434 U.S. 1015 (1978); *Anderson v. United States*, 369 F.2d 11, 15 (8th Cir. 1966) (all instances of illicit conduct need not be proved to sustain a conviction), *cert. denied*, 386 U.S. 976 (1967).

**"All that is required is that [the defendant has] knowingly and willingly participated in the scheme;** she need not have performed every key act herself." *United States v. Maxwell*, 920 F.2d 1028, 1036 (D.C. Cir. 1990). **The
"evidence need only show that defendant was a 'knowing and active participant' in scheme to defraud and that scheme involved interstate wire communications.**" *Id.* (quoting *United States v. Wiehoff*, 748 F.2d 1158, 1161 (7th Cir. 1984)).

## 948. INTENT TO DEFRAUD

The government must prove that the defendant had the specific intent to defraud. *See United States v. Diggs*, 613 F.2d 988, 997 (D.C. Cir. 1979) **("Because only 'a scheme to defraud' and not actual fraud is required, proof of fraudulent intent is critical."),** *cert. denied*, 446 U.S. 982 (1980); *see also United States v. Costanzo*, 4 F.3d 658, 664 (8th Cir. 1993) (intent is an essential element, inquiry is whether defendants intended to defraud); *United States v. Porcelli*, 865 F.2d 1352, 1358 (2d Cir.) (specific intent requires intent to defraud, not intent to violate the statute), *cert. denied*, 493 U.S. 810 (1989); *cf. United States v. Reid*, 533 F.2d 1255, 1264 n. 34 (D.C. Cir. 1976) **("Proof that someone was actually defrauded is unnecessary simply because the critical element in a 'scheme to defraud' is 'fraudulent intent,'** *Durland v. United States*, 161 U.S. 306 . . . (1896), and therefore **the accused need not have succeeded in his scheme to be guilty of the crime.**"); *United States v. Bailey*, 859 F.2d 1265, 1273 (7th Cir. 1988) (court held that there must be sufficient evidence that the defendant acted with intent to defraud, that is, "willful participation in [the] scheme with knowledge of its fraudulent nature and with intent that these illicit objectives be achieved." (quoting *United States v. Price*, 623 F.2d 587, 591 (9th Cir. 1980), *cert. denied*, 449 U.S. 1016 (1980), *overruled on other grounds by*, *United States v. DeBright*, 730 F.2d 1255 (9th Cir. 1984)), *cert denied*, 488 U.S. 1010 (1989).

**EML-C 60-3, Attachment 3 of 4**
**Jan 6, 2023  11:47 AM**
WireFraudCrimes_HL.pdf

Re_Call tomorrow (Thursday)
SHA-256 Hash of Attachment: cbc3373d61ad4a97fa7d932cdeb8da6a11519fa5d92fb669c88827fbfcf946b1
Page: 3 of 4        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

## 949. PROOF OF FRAUDULENT INTENT

**"The requisite intent under the federal mail and wire fraud statutes may be inferred from the totality of the circumstances and need not be proven by direct evidence."** *United States v. Alston*, 609 F.2d 531, 538 (D.C. Cir. 1979), *cert. denied*, 445 U.S. 918 (1980). Thus, **intent can be inferred from statements and conduct**. *United States v. Cusino*, 694 F.2d 185, 187 (9th Cir. 1982) (*citing United States v. Beecroft*, 608 F.2d 753, 757 (9th Cir. 1979)), *cert. denied*, 461 U.S. 932 (1983). Impression testimony, that is, testimony of victims as to how they had been misled by defendants, is admissible to show an intent to defraud. *See Phillips v. United States*, 356 F.2d 297, 307 (9th Cir. 1965), *cert. denied*, 384 U.S. 952 (1966). Also consider complaint letters received by defendants as relevant to the issue of intent to defraud. **The inference might be drawn that, since the defendant knew victims were being misled by solicitation literature and other representations, the continued operation of the business despite this knowledge showed the existence of a scheme to defraud.**

**Fraudulent intent is shown if a representation is made with reckless indifference to its truth or falsity.** *Cusino*, 694 F.2d at 187. In addition, "[f]raudulent intent may be inferred from the modus operandi of the scheme." *United States v. Reid*, 533 F.2d 1255, 1264 n. 34 (D.C. Cir. 1976) **("[T]he purpose of the scheme 'must be to injure, which doubtless may be inferred when the scheme has such effect as a necessary result of carrying it out.")** (quoting *United States v. Regent Office Supply Co.*, 421 F.2d 1174, 1180-81 (2d Cir. 1970) (quoting *Horman v. United States*, 116 F. 350, 352 (6th Cir.), *cert. denied*, 187 U.S. 641 (1902))). "Of course proof that someone was actually victimized by the fraud is good evidence of the schemer's intent." *Id.* (quoting *Regent Office Supply Co.*, 421 F.2d at 1180-81). In *United States v. D'Amato*, the court explained the government's burden of proving fraudulent intent as follows:

**The scheme to defraud need not have been successful or complete. Therefore, the victims of the scheme need not have been injured.** However, the government must show "that some actual harm or injury was contemplated by the schemer." Because the defendant must intend to harm the fraud's victims, "[m]isrepresentations amounting only to a deceit are insufficient to maintain a mail or wire fraud prosecution." "Instead, the deceit must be coupled with a contemplated harm to the victim." In many cases, this requirement poses no additional obstacle for the government. **When the "necessary result" of the actor's scheme is to injure others, fraudulent intent may be inferred from the scheme itself.** Where the scheme does not cause injury to the alleged victim as its necessary result, the government must produce evidence independent of the alleged scheme to show the defendant's fraudulent intent.

39 F.3d 1249, 1257 (2d Cir. 1994) (citations and footnote omitted) (holding that the government failed to produce legally sufficient evidence of criminal intent).

## 950. USE OF MAILINGS AND WIRES IN FURTHERANCE OF THE EXECUTION OF THE SCHEME

"The federal mail fraud statute does not purport to reach all frauds, but only those limited instances in which the use of the mails is a part of the execution of the fraud, leaving all other cases to be dealt with by appropriate state law." *United States v. Schmuck*, 489 U.S. 705, 710 (1989) (quoting *Kann v. United States*, 323 U.S. 88, 95 (1944)); *accord United States v. Coachman*, 727 F.2d 1293, 1302 n. 43 (D.C. Cir. 1984) ("The offense of mail fraud demands proof of a scheme to defraud which, at some point, is intentionally furthered by use of the mails.").

**EML-C 60-4, Attachment 4 of 4**
**Jan 6, 2023  11:47 AM**
ProsecutingComputerCrimes_HL.pdf

Re_Call tomorrow (Thursday)
SHA-256 Hash of Attachment: d785c0d6184a884129ca2df1b790f9908a1649ccdcb9ce7971908183c6c78fe2
Page: 1 of 213      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

# PROSECUTING
# COMPUTER
# CRIMES

Computer Crime and
Intellectual Property Section
Criminal Division

H. Marshall Jarrett
Director, EOUSA

Michael W. Bailie
Director, OLE

## OLE
## Litigation
## Series

Ed Hagen
Assistant Director,
OLE

Scott Eltringham
Computer Crime
and Intellectual
Property Section
Editor in Chief



Published by
Office of Legal Education
Executive Office for
United States Attorneys

The Office of Legal Education intends that this book be
used by Federal prosecutors.

The contents of this book provide suggestions to
Department of Justice attorneys. Nothing in it is intended
to create any substantive or procedural rights, privileges,
or benefits enforceable in any administrative, civil, or
criminal matter by any prospective or actual witnesses or
parties. *See United States v. Caceres*, 440 U.S. 741 (1979).

**EXHIBIT EML-D | p. 109**

**EML-C 60-4, Attachment 4 of 4**
**Jan 6, 2023  11:47 AM**
ProsecutingComputerCrimes_HL.pdf

Re_Call tomorrow (Thursday)
SHA-256 Hash of Attachment: d785c0d6184a884129ca2df1b790f9908a1649ccdcb9ce7971908183c6c78fe2
Page: 3 of 213        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

# Table of Contents

Preface and Acknowledgements .................................................................. v

## Chapter 1. Computer Fraud and Abuse Act ..................................... 1
A.  Key Definitions ......................................................................... 4
B.  Obtaining National Security Information .......... § 1030(a)(1) .................... 12
C.  Accessing a Computer and Obtaining
     Information ................................................. § 1030(a)(2) .................... 16
D.  Trespassing in a Government Computer ........... § 1030(a)(3) .................... 23
E.  Accessing to Defraud and Obtain Value ........... § 1030(a)(4) .................... 26
F.  Damaging a Computer or Information ............. § 1030(a)(5) .................... 35
G.  Trafficking in Passwords ................................ § 1030(a)(6) .................... 49
H.  Threatening to Damage a Computer ................. § 1030(a)(7) .................... 52
I.  Attempt and Conspiracy ................................ § 1030(b) ..................... 55
J.  Forfeiture ................................................... § 1030(i) & (j) .............. 56

## Chapter 2. Wiretap Act ................................................................... 59
A.  Intercepting a Communication ..................... § 2511(1)(a) ................... 60
B.  Disclosing an Intercepted Communication ...... § 2511(1)(c) ................... 73
C.  Using an Intercepted Communication ............. § 2511(1)(d) .................. 77
D.  Statutory Exceptions and Defenses ......................................................... 78
E.  Statutory Penalties ............................................................................. 87

## Chapter 3. Other Network Crime Statutes ..................................... 89
A.  Unlawful Access to Stored Communications ... § 2701 ........................... 89
B.  Identity Theft ............................................. § 1028(a)(7) ................... 96
C.  Aggravated Identity Theft ............................ § 1028A ...................... 100
D.  Access Device Fraud .................................... § 1029 ......................... 102
E.  CAN-SPAM Act ......................................... § 1037 ......................... 105
F.  Wire Fraud ................................................ § 1343 ......................... 109
G.  Communication Interference ........................ § 1362 ......................... 110

## Chapter 4. Special Considerations ................................................. 113
A.  Jurisdiction ......................................................................................... 113
B.  Venue ................................................................................................. 115
C.  Statute of Limitations .......................................................................... 120
D.  Juveniles ............................................................................................. 121

*iii*

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 60-4, Attachment 4 of 4**
**Jan 6, 2023  11:47 AM**
ProsecutingComputerCrimes_HL.pdf

Re_Call tomorrow (Thursday)
SHA-256 Hash of Attachment: d785c0d6184a884129ca2df1b790f9908a1649ccdcb9ce7971908183c6c78fe2
Page: 4 of 213        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

### Chapter 5. Sentencing ................................................................ 131
A.   Base Offense Levels ........................................................... 131
B.   Adjustments Under Section 2B1.1 ....................................... 132
C.   CAN-SPAM Act ................................................................ 142
D.   Wiretap Act ...................................................................... 143
E.   Generally-Applicable Adjustments ...................................... 144
F.   Conditions of Supervised Release ....................................... 146

### Appendices
A.   Unlawful Online Conduct and Applicable Federal Laws ......... 149
B.   Jury Instructions ............................................................... 157
C.   Best Practices for Working with Companies ........................ 173
D.   Best Practices for Victim Response and Reporting ............... 177
E.   Network Crime Resources .................................................. 185

### Table of Authorities ................................................................ 189

### Index ...................................................................................... 201

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-D | p. 111

**Re_Call tomorrow (Thursday)**
**Jan 6, 2023  12:12 PM**

From: Amanda Prose <aprose@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 9d54870d062deb1c778c1283a10f1e1a0dd703361a21def2bb2a32e4da4a3ffd

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: Call tomorrow (Thursday)

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Fri, 06 Jan 2023 12:12:26 -0600

Matt,

Based on my understanding of what is going on here, I do not see any reason to advise you against filing a complaint through ic3.gov. I think that is a great place to start the process of calling out this activity actually.

Best regards,

Amanda



INTELLECTUAL PROPERTY ATTORNEYS

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

**An update regarding PhotoRobot**

**Jan 13, 2023  3:28 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: f3b86546367fa431e0c7b66e405c0b0882f18eb1b1de3ef20ce4e5f3ff6fcb6d

Page: 1 of 2          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### An update regarding PhotoRobot

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Fri, 13 Jan 2023 21:28:56 +0000

Amanda,

Good afternoon.

Now I have actually cracked the code.

The way you can tell is that instead of trying to explain it as I ramble on in a video I have been able to condense it down to some very neat and easy to understand spreadsheets.

I attempted to visit the FBI yesterday at their building in Brooklyn Center but I did not realize it is a fortress which resembles one of the foreign embassies in Saudi Arabia I saw when I was there. After receiving instructions on how to contact someone inside of the building by phone I was connected with someone who took my identifying information and then when we finally got around to discussing the issue at hand and I mentioned that it involved wire fraud he asked me "so are you assuming that there was money wired then?" to which I replied "ummmmm no" and then he said "thank you for calling" and hung up on me.

Wire fraud does not have anything to do with wiring money based on all of the literature I read so I'm not exactly sure why that is apparently the FBI's definition of wire fraud but that seems to be the case. Because I wanted to feel like I still accomplished something I ended up going to the Minnetonka Police Department and speaking to an investigator who I sat down with and pulled out my laptop. It was his opinion that if everything I presented was true/real (unless I am lying or creating fraudulent documents) that there is definitely something shady taking place. He did end up filing a report but also told me "this is way beyond what we are able to deal with at all" to which I replied "I know. That is why I tried going to the FBI first"

He told me I should bring all of the stuff I have to a computer forensic investigator, get a report, and then bring that to the FBI. I was under the impression that the FBi would be able to handle that part however so yeah. What I may end up doing now is trying to submit it online and include just a main PDF image of the data analysis with the supporting files - something short, sweet, and very clear and then if they feel like it is worthy of their important, federal duties perhaps they will contact me and follow up.

One thing I did however do in the meantime was sign up for a new gmail account using a fake name while logged into a VPN. I then proceeded to convert one of my spreadsheets to a jpeg file (which I made sure to strip all of the EXIF data from) and attached it to a short email I wrote up and sent to Robert Hulse at Fenwick - the IP attorney named on the Trojansky application. I'm not sure if he'll respond or not but I can think of some reasons why he may not. Either way I'm going to assume he most likely received it and there are now at least some additional eyes witnessing what is all taking place as they seem to be freely and without a care editing the pages and dates on the internet archive like they don't care if anyone notices. It raises quite a few questions.

Since we last spoke a whole bunch of additional pages appeared saved at the end of November and even just since January 11th when I saved the 6 pages I made the most detailed PDF with they have now deleted the January 22nd, 2022 save even though you can still reach it with a direct link. Also in the last two days the contents of the folder for the August 11th save has changed when I downloaded the whole page like I've been doing (I haven't downloaded the others at all). I've been capturing PDF screenshots of everything and I now posses a massive amount of files that no longer match what is show on the web archive. As I said before I have no idea what to make of all of this. I don't know if they were serving me different versions of pages on purpose to try and mix me up - if they are behind the scene's completely re-writing their websites into a completely new version and suddenly they are going to update everything so they can claim that they have no idea where I got all my saved data from, or if they are just that sloppy and careless. It is nuts.

I think I may try to spend one more day gathering some additional pages and whatnot but at some point I have to stop focusing on this which is much easier said than done because as of yet it remains an active and ongoing criminal activity to which I am the only one paying any attention to simply for the fact that I have the most to lose by not paying attention to it so it remains my top priority even though I have all sorts of other things I should/want to be doing.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 113**</span>

**An update regarding PhotoRobot**

**Jan 13, 2023  3:28 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: f3b86546367fa431e0c7b66e405c0b0882f18eb1b1de3ef20ce4e5f3ff6fcb6d

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

So yeah...that's my update I guess. I am still busy PhotoRoboting even though I hate PhotoRobot.

I have attached my smoking gun spreadsheets for you to look at as well as the email I sent to Robert Hulse at Fenwick. I am wondering if now that I have everything condensed down to a few spreadsheets and it is nothing but data points (that anyone can very clearly see the issue just by looking at) if you may have additional options available as far as someone you can forward it to for the purpose of me being able focus on more important things? I hate PhotoRobot and I want this to end but they just keep going and going and so I do the same.

~Matt

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 62-1, Attachment 1 of 6**
**Jan 13, 2023  3:28 PM**
FILE_LIST_Every_Wayback-Save_Per_Page.xlsx

An update regarding PhotoRobot

SHA-256 Hash of Attachment: a1e74e29372efd01f12417a3ff2e5104d819744bd9a49960c43b7885f3befb90

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

| Date I collected pages | Path | Total Pages | Publish Date | |
|---|---|---|---|---|
| 44927 | /blog | 26 | | |
| 44927 | /blog/photorobot-photography-creativity-and-robotic-process-automation | 10 | 44023 | These are claimed as published before I filed my patent application |
| 44927 | /blog/light-and-fast-online-360deg-image-viewer-for-free | 14 | 44023 | |
| 44927 | /blog/photorobot-introducing-the-cube | 13 | 44023 | |
| 44927 | /blog/about-photorobot-packaging-and-distribution | 13 | 44023 | |
| 44927 | /blog/guide-to-360-product-photography-for-e-commerce | 12 | 44035 | |
| 44929 | /blog/introducing-photorobots-multicam | 12 | 44040 | |
| 44929 | /blog/mastering-product-photography-apparel-and-clothing | 14 | 44042 | |
| 44929 | /blog/guide-to-attaining-the-perfect-lighting-for-360-product-photography | 17 | 44047 | |
| 44929 | /blog/7-components-to-capture-the-perfect-product-photo | 14 | 44049 | |

**EML-C 62-2, Attachment 2 of 6**
**Jan 13, 2023  3:28 PM**
DATA_ANALYSIS_Every_Wayback_Save_Per_Page_combined.xlsx

An update regarding PhotoRobot
SHA-256 Hash of Attachment: 96d71a1f15b3d8a43c0a4c2d19f5ff282adef3bfcf6fc59565767971745ab971
Page: 1 of 1       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

| Page Name | webArchiveDate | jsArchiveDate | savedOnDate | jsFi |
|-----------|----------------|---------------|-------------|------|
| blog_packshot-photography | 12/28/2022 08:04:06 | 12/28/2022 07:45:23 | 01/08/2023 05:18:26 | pho |
| blog_packshot-photography | 12/11/2022 21:42:04 | 12/11/2022 21:41:26 | 01/08/2023 05:18:33 | pho |
| blog_packshot-photography | 12/06/2022 16:36:44 | 12/06/2022 15:04:45 | 01/08/2023 05:18:27 | pho |
| blog_packshot-photography | 09/26/2022 00:06:49 | 10/17/2022 23:41:28 | 01/08/2023 05:18:13 | pho |
| blog | 12/29/2022 20:51:11 | 12/29/2022 20:50:34 | 01/01/2023 20:04:37 | pho |
| blog | 12/28/2022 07:45:23 | 12/28/2022 07:45:23 | 01/01/2023 20:04:20 | pho |
| blog | 12/14/2022 17:27:40 | 12/14/2022 17:27:29 | 01/01/2023 20:03:06 | pho |
| blog | 12/12/2022 23:53:42 | 12/12/2022 23:51:44 | 01/01/2023 20:02:53 | pho |
| blog | 12/11/2022 21:41:25 | 12/11/2022 21:41:26 | 01/01/2023 20:08:17 | pho |
| blog | 12/10/2022 13:44:52 | 12/10/2022 13:43:51 | 01/01/2023 20:07:54 | pho |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 62-3, Attachment 3 of 6**
**Jan 13, 2023  3:28 PM**
DATA_ANALYSIS_ALL_WEB_FILES_tutorials_how-to-film-models.xlsx

An update regarding PhotoRobot

SHA-256 Hash of Attachment: e8981123e1129b9b4623f784bd2a921e8119d6cd5c76328aa526a134fa78adf6

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

| Folder Download Link | Claimed Archive Date | Internal Archive Date | Collection |
|---|---|---|---|
| | 44583.088125000002 | 43149.77884259259 | 44937.548 |
| | 44583.088125000002 | 43348.971701388888 | 44937.548 |
| | 44583.088125000002 | 43348.971701388888 | 44937.548 |
| | 44583.088125000002 | 43348.971921296295 | 44937.548 |
| | 44583.088125000002 | 43348.973090277781 | 44937.548 |
| | 44583.088125000002 | 44559.694930555554 | 44937.546 |
| | 44583.088125000002 | 44573.772986111115 | 44937.546 |
| | 44583.088125000002 | 44581.907118055555 | 44937.547 |
| | 44583.088125000002 | 44583.088368055556 | 44937.546 |
| | 44583.088125000002 | 44583.117800925924 | 44937.548 |
| | 44583.088125000002 | 44593.39298611111 | 44937.546 |
| | 44583.088125000002 | 44614.468414351853 | 44937.546 |
| | 44583.088125000002 | 44901.532800925925 | 44937.549 |
| | 44583.088125000002 | 44901.54142361111 | 44937.547 |
| | 44583.088125000002 | 44901.559618055559 | 44937.548 |
| | 44583.088125000002 | 44901.604270833333 | 44937.549 |
| | 44583.088125000002 | 44901.608587962961 | |
| | 44583.088125000002 | 44901.609722222223 | 44937.548 |
| | 44583.088125000002 | 44901.60974537037 | 44937.549 |
| | 44583.088125000002 | 44901.609849537039 | 44937.549 |
| | 44583.088125000002 | 44901.609861111108 | 44937.549 |
| | 44583.088125000002 | 44901.609884259262 | 44937.549 |
| | 44583.088125000002 | 44904.198784722219 | 44937.546 |
| | 44583.088125000002 | 44904.198865740742 | 44937.546 |
| | 44583.088125000002 | 44921.393784722219 | 44937.548 |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 62-4, Attachment 4 of 6**
**Jan 13, 2023  3:28 PM**
DATA_ANALYSIS_Every_Wayback_Save_Per_Page.xlsx

An update regarding PhotoRobot

SHA-256 Hash of Attachment: 1333d911fac38d168c77a6d540b2b53457b8bea4999fc3712a0db3b31d2d8b6b

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

| pageName | wbArchiveDate | jsArchiveDate | saveDate |
|---|---|---|---|
| blog_which-businesses-need-360-product-viewers | 44255.889849537038 | 44901.620497685188 | 44931.4887152 |
| blog_which-businesses-need-360-product-viewers | 44327.538912037038 | 44901.622303240743 | 44931.4885069 |
| blog_which-businesses-need-360-product-viewers | 44404.881967592592 | 44901.624085648145 | 44931.4885300 |
| blog_which-businesses-need-360-product-viewers | 44491.652106481481 | 44901.625057870369 | 44931.4885300 |
| blog_which-businesses-need-360-product-viewers | 44511.286909722221 | 44901.604398148149 | 44931.4885416 |
| blog_which-businesses-need-360-product-viewers | 44608.69703703704 | 44923.40829861111 | 44931.4884722 |
| blog_which-businesses-need-360-product-viewers | 44702.238020833334 | 44698.796747685185 | 44931.4885532 |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 118**

**EML-C 62-5, Attachment 5 of 6**
**Jan 13, 2023  3:28 PM**
FIRST_FULL_COLLECT_Data_Analysis.xlsx

An update regarding PhotoRobot

SHA-256 Hash of Attachment: cc3f5e5c16fa37c498ebb1a7fed7fad7a3b3149a5e44eef9a9afc8290b437cca

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

| Page | WB Archive Date | JS Archive Date | Collection |
|---|---|---|---|
| 2d-3d-product-configuration-software | 44702.266944444447 | 44698.796747685185 | 44910.362 |
| blog_2d-3d-product-configuration-software | 44830.010729166665 | 44851.987129629626 | 44915.276 |
| 2d-3d-product-configuration-software | 44904.379317129627 | 44904.214409722219 | 44910.361 |
| blog_3d-ecommerce | 44830.039386574077 | 44851.987129629626 | 44915.250 |
| 3d-ecommerce | 44904.454641203702 | 44904.572002314817 | 44910.327 |
| 3d-product-photography-ecommerce | 44255.898622685185 | 44901.620497685188 | 44910.319 |
| 3d-product-photography-ecommerce | 44702.250509259262 | 44698.796747685185 | 44910.376 |
| blog_3d-product-photography-ecommerce | 44829.99728009259 | 44851.987129629626 | 44915.276 |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 119**

**EML-C 62-6, Attachment 6 of 6**
**Jan 13, 2023  3:28 PM**
Email I Sent.jpg

An update regarding PhotoRobot

SHA-256 Hash of Attachment: 333c6430ae86f9756c487c5b5a2bf2f0474eb21d40a7ad808fb1c5f4655b63e4

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

1/13/23, 1:10 PM                                                  Gmail - IP Theft of Trojansky/Netflix

 Gmail

                                              Todd Brawnson <todd.m.brawnson.85@gmail.com>

### IP Theft of Trojansky/Netflix
1 message

**Todd Brawnson** <todd.m.brawnson.85@gmail.com>                    Fri, Jan 13, 2023 at 1:08 PM
To: "rhulse@fenwick.com" <rhulse@fenwick.com>

Robert,

Good afternoon

Attached is an image which shows the folder contents when you right click and 'save as' the whole webpage as it is presented on the internet archive / wayback machine.

Here are the 6 links I share in the image -
https://web.archive.org/web/20220122020654/https://www.photorobot.com/tutorials/how-to-film-models
https://web.archive.org/web/20220811050912/https://www.photorobot.com/tutorials/how-to-film-models
https://web.archive.org/web/20221130101247/https://www.photorobot.com/tutorials/how-to-film-models
https://web.archive.org/web/20221206165254/https://www.photorobot.com/tutorials/how-to-film-models
https://web.archive.org/web/20221214172805/https://www.photorobot.com/tutorials/how-to-film-models
https://web.archive.org/web/20221230121110/https://www.photorobot.com/tutorials/how-to-film-models

I just checked and it looks like they have already altered these files again but the mismatched dates are still present in the files as shown in the image but with minor changes.
The mismatched dates are also present in almost all of the other pages saved as long as they are before December - once you get to December and beyond the mismatched dates no longer appear and the 'problem' corrects itself magically.

I also noticed that it now only shows a total of 5 total page saves - When the link for January 22nd, 2022 is opened (the top link) you will notice it apparently doesn't exist anymore according to the wayback dates listed on the page.

It would appear that someone at the internet archive is aiding PhotoRobot in their theft of the Trojansky application as they work on recreating their true history to one that better fits with turning their 'Virtual Catwalk' into what is contained within the Trojansky application.

They have been working on it for quite a while. Besides PhotoRobot the mastermind behind this theft I believe is Assaff Rawner who is the CEO of Mark Roberts Motion Control.

If you reply and let me know you received this email perhaps we can start an interesting email chain in which I provide you with some more data and information.

Sincerely,

Todd Brawnson



**PhotoRobot_Fraud.jpg**
2399K

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 120**

**Re_An update regarding PhotoRobot**

**Jan 13, 2023  5:04 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: 365bf46812382ae417b718cd99c247c80a5295f231c912cea7e8a62efd13c396

Page: 1 of 1         [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Re: An update regarding PhotoRobot**

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Fri, 13 Jan 2023 23:04:34 +0000

---

Here is the condensed full file package - so all of the files in this include a data analysis spreadsheet for them.

https://www.dropbox.com/s/6hqj7r8m7cdi9in/Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up.zip?dl=0

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Bruce. You gotta help me get a bunch of eyes on this**
**Jan 13, 2023  5:14 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   riverslawyers@aol.com
SHA-256 Hash of .eml: 3e7611715aa98b12c198aa388142d0b627d378107cfc27e86570d99c20b4fa3d

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Bruce. You gotta help me get a bunch of eyes on this

**From:** Matt Guertin
**To:** riverslawyers@aol.com
**Date:** Fri, 13 Jan 2023 23:14:45 +0000

Bruce,

This is happening in real-time right now. It is nuts. They are just editing the internet archive pages like it's the website for their family business.

It discredits the entire archive. Any cases which involved the archive get reexamined. This is not the first time this has been done. There is obviously an system in place to do what is being done here.

Here is a link to all of the supporting files. It is 4.6gb
- https://www.dropbox.com/s/6hqj7r8m7cdi9in/Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up.zip?dl=0

And I attached one of the data analysis spreadsheets I created - there are more in the download file. All you gotta do is open the spreadsheet. it is clear as day. Anyone understands it...even my mom.

Do you know any federal investigators or anyone that would be interested in investigating this? I am trying to figure out what to do

Thanks,

~Matt Guertin

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 64-1, Attachment 1 of 1**

**Jan 13, 2023  5:14 PM**

DATA_ANALYSIS_ALL_WEB_FILES_tutorials_how-to-film-models.xlsx

Bruce. You gotta help me get a bunch of eyes on this

SHA-256 Hash of Attachment: e8981123e1129b9b4623f784bd2a921e8119d6cd5c76328aa526a134fa78adf6

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

| Folder Download Link | Claimed Archive Date | Internal Archive Date | Collection |
|---|---|---|---|
| | 44583.088125000002 | 43149.77884259259 | 44937.548 |
| | 44583.088125000002 | 43348.971701388888 | 44937.548 |
| | 44583.088125000002 | 43348.971701388888 | 44937.548 |
| | 44583.088125000002 | 43348.971921296295 | 44937.548 |
| | 44583.088125000002 | 43348.973090277781 | 44937.548 |
| | 44583.088125000002 | 44559.694930555554 | 44937.546 |
| | 44583.088125000002 | 44573.772986111115 | 44937.546 |
| | 44583.088125000002 | 44581.907118055555 | 44937.547 |
| | 44583.088125000002 | 44583.088368055556 | 44937.546 |
| | 44583.088125000002 | 44583.117800925924 | 44937.548 |
| | 44583.088125000002 | 44593.39298611111 | 44937.546 |
| | 44583.088125000002 | 44614.468414351853 | 44937.546 |
| | 44583.088125000002 | 44901.532800925925 | 44937.549 |
| | 44583.088125000002 | 44901.54142361111 | 44937.547 |
| | 44583.088125000002 | 44901.559618055559 | 44937.548 |
| | 44583.088125000002 | 44901.604270833333 | 44937.549 |
| | 44583.088125000002 | 44901.608587962961 | |
| | 44583.088125000002 | 44901.609722222223 | 44937.548 |
| | 44583.088125000002 | 44901.60974537037 | 44937.549 |
| | 44583.088125000002 | 44901.609849537039 | 44937.549 |
| | 44583.088125000002 | 44901.609861111108 | 44937.549 |
| | 44583.088125000002 | 44901.609884259262 | 44937.549 |
| | 44583.088125000002 | 44904.198784722219 | 44937.549 |
| | 44583.088125000002 | 44904.198865740742 | 44937.546 |
| | 44583.088125000002 | 44921.393784722219 | 44937.548 |

**EXHIBIT EML-D | p. 123**

**Re_An update regarding PhotoRobot**
Jan 13, 2023  6:01 PM

---

From: Amanda Prose <aprose@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 803424ccf81ca7296c9f7c7698db1a5acf1e9dda05ba0e5452dc9d0bacfbabdb
Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: An update regarding PhotoRobot

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Fri, 13 Jan 2023 18:01:27 -0600

Thanks for the update. This does make more sense.

Unfortunately I'm not surprised at the FBI reaction, but I do think emailing the patent attorney for the Netflix application was an interesting move. Let them see they have a prior art issue unless they agree it's faked art and see how they handle it.

Best regards,

Amanda

On Fri, Jan 13, 2023 at 15:29 Matt Guertin <MattGuertin@protonmail.com> wrote:

Amanda,

Good afternoon.

Now I have actually cracked the code.

The way you can tell is that instead of trying to explain it as I ramble on in a video I have been able to condense it down to some very neat and easy to understand spreadsheets.

I attempted to visit the FBI yesterday at their building in Brooklyn Center but I did not realize it is a fortress which resembles one of the foreign embassies in Saudi Arabia I saw when I was there. After receiving instructions on how to contact someone inside of the building by phone I was connected with someone who took my identifying information and then when we finally got around to discussing the issue at hand and I mentioned that it involved wire fraud he asked me "so are you assuming that there was money wired then?" to which I replied "ummmmm no" and then he said "thank you for calling" and hung up on me.

Wire fraud does not have anything to do with wiring money based on all of the literature I read so I'm not exactly sure why that is apparently the FBI's definition of wire fraud but that seems to be the case. Because I wanted to feel like I still accomplished something I ended up going to the Minnetonka Police Department and speaking to an investigator who I sat down with and pulled out my laptop. It was his opinion that if everything I presented was true/real (unless I am lying or creating fraudulent documents) that there is definitely something shady taking place. He did end up filing a report but also told me "this is way beyond what we are able to deal with at all" to which I replied "I know. That is why I tried going to the FBI first"

He told me I should bring all of the stuff I have to a computer forensic investigator, get a report, and then bring that to the FBI. I was under the impression that the FBi would be able to handle that part however so yeah. What I may end up doing now is trying to submit it online and include just a main PDF image of the data analysis with the supporting files - something short, sweet, and very clear and then if they feel like it is worthy of their important, federal duties perhaps they will contact me and follow up.

One thing I did however do in the meantime was sign up for a new gmail account using a fake name while logged into a VPN. I then proceeded to convert one of my spreadsheets to a jpeg file (which I made sure to strip all of the EXIF data from) and attached it to a short email I wrote up and sent to Robert Hulse at Fenwick - the IP attorney named on the Trojansky application. I'm not sure if he'll respond or not but I can think of some reasons why he may not. Either way I'm going to assume he most likely received it and there are now at least some additional eyes witnessing what is all taking place as they seem to be freely and without a care editing the pages and dates on the internet archive like they don't care if anyone notices. It raises quite a few questions.

Since we last spoke a whole bunch of additional pages appeared saved at the end of November and even just since January 11th when I saved the 6 pages I made the most detailed PDF with they have now deleted the January 22nd, 2022 save even though you can still reach it with a direct link. Also in the last two days the

---

**Re_An update regarding PhotoRobot**

**Jan 14, 2023  11:31 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: dea0d04965f1d54e30f8dbe6ea27e7c1f00b2c6ce0e30cb6d1fb99f04bd1c9e3

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: An update regarding PhotoRobot

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Sat, 14 Jan 2023 17:31:38 +0000

That's it!

Is there a way to search through court records and find all of the cases where the internet archive was a part of the case as far as evidence is concerned?

If I am able to source a few decently high profile cases where the outcome was determined based upon evidence from the internet archive all I have to do is contact the attorneys on the losing side and put all of this in front of them and then they will do the work for me as ultimately this means they will have every right to demand that the case be reopened and re-examined due to their now being proof that the internet archive cannot be a trusted source of information at all

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_An update regarding PhotoRobot**
**Jan 14, 2023  11:33 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: 0fa29874821fc2b7a2cd508b08c8b6b53ac97e0dad869f04c30acf22cc80dc92
Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: An update regarding PhotoRobot

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Sat, 14 Jan 2023 17:33:46 +0000

Some kind of court records search where I can use search terms.

The thing is that I am not even fully aware of what courts actually accept the internet archive as legally recognized evidence. Is it just the USPTO? Or does it also extend to criminal and civil cases?

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 126**

**Re_An update regarding PhotoRobot**
**Jan 14, 2023  1:56 PM**

From: Amanda Prose <aprose@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: e883b8b46a6b4e742e389fddf4e4f49002da95570830b66b90d0fbb4f4b73f20

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: An update regarding PhotoRobot

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Sat, 14 Jan 2023 13:56:26 -0600

---

There isn't a database I know of that allows you to search court cases by the evidence used. You can try a keyword search on scholar.google.com to see if there is an opinion in a case that relied on internet archive records.

As for the use of such printouts from the internet archives - they are not accepted as a matter of absolute or irrefutable fact when submitted to a court or the patent office. They must be accompanied by a signed or witnessed statement attesting to their accuracy otherwise the evidence can, and would be, easily challenged by anyone who the printouts were used against. I guess what I am saying is that the internet archives can be supportive of an argument for example, but it's not evidence that can't be rebutted. So the print outs themselves and without a witness statement or other evidence/declaration are not considered by any court or the patent and trademark office as 'gospel.'

Best regards,

Amanda

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:darkred">**EXHIBIT EML-D | p. 127**</span>

**Re_An update regarding PhotoRobot**
**Jan 15, 2023  1:07 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: fe81913deae410d957f03d591f7307ce025ced1633b00d7cdb4d9a46b1b70b18
Page: 1 of 1          [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

## Re: An update regarding PhotoRobot

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Sun, 15 Jan 2023 19:07:39 +0000

Amanda,

I was just searching online for computer forensic investigators because I thought it would be a good idea at least to try and find someone with credentials to download some of these pages so it isn't just me... and the secret service popped up in the search results touting their awesome computer forensic skills.

I called the Minneapolis field office which was closed and selected the option to be connected to a field agent for urgent matters and got connected to someone in Chicago who actually listened to the whole story, took my information, asked me for the police report number, etc, etc, and said he's going to pass it on to the proper people. He mentioned there's lots of local agents and someone might want to meet up with me at the police station where I made the report... and then literally two minutes after I hung up from that call my welder who welded my prototype and was in the marines and CIA called me back and told me he got ahold of one of his friends who was or is in the secret service/FBI and he is getting me his direct email address as he said he'd be interested in taking a look at it after hearing the story.

So somehow at noon on a Sunday everything just happened to randomly fall into place it would seem... which is good because I can now focus on other things and relax a little.

~Matt

Sent from ProtonMail mobile

EXHIBIT EML-D | p. 128