# EXHIBIT EML-D2

# EXHIBIT EML-D2 (part 2 of 2)

Digitally Authenticated, **Email Communications Pertaining to Plaintiff's Patent, Business, Discovery of Duplicate Netflix Patent, and High-Level Patent Fraud,** all occurring BEFORE, and leading right up to the origination of Plaintiff's January 21, 2023 criminal charges.

One minute the Plaintiff is excitedly advancing toward the finish line of nearly having his InfiniSet Treadmill Prototype completed and ready for a demo to be filmed - and the next minute he is forced into becoming a digital forensic investigator as he watches the theft of his patent take place in front of him through the real-time creation of fraudulent websites, companies, and products which mirror the technology contained in his just granted US Patent 11,577,177.

Plaintiff reaches out to anyone and everyone, including the F.B.I., local police, and the U.S. Secret Service for help dealing with what he is witnessing, which includes real-time editing of the Internet Archive taking place.

---

## TABLE OF CONTENTS

**Page**

**70    Jan 17, 2023   7:33 AM**
*Re_An update regarding PhotoRobot* ................................................................. 129

**71    Jan 17, 2023   3:34 PM**
*Re_An update regarding PhotoRobot* ................................................................. 130

    71-1   INSTAGRAM-PAGE-footwearnews-2023-01-17-00_48_14-edit.pdf ............ 131

    71-2   footwearnews-2018-business-marketing-retailers-brand-name.pdf .............. 132

    71-3   footwearnews-2018-business-executive-moves-cxo-chiefpdf ...................... 133

    71-4   footwearnews-2019-business-retail-omnichannel-strategy.pdf .................... 134

    71-5   ABOUT-US-footwearnews-about-us-2023-01-17-00_47_24-edit.pdf ........... 135

    71-6   footwearnews-2019-business-retail-buho-ecommerce.pdf ........................... 136

    71-7   footwearnews-2018-business-technology-ar-augmented-reality.pdf ............. 137

    71-8   footwearnews-2019-business-manufacturing-sustainable.pdf ...................... 138

**72    Jan 17, 2023   3:36 PM**
*Re_An update regarding PhotoRobot* ................................................................. 139

    72-1   footwearnews-2019-business-retail-social-advertising-data-ai.pdf .............. 140

    72-2   footwearnews-2020-business-earnings-columbia-earnings.pdf .................... 141

    72-3   footwearnews-2020-business-retail-adobe-digital-economy.pdf .................. 142

    72-4   footwearnews-2020-business-retail-augmented-reality.pdf ......................... 143

    72-5   footwearnews-2020-business-mergers-acquisitions-top.pdf ........................ 144

    72-6   footwearnews-2019-business-retail-top-tech-providers.pdf ......................... 145

    72-7   footwearnews-2019-business-retail-store-experiential.pdf ........................... 146

# TABLE OF CONTENTS

(continued)

**73    Jan 17, 2023   3:37 PM**
*Re_An update regarding PhotoRobot* ................................................................ 147

    73-1    footwearnews-2020-business-retail-deckers-brands.pdf .............................. 148

    73-2    footwearnews-2020-business-retail-mastercard-spending.pdf ...................... 149

    73-3    footwearnews-2020-business-launch-nyfw-digital-runway360.pdf ............... 150

    73-4    footwearnews-2020-business-retail-expivi-vyking-3d-ar.pdf ....................... 151

    73-5    footwearnews-2020-business-retail-bergmeyer-survey.pdf ......................... 152

    73-6    footwearnews-2020-business-retail-newstore-omnichannel.pdf ................... 153

    73-7    footwearnews-2020-business-retail-new-balance-stockx.pdf ....................... 154

    73-8    footwearnews-2020-business-retail-genies-virtual-avatars.pdf ................... 155

**74    Jan 17, 2023   3:39 PM**
*Re_An update regarding PhotoRobot* ................................................................ 156

    74-1    footwearnews-2020-business-technology-3d-software-design.pdf ............... 157

    74-2    footwearnews-2020-business-retail-sole-society-legal-action.pdf ............... 158

    74-3    footwearnews-2020-business-retail-zenreach-digital-marketing.pdf ........... 159

    74-4    footwearnews-2020-business-retail-shopping-trends-2021.pdf ................... 160

    74-5    footwearnews-2020-business-retail-sendle-sustainable.pdf ......................... 161

    74-6    footwearnews-2020-business-technology-augmented-reality.pdf ................ 162

    74-7    footwearnews-2020-business-technology-retail-innovations.pdf ................ 163

**75    Jan 17, 2023   3:40 PM**
*Re_An update regarding PhotoRobot* ................................................................ 164

    75-1    footwearnews-2021-business-studio-augmented-virtual-reality.pdf ............. 165

    75-2    footwearnews-2021-business-financial-news-athletic-retail.pdf ................. 166

    75-3    footwearnews-2021-business-retail-david-simon-spg-ceo.pdf ..................... 167

    75-4    footwearnews-2021-business-retail-augmented-reality-future.pdf ............... 168

    75-5    footwearnews-2021-business-retail-brick-and-mortar-store.pdf ................. 169

    75-6    footwearnews-2021-business-retail-tech-tuesdays-3d-design.pdf ............... 170

    75-7    footwearnews-2021-business-retail-retail-real-estate-rents.pdf ................... 171

# TABLE OF CONTENTS

(continued)

**76    Jan 17, 2023   3:42 PM**
*Re_An update regarding PhotoRobot* ...................................................................... 172

    76-1   footwearnews-author-mstreetsfn.pdf ............................................................ 173

    76-2   footwearnews-author-mstreetsfn-page-51.pdf ............................................. 174

    76-3   footwearnews-author-samantha-mcdonald-page-100.pdf ............................ 175

    76-4   footwearnews-author-samantha-mcdonald-page-200.pdf ............................ 176

    76-5   footwearnews-author-samantha-mcdonald-page-250.pdf ............................ 177

    76-6   footwearnews-2021-business-retail-tech-tuesdays-ar.pdf ............................ 178

    76-7   footwearnews-2021-business-retail-virtual-reality-retail.pdf ...................... 179

    76-8   footwearnews-2022-shop-sneakers-deals-adidaspdf ..................................... 180

    76-9   footwearnews-2023-01-17-00_17_02-edit.pdf .............................................. 181

**77    Jan 17, 2023   4:34 PM**
*Re_An update regarding PhotoRobot* ...................................................................... 182

    77-1   instagram-knowandtell-2023-01-17-00_56_37-edit.pdf ............................... 184

    77-2   instagram-peterverry-2023-01-17-00_51_59-edit.pdf .................................. 185

    77-3   instagram-taralarson13-2023-01-17-00_53_04-edit.pdf ............................... 186

    77-4   instagram-nikarajohns-2023-01-17-00_53_59-edit.pdf ................................ 187

    77-5   footwearnews-v-focus-2023-01-17-00_25_17-edit.pdf ................................ 188

    77-6   instagram-sgprojectsny-2023-01-17-00_55_23-edit.pdf .............................. 189

    77-7   YOUTUBE-PAGE-footwearnews-videos.pdf ............................................... 190

**78    Jan 17, 2023   5:18 PM**
*Re_An update regarding PhotoRobot* ...................................................................... 191

**79    Jan 18, 2023   11:43 AM**
*Re_An update regarding PhotoRobot* ...................................................................... 192

    79-1   Weinhoffer v. Davie Shoring, Inc., 23 F...pdf .............................................. 193

**80    Jan 18, 2023   12:39 PM**
*Re_An update regarding PhotoRobot* ............................................................…....... 194

**81    Jan 18, 2023   1:32 PM**
*Re_An update regarding PhotoRobot* ...................................................................... 195

**82    Jan 18, 2023   1:36 PM**
*Re_An update regarding PhotoRobot* ...................................................................... 196

**Re_An update regarding PhotoRobot**

Jan 17, 2023  7:33 AM

---

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 6cdf8c42fbe7f697de9f0d1b8d8a996d6a51ab5866892ea81f8cc2e988b25342
Page: 1 of 1        [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

### Re: An update regarding PhotoRobot

**From:**  Matt Guertin
**To:**     aprose@wck.com
**Date:**  Tue, 17 Jan 2023 13:33:00 +0000

---

Amanda,

Whoever is carrying all of this sure is putting a large amount of energy and time into it. I just realized the whole thing is based on AI....even down to the deepfakes they are using to create fake zoom calls where they just ramble on about nothing for 47 minute. Sounds crazy.....right?

Of course it does.

Because it is!

You can still tell they aren't real just by looking at their weird and unnatural expressions as they smile. Also the ladies voice sounds synthed out. I got to this page through their US distributor who has a bunch of blog articles which they also appear to editing and changing - in addition to having the same exact titles and url for some of their blog articles the US site is also adding reference links below the dated blog article like they are writing a paper for a scientific journal - That is how I reached the page where the deepfake videos and AI written articles are located. I'm literally not sure whether it is a real company or not...FootwearNews that is - but then you go look at their youtube or IG and maybe it is a real site but they are just posting the AI bullshit on unlisted/ separate urls that one woudn't reach if they got to the site as a normal customer?

https://www.dropbox.com/s/avrhzwqd6wue6ud/ARTIFICIAL%20EVERYTHING_except_for_intelligence.7z?dl=0

Or how about Samantha McDonald having 250 pages of blog articles with 10 articles on each page and they are all dated within the same small time window? It is all AI...probably chatGPT writing the articles because I keep seeing the exact same words being used. Around the 16 minute mark of the video the guy on the bottom left just randomly blurts out "3D Scanning" All you gotta do is listen for a two or three minutes in order to realize that they are literally doing nothing but rambling on about certain topics but there is never really any point or reason that seems to exist.

So yeah...that's the game plan for them. They have a huge network of people helping them carry this out. Either that or they are some of the best computer hackers ever and have figured out all sorts of backdoors into various systems. They aren't just going to have the PhotoRobot website - They are creating a whole history which spans multiple websites and involves multiple people. I would have to imagine they must have all of the other bases covered as well if they are going this hard at it...if they didn't why would they be putting so many resources into it?

I wonder what happens if I beat them at their own game? Will I be allowed to actually win I wonder... At this point I'm considering it a real possibility that as soon as the patent is official I am going to be nailed with a bunch of lawsuits to try and overwhelm me and use up all of my time. It doesn't appear that they plan on stopping but I guess we'll have to wait and see what all plays out

This is literally next level.

I am of the opinion that the best move for situations like this is to be as loud and as public about everything as possible for the purpose of protecting myself. It just becomes crazier and crazier the more I look into stuff. Who knows how many other people they have that will lie or how much other fraudulent information or videos they are going to produce out of nowhere. At this point I am also open to the possibility that this could actually involve Netflix somehow.

Surely this has to be the craziest stuff you've ever witnessed as a patent attorney?

~Matt

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_An update regarding PhotoRobot**

**Jan 17, 2023  3:34 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 839e1618594f07968f6db7678258836c3e1299dfe0b135b1296f9eef50a096bd

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: An update regarding PhotoRobot

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Tue, 17 Jan 2023 21:34:22 +0000

Amanda,

I just logged into my Dropbox account on my phone and all of my recent file history as well as all of my starred files was completely wiped for some reason. Because of that I figured I better attempt to download the zip file I uploaded this morning and I downloaded all of it and then right at the end it said it failed due to a dropbox server error. So I figured I would just send you the PDF's without the large movie file that made it so large.

At this point I seriously wonder if you are even receiving my emails and if I can rely on anything digital at all considering all the crazy shit going on. I decided I will at least just try to send you the PDF screen caps I took. It should be about 6 emails total to stay under the 25mb fie size limit - at least this way if I send them without being encrypted they will be auto spooled and on record with your firm.

If you are available at all to give me a call at some point and let me know you got this stuff it would be much appreciated as I am starting to get the feeling that my digital communication (so all of it...) is being filtered and monitored. All of this seems so crazy but considering the AI discovery yesterday and multiple other websites/people involved I am now of the opinion that there's a high probability it is entirely possible as well as occurring.

At the same time I am now wondering 'what' actually is real at this point as far as these various websites and businesses. Perhaps not being able to tell what is real any longer is the universe being ironic and playing a prank on me since I invented something that is based entirely on an illusion - I guess it would also make sense that the people currently involved in what's going on would be highly skilled in the art of illusion as well..

Thanks,

~Matt

I'm going to follow up with some more emails until you have all of the PDF's I saved yesterday until they are all sent...and then I am going to try and get the video to you again since it may not have worked at all

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 130**

**EML-C 71-1, Attachment 1 of 8**
**Jan 17, 2023  3:34 PM**
INSTAGRAM-PAGE-footwearnews-2023-01-17-00_48_14-edit.pdf

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 36151539055f2e0696856cfc876efc50e47ec561f68f20fef86671adfb710a3c
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 71-2, Attachment 2 of 8**

**Jan 17, 2023  3:34 PM**

screencapture-footwearnews-2018-business-marketing-retailers-brand-name-commercial-real-estate-stadiums-theaters-venues-509

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: 626ba9c4c5488d6f8794d848d830295e12c8319adf52ca204786724b9be27e99

Page: 1 of 1          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 71-3, Attachment 3 of 8**

**Jan 17, 2023  3:34 PM**

screencapture-footwearnews-2018-business-executive-moves-cxo-chief-experience-officer-fashion-industry-retail-502790-2023-0

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: 3071cdff049dcfa85b0ba4f7caf7b36a542838cc3382108538734241f6d8f267

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 71-4, Attachment 4 of 8**
**Jan 17, 2023  3:34 PM**
screencapture-footwearnews-2019-business-retail-omnichannel-strategy-retailers-physical-digital-consumer-experience-12027255

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 1fdb16743fd01ebc6e2e771537cc442e2dc173af8d97cb2091d1a313035d21ae
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 71-5, Attachment 5 of 8**

**Jan 17, 2023  3:34 PM**

ABOUT-US-footwearnews-about-us-2023-01-17-00_47_24-edit.pdf

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: 0bd1c038bb247110491fb95d8bb171e3dc574d75f8018ef52f1dab9083119754

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 135**

**EML-C 71-6, Attachment 6 of 8**

**Jan 17, 2023  3:34 PM**

screencapture-footwearnews-2019-business-retail-buho-ecommerce-sustainability-shoes-1202805351-2023-01-17-00_20_34-edit.

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: 9360cbe498eb0ad4325379a2b604292fd98259195739ba895e7a60719972c219

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 136**

**EML-C 71-7, Attachment 7 of 8**

**Jan 17, 2023  3:34 PM**

screencapture-footwearnews-2018-business-technology-ar-augmented-reality-ecommerce-try-on-vertebrae-vyking-1202722075-2

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: fe1e1e4cd4e3ec4065ba59f6f4d99ab84dc7a1f402b110015990a38e68bdd14e

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 137**

**EML-C 71-8, Attachment 8 of 8**

**Jan 17, 2023  3:34 PM**

screencapture-footwearnews-2019-business-manufacturing-sustainable-packaging-shoebox-rothys-puma-fuseproject-lumi-120280

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: 7260da7cc7ee2a9c2ba1f780fd6c7d1c784ea7fbaf7d451062374693d935bd27

Page: 1 of 1        [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



**Re_An update regarding PhotoRobot**
**Jan 17, 2023  3:36 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: ae66cd6769310c7bde31ff075ac77ef2171f4844ea32b3c29d353583c1732c31

Page: 1 of 1      [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

### Re: An update regarding PhotoRobot

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Tue, 17 Jan 2023 21:36:03 +0000

---

PDF Group 2 attached

Sent with Proton Mail secure email.

**EML-C 72-1, Attachment 1 of 7**

**Jan 17, 2023  3:36 PM**

screencapture-footwearnews-2019-business-retail-social-advertising-data-ai-smarterhq-pattern89-1202797292-2023-01-17-00_20

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: 2f3dbb4d058f8d26fc8414e056797fac144364dfc155ac651562dc63c3050d43

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 140**

**EML-C 72-2, Attachment 2 of 7**
**Jan 17, 2023  3:36 PM**
screencapture-footwearnews-2020-business-earnings-columbia-earnings-sales-q1-2020-coronavirus-1202976076-2023-01-17-00_

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: d97160c2dd2adb4a04475fc98808ee7193a039acd4c789cc4fafabb4f472e38f
Page: 1 of 1          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 72-3, Attachment 3 of 7**

**Jan 17, 2023  3:36 PM**

screencapture-footwearnews-2020-business-retail-adobe-digital-economy-index-ecommerce-growth-slows-1203039574-2023-01-

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: a3abcbf58535e34c0610f07d94b2c0a7a2f01409db47a3422832ea4e2fcb168e

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 72-4, Attachment 4 of 7**
**Jan 17, 2023  3:36 PM**
screencapture-footwearnews-2020-business-retail-augmented-reality-ecommerce-wannaby-restar-1203036911-2023-01-17-00_18

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: ac36ce87407c264fd960c3d892892ac36889950aa7abc95572e4b49237174b84
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-C 72-5, Attachment 5 of 7**
**Jan 17, 2023  3:36 PM**
screencapture-footwearnews-2020-business-mergers-acquisitions-top-mergers-acquisitions-2020-deals-1203083850-2023-01-17-0

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: b34c3fa9d7a0772c26f381ce7dc05235a9d5b2d6e947e64d131238ce7bd43da0
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-D | p. 144

**EML-C 72-6, Attachment 6 of 7**
**Jan 17, 2023  3:36 PM**
screencapture-footwearnews-2019-business-retail-top-tech-providers-customer-relationship-management-1202764936-2023-01-17

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: 0d8ca5bee8c3fa0b75464d5a57c84c7f946bca5486375d38d647594e5f526407

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-C 72-7, Attachment 7 of 7**

**Jan 17, 2023  3:36 PM**

screencapture-footwearnews-2019-business-retail-store-experiential-technology-obsess-ar-preciate-perch-1202774643-2023-01-17

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: fc097e9462a03807de4f3d19d29b3a20bc146c874b2f3f4f377c57984bbc970a

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**Re_An update regarding PhotoRobot**
**Jan 17, 2023  3:37 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:  aprose@wck.com
SHA-256 Hash of .eml: 9d692860c9d649baed9b69b1abb9dedfeea37aa160dfd5210285fab103a7e973

Page: 1 of 1         [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

---

**Re: An update regarding PhotoRobot**
**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Tue, 17 Jan 2023 21:37:33 +0000

PDF Group 3 is attached

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 73-1, Attachment 1 of 8**
**Jan 17, 2023  3:37 PM**
screencapture-footwearnews-2020-business-retail-deckers-brands-distribution-center-online-sales-coronavirus-1202953414-2023-

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: b7af7fae9d4580d8629acb522805912563356aaeb342d06a2f9153b2c7806cd7
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-C 73-2, Attachment 2 of 8**
**Jan 17, 2023  3:37 PM**
screencapture-footwearnews-2020-business-retail-mastercard-spending-pulse-survey-ecommerce-growth-1203003660-2023-01-17

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 7bd99272ae3a5f2c22745fc3f47b09d6d957d4670d2b5d6144799ca8b92716ea
Page: 1 of 1          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 149**

**EML-C 73-3, Attachment 3 of 8**

**Jan 17, 2023  3:37 PM**

screencapture-footwearnews-2020-business-retail-cfda-nuorder-launch-nyfw-digital-runway360-1203029944-2023-01-17-00_19_

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: 1b4171f12b6264ce59b6677d50ee5673769bef8b965f6823b9349807d444334f

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-C 73-4, Attachment 4 of 8**
**Jan 17, 2023  3:37 PM**
screencapture-footwearnews-2020-business-retail-expivi-vyking-3d-ar-virtual-technology-ecommerce-1202967739-2023-01-17-0

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: d7517ce09d1bceacb17032b438c68754371250da47ce85c6b9b81faf114d6e85
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 151**</span>

**EML-C 73-5, Attachment 5 of 8**
**Jan 17, 2023   3:37 PM**
screencapture-footwearnews-2020-business-retail-bergmeyer-survey-brick-and-mortar-importance-2021-1203088883-2023-01-17

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 63ab902259497dc1b00b8ea70c9623682f5bf26bf2e1b3ab378d4e07ec60be14
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-D | p. 152

**EML-C 73-6, Attachment 6 of 8**
**Jan 17, 2023  3:37 PM**
screencapture-footwearnews-2020-business-retail-newstore-omnichannel-advice-stores-online-website-1203074004-2023-01-17-0

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: d13618dc1f8a484b38632d0acc878c9a07bb8c694b766fe3c49f26b3f1b4c3be
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-C 73-7, Attachment 7 of 8**
**Jan 17, 2023  3:37 PM**
screencapture-footwearnews-2020-business-retail-new-balance-stockx-klarna-sneaker-success-online-1203037118-2023-01-17-00

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 60c6df44a7f886ae3c70a236641ea3a98e55e30dd106cda948ab1376525959db
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-D | p. 154

**EML-C 73-8, Attachment 8 of 8**

**Jan 17, 2023  3:37 PM**

screencapture-footwearnews-2020-business-retail-genies-virtual-avatars-gucci-partnership-gen-z-1203069096-2023-01-17-00_15

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: fdb01c28cc1fac2745149001fb94de276e150d402a7e4de876fbb386aaf6cdf3

Page: 1 of 1    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



**Re_An update regarding PhotoRobot**
**Jan 17, 2023  3:39 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 3ffeefb4f3624850bfcf26bdc89194b4b596235f7731aaacfca29b00b422f2d9
Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: An update regarding PhotoRobot

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Tue, 17 Jan 2023 21:39:07 +0000

PDF Group 4 is attached

Sent with Proton Mail secure email.

**EML-C 74-1, Attachment 1 of 7**

**Jan 17, 2023  3:39 PM**

screencapture-footwearnews-2020-business-technology-3d-software-design-ecommerce-visual-assets-1203036136-2023-01-17-00

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: fe82db3203e7cbfbc1cafaa2746f5164cfff730ba3ddf9372f6f9ab92c6b0dbe

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 74-2, Attachment 2 of 7**
**Jan 17, 2023  3:39 PM**
screencapture-footwearnews-2020-business-retail-sole-society-legal-action-email-scam-1203046820-2023-01-17-00_24_44-edit.p

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 9713a10f9d5b9a0a48451af477298c0aaf668ad56d57221560c2dac978a31313
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 74-3, Attachment 3 of 7**
**Jan 17, 2023  3:39 PM**
screencapture-footwearnews-2020-business-retail-zenreach-digital-marketing-brick-mortar-benefits-1203043523-2023-01-17-00_

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 5cd12ce3a066fe47892dd0d2b65460f55de24f1fbbf9abc614a6abb3f9f27016
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 74-4, Attachment 4 of 7**
**Jan 17, 2023  3:39 PM**
screencapture-footwearnews-2020-business-retail-shopping-trends-2021-retail-1203089934-2023-01-17-00_23_47-edit.pdf

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 1d866237006cbdbc09358a7d650c8610ba3f63f444dc84414d8d300acc352bee
Page: 1 of 1         [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 74-5, Attachment 5 of 7**
Jan 17, 2023  3:39 PM
screencapture-footwearnews-2020-business-retail-sendle-sustainable-shipping-small-business-carbon-neutral-1203072158-2023-0

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 2e595570ff30f020ba937986eaa148cea00ed276bba95ab1c32273f53906422b
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-D | p. 161

**EML-C 74-6, Attachment 6 of 7**
**Jan 17, 2023  3:39 PM**
screencapture-footwearnews-2020-business-technology-augmented-reality-ecommerce-try-on-vertebrae-snap-1203053950-2023-0

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: c6bc3521d78f8fe36f96829c5581eb842a560609fa86a82f129c1c7466709263
Page: 1 of 1     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 74-7, Attachment 7 of 7**

**Jan 17, 2023  3:39 PM**

screencapture-footwearnews-2020-business-technology-retail-innovations-2020-best-tech-solutions-1203085637-2023-01-17-00_

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: f7608101afe06a5097100bdb370154c798667bffd78d5bbd18d468f5e88e22ba

Page: 1 of 1      [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D** | **p. 163**

**Re_An update regarding PhotoRobot**
**Jan 17, 2023  3:40 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 735b82cd08684b9245500ed67cff235a68b802dd45cd4bade4f4feae23f77b9d

Page: 1 of 1        [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

---

**Re: An update regarding PhotoRobot**

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Tue, 17 Jan 2023 21:40:35 +0000

---

PDF Group 5 is attached

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 164**

**EML-C 75-1, Attachment 1 of 7**
**Jan 17, 2023  3:40 PM**
screencapture-footwearnews-2021-business-retail-nike-hovercraft-studio-augmented-virtual-reality-experience-1203103817-2023

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: ae7abedb84e474c104a6d29b8159b333519877af3b17928fde95a8e2d5d38aed
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 165**

**EML-C 75-2, Attachment 2 of 7**
**Jan 17, 2023  3:40 PM**
screencapture-footwearnews-2021-business-financial-news-athletic-retail-stocks-outperform-1203133218-2023-01-17-00_22-<

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 4163ab528d1a5da4cd65633f9493ef9852b8a815852465f011e3c842bbe17905
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-C 75-3, Attachment 3 of 7**
**Jan 17, 2023  3:40 PM**
screencapture-footwearnews-2021-business-retail-david-simon-spg-ceo-mall-anchors-1203105095-2023-01-17-00_23_16-edit.pdf

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: d4a56ae3bc947141a31dc53e3defd1342095703e68eca0eeca84d146d45d876d
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 167**

**EML-C 75-4, Attachment 4 of 7**
**Jan 17, 2023  3:40 PM**
screencapture-footwearnews-2021-business-retail-augmented-reality-future-of-retail-gen-z-1203144189-2023-01-17-00_13_05-ed

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 5ac3dc6488e0ffad49227a00ce7fd4eb723e6cd3c25acc51db1740f687a73450
Page: 1 of 1    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 168**</span>

**EML-C 75-5, Attachment 5 of 7**
**Jan 17, 2023  3:40 PM**
screencapture-footwearnews-2021-business-retail-brick-and-mortar-store-closures-evolving-covid-1203094850-2023-01-17-00_2:

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 617c40a2ecb409bec71df19104bce229af7d96c4e544fe7592dd8cd9fbb60d79
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 169**

**EML-C 75-6, Attachment 6 of 7**

**Jan 17, 2023  3:40 PM**

screencapture-footwearnews-2021-business-retail-tech-tuesdays-3d-design-software-waste-reduction-1203128306-2023-01-17-00

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: c5b3e20e08580eb2c629bc6dd06e0c9c431b9c64bc605dffbf4905050b34e71c

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 75-7, Attachment 7 of 7**
**Jan 17, 2023  3:40 PM**
screencapture-footwearnews-2021-business-retail-retail-real-estate-rents-covid-1203107317-2023-01-17-00_22_59-edit.pdf

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: ccdedf57509b468af44d5c9547b864fe9780dcc7f3215080372005d1c94626ae
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_An update regarding PhotoRobot**
**Jan 17, 2023  3:42 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:  aprose@wck.com
SHA-256 Hash of .eml: 87169b7a5d95c735c0fecdc278fa8e869dd9e8d4cf7a57d77a27b5340aea568b

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: An update regarding PhotoRobot

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Tue, 17 Jan 2023 21:42:20 +0000

PDF Group 6 is attached

Sent with Proton Mail secure email.

---

**EML-C 76-1, Attachment 1 of 9**
**Jan 17, 2023  3:42 PM**
screencapture-footwearnews-author-mstreetsfn-2023-01-17-00_21_58-edit.pdf

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 40cbe1a9cf75b605c66675f059d399010ebf4df62d4b11d8f2f30c944144d277
Page: 1 of 1    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 76-2, Attachment 2 of 9**
**Jan 17, 2023  3:42 PM**
screencapture-footwearnews-author-mstreetsfn-page-51-2023-01-17-00_12_22-edit.pdf

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 4ee252e651034ca0ac5e6aee3b14c69dd4d383b5d2f31d7017456c25eab9184e
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 76-3, Attachment 3 of 9**
**Jan 17, 2023  3:42 PM**
screencapture-footwearnews-author-samantha-mcdonald-page-100-2023-01-17-00_26_28-edit.pdf

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 9ec42e9e0c008f2e98bc7061f1564fc96319c3966de87b99da65b91fb4caf810
Page: 1 of 1        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 76-4, Attachment 4 of 9**
**Jan 17, 2023  3:42 PM**
screencapture-footwearnews-author-samantha-mcdonald-page-200-2023-01-17-00_27_35-edit.pdf

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: fee86cb1ff4f6e9e39effe6830805b8b7c424b0e1e44913effc8c1860b6fbe40
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 76-5, Attachment 5 of 9**

**Jan 17, 2023  3:42 PM**

screencapture-footwearnews-author-samantha-mcdonald-page-250-2023-01-17-00_27_48-edit.pdf

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: dcaf3dd57b897e1149cd43efe04c0b98e53e95c72ea076a9ab70a7b776ff8d91

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 76-6, Attachment 6 of 9**
**Jan 17, 2023  3:42 PM**
screencapture-footwearnews-2021-business-retail-tech-tuesdays-ar-closing-gap-shoppers-product-1203118246-2023-01-17-00_13

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 57cec9038f80f8c0f5292fc0f3aa4d8174cf816fb0e2ac83e872a61cf899d2b1
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-C 76-7, Attachment 7 of 9**

Jan 17, 2023  3:42 PM

screencapture-footwearnews-2021-business-retail-virtual-reality-retail-investment-1203127960-2023-01-17-00_22_45-edit.pdf

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: 0c21a5c61f9c5644cebdab799c38833b40ee7cca713cbc844cb3a1dbd391666a

Page: 1 of 1    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 76-8, Attachment 8 of 9**
**Jan 17, 2023  3:42 PM**
screencapture-footwearnews-2022-shop-sneakers-deals-adidas-end-of-summer-sale-1203296802-2023-01-17-00_25_29-edit.pdf

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: b350905b667f11f337fc5aa1143ea3337e87251ac17c360716b9770855cd53ea

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-D | p. 180**

**EML-C 76-9, Attachment 9 of 9**

**Jan 17, 2023  3:42 PM**

screencapture-footwearnews-2023-01-17-00_17_02-edit.pdf

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: 2d689743a8720b2ae8d28ab0a59e5cfb6099b05c8b52050fb2b4452c257536e0

Page: 1 of 1          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_An update regarding PhotoRobot**
**Jan 17, 2023  4:34 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 9dcc1d9e07cf99c9fda8f1c0ecf4c160f3eb82a04bdb9d8bb2746092966db395

Page: 1 of 2          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: An update regarding PhotoRobot

**From:** Matt Guertin
**To:** aprose@wck.com
**Date:** Tue, 17 Jan 2023 22:34:35 +0000

PDF Group 7 is attached.

That is all of the PDF's for the AI realization. As I mentioned before Samantha McDonald has 250 pages of articles she's supposedly written and there are 10 articles on each page. So 2500 articles total and pretty much all of them that I looked at are dated around the same time (which 9 out of 10 times is before I filed my patent application..)

The other supposed author I believe is named Madeline Streets (something like that anyways..) who has around 54 pages or so of articles - so 540 total articles supposedly written.

So the whole point I believe is to include a handful of key articles (which may or may not have also been written entirely by AI or at least polished more than everything else) and then they are using them as references for who knows what other websites and the rest is just AI filler to make it seem authentic. Most likely AI is being used for a majority of their operation now that I realized that is what's going on here. I keep noticing the same words appearing over and over like they just fed an AI bot a specific storyline/task with a specific set of goals/outcome based on those terms.

This would also explain why the AI deepfakes in the video randomly blurt out "3d scanning" in the middle of a pointless and fake conversation about footwear. It is all based on specific words and language - and that is the big tell which becomes super obvious once you see it while also being really difficult for the perpetrators to try and correct. Even just reading some of these articles it is obvious that the story has no actual point or any emotional highs and lows. It is all just pointless and random filler in most of the stuff I've actually read.

This also explains why there are so many damn shoes appearing all over the PhotoRobot website. The whole goal is based around 'packshot photography' which was the very first 'new' article that appeared when all of this began. I believe the purpose of 'packshot photography' is that it brings them more inline with the whole 3D modeling and photogrammetry aspect of my patent. They seem to be modeling all of this around the website www.packshot-creator.com - which you will notice has a ton of shoes on display as well - also on the front page they use the exact same clip art icons for 360 degree spins and 3d but with some minor additions.

The other things which I have recently discovered but haven't even mentioned at all yet:

- An article posted in 2013 on Shutterbug dot com that's discussing Photokina 2012 (which was a yearly event in Europe that was focused solely on photography) where the old guy that supposedly wrote it thought it made sense to start talking about 3D and virtual reality out of nowhere. The authors name is Roger W Hicks and he was a well known photographer and author - the thing is it is the only post of his that has an editors note at the top and the bottom of the page basically promoting photorobot and the other thing that makes zero sense is that it is actually tying in packshot-creator dot com as photorobot and packshot creator are the two main points of the article - and even though the author appears to have been focused on photostudio gear in the article for some reason the only links he posted at the end of the article is titled 'Robotics Links'. It is rather obvious to me that there are many things wrong with the article, subject matter, etc now that I've caught on to what is taking place currently. The whole way that I even found that article was through their old twitter account which hasn't had  post since 2014....SUPPOSEDLY! haha.  Who knows wtf is real and what is or has been created for the sole purpose of the current operation taking place.

- The other thing I found which is rather telling on its own is I came across an excerpt from a book about gathering cyber evidence (something like that) in which the author revealed a few tricks that could be used to view an entire list of every single Wayback save throughout history for a specific URL. The whole reason I was even looking in the first place is that there is a section I never noticed before on Wayback for a specific page URL where it basically provides a spreadsheet of all of the archived pages and there were a ton of strange URL addresses appearing where it switches over from the standard URL forward slashes to backslashes at the end where it added on a few characters - so it appeared like these must've been pages

EXHIBIT EML-D | p. 182

**Re_An update regarding PhotoRobot**

**Jan 17, 2023  4:34 PM**

---

From: Matt Guertin <MattGuertin@protonmail.com>
To:   aprose@wck.com
SHA-256 Hash of .eml: 9dcc1d9e07cf99c9fda8f1c0ecf4c160f3eb82a04bdb9d8bb2746092966db395

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

that were temporarily setup on the actual PhotoRobot website but they no longer exist once you click on the archive link for them. For everyone of these strange URL/filepaths it was classified as **'WARC/Revisit'** which if you lookup you will find  out has to do with duplicate or nearly identical pages. It is some kind of archiving format which seems to be capable of editing or changing a whole bunch of pages with a single Warc file which acts as a container file - very similar to a zip file basically. There were a whole lot of them and for some reason the date for every single one was December 6th, 2022 - which just happens to be the most common date that everything appears to be copied from.

I am going to work on getting you the video I recorded. I obviously have to stop relying on dropbox it would appear. Besides what I just noticed and my file not downloading correctly for some reason another thing that really stuck out to me was the fact that Dropbox blocked me from being able to share a PDF not too long ago - it was the first and only time that ever occurred. And what PDF would they go so far as to entirely block users from sharing at all you ask?  It was the very first release of the Pfizer clinical trials for the covid mrna shots that the FDA was trying to keep hidden from the public for 75 years but which a judge had ruled against. It was released under a FOIA request - the same day it was released also happened to be the same day the whole Ukraine/Russia thing really popped off and began if I recall correctly.

I'm really good at seeing patterns apparently.

That is all. I will send more soon.

Thanks,

~Matt

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 77-1, Attachment 1 of 7**
**Jan 17, 2023  4:34 PM**
screencapture-instagram-knowandtell-2023-01-17-00_56_37-edit.pdf

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: e16de39564a3d13f00632f51965a8acaaf1eb57d46d4de629cbc413de88ba0a9

Page: 1 of 1        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 184**</span>

**EML-C 77-2, Attachment 2 of 7**
**Jan 17, 2023  4:34 PM**
screencapture-instagram-peterverry-2023-01-17-00_51_59-edit.pdf

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: 558a3100383a4186dd79457c1fccd1e4fb8992b7e37d14bfa9d957189825f962

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 77-3, Attachment 3 of 7**
**Jan 17, 2023  4:34 PM**
screencapture-instagram-taralarson13-2023-01-17-00_53_04-edit.pdf

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 18b3ce68702e6c06dc957b731074a11dcaaf0858eaa850dd610e1addc8626e89
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 77-4, Attachment 4 of 7**
**Jan 17, 2023  4:34 PM**
screencapture-instagram-nikarajohns-2023-01-17-00_53_59-edit.pdf

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 27b12e6a0b4f7a35042576901caa05b153a90bce4057b8bae523803085f6345b
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 77-5, Attachment 5 of 7**
**Jan 17, 2023  4:34 PM**
screencapture-footwearnews-v-focus-2023-01-17-00_25_17-edit.pdf

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: f2048806c62cad7d617f2e692042e005480043c6a288644577014e6774db613d
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 77-6, Attachment 6 of 7**
**Jan 17, 2023  4:34 PM**
screencapture-instagram-sgprojectsny-2023-01-17-00_55_23-edit.pdf

Re_An update regarding PhotoRobot

SHA-256 Hash of Attachment: 56aecfbeb6a6f36386a8d42914991c7fb4eb6b1f002568072f288d069d0abed5

Page: 1 of 1       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-C 77-7, Attachment 7 of 7**
**Jan 17, 2023  4:34 PM**
YOUTUBE-PAGE-footwearnews-videos-2023-01-17-00_46_27-edit.pdf

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: 0c73cd736b0533af98c51f6fdec4f45a12fd19ef1f78eada815ab78f8c4d0231
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_An update regarding PhotoRobot**
**Jan 17, 2023  5:18 PM**

From: Amanda Prose <aprose@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: f1aa3603ceec05b9ff0eef96f12ce6ec8acda81cb6d0100b67b6b86f9366202b

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: An update regarding PhotoRobot

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Tue, 17 Jan 2023 17:18:41 -0600

Hi Matt,

Confirming that we received 7 groups of PDFs today.


Best regards,

Amanda



INTELLECTUAL PROPERTY ATTORNEYS

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 191**</span>

**Re_An update regarding PhotoRobot**
**Jan 18, 2023  11:43 AM**

From: Amanda Prose <aprose@wck.com>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 2d0d35f0c2d7a2b33b91a44242138d6d4bd11993de22f77e822db3e533d56a6e

Page: 1 of 1          [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

---

### Re: An update regarding PhotoRobot

**From:** Amanda Prose
**To:** Matt Guertin
**Date:** Wed, 18 Jan 2023 11:43:06 -0600

Hi Matt,

Thought I would share that I found one case where the Federal Circuit has ruled specifically that the Wayback Machine's archived pages are not a proper subject for judicial notice - this means that because "a private internet archive falls shorts of being a source whose accuracy cannot reasonably be questioned as required by [Federal Rule of Evidence] Rule 201".

In short, the Courts have held that for Wayback Machine archived webpages to be considered by the Courts they must be accompanied by other evidence to authenticate them and those who have the pages asserted against them or their interests can (and should!) question the accuracy of those pages.

See Weinhoffer v Davie Shoring, 23 F.4th 579 (5th Cir. 2022). A printout of the decision attached. This is the first time this issue has been addressed by the Courts.

Best regards,

Amanda



WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

---

**EXHIBIT EML-D | p. 192**

**EML-C 79-1, Attachment 1 of 1**
**Jan 18, 2023  11:43 AM**
[Weinhoffer v. Davie Shoring, Inc., 23 F...pdf](#)

Re_An update regarding PhotoRobot
SHA-256 Hash of Attachment: e89b73ebe542ce92c4e94674889994dd5277b71e3af116d6acb045d101e32f62
Page: 1 of 4     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

---

1/18/23, 11:41 AM                    Weinhoffer v. Davie Shoring, Inc., 23 F. 4th 579 - Court of Appeals, 5th Circuit 2022 - Google Scholar

**23 F.4th 579 (2022)**

**David WEINHOFFER, as liquidating trustee of Offshore Specialty Fabricators L.L.C., Plaintiff-Appellant,**

**v.**

**DAVIE SHORING, INCORPORATED, Defendant-Appellee.**

No. 20-30568.

**United States Court of Appeals, Fifth Circuit.**

FILED January 20, 2022.

Appeal from the United States District Court for the Eastern District of Louisiana USDC No. 2:19-CV-11175.

Robert Joshua Koch, Jr., Koch & Schmidt, L.L.C., New Orleans, LA, for Plaintiff-Appellant.

James Monroe White, III, Esq., James M. White, III, L.L.C., Madisonville, LA, Marc G. Dorsey, Dorsey & Bossetta, New Orleans, LA, for Defendant-Appellee.

Before HIGGINBOTHAM, SOUTHWICK, and ENGELHARDT, Circuit Judges.

580        *580 PATRICK E. HIGGINBOTHAM, Circuit Judge:

581        David Weinhoffer and Davie Shoring, Inc., dispute the terms of an online auction. We review whether evidence of the terms was properly admitted. Because the district court abused its discretion by improperly *581 admitting evidence and taking judicial notice of the terms, we reverse the judgment of the district court and remand this case for further proceedings.

## I.

Offshore Specialty Fabricators L.L.C. ("OSF") was subject to a Chapter 11 bankruptcy plan administered by liquidating trustee David Weinhoffer. OSF contracted with Henderson Auctions to auction off a large housing module. Henderson advertised and hosted the auction on its website, but when auction participants clicked on the link to bid, they were directed to Proxibid, a third-party website, where they could view the auction's terms and conditions and place their bids. Among these terms was a term declaring that bidders would be liable for only 20% of the bid price in the event of a breach of contract. Instead of using the website, Warren Davie, Davie Shoring's principal, placed the winning bid of $177,500 on a phone call with a Henderson employee. After the auction concluded, Davie Shoring refused to pay for the module when it proved difficult to remove from storage.

Weinhoffer brought suit as OSF's liquidating trustee, seeking recovery of Davie Shoring's bid of $177,500. Weinhoffer's breach of sale contract claim was tried in a bench trial. Davie Shoring argued that the terms of the auction limited the damages to 20% of the winning bid, here $35,500. Davie testified that he read the auction terms, including the 20% damages limitation, on Henderson's website before bidding. At trial, Davie Shoring introduced the auction terms and conditions in two forms: (1) as an internet printout labeled "Exhibit 41" and (2) as an archived webpage from a website known as the "Wayback Machine," an online archive of web pages.[1]

Davie Shoring introduced Exhibit 41 through the testimony of Renita Martin, Henderson's office manager. However, Martin testified that Exhibit 41 had not been in Henderson's possession "because the auction was no longer up on [Henderson's] website." Instead, Martin searched for the auction terms on Proxibid's website to produce them in response to the subpoena. Martin explained that even if the auction page were still live on Henderson's website, the terms and conditions would only be accessible if one clicked on the link to Proxibid's separate website.

Weinhoffer objected to Exhibit 41, contending that it was irrelevant, unauthenticated, and hearsay. The district court ruled that Martin had properly authenticated Exhibit 41 because, although she was not its author, her job description indicated that she was a proper custodian. The district court also ruled that Exhibit 41 was within one of Federal Rule of Evidence 803's hearsay exceptions.

https://scholar.google.com/scholar_case?case=5633317837390246903&q=Weinhoffer+v+Davie+Shoring,+23+F.4th+579+(5th+Cir.+2022)&hl=en&as_...     1/4

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 193**</span>

**Re_An update regarding PhotoRobot**
**Jan 18, 2023  12:39 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:   Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: ba970ddb22aedfb4a7094b3e78e809ca07774f9041f8fe72d58a04770e2fcb1a

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: An update regarding PhotoRobot

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Wed, 18 Jan 2023 18:39:01 +0000

---

https://drive.proton.me/urls/MHE1277Y3W#D3jqZBIv9Sbh
Y
THEY AREN'T REAL PEOPLE.

They might be in real life...some of them anyways. But everyone in this video is AI. It's a big video as I just let it run for a while.  Near the end I start flipping through the 1000's of blog articles Samantha McDonald has written as well as Madeline Streets - she only had 570 total articles though...what a slacker. So yeah....this is where the adventure ends for now.

I'm not sure what's all been released to the public as far as deep fakes and whatnot - but I don't ever recall seeing any examples where they have the ability to make them speak about pointless topics. It becomes the most obvious when they try to smile or make other expressions.

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_An update regarding PhotoRobot**
**Jan 18, 2023  1:32 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:  Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: 09047d3e7b1b2f2e55c190b9d222e3affadf7106d0977518eff2ae231d7a0a70
Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: An update regarding PhotoRobot

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Wed, 18 Jan 2023 19:32:08 +0000

---

It's some of the creepiest shit ever.

So there's a bunch of PDF's that are obviously written by AI....ok. fine.

...but a 50 minute long video of fake AI people programmed to ramble on pointlessly about a shoes and 3d scanning as they try their best to be real humans is like the script of a bad movie.

I haven't even watched it since I recorded it but the guy the bottom left and the lady on the top right are what I remember staring at the most - and the guy in the upper lefts teeth when he tries to smile. The ladies voice drags out and sounds super weird at the end of words/sentences, and the expressions the bottom left guy makes with his mouth and looking around with his goofy eyes.

I'm not even sure what is really now. Is footwear news actually a real website and they are just doing their part by hosting a couple fake authors that normal users can't find? Or is the entire company, all of the youtube videos, etc, etc entirely fake and every single thing is generated by AI?

Is PhotoRobot even a real company?

Are their products real?

What if I told you that im able to prove they aren't and all I needed to do was download their 76 page pdf catalog catalog and use the scroll wheel to zoom in closely on pretty much EVERY SINGLE IMAGE of either their machines or the supposed screenshots of their supposed software and suddenly it all becomes crystal clear that every single little bit is photoshopped by what I assume must also be very complex AI as I'm having a hard time with the fact that every single thing is fake including their company logos, the head of every little bolt, the dials and buttons of every single picture of their rack gear. EVERYTHING IS FAKE. ALL OF IT!

This is some next level shit...which I just busted WIDE open. That's the one thing which hasn't changed at all as I just stumbled across a manual last night that I must've downloaded the same day or shortly after I had my last email interaction with Assaff Rawner and it's the same one as currently is up.  I don't see I they are even able to move forward at this point. I've single handedly dismantled every single thing they are trying to pass off as real.

This is obviously some very powerful people at least in so far as it pertains to the technology they have access to. Even with all of their AI fakery this still has to be an operation that involves a large team of people to pull all of this off.

There's also plenty of symbolism inserted throughout which I believe is there not for me to notice but for any clued in investigator to notice. It acts as a signature I believe.....one put there as a way of letting anyone who starts looking into things a little too closely know who's behind what they are seeing. This would include the fact that inside every single Web folder I downloaded there is file named 911 with no extension...but if you add a .jpg after it is an image......of what?

Of a plane crashing into the twin towers on 9/11. Kind of makes one wonder how much of that is actually real now as well.

I bet I'm the only person that's ever figured out an operation like this as it was in the process of happening. I wonder what they will do now?  Kill me?  Accept that I beat them at their game?  Or......?

I guess we'll see

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_An update regarding PhotoRobot**
**Jan 18, 2023  1:36 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:  Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: 475d0262f7feb5bcf64e41959ff3504561e5ce849b6d046e245ec7aefb569c47
Page: 1 of 1        [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

---

### Re: An update regarding PhotoRobot

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Wed, 18 Jan 2023 19:36:26 +0000

As I've mentioned previously I would highly suggest that you forward this asap to everyone else at your firm at the very least

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-D | p. 196**</span>