# EXHIBIT EML-E1

# EXHIBIT EML-E1 (part 1 of 2)

**Digitally Authenticated Email Messages Between Plaintiff, and Legal Counsel AFTER origination of January 21, 2023 criminal charges.**

Topics discussed include, but are not limited to: Patent fraud, false Rule 20.01 report's, Plaintiff's legal strategy, legal research, successful USPTO prior art filing against Netflix, FBI and FTC fraud report's, investigations into fraudulent, AI generated prior art, Plaintiff's "former CIA" welder, and Bruce River's comment to Plaintiff that "powerful people are keeping an eye on him"

---

## TABLE OF CONTENTS

**Page**

**1**  **Feb 7, 2023  2:22 AM**
*I found the other picture - Matthew D Guertin* ........................................... 1

   1-1  20230206_203050.jpg ..................................................... 3

   1-2  20230206_203126.jpg ..................................................... 4

   1-3  20230206_203233.jpg ..................................................... 5

   1-4  signal-2022-01-08-17-01-30-423.jpg ................................. 6

   1-5  signal-2022-01-08-17-01-36-314.jpg ................................. 7

**2**  **Feb 7, 2023  6:22 AM**
*Re_I found the other picture - Matthew D Guertin* ................................... 8

**3**  **Feb 9, 2023  11:57 AM**
*Matt Guertin- _J0427-Psych-Services* ...................................... 9

   3-1  20230209090554498.pdf ................................................. 10

**4**  **Feb 9, 2023  6:17 PM**
*My psychological evaluation - Matt Guertin* ........................................ 11

**5**  **Feb 15, 2023  1:14 PM**
*When are we meeting* .......................................................... 15

**6**  **Feb 15, 2023  1:25 PM**
*Re_When are we meeting* ..................................................... 16

**7**  **Feb 17, 2023  9:46 AM**
*Fw_Netflix prior art* ........................................................ 17

   7-1  2023-02-17 3rd Pty Submission Receipt.pdf ..................... 20

**8**  **Feb 22, 2023  2:33 PM**
*Criminal DEFENSE attorney.... please DEFEND me* ............................ 22

**9**  **Mar 10, 2023  9:42 AM**
*Re_Criminal DEFENSE attorney.... please DEFEND me* ....................... 24

**10**  **Mar 10, 2023  9:21 PM**
*Re_Criminal DEFENSE attorney.... please DEFEND me* ....................... 25

# TABLE OF CONTENTS

(continued)

**11    Mar 10, 2023  9:59 PM**
*Re_Criminal DEFENSE attorney.... please DEFEND me* ........................................ 26

**12    Mar 14, 2023  10:00 AM**
*Letter from my CA psychologist - Matthew Guertin* ................................................ 27

**13    Mar 14, 2023  7:03 PM**
*Re_Letter from my CA psychologist - Matthew Guertin* ........................................... 28

**14    Mar 23, 2023  12:34 PM**
*My research on the serial number charges* ............................................................ 29

**15    Mar 23, 2023  12:38 PM**
*Fwd_My research on the serial number charges* .................................................... 31

**16    Mar 23, 2023  12:51 PM**
*Re_Fwd_My research on the serial number charges* ............................................... 33

**17    Mar 23, 2023  1:00 PM**
*Re_Fwd_My research on the serial number charges* ............................................... 34

**18    Mar 24, 2023  4:26 PM**
*Re_Fwd_My research on the serial number charges* ............................................... 35

**19    Mar 24, 2023  9:22 PM**
*Please forward me psych evaluation report* ........................................................... 36

**20    Mar 25, 2023  7:35 AM**
*(No Subject)* ........................................................................................................... 37

      20-1    Rule 20 Evaluation Report.pdf ................................................... 38

**21    Mar 25, 2023  8:20 AM**
*Re_Please forward me psych evaluation report* ..................................................... 48

**22    Mar 27, 2023  11:32 AM**
*Re_Please forward me psych evaluation report* ..................................................... 49

**23    Mar 27, 2023  11:46 AM**
*Re_Please forward me psych evaluation report* ..................................................... 50

**24    Mar 27, 2023  12:11 PM**
*Re_Please forward me psych evaluation report* ..................................................... 51

**25    Apr 3, 2023  7:11 PM**
*Re_Please forward me psych evaluation report* ..................................................... 52

**26    Apr 3, 2023  9:23 PM**
*About my court case tomorrow....* ......................................................................... 53

**27    Apr 4, 2023  2:43 PM**
*Re_About my court case tomorrow....* ................................................................... 54

**28    Apr 4, 2023  6:24 PM**
*Re_About my court case tomorrow....* ................................................................... 55

# TABLE OF CONTENTS

(continued)

**29    Apr 6, 2023  9:49 AM**
*Re_About my court case tomorrow....* ..................................................... 56

**30    Apr 7, 2023  12:52 AM**
*Re_About my court case tomorrow....* ..................................................... 57

**31    Apr 18, 2023  3:03 PM**
*Fw_All of it is fake - PhotoRobot is a complete fraud* ............................................. 59

   31-1   01-Research_AI CHECKERBOARD ARTIFACTS.pdf ................................. 61

   31-2   02-Research_How To Recognize AI images.pdf ............................................. 62

**32    Apr 18, 2023  3:04 PM**
*Fw_Re_All of it is fake - PhotoRobot is a complete fraud* ........................................ 63

   32-1   03-Research_Photo Forensics.pdf .................................................................. 65

**33    Apr 18, 2023  3:05 PM**
*Fw_Re_All of it is fake - PhotoRobot is a complete fraud* ........................................ 66

   33-1   07-Snap36 2010 Website Images.pdf ............................................................. 68

   33-2   06-PhotoRobot 2010 Website Images.pdf ...................................................... 72

   33-3   08-PhotoRobot 2011 Website Images.pdf ...................................................... 73

   33-4   05-LOOK AT ME_PhotoRobot Full Catalog Zooms.pdf ................................ 76

   33-5   04-LOOK AT ME_PhotoRobot Checkerboard Artifacts.pdf .......................... 80

**34    Apr 18, 2023  3:05 PM**
*Fw_Re_All of it is fake - PhotoRobot is a complete fraud* ........................................ 91

   34-1   10-PhotoRobot 2016 WP Website Images.pdf ................................................. 94

   34-2   09-PhotoRobot 2014 Website Images.pdf ...................................................... 97

   34-3   11-Snap36 2021 Website Images.pdf ........................................................... 101

   34-4   12-1WorldSync Website Images.pdf ............................................................ 104

**35    Apr 18, 2023  3:06 PM**
*Fw_Re_All of it is fake - PhotoRobot is a complete fraud* ...................................... 108

   35-1   13-_carousel_EN.pdf ................................................................................... 111

   35-2   15-catwalk_EN.pdf ...................................................................................... 112

   35-3   16-centreless_EN.pdf ................................................................................... 114

   35-4   18-multicam_EN.pdf .................................................................................... 115

   35-5   17-cube_EN.pdf ........................................................................................... 116

   35-6   14-case_EN.pdf ............................................................................................ 117

# TABLE OF CONTENTS

(continued)

**36**  **Apr 18, 2023  3:06 PM**
*Fw_Re_All of it is fake - PhotoRobot is a complete fraud* ..................................... 118

    36-1    20-platform_EN.pdf .................................................................. 121

    36-2    21-turntable_EN.pdf .................................................................. 122

    36-3    19-PhotoRobot CATALOGUE - EN.pdf ...................................... 123

**37**  **Apr 18, 2023  3:07 PM**
*Fw_Re_All of it is fake - PhotoRobot is a complete fraud* ..................................... 124

**38**  **Apr 18, 2023  4:35 PM**
*Absolute proof their YouTube videos are AI generated* ........................................... 125

**39**  **Apr 20, 2023  4:31 PM**
*Fw_More Proof it is all fake* ............................................................... 126

    39-1    PhotoRobot 2010 Website Images_PASS 1-7.pdf ........................................ 127

    39-2    PhotoRobot 2011 Website Images_PASS 1-7.pdf ........................................ 128

    39-3    Snap36 2010 Website Images_PASS 1-7.pdf ................................ 134

**40**  **Apr 20, 2023  4:32 PM**
*Fw_Re_More Proof it is all fake* ......................................................... 143

    40-1    1WorldSync Website Dowloaded Images_PASS 1-7_1of2.pdf ..................... 144

**41**  **Apr 20, 2023  4:32 PM**
*Fw_Re_More Proof it is all fake* ......................................................... 155

    41-1    1WorldSync Website Dowloaded Images_PASS 1-7_2of2.pdf ..................... 156

**42**  **Apr 20, 2023  4:33 PM**
*Fw_Re_More Proof it is all fake* ......................................................... 166

    42-1    Snap36 2021 Website Images_pass 1-7_PART 1of2.pdf ............................ 168

**43**  **Apr 20, 2023  4:33 PM**
*Fw_Re_More Proof it is all fake* ......................................................... 180

    43-1    Snap36 2021 Website Images_pass 1-7_PART 2of2.pdf ............................ 182

**44**  **Apr 20, 2023  4:34 PM**
*Fw_Re_More Proof it is all fake* ......................................................... 188

    44-1    PhotoRobot 2014 Website Images_PASS 1-7.pdf ......................................... 190

**45**  **May 2, 2023  7:34 PM**
*Here it is Mr. Rivers* ............................................................... 202

**46**  **May 2, 2023  8:39 PM**
*Re_Here it is Mr. Rivers* ............................................................... 203

# TABLE OF CONTENTS

(continued)

**47    May 3, 2023  1:57 PM**
*FTC Fraud Report Filed* ........................................................................ 204

    47-1   FTC_Report_May_3rd_2023.pdf .................................................. 205

**48    May 3, 2023  3:08 PM**
*Re_FTC Fraud Report Filed* .................................................................. 207

    48-1   IC3_dot_gov_Report__Filed_May_3rd_2023.pdf ......................... 209

**49    May 3, 2023  4:04 PM**
*Re_FTC Fraud Report Filed* .................................................................. 214

    49-1   Netflix_Certified_Mail_Return_Receipts.pdf ............................... 216

**50    May 27, 2023  7:43 PM**
*June 14th @ 9am* .................................................................................. 224

**51    Jun 9, 2023  1:39 PM**
*The 6th Amendment* .............................................................................. 225

**52    Jun 9, 2023  1:50 PM**
*Re_The 6th Amendment* ........................................................................ 226

**I found the other picture Matthew D Guertin**
**Feb 7, 2023  2:22 AM**

---

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 955076fa88408046022e5e634979a015b5aefc7750508d67800bb65e8fa06a76

Page: 1 of 2      [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

### I found the other picture / Matthew D Guertin

**From:** Matt Guertin
**To:** riverslawyers
**Date:** Tue, 07 Feb 2023 08:22:10 +0000

Bruce,

I wanted to send this to her so bad but I just wrote it all out and I'm sending to you instead.

This was the other stuff I told the mntka pd investigator Samantha Johnson about which she also chose to ignore....and why she literally doesnt want to talk to me anymore.....my welder showed these to me... the one that claimed he was in the CIA as well as the Marines....which might be entirely true and just an odd coincidence or maybe not. Either way just another small part of my story that sounds crazy - except for the fact that I have proof.

If it wasn't a coincidence and let's say that I was covertly steered towards contacting this person to weld my invention and he was part of all the weirdness and whatnot which caused me to become so scared when I started connecting all of the various dots it would almost certainly imply that he is connected to Netflix and that they knew about me and my patent long before my patent was ever published and before I knew about theirs.

It would also mean he would have a key to my apartment as I left my stuff (backpack with laptop, all of my keys, etc) unattended at times when I was welding stuff with him.

Could be a completely random coincidence though as I mentioned...he seemed cool, was a good welder, and helped me out...but it's still strange...just like everything else that was going on prior to the incident at my apartment.

I also attached the mntka police report I filed on 1/12/23 about a half hour after unsuccessfully attempting to talk to someone at the FBI building in Brooklyn Center.

------------------------------------------------------------------

Samantha,

I just figured I'd share the missing picture with you in regards to the special ops wireless ptz throw cameras I mentioned.

That's the aluminum 'floor base' piece for my "Motorized Rotatable Treadmill and System For Creating The Illusion of Movement" invention that you also see in the pictures - both of which are attached to this email (since my other attempt at sharing a link with you was not executed properly...)

No need to do anything with this information as I know it is beyond your departments abilities to investigate as you previously mentioned but I figured I'd at least complete that which up until now I've considered to be incomplete.

If you or any of your fellow law enforcement officers happen to have any additional information about these though feel free to fill me if should you see fit.

A question of mine for example might be something similar to the following:

---

**EXHIBIT EML-E | p. 1**

**I found the other picture Matthew D Guertin**

**Feb 7, 2023  2:22 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 955076fa88408046022e5e634979a015b5aefc7750508d67800bb65e8fa06a76

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

Are these cameras something a civilian is allowed to purchase or possess without needing any sort of special military or government clearance?

That is all.

Hope you are well


Matthew Guertin
Founder / Inventor /CEO
InfiniSet, Inc.
763-221-4540



Sent from ProtonMail mobile


**Attachments:**

| 20230206_203050.jpg | 20230206_203126.jpg | 20230206_203233.jpg |

| signal-2022-01-08-17-01-30-423.jpg | signal-2022-01-08-17-01-36-314.jpg |

**EXHIBIT EML-E | p. 2**

**EML-E 1-1, Attachment 1 of 5**
**Feb 7, 2023  2:22 AM**
20230206_203050.jpg

I found the other picture Matthew D Guertin

SHA-256 Hash of Attachment: 69a2a7c8c2d0a911ec2bc06d5235ba74d404f1d90ae3a1e93d28672714595606

Page: 1 of 1       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

---

## Minnetonka Police Department

14600 Minnetonka Blvd Minnetonka, MN 55345
(952) 939-8510



Case #:MP23000151                    Incident #: MP23000151

| Event |
|---|

**14600 MINNETONKA BLVD Apt #1 MINNETONKA, MINNESOTA 55345**

| | |
|---|---|
| Description of Incident: | INFORMATION |
| Reported Date/Time: | 01/12/2023 14:02:34 |
| Occurred Start Date: | 01/12/2023 14:02:34 |
| Occurred End Date: | |
| Latitude: | 44.940109 |
| Longitude: | -93.465489 |
| Brief synopsis of incident: | RP reporting a company is attempting to steal his patent. Information report. |
| Disposition: | INACTIVE |
| Exceptional Clearance (For Office Use Only): | NOT APPLICABLE |
| Exceptional Clearance Date (For Office Use Only): | |
| Case Status: | ASSISTED/ADVISED |
| MPtest: | No |
| Confidential?: | No |
| Request Formal Complaint: | No |
| State Accident Report Completed: | No |
| Photos Taken: | No |
| MHU Report: | No |
| Case Status Date: | 01/13/2023 |

| Person Reporting Incident Data (1) |
|---|

**GUERTIN, MATTHEW DAVID**

| | |
|---|---|
| DOB: | 07/17/1981 |
| Age: | 41 |
| Driver's License Number: | H338064880614 |
| Driver's License State: | Minnesota |
| Home Phone: | |
| Cell Phone: | (763)-221-4540 |
| Address: | 10233 34TH ST W |
| Apartment: | 304 |
| City: | MINNETONKA |
| State: | Minnesota |
| Zip Code: | 55305 |
| Latitude: | 44.942249587379074 |
| Longitude: | -93.40873527526688 |
| Height: | 510 |
| Weight: | 180 |
| Eye Color: | Brown |

---

**Printed On**02/06/2023                    Page 1  of  3                    **Printed By** THOMAS, MARY

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 3**</span>

**EML-E 1-2, Attachment 2 of 5**
**Feb 7, 2023  2:22 AM**
20230206_203126.jpg

I found the other picture Matthew D Guertin

SHA-256 Hash of Attachment: 1bf84d55f9190e1dfff04e7f08be0923fa945aab9bbedd88f9e7a1ccc7d5dedf

Page: 1 of 1       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

---



## Minnetonka Police Department

14600 Minnetonka Blvd Minnetonka, MN 55345

(952) 939-8510

Case #:MP23000151                           Incident #: MP23000151

| Offenses (1) |
|---|

**MISINFO MISC OFCR INFORMATION**

| | |
|---|---|
| Offense Status: | ASSISTED/ADVISED |
| UCR/NIBRS Code: | 999 NIBRS Non-Reportable |
| Severity Level: | |
| State Code: | |
| Location Type: | Residence/Home |
| Bias Motivation: | NONE |
| Attempted/Completed: | Completed |
| Offender Suspected of Using: | Not Applicable |
| MHU Report: | No |
| Cargo Theft: | |
| Number of Premises Entered: | |
| Criminal Activity or Gang Info: | |

| Vehicle (0) |
|---|

Involvement Type:

| Property (0) |
|---|

Date of Theft:

Property Status:

| Narrative (1) |
|---|

**MAIN REPORT. BHARRIS, 166**
**HARRIS, BRANDON 62166**                                        01/12/2023

On 01/12/2023 I responded to the Minnetonka Police Department lobby for a report of fraud. I made contact with reporting party MATTHEW DAVID GUERTIN DOB 07/17/1981 in the department lobby.

GUERTIN STATEMENT:

- He has filed for and acquired a patent for his invention, "Motorized Rotatable Treadmill and System for Creating the Illusion of Movement."
- The machine is used for filming cinema.
- He pitched the patent to Mark Roberts Motion Control (mrmoco.com).
- The CEO, Mark Roberts, advised that the technology already existed and is used by Photo Robot (photorobot.com).
- He looked at the Photo Robot website and observed the technology used to be similar but different from his.
- While reviewing the website over a number of days he realized the website was changing to reflect his patent.
- The website is being updated in real time with information from his design.

Printed On02/06/2023                    Page 2 of 3                    Printed By THOMAS, MARY

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 1-3, Attachment 3 of 5**
**Feb 7, 2023  2:22 AM**
20230206_203233.jpg

I found the other picture Matthew D Guertin

SHA-256 Hash of Attachment: d94a6639465b4a35a73011dc67c77f263e88020f664393164134a209f0fea041

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

## Minnetonka Police Department



14600 Minnetonka Blvd Minnetonka, MN 55345
(952) 939-8510

Case #:MP23000151                                      Incident #: MP23000151

- Photo Robot is effectively stealing his patent by making it look like they have already had the technology.
- He has proof of the fraud.
- He has been downloading the website and has noticed a number of discrepancies between the current version and the old version of the website.
- He believes the master mind behind all of this is Mark Roberts who he initially discussed the patent with.
- He believes that he could sell the patent to Netflix for 100 Million dollars.
- He originally called the FBI who advised he needed to file a report with his local police agency.
- He understands there is nothing the local police can do.

OFFICER OBSERVATIONS ACTIONS:

- Guertin advised that he has many gigabytes of evidence to show the fraud.
- I advised Guertin to connect with a computer forensicator in order to parse the data into a readable format.
- I agreed with Guertin that this issue is beyond the scope of the local police department.
- I advised Guertin to provide the FBI with the case number and the parsed data when he files the report with them.

DISPOSITION:

- Information Report.

| Officer (2) | | |
|---|---|---|
| Approving Officer: | THOELE, KAREN  (621040) | 01/12/2023 17:43:11 |
| Reporting Officer: | HARRIS, BRANDON  (62166) | 01/12/2023 15:17:00 |

Printed On 02/06/2023                    Page 3 of 3                    Printed By THOMAS, MARY

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 5**

**EML-E 1-4, Attachment 4 of 5**
**Feb 7, 2023  2:22 AM**
signal-2022-01-08-17-01-30-423.jpg

I found the other picture Matthew D Guertin

SHA-256 Hash of Attachment: 0664b8ee65d1022f2bb3d97c0484171f00a23bd5514fdac266c53929fc842b16

Page: 1 of 1       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EXHIBIT EML-E | p. 6**

**EML-E 1-5, Attachment 5 of 5**
**Feb 7, 2023  2:22 AM**
signal-2022-01-08-17-01-36-314.jpg

I found the other picture Matthew D Guertin

SHA-256 Hash of Attachment: ab77e4719b5d855364a64d6a0d0f18242fe557ccc8bf0b60f0a84aa919553c46

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**Re_I found the other picture Matthew D Guertin**

**Feb 7, 2023  6:22 AM**

From: Bruce Rivers <riverslawyers@aol.com>

To:    Matt Guertin <MattGuertin@protonmail.com>

SHA-256 Hash of .eml: 8b60669293b3f49e6e1ba5b17e15632089c9020d3240229a71c904f593097364

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Re: I found the other picture / Matthew D Guertin**

**From:** Bruce Rivers
**To:** Matt Guertin
**Date:** Tue, 07 Feb 2023 06:22:10 -0600

Good I'll take a look at it if I think it needs to be sent and I will send it.

Sent from my iPhone

> On Feb 7, 2023, at 2:22 AM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>
> Bruce,
>
> I wanted to send this to her so bad but I just wrote it all out and I'm sending to you instead.
>
> This was the other stuff I told the mntka pd investigator Samantha Johnson about which she also chose to ignore....and why she litera
>
> If it wasn't a coincidence and let's say that I was covertly steered towards contacting this person to weld my invention and he was p
>
> It would also mean he would have a key to my apartment as I left my stuff (backpack with laptop, all of my keys, etc) unattended at t
>
> Could be a completely random coincidence though as I mentioned...he seemed cool, was a good welder, and helped me out...but it's stil
>
> I also attached the mntka police report I filed on 1/12/23 about a half hour after unsuccessfully attempting to talk to someone at th
>
> ----------------------------------------------------------------
>
> Samantha,
>
> I just figured I'd share the missing picture with you in regards to the special ops wireless ptz throw cameras I mentioned.
>
> That's the aluminum 'floor base' piece for my "Motorized Rotatable Treadmill and System For Creating The Illusion of Movement" invent
>
> No need to do anything with this information as I know it is beyond your departments abilities to investigate as you previously menti
>
> If you or any of your fellow law enforcement officers happen to have any additional information about these though feel free to fill
>
> A question of mine for example might be something similar to the following:
>
> Are these cameras something a civilian is allowed to purchase or possess without needing any sort of special military or government c
>
> That is all.
>
> Hope you are well
>
>
>
> Matthew Guertin
> Founder / Inventor /CEO
> InfiniSet, Inc.
> 763-221-4540
>
>
> Sent from ProtonMail mobile
>
> <20230206_203050.jpg>
> <20230206_203126.jpg>
> <20230206_203233.jpg>
> <signal-2022-01-08-17-01-30-423.jpg>
> <signal-2022-01-08-17-01-36-314.jpg>

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Matt Guertin- _J0427-Psych-Services**
**Feb 9, 2023  11:57 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 1276593d770faa4004212014e31bea1f4f4ac8bb1f13346b92e73e2e727aa585

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Matt Guertin- "J0427-Psych-Services"**

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Thu, 09 Feb 2023 17:57:39 +0000

---

Sent from ProtonMail mobile

-------- Original Message --------
On Feb 9, 2023, 9:05 AM, < 4thpsychservicesmedrecords@courts.state.mn.us> wrote:

This E-mail was sent from "J0427-Psych-Services" (MP 5054).

Scan Date: 02.09.2023 09:05:53 (-0600)
Queries to: 4thpsychservicesmedrecords@courts.state.mn.us

**Attachments:**

20230209090554498.pdf

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 3-1, Attachment 1 of 1**
**Feb 9, 2023  11:57 AM**
20230209090554498.pdf

Matt Guertin- _J0427-Psych-Services
SHA-256 Hash of Attachment: e6a1880cf2792e13b67bab38271356fc8010f646c1b119b51821012ff0c4c583
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**PSYCHOLOGICAL SERVICES**
**300 S. 6th Street, Suite C-509, Minneapolis MN 55487-0351**

February 9, 2023

Matthew David Guertin
10233 W 34th Street
Minnetonka, MN 55305

The Court ordered you to participate in a psychological evaluation. Please call me by February 21, 2023 to schedule this appointment. **I will need to hear from you as soon as you receive this letter, to schedule an appointment in order to avoid any delays in your case.**

The time needed to complete the interview varies by person, but please plan to be at Psychological Services for at least two hours on the day of your appointment.

The appointment will occur at the Hennepin County Government Center in Minneapolis. Psychological Services is taking extra steps to promote safety during the coronavirus/COVID-19 pandemic. I will complete your interview in a way that enhances safety and social distancing. Our staff will ask you questions about your health to reduce the chance of spreading the virus. Information about related symptoms can be found at https://www.cdc.gov/coronavirus/2019-ncov/index.html .

Sincerely,

Dr. Jill Rogstad, PsyD, LP
Senior Clinical Forensic Psychologist
Fourth Judicial District and Regional Psychological Services
612-394-0937
Jill.Rogstad@courts.state.mn.us

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**My psychological evaluation - Matt Guertin**
**Feb 9, 2023  6:17 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: af8c1e2bce46d4e35f57a5dec879666ec44720a56a7ca95e95d24bacae85875b

Page: 1 of 4        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### My psychological evaluation- Matt Guertin

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Fri, 10 Feb 2023 00:17:32 +0000

Bruce,

Below is an email draft I have ready to send to the psychologist who will be conducting my Rule 20.

I'm not sure if I should just ignore her even though I responded as the letter says I'm only required to contact her by the 21st.... even though my court date is on the 22nd. Is there any advantage in purposefully delaying it?

Otherwise I'm probably going to need some general advice or guidance on what I should or shouldn't say to the psychologist because my whole method is to just overwhelm them with crazy sounding shit that I'm able to prove every bit of...basically making it seem completely logical how I would end up doing what I did and why it made sense at the time and still does even in hindsight.... so I'm not sure what your take on that is but here's what I want to send her - I also plan on linking everything I discuss in the email as well - I have links and files and folders , etc which substantiates all of my crazy stories which makes it that much crazier I believe. What does the psychologist do or say if I just bombard her with a bunch of factual proof of what otherwise would lead must to believe I might be crazy and need a mental health assessment?

~Matt

--------------------email draft below - not sent--------

Jill,

Nice to meet you.

I just left you a message in regards to the attached pdf doc I received from the courts about completing a psychological evaluation due to the criminal charges I am currently facing.

I will follow up with plenty of additional information prior to our meeting (I'm assuming I'll be meeting with you..) but figured I'd at least respond and say hello, and also provide you with an introduction to who I am and what I've been up to over the last 15 years which all can be found here at www.MattGuertin.com

In addition here is a link to my patent application which will no longer be an application but an officially granted patent in 5 days....Valentine's Day is when it officially issues.

I am going to be able to sell my company InfiniSet, Inc. which I am the CEO of along with the associated IP (my patent will be issued assigned to InfiniSet, Inc.) for at least 100 million dollars. This process will be able to happen rather quickly as I am in one of the most unique and unlikely situations ever - that situation being the fact that I filed my patent application 12 days before one of the leading visual fx artists in Hollywood 'Stephen Trojansky' essentially making his patent worthless even though his company Scanline VFX was acquired by Netflix 8 months after he filed his patent application for at least 100 million dollars based on the Netflix Q12020 investors report.

Based on all of my personal research into the spinoff company, Eyeline Studios that was formed to

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

# My psychological evaluation - Matt Guertin
**Feb 9, 2023  6:17 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: af8c1e2bce46d4e35f57a5dec879666ec44720a56a7ca95e95d24bacae85875b

Page: 2 of 4        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

focus solely on that which is contained in Mr. Trojansky's patent it can very easily be calculated that Netflix has invested AT LEAST a quarter billion dollars but more than likely it's closer to a half billion dollars.

Because my patent was filed 12 days prior it may as well have been filed 12 years prior and already in use and widely recognized...it is prior art regardless which means that Netflix has every incentive to acquire my company as that is what would essentially 'make them whole' again so that they could still retain exclusive rights to the technology they have invested so much money into so far.

It is this fluke/good luck as far as being the first to file that causes my patent and company to be valued at such a high value as far as selling it outright, taking the money, and calling it a day. Without any background it would be very easy I believe for me to tell someone even just this simple story and have them think I was 'full of shit' or 'crazy'..... and this little bit of information is just the intro.

Just wait until I get into my CIA welder and the many strange coincidences and circumstances surrounding that, the completely fake AI generated people having a 4 way zoom call, all of the fraud I was investigating where I have proof that the wayback machine / internet archive was/is being fraudulently edited with backdated pages for the purpose of creating a false historical record for the purpose of making it look like the company PhotoRobot was already involved with and heading in a similar direction as me in the hopes (I'm guessing..) of at being able to try and steal my patent by creating a false case of obviousness so that they wouldn't be found guilty in a civil court case of infringement and would still be able to use and sell my invention even though they don't have an actual patent for the technology, and on and on and on it goes.

I have so many crazy stories - all of which I can validate and prove 100% - which all lead up to the event at my apartment that I still haven't been able to sit down and lay all of it out in a sequential and logical format.

But I will...

I am of the opinion that I would have no problem convincing a jury of my peers that I was in fact being targeted by people/companies with very deep pockets and that everything I was figuring out and investigating along with a whole bunch of other dots I was connecting - all based on simple logic - would be enough to cause any normal person to get really freaked out and be in fear for their safety and ultimately their life - which is exactly what happened in my situation and the whole reason that I did what I did - which was ultimately my way of alerting the police in a way that I could be 100% absolutely sure that they 'got the call'

I literally felt like I was trapped, if in fact my cia welder was involved in what was going on it would also mean that he would have a key to my apartment... and so I taped my locks....at the same time I also realize that there's a 'personal area network' adapter installed which is being accessed via Bluetooth- which has a very limited range of 33' or so and needs a general line of site- which at the very least means that whatever device was accessing it was located in my building very near to my unit somewhere or which at the very worst meant that there was someone else in the building directly accessing it and they moved in for the sole purpose of helping with whatever 'operation' was/ is being carried out against me, once I unplugged the antennas from the back of my motherboard and disabled the 'personal area network adapter' it was obvious that all of the scripts (most of them Javascript) that were running in the background were no longer connecting/reporting home to wherever it was they were communicating with.

And even though I'm not versed in Javascript I'm still pretty smart and know enough about coding that I was able to determine that some of the scripts being ran in the background on my computer

## My psychological evaluation - Matt Guertin
**Feb 9, 2023  6:17 PM**

---

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: af8c1e2bce46d4e35f57a5dec879666ec44720a56a7ca95e95d24bacae85875b

Page: 3 of 4         [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

were in fact specifically targeting the mismatched files in the html folders I downloaded and was able to compile into easy to understand spreadsheets which would be enough in any court to be considered absolute proof I believe based simply on statistics and the mathematical probability of the same exact pattern occurring for 61 different groups of pages. Just the fact that I had proof that there was fraud taking place at the internet archive freaked me out as that's a really big deal. I'm not sure what courts all rely on the internet archive as a valid source of court admissible evidence but I do know that the internet archive is cited in various patent law cases. This simple fact alone means that a bunch of cases would have the right to be reopened and reexamined once it's determined that there was fraud taking place which I'm almost certain involves someone 'inside' of the archive organization based on all of the surrounding facts involved.

It was when I figured all of this out that I knew I had enough solid evidence to approach the FBI, who hung up on me after waiting on hold for 20 minutes outside their fortress in Brooklyn Center, so I at least went and filed a police report with the Minnetonka PD two weeks before the incident at my apartment in which I sat down for 45 minutes or so with officer Harris and showed him everything I had collected and figured out on my laptop at which point he agreed that there was something obviously going on unless I was just making everything up and his advice was to take everything I had to a computer forensic investigator, have them write a report, and then bring that to the FBI. I also ended up contacting the secret service on the Sunday before Martin Luther King, Jr. Day where I was bounced to a field agent in Chicago who I talked to for 25 minutes or so who seemed pretty chill and genuinely interested in my case as he asked me for the case number I filed with the Minnetonka PD, etc and generally agreed with my take on everything as far as me being entirely correct in my assessment of what was taking place being 'Conspiracy' and 'Wire Fraud'. I never ended up hearing back from the secret service at all but it is entirely possible that there may currently be some investigation going on in the background regarding my initial complaint that I've not been made aware of...or not.

So getting back on track - the Javascript files being ran on my computer were specifically targeting the files I collected which proved fraud at the internet archive. I have a whole bunch of files that were located on my computer (as opposed to other files which I transferred to external drives..) where the anomalies I had discovered are corrected even though the modify dates remained unchanged.

Basically my take on everything that happened was that I figured out a lot of stuff that I wasn't even supposed to notice muchless spend a month straight investigating. Once I came across the fake AI people (completely fake people/deepfakes whose vocals and conversational topics are all obviously being created by AI), realized that everything going on was being done with AI (chatGPT..), that it involved multiple websites, that if my cia agent welder was in fact involved in whatever was going on it would mean A, B, C, and D, etc and that I had someone accessing my computer locally through a Bluetooth network specifically targeting certain files I had collected I became completely freaked out and isolated myself in my apartment where I literally felt like I was trapped. The AI people and the ability to fake people's voices meant that I couldn't trust my phone or any email as far as I was concerned, and I was so scared and in fear for my safety that I was forcing myself to stay awake which was mainly accomplished by adrenaline alone as I was most certainly in a 'fight or flight' state for a few days where I was placed under an extreme amount of mental stress which became compounded by the fact that I was scared that if whoever was responsible for all of the crazy shit going on was putting this much effort into targeting me and my patent, was going to the extreme lengths of directly accessing my computer to attempt to change evidence I collected, and then the fact that there really is in fact massive dollar figures involved with everything due to my patent that there was a very real possibility that they may want to 'delete' me as well simply for possessing all of the evidence I had gathered.

I also was of the belief after discovering the AI aspect of everything that it wouldn't be very hard at

**My psychological evaluation - Matt Guertin**

Feb 9, 2023  6:17 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: af8c1e2bce46d4e35f57a5dec879666ec44720a56a7ca95e95d24bacae85875b

Page: 4 of 4        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

all to 'digitally isolate' me - basically meaning that I could be sending emails that aren't being received by the recipient but that I was made to believe were in fact received, or text messages, or even that I could be sure I was in fact speaking to an actual person on the phone and not some AI faked vocal synthesizer that is able to perfectly imitate someone (all of which has just recently been coming out in the news as actually being possible and very easy to achieve... so it's not a 'conspiracy theory'....it's actual technology that currently exists and which anyone can verify for themselves)

So based on the overwhelming realization of all of this, my personal belief that my life was in danger, not getting a lot of sleep because I was scared someone might want to kill me, and then all of that being compounded by a lack of sleep so not thinking as clearly what I did at my apartment was the solution I arrived at to end all of it. I never shot any more rounds after I began talking to one of the sheriff's that responded, I was the first to offer to throw my guns out the window, I was very cordial and courteous with all of the officers on the scene I spoke to even though I'm sure I was slightly agitated, and the only 'standoff' that took place was me being completely exhausted after all of it was over and suddenly realizing that I was starving at which point I told the Minnetonka police officer I was talking to that I needed to eat food before I came out because I was starving.

In addition to these facts there is also video of me at the police station almost passing out from hyperinventilating after processing everything that had just happened at which point I realized that I really thought there was a good chance that I wasn't going to make it out of the situation alive. It wasn't some incident of me losing it and becoming danger to everyone around me - it was me being so scared, under so much stress, and genuinely in fear for my life that what I did seemed like the only absolute way I could be sure that the police actually came and in which I believe it is very obvious that I never intended on trying to hurt anyone else and that I didn't want to be hurt either. The bullets were shot at a pretty steep angle up into the sky, and while I'm aware that what goes up must come down I'm also aware that it doesn't come down anywhere near the same speed that it comes out of the muzzle...basically terminal velocity vs. muzzle velocity. One of them will kill you while the other one could perhaps cause a slight injury or crack a car window if it landed on a person or glass. This doesn't mean that I am in any way minimizing or excusing what I did. I'm very aware that it's a rather 'crazy' / 'extreme' thing to do but I was genuinely so scared and put under so much stress that it seemed to be one of the safest and most logical ways for me to end everything going on while being sure it happened in a manner which was 'public' and which couldn't also perhaps be hidden or isolated by digital manipulation.

Sent from ProtonMail mobile

Sent from ProtonMail mobile

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**When are we meeting**
**Feb 15, 2023  1:14 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: a60f84262ba69bc66b268c0618c2b6f83b75f482a879331918fdb844a3b7ed5f

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**When are we meeting?**

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Wed, 15 Feb 2023 19:14:09 +0000

I would like to sit down and talk with Bruce Rivers about my case.

Sent from ProtonMail mobile

---

**EXHIBIT EML-E | p. 15**

**Re_When are we meeting**
**Feb 15, 2023  1:25 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 65ac7395bbb500b036f4e32f167f15cd142bb45491735e3f5b2d03031e7f2e31

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: When are we meeting?

**From:** Matt Guertin
**To:** riverslawyers@aol.com
**Date:** Wed, 15 Feb 2023 19:25:21 +0000

I'm also wondering why Dr. Jill Rogstad told me not to send her any more emails with evidence supporting my claims. She told me that is better to discuss it in person, that I'm not allowed to record our meeting, and that if some of the evidence I wanted to present on my behalf as far as supporting my claims was difficult to present in a printed format that "other accommodations could be figured out" yo which I replied "Does one of those options involve an hdmi cable and a monitor?"

Why would she say not to email her anymore stuff? Is it because there's some protocol she is required to follow as far as being forced to do something with all of that data?

Does it perhaps have something to do with me placing the onus upon the state once I put a bunch of factual supporting evidence in front of them in the form of digital files?

What kind of laws are in place regarding my relationship with Jill Rogstad being that she is supposedly a 'neutral' actor in all of this.....a doctor.... and me her patient/ client? Is there not some sort of hippa laws or some kind of other legal precedence that would allow me to demand that I have the right to at least record my own audio of our meeting?

So many questions Mr. Rivers....

Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_Netflix prior art**
**Feb 17, 2023  9:46 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 3be31cda8738bd17e953f2eb01ac4d060780edcbfae2f47b66871f63d1a6287b

Page: 1 of 3          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Fw: Netflix prior art**

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Fri, 17 Feb 2023 15:46:41 +0000

BANG!

It is happening...... ☺

Officially

Sent from ProtonMail mobile

-------- Original Message --------
On Feb 17, 2023, 9:38 AM, Amanda Prose < aprose@wck.com> wrote:

Hi Matt,

Attached is a receipt for the confirmation of the third party submission of your patent, US 11,577,177 as relevant to the claims of the Trojansky/Netflix application, Serial No. 17/709,126. We have also asked to be notified when the submission is reviewed and entered.

The submission will populate in the record for the pending application in a few hours and at that time, we can save a copy of the actual submission itself for your records.

Have a great weekend!

Best regards,

Amanda



westman champlin & koehler
INTELLECTUAL PROPERTY ATTORNEYS

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

On Thu, Feb 16, 2023 at 5:25 PM Matt Guertin <MattGuertin@protonmail.com> wrote:
  Sweeeeeeeet

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 17**</span>

**Fw_Netflix prior art**
**Feb 17, 2023  9:46 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 3be31cda8738bd17e953f2eb01ac4d060780edcbfae2f47b66871f63d1a6287b
Page: 2 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

Thank you!

Sent from ProtonMail mobile

-------- Original Message --------
On Feb 16, 2023, 4:43 PM, Amanda Prose < aprose@wck.com> wrote:

Hi Matt,

We will be filing the third party submission of prior art shortly, likely tomorrow.
We will then forward on the official receipts etc.

Best regards,

Amanda



WARNING: The information contained in this transmission may be privileged or confidential. It is
intended only for the above identified recipient. If you are not the intended recipient, please
forward this transmission to the author. Please delete this transmission and all copies. Thank
you.

On Thu, Feb 16, 2023 at 4:41 PM Matt Guertin
<MattGuertin@protonmail.com> wrote:
Amanda,

Just checking to see what the process is as far as filing my patent as prior
art against the Netflix application.

Has it already happened?

Is there some sort of official 'receipts' 'records' etc like there is for filing an
IDS, etc?

I thought maybe one of the many official forms sent to me upon filing the
continuation would be the Netflix filing but I didn't see anything so just
trying to see what the status is.

Thank you,

**Fw_Netflix prior art**
**Feb 17, 2023  9:46 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 3be31cda8738bd17e953f2eb01ac4d060780edcbfae2f47b66871f63d1a6287b
Page: 3 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

~Matt

Sent from ProtonMail mobile

**Attachments:**

2023-02-17 3rd Pty Submission Receipt.pdf

**EML-E 7-1, Attachment 1 of 1**
**Feb 17, 2023  9:46 AM**
2023-02-17 3rd Pty Submission Receipt.pdf

Fw_Netflix prior art
SHA-256 Hash of Attachment: 4c44362fc99c72cc0d2ce4a4346f32d772d1d5f74b860870e9c3bf58e7d985f4

Page: 1 of 2        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 47550239 |
| **Application Number:** | 17709126 |
| **International Application Number:** | |
| **Confirmation Number:** | 3367 |
| **Title of Invention:** | DISPLAYING A SCENE TO A SUBJECT WHILE CAPTURING THE SUBJECT'S ACTING PERFORMANCE USING MULTIPLE SENSORS |
| **First Named Inventor/Applicant Name:** | Stephan  Trojansky |
| **Customer Number:** | 176294 |
| **Filer:** | Amanda Morgan Prose |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 36651-51638/US |
| **Receipt Date:** | 17-FEB-2023 |
| **Filing Date:** | 30-MAR-2022 |
| **Time Stamp:** | 10:29:07 |
| **Application Type:** | |

### Payment information:

| | |
|---|---|
| Submitted with Payment | no |

### File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Concise Description of Relevance | Concise-description-generated.pdf | 32956 <br> bcae66ea240f43b184bf9bf1867d6fcdd0bcb366 | no | 2 |
| **Warnings:** | | | | | |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 20**

**EML-E 7-1, Attachment 1 of 1**
**Feb 17, 2023  9:46 AM**
2023-02-17 3rd Pty Submission Receipt.pdf

Fw_Netflix prior art
SHA-256 Hash of Attachment: 4c44362fc99c72cc0d2ce4a4346f32d772d1d5f74b860870e9c3bf58e7d985f4

Page: 2 of 2       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

| | Information: | | | | |
|---|---|---|---|---|---|
| 2 | Third-Party Submission Under 37 CFR 1.290 | Third-party-preissuance-submission.pdf | 52705<br><br>89673609686d287b5581ef0320e8186238e62359 | no | 2 |
| | Warnings: | | | | |
| | Information: | | | | |
| 3 | Request for Notification of Non-compliant Third-Party Submission | Third-party-notification-request.pdf | 23667<br><br>b7d8a2740537c5b22beabcbff564d16acb796123 | no | 1 |
| | Warnings: | | | | |
| | Information: | | | | |
| | **Total Files Size (in bytes):** | | 109328 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Criminal DEFENSE attorney.... please DEFEND me**
**Feb 22, 2023  2:33 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:     Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml file: cc65673620d4c17f9a907d35278a7cb96224891ffc1a29c0134ec9a0b3dfcdce

Page: 1 of 2          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Criminal DEFENSE attorney.... please DEFEND me

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Wed, 22 Feb 2023 20:33:27 +0000

---

Bruce,

I'm not just going to just 'go through the system' and accept some plea deal without putting together a solid defense and actually defending myself against this shit.

I'm going to be getting a bunch of written statements from top people in the industry stating what a huge deal my invention is along with character statements and some financial figures about what I could rent or sell one of these for. At 30k/week rental rate one unit can generate up to 1.5 million in revenue per year...67 units = 100 million/ year

This includes from Greg Hermanovick who is the creator of the leading visual fx software in the movie industry called houdini
( https://www.sidefx.com/ ) and who is the founder and ceo of www.derivative.ca

(which I've been featured on the front page of before...)

( https://derivative.ca/community-post/matt-guertins-epic-never-ending-oculus-rift-kinect-touchdesigner-3d-project/60736 )

as well as from Vello Virkhaus who started V Squared Labs - now www.XiteLabs.com where I worked in LA. He personally stated on the phone to me that he wouldn't be surprised at all that people were hacking my computer and going to those lengths because it happened to him.

In addition to this I am still going to get a statement from my landlord specifically stating that he'll let me rent at his other properties, that I was a great tenant, that he worked with me to avoid an eviction on my record, that I cleaned up and painted the whole place before moving out, etc.

I need to get my data to a forensic investigator as I have 100% proof of both the fraud and people hacking into my computers.

I have over 100gb of solid proof and I cloned the drives of my main system before turning it on ( I have the originals untouched and pulled from machine) and I'm about to clone my other two laptop drives. All of them were being hacked into and I believe that will be proven as factually correct as well...if I didn't think so I wouldn't be so adamant about all of this. They were trying and I believe succeeded at intentionally corrupting some of the files and were also trying to correct some of the files based on my recollection.

I want my defense to be based on duress - Imminent fear of great bodily harm or death.

The AI shit alone is scary as fuck.... there's literally a whole list of reasons why I believed I was in a lot of danger and it makes complete sense why I wouldn't trust my phone at that point.... how far are they willing to go if they've already stuck a massive amount of time, money, and technology into trying to defraud me and now someone or some device was accessing my computer from somewhere in the building nearby using Bluetooth. I possess evidence that not only ruins their chance at hundreds of millions...billions of dollars but can also put someone in prison for up to 20 years with it potentially. Would they not be willing to use or have access to highly technical gear similar to a Stingray? Are they not already able to easily fake people's voices realistically? (They

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Criminal DEFENSE attorney.... please DEFEND me**
**Feb 22, 2023  2:33 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: cc65673620d4c17f9a907d35278a7cb96224891ffc1a29c0134ec9a0b3dfcdce
Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

are... look it up) I considered pretty much anything and everything on the table at that point and that's why shooting off the gun made complete sense and still does. I still believe it was 100% the correct decision.

I almost hyperventilated and passed out at the police station because I literally thought i wasn't going to make it out of my apartment alive and I was too scared to leave.....and now I find out my laptop was somehow accessed which can only mean it was taken out of my apartment and then returned...I know....it sounds crazy. All of it does... because it is.... but what if I'm able to prove that everything installed and fucked with on my laptop over that 24hr period is nefarious hacker shit?

I will be able to backup every single one of my claims so it doesn't matter how crazy it sounds if I am able to prove it beyond a reasonable doubt. I will also be able to prove that AI was being used to commit the fraud. You should see these fucking images I have when you zoom in.... I'm not kidding when I say there's literally a chance that some of their products don't even really exist and were created by AI as well. All of this is nuts...surreal is the word that keeps coming to mind over and over...it is very surreal.

If we actually meet though I have no doubt I would be able to convince you just like I convinced officer Harris when I filed my complaint at the mntka PD one week before shooting the gun off.... where he agreed with me that there was obvious fraud and told me that I should bring my data to a conputer forensic specialist and then go to the fbi...

You didn't even believe me when I told you I did a show for the king of Saudi Arabia or you wouldn't have asked my mom if I really did.....

You didn't read my whole email
or else you wouldn't have thought that I was scheduling a meeting with the cops when it was the forensic psychologist....

You asked me what was the patent I sent you even though I printed it out and gave it to Sean when I signed the retainer - which means you never looked at it even though that's the reason all of this is going on at all to begin with.

I thought I was signing a retainer with the old Bruce Rivers... the one who got the female cop to walk out of the courtroom with a bright red face pissed af after both trials when we beat my dwi case.

If you don't believe me or my account about what's all been going on and if we're never going to meet and discuss my case so I know what's all included in discovery, etc and so that I can show you some of what I have then I need to find another attorney that will and who believes my story about what happened.

I want to fight this shit and I don't feel like that's what's currently happening or planned at all.

Please call me and let's setup a meeting time where I can come down to your office.

Sincerely,

~Matt Guertin
Your 20 year + client

Sent from ProtonMail mobile

**Re_Criminal DEFENSE attorney.... please DEFEND me**

**Mar 10, 2023  9:42 AM**

From: Bruce Rivers <riverslawyers@aol.com>
To:    Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml file: f5d28ebe6b77206d04c4da0faae76f57eb334ecdb3916e8f3e384af0030550c9

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Criminal DEFENSE attorney.... please DEFEND me

**From:** Bruce Rivers
**To:** Matt Guertin
**Date:** Fri, 10 Mar 2023 09:42:03 -0600

I'm totally with you

Sent from my iPhone

> On Feb 22, 2023, at 2:33 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>
> Bruce,
>
> I'm not just going to just 'go through the system' and accept some plea deal without putting together a solid defense and actually defending myself against this shit.
>
> I'm going to be getting a bunch of written statements from top people in the industry stating what a huge deal my invention is along with character statements and some financial figures about what I could rent or sell one of these for. At 30k/week rental rate one unit can generate up to 1.5 million in revenue per year...67 units = 100 million/ year
>
> This includes from Greg Hermanovick who is the creator of the leading visual fx software in the movie industry called houdini ( https://www.sidefx.com/ ) and who is the founder and ceo of www.derivative.ca
>
> (which I've been featured on the front page of before...)
>
> ( https://derivative.ca/community-post/matt-guertins-epic-never-ending-oculus-rift-kinect-touchdesigner-3d-project/60736 )
>
> as well as from Vello Virkhaus who started V Squared Labs - now www.XiteLabs.com where I worked in LA. He personally stated on the phone to me that he wouldn't be surprised at all that people were hacking my computer and going to those lengths because it happened to him.
>
> In addition to this I am still going to get a statement from my landlord specifically stating that he'll let me rent at his other properties, that I was a great tenant, that he worked with me to avoid an eviction on my record, that I cleaned up and painted the whole place before moving out, etc.
>
> I need to get my data to a forensic investigator as I have 100% proof of both the fraud and people hacking into my computers.
>
> I have over 100gb of solid proof and I cloned the drives of my main system before turning it on ( I have the originals untouched and pulled from machine) and I'm about to clone my other two laptop drives. All of them were being hacked into and I believe that will be proven as factually correct as well...if I didn't think so I wouldn't be so adamant about all of this. They were trying and I believe succeeded at intentionally corrupting some of the files and were also trying to correct some of the files based on my recollection.

**Re_Criminal DEFENSE attorney.... please DEFEND me**
**Mar 10, 2023  9:21 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 376d9e4e3aafa97c28b2e9a66fc82fe35e0e6560fc9a6b28d00fecb158a3aad7

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Criminal DEFENSE attorney.... please DEFEND me

**From:** Matt Guertin
**To:** riverslawyers@aol.com
**Date:** Sat, 11 Mar 2023 03:21:12 +0000

---

I was freaking out at first because I thought my court date was moved to March 4th.... just days after my psychological evaluation and then I realized it was April 4th not March 4th.

My patent attorney is working on getting the digital forensic stuff setup through their lawfirm for attorney client privilege.

~Matt


Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 25**</span>

**Re_Criminal DEFENSE attorney.... please DEFEND me**
**Mar 10, 2023  9:59 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: c93a0a2da25a311a83fb9f0ce944ab23e08d53ac6d88a33e300598d03df79e02

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Criminal DEFENSE attorney.... please DEFEND me

**From:** Matt Guertin
**To:** riverslawyers@aol.com
**Date:** Sat, 11 Mar 2023 03:59:59 +0000

And I talked to my psychiatrist that I've been seeing in California for 6 years or so and he's going to write a letter.


Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 26**

**Letter from my CA psychologist - Matthew Guertin**
**Mar 14, 2023  10:00 AM**

---

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 5d88de45cfb33ada7eda5e04ea783ad048845c78241d949e9562f34fd7e466c6

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Letter from my CA psychologist / Matthew Guertin

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Tue, 14 Mar 2023 15:00:48 +0000

Bruce,

Good morning.
Another wonderful day awaits!

I'm calling to get my script refilled today and I'm also going to be signing a release form so that my Doctor I've been seeing in CA for the last 6 or 7 years can write me a letter for my court case.

Just wondering what key topics / points I should be sure to have him cover in said letter?

He's a well respected Doctor who also does work at the hospitals, etc.

Dr. Martin Schuster
Schuster Medical Research
5000 Van Nuys Blvd
Van Nuys, CA

That is all.

Thanks,

Matthew Guertin

Sent from ProtonMail mobile

---

**Re_Letter from my CA psychologist - Matthew Guertin**
**Mar 14, 2023  7:03 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 617ff507d19088ee27f91ef93173e3c8c201c9748a6e8cc59f0d065a2f35c830

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Letter from my CA psychologist / Matthew Guertin

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Wed, 15 Mar 2023 00:03:10 +0000

---

Sent with Proton Mail secure email.

---

**My research on the serial number charges**
**Mar 23, 2023  12:34 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:     Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 02de2d089be1da4072950ff86d6ce929144da018086548f8c7ae1c82c1f0c93b

Page: 1 of 2          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### My research on the serial number charges

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Thu, 23 Mar 2023 17:34:21 +0000

https://www.kiro7.com/news/local/new-federal-rule-requires-serial-numbers-background-checks-ghost-gun-kits/

**April 11, 2022**
**New rules for "ghost guns"**

WASHINGTON — The Biden administration announced a new federal rule meant to crack down on the use of what's been dubbed as ghost guns – untraceable homemade firearms that do not have serial numbers.
The new rule requires the kits to make homemade guns to be treated like other guns made and sold in the U.S.
The kits will need to have serial numbers and the person buying one would need to pass a background check.

**The rule goes into effect in four months, according to the Department of Justice.**

"This rule clarifies that these kits qualify as "firearms" under the Gun Control Act, and that commercial manufacturers of such kits must therefore become licensed and include serial numbers on the kits' frame or receiver, and commercial sellers of these kits must become federally licensed and run background checks prior to a sale – just like they have to do with other commercially-made firearms," said the White House in a statement.

The new rule also requires gun dealers to give serial numbers to any firearms in their inventory that do not currently have serial numbers, regardless of how the firearm was made.

"The final rule will also help turn some ghost guns already in circulation into serialized firearms," said the White House. "Through this rule, the Justice Department is requiring federally licensed dealers and gunsmiths taking any unserialized firearm into inventory to serialize that weapon. **For example, if an individual builds a firearm at home and then sells it to a pawn broker or another federally licensed dealer, that dealer must put a serial number on the weapon before selling it to a customer."**

https://www.criminaldefenselawyer.com/resources/homemade-guns-are-they-legal-must-they-be-registered.

**Gun Control Legislation and Homemade Guns**

**The federal Gun Control Act of 1968 (GCA) r**equires, among other things, that persons "engaged in the business" of dealing in firearms be licensed by the federal government. This law made it illegal for an unlicensed person to make a firearm for sale or distribution. In addition, the law requires firearms dealers to perform background checks on people who want to buy a gun, and to maintain records of all gun sales. (18 U.S.C. § 921(a)(21)(C);18 U.S.C § 922(t); 18 U.S.C. § 923 (2022).)

**However, nothing in the GCA prohibits individuals from making guns for their own personal use.** A non-licensed person may make a firearm, provided it's not for sale and the maker is not otherwise prohibited from possessing firearms. (18 U.S.C. § 922 (d) (2022).) Federal law imposes none of the purchase restrictions on non-licensed possessors that it does on those who need licenses, and as a result, the homemade gun owner need not undergo a background check, and the gun doesn't have to be registered unless a state law requires registration. (For more information on state laws regulating ghost guns, see the section below "Are Ghost Guns and 3D Printed Guns Legal?")

**EXHIBIT EML-E | p. 29**

**My research on the serial number charges**
**Mar 23, 2023  12:34 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 02de2d089be1da4072950ff86d6ce929144da018086548f8c7ae1c82c1f0c93b
Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

http://www.mnguntalk.com/viewtopic.php?f=52&t=56628

**Title 1 Firearms do not have to comply with federal engraving requirements unless it's manufactured by an FFL.** When finishing an 80% lower you don't need a serial number if you're not an FFL. However, if you plan on sending your completed lower out for anodizing or other finishing work, it will need a serial number so they can log it in their book.

Title II firearms (NFA) need to comply with federal engraving requirements, including a serial number if not already present on the firearm being NFA'd.

**I contacted the St Paul ATF office with several questions on the legalities involving finishing an 80% lower for a build party I attended.** One of the questions involved engraving requirements. They got back to me with answers to all my questions a few days later.

**It is not required to have a serial number, or any of the other engraving requirements for a title 1 firearm unless you are an FFL.** Title 2 firearms require all engraving requirements are complied with.

A firearm does not need a serial number or other engraving if sent somewhere for gun smithing work. However, if you send it off for additional work that ATF considers to be "manufacturing" work, such as anodizing, it needs a serial number. However, the serial number can be located anywhere on the receiver, it does not need to comply with location requirements, unless you're an FFL.

For example, finishing an 80% lower, engraving a serial number on the flat under the grip, and sending it to an FFL for anodizing is perfectly legal.

If you have any questions, contact the St Paul ATF office.

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 30**</span>

**Fwd_My research on the serial number charges**
Mar 23, 2023  12:38 PM

From: Bruce Rivers <riverslawyers@aol.com>
To:    Matthew Guertin <mattguertin@protonmail.com>
SHA-256 Hash of .eml: ca729e36a8b9a247583efaac842e80f8e1120ccf075bb2304715e3dec2ea4284
Page: 1 of 3      [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

### Fwd: My research on the serial number charges

**From:** Bruce Rivers
**To:** Matthew Guertin
**Date:** Thu, 23 Mar 2023 12:38:15 -0500

---

Sent from my iPhone

Begin forwarded message:

> **From:** Matt Guertin <MattGuertin@protonmail.com>
> **Date:** March 23, 2023 at 12:34:29 PM CDT
> **To:** Bruce Rivers <riverslawyers@aol.com>
> **Subject: My research on the serial number charges**
>
> https://www.kiro7.com/news/local/new-federal-rule-requires-serial-numbers-background-checks-ghost-gun-kits/
>
> > **April 11, 2022**
> > **New rules for "ghost guns"**
> >
> > WASHINGTON — The Biden administration announced a new federal rule meant to crack down on the use of what's been dubbed as ghost guns – untraceable homemade firearms that do not have serial numbers.
> > The new rule requires the kits to make homemade guns to be treated like other guns made and sold in the U.S.
> > The kits will need to have serial numbers and the person buying one would need to pass a background check.
> >
> > **The rule goes into effect in four months, according to the Department of Justice.**
> >
> > "This rule clarifies that these kits qualify as "firearms" under the Gun Control Act, and that commercial manufacturers of such kits must therefore become licensed and include serial numbers on the kits' frame or receiver, and commercial sellers of these kits must become federally licensed and run background checks prior to a sale – just like they have to do with other commercially-made firearms," said the White House in a statement.
> >
> > The new rule also requires gun dealers to give serial numbers to any firearms in their inventory that do not currently have serial numbers, regardless of how the firearm was made.
> >
> > "The final rule will also help turn some ghost guns already in circulation into serialized firearms," said the White House. "Through this rule, the Justice Department is requiring federally licensed dealers and gunsmiths taking any unserialized firearm into inventory to serialize that weapon. **For example, if an individual builds a firearm at home and then sells it to a pawn broker or another federally licensed dealer, that dealer must put a serial number on the weapon before selling it to a customer."**
>
> > https://www.criminaldefenselawyer.com/resources/homemade-guns-are-they-legal-must-they-be-registered.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fwd_My research on the serial number charges**
Mar 23, 2023  12:38 PM

From: Bruce Rivers <riverslawyers@aol.com>
To:    Matthew Guertin <mattguertin@protonmail.com>
SHA-256 Hash of .eml: ca729e36a8b9a247583efaac842e80f8e1120ccf075bb2304715e3dec2ea4284

Page: 2 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

**Gun Control Legislation and Homemade Guns**

**The federal Gun Control Act of 1968 (GCA) r**equires, among other things, that persons "engaged in the business" of dealing in firearms be licensed by the federal government. This law made it illegal for an unlicensed person to make a firearm for sale or distribution. In addition, the law requires firearms dealers to perform background checks on people who want to buy a gun, and to maintain records of all gun sales. (18 U.S.C. § 921(a)(21)(C);18 U.S.C § 922(t); 18 U.S.C. § 923 (2022).)

**However, nothing in the GCA prohibits individuals from making guns for their own personal use.** A non-licensed person may make a firearm, provided it's not for sale and the maker is not otherwise prohibited from possessing firearms. (18 U.S.C. § 922 (d) (2022).) Federal law imposes none of the purchase restrictions on non-licensed possessors that it does on those who need licenses, and as a result, the homemade gun owner need not undergo a background check, and the gun doesn't have to be registered unless a state law requires registration. (For more information on state laws regulating ghost guns, see the section below "Are Ghost Guns and 3D Printed Guns Legal?")

http://www.mnguntalk.com/viewtopic.php?f=52&t=56628

**Title 1 Firearms do not have to comply with federal engraving requirements unless it's manufactured by an FFL.** When finishing an 80% lower you don't need a serial number if you're not an FFL. However, if you plan on sending your completed lower out for anodizing or other finishing work, it will need a serial number so they can log it in their book.

Title II firearms (NFA) need to comply with federal engraving requirements, including a serial number if not already present on the firearm being NFA'd.

**I contacted the St Paul ATF office with several questions on the legalities involving finishing an 80% lower for a build party I attended.** One of the questions involved engraving requirements. They got back to me with answers to all my questions a few days later.

**It is not required to have a serial number, or any of the other engraving requirements for a title 1 firearm unless you are an FFL.** Title 2 firearms require all engraving requirements are complied with.

A firearm does not need a serial number or other engraving if sent somewhere for gun smithing work. However, if you send it off for additional work that ATF considers to be "manufacturing" work, such as anodizing, it needs a serial number. However, the serial number can be located anywhere on the receiver, it does not need to comply with location requirements, unless you're an FFL.

For example, finishing an 80% lower, engraving a serial number on the flat under the grip, and sending it to an FFL for anodizing is perfectly legal.

If you have any questions, contact the St Paul ATF office.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Fwd_My research on the serial number charges**
**Mar 23, 2023  12:51 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 53386a387b1e090a8ac20d1c54bb4c595f235523da9fa79bd66eb2508ffd48eb

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Fwd: My research on the serial number charges

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Thu, 23 Mar 2023 17:51:21 +0000

---

https://www.usconcealedcarry.com/resources/terminology/types-of-firearms/#:~:text=Title%20I%20firearms%20are%20ordinary,who%20can%20legally%20possess%20firearms.

> **Title I firearms** are ordinary rifles, pistols, revolvers and shotguns. Title I firearms can be owned and built by U.S. citizens who can legally possess firearms.

> **Title II Firearms/NFA Firearms** — Title II of the Gun Control Act of 1968 is an amendment of the National Firearms Act of 1934, pertaining to machine guns, short-barreled or "sawed-off" shotguns and rifles, and so-called "destructive devices" (including grenades, mortars, rocket launchers, large projectiles and other heavy ordnance). The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) refers to such weapons as "NFA firearms." Acquisition of these weapons is subject to prior approval of the Attorney General. Federal registration is required for possession. This amendment revised the definition of "firearm" by adding "destructive devices" and expanded the definition of "machine gun." Title II firearms fall into six categories:
>
> Machine Guns
> Short-barreled rifles (SBRs) having a barrel or barrels of less than 16 inches in length or any weapon made from a rifle if the modified weapon has an overall length of less than 26 inches or a barrel or barrels of less than 16 inches in length
> Short-barreled shotguns (SBSs) having a barrel or barrels of less than 18 inches in length or any weapon made from a shotgun if the modified weapon has an overall length of less than 26 inches, or a barrel or barrels of less than 18 inches in length
> Suppressors
> Any other weapon (AOWs), as defined in subsection (e)
> Destructive devices
> Title II firearms can only be sold by Federal Firearm dealers (FFLs) with a Class III license.

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 33**

**Re_Fwd_My research on the serial number charges**
**Mar 23, 2023  1:00 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: af70fe4b4787df7e806643cc454b2eb434d429744b9a5f3a2061bc0541dd37cc

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Fwd: My research on the serial number charges

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Thu, 23 Mar 2023 18:00:39 +0000

I know it's not exactly a legally recognized book of the law I am referencing here-

...But I am of the opinion that just the new Biden legislation alone along with the White House statement I emboldened at the end of the quote implies that they don't expect people making home made weapons to have serial numbers on them in the first place

And then I would guess that the mention of Title 1 vs. Title 2 engraving requirements is something that you will conduct further research into as that would appear to be the actual answer to the question being asked - assuming the information by the user is in fact accurate.

Nice talking with you today Bruce.
See you on the 4th

~Matt

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 34**

**Re_Fwd_My research on the serial number charges**
**Mar 24, 2023  4:26 PM**

---

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: f34715ff8613ab3d0c65cf0744b6411ddb85a471483aacac23b6ed37c2cb91a7

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Fwd: My research on the serial number charges

**From:** Matt Guertin
**To:** riverslawyers@aol.com
**Date:** Fri, 24 Mar 2023 21:26:42 +0000

Doesn't this email serve as proof of my competence to stand trial?

Sent from ProtonMail mobile

---

**EXHIBIT EML-E | p. 35**

**Please forward me psych evaluation report**
**Mar 24, 2023  9:22 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 20da4a2afcf3796efd0cb20213abf2801ee298837e99630a0fddd5958d99d494

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Please forward me psych evaluation report

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Sat, 25 Mar 2023 02:22:44 +0000

---

Bruce,

Just reminding you about sending me the competency report

Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 36**

**(No Subject)**
**Mar 25, 2023  7:35 AM**

From: Bruce Rivers <riverslawyers@gmail.com>
To:     Matthew Guertin <mattguertin@protonmail.com>
SHA-256 Hash of .eml: 6aa3e7a7e01880aafcede28bb4bb4fc61a4fab5c7611a0e7cba052f0452284d5

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

**(No Subject)**

**From:** Bruce Rivers
**To:** Matthew Guertin
**Date:** Sat, 25 Mar 2023 07:35:56 -0500

---

Sent from my iPhone

**Attachments:**

| Rule 20 Evaluation Report.pdf |

---

**EML-E 20-1, Attachment 1 of 1**
**Mar 25, 2023  7:35 AM**
Rule 20 Evaluation Report.pdf

(No Subject)

SHA-256 Hash of Attachment: a686e2c8f909c2197ed0b78b075fe3f39c0d33e526507faeeab0dc5d2fe5a75e

Page: 1 of 10        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
3/10/2023 4:30 PM



**MINNESOTA JUDICIAL BRANCH**
FOURTH JUDICIAL DISTRICT • HENNEPIN COUNTY

**PSYCHOLOGICAL SERVICES**
**300 S. 6th Street, Suite C-509, Minneapolis MN 55487-0351 • (612) 348-3723 • FAX (612) 348-3452**

**CONFIDENTIAL**
**FORENSIC EVALUATION REPORT**

March 10, 2023

The Honorable Presiding Judge
Fourth Judicial District Judicial Officer
Hennepin County District Court

        Re:        Matthew David Guertin
        DOB:        07/17/1981
        File Number:    27-CR-23-1886

Dear Your Honor:

**REASON FOR REFERRAL**
Matthew Guertin is a 41-year-old man. He is currently charged with four felony counts: (1) dangerous weapons and recklessly discharging a firearm within a municipality and (2) three counts of receiving or possessing a firearm not identified by a serial number. These charges stem from an alleged incident in January 2023 during which the defendant is accused of possessing an automatic rifle, full-size pistol, and compact pistol, and firing shots from his apartment. Pursuant to the court order of the Honorable Lyonel Norris and the Honorable Toddrick Barnette, dated January 25, 2023, Mr. Guertin was referred for an evaluation of his competency to proceed under Minnesota Rules of Criminal Procedure, 20.01, Subd. 2, which addresses his capacity to understand the proceedings, participate in the defense, and consult rationally with counsel. The current report was prepared for this purpose.

**FORENSIC NOTIFICATION**
Mr. Guertin was informed of the nature and purpose of this evaluation at the beginning of the interview. He was told the evaluation concerned his competency to proceed. He was informed the usual doctor-patient relationship did not exist in the context of this court-ordered evaluation, as the information obtained was not confidential. Specifically, he was notified an evaluation report would be prepared and submitted to the Court, and the defense and prosecuting attorneys would also be provided with copies. Mr. Guertin expressed his understanding of this advisement by summarizing its essential components and asking relevant questions. He agreed to participate in the interview.

**SOURCES OF INFORMATION**
*Assessment Procedures*
- An interview session with Mr. Guertin on March 1, 2023, at the Psychological Services office of the Hennepin County Government Center (HCGC) in Minneapolis, Minnesota. For training purposes, Dr. Casey Boland, a forensic psychology postdoctoral fellow with Psychological Services, primarily conducted the interview, which I supervised.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 20-1, Attachment 1 of 1**
**Mar 25, 2023  7:35 AM**
Rule 20 Evaluation Report.pdf

(No Subject)

SHA-256 Hash of Attachment: a686e2c8f909c2197ed0b78b075fe3f39c0d33e526507faeeab0dc5d2fe5a75e

Page: 2 of 10        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
3/10/2023 4:30 PM

Guertin, Matthew                    27-CR-23-1886                    March 10, 2023

- Mr. Guertin also sent me seven unsolicited email messages on February 13, 2023; February 14, 2023; February 15, 2023; March 2, 2023; and March 3, 2023.

**Records Reviewed**

- The current criminal complaint, Fourth Judicial District, filed January 24, 2023.
- Incident report from the alleged instant offense, Minnetonka Police Department, dated January 21, 2023.
- An incident report regarding incident number MP23000151, Minnetonka Police Department, dated January 12, 2023.
- MNCIS records from court file number 27-CR-23-1886 and other cases referencing the defendant.
- The following discovery materials related to the alleged instant offense:
  - Audio recording from the statement Mr. Guertin made to law enforcement at the time of his arrest.
  - 104 photographs from the alleged offense.
- Medical records from Mr. Guertin 's contacts with Hennepin County Medical Center (HCMC), dated October 3, 2009 to October 7, 2009.
- Custodial records from the defendant's incarcerations at the Hennepin County Jail (HCJ), dated December 17, 2007 to January 25, 2023.
- Documentation provided by the defendant, organized in sections with the following title page headings:
  - "Mark Roberts Motion Control – Email Exchange – Exhibit 'MR0.'"
  - "U.S. Patent #11,577,177 – Exhibit 'PT1.'"
  - "U.S. Patent #11,577,177 – Exhibit 'PA2.'"
  - "U.S. Patent #11,577,177 – Exhibit 'PA3.'"
  - "U.S. Patent Application #17/709,126 – Exhibit 'PA1.'"
  - "Trojansky/Netflix – Exhibit 'NF1.'"
  - "Eyeline Studios – Exhibit 'NF3.'"
  - "Virtual Production – Exhibit 'VP1.'"
  - "Mark Roberts Motion Control – www.MrMoCo.com – Exhibit 'MR1.'"
  - "Dimension Studios – Exhibit 'DM1.'"
  - "Dimension Studios – Exhibit 'DM2.'"
  - "Microsoft – Exhibit 'MS4.'"
  - "Microsoft – Exhibit 'MS3.'"
  - "Microsoft – Exhibit 'MS2.'"
  - "Microsoft – Exhibit 'MS1.'"
  - "Photorobot – Exhibit 'PR1.'"
  - "Photorobot & Internet Archive – Exhibit 'PR2.'"
  - "Photorobot & Internet Archive – Exhibit 'PR3.'"
- The following data were emailed to me by the defendant after the interview session:
  - An electronic photograph of a spreadsheet labeled, "Matrix."
  - Two emails addressed to the defendant from "Internet Archive," dated December 9, 2022.
  - Three files containing website data from www.photorobot.com.
  - Incident report from case number MP23000151, Minnetonka Police Department, dated January 12, 2023.
  - Annotated email exchanges between Mr. Guertin and his patent attorney, dated January 5, 2023 to January 6, 2023.

**Collateral Contacts**

- Tom Prochazka, Assistant Hennepin County Attorney, via email on February 22, 2023.

Three additional sources of data were sought but not available by the time this report was prepared. First, on

2

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 39**

**EML-E 20-1, Attachment 1 of 1**
**Mar 25, 2023  7:35 AM**
Rule 20 Evaluation Report.pdf

(No Subject)

SHA-256 Hash of Attachment: a686e2c8f909c2197ed0b78b075fe3f39c0d33e526507faeeab0dc5d2fe5a75e

Page: 3 of 10        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
3/10/2023 4:30 PM

Guertin, Matthew                    27-CR-23-1886                    March 10, 2023

February 22, 2023, Dr. Boland and I attempted unsuccessfully to reach defense counsel to discuss the current referral. Second, I also tried to reach Mr. Guertin's patent attorney on March 10, 2023, without success. Finally, a request for records from the defendant's reported contacts with the Schuster Medical Research Institute in California was not returned.

**RELEVANT BACKGROUND AND HISTORY**
*General History*
Mr. Guertin stated he was born and raised in Minnesota. He indicated he was reared by his mother, and did not have contact with his father during his youth. He also disclosed placements in foster care and involvement with youth services organizations, which he attributed to his youthful behavioral misconduct (e.g., running away and juvenile arrests) and his mother's corresponding difficulty coping with his behavior. However, Mr. Guertin reported a good relationship with his mother, with whom he currently lives, at present. He did not endorse any childhood trauma or victimization, which was consistent with information he offered to medical providers in HCMC records.

Mr. Guertin remarked that he withdrew from school during his senior year of high school "to go work," adding that he "was bored" in school. On this point, he added that he participated in special education curricula for attentional and behavioral difficulties, noting he was "bored," "rambunctious," and had trouble focusing on his studies. He underlined perceptions of his high intelligence, however, noting he found school "boring and easy" and "had a super high GPA [grade point average]." He said he subsequently obtained a general education development (GED) degree. Medical records related further that he did not attend college courses.

Regarding employment, the defendant disclosed he currently works as the chief executive officer (CEO) of a startup company. He reported past employment at "one of the top visual effects companies" in the entertainment industry, adding that he lived in Los Angeles, California for about six years before moving back to Minnesota in 2020. Mr. Guertin also spoke of previous positions at night clubs, and HCMC records from a 2009 contact corroborated that he reported work programming lights for these clubs, as well as self-employment with a painting business, at that time. He disavowed receiving any financial assistance.

*Substance Use History*
During the current examination, Mr. Guertin endorsed an extensive substance use history. He said he began using alcohol and marijuana around age 14. He estimated he consumes alcohol "every couple of months" at social gatherings, though he acknowledged "isolating himself" recently "to the point [that] people think it's unhealthy." He characterized his more recent marijuana use as occasional and opportunistic, noting he will use the drug "if it's around and someone has it," which he approximated occurs "a few times a month." When asked about other drugs, Mr. Guertin stated he has used "everything but heroin" throughout his lifetime, including "psychedelics" (e.g., dimethyltryptamine [DMT] and lysergic acid diethylamide [LSD]) and stimulants (e.g., methamphetamines and crack cocaine). However, he disavowed the use of these drugs within recent years. HCMC records listed similar substances (i.e., alcohol, methamphetamines, LSD, and other hallucinogens) the defendant reported using during a 2009 encounter, noting he identified at that time his drugs of choice as alcohol and hallucinogens. Although he disclaimed during the current evaluation any past participation in substance abuse treatment, HCMC records listed a program in which he was reportedly enrolled as an adolescent in relation to his marijuana use and its effects (i.e., paranoia).

Mr. Guertin stated he is presently prescribed the psychostimulant medication Adderall for attention-related issues. He indicated the medication was authorized by a doctor based in California whom he has seen for the past six years. Records from this facility were requested but not received to verify this information. Nonetheless, photos included with discovery materials showed prescription bottles purportedly at the defendant's apartment, and one listed Adderall in the defendant's name. On this point, when asked directly, Mr. Guertin specified that he takes this

**EXHIBIT EML-E | p. 40**

**EML-E 20-1, Attachment 1 of 1**
**Mar 25, 2023  7:35 AM**
Rule 20 Evaluation Report.pdf

(No Subject)

SHA-256 Hash of Attachment: a686e2c8f909c2197ed0b78b075fe3f39c0d33e526507faeeab0dc5d2fe5a75e

Page: 4 of 10      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
3/10/2023 4:30 PM

Guertin, Matthew                    27-CR-23-1886                    March 10, 2023

medication as prescribed. However, he immediately contradicted himself by underlining occasions on which he has taken additional dosages throughout the day, attributing this practice to being "a workaholic."

***Psychiatric Treatment History***
As mentioned, Mr. Guertin spoke of attention-related problems dating back to his youth. He stated he was diagnosed with both attention-deficit/hyperactivity disorder (ADHD; a neurodevelopmental disorder that emerges during youth and is characterized by difficulties with attentional and behavioral regulation) and bipolar disorder (i.e., a mood disorder in which one experiences prolonged, abnormally elevated mood states). He expressed disagreement with the latter diagnosis, which was similar to statements he made in collateral records. For instance, in an audio recording included with discovery materials, Mr. Guertin underlined his views on this diagnosis by commenting, "You're supposed to go up and down [if you have bipolar disorder], but I'm always up." He disclosed sleep irregularities (e.g., not sleeping for the two days preceding his arrest) at that time. Likewise, the defendant said during the current evaluation that he needs "not even six" hours of sleep at night, underlining further instances of a decreased need for sleep without associated fatigue. He further characterized himself as a high-energy person, though he disclaimed any perceptions that his energy was excessive. He stated he is presently prescribed Adderall and the anti-anxiety medication Klonopin, describing the former as particularly effective for "keep[ing] focus" and "slowing [him] down."

Mr. Guertin disclosed brief hospital admissions "when [he was] younger" that he attributed to complications of his substance use patterns. Specifically, he related he was held at facilities briefly and involuntarily for making "really stupid decisions" while intoxicated. Although they only reflected one such admission, HCMC records corroborated this account. In particular, these records indicated the defendant was admitted to the hospital for four days in October of 2009, after he threatened to jump from an interstate bridge overpass that led to a "90-minute standoff" with law enforcement. At the hospital, Mr. Guertin explained his actions in terms of his drug use, noting he became paranoid and distrustful after using LSD, called 911, became concerned "the police were out to get him instead," and then tried to escape law enforcement by climbing the overpass structure. Records specified his blood alcohol level was also elevated (i.e., 0.10) at the time. A few days into the hospitalization, a psychiatrist documented that Mr. Guertin's speech was somewhat rapid and pressured, and he could be "over-inclusive" with details, but his thinking and perceptions were otherwise unremarkable. Hospital staff reportedly petitioned to have the defendant civilly committed, but it was not supported, and he was eventually discharged without psychiatric medications. At that time, clinicians attributed his clinical presentation at the time of his admission to the effects of his substance use and intoxication level.

During the current evaluation, Mr. Guertin disclaimed any recent mental health symptoms when asked directly. However, both his statements during the interview session and information from collateral sources contradicted this account. The former will be reviewed in the next section of this report. Regarding the latter, the police report and discovery materials from the alleged offense reflected a number of unusual beliefs the defendant espoused around the time of his arrest. On this point, these sources of data indicated he spoke of a technological invention he patented that was worth a great deal of money (i.e., $250,000,000). He asserted that organizations discovered this invention, and began accessing, "deleting, and changing files in [his] computer." Indeed, the police report and photographs from Mr. Guertin's apartment suggested his electronic devices were wrapped in tinfoil, and he covered his windows and walls with "space blanket material." During an audio recorded statement, the defendant further asserted other persons were trying to "kill [him]," which was corroborated by photographs of statements the defendant had written in a notebook and on the walls throughout his apartment. For instance, he wrote that he believed someone put "a 'hit' out on [him]," adding, "Whoever is behind all of this has one million different ways to set me up or frame me if they want." During the aforementioned audio recording, he said he inferred this nefarious intent by "symbology" he found on websites (e.g., perceived associations with September 11, 2001). He

4

**EML-E 20-1, Attachment 1 of 1**
**Mar 25, 2023  7:35 AM**
Rule 20 Evaluation Report.pdf

(No Subject)

SHA-256 Hash of Attachment: a686e2c8f909c2197ed0b78b075fe3f39c0d33e526507faeeab0dc5d2fe5a75e

Page: 5 of 10        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
3/10/2023 4:30 PM

Guertin, Matthew                          27-CR-23-1886                          March 10, 2023

also spoke at length about contacts he had with artificial intelligence posing as "real people," noting he discerned the impostors with a "word-language analysis" that identified anomalies (e.g., phrases like "3D scanning") in these discussions. He described recent conversations he had in the following way during the recording: "I don't know if I'm talking to real people at this point."

**COURSE OF THE EVALUATION**
Mr. Guertin and I spoke prior to the March 1 interview session for the purposes of scheduling. Afterward, he sent me a series of unsolicited email messages in which he asked a number of questions about the upcoming interview, and he offered lengthy descriptions and explanations for the aforementioned belief system accompanied by links he characterized as evidence supporting his assertions. The beliefs in question were consistent with those articulated in both the previous paragraph and the next section of this report. His statements suggested he intended to send me more messages, as he provided the following foreword: "In what I am sure will be one of many follow-up emails leading up to our meeting…" I responded by asking that he not send these messages, explaining that both (a) the information he provided and (b) his questions (which referenced some themes contained in the aforementioned forensic notification) would be reviewed at length during the interview session. I directed him to bring the evidence to which he referred to the interview session, at which time I would review it. He subsequently sent a message with a logistical question, which I answered, but he later sent another long email with several questions. I assured him that he would be provided ample opportunity to make these inquiries (which were again relevant to the evaluation but would be addressed by the forensic notification), and I indicated I would no longer respond to any such messages since the interview session was the appropriate forum in which to discuss these matters. Mr. Guertin adhered to these boundaries, and he did not send more emails before the March 1 session. He supplemented our discussions from the interview session with four additional emails that included annotated attachments, which he asserted supported the statements he made during the interview.

**CURRENT CLINICAL PRESENTATION**
As mentioned, the interview session occurred in person at the HCGC. Mr. Guertin arrived approximately 30 minutes late for the appointment, although he called to notify me that he was on the way to the session and would be tardy. I explained the policy regarding examinees' late arrivals, and he replied that he would rather be late and "100% prepared" than arrive on time. As noted, he arrived with a large stock of documents, organized into sections, which he provided for my review and stated supported his assertions.

During the interview session, Mr. Guertin was occasionally difficult to hear given the configuration of these on-site interview rooms, which are equipped with Plexiglas in relation to the recent global pandemic. Nonetheless, these issues were easily surmounted with requests that he repeat the relevant information, which the defendant obliged. As mentioned, a postdoctoral fellow in forensic psychology conducted the bulk of the interview, but I was present in the room throughout the session, supervised its administration, and offered additional inquiries as indicated.

Mr. Guertin was alert. His eye contact was adequate. He remained seated without apparent difficulty during the session, and he did not appear restless or exhibit any abnormal movements. Furthermore, he adhered to the boundaries set and enforced while conducting the interview, although he expressed irritation in a slightly condescending manner on one occasion in response to Dr. Boland's interruption to keep his comments on-topic.

The defendant appeared to be in good spirits. When asked, he disclaimed any suicidal or violent thinking, intent, or plan, and he was not judged to be at imminent risk of harm to himself or others at the time of the interview. Notably, he spoke in a self-aggrandizing manner throughout the session, emphasizing his perceived achievements, abilities, and skills on numerous occasions. Indeed, as an illustrative example, Mr. Guertin repeatedly highlighted perceptions of his high intellect (e.g., "I'm smart. […] I'm very good at telling stories, and [I am] very smart"). His

<center>5</center>

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<div align="right"><span style="color:red">**EXHIBIT EML-E | p. 42**</span></div>

**EML-E 20-1, Attachment 1 of 1**
**Mar 25, 2023  7:35 AM**
Rule 20 Evaluation Report.pdf

(No Subject)
SHA-256 Hash of Attachment: a686e2c8f909c2197ed0b78b075fe3f39c0d33e526507faeeab0dc5d2fe5a75e
Page: 6 of 10    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
3/10/2023 4:30 PM

Guertin, Matthew                    27-CR-23-1886                    March 10, 2023

remarks often impressed as grandiose in nature. For instance, he spoke of being "an engineer," describing a recent technological invention in glowing terms and characterizing it as somewhat revolutionary.

Mr. Guertin espoused perceptual disturbances consistent with delusions (i.e., fixed beliefs that deviate markedly from objective reality and are held despite contradictory evidence). He spoke at length about his prowess with technology, including an invention he patented related to visual effects and photography technology. While some elements of his assertions referenced real technological subjects (e.g., neural radiance fields[1]), the defendant's views in relation to these matters were also consistent with the phenomenology of delusions. In particular, he asserted that large corporations (e.g., Netflix and Microsoft) discovered this technology, realized the financial incentives at stake, and began to target the defendant for nefarious purposes. For instance, he expressed views that these agencies accessed his patented technology through his personal devices, fraudulently implemented it as if created by them, and went to great lengths to cover up the theft. Mr. Guertin further insisted the entities in question intended to harm or kill him, referring to the situation as a "conspiracy" "at a bigger level" in which he perceived his "safety to be at risk," citing "weird coincidences" (e.g., the presence of "two cars behind [him]" at one time[2]) to support his conclusions. His remarks and reasoning in these domains referenced unclear, irrational reasoning and implausible events. On this point, the defendant produced a large volume of documentation, which was reviewed for this examination, that he stated supported his conclusions. However, the links between some of these data and his inferences were not clear. Rather, they showed that his patent had the potential to be lucrative if it was as innovative as others he used as examples. The documentation he identified as most critical[3] did not support his assertions, instead suggesting Mr. Guertin was prone to inferring nefarious intent from benign stimuli. The documentation and supplementary, emailed materials in no way supported or clarified the more improbable (e.g., targeting him individually to harm him) elements of his beliefs. On the contrary, the defendant's statements were commensurate with persecutory and referential (i.e., the belief that random events have personal significance) thinking.

Although his speech was not pressured, Mr. Guertin was verbose, as his responses to our questions frequently included excessive detail not targeted by the question. He was prone to long narratives on themes only peripherally related to the topic at hand. He could be directed with firm interjections and attempts to refocus him to the subject at hand, but these interventions were less successful as the interview progressed. Indeed, the defendant was prone to distraction, often by his own thoughts. He tended to offer fragmented remarks that failed to convey an entire idea before drifting to another subject that was either (a) loosely related to his prior statements or (b) required repeated clarification from Dr. Boland or me to discern the links. This tendency became increasingly prominent as the interview progressed, particularly as we discussed his delusional beliefs in more depth, and occurred especially in response to open-ended questions. It also became increasingly difficult to intervene and redirect his attention

---

[1] For example, see Mildenhall, B., Srinivasan, P. P., Tancik, M., Barron, J. T., Ramamoorthi, R., & Ng, R. (2022). NeRF: Representing scenes as neural radiance fields for view synthesis. *Communications of the ACM, 65*(1), 99-106. DOI: 10.1145/3503250. Accessed from https://dl.acm.org/doi/pdf/10.1145/3503250 on February 28, 2023.

[2] In the discovery materials reviewed for the current evaluation, Mr. Guertin made a similar reference to these observations during his audio recorded interview with law enforcement around the time of his arrest, which involved his presence at the police station on a prior date. Notably, the interviewing detective outlined a reality-based, plausible explanation for the presence of these vehicles, though the defendant continued to assert the nefarious intent signaled by their presence during the current interview.

[3] Mr. Guertin selected a series of email exchanges between a CEO of a related technology company and himself as particularly emblematic of the alleged fraud and conspiracy he discussed. The CEO in question expressed interest in the defendant's patented technology but linked another, similar "system that's been around for years," further inquiring how Mr. Guertin's patent was "unique compared to" this existing technology.

6

---

**EML-E 20-1, Attachment 1 of 1**
**Mar 25, 2023  7:35 AM**
Rule 20 Evaluation Report.pdf

(No Subject)
SHA-256 Hash of Attachment: a686e2c8f909c2197ed0b78b075fe3f39c0d33e526507faeeab0dc5d2fe5a75e
Page: 7 of 10      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
3/10/2023 4:30 PM

Guertin, Matthew                          27-CR-23-1886                          March 10, 2023

to the matter at hand during these instances. On this point, Mr. Guertin had difficulty completing a full, coherent narrative without becoming sidetracked by seemingly incidental elements of the story, which rendered the progression of his logic and overall meaning of his statements difficult to discern. As an illustrative example, I asked Mr. Guertin a series of questions toward the end of the session to clarify some information he had provided. I purposefully presented these inquiries in a targeted, directive manner to mitigate the potential for such long, meandering narratives. Nevertheless, his responses remained disjointed, and they often failed to convey the specific information sought despite his tendency to speak for long periods of time. For instance, when I asked him to expand on examples of "coincidences" to which he had previously referred, he spoke of "see[ing] patterns" because he is "very analytical" and repeating his ability to infer "patterns" before launching into a long, meandering narrative during which he referenced a (a) person with whom he spoke at the Central Intelligence Agency (CIA), (b) "special ops gear" related to his "inventions" and a related description, (c) and "weird things" that suggested he might be returning to the point of my question. However, he instead referenced contacts he had with individuals from various agencies (e.g., the CIA, Federal Bureau of Investigations, and Minnetonka Police Department). I attempted to clarify these statements, but Mr. Guertin's circuitous thinking and speech rendered his logic difficult to follow. He also seemed to contradict himself at times. Indeed, on a few occasions, I tried to summarize succinctly my understanding of the broader conceptual themes of his long, disjointed statements. The defendant indicated my inferences were inaccurate, but his attempts to explicate and correct any misconceptions failed to convey his meaning coherently given his propensity for digressions in his thinking and speech.

**FORENSIC ANALYSIS AND OPINION**
According to the Minnesota Rules of Criminal Procedure, 20.01, Subd. 2, a defendant is incompetent to proceed with his legal case if he is presently experiencing symptoms of a mental illness or cognitive impairment that prevent his from understanding the proceedings, participating in the defense, or consulting rationally with counsel. I considered these criteria when developing the current forensic opinion.

***Does the defendant have a mental illness or cognitive impairment?***
Clinical impressions were formed considering information from the above-named sources, which provide sufficient basis to offer the following diagnosis in accordance with the criteria set forth by the *Diagnostic and Statistical Manual of Mental Disorders,* Fifth Edition, Text Revision (DSM-5-TR):

Unspecified Schizophrenia Spectrum and Other Psychotic Disorder (primary)

Mr. Guertin's current presentation is consistent with diagnosis of a psychotic disorder, a condition characterized by grossly disrupted perceptions of external reality. In particular, he displays prominent delusional beliefs that include persecutory and referential themes, as he is convinced he has been targeted by large corporations who intend to (a) steal a patented technology that could revolutionize the industry and (b) harm him. On this point, the limits of my expertise in relation to technology matters must be acknowledged, as I lack the specialized training in this field to analyze the defendant's reported invention, patent, or any existing technology it resembles. I tried to consult without success with Mr. Guertin's patent attorney to verify any realistic factors underpinning his assertions. Nevertheless, even if the technological aspects of the defendant's statements prove true (i.e., that he has a viable technology that was introduced by others after he received his patent), his views remain consistent with delusions. Specifically, the more improbable elements of Mr. Guertin's beliefs have plausible, alternative explanations offered by collateral sources (e.g., his interpretations of the vehicles he believed were following him), and their content (e.g., being followed and targeted for nefarious purposes, including efforts to harm or kill him; accessing his personal devices at his home) and intensity are highly consistent with the phenomenology of the persecutory delusions that can accompany psychotic disorders. Similarly, the factors he has cited to support his views (e.g., inferences about "symbology" embedded in data he reviewed and "coincidences" with unclear links to

7

**EML-E 20-1, Attachment 1 of 1**
**Mar 25, 2023  7:35 AM**
Rule 20 Evaluation Report.pdf

(No Subject)
SHA-256 Hash of Attachment: a686e2c8f909c2197ed0b78b075fe3f39c0d33e526507faeeab0dc5d2fe5a75e

Page: 8 of 10    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
3/10/2023 4:30 PM

Guertin, Matthew                          27-CR-23-1886                          March 10, 2023

his ultimate conclusions) relied heavily upon referential thinking.

Diagnosis is complex in Mr. Guertin's case, and diagnosis of an unspecified psychotic condition is offered, for two key reasons. First, the defendant's age does not preclude the potential for a recent onset of delusions, which would favor the diagnosis of a delusional disorder (i.e., a condition characterized by prominent delusions that tends to emerge later in life in comparison to other psychotic disorders). However, several confounding factors exist that complicate diagnostic precision. For instance, the defendant endorsed some recent drug use, including marijuana and misuse of his Adderall prescription. As a result, the potential effects of such substance use on the emergence and maintenance of his mental health symptoms cannot be definitively discounted.

Second, and on a related note, the possibility that Mr. Guertin's current condition includes a mood-related component cannot be ruled out, though this analysis is also complex. On the one hand, several aspects of his clinical presentation are consistent with the elevated mood states that typify mania or hypomania. For instance, the defendant presented with inflated self-esteem and grandiosity. Data also reflected instances during which he experienced decreased need for sleep. Although his speech was not pressured, he was quite verbose during the interview, and his frequent digressions and tendency to become distracted by his own thoughts were consistent with flight of ideas (i.e., the tendency to change topics linked by only loose, superficial connections). As mentioned, he was also highly distractible throughout the session to the point that it became difficult to extract meaningful, coherent information from him. These symptoms are consistent with the presentation of a manic or hypomanic episode. On the other hand, Mr. Guertin's reported difficulties with attentional and behavioral regulation during youth (i.e., the reported diagnosis of ADHD) and misuse of his prescribed psychostimulant medications confound diagnostic precision in this area. It is possible his mood-related symptoms are (a) substance-induced, (b) reflective of an underlying personality style in which he exhibits grandiosity and self-aggrandizement, exacerbated by a neurodevelopmental issue related to his attentional and behavioral regulation, or (c) some combination thereof. Collateral records were sparse to confirm the onset of any symptoms and the nature of the defendant's functioning in the relevant domains beyond his self-report, and the reliability of his account is called into question by the limited insight he has into other aspects of his mental health (e.g., delusions). For these reasons, diagnosis beyond an unspecified condition is not offered at the current time.

Fortunately, diagnostic precision is not required to answer the current referral question, which instead relies upon an analysis of *current symptoms* and any corresponding effects on specifically defined, competency-related abilities. These abilities are addressed in the next section of this report. Regarding this question of symptoms, however, the presence or absence of mood-related symptoms is comparatively more ancillary to the current referral question given the pronounced nature of Mr. Guertin's delusions at the present time. In other words, data from the current evaluation support the presence of delusional beliefs. In addition, my clinical observations from the interview session highlight the potential presence of manic or hypomanic symptoms at the current time, which cannot be ruled out based on existing data.

***Does the defendant's mental illness prevent a factual or rational understanding of the legal process or the charges against her? Does the defendant's mental illness presently obstruct his ability to work with an attorney to prepare a reasonable defense?***
Mr. Guertin expressed awareness of the nature of the current allegations. He recognized he is charged with "reckless discharge of a firearm in a municipality" in relation to accusations that he was "shooting a gun out [his] window in Minnetonka." These descriptions coincided with information from charging documents. He was receptive to our education about his remaining charges, which he later stated accused him of "possession of guns without serial number[s]." However, it should be noted that Mr. Guertin's further discussion of the circumstances surrounding his arrest and perceptions of his legal situation were mired in delusional reasoning. For instance, while

8

**EML-E 20-1, Attachment 1 of 1**
**Mar 25, 2023  7:35 AM**
Rule 20 Evaluation Report.pdf

(No Subject)

SHA-256 Hash of Attachment: a686e2c8f909c2197ed0b78b075fe3f39c0d33e526507faeeab0dc5d2fe5a75e

Page: 9 of 10        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
3/10/2023 4:30 PM

Guertin, Matthew                          27-CR-23-1886                          March 10, 2023

he spoke cogently about various pleas and the nature of legal proceedings in general, he identified a preferred defense strategy for his case that relied heavily upon the implausible evidence of his perceived persecution. Dr. Boland and I also introduced discussions of the mental illness defense during the interview. Although the defendant asked relevant questions about the outcomes of this defense strategy (e.g., whether such a defendant would be "committed"), he had difficulty discussing logically the potential applications of this alternative to his own circumstances given his prominent delusions and limited insight into their implausible nature. Moreover, we asked Mr. Guertin about the possibility of testifying on his own behalf should his case proceed to trial. While he recognized he could not be compelled to testify, he spoke about this option as a way to "have the opportunity to make all this stuff [about his perceived persecution] public in the courtroom." His delusions also compromised his capacity to discuss evidentiary factors in relation to the current proceedings. Indeed, he spoke at length about "the stuff [he] collected" to support his persecutory beliefs, asserting further that the "evidence will speak of [*sic*] itself" if considered by courtroom principals.

**FORENSIC OPINION**

Mr. Guertin presently exhibits pronounced delusional beliefs of a persecutory nature. He is prone to inferring nefarious intent from benign events, and his reasoning is marked by referential thinking. These symptoms are highly consistent with the presentation of a psychotic disorder. The defendant is also verbose, and he is prone to distraction by his own thoughts while providing these narratives. This tendency results in meandering, sometimes incoherent statements in which his meaning is difficult to discern, and even targeted, directive lines of questioning are not consistently successful in clarifying his ideas. This looseness in his thinking is particularly prominent when discussing delusional themes. Although diagnostic precision in this case is difficult, the possibility that his current psychiatric condition includes a mood component beyond the presence of psychotic symptoms cannot be definitively ruled out.

The aforementioned symptoms interfered with our discussions of legal matters during the current evaluation. Indeed, while he knows the nature of his charges, Mr. Guertin's delusional beliefs are inextricably linked to his perceptions of his current legal situation, and they obstruct his ability to apply this factual knowledge to discussions of his own case in a rational manner devoid of delusional reasoning. On this point, he spoke of various decisions tasked to criminal defendants, but he supported his choices with impaired perceptions of objective reality. His delusions further impact his perceptions of the evidence relevant to his case. Furthermore, he had difficulty participating in consistently coherent, reality-based discussions about the proceedings during the current evaluation, which calls into question (a) the productivity of his legal exchanges with his attorney when preparing a defense and (b) his capacity to testify in the proceedings. The combination of these factors supports the conclusion that **Mr. Guertin's symptoms presently compromise his capacity to understand rationally the proceedings, participate in the defense, and consult rationally with counsel**.

**FURTHER CONCLUSIONS AND RECOMMENDATIONS**

Psychotic symptoms typically remit with the prolonged administration of an appropriate psychiatric medication regimen. Given the unknown contributions of his psychostimulant medication misuse to his current presentation, his compliance with this medication *as prescribed* would be critical to improving his functioning. His abstinence from substance use is also recommended to improve and maintain his mental health stability. Although his response to such recommended intervention is unknown, research (Pirelli & Zapf, 2020) has demonstrated that nearly all (81%) defendants deemed incompetent to proceed can be restored to adjudicative competency under traditional competency restoration commitment statutes. These statutes do not exist in Minnesota at present, but it is reasonable to conclude his mental health could stabilize and his competency-related abilities improve if a proper treatment regimen was implemented. Given his limited insight into the nature of his symptoms, Mr. Guertin would be an appropriate candidate for **referral for civil commitment as a person who poses a risk of harm due to**

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 20-1, Attachment 1 of 1**
**Mar 25, 2023  7:35 AM**
Rule 20 Evaluation Report.pdf

(No Subject)
SHA-256 Hash of Attachment: a686e2c8f909c2197ed0b78b075fe3f39c0d33e526507faeeab0dc5d2fe5a75e

Page: 10 of 10        [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
3/10/2023 4:30 PM

Guertin, Matthew                       27-CR-23-1886                        March 10, 2023

**a mental illness**. Commitment as a person who is mentally ill and dangerous to the public could also be considered given the nature of the specific allegations included with the current referral.

Please do not hesitate to contact me if the Court has further questions about this report.

Respectfully submitted,

*Jill E Rogstad* PhD, ABPP, LP

Jill E. Rogstad, Ph.D., LP, ABPP (Forensic)
Licensed Psychologist
Board Certified in Forensic Psychology by the American Board of Professional Psychology
Senior Clinical Forensic Psychologist, Fourth Judicial District

10

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 47**</span>

**Re_Please forward me psych evaluation report**
**Mar 25, 2023  8:20 AM**

From: Bruce Rivers <riverslawyers@aol.com>
To:    Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 391c2d182bce422a657ed270400edf579a577da041969e2b7cfc88400cdaf6a0
Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Please forward me psych evaluation report

**From:** Bruce Rivers
**To:** Matt Guertin
**Date:** Sat, 25 Mar 2023 08:20:28 -0500

---

```
Sent

Sent from my iPhone

> On Mar 24, 2023, at 9:22 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>
> Bruce,
>
> Just reminding you about sending me the competency report
>
>
> Sent from ProtonMail mobile
>
>
```

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Please forward me psych evaluation report**

**Mar 27, 2023  11:32 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 2ef5b8538d23b264e4077258b48ae4a9202a3105b78403226fceb1b9733db34c

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Re: Please forward me psych evaluation report**
**From:** Matt Guertin
**To:** riverslawyers@aol.com
**Date:** Mon, 27 Mar 2023 16:32:49 +0000

Oh yeah,

One of the things I did purposefully do when I went to the meeting with the forensic psychologists was I made sure I was freshly shaved and well rested so that when I walked into the meeting wearing my backwards baseball cap, bright blue, white, and pink horizontal striped hoodie, and backpack I looked like a hyperactive school kid who just got off the short bus.

I then proceeded to tell her I was an "unlicensed engineer" and when she asked what I meant I replied "I'm a mechanical engineer who never went to school for engineering"

...she then wrote a report highlighting my 'self aggrandizing' statements and 'delusions' in which she uses my claim of being an 'engineer' as supporting evidence for her false assertions

"the set piece was engineered and built in-house at XiteLabs studio by creative technologist Matt Guertin."
https://plsn.com/articles/video-trends/xitelabs-steps-up-and-out/#:~:text=the%20set%20piece%20was%20engineered%20and%20built%20in%2Dhouse%20at%20XiteLabs%20studio%20by%20creative%20technologist%2

I'm not joking when I say I could go through and dismantle almost every single thing she says just as hard as this does...

Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Please forward me psych evaluation report**
**Mar 27, 2023  11:46 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: c82a8ed207da909a9a3f436b2c8b10b1774bdf99b94a2ad3d4ece92005355729

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Please forward me psych evaluation report

**From:** Matt Guertin
**To:** riverslawyers@aol.com
**Date:** Mon, 27 Mar 2023 16:46:05 +0000

...and I could categorically organize the 'perceived achievements' she speaks of into 'Local'
'National' & 'International'

Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 50**

**Re_Please forward me psych evaluation report**
**Mar 27, 2023  12:11 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:     Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 12c6ee5080b6ef55e157787da9a70e305fd83bae25f14d936345c8f99af912b5

Page: 1 of 1         [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Re: Please forward me psych evaluation report**

**From:** Matt Guertin
**To:** riverslawyers@aol.com
**Date:** Mon, 27 Mar 2023 17:11:24 +0000

"Additional Artists: Matt Guertin – system design"
https://www.notch.one/portfolio/the-la-philharmonics-100th-anniversary/#:~:text=Additional%20Artists%3A%20Matt%20Guertin%20%E2%80%93%20system%20design

https://www.rollingstone.com/music/music-lists/50-most-important-people-in-edm-30822/vello-virkhaus-v-squared-labs-and-martin-phillips-bionic-league-50317/

"Falcon Design, Fabrication Direction and Engineering:
Matt Guertin"
https://blacktrax.cast-soft.com/showcase/tracking-a-50ft-falcon-with-xitelabs/#:~:text=Falcon%20Design%2C%20Fabrication%20Direction%20and%20Engineering%3A%0AMatt%20Guertin

https://www.forbes.com/video/4437891345001/the-lab-behind-edms-jawdropping-visuals/?sh=4eccf8ce4ace

Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Please forward me psych evaluation report**

**Apr 3, 2023 7:11 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 3ccfc953958307b66e1021ecb6639f88ad1bb5369ebdbadca69c02fa0b951da3

Page: 1 of 1         [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

---

### Re: Please forward me psych evaluation report

**From:** Matt Guertin
**To:** riverslawyers@aol.com
**Date:** Tue, 04 Apr 2023 00:11:53 +0000

Bruce,

Do you have any update or information about court tomorrow? You said you were going to call me today and let me know.

~Matt


Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**About my court case tomorrow....**

**Apr 3, 2023  9:23 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: c3d91dc4fea3bc4ff7f8efdf7768e5175eb11471e9ee8114301c21a236c66a7c

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**About my court case tomorrow....**

**From:** Matt Guertin
**To:** RiversLawyers
**Date:** Tue, 04 Apr 2023 02:23:31 +0000

Bruce,

Just to let you know I am going to refuse to accept the forensic psychologists assessment of me being incompetent unless I can be assured with 100% certainty by the court that I'm

1. Not going to have any chance of being committed.

2. Am not going to be made to attend anything to do with my mental health or anymore subjective bullshit meetings like the one I had with the forensic psychologist for the court who grossly mischaractarized the contents of our meeting, ignored obvious evidence and other information I gave her which would be favorable to me, and from everything I can see is intentionally being dishonest with the court about what actually took place leading up to me shooting a gun at my apartment. She is intentionally trying to make me look crazy and I'm not going to just play along and agree with her when I don't....AT ALL.

I'd rather try my luck in criminal court as a criminal defendant and accept responsibility for my actions vs. being committed to a mental hospital or having even the slightest chance of that being an outcome.

Unless there is certainty I'd rather go to jail or be on probation, etc. I refuse to get wrapped up in the mental health system by agreeing that I'm 'incompetent' and just going along with this bullshit. I went through all that shit when I was younger and I'd much rather be a criminal than a mental patient.

I am not going to agree that I'm incompetent.

~Matt

Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 53**

**Re_About my court case tomorrow....**

**Apr 4, 2023  2:43 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 1a3dab97c7009a33e03454b27cc1538dd828d934315efad7e73c06ef180fca26
Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: About my court case tomorrow....

**From:** Matt Guertin
**To:** RiversLawyers@aol.com
**Date:** Tue, 04 Apr 2023 19:43:24 +0000

Bruce,

I also have research papers I've looked up about 'acute stress reaction' (basic fight or flight mode) and how it affects appetite as well as sleep patterns.

If you look at the details of my case you will see that the whole 'standoff' that actually happened was me eating for a half hour straight. I'm sure this fact must be mentioned somewhere in discovery..... right? What this obviously signals is that I believed that the threat was over and felt 'safe' again. So safe that suddenly my appetite returned in full force all at once and that is why it took me an additional 25 minutes or so to exit my apartment. If this hasn't been mentioned anywhere in discovery I'm sure it can be verified somehow.

The main Minnetonka police officer I was speaking to told me "if you're hungry, eat" and then it took me so long that he was yelling up and checking on me and my response was that "I'm still eating!" and I just kept eating. I've never been so hungry before.

Acute stress reaction also causes people to not sleep.

I can prove by simple phone records that I didn't even have my adderall prescription when the incident happened as I was calling around to different pharmacies in addition to my doctor in California trying to find someone that had adderall (there's been supply chain issues) - in addition I can demonstrate with phone records that I actually did get my prescription filled once I got out of jail which further supports my claim as I'm only allowed a one month supply at a time.

Acute stress reaction/ fight or flight does not support the forensic psychologists assessment of the situation or her diagnosis of me.

In addition it is my belief that this is something that can be used as a criminal defense to at the very least lessen my sentence as it can easily be proven that all of the crazy stuff I claimed was going on was in fact really happening.

That doesn't mean my response was legal or necessarily 'correct' - although who knows...

One thing is very clear though - that being that I never intended at all to hurt anyone and I never have in my life which is why I have zero violent things at all on my record. I'm not a violent person AT ALL.

Ultimately I viewed what I did as an act of self preservation.

Sent from ProtonMail mobile

---

# Re_About my court case tomorrow....
**Apr 4, 2023  6:24 PM**

From: Bruce Rivers <riverslawyers@aol.com>
To:    Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: bd9aa42085e33348ad80818c1911d7ba0b2aaf888332aedb71166db773c65964
Page: 1 of 1        [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

### Re: About my court case tomorrow....

**From:** Bruce Rivers
**To:** Matt Guertin
**Date:** Tue, 04 Apr 2023 17:24:10 -0600

Call me

Sent from my iPhone

On Apr 4, 2023, at 1:43 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:

Bruce,

I also have research papers I've looked up about 'acute stress reaction' (basic fight or flight mode) and how it affects appetite as well as sleep patterns.

If you look at the details of my case you will see that the whole 'standoff' that actually happened was me eating for a half hour straight. I'm sure this fact must be mentioned somewhere in discovery..... right? What this obviously signals is that I believed that the threat was over and felt 'safe' again. So safe that suddenly my appetite returned in full force all at once and that is why it took me an additional 25 minutes or so to exit my apartment. If this hasn't been mentioned anywhere in discovery I'm sure it can be verified somehow.

The main Minnetonka police officer I was speaking to told me "if you're hungry, eat" and then it took me so long that he was yelling up and checking on me and my response was that "I'm still eating!" and I just kept eating. I've never been so hungry before.

Acute stress reaction also causes people to not sleep.

I can prove by simple phone records that I didn't even have my adderall prescription when the incident happened as I was calling around to different pharmacies in addition to my doctor in California trying to find someone that had adderall (there's been supply chain issues) - in addition I can demonstrate with phone records that I actually did get my prescription filled once I got out of jail which further supports my claim as I'm only allowed a one month supply at a time.

Acute stress reaction/ fight or flight does not support the forensic psychologists assessment of the situation or her diagnosis of me.

In addition it is my belief that this is something that can be used as a criminal defense to at the very least lessen my sentence as it can easily be proven that all of the crazy stuff I claimed was going on was in fact really happening.

That doesn't mean my response was legal or necessarily 'correct' - although who knows...

One thing is very clear though - that being that I never intended at all to hurt anyone and I never have in my life which is why I have zero violent things at all on my record. I'm not a violent person AT ALL.

**Re_About my court case tomorrow....**
**Apr 6, 2023  9:49 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 39348dd1ab3c25d45d1beba100988a38fc7e669fd2f35697232259cf3145fb6d

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: About my court case tomorrow....

**From:** Matt Guertin
**To:** RiversLawyers@aol.com
**Date:** Thu, 06 Apr 2023 14:49:25 +0000

Bruce,

Just checking in to see if you talked to the prosecutor at all about my case

~Matt


Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 56**

**Re_About my court case tomorrow....**
**Apr 7, 2023  12:52 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 3f9ffb792bc650857be8c2dfb7cc4c978d69d7c979333a3d1f172d815db5d75a

Page: 1 of 2         [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: About my court case tomorrow....

**From:** Matt Guertin
**To:** RiversLawyers@aol.com
**Date:** Fri, 07 Apr 2023 05:52:11 +0000

Bruce,

Here are research papers in which I highlighted all relevant parts that relate specifically to acute stress and the effect it has on appetite and sleep. These papers serve to highlight that what I experienced is much more inline with an acute stress reaction (fight or flight)

There is even a paper which highlights the tendency of 'rebound sleep' to occur 2 to 3 hours after the event which is what happened on the way to the jail from Minnetonka PD when the young officer driving me downtown was yelling at me to wake up to make sure I was okay and I just kept telling him "I'm fine...I'm just really tired" to which he replied "well I need you to stay awake please so I know you are alright"

And here are other relevant documents including my patent, 3rd party filing against Netflix, prior art filing of the Microsoft articles I sent to my patent attorney, as well as the documents and email correspondence I had with the forensic psychologist after our meeting (which she completely ignores and tries to discredit as not having any meaning or correlation in her report...claims they are all delusional)

Keep in mind that the forensic psychologist also specifically asked me in our meeting "When did you first feel in danger / fear for your life?" to which I replied "on Xmas eve when I first discovered the fraud at the internet archive"

In addition I also told her that I had a lot of anxiety and worry over all of it to the point that I was having my mom come over whenever I left because I was worried about someone sabotaging my place, etc due to what was all going on. I also told her I was having my mom take my garbage back to her place to put down the garbage shoot. When I told her this I explained how it is the same exact measures large corporations take - that being having security and securely disposing of trash which may contain sensitive/personal information. In addition to this I told her about going to the FBI, filing the police report at the Minnetonka PD, and talking to the secret service agent in Chicago for 20 minutes (at which point I pulled out a copy of my phone records as supporting evidence of my claims)

The reason why all of this matters at all is because it very clearly lays out a stressful situation which not only was sustained over a month long period but which also got increasingly more 'crazy' as far as the many circumstances and things that were 100% factually happening to me in addition to other conclusions I made which may or may not have been correct while I was in the midst of - what to me was a very traumatic and stressful situation. One which I was concerned enough about that I was trying to get help from authorities for and which ended up with me genuinely being in fear for my life as can be ascertained by the sudden return of my appetite, the disruptions in my sleep the few days preceding shooting the gun, me hyperventilating and almost passing out at the police station, and the subsequent crash I had once it was all over.

All of this is indicative of an acute stress response - one which was preceded by over a month of constant stress as I sat and watched websites evolve with the end result being to essentially 'steal' my patent by assembling a completely fraudulent history of PhotoRobot dot com and their 'Virtual Catwalk' which may not even be a real product just based on zooming into their PDF catalogues and realizing that all of their images of their supposed products are fake insofar as they are made up of smaller pixelated components that only appear once you zoom way in, and now that I have more information are almost certainly the result of sophisticated AI creating the images based on a combination of instruction based text and image input into an AI based system. (although I didn't realize this at the time and which was just one of many completely 'crazy' things that happened which lead up to me freaking the fuck out

Here are all of PhotoRobots product catalogues and brochures  Just open up any of them and zoom way into the images of what we are being lead to believe are actual photos of their products and see if you notice anything 'strange'

Here is my earliest discovery of the fraud taking place - which was BEFORE I signed up to the internet archive and tipped them off that I was looking at their site.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 57**</span>

**Re_About my court case tomorrow....**
**Apr 7, 2023  12:52 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 3f9ffb792bc650857be8c2dfb7cc4c978d69d7c979333a3d1f172d815db5d75a

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

Here is just one HTML folder from a single internet archive page for PhotoRobot I downloaded - notice the file named '911' without a file extension. If you view in another program or add '.jpg' to the end of it you will see that it is a a picture of the second plane coming to crash into the world trade center on 911.
THIS IMAGE WAS IN EVERY ONE OF THE FOLDERS I DOWNLOADED FROM THE INTERNET ARCHIVE - or at least a very large percentage of them. I found it odd....and still do.

Here are the spreadsheets I made which were enough for the Minnetonka PD officer that filed my initial report to write "HE HAS PROOF OF THE FRAUD" and which is when I started approaching authorities. This proves the fraud based on simple mathematical probability of this same exact pattern occurring repeatedly in the same fashion for every page as far as the wrong date showing up due to the fact that they were copying current pages into the past for the purpose of creating a false history for the purpose of fraud.

Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_All of it is fake - PhotoRobot is a complete fraud**

Apr 18, 2023  3:03 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: c5ff9e3b56c0b028b135373aa6c062515d99a59f7f05772fc6405f7c420548dd

Page: 1 of 2          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Fw: All of it is fake - PhotoRobot is a complete fraud

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Tue, 18 Apr 2023 20:03:48 +0000

Bruce - I am forwarding you all of the emails I just sent to my patent attorney.
I will keep sending until you have all of them.

I just figured out a huge piece of the puzzle based on doing a little digging into AI generated images. It doesn't get a whole lot more obvious than this....  :-)

~Matt

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Matt Guertin <MattGuertin@protonmail.com>
Date: On Tuesday, April 18th, 2023 at 2:36 PM
Subject: All of it is fake - PhotoRobot is a complete fraud
To: Amanda Prose <aprose@wck.com>
CC: Megan Neumann <mneumann@wck.com>

Amanda,

This is going to be another chain of PDF's and links.

In total there is 21 PDF documents I am sending as well as download links for full source files (zipped) as well as a collection of PhotoRobot YouTube videos I downloaded

This is as solid as 'proof' can possibly get...no spreadsheets....nothing complicated....just the images from some of the different full website downloads I made of pages from the internet archive.  These span from 2010-current and involve 3 completely fraudulent websites / companies. Those 3 would be PhotoRobot, 1WorldSync, and Snap36.

There are many others as well...who knows how many there is by now or what has all been changed as I have stayed away from that rabbit hole but just off the top of my head I have at least 3 or 4 other sites which will almost certainly prove to be just as fraudulent as these are...all of which I also have a ton of compiled files for.

All of the images I am sharing with you were generated by AI - Even the images purported to be from 2010...2011...etc...meaning the internet archive aided whoever is behind this not by just copying a few pages but by letting the fraudsters establish an entire fraudulent history of fake archived pages of companies that don't even exist.. Quite a huge operation indeed - even with the help of AI this still would require a small team I would imagine...it's insane

After looking at the various videos more closely I am able to also spot a lot of anomalies  that point to the videos also being entirely fake as now that I know what to look for it is everywhere....like the girls forehead stretching out as she walks on their 'Virtual_Catwalk' instead of actually having her head tilt down....ALL OF IT IS FAKE - I'm 99.9% certain of this now.

Let me know if this is something that can actually be addressed or brought to the attention of the USPTO now....I'm positive that the PhotoRobot unpublished prior art that published as a part of my patent is not even real.

**This should automatically bring into question any and all other prior art as it relates to PhotoRobot, Mark Roberts Motion Control, Dimension Studios, and Microsoft.**

If I move forward with the digital forensic services would that help to possibly validate the fraud and the

---

**Fw_All of it is fake - PhotoRobot is a complete fraud**

**Apr 18, 2023  3:03 PM**

---

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: c5ff9e3b56c0b028b135373aa6c062515d99a59f7f05772fc6405f7c420548dd

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

docs so that maybe the USPTO would actually take notice or pay any attention to it?

Let me know what you think if you have a chance to look through some of this.. I numbered the PDF's in order of reading as far as getting a 'scientific' overview and then the two main PDF's are 04 and 05 - which I personally made from PhotoRobot images.

I will now follow up with emails which have the PDF's attached in order until they are all sent.

This email contains PDF's 1-2 of 21 total

~Matt

Sent with Proton Mail secure email.

**Attachments:**

01-___ResearchDocs____AI_CHECKERBOARD_ARTIFACTS.pdf

02-___ResearchDocs____Kyle_McDonald__How_To_Recognize_AI_images.pdf

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 31-1, Attachment 1 of 2**

**Apr 18, 2023  3:03 PM**

[01-____ResearchDocs____AI_CHECKERBOARD_ARTIFACTS.pdf](#)

Fw_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: 65af5920e964d347f38a46c331af461ee51844d2c0d6241f3f8a615a1451bc97

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

*SIP* (2019), vol. 8, page 1 of 9 © The Authors, 2019.

This is an Open Access article, distributed under the terms of the Creative Commons Attribution licence (http://creativecommons.org/licenses/by/4.0/), which permits unrestricted re-use, distribution, and reproduction in any medium, provided the original work is properly cited.

doi:10.1017/ATSIP.2019.2

ORIGINAL PAPER

# Checkerboard artifacts free convolutional neural networks

YUSUKE SUGAWARA, SAYAKA SHIOTA AND HITOSHI KIYA

*It is well-known that a number of convolutional neural networks (CNNs) generate checkerboard artifacts in both of two processes: forward-propagation of upsampling layers and backpropagation of convolutional layers. A condition for avoiding the artifacts is proposed in this paper. So far, these artifacts have been studied mainly for linear multirate systems, but the conventional condition for avoiding them cannot be applied to CNNs due to the non-linearity of CNNs. We extend the avoidance condition for CNNs and apply the proposed structure to typical CNNs to confirm whether the novel structure is effective. Experimental results demonstrate that the proposed structure can perfectly avoid generating checkerboard artifacts while keeping the excellent properties that CNNs have.*

**Keywords:** Convolutional neural networks, Upsampling layer, Checkerboard artifacts

Received 24 June 2018; Revised 12 January 2019

---

## I. INTRODUCTION

In this paper, we address the problem of checkerboard artifacts in convolutional neural networks (CNNs) [1]. Recently, CNNs have been widely studied in a variety of computer vision tasks such as image classification [2, 3], semantic segmentation [4, 5], super-resolution (SR) imaging [6, 7], and image generation [8], and they have achieved superior performances. However, CNNs often generate periodic artifacts, referred to as checkerboard artifacts, in both of two processes: forward-propagation of upsampling layers and backpropagation of convolutional layers [9].

In CNNs, it is well-known that checkerboard artifacts are generated by the operations of deconvolution [10, 22, 23] and sub-pixel convolution [11] layers. To overcome these artifacts, smoothness constraints [12], post-processing [13], initialization schemes [14], and different upsampling layer designs [9, 15, 16] have been proposed. Most of them cannot avoid checkerboard artifacts perfectly, although they reduce the artifacts. Among them, Odena *et al.* [9] demonstrated that checkerboard artifacts can be perfectly avoided by using resize convolution layers instead of deconvolution ones. However, resize convolution layers cannot be directly applied to upsampling layers such as deconvolution and sub-pixel convolution ones, so this method requires not only a large amount of memory but it also has high computational costs. In addition, it cannot be applied to the backpropagation of convolutional layers.

Tokyo Metropolitan University, 6-6 Asahigaoka, Hino-shi, Tokyo, Japan

**Corresponding author:**
Hitoshi Kiya
Email: kiya@tmu.ac.jp

Checkerboard artifacts have been studied to design linear multirate systems including filter banks and wavelets [17–20]. In addition, it is well-known that the artifacts are caused by the time-variant property of interpolators in multirate systems, and a condition for avoiding these artifacts has been given [17–19]. However, this condition for linear systems cannot be applied to CNNs due to the non-linearity of CNNs.

In this paper, we extend the conventional avoidance condition for CNNs and apply a proposed structure to typical CNNs to confirm whether the novel structure is effective. Experimental results demonstrate that the proposed structure can perfectly avoid generating checkerboard artifacts caused by both processes, while keeping the excellent properties that CNNs have. As a result, it is confirmed that the proposed structure allows us to offer CNNs without any checkerboard artifacts. This paper is an extension of a conference paper [21].

## II. PREPARATION

Checkerboard artifacts in CNNs and work related to checkerboard artifacts are reviewed here.

### A) Checkerboard artifacts in CNNs

In CNNs, it is well-known that checkerboard artifacts are caused by two processes: forward-propagation of upsampling layers and backpropagation of convolutional layers. This paper focuses on these two issues in CNNs [9, 14, 21].

When CNNs include upsampling layers, there is a possibility that they will generate checkerboard artifacts, which

1

EXHIBIT EML-E | p. 61

**EML-E 31-2, Attachment 2 of 2**
**Apr 18, 2023  3:03 PM**
02-____ResearchDocs____Kyle_McDonald___How_To_Recognize_AI_images.pdf

Fw_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 29ccba925077ee3eb60d7f5b148174d118cd208cd9a98e59648ddf9c004c349b
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

4/9/23, 2:21 PM                How to recognize fake AI-generated images | by Kyle McDonald | Medium

 Kyle McDonald (Follow)
Dec 5, 2018 · 7 min read · Listen



# How to recognize fake AI-generated images

In 2014 machine learning researcher Ian Goodfellow introduced the idea of generative adversarial networks or GANs. "Generative" because they output things like images rather than predictions about input (like "hotdog or not"); "adversarial networks" because they use two neural networks competing with each other in a "cat-and-mouse game", like a cashier and a counterfeiter: one trying to fool the other into thinking it can generate real examples, the other trying to distinguish real from fake.

The first GAN images were easy for humans to identify. Consider these faces from 2014.



"Unsupervised Representation Learning with Deep Convolutional Generative Adversarial Networks" (2014) by Radford et al, also known as DCGAN.

But the latest examples of GAN-generated faces, published in October 2017, are more difficult to identify.

https://kcimc.medium.com/how-to-recognize-fake-ai-generated-images-4d1f6f9a2842                1/13

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_Re_All of it is fake - PhotoRobot is a complete fraud**
**Apr 18, 2023  3:04 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 7d62179cc652b1cf558dcc66ce0ac20d3b43e9a9a45d8a8b1385f71beb3b0ed8
Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Fw: Re: All of it is fake - PhotoRobot is a complete fraud

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Tue, 18 Apr 2023 20:04:53 +0000

Email 2

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Matt Guertin <MattGuertin@protonmail.com>
Date: On Tuesday, April 18th, 2023 at 2:37 PM
Subject: Re: All of it is fake - PhotoRobot is a complete fraud
To: Amanda Prose <aprose@wck.com>
CC: Megan Neumann <mneumann@wck.com>

This email contains PDF 3 of 21 total

Sent with Proton Mail secure email.

------- Original Message -------
On Tuesday, April 18th, 2023 at 2:36 PM, Matt Guertin <MattGuertin@protonmail.com>
wrote:

Amanda,

This is going to be another chain of PDF's and links.

In total there is 21 PDF documents I am sending as well as download links for full source
files (zipped) as well as a collection of PhotoRobot YouTube videos I downloaded

This is as solid as 'proof' can possibly get...no spreadsheets....nothing complicated....just the
images from some of the different full website downloads I made of pages from the internet
archive.  These span from 2010-current and involve 3 completely fraudulent websites /
companies. Those 3 would be PhotoRobot, 1WorldSync, and Snap36.

There are many others as well...who knows how many there is by now or what all has been
changed as I have stayed away from that rabbit hole but just off the top of my head I have
at least 3 or 4 other sites which will almost certainly prove to be just as fraudulent as these
are...all of which I also have a ton of compiled files for.

All of the images I am sharing with you were generated by AI - Even the images purported
to be from 2010...2011...etc...meaning the internet archive aided whoever is behind this not
by just copying a few pages but by letting the fraudsters establish an entire fraudulent
history of fake archived pages of companies that don't even exist.. Quite a huge operation
indeed - even with the help of AI this still would require a small team I would imagine...it's
insane

After looking at the various videos more closely I am able to also spot a lot of anomalies
that point to the videos also being entirely fake as now that I know what to look for it is
everywhere....like the girls forehead stretching out as she walks on their 'Virtual_Catwalk'
instead of actually having her head tilt down....ALL OF IT IS FAKE - I'm 99.9% certain of this
now.

Let me know if this is something that can actually be addressed or brought to the attention
of the USPTO now....I'm positive that the PhotoRobot unpublished prior art that published as

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_Re_All of it is fake - PhotoRobot is a complete fraud**
**Apr 18, 2023  3:04 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 7d62179cc652b1cf558dcc66ce0ac20d3b43e9a9a45d8a8b1385f71beb3b0ed8

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

a part of my patent is not even real.

**This should automatically bring into question any and all other prior art as it relates to PhotoRobot, Mark Roberts Motion Control, Dimension Studios, and Microsoft.**

If I move forward with the digital forensic services would that help to possibly validate the fraud and the docs so that maybe the USPTO would actually take notice or pay any attention to it?

Let me know what you think if you have a chance to look through some of this.. I numbered the PDF's in order of reading as far as getting a 'scientific' overview and then the two main PDF's are 04 and 05 - which I personally made from PhotoRobot images.

I will now follow up with emails which have the PDF's attached in order until they are all sent.

This email contains PDF's 1-2 of 21 total

~Matt

Sent with Proton Mail secure email.

**Attachments:**

03-___ResearchDocs___Photo_Forensics.pdf

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 64**

**EML-E 32-1, Attachment 1 of 1**
**Apr 18, 2023  3:04 PM**
03-____ResearchDocs____Photo_Forensics.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: fc4247353088d2be5199b8efeca02940a50f436b8ea6850d69dbfc1bada8ae5f
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

arXiv:2206.14617v1 [cs.GR] 27 Jun 2022

# PERSPECTIVE (IN)CONSISTENCY OF PAINT BY TEXT

### A PREPRINT

**Hany Farid**
Department of Electrical Engineering and Computer Sciences
School of Information
University of California, Berkeley
hfarid@berkeley.edu

### ABSTRACT

Type "a sea otter with a pearl earring by Johannes Vermeer" or "a photo of a teddy bear on a skateboard in Times Square" into OpenAI's DALL·E-2 paint-by-text synthesis engine and you will not be disappointed by the delightful and eerily pertinent results. The ability to synthesize highly realistic images – with seemingly no limitation other than our imagination – is sure to yield many exciting and creative applications. These images are also likely to pose new challenges to the photo-forensic community. Motivated by the fact that paint by text is not based on explicit geometric modeling, and the human visual system's often obliviousness to even glaring geometric inconsistencies, we provide an initial exploration of the perspective consistency of DALL·E-2 synthesized images to determine if geometric-based forensic analyses will prove fruitful in detecting this new breed of synthetic media.

*Keywords*  Photo Forensics · DALL·E-2 · Text-to-Image

## 1  Introduction

Early examples of learning-based image synthesis (e.g., for example, ProGAN [1] and Style-GAN [2]) were able to synthesize – in the absence of explicit 3-D models – images of faces or other object categories (bedrooms, landscapes, etc.). While able to synthesize highly-realistic images (particularly later incarnations of StyleGAN [3, 4]), the synthesis engines did not afford much control over the semantic contents of the synthesized image.

Paint by text [5, 6, 7, 8], on the other hand, affords seemingly limitless control of semantic content. OpenAI's DALL·E-2 [1], for example, synthesizes images from text descriptions [9] (see also Google's Imagen[2] and Parti[3]). Text descriptions ranging from "an armchair in the shape of an avocado" to "an emoji of a baby penguin wearing a blue hat, red gloves, green shirt, and yellow pants," generate eerily pertinent images.

---

[1] https://openai.com/dall-e-2
[2] https://imagen.research.google
[3] https://parti.research.google

**Fw_Re_All of it is fake - PhotoRobot is a complete fraud**
Apr 18, 2023  3:05 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 8c8e7aedb89fa6674adbe9dc60533de8a744a7397e95b594337f1da6caa82952

Page: 1 of 2          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Fw: Re: All of it is fake - PhotoRobot is a complete fraud

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Tue, 18 Apr 2023 20:05:14 +0000

---

Email 3

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Matt Guertin <MattGuertin@protonmail.com>
Date: On Tuesday, April 18th, 2023 at 2:38 PM
Subject: Re: All of it is fake - PhotoRobot is a complete fraud
To: Amanda Prose <aprose@wck.com>
CC: Megan Neumann <mneumann@wck.com>

> This email contains PDF's 4-8 of 21 total

> Sent with Proton Mail secure email.

> ------- Original Message -------
> On Tuesday, April 18th, 2023 at 2:37 PM, Matt Guertin <MattGuertin@protonmail.com>
> wrote:

>> This email contains PDF 3 of 21 total

>> Sent with Proton Mail secure email.

>> ------- Original Message -------
>> On Tuesday, April 18th, 2023 at 2:36 PM, Matt Guertin
>> <MattGuertin@protonmail.com> wrote:

>>> Amanda,

>>> This is going to be another chain of PDF's and links.

>>> In total there is 21 PDF documents I am sending as well as download links for full
>>> source files (zipped) as well as a collection of PhotoRobot YouTube videos I
>>> downloaded

>>> This is as solid as 'proof' can possibly get...no spreadsheets....nothing
>>> complicated....just the images from some of the different full website downloads
>>> I made of pages from the internet archive.  These span from 2010-current and
>>> involve 3 completely fraudulent websites / companies. Those 3 would be
>>> PhotoRobot, 1WorldSync, and Snap36.

>>> There are many others as well...who knows how many there is by now or what
>>> has all been changed as I have stayed away from that rabbit hole but just off the
>>> top of my head I have at least 3 or 4 other sites which will almost certainly prove
>>> to be just as fraudulent as these are...all of which I also have a ton of compiled
>>> files for.

>>> All of the images I am sharing with you were generated by AI - Even the images
>>> purported to be from 2010...2011...etc...meaning the internet archive aided
>>> whoever is behind this not by just copying a few pages but by letting the

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_Re_All of it is fake - PhotoRobot is a complete fraud**

**Apr 18, 2023  3:05 PM**

---

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 8c8e7aedb89fa6674adbe9dc60533de8a744a7397e95b594337f1da6caa82952

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

fraudsters establish an entire fraudulent history of fake archived pages of companies that don't even exist.. Quite a huge operation indeed - even with the help of AI this still would require a small team I would imagine...it's insane

After looking at the various videos more closely I am able to also spot a lot of anomalies  that point to the videos also being entirely fake as now that I know what to look for it is everywhere....like the girls forehead stretching out as she walks on their 'Virtual_Catwalk' instead of actually having her head tilt down....ALL OF IT IS FAKE - I'm 99.9% certain of this now.

Let me know if this is something that can actually be addressed or brought to the attention of the USPTO now....I'm positive that the PhotoRobot unpublished prior art that published as a part of my patent is not even real.

**This should automatically bring into question any and all other prior art as it relates to PhotoRobot, Mark Roberts Motion Control, Dimension Studios, and Microsoft.**

If I move forward with the digital forensic services would that help to possibly validate the fraud and the docs so that maybe the USPTO would actually take notice or pay any attention to it?

Let me know what you think if you have a chance to look through some of this.. I numbered the PDF's in order of reading as far as getting a 'scientific' overview and then the two main PDF's are 04 and 05 - which I personally made from PhotoRobot images.

I will now follow up with emails which have the PDF's attached in order until they are all sent.

This email contains PDF's 1-2 of 21 total

~Matt

Sent with Proton Mail secure email.

**Attachments:**

07-___Snap36_2010_Website_Images.pdf        06-___PhotoRobot_2010_Website_Images.pdf

08-___PhotoRobot_2011_Website_Images.pdf

05-_____LOOK_AT_ME____PhotoRobot_Full_Catalog_Zooms.pdf

04-_____LOOK_AT_ME____PhotoRobot_Checkerboard_Artifacts_Examined.pdf

---

**EML-E 33-1, Attachment 1 of 5**
**Apr 18, 2023  3:05 PM**
07-___Snap36_2010_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 0e3c33369ccb7ef213db0107bd12dbdd449f327c227fcede5c7016791cb220ad

Page: 1 of 4       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-E 33-1, Attachment 1 of 5**
**Apr 18, 2023  3:05 PM**
07-___Snap36_2010_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 0e3c33369ccb7ef213db0107bd12dbdd449f327c227fcede5c7016791cb220ad
Page: 2 of 4        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 33-1, Attachment 1 of 5**

**Apr 18, 2023  3:05 PM**

07-___Snap36_2010_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: 0e3c33369ccb7ef213db0107bd12dbdd449f327c227fcede5c7016791cb220ad

Page: 3 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 33-1, Attachment 1 of 5**
**Apr 18, 2023  3:05 PM**
07-___Snap36_2010_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: 0e3c33369ccb7ef213db0107bd12dbdd449f327c227fcede5c7016791cb220ad

Page: 4 of 4        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-E 33-2, Attachment 2 of 5**
**Apr 18, 2023  3:05 PM**
06-____PhotoRobot_2010_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 112b0bbf3c058eff1f5c7f5433570eaefaf73f991911fbe3065004ac8daffb71
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EXHIBIT EML-E | p. 72**

**EML-E 33-3, Attachment 3 of 5**
**Apr 18, 2023  3:05 PM**
08-____PhotoRobot_2011_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: baa016d669b3274f25c3adab23e352b7893be5ff58025d7136a2ee9ac02a27a4

Page: 1 of 3        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 33-3, Attachment 3 of 5**
**Apr 18, 2023  3:05 PM**
08-___PhotoRobot_2011_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: baa016d669b3274f25c3adab23e352b7893be5ff58025d7136a2ee9ac02a27a4
Page: 2 of 3      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 74**</span>

**EML-E 33-3, Attachment 3 of 5**
**Apr 18, 2023  3:05 PM**
08-___PhotoRobot_2011_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: baa016d669b3274f25c3adab23e352b7893be5ff58025d7136a2ee9ac02a27a4

Page: 3 of 3       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EXHIBIT EML-E | p. 75**

**EML-E 33-4, Attachment 4 of 5**
**Apr 18, 2023  3:05 PM**
05-_____LOOK_AT_ME____PhotoRobot_Full_Catalog_Zooms.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 8ff4d23e073f6956dafd5a698260d32a64ef7cda1b585bbe48be8166ca50c7ec
Page: 1 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 33-4, Attachment 4 of 5**
**Apr 18, 2023  3:05 PM**
05-_____LOOK_AT_ME_____PhotoRobot_Full_Catalog_Zooms.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 8ff4d23e073f6956dafd5a698260d32a64ef7cda1b585bbe48be8166ca50c7ec
Page: 2 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 33-4, Attachment 4 of 5**
**Apr 18, 2023  3:05 PM**
05-_____LOOK_AT_ME_____PhotoRobot_Full_Catalog_Zooms.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 8ff4d23e073f6956dafd5a698260d32a64ef7cda1b585bbe48be8166ca50c7ec

Page: 3 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 33-4, Attachment 4 of 5**
**Apr 18, 2023  3:05 PM**
05-_____LOOK_AT_ME____PhotoRobot_Full_Catalog_Zooms.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 8ff4d23e073f6956dafd5a698260d32a64ef7cda1b585bbe48be8166ca50c7ec
Page: 4 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 33-5, Attachment 5 of 5**
**Apr 18, 2023  3:05 PM**
04-_____LOOK_AT_ME_____PhotoRobot_Checkerboard_Artifacts_Examined.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a
Page: 1 of 11        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



PAGE 44 from PhotoRobot Product Brochure PDF

**EXHIBIT EML-E | p. 80**

**EML-E 33-5, Attachment 5 of 5**
**Apr 18, 2023  3:05 PM**
04-_____LOOK_AT_ME_____PhotoRobot_Checkerboard_Artifacts_Examined.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a
Page: 2 of 11       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Where did her right thumb go?
She has her right hand on her 'hip'
but not if you look closer - it is actually
lodged underneath her right breast...
It is a completely unnatural human
pose - TRY POSING LIKE THIS

And whats up with her deformed,
extra long wrist?

**PAGE 44 from PhotoRobot.com product brochure**





**EML-E 33-5, Attachment 5 of 5**

**Apr 18, 2023  3:05 PM**

04-_____LOOK_AT_ME_____PhotoRobot_Checkerboard_Artifacts_Examined.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a

Page: 3 of 11      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

**PAGE 44 from PhotoRobot Product Brochure PDF**


ADJUSTED COLOR CHANNELS


CRANKED UP BRIGHTNESS


ADJUSTED GAMMA


ORIGINAL IMAGE

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 33-5, Attachment 5 of 5**
**Apr 18, 2023  3:05 PM**
04-_____LOOK_AT_ME_____PhotoRobot_Checkerboard_Artifacts_Examined.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a

Page: 4 of 11       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**PAGE 3 from PhotoRobot.com
'Virtual Catwalk' product brochure
PDF downloaded from their website**

**All I did to generate the image on
the right is crank the RGB levels all
the way up**



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 83**

**EML-E 33-5, Attachment 5 of 5**
**Apr 18, 2023  3:05 PM**
04-_____LOOK_AT_ME_____PhotoRobot_Checkerboard_Artifacts_Examined.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a

Page: 5 of 11        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**Page 5 from 'Virtual Catwalk' product brochure**

**EML-E 33-5, Attachment 5 of 5**
**Apr 18, 2023  3:05 PM**
04-_____LOOK_AT_ME_____PhotoRobot_Checkerboard_Artifacts_Examined.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a

Page: 6 of 11       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**Page 5 from 'Virtual Catwalk' product brochure**

**EML-E 33-5, Attachment 5 of 5**
**Apr 18, 2023  3:05 PM**
04-_____LOOK_AT_ME_____PhotoRobot_Checkerboard_Artifacts_Examined.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a

Page: 7 of 11      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**Page 5 from 'Virtual Catwalk' product brochure**

**EXHIBIT EML-E | p. 86**

**EML-E 33-5, Attachment 5 of 5**
**Apr 18, 2023 3:05 PM**
04-_____LOOK_AT_ME____PhotoRobot_Checkerboard_Artifacts_Examined.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a
Page: 8 of 11        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Page 5 from 'Virtual Catwalk' product brochure

**EML-E 33-5, Attachment 5 of 5**
**Apr 18, 2023  3:05 PM**
04-_____LOOK_AT_ME_____PhotoRobot_Checkerboard_Artifacts_Examined.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a
Page: 9 of 11        [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 33-5, Attachment 5 of 5**
**Apr 18, 2023  3:05 PM**
04-_____LOOK_AT_ME_____PhotoRobot_Checkerboard_Artifacts_Examined.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a

Page: 10 of 11        [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 89**

**EML-E 33-5, Attachment 5 of 5**

**Apr 18, 2023  3:05 PM**

04-_____LOOK_AT_ME_____PhotoRobot_Checkerboard_Artifacts_Examined.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: 063ca0c8d302ea2014f94d8a73273b2c8338f755ce8a93b6a56923ef2898b89a

Page: 11 of 11      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_Re_All of it is fake - PhotoRobot is a complete fraud**
**Apr 18, 2023  3:05 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: a5af89de469a56b87a94578a1a055e4b7d6517a4c2f0a689af3675c7a5b24cb6

Page: 1 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Fw: Re: All of it is fake - PhotoRobot is a complete fraud

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Tue, 18 Apr 2023 20:05:35 +0000

---

Email 4

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Matt Guertin <MattGuertin@protonmail.com>
Date: On Tuesday, April 18th, 2023 at 2:39 PM
Subject: Re: All of it is fake - PhotoRobot is a complete fraud
To: Amanda Prose <aprose@wck.com>
CC: Megan Neumann <mneumann@wck.com>

This email contains PDF's 9-12 of 21 total

Sent with Proton Mail secure email.

------- Original Message -------
On Tuesday, April 18th, 2023 at 2:38 PM, Matt Guertin <MattGuertin@protonmail.com>
wrote:

This email contains PDF's 4-8 of 21 total

Sent with Proton Mail secure email.

------- Original Message -------
On Tuesday, April 18th, 2023 at 2:37 PM, Matt Guertin
<MattGuertin@protonmail.com> wrote:

This email contains PDF 3 of 21 total

Sent with Proton Mail secure email.

------- Original Message -------
On Tuesday, April 18th, 2023 at 2:36 PM, Matt Guertin
<MattGuertin@protonmail.com> wrote:

Amanda,

This is going to be another chain of PDF's and links.

In total there is 21 PDF documents I am sending as well as download
links for full source files (zipped) as well as a collection of PhotoRobot
YouTube videos I downloaded

This is as solid as 'proof' can possibly get....no spreadsheets....nothing
complicated....just the images from some of the different full website
downloads I made of pages from the internet archive.  These span
from 2010-current and involve 3 completely fraudulent websites /
companies. Those 3 would be PhotoRobot, 1WorldSync, and Snap36.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_Re_All of it is fake - PhotoRobot is a complete fraud**
Apr 18, 2023  3:05 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: a5af89de469a56b87a94578a1a055e4b7d6517a4c2f0a689af3675c7a5b24cb6

Page: 2 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

There are many others as well...who knows how many there is by now or what has all been changed as I have stayed away from that rabbit hole but just off the top of my head I have at least 3 or 4 other sites which will almost certainly prove to be just as fraudulent as these are...all of which I also have a ton of compiled files for.

All of the images I am sharing with you were generated by AI - Even the images purported to be from 2010...2011...etc...meaning the internet archive aided whoever is behind this not by just copying a few pages but by letting the fraudsters establish an entire fraudulent history of fake archived pages of companies that don't even exist.. Quite a huge operation indeed - even with the help of AI this still would require a small team I would imagine...it's insane

After looking at the various videos more closely I am able to also spot a lot of anomalies  that point to the videos also being entirely fake as now that I know what to look for it is everywhere....like the girls forehead stretching out as she walks on their 'Virtual_Catwalk' instead of actually having her head tilt down....ALL OF IT IS FAKE - I'm 99.9% certain of this now.

Let me know if this is something that can actually be addressed or brought to the attention of the USPTO now....I'm positive that the PhotoRobot unpublished prior art that published as a part of my patent is not even real.

**This should automatically bring into question any and all other prior art as it relates to PhotoRobot, Mark Roberts Motion Control, Dimension Studios, and Microsoft.**

If I move forward with the digital forensic services would that help to possibly validate the fraud and the docs so that maybe the USPTO would actually take notice or pay any attention to it?

Let me know what you think if you have a chance to look through some of this.. I numbered the PDF's in order of reading as far as getting a 'scientific' overview and then the two main PDF's are 04 and 05 - which I personally made from PhotoRobot images.

I will now follow up with emails which have the PDF's attached in order until they are all sent.

This email contains PDF's 1-2 of 21 total

~Matt

Sent with Proton Mail secure email.

**Attachments:**

| 10-___PhotoRobot_2016_WP_Website_Images.pdf |

**Fw_Re_All of it is fake - PhotoRobot is a complete fraud**
**Apr 18, 2023  3:05 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: a5af89de469a56b87a94578a1a055e4b7d6517a4c2f0a689af3675c7a5b24cb6

Page: 3 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

| 09-___PhotoRobot_2014_Website_Images.pdf | 11-___Snap36_2021_Website_Images.pdf |
|---|---|
| 12-___1WorldSync_Website_Images.pdf | |

**EML-E 34-1, Attachment 1 of 4**
**Apr 18, 2023  3:05 PM**
10-____PhotoRobot_2016_WP_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 171c513803bd1bc2ce0487960c7ec8276c29242e80fba4f4fdd633fd97bb47fa
Page: 1 of 3        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 34-1, Attachment 1 of 4**
**Apr 18, 2023  3:05 PM**
10-____PhotoRobot_2016_WP_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: 171c513803bd1bc2ce0487960c7ec8276c29242e80fba4f4fdd633fd97bb47fa

Page: 2 of 3      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 34-1, Attachment 1 of 4**
**Apr 18, 2023  3:05 PM**
10-___PhotoRobot_2016_WP_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 171c513803bd1bc2ce0487960c7ec8276c29242e80fba4f4fdd633fd97bb47fa
Page: 3 of 3      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 34-2, Attachment 2 of 4**
**Apr 18, 2023  3:05 PM**
09-___PhotoRobot_2014_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: a95c8f4278761745796b2036d7d5d47072444fd68af22f74cd227a2dcb3d31aa

Page: 1 of 4        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-E 34-2, Attachment 2 of 4**
**Apr 18, 2023  3:05 PM**
09-____PhotoRobot_2014_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: a95c8f4278761745796b2036d7d5d47072444fd68af22f74cd227a2dcb3d31aa
Page: 2 of 4        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-E 34-2, Attachment 2 of 4**
**Apr 18, 2023  3:05 PM**
09-____PhotoRobot_2014_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: a95c8f4278761745796b2036d7d5d47072444fd68af22f74cd227a2dcb3d31aa

Page: 3 of 4       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-E | p. 99

**EML-E 34-2, Attachment 2 of 4**
**Apr 18, 2023  3:05 PM**
09-____PhotoRobot_2014_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: a95c8f4278761745796b2036d7d5d47072444fd68af22f74cd227a2dcb3d31aa
Page: 4 of 4        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-E | p. 100**

**EML-E 34-3, Attachment 3 of 4**
**Apr 18, 2023  3:05 PM**
11-___Snap36_2021_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 637b547a38fd3c448b70de0a5d967ee6d7236694132495c551196e531d7613b6
Page: 1 of 3    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



**EXHIBIT EML-E | p. 101**

**EML-E 34-3, Attachment 3 of 4**
**Apr 18, 2023  3:05 PM**
11-___Snap36_2021_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: 637b547a38fd3c448b70de0a5d967ee6d7236694132495c551196e531d7613b6

Page: 2 of 3      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 34-3, Attachment 3 of 4**
**Apr 18, 2023  3:05 PM**
11-___Snap36_2021_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 637b547a38fd3c448b70de0a5d967ee6d7236694132495c551196e531d7613b6
Page: 3 of 3      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 34-4, Attachment 4 of 4**
**Apr 18, 2023  3:05 PM**
12-___1WorldSync_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: 007eb80e6051d358a71628bd5eaca4e14fd1637a79d914837fe9e5e947a1b228

Page: 1 of 4       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-E 34-4, Attachment 4 of 4**
**Apr 18, 2023  3:05 PM**
12-___1WorldSync_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 007eb80e6051d358a71628bd5eaca4e14fd1637a79d914837fe9e5e947a1b228
Page: 2 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 34-4, Attachment 4 of 4**
**Apr 18, 2023  3:05 PM**
12-___1WorldSync_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: 007eb80e6051d358a71628bd5eaca4e14fd1637a79d914837fe9e5e947a1b228

Page: 3 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 34-4, Attachment 4 of 4**
**Apr 18, 2023  3:05 PM**
12-____1WorldSync_Website_Images.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 007eb80e6051d358a71628bd5eaca4e14fd1637a79d914837fe9e5e947a1b228
Page: 4 of 4        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**Fw_Re_All of it is fake - PhotoRobot is a complete fraud**
Apr 18, 2023  3:06 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 00560112e761815d5b484795190e63e90bb3e8583b427ac9ed3873576c119a5c

Page: 1 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Fw: Re: All of it is fake - PhotoRobot is a complete fraud

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Tue, 18 Apr 2023 20:06:06 +0000

---

Email 5

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Matt Guertin <MattGuertin@protonmail.com>
Date: On Tuesday, April 18th, 2023 at 2:42 PM
Subject: Re: All of it is fake - PhotoRobot is a complete fraud
To: Amanda Prose <aprose@wck.com>
CC: Megan Neumann <mneumann@wck.com>

> This email contains PDF's  13-18 of 21 total

> Sent with Proton Mail secure email.

> ------- Original Message -------
> On Tuesday, April 18th, 2023 at 2:39 PM, Matt Guertin <MattGuertin@protonmail.com>
> wrote:

>> This email contains PDF's 9-12 of 21 total

>> Sent with Proton Mail secure email.

>> ------- Original Message -------
>> On Tuesday, April 18th, 2023 at 2:38 PM, Matt Guertin
>> <MattGuertin@protonmail.com> wrote:

>>> This email contains PDF's 4-8 of 21 total

>>> Sent with Proton Mail secure email.

>>> ------- Original Message -------
>>> On Tuesday, April 18th, 2023 at 2:37 PM, Matt Guertin
>>> <MattGuertin@protonmail.com> wrote:

>>>> This email contains PDF 3 of 21 total

>>>> Sent with Proton Mail secure email.

>>>> ------- Original Message -------
>>>> On Tuesday, April 18th, 2023 at 2:36 PM, Matt Guertin
>>>> <MattGuertin@protonmail.com> wrote:

>>>>> Amanda,

>>>>> This is going to be another chain of PDF's and links.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_Re_All of it is fake - PhotoRobot is a complete fraud**
Apr 18, 2023  3:06 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 00560112e761815d5b484795190e63e90bb3e8583b427ac9ed3873576c119a5c

Page: 2 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

In total there is 21 PDF documents I am sending as well as
download links for full source files (zipped) as well as a
collection of PhotoRobot YouTube videos I downloaded

This is as solid as 'proof' can possibly get...no
spreadsheets....nothing complicated....just the images
from some of the different full website downloads I made
of pages from the internet archive.  These span from
2010-current and involve 3 completely fraudulent
websites / companies. Those 3 would be PhotoRobot,
1WorldSync, and Snap36.

There are many others as well...who knows how many
there is by now or what has all been changed as I have
stayed away from that rabbit hole but just off the top of
my head I have at least 3 or 4 other sites which will
almost certainly prove to be just as fraudulent as these
are...all of which I also have a ton of compiled files for.

All of the images I am sharing with you were generated by
AI - Even the images purported to be from
2010...2011...etc...meaning the internet archive aided
whoever is behind this not by just copying a few pages
but by letting the fraudsters establish an entire fraudulent
history of fake archived pages of companies that don't
even exist.. Quite a huge operation indeed - even with the
help of AI this still would require a small team I would
imagine...it's insane

After looking at the various videos more closely I am able
to also spot a lot of anomalies  that point to the videos
also being entirely fake as now that I know what to look
for it is everywhere....like the girls forehead stretching out
as she walks on their 'Virtual_Catwalk' instead of actually
having her head tilt down....ALL OF IT IS FAKE - I'm 99.9%
certain of this now.

Let me know if this is something that can actually be
addressed or brought to the attention of the USPTO
now....I'm positive that the PhotoRobot unpublished prior
art that published as a part of my patent is not even real.

**This should automatically bring into question any
and all other prior art as it relates to PhotoRobot,
Mark Roberts Motion Control, Dimension Studios,
and Microsoft.**

If I move forward with the digital forensic services would
that help to possibly validate the fraud and the docs so
that maybe the USPTO would actually take notice or pay
any attention to it?

Let me know what you think if you have a chance to look
through some of this.. I numbered the PDF's in order of
reading as far as getting a 'scientific' overview and then
the two main PDF's are 04 and 05 - which I personally
made from PhotoRobot images.

I will now follow up with emails which have the PDF's
attached in order until they are all sent.

**Fw_Re_All of it is fake - PhotoRobot is a complete fraud**
**Apr 18, 2023  3:06 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 00560112e761815d5b484795190e63e90bb3e8583b427ac9ed3873576c119a5c

Page: 3 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

This email contains PDF's 1-2 of 21 total

~Matt

Sent with Proton Mail secure email.

**Attachments:**

| 13-___carousel_EN.pdf | 15-___catwalk_EN.pdf | 16-___centreless_EN.pdf |
| 18-___multicam_EN.pdf | 17-___cube_EN.pdf | 14-___case_EN.pdf |

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 35-1, Attachment 1 of 6**
**Apr 18, 2023  3:06 PM**
13-___carousel_EN.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud

SHA-256 Hash of Attachment: b5fe81038e8c5519a2ae3d47a3f8f7dda0f1c11b6ce4207f854549f6f279763c

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-E 35-2, Attachment 2 of 6**
**Apr 18, 2023  3:06 PM**
15-___catwalk_EN.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: bb1f70f50b89430ad0d57ff87c077995dd982ceb5e917446a88da1abfca8bbec
Page: 1 of 2      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 35-2, Attachment 2 of 6**
**Apr 18, 2023  3:06 PM**
15-___catwalk_EN.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: bb1f70f50b89430ad0d57ff87c077995dd982ceb5e917446a88da1abfca8bbec
Page: 2 of 2      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 35-3, Attachment 3 of 6**
**Apr 18, 2023  3:06 PM**
16-___centreless_EN.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 21838e2df628ee4e37b64b658b37c4ac9cb776787d5e3b4f0cbd50698ad6464f
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-E 35-4, Attachment 4 of 6**
**Apr 18, 2023  3:06 PM**
18-___multicam_EN.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: eebabe5a11f8ddbf6ce444648112888a55e8af54c8f4cd02b84cf5965d57fac0

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]





_**MULTICAM** | Ma

**_SIMULTANEOUS SHOOTING**

The **_MULTICAM** multi-camera system allows you to simultaneously shoot several top view angles in a rotational range of 360° within a few seconds. You can capture hundreds of images in an instant to create a 3D photographic presentation as well as individual images from predefined angles for online or print advertising.

© PHOTOROBOT 2017 | ALL RIGHTS RESERVED

— *The* **MULTICAM** *can hold several cameras for synchronous shooting during a single rotation of the object being photographed.*
*The entire camera portal is (manually/automatically\*) adjustable based on the height of the photographed object.*

⊙ *Depending on your choice of design*

**EXHIBIT EML-E | p. 115**

**EML-E 35-5, Attachment 5 of 6**
**Apr 18, 2023  3:06 PM**
17-____cube_EN.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: a9fa3e7a96002c217be4eea4bc43c0aa5f16a82546bf4f6f56163b778ffb9ba7
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-E 35-6, Attachment 6 of 6**
**Apr 18, 2023  3:06 PM**
14-____case_EN.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: d6db0d84905eef15722a8769abe8755e8a4732e74fd6ecaeb548b4ee380a61c1
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**Fw_Re_All of it is fake - PhotoRobot is a complete fraud**
Apr 18, 2023  3:06 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:     Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 42fb611cd760cd888e674c052eb2578f35f318c7c375dd66066955cedebbbec1
Page: 1 of 3          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Fw: Re: All of it is fake - PhotoRobot is a complete fraud

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Tue, 18 Apr 2023 20:06:35 +0000

---

Email 6 of 7

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Matt Guertin <MattGuertin@protonmail.com>
Date: On Tuesday, April 18th, 2023 at 2:43 PM
Subject: Re: All of it is fake - PhotoRobot is a complete fraud
To: Amanda Prose <aprose@wck.com>
CC: Megan Neumann <mneumann@wck.com>

> This email contains PDF's  19-21 of 21 total
>
> I will be following up with one final email which contains download links
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Tuesday, April 18th, 2023 at 2:42 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>
>> This email contains PDF's  13-18 of 21 total
>>
>> Sent with Proton Mail secure email.
>>
>> ------- Original Message -------
>> On Tuesday, April 18th, 2023 at 2:39 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>>
>>> This email contains PDF's 9-12 of 21 total
>>>
>>> Sent with Proton Mail secure email.
>>>
>>> ------- Original Message -------
>>> On Tuesday, April 18th, 2023 at 2:38 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>>>
>>>> This email contains PDF's 4-8 of 21 total
>>>>
>>>> Sent with Proton Mail secure email.
>>>>
>>>> ------- Original Message -------
>>>> On Tuesday, April 18th, 2023 at 2:37 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>>>>
>>>>> This email contains PDF 3 of 21 total

---

**Fw_Re_All of it is fake - PhotoRobot is a complete fraud**

**Apr 18, 2023  3:06 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 42fb611cd760cd888e674c052eb2578f35f318c7c375dd66066955cedebbbec1

Page: 2 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

Sent with Proton Mail secure email.

------- Original Message -------
On Tuesday, April 18th, 2023 at 2:36 PM, Matt
Guertin <MattGuertin@protonmail.com> wrote:

Amanda,

This is going to be another chain of PDF's and
links.

In total there is 21 PDF documents I am
sending as well as download links for full
source files (zipped) as well as a collection of
PhotoRobot YouTube videos I downloaded

This is as solid as 'proof' can possibly get...no
spreadsheets....nothing complicated....just the
images from some of the different full website
downloads I made of pages from the internet
archive.  These span from 2010-current and
involve 3 completely fraudulent websites /
companies. Those 3 would be PhotoRobot,
1WorldSync, and Snap36.

There are many others as well...who knows
how many there is by now or what has all been
changed as I have stayed away from that
rabbit hole but just off the top of my head I
have at least 3 or 4 other sites which will
almost certainly prove to be just as fraudulent
as these are...all of which I also have a ton of
compiled files for.

All of the images I am sharing with you were
generated by AI - Even the images purported
to be from 2010...2011...etc...meaning the
internet archive aided whoever is behind this
not by just copying a few pages but by letting
the fraudsters establish an entire fraudulent
history of fake archived pages of companies
that don't even exist.. Quite a huge operation
indeed - even with the help of AI this still
would require a small team I would
imagine...it's insane

After looking at the various videos more
closely I am able to also spot a lot of
anomalies  that point to the videos also being
entirely fake as now that I know what to look
for it is everywhere....like the girls forehead
stretching out as she walks on their
'Virtual_Catwalk' instead of actually having her
head tilt down....ALL OF IT IS FAKE - I'm 99.9%
certain of this now.

Let me know if this is something that can
actually be addressed or brought to the
attention of the USPTO now....I'm positive that

---

**Fw_Re_All of it is fake - PhotoRobot is a complete fraud**
Apr 18, 2023  3:06 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 42fb611cd760cd888e674c052eb2578f35f318c7c375dd66066955cedebbbec1

Page: 3 of 3       [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

the PhotoRobot unpublished prior art that
published as a part of my patent is not even
real.

**This should automatically bring into
question any and all other prior art as it
relates to PhotoRobot, Mark Roberts
Motion Control, Dimension Studios, and
Microsoft.**

If I move forward with the digital forensic
services would that help to possibly validate
the fraud and the docs so that maybe the
USPTO would actually take notice or pay any
attention to it?

Let me know what you think if you have a
chance to look through some of this.. I
numbered the PDF's in order of reading as far
as getting a 'scientific' overview and then the
two main PDF's are 04 and 05 - which I
personally made from PhotoRobot images.

I will now follow up with emails which have the
PDF's attached in order until they are all sent.

This email contains PDF's 1-2 of 21 total

~Matt

Sent with Proton Mail secure email.

**Attachments:**

| 20-___platform_EN.pdf | 21-___turntable_EN.pdf | 19-___PhotoRobot CATALOGUE - EN.pdf |

**EML-E 36-1, Attachment 1 of 3**
**Apr 18, 2023  3:06 PM**
20-____platform_EN.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 4b5f5ed89d953dc2a399d53234eaa115751fd26b9798dcc372a2a650b45f0dc9

Page: 1 of 1          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]



*The turntable is extremely versatile thanks to a wide selection of plate sizes.*

**AVAILABLE PLATE SIZES**
2.8 m (9.2 ft)
2.6 (8.5 ft) + 2 m (6.6 ft)
1.8 m (5.9 ft)
1.0 m (3.3 ft)

**IN THE ROTOPOWER VERSION WITH POWER SUPPLY IN THE ROTATING SECTION**

→ **ROTATION 360°**





**_POWER AND PRECISION**

Load capacity of 1500 kg (3307 lb), plate diameter of up to 280 cm (9.2 ft), zero-clearance transmission and high torque – these parameters ensure exceptional performance regardless of whether you are taking photos of a chair or a garden tractor. When combined with the _ROBOTIC **ARM**, the _**TURNING** PLATFORM becomes a compact workplace for producing 3D spin photography of large products. In conjunction with _**CATWALK**, your studio turns into an endless catwalk for shooting live models.

© PHOTOROBOT 2017  |  ALL RIGHTS RESERVED

**EXHIBIT EML-E | p. 121**

**EML-E 36-2, Attachment 2 of 3**
**Apr 18, 2023  3:06 PM**
21-____turntable_EN.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 0abb5f58a23a23dd7376a33f5d7caced1bd92b8830725bf0565c992096edfc5e

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EXHIBIT EML-E | p. 122**

**EML-E 36-3, Attachment 3 of 3**
**Apr 18, 2023  3:06 PM**
19-____PhotoRobot CATALOGUE - EN.pdf

Fw_Re_All of it is fake - PhotoRobot is a complete fraud
SHA-256 Hash of Attachment: 13e9f79979016116bbc5e276f5d2d4cc5bb911dd970cc79f7f1133ba8dc29366
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



# _Universal **SOLUTION**
# _for product photography_



**360°**

Simple and dynamic photograph with a spinning option, comprising at least 12 photos taken from various objects around the object using a camera in a single fixed position. Smooth spinning can usually be achieved with 24–36 images (up to 360 images can be captured in a single rotation of the object).



**3D**

Combined spin image consisting of several 360 degree photo sets taken using a camera from various top view angles during a single rotation of the object around its axis.



**FLYING CAM**

Photos are taken during a single rotation of the photographed object, while the height of the camera is changed so that all the necessary details of the object can be seen during a single rotation on a single plane.

 *Every photograph taken using PhotoRobot can be used for high-quality printing since there are no limitations on the resulting resolution.*

**Fw_Re_All of it is fake - PhotoRobot is a complete fraud**
**Apr 18, 2023  3:07 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 37b8f445299c4372a5530e7d9def052ecbf7ed50fc3d8d0a753b66da1c40904b

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Fw: Re: All of it is fake - PhotoRobot is a complete fraud

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Tue, 18 Apr 2023 20:07:25 +0000

---

Email 7 of 7

That's a wrap.

Thanks,

~Matt

Sent with Proton Mail secure email.

**Absolute proof their YouTube videos are AI generated**
**Apr 18, 2023  4:35 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: f54ab3f5ed44d8c89d9e63479f54d8cc8ff4b2fc3a5040e03efa2ab5bc95c770

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Absolute proof their YouTube videos are AI generated

**From:** Matt Guertin
**To:** Amanda Prose
**Date:** Tue, 18 Apr 2023 21:35:52 +0000

And this is only the first video I scrubbed through in After Effects......

https://drive.proton.me/urls/M3PC6DPRQ8#WzRa3Ncz3cfR

It is all fake

### 100% PROOF

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_More Proof it is all fake**
**Apr 20, 2023  4:31 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 6c12339152c55ef65ff46f298301840c4272796597dd6f30b84d492de46fb5bb

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Fw: More Proof it is all fake

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Thu, 20 Apr 2023 21:31:36 +0000

---

Email 1

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Matt Guertin <MattGuertin@protonmail.com>
Date: On Thursday, April 20th, 2023 at 4:25 PM
Subject: More Proof it is all fake
To: Amanda Prose <aprose@wck.com>
CC: Megan Neumann <mneumann@wck.com>

Amanda,

Here is my final email regarding the fraud for now - After I get my demo video filmed I will start looking more closely at the videos I saved from photorobot among many other websites.

I think this makes it pretty clear though -

~Matt

Sent with Proton Mail secure email.

**Attachments:**

PhotoRobot_2010_Website_Images_PASS_1-7.pdf

PhotoRobot_2011_Website_Images__PASS_1-7.pdf

Snap36_2010_Website_Images__PASS_1-7.pdf

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-E | p. 126

**EML-E 39-1, Attachment 1 of 3**

**Apr 20, 2023  4:31 PM**

PhotoRobot_2010_Website_Images_PASS_1-7.pdf

Fw_More Proof it is all fake

SHA-256 Hash of Attachment: 1b4edbf4abaf4fb443e2b15fec3f1bc666cabf2e3b06d9f8f413c9a7a6cdfefc

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-E | p. 127**

**EML-E 39-2, Attachment 2 of 3**
**Apr 20, 2023  4:31 PM**
PhotoRobot_2011_Website_Images__PASS_1-7.pdf

Fw_More Proof it is all fake

SHA-256 Hash of Attachment: 88f0cd925533529b3682d1500d7e870fea3234b3bd769f7d62e450380e34df2d

Page: 1 of 6        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 39-2, Attachment 2 of 3**
**Apr 20, 2023  4:31 PM**
PhotoRobot_2011_Website_Images__PASS_1-7.pdf

Fw_More Proof it is all fake

SHA-256 Hash of Attachment: 88f0cd925533529b3682d1500d7e870fea3234b3bd769f7d62e450380e34df2d

Page: 2 of 6    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 39-2, Attachment 2 of 3**
**Apr 20, 2023  4:31 PM**
PhotoRobot_2011_Website_Images__PASS_1-7.pdf

Fw_More Proof it is all fake

SHA-256 Hash of Attachment: 88f0cd925533529b3682d1500d7e870fea3234b3bd769f7d62e450380e34df2d

Page: 3 of 6      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 39-2, Attachment 2 of 3**
**Apr 20, 2023  4:31 PM**
PhotoRobot_2011_Website_Images__PASS_1-7.pdf

Fw_More Proof it is all fake

SHA-256 Hash of Attachment: 88f0cd925533529b3682d1500d7e870fea3234b3bd769f7d62e450380e34df2d

Page: 4 of 6        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-E 39-2, Attachment 2 of 3**
**Apr 20, 2023  4:31 PM**
PhotoRobot_2011_Website_Images__PASS_1-7.pdf

Fw_More Proof it is all fake

SHA-256 Hash of Attachment: 88f0cd925533529b3682d1500d7e870fea3234b3bd769f7d62e450380e34df2d

Page: 5 of 6      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 39-2, Attachment 2 of 3**
**Apr 20, 2023  4:31 PM**
PhotoRobot_2011_Website_Images__PASS_1-7.pdf

Fw_More Proof it is all fake
SHA-256 Hash of Attachment: 88f0cd925533529b3682d1500d7e870fea3234b3bd769f7d62e450380e34df2d
Page: 6 of 6      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 39-3, Attachment 3 of 3**
**Apr 20, 2023  4:31 PM**
Snap36_2010_Website_Images__PASS_1-7.pdf

Fw_More Proof it is all fake
SHA-256 Hash of Attachment: cb135c7bff5b6e8623933b45145aaa3c4ed369bef31f67d85d7faf6cbaa5ded0

Page: 1 of 9      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



EXHIBIT EML-E | p. 134

**EML-E 39-3, Attachment 3 of 3**
**Apr 20, 2023  4:31 PM**
Snap36_2010_Website_Images__PASS_1-7.pdf

Fw_More Proof it is all fake
SHA-256 Hash of Attachment: cb135c7bff5b6e8623933b45145aaa3c4ed369bef31f67d85d7faf6cbaa5ded0
Page: 2 of 9      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 39-3, Attachment 3 of 3**
**Apr 20, 2023  4:31 PM**
Snap36_2010_Website_Images__PASS_1-7.pdf

Fw_More Proof it is all fake

SHA-256 Hash of Attachment: cb135c7bff5b6e8623933b45145aaa3c4ed369bef31f67d85d7faf6cbaa5ded0

Page: 3 of 9     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EML-E 39-3, Attachment 3 of 3**
**Apr 20, 2023  4:31 PM**
Snap36_2010_Website_Images__PASS_1-7.pdf

Fw_More Proof it is all fake

SHA-256 Hash of Attachment: cb135c7bff5b6e8623933b45145aaa3c4ed369bef31f67d85d7faf6cbaa5ded0

Page: 4 of 9      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-E | p. 137**

**EML-E 39-3, Attachment 3 of 3**
**Apr 20, 2023  4:31 PM**
Snap36_2010_Website_Images__PASS_1-7.pdf

Fw_More Proof it is all fake

SHA-256 Hash of Attachment: cb135c7bff5b6e8623933b45145aaa3c4ed369bef31f67d85d7faf6cbaa5ded0

Page: 5 of 9      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 39-3, Attachment 3 of 3**
**Apr 20, 2023  4:31 PM**
Snap36_2010_Website_Images__PASS_1-7.pdf

Fw_More Proof it is all fake

SHA-256 Hash of Attachment: cb135c7bff5b6e8623933b45145aaa3c4ed369bef31f67d85d7faf6cbaa5ded0

Page: 6 of 9      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 39-3, Attachment 3 of 3**
**Apr 20, 2023 4:31 PM**
Snap36_2010_Website_Images__PASS_1-7.pdf

Fw_More Proof it is all fake

SHA-256 Hash of Attachment: cb135c7bff5b6e8623933b45145aaa3c4ed369bef31f67d85d7faf6cbaa5ded0

Page: 7 of 9　　　[ .ots timestamp of attached email file ]　　　[ Metadata of attached email file ]



**EML-E 39-3, Attachment 3 of 3**
**Apr 20, 2023  4:31 PM**
Snap36_2010_Website_Images__PASS_1-7.pdf

Fw_More Proof it is all fake

SHA-256 Hash of Attachment: cb135c7bff5b6e8623933b45145aaa3c4ed369bef31f67d85d7faf6cbaa5ded0

Page: 8 of 9      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 39-3, Attachment 3 of 3**
**Apr 20, 2023  4:31 PM**
Snap36_2010_Website_Images__PASS_1-7.pdf

Fw_More Proof it is all fake

SHA-256 Hash of Attachment: cb135c7bff5b6e8623933b45145aaa3c4ed369bef31f67d85d7faf6cbaa5ded0

Page: 9 of 9      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_Re_More Proof it is all fake**

**Apr 20, 2023  4:32 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:     Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: ef1c8b3223cf68c5afd50314d44a0f63a0aead984a80b115514537b4ad9f4795

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Fw: Re: More Proof it is all fake

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Thu, 20 Apr 2023 21:32:26 +0000

---

EMAIL 2

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Matt Guertin <MattGuertin@protonmail.com>
Date: On Thursday, April 20th, 2023 at 4:26 PM
Subject: Re: More Proof it is all fake
To: Amanda Prose <aprose@wck.com>
CC: Megan Neumann <mneumann@wck.com>


    EMAIL 2

    Sent with Proton Mail secure email.

    ------- Original Message -------
    On Thursday, April 20th, 2023 at 4:25 PM, Matt Guertin <MattGuertin@protonmail.com>
    wrote:


        Amanda,

        Here is my final email regarding the fraud for now - After I get my demo video filmed I will
        start looking more closely at the videos I saved from photorobot among many other
        websites.

        I think this makes it pretty clear though -

        ~Matt

        Sent with Proton Mail secure email.


**Attachments:**

1WorldSync_Website_Dowloaded_Images___PASS_1-7__1of2.pdf

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 40-1, Attachment 1 of 1**
**Apr 20, 2023  4:32 PM**
1WorldSync_Website_Dowloaded_Images___PASS_1-7__1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 37222de8b420297fde3e5cc6b6471953173f8ca5fa27f6212441ad5f9bf2e7ab

Page: 1 of 11        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-E 40-1, Attachment 1 of 1**

**Apr 20, 2023  4:32 PM**

1WorldSync_Website_Dowloaded_Images___PASS_1-7__1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 37222de8b420297fde3e5cc6b6471953173f8ca5fa27f6212441ad5f9bf2e7ab

Page: 2 of 11        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 40-1, Attachment 1 of 1**
**Apr 20, 2023  4:32 PM**
1WorldSync_Website_Dowloaded_Images___PASS_1-7__1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 37222de8b420297fde3e5cc6b6471953173f8ca5fa27f6212441ad5f9bf2e7ab

Page: 3 of 11        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-E 40-1, Attachment 1 of 1**
**Apr 20, 2023  4:32 PM**
1WorldSync_Website_Dowloaded_Images___PASS_1-7__1of2.pdf

Fw_Re_More Proof it is all fake
SHA-256 Hash of Attachment: 37222de8b420297fde3e5cc6b6471953173f8ca5fa27f6212441ad5f9bf2e7ab
Page: 4 of 11      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 40-1, Attachment 1 of 1**

**Apr 20, 2023  4:32 PM**

1WorldSync_Website_Dowloaded_Images___PASS_1-7__1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 37222de8b420297fde3e5cc6b6471953173f8ca5fa27f6212441ad5f9bf2e7ab

Page: 5 of 11      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 40-1, Attachment 1 of 1**
**Apr 20, 2023  4:32 PM**
1WorldSync_Website_Dowloaded_Images___PASS_1-7__1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 37222de8b420297fde3e5cc6b6471953173f8ca5fa27f6212441ad5f9bf2e7ab

Page: 6 of 11      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 40-1, Attachment 1 of 1**
**Apr 20, 2023  4:32 PM**
1WorldSync_Website_Dowloaded_Images___PASS_1-7__1of2.pdf

Fw_Re_More Proof it is all fake
SHA-256 Hash of Attachment: 37222de8b420297fde3e5cc6b6471953173f8ca5fa27f6212441ad5f9bf2e7ab
Page: 7 of 11      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 150**</span>

**EML-E 40-1, Attachment 1 of 1**

**Apr 20, 2023  4:32 PM**

1WorldSync_Website_Dowloaded_Images___PASS_1-7__1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 37222de8b420297fde3e5cc6b6471953173f8ca5fa27f6212441ad5f9bf2e7ab

Page: 8 of 11        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 40-1, Attachment 1 of 1**

**Apr 20, 2023  4:32 PM**

1WorldSync_Website_Dowloaded_Images___PASS_1-7__1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 37222de8b420297fde3e5cc6b6471953173f8ca5fa27f6212441ad5f9bf2e7ab

Page: 9 of 11        [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EML-E 40-1, Attachment 1 of 1**
**Apr 20, 2023  4:32 PM**
1WorldSync_Website_Dowloaded_Images___PASS_1-7__1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 37222de8b420297fde3e5cc6b6471953173f8ca5fa27f6212441ad5f9bf2e7ab

Page: 10 of 11      [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EML-E 40-1, Attachment 1 of 1**

**Apr 20, 2023  4:32 PM**

1WorldSync_Website_Dowloaded_Images___PASS_1-7__1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 37222de8b420297fde3e5cc6b6471953173f8ca5fa27f6212441ad5f9bf2e7ab

Page: 11 of 11      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_Re_More Proof it is all fake**
**Apr 20, 2023  4:32 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: bf71856fcc451867ce74026c038ffd657886422b598d9f4a9fef285fcc3ac9cd
Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Fw: Re: More Proof it is all fake

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Thu, 20 Apr 2023 21:32:46 +0000

EMAIL 3

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Matt Guertin <MattGuertin@protonmail.com>
Date: On Thursday, April 20th, 2023 at 4:27 PM
Subject: Re: More Proof it is all fake
To: Amanda Prose <aprose@wck.com>
CC: Megan Neumann <mneumann@wck.com>


EMAIL 3

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, April 20th, 2023 at 4:26 PM, Matt Guertin <MattGuertin@protonmail.com>
wrote:


EMAIL 2

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, April 20th, 2023 at 4:25 PM, Matt Guertin
<MattGuertin@protonmail.com> wrote:


Amanda,

Here is my final email regarding the fraud for now - After I get my demo video
filmed I will start looking more closely at the videos I saved from photorobot
among many other websites.

I think this makes it pretty clear though -

~Matt

Sent with Proton Mail secure email.


**Attachments:**

1WorldSync_Website_Dowloaded_Images___PASS_1-7__2of2.pdf

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 155**

**EML-E 41-1, Attachment 1 of 1**
**Apr 20, 2023  4:32 PM**
1WorldSync_Website_Dowloaded_Images___PASS_1-7__2of2.pdf

Fw_Re_More Proof it is all fake
SHA-256 Hash of Attachment: 1f0a877acc24a8ff5c1ad7456cf841f8f205dbd55202fbee9f954cc7a7d57060
Page: 1 of 10      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 41-1, Attachment 1 of 1**

**Apr 20, 2023  4:32 PM**

1WorldSync_Website_Dowloaded_Images___PASS_1-7__2of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 1f0a877acc24a8ff5c1ad7456cf841f8f205dbd55202fbee9f954cc7a7d57060

Page: 2 of 10      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 41-1, Attachment 1 of 1**
**Apr 20, 2023  4:32 PM**
1WorldSync_Website_Dowloaded_Images___PASS_1-7__2of2.pdf

Fw_Re_More Proof it is all fake
SHA-256 Hash of Attachment: 1f0a877acc24a8ff5c1ad7456cf841f8f205dbd55202fbee9f954cc7a7d57060
Page: 3 of 10      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-E | p. 158**

**EML-E 41-1, Attachment 1 of 1**
**Apr 20, 2023  4:32 PM**
1WorldSync_Website_Dowloaded_Images___PASS_1-7__2of2.pdf

Fw_Re_More Proof it is all fake
SHA-256 Hash of Attachment: 1f0a877acc24a8ff5c1ad7456cf841f8f205dbd55202fbee9f954cc7a7d57060
Page: 4 of 10        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-E 41-1, Attachment 1 of 1**
**Apr 20, 2023  4:32 PM**
1WorldSync_Website_Dowloaded_Images___PASS_1-7__2of2.pdf

Fw_Re_More Proof it is all fake
SHA-256 Hash of Attachment: 1f0a877acc24a8ff5c1ad7456cf841f8f205dbd55202fbee9f954cc7a7d57060
Page: 5 of 10       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 41-1, Attachment 1 of 1**
**Apr 20, 2023  4:32 PM**
1WorldSync_Website_Dowloaded_Images___PASS_1-7__2of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 1f0a877acc24a8ff5c1ad7456cf841f8f205dbd55202fbee9f954cc7a7d57060

Page: 6 of 10        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-E 41-1, Attachment 1 of 1**

**Apr 20, 2023  4:32 PM**

1WorldSync_Website_Dowloaded_Images___PASS_1-7__2of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 1f0a877acc24a8ff5c1ad7456cf841f8f205dbd55202fbee9f954cc7a7d57060

Page: 7 of 10      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 41-1, Attachment 1 of 1**
**Apr 20, 2023  4:32 PM**
1WorldSync_Website_Dowloaded_Images___PASS_1-7__2of2.pdf

Fw_Re_More Proof it is all fake
SHA-256 Hash of Attachment: 1f0a877acc24a8ff5c1ad7456cf841f8f205dbd55202fbee9f954cc7a7d57060
Page: 8 of 10      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 41-1, Attachment 1 of 1**
**Apr 20, 2023  4:32 PM**
1WorldSync_Website_Dowloaded_Images___PASS_1-7__2of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 1f0a877acc24a8ff5c1ad7456cf841f8f205dbd55202fbee9f954cc7a7d57060

Page: 9 of 10      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 41-1, Attachment 1 of 1**
**Apr 20, 2023  4:32 PM**
1WorldSync_Website_Dowloaded_Images___PASS_1-7__2of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 1f0a877acc24a8ff5c1ad7456cf841f8f205dbd55202fbee9f954cc7a7d57060

Page: 10 of 10       [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_Re_More Proof it is all fake**

Apr 20, 2023  4:33 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 663fa6b55a0e896a68d91612dc055b03e14a562963338dd93f84aced7637675a

Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Fw: Re: More Proof it is all fake

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Thu, 20 Apr 2023 21:33:17 +0000

EMAIL 4

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Matt Guertin <MattGuertin@protonmail.com>
Date: On Thursday, April 20th, 2023 at 4:28 PM
Subject: Re: More Proof it is all fake
To: Amanda Prose <aprose@wck.com>
CC: Megan Neumann <mneumann@wck.com>

> EMAIL 4
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Thursday, April 20th, 2023 at 4:27 PM, Matt Guertin <MattGuertin@protonmail.com>
> wrote:
>
>> EMAIL 3
>>
>> Sent with Proton Mail secure email.
>>
>> ------- Original Message -------
>> On Thursday, April 20th, 2023 at 4:26 PM, Matt Guertin
>> <MattGuertin@protonmail.com> wrote:
>>
>>> EMAIL 2
>>>
>>> Sent with Proton Mail secure email.
>>>
>>> ------- Original Message -------
>>> On Thursday, April 20th, 2023 at 4:25 PM, Matt Guertin
>>> <MattGuertin@protonmail.com> wrote:
>>>
>>>> Amanda,
>>>>
>>>> Here is my final email regarding the fraud for now - After I get my
>>>> demo video filmed I will start looking more closely at the videos I
>>>> saved from photorobot among many other websites.
>>>>
>>>> I think this makes it pretty clear though -
>>>>
>>>> ~Matt
>>>>
>>>> Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_Re_More Proof it is all fake**

**Apr 20, 2023  4:33 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 663fa6b55a0e896a68d91612dc055b03e14a562963338dd93f84aced7637675a

Page: 2 of 2       [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

**Attachments:**

Snap36_2021_Website_Images__pass_1-7__PART_1of2.pdf

**EML-E 42-1, Attachment 1 of 1**
**Apr 20, 2023  4:33 PM**
Snap36_2021_Website_Images__pass_1-7__PART_1of2.pdf

Fw_Re_More Proof it is all fake
SHA-256 Hash of Attachment: ec612e0f01ceb303b7c97ab962876cb67f8330f6b9fbf99889bd31ae51b9c1a4
Page: 1 of 12      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 42-1, Attachment 1 of 1**
**Apr 20, 2023  4:33 PM**
Snap36_2021_Website_Images__pass_1-7__PART_1of2.pdf

Fw_Re_More Proof it is all fake
SHA-256 Hash of Attachment: ec612e0f01ceb303b7c97ab962876cb67f8330f6b9fbf99889bd31ae51b9c1a4
Page: 2 of 12      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-E | p. 169**

**EML-E 42-1, Attachment 1 of 1**
**Apr 20, 2023  4:33 PM**
Snap36_2021_Website_Images__pass_1-7__PART_1of2.pdf

Fw_Re_More Proof it is all fake
SHA-256 Hash of Attachment: ec612e0f01ceb303b7c97ab962876cb67f8330f6b9fbf99889bd31ae51b9c1a4
Page: 3 of 12      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 42-1, Attachment 1 of 1**
**Apr 20, 2023  4:33 PM**
Snap36_2021_Website_Images__pass_1-7__PART_1of2.pdf

Fw_Re_More Proof it is all fake
SHA-256 Hash of Attachment: ec612e0f01ceb303b7c97ab962876cb67f8330f6b9fbf99889bd31ae51b9c1a4
Page: 4 of 12      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 42-1, Attachment 1 of 1**
**Apr 20, 2023  4:33 PM**
Snap36_2021_Website_Images__pass_1-7__PART_1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: ec612e0f01ceb303b7c97ab962876cb67f8330f6b9fbf99889bd31ae51b9c1a4

Page: 5 of 12      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 42-1, Attachment 1 of 1**
**Apr 20, 2023  4:33 PM**
Snap36_2021_Website_Images__pass_1-7__PART_1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: ec612e0f01ceb303b7c97ab962876cb67f8330f6b9fbf99889bd31ae51b9c1a4

Page: 6 of 12      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 42-1, Attachment 1 of 1**

**Apr 20, 2023  4:33 PM**

Snap36_2021_Website_Images__pass_1-7__PART_1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: ec612e0f01ceb303b7c97ab962876cb67f8330f6b9fbf99889bd31ae51b9c1a4

Page: 7 of 12      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 42-1, Attachment 1 of 1**

**Apr 20, 2023  4:33 PM**

Snap36_2021_Website_Images__pass_1-7__PART_1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: ec612e0f01ceb303b7c97ab962876cb67f8330f6b9fbf99889bd31ae51b9c1a4

Page: 8 of 12       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 42-1, Attachment 1 of 1**
**Apr 20, 2023  4:33 PM**
Snap36_2021_Website_Images__pass_1-7__PART_1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: ec612e0f01ceb303b7c97ab962876cb67f8330f6b9fbf99889bd31ae51b9c1a4

Page: 9 of 12      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 42-1, Attachment 1 of 1**
**Apr 20, 2023  4:33 PM**
Snap36_2021_Website_Images__pass_1-7__PART_1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: ec612e0f01ceb303b7c97ab962876cb67f8330f6b9fbf99889bd31ae51b9c1a4

Page: 10 of 12       [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EML-E 42-1, Attachment 1 of 1**
**Apr 20, 2023  4:33 PM**
Snap36_2021_Website_Images__pass_1-7__PART_1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: ec612e0f01ceb303b7c97ab962876cb67f8330f6b9fbf99889bd31ae51b9c1a4

Page: 11 of 12       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 42-1, Attachment 1 of 1**
**Apr 20, 2023  4:33 PM**
Snap36_2021_Website_Images__pass_1-7__PART_1of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: ec612e0f01ceb303b7c97ab962876cb67f8330f6b9fbf99889bd31ae51b9c1a4

Page: 12 of 12       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_Re_More Proof it is all fake**
**Apr 20, 2023  4:33 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 617cec07a4a95ce0a6ad0b865e3cc8618e4166c77658b0c8c0488985ce75c64f

Page: 1 of 2          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Fw: Re: More Proof it is all fake

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Thu, 20 Apr 2023 21:33:44 +0000

EMAIL 5

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Matt Guertin <MattGuertin@protonmail.com>
Date: On Thursday, April 20th, 2023 at 4:28 PM
Subject: Re: More Proof it is all fake
To: Amanda Prose <aprose@wck.com>
CC: Megan Neumann <mneumann@wck.com>

EMAIL 5

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, April 20th, 2023 at 4:28 PM, Matt Guertin <MattGuertin@protonmail.com>
wrote:

EMAIL 4

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, April 20th, 2023 at 4:27 PM, Matt Guertin
<MattGuertin@protonmail.com> wrote:

EMAIL 3

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, April 20th, 2023 at 4:26 PM, Matt Guertin
<MattGuertin@protonmail.com> wrote:

EMAIL 2

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, April 20th, 2023 at 4:25 PM, Matt Guertin
<MattGuertin@protonmail.com> wrote:

Amanda,

Here is my final email regarding the fraud for now - After I

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_Re_More Proof it is all fake**

**Apr 20, 2023  4:33 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 617cec07a4a95ce0a6ad0b865e3cc8618e4166c77658b0c8c0488985ce75c64f

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

get my demo video filmed I will start looking more closely
at the videos I saved from photorobot among many other
websites.

I think this makes it pretty clear though -

~Matt

Sent with Proton Mail secure email.

**Attachments:**

Snap36_2021_Website_Images__pass_1-7__PART_2of2.pdf

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 181**

**EML-E 43-1, Attachment 1 of 1**

**Apr 20, 2023  4:33 PM**

Snap36_2021_Website_Images__pass_1-7__PART_2of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 65d92a0c741c6c7eb883547217e3bba4d8cd1f643bb99945266d3443ce578059

Page: 1 of 6      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 43-1, Attachment 1 of 1**

**Apr 20, 2023  4:33 PM**

Snap36_2021_Website_Images__pass_1-7__PART_2of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 65d92a0c741c6c7eb883547217e3bba4d8cd1f643bb99945266d3443ce578059

Page: 2 of 6    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 43-1, Attachment 1 of 1**
**Apr 20, 2023  4:33 PM**
Snap36_2021_Website_Images__pass_1-7__PART_2of2.pdf

Fw_Re_More Proof it is all fake
SHA-256 Hash of Attachment: 65d92a0c741c6c7eb883547217e3bba4d8cd1f643bb99945266d3443ce578059
Page: 3 of 6      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 43-1, Attachment 1 of 1**
**Apr 20, 2023  4:33 PM**
Snap36_2021_Website_Images__pass_1-7__PART_2of2.pdf

Fw_Re_More Proof it is all fake
SHA-256 Hash of Attachment: 65d92a0c741c6c7eb883547217e3bba4d8cd1f643bb99945266d3443ce578059
Page: 4 of 6      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 43-1, Attachment 1 of 1**

**Apr 20, 2023 4:33 PM**

Snap36_2021_Website_Images__pass_1-7__PART_2of2.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: 65d92a0c741c6c7eb883547217e3bba4d8cd1f643bb99945266d3443ce578059

Page: 5 of 6 [ .ots timestamp of attached email file ] [ Metadata of attached email file ]

**EML-E 43-1, Attachment 1 of 1**
**Apr 20, 2023  4:33 PM**
Snap36_2021_Website_Images__pass_1-7__PART_2of2.pdf

Fw_Re_More Proof it is all fake
SHA-256 Hash of Attachment: 65d92a0c741c6c7eb883547217e3bba4d8cd1f643bb99945266d3443ce578059
Page: 6 of 6      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_Re_More Proof it is all fake**
Apr 20, 2023  4:34 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: dc98fcb1ca08d6a73e1e0cc9de37251dfc44bb99d0767d9ef004cbe55c227b84
Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Fw: Re: More Proof it is all fake

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Thu, 20 Apr 2023 21:34:32 +0000

---

EMAIL 6

This is the last one

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Matt Guertin <MattGuertin@protonmail.com>
Date: On Thursday, April 20th, 2023 at 4:29 PM
Subject: Re: More Proof it is all fake
To: Amanda Prose <aprose@wck.com>
CC: Megan Neumann <mneumann@wck.com>

> EMAIL 6
>
> This is the last one
>
> Thanks,
>
> ~Matt
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Thursday, April 20th, 2023 at 4:28 PM, Matt Guertin <MattGuertin@protonmail.com>
> wrote:
>
>> EMAIL 5
>>
>> Sent with Proton Mail secure email.
>>
>> ------- Original Message -------
>> On Thursday, April 20th, 2023 at 4:28 PM, Matt Guertin
>> <MattGuertin@protonmail.com> wrote:
>>
>>> EMAIL 4
>>>
>>> Sent with Proton Mail secure email.
>>>
>>> ------- Original Message -------
>>> On Thursday, April 20th, 2023 at 4:27 PM, Matt Guertin
>>> <MattGuertin@protonmail.com> wrote:
>>>
>>>> EMAIL 3
>>>>
>>>> Sent with Proton Mail secure email.
>>>>
>>>> ------- Original Message -------

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-E | p. 188

**Fw_Re_More Proof it is all fake**
**Apr 20, 2023  4:34 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: dc98fcb1ca08d6a73e1e0cc9de37251dfc44bb99d0767d9ef004cbe55c227b84

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

On Thursday, April 20th, 2023 at 4:26 PM, Matt Guertin
<MattGuertin@protonmail.com> wrote:

EMAIL 2

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, April 20th, 2023 at 4:25 PM, Matt
Guertin <MattGuertin@protonmail.com> wrote:

Amanda,

Here is my final email regarding the fraud for
now - After I get my demo video filmed I will
start looking more closely at the videos I saved
from photorobot among many other websites.

I think this makes it pretty clear though -

~Matt

Sent with Proton Mail secure email.

**Attachments:**

PhotoRobot_2014_Website_Images__PASS_1-7.pdf

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 44-1, Attachment 1 of 1**
**Apr 20, 2023  4:34 PM**
PhotoRobot_2014_Website_Images__PASS_1-7.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: cd3804d719a3b1bafe8db62b93585b6ad23b74b3a4c308902a3af1742c050603

Page: 1 of 12      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 44-1, Attachment 1 of 1**
**Apr 20, 2023  4:34 PM**
PhotoRobot_2014_Website_Images__PASS_1-7.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: cd3804d719a3b1bafe8db62b93585b6ad23b74b3a4c308902a3af1742c050603

Page: 2 of 12     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EML-E 44-1, Attachment 1 of 1**
**Apr 20, 2023  4:34 PM**
PhotoRobot_2014_Website_Images__PASS_1-7.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: cd3804d719a3b1bafe8db62b93585b6ad23b74b3a4c308902a3af1742c050603

Page: 3 of 12      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 44-1, Attachment 1 of 1**
**Apr 20, 2023  4:34 PM**
PhotoRobot_2014_Website_Images__PASS_1-7.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: cd3804d719a3b1bafe8db62b93585b6ad23b74b3a4c308902a3af1742c050603

Page: 4 of 12      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 44-1, Attachment 1 of 1**
**Apr 20, 2023  4:34 PM**
PhotoRobot_2014_Website_Images__PASS_1-7.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: cd3804d719a3b1bafe8db62b93585b6ad23b74b3a4c308902a3af1742c050603

Page: 5 of 12    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]



**EML-E 44-1, Attachment 1 of 1**
**Apr 20, 2023  4:34 PM**
PhotoRobot_2014_Website_Images__PASS_1-7.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: cd3804d719a3b1bafe8db62b93585b6ad23b74b3a4c308902a3af1742c050603

Page: 6 of 12        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-E 44-1, Attachment 1 of 1**
**Apr 20, 2023  4:34 PM**
PhotoRobot_2014_Website_Images__PASS_1-7.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: cd3804d719a3b1bafe8db62b93585b6ad23b74b3a4c308902a3af1742c050603

Page: 7 of 12      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 196**</span>

**EML-E 44-1, Attachment 1 of 1**
**Apr 20, 2023  4:34 PM**
PhotoRobot_2014_Website_Images__PASS_1-7.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: cd3804d719a3b1bafe8db62b93585b6ad23b74b3a4c308902a3af1742c050603

Page: 8 of 12      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 44-1, Attachment 1 of 1**

**Apr 20, 2023  4:34 PM**

PhotoRobot_2014_Website_Images__PASS_1-7.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: cd3804d719a3b1bafe8db62b93585b6ad23b74b3a4c308902a3af1742c050603

Page: 9 of 12       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 44-1, Attachment 1 of 1**
**Apr 20, 2023  4:34 PM**
PhotoRobot_2014_Website_Images__PASS_1-7.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: cd3804d719a3b1bafe8db62b93585b6ad23b74b3a4c308902a3af1742c050603

Page: 10 of 12      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 44-1, Attachment 1 of 1**
**Apr 20, 2023  4:34 PM**
PhotoRobot_2014_Website_Images__PASS_1-7.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: cd3804d719a3b1bafe8db62b93585b6ad23b74b3a4c308902a3af1742c050603

Page: 11 of 12        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 44-1, Attachment 1 of 1**
**Apr 20, 2023  4:34 PM**
PhotoRobot_2014_Website_Images__PASS_1-7.pdf

Fw_Re_More Proof it is all fake

SHA-256 Hash of Attachment: cd3804d719a3b1bafe8db62b93585b6ad23b74b3a4c308902a3af1742c050603

Page: 12 of 12       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-E | p. 201

**Here it is Mr. Rivers**
**May 2, 2023  7:34 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: b72927254dbcfd849f220331694c2403c571377249e9da179fc9dd886e0dbd5b

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Here it is Mr. Rivers**

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Wed, 03 May 2023 00:34:11 +0000

Bruce,

I am going to be sharing this whole folder with the FTC (among others..)

https://drive.proton.me/urls/P7R6RFH98G#vpL7sXkVW498

The videos I analyzed are located in the folder titled 'AI Generated YouTube Videos'

I would suggest that you download the whole folder and keep it somewhere safe if you are able to / have the space.

~Matt Guertin

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Here it is Mr. Rivers**
**May 2, 2023  8:39 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 9e75c497eacaa395f0dfeddf1b46e46830a3ea8430fc9e51f310c0b2548b2e6c

Page: 1 of 1        [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

---

**Re: Here it is Mr. Rivers**

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Wed, 03 May 2023 01:39:37 +0000

I don't feel comfortable right now.

As in I am worried about my safety because of all of this. I don't like the fact that the courts have declared me incompetent and that is my current 'status'

I never asked for any of this. It is obvious and clear as day that I was 100% correct in my assertions about AI and being targeted. I can't just stand by and let my patent be stolen.

I worry about being setup by way of some sophisticated AI manipulation or being targeted due to the size of the companies involved in all of this.

I just want to be left alone and not have my patent stolen. This is all fucked up. I was / am doing great and if I didn't have an insanely valuable patent none of this would be happening in the first place.

I'm pretty stressed out and worried about all of this now that I figured out that all of the videos are AI generated....I mean can you not understand why I might be worried ?

This is fucked up. All of it.

~Matt

Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 203**

**FTC Fraud Report Filed**
**May 3, 2023  1:57 PM**

From: Matt G <Matt@infiniset.com>
To:    Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: 399a29b4cfdab2fb775164d22297a6d5a44654edfdc70f9c0dbb8f664089dffd

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### FTC Fraud Report Filed

**From:** Matt G
**To:** Amanda Prose
**Date:** Wed, 03 May 2023 18:57:34 +0000

Good afternoon,

Attached is a copy of the report I just filed with the FTC regarding the PhotoRobot fraud

Here is a link to the main folder I am sharing - https://drive.proton.me/urls/P7R6RFH98G#vpL7sXkVW498

And here is a direct link to all of the videos I analyzed - https://drive.proton.me/urls/G2GSBJQQ5W#X5iCSs9iq1l

I will be following up with additional reports to additional agencies

Thanks,

~Matt

Sent with Proton Mail secure email.

**Attachments:**

FTC_Report_May_3rd_2023.pdf

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 47-1, Attachment 1 of 1**
**May 3, 2023  1:57 PM**
FTC_Report_May_3rd_2023.pdf

FTC Fraud Report Filed
SHA-256 Hash of Attachment: f7b0939feef557e034c6d63d7d1c12d7fc180d44428786e010715365f6eb19fe
Page: 1 of 2      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---



FEDERAL TRADE COMMISSION
ReportFraud.ftc.gov

FTC Report Number
159606444

## Consumer Report To The FTC

**The FTC cannot resolve individual complaints, but we can provide information about next steps to take.** We share your report with local, state, federal, and foreign law enforcement partners. Your report might be used to investigate cases in a legal proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

### About you

**Name:** Matthew Guertin                                          **Email:** Matt@InfiniSet.com

**Address:** 5832 Lincoln Dr Suite 222                    **Phone:** 763-221-4540

**City:** Edina    **State:** Minnesota    **Zip Code:** 55436

**Country:** USA

### What happened

I emailed the CEO of Mark Roberts Motion Control last fall to get information about their robotic cameras after attending a local workshop in Minneapolis which showcased their 'Bolt Cinecam' robotic camera. My reason for emailing him was in regards to what at the time was my pending patent application but which has since been granted - US Patent 11,577,177 There was a 3 week span of time (approx) between my initial email and when I finally got a direct reply from Assaff Rawner (CEO of MrMoCo.com) at which point he pointed me to www.PhotoRobot.com/robots/catwalk as an example of something that already existed and was similar to my patent. Long story short ALL of it is entirely generated by AI - This includes all of their youtube videos (3 of which are listed as prior art on my patent - 1 of which they already deleted but I have saved) as well as all of their false history they fraudulently added to the internet archive (which I have tons of PDF screenshots including a 'real-time' capture of the fraudulent activity which consists of two pdf screen captures only five minutes apart in which I caught the total archive count going from 45 to 47 and you can clearly see additional date bars being added at the end of 2021 (fraudulent backdating to create a false history) This fraud spans multiple websites - all of which are being used as references for one another to create a false history that makes it appear they were already practicing that which is contained within my patent for the purpose of stealing it ultimately. Mark Roberts Motion Control is partnered with Microsoft and Dimension Studios. I would guess all of the AI generated images and videos are Microsofts handy work. By adjusting the color curves for their website images, PDF product brochures, and all of their various videos I have come up with a method that is able to clearly demonstrate beyond any reasonable doubt that all of it is AI generated - this would include videos which were supposedly uploaded to YouTube in 2012...which presents an obvious issue - As in either AI has been around a lot longer than we've been lead to believe or YouTube as well as Vimeo and other sites (including the internet archive) are allowing the fraudsters to have free reign as far as adding fraudulent backdated content for the purpose of establishing a false history. I have been documenting all of this with multiple attorneys so there is plenty of additional supporting evidence to back up all of my claims My reason for finally deciding to report this stuff 'officially' though is that I just established the color curve method which I was able to use to process all of their website images as well as their YouTube videos . The results make it 100% clear that ALL of it is AI generated and it is all fraud. The companies, the products, the websites, etc I believe are an entire AI fabrication even though I am sure they have enough know how and resources to make them appear real from the outside. None of that matters though since I was able to catch everything so early. I should also mention that I just downloaded the 2 out of 3 videos still on their youtube page a couple days ago and can confirm all of the artifacts confirming AI still exist. Here is a link which proves everything I am saying - https://drive.proton.me/urls/P7R6RFH98G#vpL7sXkVW498 Here is a link directly to their YouTube videos I analyzed which shows AI generation clear as day - https://drive.proton.me/urls/G2GSBJQQ5W#X5iCSs9iq1l

### How it started

| Date fraud began: | Amount I was asked for: | Amount I Paid: |
|---|---|---|
| 10/31/2022 | | |
| **Payment Used:** | | **How I was contacted:** |
| | | Email |

**EXHIBIT EML-E | p. 205**

**EML-E 47-1, Attachment 1 of 1**
**May 3, 2023  1:57 PM**
FTC_Report_May_3rd_2023.pdf

FTC Fraud Report Filed
SHA-256 Hash of Attachment: f7b0939feef557e034c6d63d7d1c12d7fc180d44428786e010715365f6eb19fe
Page: 2 of 2    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]

---

## Details about the company, business, or individual

| Company/Person | | |
|---|---|---|
| Name:<br>Mark Roberts Motion Control | | |
| Address Line 1: | Address Line 2: | City: |
| State: | Zip Code: | Country:<br>GBR |
| Email Address:<br>Assaff@MrMoCo.com | | |
| Phone:<br>441342838007 | | |
| Website:<br>www.MrMoCo.com | | |
| Name of Person You Dealt With:<br>Assaff Rawner | | |

## Your Next Steps



**If you think you clicked a link or opened an attachment that downloaded harmful software:**

- Update your computer's security software.
- Then run a scan and delete anything it identifies as a problem.
- Learn more about how to get fewer spam emails at ftc.gov/spam.

**General Advice:**

- You can find tips and learn more about bad business practices and scams at consumer.ftc.gov.
- If you're concerned that someone might misuse your information, like your Social Security, credit card, or bank account number, go to identitytheft.gov for specific steps you can take.

## What Happens Next



- **Your report will help us in our efforts to protect all consumers. Thank You!**
- We can't resolve your individual report, but we use reports to investigate and bring cases against fraud, scams, and bad business practices.
- We share your report with our law enforcement partners who also use reports to investigate and bring cases against fraud, scams, and bad business practices.
- We use reports to spot trends, educate the public, and provide data about what is happening in your community. You can check out what is going on in your state and metro area by visiting ftc.gov/exploredata.
- Investigations and cases do take time, but when we bring cases, we try to get money back for people. Check out ftc.gov/refunds to see recent FTC cases that resulted in refunds.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_FTC Fraud Report Filed**
**May 3, 2023  3:08 PM**

From: Matt G <Matt@infiniset.com>
To:    Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: e89eecbc7ea1a122e915c81137d3647e46312c8808d6288b1b7ac7c729b4bde9

Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: FTC Fraud Report Filed

**From:** Matt G
**To:** Amanda Prose
**Date:** Wed, 03 May 2023 20:08:03 +0000

And here is a copy of the report I just filed through IC3 dot gov  ;-)

~Matt

Sent with Proton Mail secure email.

------- Original Message -------
On Wednesday, May 3rd, 2023 at 2:12 PM, Amanda Prose <aprose@wck.com> wrote:

>    Received with thanks!
>
>    Best regards,
>
>    Amanda
>
>    On Wed, May 3, 2023 at 13:57 Matt G <Matt@infiniset.com> wrote:
>>    Good afternoon,
>>
>>    Attached is a copy of the report I just filed with the FTC regarding the PhotoRobot fraud
>>
>>    Here is a link to the main folder I am sharing -
>>    https://drive.proton.me/urls/P7R6RFH98G#vpL7sXkVW498
>>
>>    And here is a direct link to all of the videos I analyzed -
>>    https://drive.proton.me/urls/G2GSBJQQ5W#X5iCSs9iq1l
>>
>>    I will be following up with additional reports to additional agencies
>>
>>    Thanks,
>>
>>    ~Matt
>>
>>    Sent with Proton Mail secure email.
>    --
>    Best regards,
>
>    Amanda



WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

---

**Re_FTC Fraud Report Filed**
**May 3, 2023  3:08 PM**

From: Matt G <Matt@infiniset.com>
To:    Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: e89eecbc7ea1a122e915c81137d3647e46312c8808d6288b1b7ac7c729b4bde9

Page: 2 of 2      [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

**Attachments:**

IC3_dot_gov_Report__Filed_May_3rd_2023.pdf

**EML-E 48-1, Attachment 1 of 1**
**May 3, 2023  3:08 PM**
[IC3_dot_gov_Report__Filed_May_3rd_2023.pdf](IC3_dot_gov_Report__Filed_May_3rd_2023.pdf)

Re_FTC Fraud Report Filed

SHA-256 Hash of Attachment: 07e03feb142fc486a1538744ff69db162071b191c1f6d0f448b605b614a55f74

Page: 1 of 5     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

---

 **FEDERAL BUREAU OF INVESTIGATION**

## Victim Information

| | |
|---|---|
| Name: | Matthew Guertin |
| Are you reporting on behalf of a business? | |
| Business Name: | |
| Is the incident currently impacting business operations? | |
| Age: | 40 - 49 |
| Address: | 5832 Lincoln Dr Suite 222 |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Edina |
| County: | Hennepin |
| Country: | United States of America |
| State: | Minnesota |
| Zip Code/Route: | 55436 |
| Phone Number: | 17632214540 |
| Email Address: | Matt@InfiniSet.com |
| Business IT POC, if applicable: | |
| Other Business POC, if applicable: | |

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Hello,

I emailed the CEO of Mark Roberts Motion Control last fall to get information about their robotic cameras after attending a local workshop in Minneapolis which showcased their 'Bolt Cinecam' robotic camera. My reason for emailing him was in regards to what at the time was my pending patent application but which has since been granted - US Patent 11,577,177

There was a 3 week span of time (approx) between my initial email and when I finally got a direct reply from Assaff Rawner (CEO of MrMoCo.com) at which point he pointed me to www.PhotoRobot.com/robots/catwalk as an example of something that already existed and was similar to my patent.

Long story short ALL of it is entirely generated by AI - This includes all of their youtube videos (3 of which are listed as prior art on my patent - 1 of which they already deleted - but I have saved) as well as all of their false history they fraudulently added to the internet archive (which I have tons of PDF screenshots including a 'real-time' capture of the fraudulent activity which consists of two pdf

**EML-E 48-1, Attachment 1 of 1**

**May 3, 2023  3:08 PM**

IC3_dot_gov_Report__Filed_May_3rd_2023.pdf

Re_FTC Fraud Report Filed

SHA-256 Hash of Attachment: 07e03feb142fc486a1538744ff69db162071b191c1f6d0f448b605b614a55f74

Page: 2 of 5    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]

---

screen captures only five minutes apart in which I caught the total archive count going from 45 to 47 and you can clearly see additional date bars being added at the end of 2021 (fraudulent backdating to create a false history)

This fraud spans multiple websites - all of which are being used as references for one another to create a false history that makes it appear they were already practicing that which is contained within my patent for the purpose of stealing it ultimately.

Mark Roberts Motion Control is partnered with Microsoft and Dimension Studios. I would guess all of the AI generated images and videos are Microsoft's handy work. By adjusting the color curves for their website images, PDF product brochures, and all of their various videos I have come up with a method that is able to clearly demonstrate beyond any reasonable doubt that all of it is AI generated - this would include videos which were supposedly uploaded to YouTube in 2012...which presents an obvious issue - As in either AI has been around a lot longer than we've been lead to believe or YouTube as well as Vimeo and other sites (including the internet archive) are allowing the fraudsters to have free reign as far as adding fraudulent backdated content for the purpose of establishing a false history. I have been documenting all of this with multiple attorneys so there is plenty of additional supporting evidence to back up all of my claims.

One other thing worth mentioning is that they forgot to flatten and siplify all of their AI generated PDF catalogs and brochures - meaning all of the layers are exposed and editable if you open it up in Adobe Illustrator. Simply zooming in though to pretty much any of the products or images in their PDF's will make it very obvious that all of it was generated by AI.

My reason for finally deciding to report this stuff 'officially' after some months is that I just established the 'color curve' method which I was able to use to process all of their website images as well as their YouTube videos (I have thousands of full html webpage saves downloaded from the internet archive spanning 2010-current and multiple websites...ALL AI GENERATED FRAUD). The companies, the products, the websites, etc I believe are an entire AI fabrication even though I am sure they have enough know-how and resources to make them appear real from the outside. None of that should matter though since I was able to catch everything so early. I should also mention that I just downloaded the 2 out of 3 videos listed on my patent still on their youtube page a couple days ago and can confirm all of the artifacts you see in the PDF's and videos I analyzed were still present.

Here is a link which proves all of my claims (there is plenty more supporting documents) - https://drive.proton.me/urls/P7R6RFH98G#vpL7sXkVW498

Here is a link directly to their YouTube videos I analyzed which shows AI generation clear as day - https://drive.proton.me/urls/G2GSBJQQ5W#X5iCSs9iq1I

What I want is simple -

I do not want my first ever patent stolen by a giant corporation (or anyone for that matter..) by way of fraud.

I have dedicated the last two years + solely to my patent, as well as engineering, designing, and fabricating a working prototype which I am about to release my first demo video for and which will also serve as the 'official' launch of my company InfiniSet, Inc.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 48-1, Attachment 1 of 1**
**May 3, 2023  3:08 PM**
IC3_dot_gov_Report__Filed_May_3rd_2023.pdf

Re_FTC Fraud Report Filed

SHA-256 Hash of Attachment: 07e03feb142fc486a1538744ff69db162071b191c1f6d0f448b605b614a55f74

Page: 3 of 5      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

In addition to the last two years I have also dedicated a huge portion of my life learning and gaining as much knowledge as possible which is the reason I am able to not only come up with a very valuable idea but also able to design, engineer, and fabricate the exact design you see in my patent all on my own without any college degrees or formal education. I learned everything by busting my ass and I REFUSE TO LET ANYONE STEAL WHAT I HAVE WORKED SO HARD TO BRING TO FRUITION - this would include a giant corporation like Microsoft running rampant with their new AI toys (while apparently being given free reign by YouTube, Vimeo, Internet Archive, etc to post whatever backdated and fraudulent internet history they feel like having their AI generate)

Here is my personal portfolio website which very clearly shows how much hard work I have put fourth prior to arriving at this current point in time
www.MattGuertin.com

I want all of these fraudulent, AI generated websites / companies / products to be 'officially' recognized as the fraud they are so that I can continue forward with my venture without having to worry about Microsoft / Mark Roberts Motion Control or any other giant corporation coming after me and trying to invalidate my patent using their fraudulently produced internet history.

If they want that which I have patented so badly they can pay me for it. I'm pretty sure that's how it's supposed to work....I'm also pretty sure they have plenty of financial resources to be able to do so which just makes their attempted theft of my intellectual property that much more pathetic.

That is all.

Thank you for your time,

Matthew Guertin
InfiniSet, Inc.

## Information About The Subject(s) Who Victimized You

| | |
|---|---|
| Name: | Assaff Rawner |
| Business Name: | Mark Roberts Motion Control |
| Address: | |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | |
| Country: | United Kingdom |
| State: | |
| Zip Code/Route: | |
| Phone Number: | 1441342838007 |
| Email Address: | Assaff@MrMoCo.com |
| Website: | https://www.MrMoCo.com |
| IP Address: | |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 48-1, Attachment 1 of 1**
**May 3, 2023  3:08 PM**
IC3_dot_gov_Report__Filed_May_3rd_2023.pdf

Re_FTC Fraud Report Filed
SHA-256 Hash of Attachment: 07e03feb142fc486a1538744ff69db162071b191c1f6d0f448b605b614a55f74
Page: 4 of 5      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

| | |
|---|---|
| Name: | Bill Gates |
| Business Name: | Microsoft |
| Address: | |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Seattle |
| Country: | United States of America |
| State: | Washington |
| Zip Code/Route: | |
| Phone Number: | |
| Email Address: | |
| Website: | https://www.microsoft.com |
| IP Address: | |

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

All emails and headers are included in the files I shared which are here - https://drive.proton.me/urls/P7R6RFH98G#vpL7sXkVW498

Are there any other witnesses or victims to this incident?

Yes.
I have been documenting all of this since the original email with various attorneys and there is a very long digital 'paper trail' which includes emails, digital files, etc.   I have thousands of full html pages downloaded directly from the Internet Archive spanning multiple websites - All of which are being used as supporting references to one another for the purpose of establishing a false history.

All digital evidence I collected has been distributed to multiple third parties for safe keeping including disks which have remained untouched since December of 2022

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

Minnetonka, MN Police Department
Case # 23-000151

Prior to filing the police report I approached the FBI at their building located in Brooklyn Center, MN but was hung up on after telling the person who answered the phone that it involved wire fraud to which he replied "Do you have proof of someone wiring money" to which I replied I did not. Apparently the person who answered doesn't know the definition of wire fraud.

I also spoke to a Secret Service Agent in Chicago for 24 minutes the Sunday before Martin Luther King Jr Day after calling the Minneapolis field office and being bounced to Chicago. He agreed that I was 100% correct in my assertions about Wire Fraud and Conspiracy based on what I told him. I also gave him the Minnetonka PD case# but never heard anything back or had any follow up.

There is a possibility however that I wasn't even talking to an actual Secret Service agent as I started having all sorts of weird things happen with my phone as well as computers as the culprits

**EML-E 48-1, Attachment 1 of 1**
**May 3, 2023  3:08 PM**
IC3_dot_gov_Report__Filed_May_3rd_2023.pdf

Re_FTC Fraud Report Filed
SHA-256 Hash of Attachment: 07e03feb142fc486a1538744ff69db162071b191c1f6d0f448b605b614a55f74
Page: 5 of 5      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

pulling off the fraud were very aware that I was downloading and collecting tons of stuff and so they started hacking into my devices and very well couldv'e been spoofing / intercepting my calls by way of a Stingray or other similar advanced cellular interception devices.

Fun times

Check here if this an update to a previously filed complaint: ☐

## Who Filed the Complaint

Were you the victim in the incident described above? Yes
Name:
Business Name:
Phone Number:
Email Address:

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Matthew D Guertin
Thank you. Your complaint was submitted to the IC3. Please save or print a copy of your complaint before closing this window. **This is the only time you will have to make a copy of your complaint.**

FAQs     Disclaimer     Privacy Notice     About IC3

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_FTC Fraud Report Filed**

**May 3, 2023  4:04 PM**

From: Matt G <Matt@infiniset.com>
To:    Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: 3c9f032bca2eeb27e7d18a4d79a3c29f17df89d2ccc873e4fea9426b83403114

Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: FTC Fraud Report Filed

**From:** Matt G
**To:** Amanda Prose
**Date:** Wed, 03 May 2023 21:04:19 +0000

And here are 10 of the 11 certfied mail return receipts for all of the Netflix/Trojansky peeps I notified of my patent

That should be everything for today

Thank you very much!

~Matt

Sent with Proton Mail secure email.

------- Original Message -------
On Wednesday, May 3rd, 2023 at 3:08 PM, Matt G <Matt@infiniset.com> wrote:

> And here is a copy of the report I just filed through IC3 dot gov   ;-)
>
> ~Matt
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Wednesday, May 3rd, 2023 at 2:12 PM, Amanda Prose <aprose@wck.com> wrote:
>
>> Received with thanks!
>>
>> Best regards,
>>
>> Amanda
>>
>> On Wed, May 3, 2023 at 13:57 Matt G <Matt@infiniset.com> wrote:
>>> Good afternoon,
>>>
>>> Attached is a copy of the report I just filed with the FTC regarding the PhotoRobot fraud
>>>
>>> Here is a link to the main folder I am sharing -
>>> https://drive.proton.me/urls/P7R6RFH98G#vpL7sXkVW498
>>>
>>> And here is a direct link to all of the videos I analyzed -
>>> https://drive.proton.me/urls/G2GSBJQQ5W#X5iCSs9iq1l
>>>
>>> I will be following up with additional reports to additional agencies
>>>
>>> Thanks,
>>>
>>> ~Matt
>>>
>>> Sent with Proton Mail secure email.
>>>
>>> --

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_FTC Fraud Report Filed**
**May 3, 2023  4:04 PM**

From: Matt G <Matt@infiniset.com>
To:    Amanda Prose <aprose@wck.com>
SHA-256 Hash of .eml: 3c9f032bca2eeb27e7d18a4d79a3c29f17df89d2ccc873e4fea9426b83403114

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

Best regards,

Amanda



INTELLECTUAL PROPERTY ATTORNEYS

WARNING: The information contained in this transmission may be privileged or confidential. It is
intended only for the above identified recipient. If you are not the intended recipient, please
forward this transmission to the author. Please delete this transmission and all copies. Thank you.

**Attachments:**

Netflix_Certified_Mail_Return_Receipts.pdf

EXHIBIT EML-E | p. 215

**EML-E 49-1, Attachment 1 of 1**
**May 3, 2023  4:04 PM**
Netflix_Certified_Mail_Return_Receipts.pdf

Re_FTC Fraud Report Filed

SHA-256 Hash of Attachment: ef5b052a5f5c3e6b12327cde5dfde07b4de5309b540ede511d618b8446e0a045

Page: 1 of 8      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 216**</span>

**EML-E 49-1, Attachment 1 of 1**
**May 3, 2023  4:04 PM**
Netflix_Certified_Mail_Return_Receipts.pdf

Re_FTC Fraud Report Filed

SHA-256 Hash of Attachment: ef5b052a5f5c3e6b12327cde5dfde07b4de5309b540ede511d618b8446e0a045

Page: 2 of 8      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 217**</span>

**EML-E 49-1, Attachment 1 of 1**
**May 3, 2023  4:04 PM**
Netflix_Certified_Mail_Return_Receipts.pdf

Re_FTC Fraud Report Filed
SHA-256 Hash of Attachment: ef5b052a5f5c3e6b12327cde5dfde07b4de5309b540ede511d618b8446e0a045
Page: 3 of 8       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Netflix, Inc.**
Spencer Wang
100 Winchester Circle
Los Gatos, CA  95032

9590 9402 7521 2098 9736 43

2. Article Number (Transfer from service label)
7020 0090 0000 0890 3903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
B. melchor
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Netflix, Inc.**
Ted Sarandos
100 Winchester Circle
Los Gatos, CA  95032

9590 9402 7521 2098 9625 31

2. Article Number (Transfer from service label)
7020 0090 0000 0890 3927

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
B. melchor
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Westman, Champlin & Koehler**
Amanda Prose
121 South 8th Street
Suite 1100
Minneapolis, MN  55402

9590 9402 7521 2098 9736 74

2. Article Number (Transfer from service label)
7020 0090 0000 0890 4177

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ☑ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
3-28-23
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 49-1, Attachment 1 of 1**
**May 3, 2023  4:04 PM**
Netflix_Certified_Mail_Return_Receipts.pdf

Re_FTC Fraud Report Filed

SHA-256 Hash of Attachment: ef5b052a5f5c3e6b12327cde5dfde07b4de5309b540ede511d618b8446e0a045

Page: 4 of 8       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 49-1, Attachment 1 of 1**
**May 3, 2023  4:04 PM**
Netflix_Certified_Mail_Return_Receipts.pdf

Re_FTC Fraud Report Filed

SHA-256 Hash of Attachment: ef5b052a5f5c3e6b12327cde5dfde07b4de5309b540ede511d618b8446e0a045

Page: 5 of 8      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 49-1, Attachment 1 of 1**
**May 3, 2023  4:04 PM**
Netflix_Certified_Mail_Return_Receipts.pdf

Re_FTC Fraud Report Filed

SHA-256 Hash of Attachment: ef5b052a5f5c3e6b12327cde5dfde07b4de5309b540ede511d618b8446e0a045

Page: 6 of 8      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 221**</span>

**EML-E 49-1, Attachment 1 of 1**
**May 3, 2023  4:04 PM**
Netflix_Certified_Mail_Return_Receipts.pdf

Re_FTC Fraud Report Filed

SHA-256 Hash of Attachment: ef5b052a5f5c3e6b12327cde5dfde07b4de5309b540ede511d618b8446e0a045

Page: 7 of 8      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 49-1, Attachment 1 of 1**
**May 3, 2023  4:04 PM**
Netflix_Certified_Mail_Return_Receipts.pdf

Re_FTC Fraud Report Filed
SHA-256 Hash of Attachment: ef5b052a5f5c3e6b12327cde5dfde07b4de5309b540ede511d618b8446e0a045
Page: 8 of 8     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 223**</span>

**June 14th @ 9am**
**May 27, 2023  7:43 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 4ad03746f5b11985cc34fd9ed85348d7424c8bae87dde699741d5489727c1a11

Page: 1 of 1      [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

**June 14th @ 9am**

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Sun, 28 May 2023 00:43:37 +0000

Bruce,

I'm counting on your ability then to ensure that my June 14th hearing @ 9am is going to for sure happen this time and be in person (as opposed to over zoom..)

I'm turning it into an event and inviting all of my friends and whatnot for moral support.

Thanks,
~Matt


Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**The 6th Amendment**
**Jun 9, 2023  1:39 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 1c6823b37c2582c9aec446f9a044cc3169bf6327c697d325606bd6cb5314578d

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**The 6th Amendment**

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Fri, 09 Jun 2023 18:39:27 +0000

How can a zoom hearing satisfy the 'public trial' clause of the 6th amendment?

Zoom is inherently 'non-public' due to the fact that you need a special code or invite in order to gain access.

Being forced to attend my hearing over Zoom violates my 6th amendment rights.

Sent from ProtonMail mobile

EXHIBIT EML-E | p. 225

**Re_The 6th Amendment**
**Jun 9, 2023  1:50 PM**

From: Bruce Rivers <riverslawyers@aol.com>
To:    Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 75345b64071ec5ed6416178cf9bb8504e9a06030ed97987073ba03ef2083fdca

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

**Re: The 6th Amendment**
**From:** Bruce Rivers
**To:** Matt Guertin
**Date:** Fri, 09 Jun 2023 12:50:46 -0600

I'll request an in person appearance

Sent from my iPhone

> On Jun 9, 2023, at 12:39 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>
> How can a zoom hearing satisfy the 'public trial' clause of the 6th amendment?
>
> Zoom is inherently 'non-public' due to the fact that you need a special code or invite in order to gain access.
>
> Being forced to attend my hearing over Zoom violates my 6th amendment rights.
>
>
>
> Sent from ProtonMail mobile
>
>

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-E | p. 226