# EXHIBIT EML-E2

# EXHIBIT EML-E2 (part 2 of 2)

**Digitally Authenticated Email Messages Between Plaintiff, and Legal Counsel AFTER origination of January 21, 2023 criminal charges.**

Topics discussed include, but are not limited to: Patent fraud, false Rule 20.01 report's, Plaintiff's legal strategy, legal research, successful USPTO prior art filing against Netflix, FBI and FTC fraud report's, investigations into fraudulent, AI generated prior art, Plaintiff's "former CIA" welder, and Bruce River's comment to Plaintiff that "powerful people are keeping an eye on him"

---

## **TABLE OF CONTENTS**

**Page**

**53    Jun 9, 2023  2:03 PM**
*Re_The 6th Amendment* ....................................................... 227

**54    Jun 10, 2023  5:13 AM**
*Re_The 6th Amendment* ....................................................... 228

**55    Jun 16, 2023  9:28 AM**
*Unethical behavior, my FBI report, and the AI generated videos* ........................... 231

**56    Jun 16, 2023  10:06 AM**
*Re_Unethical behavior, my FBI report, and the AI generated videos* .................... 234

**57    Aug 1, 2023  6:27 AM**
*I need advice asap (this morning..) about my case* ................................................ 235

**58    Aug 1, 2023  6:30 AM**
*Fw_LINKS_Exam and Preliminary Hearing* ........................................................ 236

**59    Aug 1, 2023  10:14 AM**
*Fw_LINKS_Exam and Preliminary Hearing* ........................................................ 237

    59-1   US11577177B2 My Granted Patent STRIPPED VERSION.pdf .................... 240

    59-2   IC3_dot_gov_Report__Filed_May_3rd_2023.pdf ........................................ 245

    59-3   MICROSOFT DIMENSION MRMOCO_2023-03-16_IDS.pdf .................... 250

    59-4   FTC_Report_May_3rd_2023.pdf ............................................................... 253

    59-5   Mntka Police Report 23-000151_FILED 9 DAYS BEFORE.pdf .................. 255

    59-6   Letter_From_My_CA_Psychiatrist_Dr_Schuster.pdf .................................. 259

    59-7   Email correspondence with IP attorney discussing fraud.pdf ....................... 261

    59-8   US11577177B2 My Granted Patent.pdf ...................................................... 262

    59-9   Best Buy Corporate Introduction.pdf ........................................................... 263

    59-10   NETFLIX 3RD Party USPTO Receipt.pdf ................................................ 264

    59-11   NETFLIX 3RD Party Form ACCEPTED BY USPTO.pdf .......................... 265

    59-12   NETFLIX USPS CertifiedMailerReceipt scan.pdf ..................................... 269

# TABLE OF CONTENTS

## (continued)

59-13   NETFLIX Screencap from USPTO EFS Web.pdf ....................................... 273

59-14   NETFLIX Certified Mail Scans.pdf ........................................... 274

59-15   NETFLIX PATENT APPLICATION US20220319115A1.pdf ..................... 289

59-16   IRS 2019 Wages And Income_Matthew Guertin.pdf ................................. 290

**60   Aug 1, 2023  10:25 AM**
*Re_LINKS_Exam and Preliminary Hearing* ........................................... 291

**61   Aug 1, 2023  3:24 PM**
*Dr Schuster Report* ...................................................................... 292

61-1   Letter_From_My_CA_Psychiatrist_Dr_Schuster.pdf .................................. 293

**62   Aug 4, 2023  12:11 PM**
*Re_Dr Schuster Report* ................................................................. 295

62-1   20230205_220808.jpg ................................................................ 297

62-2   20230205_220838.jpg ................................................................ 298

62-3   20230205_220853.jpg ................................................................ 299

62-4   20230205_220922.jpg ................................................................ 300

62-5   20230205_221015.jpg ................................................................ 301

62-6   20230205_221026.jpg ................................................................ 302

62-7   20230205_221036.jpg ................................................................ 303

62-8   20230205_221049.jpg ................................................................ 304

**63   Jan 10, 2024  4:59 PM**
*Matt Guertin - LinkedIn Search Graph* .............................................. 305

63-1   LinkedIn-Email-PGP-Headers-PROOF.zip ............................................ 307

63-2   LinkedIn_SearchCountGraph_v6_1200w_.png .......................................... 308

63-3   GUERTIN INFINISET PATENT US11577177B2.pdf .................................. 309

63-4   US11810254.pdf ....................................................................... 311

63-5   27-CR-23-1886_Demand or Request for Discovery_2024-01-05.pdf ........... 312

**64   Jan 10, 2024  5:03 PM**
*Re_Matt Guertin - LinkedIn Search Graph* ........................................... 313

**65   Jan 10, 2024  5:12 PM**
*Re_Matt Guertin - LinkedIn Search Graph* ........................................... 314

65-1   Introducing InfiniSet.pdf ........................................................... 316

# TABLE OF CONTENTS
## (continued)

**66**   **Jan 12, 2024  2:16 PM**
*Re_Matt Guertin - LinkedIn Search Graph* ............................................................. 317

**67**   **Jan 12, 2024  3:04 PM**
*Re_Matt Guertin - LinkedIn Search Graph* ............................................................. 318

**68**   **Jan 12, 2024  3:37 PM**
*Re_Matt Guertin - LinkedIn Search Graph* ............................................................. 319

**69**   **Jan 14, 2024  12:00 PM**
*Re_Matt Guertin - LinkedIn Search Graph* ............................................................. 320

**70**   **Jan 15, 2024  3:02 PM**
*Re_Matt Guertin - LinkedIn Search Graph* ............................................................. 321

**71**   **Jan 26, 2024  4:38 PM**
*Re_Matt Guertin - LinkedIn Search Graph* ............................................................. 322

**72**   **Apr 3, 2024  8:07 AM**
*NOTICE OF DISMISSAL AS DEFENSE COUNSEL* ............................................... 323

     72-1   27-CR-23-1886_Pro-Se-Motion_2024-04-03.pdf ......................................... 324

**73**   **Apr 3, 2024  8:38 AM**
*Re_NOTICE OF DISMISSAL AS DEFENSE COUNSEL* ......................................... 332

**74**   **May 10, 2024  12:49 PM**
*Meeting* ................................................................................................................. 333

**75**   **Jul 18, 2024  8:43 AM**
*RE_R20.01 27-CR-23-1886* .................................................................................. 334

     75-1   Notice of Remote Hearing with Instructions.pdf .......................................... 335

**76**   **Jul 25, 2024  11:28 AM**
*Matthew Guertin - Fraudulent Discovery Materials* ............................................... 337

     76-1   Rivers-Discovery-Missing-Images.pdf ......................................................... 339

     76-2   23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf ..................... 342

**77**   **Jul 25, 2024  11:55 AM**
*Re_Matthew Guertin - Fraudulent Discovery Materials* ......................................... 355

**78**   **Jul 25, 2024  3:41 PM**
*Re_Matthew Guertin - Fraudulent Discovery Materials* ......................................... 356

     78-1   29_Pro-Se-Motion-to-Compel-Discovery_2024-04-04.pdf .......................... 358

     78-2   image_metadata.xlsx ................................................................................... 393

     78-3   50-74.jpg ...................................................................................................... 394

**79**   **Jul 25, 2024  4:12 PM**
*Re_Matthew Guertin - Fraudulent Discovery Materials* ......................................... 395

**Re_The 6th Amendment**
**Jun 9, 2023  2:03 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 570b420082d356472c235dd08a5af14ec58ab17393c293f1a258918300c8d004

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: The 6th Amendment

**From:** Matt Guertin
**To:** riverslawyers@aol.com
**Date:** Fri, 09 Jun 2023 19:03:13 +0000

The last thing I need is some fake ass, PhotoRobot, AI generated Judge presiding over my case.....

Sheeeeeeit

Sent from ProtonMail mobile

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 227**

**Re_The 6th Amendment**

**Jun 10, 2023  5:13 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: b86a915300fe75da89a43b3f58bd9926c349706978d2610cda0efc0a820cb01f

Page: 1 of 3          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: The 6th Amendment

**From:** Matt Guertin
**To:** riverslawyers@aol.com
**Date:** Sat, 10 Jun 2023 10:13:51 +0000

---

Also on a random side note-

I'm pretty sure my phone has been cloned. I got an email from ebay saying I logged in on a new device even though it's the same phone I've owned since 2019. I also get weird notifications from my email server saying I've logged in on a new device but then when I go to check for the actual email it's not there.

That's the thing with sudden emergence of all this AI shit is that where it ultimately ends up is with "powerful people" (simply the man behind the curtain in the wizard of Oz..) having the ability to filter all of your communications. I'm not saying 100% that this is going on yet or that I believe it's happened to me at all - rather all I am saying is that everything that is needed to make that a reality currently exists and is 'in place'.

My basic take on everything is that if I can think of it there's obviously a whole lot of other people who've already thought about it as well.

I literally caught the very tail end of having the patent office send you a hard copy when you're granted a patent. In April they converted it to a fully digital system. They are obviously trying to establish court hearings and appearances over Zoom as a new 'norm' which obviously presents a whole range of legal questions (or it should anyways...especially now that it's openly being advertised that anything and everything can be faked).

You're a smart guy Mr. Rivers. Surely you must've realized the fact that on January 21st when I shot off a gun and wrote that shit all over my walls it would be completely reasonable why people would question my mental health - yet in the 5+ months since then it's literally all been confirmed simply by people's TV sets and internet connections alone - nevermind the fact that I was actually able to analyze their fraudulently produced videos and complete my own 'investigation' to such a successful degree that I was able to single handedly flip over the entire game board (proven by the fact I have apparently become deserving of a whole lot of attention all of a sudden..)

My take on the whole situation is a rather simple one ultimately -

I DON'T WANT MY SHIT STOLEN

It's not my fault that the stupid ceo was so dumb and overly confident that he couldn't help but to point me to what was obviously an 'in progress' / 'unfinished' fraud operation being carried out against me. I didn't even start looking at the web archive until over a month later - WHY THE HELL WOULD HE POINT ME DIRECTLY TO THE FAKE PHOTOROBOT WEBSITE? it's retarded. If he hadn't done that I never would've even known and their fraud almost certainly would've been successful.

At the end of the day I was literally minding my own fucking business and suddenly realized someone was trying to steal what I've been working on nonstop over the past 28 months at this current point. I've literally put my whole life into this which doesn't even include all of the hard work and long nights spent alone over many years on the computer honing my craft so that I am able to not only come up with an insanely valuable idea but also design, engineer, fabricate, and program a working prototype of that which originated as nothing more than an idea....a simple 'thought' initially.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_The 6th Amendment**

**Jun 10, 2023  5:13 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: b86a915300fe75da89a43b3f58bd9926c349706978d2610cda0efc0a820cb01f

Page: 2 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

It would be the same as if you looked out your window and saw someone trying to break into your hypothetical shed for the purpose of stealing your entire career in criminal defense including all of the time and effort you personally put forth in order to arrive at this current point in your life....you wouldn't just stand by and do absolutely nothing. It's simple logic.

If there's 'powerful people' keeping an 'eye' on me (at least 5 of them if I had to guess a number..) then what they should do is talk to their 'powerful' friends and secure the funds to simply acquire InfiniSet, Inc. along with IP and then everyone is happy. Fucking pay me and be done with it. We both go our separate ways and I agree to an nda or whatever crafty shit their unlimited team of top notch lawyers can concoct and in return I'm left alone to live my life in peace.

The cutoff date for international filing is September 19th I believe. I have a continuation filed, I have the InfiniSet trademark filed in 8 countries and it won't be a problem for me to find the funding needed for InfiniSet, Inc to file patents in all of the countries that matter by the deadline if it isn't purchased before that time. (This of course assumes my communication and internet isn't intentionally filtered by AI or I'm inhibited in some other nefarious, bullshit way)

Basically I want nothing more at this point than to just sell everything outright for a very large sum of money and call it a day. 'Powerful People' have unlimited money. Tell them I want some of it and in return not only can they have what they obviously want badly enough to commit a bunch of fraud but I'll pretend like none of this ever happened and never talk about it again. I'm over this shit.

PAY ME AND THEN LEAVE ME THE FUCK ALONE. that's all I'm after.

They also need to get my case completely dismissed and the whole incident wiped from my record so that it never happened. My guns are returned to me and I'm still able to legally purchase a firearm (if I don't feel like building one on my own instead)

If you're able to oversee or somehow pass this message along to the people that are apparently veryinterested in acquiring InfiniSet, Inc. feel free to do so - otherwise I've been operating off of the assumption that they are already well aware of my intentions at this point regardless... so whatever.

Fuck this shit.

All I want is to be left alone and not stolen from.

They can continue on with their their fraudulent, ai bullshit and I will use my money to finally be able to own my own house/piece of land, find a hot wife, move to another country most likely, and grow as old as one can possibly be before the whole either falls apart or the criminals currently in the process of attempting to take it over end up inadvertently destroying themselves by way of their own technology.

(Even with all of their perceived 'power' and control they seem to be rather short sighted and clueless about certain aspects of human nature as it relates to their current attempt to reshape society in such an inorganic, obtuse, and completely obvious fashion)

I'm of the belief that it's blatantly obvious at this point to anyone and everyone (regardless of their position on the chess board, 3 letter 'affiliations', etc) that I'm obviously very smart and talented and not the actual 'bad guy' at all in any of the current 'matters' taking place.

I'm very well aware of what's possible if the decision was made at some very high level to make me into a 'bad guy' but I am the opinion that if I've been able to single handedly 'stir' shit up this much

**Re_The 6th Amendment**

**Jun 10, 2023  5:13 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: b86a915300fe75da89a43b3f58bd9926c349706978d2610cda0efc0a820cb01f

Page: 3 of 3      [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

to the point that I've caught the attention of 'powerful people' (in whatever form/agency/group they exist in or associate with) then it goes without saying that whether they are 'unhappy' or 'happy' with me currently they all have an inherent amount of respect and admiration for what I've been able to achieve as just a dude sitting in his living room working hard on his patent who never asked or agreed to be wrapped up in any of this bullshit at all.

I was forced to play a game.....so I played it.

I believe my performance thus far is deserving of a mutually agreed upon 'out' in which all parties end up happy and everyone is able to walk away with what they want and none of this ever happened.

The only way everyone can't end up happy is if the 'powerful people' who have access to unlimited money (literally...) are such big pieces of shit that they're willing to destroy or end my life instead of simply giving me some of the little paper rectangles they print at will in exchange for a simple, straight forward, and flawless transaction in which they would receive complete ownership and exclusive rights for the next twenty years to the insanely valuable technology I patented which will no doubt allow them to profit many billions of dollars over said period.

That's not an exaggeration...you know it, I know they know it, I know they know that I know they know it, and they know that I definitely know it.

And that concludes my random rant.

~Matt


Sent from ProtonMail mobile

**Unethical behavior, my FBI report, and the AI generated videos**
**Jun 16, 2023  9:28 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 8f16ed34f0f3c9e3cae01b48d9f83b6153fadab9c50fcf78fd12a7ea631c467e

Page: 1 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Unethical behavior?, my FBI report, and the AI generated videos

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Fri, 16 Jun 2023 14:28:05 +0000

Bruce,

So my meeting with you the other day I realized didn't provide me with any information I didn't already have for the most part.

If you're saying that you're going to have me testify on my behalf for the purpose of proving my obvious competency - as far as obviously understanding the nature of the charges against me and being able to aid in my own defense - then how about also presenting my FBI report along with the obviously AI generated videos I analyzed to the court as well as that not only proves my competency but in addition proves that there is in fact a very large conspiracy against me, my company, and my patent which involves AI as well as collusion between the web archive, YouTube/alphabet, Facebook, LinkedIn, etc, etc. as it's very apparent to anyone with eyes to see that all of these videos as well as all of their pdf manuals, website images across multiple fake websites, etc were all generated by AI which inherently proves they were fraudulently added with backdated accounts for the purpose of establishing a false history that would be able to establish a bogus case of obviousness as far as infringing on my patent. I'm able to prove pretty much that everything I wrote on my walls, told to the police, etc does in fact revolve around advanced AI technology just as I've claimed.

At this point I don't even know whether or not you actually read the fbi report I sent you, whether or not you actually looked at the videos I analyzed and had your son look at them like I originally recommended, etc.

You told me on the phone when I asked you about it that "yes... you have some very powerful people keeping an eye on you" and then when I asked you to expound further upon that aspect of our conversation you said that you didn't want to discuss it further and that you didn't trust your phone line.

So what is actually true and why do I feel like I'm intentionally being fucked with or having information about what's actually going on withheld from me? I literally have gotten zero replies for a very long time to any of my emails which I figured was due to the fact that what you originally said to me on the phone was true but after meeting with you the other day you told me that isn't true which means that you lied to me on the phone and that was just a funny joke????

Wtf is going on? That's all I really want to know... and I still don't know. The videos are fake, all of it's fake, I filed reports with the FBI, FTC, and SFO in the UK. There are parts of my FBI report (which I could get in a fuckton of trouble if I were to fabricate anything I wrote) which further serve to discredit the forensic psychologists bullshit letter - this is in addition to the awesome letter I received from my California psychiatrist (who I'm still seeing currently)

The evidence of the fraud may have originally not had anything to do with my case as you mentioned...but that no longer became true once the forensic psychologist claimed I was incompetent and should be committed to a mental hospital and put on antipsychotic drugs until I'm able to understand the charges against me and aid in my own defense.

This is due to the fact that she based her entire report and her 'diagnosis' on this specific information which means she inadvertently made all of it entirely relevant as far as my criminal defense is concerned. Her report is based on things which she says are 'delusional' which I can very

**Unethical behavior, my FBI report, and the AI generated videos**
**Jun 16, 2023  9:28 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 8f16ed34f0f3c9e3cae01b48d9f83b6153fadab9c50fcf78fd12a7ea631c467e

Page: 2 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

easily prove are 100% factual and real. The actual fraud itself being the main focus in my opinion not to mention all of the other 'delusions' of mine in which I believe I invented something that was going to "revolutionize the industry", that I claim I'm an "engineer", etc, etc. Her report is such over the top bullshit that it's ridiculous and comical...and would remain as just that if it wasn't me and my future being the butt of the joke... she should literally be ashamed and embarrassed by the verbal diarrhea she shat out onto the page and is trying to pass off as being a 'professional' and well thought out report which was written by an esteemed and highly educated 'Doctor'.

Remember what I also discussed with you and which you agreed with me was the case -
That being that if I'm able to complete destroy every aspect of the forensic psychologists report then her report itself becomes my main defense as she thinks my story is so nuts and 'delusional' that she thinks I'm out of my mind (supposedly...) and wants me committed but if I can prove everything is real then it just confirms why I would be so freaked out and end up at a point where shooting a gun off for the purpose of contacting police made complete sense (and still does as I'm of the opinion it was in fact the correct move regardless of its overall legality, etc)

If you could please respond to this email or call me and give me ACTUAL information....especially in regards to why you would tell me on the phone that I have "powerful people keeping an eye on me" and whether or not you actually did ever really look at my fbi report along with the videos I analyzed. (as I believe they are very important pieces of additional evidence which will help aid in my defense)

And in regards to the "powerful people" comment you made to me on the phone just know that I took it seriously and it's greatly affected what I've been doing or not doing in my day to day life since you made it. So if it was just you fucking with me then that's really mean..... and if you were actually being serious well then how come you told me it was not true when I met with you the other day?

The last thing I'm going to mention is the current conflict of interest that exists on your behalf in regards to your YouTube stardom and the fact that YouTube is one of the companies aiding in the fraud being carried out against me. Are you really going to be able to be impartial in what you recommended and how you proceed with my case, what's presented in court, etc when you're just about to hit a million subscribers and you're getting paid a bunch of money by YouTube? I have a hard time believing so but feel free to fill me in on why that's not the case and I'm incorrect in my take on it.

I'm hoping....like I said...that we are able to get all of this cleared up so that I feel like I fully understand what's going on and don't feel like I'm either intentionally not being given certain information or that my lawyer is instead just fucking with me and telling me things that aren't true on the phone which I took 100% seriously and acted on.... and I still don't know at this point now if you actually even looked at my fbi report and the videos or if you just made up some shit on the phone to have a laugh and it's buried in all of your other emails and you haven't even looked at it.

If I can't get clear information and instead am going to be lied to... all while you also have a huge and obvious conflict of interest involving the whole YouTube thing then I may have to try and get someone else to represent me.

I'm hoping you are able to fill me in so I better understand everything. Help me to know what's actually going on. Help me to not feel like I wasn't lied to on the phone as a funny joke as far as the "powerful people" comment.

None of this even takes into account the fact that my initial court appearance has been canceled 4 or 5 times now which is ridiculous just on its own without the addition of everything else I've covered

**Unethical behavior, my FBI report, and the AI generated videos**
**Jun 16, 2023  9:28 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 8f16ed34f0f3c9e3cae01b48d9f83b6153fadab9c50fcf78fd12a7ea631c467e

Page: 3 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

in this email.

There's all sorts of stuff which has has occurred that could be considered 'unethical' or at the very least there's enough stuff that I would be completely warranted in trying to find someone else to represent and defend me against the charges I'm facing... which I don't really want to have to do but I 100% would if I felt it would help me to better understand and feel confident that I'm being given complete and honest information regarding my case and assured that the information I've been sharing is actually being considered and looked at.

I know I'm not a 'big' client....I know that my charges in the grand scheme of things aren't exactly 'serious' when compared to the more exciting and profitable homicides, etc you deal with.

I'm not trying to be 'high maintenance'

I'm simply trying to feel like I'm not wasting my time and energy, that the other evidence I've been sharing is being taken into account and considered as part of my defense strategy, and that I'm not being lied to or mislead by the person who's entire job is based on having my back and being truthful with me.


That is all. I look forward you your reply.

Thank you,

Matt Guertin
763-221-4540


Sent from ProtonMail mobile

**EXHIBIT EML-E | p. 233**

**Re_Unethical behavior, my FBI report, and the AI generated videos**
**Jun 16, 2023  10:06 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:     Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 176886367b7999fcd3aa37d976d47d9492ba9baaa8f38aa972b5202a61ebf66e

Page: 1 of 1          [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

---

### Re: Unethical behavior?, my FBI report, and the AI generated videos

**From:** Matt Guertin
**To:** riverslawyers@aol.com
**Date:** Fri, 16 Jun 2023 15:06:48 +0000

So to summarize-

My main concern and worry - especially when considering the fact that my case has been canceled multiple times, the comment you made to me on the phone, and the other things I've brought up as concerns of mine - is that you are in fact being pressured by 'outside forces' for the purpose of trying to 'guide' or 'steer' my case into a certain forum and/or outcome.

At the end of the day it's highly probable that I actually do have "powerful people" keeping an eye on me. I've filed reports with the FBI, FTC, and the SFO in which I shared 'in your face' proof of a criminal conspiracy involving a whole lot of the biggest corporations in the world all aiding in the creation of completely fake websites, companies, etc by allowing bullshit accounts to be created with fake creation dates all while it is carried out using AI capable of producing realistic content far beyond what the average person thinks is possible.

It's such a big deal I'd go so far as to say it may put someone's life at risk... mine perhaps?

Or not....but I don't think it's at all crazy for me to think that could be a possible option that's 'on the table' or would be/had been considered. Hopefully that's less likely at this point though. A whole lot of powerful people and enormous companies most definitely have their 'eye' on me though... it would be foolish of them not to. I possess evidence that proves they are all participating in a large criminal conspiracy.

Whether or or not you are even actually aware of this information at all is still a complete unknown to me at this point.

And therin lies the problem and the reason for taking the time to send you this email.

Can we not present this side of the story to the court as well...in person....in the form of a multimedia presentation perhaps?

You may simply just not be reading my emails and looking at what I'm sending you.....or maybe there are in fact some very "powerful people" and what was told to me on the phone wasn't just a funny joke?

Either way I don't think I'm acting irrational by wanting answers about why there are certain things that aren't being addressed, discussed, replied to, etc.

It seems like a perfectly reasonable inquiry on my part....as opposed to a 'delusional and/or possibly psychotic' inquiry made by an incompetent person who doesn't fully understand what's going on even though he keeps trying so hard to be able to....

~Matt

Sent from ProtonMail mobile

---

**I need advice asap (this morning..) about my case**

**Aug 1, 2023  6:27 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:     Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 567abca4fd32d0f150ae631699c907a400fe005ee2d8eae679890b4db9bc01b7

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### I need advice asap (this morning..) about my case

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Tue, 01 Aug 2023 11:27:37 +0000

Hello,

The courts ended up declaring me incompetent since my omnibus hearing. I received a letter from what I assume is a state appointed defense attorney but Bruce told me "I'm defending you"

However when I spoke to Michael Biglow on the phone and relayed that I had private defense counsel he acted like I was not allowed to be represented by Bruce due to this now being "a civil matter"

He acted like Bruce isn't able to represent me or defend me against the civil commitment proceedings. I don't want to make the wrong decision which could result in me being thrown in a mental institution and I am unsure what the correct way for me to proceed today is.

I already talked to the guy on the phone yesterday for a while and I'm supposed to meet with just him and some neutrally assigned doctor today over Zoom and then after that apparently I'm going in front of a judge.....

I am not sure I should be doing this without being represented by Bruce. It would be really helpful if I could receive some guidance from someone at the office this morning so I know how to correctly proceed and protect myself.

Thank you,

Matthew Guertin
763-221-4540


Sent from ProtonMail mobile

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 235**

**Fw_LINKS_Exam and Preliminary Hearing**
**Aug 1, 2023  6:30 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 3179bd6f73c95a75aad1f49a7a985601d361c1bcb0fdc1ba8dbdd29a7f7838d0

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Fw: LINKS: Exam and Preliminary Hearing

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Tue, 01 Aug 2023 11:30:48 +0000

This is the email I received regarding the zoom calls I'm scheduled to participate in today.


Thanks,
Matthew Guertin
763-221-4540


Sent from ProtonMail mobile


-------- Original Message --------
On Jul 31, 2023, 2:17 PM, Michael Biglow < michael@biglowlaw.com> wrote:

Good Afternoon Matt,
Below you will find the LINKS for the Exam and Preliminary hearing set for tomorrow, 8-1-2023
starting at 2:30 p.m.
Please try to connect a few minutes before the event starts.
See you then.
Mike

| Exam Time | Exam Type | Zoom Link | Zoom Meeting ID | Zoom Passcode | Zoom Phone Number |
|---|---|---|---|---|---|
| 2:30 | MI | Exam 1 | 160 162 2355 | 457186 | 1-833-568-8864 |

| Hearing Time | Hearing Type | Hearing Location | Zoom Link | Zoom Meeting ID | Zoom Passcode | Zoom Phone Number |
|---|---|---|---|---|---|---|
| 3:30 | Settlement Conference | VC800 | Judge Gearin | 160 121 9402 | 941267 | 1-833-568-8864 |


--
**Michael J. Biglow, Esq**
Attorney at Law
Biglow Law Offices
895 Tri Tech Office Center
331 Second Ave South
Minneapolis, MN 55401
Direct: 612-238-4782
Fax: 612-333-3201
**\*\*Please note NEW email address: *michael@biglowlaw.com***

*This message and any attachments are intended only for the named recipient(s), and may contain information that is confidential, privileged, attorney work product, or exempt or protected from disclosure under applicable laws and rules. If you are not the intended recipient(s), you are notified that the dissemination, distribution, or copying of this message and any attachments is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the email address or the telephone number included herein and delete this message and any of its attachments from your computer and/or network. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege, protection, or doctrine. Thank you.*

**This message and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521**

---

**Fw_LINKS_Exam and Preliminary Hearing**
**Aug 1, 2023  10:14 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Michael Biglow <michael@biglowlaw.com>
SHA-256 Hash of .eml: 0c9c433f3ab0c4e219f34fdb692eff33a085255775e376863a0927215a800226

Page: 1 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Re: LINKS: Exam and Preliminary Hearing**

**From:** Matt Guertin
**To:** Michael Biglow
**Date:** Tue, 01 Aug 2023 15:14:13 +0000

Michael,

Good morning. Hope you are well.

I figured it wouldn't hurt to provide some supporting documents prior to our meeting this afternoon which I believe support many of my "grandiose" claims about my many "perceived achievements". In addition I am of the opinion that these documents just on their own serve to completely discredit the assertions made by Dr. Rogstad in the report she wrote about me after our meeting.

I attached a bunch of PDF's to this email including a letter from the psychiatrist I have been seeing in CA for the past 7+ years addressing the report Dr. Rogstad wrote as well as his personal opinions about who I actually am as a person (being that he's known me for 7 years and witnessed many of my successes while I was still in CA.

In addition below are some links to articles I have received official credits in - this would include the credit of "Engineering"

I'm looking forward to our Zoom call this afternoon.

See you then,

Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
763-221-4540
www.InfiniSet.com
www.MattGuertin.com

> "the set piece was engineered and built in-house at XiteLabs studio by creative technologist Matt Guertin. LED tiles from PRG were dismantled into smaller component modules, custom configured and re-wired by Guertin at XiteLabs to create smaller radius circular elements to create the smooth edges of the eye. Guertin designed and engineered 420 metal parts cut out of eight different types of material, as well as 268 individual acrylic pieces from six different materials. The estimated total number of soldering points was in the 2,000 range."

https://plsn.com/articles/video-trends/xitelabs-steps-up-and-out/

> "Falcon Design, Fabrication Direction and Engineering:
> Matt Guertin"

https://blacktrax.cast-soft.com/showcase/tracking-a-50ft-falcon-with-xitelabs/

> "Matt Guertin - Touch Designer system design"

https://www.disguise.one/en/insights/case-studies/la-philharmonic/

> "It is with great enthusiasm that we publish Matt Guertin's chronicle on the building of his ever-expanding project which will not be finished for some time if our last email exchange concerning the release of Oculus Rift's second developer kit is an indicator of things to come."

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_LINKS_Exam and Preliminary Hearing**

**Aug 1, 2023  10:14 AM**

---

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Michael Biglow <michael@biglowlaw.com>
SHA-256 Hash of .eml: 0c9c433f3ab0c4e219f34fdb692eff33a085255775e376863a0927215a800226

Page: 2 of 3          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

https://derivative.ca/community-post/matt-guertins-epic-never-ending-oculus-rift-kinect-touchdesigner-3d-project/60736

Sent with Proton Mail secure email.

------- Original Message -------
On Monday, July 31st, 2023 at 2:17 PM, Michael Biglow <michael@biglowlaw.com> wrote:

Good Afternoon Matt,
Below you will find the LINKS for the Exam and Preliminary hearing set for tomorrow, 8-1-2023
starting at 2:30 p.m.
Please try to connect a few minutes before the event starts.
See you then.
Mike

| Exam Time | Exam Type | Zoom Link | Zoom Meeting ID | Zoom Passcode | Zoom Phone Number |
|---|---|---|---|---|---|
| 2:30 | MI | Exam 1 | 160 162 2355 | 457186 | 1-833-568-8864 |

| Hearing Time | Hearing Type | Hearing Location | Zoom Link | Zoom Meeting ID | Zoom Passcode | Zoom Phone Number |
|---|---|---|---|---|---|---|
| 3:30 | Settlement Conference | VC800 | Judge Gearin | 160 121 9402 | 941267 | 1-833-568-8864 |

--
**Michael J. Biglow, Esq**
Attorney at Law
Biglow Law Offices
895 Tri Tech Office Center
331 Second Ave South
Minneapolis, MN 55401
Direct: 612-238-4782
Fax: 612-333-3201
**\*\*Please note NEW email address: *michael@biglowlaw.com***

*This message and any attachments are intended only for the named recipient(s), and may contain information that is confidential, privileged, attorney work product, or exempt or protected from disclosure under applicable laws and rules. If you are not the intended recipient(s), you are notified that the dissemination, distribution, or copying of this message and any attachments is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the email address or the telephone number included herein and delete this message and any of its attachments from your computer and/or network. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege, protection, or doctrine. Thank you.*

**This message and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521**

Attachments:

| US11577177B2__My_Officially_Granted_Patent__STRIPPED_VERSION.pdf |

| IC3_dot_gov_Report__Filed_May_3rd_2023.pdf |

| MICROSOFT_DIMENSION_MRMOCO___2023-03-16_IDS.pdf |   | FTC_Report_May_3rd_2023.pdf |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Fw_LINKS_Exam and Preliminary Hearing**
**Aug 1, 2023  10:14 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Michael Biglow <michael@biglowlaw.com>
SHA-256 Hash of .eml: 0c9c433f3ab0c4e219f34fdb692eff33a085255775e376863a0927215a800226

Page: 3 of 3        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

Mntka_PD_Police_Report__23-000151__FILED_9_DAYS_BEFORE_INCIDENT.pdf

Letter_From_My_CA_Psychiatrist_Dr_Schuster.pdf

Email_correspondence_with_IP_attorney_discussing_fraud.pdf

US11577177B2__My_Officially_Granted_Patent.pdf    Best_Buy_Corporate_Introduction.pdf

NETFLIX__3rd_Pty_Submission_Receipt.pdf

NETFLIX__3rd_Party_Filing_Form_ACCEPTED_BY_USPTO__.PDF

NETFLIX__USPS_CertifiedMailerReceipt_scan.pdf    NETFLIX__Screencap_from_USPTO_EFS_Web__.pdf

NETFLIX__Certified_Mail_Scans.pdf

NETFLIX__TROJANSKY_PATENT_APPLICATION__3_31_2021_US20220319115A1.pdf

IRS_2019__Wages_And_Income__Matthew Guertin.pdf

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-1, Attachment 1 of 16**
**Aug 1, 2023  10:14 AM**
US11577177B2__My_Officially_Granted_Patent__STRIPPED_VERSION.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: e9632d75726dbad5d1a740d9314e6ddc0aa93c27a163516d8de08afa4784049d
Page: 1 of 5      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

# MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT

# US Patent # 11,577,177

"A motorized, rotatable treadmill and a system for creating the illusion of user movement while the user is stationary with respect to an environment as the user walks or otherwise moves on an endless track of the treadmill. The user can then travel an unlimited distance in unlimited directions while remaining stationary in physical location. **The speed of the treadmill is precisely controlled and/or precisely matched with movement of a camera and a real-world speed of movement of the user and the distance the user travels on the belt to create the illusion of movement of the person being filmed. When the treadmill is provided within an LED virtual film set or green screen set, background imagery is added to further supplement the movement in a selected environment.**"

"a system for creating the illusion of movement of a user. **The user may be inserted into a virtually rendered setting, a live action pre-filmed setting, or a combination thereof.** The system includes a motorized treadmill assembly having an endless belt operably supported on a rotatable turntable such that the treadmill assembly allows for unlimited directional movement of the belt and **a controller configured to synch the movement of the treadmill with a camera in real-time**. The treadmill assembly is configured to support the user thereon and wherein the treadmill assembly remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created."

"**camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user**."

"**One or more audio, visual, or tactile cue sources are provided to the endless track, rotatable turntable, user or a combination thereof** and actuating one or more audio, visual, or tactile cue sources to provide a physical signal to the user on the endless track to indicate one or more of a position of the user on the track, an initiation or ceasing of movement of the track, an initiation or ceasing of rotation of the turntable, **or a cue or action related to the scene being filmed**."

"**The rotatable turntable is installable in an LED based virtual film set** or green screen film set."

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-1, Attachment 1 of 16**
**Aug 1, 2023  10:14 AM**
US11577177B2__My_Officially_Granted_Patent__STRIPPED_VERSION.pdf

Fw_LINKS_Exam and Preliminary Hearing

SHA-256 Hash of Attachment: e9632d75726dbad5d1a740d9314e6ddc0aa93c27a163516d8de08afa4784049d

Page: 2 of 5     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

"When creating the illusion of movement of the user on the treadmill, **the method includes tracking the precise location of the user in real-time** and providing physical cues to the user to direct the user's movement to maintain the user on a location of the endless belt. **If the user deviates from the location on the endless belt, adjusting a location of the camera to compensate for the deviation**."

"The motorized rotatable **treadmill assembly can be used in various environments for entertainment purposes and/or for creating content** including the illusion of a user traveling through an environment while never leaving the space in which the motorized rotatable treadmill is located."

"the motorized treadmill and rotating turntable are used in combination with **a system for controlling the treadmill and turntable along and optionally with a camera** for creating the illusion of movement of a user"

"the speed and direction of the treadmill belt as well as the rotational speed and position of the turntable may be determined and controlled by data collected from a 3D/virtual system and/or real world/GPS positional and rotational data from **cameras being used for recording and/or rendering a video-based environment in which a user of the treadmill is being virtually inserted into**."

"the movement of the treadmill belt and/or turn turntable may respond and change with each step or change in position of the user. **Tracking of the user may be carried out with various sensors integrated into the assembly, worn by the user, and/or surrounding the assembly**."

"the **user cue system is configured to provide audio, visual, tactile and/or haptic cues to the user** for anticipating an assembly start, stop, rotation, speed, speed change or other user and/or assembly action(s) that relate to the user movement, location on the belt, and/or corresponding digital environment."

"The **user may be provided with one or more wearable devices** in communication with the media server. These **devices comprise sensors for monitoring and recording user movement** and for providing feedback relating to the user movements or positioning to the media server or controller. **Additional wearable devices may be configured for providing audio, visual, tactile or other signals or cues to the user from the media server or other controller**. For example, the **wearable devices may comprise one or more inertial measurement sensors, haptic vibration motors for contacting the user's body, insoles, vibratory or LED components worn on various parts of the user's body** among other various devices for communicating remotely and discreetly with the user. The **user cue system may provide audio cues** which may be wirelessly transmitted to an in ear listening device worn by the user."

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-1, Attachment 1 of 16**
**Aug 1, 2023  10:14 AM**
US11577177B2__My_Officially_Granted_Patent__STRIPPED_VERSION.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: e9632d75726dbad5d1a740d9314e6ddc0aa93c27a163516d8de08afa4784049d
Page: 3 of 5    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]

"the assembly is **configured for use with a digitally rendered environment**. An animation timeline may be used with one or more cue modes as a system controller for the assembly.  **The animation timeline is configured to establish the user(s) travel path and/or a camera path through a virtual or pre-filmed environment that the user(s) is/are inserted into.**"

"in one or more embodiments, the animation timeline is a custom animation timeline that with a cue sequencing system provides a programmer **the ability to add an animated virtual user, or an avatar ("AV") into the environment**."

"**The AV may be a digital twin of the user** by means of a multi-camera photogrammetry rig **capturing an image of the user from multiple different points of view/locations at the exact same time**."

"**A 3D-AV may be represented in the system as a 3D modeled character** that is inserted into the 3D virtual space via the real-time render engine or the media server 3D space. **The 3D-AV may then be affected by things like lighting, shadows, and object occlusion that are part of the 3D scene**. The system may also provide the ability to overlay a 2D rendered composite image of the 3D-AV character which will match orientation, position, and scale."

"the animation timeline in combination with cue modes, hereinafter referred to as the system controller, may be a source of all control, movement, functionality, and/or operation of the motorized rotatable treadmill assembly as well as **one or more cameras for capturing user movement on the assembly**. This **system allows for isolating user(s) from a background to be digitally inserted into a rendered 3D virtual scene or a prefilmed real-world environment for the purpose of being filmed** as the user is able to travel through the environment along the 2d ground plane an infinite distance in any direction"

"In embodiments where the motorized treadmill is used to render or generate content for a digital scene, **a corresponding camera(s) movement through the scene can be precisely synched with the user's real-world speed and distance** as they travel on the endless belt."

"The device and systems described herein **allow a user and film camera to remain static relative to their real-world position while creating the illusion that both are able to move freely through a video-based environment**."

"**the illusion of orbiting the film camera around the focal point of the shot, which would be the user, may be created by instead rotating the person being filmed in synch with the orbital rotation speed and angle of the camera responsible for filming or rendering the video environment the user is being inserted into**."

**EML-E 59-1, Attachment 1 of 16**
**Aug 1, 2023  10:14 AM**
US11577177B2__My_Officially_Granted_Patent__STRIPPED_VERSION.pdf

Fw_LINKS_Exam and Preliminary Hearing

SHA-256 Hash of Attachment: e9632d75726dbad5d1a740d9314e6ddc0aa93c27a163516d8de08afa4784049d

Page: 4 of 5       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

---

"**An artificial intelligence (AI) system and/or existing software may be
used to acquire the data needed to control the system, where the AI and/or existing
software is able to analyze a video and determine very accurately the path, rotation,
and/or 3D positional data of the camera that recorded the video. Currently available
software and technology in the field of photogrammetry is rapidly expanding. Such
software and related technology may also be incorporated into a control system
for calculating the position of a video camera relative to the physical and
real-world environment in an analyzed video clip.**"

"The motorized rotatable treadmill assembly according to one or more embodiments
herein **may be remotely controlled.** The electric components in communication with
a controller and/or software control system for remote operation and control of the
operation of the motorized rotatable treadmill assembly. That is, **control of the speed
and direction of the treadmill belt, speed and direction of the rotation of the turntable,
angle of the travel deck, control of fans, and combinations thereof can be remotely
controlled and synched to various equipment and environments**."

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-1, Attachment 1 of 16**
**Aug 1, 2023  10:14 AM**
US11577177B2__My_Officially_Granted_Patent__STRIPPED_VERSION.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: e9632d75726dbad5d1a740d9314e6ddc0aa93c27a163516d8de08afa4784049d
Page: 5 of 5      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

## Claims

**1.**  A system for creating the illusion of movement of a user, for use in virtually rendered settings, the system comprising:

a motorized treadmill base having an endless belt operably supported on a rotatable turntable such that the treadmill allows for unlimited directional movement of the belt; and

a controller configured to synch the movement of the treadmill with a camera in real-time, and

wherein the treadmill base is configured to support the user thereon and wherein the treadmill base remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

**2.**  The system of claim 1, wherein the camera and the user rotate inversely to one another.

**3.**  The system of claim 2, wherein the camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

**4.**   A method of creating the illusion of movement comprising:
providing an endless track on a rotatable turntable and a camera spaced apart from the turntable and wherein the camera is moveable around the turntable about an axis centered on the endless track;

controlling the speed of the endless track;

controlling the direction of the endless track by rotating the turntable;

synching movement of the camera with a real-world speed of the endless track and a distance traveled by the track;

providing one or more audio, visual, or tactile cue sources to the endless track, rotatable turntable, user or a combination thereof; and

actuating one or more audio, visual, or tactile cue sources to provide a physical signal to the user on the endless track indicating one or more of a position of the user on the track, an initiation or ceasing of movement of the track, and an initiation or ceasing of rotation of the turntable, or a cue related to the scene being filmed.

**5.**   The method of claim 4 and further comprising installing the rotatable turntable in an LED based virtual film set or green screen film set.

**6.**   The method of claim 4 and further comprising:

tracking the precise location of the user;

providing physical cues to the user through to direct the user's movement to maintain the user on a location of the endless belt; and

if the user deviates from the location on the endless belt, adjusting a location of the camera and environment to compensate for the deviation.

**EML-E 59-2, Attachment 2 of 16**
**Aug 1, 2023  10:14 AM**
IC3_dot_gov_Report__Filed_May_3rd_2023.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 07e03feb142fc486a1538744ff69db162071b191c1f6d0f448b605b614a55f74
Page: 1 of 5        [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

 **FEDERAL BUREAU OF INVESTIGATION**

## Victim Information

| | |
|---|---|
| Name: | Matthew Guertin |
| Are you reporting on behalf of a business? | |
| Business Name: | |
| Is the incident currently impacting business operations? | |
| Age: | 40 - 49 |
| Address: | 5832 Lincoln Dr Suite 222 |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Edina |
| County: | Hennepin |
| Country: | United States of America |
| State: | Minnesota |
| Zip Code/Route: | 55436 |
| Phone Number: | 17632214540 |
| Email Address: | Matt@InfiniSet.com |
| Business IT POC, if applicable: | |
| Other Business POC, if applicable: | |

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Hello,

I emailed the CEO of Mark Roberts Motion Control last fall to get information about their robotic cameras after attending a local workshop in Minneapolis which showcased their 'Bolt Cinecam' robotic camera. My reason for emailing him was in regards to what at the time was my pending patent application but which has since been granted - US Patent 11,577,177

There was a 3 week span of time (approx) between my initial email and when I finally got a direct reply from Assaff Rawner (CEO of MrMoCo.com) at which point he pointed me to www.PhotoRobot.com/robots/catwalk as an example of something that already existed and was similar to my patent.

Long story short ALL of it is entirely generated by AI - This includes all of their youtube videos (3 of which are listed as prior art on my patent - 1 of which they already deleted - but I have saved) as well as all of their false history they fraudulently added to the internet archive (which I have tons of PDF screenshots including a 'real-time' capture of the fraudulent activity which consists of two pdf

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 245**</span>

EML-E 59-2, Attachment 2 of 16

Aug 1, 2023  10:14 AM

IC3_dot_gov_Report__Filed_May_3rd_2023.pdf

Fw_LINKS_Exam and Preliminary Hearing

SHA-256 Hash of Attachment: 07e03feb142fc486a1538744ff69db162071b191c1f6d0f448b605b614a55f74

Page: 2 of 5      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

screen captures only five minutes apart in which I caught the total archive count going from 45 to 47 and you can clearly see additional date bars being added at the end of 2021 (fraudulent backdating to create a false history)

This fraud spans multiple websites - all of which are being used as references for one another to create a false history that makes it appear they were already practicing that which is contained within my patent for the purpose of stealing it ultimately.

Mark Roberts Motion Control is partnered with Microsoft and Dimension Studios. I would guess all of the AI generated images and videos are Microsoft's handy work. By adjusting the color curves for their website images, PDF product brochures, and all of their various videos I have come up with a method that is able to clearly demonstrate beyond any reasonable doubt that all of it is AI generated - this would include videos which were supposedly uploaded to YouTube in 2012...which presents an obvious issue - As in either AI has been around a lot longer than we've been lead to believe or YouTube as well as Vimeo and other sites (including the internet archive) are allowing the fraudsters to have free reign as far as adding fraudulent backdated content for the purpose of establishing a false history. I have been documenting all of this with multiple attorneys so there is plenty of additional supporting evidence to back up all of my claims.

One other thing worth mentioning is that they forgot to flatten and siplify all of their AI generated PDF catalogs and brochures - meaning all of the layers are exposed and editable if you open it up in Adobe Illustrator. Simply zooming in though to pretty much any of the products or images in their PDF's will make it very obvious that all of it was generated by AI.

My reason for finally deciding to report this stuff 'officially' after some months is that I just established the 'color curve' method which I was able to use to process all of their website images as well as their YouTube videos (I have thousands of full html webpage saves downloaded from the internet archive spanning 2010-current and multiple websites...ALL AI GENERATED FRAUD). The companies, the products, the websites, etc I believe are an entire AI fabrication even though I am sure they have enough know-how and resources to make them appear real from the outside. None of that should matter though since I was able to catch everything so early. I should also mention that I just downloaded the 2 out of 3 videos listed on my patent still on their youtube page a couple days ago and can confirm all of the artifacts you see in the PDF's and videos I analyzed were still present.

Here is a link which proves all of my claims (there is plenty more supporting documents) - https://drive.proton.me/urls/P7R6RFH98G#vpL7sXkVW498

Here is a link directly to their YouTube videos I analyzed which shows AI generation clear as day - https://drive.proton.me/urls/G2GSBJQQ5W#X5iCSs9iq1l

What I want is simple -

I do not want my first ever patent stolen by a giant corporation (or anyone for that matter..) by way of fraud.

I have dedicated the last two years + solely to my patent, as well as engineering, designing, and fabricating a working prototype which I am about to release my first demo video for and which will also serve as the 'official' launch of my company InfiniSet, Inc.

**EML-E 59-2, Attachment 2 of 16**

**Aug 1, 2023  10:14 AM**

IC3_dot_gov_Report__Filed_May_3rd_2023.pdf

Fw_LINKS_Exam and Preliminary Hearing

SHA-256 Hash of Attachment: 07e03feb142fc486a1538744ff69db162071b191c1f6d0f448b605b614a55f74

Page: 3 of 5      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

In addition to the last two years I have also dedicated a huge portion of my life learning and gaining as much knowledge as possible which is the reason I am able to not only come up with a very valuable idea but also able to design, engineer, and fabricate the exact design you see in my patent all on my own without any college degrees or formal education. I learned everything by busting my ass and I REFUSE TO LET ANYONE STEAL WHAT I HAVE WORKED SO HARD TO BRING TO FRUITION - this would include a giant corporation like Microsoft running rampant with their new AI toys (while apparently being given free reign by YouTube, Vimeo, Internet Archive, etc to post whatever backdated and fraudulent internet history they feel like having their AI generate)

Here is my personal portfolio website which very clearly shows how much hard work I have put fourth prior to arriving at this current point in time
www.MattGuertin.com

I want all of these fraudulent, AI generated websites / companies / products to be 'officially' recognized as the fraud they are so that I can continue forward with my venture without having to worry about Microsoft / Mark Roberts Motion Control or any other giant corporation coming after me and trying to invalidate my patent using their fraudulently produced internet history.

If they want that which I have patented so badly they can pay me for it. I'm pretty sure that's how it's supposed to work....I'm also pretty sure they have plenty of financial resources to be able to do so which just makes their attempted theft of my intellectual property that much more pathetic.

That is all.

Thank you for your time,

Matthew Guertin
InfiniSet, Inc.

## Information About The Subject(s) Who Victimized You

| | |
|---|---|
| Name: | Assaff Rawner |
| Business Name: | Mark Roberts Motion Control |
| Address: | |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | |
| Country: | United Kingdom |
| State: | |
| Zip Code/Route: | |
| Phone Number: | 1441342838007 |
| Email Address: | Assaff@MrMoCo.com |
| Website: | https://www.MrMoCo.com |
| IP Address: | |

**EXHIBIT EML-E | p. 247**

**EML-E 59-2, Attachment 2 of 16**
**Aug 1, 2023  10:14 AM**
IC3_dot_gov_Report__Filed_May_3rd_2023.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 07e03feb142fc486a1538744ff69db162071b191c1f6d0f448b605b614a55f74
Page: 4 of 5      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

| | |
|---|---|
| Name: | Bill Gates |
| Business Name: | Microsoft |
| Address: | |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Seattle |
| Country: | United States of America |
| State: | Washington |
| Zip Code/Route: | |
| Phone Number: | |
| Email Address: | |
| Website: | https://www.microsoft.com |
| IP Address: | |

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

   All emails and headers are included in the files I shared which are here - https://drive.proton.me/urls/P7R6RFH98G#vpL7sXkVW498

Are there any other witnesses or victims to this incident?

   Yes.
   I have been documenting all of this since the original email with various attorneys and there is a very long digital 'paper trail' which includes emails, digital files, etc.   I have thousands of full html pages downloaded directly from the Internet Archive spanning multiple websites - All of which are being used as supporting references to one another for the purpose of establishing a false history.

   All digital evidence I collected has been distributed to multiple third parties for safe keeping including disks which have remained untouched since December of 2022

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

   Minnetonka, MN Police Department
   Case # 23-000151

   Prior to filing the police report I approached the FBI at their building located in Brooklyn Center, MN but was hung up on after telling the person who answered the phone that it involved wire fraud to which he replied "Do you have proof of someone wiring money" to which I replied I did not. Apparently the person who answered doesn't know the definition of wire fraud.

   I also spoke to a Secret Service Agent in Chicago for 24 minutes the Sunday before Martin Luther King Jr Day after calling the Minneapolis field office and being bounced to Chicago. He agreed that I was 100% correct in my assertions about Wire Fraud and Conspiracy based on what I told him. I also gave him the Minnetonka PD case# but never heard anything back or had any follow up.

   There is a possibility however that I wasn't even talking to an actual Secret Service agent as I started having all sorts of weird things happen with my phone as well as computers as the culprits

**EML-E 59-2, Attachment 2 of 16**
**Aug 1, 2023  10:14 AM**
IC3_dot_gov_Report__Filed_May_3rd_2023.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 07e03feb142fc486a1538744ff69db162071b191c1f6d0f448b605b614a55f74
Page: 5 of 5      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

pulling off the fraud were very aware that I was downloading and collecting tons of stuff and so they started hacking into my devices and very well couldv'e been spoofing / intercepting my calls by way of a Stingray or other similar advanced cellular interception devices.

Fun times

Check here if this an update to a previously filed complaint: ☐

## Who Filed the Complaint

Were you the victim in the incident described above? Yes
Name:
Business Name:
Phone Number:
Email Address:

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Matthew D Guertin
Thank you. Your complaint was submitted to the IC3. Please save or print a copy of your complaint before closing this window.  **This is the only time you will have to make a copy of your complaint.**

FAQs    Disclaimer    Privacy Notice    About IC3

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-3, Attachment 3 of 16**
**Aug 1, 2023  10:14 AM**
MICROSOFT_DIMENSION_MRMOCO___2023-03-16_IDS.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 9abcc4265471049f555d4b9e78deeb126c4eec416f78802fcd32162244027e75

Page: 1 of 3      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
**( Not for submission under 37 CFR 1.99)**

| | |
|---|---|
| Application Number | 18108858 |
| Filing Date | 2023-02-13 |
| First Named Inventor | Matthew Guertin |
| Art Unit | |
| Examiner Name | |
| Attorney Docket  Number | G185.0001US2 |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.18

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 250**

**EML-E 59-3, Attachment 3 of 16**
**Aug 1, 2023  10:14 AM**
MICROSOFT_DIMENSION_MRMOCO___2023-03-16_IDS.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 9abcc4265471049f555d4b9e78deeb126c4eec416f78802fcd32162244027e75

Page: 2 of 3          [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( **Not for submission under 37 CFR 1.99**) | Application Number | 18108858 |
| --- | --- | --- |
| | Filing Date | 2023-02-13 |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket  Number | G185.0001US2 |

| | | | |
| --- | --- | --- | --- |
| 1 | "Dimension named Microsoft Mixed Reality Partner to help others create cutting-edge digital experiences" Microsoft (2020) <https://news.microsoft.com/en-gb/2020/06/01/dimension-named-microsoft-mixed-reality-partner-to-help-others-create-cutting-edge-digital-experiences/#:~:text=No%20results-,Dimension%20named%20Microsoft%20Mixed%20Reality%20Partner%20to,create%20cutting%2Dedge%20digital%20experiences&text=A%20UK%20company%20that%20has,a%20Microsoft%20Mixed%20Reality%20Partner> | | ☐ |
| 2 | "Microsoft Stories podcast: episode 8 – Dimension Studio" (2020) <https://news.microsoft.com/en-gb/2020/12/17/microsoft-stories-podcast-episode-8-dimension-studio/> | | ☐ |

| If you wish to add additional non-patent literature document citation information please click the Add button |
| --- |

| **EXAMINER SIGNATURE** | | | |
| --- | --- | --- | --- |
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.18

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-3, Attachment 3 of 16**
**Aug 1, 2023  10:14 AM**
MICROSOFT_DIMENSION_MRMOCO___2023-03-16_IDS.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 9abcc4265471049f555d4b9e78deeb126c4eec416f78802fcd32162244027e75
Page: 3 of 3      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>( **Not for submission under 37 CFR 1.99)** | Application Number | 18108858 |
| | Filing Date | 2023-02-13 |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket  Number | G185.0001US2 |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐  That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐  That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐  See attached certification statement.

☐  The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒  A certification statement is not submitted herewith.

**SIGNATURE**
 A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amanda M. Prose/ | Date (YYYY-MM-DD) | 2023-03-16 |
|---|---|---|---|
| Name/Print | Amanda M. Prose | Registration Number | 72345 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-4, Attachment 4 of 16**
**Aug 1, 2023  10:14 AM**
FTC_Report_May_3rd_2023.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: f7b0939feef557e034c6d63d7d1c12d7fc180d44428786e010715365f6eb19fe
Page: 1 of 2        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---



FEDERAL TRADE COMMISSION
ReportFraud.ftc.gov

FTC Report Number
159606444

## Consumer Report To The FTC

**The FTC cannot resolve individual complaints, but we can provide information about next steps to take.**  We share your report with local, state, federal, and foreign law enforcement partners. Your report might be used to investigate cases in a legal proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

### About you

**Name:** Matthew Guertin                                      **Email:** Matt@InfiniSet.com

**Address:** 5832 Lincoln Dr Suite 222                    **Phone:** 763-221-4540

**City:** Edina    **State:** Minnesota    **Zip Code:** 55436

**Country:** USA

### What happened

I emailed the CEO of Mark Roberts Motion Control last fall to get information about their robotic cameras after attending a local workshop in Minneapolis which showcased their 'Bolt Cinecam' robotic camera. My reason for emailing him was in regards to what at the time was my pending patent application but which has since been granted - US Patent 11,577,177 There was a 3 week span of time (approx) between my initial email and when I finally got a direct reply from Assaff Rawner (CEO of MrMoCo.com) at which point he pointed me to www.PhotoRobot.com/robots/catwalk as an example of something that already existed and was similar to my patent. Long story short ALL of it is entirely generated by AI - This includes all of their youtube videos (3 of which are listed as prior art on my patent - 1 of which they already deleted but I have saved) as well as all of their false history they fraudulently added to the internet archive (which I have tons of PDF screenshots including a 'real-time' capture of the fraudulent activity which consists of two pdf screen captures only five minutes apart in which I caught the total archive count going from 45 to 47 and you can clearly see additional date bars being added at the end of 2021 (fraudulent backdating to create a false history) This fraud spans multiple websites - all of which are being used as references for one another to create a false history that makes it appear they were already practicing that which is contained within my patent for the purpose of stealing it ultimately. Mark Roberts Motion Control is partnered with Microsoft and Dimension Studios. I would guess all of the AI generated images and videos are Microsofts handy work. By adjusting the color curves for their website images, PDF product brochures, and all of their various videos I have come up with a method that is able to clearly demonstrate beyond any reasonable doubt that all of it is AI generated - this would include videos which were supposedly uploaded to YouTube in 2012...which presents an obvious issue - As in either AI has been around a lot longer than we've been lead to believe or YouTube as well as Vimeo and other sites (including the internet archive) are allowing the fraudsters to have free reign as far as adding fraudulent backdated content for the purpose of establishing a false history. I have been documenting all of this with multiple attorneys so there is plenty of additional supporting evidence to back up all of my claims My reason for finally deciding to report this stuff 'officially' though is that I just established the color curve method which I was able to use to process all of their website images as well as their YouTube videos . The results make it 100% clear that ALL of it is AI generated and it is all fraud. The companies, the products, the websites, etc I believe are an entire AI fabrication even though I am sure they have enough know how and resources to make them appear real from the outside. None of that matters though since I was able to catch everything so early. I should also mention that I just downloaded the 2 out of 3 videos still on their youtube page a couple days ago and can confirm all of the artifacts confirming AI still exist. Here is a link which proves everything I am saying - https://drive.proton.me/urls/P7R6RFH98G#vpL7sXkVW498 Here is a link directly to their YouTube videos I analyzed which shows AI generation clear as day - https://drive.proton.me/urls/G2GSBJQQ5W#X5iCSs9iq1l

### How it started

| Date fraud began: | Amount I was asked for: | Amount I Paid: |
|---|---|---|
| 10/31/2022 | | |

| Payment Used: | How I was contacted: |
|---|---|
| | Email |

**EML-E 59-4, Attachment 4 of 16**
**Aug 1, 2023  10:14 AM**
FTC_Report_May_3rd_2023.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: f7b0939feef557e034c6d63d7d1c12d7fc180d44428786e010715365f6eb19fe
Page: 2 of 2    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]

---

### Details about the company, business, or individual

| Company/Person |
|---|
| Name: |
| Mark Roberts Motion Control |

| Address Line 1: | Address Line 2: | City: |
|---|---|---|
| | | |

| State: | Zip Code: | Country: |
|---|---|---|
| | | GBR |

| Email Address: |
|---|
| Assaff@MrMoCo.com |

| Phone: |
|---|
| 441342838007 |

| Website: |
|---|
| www.MrMoCo.com |

| Name of Person You Dealt With: |
|---|
| Assaff Rawner |

### Your Next Steps



**If you think you clicked a link or opened an attachment that downloaded harmful software:**

- Update your computer's security software.
- Then run a scan and delete anything it identifies as a problem.
- Learn more about how to get fewer spam emails at ftc.gov/spam.

**General Advice:**

- You can find tips and learn more about bad business practices and scams at consumer.ftc.gov.
- If you're concerned that someone might misuse your information, like your Social Security, credit card, or bank account number, go to identitytheft.gov for specific steps you can take.

### What Happens Next



- Your report will help us in our efforts to protect **all** consumers. Thank You!
- We can't resolve your individual report, but we use reports to investigate and bring cases against fraud, scams, and bad business practices.
- We share your report with our law enforcement partners who also use reports to investigate and bring cases against fraud, scams, and bad business practices.
- We use reports to spot trends, educate the public, and provide data about what is happening in your community. You can check out what is going on in your state and metro area by visiting ftc.gov/exploredata.
- Investigations and cases do take time, but when we bring cases, we try to get money back for people. Check out ftc.gov/refunds to see recent FTC cases that resulted in refunds.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-5, Attachment 5 of 16**
**Aug 1, 2023  10:14 AM**
Mntka_PD_Police_Report__23-000151__FILED_9_DAYS_BEFORE_INCIDENT.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 80c8e09c93b1e762e845691cbdc356a4d4f0beb47686a18164560d1de57c567a
Page: 1 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**Minnetonka Police Department**
14600 Minnetonka Blvd Minnetonka, MN 55345
(952) 939-8510

Case #:MP23000151                                          Incident #: MP23000151

| Event |
|---|

**14600 MINNETONKA BLVD Apt #1 MINNETONKA, MINNESOTA 55345**

| | |
|---|---|
| Description of Incident: | INFORMATION |
| Reported Date/Time: | 01/12/2023 14:02:34 |
| Occurred Start Date: | 01/12/2023 14:02:34 |
| Occurred End Date: | |
| Latitude: | 44.940109 |
| Longitude: | -93.465489 |
| Brief synopsis of incident: | RP reporting a company is attempting to steal his patent. Information report. |
| Disposition: | INACTIVE |
| Exceptional Clearance (For Office Use Only): | NOT APPLICABLE |
| Exceptional Clearance Date (For Office Use Only): | |
| Case Status: | ASSISTED/ADVISED |
| MPtest: | No |
| Confidential?: | No |
| Request Formal Complaint: | No |
| State Accident Report Completed: | No |
| Photos Taken: | No |
| MHU Report: | No |
| Case Status Date: | 01/13/2023 |

| Person Reporting Incident Data (1) |
|---|

**GUERTIN, MATTHEW DAVID**

| | |
|---|---|
| DOB: | 07/17/1981 |
| Age: | 41 |
| Driver's License Number: | H338064880614 |
| Driver's License State: | Minnesota |
| Home Phone: | |
| Cell Phone: | (763)-221-4540 |
| Address: | 10233 34TH ST W |
| Apartment: | 304 |
| City: | MINNETONKA |
| State: | Minnesota |
| Zip Code: | 55305 |
| Latitude: | 44.942249587379074 |
| Longitude: | -93.40873527526688 |
| Height: | 510 |
| Weight: | 180 |
| Eye Color: | Brown |

Printed On02/06/2023                    Page 1 of 3                    Printed By THOMAS, MARY

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-5, Attachment 5 of 16**
**Aug 1, 2023  10:14 AM**
[Mntka_PD_Police_Report__23-000151__FILED_9_DAYS_BEFORE_INCIDENT.pdf](Mntka_PD_Police_Report__23-000151__FILED_9_DAYS_BEFORE_INCIDENT.pdf)

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 80c8e09c93b1e762e845691cbdc356a4d4f0beb47686a18164560d1de57c567a
Page: 2 of 4     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

---



# Minnetonka Police Department

14600 Minnetonka Blvd Minnetonka, MN 55345
(952) 939-8510

Case #:MP23000151                                          Incident #: MP23000151

## Offenses (1)

**MISINFO MISC OFCR INFORMATION**

| | |
|---|---|
| Offense Status: | ASSISTED/ADVISED |
| UCR/NIBRS Code: | 999 NIBRS Non-Reportable |
| Severity Level: | |
| State Code: | |
| Location Type: | Residence/Home |
| Bias Motivation: | NONE |
| Attempted/Completed: | Completed |
| Offender Suspected of Using: | Not Applicable |
| MHU Report: | No |
| Cargo Theft: | |
| Number of Premises Entered: | |
| Criminal Activity or Gang Info: | |

## Vehicle (0)

Involvement Type:

## Property (0)

Date of Theft:
Property Status:

## Narrative (1)

**MAIN REPORT. BHARRIS, 166**                                          01/12/2023
HARRIS, BRANDON 62166

On 01/12/2023 I responded to the Minnetonka Police Department lobby for a report of fraud. I made contact with reporting party MATTHEW DAVID GUERTIN DOB 07/17/1981 in the department lobby.

GUERTIN STATEMENT:

- He has filed for and acquired a patent for his invention, "Motorized Rotatable Treadmill and System for Creating the Illusion of Movement."
- The machine is used for filming cinema.
- He pitched the patent to Mark Roberts Motion Control (mrmoco.com).
- The CEO, Mark Roberts, advised that the technology already existed and is used by Photo Robot (photorobot.com).
- He looked at the Photo Robot website and observed the technology used to be similar but different from his.
- While reviewing the website over a number of days he realized the website was changing to reflect his patent.
- The website is being updated in real time with information from his design.

Printed On 02/06/2023                    Page 2 of 3                    Printed By THOMAS, MARY

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-5, Attachment 5 of 16**
**Aug 1, 2023  10:14 AM**
Mntka_PD_Police_Report__23-000151__FILED_9_DAYS_BEFORE_INCIDENT.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 80c8e09c93b1e762e845691cbdc356a4d4f0beb47686a18164560d1de57c567a
Page: 3 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



## Minnetonka Police Department
14600 Minnetonka Blvd Minnetonka, MN 55345
(952) 939-8510

Case #:MP23000151                                    Incident #: MP23000151

- Photo Robot is effectively stealing his patent by making it look like they have already had the technology.
- He has proof of the fraud.
- He has been downloading the website and has noticed a number of discrepancies between the current version and the old version of the website.
- He believes the master mind behind all of this is Mark Roberts who he initially discussed the patent with.
- He believes that he could sell the patent to Netflix for 100 Million dollars.
- He originally called the FBI who advised he needed to file a report with his local police agency.
- He understands there is nothing the local police can do.

OFFICER OBSERVATIONS ACTIONS:

- Guertin advised that he has many gigabytes of evidence to show the fraud.
- I advised Guertin to connect with a computer forensicator in order to parse the data into a readable format.
- I agreed with Guertin that this issue is beyond the scope of the local police department.
- I advised Guertin to provide the FBI with the case number and the parsed data when he files the report with them.

DISPOSITION:

- Information Report.

| Officer (2) | | |
|---|---|---|
| Approving Officer: | THOELE, KAREN (621040) | 01/12/2023 17:43:11 |
| Reporting Officer: | HARRIS, BRANDON (62166) | 01/12/2023 15:17:00 |

Printed On02/06/2023              Page 3 of 3              Printed By THOMAS, MARY

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 257**

**EML-E 59-5, Attachment 5 of 16**
**Aug 1, 2023  10:14 AM**
Mntka_PD_Police_Report__23-000151__FILED_9_DAYS_BEFORE_INCIDENT.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 80c8e09c93b1e762e845691cbdc356a4d4f0beb47686a18164560d1de57c567a
Page: 4 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**Minnetonka Police Department**
14600 Minnetonka Blvd Minnetonka, MN 55345
(952) 939-8510

Case #:MP23000151                                    Incident #: MP23000151

- Photo Robot is effec...ly stealing his patent by making it look like they have technolo...
- He has proof of the fraud.
- He has been downloadi... the website and has noticed a number of discrepa... current version and the old version of the website.
- He believes the master mind behind all of this is Mark Roberts who he initial... with.
- He believes that he could sell the patent to Netflix for 100 Million dollars.
- He originally called the FBI who advised he needed to file a report with his lo...
- He understands there is nothing the local police can do.

OFFICER OBSERVATIONS ACTIONS:

- Guertin advised that he has many gigabytes of evidence to show the fraud.
- I advised Guertin to connect with a computer forensicator in order to parse

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-6, Attachment 6 of 16**
**Aug 1, 2023  10:14 AM**
Letter_From_My_CA_Psychiatrist_Dr_Schuster.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: eadc0d9873819b209a6b588943bfd3f33faa968639c74367fc7e4936dd4f25bf
Page: 1 of 2      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

April 7, 2023

To whom it may concern:

This report is written on behalf of Mr. Mathew David Guertin.

Medical records provided including a psychological evaluation signed by Jill E. Rogstad PhD, Forensic psychologist.

I am a clinical psychiatrist and clinical trial researcher licensed in the state of California.

I have been treating Mr. Guertin since I saw him in my office for the first time on September 15, 2016. At that time he was 35 years of age, single, living alone in Los Angeles and working as a computer programmer and in digital media design. He was referred to me by his general practitioner Dr. Alpert, since he was having difficulties in concentration, lacking organizational skills, etc.
In his clinical history he was diagnosed with Bipolar Disorder and Attention Deficit Hyperactive Disorder in 3rd grade, and had been treated accordingly with medications like Carbamazepine, Bupropion and Ritalin. He displayed in his younger years inability to control his behavior, inattention, lack of concentration, insomnia, getting in trouble in class, food grades in the subjects he liked and bad grades if he wasn't motivated," a rambunctious kid" as he self describes. etc. His mother was a single parent who was unable to care appropriately for him. For that reason he was placed in foster homes, followed by a social worker, therapy, psychiatrist, boot camp age 14 and group home ages 14-17. Age 18 emancipated and stopped his medications, dropped out from school but later on decided to get his GED.
At the age of 19 he decided on his own to enroll in school of computer drafting where he excelled and got excellent grades. In 2006 he was hired a company for set design and lighting and he made his way up as a DJ.

---

**EML-E 59-6, Attachment 6 of 16**
**Aug 1, 2023  10:14 AM**
Letter_From_My_CA_Psychiatrist_Dr_Schuster.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: eadc0d9873819b209a6b588943bfd3f33faa968639c74367fc7e4936dd4f25bf
Page: 2 of 2       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

In my history taking I did not perceive any "true manic symptoms", but definitely inattention, restlessness, intrusiveness, all symptoms consistent with ADHD Hyperactive and Inattentive. So that was the primary diagnosis I gave him. As a secondary diagnosis I diagnosed him with Generalized Anxiety Disorder and a moderate history of OCD primarily having orderly obsessions and compulsions. No history of psychosis, Schizophrenia, Bipolar Disorder, Antisocial Personality. Treated for the last several years with Adderall XR **xx** mg twice a day and Klonopin **xx** mg twice a day PRN.

Through the years of treating Mr. Guertin he displayed an uncommon intuition for very complex technical predisposition that granted him promotions in jobs that required technical knowledge. He was hired overseas Qatar, Vietnam, Palma de Mallorca for extremely difficult "mise en scene" jobs that can be seen in his website. He is self-educated and has been working nonstop since moving to Minnesota in a project that will compete with movie production with major enterprises. There have been times in recent months that he verbalized concerns about his being "scrutinized" and maybe sabotaged by enterprises in the scale of Microsoft and Netflix. I never thought of him being delusional or grandiose neither in recent times nor in these 7 years I have been following him clinically. On the contrary I have always seen in Mathew a very decided, extremely focused, very hard worker, ambitious and struggling to overcome his past, especially the lack of guidance and validation coming from any parental figure. "I never met my father".

In summary Mr. Guertin is not at risk of harming anyone. I do acknowledge he has been under severe pressure in the last year especially the last several months as his project has been patented and he may be displaying a strong overprotective behavior/thought content attitude towards it.

Hope this report gives a more detailed understanding of who Mr. Guertin is and especially the natural knowledge I obtained of who he is in the course of the last 7 years.

If further information was required, please do not hesitate to contact me following HIPPA regulations.

Sincerely,

Dr. Martin Schuster

**EML-E 59-7, Attachment 7 of 16**
**Aug 1, 2023  10:14 AM**
Email_correspondence_with_IP_attorney_discussing_fraud.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 2ba668bfeb391acdd8aa51a25d90610bde390514f7e743bf14ed502ee7ea23a2
Page: 1 of 1        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

## Re: Call tomorrow (Thursday)

From    Amanda Prose <aprose@wck.com>

To      mattguertin<MattGuertin@protonmail.com>

CC      Megan Neumann<mneumann@wck.com>

Date    Friday, January 6th, 2023 at 12:12 PMFriday, January 6th, 2023 at 12:12 PM

Matt,

Based on my understanding of what is going on here, I do not see any reason to advise you against filing a complaint through ic3.gov. I think that is a great place to start the process of calling out this activity actually.

Best regards,

Amanda



westman champlin ❖ koehler
INTELLECTUAL PROPERTY ATTORNEYS

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

On Fri, Jan 6, 2023 at 11:47 AM Matt Guertin <MattGuertin@protonmail.com> wrote:
   Amanda,

   Unless you have any reason to advise me not to do so I am going to report this by filing a report at ic3.gov. with all relevant information.

   Just on it's face as it only relates to my case they are guilty of wire fraud as there is no requirement that the crime reaches completion. Being able to prove intent is all that is needed. The fact that it involves at minimum 3 people who are located in 3 different countries including the USA just makes it that much more serious.

   I honestly am not going to hold my breath as far as expecting something substantial to happen to any of them but I'm guessing there is still very good odds that if I report this to all of the relevant agencies which includes the FBI, FTC, and IRS among others. The fact that the archive is a 501c3 causes them additional problems. At the very

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-8, Attachment 8 of 16**
**Aug 1, 2023  10:14 AM**
US11577177B2__My_Officially_Granted_Patent.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: e0b38946061f8bb8559775614731 1bcaea0ab4308e892c058c3abff649fe65c0
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



US011577177B2

(12) **United States Patent**
Guertin

(10) Patent No.:    **US 11,577,177 B2**
(45) **Date of Patent:**    **Feb. 14, 2023**

(54) **MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT**

(71) Applicant: **Matthew Guertin**, Minnetonka, MN (US)

(72) Inventor: **Matthew Guertin**, Minnetonka, MN (US)

(73) Assignee: **INFINISET, INC.**, Edina, MN (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/698,420**

(22) Filed:    **Mar. 18, 2022**

(65) **Prior Publication Data**
US 2022/0297024 A1    Sep. 22, 2022

**Related U.S. Application Data**

(60) Provisional application No. 63/163,135, filed on Mar. 19, 2021.

(51) **Int. Cl.**
A63G 31/16    (2006.01)
A63J 5/02    (2006.01)
A63J 1/00    (2006.01)

(52) **U.S. Cl.**
CPC .. *A63J 5/02* (2013.01); *A63J 1/00* (2013.01)

(58) **Field of Classification Search**
CPC ........... A63G 31/16; H04N 5/262; A61B 6/04
USPC ......................... 472/60, 61, 130; 482/66, 68
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2015/0150522 | A1 | 6/2015 | Papaioannou | |
| 2017/0129105 | A1 | 5/2017 | Stephens, Jr. | |
| 2018/0053349 | A1 * | 2/2018 | Chen | G06T 19/006 |
| 2019/0086996 | A1 | 3/2019 | Bahrami et al. | |
| 2019/0307982 | A1 | 10/2019 | Brodsky | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 104740829 A | 7/2015 |
| CN | 105396261 A | 3/2016 |
| CN | 206026963 U | 3/2017 |

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion issued for PCT/US2022/020919, dated Jun. 24, 2022.

(Continued)

*Primary Examiner* — Kien T Nguyen
(74) *Attorney, Agent, or Firm* — Westman, Champlin & Koehler, P.A.; Amanda M. Prose

(57)    **ABSTRACT**

A motorized, rotatable treadmill and a system for creating the illusion of user movement while the user is stationary with respect to an environment as the user walks or otherwise moves on an endless track of the treadmill. The user can then travel an unlimited distance in unlimited directions while remaining stationary in physical location. The speed of the treadmill is precisely controlled and/or precisely matched with movement of a camera and a real-world speed of movement of the user and the distance the user travels on the belt to create the illusion of movement of the person being filmed. When the treadmill is provided within an LED virtual film set or green screen set, background imagery is added to further supplement the movement in a selected environment.

**6 Claims, 18 Drawing Sheets**



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 262**

**EML-E 59-9, Attachment 9 of 16**
**Aug 1, 2023  10:14 AM**
Best_Buy_Corporate_Introduction.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 1be03a836f6052d4e231eaecd5b479315c5c0b1f636b34bbf64e10e8fc1a0b2f

Page: 1 of 1          [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

 Gmail                                       Matt OneUp <1upmatt@gmail.com>

---

**Intros - InfiniSet Connection**
12 messages

---

**Hal Lovemelt** <hal.lovemelt@gmail.com>                    Wed, Aug 24, 2022 at 5:59 PM
To: Ian.Bearce@bestbuy.com, Matt Guertin <1upmatt@gmail.com>

Hi Matt / Ian,

Wanted to introduce you both!

Ian is local in MPLS now at Bestbuy, leading their new High end studio build,  but he comes from the MILL.  He is very well connected with teams innovating the Virtual Production space.

Matt is a good friend / collaborator and amazing inventor / creative technologist and has worked with all sorts of brands and agencies on some fairly massive installs over the years truly pushing boundaries.

Matt, Ive told Ian a bit about your project and he is certainly interested to learn more.  I know that its almost ready to start telling more people and see about getting it onto some shoots so  I think inviting him to the Cinemechanics Demo would be a great time for you to meet and to show off the tech.

Ian is also looking into lidar scanning real world environments and I think Matt, you may have some war stories or lessons learned from your building drone lidar processing days.

--

**HAL LOVEMELT**
CHIEF EXECUTIVE OFFICER / CREATIVE TECHNOLOGIST
612- 695-1688
Website · Vimeo  LinkedIn · Instagram · Facebook

High technology performative experience design for the modern events industry

**EMAIL DISCLAIMER NOTE**

This email is from Feedback LLC. Its contents are confidential to the intended recipient(s) at the email address(es) to which it has been addressed. It may not be disclosed to or used by anyone other than the addressee(s), nor may it be copied in anyway. If received in error, please contact the sender, and delete from your system. The contents of this email are to be treated as confidential in all matters. Although this email and attachments are believed to be free of virus, or any other defect which might affect any computer or IT system into which they are received and opened, it is the responsibility of the recipient to ensure that they are virus free and no responsibility is accepted by Feedback LLC.  for any loss or damage arising in any way from receipt or use thereof.

---

**Bearce, Ian** <Ian.Bearce@bestbuy.com>                     Thu, Aug 25, 2022 at 10:54 AM
To: Hal Lovemelt <hal.lovemelt@gmail.com>, Matt Guertin <1upmatt@gmail.com>

Hal,

Thanks very much for the introduction.

Matt, Very nice to meet you. Let me know if you have some time next week to chat.

Best,

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-10, Attachment 10 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX__3rd_Pty_Submission_Receipt.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 4c44362fc99c72cc0d2ce4a4346f32d772d1d5f74b860870e9c3bf58e7d985f4
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 47550239 |
| **Application Number:** | 17709126 |
| **International Application Number:** | |
| **Confirmation Number:** | 3367 |
| **Title of Invention:** | DISPLAYING A SCENE TO A SUBJECT WHILE CAPTURING THE SUBJECT'S ACTING PERFORMANCE USING MULTIPLE SENSORS |
| **First Named Inventor/Applicant Name:** | Stephan  Trojansky |
| **Customer Number:** | 176294 |
| **Filer:** | Amanda Morgan Prose |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 36651-51638/US |
| **Receipt Date:** | 17-FEB-2023 |
| **Filing Date:** | 30-MAR-2022 |
| **Time Stamp:** | 10:29:07 |
| **Application Type:** | |

### Payment information:

| | |
|---|---|
| Submitted with Payment | no |

### File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Concise Description of Relevance | Concise-description-generated.pdf | 32956<br>bcae66ea240f43b184bf9bf1867d6fcdd0bcb366 | no | 2 |
| **Warnings:** | | | | | |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-11, Attachment 11 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX__3rd_Party_Filing_Form_ACCEPTED_BY_USPTO__.PDF

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: e549a8d8a36ca929043712ffbc96a4c65b228719b9b5faace603acf98638d078

Page: 1 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

**Doc Code: 3P.RELEVANCE**
**Document Description:  Concise Description of Relevance**

**U.S. Patent and Trademark Office**
**Department of Commerce**

| THIRD-PARTY SUBMISSION UNDER  37 CFR 1.290 |
|---|
| CONCISE DESCRIPTION OF RELEVANCE |

| Application Number | 17709126 |
|---|---|

| | |
|---|---|

| U.S. PATENTS | | |
|---|---|---|
| Cite No | Patent Number | Concise Description of Relevance |
| 1 | 11577177 | The prior art teaches a subject positioned within an array of panels on an omnidirectional treadmill, the repositioning systems, the sensors and controller as claimed. The prior art also teaches See at least paragraphs [0018], [0021]-[0024], [0050], [0053], [0058] and [0101]. See also at least FIGS. 1, 2, 25-28. |

| U.S. PATENT APPLICATION PUBLICATION | | |
|---|---|---|
| Cite No | Publication Number | Concise Description of Relevance |
| | | |

**EML-E 59-11, Attachment 11 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX__3rd_Party_Filing_Form_ACCEPTED_BY_USPTO__.PDF

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: e549a8d8a36ca929043712ffbc96a4c65b228719b9b5faace603acf98638d078
Page: 2 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

| THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290 | Application Number | 17709126 |
|---|---|---|
| | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | ☐ | ☐ |

### STATEMENTS

The party making the submission is not an individual who has a duty to disclose information with respect to the above-identified application under 37 CFR 1.56.

This submission complies with the requirements of 35 U.S.C. 122(e) and 37 CFR 1.290.

| ☐ | The fee set forth in 37 CFR 1.290(f) has been submitted herewith. |
|---|---|
| ☒ | The fee set forth in 37 CFR 1.290(f) is not required because this submission lists three or fewer total items and, to the knowledge of the person signing the statement after making reasonable inquiry, this submission is the first and the only submission under 35 U.S.C 122(e) filed in the above-identified application by the party making the submission or by a party in privity with the party. |
| ☐ | This resubmission is being made responsive to a notification of non-compliance issued for an earlier filed third-party submission. The corrections in this resubmission are limited to addressing the non-compliance.  As such, the party making this resubmission: (1) requests that the Office apply the previously-paid fee set forth in 37 CFR 1.290(f), or (2) states that no fee is required to accompany this resubmission as the undersigned is again making the fee exemption statement set forth in 37 CFR 1.290(g). |

| Signature | /Amanda M. Prose/ | | |
|---|---|---|---|
| Name/Print | Amanda M. Prose | Registration Number (if applicable) | 72345 |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Signature  indicates all documents listed above have been considered,except for citations through which a line is drawn. Draw line through citation if not considered. Include a copy of this form with next communication to applicant.  1. If known, enter kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16. See MPEP 901.04(a).  2. Enter the country or patent office that issued the document, by two-letter code under WIPO standard ST.3. See MPEP 1851.  3. For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 4. If known, enter the kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 . See MPEP 901.04(a). 5. Check mark indicates translation attached. 6. Check mark indicates evidence of publication attached.

EFS Web 2.1.17

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-11, Attachment 11 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX__3rd_Party_Filing_Form_ACCEPTED_BY_USPTO__.PDF

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: e549a8d8a36ca929043712ffbc96a4c65b228719b9b5faace603acf98638d078
Page: 3 of 4        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 47550239 |
| **Application Number:** | 17709126 |
| **International Application Number:** | |
| **Confirmation Number:** | 3367 |
| **Title of Invention:** | DISPLAYING A SCENE TO A SUBJECT WHILE CAPTURING THE SUBJECT'S ACTING PERFORMANCE USING MULTIPLE SENSORS |
| **First Named Inventor/Applicant Name:** | Stephan  Trojansky |
| **Customer Number:** | 176294 |
| **Filer:** | Amanda Morgan Prose |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 36651-51638/US |
| **Receipt Date:** | 17-FEB-2023 |
| **Filing Date:** | 30-MAR-2022 |
| **Time Stamp:** | 10:29:07 |
| **Application Type:** | |

### Payment information:

| Submitted with Payment | no |
|---|---|

### File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Concise Description of Relevance | Concise-description-generated.pdf | 32956  bcae66ea240f43b184cbf9bf1867d6fcdd0bcb366 | no | 2 |
| **Warnings:** | | | | | |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 267**

**EML-E 59-11, Attachment 11 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX__3rd_Party_Filing_Form_ACCEPTED_BY_USPTO__.PDF

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: e549a8d8a36ca929043712ffbc96a4c65b228719b9b5faace603acf98638d078
Page: 4 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

| | Information: | | | | | |
|---|---|---|---|---|---|---|
| 2 | Third-Party Submission Under 37 CFR 1.290 | Third-party-preissuance-submission.pdf | 52705 | | no | 2 |
| | | | 89673609686d287b5581ef0320e8186238e62359 | | | |
| | Warnings: | | | | | |
| | Information: | | | | | |
| 3 | Request for Notification of Non-compliant Third-Party Submission | Third-party-notification-request.pdf | 23667 | | no | 1 |
| | | | b7d8a2740537cfo22beabcbff564d16acb796123 | | | |
| | Warnings: | | | | | |
| | Information: | | | | | |
| | **Total Files Size (in bytes):** | | | 109328 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

**EML-E 59-12, Attachment 12 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX__USPS_CertifiedMailerReceipt_scan.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 79f3decc85b27c3f0e59684e0b6191529651a48b1c729dcf6035e689ed160811
Page: 1 of 4        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



```
                                    UNITED STATES
                                    POSTAL SERVICE.
                                    LOST LAKE
                                   9705 45TH AVE N
                               MINNEAPOLIS, MN 55442-2566
                                   (800)275-8777
            03/27/2023                          12:58 PM
            -----------------------------------------------
            Product              Qty   Unit        Price
                                       Price
            -----------------------------------------------
            Priority Mail®        1                $9.65
            Flat Rate Env
                Minneapolis, MN 55402
                Flat Rate
                Expected Delivery Date
                  Tue 03/28/2023
                Insurance                          $0.00
                  Up to $100.00 included
                Certified Mail®                    $4.15
                  Tracking #:
                    70200090000008904177
                Return Receipt                     $3.35
                  Tracking #:
                    9590 9402 7521 2098 9736 74
            Total                                 $17.15

            Priority Mail®        1                $9.65
            Flat Rate Env
                Los Angeles, CA 90028
                Flat Rate
                Expected Delivery Date
                  Thu 03/30/2023
                Insurance                          $0.00
                  Up to $100.00 included
                Certified Mail®                    $4.15
                  Tracking #:
                    70200090000008903880
                Return Receipt                     $3.35
                  Tracking #:
                    9590 9402 7521 2098 9640 30
            Total                                 $17.15

            Priority Mail®        1                $9.65
            Flat Rate Env
                Los Angeles, CA 90028
                Flat Rate
                Expected Delivery Date
                  Thu 03/30/2023
                Insurance                          $0.00
                  Up to $100.00 included
                Certified Mail®                    $4.15
                  Tracking #:
                    70200090000008903910
                Return Receipt                     $3.35
                  Tracking #:
                    9590 9402 7521 2098 9736 36
            Total                                 $17.15

            Priority Mail®        1                $9.65
            Flat Rate Env
                Los Gatos, CA 95032
                Flat Rate
                Expected Delivery Date
                  Thu 03/30/2023
                Insurance                          $0.00
                  Up to $100.00 included
                Certified Mail®                    $4.15
                  Tracking #:
                    70200090000008903873
                Return Receipt                     $3.35
                  Tracking #:
                    9590 9402 7521 2098 9736 50
            Total                                 $17.15

            Priority Mail®        1                $9.65
```

**EML-E 59-12, Attachment 12 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX__USPS_CertifiedMailerReceipt_scan.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 79f3decc85b27c3f0e59684e0b6191529651a48b1c729dcf6035e689ed160811
Page: 2 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

```
Flat Rate Env
    Los Gatos, CA 95032
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
    Insurance                        $0.00
        Up to $100.00 included
    Certified Mail®                  $4.15
        Tracking #:
        70200090000008903873
    Return Receipt                   $3.35
        Tracking #:
        9590 9402 7521 2098 9736 50
Total                               $17.15

Priority Mail®        1           $9.65
Flat Rate Env
    Los Gatos, CA 95032
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
    Insurance                        $0.00
        Up to $100.00 included
    Certified Mail®                  $4.15
        Tracking #:
        70200090000008903958
    Return Receipt                   $3.35
        Tracking #:
        9590 9402 7521 2098 9625 62
Total                               $17.15

Priority Mail®        1           $9.65
Flat Rate Env
    Los Gatos, CA 95032
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
    Insurance                        $0.00
        Up to $100.00 included
    Certified Mail®                  $4.15
        Tracking #:
        70200090000008903965
    Return Receipt                   $3.35
        Tracking #:
        9590 9402 7521 2098 9742 37
Total                               $17.15

Priority Mail®        1           $9.65
Flat Rate Env
    Los Gatos, CA 95032
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
    Insurance                        $0.00
        Up to $100.00 included
    Certified Mail®                  $4.15
        Tracking #:
        70200090000008903903
    Return Receipt                   $3.35
        Tracking #:
        9590 9402 7521 2098 9736 43
Total                               $17.15

Priority Mail®        1           $9.65
Flat Rate Env
    Los Gatos, CA 95032
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
    Insurance                        $0.00
        Up to $100.00 included
    Certified Mail®                  $4.15
        Tracking #:
        70200090000008903927
    Return Receipt                   $3.35
        Tracking #:
        9590 9402 7521 2098 9625 31
Total                               $17.15

Priority Mail®        1           $9.65
Flat Rate Env
    Los Gatos, CA 95032
    Flat Rate
    Expected Delivery Date
```

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 270**

**EML-E 59-12, Attachment 12 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX__USPS_CertifiedMailerReceipt_scan.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 79f3decc85b27c3f0e59684e0b6191529651a48b1c729dcf6035e689ed160811
Page: 3 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

```
                               Insurance                    $0.00
                                 Up to $100.00 included
                               Certified Mail®             $4.15
                                 Tracking #:
                                   70200090000008903927
                               Return Receipt              $3.35
                                 Tracking #:
                                   9590 9402 7521 2098 9625 31
                             Total                        $17.15

                             Priority Mail®        1       $9.65
                             Flat Rate Env
                               Los Gatos, CA 95032
                               Flat Rate
                               Expected Delivery Date
                                 Thu 03/30/2023
                               Insurance                    $0.00
                                 Up to $100.00 included
                               Certified Mail®             $4.15
                                 Tracking #:
                                   70200090000008903941
                               Return Receipt              $3.35
                                 Tracking #:
                                   9590 9402 7521 2098 9625 55
                             Total                        $17.15

                             Priority Mail®        1       $9.65
                             Flat Rate Env
                               Glendale, CA 91203
                               Flat Rate
                               Expected Delivery Date
                                 Thu 03/30/2023
                               Insurance                    $0.00
                                 Up to $100.00 included
                               Certified Mail®             $4.15
                                 Tracking #:
                                   70200090000008908618
                               Return Receipt              $3.35
                                 Tracking #:
                                   9590 9402 7521 2098 9742 13
                             Total                        $17.15

                             Priority Mail®        1       $9.65
                             Flat Rate Env
                               Mountain View, CA 94041
                               Flat Rate
                               Expected Delivery Date
                                 Thu 03/30/2023
                               Insurance                    $0.00
                                 Up to $100.00 included
                               Certified Mail®             $4.15
                                 Tracking #:
                                   70200090000008903897
                               Return Receipt              $3.35
                                 Tracking #:
                                   9590 9402 7521 2098 9736 67
                             Total                        $17.15

                             Priority Mail®        1       $9.65
                             Flat Rate Env
                               Los Angeles, CA 90028
                               Flat Rate
                               Expected Delivery Date
                                 Thu 03/30/2023
                               Insurance                    $0.00
                                 Up to $100.00 included
                               Certified Mail®             $4.15
                                 Tracking #:
                                   70200090000008908625
                               Return Receipt              $3.35
                                 Tracking #:
                                   9590 9402 7521 2098 9625 86
                             Total                        $17.15
                             ----------------------------------
                             Grand Total:               $205.80
                             ----------------------------------
                             Credit Card Remit          $205.80
                               Card Name: VISA
                               Account #: XXXXXXXXXXXX5090
                               Approval #: 394165
                               Transaction #: 193
                             ----------------------------------
```

**EXHIBIT EML-E | p. 271**

**EML-E 59-12, Attachment 12 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX__USPS_CertifiedMailerReceipt_scan.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 79f3decc85b27c3f0e59684e0b6191529651a48b1c729dcf6035e689ed160811

Page: 4 of 4      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

```
                              Tracking #:
                        9590 9402 7521 2098 9625 86
          Total                                    $17.15
          ----------------------------------------
          Grand Total:                            $205.80
          ----------------------------------------
          Credit Card Remit                       $205.80
             Card Name: VISA
             Account #: XXXXXXXXXXXX5090
             Approval #: 394165
             Transaction #: 193
          ----------------------------------------

             In a hurry? Self-service kiosks offer
              quick and easy check-out. Any Retail
                 Associate can show you how.

            Text your tracking number to 28777 (2USPS)
            to get the latest status. Standard Message
             and Data rates may apply. You may also
            visit www.usps.com USPS Tracking or call
                       1-800-222-1811.

              Save this receipt as evidence of
             insurance. For information on filing an
                    insurance claim go to
              https://www.usps.com/help/claims.htm
                  or call 1-800-222-1811

                    Preview your Mail
                   Track your Packages
                  Sign up for FREE @
               https://informeddelivery.usps.com

             All sales final on stamps and postage.
             Refunds for guaranteed services only.
                  Thank you for your business.

                Tell us about your experience.
            Go to: https://postalexperience.com/Pos
            or scan this code with your mobile device,



                    or call 1-800-410-7420.

          ----------------------------------------

          UFN: 266323-0442
          Receipt #: 840-55530395-1-4365707-2
          Clerk: 38



          Total                                    $17.15
          Priority Mail@           1
          Flat Rate Env                             $9.65
             Los Gatos, CA 95032
             Flat Rate
             Expected Delivery Date
```

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 272**

**EML-E 59-13, Attachment 13 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX___Screencap_from_USPTO_EFS_Web___.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 427c1b78be85593fa290e9f058cc7f508c6f8e593f648d631c5df1eeeb25f7a8
Page: 1 of 1　　　[ .ots timestamp of attached email file ]　　　[ Metadata of attached email file ]



**EML-E 59-14, Attachment 14 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX___Certified_Mail_Scans.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c
Page: 1 of 15      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-E | p. 274

**EML-E 59-14, Attachment 14 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX___Certified_Mail_Scans.pdf

Fw_LINKS_Exam and Preliminary Hearing

SHA-256 Hash of Attachment: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 2 of 15     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EXHIBIT EML-E | p. 275**

**EML-E 59-14, Attachment 14 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX___Certified_Mail_Scans.pdf

Fw_LINKS_Exam and Preliminary Hearing

SHA-256 Hash of Attachment: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 3 of 15      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 59-14, Attachment 14 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX___Certified_Mail_Scans.pdf

Fw_LINKS_Exam and Preliminary Hearing

SHA-256 Hash of Attachment: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 4 of 15      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-E | p. 277**

**EML-E 59-14, Attachment 14 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX___Certified_Mail_Scans.pdf

Fw_LINKS_Exam and Preliminary Hearing

SHA-256 Hash of Attachment: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 5 of 15       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



**EXHIBIT EML-E | p. 278**

**EML-E 59-14, Attachment 14 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX___Certified_Mail_Scans.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c
Page: 6 of 15     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EXHIBIT EML-E | p. 279**

**EML-E 59-14, Attachment 14 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX___Certified_Mail_Scans.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c
Page: 7 of 15      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 59-14, Attachment 14 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX___Certified_Mail_Scans.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c
Page: 8 of 15        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



**EML-E 59-14, Attachment 14 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX___Certified_Mail_Scans.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c
Page: 9 of 15       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-14, Attachment 14 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX___Certified_Mail_Scans.pdf

Fw_LINKS_Exam and Preliminary Hearing

SHA-256 Hash of Attachment: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 10 of 15        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-14, Attachment 14 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX___Certified_Mail_Scans.pdf

Fw_LINKS_Exam and Preliminary Hearing

SHA-256 Hash of Attachment: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 11 of 15        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 59-14, Attachment 14 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX___Certified_Mail_Scans.pdf

Fw_LINKS_Exam and Preliminary Hearing

SHA-256 Hash of Attachment: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 12 of 15      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 285**

**EML-E 59-14, Attachment 14 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX___Certified_Mail_Scans.pdf

Fw_LINKS_Exam and Preliminary Hearing

SHA-256 Hash of Attachment: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 13 of 15      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 286**</span>

**EML-E 59-14, Attachment 14 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX___Certified_Mail_Scans.pdf

Fw_LINKS_Exam and Preliminary Hearing

SHA-256 Hash of Attachment: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 14 of 15      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 287**</span>

**EML-E 59-14, Attachment 14 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX___Certified_Mail_Scans.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c
Page: 15 of 15       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 288**</span>

CASE 0:25-cv-02670-PAM-DLM    Doc. 67    Filed 07/19/25    Page 67 of 173

**EML-E 59-15, Attachment 15 of 16**
**Aug 1, 2023  10:14 AM**
NETFLIX__TROJANSKY_PATENT_APPLICATION__3_31_2021_US20220319115A1.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: cf93064b24c3d4c8d8a3631b606366d1d944ba67aed67d9f0e9b255f524c002b
Page: 1 of 1        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



US 20220319115A1

(19) **United States**
(12) **Patent Application Publication**     (10) **Pub. No.: US 2022/0319115 A1**
        Trojansky                            (43) **Pub. Date:        Oct. 6, 2022**

(54) **DISPLAYING A SCENE TO A SUBJECT WHILE CAPTURING THE SUBJECT'S ACTING PERFORMANCE USING MULTIPLE SENSORS**

(71) Applicant: **Eyeline Studios GmbH**, Los Gatos, CA (US)

(72) Inventor: **Stephan Trojansky**, Los Angeles, CA (US)

(21) Appl. No.: **17/709,126**

(22) Filed: **Mar. 30, 2022**

**Related U.S. Application Data**

(60) Provisional application No. 63/168,558, filed on Mar. 31, 2021.

**Publication Classification**

(51) **Int. Cl.**
   *G06T 17/20* (2006.01)
   *G06T 1/00* (2006.01)
   *G06T 7/73* (2006.01)

   *G06T 15/04* (2006.01)
   *B25J 19/02* (2006.01)
(52) **U.S. Cl.**
   CPC ............ *G06T 17/20* (2013.01); *G06T 1/0014* (2013.01); *G06T 7/74* (2017.01); *G06T 15/04* (2013.01); *B25J 19/021* (2013.01)

(57)                    **ABSTRACT**

A system surrounds an area with a first set of display panels. A second set of display panels is positioned above the area, and a third set of display panels is positioned below the area. A subject is positioned within the area and may be on an omnidirectional treadmill within the area. A controller communicates content to the first set of display panels, the second set of display panels, and the third set of display panels that presents a multidimensional scene when displayed. A set of sensors capture sensor data of the subject within the area while content is displayed. One or more of the sensors may be coupled to a repositioning system that repositions sensors so the subject remains in a field of view of different sensors. From sensor data of the subject, a representation of the subject may be generated for insertion into other video content.



**EML-E 59-16, Attachment 16 of 16**
**Aug 1, 2023  10:14 AM**
IRS_2019__Wages_And_Income__Matthew Guertin.pdf

Fw_LINKS_Exam and Preliminary Hearing
SHA-256 Hash of Attachment: 05def1a1f141a27e7aca8e06ed50085278ae33a79ba6b8c772022afa744a6822

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



## Internal Revenue Service
### United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Wage and Income Transcript

|  |  |
|---|---|
| Request Date: | 02-22-2022 |
| Response Date: | 02-22-2022 |
| Tracking Number: | 101666678748 |

**SSN Provided:** ███████████
**Tax Period Requested:** December, 2019

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): ████████
XITE LLC
23938 CRAFTSMAN RD
CALABASAS, CA 91302-0000

**Recipient:**
Recipient's Identification Number: ████████
GUERTIN MATTHEW
███████████████
GLENDALE, CA 91206-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | AUTOID - BB8932 |
| Tax Withheld: | $0.00 |
| Non-Employee Compensation: | $218,385.00 |
| Medical Payments: | $0.00 |
| Fishing Income: | $0.00 |
| Rents: | $0.00 |
| Royalties: | $0.00 |
| Other Income: | $0.00 |
| Substitute Payments for Dividends: | $0.00 |
| Excess Golden Parachute: | $0.00 |
| Crop Insurance: | $0.00 |
| Attorney Fees: | $0.00 |
| Foreign Tax Paid: | $0.00 |
| Section 409A Deferrals: | $0.00 |
| Section 409A Income: | $0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |
| Second Notice Indicator: | No Second Notice |

```
This Product Contains Sensitive Taxpayer Data
```

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_LINKS_Exam and Preliminary Hearing**
**Aug 1, 2023  10:25 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Michael Biglow <michael@biglowlaw.com>
SHA-256 Hash of .eml: 1dc6205d6670c0ea8fbe23f7006ab860670ba51262294a01a51c5e4b7f95ee72

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Re: LINKS: Exam and Preliminary Hearing**

**From:** Matt Guertin
**To:** Michael Biglow
**Date:** Tue, 01 Aug 2023 15:25:13 +0000

Michael,

I feel it should also be noted that many of these PDF's I attached to the previous email I also provided Dr. Rogstad with either prior to our meeting, at our meeting, or post meeting.

She had plenty of relevant information which at the very least supports the fact that there was a whole series of events (very stressful ones..) and other things which took place prior to me arriving at a point in which shooting a gun off in order to contact the police (as opposed to calling them...) seemed like my best option at the time.

I was trying to get help through multiple avenues which would include the attached Minnetonka Police report filed 9 days before the incident (which she chose to gloss over in her report even though it is obviously relevant to the situation)

That is all.

See you soon,


Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
763-221-4540
www.InfiniSet.com
www.MattGuertin.com


Sent with Proton Mail secure email.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 291**

**Dr Schuster Report**
**Aug 1, 2023  3:24 PM**

From: Michael Biglow <michael@biglowlaw.com>
To:    Dr. Michael Robertson <michael@countrypsychology.com>, Lea De Souza <Lea.DeSouza@hennepin.us>
SHA-256 Hash of .eml: 05ddeac0ccd3962e2342174ac93699361c13e8ffcf4f8ea5bc064f4229801055

Page: 1 of 1         [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

**Dr Schuster Report**

**From:** Michael Biglow
**To:** "Dr. Michael Robertson" , Lea De Souza
**Date:** Tue, 01 Aug 2023 15:24:01 -0500

Attached.
Mike

--
**Michael J. Biglow, Esq**
Attorney at Law
Biglow Law Offices
895 Tri Tech Office Center
331 Second Ave South
Minneapolis, MN 55401
Direct: 612-238-4782
Fax: 612-333-3201
**\*\*Please note NEW email address: _michael@biglowlaw.com_**

*This message and any attachments are intended only for the named recipient(s), and may contain information that is confidential, privileged, attorney work product, or exempt or protected from disclosure under applicable laws and rules. If you are not the intended recipient(s), you are notified that the dissemination, distribution, or copying of this message and any attachments is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the email address or the telephone number included herein and delete this message and any of its attachments from your computer and/or network. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege, protection, or doctrine. Thank you.*

**This message and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521**

**Attachments:**

| Letter_From_My_CA_Psychiatrist_Dr_Schuster.pdf |
| --- |

**EML-E 61-1, Attachment 1 of 1**
**Aug 1, 2023  3:24 PM**
Letter_From_My_CA_Psychiatrist_Dr_Schuster.pdf

Dr Schuster Report

SHA-256 Hash of Attachment: eadc0d9873819b209a6b588943bfd3f33faa968639c74367fc7e4936dd4f25bf

Page: 1 of 2        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM





April 7, 2023

To whom it may concern:

This report is written on behalf of Mr. Mathew David Guertin.

Medical records provided including a psychological evaluation signed by Jill E. Rogstad PhD, Forensic psychologist.

I am a clinical psychiatrist and clinical trial researcher licensed in the state of California.

I have been treating Mr. Guertin since I saw him in my office for the first time on September 15, 2016. At that time he was 35 years of age, single, living alone in Los Angeles and working as a computer programmer and in digital media design. He was referred to me by his general practitioner Dr. Alpert, since he was having difficulties in concentration, lacking organizational skills, etc.

In his clinical history he was diagnosed with Bipolar Disorder and Attention Deficit Hyperactive Disorder in 3rd grade, and had been treated accordingly with medications like Carbamazepine, Bupropion and Ritalin. He displayed in his younger years inability to control his behavior, inattention, lack of concentration, insomnia, getting in trouble in class, food grades in the subjects he liked and bad grades if he wasn't motivated," a rambunctious kid" as he self describes. etc. His mother was a single parent who was unable to care appropriately for him. For that reason he was placed in foster homes, followed by a social worker, therapy, psychiatrist, boot camp age 14 and group home ages 14-17. Age 18 emancipated and stopped his medications, dropped out from school but later on decided to get his GED.

At the age of 19 he decided on his own to enroll in school of computer drafting where he excelled and got excellent grades. In 2006 he was hired a company for set design and lighting and he made his way up as a DJ.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 61-1, Attachment 1 of 1**
**Aug 1, 2023  3:24 PM**
Letter_From_My_CA_Psychiatrist_Dr_Schuster.pdf

Dr Schuster Report

SHA-256 Hash of Attachment: eadc0d9873819b209a6b588943bfd3f33faa968639c74367fc7e4936dd4f25bf

Page: 2 of 2       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

In my history taking I did not perceive any "true manic symptoms", but definitely inattention, restlessness, intrusiveness, all symptoms consistent with ADHD Hyperactive and Inattentive. So that was the primary diagnosis I gave him. As a secondary diagnosis I diagnosed him with Generalized Anxiety Disorder and a moderate history of OCD primarily having orderly obsessions and compulsions. No history of psychosis, Schizophrenia, Bipolar Disorder, Antisocial Personality. Treated for the last several years with Adderall XR **xx** mg twice a day and Klonopin **xx** mg twice a day PRN.

Through the years of treating Mr. Guertin he displayed an uncommon intuition for very complex technical predisposition that granted him promotions in jobs that required technical knowledge. He was hired overseas Qatar, Vietnam, Palma de Mallorca for extremely difficult "mise en scene" jobs that can be seen in his website. He is self-educated and has been working nonstop since moving to Minnesota in a project that will compete with movie production with major enterprises. There have been times in recent months that he verbalized concerns about his being "scrutinized" and maybe sabotaged by enterprises in the scale of Microsoft and Netflix. I never thought of him being delusional or grandiose neither in recent times nor in these 7 years I have been following him clinically. On the contrary I have always seen in Mathew a very decided, extremely focused, very hard worker, ambitious and struggling to overcome his past, especially the lack of guidance and validation coming from any parental figure. "I never met my father".

In summary Mr. Guertin is not at risk of harming anyone. I do acknowledge he has been under severe pressure in the last year especially the last several months as his project has been patented and he may be displaying a strong overprotective behavior/thought content attitude towards it.

Hope this report gives a more detailed understanding of who Mr. Guertin is and especially the natural knowledge I obtained of who he is in the course of the last 7 years.

If further information was required, please do not hesitate to contact me following HIPPA regulations.

Sincerely,

Dr. Martin Schuster

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Dr Schuster Report**

**Aug 4, 2023  12:11 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:     michael@biglowlaw.com, michael@countrypsychology.com, Lea.DeSouza@hennepin.us
SHA-256 Hash of .eml: 32682f41802f3ba297712a9800ffe950e9b61af1cc042435d67175c85ba94f1a

Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Dr Schuster Report

**From:** Matt Guertin
**To:** michael@biglowlaw.com, michael@countrypsychology.com,
Lea.DeSouza@hennepin.us
**Date:** Fri, 04 Aug 2023 17:11:45 +0000

Hello everyone,

I'm not sending you these pictures for the purpose of using them as an 'excuse' for my actions.

I am instead sending you these pictures to convey what I believe to be a simple, yet very clear demonstration of my true character - that being that I am a very straightforward person who is willing to put in the work that is necessary to correct my wrongs.... this would include making sure that I left my landlord with an apartment that was ready to be rented out with minimal work.

I was able to avoid an eviction by working with my landlord and moving my stuff out quickly. In fact my landlord was willing to write me a character statement for court and also told me he'd be willing to let me rent another apartment from him at one of his other properties- just not the property where I decided it would be a good idea to shoot a gun off out the window.

Regardless - I went and bought all of the paint and supplies needed to completely repaint my place and left him with an apartment that looked even better than when I moved in (minus the broken windows which I paid for)

He was not aware that I was going to do this at all and it was not part of any agreement we came to. I did it because it was the right thing to do and it felt good to be able to leave him with a unit that was ready to rent and not covered with my crazy writing all over the wall.

I just figured it wouldn't hurt to at least send a response of sorts which provides a clear contrast to what I know are obviously concerning pictures regarding my writing on the walls.

I screwed up.... so I fixed the problem and made things right.

This is my true character in all walks of life.

That is all.

I hope everyone is doing well.


Sincerely,

Matt Guertin
www.MattGuertin.com

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 295**

**Re_Dr Schuster Report**
**Aug 4, 2023  12:11 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    michael@biglowlaw.com, michael@countrypsychology.com, Lea.DeSouza@hennepin.us
SHA-256 Hash of .eml: 32682f41802f3ba297712a9800ffe950e9b61af1cc042435d67175c85ba94f1a

Page: 2 of 2      [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

Sent from ProtonMail mobile

-------- Original Message --------
On Aug 1, 2023, 3:24 PM, Michael Biglow < michael@biglowlaw.com> wrote:

Attached.
Mike

--
**Michael J. Biglow, Esq**
Attorney at Law
Biglow Law Offices
895 Tri Tech Office Center
331 Second Ave South
Minneapolis, MN 55401
Direct: 612-238-4782
Fax: 612-333-3201
**\*\*Please note NEW email address: _michael@biglowlaw.com_**

*This message and any attachments are intended only for the named recipient(s), and may contain information that is confidential, privileged, attorney work product, or exempt or protected from disclosure under applicable laws and rules. If you are not the intended recipient(s), you are notified that the dissemination, distribution, or copying of this message and any attachments is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the email address or the telephone number included herein and delete this message and any of its attachments from your computer and/or network. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege, protection, or doctrine. Thank you.*
**This message and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521**

**Attachments:**

| | | |
|---|---|---|
| 20230205_220808.jpg | 20230205_220838.jpg | 20230205_220853.jpg |
| 20230205_220922.jpg | 20230205_221015.jpg | 20230205_221026.jpg |
| 20230205_221036.jpg | 20230205_221049.jpg | |

**EML-E 62-1, Attachment 1 of 8**
**Aug 4, 2023  12:11 PM**
20230205_220808.jpg

Re_Dr Schuster Report

SHA-256 Hash of Attachment: bf5404a22c8efc9b605022363824793203a1bd1210daffe2bbf3bd5aa3a44eb0

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 62-2, Attachment 2 of 8**
**Aug 4, 2023  12:11 PM**
20230205_220838.jpg

Re_Dr Schuster Report

SHA-256 Hash of Attachment: c38fd9ce55cf54ebea1e6c212c03d67f833cffb4a98dad199b18b11e2f219dc5

Page: 1 of 1       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 62-3, Attachment 3 of 8**
**Aug 4, 2023  12:11 PM**
20230205_220853.jpg

Re_Dr Schuster Report

SHA-256 Hash of Attachment: 9f865010c01e3bf0fe0d445dd55768dc90d747943dc0276651bf3fb413bca268

Page: 1 of 1       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 62-4, Attachment 4 of 8**
**Aug 4, 2023  12:11 PM**
20230205_220922.jpg

Re_Dr Schuster Report

SHA-256 Hash of Attachment: 7f80d3afd6608a126f66e0f04be23b2026228d07a003d3ade961bb3302958b50

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-E | p. 300

**EML-E 62-5, Attachment 5 of 8**
**Aug 4, 2023  12:11 PM**
20230205_221015.jpg

Re_Dr Schuster Report

SHA-256 Hash of Attachment: b60244749b8bd61fd914d44444559f2eca96c97a9cd605e48ee92a1d81a20a4f

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 62-6, Attachment 6 of 8**
**Aug 4, 2023  12:11 PM**
20230205_221026.jpg

Re_Dr Schuster Report

SHA-256 Hash of Attachment: a237fe7bb7a2a0b4333857e7ec91664b239964022192e041429b5cf0375396df

Page: 1 of 1       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 62-7, Attachment 7 of 8**
**Aug 4, 2023  12:11 PM**
20230205_221036.jpg

Re_Dr Schuster Report

SHA-256 Hash of Attachment: 19b43b8e7ea975b62b194d1f36477d7201af74295d6441e4547fce59aa00b002

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 62-8, Attachment 8 of 8**
**Aug 4, 2023  12:11 PM**
20230205_221049.jpg

Re_Dr Schuster Report

SHA-256 Hash of Attachment: 9483dc8cbe3fda8cfd3e1ce432734d7d62a491c3c2c81677f3bc06b2b6d32e6b

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Matt Guertin - LinkedIn Search Graph**
**Jan 10, 2024  4:59 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 385a05ba094cf27cf62fa9722b61ebdca63606a1b3afbcff9dd9718e1f605feb

Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Matt Guertin / LinkedIn Search Graph

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Wed, 10 Jan 2024 22:59:51 +0000

Bruce,

Here is the graph I spoke of on the phone as well as all of the digital forensic 'PROOF' that is needed to validate it in a court of law based on my research. That mainly being the PGP Headers.

**Take note of the fact that I had Forcepoint and 3Gimbals conduct a search sometime during the week leading up to January 21st, 2023** with the actual search being delivered to my email on January 21st, 2023 which just so happens to be the exact same day I shot of the gun after becoming convinced I was wrapped up in some sort of 'operation' and surveillance and that my life was in danger.

**THERE IS ZERO EXCUSE AS TO THE ABSURDITY OF THIS GRAPH AND WHY I HAVE ALL OF THESE GOVERNMENT AGENCIES SEARCHING FOR ME.**

The other key point worth mentioning is that the search conducted by USC Cinema (twice..) and the US Army is significant as **USC CInema is where Paul Debevec  is a professor where he receives a majority of his funding from the US Army.**

Paul Debevec moved from Google to Netflix where he has now popped up as the main face of the huge criminal fraud operation currently being waged against me and my breakthrough technology patent of which I have ascertained PROOF through my own personal investiigation involves the following entities:
**Netflix, USC, The Shoah Foundation, CBS, CNN, YouTube..., Google, OTOY/Jules Urbach, and many more.**

Paul Debevec appeared in a 2023 SF ACM-SIGGRAPH presentation on behalf of Eyeline Studios / Netflix where he introduces the SAME EXACT technology as mine and the Netflix patent with the main element of BOTH being the ROTATING TREADMILL- which is exactly what he is introducing on behalf of Netflix and Eyeline Studios at the 59 minute mark of the video I came across while at the same time intentionally withholding the fact that he was/is the Vice President of ACM-SIGGRAPH.

I am of the **opinion** now that the entire thing was stolen from me through **corruption at the USPTO internally along with Barack Obama's involvement and connections to Netflix - meaning Stephan Trojansky didn't really just get 'unlucky' as far as the 12 day difference in priority date** but rather he was the beneficiary of the MASSIVE criminal fraud operation that is still being carried out. Evidence of this becomes very clear when you look at the graph and the search count spiikes that are very clearly visible

Netflix was granted their patent by the way even though I filed a 3rd Party Prior Art submission against them. My name and patent are listed at the VERY TOP of their patent - right above Kanye West (crazy...I'm aware...). I've investigated and blown open the entire thing. I do not make a single one of these direct claims without SIGNIFICANT evidence I now have gathered to back ALL of them up.

There is also an issue of criminal corruption internally at the Hennepin County Courts I have uncovered in which I was emailed discovery material which has been intentionally altered and is missing 24 photographs compared to the 104 original photographs contained in discovery as clearly listed in Dr. Jill Rogstad's egregious report she wrote about me. This same ALTERED discovery evidence was also the same material emailed to Michael Robertson who conducted my second mental health exam - meaning he was basing his report on FRAUDULENT discovery material sent to him by someone from within the Hennepin County Courts.

I E-Filed my own 'Demand or Request for Discovery' which shows up when you search my case as it was accepted and made part of my case record. I have attached it to this email as well.

If I am not provided with the ORIGINAL DISCOVERY material **as part of a direct attempt I believe to conceal the involvement of the CIA carrying out an illegal intelligence operation against a US Citizen** prior to me figuring all of it out and shooting a gun off I believe that is grounds to have my entire case thrown out as the prosecutor will not be meeting the requirements of  Rule 9.01, subd. 1(6)

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Matt Guertin - LinkedIn Search Graph**
**Jan 10, 2024  4:59 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 385a05ba094cf27cf62fa9722b61ebdca63606a1b3afbcff9dd9718e1f605feb

Page: 2 of 2          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

I have yet to receive any of the material I have requested in my filing...

~Matt Guertin

Sent with Proton Mail secure email.

**Attachments:**

| LinkedIn-Email-PGP-Headers-PROOF.zip | LinkedIn_SearchCountGraph_v6_1200w_.png |

| GUERTIN_INFINISET_PATENT_US11577177B2.pdf | US11810254.pdf |

| MCRO_27-CR-23-1886_Demand or Request for Discovery_2024-01-05_20240105114832.pdf |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 306**

**EML-E 63-1, Attachment 1 of 5**
**Jan 10, 2024  4:59 PM**
LinkedIn-Email-PGP-Headers-PROOF.zip

Matt Guertin - LinkedIn Search Graph

SHA-256 Hash of Attachment: 36f0727ef0461ce1a19d6c5edbc882c646b5a06749b81eccd231325ea64acf37

Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 63-2, Attachment 2 of 5**
**Jan 10, 2024  4:59 PM**
LinkedIn_SearchCountGraph_v6_1200w_.png

Matt Guertin - LinkedIn Search Graph

SHA-256 Hash of Attachment: 15258497c55650f833cd4d6093618be8686711d27deaafd38045bdbb80ac6757

Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 63-3, Attachment 3 of 5**
**Jan 10, 2024  4:59 PM**
GUERTIN_INFINISET_PATENT_US11577177B2.pdf

Matt Guertin - LinkedIn Search Graph

SHA-256 Hash of Attachment: e0b38946061f8bb8559775614 7311bcaea0ab4308e892c058c3abff649fe65c0

Page: 1 of 2       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

---



US011577177B2

(12) **United States Patent**
Guertin

(10) Patent No.:    **US 11,577,177 B2**
(45) **Date of Patent:**    **Feb. 14, 2023**

(54) **MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT**

(71) Applicant: **Matthew Guertin**, Minnetonka, MN (US)

(72) Inventor: **Matthew Guertin**, Minnetonka, MN (US)

(73) Assignee: **INFINISET, INC.**, Edina, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/698,420**

(22) Filed: **Mar. 18, 2022**

(65) **Prior Publication Data**

US 2022/0297024 A1    Sep. 22, 2022

**Related U.S. Application Data**

(60) Provisional application No. 63/163,135, filed on Mar. 19, 2021.

(51) **Int. Cl.**
| A63G 31/16 | (2006.01) |
| A63J 5/02 | (2006.01) |
| A63J 1/00 | (2006.01) |

(52) **U.S. Cl.**
CPC .. *A63J 5/02* (2013.01); *A63J 1/00* (2013.01)

(58) **Field of Classification Search**
CPC .......... A63G 31/16; H04N 5/262; A61B 6/04
USPC .......................... 472/60, 61, 130; 482/66, 68
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2015/0150522 | A1 | 6/2015 | Papaioannou |
| 2017/0129105 | A1 | 5/2017 | Stephens, Jr. |
| 2018/0053349 | A1 * | 2/2018 | Chen ............... G06T 19/006 |
| 2019/0086996 | A1 | 3/2019 | Bahrami et al. |
| 2019/0307982 | A1 | 10/2019 | Brodsky |

FOREIGN PATENT DOCUMENTS

| CN | 104740829 | A | 7/2015 |
| CN | 105396261 | A | 3/2016 |
| CN | 206026963 | U | 3/2017 |

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion issued for PCT/US2022/020919, dated Jun. 24, 2022.

(Continued)

*Primary Examiner* — Kien T Nguyen
(74) *Attorney, Agent, or Firm* — Westman, Champlin & Koehler, P.A.; Amanda M. Prose

(57) **ABSTRACT**

A motorized, rotatable treadmill and a system for creating the illusion of user movement while the user is stationary with respect to an environment as the user walks or otherwise moves on an endless track of the treadmill. The user can then travel an unlimited distance in unlimited directions while remaining stationary in physical location. The speed of the treadmill is precisely controlled and/or precisely matched with movement of a camera and a real-world speed of movement of the user and the distance the user travels on the belt to create the illusion of movement of the person being filmed. When the treadmill is provided within an LED virtual film set or green screen set, background imagery is added to further supplement the movement in a selected environment.

**6 Claims, 18 Drawing Sheets**



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 309**

**EML-E 63-3, Attachment 3 of 5**

**Jan 10, 2024  4:59 PM**

GUERTIN_INFINISET_PATENT_US11577177B2.pdf

Matt Guertin - LinkedIn Search Graph

SHA-256 Hash of Attachment: e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 2 of 2       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

---

**US 11,577,177 B2**
Page 2

(56)          **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 206209595 | U | 5/2017 |
| CN | 105879305 | B | 2/2018 |
| CN | 108211220 | A | 6/2018 |
| CN | 108379781 | A | 8/2018 |
| CN | 208641720 | U | 3/2019 |
| CN | 109876370 | A | 6/2019 |
| CN | 110124276 | A | 8/2019 |
| CN | 110180128 | A | 8/2019 |
| CN | 209933935 | U | 1/2020 |
| CN | 110755807 | A | 2/2020 |
| CN | 108114405 | B | 3/2020 |
| JP | 2000516829 | A | 12/2000 |
| KR | 10-1571361 | B1 | 11/2015 |
| KR | 10-2001966 | B1 | 10/2019 |
| KR | 10-2020-0091594 | A | 7/2020 |
| KR | 10-2021-0023190 | A | 3/2021 |

OTHER PUBLICATIONS

PhotoRobot "PhotoRobot's Virtual_Catwalk—Introduction (short version)" YouTube <https://www.youtube.com/watch?v=4fcAN-GCmdc> 1:04, Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022.
PhotoRobot "Walking belt video shooting—behind the scenes timelaps" YouTube <https://www.youtube.com/watch?v=6NaPPGVqx-I> 0:53, Uploaded Oct. 23, 2012, Accessed Nov. 8, 2022.
PhotoRobot "Digital Fashion Shows on the Virtual Catwalk from https://www.photorobot.com" YouTube <https://www.youtube.com/watch?v=_XXayllb_0o> 1:02, Uploaded Jan. 28, 2016, Accessed Nov. 8, 2022.

* cited by examiner

CASE 0:25-cv-02670-PAM-DLM    Doc. 67    Filed 07/19/25    Page 89 of 173

**EML-E 63-4, Attachment 4 of 5**
**Jan 10, 2024  4:59 PM**
US11810254.pdf

Matt Guertin - LinkedIn Search Graph
SHA-256 Hash of Attachment: e3099a29ef312678ece15c37ecd16e0d038c9488564a384f129b294b843f5df3
Page: 1 of 1      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



US011810254B2

(12) **United States Patent**
    Trojansky

(10) Patent No.:  **US 11,810,254 B2**
(45) Date of Patent:  **Nov. 7, 2023**

(54) **DISPLAYING A SCENE TO A SUBJECT WHILE CAPTURING THE SUBJECT'S ACTING PERFORMANCE USING MULTIPLE SENSORS**

(71) Applicant: **Netflix, Inc.**, Los Gatos, CA (US)

(72) Inventor: **Stephan Trojansky**, Los Angeles, CA (US)

(73) Assignee: **Netflix, Inc.**, Los Gatos, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/709,126**

(22) Filed: **Mar. 30, 2022**

(65) **Prior Publication Data**
    US 2022/0319115 A1    Oct. 6, 2022

**Related U.S. Application Data**

(60) Provisional application No. 63/168,558, filed on Mar. 31, 2021.

(51) **Int. Cl.**
    *G06T 17/20*    (2006.01)
    *G06T 7/73*    (2017.01)
    *G06T 1/00*    (2006.01)
    *B25J 19/02*    (2006.01)
    *G06T 15/04*    (2011.01)

(52) **U.S. Cl.**
    CPC .............. *G06T 17/20* (2013.01); *B25J 19/021* (2013.01); *G06T 7/74* (2013.01); *G06T 7/74* (2017.01); *G06T 15/04* (2013.01)

(58) **Field of Classification Search**
    CPC .......... G06T 17/20; G06T 7/74; G06T 1/0014; G06T 15/04; B25J 19/021
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 11,577,177 B2 † | 2/2023 | Guertin | |
| 2013/0181901 A1* | 7/2013 | West | H04N 9/3147 345/1.3 |
| 2015/0055101 A1* | 2/2015 | Kim | H04N 9/3147 353/94 |
| 2018/0059528 A1* | 3/2018 | Gocke | H04N 9/3147 |
| 2022/0319115 A1* | 10/2022 | Trojansky | B25J 19/021 |

OTHER PUBLICATIONS

Enrico Calabrese†, DHP19: Dynamic Vision Sensor 3D Human Pose Dataset, 2019, pp. 1-10.*
PCT/US2022/035002 International Search Report and Written Opinion dated Oct. 10, 2022.

* cited by examiner
† cited by third party

*Primary Examiner* — Abderrahim Merouan
(74) *Attorney, Agent, or Firm* — Greenberg Traurig, LLP

(57)    **ABSTRACT**

A system surrounds an area with a first set of display panels. A second set of display panels is positioned above the area, and a third set of display panels is positioned below the area. A subject is positioned within the area and may be on an omnidirectional treadmill within the area. A controller communicates content to the first set of display panels, the second set of display panels, and the third set of display panels that presents a multidimensional scene when displayed. A set of sensors capture content to the first set of display panels that presents a multidimensional scene when displayed. A set of sensors capture sensor data of the subject within the area while content is displayed. One or more of the sensors may be coupled to a repositioning system that repositions sensors so the subject remains in a field of view of different sensors. From sensor data of the subject, a representation of the subject may be generated for insertion into other video content.

**19 Claims, 8 Drawing Sheets**



**EML-E 63-5, Attachment 5 of 5**
**Jan 10, 2024  4:59 PM**
MCRO_27-CR-23-1886_Demand or Request for Discovery_2024-01-05_20240105114832.pdf

Matt Guertin - LinkedIn Search Graph
SHA-256 Hash of Attachment: a750d66ba40a1ac0868046fb75b92613ecfea1d6e354fd07820c9784542677e3
Page: 1 of 1          [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
1/5/2024 4:25 AM

**Mr. Matthew David Guertin**
4385 Trenton Ln N #202
Plymouth, MN 55442
MattGuertin@ProtonMail.com
(763) 221-4540


January 5th, 2023


**Ms. Jacqueline Perez**
300 South 6th Street  C2000
Minneapolis, MN 55487


Re:     _State of Minnesota_ v. Matthew David Guertin
         Court File No:        **27-CR-23-1886**


Dear Ms. Perez,


As the defendant in the above named case whom is facing criminal charges received in Hennepin County of which you are named as the prosecuting attorney responsible for said charges, I would respectfully ask that I please be provided with the following discovery materials related to my case pursuant to the Minnesota Rules of Criminal Procedure, Rule 9:

   i.   All Brady material
   ii.  Squad video
   iii. Audio tapes
   iv.  All 104 police photographs (as is listed in Dr. Jill Rogstad's 'Confidential Forensic Evaluation Report' pertaining to my case) which were taken by the Minnetonka Police Department of 10233 West 34th Street #304, on January 21st 2023. I would please ask that I receive these in their original, and non-compressed digital file format. If there are in fact physical, photographic quality prints those would also suffice.


I would appreciate receiving these materials as soon as possible. Please forward all correspondence to my email address. If any of these materials require postal mail for whatever reason they can be mailed to my address as listed at the top of this filing. Do not hesitate to contact me should you have any questions.


Sincerely,


_/s/  Matthew David Guertin_

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 312**

**Re_Matt Guertin - LinkedIn Search Graph**
**Jan 10, 2024  5:03 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 92fe0a1f4626925cbb7ee60a49bdd034168bab05d98c1c0c07a6572a709f959c

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Matt Guertin / LinkedIn Search Graph

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Wed, 10 Jan 2024 23:03:23 +0000

And who exactly is incompetent....me?

I don't think so.

Sent with Proton Mail secure email.

On Wednesday, January 10th, 2024 at 4:59 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:

Bruce,

Here is the graph I spoke of on the phone as well as all of the digital forensic 'PROOF' that is needed to validate it in a court of law based on my research. That mainly being the PGP Headers.

**Take note of the fact that I had Forcepoint and 3Gimbals conduct a search sometime during the week leading up to January 21st, 2023** with the actual search being delivered to my email on January 21st, 2023 which just so happens to be the exact same day I shot of the gun after becoming convinced I was wrapped up in some sort of 'operation' and surveillance and that my life was in danger.

**THERE IS ZERO EXCUSE AS TO THE ABSURDITY OF THIS GRAPH AND WHY I HAVE ALL OF THESE GOVERNMENT AGENCIES SEARCHING FOR ME.**

The other key point worth mentioning is that the search conducted by USC Cinema (twice..) and the US Army is significant as **USC CInema is where Paul Debevec  is a professor where he receives a majority of his funding from the US Army.**

Paul Debevec moved from Google to Netflix where he has now popped up as the main face of the huge criminal fraud operation currently being waged against me and my breakthrough technology patent of which I have ascertained PROOF through my own personal investiigation involves the following entities:
**Netflix, USC, The Shoah Foundation, CBS, CNN, YouTube..., Google, OTOY/Jules Urbach, and many more.**

Paul Debevec appeared in a 2023 SF ACM-SIGGRAPH presentation on behalf of Eyeline Studios / Netflix where he introduces the SAME EXACT technology as mine and the Netflix patent with the main element of BOTH being the ROTATING TREADMILL- which is exactly what he is introducing on behalf of Netflix and Eyeline Studios at the 59 minute mark of the video I came across while at the same time intentionally withholding the fact that he was/is the Vice President of ACM-SIGGRAPH.

I am of the **opinion** now that the entire thing was stolen from me through **corruption at the USPTO internally along with Barack Obama's involvement and connections to Netflix - meaning Stephan Trojansky didn't really just get 'unlucky' as far as the 12 day difference in priority date** but rather he was the beneficiary of the MASSIVE criminal fraud operation that is still being carried out. Evidence of this becomes very clear when you look at the graph and the search count spiikes that are very clearly visible

Netflix was granted their patent by the way even though I filed a 3rd Party Prior Art submission against them. My name and patent are listed at the VERY TOP of their patent - right above Kanye West (crazy...I'm aware...). I've investigated and blown open the entire thing. I do not make a single one of these direct claims without SIGNIFICANT evidence I now have gathered to back ALL of them up.

There is also an issue of criminal corruption internally at the Hennepin County Courts I have uncovered

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Matt Guertin - LinkedIn Search Graph**
Jan 10, 2024  5:12 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 4438dec4cb93a300d547fdbbbf04ef5bda5a073921be6e0c6f3c631f499006b9

Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Matt Guertin / LinkedIn Search Graph

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Wed, 10 Jan 2024 23:12:45 +0000

And last thing -

I attached my brief investor pitch for the technology contained within my patent which helps to very quickly describe WHAT all of this revolves around and why my life has been turned into a crazy movie script.

It also helps to make a lot more sense out of all of the LinkedIn searches in terms of the many different business sectors.

I was never on LinkedIn by the way.

I have never even finished completing my profile and so I was not in any way actively promoting myself which just adds to the complete absurdity of the entire graph.

~Matt

Sent with Proton Mail secure email.

On Wednesday, January 10th, 2024 at 4:59 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:

> Bruce,
>
> Here is the graph I spoke of on the phone as well as all of the digital forensic 'PROOF' that is needed to validate it in a court of law based on my research. That mainly being the PGP Headers.
>
> **Take note of the fact that I had Forcepoint and 3Gimbals conduct a search sometime during the week leading up to January 21st, 2023** with the actual search being delivered to my email on January 21st, 2023 which just so happens to be the exact same day I shot of the gun after becoming convinced I was wrapped up in some sort of 'operation' and surveillance and that my life was in danger.
>
> **THERE IS ZERO EXCUSE AS TO THE ABSURDITY OF THIS GRAPH AND WHY I HAVE ALL OF THESE GOVERNMENT AGENCIES SEARCHING FOR ME.**
>
> The other key point worth mentioning is that the search conducted by USC Cinema (twice..) and the US Army is significant as **USC CInema is where Paul Debevec  is a professor where he receives a majority of his funding from the US Army.**
>
> Paul Debevec moved from Google to Netflix where he has now popped up as the main face of the huge criminal fraud operation currently being waged against me and my breakthrough technology patent of which I have ascertained PROOF through my own personal investiigation involves the following entities:
> **Netflix, USC, The Shoah Foundation, CBS, CNN, YouTube..., Google, OTOY/Jules Urbach, and many more.**
>
> Paul Debevec appeared in a 2023 SF ACM-SIGGRAPH presentation on behalf of Eyeline Studios / Netflix where he introduces the SAME EXACT technology as mine and the Netflix patent with the main element of BOTH being the ROTATING TREADMILL- which is exactly what he is introducing on behalf of Netflix and Eyeline Studios at the 59 minute mark of the video I came across while at the same time intentionally withholding the fact that he was/is the Vice President of ACM-SIGGRAPH.
>
> I am of the **opinion** now that the entire thing was stolen from me through **corruption at the USPTO internally along with Barack Obama's involvement and connections to Netflix - meaning**

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 314**</span>

**Re_Matt Guertin - LinkedIn Search Graph**
**Jan 10, 2024  5:12 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:     Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 4438dec4cb93a300d547fdbbbf04ef5bda5a073921be6e0c6f3c631f499006b9

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Stephan Trojansky didn't really just get 'unlucky' as far as the 12 day difference in priority date** but rather he was the beneficiary of the MASSIVE criminal fraud operation that is still being carried out. Evidence of this becomes very clear when you look at the graph and the search count spiikes that are very clearly visible

Netflix was granted their patent by the way even though I filed a 3rd Party Prior Art submission against them. My name and patent are listed at the VERY TOP of their patent - right above Kanye West (crazy...I'm aware...). I've investigated and blown open the entire thing. I do not make a single one of these direct claims without SIGNIFICANT evidence I now have gathered to back ALL of them up.

There is also an issue of criminal corruption internally at the Hennepin County Courts I have uncovered in which I was emailed discovery material which has been intentionally altered and is missing 24 photographs compared to the 104 original photographs contained in discovery as clearly listed in Dr. Jill Rogstad's egregious report she wrote about me. This same ALTERED discovery evidence was also the same material emailed to Michael Robertson who conducted my second mental health exam - meaning he was basing his report on FRAUDULENT discovery material sent to him by someone from within the Hennepin County Courts.

I E-Filed my own 'Demand or Request for Discovery' which shows up when you search my case as it was accepted and made part of my case record. I have attached it to this email as well.

If I am not provided with the ORIGINAL DISCOVERY material **as part of a direct attempt I believe to conceal the involvement of the CIA carrying out an illegal intelligence operation against a US Citizen** prior to me figuring all of it out and shooting a gun off I believe that is grounds to have my entire case thrown out as the prosecutor will not be meeting the requirements of  Rule 9.01, subd. 1(6)

I have yet to receive any of the material I have requested in my filing...

~Matt Guertin

Sent with Proton Mail secure email.

**Attachments:**

Introducing_InfiniSet.pdf

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 65-1, Attachment 1 of 1**
**Jan 10, 2024  5:12 PM**
Introducing_InfiniSet.pdf

Re_Matt Guertin - LinkedIn Search Graph
SHA-256 Hash of Attachment: 79d9d75b97b23a944bdeb6ce26c6b82e6c5a2d5f53dfaaf67ff35dafa7b4a333
Page: 1 of 1        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

Introducing InfiniSet

A revolutionary and literal leap into immersive motion technology. Our patented virtual positioning system isn't just groundbreaking, but is in fact a complete paradigm shift in how we will perceive and interact with virtual realms moving forward.

Our innovation's foundation lies in the realm of virtual production and filmmaking. Imagine a world where every step, every turn, is tracked and integrated seamlessly into a digitally rendered environment, completely transforming the filming process. Our state-of-the-art technology responds in real-time to the user's movement on our advanced treadmill assembly, allowing for an endless journey in any direction on a virtual 2D ground plane. Paired with our synchronized camera system, the user and film camera remain static in the real-world, while creating the breathtaking illusion of boundless movement through any virtual or pre-filmed environment. Furthermore, our proprietary animation timeline and system controller enable users, or their avatars, to be seamlessly integrated into immersive virtual environments. This includes the ability to create a lifelike digital twin that interacts in real-time, fully rendered with accurate lighting, shadows, and occlusions.

Venture deeper, and you'll find applications expanding into the gaming universe. No longer are players limited to button presses. Now, they can sprint through expansive virtual landscapes, facing adversaries head-on in first-person scenarios. The experience is further elevated by our real-time user tracking technology, ensuring each step on the treadmill is fluid and responsive. And it doesn't stop at VR/AR headsets—our systems incorporate LED screens that adjust dynamically, allowing players to engage with virtual doppelgangers of real-world players, or even embody any desired virtual persona.

But InfiniSet's reach goes far beyond entertainment. We're charting new territories in healthcare, rehabilitation, and training simulations. The adaptability of our platform provides essential feedback, unlocking unprecedented opportunities in these sectors.

As we look to the future, we see more than just a technological evolution; we envision a world where the boundaries between the real and virtual continue to blur, and InfiniSet remains at the helm, defining what's possible in this extraordinary fusion of technology, creativity, and human motion.

The potential? Think Apple in 1980, Amazon in 1997, or Bitcoin in 2010. You're on the verge of witnessing and being a part of the next colossal shift in the intertwining of the digital and physical worlds.

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Matt Guertin - LinkedIn Search Graph**
Jan 12, 2024  2:16 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: f26af78f061104febb71ddba1b32d42b66dcda4de8ad0963a79b1bbf84ad72f2
Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Matt Guertin / LinkedIn Search Graph

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Fri, 12 Jan 2024 20:16:46 +0000

This is so fucked up Bruce.

All I did was invent something and then work hard to start a business and because of that I'm now living in fear for my life from my very own government and no one is doing anything at all about it even though everyone can see very clearly what is going on. Amy Klobuchar knows, the police know, the FBI knows, the FTC knows, EVERYONE KNOWS.

They stole my invention, conducted illegal intelligence operations on me, hacked into my computers, and scared the living shit out of me and all I was doing was literally MINDING MY OWN BUSINESS - and then they all look on and basically stalk me the entire time obviously tracking my court case in the hopes that I get thrown into a mental institution. This is one of the biggest crimes of the century. But no one cares.

My life is being destroyed.

What ultimately should have been the highlight of my entire life - where all of my hard work and perseverance to overcome all the struggles of my past had finally paid off has instead somehow become a waking nightmare and its my very own government that is attacking me. They are probably going to kill me still.

My life is over either way. I don't want it to be but it is at this point. They are evil criminals. All of them. They are making a mockery out of the entire legal system. Criminal law, patent law, corporate law....It's all a joke. There are people who are untouchable apparently.

In a just world I should be set for the rest of my life just off of the lawsuit that can be filed for what they've done to my life without even factoring in the value of the patent. No one will hold these CRIMINALS accountable though. They have freely and without any care in the world DESTROYED my life.

I am about to be homeless come March 1st and all of my finances are about to completely go under an a matter of a couple weeks and not come back up.

Game over.

~Matt

Sent with Proton Mail secure email.

On Wednesday, January 10th, 2024 at 5:12 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:

> And last thing -
>
> I attached my brief investor pitch for the technology contained within my patent which helps to very quickly describe WHAT all of this revolves around and why my life has been turned into a crazy movie script.
>
> It also helps to make a lot more sense out of all of the LinkedIn searches in terms of the many different business sectors.
>
> I was never on LinkedIn by the way.
>
> I have never even finished completing my profile and so I was not in any way actively promoting myself which just adds to the complete absurdity of the entire graph.
>
> ~Matt

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Matt Guertin - LinkedIn Search Graph**
Jan 12, 2024  3:04 PM

From: Bruce Rivers <riverslawyers@aol.com>
To:    Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 3917b42990d96febff48c63336da9b1dc77a64480277baea969e98a1ac4785fb
Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

### Re: Matt Guertin / LinkedIn Search Graph

**From:** Bruce Rivers
**To:** Matt Guertin
**Date:** Fri, 12 Jan 2024 15:04:27 -0600

Call me
Sent from my iPhone

On Jan 12, 2024, at 2:17 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:

This is so fucked up Bruce.

All I did was invent something and then work hard to start a business and because of that I'm now living in fear for my life from my very own government and no one is doing anything at all about it even though everyone can see very clearly what is going on. Amy Klobuchar knows, the police know, the FBI knows, the FTC knows, EVERYONE KNOWS.

They stole my invention, conducted illegal intelligence operations on me, hacked into my computers, and scared the living shit out of me and all I was doing was literally MINDING MY OWN BUSINESS - and then they all look on and basically stalk me the entire time obviously tracking my court case in the hopes that I get thrown into a mental institution. This is one of the biggest crimes of the century. But no one cares.

My life is being destroyed.

What ultimately should have been the highlight of my entire life - where all of my hard work and perseverance to overcome all the struggles of my past had finally paid off has instead somehow become a waking nightmare and its my very own government that is attacking me. They are probably going to kill me still.

My life is over either way. I don't want it to be but it is at this point. They are evil criminals. All of them. They are making a mockery out of the entire legal system. Criminal law, patent law, corporate law....It's all a joke. There are people who are untouchable apparently.

In a just world I should be set for the rest of my life just off of the lawsuit that can be filed for what they've done to my life without even factoring in the value of the patent. No one will hold these CRIMINALS accountable though. They have freely and without any care in the world DESTROYED my life.

I am about to be homeless come March 1st and all of my finances are about to completely go under an a matter of a couple weeks and not come back up.

Game over.

~Matt

Sent with Proton Mail secure email.

On Wednesday, January 10th, 2024 at 5:12 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:

And last thing -

I attached my brief investor pitch for the technology contained within my patent which helps to very quickly describe WHAT all of this revolves around and why my life has been turned

**Re_Matt Guertin - LinkedIn Search Graph**
Jan 12, 2024  3:37 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 726fa52d77f55d9244688520f34e3b1e56c5654a13f567e1f3b5b17511bf2de1

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Matt Guertin / LinkedIn Search Graph

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Fri, 12 Jan 2024 21:37:17 +0000

can you email the discovery then please?

Sent with Proton Mail secure email.

On Friday, January 12th, 2024 at 3:04 PM, Bruce Rivers <riverslawyers@aol.com> wrote:

> Call me
> Sent from my iPhone
>
>> On Jan 12, 2024, at 2:17 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>>
>> This is so fucked up Bruce.
>>
>> All I did was invent something and then work hard to start a business and because of that I'm now living in fear for my life from my very own government and no one is doing anything at all about it even though everyone can see very clearly what is going on. Amy Klobuchar knows, the police know, the FBI knows, the FTC knows, EVERYONE KNOWS.
>>
>> They stole my invention, conducted illegal intelligence operations on me, hacked into my computers, and scared the living shit out of me and all I was doing was literally MINDING MY OWN BUSINESS - and then they all look on and basically stalk me the entire time obviously tracking my court case in the hopes that I get thrown into a mental institution. This is one of the biggest crimes of the century. But no one cares.
>>
>> My life is being destroyed.
>>
>> What ultimately should have been the highlight of my entire life - where all of my hard work and perseverance to overcome all the struggles of my past had finally paid off has instead somehow become a waking nightmare and its my very own government that is attacking me. They are probably going to kill me still.
>>
>> My life is over either way. I don't want it to be but it is at this point. They are evil criminals. All of them. They are making a mockery out of the entire legal system. Criminal law, patent law, corporate law....It's all a joke. There are people who are untouchable apparently.
>>
>> In a world I should be set for the rest of my life just off of the lawsuit that can be filed for what they've done to my life without even factoring in the value of the patent. No one will hold these CRIMINALS accountable though. They have freely and without any care in the world DESTROYED my life.
>>
>> I am about to be homeless come March 1st and all of my finances are about to completely go under an a matter of a couple weeks and not come back up.
>>
>> Game over.
>>
>> ~Matt
>>
>> Sent with Proton Mail secure email.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 319**

**Re_Matt Guertin - LinkedIn Search Graph**
**Jan 14, 2024  12:00 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: 623d8076c7b6739f27268e68d078552870e5a70c51943edd3f22b7146b5dbbf5

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: Matt Guertin / LinkedIn Search Graph

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Sun, 14 Jan 2024 18:00:44 +0000

Can my court date on Tuesday be over Zoom then?

Sent with Proton Mail secure email.

On Friday, January 12th, 2024 at 3:37 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:

> can you email the discovery then please?
>
> Sent with Proton Mail secure email.
>
> On Friday, January 12th, 2024 at 3:04 PM, Bruce Rivers <riverslawyers@aol.com> wrote:
>
>> Call me
>> Sent from my iPhone
>>
>>> On Jan 12, 2024, at 2:17 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>>>
>>> This is so fucked up Bruce.
>>>
>>> All I did was invent something and then work hard to start a business and because of that I'm now living in fear for my life from my very own government and no one is doing anything at all about it even though everyone can see very clearly what is going on. Amy Klobuchar knows, the police know, the FBI knows, the FTC knows, EVERYONE KNOWS.
>>>
>>> They stole my invention, conducted illegal intelligence operations on me, hacked into my computers, and scared the living shit out of me and all I was doing was literally MINDING MY OWN BUSINESS - and then they all look on and basically stalk me the entire time obviously tracking my court case in the hopes that I get thrown into a mental institution. This is one of the biggest crimes of the century. But no one cares.
>>>
>>> My life is being destroyed.
>>>
>>> What ultimately should have been the highlight of my entire life - where all of my hard work and perseverance to overcome all the struggles of my past had finally paid off has instead somehow become a waking nightmare and its my very own government that is attacking me. They are probably going to kill me still.
>>>
>>> My life is over either way. I don't want it to be but it is at this point. They are evil criminals. All of them. They are making a mockery out of the entire legal system. Criminal law, patent law, corporate law....It's all a joke. There are people who are untouchable apparently.
>>>
>>> In a just world I should be set for the rest of my life just off of the lawsuit that can be filed for what they've done to my life without even factoring in the value of the patent. No one will hold these CRIMINALS accountable though. They have

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-E | p. 320

**Re_Matt Guertin - LinkedIn Search Graph**
Jan 15, 2024  3:02 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: b1dec3c4876e3f161d7bbde344bffbd5a315f7a81e8dd875c3524187ca596d0a
Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: Matt Guertin / LinkedIn Search Graph

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Mon, 15 Jan 2024 21:02:15 +0000

YO

Sent with Proton Mail secure email.

On Sunday, January 14th, 2024 at 12:00 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:

> Can my court date on Tuesday be over Zoom then?
>
> Sent with Proton Mail secure email.
>
> On Friday, January 12th, 2024 at 3:37 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>
>> can you email the discovery then please?
>>
>> Sent with Proton Mail secure email.
>>
>> On Friday, January 12th, 2024 at 3:04 PM, Bruce Rivers <riverslawyers@aol.com> wrote:
>>
>>> Call me
>>> Sent from my iPhone
>>>
>>>> On Jan 12, 2024, at 2:17 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>>>>
>>>> This is so fucked up Bruce.
>>>>
>>>> All I did was invent something and then work hard to start a business and because of that I'm now living in fear for my life from my very own government and no one is doing anything at all about it even though everyone can see very clearly what is going on. Amy Klobuchar knows, the police know, the FBI knows, the FTC knows, EVERYONE KNOWS.
>>>>
>>>> They stole my invention, conducted illegal intelligence operations on me, hacked into my computers, and scared the living shit out of me and all I was doing was literally MINDING MY OWN BUSINESS - and then they all look on and basically stalk me the entire time obviously tracking my court case in the hopes that I get thrown into a mental institution. This is one of the biggest crimes of the century. But no one cares.
>>>>
>>>> My life is being destroyed.
>>>>
>>>> What ultimately should have been the highlight of my entire life - where all of my hard work and perseverance to overcome all the

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 321**</span>

**Re_Matt Guertin - LinkedIn Search Graph**
Jan 26, 2024  4:38 PM

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: f59ee2aa9a6905fe6c20d310dd04d5b59d4a018197677e50fe61349f2f2c7a97
Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Matt Guertin / LinkedIn Search Graph

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Fri, 26 Jan 2024 22:38:21 +0000

---

Bruce,

Can you please email me my psychological evaluation report?

Thank you.

~Matt

Sent with Proton Mail secure email.

On Monday, January 15th, 2024 at 3:02 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:

> YO
>
> Sent with Proton Mail secure email.
>
> On Sunday, January 14th, 2024 at 12:00 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>
>> Can my court date on Tuesday be over Zoom then?
>>
>> Sent with Proton Mail secure email.
>>
>> On Friday, January 12th, 2024 at 3:37 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>>
>>> can you email the discovery then please?
>>>
>>> Sent with Proton Mail secure email.
>>>
>>> On Friday, January 12th, 2024 at 3:04 PM, Bruce Rivers <riverslawyers@aol.com> wrote:
>>>
>>>> Call me
>>>> Sent from my iPhone
>>>>
>>>>> On Jan 12, 2024, at 2:17 PM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>>>>>
>>>>> This is so fucked up Bruce.
>>>>>
>>>>> All I did was invent something and then work hard to start a business and because of that I'm now living in fear for my life from my very own government and no one is doing anything at all about it even though everyone can see very clearly what is going on. Amy Klobuchar knows, the police know, the FBI knows, the FTC knows,

**NOTICE OF DISMISSAL AS DEFENSE COUNSEL**

**Apr 3, 2024  8:07 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: ae1c717e6f51b87f070a26f60fc3a7eb98e498101fd49634742e73df50b10300

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### NOTICE OF DISMISSAL AS DEFENSE COUNSEL / Matthew Guertin / 27-CR-23-1886

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Wed, 03 Apr 2024 13:07:44 +0000

---

Bruce,

My filed 'Motion to Proceed as Pro Se' is attached.
Please submit a formal 'Withdrawal of Representation' into my case file when you are able.

Thank you,

~Matt Guertin

Sent with Proton Mail secure email.

**Attachments:**

| 27-CR-23-1886_Pro-Se-Motion_2024-04-03.pdf |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 323**</span>

**EML-E 72-1, Attachment 1 of 1**
**Apr 3, 2024  8:07 AM**
27-CR-23-1886_Pro-Se-Motion_2024-04-03.pdf

NOTICE OF DISMISSAL AS DEFENSE COUNSEL
SHA-256 Hash of Attachment: 6d922d6d4fa62db7916df6c2c35458c99252956a1b32c623ebc8e260bb248289
Page: 1 of 8         [ .ots timestamp of attached email file ]         [ Metadata of attached email file ]

---

| | |
|---|---|
| **STATE OF MINNESOTA** | **DISTRICT COURT** |
| **COUNTY OF HENNEPIN** | **FOURTH JUDICIAL DISTRICT** |

---

State of Minnesota,

               Plaintiff,

vs.

Matthew David Guertin,

               Defendant.

Court File No.: 27-CR-23-1886

**<u>DEFENDANT'S MOTION TO REPRESENT SELF PRO SE</u>**

Judicial Officer: <u>Jay Quam</u>

---

TO:      THE HONORABLE JAY QUAM, JUDGE OF THE DISTRICT COURT; MS. JACQUELINE PEREZ, ASSISTANT HENNEPIN COUNTY ATTORNEY; AND MR. BRUCE RIVERS, CURRENTLY APPOINTED COUNSEL, WHO IS HEREBY NOTIFIED OF THE DEFENDANT'S INTENT TO DISMISS SAID COUNSEL AND PROCEED PRO SE.

### MOTION

COMES NOW the Defendant, Matthew David Guertin, pursuant to Rule 10.01 of the Minnesota Rules of Criminal Procedure, the Sixth and Fourteenth Amendments to the United States Constitution, Minn. Stat. § 611.14, and relevant case law, including *Indiana v. Edwards*, 554 U.S. 164 (2008), and respectfully moves this Court for an order allowing the Defendant to represent himself in the above-captioned matter. In support of this Motion, the Defendant states as follows:

### INTRODUCTION

The Defendant has been informed of his right to effective assistance of counsel under the Sixth Amendment and understands the risks and responsibilities associated with self-representation.

Page 1 of 8

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 324**

**EML-E 72-1, Attachment 1 of 1**
**Apr 3, 2024  8:07 AM**
27-CR-23-1886_Pro-Se-Motion_2024-04-03.pdf

NOTICE OF DISMISSAL AS DEFENSE COUNSEL
SHA-256 Hash of Attachment: 6d922d6d4fa62db7916df6c2c35458c99252956a1b32c623ebc8e260bb248289
Page: 2 of 8         [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

### LEGAL BASIS FOR MOTION

Under Rule 10.01 of the Minnesota Rules of Criminal Procedure, a defendant has the right to the assistance of counsel and the corollary right to represent oneself.

The Supreme Court in *Indiana v. Edwards*, 554 U.S. 164 (2008), recognized that a state may insist upon representation by counsel for those competent enough to stand trial under the Dusky standard but who still may not be competent to conduct trial proceedings by themselves.

The Dusky standard, established in *Dusky v. United States*, 362 U.S. 402 (1960), requires that a defendant have a sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding and a rational as well as factual understanding of the proceedings against him.

### DEFENDANT'S COMPETENCY AND UNDERSTANDING

The Defendant reasserts his competency under the Dusky standard, emphasizing a rational and factual understanding of the proceedings and the ability to conduct his defense. Notably, the court has previously acknowledged the Defendant's capacity to engage in significant legal decisions, as evidenced in the following instances:

1. Consultation and Waiver Decision:

   The court deemed the Defendant competent enough to consult with a court-appointed attorney and make informed decisions regarding the waiver signed by the Defendant on January 31st, 2024. This action presupposes a recognition of the Defendant's understanding and capacity to make reasoned legal decisions.

   *SEE EXHIBIT A – Waiver.*

   *For the purposes of this argument, Exhibit A - the Waiver, is referenced solely to illustrate inconsistencies in the court's application of competency standards, not as*

Page 2 of 8

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 72-1, Attachment 1 of 1**
**Apr 3, 2024  8:07 AM**
27-CR-23-1886_Pro-Se-Motion_2024-04-03.pdf

NOTICE OF DISMISSAL AS DEFENSE COUNSEL
SHA-256 Hash of Attachment: 6d922d6d4fa62db7916df6c2c35458c99252956a1b32c623ebc8e260bb248289
Page: 3 of 8        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

*an acknowledgment of its validity or as an affirmation of informed consent. The*
*Defendant explicitly reserves all rights to contest the waiver's validity on grounds of*
*lack of informed consent and miscommunication regarding the court proceedings.*

2.   'ACCEPTANCE OF TERMS OF STAY OF COMMITMENT' Agreement:

Furthermore, in the proceedings related to the Defendant's civil commitment, the
court's decision to proceed with the 'ACCEPTANCE OF TERMS OF STAY OF
COMMITMENT' agreement—specifically altering the requirement for a
psychologist's endorsement by placing 'N/A' on the signature line of Court Examiner,
Michael Robertson in which his signature would have been affirming the following
statement:

*"Based upon my examination of the respondent and review of relevant records, I*
*am of the opinion that the respondent is competent to understand this*
*agreement."*

This decision implicitly acknowledges the Defendant's competency to understand and
agree to complex legal and medical arrangements.
*SEE EXHIBIT B – Page 4 of 'ACCEPTANCE OF TERMS OF STAY OF*
*COMMITMENT'*

**ARGUMENT FOR CONSISTENCY IN COMPETENCY DETERMINATIONS**

The Defendant argues for a consistent application of competency standards across his
legal proceedings. The inclusion of Exhibits A and B supports the argument that the Defendant
has been recognized as competent in crucial legal contexts, which should logically extend to his
capacity for self-representation.

Page 3 of 8

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 326**

**EML-E 72-1, Attachment 1 of 1**
**Apr 3, 2024  8:07 AM**
27-CR-23-1886_Pro-Se-Motion_2024-04-03.pdf

NOTICE OF DISMISSAL AS DEFENSE COUNSEL
SHA-256 Hash of Attachment: 6d922d6d4fa62db7916df6c2c35458c99252956a1b32c623ebc8e260bb248289
Page: 4 of 8        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

### DEFENDANT'S ACKNOWLEDGMENT OF RISKS

The Defendant acknowledges the risks associated with self-representation, including the potential for a less favorable outcome than if represented by counsel, and asserts his informed decision to waive his right to counsel.

### REQUEST FOR STANDBY COUNSEL

Given the complexities of legal proceedings and in alignment with the principles established in *Indiana v. Edwards*, the Defendant requests the Court appoint standby counsel to assist if necessary, ensuring the fairness of the trial process while respecting the Defendant's autonomy in his defense.

### EXHIBITS

Attached herewith are the exhibits referenced in this motion:

Exhibit A:

Waiver signed by the Defendant in consultation with court-appointed attorney Joel Fisher, on January 31st, 2024 demonstrating the court's recognition of the Defendant's competency to make informed legal decisions.

Exhibit B:

Page 4 from the "ACCEPTANCE OF TERMS OF STAY OF COMMITMENT" agreement, which was altered by the court to reflect the Defendant's competency in agreeing to complex legal and medical arrangements, signed by the Defendant on August 9th, 2023, and officially entered into the record of civil case file 27-MH-PR-23-815 on August 9th, 2023.

Page 4 of 8

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-E | p. 327

**EML-E 72-1, Attachment 1 of 1**
**Apr 3, 2024  8:07 AM**
27-CR-23-1886_Pro-Se-Motion_2024-04-03.pdf

NOTICE OF DISMISSAL AS DEFENSE COUNSEL
SHA-256 Hash of Attachment: 6d922d6d4fa62db7916df6c2c35458c99252956a1b32c623ebc8e260bb248289
Page: 5 of 8        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

These exhibits are provided to substantiate the Defendant's argument for a consistent application of competency determinations and his capacity to represent himself pro se.

### COMMITMENT TO PROCEDURAL AND SUBSTANTIVE RESPONSIBILITIES

The Defendant wishes to affirm to the Court his full understanding and commitment to upholding both the procedural and substantive responsibilities entailed in self-representation. The Defendant recognizes the gravity and complexity of navigating legal proceedings and is prepared to diligently engage with the court's processes, adhere to legal standards, and present a defense that is coherent, respectful, and grounded in law. This commitment underscores the Defendant's determination to ensure that his representation is not only in compliance with the procedural requirements but also effectively advocates for his rights and interests within the substantive framework of the justice system.

### RELIEF SOUGHT

WHEREFORE, the Defendant respectfully requests the Court:

a)  Grant this Motion allowing the Defendant to represent himself pro se in the above-captioned matter;

b)  Appoint standby counsel to provide assistance as needed, pursuant to *Indiana v. Edwards*;

c)  Schedule a hearing on this Motion, if the Court deems it necessary[1]; and

d)  Grant such other and further relief as the Court deems just and proper.

---

1    Defendant respectfully requests that any scheduled hearings be scheduled after May 5, 2024 as Defendant is also currently maintaining the role of 'pro se patent attorney' insofar as formulating a legally sound response to the non-final office action that was issued by the USPTO for US Patent Application 18/108,858 on December 5th, 2023 of which the Defendant is the inventor of.

Page 5 of 8

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 328**

**EML-E 72-1, Attachment 1 of 1**
**Apr 3, 2024  8:07 AM**
27-CR-23-1886_Pro-Se-Motion_2024-04-03.pdf

NOTICE OF DISMISSAL AS DEFENSE COUNSEL
SHA-256 Hash of Attachment: 6d922d6d4fa62db7916df6c2c35458c99252956a1b32c623ebc8e260bb248289
Page: 6 of 8        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

Respectfully submitted,

Date: April 3, 2024

By: /s/ Matthew Guertin
Matthew David Guertin
Defendant Pro Se
4385 Trenton Ln N #202
Plymouth, MN 55442
Telephone: 763-221-4540
Email: MattGuertin@Protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2024, I served a copy of this Motion on the Prosecutor's Office,

Ms. Jacqueline Perez, through the 'E-File & Serve' system which automatically notifies all

included 'Service Contacts', and on my current attorney of record, Bruce Rivers, through the 'E-

File & Serve' system, in addition to a copy of this motion sent to his email

'RiversLawyers@aol.com', and a text message to his personal cell phone making him aware of

of my decision to dismiss him as my defense counsel.

Page 6 of 8

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 329**

**EML-E 72-1, Attachment 1 of 1**
**Apr 3, 2024  8:07 AM**
27-CR-23-1886_Pro-Se-Motion_2024-04-03.pdf

NOTICE OF DISMISSAL AS DEFENSE COUNSEL
SHA-256 Hash of Attachment: 6d922d6d4fa62db7916df6c2c35458c99252956a1b32c623ebc8e260bb248289
Page: 7 of 8      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



STATE OF MINNESOTA                          DISTRICT COURT  FOURTH
COUNTY of HENNEPIN                          JUDICIAL DISTRICT MENTAL
                                           HEALTH DIVISION

**In Re: the Civil Commitment of**          **Court File: 27-MH-PR-23-815**
**Matthew Guertin**
**DOB:   7/17/1981**                                      **WAIVER**
              **Respondent.**

────────────────────────────────────

  After a full consultation  with my attorney who has explained my rights to me and
discussed with me the various alternatives available to me, I do hereby knowingly and
voluntarily consent to the Court extending my Stay of Commitment  for a period of  9
months, without the hearing provided by Minn. Stat. §253B.05 subd.3, 08 and .09.


Dated: _1_/_31_/_2024_          _Matthew David Guertin_
                                Respondent

                    CERTIFICATION

 I have advised the Respondent of all rights affected by the foregoing waiver, including
the various options available and the consequences  flowing from each option. The
Respondent understood the rights involved and willingly signed the Waiver.


Dated:_____          _____

  Attorney ID# 29579                          Joel Fisher



                    Page 7 of 8

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 72-1, Attachment 1 of 1**

**Apr 3, 2024  8:07 AM**

27-CR-23-1886_Pro-Se-Motion_2024-04-03.pdf

NOTICE OF DISMISSAL AS DEFENSE COUNSEL

SHA-256 Hash of Attachment: 6d922d6d4fa62db7916df6c2c35458c99252956a1b32c623ebc8e260bb248289

Page: 8 of 8        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



EXHIBIT
B

X   ~~Agreement Regarding the Requested Jarvis (Neuroleptic Medication) C~~

~~I understand that the County Attorney may also request that the continued neuroleptic medication Petition be set on for hearing, and the revocation of the stayed commitment will not be delayed because of it.~~

~~I understand that the neuroleptic medication hearing will be set as soon as possible, and I waive the right to object to the timeliness of the notice, as long as transportation can be arranged for me, and my attorney can appear.~~

~~I understand that if a neuroleptic medication hearing is scheduled on this continued petition, only that issue will be addressed at the hearing.~~

~~If I wish to request a hearing on the revocation of the stayed commitment, I must make a separate request for hearing to the Court, within 14 days after the revocation.~~

Dated:  August ___, 2023

_____
Mathew David Guertin, Respondent

I have advised <u>Mathew David Guertin</u>, Respondent above, of the nature and conditions of this agreement, his/her trial rights, the right to have this matter tried before the District Court, and his/her right to have the matter reconsidered pursuant to Minn. Stat. § 253B.17.

Dated:  August ___, 2023

_____
Michael Biglow, Counsel for Respondent

Based upon my examination of the respondent and review of relevant records, I am of the opinion that the respondent is competent to understand this agreement.

Dated:  August ___, 2023

_____N/A_____
Michael Robertson, Court Examiner

Page 4 of 4

Page 8 of 8

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_NOTICE OF DISMISSAL AS DEFENSE COUNSEL**
**Apr 3, 2024  8:38 AM**

From: Bruce Rivers <riverslawyers@aol.com>
To:    Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: c1973bbee23231ed72709d83cc451171715d123b5cf1cd3906b485b9ca992433

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: NOTICE OF DISMISSAL AS DEFENSE COUNSEL / Matthew Guertin / 27-CR-23-1886

**From:** Bruce Rivers
**To:** Matt Guertin
**Date:** Wed, 03 Apr 2024 08:38:20 -0500

---

Call me
Sent from my iPhone

> On Apr 3, 2024, at 8:07 AM, Matt Guertin <MattGuertin@protonmail.com> wrote:
>
>
> Bruce,
>
> My filed 'Motion to Proceed as Pro Se' is attached.
> Please submit a formal 'Withdrawal of Representation' into my case file when you are able.
>
> Thank you,
>
> ~Matt Guertin
>
> Sent with Proton Mail secure email.
> <27-CR-23-1886_Pro-Se-Motion_2024-04-03.pdf>

**Meeting**
**May 10, 2024  12:49 PM**

From: "kwilson riverslawyers.com" <kwilson@riverslawyers.com>
To:    Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 5cf473a1dc6c36888dc187813583736c391cc32293dcfc1f23a2abdda00c3127

Page: 1 of 1       [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

**Meeting**

**From:** "kwilson riverslawyers.com"
**To:** "MattGuertin@protonmail.com"
**Date:** Fri, 10 May 2024 17:49:16 +0000

Hi Matt,

Bruce would like to schedule a meeting with you for Monday. Can you call me once you receive this email.

Thank you,

Kelly E. Wilson
Paralegal
Rivers Law Firm, P.A.
701 Fourth Avenue South, Suite 300
Minneapolis, MN 55415
Telephone: 612-339-3939
Fax: 612-332-4003

**This is a transmission from Rivers Law Firm, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (612) 339-3939.**

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 333**

**RE_R20.01 27-CR-23-1886**
**Jul 18, 2024  8:43 AM**

From: "Sanders, Olivia" <Olivia.Sanders@courts.state.mn.us>
To:    Jacqueline Perez <Jacqueline.Perez@hennepin.us>, riverslawyers@aol.com, MattGuertin@protonmail.com
SHA-256 Hash of .eml: 9ab274385151ede6acf0fb2a135566c8d3adb65e9aa9588f568c0efdd35f048e

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### RE: Matthew Guertin re: R20.01 27-CR-23-1886

**From:** "Sanders, Olivia"
**To:** Jacqueline Perez , "riverslawyers@aol.com" , "mattguertin@protonmail.com"
**Date:** Thu, 18 Jul 2024 13:43:04 +0000

Please see attached Notice of Hearing for October 1, 2024 at 1:30 pm.

Thank you,

*Olivia Sanders*
*Court Operations Supervisor*

*Hennepin County District Court*
*Phone: (612) 540-7898*

---

**From:** Sanders, Olivia
**Sent:** Tuesday, July 16, 2024 2:07 PM
**To:** Jacqueline Perez <Jacqueline.Perez@hennepin.us>; riverslawyers@aol.com
**Cc:** O'Connell, Katherine <Katherine.OConnell@courts.state.mn.us>; Elizabeth.Murphy@hennepin.us; 4th
Criminal Rule 20 <4thCriminalRule20@courts.state.mn.us>
**Subject:** RE: Matthew Guertin re: R20.01 27-CR-23-1886

Good afternoon,

This matter was just heard with Judge Koch and a continuance was scheduled for September 24, 2024.
Judge Dayton Klein is presiding over that calendar so this matter will have to be reset to the following
week, on **October 1, 2024 at 1:30 pm**. A hearing notice will be mailed and emailed to defendant this
afternoon with the new hearing date.

Thank you,

*Olivia Sanders*
*Court Operations Supervisor*

*Hennepin County District Court*
*Phone: (612) 540-7898*

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 334**</span>

**EML-E 75-1, Attachment 1 of 1**
**Jul 18, 2024  8:43 AM**
Notice of Remote Hearing with Instructions.pdf

RE_R20.01 27-CR-23-1886
SHA-256 Hash of Attachment: e087482a5a0b0333f363b6f034a972e00d3aba7ca1038115fac4ee936ae31009
Page: 1 of 2    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]

Filed in District Court
State of Minnesota
7/18/2024

State of Minnesota                                            District Court
Hennepin County                                         Fourth Judicial District

| Court File Number:  27-CR-23-1886 |
|---|

Case Type: Crim/Traf Mandatory

## Notice of Remote Zoom Hearing

**MATTHEW DAVID GUERTIN**
**1075 TRADITIONS CT**
**CHASKA MN  55318**
_____
State of Minnesota vs MATTHEW DAVID GUERTIN

You are notified this matter is set for a remote hearing. This hearing will not be in person at the courthouse.

| *Hearing Information* |
|---|
| **October 01, 2024** |
| **Hearing** |
| **1:30 PM** |

**The hearing will be held via Zoom and appearance shall be by video unless otherwise directed** with Judicial Officer William H. Koch, Hennepin County District Court.

If you fail to appear a warrant may be issued for your arrest.

The Minnesota Judicial Branch uses strict security controls for all remote technology when conducting remote hearings.

You must:
- Notify the court if your address, email, or phone number changes.
- Be fully prepared for the remote hearing. If you have exhibits you want the court to see, you must give them to the court before the hearing. Visit https://www.mncourts.gov/Remote-Hearings.aspx for more information and options for joining remote hearings, including how to submit exhibits.
- Contact the court at 612-348-6000 if you do not have access to the internet, or are unable to connect by video.
- If you need an interpreter, contact the court before the hearing date to ask for one.
- If you cannot afford to hire a lawyer and would like to apply for a court-appointed attorney before this appearance visit https://pdapplication.courts.state.mn.us or scan the QR code to start the application.



**To join by internet:**

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:darkred">**EXHIBIT EML-E | p. 335**</span>

**EML-E 75-1, Attachment 1 of 1**
**Jul 18, 2024  8:43 AM**
Notice of Remote Hearing with Instructions.pdf

RE_R20.01 27-CR-23-1886
SHA-256 Hash of Attachment: e087482a5a0b0333f363b6f034a972e00d3aba7ca1038115fac4ee936ae31009
Page: 2 of 2      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

1. Type https://zoomgov.com/join in your browser's address bar.
2. Enter the **Meeting ID and Meeting Passcode (if asked):**
   Meeting ID: 160 223 0876
   Passcode: 1234
3. Update your name by clicking on your profile picture. If you are representing a party, add your role to your name, for example, John Smith, Attorney for Defendant.
4. Click the **Join Audio** icon in the lower left-hand corner of your screen.
5. Click **Share Video.**

Para obtener más información y conocer las opciones para participar en audiencias remotas, incluido cómo enviar pruebas, visite www.mncourts.gov/Remote-Hearings.

Booqo www.mncourts.gov/Remote-Hearings oo ka eego faahfaahin iyo siyaabaha aad uga qeybgeli karto dacwad-dhageysi ah fogaan-arag, iyo sida aad u soo gudbineyso wixii caddeymo ah.

**To receive an eReminder for future court dates via e-mail or text, visit www.mncourts.gov/Hearing-eReminders.aspx or scan the QR code to enroll.**



Dated: July 18, 2024          Sara Gonsalves
                              Hennepin County Court Administrator
                              300 South Sixth Street
                              Minneapolis MN  55487-0419
                              612-348-6000

cc:

**Matthew Guertin - Fraudulent Discovery Materials**
**Jul 25, 2024  11:28 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: a566c5c00956d70ee19e8d413055d1d21c41476c96af2565a9e2c12a66c7d259

Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Matthew Guertin / Fraudulent Discovery Materials / 27-CR-23-1886

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Thu, 25 Jul 2024 16:28:31 +0000

Hello,

I went through the discovery materials I received from your office on July 16, 2024.

I have attached the PDF I received from Michael Biglow on August 3, 2023 as well as a PDF titled 'Rivers-Discovery-Missing-Images.pdf'

The PDF from Michael Biglow is the materials that I have been claiming are fraudulent the entire time via various pro se filed motions.

The 'Rivers-Discovery-Missing-Images.pdf' is a PDF I just created which proves that almost all of the images I identified as being manipulated (cropped/edited) just so happen to all be missing from the discovery materials I was given by your office.

Now that we are on the same page, and you can verify that there is a rather serious issue concerning discovery - as in the court has obviously provided you with incomplete discovery materials - I would like for this issue to be addressed. I am not sure what that would entail but it is obviously a very serious issue that perhaps warrants a change of venue / a motion filed that addresses it / a motion filed that puts a halt to the 3rd Rule 20.01 exam report that is upcoming and instead requests a neutral third party that is completely separate from the Hennepin County Courts conduct the determination of my competency, etc.

As you can see the second Rule 20.01 exam report from Dr. Adam Milz (the file named 'Rule 20 Evaluation Report.pdf' in the discovery materials you provided me with) actually suggests that I should be put on anti-psychotic drugs specifically because I am claiming that there is fraudulent discovery materials - Meaning the exam report actually uses my claims of fraudulent discovery materials (that I have now proven and can back up with a substantial amount of additional 'irrefutable' evidence) as evidence to support the claim that I am 'psychotic / schizophrenic' - which is obviously VERY concerning, and I believe poses a risk of irreparable harm to me and my personal and mental well-being for obvious reasons. This is especially true when you consider the fact that I have never been on 'anti-psychotics' in my entire life due to the fact that I am not 'psychotic' or 'schizophrenic', and have never been determined to be so prior to my recent interactions with the Hennepin County Courts.

To have the court falsely determine that I am in fact 'psychotic' based on manipulated exam reports and fraudulent discovery materials, which could result in me being forced to take powerful drugs that I have never before taken in my life is something that is causing me an extreme amount of anxiety and concern for obvious reasons. This is especially true when you realize that the exam report from Dr. Adam Milz contains a litany of false statements in it as well. Some example of these false statements would be the following:

> "Records indicated the defendant has a history of problematic use of several substances, including alcohol, marijuana,methamphetamine, crack cocaine, dimethyltryptamine (DMT), and lysergic acid diethylamide (LSD)."

> "Mr. Guertin has a history of threatening to harm himself, which elevates his long-term risk of similar behavior."

> "These impairments are directly related to his psychotic disorder and suggest an inability to rationally assist defense counsel during defense-planning and legal proceedings, make informed and rational legal decisions, providerelevant testimony, and manage the demands of legal proceedings and the trial process."

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 337**</span>

**Matthew Guertin - Fraudulent Discovery Materials**
**Jul 25, 2024  11:28 AM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: a566c5c00956d70ee19e8d413055d1d21c41476c96af2565a9e2c12a66c7d259

Page: 2 of 2         [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

So as you can see, I am now apparently a recovering crack-head with suicidal tenancies who is unable to rationally consult with defense counsel, yet I have zero history of self harm or threatening to harm myself, and I have zero history at all that involves a problem with 'crack-cocaine' or 'dimethyltryptamine (DMT)' - but rather I simply admitted in the initial interview that I have used 'every drug besides heroin' before during my life. My use of 'crack-cocaine' totals about 20 times or so if I had to put a number on it, and this occurred in my mid-twenties when I had a friend who actually did develop a serious problem with it and I tried it a few times with him but didn't like it - at least not enough that I continued doing it, and had it turn into a problem of any kind whatsoever.

In regards to the entire issue of 'self-harm', my bad acid trip in 2009 never involved me attempting to harm myself at all, which is very clearly evident in the initial exam report, yet somehow this has now also turned into a completely false narrative of me now having a history of being suicidal even though I have never considered or thought about harming myself before in my entire life.

Regardless of all of these blatantly deceptive and false statements, I would have to imagine (as I have previously 'imagined'..) that the court being involved in the introduction of fraudulent discovery materials into my case is in fact a rather serious issue that is very likely to result in my entire criminal case being dismissed if in fact it was addressed properly.

Based on the fact that you have claimed that you 'have my back' I would like for you to prove that this is the case by properly addressing this very serious issue in a meaningful manner.

I hope that you are able to understand this email message insofar as it being presented in a competent, and rational manner devoid of 'delusional' thinking or any other characteristics of the supposed 'psychotic' and 'schizophrenic' mental health issues I am apparently suffering from...

That is all.

Sincerely,

Matthew David Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
US 11,577,177
Minneapolis, MN
763-221-4540

Sent with Proton Mail secure email.

**Attachments:**

Rivers-Discovery-Missing-Images.pdf

23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf

**EML-E 76-1, Attachment 1 of 2**
**Jul 25, 2024  11:28 AM**
Rivers-Discovery-Missing-Images.pdf

Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 69c69c9916a983a5e70e61b09e93720e48fc62ea4a17877670b5e25dba646668
Page: 1 of 3          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

| page-img# | W-px | H-px | image-ratio | location of photo | Bruce Rivers July 16, 2024 Discovery Images |
|---|---|---|---|---|---|
| 01-01 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0015.JPG |
| 01-02 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0016.JPG |
| 02-03 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0018.JPG |
| 02-04 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0040.JPG |
| 03-05 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0030.JPG |
| 03-06 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0039.JPG |
| 04-07 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0055.JPG |
| 04-08 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0045.JPG |
| 05-09 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0046.JPG |
| 05-10 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0049.JPG |
| 06-11 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0068.JPG |
| 06-12 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0069.JPG |
| 07-13 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0070.JPG |
| 07-14 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0071.JPG |
| 08-15 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0085.JPG |
| 08-16 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0087.JPG |
| 09-17 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0104.JPG |
| 09-18 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0105.JPG |
| 10-19 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0107.JPG |
| 10-20 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0114.JPG |
| 11-21 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0110.JPG |
| 11-22 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0056.JPG |
| 12-23 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0063.JPG |
| 12-24 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0072.JPG |
| 13-25 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0077.JPG |
| 13-26 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0035.JPG |
| 14-27 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0036.JPG |
| 14-28 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0125.JPG |
| 15-29 | 1430 | 953 | 3:2 | inside-building-hallway | 23-0098_0012_520-TRS_DSC_0162.JPG |
| 15-30 | 1430 | 953 | 3:2 | inside-building-hallway | 23-0098_0012_520-TRS_DSC_0163.JPG |
| 16-31 | 1430 | 953 | 3:2 | inside-building-hallway | 23-0098_0012_520-TRS_DSC_0164.JPG |
| 17-32 | 1319 | 1979 | 2:3 | inside-building-hallway | 23-0098_0012_520-TRS_DSC_0160.JPG |
| 18-33 | 1319 | 1979 | 2:3 | **inside-Guertin-residence** | 23-0098_0012_520-TRS_DSC_0171.JPG |
| 19-34 | 1430 | 953 | 3:2 | **inside-Guertin-residence** | 23-0098_0012_520-TRS_DSC_0174.JPG |
| 19-35 | 1430 | 953 | 3:2 | **inside-Guertin-residence** | 23-0098_0012_520-TRS_DSC_0177.JPG |
| 20-36 | 1430 | 953 | 3:2 | **inside-Guertin-residence** | 23-0098_0012_520-TRS_DSC_0199.JPG |
| 20-37 | 1430 | 953 | 3:2 | **inside-Guertin-residence** | 23-0098_0012_520-TRS_DSC_0198.JPG |
| 21-38 | 1430 | 953 | 3:2 | **inside-Guertin-residence** | 23-0098_0012_520-TRS_DSC_0200.JPG |

**EXHIBIT EML-E | p. 339**

**EML-E 76-1, Attachment 1 of 2**
**Jul 25, 2024  11:28 AM**
Rivers-Discovery-Missing-Images.pdf

Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 69c69c9916a983a5e70e61b09e93720e48fc62ea4a17877670b5e25dba646668
Page: 2 of 3        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

| page-img# | W-px | H-px | image-ratio | location of photo | Bruce Rivers July 16, 2024 Discovery Images |
|---|---|---|---|---|---|
| 22-39 | 1114 | 1889 | 1:1.696 | inside-Guertin-residence | MISSING |
| 23-40 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0197.JPG |
| 23-41 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0196.JPG |
| 24-42 | 1087 | 1885 | 1:1.734 | inside-Guertin-residence | MISSING |
| 25-43 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0201.JPG |
| 25-44 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0207.JPG |
| 26-45 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0203.JPG |
| 26-46 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0204.JPG |
| 27-47 | 1134 | 1939 | 1:1.710 | inside-Guertin-residence | MISSING |
| 28-48 | 1224 | 2153 | 1:1.759 | inside-Guertin-residence | MISSING |
| 29-49 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0189.JPG |
| 30-50 | 1214 | 1967 | 1:1.620 | inside-Guertin-residence | MISSING |
| 31-51 | 1109 | 1895 | 1:1.709 | inside-Guertin-residence | MISSING |
| 32-52 | 1129 | 1931 | 1:1.710 | inside-Guertin-residence | MISSING |
| 33-53 | 1159 | 1960 | 1:1.691 | inside-Guertin-residence | MISSING |
| 34-54 | 1431 | 805 | 16:9 | inside-Guertin-residence | MISSING |
| 34-55 | 1431 | 805 | 16:9 | inside-Guertin-residence | MISSING |
| 35-56 | 1431 | 805 | 16:9 | inside-Guertin-residence | MISSING |
| 35-57 | 1431 | 805 | 16:9 | inside-Guertin-residence | MISSING |
| 36-58 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0183.JPG |
| 37-59 | 831 | 1375 | 1:1.655 | inside-Guertin-residence | MISSING |
| 38-60 | 1431 | 805 | 16:9 | inside-Guertin-residence | MISSING |
| 38-61 | 1431 | 805 | 16:9 | inside-Guertin-residence | MISSING |
| 39-62 | 1152 | 1976 | 1:1.715 | inside-Guertin-residence | MISSING |
| 40-63 | 1137 | 1912 | 1:1.682 | inside-Guertin-residence | MISSING |
| 41-64 | 1172 | 1851 | 1:1.579 | inside-Guertin-residence | MISSING |
| 42-65 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0323.JPG |
| 43-66 | 1187 | 1962 | 1:1.653 | inside-Guertin-residence | MISSING |
| 44-67 | 1431 | 805 | 16:9 | inside-Guertin-residence | MISSING |
| 44-68 | 1431 | 805 | 16:9 | inside-Guertin-residence | MISSING |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 76-1, Attachment 1 of 2**
**Jul 25, 2024  11:28 AM**
Rivers-Discovery-Missing-Images.pdf

Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 69c69c9916a983a5e70e61b09e93720e48fc62ea4a17877670b5e25dba646668
Page: 3 of 3          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

| page-img# | W-px | H-px | image-ratio | location of photo | Bruce Rivers July 16, 2024 Discovery Images |
|---|---|---|---|---|---|
| 45-69 | 1194 | 2066 | 1:1.730 | inside-Guertin-residence | MISSING |
| 46-70 | 1209 | 2052 | 1:1.697 | inside-Guertin-residence | MISSING |
| 47-71 | 1204 | 1993 | 1:1.655 | inside-Guertin-residence | MISSING |
| 48-72 | 1244 | 1961 | 1:1.576 | inside-Guertin-residence | MISSING |
| 49-73 | 1254 | 2041 | 1:1.628 | inside-Guertin-residence | MISSING |
| 50-74 | 1239 | 2025 | 1:1.634 | inside-Guertin-residence | MISSING |
| 51-75 | 1269 | 2020 | 1:1.591 | inside-Guertin-residence | MISSING |
| 52-76 | 1431 | 1908 | 3:4 | Minnetonka-Police-Station | MISSING |
| 53-77 | 1431 | 1908 | 3:4 | Minnetonka-Police-Station | MISSING |
| 54-78 | 1431 | 1908 | 3:4 | Minnetonka-Police-Station | MISSING |
| 55-79 | 1435 | 1908 | 3:4 | Minnetonka-Police-Station | MISSING |
| 56-80 | 1431 | 1908 | 3:4 | Minnetonka-Police-Station | MISSING |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 76-2, Attachment 2 of 2**
**Jul 25, 2024  11:28 AM**
23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf

Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 90bd381ce35a63b42046adff637421d5ddefb8336ad96eb5e9386cb3aee43438
Page: 1 of 13    [ .ots timestamp of attached email file ]    [ Metadata of attached email file ]

27-MH-PR-23-815 **MATTHEW D. GUERTIN** -Photographs from Minnetonka Police Department, 1-21-23



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 76-2, Attachment 2 of 2**
**Jul 25, 2024  11:28 AM**
23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf

Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 90bd381ce35a63b42046adff637421d5ddefb8336ad96eb5e9386cb3aee43438
Page: 2 of 13      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]





**EML-E 76-2, Attachment 2 of 2**
**Jul 25, 2024  11:28 AM**
23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf

Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 90bd381ce35a63b42046adff637421d5ddefb8336ad96eb5e9386cb3aee43438
Page: 3 of 13      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]





Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 344**

**EML-E 76-2, Attachment 2 of 2**
**Jul 25, 2024  11:28 AM**
23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf

Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 90bd381ce35a63b42046adff637421d5ddefb8336ad96eb5e9386cb3aee43438
Page: 4 of 13      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 76-2, Attachment 2 of 2**
**Jul 25, 2024  11:28 AM**
23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf

Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 90bd381ce35a63b42046adff637421d5ddefb8336ad96eb5e9386cb3aee43438
Page: 5 of 13       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]





Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 76-2, Attachment 2 of 2**
**Jul 25, 2024  11:28 AM**
23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf

Matthew Guertin - Fraudulent Discovery Materials

SHA-256 Hash of Attachment: 90bd381ce35a63b42046adff637421d5ddefb8336ad96eb5e9386cb3aee43438

Page: 6 of 13        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]





Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 76-2, Attachment 2 of 2**
**Jul 25, 2024  11:28 AM**
23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf

Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 90bd381ce35a63b42046adff637421d5ddefb8336ad96eb5e9386cb3aee43438
Page: 7 of 13        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 76-2, Attachment 2 of 2**
**Jul 25, 2024  11:28 AM**
23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf

Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 90bd381ce35a63b42046adff637421d5ddefb8336ad96eb5e9386cb3aee43438
Page: 8 of 13      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]





Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 76-2, Attachment 2 of 2**
**Jul 25, 2024  11:28 AM**
23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf

Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 90bd381ce35a63b42046adff637421d5ddefb8336ad96eb5e9386cb3aee43438
Page: 9 of 13      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EXHIBIT EML-E | p. 350**

**EML-E 76-2, Attachment 2 of 2**
**Jul 25, 2024  11:28 AM**
23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf

Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 90bd381ce35a63b42046adff637421d5ddefb8336ad96eb5e9386cb3aee43438
Page: 10 of 13        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]





**EXHIBIT EML-E | p. 351**

**EML-E 76-2, Attachment 2 of 2**
**Jul 25, 2024  11:28 AM**
23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf

Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 90bd381ce35a63b42046adff637421d5ddefb8336ad96eb5e9386cb3aee43438
Page: 11 of 13       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**EML-E 76-2, Attachment 2 of 2**
**Jul 25, 2024  11:28 AM**
23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf

Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 90bd381ce35a63b42046adff637421d5ddefb8336ad96eb5e9386cb3aee43438
Page: 12 of 13        [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 76-2, Attachment 2 of 2**
**Jul 25, 2024  11:28 AM**
23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf

Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 90bd381ce35a63b42046adff637421d5ddefb8336ad96eb5e9386cb3aee43438
Page: 13 of 13       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]



**Re_Matthew Guertin - Fraudulent Discovery Materials**
Jul 25, 2024  11:55 AM

---

From: Bruce Rivers <riverslawyers@aol.com>
To:    Matt Guertin <mattguertin@protonmail.com>
SHA-256 Hash of .eml: a01053a70be785ba2ea9a85953e5bee9665bd0a05f469d3f9b532f3b6610de87

Page: 1 of 1          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

---

### Re: Matthew Guertin / Fraudulent Discovery Materials / 27-CR-23-1886

**From:** Bruce Rivers
**To:** Matt Guertin
**Date:** Thu, 25 Jul 2024 16:55:49 +0000

I have reviewed your email.  What exactly is fraudulent.

Bruce Rivers
Rivers Law Firm, P.A.701 Building Suite 300
701 Fourth Avenue South
Minneapolis, MN  55415
Tel:    (612) 339-3939
Fax:    (612) 332-4003

Board Certified Criminal Trial Specialist - NBTA  /  MSBA

CONFIDENTIAL COMMUNICATION: E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.

On Thursday, July 25, 2024 at 11:29:04 AM CDT, Matt Guertin <mattguertin@protonmail.com> wrote:

Hello,

I went through the discovery materials I received from your office on July 16, 2024.

I have attached the PDF I received from Michael Biglow on August 3, 2023 as well as a PDF titled 'Rivers-Discovery-Missing-Images.pdf'

The PDF from Michael Biglow is the materials that I have been claiming are fraudulent the entire time via various pro se filed motions.

The 'Rivers-Discovery-Missing-Images.pdf' is a PDF I just created which proves that almost all of the images I identified as being manipulated (cropped/edited) just so happen to all be missing from the discovery materials I was given by your office.

Now that we are on the same page, and you can verify that there is a rather serious issue concerning discovery - as in the court has obviously provided you with incomplete discovery materials - I would like for this issue to be addressed. I am not sure what that would entail but it is obviously a very serious issue that perhaps warrants a change of venue / a motion filed that addresses it / a motion filed that puts a halt to the 3rd Rule 20.01 exam report that is upcoming and instead requests a neutral third party that is completely separate from the Hennepin County Courts conduct the determination of my competency, etc.

As you can see the second Rule 20.01 exam report from Dr. Adam Milz (the file named 'Rule 20 Evaluation Report.pdf' in the discovery materials you provided me with) actually suggests that I should be put on anti-psychotic drugs specifically because I am claiming that there is fraudulent discovery materials - Meaning the exam report actually uses my claims of fraudulent discovery materials (that I have now proven and can back up with a substantial amount of additional 'irrefutable' evidence) as evidence to support the claim that I am 'psychotic / schizophrenic' - which is obviously VERY concerning, and I believe poses a risk of irreparable harm to me and my personal and mental well-being for obvious reasons. This is especially true when you consider the

---

**Re_Matthew Guertin - Fraudulent Discovery Materials**
Jul 25, 2024  3:41 PM

---

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: f732b7ea76585157f17a7db160c9db4f5f27ad9067b9e1556799486c364253d9
Page: 1 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### Re: Matthew Guertin / Fraudulent Discovery Materials / 27-CR-23-1886

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Thu, 25 Jul 2024 20:41:04 +0000

---

1. The first five columns in the graph ('page-img#' 'W-px' 'H-px' 'image-ratio' 'location of photo') are from my original discovery analysis that is listed at Index #29 of my criminal case file 27-CR-23-1886.

2. The sixth column 'Bruce RIvers July 16, 2024 Discovery Images' is the only 'new' column - meaning that I just created it yesterday evening when I finished reviewing the discovery materials you provided me with.

3. All of the green colored and red colored rows in the first five columns are 'original' from the initial analysis - with red colored rows indicating images that were identified as being cropped based upon the aspect ratios not being uniform - and the green colored rows indicating that the images appeared to be the 'standard' 3:2 aspect ratio of the camera (as I correctly identified, and has now been confirmed based upon the provided discovery materials).

4. There is a total of 80 images in the PDF emailed to me by Michael Biglow. The first 32 images are taken outside of my apartment and ALL maintain the uniform aspect ratio of 3:2 - Only the images taken inside of my apartment contain all of the aspect ratio anomalies that prove they've been manually cropped to portray a false narrative - these are the rows that are highlighted in red.

5. NOW - Since you understand 'what' is being presented take a look at the PERFECT matching of all of the missing images in the discovery materials I was provided by your office.

6. All of the missing images just so happen to perfectly align with the images I initially identified as being cropped / manipulated / non-authentic - just take note of the matching colors of 'MISSING' rows in column six, and the non-uniform aspect ratios in the corresponding rows.

7. The fact that there are missing images that are not contained in the discovery materials you provided me with BUT they are contained in the PDF that was sent to me by Michael Biglow on August 3, 2023 serves to irrefutably prove that the discovery materials you provided me with are incomplete - but not just 'incomplete'.....the missing images also just so happen to align with my previous image analysis PERFECTLY insofar as aligning with the non-uniform aspect ratio images.

8. **I have attached my original image analysis at index #29 named '29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf'** for reference.

9. **Where are all of the images in the discovery that you provided me that are labeled as 'MISSING' in column #6?**

10. Furthermore, the images in the discovery materials you sent me first provide a view of the notebook sitting on the kitchen table, next to the computer at image '**23-0098_0012_520-TRS_DSC_0179.JPG**' with the last image that shows the notebook sitting next to the computer being image '**23-0098_0012_520-TRS_DSC_0209.JPG**'

11. If you take a look at image **'50-74.jpg' (attached)** from the PDF that Michael Biglow sent me (page 50 of the PDF, image 74 of 80 = '50-74') you will notice that the notebook is opened to the first page, and is actually positioned on top of the usb cord - and is so close to the computer it is almost touching it.

12. In NONE of the images in the discovery materials you provided me with do we ever see a picture of the first page - only the second page, and the notebook is moved to a completely different position much further away from the computer.

13. I intentionally left the notebook opened up to page one - meaning that would've been its 'original' state upon the police entering my apartment. Also notice that the bullet that is sitting next to the paint brush that says

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Re_Matthew Guertin - Fraudulent Discovery Materials**
**Jul 25, 2024  3:41 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: f732b7ea76585157f17a7db160c9db4f5f27ad9067b9e1556799486c364253d9

Page: 2 of 2        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

'SILICONE' on it is sitting upright in all of the photographs of the discovery materials you provided me with, yet in image '50-74' it is laying on its side.

14. Based upon the supposed metadata of the images you sent me (**contained in the attached spreadsheet named 'image_metadata.xlsx'**) and the sequential time that the photographs were supposedly taken one might logically infer that the metadata of the images is not authentic based upon the fact that what it portrays is sequential photographs being taken just seconds apart that serve to portray a continuous set of photographs taken in 'one fell swoop'  - as in the photographer walking from the outside, to the inside of the apartment as they took the photographs, in a sequence meant to portray continuity.

15. **WHERE ARE THE MISSING IMAGES THAT SHOW THE FIRST PAGE OF THE NOTEBOOK? THERE ARE NONE.** THIS IS NOT LOGICAL AT ALL. - Especially when juxtaposed against the metadata timestamps of the images in the discovery you provided me with.

~Matt

Sent with Proton Mail secure email.

On Thursday, July 25th, 2024 at 4:55 PM, Bruce Rivers <riverslawyers@aol.com> wrote:

I have reviewed your email.  What exactly is fraudulent.

Bruce Rivers
Rivers Law Firm, P.A.701 Building Suite 300
701 Fourth Avenue South
Minneapolis, MN  55415
Tel:    (612) 339-3939
Fax:    (612) 332-4003

Board Certified Criminal Trial Specialist - NBTA  /  MSBA

CONFIDENTIAL COMMUNICATION: E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.

On Thursday, July 25, 2024 at 11:29:04 AM CDT, Matt Guertin <mattguertin@protonmail.com> wrote:

Hello,

I went through the discovery materials I received from your office on July 16, 2024.

I have attached the PDF I received from Michael Biglow on August 3, 2023 as well as a PDF titled 'Rivers-Discovery-Missing-Images.pdf'

The PDF from Michael Biglow is the materials that I have been claiming are fraudulent the entire time via various pro se filed motions.

The 'Rivers-Discovery-Missing-Images.pdf' is a PDF I just created which proves that almost all of the images I identified as being manipulated (cropped/edited) just so happen to all be missing from the discovery materials I was given by your office.

Now that we are on the same page, and you can verify that there is a rather serious issue concerning

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024 3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 1 of 40        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

**STATE OF MINNESOTA**                    **DISTRICT COURT**

**COUNTY OF HENNEPIN**              **FOURTH JUDICIAL DISTRICT**

---

State of Minnesota,                    Court File No.: 27-CR-23-1886

        Plaintiff,

vs.                                    **DEFENDANT'S MOTION**
                                       **TO COMPEL DISCOVERY**
                                       **AND AFFIDAVIT OF**
Matthew David Guertin,                 **FACT**

        Defendant.            Judicial Officer: Jay Quam

---

TO:        THE HONORABLE JAY QUAM, JUDGE OF THE DISTRICT COURT; THE
           CLERK OF THE FOURTH JUDICIAL DISTRICT COURT; MS. JACQUELINE
           PEREZ, ASSISTANT HENNEPIN COUNTY ATTORNEY; AND THE OFFICE
           OF THE HENNEPIN COUNTY ATTORNEY.


### INTRODUCTION

The Defendant, MATTHEW DAVID GUERTIN, pro se, hereby respectfully submits this

Motion to Compel Discovery along with an accompanying Affidavit of Fact to the Court (Exhibit

Af). This motion arises from significant procedural concerns, notably the State's failure to

provide all requested discovery materials essential for the Defendant's defense and the

submission of discovery materials that the Defendant challenges as fraudulent and manipulated.

These allegations prompt serious questions regarding the integrity of the legal process and the

Defendant's right to a fair trial. This introduction section outlines the motion's basis and the

pressing need for court intervention to address these discovery issues, rooted in foundational

legal principles and procedural rules that govern the discovery process and evidence

admissibility in criminal proceedings.


### BACKGROUND

On August 3rd, 2023, the Defendant received discovery materials from the prosecution

that are critical to the defense's preparation for trial. Upon detailed examination, discrepancies

Page 1 of 40

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 358**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 2 of 40          [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

and manipulations within these materials were identified, raising substantial concerns regarding their authenticity, completeness, and integrity.

These concerns are encapsulated in Exhibits A through M, along with Exhibit Lb from the Defendant's prior 'Motion for Judicial Notice', each illustrating various aspects of the alleged manipulation and the proactive steps taken by the Defendant to address these issues, including prior requests for complete and unaltered discovery materials.

### LEGAL BASIS

The legal foundation of this Motion to Compel Discovery is anchored in Minnesota Rule of Criminal Procedure 9.01, which delineates the prosecution's duty to disclose materials crucial for the defense. Rule 9.01, in conjunction with Rule 9.03, establishes the framework for discovery regulation, underscoring the importance of fairness and thoroughness in the disclosure process. This motion further invokes Federal Rules of Evidence, specifically Rule 901(b)(1), which sets forth the standards for the authentication or identification of evidence, underscoring the necessity for the State's discovery materials to meet these evidentiary requirements.

Moreover, the Defendant's contention regarding the manipulation of discovery materials accentuates the violation of Minnesota Rule of Criminal Procedure 9.01's mandate for comprehensive discovery obligations in criminal proceedings. This alleged misconduct not only threatens the procedural and substantive fairness owed to the Defendant but also infringes upon constitutional rights under the due process clauses of both state and federal jurisprudence. The Sixth Amendment of the United States Constitution and Article I, Section 6 of the Minnesota Constitution guarantee the Defendant's right to a fair trial, a principle further supported by Rule 403 of the Federal Rules of Evidence. Rule 403 emphasizes the exclusion of evidence that causes unfair prejudice, confusing the issues or misleading the jury, which aligns with the concerns raised in this motion about the integrity and admissibility of the State's presented evidence.

Given these premises, the Court is called upon to exercise its authority to ensure a fair and transparent discovery process. This motion seeks the Court's directive to compel the State to adhere to its discovery obligations fully, providing all necessary materials to the defense and

Page 2 of 40

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 359**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 3 of 40        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

rectifying any issues regarding the authenticity and integrity of its submitted evidence. This legal basis underscores the motion's alignment with both procedural mandates and the overarching constitutional guarantees that safeguard the fairness of criminal proceedings and the rights of the accused.

### AFFIDAVIT OF FACT

Accompanying this motion is an Affidavit of Fact *(Exhibit Af)*, wherein the Defendant attests under oath to the observations, analyses, and actions taken in response to the received discovery materials. This affidavit underscores the Defendant's commitment to transparency, the pursuit of justice, and the integrity of the judicial process.

### EXHIBITS SUBSTANTIATING FRAUDULENT DISCOVERY

A detailed enumeration of exhibits that substantiate the claims made herein, each meticulously documented and prepared by the Defendant is included as part of this motion, serving to demonstrate the alleged discrepancies and manipulations within the discovery materials.

**Exhibit Af**:
Defendant's accompanying Affidavit of Fact.

**Exhibit A**:
Email from Michael Biglow dated August 3rd, 2023, serving as the initial transmission of discovery materials. This email is crucial as it is the origin of the disputed discovery content.

**Exhibit B**:
Email header data from the August 3rd, 2023, email by Michael Biglow, providing digital authentication of the communication. This exhibit serves to establish the authenticity and integrity of the discovery material's transmission.

Page 3 of 40

---

**EXHIBIT EML-E | p. 360**

**EML-E 78-1, Attachment 1 of 3**

**Jul 25, 2024  3:41 PM**

29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials

SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81

Page: 4 of 40          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

**Exhibit C:**

The first page of the fraudulent discovery PDF, highlighting the start of the problematic content. This page sets the context for the issues identified in the subsequent analysis.

**Exhibit D:**

Document properties and metadata from the disputed discovery PDF, evidencing the creation and modification dates, further pointing to potential discrepancies in the timeline of evidence preparation.

**Exhibit E:**

Excerpts from Dr. Jill Rogstad's examination report and Michael Robertson's report, referencing "104 photographs" from the incident, juxtaposed with the PDF received containing only 80, raising questions on completeness and integrity of the evidence provided.

**Exhibit F:**

Overview of aspect ratios in photography from Wikipedia. This exhibit is foundational to understanding the technical analysis of the photographs provided, particularly the inconsistencies in aspect ratios indicative of manipulation.

**Exhibit G:**

Detailed table analyzing aspect ratios, sizes, and evidences of manipulation across the photographs. This exhibit is pivotal in demonstrating intentional alteration and cropping of images, contradicting their purported evidentiary value.

**Exhibit H:**

Selected images showcasing discrepancies in cropping, editing, and presentation, vis-a-vis the original scenes captured. These images starkly illustrate the manipulative alterations done to craft a misleading narrative.

**Exhibit I:**

This exhibit presents a detailed comparative analysis of three images extracted directly from the PDF file '23-815 Guertin - photos of exterior interior person 1.21.pdf.' All images are initially 350 pixels in width, scaled to 5x their original size without

Page 4 of 40

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-E | p. 361

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 5 of 40        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

interpolation or smoothing, facilitating a 1:1 comparison in terms of pixel density. This analysis highlights significant inconsistencies, particularly in one image (Image 30-50) which uniquely displays jagged block-like artifacts not present in the others. These discrepancies suggest possible editing or intentional manipulation of image compression levels, diverging from the rest of the images within the discovery materials.

**Exhibit J:**

Comparison of duplicate images in the discovery materials that were altered to appear as unique. This exhibit directly challenges the authenticity of the evidence provided by highlighting explicit instances of manipulation.

**Exhibit K**:

Analysis utilizing the principle of barrel distortion to substantiate claims of image manipulation. Through technical scrutiny, this exhibit underscores the deliberate editing undertaken to skew the portrayal of scenes within the defendant's residence.

**Exhibit L:**

The first page of this exhibit (marked with the digital 'Exhibit L' sticker) presents further elaboration on the technical basis for asserting fraudulent alteration of discovery photos. By utilizing lens distortion analysis which is presented in a compelling visual presentation, 'true' center lines along with additional lines, which very clearly highlight the lens distortion present are placed directly atop the discovery photos in question. This underscores the depth of the forensic examination undertaken to reveal the truth.

The five remaining pages of this exhibit present a comparative analysis of discovery photos against personal photos taken by the defendant, revealing the intentional omission and editing of critical context designed to misrepresent the defendant's living conditions and activities. The most noteworthy being the omission of any photographs which contain a full, frontal view of the prototype being built of Defendant's invention.

**Exhibit M:**

Email correspondence between the defendant and Dr. Adam Milz, sent on the morning before the defendant's second psychiatric examination, scheduled as a '6-month review.'

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 362**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 6 of 40          [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court<br>State of Minnesota<br>4/4/2024 7:25 AM

This email not only preempts the session with a detailed disclosure of the defendant's understanding of the fraudulent discovery materials but also provides a thorough rebuttal to the premises of Dr. Jill Rogstad's initial report and diagnosis. Key to this exhibit is the segment on page two where the defendant explicitly informs Dr. Milz of his awareness regarding the manipulated discovery content. Additionally, the email comprehensively discredits the foundational aspects of Rogstad's conclusions by presenting a robust counter-narrative, demonstrating the defendant's proactive and self-aware engagement in his defense and mental health evaluation process.

**Exhibit Lb**:

This exhibit, originally filed as part of the Motion for Judicial Notice on April 3, 2024, encompasses the Defendant's formal discovery request to Ms. Jacqueline Perez, the prosecuting attorney in case number 27-CR-23-1886. Dated January 5, 2024, the Defendant requests essential evidence for his defense, including Brady material, squad video, audio tapes, and notably, all 104 police photographs cited in Dr. Jill Rogstad's forensic evaluation report. These photographs, captured by the Minnetonka Police Department, are pivotal for the Defendant's case. This exhibit highlights the Defendant's active efforts to ensure a comprehensive review of all relevant evidence, demonstrating his commitment to due process and his detailed engagement in his defense.

### REQUEST FOR RELIEF

The Defendant respectfully requests the Court to order the State to provide all missing discovery materials forthwith and to conduct a thorough investigation into the discrepancies and manipulations identified by the Defendant, ensuring that all evidence presented in this case is authentic, unaltered, and complete.

Furthermore, the Defendant requests that any manipulated or incomplete evidence be stricken from the record, and that appropriate sanctions be imposed on any party found to have engaged in misconduct affecting the integrity of the discovery materials.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<strong>EXHIBIT EML-E | p. 363</strong>

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 7 of 40         [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

**CONCLUSION**

The Defendant, through this motion, seeks to uphold the principles of justice, fairness, and due process. The integrity of the criminal justice system rests upon the honesty and completeness of the evidence presented. It is imperative that the Court address these serious concerns to ensure that the Defendant receives a fair trial.

Respectfully submitted,

Date: April 4, 2024

By: /s/ Matthew Guertin
Matthew David Guertin
Defendant Pro Se
4385 Trenton Ln N #202
Plymouth, MN 55442
Telephone: 763-221-4540
Email: MattGuertin@Protonmail.com

Page 7 of 40

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EML-E | p. 364

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 8 of 40        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

**STATE OF MINNESOTA**                    **DISTRICT COURT**

**COUNTY OF HENNEPIN**              **FOURTH JUDICIAL DISTRICT**

State of Minnesota,

                            Plaintiff,

vs.

Matthew David Guertin,

                            Defendant.



Court File No.: 27-CR-23-1886

**DEFENDANT'S**
**AFFIDAVIT OF FACT**

### AFFIDAVIT OF FACT

I, MATTHEW DAVID GUERTIN, residing at 4385 Trenton Ln N #202, City of Plymouth,
County of Hennepin, State of Minnesota, being duly sworn, hereby depose and state under
penalty of perjury:

### INTRODUCTION

I am the Defendant in the above-captioned matter, currently representing myself pro se. This
affidavit is submitted in conjunction with and in support of my Motion to Compel Discovery, to
affirm the authenticity and validity of the evidence and exhibits cited therein.

### DISCOVERY RECEIPT AND INITIAL OBSERVATION

On August 3, 2023, discovery materials were received via email from Michael Biglow, my court-
appointed attorney at the time. These materials were not initially requested by me and were only
scrutinized beginning on October 30, 2023, revealing various discrepancies.

### DETAILED EXAMINATION AND DISCREPANCIES IDENTIFIED

Through detailed examination utilizing digital tools, I found inconsistencies in image aspect
ratios, sizes, and evident signs of manipulation within the discovery materials. This analysis
strongly suggests an alteration of the narrative of events, undermining the integrity of the
discovery process as well as my case itself.

Page 8 of 40

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 365**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 9 of 40          [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court<br>State of Minnesota<br>4/4/2024 7:25 AM

### EFFORTS TO ADDRESS DISOVERY MANIPULATION

I have communicated my findings and concerns regarding the manipulated discovery materials to relevant parties, including Dr. Adam Milz, prior to a scheduled 6-month psychiatric examination meeting in which I met with him over Zoom for two hours on Jan 3, 2024. These efforts underscore my due diligence and proactive stance in securing a fair examination of the case.

### CONCLUSION

The evidence provided herein, along with the exhibits attached to my Motion to Compel Discovery, demonstrates a concerning pattern of evidence manipulation that significantly impacts my ability to mount an effective defense. Accordingly, I respectfully request the court to order the provision of all complete and unaltered discovery materials pertinent to my case.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 4th day of April, 2024 in the City of Plymouth, State of Minnesota

Respectfully submitted,

Date: April 4, 2024

By: /s/ Matthew Guertin
Matthew David Guertin
Defendant Pro Se
4385 Trenton Ln N #202
Plymouth, MN 55442
Telephone: 763-221-4540
Email: MattGuertin@Protonmail.com

Page 9 of 40

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 10 of 40        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

## Photos

From Michael Biglow <michael@biglowlaw.com>

To      Matt▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>

CC      Michael Biglow<Michael@biglowlaw.com>

Date    Thursday, August 3rd, 2023 at 3:19 PM



Hi Matt,
Here are the photos.
Mike


--
**Michael J. Biglow, Esq**

Attorney at Law

Biglow Law Offices

895 Tri Tech Office Center

331 Second Ave South

Minneapolis, MN 55401

Direct: 612-238-4782

Fax: 612-333-3201

**\*\*Please note NEW email address: _michael@biglowlaw.com_**

*This message and any attachments are intended only for the named recipient(s), and may contain information that is confidential, privileged, attorney work product, or exempt or protected from disclosure under applicable laws and rules. If you are not the intended recipient(s), you are notified that the dissemination, distribution, or copying of this message and any attachments is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the email address or the telephone number included herein and delete this message and any of its attachments from your computer and/or network. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege, protection, or doctrine. Thank you.*

**This message and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521**

---

**20.06 MB**   1 file attached

23-815 Guertin - photos of exterior, interior, person 1.21.pdf
20.06 MB

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 367**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 11 of 40        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court<br>State of Minnesota<br>4/4/2024 7:25 AM

# Email header for August 3ʳᵈ, 2023 email sent to me which has the fraudulent discovery material PDF file attached to it -



Return-Path: <michael@biglowlaw.com>
X-Original-To: MattGuertin@protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mailin024.protonmail.ch; dkim=pass (Good 2048
   bit rsa-sha256 signature) header.d=biglowlaw-com.20221208.gappssmtp.com
   header.a=rsa-sha256
Authentication-Results: mailin024.protonmail.ch; dmarc=none (p=none dis=none)
 header.from=biglowlaw.com
Authentication-Results: mailin024.protonmail.ch; spf=pass smtp.mailfrom=biglowlaw.com
Authentication-Results: mailin024.protonmail.ch; arc=none smtp.remote-ip=209.85.216.45
Authentication-Results: mailin024.protonmail.ch; dkim=pass (2048-bit key)
 header.d=biglowlaw-com.20221208.gappssmtp.com
 header.i=@biglowlaw-com.20221208.gappssmtp.com header.b="NwUTFGF+"
Received: from mail-pj1-f45.google.com (mail-pj1-f45.google.com [209.85.216.45]) (using
 TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)
 key-exchange X25519 server-signature RSA-PSS (4096 bits) server-digest SHA256) (No
 client certificate requested) by mailin024.protonmail.ch with ESMTPS id
 4RH1vH6DqLz9vNd8 for <MattGuertin@protonmail.com>; Thu,
 3 Aug 2023 21:19:39 +0000 (UTC)
Received: by mail-pj1-f45.google.com with SMTP id 98e67ed59e1d1-26813478800so768447a91.1
      for <MattGuertin@protonmail.com>; Thu, 03 Aug 2023 14:19:39 -0700 (PDT)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
      d=biglowlaw-com.20221208.gappssmtp.com; s=20221208; t=1691097578; x=1691702378;
      h=cc:to:subject:message-id:date:from:mime-version:from:to:cc:subject
       :date:message-id:reply-to;
      bh=MRIhkB7DRTXgmjtfsEXNpwl23NmFt34W7gIYSS2g8tk=;
      b=NwUTFGF+F3oeP+n8dJqrFccFx/HdW5q+HhRbzojECd4JI+tr827Tk8nSBe3j0pFonH
       7Fo9UI027DIFGiAJZMMYg00Wvy2j6jNZGdpP9E+t9zgMk07IlCX9b9vhsI/WABr6lx2I
       pBdMuZ+4ecZy/B+1lqx+3tPGKBoqQkc05vMUw8KhzdsIcDmEnMBjBxVV6qn9arPqhRxj
       Oxnq7d0zjgzcOOcU3PX4uQvbZyG05t+EJGwUVBSgmTx0PShgCzqV4Q6iVSWiro94p/1G
       bKUaq46RmEIyh7GLCL1tv1SFNiNWWyYs+GGWaTin3a5zmIgCT2mh6sPdufCMdkhbXg1V
       mZtA==
X-Google-Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
      d=1e100.net; s=20221208; t=1691097579; x=1691702379;
      h=cc:to:subject:message-id:date:from:mime-version:x-gm-message-state
       :from:to:cc:subject:date:message-id:reply-to;
      bh=MRIhkB7DRTXgmjtfsEXNpwl23NmFt34W7gIYSS2g8tk=;
      b=aPB4iYfl60SmtR3+mvNxkMZCfTRrzA6ELX5kxBp2PwDlpPGg81JSSEAuYoxiZbHMwg
       CaEgT5Z+sY8dx5Il1I2e/02eeivb7ct3hwt0ajN3FL5x4/43tQod/Qv7JFw/VfwRVWuq
       rzfwcFRzblK3G2sMhRn4yfdwvqxH9LzaIjQL0F1G3vWOmYvfG0oalldXILxjN3BW1P+P
       f1D0yMRhEoJWJDO3XHi2sE6mV2MEkj/K/vnQ7VMv6DdfmHjzjZKytKudDqOzZr3R6gQt
       CWARrpZCp2qLWc2zVrAdON1nySi4kiLy//7GSnQXD7Yjvhw0FKy9QKlJw1rnhgJvkWSF
       7kCw==
X-Gm-Message-State: ABy/qLYFjlKnbJHlCulW50wOZLGG4siJSvNpgki01ZkStXXjUhJiuE7f
 ZoF/vP3uftW7akeYc6c6ZROWFvT7T2o9avpDIdbe1qewSKOfAqcF

Page 11 of 40

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 78-1, Attachment 1 of 3**

**Jul 25, 2024  3:41 PM**

[29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf](#)

Re_Matthew Guertin - Fraudulent Discovery Materials

SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81

Page: 12 of 40          [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

X-Google-Smtp-Source:
APBJJlFynBoY2yRrynghAPtSjaxhazkPs1wFHV4iyPiPKTp8Dr1gx7XXoTiPqoJv0GC9NLsIgT/
ztns8aGXh12Thtkc=
X-Received: by 2002:a17:90a:2c8:b0:267:ee56:4c59 with SMTP id
d8-20020a17090a02c800b00267ee564c59mr15663824pjd.35.1691097574811; Thu, 03 Aug 2023
14:19:34 -0700 (PDT)
Mime-Version: 1.0
From: Michael Biglow <michael@biglowlaw.com>
Date: Thu, 3 Aug 2023 16:19:22 -0500
Message-Id: <CACveu=zdxURemdwi7EcqpFyhoDob3_P+4PBuFW46pR+eJtKW3g@mail.gmail.com>
Subject: Photos
To: MattGuertin@protonmail.com
Cc: Michael Biglow <Michael@biglowlaw.com>
Content-Type: text/html
X-Rspamd-Queue-Id: 4RH1vH6DqLz9vNd8
X-Rspamd-Server: cp3-mailin-024.plabs.ch
X-Spamd-Result: default: False [-0.83 / 25.00]; BAYES_HAM(-0.33)[75.87%];
R_DKIM_ALLOW(-0.20)[biglowlaw-com.20221208.gappssmtp.com:s=20221208];
R_SPF_ALLOW(-0.20)[+ip4:209.85.128.0/17];
MIME_GOOD(-0.10)[multipart/mixed,multipart/alternative,text/plain];
NEURAL_HAM(-0.00)[-0.960]; RCVD_COUNT_ONE(0.00)[1]; FROM_EQ_ENVFROM(0.00)[];
RCVD_TLS_LAST(0.00)[]; RCPT_COUNT_TWO(0.00)[2]; MIME_TRACE(0.00)[0:+,1:+,2:+,3:~,4:~];
DKIM_TRACE(0.00)[biglowlaw-com.20221208.gappssmtp.com:+]; TO_MATCH_ENVRCPT_SOME(0.00)[];
DMARC_NA(0.00)[biglowlaw.com]; FROM_HAS_DN(0.00)[]; ASN(0.00)[asn:15169,
ipnet:209.85.128.0/17, country:US]; TO_DN_SOME(0.00)[];
PREVIOUSLY_DELIVERED(0.00)[mattguertin@protonmail.com]; HAS_ATTACHMENT(0.00)[];
ARC_NA(0.00)[]
X-Rspamd-Action: no action
X-Pm-Spam: 0yezJI6cihyJeYR3pi42biOpJJvbmsCIeI1msjN3X3blJp7IjBlNIIojwsYjLlITJ
otIj4C4MMwyiPJFUCR6II4LTQCJLU9kESB1XURJRRJQ1i04TOAjsk9lIWZ1J9pZ1vmZbIpj7SBlI
0TiQsiOnzF9ccFGtwojIjLwAk2MTyzANMcD53QDODN1UIsMDtmlIYdWlh52XWbiUJoOih3RcYt2f
tV2cVav9NlYnlnZcZ8FyzIDMDMwcIsNC1nJIb9lul1WYjIioxsYWlWZLYRX1zVmciIiwFpbWjF9b
YRXIy92ZVeu91lYWijoIUJFPU9UTUSO9IsUyhm1IaxWf0F2YWZvdlfcnvHJcYIi614CMzN3Ad9OD
sX0fINnyiQWaiO2INjNGmTlMNQm0xUGZWZiVVhNG2zYMMEDiiwSf2ciEsiOnfXNacB3h6ISbCMiw
Nvc2imUcOAjsjNnI3blJI6ZC2C4MLJCyvBXZnciQsiOnWkNUR9FJN9lT1UJBVfS0iDMSOslwsAjL
jIwI44OSyS4NMYTugUDNGbzlVkdGuGlIIdHsh1mLWazxlrcGuS5ZZQXiiwSXkQZFNfRVijAMOslw
sUjLnIjNJlb3wiAOLEjwiUTOSXiwNMRlF0hXT9EfO9kT0XRZ5fRE6SIMWAzus0FMlIQN9QRlTVNQ
IpjbuATLFMs0hUIkfUxTTVUTHF0USR6IAuWzsF0MIRkLf1USkVMFQiSUtlsOM4CxiwSXERJt9TTV
OUdSRQUiwslOjLdFJSLCE1ZQXl0OT10XEULl9XRV6CITWAzus0FMkIFh9fTEfk9TR9ENOlUQjIbp
4xMCiSwXV9FTfN0QkQE99UWVUVhRXx0JiUkTlOts4wMC9X1XfQ==
X-Attached: 23-815 Guertin - photos of exterior, interior, person 1.21.pdf
X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: inbox

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 369**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 13 of 40       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

**Page 1 of the PDF emailed to me on August 3ʳᵈ, 2023 by my court appointed attorney Micahel Biglow**



27-MH-PR-23-815  **MATTHEW D. GUERTIN** - Photographs from Minnetonka Police Department, 1-21-23

Page 13 of 40

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 370**</span>

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 14 of 40        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM



**'Normal' file/document properties of the PDF emailed to me on August 3rd, 2023 by my court appointed attorney Micahel Biglow which is missing 24 photographs and was created on August 2nd, 2023**



**Embedded metadata properties of the same PDF as retrieved using ExifTool**

```
ExifTool Version Number         : 12.40
File Name                       : 23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf
Directory                       : .
File Size                       : 20 MiB
File Modification Date/Time     : 2023:12:04 22:10:11-06:00
File Access Date/Time           : 2024:03:21 04:23:18-05:00
File Inode Change Date/Time     : 2024:03:21 14:34:30-05:00
File Permissions                : -rw-rw-r--
File Type                       : PDF
File Type Extension             : pdf
MIME Type                       : application/pdf
PDF Version                     : 1.6
Linearized                      : Yes
Author                          : JSF254
Create Date                     : 2023:08:02 17:00:25-05:00
Modify Date                     : 2023:08:02 17:00:25-05:00
XMP Toolkit                     : Adobe XMP Core 9.1-c001 79.2a0d8d9, 2023/03/14-11:19:46
Creator Tool                    : PScript5.dll Version 5.2.2
Producer                        : Acrobat Distiller 23.0 (Windows)
Format                          : application/pdf
Title                           : Microsoft Word - 23-815 Guertin - photos of exterior, interior, person 1.21.23
Creator                         : JSF254
Document ID                     : uuid:5207e826-8191-4877-add1-c622ebedb48f
Instance ID                     : uuid:030f240c-6d7d-41ee-bf49-0861fcc598d9
Page Count                      : 56
```

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 15 of 40          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

**Below is an excerpt from page 2 of Jill Rogstad's examination report in which she states that she reviewed 'discovery materials' related to case 27-CR-23-1886 which included a total of "104 photographs" - which would've been taken on January 21st, 2023**

- Mr. Guertin also sent me seven unsolicited email messages on February 13, 2023; February 14, 2023; February 15, 2023; March 2, 2023; and March 3, 2023.

==Records Reviewed==

- The current criminal complaint, Fourth Judicial District, filed January 24, 2023.
- Incident report from the alleged instant offense, Minnetonka Police Department, dated January 21, 2023.
- An incident report regarding incident number MP23000151, Minnetonka Police Department, dated January 12, 2023.
- MNCIS records from court file number 27-CR-23-1886 and other cases referencing the defendant.
- ==The following discovery materials related to the alleged instant offense:==
    - Audio recording from the statement Mr. Guertin made to law enforcement at the time of his arrest.
    - ==104 photographs from the alleged offense.==

**Below is an excerpt from the front page (page 1) of Michael Robertson's examination report which lists the PDF document titled '23-815 Guertin - photos of exterior, interior, person 1.21' as one of the items reviewed to help produce the final report.**

1. Examiner's Name: Michael Robertson PsyD, LP          **Matthew David Guertin,**
2. Date of Examination: **08/01/2023**                       Court File Number:   **27-MH-PR-23-815**
3. Location of Examination:  HCGC video/phone interview:
4. Persons present at the examination:

==Michael Biglow Resp/Def Atty==; Lea De Souza Hosp/Hen Atty; Nadia Garavito

==5. Documents reviewed:==

Pre-petition Screening Report (PSR), Keith Moore, RN, 7/17/23
Forensic Evaluation Report, Rule 20.01, Jill Rogstad, PhD., LP, ABPP, 3/10/23
Findings of facts and Order regarding incompetency to proceed, Hon. M. Browne, 7/13/23
Copy of a Letter from California Psychiatrist Dr. Shuster,4/7/23
Guertin HC Sheriff Forensic Exam Rpt #2 1.21.23
==23-815 Guertin - photos of exterior, interior, person 1.21==
Guertin Crystal PD Rpt 08-015226 7.15.08
Guertin HC Sheriff Forensic Exam Rpt #1 1.21.23
Email with photos directly from Mr. Guertin on 8/4/2023 around 12Noon.
Records from: Hennepin County Adult Detention Center.



**Below is the metadata embedded in '23-815 Guertin - photos of exterior, interior, person 1.21.pdf' which was emailed to Matthew D Guertin by Michael Biglow on August 3rd, 2023. The date of the offense and when photographs were taken would January 21st, 2023. The PDF emailed to Mr. Guertin only contains a total of 80 photographs, many of which appear to be cropped to different sizes in addition to one of the images containing what appears to be sign of intentional image manipulation.**

| | |
|---|---|
| **Author** | : JSF254 |
| **Create Date** | : ==2023:08:02 17:00:25-05:00== |
| **Modify Date** | : ==2023:08:02 17:00:25-05:00== |
| **XMP Toolkit** | : Adobe XMP Core 9.1-c001 79.2a0d8d9, 2023/03/14-11:19:46 |
| **Creator Tool** | : PScript5.dll Version 5.2.2 |
| **Producer** | : Acrobat Distiller 23.0 (Windows) |
| **Format** | : application/pdf |
| **Title** | : ==Microsoft Word - 23-815 Guertin - photos of exterior, interior, person 1.21.23== |
| **Creator** | : JSF254 |
| **Document ID** | : uuid:5207e826-8191-4877-add1-c622ebedb48f |
| **Instance ID** | : uuid:030f240c-6d7d-41ee-bf49-0861fcc598d9 |
| **Page Count** | : 56 |

Page 15 of 40

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 16 of 40        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 373**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 17 of 40        [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

## <span style="color:red">Wikipedia excerpt about aspect ratio's & photography</span>



### **4:3** Aspect Ratio

4:3 is used by most digital point-and-shoot cameras, Four Thirds system, Micro Four Thirds system cameras and medium format 645 cameras. The 4:3 digital format popularity was developed to match the then prevailing digital displays of the time, 4:3 computer monitors.

The next several formats have their roots in classic film photography image sizes, both the classic 35 mm film camera, and the multiple format Advanced Photo System (APS) film camera. The APS camera was capable of selecting any of three image formats, APS-H ("High Definition" mode), APS-C ("Classic" mode) and APS-P ("Panoramic" mode).

### **3:2** Aspect Ratio

3:2 is used by classic 35 mm film cameras using a 36 mm × 24 mm image size, and their digital derivatives represented by DSLRs. Typical DSLRs come in two flavors, the so-called professional "full frame" (36 mm × 24 mm) sensors and variations of smaller, so called "APS-C" sensors. The term "APS" is derived from another film format known as APS and the "-C" refers to "Classic" mode, which exposed images over a smaller area (25.1 mm × 16.7 mm) but retaining the same "classic" 3:2 proportions as full frame 35 mm film cameras.

When discussing DSLRs and their non-SLR derivatives, the term APS-C has become an almost generic term. The two major camera manufacturers Canon and Nikon each developed and established sensor standards for their own versions of APS-C sized and proportioned sensors. Canon actually developed two standards, APS-C and a slightly larger area APS-H (not to be confused with the APS-H film format), while Nikon developed its own APS-C standard, which it calls DX. Regardless of the different flavors of sensors, and their varying sizes, they are close enough to the original APS-C image size, and maintain the classic 3:2 image proportions that these sensors are generally known as an "APS-C" sized sensor.

The reason for DSLR's image sensors being the flatter 3:2 versus the taller point-and-shoot 4:3 is that DSLRs were designed to match the legacy 35 mm SLR film, whereas the majority of digital cameras were designed to match the predominant computer displays of the time, with VGA, SVGA, XGA and UXGA all being 4:3. Widescreen computer monitors did not become popular until the advent of HDTV, which uses a 16:9 image aspect ratio.

### **16:9** Aspect Ratio

Known as APS-H (30.2 mm × 16.7 mm), with the "-H" denoting "High Definition", the 16:9 format is also the standard image aspect ratio for HDTV. 16:9 is gaining popularity as a format in all classes of consumer still cameras which also shoot High Definition (HD) video. When still cameras have an HD video capability, some can also record stills in the 16:9 format, ideal for display on HD televisions and widescreen computer displays.

https://en.Wikipedia.org/wiki/Aspect_ratio_(image)#Still_photography

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EML-E | p. 374**</span>

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 18 of 40        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

| page-img# | W-px | H-px | image-ratio | location of photo | image notes |
|---|---|---|---|---|---|
| 01-01 | 1430 | 953 | 3:2 | outdoors | |
| 01-02 | 1430 | 953 | 3:2 | outdoors | |
| 02-03 | 1430 | 953 | 3:2 | outdoors | |
| 02-04 | 1430 | 953 | 3:2 | outdoors | |
| 03-05 | 1430 | 953 | 3:2 | outdoors | |
| 03-06 | 1430 | 953 | 3:2 | outdoors | |
| 04-07 | 1430 | 953 | 3:2 | outdoors | |
| 04-08 | 1430 | 953 | 3:2 | outdoors | |
| 05-09 | 1430 | 953 | 3:2 | outdoors | |
| 05-10 | 1430 | 953 | 3:2 | outdoors | |
| 06-11 | 1430 | 953 | 3:2 | outdoors | |
| 06-12 | 1430 | 953 | 3:2 | outdoors | |
| 07-13 | 1430 | 953 | 3:2 | outdoors | |
| 07-14 | 1430 | 953 | 3:2 | outdoors | |
| 08-15 | 1430 | 953 | 3:2 | outdoors | |
| 08-16 | 1430 | 953 | 3:2 | outdoors | |
| 09-17 | 1430 | 953 | 3:2 | outdoors | |
| 09-18 | 1430 | 953 | 3:2 | outdoors | |
| 10-19 | 1430 | 953 | 3:2 | outdoors | |
| 10-20 | 1430 | 953 | 3:2 | outdoors | |
| 11-21 | 1430 | 953 | 3:2 | outdoors | |
| 11-22 | 1430 | 953 | 3:2 | outdoors | |
| 12-23 | 1430 | 953 | 3:2 | outdoors | |
| 12-24 | 1430 | 953 | 3:2 | outdoors | |
| 13-25 | 1430 | 953 | 3:2 | outdoors | |
| 13-26 | 1430 | 953 | 3:2 | outdoors | |
| 14-27 | 1430 | 953 | 3:2 | outdoors | |
| 14-28 | 1430 | 953 | 3:2 | outdoors | shows the inversion table on deck |
| 15-29 | 1430 | 953 | 3:2 | inside-building-hallway | |
| 15-30 | 1430 | 953 | 3:2 | inside-building-hallway | |
| 16-31 | 1430 | 953 | 3:2 | inside-building-hallway | |
| 17-32 | 1319 | 1979 | 2:3 | inside-building-hallway | |
| 18-33 | 1319 | 1979 | 2:3 | inside-Guertin-residence | |
| 19-34 | 1430 | 953 | 3:2 | inside-Guertin-residence | |
| 19-35 | 1430 | 953 | 3:2 | inside-Guertin-residence | |
| 20-36 | 1430 | 953 | 3:2 | inside-Guertin-residence | this image is a duplicate of 23-40 - It is a zoomed in, cropped version with brightness / color adjusted |
| 20-37 | 1430 | 953 | 3:2 | inside-Guertin-residence | |
| 21-38 | 1430 | 953 | 3:2 | inside-Guertin-residence | |

EXHIBIT
G

Page 18 of 40

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 375**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 19 of 40        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

| page-img# | W-px | H-px | image-ratio | location of photo | image notes |
|---|---|---|---|---|---|
| 22-39 | 1114 | 1889 | 1:1.696 | inside-Guertin-residence | |
| 23-40 | 1430 | 953 | 3:2 | inside-Guertin-residence | image has been rotated clockwise (edited) - can be 100% established based on the lens warping |
| 23-41 | 1430 | 953 | 3:2 | inside-Guertin-residence | |
| 24-42 | 1087 | 1885 | 1:1.734 | inside-Guertin-residence | |
| 25-43 | 1430 | 953 | 3:2 | inside-Guertin-residence | |
| 25-44 | 1430 | 953 | 3:2 | inside-Guertin-residence | |
| 26-45 | 1430 | 953 | 3:2 | inside-Guertin-residence | |
| 26-46 | 1430 | 953 | 3:2 | inside-Guertin-residence | |
| 27-47 | 1134 | 1939 | 1:1.710 | inside-Guertin-residence | |
| 28-48 | 1224 | 2153 | 1:1.759 | inside-Guertin-residence | |
| 29-49 | 1430 | 953 | 3:2 | inside-Guertin-residence | bottom half of PDF page is missing image |
| 30-50 | 1214 | 1967 | 1:1.620 | inside-Guertin-residence | |
| 31-51 | 1109 | 1895 | 1:1.709 | inside-Guertin-residence | |
| 32-52 | 1129 | 1931 | 1:1.710 | inside-Guertin-residence | |
| 33-53 | 1159 | 1960 | 1:1.691 | inside-Guertin-residence | |
| 34-54 | 1431 | 805 | 16:9 | inside-Guertin-residence | bottom cropped - hides the lighting bar and side view of prototype |
| 34-55 | 1431 | 805 | 16:9 | inside-Guertin-residence | bottom cropped - hides the lighting bar and side view of prototype |
| 35-56 | 1431 | 805 | 16:9 | inside-Guertin-residence | bottom cropped - hides all of the books about business and corporate start-ups I intentionally left on floor |
| 35-57 | 1431 | 805 | 16:9 | inside-Guertin-residence | |
| 36-58 | 1430 | 953 | 3:2 | inside-Guertin-residence | shows the books on floor that are cropped out in '35-56' - bottom half of PDF page is missing an image |
| 37-59 | 831 | 1375 | 1:1.655 | inside-Guertin-residence | |
| 38-60 | 1431 | 805 | 16:9 | inside-Guertin-residence | |
| 38-61 | 1431 | 805 | 16:9 | inside-Guertin-residence | |
| 39-62 | 1152 | 1976 | 1:1.715 | inside-Guertin-residence | left side of image is significantly cropped |
| 40-63 | 1137 | 1912 | 1:1.682 | inside-Guertin-residence | right side cropped - hides bathroom vanity |
| 41-64 | 1172 | 1851 | 1:1.579 | inside-Guertin-residence | |
| 42-65 | 1430 | 953 | 3:2 | inside-Guertin-residence | intentionally cropped to not show photography lights against ceiling - bottom half of PDF page is missing an image/empty |
| 43-66 | 1187 | 1962 | 1:1.653 | inside-Guertin-residence | |
| 44-67 | 1431 | 805 | 16:9 | inside-Guertin-residence | bottom cropped - hidess bathroom vanity |
| 44-68 | 1431 | 805 | 16:9 | inside-Guertin-residence | image is cropped - hides the tiled sink backsplash - hides the large amount of vitamins on right side of the cabinet |

Page 19 of 40

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 376**

**EML-E 78-1, Attachment 1 of 3**
Jul 25, 2024 3:41 PM
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 20 of 40      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

| page-img# | W-px | H-px | image-ratio | location of photo | image notes |
|---|---|---|---|---|---|
| 45-69 | 1194 | 2066 | 1:1.730 | inside-Guertin-residence | right side cropped - hides inversion table sitting on deck visible in '14-28' |
| 46-70 | 1209 | 2052 | 1:1.697 | inside-Guertin-residence | image cropped - hides inversion table on deck - hides circular green cover for invention sitting to the right |
| 47-71 | 1204 | 1993 | 1:1.655 | inside-Guertin-residence | |
| 48-72 | 1244 | 1961 | 1:1.576 | inside-Guertin-residence | |
| 49-73 | 1254 | 2041 | 1:1.628 | inside-Guertin-residence | |
| 50-74 | 1239 | 2025 | 1:1.634 | inside-Guertin-residence | writing continues on next page - no photo of it - image '30-50' shows 2nd page & movement of notebook |
| 51-75 | 1269 | 2020 | 1:1.591 | inside-Guertin-residence | |
| 52-76 | 1431 | 1908 | 3:4 | Minnetonka-Police-Station | |
| 53-77 | 1431 | 1908 | 3:4 | Minnetonka-Police-Station | |
| 54-78 | 1431 | 1908 | 3:4 | Minnetonka-Police-Station | |
| 55-79 | 1435 | 1908 | 3:4 | Minnetonka-Police-Station | |
| 56-80 | 1431 | 1908 | 3:4 | Minnetonka-Police-Station | |

There is **104 total photographs** documented as 'reviewed discovery materials' in Dr. Jill Rogstad's 'Confidential Forensic Evaluation Report' report dated March 10th, 2023 pertaining to case 27-CR-23-1886

The PDF I was emailed **only contains 80** total photographs - **It is missing 24 photographs** - meaning that nearly a quarter of the documented total is missing from the PDF

Out of the 80 photo's I did receive, 43 of them (54%) are photographs taken on January 21st, 2023 of the inside of my prior apartment residence in Minnetonka, MN

The remaining 37 photographs (46%) were all taken outside of the apartment in either the back courtyard, apartment building hallway, or at the Minnetonka Police Department

ALL (100%) of the photographs that were not taken inside of apartment maintain perfectly uniform aspect ratios - 3:2 for the camera used on site and 4:3 for the camera used at the Minnetonka police station

Out of the 43 total photographs that were taken inside of the apartment **only 15 (35%) maintain the 3:2 aspect ratio** of the camera that was used

The remaining 28 photographs (65%) which do not maintain the uniform aspect ratio vary significantly in their pixel dimensions and aspect ratios which proves beyond any reasonable doubt that someone manually took the time to crop each of the images by hand (as opposed to some sort of automated 'batch' cropping process being carried out)

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 377**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 21 of 40      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

By analyzing the very noticeable lens barrel distortion that is present in the images taken inside (caused by the wide angle lens used) it is possible to further substantiate that the images have been manipulated and are not in their original, and authentic format as presented in the PDF file emailed to me - **This includes editing of images which do maintain the native 3:2 aspect ratio of the camera** including images 20-36, 23-40, 36-58, and 42-65 - These 4 images in particular contain multiple vertical image elements (walls, window & door sills, etc.) which can be used to very easily analyze, and visualize the true horizontal center position of the original (unedited) image

**The editing of these 4 additional images means that out of the 43 photos taken inside of the apartment at least 32 of them (74.4%) have been edited**

**Out of the 43 images taken inside of my prior residence there are only 2 images (4.5%) shown of my 'rotating treadmill' invention in images 34-54 and 34-55** - both of which do not maintain the established 3:2 ratio of the camera used and have very clearly been cropped - This can be substantiated further by determining the true horizontal center of image 34-54 based on the lens barrel distortion present in all of the images taken inside which makes it easy to determine that a perfectly vertical line would occur just to the left of center of the wood grain door visible in the image, around the 1/3 (33%) position of the door if it were vertically cut into 3 sections of equal width with 0% being the left-hand side of the doors visible wood grain - This easily established horizontal position is NOT positioned in the center of image 34-54 as it should be if it were authentic, original, and unedited

**There are zero photographs included which are taken from the perspective of someone standing at glass patio door looking 'back' into room from outside** - This view would not only reveal an image of my entire invention in the frame but would also add an enormous amount of context insofar as what all of the tools are actually for, why there is a painting tarp on the floor, the source of the metal bar used to prevent the door (visible in 34-54) from being pulled open from the outside, and the entire reason why my place appears to be so cluttered and 'messy' in general - Almost EVERYTHING you see in the images besides the furniture and basic living essentials exists solely for the purpose of building the working prototype that very clearly appears to be intentionally excluded from the photographs contained in the PDF I was emailed

Based on the editing of these images which has been determined beyond any reasonable doubt based on simple mathematics and long established, widely recognized standards pertaining to photography, aspect ratios, and the optical characteristics of the lenses used for photography I believe that the editing / cropping of these images was very clearly carried out for the explicit purpose of presenting a carefully crafted narrative - One based on a completely dishonest and deceptive visual presentation of my apartment carried out through the creation of completely fraudulent discovery material which was then introduced into my case (#27-CR-23-1886) - **Based on the established rules of the court and the chain of custody pertaining to evidence, this significant act of fraud and deception would had to have originated, and been carried out and/or knowingly procured by someone working within the Hennepin County 4th Judicial District Court itself**

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 378**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 22 of 40       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court<br>State of Minnesota<br>4/4/2024 7:25 AM

**The following is my personal opinion of the overall false narrative that is being portrayed via the creation and injection of this fraudulent discovery material into my case:**

1.  The image cropping makes sure at no time any sort of organization is portrayed. One of the clearest examples of this I believe is that there are no images included that show a full view of all of the tools or my entire kitchen area workstation as a whole. By only showing the tops of the tools it conveys a subconscious feeling of clutter, disorganization and 'chaos'

2.  There seems to be an intentional exclusion of anything that would portray a 'professional' workflow of any kind. Examples of this would include what appears to be the intentional exclusion of my Herman Miller office chair that is at the kitchen table where my laptop screen is, as well as making sure not to include any images which show a closeup of my professional workstation, desk, monitor, etc. Another example of this would be the intentional cropping out of the books laid out on the floor which all pertained to corporate start-ups, and learning how to successfully launch a new company

3.  The intentional cropping out of the bathroom vanity combined with never showing a full view of the kitchen,  all seems to be intentionally done for the purpose of trying to portray my apartment as being a 'dumpy shit-hole' - A conclusion one could easily arrive at based on the outside appearances of the building itself. In none of the images at all would one be able to arrive at the conclusion that when I moved into the unit it was a completely brand new remodel which included brand new 'everything' which was due to there being a fire not long before I moved in. This includes brand new flooring, cabinets, granite counter-tops, brushed stainless steel appliances, oversized stainless-steel kitchen sink, bathroom tile, vanity, shower, etc. In addition I made sure to buy matching 'brushed stainless' kitchen appliances such as the toaster that is not shown.  A full and complete view of the kitchen and bathroom would very easily cause someone viewing the presented images to arrive at the conclusion that my apartment was actually much nicer than is being portrayed in the images

4.  Anything at all that would remotely hint at photography or video related items related to the 'big green elephant' sitting in the middle of the living room which is never shown in full, also all appears to be intentionally cropped out. This would include cropping of the images taken in the bedroom so that the light boxes against the ceiling are never shown in addition to making sure to crop out the gigantic roll of black fabric sitting against the wall to the left when entering the bedroom (partially visible in 36-58). In addition there are no images at all included which ever show a full view of the black, wire-frame shelf that is sitting against the wall just to the right as you walk into the apartment (also partially visible in 36-58) which would not only indicate that something mechanical of a substantial nature was being built, but would once again show a very clear portrayal of 'organization'

Page 22 of 40

---

**EXHIBIT EML-E | p. 379**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 23 of 40          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

5.  Making sure to not include a clear view of the inversion table that is sitting outside on the deck in images 45-69 and 46-70 combined with the carefully cropped 44-68 image which is focused solely on my adderall prescription containers (including some empty ones I simply hadn't thrown away..) while making sure to crop out the plastic bin sitting on the right side of the cabinet that is filled with vitamins and supplements seems to be a very intentionally crafted exclusion of anything at all which would convey an image of someone who was trying their best to live a balanced and health focused lifestyle. It is worth noting that I had been on the same Adderall prescription for many years prior to this incident and it is the exact same one I am still on currently as it has helped me out tremendously with something I have had significant struggles with since I was very young

6.  All of the above, when combined very clearly points to a well thought out, and meticulously crafted false narrative portrayed through the creation of fraudulent discovery material that was injected into my court case for the sole purpose of trying to portray me in the most negative light possible

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 380**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 24 of 40       [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

image: **20-36**  native size: **1430x953**  **3:2**



EXHIBIT
**H**

image: **23-40**  native size: **1430x953**  **3:2**



image: **30-50**  native size: **1214x1967**  **1:1.620**



image: **34-54**  native size: **1431x805**  **16:9**



image: **34-55**  native size: **1431x805**  **16:9**



image: **35-56**  native size: **1431x805**  **16:9**



Page 24 of 40

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 381**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 25 of 40        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

image: 35-57   native size: 1431x805   16:9



image: 36-58   native size: 1430x953   3:2



image: 37-59   native size: 831x1375   1:1.655



image: 38-60   native size: 1431x805   16:9



image: 39-62   native size: 1152x1976   1:1.715

image: 38-61   native size: 1431x805   16:9





Page 25 of 40

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 382**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 26 of 40       [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

**image: 40-63   native size: 1137x1912   1:1.682**



**image: 42-65   native size: 1430x953   3:2**



**image: 45-69   native size: 1194x2066   1:1.730**

**image: 44-67   native size: 1431x805   16:9**





**image: 46-70   native size: 1209x2052   1:1.697**



**image: 50-74   native size: 1239x2025   1:1.634**



Page 26 of 40

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">EXHIBIT EML-E | p. 383</span>

**EML-E 78-1, Attachment 1 of 3**

**Jul 25, 2024  3:41 PM**

29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials

SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81

Page: 27 of 40        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

**Images below are all 350 pixel wide crops from the images contained in the PDF file
'23-815 Guertin - photos of exterior, interior, person 1.21.pdf'**



all 3 of these images are directly extracted from PDF images at indicated pixel size and then all were scaled to 5x their original size with no interpolation or smoothing applied during scaling

all 3 have a matching width of 350px wide before being scaled meaning they should all appear identical insofar as any compression artifacts, etc.

all are a 1:1 comparison in terms of pixel density

**Image 44-68   350x190 pixels scaled @ 500%
with no interpolation applied = 1750x950px**

Out of the 80 images in the PDF this one from page 30 is the only one in which these jagged block like artifacts appear - look at the edges of the white menu windows on the screen.

This image is either edited or intentionally had the image compression levels set extremely high (higher than all of the other images..)

**Image 30-50   350x190 pixels scaled @ 500%
with no interpolation applied = 1750x950px**



EXHIBIT
I

**Image 16-31   350x138 pixels scaled @ 500%
with no interpolation applied = 1750x690px**

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 384**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
[29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf](#)

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 28 of 40      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

**One of the photos presented in the PDF is actually a duplicate** - one which has been cropped, rotated, and brightened to deceptively pass it off as 'unique'

image: 20-36



image: 23-40



<~~~ Image 20-36 placed atop image 23-40

**20-36 and 23-40 are the same photograph**

I was able to accomplish this very easily using rotation, scaling, and some very minor perspective transforms (individually moving/adjusting the 4 corners of the image)

also notice that both images have the same exact camera flash reflection which further substantiattes that they are in fact the same - if this were not the case achieving perfect alignment of the images (and text..) through manual adjustments would still technically be possible but require a lot more effort due to the wide angle lens distortion present in all of the apartment photographs

<~~~ Same as above except some 'quick and dirty' adjustment of the levels was carried out on 20-36 so that it more closely matches 23-40



EXHIBIT
**J**

Page 28 of 40

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 385**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 29 of 40        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

## Using the lens distortion present in photographs to further substantiate fraud by determining true lens center to confirm image cropping and regions of focus

### Barrel distortion

You know how big barrels have a narrow top and bottom but an expanded center? Well, that's exactly what happens to straight lines in a photo with barrel distortion.

If you use a lens plagued by barrel distortion to photograph a series of lampposts, the lamps will curve outward:




Barrel distortion is one of the most common lens distortions in photography, and it generally happens when you use a wide-angle lens (or the wide portion of a zoom). Keep in mind that the shorter the focal length, the more pronounced the distortion.

https://digital-photography-school.com/lens-distortion-in-photography/

**23-40   Image is rotated clockwise approximately 19.5 degrees from true vertical**

**shows the large arc radius of the lens warping the grid above demonstrates image is rotated**




Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 386**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 30 of 40      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

**34-54    white dashed line is true center**



**36-58    white dashed line is true center**



**39-62    white dashed is arc    white solid is not
entire left side workstation / desk cropped out**





EXHIBIT
L

**40-63    right side (vanity) is cropped out**



**45-69    right side / inversion table is cropped**

**42-65    left fabric rolls/top light boxes cropped**





Page 30 of 40

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 387**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 31 of 40        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

## Revealing the intentionally missing context of the fraudulent discovery photo's

**I took all three book photos on Oct 10th, 2022**     **ALL POLICE PHOTOS TAKEN ON JAN 21st, 2023**



**35-56  one of the books is still visible**





**36-58  almost all of the books are visible here**





**Green line shows cropping at bottom of lights**
**I took this bedroom photo on Dec 2nd, 2022**     **42-65  Top (lights) and left (fabric roll) cropped**





Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 388**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 32 of 40       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

## Revealing the intentionally missing context of the fraudulent discovery photo's

**Photo of my prototype I took on Dec 7th, 2022**



**Photo I took on February 3rd, 2023**



**Photo I took on February 3rd, 2023**



**ALL POLICE PHOTOS TAKEN ON JAN 21st, 2023**

**34-54   bottom & top cropped - hides invention**



**34-55   bottom cropped to hide lightbar**



**38-61   left side cropped to hide invention**



Page 32 of 40

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 389**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 33 of 40        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

## Revealing the intentionally missing context of the fraudulent discovery photo's

**ALL POLICE PHOTOS TAKEN ON JAN 21st, 2023**

**Photo I took late June of 2020 before moving in**

**40-63   right side cropped to hide vanity & sink sink**





**Photo of workstation I took October 18th, 2022**

**39-62   Left side cropped to hide work desk**





**Photo of workstation I took October 24th, 2022**



Page 33 of 40

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 390**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 34 of 40      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

## Revealing the intentionally missing context of the fraudulent discovery photo's

**Photos I took late June of 2020 before moving in**

**ALL POLICE PHOTOS TAKEN ON JAN 21st, 2023**

**ALL images are cropped to never show full kitchen / fridge / sink / tile backsplash**



**28-48**



**30-50**





**36-58**





**Photo I took September 30th, 2022**



**Inversion table cropped out in all images**

**46-70**



**45-69**



**Photo I took October 19th, 2022**



Page 34 of 40

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 391**

**EML-E 78-1, Attachment 1 of 3**
**Jul 25, 2024  3:41 PM**
29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf

Re_Matthew Guertin - Fraudulent Discovery Materials
SHA-256 Hash of Attachment: 5340fc8905ea77a028170920f139aba6de6dc194954e64a7271bfcd55e692b81
Page: 35 of 40        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/4/2024 7:25 AM

## Additional photo's for timeline context prior to incident on January 21st, 2023

**June 11th, 2022**

 

**October 18th, 2022**



**October 21st, 2022**



**October 29th, 2022**          **October 30th, 2022**

 

**October 24th, 2022**



**November 30th, 2022**     **December 2nd, 2022**          **December 3rd, 2022**          **December 7th, 2022**

 

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EML-E | p. 392**

**EML-E 78-2, Attachment 2 of 3**
**Jul 25, 2024  3:41 PM**
image_metadata.xlsx

Re_Matthew Guertin - Fraudulent Discovery Materials

SHA-256 Hash of Attachment: dd797aa4bda29d70db26781f240abe88b715b47f4f9616bf4d7eecc20017b610

Page: 1 of 31        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

| Image Name | Create Date | Create Time | Focus Position | Focus Distance | Hyperfocal Distance |
|---|---|---|---|---|---|
| 23-0098_0012_520-TRS_DSC_0001 | 2023:01:21 | 13:32:12 | 0x21 | 3.35 m | 2.02 m |
| 23-0098_0012_520-TRS_DSC_0002 | 2023:01:21 | 13:32:13 | 0x11 | 2.37 m | 2.02 m |
| 23-0098_0012_520-TRS_DSC_0003 | 2023:01:21 | 13:32:14 | 0x11 | 2.51 m | 2.02 m |
| 23-0098_0012_520-TRS_DSC_0004 | 2023:01:21 | 13:32:15 | 0xf3 | 8.41 m | 18.76 m |
| 23-0098_0012_520-TRS_DSC_0005 | 2023:01:21 | 13:32:32 | 0x21 | 3.35 m | 1.70 m |
| 23-0098_0012_520-TRS_DSC_0006 | 2023:01:21 | 13:32:33 | 0x11 | 2.66 m | 1.47 m |
| 23-0098_0012_520-TRS_DSC_0007 | 2023:01:21 | 13:32:42 | 0x21 | 3.35 m | 1.70 m |
| 23-0098_0012_520-TRS_DSC_0008 | 2023:01:21 | 13:32:47 | 0x21 | 3.35 m | 1.70 m |
| 23-0098_0012_520-TRS_DSC_0009 | 2023:01:21 | 13:32:55 | 0x21 | 3.35 m | 1.70 m |
| 23-0098_0012_520-TRS_DSC_0010 | 2023:01:21 | 13:33:54 | 0x11 | 2.24 m | 2.02 m |
| 23-0098_0012_520-TRS_DSC_0011 | 2023:01:21 | 13:33:55 | 0x11 | 2.00 m | 2.02 m |
| 23-0098_0012_520-TRS_DSC_0012 | 2023:01:21 | 13:33:56 | 0x11 | 2.00 m | 1.70 m |
| 23-0098_0012_520-TRS_DSC_0013 | 2023:01:21 | 13:33:57 | 0x11 | 1.78 m | 1.47 m |
| 23-0098_0012_520-TRS_DSC_0014 | 2023:01:21 | 13:34:02 | 0x11 | 2.66 m | 1.47 m |
| 23-0098_0012_520-TRS_DSC_0015 | 2023:01:21 | 13:34:06 | 0x11 | 2.66 m | 1.70 m |
| 23-0098_0012_520-TRS_DSC_0016 | 2023:01:21 | 13:34:07 | 0x11 | 2.24 m | 1.70 m |

**EXHIBIT EML-E | p. 393**

**EML-E 78-3, Attachment 3 of 3**
**Jul 25, 2024  3:41 PM**
50-74.jpg

Re_Matthew Guertin - Fraudulent Discovery Materials

SHA-256 Hash of Attachment: 1f163f90e63610691ffa104818620872aa3f28a520791114ea224bdd5a6bde4e

Page: 1 of 1     [ .ots timestamp of attached email file ]     [ Metadata of attached email file ]



**EXHIBIT EML-E | p. 394**

**Re_Matthew Guertin - Fraudulent Discovery Materials**
**Jul 25, 2024  4:12 PM**

From: Matt Guertin <MattGuertin@protonmail.com>
To:    Bruce Rivers <riverslawyers@aol.com>
SHA-256 Hash of .eml: a00b2df3b713dac830ecdea860c97bef1cffecf96f615d6a6ec243127e8040c3

Page: 1 of 1        [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

### Re: Matthew Guertin / Fraudulent Discovery Materials / 27-CR-23-1886

**From:** Matt Guertin
**To:** Bruce Rivers
**Date:** Thu, 25 Jul 2024 21:12:41 +0000

**ME -**

> original 'group a' - 28 out of 80 total are identified as being 'non-standard'
> comparison 'group b' - 33 out of 80 total are identified as 'missing' - with the 28 out of
> the 33 total 'missing' from 'group b' PERFECTLY aligning with the 'group a' 'non-
> standard', meaning that even though there are a total of 33 'missing' in group b - ALL of
> them align perfectly with 100% of the 'non-standard' of 'group a'
>
> What is the probability of this happening based solely on chance alone? Meaning a
> calculation that is able to determine the probability of this occurring randomly / by
> chance entirely?

**chatGPT -**


**ME -**

> great. Now please quantify the following part of your output into an actual number or
> output in a way that makes it easier to try and grasp in terms of human understanding of
> quantities and numerical values please
>
> ""
> The probability of the 28 'non-standard' items in Group A perfectly aligning with 28 of
> the 33 'missing' items in Group B purely by chance is approximately
> $8.16 \times 10 - 17 8.16 \times 10 - 17$. This is an extremely small probability, indicating that such a
> perfect alignment is highly unlikely to occur by chance alone.
> ""

**chatGPT -**


**ME -**

> can you please compare this to the probability of crime scene forensic analysis insofar as
> a hypothetical crime lab taking a blood sample from a crime scene and matching to a
> suspect based on probability that serves as 'irrefutable proof' in a court room setting -
> meaning that even though a DNA match is never considered 100% it is still such an
> unlikely probability that in court it is considered as exactly that - meaning 100% proof
> beyond a reasonable doubt

**chatGPT -**

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml