# EXHIBIT EMG

# EXHIBIT EMG

## Communication From the Hennepin County Fourth Judicial District Court Beginning on <u>July 10, 2025</u>

On the very same day Plaintiff's complaint proving mass forgery of court records in the MCRO system is dismissed, the court immediately mails out a letter for the Plaintiff to appear at a hearing on August 5, 2025 in front of defendant Danielle C. Mercurio.

Additional communication from defendants Raissa Carpenter, and Emmett M. Donnelly take place, along with emails from "Forensic Navigator" Marcia Wheeler, who is with the "Minnesota Competency Attainment Board"

---

## <u>TABLE OF CONTENTS</u>

<u>Page</u>

**1    July 10, 2025**
*Scan of USPS Envelope from the Fourth Judicial District Court* ............................. 1

**2    July 10, 2025**
*Scan of "Notice of Remote Hearing and Judicial Assignment" page 1* .................... 2

**3    July 10, 2025**
*Scan of "Notice of Remote Hearing and Judicial Assignment" page 2* .................... 3

**4    July 10, 2025**
*Zoomed image showing July 10 postage, and defendant Danielle C. Mercurio* .......... 4

**5    Jul 15, 2025  5:03 PM**
*Email to Plaintiff from defendant Raissa Carpenter regarding*
*"Forensic Navigator"* ...................................................................................... 5

**6    Jul 21, 2025  8:37 AM**
*Email to Plaintiff from Marcia Wheeler, "Forensic Navigator" with the*
*"Minnesota Competency Attainment Board"* ........................................................ 6

**7    Jul 21, 2025  9:29 AM**
*Email to Plaintiff from Marcia Wheeler, "Forensic Navigator" with the*
*"Minnesota Competency Attainment Board"* ........................................................ 7

**Court-Mail-Scans July-2025  01**

EMG 1

Court-Mail-Scans__July-2025_01.pdf

SHA-256 Hash of Source File:  17889271163b354a5d7c99c11b517c3732ec64355010d1815f5f60856a73bf08

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EMG | p. 1**</span>

**Court-Mail-Scans July-2025  02**

EMG 2

---

[Court-Mail-Scans__July-2025_02.pdf](#)

SHA-256 Hash of Source File:  610e0507c94e94147fcc7a074fb28887d91581bebbb5061a699526e89d6bed3f

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]

---

| | |
|---|---|
| State of Minnesota | District Court |
| Hennepin County | Fourth Judicial District |

| | |
|---|---|
| State of Minnesota vs MATTHEW DAVID GUERTIN | Court File: 27-CR-23-1886 |

MATTHEW DAVID GUERTIN
4385 Trenton Lane N
UNIT 202
Plymouth MN  55442

### Notice of Remote Hearing and Judicial Assignment

| Your next court hearing is: | | |
|---|---|---|
| 8/5/2025 | | District Court Judge |
| Hearing | with | Danielle Mercurio |
| 1:30 PM | | GC-C857 |

**The hearing will be held via Zoom and appearance will be by video and audio unless otherwise directed.**

➢ If you do not appear for this hearing, a warrant may issue for your arrest.  If you fail to appear for a **petty misdemeanor, a conviction may be entered.**

➢ Arrive 15 minutes early to allow time to go through security.

➢ Court may take a few hours – please plan for this.

➢ If you cannot afford to hire a lawyer and want to apply for a court-appointed attorney, go to 4thcourtspde.courts.state.mn.us or scan the QR code to start the application. 

➢ If you represent yourself, visit www.mncourts.gov/Help-Topics/Representing-Yourself-in-Court.aspx.

➢ If you are appearing on a traffic offense, bring your driver's license and proof of insurance.

➢ If you are paying a fine, credit cards, cash, and checks are accepted.

➢ You can receive automatic reminders of future court dates via email or text. 
Visit www.mncourts.gov/hearing-ereminders.aspx or scan the QR code to enroll.

**Before your hearing date:**
1. Visit www.mncourts.gov/Remote-Hearings for more information and options for joining remote hearings.
2. Test Zoom at this website:  https://courts-state-mn-us.zoomgov.com/test.

**On the day of the hearing, to join by internet:**
1. Go to https://zoomgov.com/join.
2. **Enter the Meeting ID and Meeting Password (if asked): Meeting ID: 160 223 0876**
3. **Passcode: 1234**
4. Update your name by clicking the options on your Zoom square.
5. Click the **Join Audio** button in the lower left-hand corner of your screen.

---

**EXHIBIT EMG | p. 2**

**Court-Mail-Scans July-2025 03**
EMG 3

Court-Mail-Scans__July-2025_03.pdf
SHA-256 Hash of Source File:  716b9f631c9d74dd1653717b4adbb9f39e60b380f2fc5486b4ef288459d4f865
Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]

6.  Click ▬ to **Share Video**.

7.  Click 🎤 to **Unmute** (you may need to tap screen to activate icons).

**To join by telephone (if you can't join by internet):**
Know how to mute your phone when you are not speaking and unmute it to speak.
1.  Call Toll-Free: 1-833-568-8864
2.  Enter the **Meeting ID and Meeting Password (if asked): Meeting ID: 160 223 0876**
3.  **Passcode: 1234**
4.  To **Unmute** press *6

I received a copy of this notice.

_____        _____
Defendant's Signature                                              Date

**If you have questions or your contact information changes, call 612-348-6000.**

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**Court-Mail-Scans July-2025  04**

EMG 4

Court-Mail-Scans__July-2025_04.pdf

SHA-256 Hash of Source File:  e5e6c0bb9b881f56a4cefd32c964b8257cae8d8cc6fd289047b0ac1185b09909

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]



District Court Judge
Danielle Mercurio
GC-C857

**EXHIBIT EMG | p. 4**

**FW_ Court Appointed Forensic Navigator**
**Jul 15, 2025  5:03 PM**

From: Raissa Carpenter <Raissa.Carpenter@pubdef.state.mn.us>
To:  Matt Guertin <mattguertin@protonmail.com>
SHA-256 Hash of .eml: 0bb4df4502cbd545d94ab64f6581b3818d5e75fc150a87d75981a6864ef3e80e

Page: 1 of 1        [ .eml source file ]      [ .ots timestamp of .eml source file ]      [ Metadata of .eml source file ]

---

### FW: Court Appointed Forensic Navigator

**From:** "Carpenter, Raissa"
**To:** "matt.guertin.81@gmail.com" , "mattguertin@protonmail.com"
**Date:** Tue, 15 Jul 2025 22:03:30 +0000

Mr. Guertin,

I received the below email from the forensic navigator that has been appointed to your case. Please let me know whether you want me to respond to them with your contact information.

Please also let me know if you have any questions about what a forensic navigator is and why they are reaching out.

Sincerely,

Raissa R. Carpenter (*she/her*)
Assistant Public Defender - Office of the Hennepin County Public Defender
Location: 701 4th Avenue South, Suite 1400, Minneapolis, MN 55415
Contact: 612-614-0748   raissa.carpenter@mnpd.us

---

**From:** Marcia Wheeler <marcia.wheeler@mncab.us>
**Sent:** Friday, July 11, 2025 8:48 AM
**To:** Carpenter, Raissa <Raissa.Carpenter@pubdef.state.mn.us>
**Subject:** Court Appointed Forensic Navigator

You don't often get email from marcia.wheeler@mncab.us. Learn why this is important

**External message alert:** This message originated from outside the Board of Public Defense email system. **Use caution** when clicking hyperlinks, downloading pictures or opening attachments.

Dear Ms. Carpenter,

My name is Marcia Wheeler, and I am the court appointed Forensic Navigator assigned to Mr. Matthew Guertin on court case number 27-CR- 23-1886. I just wanted to reach out to you and introduce myself. Can you also confirm with me Mr. Carpenter's contact information. My contact information is included in this email, please feel free to reach out if/when needed. I look forward in working with you.

Sincerely,
**Marcia Wheeler**
*Forensic Navigator*
**Minnesota Competency Attainment Board**
445 Minnesota Street, Suite 2400
Saint Paul, MN 55101
Phone (651) 252-5337
marcia.wheeler@mncab.us

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

<span style="color:red">**EXHIBIT EMG | p. 5**</span>

**Court Appointed Forensic Navigator**
**Jul 21, 2025  8:37 AM**

From: Marcia Wheeler <marcia.wheeler@mncab.us>
To:  Matt Guertin <mattguertin@protonmail.com>
SHA-256 Hash of .eml: ec3ae0b74389fa70c3a861a64276e3f7b354430b8935bbdd6fdc573aa9863128

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Court Appointed Forensic Navigator**

**From:** Marcia Wheeler
**To:** "mattguertin@protonmail.com"
**Date:** Mon, 21 Jul 2025 13:37:19 +0000

Dear Mr. Guertin,

My name is Marcia Wheeler, and I am the court appointed Forensic Navigator with the Minnesota Competency Attainment Board appointed to your case. I am following up to my previous voicemail that I left last week. What is your availability next week for a quick phone conversation? Please provide me with several days and times that work best for you so we can connect.

Sincerely,
**Marcia Wheeler**
*Forensic Navigator*
**Minnesota Competency Attainment Board**
445 Minnesota Street, Suite 2400
Saint Paul, MN 55101
Phone (651) 252-5337
marcia.wheeler@mncab.us

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

EXHIBIT EMG | p. 6

## _ Correction to Previous Email
**Jul 21, 2025  9:29 AM**

From: Marcia Wheeler <marcia.wheeler@mncab.us>
To:  Matt Guertin <mattguertin@protonmail.com>
SHA-256 Hash of .eml: e4e04f3bbca8940cf3e357b9f6eb71a6ae8223a530b3d1c1f646cc9c73499f19

Page: 1 of 1        [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

### * Correction to Previous Email

**From:** Marcia Wheeler
**To:** "mattguertin@protonmail.com"
**Date:** Mon, 21 Jul 2025 14:29:51 +0000

Dear Mr. Guertin,

My name is Marcia Wheeler, and I am the court appointed Forensic Navigator with the Minnesota Competency Attainment Board appointed to your case. I am following up to my previous voicemail that I left last week. What is your availability this week and/or next week for a quick phone conversation? Please provide me with several days and times that work best for you so we can connect.

Sincerely,
**Marcia Wheeler**
***Forensic Navigator***
**Minnesota Competency Attainment Board**
445 Minnesota Street, Suite 2400
Saint Paul, MN 55101
Phone (651) 252-5337
marcia.wheeler@mncab.us

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/eml

**EXHIBIT EMG | p. 7**