UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin,<br><br>Plaintiff,<br><br>v.<br><br>Tim Walz, Keith Ellison, Hennepin County, Mary Moriarty, Judith Cole, Michael Berger, Kerry W. Meyer, Bruce M. Rivers, Chela Guzman-Wiegert, Alisha Nehring, Hilary Caligiuri, Todd Fellman, Sarah Hudleston, William H. Koch, Julia DaytonKlein, Danielle C. Mercurio, George F. Borer, Lee Cuellar, Mawerdi Hamid, Jacqueline Perez, Emmett M. Donnelly, Raissa Carpenter, Shereen Askalani, Jill Rogstad, Adam Milz, Katheryn Cranbrook, Kristen A. Otte, Michael K. Browne, Lisa K. Janzen, Carolina A. Lamas, John Does, Jane Does,<br><br>Defendants. | No. 25-cv-2670 (PAM/DLM)<br><br>**ORDER** |

On July 10, 2025, the Court dismissed this action without prejudice. (Doc. 14.) Since that date, Mr. Guertin has continued to submit numerous filings on the docket. (*See* Docs. 16-69.) These filings are just as frivolous as the Complaint which the Court dismissed, and add nothing to the already-dismissed matter beyond cluttering the docket. Accordingly, this Court will prohibit Mr. Guertin from filing any further documents or other materials in this action without first seeking permission from the Court. The Clerk of Court is directed to return to Mr. Guertin any materials that he submits for filing in this action unless he has permission from the Court to submit such documents or materials.

1

**SO ORDERED**.

DATED:  July 22, 2025              *s/Douglas L. Micko*
                                    DOUGLAS L. MICKO
                                    United States Magistrate Judge