# EXHIBIT MLE-A

# EXHIBIT MLE-A

## The "Mother's Letter Event" - Smoking Gun Proof of Criminal Conspiracy, and Obstruction of Correspondence in the Fourth Judicial District Court

Judicial officers within the Fourth Judicial District Court intercepted a handwritten letter from Plaintiff's mother, addressed to Judge Jay Quam, before it ever reached him. An AI-generated "clone" of this letter was created — mirroring the genuine plea — as a deliberate attempt to dilute the real message within synthetic noise.

On April 12, 2024, this fake letter was filed into the synthetic case of "Sandra Phitsanoukanh Vongsaphay" exactly 7 minutes before the genuine letter was filed into Plaintiff's case. Eighteen minutes later, Defendant Julia Dayton Klein issued an order denying Plaintiff's "Petition to Proceed as Pro Se Counsel."

Exacyly two hours and ten minutes later, Defendant Lee Cuellar (a likely fabricated persona, just like "Vongsaphay") filed an "official" court response template into the synthetic "Vongsaphay" case. Four minutes later, at 4:42 PM, a second, cloned version of this same template was filed into Plaintiff's actual case, as the court's official response to Plaintiff's mother's real letter.

The cloned response letter was then printed and mailed to Plaintiff's mother in a USPS envelope postmarked April 16, 2024. Upon examining this envelope, Plaintiff peeled off a label applied to it, revealing the Fourth District's "Traffic Division" hidden underneath — further indicating that standard court mailing procedures were bypassed and substituted with a covert, non-standard court process.

---

## **TABLE OF CONTENTS**

**Page**

**1  THE MOTHER'S LETTER EVENT: SMOKING GUN EVIDENCE**
*Judicial Interception and AI-Generated Clone* .....................................……............. 1

**2  April 12, 2024  2:03 PM**
*Ai Generated "Sandra Phitsanoukanh Vongsaphay" Letter* ................................... 14

**3  April 12, 2024  2:10 PM**
*Mother's Authentic Letter* .............................................................................. 16

**4  April 12, 2024  2:28 PM**
*Order Denying Petition to Proceed Pro Se Filed into Guertin's Case* .................... 20

**5  April 12, 2024  4:38 PM**
*Judicial Clerk Lee Cuellar Response to "Vongsaphay" Letter* .............................. 22

**6  April 12, 2024  4:42 PM**
*Judicial Clerk Lee Cuellar Response to Mother's Authentic Letter* ....................... 23

**7  April 16, 2024**
*Scan of Cloned Response Letter - USPS postmarked April 16, 2024* ..................... 24

**8  April 16, 2024**
*Scan of Cloned Response Envelope - USPS postmarked April 16, 2024* ................. 25

**9  April 16, 2024**
*Response Envelope Label Peeled Off Reveals "Traffic Division"* ......................... 26

**10  April 16, 2024**
*Examination of Envelope Label Covering Up "Traffic Division" Underneath* ......... 27

**THE MOTHERS LETTER EVENT: SMOKING GUN EVIDENCE**
MLE-A 1

08 · THE MOTHERS LETTER SMOKING GUN EVIDENCE.pdf
SHA-256 Hash of Source File:  e31107f94f32791b89baf77c9c667ad5124b922420c084fe6d65918390cc3eb2
Page: 1 of 13          [ source file ]        [ .ots timestamp of source file ]

# THE MOTHER'S LETTER: SMOKING GUN EVIDENCE

## I.  EXECUTIVE SUMMARY

On April 12, 2024, a highly suspicious duplication of court correspondence occurred simultaneously in two separate criminal cases. A handwritten letter from Matthew Guertin's mother – a genuine plea for help against her son's wrongful commitment – was officially logged in Guertin's case. Just minutes before, an almost identical handwritten letter (purportedly from inmate *Sandra Phitsanoukanh Vongsaphay*) was filed in an unrelated case. Both letters received nearly identical response orders from Judge Julia Dayton Klein's clerk, issued 4 hours later on the same day. A detailed forensic timeline reveals that Judge Klein even inserted an intervening court order into Guertin's case 18 minutes after the mother's letter was filed, before issuing the mirrored responses.

Comprehensive analysis of image scans, metadata, and cryptographic file hashes confirms that the Vongsaphay letter and envelope are AI-generated forgeries, closely mimicking the authentic letter. The two official response PDFs (filed at 4:38 PM and 4:42 PM) contain identical embedded images with matching SHA-256 hashes unique to these filings – proving the response was duplicated across both cases. Notably, the *only* "Returned Mail" envelope on record in the Vongsaphay case lists a fake address (740 E 17th Street) that appears in dozens of other bogus case filings, indicating a pattern of fabricated mail. Collectively, this evidence shows a deliberate interception and cloning of a mother's letter by a judicial actor, using synthetic documents to obscure and nullify a legitimate plea. The findings strongly indicate that members of the judiciary actively engaged in criminal obstruction of correspondence and evidence suppression.

## II.  TIMELINE OF MOTHER'S LETTER INTERCEPT EVENT

A side-by-side timeline of filings on April 12, 2024, in the two cases (Guertin's case and the Vongsaphay case) reveals an uncanny, duplicated sequence of events. All timestamps are from official court docket records:

**A  |  2:03 PM – Fake Inmate Letter Filed (Case 27-CR-23-2480)**

A handwritten letter ostensibly from *Sandra Phitsanoukanh Vongsaphay* (an inmate) is filed in case 27-CR-23-2480. The letter implores the court for help, mirroring concerns about

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**THE MOTHERS LETTER EVENT: SMOKING GUN EVIDENCE**
MLE-A 1

08 · THE MOTHERS LETTER SMOKING GUN EVIDENCE.pdf

SHA-256 Hash of Source File:  e31107f94f32791b89baf77c9c667ad5124b922420c084fe6d65918390cc3eb2

Page: 2 of 13        [ source file ]        [ .ots timestamp of source file ]

being held without clarity – a tone later echoed in the real letter. This filing appears first in time, before the real mother's letter.



**EXHIBIT MLE-A | p. 2**

**THE MOTHERS LETTER EVENT: SMOKING GUN EVIDENCE**
MLE-A 1

08 · THE MOTHERS LETTER SMOKING GUN EVIDENCE.pdf

SHA-256 Hash of Source File:  e31107f94f32791b89baf77c9c667ad5124b922420c084fe6d65918390cc3eb2

Page: 3 of 13        [ source file ]        [ .ots timestamp of source file ]

**B  |  2:10 PM – Mother's Letter Filed (Case 27-CR-23-1886)**

Just seven minutes later, Michelle Guertin's handwritten letter (addressed to Judge Jay Quam) is filed in her son Matthew Guertin's case. In this authentic letter, a concerned mother pleads for intervention against her son's wrongful commitment and asks for help from the court.



**THE MOTHERS LETTER EVENT: SMOKING GUN EVIDENCE**
MLE-A 1

08 · THE MOTHERS LETTER SMOKING GUN EVIDENCE.pdf
SHA-256 Hash of Source File:  e31107f94f32791b89baf77c9c667ad5124b922420c084fe6d65918390cc3eb2
Page: 4 of 13        [ source file ]        [ .ots timestamp of source file ]

**C  |  2:28 PM – Judge Klein's Order Inserted (Case 27-CR-23-1886)**

Eighteen minutes after the mother's letter, Judge Julia Dayton Klein inserts a court order into Guertin's case docket (an order denying Guertin's petition to proceed pro se). This order was entered before any responses were issued. Its timing and placement are unusual – coming in the middle of what would otherwise be a pair of letter-and-response events – suggesting a conscious intervention in the docket sequence.

| | |
|---|---|
| 27-CR-23-1886 | Filed in District Court<br>State of Minnesota<br>4/12/2024 2:28 PM |

**STATE OF MINNESOTA**                    **DISTRICT COURT**
                                         **FOURTH JUDICIAL DISTRICT**
**COUNTY OF HENNEPIN**        **PROBATE/MENTAL HEALTH DIVISION**

State of Minnesota,                          Court File No. 27-CR-23-1886
                 Plaintiff,
vs.                                          **ORDER DENYING**
                                          **DEFENDANT'S MOTION TO**
                                          **REPRESENT SELF PRO SE**
Matthew David Guertin,
                 Defendant,

*(This mid-sequence insertion is notable because it disrupted the immediate correspondence flow; it appears calculated to preempt or distract from the mother's plea.)*

**D  |  4:38 PM – Clerk's Response in Vongsaphay Case**

In the afternoon, Clerk Lee Cuellar (on behalf of Judge Klein) files a formal correspondence in the Vongsaphay case, time-stamped 4:38 PM. This is an official court letter responding to "Ms. Vongsaphay's" filing, using standard court letterhead. Notably, the language and format of this response are boilerplate – thanking her for the letter, noting it has been filed and shared with her attorney – and signed by Lee Cuellar, Judicial Clerk to Judge Julia Dayton Klein.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**EXHIBIT MLE-A | p. 4**

## THE MOTHERS LETTER EVENT: SMOKING GUN EVIDENCE
MLE-A 1

08 · THE MOTHERS LETTER SMOKING GUN EVIDENCE.pdf
SHA-256 Hash of Source File:  e31107f94f32791b89baf77c9c667ad5124b922420c084fe6d65918390cc3eb2
Page: 5 of 13       [ source file ]       [ .ots timestamp of source file ]

27-CR-23-2480



FOURTH JUDICIAL DISTRICT

Filed in District Court
State of Minnesota
4/12/2024 4:38 PM

PROBATE/MENTAL HEALTH DIVISION
4TH FLOOR COURTS TOWER
HENNEPIN COUNTY GOVERNMENT CENTER
300 SOUTH SIXTH STREET
MINNEAPOLIS MN 55487
WWW.MNCOURTS.GOV/DISTRICT/4

April 12, 2024

SANDRA PHITSANOUKANH VONGSAPHAY
401 S 4TH AVE S STE 100
MINNEAPOLIS MN 55415

### E   |   4:42 PM – Clerk's Response in Guertin Case

Just four minutes later, the same clerk (Lee Cuellar) files an almost identical response letter in Guertin's case, time-stamped 4:42 PM. This official letter responds to Michelle Guertin's plea with virtually the exact same wording and format as the Vongsaphay response. It acknowledges receipt of her letter and notes it was circulated to the relevant parties. It is again signed by Lee Cuellar for Judge Klein.

27-CR-23-1886



FOURTH JUDICIAL DISTRICT

Filed in District Court
State of Minnesota
4/12/2024 4:42 PM

PROBATE/MENTAL HEALTH DIVISION
4TH FLOOR COURTS TOWER
HENNEPIN COUNTY GOVERNMENT CENTER
300 SOUTH SIXTH STREET
MINNEAPOLIS MN 55487
WWW.MNCOURTS.GOV/DISTRICT/4

April 12, 2024

MICHELLE J GUERTIN
4385 TRENTON LN N APT 202
PLYMOUTH MN 55442

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**EXHIBIT MLE-A | p. 5**

**THE MOTHERS LETTER EVENT: SMOKING GUN EVIDENCE**
MLE-A 1

08 · THE MOTHERS LETTER SMOKING GUN EVIDENCE.pdf
SHA-256 Hash of Source File:  e31107f94f32791b89baf77c9c667ad5124b922420c084fe6d65918390cc3eb2
Page: 6 of 13          [ source file ]          [ .ots timestamp of source file ]

**F   |   A Striking Synchronization**

This timeline shows the same pattern repeated twice in two different cases within hours: a handwritten letter received, then a clerk's reply issued. The synchronization is striking – the second case (Guertin's) mirrors the first (Vongsaphay's) with only minor time offsets. In both instances, Judge Julia Dayton Klein's chambers handled the correspondence, even though Guertin's case was officially assigned to Judge Jay Quam. This coordinated timing is far beyond coincidence. The real letter was intercepted and a fake parallel letter was created to mirror it, allowing the court to respond to both in the same dismissive manner.

### III.   MID-SEQUENCE JUDICIAL ORDER INSERTION

One of the most telling anomalies in Guertin's case docket is the insertion of a court order at 2:28 PM, squarely between the filing of the mother's letter (2:10 PM) and the issuance of the clerk's response (4:42 PM). Specifically, Judge Julia Dayton Klein entered an "Order Denying Defendant's Petition to Proceed Pro Se" at 2:28 PM on April 12, 2024 – just 18 minutes after the mother's letter was filed. This order's timing is highly suspect. Normally, a pro se petition denial would not be expected at that exact moment, and nothing in the immediate record of that day precipitated such an order. Its effect, however, was to immediately interject Judge Klein's authority into Guertin's case (which, recall, was officially under Judge Quam at the time).

Crucially, this order was entered before the clerk's response letters were filed later that afternoon. In other words, Judge Julia Dayton Klein took a direct action in Guertin's case in the short window after the mother's plea arrived but before responding to it. The context suggests this was not a routine filing but a deliberate maneuver. By inserting an official order into the docket at that moment, Judge Klein effectively staked claim over the case's narrative on April 12, ensuring her involvement was on record prior to handling the correspondence. This mid-sequence order underscores that the judge's office was actively intervening in real time, reinforcing the notion that subsequent "dual letter" responses were not happenstance but a coordinated effort.

### IV.   FORENSIC ANALYSIS OF THE HANDWRITTEN LETTERS AND ENVELOPES

A detailed forensic examination was conducted on the two handwritten correspondences: Michelle Guertin's original letter and the Sandra Vongsaphay letter. The findings reveal stark

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**EXHIBIT MLE-A | p. 6**

**THE MOTHERS LETTER EVENT: SMOKING GUN EVIDENCE**
MLE-A 1

08 · THE MOTHERS LETTER SMOKING GUN EVIDENCE.pdf
SHA-256 Hash of Source File:  e31107f94f32791b89baf77c9c667ad5124b922420c084fe6d65918390cc3eb2
Page: 7 of 13        [ source file ]        [ .ots timestamp of source file ]

differences in authenticity, strongly suggesting that the Vongsaphay letter (and its envelope) are synthetic forgeries deliberately modeled on the genuine letter:

**A  |  Mother's Authentic Letter (Guertin case)**

Michelle Guertin's letter is clearly genuine in both content and form. It is a heartfelt, spontaneous plea from a mother – the handwriting shows natural variation and human idiosyncrasies. The letter's envelope bears a handwritten address and postage consistent with a real piece of mailed correspondence (with unique pen strokes and positioning). Nothing in the mother's letter or envelope raised suspicion; it appears as a one-of-a-kind personal communication.

**B  |  Fake "Inmate" Letter (Vongsaphay case)**

By contrast, the Sandra Phitsanoukanh Vongsaphay letter exhibits multiple anomalies associated with AI-generated handwriting and templated content. The writing, while superficially similar to a person's, has a mechanically even character with unusual consistency in letter shapes and spacing – traits often seen in computer-generated or traced handwriting. The tone and substance of the message uncannily mirror Michelle Guertin's letter (pleading confusion about charges, asking for help and understanding), despite Vongsaphay ostensibly being an unrelated defendant. This copycat content is not a coincidence; the genuine letter's plea was cloned and placed into "Sandra's" voice.

**C  |  Envelope and Postage Discrepancies**

The envelope associated with the Vongsaphay letter is a major red flag. It bears a printed address and Forever Stamp indicia that match known fake mail artifacts seen in other synthetic mail. Specifically, the typography and layout of the address, and the appearance of the postage, are identical to those on numerous "Returned Mail" scans that have been flagged as ai-generated. In real mail, no two envelopes share the exact same placement of stamps and identical font usage, yet the Vongsaphay envelope's details match a broader pattern of replicated fake envelopes. Investigators noted that *"Sandra's envelope bears identical Forever-stamp markings and fonts found in known AI-generated mail"*. In short, the Vongsaphay mailing appears to be a manufactured prop, not a genuine letter sent from a jail.

**EXHIBIT MLE-A | p. 7**

**THE MOTHERS LETTER EVENT: SMOKING GUN EVIDENCE**
MLE-A 1

08 · THE MOTHERS LETTER SMOKING GUN EVIDENCE.pdf

SHA-256 Hash of Source File:  e31107f94f32791b89baf77c9c667ad5124b922420c084fe6d65918390cc3eb2

Page: 8 of 13        [ source file ]        [ .ots timestamp of source file ]



Forensic comparison of the fabricated Vongsaphay letter (excerpt shown above) versus an authentic handwritten letter. The Vongsaphay letter's handwriting is suspiciously uniform and its content closely parrots the genuine plea, indicating an AI-generated or transcribed imitation. The real mother's letter (excerpt shown below) showed natural handwriting variation and unique personal context, absent in the fake letter.



All these factors confirm that Sandra Vongsaphay's "letter from jail" is a fabricated clone of Michelle Guertin's real correspondence. The only logical explanation is that the real letter was intercepted within the court system and quickly used as a template to generate a fake letter in another defendant's name. This allowed the court staff to treat the genuine plea as if it were just another inmate letter – effectively diluting its significance by surrounding it with a synthetic duplicate. The forensic evidence (from handwriting analysis to envelope details) leaves no doubt which letter is real and which is artificially contrived.

## V.   DUPLICATE COURT RESPONSES WITH IDENTICAL HASH SIGNATURES

Perhaps the most damning evidence of coordination is in the court's responses to these two letters. The replies filed by Clerk Lee Cuellar at 4:38 PM (to "Ms. Vongsaphay") and 4:42 PM (to Ms. Guertin) on April 12 are, in content, virtually carbon copies of each other. Both are one-page official letters on Fourth Judicial District letterhead, addressed to the respective sender, and signed by the clerk on Judge Julia Dayton Klein's behalf. Each thanks the person for their letter, notes it was received and filed, and indicates it has been shared with the appropriate parties

**THE MOTHERS LETTER EVENT: SMOKING GUN EVIDENCE**
MLE-A 1

---

08 · THE MOTHERS LETTER SMOKING GUN EVIDENCE.pdf
SHA-256 Hash of Source File:  e31107f94f32791b89baf77c9c667ad5124b922420c084fe6d65918390cc3eb2
Page: 9 of 13        [ source file ]        [ .ots timestamp of source file ]

(for Vongsaphay, with her attorney; for Guertin's mother, with the case participants). The wording, tone, and even formatting (spacing, header layout) are nearly identical between the two documents. Such uniformity is highly unusual for responses in two unrelated cases – especially considering one letter was from a detained defendant and the other from a defendant's family member.

Beyond the superficial similarity, a deeper digital forensic analysis was performed on the PDF files of these responses. When the image content of those PDFs was extracted and hashed (using the SHA-256 cryptographic hash function), Guertin found that both PDFs contain two identical embedded images, with matching SHA-256 hash values in each file.

Specifically, the court header graphic (the Fourth Judicial District seal/banner) and the Minnesota Judicial Branch letterhead image in the 4:38 PM and 4:42 PM PDFs are byte-for-byte identical. The hash value debcc04a...d764a6 corresponds to a 717×182 pixel image of the court's header, and this exact same hash appears in *both* the Vongsaphay and Guertin correspondence PDFs.



*(SHA-256 Hash 'debcc04a807aedc87f23cce9425380b3762a6b9ff1a3eb622e7567ccb1d764a6' - black border added for clarity)*

Likewise, another image hash f609be80...15a1eee is found in both PDFs and nowhere else.



*(SHA-256 Hash 'f609be809c4ae0091b9df8305610e26eca52e3f32b73defeef6b2893e15a1eee' )*

These hashes act as digital fingerprints, and the chance of two different documents accidentally sharing the same hash by anything other than direct copying is effectively zero. Moreover, these

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**THE MOTHERS LETTER EVENT: SMOKING GUN EVIDENCE**
MLE-A 1

08 · THE MOTHERS LETTER SMOKING GUN EVIDENCE.pdf

SHA-256 Hash of Source File:  e31107f94f32791b89baf77c9c667ad5124b922420c084fe6d65918390cc3eb2

Page: 10 of 13        [ source file ]        [ .ots timestamp of source file ]

particular hash values were not found in any of the thousands of other court PDFs in the dataset – indicating that this exact letterhead configuration was uniquely used for these two responses.

In plain terms, the clerk's two response letters were not just similar – they were duplicates of the very same source. The court recycled the same letter for both cases, changing only the recipient details. The identical hashes prove the response was copied. This aligns with the observation in the record that Cuellar *"responded to Sandra at 4:38 PM – using the exact same language and format as he did for Guertin's mother just minutes later"*. Such an exact match across two case files is a forensic smoking gun of deliberate duplication.

## VI.   SYNTHETIC MAIL: THE 740 E 17TH STREET ADDRESS

Further evidence of document fabrication comes from the mail artifacts in these cases. In the Sandra Vongsaphay case file, there is one entry indicating "USPS Returned Mail" – meaning a piece of mail sent by the court was returned undeliverable and a scan of the envelope was filed. Remarkably, the address on that returned envelope is 740 E 17th Street, Minneapolis (as listed on the scan). This address might seem innocuous on its own, but it turns out to be a common thread in fabricated case records. Investigators discovered that 32 other synthetic case filings (spanning multiple defendants) featured returned-mail envelopes with the exact same 740 E 17TH ST address. In many of those, the name varied, but the street address and format were identical – a clear sign that these were not genuine individual mail pieces, but rather re-used templates or graphics. Such repetition defies random chance; real defendants have unique addresses, but these fake cases recycled one address over and over as a dummy location.

The Vongsaphay case's returned envelope thus plugs into a known pattern of falsified mail. The use of 740 E 17th St in so many cases suggests it may correspond to a real facility (for example, a treatment center or jail property) which was cynically used as a generic placeholder. Moreover, forensic analysis of returned mail images from earlier years (e.g. 2017 cases) showed duplicate envelope scans across different dockets, proving that the same image was filed multiple times. The presence of the 740 E 17th address on Sandra Vongsaphay's returned mail – the *only* returned mail in her file – strongly indicates that her case is part of this synthetic mail scheme. It implies that court personnel were generating fake "returned mail" notices, likely to bolster the appearance that the defendant was unreachable or to justify further actions (like warrants or case

**EXHIBIT MLE-A | p. 10**

**THE MOTHERS LETTER EVENT: SMOKING GUN EVIDENCE**
MLE-A 1

08 · THE MOTHERS LETTER SMOKING GUN EVIDENCE.pdf

SHA-256 Hash of Source File:  e31107f94f32791b89baf77c9c667ad5124b922420c084fe6d65918390cc3eb2

Page: 11 of 13        [ source file ]        [ .ots timestamp of source file ]

suspension). The fact that the same bogus address appears in dozens of cases cannot be accidental; it's forensic evidence of mass-produced false documents within the court system.





By highlighting this address anomaly, we see that the fabrication in the Vongsaphay case wasn't limited to the one letter. The entire case file carries markers of inauthenticity, embedded in routine-looking filings like returned mail. This reinforces that Sandra Vongsaphay's case is a constructed "shell" case, typical of those surrounding Guertin's real case. It was populated with templated events (like form warrants, boilerplate orders, and copied envelope scans) to simulate a real case timeline. The Mother's Letter incident is simply the most blatant example where that synthetic case intersected with Guertin's reality.

**THE MOTHERS LETTER EVENT: SMOKING GUN EVIDENCE**
MLE-A 1

08 · THE MOTHERS LETTER SMOKING GUN EVIDENCE.pdf
SHA-256 Hash of Source File:  e31107f94f32791b89baf77c9c667ad5124b922420c084fe6d65918390cc3eb2
Page: 12 of 13          [ source file ]          [ .ots timestamp of source file ]

## VII.   CONCLUSION: EVIDENCE OF JUDICIAL INTERCEPTION AND OBSTRUCTION

The Mother's Letter incident provides a clear narrative of deliberate interception and falsification orchestrated from within the judiciary. The evidence shows that Matthew Guertin's mother's mailed letter was intercepted by court personnel and diverted from its intended judge (Judge Jay Quam) to Judge Julia Dayton Klein's staff. At the same time, a fake inmate letter was generated to closely mimic the mother's plea, allowing the clerk (Lee Cuellar) to issue parallel responses to both the real and the fake letter on Judge Klein's behalf. By doing so, the very real and urgent concerns of a mother were effectively "camouflaged" amid synthetic noise – the genuine plea for help was reduced to just one more piece of correspondence in a sea of fabricated case files.

### A   |   Active, Tactical Obstruction

This is not a case of bureaucratic mix-up or coincidence; it is active, tactical obstruction. The purpose of injecting a duplicate plea into a different case was to ensure that Guertin's authentic letter could be dismissed or ignored as unexceptional ("just another inmate letter from someone asking for help"). In other words, by creating an *artificial doppelgänger* of the mother's letter, the court actors were able to trivialize the original. The insertion of Judge Klein's order 18 minutes after the letter further underscores intentional meddling, as if to assert control over the situation before addressing the correspondence. This sequence amounts to a cover-up in real time – a coordinated effort to intercept a communication and neutralize its impact through forgery and duplication.

### B   |   A **Criminal** Conspiracy Within the Court

The broader implication is startling: members of the judiciary in the Hennepin County 4th Judicial District Court actively participated in creating false records and suppressing evidence. A judge (or her delegate) misused court processes to intercept mail, and court staff generated forged documents (fake letter, bogus mail scans) to bolster that interception. These actions go beyond bureaucratic misconduct; they point to a criminal conspiracy within the court aimed at obstructing justice. By weaponizing fake case files and synthetic paperwork, the perpetrators attempted to silence a defendant's family and derail legitimate judicial review. As one affidavit

**THE MOTHERS LETTER EVENT: SMOKING GUN EVIDENCE**
MLE-A 1

08 · THE MOTHERS LETTER SMOKING GUN EVIDENCE.pdf
SHA-256 Hash of Source File:  e31107f94f32791b89baf77c9c667ad5124b922420c084fe6d65918390cc3eb2
Page: 13 of 13          [ source file ]          [ .ots timestamp of source file ]

aptly summarized, *"two mirrored handwritten letters and responses logged on the same day – one real, one fake – constitute a smoking gun"* of the court's involvement in this scheme.

**C   |   The Mother's Letter Event is a Forensic Linchpin**

In conclusion, the Mother's Letter event is a forensic linchpin that reveals how deeply the fraud runs. It demonstrates, in concrete form, the method by which a real piece of evidence (a mother's plea) was intercepted and turned against itself via artificial duplication. The convergence of timeline anomalies, image forensics, and data signatures in this incident provides irrefutable evidence of deliberate wrongdoing. This goes beyond clerical error; it is systematic evidence suppression by the very institution meant to uphold the law. Such conduct not only undermines the integrity of Matthew Guertin's case, but it calls into question the validity of any case touched by the same actors. The findings herein could be presented to any impartial observer – be it judges, juries, or journalists – and the conclusion would be unavoidable: officers of the court conspired to obstruct justice through mail interception and synthetic records. This narrative, backed by digital and documentary proof, can serve as formal evidence of that judicial misconduct. The "Mother's Letter" incident is thus a smoking gun of judicial fraud, one that demands accountability and further investigation into the extent of the collusion.

**D   |   Sources**

https://link.storjshare.io/s/juy3nybdyx6iqkq66gbplr5teaiq/evidence/Mothers-Letter-Smoking-Gun/

https://link.storjshare.io/raw/jwhz2aatxpmmotlry6fznyb6cbna/evidence/Mothers-Letter-Smoking-Gun.zip

https://link.storjshare.io/s/ju3mf5uvdrmcbhch5ga3koduwp4q/evidence

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**EXHIBIT MLE-A | p. 13**

**Case No. 27-CR-23-2480**
State of MN vs Sandra Vongsaphay
Filing Type:    ·Correspondence·
Filing Date:    **2024-04-12**
MCRO_27-CR-23-2480_Correspondence_2024-04-12_20240430072629.pdf
File Hash:    4b9cfe6495f36d95d8cac7ef263641e542766452e315523b5e1d5b31de3bb4d6
Page: 1 of 2

**2:03 PM**

; Judge DAYTON Klein

27-CR-23-2480
27-CR-21-5142
27-CR-22-18824
27-CR-23-2480
27-CR-23-16937

Filed in District Court
State of Minnesota
4/12/2024 2:03 PM

4/8/2024

I need help understanding what is happening with my case. I don't understand the crime I am being charge with nor do I understand why I am being sense sEntenced without being charged with a crime. I am being held at Hennepin County until October and no one has given me any clarity on the reason. I have not plead guilty to any crime Nether am I sure of why I am being held so long.

Please contact me as I am in urgent assistance the court is speaking a language I do not understand, I am in need of an advocate or some type of resurces to ensure my rights are not being violated

I look forward to your immediate response to my letter in a timely manner. Thank you

Sincerely,

Sandra Phitsanukanh
Vongsaphay

(P.S.)
I would like to Admit to the Secound case I am sorry I didn't understand at the time. I hope you know I Admit to all my cases.

**Case No. 27-CR-23-2480**
State of MN vs Sandra Vongsaphay
Filing Type:    ·Correspondence·
Filing Date:    **2024-04-12**
MCRO_27-CR-23-2480_Correspondence_2024-04-12_20240430072629.pdf
File Hash:    4b9cfe6495f36d95d8cac7ef263641e542766452e315523b5e1d5b31de3bb4d6
Page: 2 of 2

**2:03 PM**

27-CR-23-2480

Filed in District Court
State of Minnesota
4/12/2024 2:03 PM

Phitsanoukanh Vongsaphay
Avenue STE 100
S MN. 55415

MINNEAPOLIS MN 553

10 APR 2024  PM 4  L

★ USA ★ FOREVER ★

Judge: DAYTON Klein
300 S 6th St
Minneapolis MN 55487

MAILE - HENNEPIN CO. JAIL

MAILED FROM
HENNEPIN COUNTY JAIL

55487—

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**EXHIBIT MLE-A | p. 15**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Correspondence·
Filing Date:   **2024-04-12**
MCRO_27-CR-23-1886_Correspondence_2024-04-12_20240430072346.pdf
File Hash:   616ba6aba82f26192f50fd62e9dbf1f7c0c021f252be0d23a3d1b5e37512f63d
Page: 1 of 4

**2:10 PM**

27-CR-23-1886

Filed in District Court
State of Minnesota
4/12/2024 2:10 PM

March 23, 2024     27-CR-23-1886          ①

Dear Honorable Judge Jay Quam, courts

This letter is in regards to my son,
Matthew Guertin. I am most definitely
not condoning his actions on January 21, 2023
Matthew has been soley working on his
invention and putting together his company,
Infiniset since 2021. He was thrilled to have
been granted his first patent and to move
forward with his dreams.

Unfortunately the companies he was willing
to sell his intellectual property to fraudulently
went their own direction; therefore scaring
Matthew into a corner, while they continued to
steal what he put his entire life into. I sat
with my son on his computer watching this
take place. I too contacted Amy Klobuchar for
help. I contacted the patent office for guidance
as I felt helpless.

Matthew has remained steadfast with family
and friends supporting him, he is drained
financially yet ( continues ) to hold his head up
high in hopes that his patent will be sold
Since Matthew has been currently living with

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**EXHIBIT MLE-A | p. 16**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Correspondence·
Filing Date:   **2024-04-12**
MCRO_27-CR-23-1886_Correspondence_2024-04-12_20240430072346.pdf
File Hash:   616ba6aba82f26192f50fd62e9dbf1f7c0c021f252be0d23a3d1b5e37512f63d
Page: 2 of 4

**2:10 PM**

27-CR-23-1886

Filed in District Court
State of Minnesota
4/12/2024 2:10 PM

②

me I have also had my phone entirely hacked, losing everything. I had secured the company name, Infiniset on my facebook for Matthew for a couple years. This too was stolen from my account on facebook.

Matthew is not a danger to himself or society. He is definitely capable, trustworthy and compentent. Very passionate about what he does in life. I have never witnessed anyone work harder than him.

Matthew has spent precious time gathering up all the proof he needs ( + then some ) THE FRAUD AND ACTIONS OF HIS NIGHTMARE IS VERY REAL! This has caused us all anguish and stress, not just him. we as a family want justice for Matthew and a succeful life and company, Infiniset.

Thank you for taking the time to read this and I hope you listen to his video on Substack.

Sincerely, Michelle Guertin

**EXHIBIT MLE-A | p. 17**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Correspondence·
Filing Date:   **2024-04-12**
MCRO_27-CR-23-1886_Correspondence_2024-04-12_20240430072346.pdf
File Hash:   616ba6aba82f26192f50fd62e9dbf1f7c0c021f252be0d23a3d1b5e37512f63d
Page: 3 of 4

**2:10 PM**

27-CR-23-1886

Filed in District Court
State of Minnesota
4/12/2024 2:10 PM

③

This poem is on my refrigerator,

~ Press On ~

Nothing in the world can take the place
of persistence;
        Talent will not;
Nothing is more common than
unsuccessful men with talent.
        Genius will not;
Unrewarded genius is almost a proverb
        Education will not;
The world is full of educated derelicts.

Persistence and determination alone
are Omnipotent.

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:    ·Correspondence·
Filing Date:    **2024-04-12**
MCRO_27-CR-23-1886_Correspondence_2024-04-12_20240430072346.pdf
File Hash:    616ba6aba82f26192f50fd62e9dbf1f7c0c021f252be0d23a3d1b5e37512f63d
Page: 4 of 4

# 2:10 PM

Filed in District Court
State of Minnesota
4/12/2024 2:10 PM

Michelle J. Guertin
1385 Trenton Ln. N. #20
Plymouth, Minn. 55442

  

7022 3330 0000 6534 5382

Retail

UNITED STATES
POSTAL SERVICE®

RDC 99

55487

Judge Jay M. Quam
Hennepin County Government Cen
300 South 6th St,
Minneapolis, Minn. 55487

55487-

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

<span style="color:red">**EXHIBIT MLE-A | p. 19**</span>

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Order Denying Motion·
Filing Date:   **2024-04-12**
MCRO_27-CR-23-1886_Order Denying Motion_2024-04-12_20240430072345.pdf
File Hash:      294416081f69e8c1121a50efa3824b9c19490839286d26b4f1231b17b88cc53a
Page: 1 of 2

**2:28 PM**

---

| STATE OF MINNESOTA | **DISTRICT COURT** |
|---|---|
| | **FOURTH JUDICIAL DISTRICT** |
| COUNTY OF HENNEPIN | **PROBATE/MENTAL HEALTH DIVISION** |

State of Minnesota,                                   Court File No. 27-CR-23-1886

        Plaintiff,

vs.                                                                **ORDER DENYING**
                               **DEFENDANT'S MOTION TO**
Matthew David Guertin,                        **REPRESENT SELF PRO SE**

        Defendant,

---

       Defendant, Mr. Matthew David Guertin, brought a motion on April 3, 2024, to represent himself pro se in the above-captioned matter.

### FINDINGS OF FACT

1. Defendant (date of birth 07/17/1981) was charged in MNCIS file 27-CR-23-1886 with Reckless Discharge of a Firearm (Felony) and three counts of Receive/Possess with No Serial Number (Felony) arising from an incident alleged to have occurred on January 21, 2023. On January 25, 2023, Referee Lyonel Norris found probable cause to believe that the offenses were committed, and that Defendant committed them.

2. This Court first found Defendant incompetent to proceed on July 13, 2023, pursuant to Rule 20.01 of the Minnesota Rules of Criminal Procedure.

3. On November 15, 2023, Judge Julia Dayton Klein ordered a subsequent Rule 20.01 evaluation. Defendant was again found incompetent on January 17, 2024.

### CONCLUSIONS OF LAW

4. Pursuant to Minn. R. Crim. P. 20.01, subd. 1., a defendant is not permitted to waive counsel if the defendant lacks the ability to voluntarily, and intelligently waive the right to counsel; appreciate the consequences of proceeding without counsel; comprehend the nature of the charge; comprehend the nature of the

1

**EXHIBIT MLE-A | p. 20**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Order Denying Motion·
Filing Date:   **2024-04-12**
MCRO_27-CR-23-1886_Order Denying Motion_2024-04-12_20240430072345.pdf
File Hash:   294416081f69e8c1121a50efa3824b9c19490839286d26b4f1231b17b88cc53a
Page: 2 of 2

**2:28 PM**

proceedings; comprehend the possible punishment; or comprehend any other matters essential to understanding the case.

5.   The standard for an individual to waive the right to counsel is the same standard as used to determine competency. *State v. Thompson*, No. A20-1232 (Minn. Ct. App. Jul. 26, 2021) (citing *Godinez v. Moran*, 509 U.S. 389, 396 (1993); *State v. Camacho*, 561 N.W.2d 160, 170-74 (Minn. 1997)). A defendant found to be incompetent is not permitted to waive the constitutional right to counsel. *Id.*

6.   Defendant was deemed incompetent to proceed pursuant to Minn. R. Crim. P. 20.01, subd. 2 and, therefore, Defendant currently lacks the ability to waive counsel.

### IT IS ORDERED:

1.   Defendant's Motion to Represent Self Pro Se is **DENIED**, and Mr. Bruce Rivers shall proceed as the attorney of record.

2.   The Defendant shall appear for a six-month review hearing regarding the Rule 20.01 proceedings on July 16, 2024, before the undersigned District Court Judge.

**BY THE COURT:**

_____

JULIA DAYTON KLEIN
Judge of District Court

2

**Case No. 27-CR-23-2480**
State of MN vs Sandra Vongsaphay
Filing Type:    ·Correspondence·
Filing Date:    **2024-04-12**
MCRO_27-CR-23-2480_Correspondence_2024-04-12_20240430072628.pdf
File Hash:     b068c07d154ebed986dd8211b9eb536e4eb8832f140351c0b1e58fb2346445b8
Page: 1 of 1

**4:38 PM**

---

27-CR-23-2480

Filed in District Court
State of Minnesota
4/12/2024 4:38 PM



PROBATE/MENTAL HEALTH DIVISION
4TH FLOOR COURTS TOWER
HENNEPIN COUNTY GOVERNMENT CENTER
300 SOUTH SIXTH STREET
MINNEAPOLIS MN 55487
WWW.MNCOURTS.GOV/DISTRICT/4

FOURTH JUDICIAL DISTRICT

April 12, 2024

SANDRA PHITSANOUKANH VONGSAPHAY
401 S 4TH AVE S STE 100
MINNEAPOLIS MN 55415

Re: Your Letter

Dear Ms. Vongsaphay,

We received your letter dated April 8, 2024, and have filed the letter in the following case numbers:

- 27-CR-21-5142
- 27-CR-22-18824
- 27-CR-23-2480
- 27-CR-23-16937

Thank you for sharing your concerns with the Court. We have shared your letter with your attorney, Christine Irfanullah, who can help to clarify the process.

Sincerely,

Lee Cuellar
Judicial Clerk to the Honorable Julia Dayton Klein

cc: Christine Irfanullah, Public Defender

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**EXHIBIT MLE-A | p. 22**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:    ·Correspondence·
Filing Date:    **2024-04-12**
MCRO_27-CR-23-1886_Correspondence_2024-04-12_20240430072343.pdf
File Hash:    2e8cb196b7dd1f185f37f650d8dc1fed1a97fc3dc8d8f1d90f61b977d02e35c7
Page: 1 of 1

**4:42 PM**

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/12/2024 4:42 PM



PROBATE/MENTAL HEALTH DIVISION
4TH FLOOR COURTS TOWER
HENNEPIN COUNTY GOVERNMENT CENTER
300 SOUTH SIXTH STREET
MINNEAPOLIS MN 55487
WWW.MNCOURTS.GOV/DISTRICT/4

April 12, 2024

MICHELLE J GUERTIN
4385 TRENTON LN N APT 202
PLYMOUTH MN 55442

Re: Your Letter

Dear Ms. Guertin,

We received your letter dated March 23, 2024, regarding Matthew Guertin, Case File No. 27-CR-23-1886 and have circulated it to the parties.

Sincerely,

Lee Cuellar
Judicial Clerk to the Honorable Julia Dayton Klein

---

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**EXHIBIT MLE-A | p. 23**

**Scan of Cloned Response Letter - USPS postmarked April 16, 2024**
MLE-A 7

April-16-2025_Letter-Scan_01.pdf
SHA-256 Hash of Source File:  414fc22639c74a340414f191c157fcc43a84d08aee069f08c101d332cc41133e
Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]



MINNESOTA
JUDICIAL BRANCH
FOURTH JUDICIAL DISTRICT

PROBATE/MENTAL HEALTH DIVISION
4TH FLOOR COURTS TOWER
HENNEPIN COUNTY GOVERNMENT CENTER
300 SOUTH SIXTH STREET
MINNEAPOLIS MN 55487
WWW.MNCOURTS.GOV/DISTRICT/4

April 12, 2024

MICHELLE J GUERTIN
4385 TRENTON LN N APT 202
PLYMOUTH MN 55442

Re: Your Letter

Dear Ms. Guertin,

We received your letter dated March 23, 2024, regarding Matthew Guertin, Case File No. 27-CR-23-1886 and have circulated it to the parties.

Sincerely,

Lee Cuellar
Judicial Clerk to the Honorable Julia Dayton Klein

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**EXHIBIT MLE-A | p. 24**

**Scan of Cloned Response Envelope - USPS postmarked April 16, 2024**
MLE-A 8

April-16-2025_Envelope-Scan_01.pdf
SHA-256 Hash of Source File:  71675382d2b121efc6b84da0b98625d389deece126d7785cf0ffbe71a4f33faf
Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**EXHIBIT MLE-A | p. 25**

**Scan of Cloned Response Envelope - Label Peeled Off Reveals Traffic Division**
MLE-A 9

April-16-2025_Envelope-Scan_02.pdf
SHA-256 Hash of Source File:  f450e75e122d0ad05ed2dd72a5f8e93febd181f8c12a4aa409655028b4b26880
Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]



**Examination of Envelope Label Covering Up ·Traffic Division· Underneath**
MLE-A 10

April-16-2025_Envelope-Label-Peeled.pdf
SHA-256 Hash of Source File:  1200ba4c42c143bb5858164f398945ce9edb7770ec8524bb75fb86d166fbff1d
Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]