# EXHIBIT MLE-B

**Case No. 27-CR-23-2480**
State of MN vs Sandra Vongsaphay
Filing Type:    ·Correspondence·
Filing Date:    **2024-04-12**
MCRO_27-CR-23-2480_Correspondence_2024-04-12_20240430072629.pdf
File Hash:    4b9cfe6495f36d95d8cac7ef263641e542766452e315523b5e1d5b31de3bb4d6
Page: 1 of 2

**2:03 PM**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:    ·Correspondence·
Filing Date:    **2024-04-12**
MCRO_27-CR-23-1886_Correspondence_2024-04-12_20240430072346.pdf
File Hash:    616ba6aba82f26192f50fd62e9dbf1f7c0c021f252be0d23a3d1b5e37512f63d
Page: 1 of 2

**2:10 PM**

---

**Left document:**

27-CR-23-2480

· Judge DAYTON Klein · · ·

27-CR-23-2480
27-CR-21-5142
27-CR-22-18824
27-CR-23-2480
27-CR-23-16937

Filed in District Court
State of Minnesota
4/12/2024 2:03 PM

4/8/2024

I need help understanding what is happening with my case. I don't understand the crime I am being charge with nor do I understand why I am being sentenced without being charged with a crime. I am being held at Hennepin County until October and no one has given me any clarity on the reason. I have not plead guilty to any crime Neither am I sure of why I am being held so long.

Please contact me as I am in urgent assistance the court is speaking a language I do not understand, I am in need of an advocate or some type of resources to ensure my rights are not being violated.

I look forward to your immediate response to my letter in a timely manner. Thank you

Sincerely,

Sandra Phitanoukanh Vongsaphay

(P.S.) I would like to Admit to the Secound case I am sorry I didn't understand at the time. I hope you know I Admit to all my cases.

---

**Right document:**

27-CR-23-1886

Filed in District Court
State of Minnesota
4/12/2024 2:10 PM

March 23, 2024    27-CR-23-1886    ①

Dear Honorable Judge Jay Quam, courts

This letter is in regards to my son, Matthew Guertin. I am most definitely not condoning his actions on January 21, 2023 Matthew has been soley working on his invention and putting together his company, Infiniset since 2021, He was thrilled to have been granted his first patent and to move forward with his dreams.

Unfortunately the companies he was willing to sell his intellecual property to fraudulently went their own direction; therefore scaring Matthew into a corner, while they continued to steal what he put his entire life into. I sat with my son on his computer watching this take place. I too contacted Amy Klobuchar for help. I contacted the patent office for guidance as I felt helpless.

Matthew has remained steadfast with family and friends supporting him, He is drained financially yet (continues) to hold his head up high in hopes that his patent will be sold Since Matthew has been currently living with

---

1

**EXHIBIT MLE-B | p. 1**

**Case No. 27-CR-23-2480**
State of MN vs Sandra Vongsaphay
Filing Type: ·Correspondence·
Filing Date: **2024-04-12**
MCRO_27-CR-23-2480_Correspondence_2024-04-12_20240430072629.pdf
File Hash: 4b9cfe6495f36d95d8cac7ef263641e542766452e315523b5e1d5b31de3bb4d6
Page: 2 of 2

**2:03 PM**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type: ·Correspondence·
Filing Date: **2024-04-12**
MCRO_27-CR-23-1886_Correspondence_2024-04-12_20240430072346.pdf
File Hash: 616ba6aba82f26192f50fd62e9dbf1f7c0c021f252be0d23a3d1b5e37512f63d
Page: 2 of 2

**2:10 PM**

27-CR-23-2480

Filed in District Court
State of Minnesota
4/12/2024 2:03 PM

Phitsanoukanh Vongsaphay
Avenue STE 100
S MN. 55415

MINNEAPOLIS MN 553
10 APR 2024 PM 4 L
★ USA ★ FOREVER ★

Judge: DAYTON Klein
300 S 6th St
Minneapolis MN 55487

MAILED FROM
HENNEPIN COUNTY JAIL

MAILED
HENNEPIN CO
JAIL

55487-

27-CR-23-1886

Filed in District Court
State of Minnesota
4/12/2024 2:10 PM

Michelle J. Guertin
1385 Trenton Ln. N. #20
Plymouth, MN. 55442



7022 3330 0000 6534 5382



Retail

UNITED STATES
POSTAL SERVICE

55487

RDC 99

Judge Jay M. Quam
Hennepin County Government Cen
300 South 6th St,
minneapolis, mn. 55487

55487-

**EXHIBIT MLE-B | p. 2**

**Case No. 27-CR-23-2480**
State of MN vs Sandra Vongsaphay
Filing Type:    ·Correspondence·
Filing Date:    **2024-04-12**
MCRO_27-CR-23-2480_Correspondence_2024-04-12_20240430072628.pdf
File Hash:    b068c07d154ebed986dd8211b9eb536e4eb8832f140351c0b1e58fb2346445b8
Page: 1 of 1

**4:38 PM**

27-CR-23-2480

Filed in District Court
State of Minnesota
4/12/2024 4:38 PM



**MINNESOTA JUDICIAL BRANCH**

FOURTH JUDICIAL DISTRICT

PROBATE/MENTAL HEALTH DIVISION
4TH FLOOR COURTS TOWER
HENNEPIN COUNTY GOVERNMENT CENTER
300 SOUTH SIXTH STREET
MINNEAPOLIS MN 55487
WWW.MNCOURTS.GOV/DISTRICT/4

April 12, 2024

SANDRA PHITSANOUKANH VONGSAPHAY
401 S 4TH AVE S STE 100
MINNEAPOLIS MN 55415

Re: Your Letter

Dear Ms. Vongsaphay,

We received your letter dated April 8, 2024, and have filed the letter in the following case numbers:

- 27-CR-21-5142
- 27-CR-22-18824
- 27-CR-23-2480
- 27-CR-23-16937

Thank you for sharing your concerns with the Court. We have shared your letter with your attorney, Christine Irfanullah, who can help to clarify the process.

Sincerely,

Lee Cuellar
Judicial Clerk to the Honorable Julia Dayton Klein

cc: Christine Irfanullah, Public Defender

---

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:    ·Correspondence·
Filing Date:    **2024-04-12**
MCRO_27-CR-23-1886_Correspondence_2024-04-12_20240430072343.pdf
File Hash:    2e8cb196b7dd1f185f37f650d8dc1fed1a97fc3dc8d8f1d90f61b977d02e35c7
Page: 1 of 1

**4:42 PM**

27-CR-23-1886

Filed in District Court
State of Minnesota
4/12/2024 4:42 PM

**MINNESOTA JUDICIAL BRANCH**

FOURTH JUDICIAL DISTRICT

PROBATE/MENTAL HEALTH DIVISION
4TH FLOOR COURTS TOWER
HENNEPIN COUNTY GOVERNMENT CENTER
300 SOUTH SIXTH STREET
MINNEAPOLIS MN 55487
WWW.MNCOURTS.GOV/DISTRICT/4

April 12, 2024

MICHELLE J GUERTIN
4385 TRENTON LN N APT 202
PLYMOUTH MN 55442

Re: Your Letter

Dear Ms. Guertin,

We received your letter dated March 23, 2024, regarding Matthew Guertin, Case File No. 27-CR-23-1886 and have circulated it to the parties.

Sincerely,

Lee Cuellar
Judicial Clerk to the Honorable Julia Dayton Klein

---

**EXHIBIT MLE-B | p. 3**