# EXHIBIT MLE-C

**Case No. 27-23-2480**
State of MN vs Sandra Vongsaphay
Filing Type:  -Returned Mail-
Filing Date:    **2023-08-31**
MCRO_27-CR-23-2480_Returned Mail_2023-08-31_20240430072635.pdf
File Hash:    286ce01d3871658e1bbe1f294ed50a00085f722e94ee831f19043d07f6edbe8d
Page: 1 of 1

**Case No. 27-CR-21-1977**
State of MN vs ANGELIC DENISE NUNN
Filing Type:  -Returned Mail-
Filing Date:    **2021-03-26**
MCRO_27-CR-21-1977_Returned Mail_2021-03-26_20240430075629.pdf
File Hash:    924435150ded2709b538ef975effbe9e3fa9e3b28ad62c5587864e2d8498a38
Page: 1 of 1

**Case No. 27-CR-20-27550**
State of MN vs RODRICK JEROME CARPENTER
Filing Type:  -Returned Mail-
Filing Date:    **2021-04-26**
MCRO_27-CR-20-27550_Returned Mail_2021-04-26_20240430090715.pdf
File Hash:    b91d96f3210881aa041d9203206e9e6b4d29e188cec74120cacac07b5d75d65ae
Page: 1 of 1

**Case No. 27-CR-20-20788**
State of MN vs Lawrence Joseph Durheim
Filing Type:  -Returned Mail-
Filing Date:    **2021-04-27**
MCRO_27-CR-20-20788_Returned Mail_2021-04-27_20240430090239.pdf
File Hash:    480f64d788c32b031ec090a92407485047650e6a6a342324573b3bdce64b50d6
Page: 1 of 1



RODRICK JEROME CARPENTER
740 17TH ST E
MINNEAPOLIS MN  55404

LAWRENCE JOSEPH DURHEIM
740 E 17TH STREET / MAIL ONL
MINNEAPOLIS MN  55404

**Case No. 27-CR-20-3244**
State of MN vs ANGELIC DENISE SCHAEFER
Filing Type: -Returned Mail-
Filing Date: **2022-04-27**
MCRO_27-CR-20-3244_Returned Mail_2022-04-27_20240430085019.pdf
File Hash: ad7bf502e0eab98d16ee116c0cf920431e380067ee9cb024696ed2365e6991e
Page: 1 of 1



**Case No. 27-CR-21-1977**
State of MN vs ANGELIC DENISE NUNN
Filing Type: -Returned Mail-
Filing Date: **2022-04-27**
MCRO_27-CR-21-1977_Returned Mail_2022-04-27_20240430075612.pdf
File Hash: 0c41e37909fc88fe13f05f9ab138b297afc54753102f1d58594e752c150e8f7a
Page: 1 of 1



**Case No. 27-CR-21-1978**
State of MN vs ANGELIC DENISE NUNN
Filing Type: -Returned Mail-
Filing Date: **2022-04-27**
MCRO_27-CR-21-1978_Returned Mail_2022-04-27_20240430075723.pdf
File Hash: 6381842b8d516090e59b042c714fa390418ddb715733e9acf5e7b128db8925d
Page: 1 of 1

**Case No. 27-CR-21-1977**
State of MN vs ANGELIC DENISE NUNN
Filing Type: -Returned Mail-
Filing Date: **2022-08-04**
MCRO_27-CR-21-1977_Returned Mail_2022-08-04_20240430075610.pdf
File Hash: 00dc3bed62ec1446b8571735f0a2a859c899090b68cb580d5ad71d4cddac9e70
Page: 1 of 1



EXHIBIT MLE-C | p. 2

**Case No. 27-CR-20-3244**
State of MN vs ANGELIC DENISE SCHAEFER
Filing Type: -Returned Mail-
Filing Date: **2022-09-09**
MCRO_27-CR-20-3244_Returned Mail_2022-09-09_20240430085015.pdf
File Hash: b13fcc3360cefd432e347ea6ee9dfc30eba473555327391a9cb743a140e6aedc
Page: 1 of 1

**Case No. 27-CR-21-1977**
State of MN vs ANGELIC DENISE NUNN
Filing Type: -Returned Mail-
Filing Date: **2022-09-09**
MCRO_27-CR-21-1977_Returned Mail_2022-09-09_20240430075607.pdf
File Hash: ec9073c72af7db349f4972b14b241d536dc21dba8555b79c8e1198bed207db3a
Page: 1 of 1

**Case No. 27-CR-21-1978**
State of MN vs ANGELIC DENISE NUNN
Filing Type: -Returned Mail-
Filing Date: **2022-09-09**
MCRO_27-CR-21-1978_Returned Mail_2022-09-09_20240430075719.pdf
File Hash: 13fd03ce74cc45c29c9c3eb1ca87fcdbafdff0926ff56d47c9436f5c4c0c2cf94
Page: 1 of 1

**Case No. 27-CR-21-1977**
State of MN vs ANGELIC DENISE NUNN
Filing Type: -Returned Mail-
Filing Date: **2022-11-04**
MCRO_27-CR-21-1977_Returned Mail_2022-11-01_20240430075603.pdf
File Hash: fc2cac1b8a38cf6bd937b0c28af46efa44239f46a8777dd8f809c70a163ab133
Page: 1 of 1





**EXHIBIT MLE-C | p. 3**

**Case No. 27-CR-21-1978**
State of MN vs ANGELIC DENISE NUNN
Filing Type: -Returned Mail-
Filing Date: **2022-11-01**
MCRO_27-CR-21-1978_Returned Mail_2022-11-01_20240430075714.pdf
File Hash: f6b067715865910bd4674e182c0b2524ce3ec3489ecb2359e0ebac57cf35c54d
Page: 1 of 1

**Case No. 27-CR-23-284**
State of MN vs MOHAMED ABDI SHIDE
Filing Type: -Returned Mail-
Filing Date: **2023-02-22**
MCRO_27-CR-23-284_Returned Mail_2023-02-22_20240430071742.pdf
File Hash: ec9eadae0fd9d1057c5cee895d097c4d3b7640e6f49d354385de505050699955e
Page: 1 of 1

**Case No. 27-CR-21-1977**
State of MN vs ANGELIC DENISE NUNN
Filing Type: -Returned Mail-
Filing Date: **2023-05-09**
MCRO_27-CR-21-1977_Returned Mail_2023-05-09_20240430075559.pdf
File Hash: 225f371c08a04d968d3e5432c139655d72de7ca16c5fdf214b5096fedc7d3303
Page: 1 of 1

**Case No. 27-CR-20-3244**
State of MN vs ANGELIC DENISE SCHAEFER
Filing Type: -Returned Mail-
Filing Date: **2023-05-18**
MCRO_27-CR-20-3244_Returned Mail_2023-05-18_20240430085008.pdf
File Hash: 3f000ec5f65c5946a46e134ca91c03b6c9665a40f4c6f11559ed38c0724ea63f
Page: 1 of 1





**Case No. 27-CR-21-1977**
State of MN vs ANGELIC DENISE NUNN
Filing Type: -Returned Mail-
Filing Date: **2023-05-18**
MCRO_27-CR-21-1977_Returned Mail_2023-05-18_20240430075557.pdf
File Hash: 5587219731918da19640969b0ceb40381cd3793ad9e6cfb4a213120e77356666
Page: 1 of 1

**Case No. 27-CR-21-1978**
State of MN vs ANGELIC DENISE NUNN
Filing Type: -Returned Mail-
Filing Date: **2023-05-18**
MCRO_27-CR-21-1978_Returned Mail_2023-05-18_20240430075710.pdf
File Hash: 0c5a9798ad7b2bebbf544679579380ab30ae9d74f46203aea0e4136d02be8272
Page: 1 of 1

**Case No. 27-CR-22-20033**
State of MN vs ANGELIC DENISE NUNN
Filing Type: -Returned Mail-
Filing Date: **2023-05-18**
MCRO_27-CR-22-20033_Returned Mail_2023-05-18_20240429162650.pdf
File Hash: 30f63577872c8561abe8c1724457d8b630c5c49954fc7092661c3f5bbfa6b9ec
Page: 1 of 1

**Case No. 27-CR-20-3244**
State of MN vs ANGELIC DENISE SCHAEFER
Filing Type: -Returned Mail-
Filing Date: **2023-10-11**
MCRO_27-CR-20-3244_Returned Mail_2023-10-11_20240430085003.pdf
File Hash: 72a2a2dc24efff3abecf7ce29d2b05335b7e59deba3a7dcdbdf531324eb40210
Page: 1 of 1





**EXHIBIT MLE-C | p. 5**

**Case No. 27-CR-21-1977**
State of MN vs ANGELIC DENISE NUNN
Filing Type:   -Returned Mail-
Filing Date:   **2023-10-11**
MCRO_27-CR-21-1977_Returned Mail_2023-10-11_20240430075553.pdf
File Hash:   0aa42cdeb1857f76733a49d61916462014b6877e5635f7394008f799eee70830
Page: 1 of 1

**Case No. 27-CR-21-1978**
State of MN vs ANGELIC DENISE NUNN
Filing Type:   -Returned Mail-
Filing Date:   **2023-10-11**
MCRO_27-CR-21-1978_Returned Mail_2023-10-11_20240430075706.pdf
File Hash:   674f7f5880a6885fe8b29fb44715ae6593823a2666ce067db4b4288891e07b2d
Page: 1 of 1

**Case No. 27-CR-22-20033**
State of MN vs ANGELIC DENISE NUNN
Filing Type:   -Returned Mail-
Filing Date:   **2023-10-11**
MCRO_27-CR-22-20033_Returned Mail_2023-10-11_20240429162646.pdf
File Hash:   a2c0da0149c1d4c432786c22331ae72c5e9bf6ec4b581545cf451778111c3290
Page: 1 of 1

**Case No. 27-CR-20-3244**
State of MN vs ANGELIC DENISE SCHAEFER
Filing Type:   -Returned Mail-
Filing Date:   **2023-11-14**
MCRO_27-CR-20-3244_Returned Mail_2023-11-14_20240430084959.pdf
File Hash:   fc452e71393fb12951716af7415d0ff07a4dd37630e146608459379c43e3b1de
Page: 1 of 1





**Case No. 27-CR-21-1977**
State of MN vs ANGELIC DENISE NUNN
Filing Type:   -Returned Mail-
Filing Date:   **2023-11-14**
MCRO_27-CR-21-1977_Returned Mail_2023-11-14_20240430075549.pdf
File Hash:     2dae846d0fc9f52d09ff15a9c202d7e852b2fd73b7e05efd459a54700b4d4d2
Page: 1 of 1

**Case No. 27-CR-21-1978**
State of MN vs ANGELIC DENISE NUNN
Filing Type:   -Returned Mail-
Filing Date:   **2023-11-14**
MCRO_27-CR-21-1978_Returned Mail_2023-11-14_20240430075701.pdf
File Hash:     ffc2ff0dcebf2b031a88346036434789f9c3374c82338cbed85e73f98e0d939ad
Page: 1 of 1

**Case No. 27-CR-22-20033**
State of MN vs ANGELIC DENISE NUNN
Filing Type:   -Returned Mail-
Filing Date:   **2023-11-14**
MCRO_27-CR-22-20033_Returned Mail_2023-11-14_20240429162642.pdf
File Hash:     8675a1327398f05a39884cae0b89ccc10700e14d475a328ce54fda212f044c49f
Page: 1 of 1

**Case No. 27-CR-20-3244**
State of MN vs ANGELIC DENISE SCHAEFER
Filing Type:   -Returned Mail-
Filing Date:   **2023-12-04**
MCRO_27-CR-20-3244_Returned Mail_2023-12-04_20240430084959.pdf
File Hash:     cd1c679badc01ed2b0944d602d52f04a3456f75c268e8dba2726b46818904e1
Page: 1 of 1



Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**EXHIBIT MLE-C | p. 7**

**Case No. 27-CR-21-1977**
State of MN vs ANGELIC DENISE NUNN
Filing Type:   -Returned Mail-
Filing Date:   **2023-12-04**
MCRO_27-CR-21-1977_Returned Mail_2023-12-04_20240430075548.pdf
File Hash:     8514dc09387346fb98dce84b1eb84a4705ba302781f47b38ab50acd4643f3072
Page: 1 of 1

**Case No. 27-CR-21-1978**
State of MN vs ANGELIC DENISE NUNN
Filing Type:   -Returned Mail-
Filing Date:   **2023-12-04**
MCRO_27-CR-21-1978_Returned Mail_2023-12-04_20240430075700.pdf
File Hash:     640a7148ca9a3a0738b053a47d574086094333 2b7ac6feff8d2fe152e05e5b6
Page: 1 of 1

**Case No. 27-CR-22-20033**
State of MN vs ANGELIC DENISE NUNN
Filing Type:   -Returned Mail-
Filing Date:   **2023-12-04**
MCRO_27-CR-22-20033_Returned Mail_2023-12-04_20240429162640.pdf
File Hash:     334e2e67eddd078a1ec5f147f30e7c411fb95963a6220998fa95f8fbb49e2c2
Page: 1 of 1

**Case No. 27-CR-23-3423**
State of MN vs MOHAMED ABDI SHIDE
Filing Type:   -Returned Mail-
Filing Date:   **2024-03-20**
MCRO_27-CR-23-3423_Returned Mail_2024-03-20_20240430072811.pdf
File Hash:     6773ba6fbf7af32a106922d4ad83a64603f9afcc738093071 7eeaec08076d52b
Page: 1 of 1





Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**EXHIBIT MLE-C | p. 8**