# EXHIBIT MLE-D

| Index | Case Number | Filing Date | PDF | Hash Translation | Filing Type | SHA-256 Hash Value | File Type | Case Status | Defendant_Name | Hashed Object Url | Object Folder Path | Object Folder Url |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-21-1977 | 2021-03-26 | MCRO_27-CR-21-1977_Returned Mail_2021-03-26_20240430090715.pdf | ANGELIC DENISE NUNN 740 E 17TH ST | Returned Mail | 90da1c93c627ce8151e5566ffdd2 f63d1e02ff9b08f0f54... | .png | Dormant | RODRICK JEROME CARPENTER | MnCourtFraud.com/File/90da1c93c627ce8151e5566... | /image-0005.png | MnCourtFraud.com/File/MCRO_27-CR-21-1977_Returned_Mail_2021-03-26_20240430075629.zip |
| 2 | 27-CR-20-27550 | 2021-04-26 | MCRO_27-CR-20-27550_Returned Mail_2021-04-26_20240430090715.pdf | ANGELIC DENISE NUNN 740 E 17TH ST | Returned Mail | 7d480de581e0a6b380dc17b61c4c6a64a3fce2a0d7a87b5d | .png | Dormant | LAWRENCE JOSEPH DURHEIM | MnCourtFraud.com/File/7d480de581e0a6b380dc17b1c4c6a64a3fce2a0d7a87b5d092939d57f9f23f.png | /image-0005.png | MnCourtFraud.com/File/MCRO_27-CR-20-27550_Returned_Mail_2021-04-26_20240430090715.zip |
| 3 | 27-CR-20-20788 | 2021-04-27 | MCRO_27-CR-20-20788_Returned Mail_2021-04-27_20240430090239.pdf | LAWRENCE JOSEPH DURHEIM 740 E 17TH STREET / MAIL ONL MINNEAPOLIS MN 55404 | Returned Mail | c6b2666db733c27d86dd14cf263285f18e583f9f3d081406eb2863837c5eaa1a102 | .png | Closed | Lawrence Joseph Durheim | MnCourtFraud.com/File/c6b2666db733c27d86dd14cf263285f18e583f9f3d081406eb2863837c5eaa1a102.png | /image-0005.png | MnCourtFraud.com/File/MCRO_27-CR-20-20788_Returned_Mail_2021-04-27_20240430090239.zip |
| 4 | 27-CR-20-3244 | 2022-04-27 | MCRO_27-CR-20-3244_Returned Mail_2022-04-27_20240430085019.pdf | ANGELIC DENISE NUNN 740 E 17TH AVE | Returned Mail | 56476ce6fab67adb3f158c323d8cf8b610d530c83d9670f0fe973ab0fb04118f1c | .png | Under Court Jurisdiction | ANGELIC DENISE SCHAEFER | MnCourtFraud.com/File/56476ce6fab67adb3f158c323d8cf8b610d530c83d9670f0fe973ab0fb04118f1c.png | /image-0003.png | MnCourtFraud.com/File/MCRO_27-CR-20-3244_Returned_Mail_2022-04-27_20240430085019.zip |
| 5 | 27-CR-21-1977 | 2022-04-27 | MCRO_27-CR-21-1977_Returned Mail_2022-04-27_20240430075612.pdf | ANGELIC DENISE NUNN 740 E 17TH AVE | Returned Mail | 56476ce6fab67adb3f158c323d8cf8b610d530c83d9670f0fe973ab0fb04118f1c | .png | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/56476ce6fab67adb3f158c323d8cf8b610d530c83d9670f0fe973ab0fb04118f1c.png | /image-0003.png | MnCourtFraud.com/File/MCRO_27-CR-21-1977_Returned_Mail_2022-04-27_20240430075612.zip |
| 6 | 27-CR-21-1978 | 2022-04-27 | MCRO_27-CR-21-1978_Returned Mail_2022-04-27_20240430075510.pdf | ANGELIC DENISE NUNN 740 E 17TH AVE | Returned Mail | 56476ce6fab67adb3f158c323d8cf8b610d530c83d9670f0fe973ab0fb04118f1c | .png | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/56476ce6fab67adb3f158c323d8cf8b610d530c83d9670f0fe973ab0fb04118f1c.png | /image-0003.png | MnCourtFraud.com/File/MCRO_27-CR-21-1978_Returned_Mail_2022-04-27_20240430075510.zip |
| 7 | 27-CR-21-1977 | 2022-09-09 | MCRO_27-CR-21-1977_Returned Mail_2022-09-09_20240430075607.pdf | ANGELIC DENISE NUNN 740 17TH ST E MINNEAPOLIS MN 55404 | Returned Mail | 167da8236e231d8f8aca16d2d631ca17bc4009361285f6a6a411e90fc53f6c863.jpg | .jpg | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/167da8236e231d8f8aca16d2d631ca17bc4009361285f6a6a411e90fc53f6c863.jpg | /image-0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1977_Returned_Mail_2022-09-09_20240430075607.zip |
| 8 | 27-CR-21-1977 | 2022-08-04 | MCRO_27-CR-21-1977_Returned Mail_2022-08-04_20240430075619.pdf | ANGELIC DENISE NUNN 740 17TH ST E MINNEAPOLIS MN 55404 | Returned Mail | 72b6b856e92e6e60e585e49c36c40b30364cc73bd569ffb461121dbc8fb3497f44e70f9 | .jpg | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/72b6b856e92e6e60e585e49c36c40b3036dc73bd569ffb461121dbc8fb3497f44e70f9.jpg | /image-0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1977_Returned_Mail_2022-08-04_20240430075619.zip |
| 9 | 27-CR-20-3244 | 2022-09-09 | MCRO_27-CR-20-3244_Returned Mail_2022-09-09_20240430085015.pdf | ANGELIC DENISE NUNN 740 17TH AVE NE | Returned Mail | 6e3a1ab7aca778291dd3dbd50b1aa3f35366d5a7bb1fa0cc70fb1372a01430bea | .jpg | Under Court Jurisdiction | ANGELIC DENISE SCHAEFER | MnCourtFraud.com/File/6e3a1ab7aca778291dd3dbd50b1aa3f35366d5a7bb1fa0cc70fb1372a01430bea.jpg | /image-0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-3244_Returned_Mail_2022-09-09_20240430085015.zip |
| 10 | 27-CR-21-1978 | 2022-09-09 | MCRO_27-CR-21-1978_Returned Mail_2022-09-09_20240430075519.pdf | ANGELIC DENISE NUNN 740 17TH AVE NE | Returned Mail | 6e3a1ab7aca778291dd3dbd50b1aa3f35366d5a7bb1fa0cc70fb1372a01430bea | .jpg | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/6e3a1ab7aca778291dd3dbd50b1aa3f35366d5a7bb1fa0cc70fb1372a01430bea.jpg | /image-0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1978_Returned_Mail_2022-09-09_20240430075519.zip |
| 11 | 27-CR-21-1977 | 2022-11-01 | MCRO_27-CR-21-1977_Returned Mail_2022-11-01_20240430075603.pdf | ANGELIC DENISE NUNN 740 17TH ST E MINNEAPOLIS MN 55404 | Returned Mail | 8598c6ee518289c3dd0ce8ba6249c49dcbf7485437fbc735d0cd17e4a878b.jpg | .jpg | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/8598c6ee518289c3dd0ce8ba6249c49dcbf7485437fbc735d0cd17e4a878b.jpg | /image-0027.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1977_Returned_Mail_2022-11-01_20240430075603.zip |
| 12 | 27-CR-21-1978 | 2022-11-01 | MCRO_27-CR-21-1978_Returned Mail_2022-11-01_20240430075514.pdf | ANGELIC DENISE NUNN 740 17TH ST E MINNEAPOLIS MN 55404 | Returned Mail | 8598c6ee518289c3dd0ce8ba6249c49dcbf7485437fbc735d0cd17e4a878b.jpg | .jpg | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/8598c6ee518289c3dd0ce8ba6249c49dcbf7485437fbc735d0cd17e4a878b.jpg | /image-0027.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1978_Returned_Mail_2022-11-01_20240430075514.zip |
| 13 | 27-CR-19-284 | 2023-02-22 | MCRO_27-CR-19-284_Returned Mail_2023-02-22_20240430071742.pdf | MOHAMED ABDI SHIDE 740 17TH E MINNEAPOLIS MN 55404-1601 | Returned Mail | ef7d05a08f8e680c7511a9e08ff83fc4a2889dd6228bfd806516f54f6e3db9f03 | .png | Closed | MOHAMED ABDI SHIDE | MnCourtFraud.com/File/ef7d05a08f8e680c7511a9e08ff83fc4a2889dd6228bfd806516f54f6e3db9f03.png | /image-0005.png | MnCourtFraud.com/File/MCRO_27-CR-19-284_Returned_Mail_2023-02-22_20240430071742.zip |
| 14 | 27-CR-21-1977 | 2023-05-09 | MCRO_27-CR-21-1977_Returned Mail_2023-05-09_20240430075559.pdf | ANGELIC DENISE NUNN 740 E 17th Street Minneapolis MN 55404 | Returned Mail | 33b68100cdb47353e69c215fbf758529110f198f5b9a459e0f6e039be78476637 | .jpg | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/33b68100cdb47353e69c215fbf758529110f198f5b9a459e0f6e039be78476637.jpg | /image-0003.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1977_Returned_Mail_2023-05-09_20240430075559.zip |
| 15 | 27-CR-20-3244 | 2023-05-18 | MCRO_27-CR-20-3244_Returned Mail_2023-05-18_20240430075557.pdf | ANGELIC DENISE NUNN 740 E 17th Street Minneapolis MN 55404 | Returned Mail | 79184e1724066b27a0409aaab264c1dd9f52f2abe1189db35b339f72cacdfc60 | .jpg | Under Court Jurisdiction | ANGELIC DENISE SCHAEFER | MnCourtFraud.com/File/79184e1724066b27a0409aaab264c1dd9f52f2abe1189db35b339f72cacdfc60.jpg | /image-0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-3244_Returned_Mail_2023-05-18_20240430085008.zip |
| 16 | 27-CR-21-1977 | 2023-05-18 | MCRO_27-CR-21-1977_Returned Mail_2023-05-18_20240430075557.pdf | ANGELIC DENISE NUNN 740 E 17th Street Minneapolis MN 55404 | Returned Mail | 79184e1724066b27a0409aaab264c1dd9f52f2abe1189db35b339f72cacdfc60 | .jpg | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/79184e1724066b27a0409aaab264c1dd9f52f2abe1189db35b339f72cacdfc60.jpg | /image-0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1977_Returned_Mail_2023-05-18_20240430075557.zip |
| 17 | 27-CR-21-1978 | 2023-05-18 | MCRO_27-CR-21-1978_Returned Mail_2023-05-18_20240430075710.pdf | ANGELIC DENISE NUNN 740 E 17th Street Minneapolis MN 55404 | Returned Mail | 79184e1724066b27a0409aaab264c1dd9f52f2abe1189db35b339f72cacdfc60 | .jpg | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/79184e1724066b27a0409aaab264c1dd9f52f2abe1189db35b339f72cacdfc60.jpg | /image-0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1978_Returned_Mail_2023-05-18_20240430075710.zip |
| 18 | 27-CR-22-20033 | 2023-05-18 | MCRO_27-CR-22-20033_Returned Mail_2023-05-18_20240429162650.pdf | ANGELIC DENISE NUNN 740 E 17th Street Minneapolis MN 55404 | Returned Mail | 2ce9421f8b1ec62ca844277a2307774de6d6dc020927ac490bc840d36582391 6.jpg | .jpg | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/2ce9421f8b1ec62ca844277a2307774de6d6dc020927ac490bc840d36582391 6.jpg | /image-0019.jpg | MnCourtFraud.com/File/MCRO_27-CR-22-20033_Returned_Mail_2023-05-18_20240429162650.zip |
| 19 | 27-CR-23-2480 | 2023-05-18 | MCRO_27-CR-23-2480_Returned Mail_2023-05-18_20240429162635.pdf | SANDRA VONGSAPHAY 740 EAST 17TH STREET MINNEAPOLIS MN 55404 | Returned Mail | 7502acbaa98950e6b509dd072a682fad5a64cdeb238609f7de9fce908ced11fd | .jpg | Dormant | Sandra Vongsaphay | MnCourtFraud.com/File/7502acbaa98950e6b509dd072a682fad5a64cdeb238609f7de9fce908ced11fd.jpg | /image-0020.jpg | MnCourtFraud.com/File/MCRO_27-CR-23-2480_Returned_Mail_2023-05-18_20240429162635.zip |
| 20 | 27-CR-20-3244 | 2023-10-11 | MCRO_27-CR-20-3244_Returned Mail_2023-10-11_20240430085003.pdf | ANGELIC DENISE NUNN 740 E 17TH STREET Minneapolis MN 55408 | Returned Mail | 908256526ebff34856c807d43e8a537ab9b357964e9e0ddc68faa48a68e36d1f | .png | Under Court Jurisdiction | ANGELIC DENISE SCHAEFER | MnCourtFraud.com/File/908256526ebff34856c807d43e8a537ab9b357964e9e0ddc68faa48a68e36d1f.png | /image-0003.png | MnCourtFraud.com/File/MCRO_27-CR-20-3244_Returned_Mail_2023-10-11_20240430085003.zip |
| 21 | 27-CR-21-1977 | 2023-10-11 | MCRO_27-CR-21-1977_Returned Mail_2023-10-11_20240430075706.pdf | ANGELIC DENISE NUNN 740 E 17TH STREET Minneapolis MN 55408 | Returned Mail | 908256526ebff34856c807d43e8a537ab9b357964e9e0ddc68faa48a68e36d1f | .png | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/908256526ebff34856c807d43e8a537ab9b357964e9e0ddc68faa48a68e36d1f.png | /image-0003.png | MnCourtFraud.com/File/MCRO_27-CR-21-1977_Returned_Mail_2023-10-11_20240430075706.zip |
| 22 | 27-CR-22-20033 | 2023-10-11 | MCRO_27-CR-22-20033_Returned Mail_2023-10-11_20240429162633.pdf | ANGELIC DENISE NUNN 740 E 17TH STREET Minneapolis MN 55408 | Returned Mail | 908256526ebff34856c807d43e8a537ab9b357964e9e0ddc68faa48a68e36d1f | .png | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/908256526ebff34856c807d43e8a537ab9b357964e9e0ddc68faa48a68e36d1f.png | /image-0003.png | MnCourtFraud.com/File/MCRO_27-CR-22-20033_Returned_Mail_2023-10-11_20240429162633.zip |
| 23 | 27-CR-21-1977 | 2023-10-11 | MCRO_27-CR-21-1977_Returned Mail_2023-10-11_20240430075553.pdf | ANGELIC DENISE NUNN 740 E 17TH STREET Minneapolis MN 55408 | Returned Mail | ecb2ff3ed521fc933a0906b60671b24f23926e264c2390cd12c67892af53722c | .jpg | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/ecb2ff3ed521fc933a0906b60671b24f23926e264c2390cd12c67892af53722c.jpg | /image-0020.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1977_Returned_Mail_2023-10-11_20240430075553.zip |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**EXHIBIT MLE-D | p. 1**

| Index | Case Number | Filing Date | PDF | Hash Translation | Filing Type | SHA-256 Hash Value | File Type | Case Status | Defendant_Name | Hashed Object Url | Object Folder Path | Object Folder Url |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 27-CR-20-3244 | 2023-11-14 | MCRO_27-CR-20-3244_Returned_Mail_2023-11-14_20240430084959.pdf | ANGELIC DENISE NUNN 740 E 17TH STREE Minneapolis MN 55404 | Returned Mail | 2c9c8d2443f000ce05e9951ed9b96247e88d6a7f2e0127265ed4a2bb3b8a | .jpg | Under Court Jurisdiction | ANGELIC DENISE SCHAEFER | MnCourtFraud.com/File/2c9c8d2443f000ce05e9951ed9b96247e88d6a7f2e0127265ed4a2bb3b8a.jpg | /image-0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-3244_Returned_Mail_2023-11-14_20240430084959.zip |
| 25 | 27-CR-21-1978 | 2023-11-14 | MCRO_27-CR-21-1978_Returned_Mail_2023-11-14_20240430075701.pdf | ANGELIC DENISE NUNN 740 E 17TH STREE Minneapolis MN 55404 | Returned Mail | 2c9c8d2443f000ce05e9951ed9b96247e88d6a7f2e0127265ed4a2bb3b8a | .jpg | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/2c9c8d2443f000ce05e9951ed9b96247e88d6a7f2e0127265ed4a2bb3b8a.jpg | /image-0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1978_Returned_Mail_2023-11-14_20240430075701.zip |
| 26 | 27-CR-22-20033 | 2023-11-14 | MCRO_27-CR-22-20033_Returned_Mail_2023-11-14_20240429162642.pdf | ANGELIC DENISE NUNN 740 E 17TH STREE Minneapolis MN 55404 | Returned Mail | 2c9c8d2443f000ce05e9951ed9b96247e88d6a7f2e0127265ed4a2bb3b8a | .jpg | Under Court Jurisdiction | ANGELIC DENISE NUNN | MnCourtFraud.com/File/2c9c8d2443f000ce05e9951ed9b96247e88d6a7f2e0127265ed4a2bb3b8a.jpg | /image-0015.jpg | MnCourtFraud.com/File/MCRO_27-CR-22-20033_Returned_Mail_2023-11-14_20240429162642.zip |
| 27 | 27-CR-21-1977 | 2023-11-14 | MCRO_27-CR-21-1977_Returned_Mail_2023-11-14_20240430075549.pdf | ANGELIC DENISE NUNN 740 E 17TH STREE Minneapolis MN 55404 | Returned Mail | 44530541a222061fa13176fe0254741483cf8bc41cb27076d25de0f772846906 | .jpg | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/44530541a222061fa13176fe0254741483cf8bc41cb27076d25de0f772846906.jpg | /image-0021.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1977_Returned_Mail_2023-11-14_20240430075549.zip |
| 28 | 27-CR-20-3244 | 2023-12-04 | MCRO_27-CR-20-3244_Returned_Mail_2023-12-04a1a0529c3b95a1c9095fd11e98e53b51369fa0d7e2.png | ANGELIC DENISE SCHAEFER, AKA ANGELIC N 740 E 17TH STREE MINNEAPOLIS MN 55404 | Returned Mail | fafad180c3921aeffb677aa1aa0529c3b95a1c9095fd11e98e53b51369 3a0f7e2.png | .jpg | Under Court Jurisdiction | ANGELIC DENISE SCHAEFER | MnCourtFraud.com/File/fafad180c3921aeffb677aa1aa0529c3b95a1c9095fd11e98e53b51369 3a0f7e2.png | /image-0021.jpg | MnCourtFraud.com/File/MCRO_27-CR-20-3244_Returned_Mail_2023-12-04_20240430084959.zip |
| 29 | 27-CR-21-1977 | 2023-12-04 | MCRO_27-CR-21-1977_Returned_Mail_2023-12-04_20240430075548.pdf | ANGELIC DENISE SCHAEFER, AKA ANGELIC N 740 E 17TH STREE MINNEAPOLIS MN 55404 | Returned Mail | 125cd29d54ff9169bd37922d3d3f80f31fdc1e98b7cb15326706d7cee2e270b5a | .jpg | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/125cd29d54ff9169bd37922d3d3f80f31fdc1e98b7cb15326706d7cee2e270b5a.png | /image-0021.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1977_Returned_Mail_2023-12-04_20240430075548.zip |
| 30 | 27-CR-21-1978 | 2023-12-04 | MCRO_27-CR-21-1978_Returned_Mail_2023-12-04_20240430075700.pdf | ANGELIC DENISE SCHAEFER, AKA ANGELIC N 740 E 17TH STREE MINNEAPOLIS MN 55404 | Returned Mail | f4d0ad3480c3cd5787ccf5ea85577d3da779338acdc779f17f57ae5f3ba79176 6.png | .jpg | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/f4d0ad3480c3cd5787ccf5ea85577d3da779338acdc779f17f57ae5f3ba79176 6.png | /image-0021.jpg | MnCourtFraud.com/File/MCRO_27-CR-21-1978_Returned_Mail_2023-12-04_20240430075700.zip |
| 31 | 27-CR-22-20033 | 2023-12-04 | MCRO_27-CR-22-20033_Returned_Mail_2023-12-04_20240429162640.pdf | ANGELIC DENISE SCHAEFER, AKA ANGELIC N 740 E 17TH STREE MINNEAPOLIS MN 55404 | Returned Mail | 64643ce22f3e2cb4a003bf7662c516aad6c1608df550a736f5a270e29b4f3750 | .jpg | Closed | ANGELIC DENISE NUNN | MnCourtFraud.com/File/64643ce22f3e2cb4a003bf7662c516aad6c1608df550a736f5a270e29b4f3750.png | /image-0021.jpg | MnCourtFraud.com/File/MCRO_27-CR-22-20033_Returned_Mail_2023-12-04_20240429162640.zip |
| 32 | 27-CR-23-3423 | 2024-03-20 | MCRO_27-CR-23-3423_Returned_Mail_2024-03-20_20240430072811.pdf | MOHAM 740 E 17 MINNEA | Returned Mail | 9a6bcba978453092f8ae07f35aa5dd9f0382ceb71c3d1e3d2f3fd3443e8b28c | .jpg | Dormant | MOHAMED ABDI SHIDE | MnCourtFraud.com/File/9a6bcba978453092f8ae07f35aa5dd9f0382ceb71c3d1e3d2f3fd3443e8b28c.jpg | /image-0020.jpg | MnCourtFraud.com/File/MCRO_27-CR-23-3423_Returned_Mail_2024-03-20_20240430072811.zip |

Full File Embedded Version Available at MnCourtFraud.Substack.com/p/mle

**EXHIBIT MLE-D | p. 2**