# EXHIBIT FEB-28-A

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 1 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

|  |  |
|---|---|
| **STATE OF MINNESOTA**<br>**COUNTY OF HENNEPIN** | **DISTRICT COURT**<br>**FOURTH JUDICIAL DISTRICT** |

| | |
|---|---|
| State of Minnesota,<br><br>Plaintiff,<br><br>vs.<br><br>Matthew David Guertin,<br><br>Defendant. | Court File No. : 27-CR-23-1886<br><br>**DEFENDANT'S SUPPLEMENTAL EVIDENCE SUBMISSION IN SUPPORT OF OBJECTION TO COMPETENCY REPORT - A**<br><br>Judicial Officer: Sarah Hudelston |

TO:  THE HONORABLE SARAH HUDELSTON, JUDGE OF DISTRICT COURT; MARY F. MORIARTY, HENNEPIN COUNTY ATTORNEY; AND THOMAS MANEWITZ, ASSISTANT HENNEPIN COUNTY ATTORNEY

## I.  INTRODUCTION

Defendant Matthew David Guertin respectfully submits this supplemental evidence submission in further support of his objection to the competency report and related evaluations. As set forth in Minn. R. Crim. P. 20.01, the court must ensure that a defendant is competent to stand trial by verifying his ability to understand the proceedings and consult meaningfully with counsel. The enclosed exhibits not only document clear and irrefutable discovery fraud but also demonstrate that I am managing my defense effectively—in effect, proving my competence despite the allegations of incompetency.

## II.  EXHIBIT LIST

- **Exhibit A - Key Elements of Discovery Fraud**
  A detailed analysis outlining the manipulated aspects of the discovery materials, including discrepancies in image aspect ratios, altered metadata, and irregularities in the chain of custody.

1

**EXHIBIT FEB-28-A | p. 1**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 2 of 75          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

- **Exhibit B –** **A Critical Turning Point: The Gravity of the Discovery Fraud**

  A narrative presentation explaining how the fraudulent discovery materials have fundamentally undermined the integrity of the evidence against me and served as the catalyst for my objection.

- **Exhibit C –** **Discovery Fraud Flipbook: A Visual Presentation of the Fraud**

  A professionally prepared flipbook that juxtaposes 20 pairs (40 total) of discovery images - each pair showing the "original" images from the August 3, 2023 discovery alongside the "official" February 13, 2025 images. Instructions are included to view the flipbook in non-scrolling (page-flip) mode so that the manipulations are readily apparent.

- **Exhibit D –** **Official OneDrive Discovery Materials and Chain of Custody**

  This exhibit contains screenshots and email communications from Hennepin County's internal OneDrive file sharing system that provided the official discovery images. It includes detailed metadata, file names, and a digital chain of custody establishing the authenticity and origin of these materials.

- **Exhibit E –** **Documentation of Communication Attempts with Defense Counsel and Additional Discovery Requests**

  A collection of emails and call records showing that, despite my detailed outreach (beginning February 20, 2025), neither Raissa Carpenter nor Emmett Donnelly has responded. These communications - including the email forwarding the August 3, 2023 discovery set and an additional email requesting video content (with attached call record screenshots) - demonstrate my proactive efforts to secure counsel's guidance, reinforcing my capacity to manage my defense, as well as my decision to proceed pro se with this filing of evidence into my case.

2

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-A | p. 2**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

---

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 3 of 75        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

### III.   LEGAL ARGUMENT

1. **Competency Under Minn. R. Crim. P. 20.01**

   Rule 20.01 sets forth that a defendant must be competent to stand trial by being able to consult rationally with counsel and understand the nature of the proceedings. My ability to independently compile and submit these substantial exhibits evidences my capacity to engage with and challenge the evidence against me. The fact that I am managing the submission pro se - even in light of counsel's failure to respond - supports a finding that I am, in practical terms, competent. My actions demonstrate the very characteristics that Rule 20.01 is designed to protect: a rational, organized, and meaningful participation in my defense.

2. **Timeliness and Due Process**

   While local rules generally require that evidence be submitted at least seven days prior to the hearing, the exceptional circumstances here (i.e. counsel's non-responsiveness despite my outreach on February 20 and follow-up on February 24, 2025) leave me no alternative but to file my exhibits now. The documented communications in Exhibit E clearly indicate that I made every effort to secure counsel's input well in advance of the March 5, 2025 hearing. In turn, my proactive filing of these evidentiary materials not only preserves my right to a fair hearing but also reinforces my assertion that I am competent to present my own defense.

3. **Chain of Custody and Authenticity of Evidence**

   Exhibits C and D provide a robust demonstration of the fraudulent manipulation of the discovery images. The flipbook in Exhibit C visually documents the intentional "squishing" of images to enforce a uniform aspect ratio, thereby concealing original variances. Exhibit D reinforces the authenticity of the official discovery materials via the OneDrive system, leaving no doubt as to the integrity of the original chain of custody. Together, these exhibits substantiate my claim of discovery fraud, which is central to my objection and further supports my

3

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 4 of 75          [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

<div align="right">Filed in District Court
State of Minnesota
2/28/2025 4:36 PM</div>

contention that my competency evaluation was compromised by unreliable evidence.

## IV.   RELIEF SOUGHT

For the foregoing reasons, I respectfully request that the Court:

1.  Accept this supplemental evidence submission as part of the record;

2.  Consider Exhibits A–E in their entirety as conclusive proof of discovery fraud; and

3.  Recognize that my ability to independently compile and submit these exhibits is evidence of my competence to stand trial pursuant to Minn. R. Crim. P. 20.01.

Dated:  February 28, 2025                    Respectfully submitted,

                                                             /s/ Matthew D. Guertin

                                                            Matthew David Guertin
                                                            Defendant Pro Se
                                                            4385 Trenton Ln. N 202
                                                            Plymouth, MN  55442
                                                            Telephone: 763-221-4540
                                                            MattGuertin@protonmail.com
                                                            www.MattGuertin.com

4

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 5 of 75          [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

| Aug 3, 2023 Discovery | | | | February 13, 2025 Discovery | |
|---|---|---|---|---|---|
| page-img# | W-px | H-px | image-ratio | image-ratio | Matching Image Name |
| 22-39 | 1114 | 1889 | **1:1.696** | **16:9** | **ggilbertson_01212023135815CST_photo_24_vRY.jpeg** |
| 23-40 | 1430 | 953 | 3:2 | 3:2 | 23-0098_0012_520-TRS_DSC_0197.JPG |
| 23-41 | 1430 | 953 | 3:2 | 3:2 | 23-0098_0012_520-TRS_DSC_0196.JPG |
| 24-42 | 1087 | 1885 | **1:1.734** | **16:9** | **ggilbertson_01212023135828CST_photo_26_hsw.jpeg** |
| 25-43 | 1430 | 953 | 3:2 | 3:2 | 23-0098_0012_520-TRS_DSC_0201.JPG |
| 25-44 | 1430 | 953 | 3:2 | 3:2 | 23-0098_0012_520-TRS_DSC_0207.JPG |
| 26-45 | 1430 | 953 | 3:2 | 3:2 | 23-0098_0012_520-TRS_DSC_0203.JPG |
| 26-46 | 1430 | 953 | 3:2 | 3:2 | 23-0098_0012_520-TRS_DSC_0204.JPG |
| 27-47 | 1134 | 1939 | **1:1.710** | **16:9** | **ggilbertson_01212023135843CST_photo_28_yqt.jpeg** |
| 28-48 | 1224 | 2153 | **1:1.759** | **16:9** | **ggilbertson_01212023135921CST_photo_32_oji.jpeg** |
| 29-49 | 1430 | 953 | 3:2 | 3:2 | 23-0098_0012_520-TRS_DSC_0189.JPG |
| 30-50 | 1214 | 1967 | **1:1.620** | **16:9** | **ggilbertson_01212023135833CST_photo_27_950.jpeg** |
| 31-51 | 1109 | 1895 | **1:1.709** | **16:9** | **ggilbertson_01212023135904CST_photo_30_AaB.jpeg** |
| 32-52 | 1129 | 1931 | **1:1.710** | **16:9** | **ggilbertson_01212023135909CST_photo_31_wUj.jpeg** |
| 33-53 | 1159 | 1960 | **1:1.691** | **16:9** | **ggilbertson_01212023135930CST_photo_33_LLa.jpeg** |
| 34-54 | 1431 | 805 | 16:9 | 16:9 | ggilbertson_01212023140028CST_photo_34_95E.jpeg |
| 34-55 | 1431 | 805 | 16:9 | 16:9 | ggilbertson_01212023140331CST_photo_42_5Hn.jpeg |
| 35-56 | 1431 | 805 | 16:9 | 16:9 | ggilbertson_01212023140032CST_photo_35_i8L.jpeg |
| 35-57 | 1431 | 805 | 16:9 | 16:9 | ggilbertson_01212023140207CST_photo_37_17A.jpeg |
| 36-58 | 1430 | 953 | 3:2 | 3:2 | 23-0098_0012_520-TRS_DSC_0183.JPG |
| 37-59 | 831 | 1375 | **1:1.655** | **16:9** | **ggilbertson_01212023135854CST_photo_29_IXX.jpeg** |
| 38-60 | 1431 | 805 | 16:9 | 16:9 | ggilbertson_01212023140412CST_photo_46_PtB.jpeg |
| 38-61 | 1431 | 805 | 16:9 | 16:9 | ggilbertson_01212023140426CST_photo_47_km5.jpeg |
| 39-62 | 1152 | 1976 | **1:1.715** | **16:9** | **ggilbertson_01212023140246CST_photo_40_Dmr.jpeg** |
| 40-63 | 1137 | 1912 | **1:1.682** | **16:9** | **ggilbertson_01212023140358CST_photo_44_zO9.jpeg** |
| 41-64 | 1172 | 1851 | **1:1.579** | **16:9** | **ggilbertson_01212023140623CST_photo_53_rc1.jpeg** |
| 42-65 | 1430 | 953 | 3:2 | 3:2 | 23-0098_0012_520-TRS_DSC_0323.JPG |
| 43-66 | 1187 | 1962 | **1:1.653** | **16:9** | **ggilbertson_01212023140649CST_photo_54_TfE.jpeg** |
| 44-67 | 1431 | 805 | 16:9 | 16:9 | ggilbertson_01212023140404CST_photo_45_5PD.jpeg |
| 44-68 | 1431 | 805 | 16:9 | 16:9 | ggilbertson_01212023145233CST_photo_64_toF.jpeg |

Exhibit A | p. 1

EXHIBIT FEB-28-A | p. 5

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 6 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

| Aug 3, 2023 Discovery | | | February 13, 2025 Discovery | |
|---|---|---|---|---|
| page-img# | W-px | H-px | image-ratio | image-ratio | Matching Image Name |
| 45-69 | 1194 | 2066 | **1:1.730** | **16:9** | **ggilbertson_01212023140234CST_photo_39_giA.jpeg** |
| 46-70 | 1209 | 2052 | **1:1.697** | **16:9** | **ggilbertson_01212023140313CST_photo_41_edU.jpeg** |
| 47-71 | 1204 | 1993 | **1:1.655** | **16:9** | **ggilbertson_01212023140442CST_photo_49_O2H.jpeg** |
| 48-72 | 1244 | 1961 | **1:1.576** | **16:9** | **ggilbertson_01212023140450CST_photo_50_7rT.jpeg** |
| 49-73 | 1254 | 2041 | **1:1.628** | **16:9** | **ggilbertson_01212023140704CST_photo_55_pWF.jpeg** |
| 50-74 | 1239 | 2025 | **1:1.634** | **16:9** | **ggilbertson_01212023144853CST_photo_62_dYh.jpeg** |
| 51-75 | 1269 | 2020 | **1:1.591** | **16:9** | **sjohnson_01212023151215CST_photo_04_Pom.jpeg** |
| 52-76 | 1431 | 1908 | 3:4 | 3:4 | skerwin_01212023160953CST_photo_01_OBt.jpeg |
| 53-77 | 1431 | 1908 | 3:4 | 3:4 | skerwin_01212023160953CST_photo_02_cEW.jpeg |
| 54-78 | 1431 | 1908 | 3:4 | 3:4 | skerwin_01212023160953CST_photo_03_nnH.jpeg |
| 55-79 | 1431 | 1908 | 3:4 | 3:4 | skerwin_01212023161013CST_photo_04_xAw.jpeg |
| 56-80 | 1431 | 1908 | 3:4 | 3:4 | skerwin_01212023161538CST_photo_05_uyp.jpeg |

## Key Elements of the Fraud:

1. **Manipulated Image Aspect Ratios:**

   - The February 13, 2025, discovery includes 20 images that have been altered along the X-axis to enforce a uniform 16:9 aspect ratio. Prior inconsistent aspect ratios, such as 1:1.696 and 1:1.734, were intentionally concealed. This manipulation is an attempt to obscure previous cropping (*see Index 29, pp. 18-21*).

   - The uniform aspect ratio now presented in these images, along with all of the images now purporting a size of 2270 x 4032 pixels, masks the intentional alterations made to the original, August 3, 2023 discovery materials.

   - These images, all highlighted in the table (bold, boxed borders, dark pink rows), now all appear artificially consistent, obscuring their original dimensions.

2. **Fraudulent "Squishing" Process:**

   - The images in the February 13, 2025, discovery were originally cropped in the August 3, 2023, set to misrepresent certain elements of the defendant's living conditions.

   - These cropped images were then resized and stretched in the most recent set to force them into a uniform 16:9 aspect ratio, creating the appearance of consistency across all images.

Exhibit A |  p. 2

**EXHIBIT FEB-28-A | p. 6**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 7 of 75        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

- This resizing effort was intended to mask the earlier cropping and make the images look uniformly scaled, hiding the original tampering (*see Index 29, pp. 22-23*).

3. **Implications of the Fraud:**

- In addition to the image manipulation, metadata was intentionally altered to align with the fraudulent aspect ratio. These deliberate changes mirror the discrepancies identified in Guertin's April 4, 2024 motion (*see Index 29, p. 15*), further solidifying the intent behind the manipulation.

- These fraudulent alterations are now an undeniable part of the case record, irreparably compromising the integrity of the evidence and leaving no doubt about the deliberate tampering that has occurred.

- The retroactive validation of the manipulated images conclusively supports Guertin's previous claims of evidence tampering. This not only exposes the extent of prosecutorial misconduct but also demands immediate and thorough judicial scrutiny to address the profound implications of these actions (*see Exhibit Y*).

4. **Forgery and Retroactive Validation:**

- The resizing efforts, executed with the intent to create a misleading uniformity, provide clear retroactive validation of Guertin's claims of manipulation and concealment.

- These actions not only affirm the deliberate fraudulent alteration of evidence but also unequivocally establish prosecutorial misconduct.

- The integrity of these images has been irreparably compromised, and their authenticity is beyond dispute.

5. **Critical Evidence in a False Narrative:**

- The images undeniably perpetuate a false narrative regarding the defendant's living conditions.

- Key pieces of evidence, such as images of the defendant's intellectual property and mechanical prototype, were both intentionally omitted and altered.

- This intentional distortion serves to obscure the critical context necessary for a fair understanding of the case, further cementing the fraudulent nature of the discovery materials.

Exhibit A |  p. 3

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 8 of 75        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

6. **Consequences for Legal Proceedings:**

- The fraudulent nature of these images irreparably undermines the legitimacy of the entire case.

- These altered images, which were used as part of competency evaluations, directly contributed to inaccurate conclusions regarding the defendant's condition.

- This misrepresentation of evidence has thoroughly tainted the fairness of those evaluations and the judicial process as a whole.

- The deliberate distortion now exposes the entire legal proceeding as fundamentally flawed and provides irrefutable grounds for the immediate dismissal of all charges, as it calls into question the very integrity of the judicial actions that followed.

---

## The Tampered OneDrive Metadata:
## A Devastating Blow to Court Integrity



1. **Metadata Manipulation:**

- The modification date in the OneDrive discovery file-sharing system is a key piece of metadata that establishes when an image was last altered. The fact that

Exhibit A |  p. 4

**EXHIBIT FEB-28-A | p. 8**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 9 of 75          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

this metadata has been falsified directly calls into question the authenticity of the evidence presented in this case.

- This manipulation of the modification date suggests that someone with control over the system deliberately altered the metadata to create a false timeline. The tampered dates, which suggest an original modification on February 3, 2023, are fundamentally misleading, masking the actual alterations made to the images much later.

- Such tampering of metadata is not only a violation of the rules of evidence, it is a direct attack on the integrity of the court's discovery process, aimed at obfuscating the true history of the images.

### 2. **Altered Chain of Custody:**

- The modification dates directly affect the chain of custody of the discovery images. These original timestamps, such as February 3, 2023, were supposed to be critical in establishing when the images were stored and last modified in the OneDrive system. If the metadata has been falsified, the entire chain of custody is compromised.

- This metadata tampering severely undermines the ability to verify the authenticity of the images and the timeline of their alterations. The credibility of the evidence is now completely in doubt, and this fraudulent manipulation destroys the trustworthiness of the entire discovery process.

### 3. **Prosecutorial Misconduct:**

- The manipulation of the OneDrive metadata raises serious questions about prosecutorial misconduct. If the metadata was indeed altered, this could indicate that the prosecution, or others involved in the case, intentionally falsified evidence in an effort to obscure the truth.

- This revelation ties directly into the broader pattern of evidence tampering in this case. First, we see the visual manipulation of images; now, the underlying metadata has also been manipulated to cover up the fraudulent activity. This is a clear, deliberate attempt to protect those involved in the misconduct from scrutiny.

- The manipulation of both image content and metadata is consistent with a coordinated effort to mislead the court and the defense, demonstrating an active cover-up at the highest levels.

- The implications are staggering: this manipulation of metadata, in conjunction with the altered images, compromises not only the discovery materials in this case

Exhibit A |  p. 5

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 10 of 75          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

but the entire legal process. It destroys the integrity of the court's record and makes it impossible to trust any of the evidence presented in the case.

## Conclusion:

The tampering of the OneDrive metadata is just as significant as the image manipulation itself. The deliberate alteration of this metadata destroys the authenticity of the discovery materials, rendering them entirely unreliable. This is not a mere procedural error but a deliberate act of falsification that undermines the entire court system's credibility.

The scope of the fraud, spanning both the images and their metadata, reveals a coordinated effort to deceive the court and obstruct justice. The gravity of these actions cannot be overstated. It demands immediate judicial action to address the full scale of misconduct and ensure that justice is served.

This metadata tampering, combined with the evidence of image manipulation, exposes a legal process that has been irreparably corrupted.

**All source material is available for examination in this shared folder:**

https://link.storjshare.io/s/jvpojfmwcgoq7gxz2pcjbat7fxsa/court-fraud

Exhibit A |  p. 6

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 11 of 75          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

# The Gravity of the Fraud: A Critical Turning Point in My Case

### 1. A Pattern of Persecution: Connecting the Dots

- From the very beginning, my case has been about much more than a simple criminal charge - it is a case involving the theft of intellectual property that has drawn in powerful interests with the motive, means, and resources to destroy me.

- The same forces that are behind the manipulation of discovery evidence are the same ones who orchestrated the initial criminal charges, all in an attempt to suppress my technological innovation.

- The fraud introduced into the discovery materials is not just about inaccurate images; it's a deliberate attempt to erase or obscure the evidence that could have supported my intellectual property claims. The very same corporate, governmental, and military connected entities that I've been up against in my patent battles now appear to have used the legal system to further discredit and undermine me. This isn't a coincidence - it's part of a well-documented pattern of external influence.

### 2. The Weaponization of the Mental Health System

- The use of fraudulent discovery materials is not just a procedural error - it has been a central tool in weaponizing the mental health system against me. From the outset, I have been consistently portrayed as delusional due to my unwavering claims about discovery fraud and the theft of my intellectual property.

- These manipulated images were used as evidence in psychological evaluations that misrepresented my competency. The resulting reports were clearly influenced by this false narrative and led to conclusions about my mental health and competency that were both inaccurate and unfair. This constitutes an abuse of the legal and mental health systems, which have been exploited to undermine my credibility and prevent me from mounting a full defense.

### 3. Exposing Prosecutorial Misconduct

- The fraudulent discovery is not merely a failure of protocol - it is prosecutorial misconduct at its most fundamental level. The prosecution's involvement in the presentation of manipulated images serves to undermine the very integrity of the judicial process. These images were not simply poorly handled; they were intentionally altered to present a false narrative about my living conditions, intellectual property, and personal circumstances.

<span style="color:red">Exhibit B |  p. 1</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 12 of 75          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

- This manipulation serves to reinforce the prosecution's claims about my supposed mental state, further alienating me from my defense. The fraudulent alterations made to the evidence have not only compromised the legitimacy of the prosecution's case but have also compromised my constitutional rights to a fair trial and defense.

4. **A Battle for Transparency and Truth**

- For nearly two years, I have fought to expose the truth about the fraudulent evidence, the manipulations behind the scenes, and the abuse I have suffered. The introduction of this fraudulent discovery has acted as a barrier to my fight for justice. This moment - the moment when these manipulations are irrefutably exposed - is my opportunity to bring the truth to light and ensure that the system that has long been weaponized against me is finally held accountable.

- The implications of this discovery are profound. The exposed fraud not only challenges the accuracy of my competency evaluations but also calls into question the very legitimacy of my criminal charges. The case is no longer just about intellectual property or personal injustice; it is about the integrity of the judicial system and the constitutional rights of every citizen.

5. **Connecting the Fraud to the Bigger Picture**

- **The Fraud as a Foundation for Persecution:**
  The images, once manipulated, continue to serve as the bedrock for the false narrative constructed around my mental state. The alterations made to these images serve to perpetuate a lie about my living and working conditions, hiding critical evidence of my intellectual property and professional endeavors that are essential to my defense.

- **The Overarching Narrative of Legal and Intellectual Suppression:**
  The fraud introduced into this case is the physical manifestation of a deeper conspiracy - a conspiracy that involves not only the suppression of my intellectual property **but the destruction of my life's work.** These fraudulent materials, combined with the state's misconduct, outline a chilling pattern of legal abuse.

6. **The Larger Legal and Personal Impact**

- This is not just a technical or procedural failure - it is a personal violation. The manipulation of discovery materials has created a false narrative about my life, my work, and my mental health. I have been forced to fight a legal system that not only failed to protect me but actively participated in a cover-up.

Exhibit B |  p. 2

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 13 of 75          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

- This case has been a grueling fight for my freedom, my reputation, and my sanity. The deliberate introduction of fraudulent materials has only made this fight more difficult, undermining my ability to prove my innocence. However, this moment marks a turning point - a moment where the truth will be revealed, and the evidence of fraud and misconduct will stand as undeniable proof of what has been done to me.

7. **The Need for Immediate Legal Redress**

- The manipulation of discovery and the ensuing fraudulent evaluations demand immediate legal action. I am requesting that this court take decisive steps to address the prosecutorial misconduct by dismissing all charges based on the fraudulent materials that have tainted these proceedings.

- This is the moment for the court to recognize the profound implications of the fraud that has occurred and to take immediate corrective action. This is not simply about the fairness of my case - it is about the integrity of the entire legal system.

## Conclusion:

The deliberate alteration and manipulation of discovery materials has irreparably compromised the integrity of the entire legal proceeding. The fraudulent actions, including the intentional tampering of photographic evidence and the strategic omission of key materials, were not isolated incidents but part of a broader, systematic effort to distort the facts of this case. This pattern of misconduct undermines the fairness of the trial and the defendant's constitutional rights to a fair and just process.

Given that the prosecution has been directly implicated in the submission of fraudulent evidence, it is clear that the entire legal process, including psychological evaluations, has been influenced by manipulated and misleading information. This calls into question the very foundation of the case, from the initial criminal charges to the recent competency evaluations, which were based on deliberately altered discovery materials. The seriousness of this situation cannot be overstated - this is a monumental breach of trust and a violation of the defendant's right to a fair trial.

Therefore, the only just and appropriate remedy at this stage is the immediate dismissal of all charges. Continuing with these proceedings, which are fundamentally tainted by fraud, would not only perpetuate an injustice but also undermine the integrity of the entire judicial system. The evidence presented here clearly establishes that the charges against the defendant were, in part, built upon fraudulent discovery, and it is only through the dismissal of these charges that true justice can be restored.

Exhibit B |  p. 3

**EXHIBIT FEB-28-A | p. 13**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 14 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

" Mr. Guertin also reported discovery material in the present case has been altered and "outside pressure is being applied to the courts" by federal government agencies. "

" For instance, he wrote, "Based on everything that I have now uncovered, the obvious as well as confirmed involvement of outside forces applying pressure to the courts and directly monitoring my case… along with the additional discovery I've made of someone within the Hennepin County Court system itself involved in what I would assume is a 'criminal' act by producing an alternate (fraudulent..) version of discovery materials related to my case which was not only missing 24 images but which also contains very clear signs of image manipulation it is fair to say that I do not trust anyone at all." "

(see *Exhibit S*, Index 10, p. 4)

" He stated he can prove Netflix committed fraud and that someone in the court system is creating fraudulent copies of his discovery material, and that he wants to proceed to trial because he does not trust the criminal court system. "

" He also reported he continues to be monitored by the various government and corporate entities and noted concern these entities will interfere with his court case so that he will be incarcerated. "

(see *Exhibit S*, Index 10, p. 5)

" His competency-related abilities remain impaired due to symptoms of his mental illness, which suggests any treatment he is receiving is not effectively stabilizing his mental status. The prognosis for his psychotic symptoms remitting on their own is poor and adjustments to his treatment regimen to better target his symptomatology along with consistent compliance with such treatment will be necessary for him to achieve psychiatric stability and restore his competency-related abilities. "

(see *Exhibit S*, Index 10, p. 6)

Exhibit B | p. 4

**EXHIBIT FEB-28-A | p. 14**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 15 of 75          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

" not to mention the fraudulent discovery materials that were provided to the psychological examiner Dr. Michael Roberts who actually conducted my civil commitment exam on August 1, 2023. "

" but which also lays out some rather serious (criminal...) actions taking place within the Hennepin County Courts insofar as the entire issue of fraudulent discovery materials, and multiple sets of discovery being utilized in my case "

" It is important to point out that the provision of fraudulently altered discovery materials being provided to the psychological examiner who conducted my initial civil commitment proceedings means that the entire basis of my stayed order of civil commitment itself, insofar as the entire foundation it rests upon is all based on fraud. "

*(see Index 116, Exhibit C, p. 2)*

" Specifically, the defendant continues to allege violations of his constitutional rights related to his pending charges based upon his belief that he has been the target of widespread fraud, conspiracy, misconduct, negligence, and retaliation. "

*(see Index 116, Exhibit C, p. 4)*

" Mr. Guertin failed to participate in evaluation. However, I have had the opportunity to communicate with the defendant in writing and review documents alleging wide ranging violations of due process, denial of access to the courts, fraud, judicial misconduct, fraud on the court, and civil conspiracy on the part of numerous professionals involved in the legal process. Specifically, Mr. Guertin has asserted the delusional belief that prior evaluators have provided the court with "blatant lies and deceptive reports." Based upon his communications and review of available records, it appears that Mr. Guertin has declined to participate in evaluation due to ongoing symptoms of mental illness. "

*(see Index 116, Exhibit C, p. 4)*

Exhibit B | p. 5

EXHIBIT FEB-28-A | p. 15

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**

EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 16 of 75        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

" While Mr. Guertin has generally cooperated with case management when under a stayed order of commitment and has worked with a therapist, there is no evidence that he has ever received psychiatric treatment aimed at targeting symptoms of psychosis. Given his perspective on his situation, he is apt to be unwilling to participate in such treatment voluntarily. "

" Without compelled psychiatric treatment specifically aimed at targeting symptoms of psychosis, the defendant's prognosis for attaining the capacity for competent participation in the legal process appears poor. "

*(see Index 116, Exhibit C, p. 4)*

Exhibit B |  p. 6

**EXHIBIT FEB-28-A | p. 16**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 17 of 75          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

# Feb 13, 2025 | Discovery Fraud Flipbook

- In order to properly view the fraudulent discovery images **make sure you set your PDF viewing software 'non-scrolling' mode so that that you are automatically 'flipping' to each new page** when you use your mouse scroll wheel or keyboard arrow keys

- The 'original' images are from the August 3, 2023 discovery photos that Michael Biglow sent to Guertin via email - this means that a digital chain of custody is established via email records. (*see Index 29, pp. 10-13*)

- The images with the long file name included are the most recent discovery photos provided to Guertin on Feb 13, 2025 by his defense counsel, and originate directly from the Hennepin County 4th Judicial District Court through their web-based file sharing system they have setup with the Hennepin County Public Defenders Office – this means that these discovery images are 'official' as there is a digital chain of custody, and they are digitally stored within this same system. (*see 'Exhibit D' of this document*)

**All source material is available for examination in this shared folder:**

https://link.storjshare.io/s/jvpojfmwcgoq7gxz2pcjbat7fxsa/court-fraud

Exhibit C  |  p. 1

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 18 of 75        [ source file ]        [ .ots timestamp of source file ]



**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 19 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

### 22-39 - ggilbertson_01212023135815CST_photo_24_vRY.jpeg



Exhibit C |  p. 3

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 20 of 75          [ source file ]          [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**24-42 - Original**

<span style="color:red">Exhibit C |  p. 4</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-A | p. 20**</span>

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 21 of 75        [ source file ]        [ .ots timestamp of source file ]



**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 22 of 75          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

## 27-47 - Original



Exhibit C |  p. 6

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 23 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**27-47 - ggilbertson_01212023135843CST_photo_28_yqt.jpeg**



<span style="color:red">Exhibit C | p. 7</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 24 of 75          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

## 28-48 - Original



Exhibit C |  p. 8

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-A | p. 24**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 25 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

### 28-48 - ggilbertson_01212023135921CST_photo_32_oji.jpeg



Exhibit C | p. 9

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-A | p. 25**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 26 of 75          [ source file ]          [ .ots timestamp of source file ]



**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 27 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

### 30-50 - ggilbertson_01212023135833CST_photo_27_950.jpeg



Exhibit C |  p. 11

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-A | p. 27**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 28 of 75        [ source file ]        [ .ots timestamp of source file ]



**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 29 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

### 31-51 - ggilbertson_01212023135904CST_photo_30_AaB.jpeg



Exhibit C |  p. 13

**EXHIBIT FEB-28-A | p. 29**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 30 of 75          [ source file ]          [ .ots timestamp of source file ]



**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File: e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 31 of 75        [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**32-52 - ggilbertson_01212023135909CST_photo_31_wUj.jpeg**

Exhibit C |  p. 15

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 32 of 75          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

## 33-53 - Original



<span style="color:red">Exhibit C |  p. 16</span>

<span style="color:red">**EXHIBIT FEB-28-A | p. 32**</span>

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 33 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**33-53 - ggilbertson_01212023135930CST_photo_33_LLa.jpeg**



<span style="color:red">Exhibit C |  p. 17</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-A | p. 33**</span>

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 34 of 75          [ source file ]          [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**37-59 - Original**

Exhibit C |  p. 18

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-A | p. 34**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 35 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

### 37-59 - ggilbertson_01212023135854CST_photo_29_IXX.jpeg



<span style="color:red">Exhibit C |  p. 19</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 36 of 75       [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

## 39-62 - Original



<span style="color:red">Exhibit C |  p. 20</span>

<span style="color:red">**EXHIBIT FEB-28-A | p. 36**</span>

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 37 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

### 39-62 - ggilbertson_01212023140246CST_photo_40_Dmr.jpeg



Exhibit C |  p. 21

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-A | p. 37**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 38 of 75          [ source file ]          [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**40-63 - Original**

Exhibit C |  p. 22

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-A | p. 38**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 39 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**40-63 - ggilbertson_01212023140358CST_photo_44_zO9.jpeg**



Exhibit C |  p. 23

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 40 of 75          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**41-64 - Original**



Exhibit C | p. 24

**EXHIBIT FEB-28-A | p. 40**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 41 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**41-64 - ggilbertson_01212023140623CST_photo_53_rc1.jpeg**



Exhibit C |  p. 25

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 42 of 75        [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**43-66 - Original**

Exhibit C |  p. 26

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-A | p. 42**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 43 of 75        [ source file ]        [ .ots timestamp of source file ]



**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 44 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

## 45-69 - Original



Exhibit C |  p. 28

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-A | p. 44**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 45 of 75          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**45-69 - ggilbertson_01212023140234CST_photo_39_giA.jpeg**



<span style="color:red">Exhibit C |  p. 29</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 46 of 75         [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

## 46-70 - Original



<span style="color:red">Exhibit C |  p. 30</span>

<span style="color:red">**EXHIBIT FEB-28-A | p. 46**</span>

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 47 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

### 46-70 - ggilbertson_01212023140313CST_photo_41_edU.jpeg



Exhibit C |  p. 31

**EXHIBIT FEB-28-A | p. 47**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 48 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

## 47-71 - Original



<span style="color:red">Exhibit C |  p. 32</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">EXHIBIT FEB-28-A | p. 48</span>

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 49 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

<div align="right">Filed in District Court<br>State of Minnesota<br>2/28/2025 4:36 PM</div>

## 47-71 - ggilbertson_01212023140442CST_photo_49_O2H.jpeg



<div align="right">Exhibit C |  p. 33</div>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<div align="right">EXHIBIT FEB-28-A | p. 49</div>

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 50 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**48-72 - Original**



Exhibit C |  p. 34

**EXHIBIT FEB-28-A | p. 50**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 51 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**48-72 - ggilbertson_01212023140450CST_photo_50_7rT.jpeg**



Exhibit C |  p. 35

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-A | p. 51**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 52 of 75          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**49-73 - Original**



Exhibit C | p. 36

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-A | p. 52**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 53 of 75        [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**49-73 - ggilbertson_01212023140704CST_photo_55_pWF.jpeg**

<span style="color:red">Exhibit C |  p. 37</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-A | p. 53**</span>

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 54 of 75          [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

## 50-74 - Original



As I look around my apartment I'm absolutely aware that it looks like I've lost my mind. It almost makes me wonder if the whole point of everything going on was to cause me to get to this point but then again there really is a Netflix Patent which I have in fact filed 12 days before and which they really have spent at least 1/4 billion dollars on so far. I'm scared — I'm afraid that I'm going to be killed one way or another no matter what option I choose as far as trying to leave my place and get help. I'm afraid that no matter what whoever is behind all of this has one million different ways to set me up or frame me if they want. Netflix found out about my patent way before I found out about theirs. That's for sure. The only thing I have which proves I'm not crazy is all of the files I've been collecting and downloading which proves everything that's been going on has in fact been happening and as crazy as my place appears right now it makes absolute sense as the smartest way to keep myself protected. A QUARTER BILLION DOLLARS — That's pretty crazy too — so crazy that it would make complete sense why someone would be willing to put what I ultimately believe is a 'hit' out on me. There's a lot of things I was never supposed to realize or figure out — This I am quite sure of — one of those would be the existence of the netflix patent which was a result of me searching the patent database after I wrote an email to Mark Roberts — Motion Control and the CEO responded 3 weeks later — said he was very interested in my invention but then said he has seen it used before in various films as well as

Exhibit C |  p. 38

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-A | p. 54**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 55 of 75        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**50-74 - ggilbertson_01212023144853CST_photo_62_dYh.jpeg**



Exhibit C |  p. 39

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-A | p. 55**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

---

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 56 of 75      [ source file ]      [ .ots timestamp of source file ]



**EXHIBIT FEB-28-A | p. 56**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 57 of 75        [ source file ]        [ .ots timestamp of source file ]



**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 58 of 75          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

### RE: [External] Re: Upcoming Court Dates and Appointment

| | |
|---|---|
| From | Raissa Carpenter <Raissa.Carpenter@hennepin.us> |
| To | mattguertin<MattGuertin@protonmail.com> |
| CC | Emmett M Donnelly<Emmett.Donnelly@hennepin.us>, matthew.guertin.81<matthew.guertin.81@gmail.com> |
| Date | Tuesday, February 10th, 2025 at 6:20 PM |

Mr. Guertin,

You told us that your prior attorney gave you discovery.

You have also told us that some of the discovery you received is fraudulent.

We have a meeting scheduled for this Thursday, February 13th, at 2:00 p.m. so that we can show you the discovery we received on our system. You can have copies of everything that we are legally allowed to provide you with. However, before we make copies of anything, I want to show you our system and the discovery we received as we have it so you can see exactly how we have it.

I am concerned that if files get download and shrunken, that will distort them and cause you to worry that things were manipulated in a deceiving manner. We sometimes have shrink files or change file names to copy them. I want you to see what we have first, and explain to you how we receive and store discovery, then you can let us know what you want copied and how.

We will go over everything on Thursday when you come meet with us at the office.

Sincerely,

Raissa R. Carpenter (she/her)

Assistant Public Defender - Office of the Hennepin County Public Defender

Location: 701 4th Avenue South, Suite 1400, Minneapolis, MN 55415

Contact: 612-348-9676   raissa.carpenter@hennepin.us

Exhibit D |  p. 1

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

---

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 59 of 75        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

<div align="right">

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

</div>

## JoAnne Van Guilder shared the folder "Photos" with you

From    JoAnne Van Guilder <JoAnne.VanGuilder@hennepin.us>

To      mattguertin<MattGuertin@protonmail.com>

Date    Thursday, February 13th, 2025 at 3:33 PM

---



# JoAnne Van Guilder shared a folder with you

Discovery Photos

📁   Photos

 This link only works for the direct recipients of this message.

Open

**HENNEPIN COUNTY**

This email is generated through Hennepin County's use of Microsoft 365 and may contain content that is controlled by Hennepin County.

<div align="right">

Exhibit D |  p. 2

</div>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<div align="right">

**EXHIBIT FEB-28-A | p. 59**

</div>

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

[122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf](#)
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 60 of 75          [ source file ]          [ .ots timestamp of source file ]



**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

[122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf](#)
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 61 of 75        [ source file ]          [ .ots timestamp of source file ]



**EXHIBIT FEB-28-A | p. 61**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

[122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf](122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf)
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 62 of 75      [ source file ]      [ .ots timestamp of source file ]



**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

[122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf]
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 63 of 75      [ source file ]      [ .ots timestamp of source file ]



File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

___

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 64 of 75       [ source file ]        [ .ots timestamp of source file ]



**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

[122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf](#)
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 65 of 75        [ source file ]        [ .ots timestamp of source file ]



Exhibit D |  p. 8

**EXHIBIT FEB-28-A | p. 65**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

[122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf](#)
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 66 of 75        [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

Exhibit D |  p. 9

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-A | p. 66**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

[122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf](#)
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 67 of 75        [ source file ]         [ .ots timestamp of source file ]



Exhibit D | p. 10

EXHIBIT FEB-28-A | p. 67

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

---

[122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf](#)
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 68 of 75        [ source file ]          [ .ots timestamp of source file ]



<span style="color:red">**EXHIBIT FEB-28-A | p. 68**</span>

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 69 of 75        [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

<div align="right">Filed in District Court<br>State of Minnesota<br>2/28/2025 4:36 PM</div>

## My Discovery Fraud Analysis is Complete | URGENT Action is Required

---

From    mattguertin <MattGuertin@protonmail.com>

To      Raissa Carpenter<Raissa.Carpenter@hennepin.us>

CC      Emmett M Donnelly<Emmett.Donnelly@hennepin.us>

Date    Thursday, February 20th, 2025 at 5:09 PM

---

Raissa and Emmett,

I have completed the analysis of the fraudulent discovery materials, and I am now presenting my findings for your review. Below are the links to the relevant files, which include the detailed forensic examinations and associated discovery materials:

### Discovery Fraud Presentation PDFs:
- **Main presentation of the fraud, split into three parts -**

  https://link.storjshare.io/s/xxxxxxxxxxxxxxxxxxxxxxxx/defense-counsel/discovery-fraud/
  - ◦ '00__Discovery-Fraud__Brief-Introduction-of-Facts.pdf'
  - ◦ '01__Discovery-Fraud__Forensic--Analysis-of-5-Images.pdf'
  - ◦ '02__Discovery-Fraud__Forensic--Analysis-of-1-Image.pdf'

### Fraudulent Discovery Images (20 images examined, 40 total):
- **Folder with the 20 fraudulent images for your reference -**

  https://link.storjshare.io/s/xxxxxxxxxxxxxxxxxxxxxxxx/defense-counsel/20%20Fraudulent-Images/
  - ◦ These images represent a matching pair from both the Aug 3, 2023, discovery and the current Feb 13, 2025, set.

### Key Documents Pertaining to Discovery Fraud:
- **Folder with key discovery documents -**

  https://link.storjshare.io/s/xxxxxxxxxxxxxxxxxxxxxxxx/defense-counsel/Key-Discovery-Docs/
  - ◦ '23-815 Guertin - photos of exterior, interior, person 1.21.pdf'   -

<div align="right" style="color:red">Exhibit E |  p. 1</div>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<div align="right" style="color:red">**EXHIBIT FEB-28-A | p. 69**</div>

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 70 of 75          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

(Aug 3, 2023, set)
- '29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf'  -  (April 4, 2024, Motion to Compel)
- '74__EXHIBIT-Y__The-Catch-22__DISCOVERY-FRAUD.pdf'  -  (Catch-22 explanation regarding discovery fraud)


## Key Points of Urgency:

1. **Competency Hearing:**
   As we approach the competency hearing, it may be necessary to file for a continuance to ensure we have ample time to discuss and address these critical findings in person. The scale of what I've uncovered requires careful consideration, and this could potentially alter the course of the hearing itself.

2. **Discovery Video:**
   Please ensure I receive all available discovery video recordings related to my case. As mentioned, I understand that police body cam footage must be viewed in person due to specific limitations. However, I would appreciate having access to everything else that's available, so we can continue our preparation without delay.

3. **Reviewing the PDF Forensic Analysis Reports:  <~~~~~ ( very important... )**
   The three forensic analysis PDFs I've prepared should be reviewed with the appropriate settings in your PDF viewer. Please make sure the scroll feature is disabled so that the pages 'flip' automatically as you use the keyboard or mouse. This is how I have structured the reports, and it makes the fraudulent alterations much easier to identify in real-time. The visual presentation of the fraud, particularly in the third PDF, is designed as a flipbook—allowing for rapid understanding and clarity.

4. **Impact of the Discovery Fraud on My Case:**
   The forensic analysis I've conducted shows clear evidence of manipulation, starting from the discovery provided on August 3, 2023. This evidence was not only used in the initial psychological evaluation that led to my civil commitment but also in subsequent Rule 20 competency evaluations. I've been labeled as delusional and psychotic for asserting that discovery materials were fraudulent, and there's been a continuous attempt throughout my Hennepin County Mental Health 'adventure'  to use my insistence on this issue as evidence to justify forced treatment with powerful antipsychotic drugs.

5. **A Critical Moment of Truth:**
   I've always maintained that there were external forces influencing the course of my case.

<span style="color:red">Exhibit E | p. 2</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-A | p. 70**</span>

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

---

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 71 of 75        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

With the discovery fraud now irrefutably confirmed, the next steps are crucial. This isn't just about me proving my competency—it's about rectifying a deeply entrenched manipulation. I'm at the point where I no longer have any confidence that those involved have acted in good faith. Whether you actively assist me in highlighting this to the court or not, I will be making this known. The fraudulent discovery materials are now undeniable evidence of systemic misconduct, and I am prepared to expose the truth, even if it requires taking dramatic steps. This is a 'moment of truth' for everyone involved in my defense team.

6. **Request for Immediate Discussion:**
   Given the urgency of this situation, I recommend that we schedule another in-person meeting to discuss the next steps, including how best to move forward with filing motions, potentially seeking a continuance, and revisiting the competency evaluation process. The longer we delay in addressing these significant concerns, the more damaging this oversight becomes.

Please let me know your thoughts and how we can best proceed.

Time is of the essence, and the implications for my constitutional rights, as well as the integrity of the judicial process, are far-reaching.

(I am going to immediately follow-up this email by forwarding the August 3, 2023 discovery photographs directly from the originating source for the purpose of ensuring that an authentic chain of digital custody is maintained.)

Thank you for your time and support,

Sincerely,

Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
Minneapolis, MN
US Patent 11,577,177 (Listed at the VERY top of Netflix US Patent 11,810,254)
MattGuertin.com
763-221-4540

Exhibit E |  p. 3

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-A | p. 71**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 72 of 75          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

## Fw: Photos

| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Raissa Carpenter<Raissa.Carpenter@hennepin.us> |
| CC | Emmett M Donnelly<Emmett.Donnelly@hennepin.us> |
| Date | Thursday, February 20th, 2025 at 5:11 PM |

Here is the August 3rd, 2023 discovery set as forwarded to you directly from the source.

~Matt

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Michael Biglow <michael@biglowlaw.com>
Date: On Thursday, August 3rd, 2023 at 3:19 PM
Subject: Photos
To: MattGuertin@protonmail.com <MattGuertin@protonmail.com>
CC: Michael Biglow <Michael@biglowlaw.com>

> Hi Matt,
> Here are the photos.
> Mike
>
> --
> **Michael J. Biglow, Esq**
> Attorney at Law
> Biglow Law Offices
> 895 Tri Tech Office Center
> 331 Second Ave South
> Minneapolis, MN 55401
> Direct: 612-238-4782
> Fax: 612-333-3201
> **\*\*Please note NEW email address: michael@biglowlaw.com**
>
> *This message and any attachments are intended only for the named recipient(s), and may*
> *contain information that is confidential, privileged, attorney work product, or exempt or*

<span style="color:red">Exhibit E |  p. 4</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 73 of 75          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

> *protected from disclosure under applicable laws and rules. If you are not the intended recipient(s), you are notified that the dissemination, distribution, or copying of this message and any attachments is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the email address or the telephone number included herein and delete this message and any of its attachments from your computer and/or network. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege, protection, or doctrine. Thank you.*
>
> **This message and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521**

**20.06 MB**   1 file attached

| 23-815 Guertin - photos of exterior, interior, person 1.21.pdf  20.06 MB |

Exhibit E |  p. 5

**EXHIBIT FEB-28-A | p. 73**

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235

Page: 74 of 75          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

## Matt Guertin / 27-CR-23-1886 / Additional Discovery Request

From    mattguertin <MattGuertin@protonmail.com>

To       JoAnne.VanGuilder@hennepin.us

CC       Raissa Carpenter<Raissa.Carpenter@hennepin.us>,
         Emmett M Donnelly<Emmett.Donnelly@hennepin.us>

Date    Monday, February 24th, 2025 at 8:33 AM

---

JoAnne,

Good morning,

I am wondering if you would be able to please share me on all of the video content that is stored in my discovery file?

Per our meeting, I am aware of body-cam footage not being included, but if you were able to provide me a share link for everything else besides that it would be much appreciated.

Thank you very much,


Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
Minneapolis, MN
US Patent 11,577,177 (Listed at the VERY top of Netflix US Patent 11,810,254)
MattGuertin.com
763-221-4540


Sent with Proton Mail secure email.

Exhibit E |  p. 6

**Discovery Fraud Proven | Exhibits A-E | Index 122 | 2025-02-28**
EXHIBIT FEB-28-A

[122__Exhibit-List_A-E__Discovery-Fraud-Proven__2025-02-28.pdf](#)
SHA-256 Hash of Source File:  e5643f6bbdc6a9d7bd09c6536d0b95c74b92bc54c0416befa53f94cb82a73235
Page: 75 of 75          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:36 PM

**Guertin also called his defense counsel, Raissa Carpenter on Tuesday, Feb 25, 2025 and left a voicemail regarding the fraudulent discovery materials as well as his upcoming hearing.**




Exhibit E | p. 7

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-A | p. 75**