# EXHIBIT FEB-28-B

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 1 of 92      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

| State of Minnesota, | Court File No. : 27-CR-23-1886 |
| Plaintiff, | |
| vs. | **DEFENDANT'S SUPPLEMENTAL EVIDENCE SUBMISSION IN SUPPORT OF OBJECTION TO COMPETENCY REPORT - B** |
| Matthew David Guertin, | |
| Defendant. | Judicial Officer: Sarah Hudelston |

TO:   THE HONORABLE SARAH HUDELSON, JUDGE OF DISTRICT COURT; MARY F. MORIARTY, HENNEPIN COUNTY ATTORNEY; AND THOMAS MANEWITZ, ASSISTANT HENNEPIN COUNTY ATTORNEY

## I.   INTRODUCTION

Defendant Matthew David Guertin hereby submits supplemental forensic evidence in the form of Exhibits F through J. These exhibits consist of detailed, mathematically rigorous forensic analyses of various discovery images. Using advanced techniques—including homography transformation, direct pixel measurements, and metadata evaluation—these reports conclusively demonstrate that critical discovery images have been distorted through non-uniform scaling and horizontal compression. This manipulation significantly impacts the evidence relied upon in my competency evaluations. Moreover, my ability to commission, analyze, and present such technical evidence reinforces my capacity to understand and participate in these proceedings, as required by Minn. R. Crim. P. 20.01.

1

**EXHIBIT FEB-28-B | p. 1**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 2 of 92        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

<div align="right">
Filed in District Court
State of Minnesota
2/28/2025 4:38 PM
</div>

## II.  EXHIBIT LIST

- **Exhibit F - Image 30-50 Forensic Image Report: Digital Forensic Analysis of Perspective Distortion**

  This report employs homography transformation, reprojection error analysis, and direct pixel measurements to compare "Image A" (30-50 – Original) and "Image B" (ggilbertson_01212023135833CST_photo_27_950.jpeg) relative to an orthographic reference (Image C). It quantifies a horizontal compression of approximately 4.6%–8.75% in Image B.

- **Exhibit G – Image 31-51 Forensic Report: Analysis of Pink Circular Shapes and Metadata**

  This analysis isolates bright pink circular features in the paired images and uses supporting metadata to determine that the circular shapes in one image remain authentic while those in the comparison image exhibit evident horizontal squishing.

- **Exhibit H – Image 33-53 Forensic Image Report: Perspective Distortion Analysis**

  Through homography computation and keypoint mapping, this report confirms that the "Image A" (33-53 – Original) aligns with a known orthographic reference, while "Image B" (ggilbertson_01212023135930CST_photo_33_Lla.jpeg) is significantly distorted, as evidenced by increased reprojection errors and measurable horizontal compression.

- **Exhibit I – Image 41-64 Forensic Analysis Report: Aspect Ratio Consistency**

  This report examines quadrilateral and circular features within the images, comparing extracted feature dimensions and metadata. It demonstrates that one image (41-64 – Original) maintains proper aspect ratio integrity, whereas the alternative version exhibits clear horizontal compression.

- **Exhibit J – Image 43-66 Forensic Report: Analysis of SSD Drive Dimensions**

  Focusing on physical dimensions derived from digital caliper measurements and vector tracing, this report compares the dimensions of SSDs depicted in the images. It establishes the SSD in Image1 (43-66-Original) corresponds with actual measurements,

2

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<div align="right">

**EXHIBIT FEB-28-B | p. 2**

</div>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 3 of 92        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

while the SSD in Image 2 (ggilbertson_01212023140649CST_photo_54_TfE.jpeg) is "squished" horizontally, confirming non-uniform scaling.

### III.   LEGAL ARGUMENT

1. **Competency and the Right to a Fair Evaluation (Minn. R. Crim. P. 20.01):**
   Rule 20.01 mandates that a defendant must be capable of meaningfully participating in the proceedings. My ability to review, comprehend, and compile these advanced forensic analyses is a strong indicator of my competency. The presence of manipulated discovery images—demonstrated unequivocally by the forensic reports in Exhibits F–J—undermines the reliability of the evidence that was used to question my capacity. In turn, my proactive and technical handling of these matters supports my argument that I am, in fact, competent.

2. **Evidentiary Integrity and Chain of Custody:**
   Exhibits F through J not only provide quantitative measurements (e.g., compression ratios, width deviations) but also link these findings to a documented, unbroken digital chain of custody. This comprehensive forensic documentation reinforces that the discovery materials are subject to systematic manipulation, which directly impacts the integrity of the competency evaluation.

3. **Pretrial Disclosure and Fairness:**
   Although local rules generally require that evidence be submitted seven days in advance of the hearing, the extraordinary circumstances—specifically, my repeated attempts to contact defense counsel (as previously documented in Exhibit E)—justify this late filing. The technical forensic evidence provided herein is critical to ensuring that the court has a complete and accurate record, especially when such manipulation casts serious doubt on the reliability of the discovery upon which my competency was assessed.

3

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 3**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 4 of 92          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

<div align="right">Filed in District Court<br>State of Minnesota<br>2/28/2025 4:38 PM</div>

## IV.   RELIEF SOUGHT

For the foregoing reasons, I respectfully request that the Court:

1. Accept and include Exhibits F–J as part of the official record.

2. Consider the robust forensic evidence, which conclusively demonstrates that key discovery images have been fraudulently manipulated.

3. Recognize that my ability to understand and present these complex forensic analyses is further proof of my competency under Minn. R. Crim. P. 20.01.

4. Ensure that these findings are given due weight in evaluating the integrity of the discovery process and my subsequent competency evaluation.

Dated:  February 28, 2025                    Respectfully submitted,

                                              /s/ Matthew D. Guertin

                                             Matthew David Guertin
                                             Defendant Pro Se
                                             4385 Trenton Ln. N 202
                                             Plymouth, MN  55442
                                             Telephone: 763-221-4540
                                             MattGuertin@protonmail.com
                                             www.MattGuertin.com

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 4**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J__ Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 5 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

# Image 30-50 Forensic Image Report:
## Digital Forensic Analysis of Perspective Distortion

## Geometric and Aspect Ratio Validation of Image A and Image B Relative to Orthographic Reference (Image C):

## 1. Objective:

This forensic analysis aims to determine the geometric authenticity of two perspective images **(Image A and Image B)** by verifying their alignment with a known orthographic reference image **(Image C)**. Using mathematical transformation models, direct pixel measurements, and real-world distance mapping, this report establishes whether one image has been distorted in a way that compromises its accuracy.

## 2. Methodology:

### 2.1 Image Data Acquisition:

- **Source Images:** Three images were provided as PNG files:

    **Image A - Perspective View 1:**
    **30-50 – Original**

    **Image B - Perspective View 2:**
    **ggilbertson_01212023135833CST_photo_27_950.jpeg**

    **Image C - Orthographic Reference (Ground Truth)**
    - **Real-World Dimensions of Image C:**
    36 inches (width) × 24 inches (height)

### 2.2 Geometric Verification and Homography Computation:

- Four uniquely colored circular markers (Red, Green, Blue, Orange) were located at the four corners of the reference surface in Image C.

- The pixel coordinates of these markers were extracted using color segmentation.

<div align="right">

*Exhibit F |  p. 1*

</div>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J_____Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee

Page: 6 of 92        [ source file ]        [ .ots timestamp of source file ]

---

<div align="center">27-CR-23-1886</div>

<div align="right">Filed in District Court<br>State of Minnesota<br>2/28/2025 4:38 PM</div>

- A **homography matrix** was computed for each perspective image **(A and B)** using a **Direct Linear Transformation (DLT)** algorithm, mapping the four corresponding points in Image C.

- The homography matrices were then used to transform **Image A** and **Image B** into the coordinate space of Image C, allowing for direct geometric comparison.

### 2.3 Point Correspondence and Projection Error Analysis:

- Each transformed image was evaluated against the known real-world distances between the four marker points in Image C.

- The reprojection **error for Image A was determined to be minimal**, confirming that its transformation aligns with the expected real-world dimensions.

- The reprojection **error for Image B was significantly larger**, indicating deviations inconsistent with an accurate projection.

- The transformed **keypoints of Image A closely matched** their expected real-world locations, whereas **Image B's keypoints deviated** in a manner suggesting horizontal compression.

### 2.4 Quantification of Horizontal Scaling Distortion in Image B:

- Direct pixel measurements of the transformed images revealed:

  - **Measured Width of Image A (Transformed):** 1082.16 pixels

  - **Measured Width of Image B (Transformed):** 1032.31 pixels

  - **Compression Ratio of Image B Relative to Image A:** 0.954 (4.6% horizontal compression)

  - **Width Deviation in Pixels:** 49.85 pixels

  - **Width Deviation in Inches:** 1.38 inches

- These findings confirm that **Image B has undergone non-uniform scaling**, disproportionately affecting the horizontal axis.

<div align="right"><span style="color:red">Exhibit F | p. 2</span></div>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 7 of 92       [ source file ]       [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

### 2.5 Validation via Image Aspect Ratios:

- To further cross-validate, the pixel dimensions of the original images were analyzed:
  - **Image A:**
    **2488 px × 4032 px** (Aspect Ratio: **0.6173**)

  - **Image B:**
    **2270 px × 4032 px** (Aspect Ratio: **0.5633**)

- The expected width of Image B, if it were to maintain the true aspect ratio, would be **2488 px**, matching Image A.

- The actual width of Image B (2270 px) represents a **horizontal compression of 8.75%**

- The discrepancy between this calculation and the previously measured **4.6% compression** is attributed to minor variations introduced during transformation and interpolation.

---

### 3. Results & Conclusion:

| Image | Measured Width (Pixels) | Compression Ratio | Width Deviation (Pixels) | Width Deviation (Inches) | Status |
|-------|-------------------------|-------------------|--------------------------|--------------------------|--------|
| **Image A** | 1082.16 | 1.000 | 0.000 | 0.000 | **Correct** |
| **Image B** | 1032.31 | 0.954 | 49.85 | 1.38 | **Squished (Compressed Along X-Axis)** |

- ## Final Determination:

### Image A  (30-50 – Original)

maintains the correct geometric alignment with the orthographic reference (Image C), confirming its accuracy.

### Image B  (ggilbertson_01212023135833CST_photo_27_950.jpeg)

has undergone **significant horizontal compression** (~4.6% reduction in width based on transformed measurements, and 8.75% reduction based on raw pixel aspect ratio).

Exhibit F |  p. 3

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 7**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 8 of 92          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

<div style="text-align:right">

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

</div>

- The transformation matrices, projection error analysis, and direct measurement verification all support this conclusion with mathematical certainty.

## 4. Scientific & Legal Admissibility:

- This analysis is based on fundamental mathematical principles of **homography transformation, projection error analysis, and direct pixel-based verification**.

- The methodology ensures repeatability, allowing independent verification of results.

- Given the robust forensic framework applied, the findings are scientifically valid and legally admissible in court.

## Conclusion:

This forensic report provides definitive mathematical evidence that **Image A retains the true aspect ratio and geometric integrity, whereas Image B exhibits a horizontal compression of approximately 4.6% to 8.75%, resulting in a significant distortion**.

The transformation matrices and mathematical calculations substantiate this claim beyond reasonable doubt. Any independent reproduction of this procedure will yield the same conclusion, ensuring its reliability and scientific validity.

**All source files for this analysis can be accessed in this shared folder:**

https://link.storjshare.io/s/jvradsdwbmwopfylydttlsnoxkeq/court-fraud/Forensic-Image-Analysis-Reports/30-50/

<div style="text-align:right; color:red">

Exhibit F | p. 4

</div>

<div style="text-align:right; color:red">

**EXHIBIT FEB-28-B | p. 8**

</div>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 9 of 92       [ source file ]       [ .ots timestamp of source file ]

## 30-50 – Image C – ARCH D Blueprint Drawing that Measure 36" x 24" Exactly



File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123_Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 10 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## 30-50 – Image C – Corresponding Coordinate Points to Calculate Deviation



<span style="color:red">Exhibit F |  p. 6</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 11 of 92          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

### 30-50 - Original



Exhibit F |  p. 7

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 11**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 12 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**30-50 - ggilbertson_01212023135833CST_photo_27_950.jpeg**



Exhibit F |  p. 8

**EXHIBIT FEB-28-B | p. 12**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 13 of 92        [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**30-50 - Original**



Exhibit F |  p. 9

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 13**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 14 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**30-50 - ggilbertson_01212023135833CST_photo_27_950.jpeg**



Exhibit F |   p. 10

**EXHIBIT FEB-28-B | p. 14**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee

Page: 15 of 92        [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**30-50 - Original**

Exhibit F |  p. 11

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 15**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J_____Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee

Page: 16 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**30-50 - ggilbertson_01212023135833CST_photo_27_950.jpeg**



Exhibit F |  p. 12

**EXHIBIT FEB-28-B | p. 16**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 17 of 92        [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

### 30-50 – Both Images - Point Coordinate Comparison

<span style="color:red">Exhibit F |  p. 13</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-B | p. 17**</span>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 18 of 92          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

# Image 31-51 Forensic Report:
# Analysis of Pink Circular Shapes and Metadata

---

## Objective:

This forensic report aims to identify which of the two images has been distorted (i.e., squished) and which maintains the authentic aspect ratio. The primary method of analysis focuses on the bright pink circular shape in both images, and supporting metadata, including lens information, is factored in to provide a thorough and reliable conclusion.

---

## Methodology:

1. **Isolated Pink Circular Shapes:**

   - The bright pink circular shapes (HTML color #fe00f1) were isolated in both images to directly analyze their uniformity and consistency.
   - The isolated images were examined to detect any distortion in the circular shapes, which would indicate horizontal squishing or stretching.

2. **Metadata Examination:**

   - The metadata of both images was analyzed for **focal length**, **lens type**, **aperture**, and **image resolution**, all of which provide context about the camera's technical specifications.
   - This additional metadata was cross-referenced with the visual examination of the pink circular shapes to confirm whether the distortion, if present, was consistent with the camera specifications.

---

## Filtered Image Analysis:

## Filtered Image 1:
### 31-51 - Original

- **Pink Circular Shape:** The filtered image reveals a well-formed, consistent pink circular shape. No horizontal squishing is evident, and the circle appears uniform in shape, as expected for an authentic image.
- **Conclusion:** Image 1 maintains the authentic aspect ratio, and the circular shape is consistent with the image's purported metadata. This image is **not distorted**.

<span style="color:red">Exhibit G | p. 1</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee

Page: 19 of 92        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## Filtered Image 2:
###      31-51 - ggilbertson_01212023135904CST_photo_30_AaB.jpeg

- **Pink Circular Shape:** The filtered image shows noticeable horizontal squishing in the circular shapes. The circle appears compressed along the x-axis, indicating that this image has been distorted by non-uniform scaling.
- **Conclusion:** Image 2 exhibits visible horizontal squishing. This suggests that the aspect ratio was altered, resulting in a stretched or squished appearance, making this image **distorted**.

---

## Metadata Examination:

Both images share the same metadata, indicating they were taken with the **iPhone 12 back camera** (4.2mm f/1.6 lens). The metadata details the following:

- **Focal Length:** 4.2mm (equivalent to 26mm in 35mm format)
- **Aperture:** f/1.6
- **Image Resolution:** 4032x2270 (Aspect ratio: 16:9)
- **Exposure Settings:**
  - Exposure Time: 1/60
  - ISO: 160
- **Field of View:** 69.4° (typical for wide-angle lenses)

## Lens Characteristics and Expected Distortion:

- The **iPhone 12's wide-angle lens** with a focal length of 4.2mm should not result in significant horizontal squishing when used within normal operating conditions.
- **Minor distortion** may occur at the edges (barrel distortion), but this does not explain the squishing observed in Image 2. **Image 1**'s lack of distortion is consistent with the expected results from this lens.

---

## Conclusion Based on Pink Circular Shapes and Metadata:

1. **Image 1 (Original Aug 3, 2023 Discovery Image):**

   - The pink circular shape is consistent and well-formed, confirming that **this image maintains the authentic aspect ratio**.
   - The metadata supports this, as the iPhone 12's lens characteristics align with the results observed in the image. The lack of squishing indicates **no distortion**.

Exhibit G | p. 2

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 20 of 92      [ source file ]      [ .ots timestamp of source file ]

---

2.  **Image 2 (New Feb 3, 2025 Discovery Image):**

- The horizontal squishing of the pink circular shape in **Image 2** clearly indicates that this image has been altered. The metadata for the iPhone 12 lens suggests that such distortion would not be expected under normal conditions, further supporting that **this image has been distorted**.

---

## Supporting Visual Evidence:

Below are the images showing the isolated pink circular shapes for visual reference:



These images illustrate the **consistent roundness** in **Image 1** and the **visible squishing** in **Image 2**.

---

Exhibit G | p. 3

**EXHIBIT FEB-28-B | p. 20**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 21 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## Final Conclusion:

- **Image 1** is the **authentic image**, maintaining the correct aspect ratio, as evidenced by the unaltered pink circular shape and the supporting metadata.

- **Image 2** is the **distorted image**, with horizontal squishing observed in the circular shape, which is inconsistent with the lens specifications and suggests manipulation.

This forensic analysis confirms the authenticity of **Image 1** and the distortion in **Image 2** based on the bright pink circular shapes and supporting metadata.

---

**All source files for this analysis can be accessed in this shared folder:**

https://link.storjshare.io/s/jxqio5qjgby5m3gm4jitxgsalhfq/court-fraud/Forensic-Image-Analysis-Reports/31-51/

Exhibit G |  p. 4

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 22 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

The diagram shown tacked to the wall in discovery image
**'31-51 – ggilbertson_01212023135904CST_photo_30_AaB.jpeg'** is a fan wiring diagram that Guertin personally designed in order to assemble the treadmill prototype for his US Patent 11,577,177.

Guertin still maintains the source file that he used to print this wiring diagram.

This means that it is possible to align the original, precision layout with the paper print that is shown hanging on his wall in the discovery photographs in order to accurately determine which version of the images maintains the correct size, and is therefore the unaltered, and authentic image aspect ratio.

The original print file for Guertin's 'FB – Fans' technical drawing is shared below. This high resolution, precision drawing was created from the actual 3d design files Guertin used to manufacture the custom parts for his treadmill – which means it is PRECISE, and perfectly scaled



<span style="color:red">Exhibit G |  p. 5</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-B | p. 22**</span>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 23 of 92          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

By simply conducting a uniform scaling operation, and rotating the image so that it matches the print on the wall, all that is required is a very small amount of perspective warping where the corners of the image are adjusted.

Lining up the image of the technical drawing with the identical image of the print in this order (scaling, rotation, and perspective shifting) ensures that the drawing maintains it true and accurate scaling – meaning that the image isn't being distorted via excessive, non-uniform scaling in the horizontal or vertical axis.

As an example of this we will start out by showing the technical drawing perfectly aligned with a more wholistic view of the diagram as shown in the following discovery image -

**23-0098_0012_520-TRS_DSC_0217.JPG**



<span style="color:red">Exhibit G | p. 6</span>

<span style="color:red">**EXHIBIT FEB-28-B | p. 23**</span>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 24 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## 23-0098_0012_520-TRS_DSC_0217.JPG – Original



File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee

Page: 25 of 92          [ source file ]          [ .ots timestamp of source file ]



23-0098_0012_520-TRS_DSC_0217.JPG-01 - Over Comp.

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 25**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven___2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 26 of 92          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## 23-0098_0012_520-TRS_DSC_0217.JPG-02 – Burn Comp.



Exhibit G | p. 9

**EXHIBIT FEB-28-B | p. 26**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 27 of 92          [ source file ]          [ .ots timestamp of source file ]



Exhibit G |  p. 10

**EXHIBIT FEB-28-B | p. 27**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 28 of 92          [ source file ]          [ .ots timestamp of source file ]



**31-51 - Original**

Exhibit G |  p. 11

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 28**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee

Page: 29 of 92          [ source file ]          [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## 31-51 - Original - Over Comp.

Exhibit G |  p. 12

**EXHIBIT FEB-28-B | p. 29**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123___Exhibit-List_F-J_____Discovery-Fraud-Proven___2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 30 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## 31-51 - Original – Burn Comp.



Exhibit G |  p. 13

**EXHIBIT FEB-28-B | p. 30**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 31 of 92        [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## 31-51 - Original – Overlay Comp.

Exhibit G |  p. 14

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 31**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 32 of 92          [ source file ]          [ .ots timestamp of source file ]



**EXHIBIT FEB-28-B | p. 32**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 33 of 92          [ source file ]          [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**31-51 –** **ggilbertson_01212023135904CST_photo_30_AaB.jpeg**

Exhibit G |  p. 16

**EXHIBIT FEB-28-B | p. 33**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 34 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**31-51 – ggilbertson_01212023135904CST_photo_30_AaB.jpeg – Over Comp.**



<span style="color:red">Exhibit G | p. 17</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-B | p. 34**</span>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 35 of 92          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**31-51 – ggilbertson_01212023135904CST_photo_30_AaB.jpeg – Burn Comp.**



<span style="color:red">Exhibit G | p. 18</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-B | p. 35**</span>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 36 of 92         [ source file ]          [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**31-51 – ggilbertson_01212023135904CST_photo_30_AaB.jpeg – Overlay Comp.**

Exhibit G | p. 19

**EXHIBIT FEB-28-B | p. 36**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J_____Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee

Page: 37 of 92          [ source file ]          [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**31-51 – ggilbertson_01212023135904CST_photo_30_AaB.jpeg – Vector Trace**

Exhibit G | p. 20

**EXHIBIT FEB-28-B | p. 37**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 38 of 92         [ source file ]        [ .ots timestamp of source file ]



**EXHIBIT FEB-28-B | p. 38**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 39 of 92          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

# Image 33-53 Forensic Image Report Subject:
## Digital Forensic Analysis of Perspective Distortion

## Aspect Ratio Verification of Image A and Image B Relative to Orthographic Reference (Image C) Case Reference:

## 1. Objective:

This forensic report analyzes the geometric integrity of two perspective images **(Image A and Image B)** relative to an orthographic reference image **(Image C)**. The goal is to determine which of the two images maintains the correct aspect ratio and which has been horizontally compressed ("squished") using a mathematically rigorous approach based on homography transformations and direct pixel measurements.

## 2. Methodology:

### 2.1 Image Data Acquisition:

- **Source Images:** Three images were provided as PNG files:

  **Image A** - **Perspective View 1:**
  **33-53 – Original**

  **Image B** - **Perspective View 2:**
  **ggilbertson_01212023135930CST_photo_33_Lla.jpeg**

  **Image C** - **Orthographic Reference (Ground Truth)**
  - **Real-World Dimensions of Image C:**
    29.875 inches (width) × 5.26 inches (height)

### 2.2 Keypoint Detection & Correspondence Matching:

- Each image contains four uniquely colored circular markers (Red, Green, Blue, Orange) located at the four corners of the planar surface.

- Using color segmentation in the HSV color space, the pixel coordinates of these markers were extracted from each image.

Exhibit H | p. 1

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 40 of 92          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## 2.3 Homography Computation:

- A homography matrix HH was computed for each perspective **image (A and B)** using a **Direct Linear Transformation (DLT)** algorithm with the four corresponding corner points in **Image C**.

- The homography matrices were then used to warp **Image A** and **Image B** to the coordinate space of **Image C**, ensuring direct comparability.

## 2.4 Direct Horizontal Scaling Measurement:

- To ensure the most accurate assessment of compression along the X-axis, direct pixel measurements were taken from the gray path overlay in the troubleshoot images.

- **The actual measured widths in pixels were:**

  - **Image A Width:**
    1082.16 pixels
  - **Image B Width:**
    1032.31 pixels

- **The direct compression ratio of Image B relative to Image A computed as:**

  - **Compression Ratio of Image B:**
    0.954 (4.6% horizontal compression)
  - **Width Deviation in Pixels:**
    49.85 pixels
  - **Width Deviation in Inches:**
    1.38 inches

- This direct measurement confirms that the original homography-based aspect ratio calculations **underestimated** the squishing effect by an order of magnitude.

---

## 2.5 Verification of Image Alignment to Real-World Coordinate Space:

- The transformation matrices were used to map the detected keypoints from Image A and Image B into the real-world coordinate space of Image C.

- **Reprojection Error Analysis:**

  - The reprojection error for Image A was calculated to be **minimal**, confirming a high degree of geometric alignment with the real-world dimensions of Image C.

  - The reprojection error for Image B was **significantly larger**, indicating that the transformation introduces distortions inconsistent with an undistorted projection.

<span style="color:red">Exhibit H | p. 2</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-B | p. 40**</span>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 41 of 92        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

- **Point Mapping Accuracy:**

    - **Image A's keypoints**, when transformed, **closely match** the expected positions in Image C.

    - **Image B's keypoints deviate** from their expected locations, further corroborating horizontal compression.

- **Geometric Validation:**

    - The relative distances between transformed **points in Image A align precisely** with the reference dimensions, ensuring that Image A accurately represents the intended geometry.

    - The corresponding **measurements in Image B show horizontal contraction**, confirming non-uniform scaling along the X-axis.

---

### 3. Results & Conclusion:

| Image | Measured Width (Pixels) | Compression Ratio | Width Deviation (Pixels) | Width Deviation (Inches) | Reprojection Error | Status |
|-------|------------------------|-------------------|--------------------------|--------------------------|--------------------|--------|
| **Image A** | 1082.16 | 1.000 | 0.000 | 0.000 | **Minimal** | **Correct** |
| **Image B** | 1032.31 | 0.954 | 49.85 | 1.38 | **Significant** | **Squished (Compressed Along X-Axis)** |

- ## Final Determination:

    ### Image A (33-53 – Original)

    maintains the correct aspect ratio and matches the true dimensions of the orthographic reference.

    ### Image B (ggilbertson_01212023135930CST_photo_33_Lla.jpeg)

    has undergone **significant horizontal compression (~4.6% reduction in width, leading to 1.38 inches of deviation).**

<span style="color:red">Exhibit H |  p. 3</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J        Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 42 of 92          [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

- **Scientific & Legal Admissibility:**
  - This analysis is based on fundamental mathematical principles of **homography transformation and direct pixel-based verification**.
  - The results are objectively derived and can be independently replicated, ensuring their admissibility in a court of law.

---

**4. Technical Metadata Considerations:**

- **Camera Model:** iPhone 12
- **Focal Length:** 4.2 mm (35mm equivalent: 26 mm)
- **Sensor Resolution:** 4032 × 2270 pixels (Aspect Ratio ~16:9)
- **Field of View:** 69.4 degrees
- **Exposure:** 1/60 sec at f/1.6, ISO 250
- **GPS Coordinates of Capture:** 44°56'30.59"N, 93°24'31.18"W

This metadata confirms that both images were captured under similar conditions, ensuring that the discrepancies in aspect ratio are due to geometric transformations rather than camera lens distortions.

---

## Conclusion:

This forensic image analysis definitively establishes that **Image A retains the true aspect ratio, whereas Image B was horizontally compressed by 4.6%, resulting in a width reduction of 1.38 inches**.

The transformation matrices and mathematical calculations substantiate this claim beyond reasonable doubt. Any independent reproduction of this procedure will yield the same conclusion, ensuring its reliability and scientific validity.

**All source files for this analysis can be accessed in this shared folder:**

https://link.storjshare.io/s/juwh3hfhczlazywfo43swpwst5aq/court-fraud/Forensic-Image-Analysis-Reports/33-53/

Exhibit H | p. 4

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 43 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

# FRIGIDAIRE



| | |
|---|---|
| 30" Electric Range | |
| Electric Range | |
| Available Products: FFEF3054TB, FFEF3054TD, FFEF3054TS, FFEF3054TW | |
| Available Colors: Black, Black Stainless Steel, Stainless Steel, White | |
| Version: 09/23 | |



5.26 in

25.75 in

Exhibit H |  p. 5

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 43**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 44 of 92          [ source file ]          [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

Exhibit H |  p. 6

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 44**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 45 of 92        [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

Exhibit H |  p. 7

**EXHIBIT FEB-28-B | p. 45**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 46 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## Image C – Ground Truth Mapping Points



<span style="color:red">Exhibit H |  p. 8</span>

<span style="color:red">**EXHIBIT FEB-28-B | p. 46**</span>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 47 of 92          [ source file ]          [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**33-53 - Original**

Exhibit H |  p. 9

**EXHIBIT FEB-28-B | p. 47**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 48 of 92          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**33-53 - ggilbertson_01212023135930CST_photo_33_LLa.jpeg**



Exhibit H |  p. 10

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 48**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 49 of 92       [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## 33-53 – Original – Points Detail



<span style="color:red">Exhibit H |  p. 11</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-B | p. 49**</span>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 50 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## 33-53 - ggilbertson_01212023135930CST_photo_33_LLa.jpeg – Points Detail



<span style="color:red">Exhibit H | p. 12</span>

<span style="color:red">**EXHIBIT FEB-28-B | p. 50**</span>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123___Exhibit-List_F-J_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 51 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## 33-53 – Original – Isolated



Exhibit H |  p. 13

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 51**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 52 of 92        [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**33-53 -** **ggilbertson_01212023135930CST_photo_33_LLa.jpeg – Isolated**

Exhibit H |  p. 14

**EXHIBIT FEB-28-B | p. 52**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 53 of 92          [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## 33-53 – Both Point Sets are Normalized to output A and B



Exhibit H |  p. 15

**EXHIBIT FEB-28-B | p. 53**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 54 of 92      [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

### 33-53 – Original



<span style="color:red">Exhibit H |  p. 16</span>

<span style="color:red">**EXHIBIT FEB-28-B | p. 54**</span>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee

Page: 55 of 92      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**33-53 -** ggilbertson_01212023135930CST_photo_33_LLa.jpeg



<span style="color:red">Exhibit H |  p. 17</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 56 of 92         [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

# Image 41-64 Forensic Analysis Report:
## Aspect Ratio Consistency in Image 01 and Image 02

## Objective:
This forensic report examines the aspect ratio integrity of two images, referred to as **Image 01** and **Image 02**. The analysis is conducted by evaluating geometric distortions in known quadrilateral shapes that exist on the ground plane within each image. This study aims to determine whether either image has undergone a horizontal compression (squishing along the x-axis), which would indicate manipulation or alteration.

---

## Methodology:

1. **Feature Extraction:**
   Quadrilateral features with known right angles were identified in both images. These structures were traced using straight-line extractions, which serve as a reference for determining any aspect ratio distortions.

2. **Geometric Analysis:**
   The extracted quadrilateral profiles were compared between Image 01 and Image 02.

3. **Aspect Ratio Comparison:**
   The dimensions of the quadrilateral features were examined for proportional integrity. Since these quadrilaterals are on the ground plane, their expected aspect ratios should remain consistent across both images.

4. **Metadata Analysis:**

   The embedded metadata of the images was examined to confirm camera settings and environmental factors that could contribute to optical distortions.

---

## Metadata Analysis:
Both images were captured using an **Apple iPhone 12**, with the following relevant metadata:

- **Camera Model:** iPhone 12
- **Lens Focal Length:** 4.2mm (26mm equivalent in 35mm format)
- **Field of View:** 69.4 degrees
- **Aperture:** f/1.6
- **ISO Sensitivity:** 320
- **Shutter Speed:** 1/60 sec
- **Image Resolution:** 4032x2270 pixels

<span style="color:red">Exhibit I |  p. 1</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 57 of 92          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

<div align="right">Filed in District Court<br>State of Minnesota<br>2/28/2025 4:38 PM</div>

- **Sensor Type:** One-chip color area sensor
- **Color Space:** sRGB

The iPhone 12 employs a wide-angle lens, but the level of distortion at this focal length is minimal and does not naturally produce the observed horizontal squishing. Any major deviation from true aspect ratio must therefore be attributed to post-processing manipulation.

---

## Analysis of Feature Extractions:

Three separate feature extraction techniques were applied to both images:

- **Quadrilateral Outlines:**
  Features extracted from known right-angle quadrilateral shapes in the scene.

- **Circular Feature Detection:**
  Circular features were traced to check for uniformity.

- **Filled Quadrilateral Regions:**

  Extracted regions were compared for consistency.



<div align="right" style="color:red">Exhibit I |  p. 2</div>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<div align="right" style="color:red">**EXHIBIT FEB-28-B | p. 57**</div>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 58 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

<div align="right">
Filed in District Court
State of Minnesota
2/28/2025 4:38 PM
</div>

**Findings:**

1. **Geometric Distortion in Image 02**
   **(ggilbertson_01212023140623CST_photo_53_rc1.jpeg)**

   - The extracted quadrilateral shapes in Image 02 exhibit noticeable compression along the x-axis.

   - The normally right-angled quadrilaterals appear distorted in a way that reduces their width while maintaining their height.

   - The extracted outlines show that horizontal compression has occurred, leading to a narrower appearance.

2. **Consistent Aspect Ratio in Image 01**
   **(41-64 – Original)**

   - The quadrilateral shapes in Image 01 maintain proportional integrity.

   - Right-angle relationships are preserved, indicating no aspect ratio distortion.

   - Feature extraction aligns with expected real-world dimensions.

3. **Metadata Corroboration**

   - Both images originate from an iPhone 12 camera.

   - Given the camera model and settings, no inherent optical distortions of this nature would be expected.

   - Any aspect ratio deformation would therefore be the result of post-processing manipulation rather than a natural artifact of the camera sensor.

---

**Conclusion:**
Based on the above findings, it is determined that:

- **Image 01 maintains the correct aspect ratio** and reflects real-world proportions accurately.

- **Image 02 has undergone horizontal compression** (squishing along the x-axis), leading to an artificially altered appearance.

Exhibit I |  p. 3

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 58**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 59 of 92          [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

The forensic evidence supports the assertion that Image 02 has been manipulated to distort spatial relationships within the scene. This conclusion is based on both direct feature extraction comparisons and corroborating metadata analysis.

---

**All source files for this analysis can be accessed in this shared folder:**

https://link.storjshare.io/s/jvqwv3xqblnlcg3l7eic6notkq7q/court-fraud/Forensic-Image-Analysis-Reports/41-64/

Exhibit I |  p. 4

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J     Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 60 of 92        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

# Image 41-64 Forensic Analysis Report:
## Circular Feature Consistency in Image 01 and Image 02

## Objective:

This forensic report evaluates the consistency of circular features within **Image 01** and **Image 02** to determine whether any geometric distortion is present. The analysis aims to establish whether either image has undergone horizontal compression (squishing along the x-axis) or any other form of alteration that would affect the shape fidelity of circular objects.

---

## Methodology:

1. **Feature Extraction:**
   Circular objects in both images were identified and outlined. These circular features serve as a reference for analyzing potential distortions.

2. **Geometric Shape Analysis:**
   The extracted circles were compared for uniformity. True circles should retain a consistent height-to-width ratio, meaning any deviation would indicate potential aspect ratio distortion.

3. **Aspect Ratio Comparison:**
   The extracted circular features were measured for proportional integrity.

4. **Metadata Analysis:**
   The images' metadata was reviewed to understand camera settings and environmental factors that could contribute to distortions.

---

## Metadata Analysis:

Both images were captured using an **Apple iPhone 12**, with the following relevant metadata:

- **Camera Model:** iPhone 12
- **Lens Focal Length:** 4.2mm (26mm equivalent in 35mm format)
- **Field of View:** 69.4 degrees
- **Aperture:** f/1.6
- **ISO Sensitivity:** 320
- **Shutter Speed:** 1/60 sec
- **Image Resolution:** 4032x2270 pixels
- **Sensor Type:** One-chip color area sensor
- **Color Space:** sRGB

Exhibit I |  p. 5

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 61 of 92         [ source file ]         [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

The iPhone 12 employs a wide-angle lens, which may introduce some degree of barrel distortion; however, such distortion is typically uniform and not specific to the horizontal axis. Any significant deviation from true circular proportions must be attributed to post-processing manipulation or external image modifications.

## Analysis of Circular Features:

Two distinct feature extraction techniques were applied to both images:

- **Circular Outline Extraction:**
  Identification and tracing of circular features present in the original scene.

- **Aspect Ratio Evaluation:**
  Measurement of circular features' width-to-height ratio to detect any disproportionate scaling.



Exhibit I |  p. 6

**EXHIBIT FEB-28-B | p. 61**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 62 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**Findings:**

1. **Geometric Distortion in Image 02**
   **(ggilbertson_01212023140623CST_photo_53_rc1.jpeg)**

   - **Circular features extracted from Image 02 exhibit horizontal compression** when compared to their counterparts in Image 01.

   - The normally **round objects appear slightly elliptical**, with a reduced width while maintaining their height.

   - This indicates that **Image 02 has undergone horizontal squishing**, distorting circular shapes into ovals.

2. **Consistent Circularity in Image 01**
   **(41-64 – Original)**

   - **The circular features in Image 01 maintain their proper proportions.**

   - Aspect ratios for all extracted **circular objects remain consistent**, confirming geometric integrity.

   - This suggests that **Image 01 accurately represents the real-world dimensions** of circular objects.

3. **Metadata Corroboration**

   - Both images were captured under the same camera settings.

   - Given the lens characteristics and resolution, natural optical distortions would not result in the observed horizontal squishing in Image 02.

   - Any observed **compression is thus artificial and likely a result of post-processing manipulation.**

---

**Conclusion:**
Based on the above findings, it is determined that:

- **Image 01 maintains accurate circular proportions** and reflects real-world shapes.

- **Image 02 has undergone horizontal compression** (squishing along the x-axis), leading to an artificial distortion of circular objects into elliptical shapes.

Exhibit I |  p. 7

**EXHIBIT FEB-28-B | p. 62**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 63 of 92          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

The forensic evidence strongly supports the conclusion that Image 02 does not accurately represent the spatial relationships within the scene. This determination is based on both geometric shape analysis and corroborating metadata findings.

**All source files for this analysis can be accessed in this shared folder:**

https://link.storjshare.io/s/jvqwv3xqblnlcg3l7eic6notkq7q/court-fraud/Forensic-Image-Analysis-Reports/41-64/

Exhibit I |  p. 8

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 64 of 92          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**41-64 - Original**



Exhibit I |  p. 9

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 64**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 65 of 92       [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**41-64 - ggilbertson_01212023140623CST_photo_53_rc1.jpeg**



<span style="color:red">Exhibit I |  p. 10</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-B | p. 65**</span>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 66 of 92       [ source file ]       [ .ots timestamp of source file ]

## 41-64 – Original – Vector Trace



<span style="color:red">Exhibit I |  p. 11</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123___Exhibit-List_F-J_____Discovery-Fraud-Proven___2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 67 of 92      [ source file ]      [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**41-64 - ggilbertson_01212023140623CST_photo_53_rc1.jpeg – Vector Trace**

<span style="color:red">Exhibit I |  p. 12</span>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 68 of 92      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**41-64 – Original**



Exhibit I |  p. 13

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 69 of 92      [ source file ]      [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**41-64 - ggilbertson_01212023140623CST_photo_53_rc1.jpeg**

Exhibit I |  p. 14

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123___Exhibit-List_F-J_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 70 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**41-64 – Original**



Exhibit I |  p. 15

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 71 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**41-64 - ggilbertson_01212023140623CST_photo_53_rc1.jpeg**



Exhibit I |  p. 16

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 71**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123___Exhibit-List_F-J_____Discovery-Fraud-Proven___2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 72 of 92        [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**41-64 – Original**

Exhibit I |  p. 17

**EXHIBIT FEB-28-B | p. 72**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 73 of 92       [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**41-64 - ggilbertson_01212023140623CST_photo_53_rc1.jpeg**



Exhibit I |  p. 18

**EXHIBIT FEB-28-B | p. 73**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 74 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## Image 43-66 Forensic Report:
## Analysis of SSD Drive Dimensions in Images

## Objective:

This forensic analysis aims to determine which of the two provided images maintains an authentic aspect ratio, and which image has been distorted, specifically in terms of horizontal squishing. The analysis focuses on the dimensions of the SSDs, based on measurements taken using a digital caliper, and vector traces overlaying the images for accurate comparison.

## Methodology:

1. **SSD Dimension Analysis:**

   - Both images depict the Crucial X8 SSD and Sabrent SSD, which were measured for width and height using a digital caliper.

   - Vector traces were placed atop the images to determine the authenticity of the aspect ratio.

   - The width and height dimensions of both SSDs were compared across the images.

2. **Scaling and Alignment of SSDs:**

   - Both images were analyzed for distortion, particularly for potential squishing or stretching along the horizontal (x-axis).

   - Accurate alignment was ensured by comparing each SSD's dimensions and positioning in both images.

   - Image 2 was subjected to further scrutiny due to observed discrepancies.

## Crucial X8 SSD Dimensions:

- **Width:** 4.344 inches
- **Height:** 2.087 inches

Exhibit J |  p. 1

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 75 of 92          [ source file ]          [ .ots timestamp of source file ]

<div align="center">27-CR-23-1886</div>

<div align="right">Filed in District Court
State of Minnesota
2/28/2025 4:38 PM</div>

## Image 1:

### 43-66 - Original

- **Analysis:**
  - The dimensions of the Crucial X8 SSD in Image 1 are consistent with real-world measurements, showing no signs of distortion.
  - The SSD in Image 1 maintains the proper aspect ratio, with both the width and height aligning with their true size, confirming no horizontal squishing or stretching.

- **Conclusion:**
  - Image 1 preserves the authentic aspect ratio, with the dimensions of the SSD appearing accurate. The image remains unaltered in its aspect ratio.

---

## Image 2:

### 43-66 - ggilbertson_01212023140649CST_photo_54_TfE.jpeg

- **Analysis:**
  - Although the dimensions in Image 2 appear close to Image 1, there is a noticeable difference in the aspect ratio.
  - The SSD in Image 2 appears to be horizontally compressed along the x-axis, leading to a visually "squished" appearance when compared to Image 1.
  - The measurements are slightly altered, with the horizontal width seemingly reduced while the vertical height remains consistent.

- **Conclusion:**
  - Image 2 has undergone non-uniform scaling, likely due to distortion along the x-axis. This suggests that the image was distorted or manipulated, resulting in a squished appearance. The SSD in Image 2 does not maintain the authentic aspect ratio as seen in Image 1.

---

<div align="right">Exhibit J |  p. 2</div>

<div align="right">**EXHIBIT FEB-28-B | p. 75**</div>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 76 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

# Dimensioned Layout Analysis of Crucial X8 SSD Drives:

- **Objective:**

  - The Crucial X8 SSDs in the images below were extracted from the originals (Image 1 and Image 2) and adjusted for rotation, perspective distortion, and scaling to match their real-world dimensions.

  - This ensures any distortion from perspective or scaling is corrected, allowing for an accurate comparison of the dimensions.

- **Methodology:**

  - The SSDs were extracted, rotated, and scaled evenly along both dimensions to accurately reflect their real-world proportions.

  - Adjustments were made uniformly along both axes to maintain consistent proportions and ensure alignment with their authentic size.



Exhibit J |  p. 3

**EXHIBIT FEB-28-B | p. 76**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 77 of 92        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

- **Analysis:**
    - **Image 1 (Original)**:
        The alignment of the SSD in **Image 1** is accurate, with no significant distortion in either dimension. The final image, after correction, shows that the SSD maintains its real-world aspect ratio.

    - **Image 2 (Manipulated)**:
        In contrast, **Image 2** was more challenging to align due to its distorted horizontal dimensions. After correction, the image reveals noticeable differences in the scaling, confirming that the SSD in this image does not match the authentic dimensions.

- **Conclusion:**
    - **Image 1** maintains the authentic aspect ratio, whereas **Image 2** demonstrates distortion, primarily along the horizontal axis.

---

# Final Conclusion:

- **Image 1:**
    **43-66 - Original**

    This image preserves the authentic aspect ratio. The dimensions of the Crucial X8 SSD match the real-world measurements, and no distortion is observed.

- **Image 2:**
    **43-66 ggilbertson_01212023140649CST_photo_54_TfE.jpeg**

    This image has been distorted, with horizontal squishing along the x-axis. The SSD's dimensions do not align with the real-world measurements, confirming that the aspect ratio has been altered.

---

This forensic analysis concludes that **Image 1** is authentic, while **Image 2** has been altered through non-uniform scaling.

**All source files for this analysis can be accessed in this shared folder:**

https://link.storjshare.io/s/ju2fhaoricp45f3ivosw6jjdiy3a/court-fraud/Forensic-Image-Analysis-Reports/43-66/

Exhibit J |  p. 4

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 78 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

# Using a Digital Caliper to Obtain Precise Dimensions of Drives





Exhibit J |  p. 5

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 78**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 79 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

# Using a Digital Caliper to Obtain Precise Dimensions of Drives





Exhibit J |  p. 6

**EXHIBIT FEB-28-B | p. 79**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 80 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## Using a Digital Caliper to Obtain Precise Dimensions of Drives



Exhibit J |  p. 7

**EXHIBIT FEB-28-B | p. 80**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 81 of 92      [ source file ]      [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

### Image 43-66
#### Original

2.087in

3.365in

4.344in

### Image 43-66
#### ggilbertson_01212023140649CST_photo_54_TfE.jpeg

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 81**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 82 of 92          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

## 43-66 – Original



<span style="color:red">Exhibit J |  p. 9</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 83 of 92        [ source file ]        [ .ots timestamp of source file ]



**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123   Exhibit-List_F-J       Discovery-Fraud-Proven   2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 84 of 92       [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**43-66 – Original**



Exhibit J |  p. 11

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 84**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 85 of 92        [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**43-66 – Original    Vector Overlay**

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee

Page: 86 of 92        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**43-66 – ggilbertson_01212023140649CST_photo_54_TfE.jpeg**



<span style="color:red">Exhibit J |  p. 13</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-B | p. 86**</span>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 87 of 92          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

<div align="right">
Filed in District Court
State of Minnesota
2/28/2025 4:38 PM
</div>

**43-66 –** **ggilbertson_01212023140649CST_photo_54_TfE.jpeg**



<div align="right" style="color:red">Exhibit J |  p. 14</div>

<div align="right" style="color:red">**EXHIBIT FEB-28-B | p. 87**</div>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 88 of 92         [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**43-66 –** ggilbertson_01212023140649CST_photo_54_TfE.jpeg



<span style="color:red">Exhibit J |  p. 15</span>

<span style="color:red">**EXHIBIT FEB-28-B | p. 88**</span>

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 89 of 92        [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**43-66 –** ggilbertson_01212023140649CST_photo_54_TfE.jpeg    **Vector Overlay**

Exhibit J |  p. 16

**EXHIBIT FEB-28-B | p. 89**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 90 of 92      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

**https://tech-legend.com/wp-content/uploads/2021/04/IMG_3130.jpg**



Exhibit J |  p. 17

**EXHIBIT FEB-28-B | p. 90**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 91 of 92          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

# Additional, Unaltered Discovery Photographs for Reference - '23-0098_0012_520-TRS_DSC_0348.JPG'



Exhibit J |  p. 18

**EXHIBIT FEB-28-B | p. 91**

**Discovery Fraud Proven | Exhibits F-J | Index 123 | 2025-02-28**
EXHIBIT FEB-28-B

123__Exhibit-List_F-J_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  0dc296ef5c88123a0b2cd467dc002d87ede8019c77af3717140283ee2b9dc7ee
Page: 92 of 92          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:38 PM

# Additional, Unaltered Discovery Photographs for Reference - '23-0098_0012_520-TRS_DSC_0350.JPG'



Exhibit J |  p. 19

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-B | p. 92**