# EXHIBIT FEB-28-C

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 1 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

| | |
|---|---|
| **STATE OF MINNESOTA** | **DISTRICT COURT** |
| **COUNTY OF HENNEPIN** | **FOURTH JUDICIAL DISTRICT** |

| | |
|---|---|
| State of Minnesota,<br><br>Plaintiff,<br><br>vs.<br><br>Matthew David Guertin,<br><br>Defendant. | Court File No. : 27-CR-23-1886<br><br>**DEFENDANT'S SUPPLEMENTAL EVIDENCE SUBMISSION IN SUPPORT OF OBJECTION TO COMPETENCY REPORT - C**<br><br>Judicial Officer: Sarah Hudelston |

TO:  THE HONORABLE SARAH HUDELSTON, JUDGE OF DISTRICT COURT; MARY F. MORIARTY, HENNEPIN COUNTY ATTORNEY; AND THOMAS MANEWITZ, ASSISTANT HENNEPIN COUNTY ATTORNEY

## I.  INTRODUCTION

Defendant Matthew David Guertin submits this supplemental forensic evidence submission incorporating Exhibits K and L. These exhibits provide advanced, scientifically grounded analyses demonstrating that key discovery images have been manipulated. Exhibit K details a vector tracing analysis of the Hexmag HX – AR Series 2 magazine images relative to the official patent drawing (U.S. Patent No. D727,456S), revealing non-uniform horizontal compression. Exhibit L presents a forensic examination of lighting, shadow, and flash characteristics across several discovery images, showing clear discrepancies between the recorded metadata and the observed photographic evidence. Together, these analyses not only establish the fraudulent alteration of discovery materials but also underscore my ability to engage in sophisticated evidence review—supporting my competency under Minn. R. Crim. P. 20.01.

1

**EXHIBIT FEB-28-C | p. 1**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 2 of 76        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

## II.  EXHIBIT LIST

- **Exhibit K - Hexmag HX – AR Series 2 Vector Tracing Analysis**

  This report employs vector tracing techniques derived from the technical drawing in U.S. Patent No. D727,456S to compare two images of the Hexmag magazine.

  - **Methodology:**
    - Uses light-coded vector traces (light green for the original image and light turquoise for the comparison image) to map hexagonal grid patterns.
    - Compares these traces against the patent's Figure 3 to assess integrity of the design.

  - **Findings & Conclusion:**
    - **Image 1** ("48-72 – Original") precisely replicates the patent's hexagonal grid with no distortion.
    - **Image 2** ("ggilbertson_01212023140450CST_photo_50_7rT.jpeg") shows clear horizontal compression of the grid, indicating post-processing manipulation.
    - All source files and vector analyses are available in the shared folder.

- **Exhibit L - Lighting, Shadow, and Flash Examination**

  This forensic report evaluates five discovery images for inconsistencies in lighting conditions, shadow projections, and flash usage.

  - **Methodology:**
    - Analyzes shadow geometry and light ray paths in each image.
    - Cross-checks EXIF metadata against observed lighting and flash reflections
    - Reviews cropping artifacts that suggest image manipulation.

  - **Key Findings:**
    - Multiple images (e.g., Image 44-68, Garage Photos 01–03, Router Photo) show flash reflections, shadow inconsistencies, and cropping that conflict with the metadata claims (i.e., that an iPhone 12 was used with no flash fired).

2

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 2**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L__Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 3 of 76          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

<div align="right">
Filed in District Court
State of Minnesota
2/28/2025 4:40 PM
</div>

- **Conclusion:**

  - The observed lighting and flash characteristics provide incontrovertible evidence that the images have been altered, rendering their metadata fraudulent.

  - All source files and analysis reports are available in the shared folder.

### III.   LEGAL ARGUMENT

1. **Competency Under Minn. R. Crim. P. 20.01:**

   Rule 20.01 requires that a defendant be capable of rationally consulting with counsel and understanding the proceedings. My ability to obtain, comprehend, and present these advanced forensic analyses is a direct indication of my competence. The technical rigor of these reports—which use established methods (vector tracing, homography, digital caliper measurements, and EXIF metadata analysis)—demonstrates that I am fully capable of managing and challenging the evidence against me.

2. **Evidentiary Integrity and Discovery Fraud:**

   Exhibits K and L reveal that key discovery images have been manipulated via non-uniform scaling (horizontal "squishing") and improper image processing.

   - **Exhibit K**  conclusively shows that the hexagonal grid on the 'Hexmag HX – AR Series 2' magazine has been distorted in the comparison image relative to the patent drawing.

   - **Exhibit L**  exposes discrepancies in lighting and flash use across several images, contradicting the metadata provided and further confirming manipulation.

   These findings call into question the authenticity of the discovery evidence that underpinned my initial competency evaluation.

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 3**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 4 of 76          [ source file ]          [ .ots timestamp of source file ]

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

3. **Pretrial Disclosure and Fairness:**
Although local rules typically require a seven-day pre-submission of evidence, the extraordinary circumstances here—namely, my documented unsuccessful attempts to contact defense counsel—justify the present filing. The detailed forensic analyses provided herein are critical to establishing a complete and accurate record, ensuring that the court is fully apprised of the manipulated nature of the discovery materials.

## IV.   RELIEF SOUGHT

For the foregoing reasons, I respectfully request that the Court:

1. Accept Exhibits K and L as part of the official record.

2. Consider the robust forensic evidence demonstrating that key discovery images have been manipulated, thereby undermining the integrity of the evidence used against me.

3. Recognize that my proactive and technically sophisticated handling of these issues is further proof of my competency under Minn. R. Crim. P. 20.01.

Dated:  February 28, 2025                    Respectfully submitted,

                                                       /s/ Matthew D. Guertin

                                                     Matthew David Guertin
                                                     Defendant Pro Se
                                                     4385 Trenton Ln. N 202
                                                     Plymouth, MN  55442
                                                     Telephone: 763-221-4540
                                                     MattGuertin@protonmail.com
                                                     www.MattGuertin.com

4

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 4**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 5 of 76        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

## Image 48-72 Forensic Report:
### 'Hexmag HX - AR Series 2' Vector Tracing Analysis

---

## Objective:

This report examines two images of a 'Hexmag HX - AR Series 2' magazine, using vector tracing derived from the official patent, U.S. Patent No. D727,456S. The analysis focuses on determining the authenticity of the hexagonal shape patterns by comparing the images with the technical drawing in Figure 3 of the patent. Specific attention is given to any distortion or manipulation, such as squishing of the hexagonal grid, indicated by color-coded vector traces (light green and light turquoise).

## Methodology:

1. **Vector Tracing Comparison**:

## Image 1:
### 48-72 – Original
   - The original unaltered image of the Hexmag magazine, where hexagonal shapes were traced using light green (HTML: #00ffd6).

## Image 1:
### 48-72 – ggilbertson_01212023140450CST_photo_50_7rT.jpeg
   - A second image that is being compared, where hexagonal shapes were traced using light turquoise (HTML: #00eeff).

2. **Patent Drawing Reference**:

   - The analysis uses Figure 3 from *U.S. Patent No. D727,456S*, which provides the **left side elevation view** of the Hexmag magazine, including the exact hexagonal pattern used in its design. The vector tracing from this figure is used as the baseline for comparison.

3. **Image Inspection**:

   - Visual and technical analysis focused on comparing the traced vector outlines and assessing whether the hexagonal grid appears consistent with the original design as per the patent.

<span style="color:red">Exhibit K |  p. 1</span>

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">EXHIBIT FEB-28-C | p. 5</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

[124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf](#)
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 6 of 76        [ source file ]        [ .ots timestamp of source file ]



## Visual Inspection of the Images:

1. ### Image 1 (48-72 – Original)
   - This image is the reference or original image that closely follows the hexagonal pattern as seen in the official patent.
   - The vector trace (light green, HTML: #00ffd6) matches the original design, with no visible distortion in the grid structure.

2. ### Image 2 (48-72 – ggilbertson_01212023140450CST_photo_50_7rT.jpeg)
   - In this image, the vector trace (light turquoise, HTML: #00eeff) shows a clear distortion in the hexagonal grid. The horizontal compression of the hexagons is evident, where the width of the hexagonal shapes is significantly reduced compared to **Image 1**.

<span style="color:red">Exhibit K |  p. 2</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

[124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf](124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf)
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 7 of 76       [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

- This distortion is indicative of post-processing manipulation, likely involving non-uniform scaling along the x-axis, resulting in a "squished" appearance.

## Analysis of Discrepancy:

- ### Hexagonal Shape Integrity:

  - In **Image 1**, the hexagons appear as perfect, regular shapes with a uniform aspect ratio that aligns with the technical specifications provided in the patent drawing.

  - In **Image 2**, the hexagonal pattern has been altered with horizontal compression, affecting the geometry of the individual hexagons. The width of the hexagons is noticeably reduced, which alters the uniform appearance and introduces a distortion that suggests tampering.

- ### Visual Evidence of Manipulation:

  - The consistent discrepancy between the two images (light green vs. light turquoise traces) points to intentional manipulation in **Image 2**.

  - The distortion is likely the result of a transformation such as a horizontal squish or scaling, which has caused the hexagonal shapes to become more rectangular, departing from their original form as defined in the patent.

## Patent Reference:

- ### U.S. Patent No. D727,456S:

  - **Figure 3:** The left side elevation view, used for accurate comparison of the hexagonal design pattern on the *Hexmag HX - AR Series 2* magazine.

  - This figure provides the precise dimensions and relationships between the hexagonal grid and the rest of the magazine, allowing for accurate assessment of shape integrity.

## Technical Metadata of Image 2:

- **Camera:** Apple iPhone 12
- **Exposure Time:** 1/60 sec
- **Aperture:** f/1.6

Exhibit K |  p. 3

**EXHIBIT FEB-28-C | p. 7**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

---

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a

Page: 8 of 76        [ source file ]        [ .ots timestamp of source file ]

---

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

- **ISO:** 400
- **Resolution:** 4032 x 2270 pixels (Aspect ratio ~16:9)
- **Field of View:** 69.4 degrees
- **Lens:** iPhone 12 back camera (focal length 4.2 mm, equivalent to 26 mm in 35mm format)
- **Date/Time Original:** 2023:01:21 14:04:49 CST
- **Modification Date:** 2023:01:21 14:04:49 CST
- **GPS Coordinates:** 44°56'30.59"N, 93°24'31.18"W (Location during capture)
- **Image Size:** 9.2 Megapixels

---

## Conclusion:

The analysis of the hexagonal shapes in the images clearly shows that **Image 2** has undergone post-processing manipulation, with a noticeable squishing of the hexagonal grid along the horizontal axis. This manipulation is not present in **Image 1**, which retains the authentic, unaltered shape as outlined in the official patent.

- The examination using the patent's technical drawings provides a precise, ***irrefutable*** basis for this conclusion.

- The compression of the hexagonal grid in **Image 2** is consistent with non-uniform scaling, which deviates from the original design as provided in the U.S. Patent No. D727,456S.

**All source files for this analysis can be accessed in this shared folder:**

https://link.storjshare.io/s/jvqlo3m4vojhalo3jdwzejokofya/court-fraud/Forensic-Image-Analysis-Reports/48-72/

Exhibit K |  p. 4

---

**EXHIBIT FEB-28-C | p. 8**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

---

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 9 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**An additional discovery photo shows a close-up view of the 'Hexmag HX – AR Series 2' magazine that is seen laying on the floor in Image 48-72.**

**Upon closer inspection Guertin noticed that there is a patent number listed near the top of it which reads -**

## 'PATENT D 727,456 S'

**Image: 23-0098_0012_520-TRS_DSC_0486**



Exhibit K |  p. 5

**EXHIBIT FEB-28-C | p. 9**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 10 of 76         [ source file ]        [ .ots timestamp of source file ]

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

 

 

 

Exhibit K |  p. 6

**EXHIBIT FEB-28-C | p. 10**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 11 of 76        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM



US00D727456S

(12) **United States Design Patent**
Schefter et al.

(10) Patent No.:    **US D727,456 S**
(45) **Date of Patent:**    ** Apr. 21, 2015

(54) **AMMUNITION MAGAZINE**

(71) Applicants: **Aaron M. Schefter**, Loveland, CO (US);
**Adam R. Schefter**, Loveland, CO (US)

(72) Inventors: **Aaron M. Schefter**, Loveland, CO (US);
**Adam R. Schefter**, Loveland, CO (US)

(73) Assignee: **Hexmag LLC**, Loveland, CO (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/471,453**

(22) Filed: **Oct. 31, 2013**

(51) LOC (10) Cl. ........................................ **22-01**
(52) **U.S. Cl.**
USPC ........................................... **D22/108**
(58) **Field of Classification Search**
CPC .............. F41A 9/61; F41A 9/62; F41A 9/63;
F41A 9/64; F41A 9/65; F41A 9/68; F41A
9/69; F41A 9/73; F41A 9/74; F41A 9/75;
F41A 9/79; F41A 9/86
USPC ............. D22/108; D21/572–573; 124/66–67,
124/74; 42/51, 71.01, 75.01, 75.02, 90, 94;
362/110; 89/40.06, 37.04, 33.04,
89/191.01
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,323,063 | A | 11/1919 | Johnson et al. |
| D290,866 | S | 7/1987 | Chesnut |
| D297,854 | S | 9/1988 | Vyprachticky |
| D309,768 | S | 8/1990 | Blackshaw |
| D344,780 | S | 3/1994 | Jenkins |
| D362,896 | S | 10/1995 | Hasselbusch |
| D566,221 | S | 4/2008 | Collins |
| D566,804 | S | 4/2008 | Hahin |
| D593,633 | S | 6/2009 | Fitzpatrick et al. |
| D593,635 | S | 6/2009 | Fitzpatrick et al. |
| D600,303 | S | 9/2009 | Fitzpatrick et al. |
| 7,621,063 | B2 | 11/2009 | Fitzpatrick et al. |

| | | | |
|---|---|---|---|
| D614,719 | S | 4/2010 | Fitzpatrick et al. |
| D614,720 | S | 4/2010 | Fitzpatrick et al. |
| D614,721 | S | 4/2010 | Fitzpatrick et al. |
| D615,143 | S | 5/2010 | Fitzpatrick et al. |
| D616,057 | S | 5/2010 | Fitzpatrick et al. |
| D620,544 | S | 7/2010 | Fitzpatrick et al. |
| D620,545 | S | 7/2010 | Fitzpatrick et al. |
| D632,752 | S | 2/2011 | Fitzpatrick et al. |
| D633,164 | S | 2/2011 | Fitzpatrick et al. |
| D633,589 | S | 3/2011 | Fitzpatrick et al. |
| D633,590 | S | 3/2011 | Fitzpatrick et al. |
| 7,908,780 | B2 | 3/2011 | Fitzpatrick et al. |
| D637,682 | S | 5/2011 | Bentley et al. |
| D639,377 | S | 6/2011 | Marconi |
| 7,958,660 | B2 | 6/2011 | Fitzpatrick et al. |
| D642,234 | S | 7/2011 | Marfione et al. |
| D644,292 | S | 8/2011 | Nelsen |
| D644,293 | S | 8/2011 | Fitzpatrick et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

EP          2208957  A2    7/2010

*Primary Examiner* — Michael A Pratt
(74) *Attorney, Agent, or Firm* — Paul M. Thompson;
Cochran Freund & Young LLC

(57)                **CLAIM**
The ornamental design for an ammunition magazine, as
shown and described.

**DESCRIPTION**

FIG. 1 is an isometric view of an ammunition magazine
showing our new design.
FIG. 2 is a right side elevation view thereof.
FIG. 3 is a left side elevation view thereof.
FIG. 4 is a rear elevation view thereof.
FIG. 5 is a front elevation view thereof.
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.
The broken lines in FIGS. 1-7 are included for the purpose of
illustrating use and environment and form no part of the
claimed design.

**1 Claim, 6 Drawing Sheets**



Exhibit K |  p. 7

EXHIBIT FEB-28-C | p. 11

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124_Exhibit-List_K-L___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 12 of 76       [ source file ]       [ .ots timestamp of source file ]



**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 13 of 76       [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**Guertin produced a traced vector image of this technical drawing to help assist in his examination of the February 13, 2025 discovery manipultaion**



<span style="color:red">Exhibit K |  p. 9</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-C | p. 13**</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 14 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**    **Original**



<span style="color:red">Exhibit K |  p. 10</span>

<span style="color:red">**EXHIBIT FEB-28-C | p. 14**</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 15 of 76       [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

48-72    ggilbertson_01212023140450CST_photo_50_7rT.jpeg

Exhibit K |  p. 11

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 15**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 16 of 76       [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72** **Original**



Exhibit K |  p. 12

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 16**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 17 of 76        [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**  **Original**

Exhibit K |  p. 13

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 17**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124_Exhibit-List_K-L___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 18 of 76      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**    **Original**



Exhibit K |  p. 14

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 18**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 19 of 76        [ source file ]        [ .ots timestamp of source file ]



File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 20 of 76        [ source file ]        [ .ots timestamp of source file ]



File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 20**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 21 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

## 48-72    Original



<span style="color:red">Exhibit K |  p. 17</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-C | p. 21**</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven___2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 22 of 76       [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

## 48-72   Original



Exhibit K |  p. 18

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 22**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 23 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**  **Original**



<span style="color:red">Exhibit K |  p. 19</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-C | p. 23**</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 24 of 76       [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

## 48-72  Original



Exhibit K |  p. 20

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 24**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 25 of 76      [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

## 48-72   Original



Exhibit K |  p. 21

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 25**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124   Exhibit-List_K-L    Discovery-Fraud-Proven    2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 26 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**   **Original**



*Exhibit K |  p. 22*

**EXHIBIT FEB-28-C | p. 26**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 27 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**   **Original**



Exhibit K |  p. 23

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 28 of 76      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

## 48-72    Original



Exhibit K |  p. 24

**EXHIBIT FEB-28-C | p. 28**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 29 of 76      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**    **Original**



<span style="color:red">Exhibit K |  p. 25</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-C | p. 29**</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 30 of 76        [ source file ]        [ .ots timestamp of source file ]



<span style="color:red">**EXHIBIT FEB-28-C | p. 30**</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 31 of 76        [ source file ]        [ .ots timestamp of source file ]



**EXHIBIT FEB-28-C | p. 31**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124___Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 32 of 76        [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

## 48-72    Original

U.S. Patent        Apr. 21, 2015        Sheet 3 of 6        US D727,456 S

Fig. 3

<span style="color:red">Exhibit K |  p. 28</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-C | p. 32**</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 33 of 76       [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**    **ggilbertson_01212023140450CST_photo_50_7rT.jpeg**



<span style="color:red">Exhibit K |  p. 29</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-C | p. 33**</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 34 of 76      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**    ggilbertson_01212023140450CST_photo_50_7rT.jpeg



<span style="color:red">Exhibit K |  p. 30</span>

<span style="color:red">**EXHIBIT FEB-28-C | p. 34**</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 35 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**   **ggilbertson_01212023140450CST_photo_50_7rT.jpeg**



Exhibit K |  p. 31

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 36 of 76        [ source file ]        [ .ots timestamp of source file ]



Exhibit K |  p. 32

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 37 of 76       [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**    ggilbertson_01212023140450CST_photo_50_7rT.jpeg



<span style="color:red">Exhibit K |  p. 33</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-C | p. 37**</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 38 of 76      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**    ggilbertson_01212023140450CST_photo_50_7rT.jpeg



<span style="color:red">Exhibit K |  p. 34</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-C | p. 38**</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 39 of 76        [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**    **ggilbertson_01212023140450CST_photo_50_7rT.jpeg**

<span style="color:red">Exhibit K |  p. 35</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-C | p. 39**</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven___2025-02-28.pdf
SHA-256 Hash of Source File: 3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 40 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**    ggilbertson_01212023140450CST_photo_50_7rT.jpeg



Exhibit K | p. 36

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 40**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 41 of 76        [ source file ]        [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**    ggilbertson_01212023140450CST_photo_50_7rT.jpeg

Exhibit K |  p. 37

**EXHIBIT FEB-28-C | p. 41**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 42 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**      ggilbertson_01212023140450CST_photo_50_7rT.jpeg



<span style="color:red">Exhibit K |  p. 38</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<span style="color:red">**EXHIBIT FEB-28-C | p. 42**</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

---

124__Exhibit-List_K-L___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 43 of 76      [ source file ]      [ .ots timestamp of source file ]



File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 43**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124   Exhibit-List_K-L     Discovery-Fraud-Proven   2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 44 of 76      [ source file ]      [ .ots timestamp of source file ]



Exhibit K |  p. 40

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 45 of 76       [ source file ]       [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**    ggilbertson_01212023140450CST_photo_50_7rT.jpeg

U.S. Patent        Apr. 21, 2015        Sheet 3 of 6        US D727,456 S

Fig. 3

Exhibit K |  p. 41

**EXHIBIT FEB-28-C | p. 45**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 46 of 76      [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM



Exhibit K |  p. 42

**EXHIBIT FEB-28-C | p. 46**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 47 of 76      [ source file ]      [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**48-72**  **Original**

U.S. Patent        Apr. 21, 2015      Sheet 3 of 6        US D727,456 S

Fig. 3

Exhibit K |  p. 43

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 47**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124  Exhibit-List_K-L      Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 48 of 76       [ source file ]      [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

48-72      ggilbertson_01212023140450CST_photo_50_7rT.jpeg

U.S. Patent          Apr. 21, 2015          Sheet 3 of 6          US D727,456 S

Fig. 3

Exhibit K |  p. 44

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124   Exhibit-List_K-L       Discovery-Fraud-Proven   2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 49 of 76        [ source file ]        [ .ots timestamp of source file ]



**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 50 of 76       [ source file ]       [ .ots timestamp of source file ]



File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 51 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

<div align="right">
Filed in District Court
State of Minnesota
2/28/2025 4:40 PM
</div>

# Forensic Analysis Report:
## Lighting, Shadow, and Flash Examination

## Objective:
This forensic report provides an expert analysis of lighting conditions, shadow projections, and flash photography inconsistencies within five discovery images. These images - ***Image 44-68, Garage Photo 01, Garage Photo 02, Garage Photo 03, and Router Photo*** - have been scrutinized for indications of image manipulation, metadata discrepancies, and the presence of external light sources not consistent with the recorded camera settings. The findings in this report serve to establish whether the images accurately represent the original scene as captured by the purported device.

---

## Methodology:
A systematic forensic analysis was conducted using the following approach:

1. **Shadow and Light Source Examination:**
   The shadows within each image were analyzed to determine the true location and characteristics of the light source. This process included tracing light rays and identifying the objects responsible for casting shadows.

2. **Metadata Verification:**
   The embedded EXIF metadata was extracted and compared against the observed lighting conditions and reflections to assess consistency.

3. **Flash Reflection Analysis:**
   Specular highlights and reflections within each image were analyzed to confirm or contradict the metadata claim regarding whether a flash was fired.

4. **Camera Equipment Evaluation:**
   The captured reflections of the photographer and the shape of projected shadows were examined to determine whether an iPhone 12 was actually used to take the images, as stated in the metadata.

5. **Image Cropping and Alteration Detection:**
   Cropping artifacts and inconsistencies in image composition were examined to establish whether portions of the images had been removed or manipulated post-capture.

---

<div align="right" style="color:red">Exhibit L |  p. 1</div>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<div align="right" style="color:red">**EXHIBIT FEB-28-C | p. 51**</div>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a

Page: 52 of 76          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

## Summary of Key Findings:

1. **Image 44-68:**

   - The metadata states the image was captured using an *iPhone 12* with its flash set to *Auto, Did not fire*.

   - A strong flash reflection is visible in the lower right-hand corner, irrefutably indicating a light source inconsistent with the metadata.

   - Light ray analysis confirms that the flash originated from this reflected point, proving that a flash was in fact used, contradicting the metadata.

   - The image was determined to have been cropped from a larger original, further supporting claims of manipulation.

2. **Garage Photo 01:**

   - Grayscale enhancement of the image reveals unnatural lighting conditions, including clear evidence of a rectangular flash projection.

   - The sharpness and positioning of shadows indicate that an artificial light source was used, despite metadata stating that no flash was fired.

   - Further analysis confirms that the flash originates from an external camera flash unit rather than an iPhone 12.

3. **Garage Photo 02:**

   - A reflection of the photographer is visible in the image, showing a man holding a standard digital camera with an external flash attachment.

   - This contradicts the metadata claim that an iPhone 12 was used.

   - The reflection clearly shows a flash being used, reinforcing evidence of external artificial lighting.

4. **Garage Photo 03:**

   - The shadows are sharply defined, confirming the use of a strong direct light source.

   - Light ray tracing reveals that the flash position does not align with where an iPhone 12 would emit light, proving that the image is another cropped manipulation.

   - The dark edge along the front of the car's hood is inconsistent with natural lighting, further confirming image tampering.

Exhibit L |  p. 2

**EXHIBIT FEB-28-C | p. 52**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a

Page: 53 of 76         [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

5. **Router Photo:**

- The presence of hard shadows proves that a flash was fired, directly contradicting the metadata.

- Light ray analysis reveals that the light source was positioned significantly further back than expected, indicating that the image was cropped from a larger original.

- This evidence irrefutably proves that the photograph's metadata is fraudulent, and the image was not captured as stated.

---

## Conclusion:

This forensic analysis establishes that all five examined discovery images exhibit substantial inconsistencies between their metadata and observed lighting conditions. The presence of artificial flash reflections, incorrect shadow alignments, and reflections of non-iPhone camera equipment provide conclusive evidence of manipulation. The metadata claims of an *iPhone 12* being used, with the flash not firing, are definitively false. These findings confirm that the images have been altered, cropped, and misrepresented to obscure the original photographic context.

**All source material is available for examination in this shared folder:**

https://link.storjshare.io/s/jvj3icb2vdiusjx5brrfvhar75ia/court-fraud/Forensic-Image-Analysis-Reports/

Exhibit L |  p. 3

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 54 of 76       [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

### Image 44-68:  23000258_ggilbertson_01212023145233CST_photo_64_toF.jpeg



| 44-68 | 1431 | 805 | 16:9 | inside-Guertin-residence | image is cropped - hides the tiled sink backsplash - hides the large amount of vitamins on right side of the cabinet |
|---|---|---|---|---|---|

(*see* Index 29, *p. 19*)

5. Making sure to not include a clear view of the inversion table that is sitting outside on the deck in images 45-69 and 46-70 combined with the carefully cropped 44-68 image which is focused solely on my adderall prescription containers (including some empty ones I simply hadn't thrown away..) while making sure to crop out the plastic bin sitting on the right side of the cabinet that is filled with vitamins and supplements seems to be a very intentionally crafted exclusion of anything at all which would convey an image of someone who was trying their best to live a balanced and health focused lifestyle. It is worth noting that I had been on the same Adderall prescription for many years prior to this incident and it is the exact same one I am still on currently as it has helped me out tremendously with something I have had significant struggles with since I was very young

6. All of the above, when combined very clearly points to a well thought out, and meticulously crafted false narrative portrayed through the creation of fraudulent discovery material that was injected into my court case for the sole purpose of trying to portray me in the most negative light possible

(*see* Index 29, *p. 23*)

Exhibit L |  p. 4

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 55 of 76      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

### Image 44-68: Additional Discovery Photo Shows Location of this Cupboard

Discovery Image 'ggilbertson_01212023155458CST_photo_71_m4H.jpeg'





Exhibit L |  p. 5

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 56 of 76       [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM



**Image 44-68:  Flash Photography Reflection**

This bright reflection that appears on the bottom, right-hand side of the image is a reflection of the camera's flash that captured this image.

1.  There shouldn't be any flash at all according to the photographs metadata *'Flash: Auto, Did not fire'*

2.  If this image were authentic (instead of cropped from the original, full size image) any reflection of the flash would logically be centered in the image.

<span style="color:red">Exhibit L |  p. 6</span>

<span style="color:red">**EXHIBIT FEB-28-C | p. 56**</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 57 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**Image 44-68:  Establishing Flash Location Based on Light Rays**

Through the process of examining the shadows, and identifying which objects in the image are responsible for casting them we are able to irrefutably determine the location of the light source.

• The inserted 'light rays' reveal that the camera's flash originated from the bottom, right-hand side of the image – which perfectly aligns with reflection of the flash.

• This image was not taken with an iPhone 12 as the fraudulent metadata indicates.

• This image was cropped from the upper-left region of the original photograph. The original image contained a full view of this kitchen cupboard, as well as the tile backsplash for the sink that is underneath it.



Exhibit L |  p. 7

**EXHIBIT FEB-28-C | p. 57**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 58 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

<div align="right">
Filed in District Court
State of Minnesota
2/28/2025 4:40 PM
</div>

## Image 44-68 Metadata:

- **File Name:** 23000258_ggilbertson_01212023145233CST_photo_64_toF.jpeg
- **Make:** Apple
- **Camera Model Name:** iPhone 12
- **Orientation:** Horizontal (normal)
- **Host Computer:** iPhone 12
- **Create Date:** 2023:01:21 14:52:33
- **Metering Mode:** Multi-segment
- **Flash: Auto, Did not fire**
- **Focal Length:** 4.2 mm
- **Exif Image Width:** 4032
- **Exif Image Height:** 2270
- **Scene Type:** Directly photographed
- **Exposure Mode:** Auto
- **White Balance:** Auto
- **Focal Length In 35mm Format:** 26 mm
- **Lens Info:** 4.2mm f/1.6
- **Lens Make:** Apple
- **Lens Model:** iPhone 12 back camera 4.2mm f/1.6
- **Image Width:** 4032
- **Image Height:** 2270
- **Image Size:** 4032x2270
- **Megapixels:** 9.2
- **Date/Time Original:** 2023:01:21 14:52:33.349-06:00
- **Lens ID:** iPhone 12 back camera 4.2mm f/1.6

**All source files for this analysis can be accessed in this shared folder:**

https://link.storjshare.io/s/juvg3rgn7v34mhnjgtgi5mcv2jnq/court-fraud/Forensic-Image-Analysis-Reports/44-68_Prescription-Containers/

Exhibit L |  p. 8

**EXHIBIT FEB-28-C | p. 58**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 59 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

<div align="right">Filed in District Court<br>State of Minnesota<br>2/28/2025 4:40 PM</div>

### A Photograph Showing the Dark Garage Where Photos Were Taken

**Discovery Image 'ggilbertson_01212023133318CST_photo_02_C9O.jpeg'**

A cropped version of this image is shared here for the purpose of establishing the extremely dark, low-light environment in which the three photographs being examined in the remainder of this analysis were captured.

This was Guertin's garage during the period of time in which he lived in Minnetonka, MN.



<div align="right"><span style="color:red">Exhibit L |  p. 9</span></div>

<div align="right"><span style="color:red">**EXHIBIT FEB-28-C | p. 59**</span></div>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a

Page: 60 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

### Garage Photo 01 - 'ggilbertson_01212023133318CST_photo_02_C9O.jpeg'



### Garage Photo 01 – Grayscale Edit to Highlight Shadows and Lighting



Exhibit L |  p. 10

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 60**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 61 of 76      [ source file ]      [ .ots timestamp of source file ]



**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 62 of 76          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

## Garage Photograph 01 Metadata:

- **File Name:** 23000258_ggilbertson_01212023133542CST_photo_07_O49.jpeg
- **Make:** Apple
- **Camera Model Name:** iPhone 12
- **Orientation:** Horizontal (normal)
- **Host Computer:** iPhone 12
- **Create Date:** 2023:01:21 13:35:42
- **Metering Mode:** Multi-segment
- **Flash: Auto, Did not fire**
- **Focal Length:** 4.2 mm
- **Exif Image Width:** 4032
- **Exif Image Height:** 2270
- **Scene Type:** Directly photographed
- **Exposure Mode:** Auto
- **White Balance:** Auto
- **Focal Length In 35mm Format:** 26 mm
- **Lens Info:** 4.2mm f/1.6
- **Lens Make:** Apple
- **Lens Model:** iPhone 12 back camera 4.2mm f/1.6
- **Image Width:** 4032
- **Image Height:** 2270
- **Image Size:** 4032x2270
- **Megapixels:** 9.2
- **Date/Time Original:** 2023:01:21 13:35:42.466-06:00
- **Lens ID:** iPhone 12 back camera 4.2mm f/1.6

**All source files for this analysis can be accessed in this shared folder:**

https://link.storjshare.io/s/jwjgbylsnf3rjwbuhwknlxmu3akq/court-fraud/Forensic-Image-Analysis-Reports/Garage-01/

Exhibit L |  p. 12

EXHIBIT FEB-28-C | p. 62

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a

Page: 63 of 76      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

### Garage Photo 02 – 'ggilbertson_01212023133550CST_photo_08_e1z.jpeg'



### Garage Photo 02 – Grayscale Edit to Highlight Shadows and Lighting



Exhibit L |  p. 13

**EXHIBIT FEB-28-C | p. 63**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 64 of 76      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

## Garage Photo 02 – The Photographer and Camera Flash is Revealed







Exhibit L |  p. 14

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 64**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124_Exhibit-List_K-L___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 65 of 76      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

### Garage Photo 02 – Does that Look Like an iPhone He's Holding?



This reflection of the photographer (supposedly 'G.Gilbertson'..) who took this photo very clearly reveals a man holding a standard camera with a flash atop it.

### - NOT an iPhone 12

 

<span style="color:red">Exhibit L |  p. 15</span>

<span style="color:red">**EXHIBIT FEB-28-C | p. 65**</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124_Exhibit-List_K-L___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 66 of 76          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

## Garage Photo 02 – He is Very Clearly Holding a 'Standard' Camera



1. This reflection reveals a photographer who is holding a standard, professional, digital camera that has a rectangular flash positioned in center alignment above the lens.

2. It appears he is likely holding the camera with both hands while using the LCD screen as his viewfinder to take the photograph.




Exhibit L | p. 16

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 66**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 67 of 76      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

### Garage Photo 02 – Very Similar to the Camera Shown in this Reflection

**Discovery Image '23-0098_0012_520-TRS_DSC_0152.JPG'**






Exhibit L |  p. 17

**EXHIBIT FEB-28-C | p. 67**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**

EXHIBIT FEB-28-C

---

124__Exhibit-List_K-L__Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File: 3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a

Page: 68 of 76        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

## Garage Photograph 02 Metadata:

- **File Name:** 23000258_ggilbertson_01212023133550CST_photo_08_e1z.jpeg
- **Make:** Apple
- **Camera Model Name:** iPhone 12
- **Orientation:** Horizontal (normal)
- **Host Computer:** iPhone 12
- **Create Date:** 2023:01:21 13:35:50
- **Metering Mode:** Multi-segment
- **Flash: Auto, Did not fire**
- **Focal Length:** 4.2 mm
- **Exif Image Width:** 4032
- **Exif Image Height:** 2270
- **Scene Type:** Directly photographed
- **Exposure Mode:** Auto
- **White Balance:** Auto
- **Focal Length In 35mm Format:** 26 mm
- **Lens Info:** 4.2mm f/1.6
- **Lens Make:** Apple
- **Lens Model:** iPhone 12 back camera 4.2mm f/1.6
- **Image Width:** 4032
- **Image Height:** 2270
- **Image Size:** 4032x2270
- **Megapixels:** 9.2
- **Date/Time Original:** 2023:01:21 13:35:50.029-06:00
- **Lens ID:** iPhone 12 back camera 4.2mm f/1.6

**All source files for this analysis can be accessed in this shared folder:**

https://link.storjshare.io/s/jvetc2ihfzbfltp7balfrdo732fa/court-fraud/Forensic-Image-Analysis-Reports/Garage-02/

Exhibit L | p. 18

EXHIBIT FEB-28-C | p. 68

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 69 of 76       [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

### Garage Photo 03 – 'ggilbertson_01212023134408CST_photo_09_DE6.jpeg'



### Garage Photo 03 – Grayscale Edit to Highlight Shadows and Lighting



Exhibit L |  p. 19

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 69**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 70 of 76      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

## Garage Photo 03 – Another Cropped Photograph, Another Obvious Flash..



1. Based on the reflection of the photographer and the center mounted camera flash revealed in the previous 'Garage Photo 02' – we can irrefutably determine that this image is NOT an authentic photograph, but instead another cropped image.

2. The crystal clear, perfectly defined shadows leave no doubt that a camera flash was also used during the capturing of this photograph.

3. By tracing the light ray paths of the shadows back to the unique features of the objects which cast them, it is clear that this photograph was actually captured from a position much further 'back' in the garage ('back' towards the open garage door – the boxes in this photo are along the back wall).

4. Take note of the dark edge along the front of the cars hood, which should not exist if this photograph, and flash were actually positioned where this cropped photograph is purported to be captured from.

5. This photo was likely cropped in order to omit the additional tools, and other items in the garage which would add context to these propane tanks Guertin maintained for the heater used during the welding of his patent prototype.

Exhibit L |  p. 20

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 70**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

---

124__Exhibit-List_K-L___Discovery-Fraud-Proven__2025-02-28.pdf

SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a

Page: 71 of 76        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

<div style="text-align: right">Filed in District Court<br>State of Minnesota<br>2/28/2025 4:40 PM</div>

## Garage Photograph 03 Metadata:

- **File Name: 23000258_ggilbertson_01212023134408CST_photo_09_DE6.jpeg**
- **Make:** Apple
- **Camera Model Name:** iPhone 12
- **Orientation:** Horizontal (normal)
- **Host Computer:** iPhone 12
- **Create Date:** 2023:01:21 13:44:08
- **Metering Mode:** Multi-segment
- **Flash: Auto, Did not fire**
- **Focal Length:** 4.2 mm
- **Exif Image Width:** 4032
- **Exif Image Height:** 2270
- **Scene Type:** Directly photographed
- **Exposure Mode:** Auto
- **White Balance:** Auto
- **Focal Length In 35mm Format:** 26 mm
- **Lens Info:** 4.2mm f/1.6
- **Lens Make:** Apple
- **Lens Model:** iPhone 12 back camera 4.2mm f/1.6
- **Image Width:** 4032
- **Image Height:** 2270
- **Image Size:** 4032x2270
- **Megapixels:** 9.2
- **Date/Time Original:** 2023:01:21 13:44:08.401-06:00
- **Lens ID:** iPhone 12 back camera 4.2mm f/1.6

**All source files for this analysis can be accessed in this shared folder:**

https://link.storjshare.io/s/jwtl2z6tm2fufl64yyukniisloga/court-fraud/Forensic-Image-Analysis-Reports/Garage-03/

<div style="text-align: right; color: red">Exhibit L |  p. 21</div>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

<div style="text-align: right; color: red">EXHIBIT FEB-28-C | p. 71</div>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 72 of 76       [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

**Router Photo - 'ggilbertson_01212023144600CST_photo_60_PBS.jpeg'**



Exhibit L |  p. 22

**EXHIBIT FEB-28-C | p. 72**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File: 3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 73 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

## Router Photo – Additional Discovery Photo Reveals No Shadows on Wall

**Discovery Image 'ggilbertson_01212023155458CST_photo_71_m4H.jpeg'**

1. A cropped version of this image is shared below for the purpose of establishing the absence of any 'hard shadows' being cast on the wall normally.

2. The existence of these clearly defined, 'hard shadows' in the 'Router Photo' being examined in this analysis serve to irrefutably establish that a camera flash was fired during the capture of this photograph.



Exhibit L |  p. 23

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/feb-28

**EXHIBIT FEB-28-C | p. 73**

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L_____Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 74 of 76       [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

### Router Photo – Cropped and Darkened Grayscale to Highlight Shadows



1. The existence of these clearly defined, 'hard shadows' irrefutably establish that a camera flash was fired during the capture of this photograph.

<span style="color:red">Exhibit L |  p. 24</span>

<span style="color:red">**EXHIBIT FEB-28-C | p. 74**</span>

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 75 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

### Router Photo – Visualizing Light Rays to Determine Flash Location



1. Based upon the hard shadows – which do not normally exist on the wall – we can irrefutably establish that there was a camera flash fired during the capture of this photograph. This directly contradicts the fraudulent metadata of the photograph which indicates that the photo was captured by an 'iPhone 12' with a flash that 'Did not fire'

2. The direction of the light rays confirm that the camera flash originated from a position much further back. If this photograph was actually captured from the central position we'd expect from this photograph it would be impossible for these shadows to be cast in this 'offset' position relative to the objects responsible for casting them.

3. This irrefutably establishes that this image is NOT an authentic photograph that was captured with an iPhone 12, whose flash did not fire – but instead is a cropped image that has had fraudulent metadata produced for it.

Exhibit L |  p. 25

**Discovery Fraud Proven | Exhibits K-L | Index 124 | 2025-02-28**
EXHIBIT FEB-28-C

124__Exhibit-List_K-L___Discovery-Fraud-Proven__2025-02-28.pdf
SHA-256 Hash of Source File:  3a4a10f2bba0be8f9cc790bfffb266dbc0def5e07e824e75b32f85369545d76a
Page: 76 of 76        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:40 PM

## Router Photograph Metadata:

- **File Name:** ggilbertson_01212023135746CST_photo_19_PPY.jpeg
- **Make:** Apple
- **Camera Model Name:** iPhone 12
- **Orientation:** Rotate 90 CW
- **Host Computer:** iPhone 12
- **Create Date:** 2023:01:21 14:46:00
- **Metering Mode:** Multi-segment
- **Flash: Auto, Did not fire**
- **Focal Length:** 4.2 mm
- **Exif Image Width:** 4032
- **Exif Image Height:** 2270
- **Scene Type:** Directly photographed
- **Exposure Mode:** Auto
- **White Balance:** Auto
- **Focal Length In 35mm Format:** 26 mm
- **Lens Info:** 4.2mm f/1.6
- **Lens Make:** Apple
- **Lens Model:** iPhone 12 back camera 4.2mm f/1.6
- **Image Width:** 4032
- **Image Height:** 2270
- **Image Size:** 4032x2270
- **Megapixels:** 9.2
- **Date/Time Original:** 2023:01:21 14:46:00.468-06:00
- **Lens ID:** iPhone 12 back camera 4.2mm f/1.6

**All source files for this analysis can be accessed in this shared folder:**

https://link.storjshare.io/s/jvig6ni54qyphrx2yrimfmmumgrq/court-fraud/Forensic-Image-Analysis-Reports/Router/

Exhibit L |  p. 26

**EXHIBIT FEB-28-C | p. 76**