# EXHIBIT APR-17

**Hearing Transcript | April 17, 2025 | Omnibus Hearing**
EXHIBIT APR-17

134__Transcript_April-17-2025_Hearing__2025-04-23.pdf

SHA-256 Hash of Source File: 5c51e51a544b0fe2b063fe8444268d87b00febb7fe385a96f53a47937cb533d9

Page: 1 of 15       [ source file ]       [ .ots timestamp of source file ]

```
                              27-CR-23-1886                      Filed in District Court
                                                                    State of Minnesota
                                                                    4/23/2025 2:09 PM


 1   STATE OF MINNESOTA                                  DISTRICT COURT

 2   COUNTY OF HENNEPIN                         FOURTH JUDICIAL DISTRICT

 3   _____

 4   State of Minnesota,

 5        Plaintiff,                       Transcript of Proceedings

 6   vs.                                   Court File No. 27-CR-23-1886

 7   Matthew David Guertin,

 8        Defendant.

 9   _____

10

11       The above-entitled matter came before the

12   Honorable Sarah Hudleston, one of the Judges of the above-named

13   court, in Courtroom 1055, Hennepin County Government Center, 300

14   South Sixth Street, Minneapolis, Minnesota, on the 17th day of

15   April, 2025, at 9:15 a.m.

16

17

18

19

20

21

22

23

24

25
                              27-CR-23-1886
```

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-17

**EXHIBIT APR-17 | p. 1**

**Hearing Transcript | April 17, 2025 | Omnibus Hearing**
EXHIBIT APR-17

134__Transcript_April-17-2025_Hearing__2025-04-23.pdf

SHA-256 Hash of Source File:  5c51e51a544b0fe2b063fe8444268d87b00febb7fe385a96f53a47937cb533d9

Page: 2 of 15       [ source file ]       [ .ots timestamp of source file ]

```
                              27-CR-23-1886
                                                           Filed in District Court
                                                              State of Minnesota
                                                              4/23/2025 2:09 PM

      1                    A P P E A R A N C E S

      2          Mawerdi Hamid, Assistant Hennepin County Attorney,

      3   appeared as counsel for and on behalf of the Plaintiff.

      4          Raissa Carpenter and Emmett Donnelly, Assistant

      5   Hennepin County Public Defenders, appeared as counsel for and

      6   with the Defendant.

      7

      8

      9

     10

     11

     12

     13

     14

     15

     16

     17

     18

     19

     20

     21

     22

     23

     24                                                     Maya Funk
                                                  Official Court Reporter
     25                                            Minneapolis, Minnesota
```

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-17

**EXHIBIT APR-17 | p. 2**

Hearing Transcript | April 17, 2025 | Omnibus Hearing
EXHIBIT APR-17

134__Transcript_April-17-2025_Hearing__2025-04-23.pdf
SHA-256 Hash of Source File: 5c51e51a544b0fe2b063fe8444268d87b00febb7fe385a96f53a47937cb533d9
Page: 3 of 15     [ source file ]     [ .ots timestamp of source file ]

```
                                  27-CR-23-1886
                                                              Filed in District Court
                                                                State of Minnesota
                                                                4/23/2025 2:09 PM

                                                                          3
    1                     P R O C E E D I N G S
    2              THE CLERK:  Your Honor, this is the State of
    3      Minnesota vs. Matthew Guertin, Court File 27-CR-23-1886,
    4      and we are on the record.
    5              THE COURT:  Good morning, Mr. Guertin.
    6              MR. GUERTIN:  Good morning.
    7              THE COURT:  Good morning, counsel.  Note
    8      appearances, please.
    9              MS. HAMID:  Good morning.  Mawerdi Hamid for
   10      the state.
   11              MR. DONNELLY:  Your Honor, Emmett Donnelly and
   12      Raissa Carpenter on behalf of Matthew Guertin.  Matthew
   13      Guertin is present and seated between us.
   14              THE COURT:  Okay.  So, this omnibus hearing had
   15      been postponed several times based on the Rule 20.01
   16      referral and evaluation report, and then that report was
   17      contested, and I understand that Judge Koch ultimately
   18      entered a finding recently of competence.
   19              And so, counsel, from your perspective what is
   20      the status of the case and what are you asking for today?
   21      Ms. Carpenter or Mr. Donnelly?
   22              MR. DONNELLY:  Sure, Your Honor.  Yes.  The
   23      contested competency hearing was held in front of Judge
   24      Koch.  He made a ruling.  That was a request, a demand
   25      for a competency hearing that was made by Mr. Guertin.
```

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-17

EXHIBIT APR-17 | p. 3

## Hearing Transcript | April 17, 2025 | Omnibus Hearing
EXHIBIT APR-17

134__Transcript_April-17-2025_Hearing__2025-04-23.pdf

SHA-256 Hash of Source File: 5c51e51a544b0fe2b063fe8444268d87b00febb7fe385a96f53a47937cb533d9

Page: 4 of 15        [ source file ]       [ .ots timestamp of source file ]

```
                              27-CR-23-1886
                                                        Filed in District Court
                                                             State of Minnesota
                                                             4/23/2025 2:09 PM

                                                                         4
 1      And of course we as his counsel provided representation
 2      during that hearing.  That doesn't mean that we concur
 3      with the ruling.  But in any event, here we are.
 4              In our conversations with Mr. Guertin, he has
 5      filed various pro se motions including a motion to
 6      dismiss.  And I believe that that motion to dismiss also
 7      includes a demand for an evidentiary hearing.  And if it
 8      wasn't specifically stated in there, I believe Mr.
 9      Guertin's intent is at least to amend his motion to
10      include a demand for an evidentiary hearing.
11              Ms. Carpenter and I are his attorneys of
12      record.  We have not filed that motion.  We have not
13      adopted that motion.  But it is not -- we do not intend
14      to bring it up for a hearing, but it is not our role to
15      dispose of that motion either.
16              THE COURT:  Okay.  Well, Mr. Guertin, you have
17      counsel.  So, they handle the filings.  They handle the
18      motions.  We don't generally accept additional pro se
19      motions when someone is represented.  So, I think --
20      well, Ms. Hamid, what is your position on these motions?
21              MS. HAMID:  Your Honor, I'm agreeing with
22      defense counsel.  Defendant is represented.  He filed the
23      pro se motion.  It appears that the counsels are not
24      adopting or filing this motion on his behalf, and it's
25      not properly before the Court and should not be
```

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-17

**EXHIBIT APR-17 | p. 4**

Hearing Transcript | April 17, 2025 | Omnibus Hearing
EXHIBIT APR-17

134__Transcript_April-17-2025_Hearing__2025-04-23.pdf
SHA-256 Hash of Source File: 5c51e51a544b0fe2b063fe8444268d87b00febb7fe385a96f53a47937cb533d9
Page: 5 of 15       [ source file ]       [ .ots timestamp of source file ]

```
                              27-CR-23-1886                  Filed in District Court
                                                              State of Minnesota
                                                              4/23/2025 2:09 PM

                                                                         5
 1      addressed.
 2              THE COURT:  Okay.  And I'm seeing here that
 3      this was filed yesterday.  It looks like it says,
 4      "Motions to Dismiss all Charges with Prejudice" is the
 5      caption, and then there are a number of sub-pieces to the
 6      motion.
 7              So, I'm not, Mr. Guertin, intending to address
 8      those because you have counsel who are very well trained
 9      in the law and very experienced, and they are going to
10      bring any meritorious motions they see, and they have
11      defended you and put forth your interests in this recent
12      competency proceeding.  So, I know that they're very good
13      attorneys, and I'm going with what they're doing right
14      now.
15              MR. GUERTIN:  It sounds like I'm still being
16      held incompetent and having people control my decisions
17      that I make even though my path forward that I would like
18      to take is in fact to have -- that's my legal strategy
19      that I would like to employ.  So, technically I'm the one
20      that ultimately makes the decisions since if we want to
21      be technical based on a role, these are public defenders
22      who normally I have now for the fact that I was --
23      satisfied the criteria of not making enough money.  But
24      normally they would be paid, and they would be hired by
25      me.  And so technically, if you want to be technical,
```

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-17

**EXHIBIT APR-17 | p. 5**

Hearing Transcript | April 17, 2025 | Omnibus Hearing  
EXHIBIT APR-17

134__Transcript_April-17-2025_Hearing__2025-04-23.pdf  
SHA-256 Hash of Source File: 5c51e51a544b0fe2b063fe8444268d87b00febb7fe385a96f53a47937cb533d9  
Page: 6 of 15      [ source file ]      [ .ots timestamp of source file ]

```
                                27-CR-23-1886
                                                          Filed in District Court
                                                              State of Minnesota
                                                              4/23/2025 2:09 PM

                                                                               6
  1      they work for me, right?  There would be the same as
  2      hiring an employee.  They are representing me and
  3      representing my legal strategy that I would like to
  4      employ.
  5               The legal strategy that I would like to employ
  6      at this time is to have a motion for a continuance right
  7      now to give you a chance to look over that since I know
  8      it was just filed yesterday at 3:15 p.m.
  9               THE COURT:  Okay.
 10               MR. GUERTIN:  That's the legal strategy that I
 11      would like to employ and how I would like to move forward
 12      with my legal case.
 13               THE COURT:  Okay.  I understand that that is
 14      the legal strategy you are seeking to employ.  Your
 15      attorneys in addition to being your attorneys who work
 16      with you, they are officers of the court.  They're sworn
 17      to not make frivolous motions.  They are not allowed to
 18      bring things to the Court that don't have a sound legal
 19      basis.  And they are also sworn to be zealous advocates
 20      for you on your behalf within the bounds of the law.  So,
 21      I trust that they will do that, and I'm not going to
 22      override the rules and look at something that you filed
 23      even though I hear you saying that that's what you want
 24      and that is your strategy.
 25               So, with that, counsel, what do you see as the
```

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-17

EXHIBIT APR-17 | p. 6

134__Transcript_April-17-2025_Hearing__2025-04-23.pdf  
SHA-256 Hash of Source File: 5c51e51a544b0fe2b063fe8444268d87b00febb7fe385a96f53a47937cb533d9  
Page: 7 of 15    [ source file ]    [ .ots timestamp of source file ]

|  |  |
|---|---|
|  | 27-CR-23-1886 |

Filed in District Court  
State of Minnesota  
4/23/2025 2:09 PM

7

```
 1      next step here?
 2              MR. DONNELLY:  Well, I think that Mr. Guertin's
 3      going to make some decisions about how he intends to move
 4      forward given the Court's ruling.  And he has some
 5      choices to make.  One choice, of course, is who's
 6      representing him.  And then beyond that, the scheduling
 7      of the case whether that's to ask the Court for a
 8      continuance, set a trial, or reach a negotiation with the
 9      state.
10              THE COURT:  Okay.  Do you want -- I know you've
11      spoken with him.  At this point I'm expecting that we
12      would set a trial given the age of the case and then
13      certainly in the meantime, parties can negotiate, and if
14      they reach an agreement, we can strike the trial and I
15      can -- I'll get you in -- find a way anytime.  Does
16      anybody have a problem with that course?
17              MR. DONNELLY:  May we have a moment, Your
18      Honor?
19              THE COURT:  Certainly.  We'll give you some
20      white noise.
21              (Conversations were held off the record.)
22              MR. DONNELLY:  So, Mr. Guertin has advised
23      counsel that he would like to discharge the public
24      defender's office and proceed with self-representation.
25      Typically, there's a form petition that needs to be
```

134__Transcript_April-17-2025_Hearing__2025-04-23.pdf
SHA-256 Hash of Source File:  5c51e51a544b0fe2b063fe8444268d87b00febb7fe385a96f53a47937cb533d9
Page: 8 of 15        [ source file ]        [ .ots timestamp of source file ]

```
                                27-CR-23-1886                              Filed in District Court
                                                                             State of Minnesota
                                                                             4/23/2025 2:09 PM

                                                                                        8
 1       filled out.  It doesn't always have to be, but it's more
 2       a matter of how the Court wants to move forward with that
 3       request.
 4                    THE COURT:  Yes.  Usually, Mr. Guertin, when
 5       this happens, usually someone from the public defender's
 6       office who is not your current attorney -- so Geoff
 7       Isaacman or someone -- maybe Jessi Colbert would go over
 8       the petition with you to make sure that you really
 9       understand because it's a really big deal to not have an
10       attorney.
11                    As I was describing, attorneys are trained with
12       three years of law school, so they know the rules.  If
13       you're by yourself representing yourself, you'd be held
14       to those same rules.  You'll have to know and follow
15       court procedure and criminal procedure and evidence rules
16       and things like that.  And so, having a lawyer is
17       exceedingly helpful in court.
18                    Now, of course you do have the right to self-
19       represent, but because it is such a big, important choice
20       and it comes with so many consequences, normally what we
21       do is have you meet, as I said, with a senior person in
22       the public defender's office to go over that petition.
23       So, I would intend if that is your desire to essentially
24       continue this hearing and we would come back at a time
25       that worked for one of those people with you with that
```

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-17

134__Transcript_April-17-2025_Hearing__2025-04-23.pdf
SHA-256 Hash of Source File: 5c51e51a544b0fe2b063fe8444268d87b00febb7fe385a96f53a47937cb533d9
Page: 9 of 15      [ source file ]      [ .ots timestamp of source file ]

```
                                27-CR-23-1886
                                                          Filed in District Court
                                                            State of Minnesota
                                                            4/23/2025 2:09 PM

                                                                        9
 1      petition filled out.
 2              Ms. Carpenter or Mr. Donnelly, is that still
 3      your understanding as well as how this works?
 4              MR. DONNELLY:  I think that's fine, Your Honor.
 5      It doesn't -- yes.  That's fine.  I don't think it has to
 6      work that way, but we can do that.  It would make sense I
 7      think to continue it for a brief period of time for him
 8      to consult with another person in the office.
 9              THE COURT:  Okay.
10              MR. DONNELLY:  That's fine.  I mean, I --
11              THE COURT:  Ms. Hamid, any issues with that?
12              MS. HAMID:  No, Your Honor.
13              THE COURT:  Okay.
14              MR. GUERTIN:  I would like to still -- like, I
15      understand either I have counsel or I don't.
16              THE COURT:  Yes.
17              MR. GUERTIN:  I understand that aspect of it,
18      but I would just -- to have an advisory role or like
19      standby counsel?
20              THE COURT:  That's something that is gone over
21      in the petition.
22              MR. GUERTIN:  Okay.
23              THE COURT:  Yeah.  You won't be able to have
24      standby counsel from the public defender's office, but
25      sometimes they are able to be advisory counsel, but it is
```

134__Transcript_April-17-2025_Hearing__2025-04-23.pdf  
SHA-256 Hash of Source File: 5c51e51a544b0fe2b063fe8444268d87b00febb7fe385a96f53a47937cb533d9  
Page: 10 of 15        [ source file ]        [ .ots timestamp of source file ]

```
                        27-CR-23-1886
                                                    Filed in District Court
                                                      State of Minnesota
                                                      4/23/2025 2:09 PM

                                                                10
 1    a very, very limited role.  It's -- they don't initiate
 2    anything.  It's basically just to answer questions of
 3    yours, legal questions.  And so, having an attorney to
 4    advocate for you is hugely more advantageous.  It's just
 5    a lot more ability to do things on your behalf and to do
 6    the actual, you know, digging in work, the research, the
 7    arguing.
 8              So, again, all of that is just for background
 9    for you.  I understand that you are going to consider
10    this, and you'll go over the advisory counsel and the
11    different options there when you do the petition.  But
12    that -- I'm not sure that standby counsel will be
13    available for you.  I can certainly see and inquire if
14    there's another way for me to do that other than the
15    public defender's office, but I just want to make sure
16    you know that that doesn't for sure mean you'll have that
17    option.
18              MR. GUERTIN:  Yeah.  All I would request in
19    that situation then is to be provided with the time to do
20    the necessary research that I would need to do to be able
21    to make sure that I'm fulfilling all of the procedural
22    requirements of that role.  And then my other question
23    would be how -- if I get a continuance and then -- my
24    question's just about how much time I have basically or
25    what sort of time is allotted.  And then B would be if I
```

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-17

Hearing Transcript | April 17, 2025 | Omnibus Hearing
EXHIBIT APR-17

134__Transcript_April-17-2025_Hearing__2025-04-23.pdf
SHA-256 Hash of Source File: 5c51e51a544b0fe2b063fe8444268d87b00febb7fe385a96f53a47937cb533d9
Page: 11 of 15     [ source file ]     [ .ots timestamp of source file ]

```
                            27-CR-23-1886                    Filed in District Court
                                                              State of Minnesota
                                                              4/23/2025 2:09 PM

                                                                      11
 1    made that decision, when does that decision become
 2    official?  And then when would my motion that I entered
 3    into the record get ruled on?
 4             THE COURT:  So, I can't give you specific
 5    dates, but what would happen in broad big picture strokes
 6    is that you would meet with the person I described from
 7    the public defender's office, fill out that petition if
 8    indeed you still want to go that route.  Then we would
 9    come back for essentially a continuation of this hearing.
10    We would essentially pause this hearing, come back and
11    finish it.  At that point if I'm satisfied that you fully
12    understand what it means to represent yourself, I would
13    essentially discharge your public defenders, and you
14    would be at that point self-represented, and at that
15    point I could consider things that you file.
16             MR. GUERTIN:  Okay.  So, if we move forward
17    with that, what -- how -- when would we come back and
18    meet here again basically?
19             THE COURT:  Right.  So, that we would have to
20    coordinate with the state and with the public defender's
21    office.  Let's see.  Maybe if we can coordinate with
22    current counsel, at least someone then could come back
23    with him with that petition.  I mean, if counsel are
24    available, we could make a time next week.  We'll be in
25    trial, but we could make a time.  Or the week of the 28th
```

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-17

**EXHIBIT APR-17 | p. 11**

CASE 0:25-cv-02670-PAM-DLM   Doc. 84   Filed 07/23/25   Page 13 of 16

Hearing Transcript | April 17, 2025 | Omnibus Hearing
EXHIBIT APR-17

134__Transcript_April-17-2025_Hearing__2025-04-23.pdf
SHA-256 Hash of Source File: 5c51e51a544b0fe2b063fe8444268d87b00febb7fe385a96f53a47937cb533d9
Page: 12 of 15       [ source file ]     [ .ots timestamp of source file ]

```
                                27-CR-23-1886
                                                          Filed in District Court
                                                            State of Minnesota
                                                            4/23/2025 2:09 PM

                                                                      12
 1      we should have more time available because that's a block
 2      week.
 3               MS. HAMID:  The 28th is better for me, Your
 4      Honor.  I have about seven trials next week.
 5               THE COURT:  Okay.  So, let's look at the week
 6      of the 28th then, please.
 7               MR. GUERTIN:  And that's when we're going to
 8      come back here?
 9               THE COURT:  Correct.  Yeah.
10               MR. GUERTIN:  And then in between that time,
11      I'm going to do what?  I'm going to fill out the
12      petition?
13               (Conversations were held off the record.)
14               MR. GUERTIN:  How does the declaration come in
15      for -- it sounds like there's still another competency
16      determination being made as far as your mention of
17      whether or not you think I understand what it means to
18      represent myself.  So, there's still some sort of
19      determination being made about whether or not I am
20      allowed to proceed with representing myself, it sounds
21      like?
22               THE COURT:  Well, you will see on the petition
23      what that's referring to.  I'm not referring to -- I'm
24      bound by the competency finding.  But the petition talks
25      about making an informed, knowing, voluntary, intelligent
```

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-17

134__Transcript_April-17-2025_Hearing__2025-04-23.pdf
SHA-256 Hash of Source File: 5c51e51a544b0fe2b063fe8444268d87b00febb7fe385a96f53a47937cb533d9
Page: 13 of 15    [ source file ]    [ .ots timestamp of source file ]

```
                                27-CR-23-1886
                                                         Filed in District Court
                                                              State of Minnesota
                                                              4/23/2025 2:09 PM

                                                                     13
  1     waiver of your right to have counsel.  And so, I need to
  2     make sure that that's met.  That you fully understand all
  3     of the things that are described in that petition such as
  4     the things I described that -- what your responsibilities
  5     will be.  That you will be held to essentially the same
  6     rules and standards as a lawyer.  And essentially just
  7     that you're making an informed decision for yourself.
  8     I'll need to be able to make that finding for you to
  9     self-represent.  But that's largely what that petition is
 10     designed to do.  And then we would go over it in open
 11     court.
 12             MR. GUERTIN:  Okay.  So then, let's
 13     hypothetically say we come back here on the 28th and I
 14     fulfill that, then -- obviously I can do research into
 15     this, but then is there a -- how much time would be from
 16     that point forward?  Would that be the same hearing as
 17     today and then I would need to make a decision again, or
 18     would there be time allotted to allow for pro se
 19     representation?
 20             THE COURT:  Well, at that point I would
 21     probably give the state the time it needs to respond to
 22     your motions, and then I would have a time in which I can
 23     rule on them which is -- depending on the type of motion,
 24     but if it's an evidentiary motion, it's usually 30 days.
 25     And if there's a reason for a hearing, we would have a
```

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-17

Hearing Transcript | April 17, 2025 | Omnibus Hearing
EXHIBIT APR-17

134__Transcript_April-17-2025_Hearing__2025-04-23.pdf
SHA-256 Hash of Source File: 5c51e51a544b0fe2b063fe8444268d87b00febb7fe385a96f53a47937cb533d9
Page: 14 of 15    [ source file ]    [ .ots timestamp of source file ]

```
                            27-CR-23-1886
                                                    Filed in District Court
                                                       State of Minnesota
                                                       4/23/2025 2:09 PM

                                                              14
 1    hearing.  But that would happen after the 28th.
 2              So, say we come back -- so, for example we have
 3    9:30 on the 28th available if that works for you all.
 4    Then we would have the hearing then.  If indeed you
 5    choose to go self-represented or we also call it pro se,
 6    then at that point I would be able to consider your
 7    filing.  I would give the state the time it needs to
 8    respond, and then I would rule on it.  We could also set
 9    a trial date too to have -- make sure we have a trial
10    date in the future.
11              MR. GUERTIN:  Yeah.  I just -- I'm open to --
12    I'm not -- I'm set on self-representation if that's what
13    I need to do to have my motion ruled on.  But I'm not set
14    on any necessary path from that point.  I'm just --
15    that's how I would like to proceed.
16              THE COURT:  Okay.  Does 9:30 Monday the 28th
17    work for everyone?
18              (Dates were discussed.)
19              THE COURT:  Okay.  So, we'll get you a notice,
20    Mr. Guertin.  And then we'll have a hearing on -- we went
21    with the 29th, correct?
22              MR. DONNELLY:  Eleven o'clock, I think.
23              THE COURT:  Okay.
24              (The proceedings were adjourned at 9:34 a.m.)
25
```

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-17

**EXHIBIT APR-17 | p. 14**

134__Transcript_April-17-2025_Hearing__2025-04-23.pdf
SHA-256 Hash of Source File: 5c51e51a544b0fe2b063fe8444268d87b00febb7fe385a96f53a47937cb533d9
Page: 15 of 15      [ source file ]     [ .ots timestamp of source file ]

```
                                27-CR-23-1886                      Filed in District Court
                                                                      State of Minnesota
                                                                      4/23/2025 2:09 PM

                                                                            15
 1   STATE OF MINNESOTA)
                              ss:
 2   COUNTY OF HENNEPIN)

 3

 4
                        COURT REPORTER'S CERTIFICATE
 5

 6         I, MAYA FUNK, an Official Court Reporter in and

 7   for the Fourth Judicial District of the State of

 8   Minnesota, do hereby certify that I have transcribed

 9   the foregoing transcript from the CourtSmart audio

10   recording, and that the foregoing pages constitute a

11   true and correct transcript of the proceedings taken in

12   connection with the above-entitled matter to the best

13   of my ability.

14         Dated:  April 23, 2025

15

16

17                       /s/ Maya Funk
                         Maya Funk
18                       Official Court Reporter
                         C859 Government Center
19                       300 South Sixth Street
                         Minneapolis, MN  55487
20                       (612) 322-6951

21

22

23

24

25
```

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-17