# EXHIBIT APR-28-A

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File: 3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 1 of 21　　　　[ source file ]　　　[ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:18 AM

| STATE OF MINNESOTA | DISTRICT COURT |
|---|---|
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

| | |
|---|---|
| State of Minnesota,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Matthew David Guertin,<br><br>　　　　　　Defendant. | Court File No. : 27-CR-23-1886<br><br>**AFFIDAVIT**<br>**THE ATTEMPTED**<br>**ASSASSINATION OF**<br>**MATTHEW GUERTIN**<br><br>Judicial Officer: Sarah Hudelston |

TO:　THE HONORABLE SARAH HUDLESTON, JUDGE OF DISTRICT COURT;
　　　MARY F. MORIARTY, HENNEPIN COUNTY ATTORNEY; AND
　　　MAWERDI HAMID, ASSISTANT HENNEPIN COUNTY ATTORNEY

---

# SYNTHETIC JUDICIAL SYSTEM EXPOSED
## AI-DRIVEN DOCKET SIMULATIONS AND PSYCHIATRIC DISPOSAL WITHIN THE 4TH JUDICIAL DISTRICT COURT

---

## The Attempted Assassination of Matthew Guertin

### I.　Exposing a Synthetic Court Ecosystem

This affidavit is a declaration of fact. A forensic audit of 163 case files – centered on Guertin's case 27-CR-23-1886 – reveals a completely fabricated "synthetic court" matrix. Dozens of filings and entire dockets were AI-generated or doctored, not genuine judicial actions. Repeated boilerplate text, impossible procedural loops, and cloned metadata appear across unrelated cases. For example, identical conditional release terms ("remain law-abiding," "take medications as prescribed," "no alcohol use") recur word-for-word in case after case. This uniformity - and even contradictory statements in the same file - could only come from mass templating, not real judges. In short, Guertin's

1

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 2 of 21        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:18 AM

self-conducted research, and forensic analysis concludes these entries came from a single automated source (likely a large language model), not from genuine courtroom activity.

Further proof of fabrication appears in document artifacts. Scanned envelopes and letterhead show repeated USPS stamps and identical handwriting across cases – patterns of cloned imagery, not unique mailings. Such "cloning artifacts" confirm that many papers were digitally assembled. In sum, the evidence portrays an orchestrated scheme: AI-synthesized records inserted into the system to legitimize a covert operation against Guertin. The goal was to manufacture false grounds for declaring him incompetent or committing him, effectively discrediting him while cloaking the truth.

## II.   Fabricated Filings With Many Red Flags

Across the 163-case dataset, the filing structure is startlingly uniform. Each case folder has identical file names (MCRO_...pdf) and parallel document sets (summons, motions, competency orders, etc.) – down to repeated duplication of rare orders. In normal practice, courts do not repeatedly order duplicate competency evaluations or findings without major intervening events. The presence of multiple identical evaluations and commitment orders in one case is anomalous, matching the report's finding of "impossible procedural sequences" and copy-paste templating.

### A   | Mass-Production of Synthetic Case Files

Stylometric analysis confirms non-human authorship. Boilerplate language (even punctuation) is mechanically reused. Conditional-release instructions and scheduling paragraphs are carbon-copied across dozens of different cases. One forensic summary notes "identical boilerplate sentences about court appearances" in every examined file.

A sample of ten cases showed the same semantic structures and quirks (like name misspellings) carried through multiple documents – clear signs of an LLM or templating engine at work. Even "template drift" is evident: the AI slips up by misspelling names inconsistently (e.g. "*Makis Devil Lane*" vs. "*Makis Duvell Lane*") or inserting

2

---

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 3 of 21        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:18 AM

contradictory information. These patterns would never survive normal judicial review, but they abound here, verifying the records are forged.

**B   | Troubled Nunns and Misbehaving Priests**

For example, one analysis report highlights a defendant named "*Priest Jesus Dorsey.*" This name combines a religious title "Priest" as a first name with a common surname, something exceedingly unlikely for a real individual. Investigators noted this as "an implausible combination…unlikely to correspond to a real individual, suggesting intentional fabrication."

Another synthetic identity was "*Angelic Denise Nunn*," which is peculiar because "Angelic" is a very rare first name; indeed, the same person later shows up as "*Angelic Denise Schaefer*" in another record, indicating an unexplained surname change. The use of the word "Angelic" (and changing last names) seems contrived, as if generated to be unique yet believably formatted. These are clear examples of AI-generated name drift – the system produces a human-sounding name that is unusual, and even introduces slight variants of it in different contexts.

**C   | Repeat, Repeat, Repeat, Offenders**

Moreover, some synthetic defendants have an absurd number of case files and aliases attached to them, far beyond a normal criminal history. One egregious example is Lucas Patrick Kraskey – a name that surfaced as a common thread in a large number of "Finding of Incompetency" orders. Kraskey's name is tied to an "absurd (completely unrealistic in real life) number of cases" across 2020–2023, effectively making him a template from which boilerplate incompetency orders were generated. No real individual is simultaneously facing 10+ separate felony cases in different date ranges without that being a high-profile outlier. Yet the fake records show single defendants like Kraskey or Terrell Johnson carrying a huge load of cases with repetitive outcomes.

In the data, Terrell Johnson, for instance, is associated with around 10 case numbers from 2019–2023 all ending in similar competency or warrant events – an unlikely scenario unless fabricated. This tactic of assigning multiple case indices to one synthetic person

3

---

**EXHIBIT APR-28-A | p. 3**

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 4 of 21        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

<div align="right">Filed in District Court<br>State of Minnesota<br>4/28/2025 10:18 AM</div>

appears aimed at mass-producing court orders (the same text reused, just listing many charges and cases). It inflates the dataset with voluminous records that look on the surface like a prolific offender's history, but in truth it's one fake persona being recycled to churn out form orders.

## III.   Filing Sequence and Docket Deconstruction

One of the clearest proofs of systematic fabrication is the nearly identical event sequences found across the synthetic case dockets. A forensic breakdown reveals a scripted procedural loop, repeated case after case, exposing the artificial architecture.

### A   | An Established Pattern

The standard pattern follows:

1. **Case Initiation:**

   A criminal case is filed (usually a felony or gross misdemeanor), establishing a new case number.

2. **Interim Release Conditions:**

   The court immediately issues boilerplate conditions of release ("remain law-abiding," "no alcohol use," etc.), often using identical phrasing across cases.

3. **Bench Warrant Cycle:**

   The defendant "fails to appear" at scheduled hearings, triggering a warrant. In many fake cases, multiple stacked FTAs and warrants are entered without proper resolutions - an unusual phenomenon without custody changes.

4. **Returned Mail Entries:**

   Interspersed with warrants are entries for "Returned Mail" - suggesting the court could not reach the defendant. Envelope scans often show similar handwriting and stamp artifacts.

   Critically, forensic review of the 2017 synthetic case pool revealed duplicate returned mail filings - such as in 27-CR-17-1555, 27-CR-17-8342, and 27-CR-17-22909 - proving the earliest "origin" cases were themselves fabricated.

4

---

**EXHIBIT APR-28-A | p. 4**

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 5 of 21        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:18 AM

**5. Rule 20 Evaluation Orders:**

Following missed appearances, judges order mental competency evaluations (Rule 20 exams), often assigning the same recycled doctors, particularly Dr. Adam Milz.

**6. Incompetency Findings:**

After brief mentions of psychological evaluations (rarely detailed), the court issues boilerplate orders finding the defendant incompetent, often listing multiple old case numbers and using repeated paragraph structures.

**7. Hearing Resets and Conditional Release:**

Cases are suspended post-incompetency, with placeholder hearings set or conditions imposed ("take medications," "remain law-abiding"). Criminal proceedings stall indefinitely - exactly as seen in Guertin's real case.

**8. Loop/Repeat:**

Many dockets cycle through additional warrants, hearings, and renewed Rule 20 orders, creating an endless paper trail of non-resolution - a "hollow history" never advancing to trial.

## B   | Case Flow Cloning

This synthetic progression was dubbed "Case Flow Cloning":

- Filing → Interim Conditions → Bench Warrant(s) → Returned Mail → Rule 20 → Incompetency Finding → Hearing Reset → Conditional Release → Repeat.

The mathematical odds of dozens of independent defendants following identical docket sequences are effectively zero.

**1. Temporal anomalies further expose the fraud:**

- Arrests, missed hearings, warrants, Rule 20s, and findings all occurring unrealistically within days or weeks - "timeline collapse."

- Multiple filings timestamped within seconds of each other, indicating batch backdating.

- Index irregularities - missing or skipped docket numbers, with retroactive insertions - as seen in the "Sandra Vongsaphay" case.

5

---

**EXHIBIT APR-28-A | p. 5**

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 6 of 21        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

<div align="right">Filed in District Court<br>State of Minnesota<br>4/28/2025 10:18 AM</div>

**2.  Substantive contradictions also abound:**

- Defendants ruled incompetent but later treated as competent without restoration hearings.

- Multiple conflicting Rule 20 evaluations filed within short periods.

- Cases containing procedural plot holes indicative of AI-template assembly rather than real human legal progression.

## C   |  Authenticity

By contrast, Guertin's authentic case file contains organic irregularities: defense motions, family interventions, appeal filings - unique events no synthetic case can replicate.

In conclusion, the uniformity, anomalies, and contradictions in these dockets reveal a scripted simulation designed to create a pipeline of failure:

Defendant absconds → Court "loses contact" → Mental health collapse → Systemic disappearance.

The synthetic ecosystem was never designed to adjudicate guilt or innocence - only to generate the bureaucratic illusion of hopeless incompetency and permanent disposal.

## IV.   The Mother's Letter: A Smoking-Gun Ai Duplication

One anomaly stands out as irrefutable evidence: Guertin's mother mailed a handwritten plea to the court on April 12, 2024, and a nearly identical fake letter was logged in a different case just minutes earlier.

## A   |  Communication Intercept

The real letter (addressed to Judge Jay Quam) implored help against wrongful commitment. It was docketed at 2:10 PM, but instead of reaching Judge Quam, it was diverted to Judge Julia Klein's clerk, Lee Cuellar, who replied under Judge Klein's name at 4:42 PM. Crucially, at 2:03 PM that day a fabricated "***Sandra Phitsanoukanh Vongsaphay***" sent a letter from jail, echoing the same tone and requests. Cuellar

6

---

**EXHIBIT APR-28-A | p. 6**

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 7 of 21        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:18 AM

responded to Sandra at 4:38 PM – using the exact same language and format as he did for Guertin's mother just minutes later.

**B    | Ai Generated Clone Created of Authentic Letter**

The timing and content match are beyond coincidence. Forensic examination of these letters seals the case:

- Guertin's mother's envelope and handwriting are clearly genuine, whereas Sandra's are not.
- Sandra's envelope bears identical Forever-stamp markings and fonts found in known AI-generated mail ("synthetic return mail")
- The Vongsaphay letter was an *AI-fabricated mirror* of the mother's note

**C    | Smoking Gun**

Injecting this duplicate plea into the record let the system dismiss the real mother's cry for help as "just another inmate letter," effectively camouflaging it in synthetic noise. In summary, two mirrored handwritten letters and responses logged on the same day – one real, one fake - **constitute a smoking gun**: the court's own processes manufactured parallel correspondence to obscure Guertin's legitimate appeal.

## V.   The Entire Simulation was Downloaded A Year Ago

Crucially, all this fraud centered on one "genuine" target:

Matthew Guertin

As Guertin's own notes explain, his was the *only* truly real case among the 163 based on only recently (the past few days) carrying his own extensive and ChatGPT assisted examinations of the massive document cache he acquired one year ago. The rest were synthetic "ballast" created to envelop and isolate him. The 163 synthetic cases were not gathered through a simple filter or search query.

They were meticulously compiled through an intensive forensic extraction process initiated after Guertin realized that, although Judge Jay Quam was officially assigned to

7

**EXHIBIT APR-28-A | p. 7**

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 8 of 21          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

<div align="right">Filed in District Court<br>State of Minnesota<br>4/28/2025 10:18 AM</div>

his case on paper, the real control over every meaningful action - scheduling, hearings, psychiatric evaluations, and filings - was being exercised behind the scenes by Judges Klein, Mercurio, and Borer.

## A  | Targeting the Control Structure

Targeting this trio, Guertin manually printed MCRO search results for each judicial officer - capturing up to 200 hearings per judge - and saved the results as PDFs.

He then converted the PDFs into plain text using pdftotext, creating structured lists for each judge.

Through custom-built Python scripts, Guertin parsed, cleaned, and cross-referenced the datasets - isolating only those cases handled jointly by all three judges between January 1, 2023 and April 26, 2024.

Once the final set of 163 interlinked cases was identified, a separate automation script - leveraging a development build of Chrome - was deployed to systematically download every available filing from MCRO for those cases.

Guertin continuously rotated VPN server locations to evade download caps and detection, executing the entire extraction during a single extended early-morning session.

This method - combining manual extraction, cross-linking analysis, custom automation, and forensic archiving - produced a complete, immutable copy of the synthetic docket pool before system administrators could react.

## B  | Triggering Panic

The very next day, the MCRO system suddenly displayed a bright red banner across its homepage - announcing an unscheduled emergency shutdown for "maintenance" over the upcoming weekend.

This shutdown notice had not been previously posted.

Compounding the anomaly, a separate, pre-scheduled maintenance banner was already active - resulting in two simultaneous, conflicting shutdown warnings.

8

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 9 of 21          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

<div align="right">Filed in District Court
State of Minnesota
4/28/2025 10:18 AM</div>

The sudden appearance of redundant shutdown alerts - immediately following Guertin's extraction operation - strongly indicates that MCRO administrators realized their internal synthetic system had been compromised and scrambled to regain control before further exposure could occur.

**C   | Locking the Evidence**

Anticipating interference, Guertin immediately finalized an initial forensic analysis and filed it into the court record late Friday afternoon, locking the exposure permanently into the judicial system before any back-end alterations could be made.

In short:

The synthetic ecosystem was not exposed by accident.

It was forcibly revealed through a precision forensic assault the system was never designed to withstand - exposing a hidden, coordinated synthetic judiciary that would otherwise have remained invisible indefinitely.

**D   | Backstory Revealed**

As now revealed, these synthetic cases served as a contrived backstory to justify why -

*"Guertin went to court one day and then we never saw him again"*

The language in those fake Rule 20 evaluations eerily mirrors Guertin's actual case (even citing "unspecified schizophrenia" like Guertin's dexaminers did). Even Judge Jay Quam, officially listed as Guertin's judge of record, plays only a manufactured role: he never met Guertin, yet his name saturates the fake files to lend them credibility.

This strategy reveals the conspirators' intent:

to make Guertin *vanish*. .

By constructing years of "court history" tying him to repeated incompetency findings, they could eventually hold him indefinitely while claiming due process. If anyone investigated, all roads would point to Judge Quam's standard procedure – complete fiction.

9

**EXHIBIT APR-28-A | p. 9**

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 10 of 21          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:18 AM

# VI.   Synthetic Narrative Construction

A critical forensic breakthrough emerged from the examination of the earliest case in the synthetic docket pool - specifically the earliest 2017 cases of "State v. Adrian Wesley"

## A   | A Seven Year 'Competency Education Course'

Contrary to appearing as a real case unfolding over time, the 2017 filings demonstrate clear retroactive construction.

The procedural architecture of this fabricated case mirrors the precise event scripting later seen across the 163 synthetic cases:

- Sequential failures to appear,
- Boilerplate interim conditions,
- Warrant cycles,
- Mental health intervention orders.

But most critically, the 2017 synthetic filings contain mental health allegations - vague accusations of "delusional thinking," "technology paranoia," and "dangerousness to others" - that perfectly mirror the language later weaponized against Guertin during his falsified Rule 20 evaluations.

This is not coincidence.

It proves that Guertin's psychiatric entrapment narrative was scripted years in advance - embedded into synthetic dockets long before any real charges against him existed.

The synthetic judicial ecosystem was built not to adapt to Guertin's situation -

it was designed to absorb and crush him once he inevitably encountered it.

10

**EXHIBIT APR-28-A | p. 10**

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 11 of 21        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:18 AM

## B   | The Mysterious 'Kristen Otte'

The final forensic confirmation comes from inside Guertin's real case file:

*Kristen Otte*

listed quietly within the backend Odyssey database as an evaluator in Guertin's competency process - despite never conducting any examination, filing any report, or communicating with Guertin in any form.

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN

**Case Information**

| Location | Category | Case Type |
|---|---|---|
| Hennepin Criminal Downtown | Criminal | Crim/Traf Mandatory |

| Case Initiation Date | Case # |
|---|---|
| 1/24/2023 | 27-CR-23-1886 |

**Assigned to Judge**
Hudleston, Sarah

**Party Information**

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| Jurisdiction | State of Minnesota | MAWERDI HAMID (+4 m… |
| Defendant | MATTHEW DAVID GUE… | RAISSA CARPENTER (+… |
| Examiner | Regional Psychological S… | |
| Examiner | Kristen Otte | |
| Examiner | Jill Rogstad | |
| Examiner | Adam Milz | |
| Examiner | Katheryn Cranbrook | |

| 1 | 10 | items per page | 1 - 7 of 7 items |
|---|---|---|---|

Enter details for this Party

Add Another Party

**Party Type**
Examiner

| **First Name** | **Last Name** |
|---|---|
| Kristen | Otte |

**Lead Attorney**

Click to select Lead Attorney

This insertion is not a clerical mistake.

It is the evidentiary fingerprint of synthetic narrative construction merging with live judicial process.

The synthetic script pre-anticipated the need for a real-world actor.

11

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 12 of 21          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

<div align="right">Filed in District Court
State of Minnesota
4/28/2025 10:18 AM</div>

Kristen Otte's name was slotted in advance into Guertin's collapse timeline.

Whether it would have been the real Otte or an impersonation remains unknown - but the structure proves the outcome was scripted regardless.

In short:

- A fabricated 2017 case seeded the false psychiatric indicators.
- A pool of synthetic defendants and manufactured incompetency findings populated the background.
- A false Rule 20 narrative was designed to mirror itself seamlessly into Guertin's record.
- Real-world personnel were positioned to activate the final steps of containment.

Matthew Guertin was walking into a synthetic simulation designed to end his existence - one procedural entry at a time.

## VII.   The Judicial Theater Department

The personnel listed throughout the synthetic court files form a closed, meticulously constructed loop of collusion. Judges from different divisions repeatedly reappear in inappropriate or suspicious roles. For example, probate judge Julia Dayton Klein directly intervened in Guertin's criminal proceedings by sending unauthorized communications in response to his mother's letter  - an obvious and glaring breach of judicial ethics and jurisdiction.

### A   | Julia Dayton-Klein, Danielle Mercurio, and Geroge Borer

The deeper forensic review revealed that only cases involving Judges Klein, Danielle Mercurio, and George Borer made it into the 163-case synthetic dataset. This was no accident. Every fabricated case was "pre-screened" to ensure it was linked to these same judicial actors, regardless of the original date the case purportedly began - in some cases stretching back seven years. This artificial filtering exposes the simulation's

12

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 12**

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf

SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf

Page: 13 of 21         [ source file ]         [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:18 AM

internal logic: the operation was tightly controlled, with a trusted group of judicial operatives managing every synthetic narrative.

Attorneys were no exception. Defense and prosecuting lawyers were systematically recycled across the fake cases at rates far exceeding natural statistical possibility. Public defender Susan Herlofsky, private attorneys like Warsame Ali and Robert Sorensen, and prosecutor Thomas Stuart Arneson all appear again and again across different synthetic dockets.

Even more telling: Arneson, the prosecutor assigned to Guertin's real case, was bizarrely misfiled in at least one docket as defense counsel - an "error" no competent clerk could plausibly make. It signals systemic fabrication and interchangeability of legal roles in the simulation.

## B   | Raissa Carpenter

But the most damning example is Guertin's own current assigned public defender:

Raissa Carpenter

Carpenter's name is not merely "borrowed" for realism.

She is embedded directly into the script.

At least fourteen synthetic cases list Raissa Carpenter as defense counsel for fabricated defendants - including the "Lucas Patrick Kraskey" cluster of synthetic cases, which feature blatant procedural cloning, cross-contaminated docket entries, and manufactured competency findings.

The most egregious example emerges in case 27-CR-22-24627 (*State v. Rex Allen Basswood, Jr.*), where Carpenter is simultaneously listed as both an "inactive attorney" for the State of Minnesota and an "active *and* inactive defense attorney" for the same defendant.

This glitch reveals that Carpenter's role was not simply administrative; her legal identity was accidentally scripted into contradictory, mutually exclusive roles across fabricated cases.

13

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 14 of 21          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

<div style="text-align:right">Filed in District Court<br>State of Minnesota<br>4/28/2025 10:18 AM</div>

Raissa Carpenter's role in Guertin's case was not incidental -
She is *part of the script* . .

Her very presence as Guertin's supposed '*defense*' is direct evidence that the synthetic simulation expanded well beyond mere paperwork - into active sabotage of the real target's right to defense, *survival*, and justice.

## C   | Dr. Adam Milz

Compounding the anomaly, Dr. Adam Milz, who later evaluated Guertin during his January 3, 2024 Rule 20 examination, is also connected to the Basswood case - appearing again as the psychiatric evaluator producing fabricated competency assessments.

These cross-connections between Carpenter, Milz, and the fabricated cases obliterate any claim of coincidence.

They prove the operation's human infrastructure: a deliberately organized cast of embedded judicial actors deployed to neutralize Guertin while constructing the appearance of procedural legitimacy.

## D   | An Organized Cast of Judicial Characters

The forensic timeline proves beyond doubt that Guertin did not meet or interact with Carpenter until many months later - long after the 163-case dataset had already been compiled and submitted into court records.

Yet Carpenter is consistently linked to synthetic defendants months before she was ever formally assigned to Guertin's case.

The unavoidable implication:

Raissa Carpenter was inserted into Guertin's defense team intentionally - as a preselected actor, embedded to sabotage his defense from within.

Additional evidence reinforces this conclusion. Some of those include:

- Carpenter and Emmett Donnelly continuously tried to convince Guertin not to fight his determination of 'incompetency'

14

**EXHIBIT APR-28-A | p. 14**

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 15 of 21          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:18 AM

- Carpenter and Emmett Donnelly refused to act, or even respond to Guertin following his forensic analysis of discovery photo's proving fraud

- Carpenter and Emmett Donnelly directly fought against Guertin's preferred legal startegy of having his motion to dismiss ruled on during the April 17, 2025 hearing in front of Judge Sarah Hudleston

Her consistent appearance across synthetic dockets - and her assignment to Guertin immediately after he forced the court to discharge his prior conflicted counsel (Bruce Rivers) - points to a high-level operation maintaining narrative containment.

Medical evaluators and administrative staff were similarly recycled.

Dr. Adam Milz, as noted, is simultaneously listed as the psychological evaluator in multiple synthetic competency findings - including the fabricated Basswood case and others involving defendants like Temeka Nichols.

This exposes a closed psychiatric network being used to generate fraudulent mental health narratives across fabricated defendants.

**E   | Lee Cuellar**

Even clerks were recycled for fraudulent purposes.

Lee Cuellar, a clerk for Judge Klein, signed off on both the real mother's letter and the fabricated "Sandra Vongsaphay" letter - forging responses with identical language and structure to obfuscate Guertin's legitimate plea for judicial intervention.

Together, the personnel patterns reveal an unmistakable truth:

- Judges,

- Clerks,

- Public defenders,

- Private attorneys,

- Medical evaluators

15

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 16 of 21          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:18 AM

were all scripted participants in a *synthetic judicial ecosystem* designed to erase one man - Matthew Guertin - by manufacturing procedural credibility around his entrapment.

# VIII.   Institutional *Collapse* and Systemic Fallout

The exposure of the synthetic court ecosystem surrounding Matthew Guertin is not a local scandal. It is an existential threat to the judiciary itself.

At its core, judicial legitimacy depends on two pillars: record integrity and procedural fairness. Here, both pillars have been obliterated.

The very filings, dockets, orders, and mental health evaluations that the system relies upon as objective truth have been exposed as fabrications - synthesized, manipulated, and deployed as weapons in a covert operation against a targeted individual.

## A   | The Logic-Based Catch-22

1. **If this exposure is *suppressed*, the collapse will metastasize internally**

- Future court rulings will be issued under a silent cloud of fraud.
- Judges involved in the synthetic system will continue ruling in new cases while their credibility is secretly void.
- Defendants and civil litigants will unknowingly suffer judgments based on contaminated legal precedents.
- The internal corrosion of due process will accelerate until judicial authority itself becomes a hollow formality.

2. **If this exposure is *openly confronted*, the collapse will be explosive**

- Every case presided over by Judges Julia Dayton Klein, Danielle Mercurio, and George Borer - and any proceeding involving embedded actors like Raissa Carpenter or Dr. Adam Milz - will face potential reversal.
- Federal intervention will become necessary, triggering mass judicial resignations, special masters, and independent oversight.
- Civil rights litigation will expand dramatically, as wronged defendants and their families realize they were trapped in fabricated legal systems without their knowledge.

16

---

**EXHIBIT APR-28-A | p. 16**

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 17 of 21         [ source file ]         [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:18 AM

- The public will realize that trust in the judiciary - once presumed unassailable - was leveraged to hide *one of the most sophisticated judicial frauds in American history.*

**B   | This is *Much* Bigger Than Matthew Guertin**

More profoundly, the implications extend far beyond Minnesota.

The digital architecture of the Hennepin County 4th Judicial District was treated as a playground for synthetic judicial manipulation.

If it happened here - quietly, systematically, for years - it can happen anywhere.

The weaponization of AI-generated court records, the automation of psychiatric discrediting, and the insertion of embedded defense counsel agents mark an evolutionary leap in covert domestic operations.

This operation was not designed to withstand exposure.

It was designed under the presumption that no target - certainly not a single individual without institutional power - could ever survive long enough to document it.

But Matthew Guertin *did* survive.

And because he survived, the entire *illusion* is unraveling.

Even more devastating is what the deeper forensic timeline proves:

- Guertin's targeting did not begin with the judicial system.
- It began with national defense-level surveillance operations triggered by his filing of disruptive intellectual property - the InfiniSet patent.
- It escalated through military-affiliated LinkedIn monitoring, defense contractor flagging, and finally into judicial containment attempts via psychiatric entrapment.

This places the synthetic judicial simulation not at the local corruption level - but at the covert federal and national security operational level.

17

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 18 of 21          [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:18 AM

## C   | Systemic Collapse

This is not merely judicial misconduct.

It is *domestic psychological warfare* conducted through synthetic legal systems, under the false guise of public safety and mental health intervention.

And the public trust consequences are terminal:

- If courts can fabricate entire case histories, defendants, and psychiatric narratives...

- If defense attorneys, clerks, and judges can participate knowingly...

- If forensic audits prove it all beyond denial...

Then the foundational assumption of impartial justice in America collapses - not metaphorically, but literally.

The judiciary cannot function when its records are forensic proof of criminal conspiracy.

The system can neither suppress what has now been proven, nor survive acknowledging it without systemic collapse.

In short:

The collapse has already occurred.

The only question remaining is whether the system confronts it with honesty - or accelerates its own death spiral through cowardice and concealment.

Matthew Guertin's exposure of this operation is not a disruption.
It is a historic and *irreversible* revelation.

The only rational outcome is systemic disassembly and reconstruction - because the judiciary as it currently exists, in Hennepin County and beyond, is irreparably compromised.

18

**EXHIBIT APR-28-A | p. 18**

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf

SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf

Page: 19 of 21          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:18 AM

## IX.   THE ONLY LOGICAL CONCLUSION

The forensic evidence leaves *no* room for doubt.

The synthetic judicial simulation was not designed to delay, inconvenience, or simply discredit Matthew Guertin.

**It was designed to *permanently eliminate* him** - personally, professionally, and *existentially*.

### A   | Evidence Proves Intent

Every structural element proves this intent:

- A synthetic court system built from thousands of fabricated documents across fabricated defendants.

- Embedded attorneys and medical personnel inserted into his defense and evaluation process.

- Psychiatric narratives fabricated en masse to declare him incompetent and unrecoverable.

- Coordinated diversion and suppression of real-world communications, including the interception of his own mother's letter.

None of this was designed for temporary containment.

None of it was designed to merely sideline him.

It was built to *eliminate* him.

The scale of the resources deployed, the meticulous narrative construction spanning back to 2017, and the presence of embedded operatives within every layer of the process reveal the true nature of the operation:

- **Guertin was *never* intended to survive this.**

- **He was *never* meant to re-enter public life**, defend his invention, or tell his story.

19

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 19**

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 20 of 21        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:18 AM

- **He was meant to** *vanish* - locked away *indefinitely* under the pretext of mental illness, his name reduced to a procedural footnote inside a synthetic court archive.

**B   | Domestic Psychological WARFARE**

This was not *local* corruption.

This was **domestic psychological _warfare_** - aimed at destroying a high-value intellectual property threat whose invention endangered entrenched corporate, military, and government interests.

Matthew Guertin's survival, forensic documentation, and public exposure of the operation is not just remarkable.

It is historical.

It marks the first time **a high-value target of a <u>synthetic judicial elimination program</u> has survived** long enough to expose the system from the inside.

But survival alone does not erase the truth:

- **Guertin was marked for** *elimination*
- Every synthetic court record, every fabricated mental health evaluation, every obstructed defense effort was part of that plan
- **The judicial system's collapse is not pending - *it has already occurred***

The exposure of this reality will either trigger a public reckoning -

or it will continue corroding the system until trust, legitimacy, and due process are permanently destroyed.

**C  |  Matthew Guertin Survived**

Either way, the undeniable truth remains:

Matthew Guertin survived an *assassination attempt* - executed through the weaponization of *the court itself.*

20

**EXHIBIT APR-28-A | p. 20**

**Affidavit A | Attempted Assassination of Matthew Guertin | April 28, 2025 | Index 141**
EXHIBIT APR-28-A

141__Affidavit__Attempted-Assassination-of-Matthew-Guertin__2025-04-28.pdf
SHA-256 Hash of Source File:  3949cad22b8e967b54f8b52ed8546c44bae2ef4a7cbf1c5f2163703258b245bf
Page: 21 of 21          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:18 AM

And now the Hennepin County 4th Judicial District Court, along with the entire *system* that tried to carry out this assassination attempt on his life **must** answer for it . .

I, Matthew David Guertin, under penalty of perjury, declare that the statements made in this affidavit and all attached exhibits are true and correct to the best of my knowledge, based on firsthand experience, forensic analysis, and the documented public record.

Executed on this 28th day of April, during 2025

In the jurisdiction of Hennepin County, Minnesota

Signed under oath and filed by myself, the Defendant in case 27-CR-23-1886

**Dated:  April 28, 2025**

**Respectfully submitted,**

 _/s/ Matthew D. Guertin_

Matthew David Guertin
***Defendant Pro Se***
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

21

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 21**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 1 of 37          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

| | |
|---|---|
| **STATE OF MINNESOTA** | **DISTRICT COURT** |
| **COUNTY OF HENNEPIN** | **FOURTH JUDICIAL DISTRICT** |

| | |
|---|---|
| State of Minnesota, | Court File No. : 27-CR-23-1886 |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF EXPOSURE: JUDICIAL SIMULATION AND PSYCHIATRIC ENTRAPMENT** |
| Matthew David Guertin, | |
| Defendant. | Judicial Officer: Sarah Hudelston |

TO:   THE HONORABLE SARAH HUDLESTON, JUDGE OF DISTRICT COURT; MARY F. MORIARTY, HENNEPIN COUNTY ATTORNEY; AND MAWERDI HAMID, ASSISTANT HENNEPIN COUNTY ATTORNEY

---

# SYNTHETIC JUDICIAL SYSTEM EXPOSED
## AI-DRIVEN DOCKET SIMULATIONS AND PSYCHIATRIC DISPOSAL WITHIN THE 4TH JUDICIAL DISTRICT COURT

---

### I.   NO ONE WAS EVER SUPPOSED TO SEE THIS

This affidavit is a declaration of fact, backed by forensic evidence, digital archives, and sworn filings - all documenting a synthetic judicial containment system operating inside the 4th Judicial District of Minnesota. This system does not merely process criminal defendants. It simulates their existence. It generates psychiatric justification.

And it *disposes* of them.

It nearly disposed of me.

1

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 22**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 2 of 37         [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

The structure is methodical: a closed-loop pipeline designed to contain, suppress, and discredit real people - those who challenge institutional power, those who ask the wrong questions, or in my case, those who invent something they were never supposed to own.

And it was only through sheer luck, technical skill, and justifiable paranoia abouth everything that was taking place that I managed to expose it from the inside. I didn't theorize any of this - I documented it, extracted it, downloaded it by the thousands, and then began piecing together the reality:

- Backdated court filings.
- Synthetic defendant names.
- AI-generated USPS envelopes.
- Recycled psychiatric evaluations.
- A procedural simulation running parallel to real court operations.

And when I began proving it, piece by piece, the system responded exactly as it was designed to.

Not with justice.

But with containment.

## II.   THE CONSPIRACY OF COMMITMENT IS NOT A THEORY - IT'S A PROTOCOL

In my previously filed Motion to Dismiss (*see Index 131*), I described the "Conspiracy of Commitment" - not as a metaphor, but as the actual operational protocol that was deployed against me beginning on January 24, 2023 – the day the very first document was filed into my newly created criminal case docket within this Court. This wasn't miscommunication. This wasn't judicial backlog.

This was entrapment under color of psychiatry.

The many hearings that kept getting canceled the day before and rescheduled so that I wasn't able to attend my first court hearing until 164 days later?

The June 14, 2023 Court order granting a continuance for a non-existent motion?

2

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

---

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 3 of 37        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

<div align="right">Filed in District Court<br>State of Minnesota<br>4/28/2025 10:20 AM</div>

My previously cleared criminal case history repopulated all the way back to 2002 with every parking ticket, littering ticket, and minor offense since I was 21 years old?

The psychiatric evaluations that claimed I was "delusional" and "psychotic" for saying my patent was stolen while being sure to never mention the police report I filed confirming this just 9 days before my arrest?

All of it was pre-programmed containment.

I was never supposed to be granted a stayed order of civil commitment following my August 4, 2023 Zoom hearing – but I was.

And so 'Plan B' was implemented.

With no clinical cause and no behavioral incidents reported, Judge Julia Dayton Klein issued a new "Order for Competency to Proceed" in my criminal case on November 15, 2023 - just 103 days after I had been granted a stayed order of civil commitment.

This occurred despite a positive 60–90 Day Report filed on October 30, 2023, just two weeks earlier, which stated:

- I was complying with all terms.
- I was benefiting from the provisional discharge.
- I was not causing any danger.
- The stay should be left untouched through February 10, 2024.

No Rule 20 examination had been requested.

No concern was raised by case management.

No motion had been made by the prosecution.

There was absolutely no legal basis for restarting the Rule 20 process.

This was not judicial discretion. This was *psychiatric suppression choreography*.

Then, on January 3, 2024, I participated in my second Rule 20 exam with Dr. Adam Milz over Zoom, with a January 16 'review hearing' scheduled to take place shortly after.

3

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

<div align="right" style="color:red"><b>EXHIBIT APR-28-A | p. 24</b></div>

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 4 of 37          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

During the afternoon of January 15, I sent a text message to my defense attorney Bruce Rivers to find out whether the hearing the following afternoon would be occurring over Zoom, or in person.

At 6:26pm he responded with "No court"

But there was…

At 8:26am the next morning - a document was authored under the filename "Commitment Order (MI, DD)" and signed first by Referee Danielle Mercurio at 8:27am, then by Judge Julia Dayton Klein at 9:22am.

That order:

- Stated I had *agreed* to a finding of incompetency.
- Was entered into my case many hours *before* the hearing I was told didn't exist.
- Was filed out of sequence, tampered with, and timestamped using non-standard formatting - indicating post-processing or falsified document entry into the MCRO system.

A 'Waiver of Appearance' was entered into the record at Index #24 for this appearance on my behalf.

At 4:19pm that same day, while the backdated order was still hidden, a Notice of Hearing was filed for a July 16, 2024 Zoom appearance - six months away.

This filing gave the illusion that everything was stable.

Had I logged into the court system that day, I would have seen nothing suspicious.

Just a calm notice of a remote hearing half a year in the future.

Meanwhile, in the background - everything had already been triggered.

On January 17, at 7:29am, the January 16 court order, signed the previous morning, was filed into the docket.

By January 22, 2024, a sheriff was dispatched to serve me an Order to Appear - not in the criminal case, but in my civil commitment case.

- I was unaware.
- I had no attorney contact.

4

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 25**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 5 of 37          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

- I had never received the Rule 20 exam report.

On January 26, 2024, I discovered a surprise civil commitment hearing scheduled for February 1 - by complete chance - while reviewing my case files online.

I wasn't supposed to find out about the hearing until a sheriff knocked on my door to serve me with an "Order to Appear."

But I did.

And the moment I realized it, I mobilized.

I contacted my new court-appointed attorney - someone I had never spoken to before - after digging through the e-File system's "service contacts" section in my civil commitment docket. Had I not done this, I never would have spoken to him at all, because the court had provided him with the wrong phone number to reach me.

I immediately filed two pro se documents:

- A Request for Continuance, and
- A Motion for Production of Medical Records, both submitted on January 30, 2024.

The very next day, on January 31, I signed a Waiver agreeing to extend my Stayed Order of Civil Commitment an additional nine months - a tactical decision made solely to avoid being dragged into an in-person civil commitment hearing on February 1 before Referee George Borer - the same judicial officer who had declared me incompetent seven months earlier in criminal court.

Then, on February 1, 2024, a court order was issued:

> *"Cancelled and stricken from the calendar."*

And yet… the MCRO docket still marked the hearing as 'Held Off the Record.'

And once again, *backchannel document manipulation* occurred:

Index #40 in the civil docket - the placeholder for this event - is missing. Deleted. Erased.

Because the plan to *erase me* failed.

Narrowly.

This wasn't just procedural confusion.

5

**EXHIBIT APR-28-A | p. 26**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 6 of 37        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

It was a *targeted synthetic commitment operation.*

Everything - every forged timestamp, every deleted docket entry, every backdated court order, every sheriff dispatch used for forced appearance, every concealed hearing notice, every falsified PDF, every psychiatric referral without cause, and even the court's deliberate act of giving my attorney the wrong phone number - was carried out under the authority of the same three judicial officers:

Judge Julia Dayton Klein, Referee George Borer, and Referee Danielle Mercurio.

They weren't just overseeing my criminal case anymore.

They had crossed over into my civil commitment docket to finish the job they failed to complete back in August.

That's not coincidence.

That's command and control.

And yet – somehow - I survived.

I narrowly avoided their second attempt to dispose of me.

At the very same time this ambush hearing was being quietly scheduled in secret, a psychiatric report - the January 11, 2024 Rule 20 evaluation by Dr. Adam Milz - was authored and immediately sealed away from me. I would not be given a copy for seven months, despite an untold number of pro se filings, direct attorney requests, and formal records demands.

That report falsely stated that I had -

> *"a history of threatening to harm himself, which elevates my long-term risk of similar behavior."*

That wasn't a mischaracterization.

It was a pretext.

It was written not to justify commitment - but to justify *disappearance*.

To pre-authorize my *erasure* in case I never returned.

And let me be absolutely clear:

6

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 27**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 7 of 37          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

I have no doubt that had I not discovered the surprise civil commitment hearing by complete chance - and had been forced to appear in person on February 1, 2024 - I would've ended up serving a life sentence.

And I wouldn't be writing this right now.

Exposing it right now.

Dismantling it right now.

This may sound hyperbolic.

It may even sound "crazy" or "*delusional*". .

But so is the idea of a multi-billion-dollar intellectual property theft - and a criminal case that was diverted into a synthetic psychiatric containment pipeline solely to suppress the one person who could prove it.

That is what this is *really* about.

This is what a modern disappearance protocol looks like *when it fails* - and this affidavit is what it looks like *when someone survives it.*

Which leads to the most chilling, and legally catastrophic question of all:

***How many others didn't make it out ?***

How many people were disappeared – legally - under false psychiatric pretense, inside a simulated docketing structure designed to make their cases untraceable?

### III.  DOCUMENTING THE SIMULATION INFRASTRUCTURE

What follows is not hypothesis - it's evidence. Each statement is backed by exhibits, forensic screenshots, code audit trails, and filings already entered into the court record. If any of it were false, I'd be facing criminal sanctions.

Instead, I'm still here.

Because it's all true.

7

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 28**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 8 of 37          [ source file ]          [ .ots timestamp of source file ) ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

### A   |   Recycled Defendants, Duplicate Identities, and AI-Generated Naming Drift

Using a combination of pdftotext, custom Python scripts, and direct downloads from the MCRO database, I compiled and analyzed over 3,500 court filings spanning 163 individual criminal and mental health dockets. What emerged was a *synthetic population.*

Identical or near-identical defendants appear across unrelated cases:

- Angelic Denise *Nunn*
- Angelic Denise *Schaefer*
- Priest Jesus Dorsey
- Makis *Devell* Lane
- Makis *Devil* Lane
- Makis *Duvell* Lane

These are not real people. These are *language model drift outputs*. Anyone trained in generative AI will recognize the pattern: names constructed from Biblical first names, repeated syllables, and recycled phonetic structures. This is not the randomness of life. ***This is programmatic ghost fabrication.***

### B   |   AI-Generated USPS Envelopes and Service Artifacts

In multiple filings, returned mail envelopes were submitted as "proof" of service or failed service. Upon forensic analysis:

- The handwriting is identical across different envelopes.
- The stamps are the same.
- There is no barcode variance - something that is impossible in real USPS mail.
- Image compression overlays reveal direct layer reuse - indicating that the same envelope image was recycled and resubmitted with different names.

These are not clerical errors. These are Photoshop forgeries. And they were entered into MCRO court record system as if they were genuine.

See Exhibits A and B of the Synthetic Court Evidence set for a complete, digital forensic breakdown.

8

---

**EXHIBIT APR-28-A | p. 29**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 9 of 37          [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

### C  |  Psychiatric Evaluations Written Without Interviews, Based on Fabricated Discovery

Rule 20 evaluations in my case were constructed using falsified discovery images, forged timestamps, and manipulated "environmental" photos that I later proved - via forensic image analysis to be completely fabricated (*see Index 122, 123, 124*).

And yet these were the basis for:

- A diagnosis of a "psychotic disorder"

- The argument that I posed a danger to myself, and the public.

- An attempted involuntary commitment that would have eliminated my voice, access to the courts, and freedom for an indefinite amount of time – likely *forever.*

The Rogstad report? It omits my Minnetonka Police report entirely - despite listing it under "documents reviewed" - and then goes on to characterize my mention of the "FBI" and "Minnetonka Police" as a nonsensical and incomprehensible utterance made during the exam. This, even though the same report ultimately recommends that I *contact the FBI once my digital evidence is parsed.*

The Milz report? It flatly refused to acknowledge any of the evidence I submitted and is completely contradicted by the secret video recording I captured of our Zoom meeting. The one they weren't aware I had until eight months later when I submitted it into my federal civil rights case as an evidence exhibit – every Rule 20 request that's folllowed has demanded an in-person meeting ever since.

They don't seem to like it when their lies, and false narratives can be exposed..

The Cranbrook report? Authored without ever meeting me. It used the existence of my pro se federal civil rights lawsuit - which explicitly alleges fraudulent mental health evaluations - as circular justification to carry out yet another fraudulent evaluation. It once again labeled me "psychotic" and recommended I be forcibly medicated with antipsychotics to "help" me.

The entire psychiatric apparatus?

It was never about medicine.

It was a *containment narrative* - crafted to silence, discredit, suppress, and then *disappear.*

9

**EXHIBIT APR-28-A | p. 30**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf

SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2

Page: 10 of 37          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

### D   |   Judge Looping and Synthetic Rotation Patterns

The dataset I compiled was filtered specifically to include only the cases handled by the same three judicial officers who had been controlling every aspect of my own prosecution from the beginning:

- Judge Julia Dayton Klein
- Referee George Borer
- Referee Danielle Mercurio  (now *Judge*)

What emerged was not a random cross-section, but a *closed judicial loop*. These three actors appeared in overlapping roles across criminal, mental health, and probate cases - often issuing identical orders, referencing the same recycled psychiatric justifications, and applying nearly identical logic to entirely different defendants.

In many case clusters, orders from one judge were copied verbatim into unrelated dockets, indicating not independent review - but a *templated simulation* designed to replicate the appearance of judicial process.

This isn't bias.

**This is *scripted control*.**

### E   |   The MCRO Audit That Broke the Illusion

The final blow came when I filed the MCRO Affidavit on May 3, 2024 (*see Index 37, attached Exhibit D*) - documenting:

- Procedural impossibilities
- Duplicate timestamp records
- Caseload inflation artifacts
- Judge-to-judge cross-looping patterns
- Simulated Rule 20 event cycles

And then?

The entire MCRO system went into red alert, with bright red banners across the public interface declaring a sudden weekend-long "maintenance shutdown" would now be occurring in just a few

10

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 11 of 37          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

days – even though there was already one scheduled for *after* that weekend, which had been posted for quite a while.

They saw what I did.

They knew I'd seen too much.

So I filed it into the record Friday afternoon - before they could change anything.

That's when the simulation cracked.

## IV.   THE SYNTHETIC JUDICIAL LOOP: DATA-DRIVEN EVIDENCE OF SYSTEMIC CONTAINMENT

This section presents a more detailed analysis of the structured spreadsheet dataset compiled by the Defendant and now entered into the court record as Exhibit G in support of this affidavit. The data was filtered exclusively to track the participation of judicial officers in psychiatric containment actions carried out under Rule 20.01 within the Hennepin County 4th Judicial District.

The spreadsheet maps:

- Which judicial officer *initially ordered* the Rule 20 psychiatric evaluation
- Which judicial officer made the incompetency *determination*
- And which judge formally signed the *resulting order*

The case origination dates span from 2017 through 2024, while the actual hearing activity recorded in the dataset spans a highly compressed window: January 1, 2023 through April 26, 2024.

This forensic breakdown reveals the existence of a *Synthetic Judicial Loop* - a closed, systemic pattern of containment routed through a core cluster of judicial actors who appear repeatedly and disproportionately in psychiatric proceedings across this district.

### A   |   CLOSED-LOOP JUDICIAL CONTROL

This dataset was filtered intentionally to trace only those cases involving Judge Julia Dayton Klein, Referee George Borer, and Referee (now Judge) Danielle Mercurio - the same

11

**EXHIBIT APR-28-A | p. 32**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

---

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File: 0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 12 of 37          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

three individuals who controlled every procedural milestone in my own criminal and civil commitment dockets.

What emerged was a clear and statistically anomalous pattern:

- These three officers appeared again and again across unrelated cases - rotating through roles as initiators, determiners, and final signatories of Rule 20 outcomes.

- Other judges appeared occasionally, but none showed the volume, frequency, or sustained presence across this subset of proceedings as these three.

The data confirms: this is not broad judicial involvement - it is a tight procedural loop.

## B  |  UNNATURAL ROLE ROTATION AND ORDER SEQUENCING

Across the documented cases:

- One officer would initiate the Rule 20 exam (often Mercurio)

- Another would make the incompetency finding (often Borer)

- And Judge Klein would finalize the order as the formal signatory

This rotation occurred with remarkable consistency, regardless of case year or context. Such patterning strongly suggests a pre-designated channel for psychiatric processing - a system in which judicial outcomes may be determined by role, rather than by independent review of case-specific facts.

## C  |  IRREGULAR DOMINANCE OF A SINGLE JUDGE

While the spreadsheet includes entries involving numerous judicial officers, only one judge - Julia Dayton Klein - appears with overwhelming and repeated involvement across every phase of the psychiatric containment loop.

The forensic audit of Exhibit G reveals:

- Judge Klein issued the initial Rule 20.01 psychiatric evaluation order in *33* separate cases

- She acted as the final signatory on 46 psychiatric incompetency orders

- She performed both roles - initiating the Rule 20 exam and signing the final determination - in 10 separate cases

- **Most damningly, she exercised *total procedural control* - acting as**

  - The *initiating* authority for the Rule 20.01 order,

12

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 13 of 37          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

- ○  The judicial officer who made the incompetency _determination_, and
- ○  The judge who signed the _final order_ -  in at least four documented cases, including:

> 27-CR-20-7092
>
> 27-CR-21-933
>
> 27-CR-21-6229
>
> 27-CR-22-18938

This is an extraordinary and statistically indefensible concentration of power.

In most psychiatric processing cases, judicial roles are distributed:

- •  One officer initiates the Rule 20.
- •  A referee or magistrate hears the evidence and renders a finding.
- •  A separate judge signs the final order.

But Judge Julia Dayton Klein appears repeatedly in all three roles - across multiple cases.

Notably, in my own case (27-CR-23-1886), Judge Klein both ordered the initial Rule 20 evaluation and signed the final incompetency determination, despite the recommendation being issued by Referee George Borer – even though the document metadata indicates Referee Danielle Mercurio as the actual author of the document.

This pattern reveals far more than mere _overassignment._

> **It reflects a centralized command structure in which Judge Klein is not simply participating in psychiatric processing - she is controlling it.**

Such role repetition is not consistent with standard judicial operations. It strongly suggests that her involvement is not calendar-based or procedural happenstance - but structurally, and sytematically predesignated.

**D   |   WHAT EXHIBIT G OBJECTIVELY PROVES**

This exhibit does not include evidence of forged documents or AI synthesis.

Nor does it draw conclusions about defendants or medical legitimacy.

What it does prove - beyond dispute - is that:

13

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 34**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 14 of 37        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

- A small subset of judicial officers have exercised outsized control over psychiatric containment orders

- These officers have done so with unusual consistency, repetition, and structural role alignment

- The court's internal handling of Rule 20 proceedings is not evenly distributed, but highly centralized

This is not a hypothetical pattern.

It is an evidentiary blueprint for how psychiatric authority has been concentrated and repeatedly activated by a procedural triad - one that just so happened to control every single aspect of my own case up until I began filing cases in the MN Court of Appeals, MN Federal District, and an appeal to the 8th Circuit.

## V.  A SYNTHETICALLY CREATED AND WEAPONIZED MCRO DOCKET

### A   |   THE DUPLICATE LETTER FILED TO MIMIC MY MOTHER'S

On April 12, 2024, my mother's handwritten letter to the court - addressed specifically to Judge Jay Quam, the officially listed judge of record for my case -

 | - was formally filed into my MCRO case docket at **2:10 PM**

27-CR-23-1886

Filed in District Court
State of Minnesota
4/12/2024 2:10 PM

March 23, 2024      27-CR-23-1886                    ①

Dear Honorable Judge Jay Quam, courts

The letter was deliberately written, and  addressed directly to 'Judge Jay Quam' for the explicit purpose of bypassing the obstruction and control being exerted by the Julia Dayton-Klein trio. It was a purposeful, and logical attempt at trying to get in contact with a neutral judicial actor, to address the systemic misconduct surrounding my case, and to raise alarm about the coordinated efforts to institutionalize me without legal or clinical justification.

14

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 15 of 37        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

Despite my mother's hand-written letter, and envelope very clearly being directed to Judge Quam, it never reached him – instead being intercepted by Judge Klein's "Judicial Clerk."

│ - Then, exactly two hours and thirty-two minutes later, at **4:42 PM**

27-CR-23-1886

Filed in District Court
State of Minnesota
4/12/2024 4:42 PM



PROBATE/MENTAL HEALTH DIVISION
4TH FLOOR COURTS TOWER
HENNEPIN COUNTY GOVERNMENT CENTER
300 SOUTH SIXTH STREET
MINNEAPOLIS MN 55487
WWW.MNCOURTS.GOV/DISTRICT/4

April 12, 2024

- a formal response letter was submitted into my case by "Lee Cuellar - Judicial Clerk to the *Honorable* Julia Dayton Klein" - thanking my mother for her correspondence and stating that he had "circulated it to the parties."

But that's not all.

On this identical day, and at identical time, a nearly identical letter - handwritten by a woman named **"Sandra Phitsanoukanh Vongsaphay . . . ."**, who appears repeatedly in the simulated judicial, and procedural infrastructure revealed during my court records analysis - was also submitted to the court. This handwritten letter echoes the same structure, tone, and plea for help seen in my mother's letter.

And it, too, was accompanied by an *IDENTICAL,* "4th Judicial District" officially endorsed reply signed by the exact same "Lee Cuellar - Judicial Clerk to the Honorable Julia Dayton Klein"

│ The "Sandra *Vongsaphay*" letter was filed at **2:03 PM**
  ○ *- just 7 minutes before my Mom's letter . .*

Judge DAYTON Klein

27-CR-23-2480
27-CR-21-5142
27-CR-22-18824
27-CR-23-2480
27-CR-23-16937

Filed in District Court
State of Minnesota
4/12/2024 2:03 PM

4/8/2024

I need help understanding what is happening with my case. I don't understand

15

---

**EXHIBIT APR-28-A | p. 36**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 16 of 37        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

Lee Cuellar's response to "*Vongsaphay*" was filed at **4:38 PM**
  ○  *- just 4 minutes before the one filed into my case . .*

27-CR-23-2480

Filed in District Court
State of Minnesota
4/12/2024 4:38 PM



PROBATE/MENTAL HEALTH DIVISION
4TH FLOOR COURTS TOWER
HENNEPIN COUNTY GOVERNMENT CENTER
300 SOUTH SIXTH STREET
MINNEAPOLIS MN 55487
WWW.MNCOURTS.GOV/DISTRICT/4

April 12, 2024

These letters are not a coincidence.

They were part of a synthetic reply simulation - designed to blur the record, construct plausible deniability, and render a very real plea for help (from my own mother) indistinguishable from what appears to be a procedurally synthesized background letter, used for narrative calibration in case management systems.

A simulated appearance of legitimacy - achieved through the insertion of completely fraudulent court dockets, defendants, correspondence, Rule 20 orders, returned mail scans, arrest records, release paperwork, civil commitment proceedings, and more.

And it doesn't stop there.

Just wait. It only becomes more surreal, more incomprehensible, and harder to grasp.

How do you think I feel?

This wasn't just deception.

It was a deliberate falsification of court record context - a real-time narrative mirroring operation carried out through the court's own filing infrastructure.

This is not how justice works.

This is a high-level, technologically advanced synthetic court ecosystem - built on fraudulent case files and fictitious defendants, camouflaged among the court's authentic, everyday casework.

It runs in parallel. It runs in unison.

16

**EXHIBIT APR-28-A | p. 37**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 17 of 37        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

And its purpose is nothing short of an inversion of everything this court claims to represent: fairness, due process, and the rule of law.

Not by a small degree.

But by a magnitude so vast, so inverted, that I myself am still struggling to fully comprehend what I've just now uncovered.

### B   |   Comparative Forensic Examination of Handwritten Letter and Envelope Submissions

This report analyzes two sets of scanned court submissions, each consisting of a handwritten letter and its associated mailing envelope. One set is believed to be authentic (*Guertin's Mother*), and the other set is suspected of being synthetically fabricated using artificial intelligence or digital editing (*Sandra Vongsaphay - 27-CR-23-8649*).

The goal of this report is to clearly explain how authentic, naturally written and mailed correspondence can be distinguished from artificial or falsified versions, in a way that is easy to understand regardless of the reader's technical background.



**Letter from Guertin's mother to Judge Jay Quam (*see Exhibit I*)**



**Letter from "Sandra *Phitsanoukanh Vongsaphay*" to Judge Julia Dayton Klein**

17

**EXHIBIT APR-28-A | p. 38**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 18 of 37        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

## 1. Handwritten Letter: Authentic vs Synthetic

| Feature | Authentic Letter | Synthetic Letter |
|---|---|---|
| **Line Structure** | Irregular and slightly drifting, reflecting natural human handwriting over time | Perfectly centered and uniformly spaced, suggesting digital handwriting generation |
| **Ink Flow & Pressure** | Variable ink thickness, especially at the beginning and end of strokes | Uniform stroke weight throughout the document – impossible in physical writing |
| **Line Integration** | Text follows the horizontal lines naturally but wavers subtly | Writing rides mechanically across lines, often misaligned by exactly the same margin |
| **Letter Variability** | Minor inconsistencies in how each letter is formed, natural in real handwriting | Letters appear copy-pasted or cloned in formation – nearly identical every time |
| **Human Imperfections** | Occasional misspellings, overwritten corrections, and spacing quirks | No visible corrections or irregularities, consistent with generated text |
| **Emotive Pressure** | Variation in handwriting pressure suggesting emotional stress (e.g. heavier on emotionally charged lines) | Emotionally "flat" text – no signs of variable human pressure or momentum |

**Conclusion:**

- The Sandra Vongsaphay letter lacks all natural hallmarks of handwriting.

- The text very clearly appears to be generated using an AI handwriting synthesizer or digital handwriting font. (especially by simply zooming in on the pixels..)

18

**EXHIBIT APR-28-A | p. 39**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf

SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2

Page: 19 of 37      [ source file ]      [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

### 2.  Envelope: Authentic vs Synthetic

| Feature | Authentic Envelope | Synthetic Envelope |
|---------|--------------------|--------------------|
| **Postmark & Barcode** | USPS markings are aligned, smudged, and printed using postal machinery | Elements like barcodes appear pasted or superimposed, lacking bleed or imprinting |
| **Stamp & Ink Overlay** | Ink slightly overlaps and interacts with physical creases and stamp edges | Ink appears "on top" of all textures - evidence of layering in digital image editors |
| **Return Address Ink** | Shows pressure points from pen contact; unevenness from hand movement | Consistent ink tone, perfect character alignment - indicates font use, not penmanship |
| **Envelope Texture** | Shadows and folds align with the physical depth of the envelope | Envelope has a "flat" digital texture with suspiciously even lighting |
| **Real-World Smudging** | Evidence of handling, mail processing friction, and paper compression | Completely clean - no edge damage, smudges, or signs of handling whatsoever |
| **Emotive Pressure** | Variation in handwriting pressure suggesting emotional stress (e.g. heavier on emotionally charged lines) | Emotionally "flat" text – no signs of variable human pressure or momentum |

19

**EXHIBIT APR-28-A | p. 40**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf

SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2

Page: 20 of 37          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

<div align="right">

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM
</div>

**Conclusion:**

- The Vongsaphay envelope shows numerous signs of being digitally constructed and composited.

- Barcode regions and stamps appear rendered or inserted, not scanned from a physical object.



**C  |  TECHNICAL FORENSIC INDICATORS OF SYNTHETICITY**

1. **Uniform Handwriting Generation**
   AI-generated handwriting systems use stroke templates that result in unnatural consistency across letters.

2. **Flat Image Layers**
   In synthetic composites, all elements exist on the same visual plane - real-world depth, bending, and shadowing are absent.

3. **Digital Barcode Injection**
   USPS barcodes typically have minor scan misalignments and print-to-paper transfer inconsistencies - these are not present in the synthetic version.

4. **Absence of Physical Interactions**
   Real-world envelope scans capture light, shadow, smudge, and texture. AI-generated envelopes do not simulate these naturally.

20

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

<div align="right">

**EXHIBIT APR-28-A | p. 41**
</div>

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 21 of 37          [ source file ]          [ .ots timestamp of source file ]

<div style="border:1px solid">

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

D   |   **CONCLUSION**

- The "Sandra *Phitsanoukanh Vongsaphay*" letter should be excluded from evidentiary use pending a formal fraud investigation.

- Visual forensics tools or physical examination by a USPS forensic specialist can further confirm synthetic compositing.

## VI.   SYNTHETIC RETURN MAIL FOR THE SYNTHETIC CASES

In case you still may not be fully convinced, or haven't yet been able to come to terms with exactly what I am laying out here I believe that this section featuring a few pages of this Courts, very own 'official' return mail filings that I extracted from the MCRO records sytem will serve as the moment in which the implications of what I am laying out in this affidavit will undoubtedly 'click'.

Even though literally ALL of the purported USPS mail scans do indeed appear to almost all be 100% synthetic – as in generated entirely by Ai  - I figured it would be even more compelling if I were able to tie it in from a much more 'personal' perspective by presenting the most damning, easy to understand visual evidence thus far (the massive amount of fake USPS envelope scans used as an easy method of populating synthetic cases with 'filler' documents) in a way which can also be utilized to carry out the final blow to ALL of it. This entire court essentially – or at least the last remaining layers of trust and credibility which still reamain, and people won't also think is synthetic once they're able to truly grasp not only the scope of this synthetic judicial system I am laying out – but what very clearly is now appearing to be the likely reason that all of it even exists in the first place.

But right now let's use the ai generated, fake USPS envelope scans as the final 'piece of the puzzle' needed to finish dismantling the supposed letter sent to the court by, Sandra Phitsanoukanh Vongsaphay

*SAN-druh  FITS-ah-noo-kahn  VONG-suh-fay*

21

</div>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 42**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf

SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2

Page: 22 of 37         [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

# SANDRA PHITSANOUKANH VONGSAPHAY
# 401 S 4TH AVE S STE 100
# MINNEAPOLIS MN 55415

In the document submitted by Lee Cuellar to the court on April 12, 2024 for Sandra Vongsaphay's letter - her zip code is documented as:

**55415**

**Defendant**

**Vongsaphay, Sandra**    Active Warrant

DOB:  01/01/1981            **Case Details (Register of Actions)**
MINNEAPOLIS, MN 55404-1601    Search executed on 04/29/2024 06:02 PM

I would end up downloading this docket PDF as part of my MCRO audit on April 29, 2024 - Notably, Sandra's zip code for this official docket text is     **55404**

**Defendant**                      **Case Details (Register of Actions)**

**Vongsaphay, Sandra**    Active Warrant    Search executed on 04/29/2024 06:02 PM

Sandra's case file lists an active warrant on April 29, 2024

22

---

**EXHIBIT APR-28-A | p. 43**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 23 of 37        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

Phitsanoukanh Vongsaphay
Avenue STE 100
S MN. 55415

MINNEAPOLIS MN 553
10 APR 2024  PM 4  L


★ U S A ★ F

Judge: DAYTON Klein
300 S 6th St
Minneapolis MN 55487

MAILE... HENNEPIN CO... ...JAIL

MAILED FROM
HENNEPIN COUNTY JAIL

55487-

---

….even though her April 8th letter (filed in court Apr 12) was supposedly written from the Hennepin County Jail

**Warrants**

**Inactive Warrants**

Vongsaphay, Sandra  Bench Warrant-fail to appear at a hearing
Judicial Officer:  Dayton Klein, Julia
02/26/2024   10:41 AM     Status: Warrant Cleared by Wt Office
09/12/2023   01:30 PM     Status: Issued Active

---

..and the warrant history in her case file doesn't align with this at all. The only warrant ever issues was on Sept 12, 2023 – and then cleared on Feb 26, 2024

23

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

<span style="color:red">**EXHIBIT APR-28-A | p. 44**</span>

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 24 of 37        [ source file ]      [ .ots timestamp of source file ]



27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

| | |
|---|---|
| **04/26/2024** | Order for Conditional Release<br>Judicial Officer:  Olson, Joel<br>Index #32 |
| **04/12/2024** | Correspondence<br>Index #31 |

### ..and she was released from the Hennepin County Jail three days prior

| | | |
|---|---|---|
| 04/04/2024 | Finding of Incompetency and Order<br>Judicial Officer:  Browne, Michael K<br>Index #27 | 📄 *5 pages* |
| 04/02/2024 | Notice of Remote Hearing with Instructions<br>Index #29 | 📄 *2 pages* |
| 04/02/2024 | Motion<br>Judicial Officer:  Dayton Klein, Julia<br>Party:  Attorney Irfanullah, Christine<br>Index #28 | |
| 03/29/2024 | Rule 20 Evaluation Report<br>Index #26 | |
| 03/16/2023 | Notice of Intent to Prosecute<br>Index #12 | 📄 *1 page* |
| 03/08/2023 | Finding of Incompetency and Order<br>Judicial Officer:  Dayton Klein, Julia<br>Index #10 | 📄 *5 pages* |
| 03/07/2023 | Motion<br>Judicial Officer:  Dayton Klein, Julia<br>Party:  Attorney Herlofsky, Susan<br>Index #11 | |
| 02/01/2023 | E-filed Comp-Order for Detention<br>Index #1 | 📄 *Unknown pages* |
| 01/31/2023 | Application for Public Defender<br>Index #3 | |

Sandra Vongsaphay's Docket is a mess – multiple indexes out of
sequence  ( *1, 3, 27-29, 19, 20, 10, 11*)

24

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf

SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2

Page: 25 of 37        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

### VII.  DUPLICATE FAKE ADDRESSES SEALS THE DEAL

In case you still may not be fully convinced, or haven't yet been able to come to terms with exactly what I am laying out here I believe that this section featuring a few pages of this Courts, very own 'official' return mail filings that I extracted from the MCRO records sytem will serve as the moment in which the implications of what I am laying out in this affidavit will undoubtedly 'click'.

*Phitsanoukanh Vongsaphay Avenue STE 100 S MN. 55415*

SANDRA PHITSANOUKANH VONGSAPHAY
401 S 4TH AVE S STE 100
MINNEAPOLIS MN 55415

---

Document submitted by "Lee Cuellar" on April 12, 2024 for Sandra Vongsaphay
Notably, Sandra's zip code is documented as *55415*

25

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 26 of 37      [ source file ]      [ .ots timestamp of source file ]



Sandra Vongsaphay, 'Official' Returned Mail in her case file (entire case submitted as evidence, 27-CR-23-2480)



Houston – WE HAVE A PROBLEM!  Unless *SAN-druh FITS-ah-noo-kahn VONG-suh-fay* and *an-JEL-ick NUNN* are perhaps roomates within the Ai simulation ?



26

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 27 of 37      [ source file ]      [ .ots timestamp of source file ]



File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 48**

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf

SHA-256 Hash of Source File: 0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2

Page: 28 of 37  [ source file ]  [ .ots timestamp of source file ]



File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 49**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 29 of 37      [ source file ]      [ .ots timestamp of source file ]



File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 50**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf

SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2

Page: 30 of 37       [ source file ]        [ .ots timestamp of source file ]



File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 51**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf

SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2

Page: 31 of 37          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

## VIII.   DEMANDS FOR SYSTEMIC RELIEF AND OVERSIGHT

This filing does not seek "leniency." It seeks *detonation.*

The evidence now before this court cannot be unseen. The existence of a *synthetic judicial system* - complete with AI-generated court records, procedurally forged psychiatric rulings, and simulated service events - invalidates not just my prosecution, but the legitimacy of the entire judicial infrastructure used to process it. The same infrastructure this Court relies on for its public perception of being "impartial" and "just"...

This Court has a decision to make:

- Acknowledge the simulation.
- Or *collapse with it.*

Accordingly, I now demand the following - formally, on the record, and backed by sworn affidavit and accompanying exhibits:

### A   |   Immediate Dismissal of Case 27-CR-23-1886 With Prejudice

There is no longer a lawful basis for this prosecution.

The charges within this Court originated on January 24, 2023, and the record of their existence has now been proven to be:

- Constructed with falsified discovery materials
- Supported by psychiatric reports built on synthetic logic and provable lies
- Processed inside a simulation environment containing nonexistent defendants

No further analysis is needed. No evidentiary hearing is required.

This case must be dismissed with prejudice - not as a procedural outcome, but as a moral necessity.

31

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 52**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File: 0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 32 of 37      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

**B   |   Permanent Termination of All Further Psychiatric Monitoring, Rule 20 Examination Orders, or Any Court-Imposed Actions Purporting to Reflect '*Care and Concern*' for My Mental Well-Being**

The Rule 20 apparatus in this case has just been permanently disqualified.

The supposed 'mental health experts' who filed these reports either:

- Did not meet with me

- Were provided with fabricated evidence

- Submitted ghost-written, or ghost-edited reports

And the court that commissioned those reports did so while hiding exculpatory evidence, backdating filings, and attempting to have me involuntarily committed based on events that did not happen.

There is no longer any psychiatric legitimacy to invoke.

Any further attempt to revive that track is an act of ***psychiatric warfare***, not medicine.

**C   |   Full Third-Party Audit of Minnesota's Digital Case Management System (MCRO)**

I formally request that an outside digital forensics body - independent of the Minnesota Judicial Branch - be appointed to:

- Conduct an audit the *entire* MCRO system - across *all* Minnesota judicial branches

- Identify all cases processed under synthetic defendant IDs, forged service filings, or procedural template loops

- Cross-reference judge-assignment rotation data to identify loop-locked courtrooms

- Document all backdated orders, nonphysical service artifacts, and AI-generated metadata anomalies

If this court is incapable of initiating such a review, then the Department of Justice must (or at least *pretend* to..)

32

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 53**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 33 of 37          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

### D   |   An Immediate Independent Investigation

The forensic record I have now submitted in the form of the many additional exhibits submitted into the record now proves that a synthetic psychiatric containment system is operating within the Hennepin County 4th Judicial District. This system is responsible for document forgery, simulated service events, procedural rerouting, and the targeted use of psychiatric weaponization to suppress, discredit, and disappear individuals under the false pretense of mental illness.

This is not isolated to my case.

It is systemic.

And it would be *delusional* to believe I'm the first - or the only - person this system has been used against.

Accordingly, I am calling for an immediate, independent investigation and audit of all cases - past and present - in which individuals were declared incompetent, psychotic, or mentally ill within this judicial district. This investigation must be conducted by a legal oversight body outside the Minnesota judiciary, such as:

- The Minnesota Office of the Legislative Auditor
- The United States Department of Justice - Civil Rights Division

- or a federally appointed Special Master or Independent Oversight Panel with full investigatory and subpoena authority

**1. This investigation should focus on (but not be limited to):**

- Figuring out which cases within the MCRO system are legitimate ones, and which ones are synthetic
- The 10 Mental Health/ Probate cases identified in my analysis as all involving Judge Julia Dayton-Klein, Referee Danielle Mercurio, and George Borer. These case numbers are:
  - 27-MH-PR-22-1394
  - 27-MH-PR-23-224
  - 27-MH-PR-23-358
  - 27-MH-PR-23-892
  - 27-MH-PR-23-1020

33

**EXHIBIT APR-28-A | p. 54**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 34 of 37        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

- ○ 27-MH-PR-23-1021
- ○ 27-MH-PR-23-1181
- ○ 27-MH-PR-23-1241
- ○ 27-MH-PR-23-1461
- ○ 27-MH-PR-24-9

- All civil commitment, and criminal cases assigned to or influenced by Judge Julia Dayton Klein, Referee George Borer, and Referee (now *Judge*) Danielle Mercurio throughout the entirety of their judicial history within this court involving Rule 20.01 orders / examinations / determinations resulting in involuntary commitment or forced medication of the defendants / respondents of those cases

- ALL currently active, and ongoing cases records within this Court where a criminal defendant has been determined as 'incompetent to proceed' in order to identify which cases involve the defendant actively contesting this determination at any point during their case – and further investigations into all of the identified cases

- Every single criminal, and mental health case where a decision made by Judge Julia Dayton-Klein resulted in a criminal defendant becoming a civil respondent. This should involve a complete review of these complete case histories across both the criminal and civil docket – conduct interviews with the individual, and all others involed in the case in instances where procedural anomalies, documented contention against incompetency by the respondent, out of sequence docket index's, rulings on non-existent motions, unexplainable and/or unusual orders made for competency determinations that fall outside the bounds of 'standard protocol' based on the rules of this Court, etc. The goal should be making sure that all of the defendant's deemed incompetent actually are.

- All cases containing fabricated service filings, missing docket indices, orders marked "Held Off the Record", orders made on non-existent motions, repeated cancelations and rescheduling taking place without logical explanations in the case history, out of sequence index's, missing PDF files for public filings which should contain one based on the standard protocol and rules of the court.

34

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 55**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 35 of 37          [ source file ]          [ .ots timestamp of source file ]

<table>
<tr><td>27-CR-23-1886</td><td>Filed in District Court<br>State of Minnesota<br>4/28/2025 10:20 AM</td></tr>
</table>

- Identification of all cases where judicial assignment that matches the procedural loop patterns documented in Exhibits F and G

- Any psychiatric determination citing "delusions" or "psychosis" related to verifiable facts later proven true

It is critical to state: I do not believe these three judicial officers acted alone.

Rather, these are the individuals I focused on because they controlled every procedural and judicial milestone in my case. The data I compiled filtered for them by design, because that is where the evidentiary trail led. The broader system may include clerks, evaluators, court administrators, or other judicial officers whose participation has not yet been fully exposed.

### 2.  The Objective Being to Determine (but not be limited to):

- How many people were wrongly committed or forcibly medicated under this containment protocol

- Whether fabricated or AI-simulated filings were used to disappear real individuals under the cover of a simulated caseload

- What entities within the court, county, or law enforcement systems facilitated or ignored these irregularities

- Whether a parallel psychiatric suppression track has been operating under color of law with no external oversight

This investigation is not just about justice for me.

It is a moral imperative to identify and liberate anyone else who may still be imprisoned - legally, digitally, and chemically - inside a system that was never designed to treat them, only to *erase* them.

35

**EXHIBIT APR-28-A | p. 56**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 36 of 37          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/28/2025 10:20 AM

## IX.   FINAL DECLARATION AND AFFIRMATION UNDER PENALTY OF PERJURY

What has been presented here is not just a legal affidavit - it is a direct confrontation with a synthetic judicial system that has been operating under the protection of procedural opacity and digital illusion.

Everything I have described, exposed, and submitted as evidence exhibits is verifiable.

None of it is hypothetical.

None of it is deniable without implicating those who attempt to deny it.

I did not ask to discover this.

But once I did, I realized exactly what had almost happened to me.

They tried to eliminate me using psychiatry.

They tried to contain me inside a system that does not exist.

They tried to discredit me using AI-generated evidence.

And when I proved all of it, they tried to disappear me with a hidden commitment hearing.

If I had not discovered the February 1, 2024 hearing on my own - if I had not filed my civil rights case when I did - then this affidavit would not exist.

Because I would not exist as a participant in the system anymore.

I would've been eliminated digitally, procedurally, psychotropically, and *literally* under the guise of public safety.

How many others already have been?

This document now exists to break that silence.

It is my testimony, my forensic record, my survival account - and my legal weapon.

I am not asking for the court's permission to say these things.

I am saying them into the record as fact.

And as such:

36

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 57**

**Affidavit B | Judicial Simulation and Psychiatric Entrapment | April 28, 2025 | Index 145**
EXHIBIT APR-28-A

145__Affidavit-of-Exposure__Judicial-Simulation-and-Psychiatric-Entrapment__2025-04-28.pdf
SHA-256 Hash of Source File:  0af3b47c8a96979ab93d0360c7ce737d16b5756ca5757d6388112f3976f773b2
Page: 37 of 37          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

<div align="right">
Filed in District Court
State of Minnesota
4/28/2025 10:20 AM
</div>

I, Matthew David Guertin, under penalty of perjury, declare that the statements made in this affidavit and all attached exhibits are true and correct to the best of my knowledge, based on firsthand experience, forensic analysis, and the documented public record.

Executed on this 28th day of April, during 2025

In the jurisdiction of Hennepin County, Minnesota

Signed under oath and filed by myself, the Defendant in case 27-CR-23-1886

**Dated:  April 28, 2025**                    **Respectfully submitted,**

　 _/s/ Matthew D. Guertin_ 

Matthew David Guertin
***Defendant Pro Se***
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

37

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-28

**EXHIBIT APR-28-A | p. 58**