# EXHIBIT APR-29

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File:  6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 1 of 20      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2025 6:40 PM

| | |
|---|---|
| 1 | STATE OF MINNESOTA                    DISTRICT COURT |
| 2 | COUNTY OF HENNEPIN              FOURTH JUDICIAL DISTRICT |
| 3 | _____ |
| 4 | State of Minnesota, |
| 5 |      Plaintiff,                    Transcript of Proceedings |
| 6 | vs.                        Court File No. 27-CR-23-1886 |
| 7 | Matthew David Guertin, |
| 8 |      Defendant. |
| 9 | _____ |
| 10 | |
| 11 |      The above-entitled matter came before the |
| 12 | Honorable Sarah Hudleston, one of the Judges of the above-named |
| 13 | court, in Courtroom 1057, Hennepin County Government Center, 300 |
| 14 | South Sixth Street, Minneapolis, Minnesota, on the 29th day of |
| 15 | April, 2025, at 11:18 a.m. |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf

SHA-256 Hash of Source File:  6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4

Page: 2 of 20     [ source file ]     [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2025 6:40 PM

```
 1                    A P P E A R A N C E S
 2          Mawerdi Hamid and Timothy Humphreys, Assistant
 3  Hennepin County Attorneys, appeared as counsel for and on
 4  behalf of the Plaintiff.
 5             Emmett Donnelly and Raissa Carpenter, Assistant
 6  Hennepin County Public Defenders, appeared as counsel for and
 7  with the Defendant.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24                                          Maya Funk
                                     Official Court Reporter
25                                    Minneapolis, Minnesota
```

---

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File:  6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 3 of 20        [ source file ]       [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2025 6:40 PM

3

```
 1                  P R O C E E D I N G S
 2            THE CLERK:  Your Honor, this is the State of
 3      Minnesota vs. Matthew Guertin, Court File 27-CR-23-1886,
 4      and we are on the record.
 5            THE COURT:  Good morning, Mr. Guertin.
 6            MR. GUERTIN:  Good morning.
 7            THE COURT:  Good morning, counsel.  Please note
 8      appearances.
 9            MS. HAMID:  Good morning.  Mawerdi Hamid for
10      the state with co-counsel Timothy Humphreys, Your Honor.
11            MR. DONNELLY:  Your Honor, Emmett Donnelly and
12      Raissa Carpenter.  At this point we have been appointed
13      counsel for Mr. Guertin, and he is seated between us and
14      present.
15            THE COURT:  Okay.  Last time we were together,
16      Mr. Guertin expressed an interest in representing
17      himself, and I gave him the petition to self-represent,
18      and we talked about filling it out with a supervisor from
19      the public defender's office.  At that time, I explained
20      to Mr. Guertin I couldn't take a waiver of counsel from
21      someone who was not competent but that I was bound by
22      Judge Koch's competency order.
23            The concern, however, happened that I am only
24      able to follow that competency order unless and until I
25      see evidence of lack of competency.  And once I see that,
```

---

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File:  6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 4 of 20       [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2025 6:40 PM

4

```
1    by law I'm required to address that, Mr. Guertin.  That's

2    the duty that the law imposes on me.  I cannot take a

3    waiver of counsel from someone who I do not believe is

4    competent in the legal sense, in the sense of being able

5    to rationally consult and rationally provide counsel with

6    information and participate in his own defense.

7           You are an extremely intelligent person.  You

8    have patented really amazing technology.  You've patented

9    valuable technology.  You've used AI to write really

10   detailed legal memoranda.  You have technological

11   capabilities that probably surpass 99.9 percent of the

12   population.  So, I am not doubting your intelligence in

13   any way whatsoever.

14          I also understand probably that nothing I say

15   to you is probably going to see reasonable or fair

16   because I know where you stand.  I know what you think.

17   You think the system is conspiring against you.  All I

18   can tell you is I am not.  I am doing my duty under the

19   law to make sure that somebody who's being charged with

20   criminal charges has the ability to rationally consult

21   and present a rational defense.

22          And based on what I've seen in the record, --

23   and I reviewed your 50-plus page motion to dismiss, and

24   I've looked at a number of the cites and exhibits -- I

25   can't let you go forward because I have significant
```

**EXHIBIT APR-29 | p. 4**

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File:  6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 5 of 20      [ source file ]      [ .ots timestamp of source file ]

<table>
<tr><td colspan="2" align="center">27-CR-23-1886</td><td>Filed in District Court<br>State of Minnesota<br>5/3/2025 6:40 PM</td></tr>
</table>

5

| | |
|---|---|
| 1 | concerns.  And Minnesota Statute 611.42 subd. 2 says, "A |
| 2 | defendant must not be allowed to waive counsel if the |
| 3 | defendant lacks the ability to --" and then as pertinent |
| 4 | here, "-- to appreciate the consequences of proceeding |
| 5 | without counsel."  And six, "comprehend other matters |
| 6 | essential to understanding the case." |
| 7 | And the big concerns here are you're raising as |
| 8 | defenses things related to your patent and a big |
| 9 | conspiracy with Netflix and the government and the |
| 10 | court -- criminal court case somehow being related to |
| 11 | that.  That we're trying to silence you.  And that is not |
| 12 | rational.  That would not provide a defense to the |
| 13 | charges.  You would not have any defense to criminal |
| 14 | liability based on the patent theories you are stating. |
| 15 | And so, therefore, I am going to order another |
| 16 | Rule 20.01 evaluation.  I know you will be extremely |
| 17 | disappointed by this.  I just can tell you that it's my |
| 18 | duty.  I have to do this.  And I believe the state wanted |
| 19 | to make a record as well. |
| 20 | MR. GUERTIN:  Am I allowed to speak at some |
| 21 | point? |
| 22 | THE COURT:  In a moment.  Yeah.  Well, your |
| 23 | counsel can speak for you, and then -- but first the |
| 24 | state. |
| 25 | MS. HAMID:  Thank you, Your Honor.  The state |

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File:  6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 6 of 20        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2025 6:40 PM

6

```
 1    is also concerned with the number of filings that were

 2    filed since yesterday.  It appears there were about 50

 3    filings last night, about 60 filings yesterday, and

 4    about -- over 6,000 pages of documents that were filed,

 5    and that there is a serious concern and that a Rule 20

 6    should be ordered, Your Honor.

 7            THE COURT:  Okay.  And then I know defense

 8    counsel -- I understand, Mr. Guertin, that you're wishing

 9    to discharge them.  But for now, they are still your

10    attorneys.

11            And I know last hearing, Mr. Donnelly, you told

12    me defense counsel does not -- did not agree with Judge

13    Koch's order and therefore disagreed with the competency

14    finding, correct?

15            MR. DONNELLY:  That's true, Your Honor.  I

16    mean, we don't control that finding and we'll proceed

17    accordingly.  I have nothing to add to what the Court

18    does.  I mean, we're not mouthpieces, and I know Mr.

19    Guertin objects, and I certainly am not going to be the

20    one to put the gag over his mouth --

21            THE COURT:  Sure.

22            MR. DONNELLY:  -- and keep him from talking.

23            THE COURT:  Okay.  Well, and I can hear from

24    you in a moment, Mr. Guertin.  I just wanted to state

25    that I did review Judge Koch's order, and I think that
```

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File: 6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 7 of 20        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2025 6:40 PM

7

```
 1    things have materially changed since that order because
 2    that order relies on Mr. Guertin saying he will listen to
 3    his public defenders, saying he will take their advice
 4    and work with them.  And then as soon as I saw Mr.
 5    Guertin, he wanted to discharge them despite them saying
 6    that they could not as officers of the court sign on to
 7    his motion to dismiss and the theories therein.  So, I
 8    think things have certainly -- that the basis for that
 9    order is no longer accurate.
10          Also I have now seen new evidence of
11    incompetence.  Again, just as far as the law considers
12    it.  You're very smart, Mr. Guertin.  I'm not taking
13    anything away from your intellect and your inventions.
14    I'm just doing what needs to be done for criminal cases.
15          So, I can see you're very eager to speak, and I
16    will let you speak in a moment.  I just want to make a
17    really fulsome record about that we have three separate
18    examiners opining a lack of competence under Rule 20.01.
19    You've got two very skilled and zealous defense
20    advocates, and they wanted to advise you, and you did not
21    want to have them on your case any longer as soon as we
22    got to court after the Rule 20 calendar.
23          The allegations in the criminal complaint note
24    things that suggest paranoia, post-Miranda statements of
25    shooting to bring the police to your home because people
```

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File:  6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 8 of 20      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2025 6:40 PM

8

1   were going to kill you over a patent.  You also noted

2   that in your own motion to dismiss at page 33.

3   Scrolling, "They're going to kill me," I believe.

4          There are now filings in the public record in

5   this criminal case that evidence paranoia and conspiracy

6   theories that are the hallmark of certain mental

7   illnesses that the examiners have opined and that they're

8   trained in.  The expressions in the motion to dismiss,

9   again, over 50 pages, have repeated assertions over and

10  over and over and over again citing coordinated

11  campaigns, intentional manipulation of the system to

12  paint you as incompetent to proceed in your criminal case

13  with the motive, I think, apparently being to cover up

14  patent theft.

15         There are highly illogical assertions in there.

16  There's extreme language, extreme repetition, paranoia,

17  and conspiracy assertions.  Talking about -- you talk

18  about your handwritten note that says that "Whoever is

19  behind this has one million different ways to set me up

20  or frame me if they want.  Netflix found out about my

21  patent way before I found out about theirs.  That's for

22  sure.  They're going to kill me."  Things like that.

23         So, I know, Mr. Guertin, that you're going to

24  think I'm part of this coordinated campaign.  All I can

25  tell you is I promise you I am not.  I'm following my

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File:  6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 9 of 20      [ source file ]      [ .ots timestamp of source file ]

|  |  |
|---|---|
| 27-CR-23-1886 | Filed in District Court<br>State of Minnesota<br>5/3/2025 6:40 PM |

9

```
 1      duty.  I can't let you self-represent under these

 2      circumstances.

 3              Certainly, if you, you know, have patent

 4      disputes, you can take that up with the PTO.  You can

 5      take it up with a qualified patent attorney.  We don't

 6      have any jurisdiction over patents here.  We're all not

 7      qualified to adjudicate patents and prior art and, you

 8      know, anything like that.  So, that needs to be a

 9      separate proceeding.  Even tort claims that just -- that

10      can't be part of the criminal case.

11              We have nothing -- again, nothing to do with

12      the patents.  We have nothing to do with Netflix or other

13      government -- federal government agencies that it sounds

14      like you have been in dealings with.

15              And Ms. Hamid, I can turn to you as an officer

16      of the court with a sworn duty of candor to the court,

17      have you had any conversations in this case with anyone

18      from Netflix?

19              MS. HAMID:  No, Your Honor.

20              THE COURT:  Any conversations with anyone from

21      federal government agencies?

22              MS. HAMID:  No, Your Honor.

23              THE COURT:  Okay.  Also with regard to Mr.

24      Guertin's assertions about doctored manipulated initial

25      discovery, do you know -- can you speak to that?
```

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-29

**EXHIBIT APR-29 | p. 9**

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File: 6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 10 of 20      [ source file ]       [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2025 6:40 PM

10

 1          MS. HAMID:  No, Your Honor.  The state is not

 2      aware of any of that information.

 3          THE COURT:  Okay.  Do you know what I'm

 4      referring to when he said some initial images were

 5      mathematically incorrect and altered, and then when

 6      compared to later discovery they were inconsistent?

 7          MS. HAMID:  Yes, Your Honor.  It was part of

 8      the competency hearing, and it was briefly discussed

 9      during that hearing.  But the state is not aware of any

10      manipulation of the evidence, Your Honor.

11          THE COURT:  Okay.  Okay.  So, Mr. Guertin,

12      thank you for being patient.  I know this has got to feel

13      frustrating for you.  Please go ahead.

14          MR. GUERTIN:  I would just like to say that my

15      claims about a conspiracy obviously originate in matters

16      related and pertaining to my patent, but insofar as my

17      claims within the court, they do not -- I'm not saying

18      anything about Netflix.  I'm saying about things that

19      indicate that it has spilled over into the court.

20      Pertaining to the issue of fraudulent discovery, it's a

21      logical and inescapable catch-22 that currently exists.

22      I can explain it if you'd like.

23          THE COURT:  I did read your motion to dismiss,

24      and I know you describe the catch-22 and that you had a

25      logical I guess victory.  I don't want to do that now

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File: 6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 11 of 20        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2025 6:40 PM

11

1    because my decision is made, and I have more than ample

2    basis for it.  If you want to say a little something

3    about it, you're welcome to.

4            MR. GUERTIN:  Well, I would just say that it

5    wouldn't matter even if it wasn't in the Hennepin County

6    OneDrive system because once the photos existed and then

7    they squished them to put them into the uniform aspect

8    ratio, they can't un-squish them.  So, it's a logical

9    trap that proves my claim about it that can't be escaped.

10   So, it's now being ignored because I'm being sidelined

11   again by being determined incompetent.

12           And insofar as my filings that I filed

13   yesterday, I don't know how many thousands of pages are

14   the court's own records of completely AI-generated

15   fraudulent cases that I uncovered which is now submitted

16   into the record.

17           So, you -- that's hard evidence of 163 cases

18   that I collected exactly one year ago around April 26th

19   by filtering the three judges that were controlling my

20   case and searching for their hearing dates on the MCRO

21   system and then using a Python script to filter thousands

22   of cases down to the 163 cases that they all had a part

23   in spanning January 1st, 2023, to April 26th of 2024.

24           And with that 163 cases, I then used an

25   automated script one morning to download 3,553 MCRO files

**EXHIBIT APR-29 | p. 11**

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File:  6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 12 of 20          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2025 6:40 PM

12

```
1     all in order for all those cases, and I ended up with a
2     data set that had my name in it because those judges were
3     controlling my case.  Those judges are Judge Julia Dayton
4     Klein, Referee Borer, and Referee Mercurio.  And then
5     that was based on curiosity.  Is this normal procedure
6     because it seemed like they were controlling my case to a
7     non-standard like strange degree let's say, right?
8               So, the data set that I ended up with is
9     thousands of files, and it contains AI-generated USPS
10    mail filings.  That's irrefutable.  And it contains the
11    same exact mirrored orders over and over and over, and it
12    also contains Raissa Carpenter assigned to 16 completely
13    fake cases such as Lucas Kraskey.  What is there?  27-CR-
14    21-8067, 27-CR-21-8227, 27-CR-21-8228, 27-CR-21-8229, 27-
15    CR-21-8230, 27-CR-21-8511, 27-CR-21-20637, 27-CR-22-
16    17300, 27-CR --
17              THE COURT:  Okay.  So, Mr. Guertin, I'm going
18    to stop you here because I know you filed this.
19              MR. GUERTIN:  These are --
20              THE COURT:  So, it is in writing in your
21    motion.
22              MR. GUERTIN:  And if you'd --
23              THE COURT:  Sir, --
24              MR. GUERTIN:  I could hand it in.  I have a map
25    for what I handed in that relates to the indexes and maps
```

**EXHIBIT APR-29 | p. 12**

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File: 6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 13 of 20          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2025 6:40 PM

13

```
 1     them across since there was so many of them.
 2              THE COURT:  Sure.  I will take that today.  I'm
 3     focused today on your criminal charges and very
 4     specifically if I can accept your request to self-
 5     represent, and I simply cannot.  Under the law -- the
 6     statute I read you as well as Rule 20.01, my duty is to
 7     order another evaluation.  Again, I know you're going to
 8     think that I'm somehow part of a conspiracy.  I'm sorry
 9     that you think that.
10              I -- as a very intelligent person, maybe I
11     could pose to you the question of, let's say for
12     argument's sake you were under some mental illness or
13     some symptoms, maybe you could agree that it would seem
14     like everyone is against you.  Would you agree with that?
15     Just for argument's sake if you --
16              MR. GUERTIN:  No.  What happened was that I
17     was -- had the -- I was going to swear.  I had the crap
18     scared out of me, and I have all the evidence now.  So,
19     all of my claims aren't based on -- the definition of
20     "delusions" is a false version of reality despite
21     evidence to the contrary.  That's not what I'm -- I'm not
22     suffering from delusions because I have all the evidence.
23              THE COURT:  Okay.  So, the delusional part,
24     I'll set that aside.  For me, my focus is that I can't
25     find that you can rationally defend yourself and
```

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File:  6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 14 of 20        [ source file ]        [ .ots timestamp of source file ]

| | |
|---|---|
| 27-CR-23-1886 | Filed in District Court<br>State of Minnesota<br>5/3/2025 6:40 PM |

14

```
 1      rationally participate with defense counsel as you told

 2      Judge Koch that you would when he ordered the competency

 3      finding.  So, I do need to do another one.  So, I'm going

 4      to order that now.  That will be done on an out of

 5      custody basis.

 6              And with regard to, you know, your concerns

 7      about Hennepin County documentation systems, I really

 8      can't speak to any of that.  You know, that's something

 9      maybe that you can think about addressing if appropriate

10      with --

11              MR. GUERTIN:  It's in the record.

12              THE COURT:  Right.  But I'm saying it's not

13      part of -- that doesn't have relevance to your criminal

14      case.

15              MR. GUERTIN:  It has relevance to the

16      legitimacy of the entire court.

17              THE COURT:  Okay.  But that's what I'm saying

18      is this is not the conspiracy of the court system.  We

19      don't have anything to do with the people who stole your

20      patents or who are using your technology perhaps without

21      remunerating you as they're supposed to.  We don't have

22      anything to do with that.  And certainly, you can hire a

23      patent lawyer and you can go after that.  But that's not

24      the place here.  So, we'll order the Rule 20.01 now.

25              MR. DONNELLY:  Judge, may I just clarify one
```

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File:  6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 15 of 20          [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2025 6:40 PM

15

```
 1     thing I said earlier?

 2             THE COURT:  Yeah.

 3             MR. DONNELLY:  That is that I don't criticize

 4     Judge Koch's ruling.  He dealt with the snapshot that he

 5     had in front of him, and competency isn't static.

 6             THE COURT:  Of course.  And I wasn't -- I'm not

 7     criticizing it either.  I'm saying there have been

 8     material changes since that hearing based on what I read

 9     in his order and what he had --

10             MR. DONNELLY:  Yeah.  I understand that too.  I

11     just wanted to be clear I'm not.

12             THE COURT:  Thank you.  And I didn't -- nope.

13     I didn't take it that way whatsoever, and I'm not either.

14     Of course.  Things are --

15             MR. GUERTIN:  Is there an official objection to

16     this being noted in the record?

17             THE COURT:  Certainly your objection is noted,

18     sir.  Absolutely.  Yes.

19             (Dates were discussed.)

20             MR. GUERTIN:  What are we scheduling?  A return

21     to --

22             MS. CARPENTER:  So, they're ordering you to

23     meet with a Rule 20 evaluator.  And so, then they pick a

24     period of time for the Rule 20 evaluator to meet with you

25     and to write a new report for the Court.  So, July 8th
```

EXHIBIT APR-29 | p. 15

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File:  6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 16 of 20        [ source file ]        [ .ots timestamp of source file ]

```
 1   you're scheduled to appear on the Rule 20 calendar which
 2   is with all the mental health probate judges.  They run
 3   that calendar.  And by then there will be a report.  On
 4   that date you either object to the report or you agree
 5   with the report, and then they can enter a finding based
 6   on the report and then set a hearing.  If you're found --
 7          MR. GUERTIN:  And what's being scheduled is a
 8   Rule 20 or coming back in front of --
 9          MS. CARPENTER:  Yep.  A Rule 20 and then you'd
10   go on the Rule 20 calendar on the 8th.  If you're found
11   competent on the 8th, then you need a court date with
12   Judge Hudleston to restart your case and restart
13   proceedings.  So, they're picking a second date after
14   July 8th that theoretically your case can restart if
15   you're found competent on July 8th.
16          (Dates were discussed.)
17          THE CLERK:  I'll get you some notices, Mr.
18   Guertin.
19          THE COURT:  And you can note, Porshia, in the
20   referral that Mr. Guertin objects to being re-referred.
21          THE CLERK:  Okay.
22          MR. GUERTIN:  Did you have a chance to look at
23   the affidavit?
24          THE COURT:  I did not have a chance to look at
25   anything you filed yesterday.  I was on a court calendar
```

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File: 6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 17 of 20          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2025 6:40 PM

17

```
1      until 7 p.m., and there are hundreds and hundreds of
2      pages.  But I looked at a lot of the things you filed --
3              MR. GUERTIN:  Yeah, the --
4              THE COURT:  -- with related to the motion to
5      dismiss.
6              MR. GUERTIN:  And that's what you're basing the
7      incompetency on?
8              THE COURT:  Oh.  I looked at the competency
9      evaluation.  I've looked at Judge Koch's order.  And --
10             MR. GUERTIN:  So, it's based on not even
11     looking at the filings yesterday?
12             THE COURT:  It's based on what I saw that you
13     filed in your motion to dismiss that I had not had a
14     chance to review when I saw you last.  It's based on that
15     as well as looking back into your file and then looking
16     at some of the things you cited in your motion to
17     dismiss.  Correct.  And I did --
18             MS. HAMID:  Your Honor, --
19             THE COURT:  Sorry.  I did look at as quickly as
20     I could this morning at the general nature of your
21     filings yesterday, but I certainly couldn't read
22     thousands of pages or hundreds of pages.
23             MR. GUERTIN:  Yeah.  They're not all to be read
24     necessarily.
25             THE COURT:  Yeah.  Right.  I saw the general
```

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf
SHA-256 Hash of Source File: 6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4
Page: 18 of 20        [ source file ]        [ .ots timestamp of source file ]

| | |
|---|---|
| 27-CR-23-1886 | Filed in District Court<br>State of Minnesota<br>5/3/2025 6:40 PM |

                                                                    18

1        nature of them.  Yes.

2                MS. HAMID:  Your Honor, may I?  Last time there

3        was lack of cooperation from Mr. Guertin to meet with an

4        evaluator.  And instead he sent emails to the evaluator.

5        Can we just put on the record that he's required to meet

6        with the evaluator in person?

7                THE COURT:  Yes.  Mr. Guertin, I know you

8        object to this.  I will note your strenuous objection.

9        It's very well documented in your filings.  You do need

10       to meet with them in person.

11               MS. CARPENTER:  I don't know if they always

12       want to meet in person.

13               THE COURT:  Or by Zoom.

14               MS. HAMID:  Or by Zoom.  Yeah.

15               THE COURT:  You need to meet with them so that

16       they can have a conversation with you whether virtually

17       or in person.

18               THE CLERK:  And Mr. Guertin, does your phone

19       number still end in 4540?

20               MR. GUERTIN:  Correct.

21               THE CLERK:  Okay.

22               MR. DONNELLY:  May I approach, Your Honor?  Do

23       you want this document?

24               MS. CARPENTER:  You said you would --

25               THE COURT:  Yes.  I'll take that.  Thank you.

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf

SHA-256 Hash of Source File:  6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4

Page: 19 of 20        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2025 6:40 PM

19

1              Thank you, counsel.  Take care.

2              Take care, Mr. Guertin.

3              MR. GUERTIN:  Thank you.

4              (The proceedings were adjourned at 11:40 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-29

**Hearing Transcript | April 29, 2025 | Faretta Hearing Turned Mental Health Eval | Index 189**
EXHIBIT APR-29

189__Transcript_April-29-2025__2025-05-03.pdf

SHA-256 Hash of Source File:  6e587d8740c1d2e308a95c32df626eb3ab0731fc81ab7198f2451a9b4a4043f4

Page: 20 of 20        [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2025 6:40 PM

20

1  STATE OF MINNESOTA)
                              ss:
2  COUNTY OF HENNEPIN)

3

4

                    COURT REPORTER'S CERTIFICATE
5

6       I, MAYA FUNK, an Official Court Reporter in and

7    for the Fourth Judicial District of the State of

8    Minnesota, do hereby certify that I have transcribed

9    the foregoing transcript from the CourtSmart audio

10   recording, and that the foregoing pages constitute a

11   true and correct transcript of the proceedings taken in

12   connection with the above-entitled matter to the best

13   of my ability.

14       Dated:  May 3, 2025

15

16

17   /s/ *Maya Funk*
     Maya Funk
18   Official Court Reporter
     C859 Government Center
19   300 South Sixth Street
     Minneapolis, MN  55487
20   (612) 322-6951

21

22

23

24

25

**EXHIBIT APR-29 | p. 20**

**Notice of Hearing on July 8, 2025 | April 29, 2025 | Index 185**
EXHIBIT APR-29

_____

185   Notice-of-Hearing-on-July-8-2025   2025-04-29.pdf

SHA-256 Hash of Source File:  95169ca3ee525967a0899ba5e0f401166864cc5e5fc7886bd6cb7cee6f9321a1

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]

---

STATE OF MINNESOTA                                          DISTRICT COURT
HENNEPIN COUNTY                                    FOURTH JUDICIAL DISTRICT


State of Minnesota

v.

MATTHEW DAVID GUERTIN                              Court File: 27-CR-23-1886
4385 Trenton Lane N UNIT 202
Plymouth MN  55442

### Notice of Hearing and Judicial Assignment

| | | |
|---|---|---|
| Tuesday, July 08, 2025<br>1:30 PM | Your next court appearance is:<br><br>with | District Court Judge William H. Koch<br>Hennepin County Government Center<br>300 South Sixth Street<br>Minneapolis, MN 55487 |

This appearance is for: Hearing

➢ If you do not appear for this hearing, a warrant may issue for your arrest.  If you fail to appear for a petty misdemeanor, a conviction may be entered.
➢ Arrive 15 minutes early to allow time to go through security.
➢ Court may take a few hours – please plan for this.
   o  If set for Trial: You must plan to be available for trial for the entire week, including rescheduling work and personal appointments. This applies Monday through Friday from 8:30 a.m. until 5:00 p.m.
➢ If you cannot afford to hire a lawyer and want to apply for a court-appointed attorney, go to https://4thcourtspde.courts.state.mn.us or scan the QR code to start the application.
➢ If you represent yourself, visit www.mncourts.gov/Help-Topics/Representing-Yourself-in-Court.aspx.
➢ If you are appearing on a traffic offense, bring your driver's license and proof of insurance.
➢ If you are paying a fine, credit cards, cash, and checks are accepted.
➢ You can receive automatic reminders of future court dates via email or text. Visit www.mncourts.gov/hearing-ereminders.aspx or scan the QR code to enroll.

| | |
|---|---|
| I received a copy of this notice.<br><br>_____<br>Defendant's Signature | 4/28/25<br><br>_____<br>Date |

If you have questions or your contact information has changes, call 612-348-6000.

HC 3758 (11/2024)

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-29

**Notice of Hearing on July 15, 2025 | April 29, 2025 | Index 186**
EXHIBIT APR-29

186__Notice-of-Hearing-on-July-15-2025__2025-04-29.pdf

SHA-256 Hash of Source File:  dea085b75d07b69d7ca6baef5741abff218101e7de303e8444666ae45867ac94

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]

---

STATE OF MINNESOTA                                             DISTRICT COURT
HENNEPIN COUNTY                                          FOURTH JUDICIAL DISTRICT

State of Minnesota

v.

MATTHEW DAVID GUERTIN                                   Court File: 27-CR-23-1886
4385 Trenton Lane N UNIT 202
Plymouth MN  55442

### Notice of Hearing and Judicial Assignment

| | Your next court appearance is: | |
|---|---|---|
| Tuesday, July 15, 2025<br>9:00 AM | with | District Court Judge Sarah Hudleston<br>Hennepin County Government Center<br>300 South Sixth Street<br>Minneapolis, MN 55487 |

This appearance is for: Hearing

➢ If you do not appear for this hearing, a warrant may issue for your arrest.  If you fail to appear for a petty misdemeanor, a conviction may be entered.
➢ Arrive 15 minutes early to allow time to go through security.
➢ Court may take a few hours – please plan for this.
  o  If set for Trial: You must plan to be available for trial for the entire week, including rescheduling work and personal appointments. This applies Monday through Friday from 8:30 a.m. until 5:00 p.m.
➢ If you cannot afford to hire a lawyer and want to apply for a court-appointed attorney, go to https://4thcourtspde.courts.state.mn.us or scan the QR code to start the application.
➢ If you represent yourself, visit www.mncourts.gov/Help-Topics/Representing-Yourself-in-Court.aspx.
➢ If you are appearing on a traffic offense, bring your driver's license and proof of insurance.
➢ If you are paying a fine, credit cards, cash, and checks are accepted.
➢ You can receive automatic reminders of future court dates via email or text.
  Visit www.mncourts.gov/hearing-ereminders.aspx or scan the QR code to enroll.

I received a copy of this notice.

_____                    4/29/25
Defendant's Signature                                        Date

### If you have questions or your contact information has changes, call 612-348-6000.

HC 3758 (11/2024)

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-29

**Order Evaluation for Competency to Proceed Rule 20.01 | April 29, 2025 | Index 187**
EXHIBIT APR-29

187__Order-Evaluation-for-Competency-to-Proceed_Rule-20-01__2025-04-29.pdf
SHA-256 Hash of Source File:  985ace5c5d03d36f5cadde64dc52a5a50c565142ca87f8f7495ceac27fa01fb1
Page: 1 of 3          [ source file ]          [ .ots timestamp of source file ]

---

| | |
|---|---|
| State of Minnesota | District Court |
| Hennepin County | Fourth Judicial District |

State of Minnesota,
          Plaintiff,

v.                                                                    **Order to Fourth Judicial District Court**
                                                                        **Psychological Services**
MATTHEW DAVID GUERTIN,                                   27-CR-23-1886
          Defendant.

---

| Defendant Information |
|---|
| ☒ Out of Custody      ☐ In Custody – at Facility: _____ |
| Date of Birth: 07/17/1981              SILS Identifier: 403932 |
| Phone:          Home: 763-221-4540, Cell: 763-221-4540 |
| Email:          mattguertin@protonmail.com |
| Current Address:    4385 Trenton Lane N UNIT 202 |
|                 Plymouth MN  55442 |
|                 ☐ Confirmed address with Defendant |
| Additional family/collateral contact number and instructions: |

It is found and ordered:

☒ Probable cause has been found (all Rule 20.01 evaluations).

☐ The defendant is to be released upon completion of the interview process (A Conditional Release Order must be filed giving that direction).

☐ This is part of the Expedited Misdemeanor Competence Evaluation (EMCE) Program.

☐ For non-targeted misdemeanor[1] cases, a competency evaluation is in the public interest because the evaluation is necessary to assess:

    ☐ whether the defendant has a cognitive impairment or mental illness;

    ☐ whether the defendant has the ability to access housing, food, income, disability verification, medications, and treatment for medical conditions; or

    ☐ whether the defendant has the ability to otherwise address any basic needs.

1.  The Chief of Psychological Services of the Fourth Judicial District or the Chief's designee ("Examiner") shall conduct the following psychological evaluation, assessment and/or consultation regarding the defendant:

    ☒ Competency to participate in proceedings pursuant to Minnesota Statutes § 611.43 and Rule 20.01

        ☐ No new evaluation is needed based on parties' agreement to adopt the report from _____ County completed in court file number ____ .

        (Cases to be set on the Rule 20 Calendar at least 2 business days out for in-custody defendants and at least 1 week for out-of-custody defendants.)

    ☐ Mental state at the time of the alleged act pursuant to Rule 20.02 (M'Naghten Rule)

    ☐ Sex Offender Evaluation (psychosexual) pursuant to Minnesota Statute § 609.3457, subd. 1

---

[1]Targeted Misdemeanors are:
DWI (169A.20); OFP Violation (518B.01); Assault 5 (609.224); Domestic Assault (609.2242); Interference with Privacy (609.746)
HRO Violation (609.748); Indecent Exposure (617.23); DANCO Violation (629.75)

HC 2926 (02/2025)

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-29

**Order Evaluation for Competency to Proceed Rule 20.01 | April 29, 2025 | Index 187**
EXHIBIT APR-29

187__Order-Evaluation-for-Competency-to-Proceed_Rule-20-01__2025-04-29.pdf
SHA-256 Hash of Source File:  985ace5c5d03d36f5cadde64dc52a5a50c565142ca87f8f7495ceac27fa01fb1
Page: 2 of 3      [ source file ]      [ .ots timestamp of source file ]

☐ Repeat Sex Offender Evaluation pursuant to Minnesota Statute § 609.3457, subd. 1a.
☐ Consultation (Pre-Sentence) _____
☐ Other (please specify) _____

2.  Copies of this evaluation shall be provided to the Court and the following individuals:
Defense Attorney: RAISSA CARPENTER              Phone:  612-614-0748
Prosecuting Attorney: MAWERDI AHMED HAMID       Phone:  612-348-7727
Probation Officer:                              Phone:
3.  The hearing for the return of the psychological evaluation will be held on July 15, 2025, at 9:00am.

4.  Upon presentation of this order, the relevant custodian of records shall provide (whether mailed, discussed verbally, faxed, or personally delivered) to the Examiner all relevant records from the following sources: behavioral, chemical dependency, developmental disability, educational, employment, judicial, law enforcement (including audio/visual recordings), medical, probation/correction, psychological, and social service. A copy of the records so requested shall be delivered to the Examiner within 96 hours of presentation of this order. Records that are faxed shall be sent to 612-843-9315. Mailed records should be sent to Hennepin County District Court, Psychological Services, 300 South Sixth Street, C-509 Government Center, Minneapolis, Minnesota 55487. All agencies maintaining the above-listed records may also communicate verbally with the requesting Examiner.

- **The Court specifically finds** good cause exists for authorizing the disclosure of the identified records, including chemical dependency records, because other ways of obtaining the information are not available or would not be effective, and the public interest and need for disclosure outweighs the potential injury to the patient, the physician/patient relationship and any chemical dependency treatment facility or organization holding records pertaining to Defendant.

> The Court hereby attests pursuant to HIPAA Privacy Rule at 45 CFR 164.502(a)(5)(iii), the purpose of the use or disclosure of the requested protected health information is **not** to investigate or impose liability on any person for the mere act of seeking, obtaining, providing, or facilitating reproductive health care or to identify any person for such purposes. If a person knowingly and in violation of HIPAA obtains individually identifiable health information relating to an individual or discloses individually identifiable health information to another person, that person may be subject to criminal penalties pursuant to 42 U.S.C. 1320d-6.

5.  During the preparation of the report, the Examiner and any employee of Community Corrections and Rehabilitation may discuss the case and share relevant information in a manner consistent with Minnesota Rules of Criminal Procedure, Minnesota Statutes, and case law.

6.  If a sex offender evaluation has been ordered and the defendant is a Repeat Sex Offender as defined in Minnesota Statute § 609.3457, subd. 1, Psychological Services is ordered to comply with both the requirements of §609.3457 and the agreement with Minnesota State Operated Forensic Services.  A copy of any Repeat Sex Offender Report produced by Psychological Services shall be forwarded to the Court and the Commissioner of Corrections.

HC 2926 (02/2025)

**Order Evaluation for Competency to Proceed Rule 20.01 | April 29, 2025 | Index 187**
EXHIBIT APR-29

187__Order-Evaluation-for-Competency-to-Proceed_Rule-20-01__2025-04-29.pdf
SHA-256 Hash of Source File:  985ace5c5d03d36f5cadde64dc52a5a50c565142ca87f8f7495ceac27fa01fb1
Page: 3 of 3        [ source file ]        [ .ots timestamp of source file ]

7.  In the case of competency evaluations pursuant to Minnesota Statutes § 611.43 and Rule 20.01, the Examiner shall offer in the report an opinion and support for the opinion on:
    a.  Defendant's mental health and cognition, including any diagnoses made and the results of any testing conducted with the defendant;
    b.  Defendant's competency to stand trial;
    c.  Level of care and education required for the defendant to attain, be restored to, or maintain competency;
    d.  A recommendation of the least restrictive setting appropriate to meet the defendant's needs for attaining competency and immediate safety;
    e.  Impact of any substance use disorder on the defendant, including the defendant's competency, and any recommendations for treatment;
    f.  Likelihood the defendant will attain competency in the reasonably foreseeable future;
    g.  Whether the defendant poses a substantial likelihood of physical harm to self or others;
    h.  Whether the defendant, if opined incompetent to proceed by the court examiner, possesses capacity to make decisions regarding neuroleptic medication;
    i.  Whether the defendant is suitable to refer for consideration of civil commitment and the basis of the possible commitment;
    j.  Whether the defendant may be mentally ill and dangerous; and
    k.  Whether the defendant needs immediate hospitalization.

8.  In the case of competency evaluations pursuant to Minnesota Statutes § 611.43 and Rule 20.01, the Examiner shall promptly notify the Court, prosecutor, defense attorney and those responsible for the care and custody of the defendant if the Examiner concludes the defendant:
    a.  Presents an imminent risk of serious danger to another,
    b.  May be imminently suicidal, or
    c.  Needs emergency intervention.

Dated: April 29, 2025                    _____
                                                        Sarah Hudleston
                                                        District Court Judge

✓  Please direct the prosecuting agency to forward a copy of the police report for each case to Psychological Services.

HC 2926 (02/2025)

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-29

**EXHIBIT APR-29 | p. 25**

**Order Appointing Forensic Navigator | April 29, 2025 | Index 188**
EXHIBIT APR-29

188__Order-Appointing-Forensic-Navigator__2025-04-29.pdf

SHA-256 Hash of Source File:  03525586ece0c00b49b649e5358e6c950caa29edee8534682a80a459d2b65c64

Page: 1 of 2        [ source file ]        [ .ots timestamp of source file ]

---

**TO BE USED WITH ALL COMPETENCY/RULE 20.01 EVALUATIONS**

| | |
|---|---|
| State of Minnesota | District Court |
| Hennepin County | Fourth Judicial District |

State of Minnesota,
            Plaintiff,

v.                                                                  **Order for Appointment of Forensic**
                                                                                          **Navigator**

MATTHEW DAVID GUERTIN                                               27-CR-23-1886
4385 Trenton Lane N UNIT 202
Plymouth MN  55442,
            Defendant.

---

| Defendant Information |
|---|
| ☒ Out of Custody      ☐ In Custody – at Facility: _____ |
| Date of Birth: 07/17/1981                    SILS Identifier: 403932 |
| Phone:        Home: 763-221-4540, Cell: 763-221-4540 |
| Email:        mattguertin@protonmail.com |
| Current Address:   4385 Trenton Lane N UNIT 202 |
|                Plymouth MN  55442 |
|                ☐ Confirmed address with Defendant |
| Additional family/collateral contact number and instructions: |

It is hereby ordered:

1.  A forensic navigator is appointed under Minn. Stat. § 611.42, subd. 3(b), if one is available and assigned by the Forensic Navigator Program. The Forensic Navigator Program shall inform the court of any such assignment by filing a Notice of Assignment in this case. Once assigned, the forensic navigator is ordered to provide the services described in Minn. Stat. § 611.55, including: developing a bridge plan to identify appropriate housing and services; assisting and supervising defendants when appointed to do so by the court; providing services to assist defendants with mental illnesses and cognitive impairments; and, if ordered to supervise a defendant, reporting to the court on defendant's compliance or noncompliance with conditions of pretrial supervision and any order of the court.

2.  By presentation of a copy of this Order by the forensic navigator assigned by the Forensic Navigator Program, whether mailed, sent electronically, or personally delivered, any agency or department shall release within 96 hours all information and/or records of the defendant including medical, psychological, behavioral, chemical dependency, social service, probation/correctional/jail records (including behavioral notes, medical notes, psychiatric notes, jail reports or logs, and any records or information maintained by a jail from any third party medical provider/contractor/public health staff), developmental disability, military, Social Security, employment, and educational records to the forensic navigator assigned by the Forensic Navigator Program by the custodian of the records for the purpose of the examination, notwithstanding the Minnesota Health Records Act, the Minnesota Government Data Practices Act, the Health Insurance Portability and Accountability Act, or any other federal or state law.  Such information and/or records may be delivered to the forensic navigator assigned by the Forensic Navigator Program by mail, sent electronically, discussed verbally, or personally delivered. These records will not be included in the court file. Any further use or disclosure of these records shall only be by court order.

HC 2926-FN (02/2025)

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-29

**Order Appointing Forensic Navigator | April 29, 2025 | Index 188**
EXHIBIT APR-29

188__Order-Appointing-Forensic-Navigator__2025-04-29.pdf
SHA-256 Hash of Source File:  03525586ece0c00b49b649e5358e6c950caa29edee8534682a80a459d2b65c64
Page: 2 of 2        [ source file ]        [ .ots timestamp of source file ]

---

### TO BE USED WITH ALL COMPETENCY/RULE 20.01 EVALUATIONS

    a.  **The Court specifically finds** good cause exists for authorizing the disclosure of the identified records, including chemical dependency records, because other ways of obtaining the information are not available or would not be effective, and the public interest and need for disclosure outweighs the potential injury to the patient, the physician/patient relationship and any chemical dependency treatment facility or organization holding records pertaining to Defendant.

The Court hereby attests pursuant to HIPAA Privacy Rule at 45 CFR 164.502(a)(5)(iii), the purpose of the use or disclosure of the requested protected health information is **not** to investigate or impose liability on any person for the mere act of seeking, obtaining, providing, or facilitating reproductive health care or to identify any person for such purposes. If a person knowingly and in violation of HIPAA obtains individually identifiable health information relating to an individual or discloses individually identifiable health information to another person, that person may be subject to criminal penalties pursuant to 42 U.S.C. 1320d-6.

April 29, 2025
Dated

_____

District Court Judge

HC 2926-FN (02/2025)

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/apr-29

**EXHIBIT APR-29 | p. 27**