# EXHIBIT MAY-30

**Order Regarding Pro Se Motion·s | May 30, 2025 | Index 205**
EXHIBIT MAY-30

[205__Order-Other__2025-05-30.pdf](#)

SHA-256 Hash of Source File:  287bea3f5875762b041897c608d1ea3d0f0f7de4ea9b923f22f5c0808e363a01

Page: 1 of 2        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/30/2025 5:26 PM

STATE OF MINNESOTA                                        DISTRICT COURT

HENNEPIN COUNTY                                   FOURTH JUDICIAL DISTRICT

---

State of Minnesota,

                Plaintiff,

v.

Matthew David Guertin,

                Defendant.

**ORDER REGARDING *PRO SE* MOTIONS**

MNCIS No. 27-CR-23-1886

Judge Sarah Hudleston

---

      This matter came before the undersigned Judge of District Court on May 7, 2025, on Mr. Guertin's Emergency Motion to Stay and Vacate April 29, 2025, Rule 20.01 Competency Order (Index No. 90) and Motion to Confirm *Pro Se* Status and Discharge Court Appointed Counsel (Index No. 91). Assistant Hennepin County Attorney Mawerdi Hamid represents the State. Assistant Hennepin County Public Defenders Raissa Carpenter and Emmett Donnelly represent defendant Matthew Guertin.

      On April 29, 2025, prior to Mr. Guertin filing the instant motions, the Court ordered a competency evaluation under Minnesota Rule of Criminal Procedure 20.01 and Minnesota Statute Section 611.42. Based on review of Mr. Guertin's *pro se* Motion to Dismiss (Index No. 131) and associated filings (*see* Index Nos. 131, 134-184), as well as the broader record in the case, the Court found that Mr. Guertin, though extremely intelligent, lacked the ability to rationally consult with counsel. *See* Minn. Stat. § 611.42, subd. 1(1). The Court further determined that it could not accept Mr. Guertin's Petition to Proceed as *Pro Se* Counsel (Index No. 133). *See* Minn. Stat. § 611.42, subd. 2. Because Mr. Guertin remains represented and

1

**Order Regarding Pro Se Motion·s | May 30, 2025 | Index 205**
EXHIBIT MAY-30

[205__Order-Other__2025-05-30.pdf]

SHA-256 Hash of Source File: 287bea3f5875762b041897c608d1ea3d0f7de4ea9b923f22f5c0808e363a01

Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/30/2025 5:26 PM

defense counsel has not adopted either motion, the Court will not consider these motions (Index Nos. 90 and 91).

**IT IS SO ORDERED**.

BY THE COURT:

Dated: May 30, 2025

_____
SARAH HUDLESTON
Judge of District Court

2

27-CR-23-1886

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/may-30

**EXHIBIT MAY-30 | p. 2**