# EXHIBIT SYN

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 1 of 31        [ source file ]        [ .ots timestamp of source file ]

---

<div align="right">
Filed in District Court
State of Minnesota
5/3/2024 2:56 PM
</div>

**STATE OF MINNESOTA**                **DISTRICT COURT**

**COUNTY OF HENNEPIN**            **FOURTH JUDICIAL DISTRICT**

---

State of Minnesota,                          Court File No.: 27-CR-23-1886

           Plaintiff,

vs.                                                    **DEFENDANT'S**

Matthew David Guertin,                      **AFFIDAVIT OF FACT**

           Defendant.

---

TO:        THE HONORABLE JULIA DAYTON KLEIN, JUDGE OF THE DISTRICT
           COURT; THE CLERK OF THE FOURTH JUDICIAL DISTRICT COURT; MS.
           JACQUELINE PEREZ, ASSISTANT HENNEPIN COUNTY ATTORNEY; AND
           THE OFFICE OF THE HENNEPIN COUNTY ATTORNEY.


**AFFIDAVIT OF FACT**

I, MATTHEW DAVID GUERTIN, residing at 1075 Traditions Court, City of Chaska,
County of Carver, State of Minnesota, being duly sworn, hereby depose and state under penalty
of perjury:


**INTRODUCTION**

I conducted a data analysis of the Minnesota Court Records Online (MCRO) by downloading a
total of 3,556 MCRO PDF criminal case files, which span a total of 163 unique criminal case ID
numbers which were obtained through the 'hearing' search provided on the MCRO website that
allows someone to search by specific Judicial Officers. This analysis began out of curiousity, and
my wondering as to whether or not it was standard procedure to have a very small group of just
three Judicial Officers essentially 'take over' a criminal court case from early on in its inception
in what seems to be a very 'contained' or 'controlled' manner. This is what it seems like in my
current case anyways – which lead me take a look at the the case distribution amongst the three

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 1**

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 2 of 31          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

Judicial Officers who have been making all of the key decisions in my criminal, as well as my civil case now. A brief exercise if you will...one which involves using a multi-step process in which I print a PDF of each 200 result date range search beginning at April 26, 2024, and spanning into the past until reached January 1, 2023. I then converted these PDF files to text files and processed them using custom Python scripts that allowed me to clean up, and sort the massive collection of data I compiled – which eventually resulted in me being able to run a Python script that used three different text files as its input, and then output a new text file that only contained the cases which the Honorable Judge Julia Dayton Klein, Danielle Mercurio, and George Borer all had hearings listed for in the 2023-Current date range I searched. I then segregated these even further using the year ID signifying the cases origination year.

The total number of 'Shared Cases' between all three is 163.

I then created a custom Python script that uses the Selenium library, allowing for automation scripting of a developer version of Chrome web browser. The script allowed me to navigate to any individual case timeline page, hit 'enter', and automatically download every single PDF document filed into the case in a matter of seconds. This resulted in a massive dataset of around 2gb total. All of the PDF documents are directly downloaded and organized into individual folders for the 'year of case origination' with each year directory containing a folder for each individual case, where each case folder contains every single avaialabe PDF document from the MCRO website in addition to the full HTML website download, and a PDF page printout of the MCRO webpage.

There are a lot of duplicate names. Some of them with slight, as well as not so slight variations. These would include the following as an example:

PRIEST JESUS, ANGELIC DENISE SCHAEFER,  ANGELIC DENISE NUNN, MAKIS DUVELL LANE,  MAKIS DEVELL LANE, and MAKIS DEVIL LANE.

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 2**

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 3 of 31        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

I also conducted an insightful data analaysis that involved simple file searching by the name of the MCRO filed document – such as 'Finding of Incompetency and Order', 'E-filed Comp Order for Detention', and 'Rule 20.01 Evaluation for Competency to Proceed' among others.

I intentionally wrapped this side project up very quickly as far as drawing a line, and being done with it as otherwise there is obviously a million other directions, and datapoints one could further investigate. Not me however. I am of the belief that what I have compiled is presented in its most basic, and simple form insofar as being left open for interpretation and not trying to draw any specific conclusions beyond those which the data serves to perhaps draw on its own.

<center><b>EXHIBIT SUMMARY</b></center>

Below is a summary of the three exhibits accompanying this affidavit.

**Exhibit A:**

    **Data Analysis of Shared Judicial Assignments to Cases**

    A very detailed introduction and overview of the analysis process along with a massive amount of random datapoints I assembled. This exhibit also includes an overview of the much broader question that is raised in regards to impartiality in legal proceedings, and how there might be a much larger question raised based on the results of this analyis.

**Exhibit B:**

    **Circular Handling Anlaysis**

    A selection of cases that are shared between all three Judicial Officers, in which I analyze the 'circular handling' that has become very apparent to me in my current court case. 'Circular Handling' could also perhaps be called 'Decision Bouncing' as it is simply taking a closer look at how many critical decisions in a defendant's criminal case are essentially bounced back and forth between the same three people in a consistent, and regonizable pattern.

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 3**

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37_Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis_2024-05-03.pdf
SHA-256 Hash of Source File: b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 4 of 31        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

**Exhibit C:**

**MCRO 'Finding of Incompetency and Order' Analysis**

A data table grouped by year which shows who ordered the initial Rule 20.01 Exam, and who ultimately made the ruling once the Rule 20.01 exam was completed. These are all 130 of the orders, as contained between all of the shared case files. As part of this tables assembly I was able to discover that out of the 130 orders there were 6 instances in which the same Judicial Officer who recommended the Rule 20.01 exam was then also the one to rule on their previous order once the Rule 20.01 exam was completed and it came before them once again.

**Shared Download Folder of All MCRO Files I Downloaded and Analyzed:**

Case files origination spans 2017 – 2023. Six separate .zip files.

Includes Python download script I used to collect all of the PDF files.

https://drive.proton.me/urls/QA8TBVTHEC#Wy7ygZMVpev7

**CONCLUSION**

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. I also affirm that all of the data I have presented herein is accurate, true, and correct to the best of my knowledge. I made every effort to double and triple check every figure I listed, my Python scripts, and each step that it took to ensure this data was compiled in accurate and thorough process. All of the data collected and analyzed is all directly from the MCRO website itself, and is all authentic and without any altering, omissions, or deceit of any kind. All of this data was gathered, processed, and analyzed within the last 4-5 days from the filing of this affidavit. It is 'fresh' – and I am filing this affidavit 'as is' so that it doesn't go stale for whatever reason.

DATED this 3rd day of May, 2024.

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 4**

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 5 of 31        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

Respectfully submitted,

Date: May 3, 2024

By: /s/ Matthew Guertin
Matthew David Guertin
Is Currently Lacking Effective Counsel
1075 Traditions Ct.
Chaska, MN   55318
Telephone: 763-221-4540
Email: MattGuertin@Protonmail.com

Page 5 of 31

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 6 of 31          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

# Data Analysis of Judicial Involvement in Criminal and Probate / Mental Health Cases

In an effort to better understand and support the defendants concerns regarding the fairness and impartiality of his court proceedings, the defendant utilized the Minnesota Judicial Branch's official online system, MCRO (Minnesota Court Records Online), to analyze the patterns of judicial involvement in his cases. The focus was on the three specific Judicial Officers who have overseen all significant decisions and procedural aspects of his case from its very inception, and in which his current criminal case has a litany of procedural anomalies and discrepancies which the defendant believes are all indicative of his case being handled in a 'non standard' way.

## Methodology:

EXHIBIT
**A**

### Data Collection:

- **Platform Used:** Minnesota Court Records Online (MCRO).
- **Objective:** To gather hearing records for the three Judicial Officers involved in the defendant's case
- **Judicial Officers Analyzed:**
    - The Honorable Judge Julia Dayton Klein
    - The Honorable Court Referee Danielle C. Mercurio
    - The Honorable Court Referee George Borer

### Search Criteria:

- **Date Range:** January 1, 2023, to April 26, 2024.
- **Case Categories:** Each judge's involvement was searched, and then retrieved using two filters – The 'Criminal' and 'Probate or Mental Health' categories of the provided 'Hearing Search' option of the MCRO online records system.

### Data Processing:

- The defendant conducted a separate search for each judge under each category, resulting in six sets of data.
- Custom Python scripts were used to organize and filter the data, ensuring that each individual court case was counted once per category, per judge.
- The analysis focused on identifying common cases handled by all three judges within the given time frame.

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 6**

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 7 of 31        [ source file ]        [ .ots timestamp of source file ]

---

<div align="center">27-CR-23-1886</div>

<div align="right">Filed in District Court<br>State of Minnesota<br>5/3/2024 2:56 PM</div>

## Results:

The analysis uncovers a distinct pattern in the distribution of case assignments among the three judicial officers, with a notable number of cases shared among them in criminal court proceedings, rather than in the civil court proceedings as defined by the court. The data shows that this small group wields significant influence over pivotal decisions in a defendant's criminal proceedings, many times from their inception. Often, these are the very same decisions that lead to civil court proceedings under MN Statutes § 253B.

According to the description of the 'Hennepin Probate / Mental Health Court' by the 4th Judicial District Court's own website:

> " **Probate Court** handles cases involving the property of deceased persons, wills, trusts, guardianships, and conservatorships.
>
> **Mental Health Court** handles the legal process involving the civil commitment of people to treatment centers based on allegations of mental illness, developmental disability, chemical dependency, and referrals from Criminal Court. "

The overlap in judicial roles highlighted by the analysis raises concerns about the lack of clear delineation between criminal and civil proceedings. The same judges who oversee critical decisions in criminal cases also manage the referrals to civil commitments, effectively referring cases to themselves. This dual role blurs the boundaries required for impartiality and fairness in judicial processes, presenting a risk of unchecked control and influence contained within a very small group of Judicial Officers.

## Interpretation:

The defendant is of the belief that the observed patterns of case handling by the identified judicial officers is most likely an established procedural norm within the judicial system itself, rather than clandestine or unethical arrangements. This interpretation suggests that the practices in question are not, by themselves, indicative of covert misconduct, but are instead emblematic of systemic protocols that are openly sanctioned and promoted within the court itself.

The crux of the legal issues raised centers on the procedural use of Rule 20.01 Evaluation Reports to facilitate a rapid channeling of cases to a select group of three judicial officers whenever such evaluations are mandated. This procedural mechanism, raises significant legal and ethical concerns regarding the potential for undue influence and prejudicial treatment.

Furthermore, this system enables a concentrated control over both criminal proceedings and any consequent civil commitments within the Hennepin County courts. Such a concentrated control, inherently increases the risk of abuse, as it places substantial judicial power and decision-making within the hands of a few, potentially compromising the impartiality and fairness required in judicial proceedings.

<div align="center">Page 7 of 31</div>

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

<div align="right" style="color:red">**EXHIBIT SYN | p. 7**</div>

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

---

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 8 of 31        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

# Analysis of 'Hearings' data spanning <u>Jan 1, 2023 – April 26, 2024</u>:

## Criminal Proceedings:

### Criminal Cases originating in 2016 -

Julia Dayton Klein total unique court cases: 4
Danielle Mercurio total unique court cases: 5
George Borer total unique court cases: 6
**Common cases across all three Judicial Officers: 0**

### Criminal Cases originating in 2017 -

Julia Dayton Klein total unique court cases: 11
Danielle Mercurio total unique court cases: 9
George Borer total unique court cases: 11
**Common cases across all three Judicial Officers: 3**

### Criminal Cases originating in 2018 -

Julia Dayton Klein total unique court cases: 11
Danielle Mercurio total unique court cases: 24
George Borer total unique court cases: 27
**Common cases across all three Judicial Officers: 4**

### Criminal Cases originating in 2019 -

Julia Dayton Klein total unique court cases: 44
Danielle Mercurio total unique court cases: 70
George Borer total unique court cases: 61
**Common cases across all three Judicial Officers: 12**

### Criminal Cases originating in 2020 -

Julia Dayton Klein total unique court cases: 120
George Borer total unique court cases: 81
Danielle Mercurio total unique court cases: 108
**Common cases across all three Judicial Officers: 20**

### Criminal Cases originating in 2021 -

Julia Dayton Klein total unique court cases: 231
Danielle Mercurio total unique court cases: 253
George Borer total unique court cases: 167
**Common cases across all three Judicial Officers: 41**

Page 8 of 31

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 8**

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 9 of 31        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

## Criminal Cases originating in 2022 -

Julia Dayton Klein total unique court cases: 322
Danielle Mercurio total unique court cases: 378
George Borer total unique court cases: 289
Common cases across all three Judicial Officers: 44

## Criminal Cases originating in 2023 -

Julia Dayton Klein total unique court cases: 424
Danielle Mercurio total unique court cases: 486
George Borer total unique court cases: 244
**Common cases across all three Judicial Officers: 39**

## Criminal Cases originating in 2024 -

Julia Dayton Klein total unique court cases: 30
Danielle Mercurio total unique court cases: 38
George Borer total unique court cases: 8
**Common cases across all three Judicial Officers: 0**

## Mental Health / Probate (Civil) Proceedings:

### Mental Health/Probate Cases originating in 2020 -

Julia Dayton Klein total unique court cases: 1
Danielle Mercurio total unique court cases: 1
George Borer total unique court cases: 1
**Common cases across all three Judicial Officers: 0**

### Mental Health/Probate Cases originating in 2021 -

Julia Dayton Klein total unique court cases: 1
Danielle Mercurio total unique court cases: 3
George Borer total unique court cases: 2
**Common cases across all three Judicial Officers: 0**

### Mental Health/Probate Cases originating in 2022 -

Julia Dayton Klein total unique court cases: 41
Danielle Mercurio total unique court cases: 81
George Borer total unique court cases: 81
**Common cases across all three Judicial Officers: 1**

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 9**

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

---

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf

SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b

Page: 10 of 31        [ source file ]        [ .ots timestamp of source file ]

---

<div style="text-align:center">27-CR-23-1886</div>

<div style="text-align:right">
Filed in District Court<br>
State of Minnesota<br>
5/3/2024 2:56 PM
</div>

### Mental Health/Probate Cases originating in 2023 -

Julia Dayton Klein total unique court cases: 326
Danielle Mercurio total unique court cases: 322
George Borer total unique court cases: 257
**Common cases across all three Judicial Officers: 8**

### Mental Health/Probate Cases originating in 2024 -

Julia Dayton Klein total unique court cases: 81
Danielle Mercurio total unique court cases: 120
George Borer total unique court cases: 155
**Common cases across all three Judicial Officers: 1**

## Shared Criminal Cases of all three Judicial Officers:

### Shared Criminal Cases originating in 2017 -

| | |
|---|---|
| **27-CR-17-1555** | State of Minnesota vs ADRIAN MICHAEL WESLEY |
| **27-CR-17-8342** | State of Minnesota vs ADRIAN MICHAEL WESLEY |
| **27-CR-17-22909** | State of Minnesota vs ADRIAN MICHAEL WESLEY |

### Shared Criminal Cases originating in 2018 -

| | |
|---|---|
| **27-CR-18-18391** | State of Minnesota vs AESHA IBRAHIM OSMAN |
| **27-CR-18-18396** | State of Minnesota vs Ramadan Hakim Campbell |
| **27-CR-18-19274** | State of Minnesota vs IFRAH ABDULL HASSAN |
| **27-CR-18-26530** | State of Minnesota vs WILLIAM LEE NABORS |

### Shared Criminal Cases originating in 2019 -

| | |
|---|---|
| **27-CR-19-1916** | State of Minnesota vs AESHA IBRAHIM OSMAN |
| **27-CR-19-3539** | State of Minnesota vs AESHA IBRAHIM OSMAN |
| **27-CR-19-17539** | State of Minnesota vs AESHA IBRAHIM OSMAN |
| **27-CR-19-22615** | State of Minnesota vs ANNE MARIE RILEY |
| **27-CR-19-901** | State of Minnesota vs EYUAEL GONFA KEBEDE |
| **27-CR-19-28883** | State of Minnesota vs JACOB MAMAR JOHNSON |
| **27-CR-19-11566** | State of Minnesota vs MAKIS DEVELL LANE |
| **27-CR-19-12130** | State of Minnesota vs MAKIS DEVELL LANE |
| **27-CR-19-25578** | State of Minnesota vs PAUL JOSEPH OWENS |
| **27-CR-19-12466** | State of Minnesota vs TERRELL JOHNSON |
| **27-CR-19-19606** | State of Minnesota vs TERRELL JOHNSON |
| **27-CR-19-9270** | State of Minnesota vs WILLIAM LEE NABORS |

### Shared Criminal Cases originating in 2020 -

| | |
|---|---|
| **27-CR-20-19196** | State of Minnesota vs ABDIRAHMAN ISMAIL FARAH |
| **27-CR-20-3244** | State of Minnesota vs ANGELIC DENISE SCHAEFER |
| **27-CR-20-10049** | State of Minnesota vs Beyonce Porshae Brown |
| **27-CR-20-8575** | State of Minnesota vs Bisharo Jama Noor |
| **27-CR-20-23521** | State of Minnesota vs CASPER HUY VUONG |

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf

SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b

Page: 11 of 31        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

| | |
|---|---|
| **27-CR-20-7092** | State of Minnesota vs DWAYNE ANTHONY BLEDSOE |
| **27-CR-20-13495** | State of Minnesota vs EYUAEL GONFA KEBEDE |
| **27-CR-20-423** | State of Minnesota vs Ifrah Abdullahi Hassan |
| **27-CR-20-23239** | State of Minnesota vs JALEISHA LANAY TAYLOR |
| **27-CR-20-1893** | State of Minnesota vs JIMMY EDWARD SPEARS III |
| **27-CR-20-11638** | State of Minnesota vs JOHN EMIL STICHA |
| **27-CR-20-20788** | State of Minnesota vs Lawrence Joseph Durheim |
| **27-CR-20-9036** | State of Minnesota vs MAKIS DEVELL LANE |
| **27-CR-20-20851** | State of Minnesota vs MAKIS DEVIL LANE |
| **27-CR-20-6301** | State of Minnesota vs PRIEST JESUS DORSEY |
| **27-CR-20-26577** | State of Minnesota vs Rasheed Richardson |
| **27-CR-20-6517** | State of Minnesota vs Rex Allen Basswood Jr. |
| **27-CR-20-27550** | State of Minnesota vs RODRICK JEROME CARPENTER |
| **27-CR-20-8926** | State of Minnesota vs TERRELL JOHNSON |
| **27-CR-20-20037** | State of Minnesota vs TERRELL JOHNSON |

### Shared Criminal Cases originating in 2021 -

| | |
|---|---|
| **27-CR-21-22058** | State of Minnesota vs AESHA IBRAHIM OSMAN |
| **27-CR-21-1977** | State of Minnesota vs ANGELIC DENISE NUNN |
| **27-CR-21-1978** | State of Minnesota vs ANGELIC DENISE NUNN |
| **27-CR-21-7676** | State of Minnesota vs Bisharo Jama Noor |
| **27-CR-21-19723** | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD |
| **27-CR-21-23456** | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD |
| **27-CR-21-23628** | State of Minnesota vs Carmen Bendu Greaves |
| **27-CR-21-16111** | State of Minnesota vs CHARLESETTA STARLET BROWN |
| **27-CR-21-20637** | State of Minnesota vs Daniel Lamar Ford |
| **27-CR-21-10675** | State of Minnesota vs Dennis Joseph Barry |
| **27-CR-21-933** | State of Minnesota vs DWAYNE ANTHONY BLEDSOE |
| **27-CR-21-1980** | State of Minnesota vs GORDON EUGENE SHARP |
| **27-CR-21-20072** | State of Minnesota vs GORDON EUGENE SHARP |
| **27-CR-21-20988** | State of Minnesota vs GORDON EUGENE SHARP  Jr. |
| **27-CR-21-21355** | State of Minnesota vs GORDON EUGENE SHARP  Jr. |
| **27-CR-21-23188** | State of Minnesota vs GORDON EUGENE SHARP  Jr. |
| **27-CR-21-23215** | State of Minnesota vs GORDON EUGENE SHARP  Jr. |
| **27-CR-21-3797** | State of Minnesota vs GRAHM MARK FLETCHER |
| **27-CR-21-9235** | State of Minnesota vs GRAHM MARK FLETCHER |
| **27-CR-21-1171** | State of Minnesota vs IBSSA M YOUSSUF |
| **27-CR-21-20529** | State of Minnesota vs ISAAC LEE KELLEY |
| **27-CR-21-13795** | State of Minnesota vs JACOB MAMAR JOHNSON |
| **27-CR-21-14861** | State of Minnesota vs KESSIE KAFELE WILSON |
| **27-CR-21-6904** | State of Minnesota vs Lucas Patrick Kraskey |
| **27-CR-21-8067** | State of Minnesota vs Lucas Patrick Kraskey |
| **27-CR-21-8227** | State of Minnesota vs Lucas Patrick Kraskey |
| **27-CR-21-8228** | State of Minnesota vs Lucas Patrick Kraskey |
| **27-CR-21-8229** | State of Minnesota vs Lucas Patrick Kraskey |
| **27-CR-21-8230** | State of Minnesota vs Lucas Patrick Kraskey |
| **27-CR-21-8511** | State of Minnesota vs Lucas Patrick Kraskey |
| **27-CR-21-1230** | State of Minnesota vs MAKIS DEVELL LANE |
| **27-CR-21-13752** | State of Minnesota vs MAKIS DEVELL LANE |

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 11**

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

---

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf

SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b

Page: 12 of 31        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

| | |
|---|---|
| **27-CR-21-6229** | State of Minnesota vs MARVAL BARNES |
| **27-CR-21-17008** | State of Minnesota vs NICOLLE LYNN FAWCETT |
| **27-CR-21-928** | State of Minnesota vs PRIEST JESUS DORSEY |
| **27-CR-21-6382** | State of Minnesota vs PRIEST JESUS DORSEY |
| **27-CR-21-23131** | State of Minnesota vs Rex Allen Basswood  Jr. |
| **27-CR-21-8412** | State of Minnesota vs Stephone Ahmad Gammage |
| **27-CR-21-6710** | State of Minnesota vs TEMEKA MICHELLE NICHOLS |
| **27-CR-21-19552** | State of Minnesota vs TERRELL JOHNSON |
| **27-CR-21-23233** | State of Minnesota vs TERRELL JOHNSON |

### Shared Criminal Cases originating in 2022 -

| | |
|---|---|
| **27-CR-22-21925** | State of Minnesota vs Abdinour Mohamed Alasow |
| **27-CR-22-23317** | State of Minnesota vs Abdinour Mohamed Alasow |
| **27-CR-22-18859** | State of Minnesota vs ABDIQANI AHMED HASSAN |
| **27-CR-22-22985** | State of Minnesota vs ABDIQANI AHMED HASSAN |
| **27-CR-22-18776** | State of Minnesota vs AMY LOUISE LILLEVOLD |
| **27-CR-22-20033** | State of Minnesota vs ANGELIC DENISE NUNN |
| **27-CR-22-15550** | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD |
| **27-CR-22-7797** | State of Minnesota vs Carmen Bendu Greaves |
| **27-CR-22-25134** | State of Minnesota vs Carmen Bendu Greaves |
| **27-CR-22-15430** | State of Minnesota vs CHARLESETTA STARLET BROWN |
| **27-CR-22-3377** | State of Minnesota vs CHASE RADLEY GREEN |
| **27-CR-22-22687** | State of Minnesota vs CHASE RADLEY GREEN |
| **27-CR-22-19036** | State of Minnesota vs Crystal Latasha Mcbounds |
| **27-CR-22-3570** | State of Minnesota vs Dennis Joseph Barry |
| **27-CR-22-22521** | State of Minnesota vs Dennis Joseph Barry |
| **27-CR-22-24357** | State of Minnesota vs DENNIS MICHAEL THILL |
| **27-CR-22-9720** | State of Minnesota vs EMANUEL OMAR BLACK |
| **27-CR-22-12076** | State of Minnesota vs Emanuel Omar Black |
| **27-CR-22-4087** | State of Minnesota vs GORDON EUGENE SHARP Jr. |
| **27-CR-22-22963** | State of Minnesota vs GORDON EUGENE SHARP Jr. |
| **27-CR-22-5532** | State of Minnesota vs Isaac Lee Kelley |
| **27-CR-22-7953** | State of Minnesota vs ISAAC LEE KELLEY |
| **27-CR-22-20527** | State of Minnesota vs JARELLE THOMAS VAUGHN |
| **27-CR-22-18209** | State of Minnesota vs JULIET KAY HIGGINS |
| **27-CR-22-10646** | State of Minnesota vs LAMAR GLASS |
| **27-CR-22-17300** | State of Minnesota vs Lucas Patrick Kraskey |
| **27-CR-22-21679** | State of Minnesota vs Lucas Patrick Kraskey |
| **27-CR-22-24045** | State of Minnesota vs Lucas Patrick Kraskey |
| **27-CR-22-10055** | State of Minnesota vs MAKIS DUVELL LANE |
| **27-CR-22-4879** | State of Minnesota vs MANYARA NICOLE WATKINS |
| **27-CR-22-13185** | State of Minnesota vs MARK ANTHONY REINHART |
| **27-CR-22-18789** | State of Minnesota vs MOLLY ANNE PRICE |
| **27-CR-22-25151** | State of Minnesota vs NICOLE LORETTA KELM |
| **27-CR-22-18938** | State of Minnesota vs NURADIN MOHAMUD |
| **27-CR-22-4239** | State of Minnesota vs PRIEST JESUS DORSEY |
| **27-CR-22-24627** | State of Minnesota vs Rex Allen Basswood Jr. |
| **27-CR-22-14541** | State of Minnesota vs RODRICK JEROME CARPENTER II |
| **27-CR-22-15358** | State of Minnesota vs RODRICK JEROME CARPENTER II |

Page 12 of 31

---

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf

SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b

Page: 13 of 31        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

| | |
|---|---|
| 27-CR-22-1165 | State of Minnesota vs TERRELL JOHNSON |
| 27-CR-22-4898 | State of Minnesota vs TERRELL JOHNSON |
| 27-CR-22-13941 | State of Minnesota vs TIA TIAUNNA PAYNE |
| 27-CR-22-14493 | State of Minnesota vs TIMOTHY TERRELL STUCKEY |
| 27-CR-22-3553 | State of Minnesota vs WILLIAM LEE NABORS |
| 27-CR-22-22850 | State of Minnesota vs YASMIN AHMED ALI |

**Shared Criminal Cases originating in 2023 -**

| | |
|---|---|
| 27-CR-23-3198 | State of Minnesota vs AARON DASHAUN CHERRY |
| 27-CR-23-512 | State of Minnesota vs Abdinour Mohamed Alasow |
| 27-CR-23-883 | State of Minnesota vs Abdinour Mohamed Alasow |
| 27-CR-23-3496 | State of Minnesota vs ABDULKADIR ELMI EGAL |
| 27-CR-23-12360 | State of Minnesota vs ALEXANDER ORVAL THOMLEY |
| 27-CR-23-24219 | State of Minnesota vs ALEXI BRE WASHINGTON |
| 27-CR-23-8721 | State of Minnesota vs Daniel Lamar Ford |
| 27-CR-23-4547 | State of Minnesota vs Delayna Adrianne Lussier |
| 27-CR-23-10954 | State of Minnesota vs Delayna Adrianne Lussier |
| 27-CR-23-17576 | State of Minnesota vs EMANUEL OMAR BLACK |
| 27-CR-23-16281 | State of Minnesota vs FUE VANG |
| 27-CR-23-16927 | State of Minnesota vs GORDON EUGENE SHARP Jr. |
| 27-CR-23-2152 | State of Minnesota vs GRAHM MARK FLETCHER |
| 27-CR-23-8560 | State of Minnesota vs INGRAM METEBO OYUGI |
| 27-CR-23-12653 | State of Minnesota vs JACOB JOSEPH SCHECH |
| 27-CR-23-8406 | State of Minnesota vs JALEISHA LANAY TAYLOR |
| 27-CR-23-13960 | State of Minnesota vs JEREMIAH JAMES RIVERS |
| 27-CR-23-1600 | State of Minnesota vs JIMMY EDWARD SPEARS III |
| 27-CR-23-20715 | State of Minnesota vs KESSIE KAFELE WILSON |
| 27-CR-23-385 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-23-5751 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-23-5213 | State of Minnesota vs MARK ANTHONY REINHART |
| 27-CR-23-1886 | State of Minnesota vs MATTHEW DAVID GUERTIN |
| 27-CR-23-1101 | State of Minnesota vs MICHAEL CHANTEL WRIGHT |
| 27-CR-23-284 | State of Minnesota vs MOHAMED ABDI SHIDE |
| 27-CR-23-3423 | State of Minnesota vs MOHAMED ABDI SHIDE |
| 27-CR-23-3459 | State of Minnesota vs MUAD ABDULKADIR |
| 27-CR-23-3460 | State of Minnesota vs MUAD ABDULKADIR |
| 27-CR-23-21403 | State of Minnesota vs PETER JAHAN LEHMEYER |
| 27-CR-23-2073 | State of Minnesota vs PRIEST JESUS DORSEY |
| 27-CR-23-9135 | State of Minnesota vs Rashi Tamboura Williams |
| 27-CR-23-18846 | State of Minnesota vs RICKY NELSON SULLIVAN Jr. |
| 27-CR-23-18850 | State of Minnesota vs RICKY NELSON SULLIVAN Jr. |
| 27-CR-23-21653 | State of Minnesota vs ROBERT WILLIAM BALSIMO |
| 27-CR-23-2480 | State of Minnesota vs Sandra Vongsaphay |
| 27-CR-23-8649 | State of Minnesota vs TERRELL JOHNSON |
| 27-CR-23-9546 | State of Minnesota vs TIMOTHY TERRELL STUCKEY |
| 27-CR-23-18964 | State of Minnesota vs TROY CARL WARNKE Jr. |
| 27-CR-23-1658 | State of Minnesota vs YASMIN AHMED ALI |

Page 13 of 31

EXHIBIT SYN | p. 13

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 14 of 31          [ source file ]          [ .ots timestamp of source file ]

---

<div style="text-align:center">27-CR-23-1886</div>

<div style="text-align:right">Filed in District Court<br>State of Minnesota<br>5/3/2024 2:56 PM</div>

# Shared Mental Health / Probate Cases of all three Judicial Officers:[1]

## Shared Mental Health / Probate Cases originating in 2022 -

**27-MH-PR-22-1394**
In the Matter of the Civil Commitment of Caspar Huy Vuong aka Casper Huy Vuong  Respondent

## Shared Mental Health / Probate Cases originating in 2023 -

**27-MH-PR-23-224**
In the Matter of the Civil Commitment of Andrea Ulrich  Respondent

**27-MH-PR-23-358**
In the Matter of the Civil Commitment of Bilal Compton  Respondent

**27-MH-PR-23-892**
In the Matter of the Civil Commitment of Michael Palmquist  Respondent

**27-MH-PR-23-1020**
In the Matter of the Civil Commitment of Karen Marie Croonquist  Respondent

**27-MH-PR-23-1021**
In the Matter of the Civil Commitment of Stacy Schmidt  Respondent

**27-MH-PR-23-1181**
In the Matter of the Civil Commitment of Faham Osman Ali  Respondent

**27-MH-PR-23-1241**
In the Matter of the Civil Commitment of TROY CARL WARNKE  Jr.  Respondent

**27-MH-PR-23-1461**
In the Matter of the Civil Commitment of JACOB JOSEPH SCHECH  Respondent

## Shared Mental Health / Probate Cases originating in 2024 -

**27-MH-PR-24-9**
In the Matter of the Civil Commitment of Kevin Christopherson Kuyoc aka Kevin Christopherson Kuyoc Tzuc aka Keving Christopherson Kuyoc  Respondent

---

[1] It is highly releavnt to point out the fact that this analysis was conducted based solely on the 'hearing' dates. One of the Judicial Referees, George Borer, is also involved in the defendant's civil commitment case as well. For some reaosn the hearing that George Borer had scheduled on February 1, 2024 cannot be found in his 'official' civil court hearing dates when searching on the courts MCRO site. The defendant also experimeted with additional Python scripts to match the names of the party involved in both civil and criminal cases but did not pursue that path further. The defendant believes that all of these results he was able to put together is worthy of much more investigation and time, but the defendant had to 'draw the line' somewhere in regards to how much time he put into this research.

<div style="text-align:center">Page 14 of 31</div>

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

<div style="text-align:right; color:red">**EXHIBIT SYN | p. 14**</div>

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 15 of 31          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

# MCRO Document and Judicial Order Analysis

| | |
|---|---|
| Unique Criminal Case Numbers | 163 |
| | |
| Defendant Names by Exact String Match | 79 |
| Defendant Names by Very Similar String Match | 73 |
| Defendant Names Only Appearing a Single Time | 45 |
| | |
| MCRO PDF Docs Downloaded for All Shared Cases | 3556 |
| | |
| E-filed Comp Order for Detention | 79 |
| Law Enforcement Notice of Release and Appearance | 48 |
| Order for Conditional Release | 222 |
| Notice of Case Reassignment | 136 |
| Notice of Appearance | 28 |
| Demand or Request for Discovery | 99 |
| Pandemic Cancelled or Rescheduled Hearing | 17 |
| Petition to Proceed as ProSe Counsel | 4 |
| Notice of Hearing | 434 |
| Notice of Remote Hearing with Instructions | 644 |
| Returned Mail | 238 |
| Witness List | 28 |
| Rule 20.01 Evaluation for Competency to Proceed | 488 |
| Finding of Incompetency and Order | 130 |
| | |
| Incompetency Orders by Julia Dayton Klein | 19 |
| Incompetency Orders by Danielle Mercurio | 38 |
| Incompetency Orders by George Borer | 37 |
| Incompetency Orders total of All Three | 94 |
| Rule 20 and Incompetency Order by Same Person | 6 |

## Ctrl+F Search Results of All 644
## 'Notice of Remote Hearing with Instructions' MCRO PDF's

| | |
|---|---|
| "Meeting ID: 160 223 0876" | 358 |
| "Meeting ID: 160 815 2947" | 84 |
| "Meeting ID: 161 686 0727" | 10 |
| "Meeting ID: 160 596 3061" | 12 |
| "Meeting ID: 160 897 9580" | 6 |
| "Meeting ID: 161 201 2699" | 4 |
| "Meeting ID: 160 921 4567" | 6 |
| "Meeting ID: 161 094 4574" | 35 |

Page 15 of 31

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 16 of 31          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

<div align="right">Filed in District Court<br>State of Minnesota<br>5/3/2024 2:56 PM</div>

| | |
|---|---|
| "Meeting ID: 160 368 8210" | 14 |
| "Meeting ID: 161 3603 4346" | 1 |
| "Passcode: 1234" | 520 |
| "Meeting ID:" | 812 |
| "Passcode:" | 811 |
| "MNCIS-PAN" | 810 |
| "Pandemic" | 676 |
| "HENN-CR Pandemic Notice of Remote Hearing" | 198 |

## 2017 (27-CR-17-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 3 |
| Defendant Names by Exact String Match | 1 |
| Defendant Names by Very Similar String Match | 1 |
| Defendant Names Only Appearing a Single Time | 0 |
| | |
| MCRO PDF Documents Downloaded | 73 |
| E-filed Comp Order for Detention | 1 |
| Law Enforcement Notice of Release and Appearance | 0 |
| Order for Conditional Release | 0 |
| Notice of Case Reassignment | 0 |
| Notice of Hearing | 0 |
| Notice of Remote Hearing with Instructions | 8 |
| Returned Mail | 3 |
| Witness List | 0 |
| Rule 20.01 Evaluation for Competency to Proceed | 4 |
| Finding of Incompetency and Order | 0 |

## 2018 (27-CR-18-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 4 |
| Defendant Names by Exact String Match | 4 |
| Defendant Names by Very Similar String Match | 4 |
| Defendant Names Only Appearing a Single Time | 4 |
| | |
| MCRO PDF Documents Downloaded | 184 |
| E-filed Comp Order for Detention | 1 |
| Law Enforcement Notice of Release and Appearance | 4 |
| Order for Conditional Release | 3 |
| Notice of Case Reassignment | 1 |
| Notice of Hearing | 28 |
| Notice of Remote Hearing with Instructions | 22 |
| Returned Mail | 11 |
| Witness List | 3 |
| Rule 20.01 Evaluation for Competency to Proceed | 23 |
| Finding of Incompetency and Order | 3 |

Page 16 of 31

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 17 of 31        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

## 2019 (27-CR-19-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 12 |
| Defendant Names by Exact String Match | 8 |
| Defendant Names by Very Similar String Match | 8 |
| Defendant Names Only Appearing a Single Time | 5 |
| MCRO PDF Documents Downloaded | 459 |
| | |
| E-filed Comp Order for Detention | 5 |
| Law Enforcement Notice of Release and Appearance | 4 |
| Order for Conditional Release | 22 |
| Notice of Case Reassignment | 23 |
| Notice of Hearing | 87 |
| Notice of Remote Hearing with Instructions | 67 |
| Returned Mail | 31 |
| Witness List | 4 |
| Rule 20.01 Evaluation for Competency to Proceed | 49 |
| Finding of Incompetency and Order | 10 |

## 2020 (27-CR-20-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 20 |
| Defendant Names by Exact String Match | 19 |
| Defendant Names by Very Similar String Match | 18 |
| Defendant Names Only Appearing a Single Time | 18 |
| MCRO PDF Documents Downloaded | 606 |
| | |
| E-filed Comp Order for Detention | 8 |
| Law Enforcement Notice of Release and Appearance | 11 |
| Order for Conditional Release | 28 |
| Notice of Case Reassignment | 26 |
| Notice of Hearing | 78 |
| Notice of Remote Hearing with Instructions | 125 |
| Returned Mail | 47 |
| Witness List | 7 |
| Rule 20.01 Evaluation for Competency to Proceed | 72 |
| Finding of Incompetency and Order | 12 |

Page 17 of 31

---

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 18 of 31          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

# 2021 (27-CR-21-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 41 |
| Defendant Names by Exact String Match | 25 |
| Defendant Names Only Appearing a Single Time | 16 |
| Defendant Names by Very Similar String Match | 24 |
| | |
| MCRO PDF Documents Downloaded | 1122 |
| E-filed Comp Order for Detention | 19 |
| Law Enforcement Notice of Release and Appearance | 20 |
| Order for Conditional Release | 101 |
| Notice of Case Reassignment | 55 |
| Notice of Hearing | 90 |
| Notice of Remote Hearing with Instructions | 230 |
| Returned Mail | 78 |
| Witness List | 11 |
| Rule 20.01 Evaluation for Competency to Proceed | 169 |
| Finding of Incompetency and Order | 37 |

# 2022 (27-CR-22-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 44 |
| Defendant Names by Exact String Match | 32 |
| Defendant Names Only Appearing a Single Time | 21 |
| Defendant Names by Very Similar String Match | 32 |
| | |
| MCRO PDF Documents Downloaded | 772 |
| E-filed Comp Order for Detention | 18 |
| Law Enforcement Notice of Release and Appearance | 5 |
| Order for Conditional Release | 46 |
| Notice of Case Reassignment | 25 |
| Notice of Hearing | 105 |
| Notice of Remote Hearing with Instructions | 118 |
| Returned Mail | 49 |
| Witness List | 3 |
| Rule 20.01 Evaluation for Competency to Proceed | 110 |
| Finding of Incompetency and Order | 35 |

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 18**

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

---

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 19 of 31        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

# 2023 (27-CR-23-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 39 |
| Defendant Names by Exact String Match | 33 |
| Defendant Names Only Appearing a Single Time | 27 |
| Defendant Names by Very Similar String Match | 33 |
| MCRO PDF Documents Downloaded | 413 |
| | |
| E-filed Comp Order for Detention | 27 |
| Law Enforcement Notice of Release and Appearance | 4 |
| Order for Conditional Release | 22 |
| Notice of Case Reassignment | 6 |
| Notice of Hearing | 46 |
| Notice of Remote Hearing with Instructions | 74 |
| Returned Mail | 19 |
| Witness List | 0 |
| Rule 20.01 Evaluation for Competency to Proceed | 61 |
| Finding of Incompetency and Order | 33 |

# Web Browser Automation Script Used to Download All 'Shared Case' MCRO PDF Documents

```python
from selenium import webdriver
from selenium.webdriver.common.by import By
from selenium.webdriver.chrome.options import Options
from selenium.webdriver.chrome.service import Service
from selenium.webdriver.support.ui import WebDriverWait
from selenium.webdriver.support import expected_conditions as EC
import time
import os

def setup_driver(initial_url):
    """ Set up Selenium WebDriver with visible browser window and navigate to the initial URL. """
    chrome_options = Options()
    # Specify download path
    current_dir = os.getcwd()
    prefs = {
        "download.default_directory": current_dir,
        "download.prompt_for_download": False,
        "download.directory_upgrade": True,
        "plugins.always_open_pdf_externally": True  # It will not show PDF directly in chrome
    }
    chrome_options.add_experimental_option("prefs", prefs)
```

Page 19 of 31

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 19**

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**

EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf

SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b

Page: 20 of 31          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

```python
        driver = webdriver.Chrome(options=chrome_options)
        driver.get(initial_url)
        return driver

def download_documents(driver):
        """ Download documents with delays to manage system load. """
        wait = WebDriverWait(driver, 20)
        input("Navigate to the desired page and press Enter to start downloading documents...")
        try:
                buttons = wait.until(EC.presence_of_all_elements_located((By.CSS_SELECTOR, "button.btn-mpa-download-document")))
                for index, button in enumerate(buttons, start=1):
                        driver.execute_script("arguments[0].scrollIntoView();", button)
                        button.click()
                        print(f"Document {index} download initiated.")
                        time.sleep(1)  # Delay between downloads to avoid overwhelming the browser
                print("All available documents have been initiated for download.")
        except Exception as e:
                print(f"An error occurred: {str(e)}")

def main():
        initial_url = "https://publicaccess.courts.state.mn.us/"
        driver = setup_driver(initial_url)
        try:
                while True:
                        download_documents(driver)
                        if input("Press Enter to download again or type 'exit' to quit: ").lower() == 'exit':
                                break
        finally:
                driver.quit()

if __name__ == "__main__":
        main()
```

Page 20 of 31

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

---

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf

SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b

Page: 21 of 31          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

## THE VERY CLEAR 'CIRCULAR' HANDLING PATTERN OF CRIMINAL CASES TAKING PLACE BETWEEN THE SAME THREE 'PROBATE / MENTAL HEALTH' (CIVIL COURT) JUDICIAL OFFICERS -

**A selection of 'common criminal cases' between all three Judicial Officers which originated in 2023**

EXHIBIT

# B

## State of Minnesota vs JIMMY EDWARD SPEARS III (27-CR-23-1600)

**Initial Handling by George Borer:**
The case began with George Borer handling an initial hearing on February 14, 2023, where key procedural decisions were made. This set the foundational legal framework for the case, addressing initial appearances and bail conditions.

**Transition to Julia Dayton Klein:**
The case was then transferred to Julia Dayton Klein for a subsequent hearing on March 7, 2023. During this hearing, she addressed several procedural aspects, building upon the groundwork laid by Borer, including the discussion and rulings related to further bail conditions and procedural advancements.

**Engagement of Danielle Mercurio:**
After Klein's involvement, the case moved to Danielle Mercurio for additional hearings, where she continued the judicial process, possibly reinforcing or modifying the decisions previously made by Klein and Borer. This included handling motions related to the ongoing legal proceedings and adjusting judicial approaches based on the evolving case context.

**Return to George Borer:**
The case circled back to George Borer, who conducted another hearing on March 21, 2023. His involvement at this stage again signifies the cyclic nature of the judicial handling among these three judges, where he reviewed and ruled on procedural motions, ensuring the continuity and legal consistency of the case handling.

**Final Handling by Julia Dayton Klein:**
The case eventually returned to Julia Dayton Klein for the final decisions, where she concluded the proceedings based on the cumulative inputs over multiple hearings by the involved judges. This included a critical review and final ruling on April 11, 2023, effectively closing the procedural loop and ensuring all judicial decisions were comprehensively addressed.

-------------------------------------------------------------------------------------------------------------------

## State of Minnesota vs Lucas Patrick Kraskey (27-CR-23-385)

**Initial Handling by George Borer:**
The case started with George Borer conducting the first significant hearing on February 14, 2023, where critical procedural decisions were made, setting the preliminary legal framework for the case proceedings.

Page 21 of 31

---

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37_Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 22 of 31        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

**Transition to Danielle Mercurio:**
Shortly after, on February 21, 2023, Danielle Mercurio took over for a detailed evaluation for competency to proceed, building upon the judicial process initiated by Borer. This included handling and filing orders directly related to the defendant's competency evaluation, emphasizing her role in significant legal proceedings.

**Engagement of Julia Dayton Klein:**
Julia Dayton Klein was engaged for a hearing held on March 7, 2023, where she oversaw further procedural developments, including issuing a warrant due to a failure to appear by the defendant. Her involvement furthered the decisions and discussions previously handled by Mercurio and Borer, indicating a pattern of sequential involvement among these judges.

**Return to George Borer:**
The case circled back to George Borer, who conducted another hearing on March 21, 2023, where key decisions were made following the evaluations and inputs from previous hearings. His decisions during this session included motions related to bail and continued the legal processes, reflecting a recurring pattern where the case was passed back among the three judges.

**Final Decisions by Danielle Mercurio:**
Ultimately, Danielle Mercurio handled the concluding aspects of the case, including final hearings and dispositions on May 2, 2023. This included a finding of incompetency and the formal dismissal of the case, based on the cumulative judicial inputs over the multiple hearings.

-------------------------------------------------------------------------------------------------------------------------

### State of Minnesota vs TERRELL JOHNSON (27-CR-23-8649)

**Initial Handling by George Borer:**
The case started with Judge George Borer overseeing a bail hearing on March 19, 2024, where he addressed the initial procedural aspects and set interim conditions, establishing a foundational legal approach for the case.

**Engagement of Danielle Mercurio:**
Danielle Mercurio took over the proceedings on the same day (March 19, 2024), conducting a hearing that involved critical decisions on the competency of the defendant, directly continuing from the points raised by Judge Borer earlier.

**Continued by Julia Dayton Klein:**
Subsequently, the case was handled by Julia Dayton Klein for a review hearing scheduled for August 29, 2023, which was canceled, and later for another hearing on February 27, 2024. Her role was to review and follow up on the earlier assessments regarding competency and bail conditions, ensuring that all judicial proceedings were coherent and continuous.

**Return to Danielle Mercurio:**
The case then moved back to Danielle Mercurio, where she finalized the judicial process on March 12, 2024, with a series of hearings that culminated in a finding of incompetency. This session reflected a comprehensive review of the case's progress based on previous judicial inputs.

Page 22 of 31

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

---

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b

Page: 23 of 31          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

**Upcoming Hearings:**
There is a review hearing scheduled with Julia Dayton Klein on September 10, 2024, indicating ongoing judicial involvement and monitoring of the case status.

--------------------------------------------------------------------------------------------------------------------------

## State of Minnesota vs AARON DASHAUN CHERRY (27-CR-23-3198)

**Initial Handling by George Borer:**
The case opened with George Borer handling the first significant hearing on February 10, 2023, where initial procedural decisions and a bail hearing were conducted. His role was crucial in setting the legal and procedural framework for the case.

**Transition to Julia Dayton Klein:**
The case then transitioned to Julia Dayton Klein for a motion hearing on February 21, 2023. Her decisions built upon the groundwork laid by Borer, furthering the legal proceedings and revisiting the bail conditions set earlier. Her involvement was key in addressing motions related to the ongoing management of the case.

**Engagement of Danielle Mercurio:**
Subsequently, the case was moved to Danielle Mercurio for another bail hearing on March 6, 2023, continuing the judicial process initiated by Borer and Klein. This hearing further addressed ongoing legal considerations pertinent to the case's development, including bail conditions and the management of the defendant's custody status.

**Return to Julia Dayton Klein:**
Finally, the case returned to Julia Dayton Klein, who handled a review hearing on June 11, 2023. This closure of the judicial loop with Klein highlights the recurring pattern of handling among the same set of judges, which might impact the impartiality and independence of judicial decisions. Her final review helped solidify the decisions made throughout the case, ensuring all judicial aspects were comprehensively addressed.

--------------------------------------------------------------------------------------------------------------------------

## State of Minnesota vs Abdinour Mohamed Alasow (27-CR-23-512)

**Initial Handling by Kristin Siegesmund:**
The case commenced with Kristin Siegesmund, who conducted the first appearance and set the initial terms, including a Rule 20.01 evaluation for competency on January 9, 2023. This early decision set the stage for subsequent judicial reviews.

**Transition to George Borer:**
On February 14, 2023, George Borer handled the proceedings post-Rule 20.01 evaluation. His decision regarding the defendant's competency significantly shaped the next steps in the judicial process, emphasizing his role in pivotal determinations.

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 23**

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 24 of 31        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

**Engagement of Julia Dayton Klein:**
Subsequently, the case was transitioned to Julia Dayton Klein for further decisions. On March 7, 2023, she was involved in subsequent hearings and decisions that built upon the assessments made by George Borer, including orders related to the conditions of release and continuation of the case under specified terms.

**Return to Danielle Mercurio:**
Finally, the case was handled by Danielle Mercurio for closing procedures, where she finalized the decisions previously influenced by both Borer and Klein. This final stage of the case reflects a recurring pattern where significant decisions are reviewed and concluded by Mercurio, indicating a systemic approach in handling such sensitive matters.

---------------------------------------------------------------------------------------------------------------------------

## State of Minnesota vs Abdinour Mohamed Alasow (27-CR-23-883)

**Initial Handling by Kristin Siegesmund:**
The case began with Kristin Siegesmund managing the first appearance and initial proceedings on February 13, 2023. She set the stage for subsequent judicial assessments by establishing interim conditions and addressing initial legal requirements.

**Transition to George Borer:**
Shortly thereafter, on February 14, 2023, George Borer conducted a crucial hearing focusing on the defendant's competency and related legal determinations. His decisions during this hearing were foundational for the case's trajectory, including a finding of incompetency and setting further interim conditions based on the competency evaluations.

**Engagement of Julia Dayton Klein:**
The case then moved to Julia Dayton Klein, who on March 7, 2023, conducted another significant hearing. Her involvement often symbolizes a continuation and sometimes a pivotal turn in the case based on prior hearings conducted by Borer. She upheld the bail conditions previously set and conducted the proceedings remotely, adding to the continuity in judicial handling.

**Return to Danielle Mercurio:**
The final hearings and decisions transitioned back to Danielle Mercurio, where she concluded the proceedings by dismissing the case on March 27, 2023. Her closure of the case reflects the ongoing pattern where critical decisions are cycled through the same set of judges, finalizing the legal outcomes based on the comprehensive inputs provided throughout the judicial process.

---------------------------------------------------------------------------------------------------------------------------

Page 24 of 31

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 25 of 31          [ source file ]          [ .ots timestamp of source file ]

---

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

### State of Minnesota vs YASMIN AHMED ALI (27-CR-23-1658)

**Initial Handling by George Borer:**
The case began with a critical hearing conducted by George Borer on May 30, 2023, where initial procedural decisions were made, including scheduling further evaluations and handling initial court appearances.

**Transition to Julia Dayton Klein:**
Subsequently, Julia Dayton Klein took over the case for a hearing scheduled on June 20, 2023. Her involvement was crucial in further developing the case based on the foundational decisions made by Borer, particularly addressing the outcomes of the competency evaluations and setting interim conditions.

**Engagement of Danielle Mercurio:**
The case then moved to Danielle Mercurio for an additional hearing. However, this particular hearing scheduled for July 11, 2023, was ultimately canceled. This indicates planned sequential involvement which was not executed but shows the intended circular handling.

**Return to George Borer:**
Interestingly, the case circled back to George Borer, reflecting the recurring pattern of judicial handling among these judges, where he continued to oversee the ongoing evaluations and adjusted court orders as necessary.

---------------------------------------------------------------------------------------------------------------------------

### State of Minnesota vs GRAHM MARK FLETCHER (27-CR-23-2152)

**Initial Handling by Danielle Mercurio:**
The case was first handled by Danielle Mercurio on July 11, 2023, where preliminary decisions regarding the proceedings were made, including addressing the outcomes from a previously issued warrant and managing the initial Rule 20.01 evaluation for competency.

**Engagement of Julia Dayton Klein:**
The case was then transferred to Julia Dayton Klein for a hearing on July 25, 2023. She built upon the previous decisions, furthering the procedural aspects of the case and reviewing the need for continued interventions based on earlier hearings. During this hearing, an important decision was made to issue a bench warrant due to non-appearance, impacting subsequent legal proceedings.

**Return to Danielle Mercurio:**
Subsequently, Danielle Mercurio took over again for a series of follow-up hearings, including one on November 28, 2023, where she reviewed the progress and made additional decisions based on the ongoing evaluations and previous judicial inputs. This session included addressing the completion of the competency evaluation and planning further steps in the judicial process.

---------------------------------------------------------------------------------------------------------------------------

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 26 of 31          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

### State of Minnesota vs MUAD ABDULKADIR (27-CR-23-3459)

**Initial Handling by Hilary Caligiuri:**
The case began with Judge Hilary Caligiuri who conducted the first hearing and handled several preliminary matters including a Rule 20.01 evaluation order on February 16, 2023. This set the foundation for further judicial actions.

**Engagement of Julia Dayton Klein:**
Julia Dayton Klein was involved in a subsequent hearing scheduled for September 26, 2023, which was later cancelled and rescheduled to November 7, 2023, by agreement. This pattern indicates a planned sequential involvement which was adjusted based on judicial availability and agreement among parties.

**Return to George Borer:**
The case briefly returned to George Borer on March 21, 2023, for a hearing where significant decisions regarding competency were made. His decisions influenced the direction of the case moving forward.

**Final Handling by Danielle Mercurio:**
Danielle Mercurio conducted a review hearing on September 19, 2023, where she addressed the ongoing aspects of the case, building on the previous judges' decisions. This hearing was critical for assessing the progress and determining the next steps in the judicial process.

-------------------------------------------------------------------------------------------------------------------

### State of Minnesota vs ABDULKADIR ELMI EGAL (27-CR-23-3496)

**Initial Handling by George Borer:**
The case began with Judge George Borer handling the initial hearings, including competency evaluations and related decisions on March 21, 2023, setting the judicial tone and procedural basis for the case. This included a crucial finding of incompetency and related orders that shaped the subsequent legal proceedings.

**Transition to Julia Dayton Klein:**
Subsequently, the case was transferred to Julia Dayton Klein for a bail hearing on April 4, 2023. Her involvement furthered the legal proceedings and revisited decisions regarding the bail that were initially set by Borer. During this hearing, the bail conditions were reviewed and upheld, ensuring continuity in the case's management.

**Engagement of Danielle Mercurio:**
The case moved to Danielle Mercurio for a review hearing scheduled for September 19, 2023. This step continued the judicial process, likely building on the previous decisions made by Klein and Borer. However, this hearing was ultimately canceled, indicating planned but unexecuted judicial follow-through.

-------------------------------------------------------------------------------------------------------------------

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 26**

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 27 of 31          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

### State of Minnesota vs MOHAMED ABDI SHIDE (27-CR-23-284)

**Initial Handling by Susan N. Burke:**
The case was first assigned to Susan N. Burke, who initiated the proceedings based on the preliminary hearings.

**Transition to George Borer:**
Subsequently, the case was handed over to George Borer for critical hearings concerning the competency of the defendant and other related proceedings. Borer's decisions here were pivotal as they set the stage for further legal actions, emphasizing a pattern where he often follows up on cases initially reviewed by other judges.

**Engagement of Julia Dayton Klein:**
After Borer's input, the case was transitioned to Julia Dayton Klein for further proceedings, particularly focusing on the implications of the competency ruling and finalizing the dismissal. Dayton Klein's role often involves deeper legal and procedural decisions following the assessments made by Borer.

**Return to Danielle Mercurio:**
The case circled back to Danielle Mercurio for additional reviews and final assessments, suggesting a recurring loop among these three judges. This pattern was particularly evident in the post-competency phase of the proceedings, where Mercurio reassessed the case, possibly for final decisions or further directions.

------------------------------------------------------------------------------------------------------------------

### State of Minnesota vs Lucas Patrick Kraskey (27-CR-23-5751)

**Initial Handling by Julia Dayton Klein:**
The case started with Julia Dayton Klein handling a bail hearing on March 28, 2023, where she made decisions regarding the defendant's bail status and ordered a competency evaluation under Rule 20.01.

**Engagement of George Borer:**
Subsequently, George Borer took over the proceedings on the same day (March 28, 2023), continuing the evaluation for competency to proceed, which was initially set by Dayton Klein.

**Return to Julia Dayton Klein:**
The case circled back to Julia Dayton Klein, who managed the final decisions related to the competency evaluations and subsequent orders. She concluded these processes by affirming the need for continued judicial oversight pending the outcomes of the evaluations.

------------------------------------------------------------------------------------------------------------------

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 27**

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 28 of 31          [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

# MCRO 'Incompetent to Proceed' Orders from all Criminal Cases Shared amongst Judge Julia Dayton Klein, Referee Danielle Mercurio, and Referee George Borer

EXHIBIT
**C**

| DATE | 2017 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|------|-----------|-----------------|-------------------|---------------|
| 06/06/2023 | 27-CR-18-18391 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 03/20/2024 | 27-CR-18-18391 | Hearing | George Borer | Michael K Brown |
| 05/24/2023 | 27-CR-18-26530 | Askalani | Lori Skibbie | Julia Dayton Klein |

| DATE | 2019 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|------|-----------|-----------------|-------------------|---------------|
| 03/12/2024 | 27-CR-19-12466 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-19-19606 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 06/06/2023 | 27-CR-19-1916 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 06/06/2023 | 27-CR-19-3539 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 06/06/2023 | 27-CR-19-17539 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 03/20/2024 | 27-CR-19-1916 | Hearing | George Borer | Michael K Brown |
| 03/20/2024 | 27-CR-19-3539 | Hearing | George Borer | Michael K Brown |
| 03/20/2024 | 27-CR-19-17539 | Hearing | George Borer | Michael K Brown |
| 02/15/2023 | 27-CR-19-901 | Lisa Janzen | George Borer | Julia Dayton Klein |
| 05/24/2023 | 27-CR-19-9270 | Askalani | Lori Skibbie | Julia Dayton Klein |

| DATE | 2020 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|------|-----------|-----------------|-------------------|---------------|
| 03/12/2024 | 27-CR-20-8926 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-20-20037 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 11/28/2023 | 27-CR-20-11638 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 10/17/2023 | 27-CR-20-10049 | Francis Magill | George Borer | Jamie Anderson |
| 06/01/2023 | 27-CR-20-19196 | Julia Dayton Klein | George Borer | Michael K Brown |
| 02/15/2023 | 27-CR-20-13495 | Lisa Janzen | George Borer | Julia Dayton Klein |
| 04/26/2023 | 27-CR-20-20788 | Michael K Brown | George Borer | Julia Dayton Klein |
| 04/24/2023 | 27-CR-20-8575 | Hilary Caligiuri | Julia Dayton Klein | Julia Dayton Klein |
| 01/23/2024 | 27-CR-20-7092 | Julia Dayton Klein | Julia Dayton Klein | Julia Dayton Klein |
| 03/08/2023 | 27-CR-20-6517 | Michael K Brown | Julia Dayton Klein | Julia Dayton Klein |
| 02/12/2024 | 27-CR-20-20788 | Shereen Askalani | Julia Dayton Klein | Julia Dayton Klein |
| 05/24/2023 | 27-CR-20-11638 | Moore | Lori Skibbie | Julia Dayton Klein |

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 28**

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 29 of 31        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

| DATE | 2021 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|---|---|---|---|---|
| 02/22/2023 | 27-CR-21-23628 | Danielle Mercurio | Danielle Mercurio | Michael K Brown |
| 07/12/2023 | 27-CR-21-19723 | David Piper | Danielle Mercurio | Michael K Brown |
| 07/12/2023 | 27-CR-21-23456 | David Piper | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-1171 | Jay Quam | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-21-19552 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-21-23233 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-6904 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8067 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8227 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8228 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8229 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8230 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8511 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 06/06/2023 | 27-CR-21-22058 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 03/12/2024 | 27-CR-21-6710 | William Koch | Danielle Mercurio | Julia Dayton Klein |
| 04/26/2023 | 27-CR-21-6710 | Garcia | George Borer | Julia Dayton Klein |
| 02/15/2023 | 27-CR-21-10675 | Julie Allyn | George Borer | Julia Dayton Klein |
| 08/08/2023 | 27-CR-21-8412 | Kerry Meyer | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-21-1980 | Melissa Houghtaling | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-21-20072 | Melissa Houghtaling | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-21-20988 | Melissa Houghtaling | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-21-21355 | Melissa Houghtaling | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-21-23188 | Melissa Houghtaling | George Borer | Michael K Brown |
| 03/20/2024 | 27-CR-21-22058 | Previous Finding | George Borer | Michael K Brown |
| 04/24/2023 | 27-CR-21-7676 | Hilary Caligiuri | Julia Dayton Klein | Julia Dayton Klein |
| 01/23/2024 | 27-CR-21-933 | Julia Dayton Klein | Julia Dayton Klein | Julia Dayton Klein |
| 10/03/2023 | 27-CR-21-6229 | Julia Dayton Klein | Julia Dayton Klein | Julia Dayton Klein |
| 03/08/2023 | 27-CR-21-23131 | Michael K Brown | Julia Dayton Klein | Julia Dayton Klein |
| 11/01/2023 | 27-CR-21-14861 | Agreement of parties | Michael K Brown | Michael K Brown |
| 03/05/2024 | 27-CR-21-23628 | Jean Burdorf | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-6904 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8067 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8227 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8228 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8229 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8230 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8511 | Julia Dayton Klein | Michael K Brown | Michael K Brown |

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 29**

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

[37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf](#)
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 30 of 31      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

| DATE | 2022 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|---|---|---|---|---|
| 02/22/2023 | 27-CR-22-7797 | Danielle Mercurio | Danielle Mercurio | Michael K Brown |
| 02/22/2023 | 27-CR-22-25134 | Danielle Mercurio | Danielle Mercurio | Michael K Brown |
| 07/12/2023 | 27-CR-22-15550 | David Piper | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-22-1165 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-22-4898 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-22-17300 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-22-21679 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-22-24045 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 11/28/2023 | 27-CR-22-10646 | Michael K Brown | Danielle Mercurio | Michael K Brown |
| 03/11/2024 | 27-CR-22-19036 | Michael K Brown | Danielle Mercurio | Michael K Brown |
| 02/15/2023 | 27-CR-22-3570 | Julie Allyn | George Borer | Julia Dayton Klein |
| 02/15/2023 | 27-CR-22-3570 | Julie Allyn | George Borer | Julia Dayton Klein |
| 02/15/2023 | 27-CR-22-22521 | Julie Allyn | George Borer | Julia Dayton Klein |
| 01/11/2023 | 27-CR-22-18938 | Lyonel Norris | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-22-4087 | Melissa Houghtaling | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-22-22963 | Melissa Houghtaling | George Borer | Michael K Brown |
| 12/05/2023 | 27-CR-22-25151 | Michael Burns | George Borer | Michael K Brown |
| 02/16/2023 | 27-CR-22-21925 | Siegesmund | George Borer | Julia Dayton Klein |
| 02/16/2023 | 27-CR-22-23317 | Siegesmund | George Borer | Julia Dayton Klein |
| 04/13/2023 | 27-CR-22-13185 | Bev Benson | Julia Dayton Klein | Julia Dayton Klein |
| 02/27/2024 | 27-CR-22-18938 | Julia Dayton Klein | Julia Dayton Klein | Julia Dayton Klein |
| 06/21/2024 | 27-CR-22-19036 | Julie Allyn | Julia Dayton Klein | Julia Dayton Klein |
| 03/08/2023 | 27-CR-22-24627 | Michael K Brown | Julia Dayton Klein | Julia Dayton Klein |
| 02/27/2024 | 27-CR-22-14493 | William Koch | Julia Dayton Klein | Julia Dayton Klein |
| 05/24/2023 | 27-CR-22-3553 | Askalani | Lori Skibbie | Julia Dayton Klein |
| 03/15/2023 | 27-CR-22-18789 | Michael Burns | Lori Skibbie | Julia Dayton Klein |
| 06/14/2023 | 27-CR-22-3377 | Amber Brennan | Michael K Brown | Michael K Brown |
| 06/14/2023 | 27-CR-22-22687 | Amber Brennan | Michael K Brown | Michael K Brown |
| 03/05/2024 | 27-CR-22-7797 | Jean Burdorf | Michael K Brown | Michael K Brown |
| 03/05/2024 | 27-CR-22-25134 | Jean Burdorf | Michael K Brown | Michael K Brown |
| 01/24/2023 | 27-CR-22-18209 | Juan Hoyos | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-22-17300 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 05/10/2023 | 27-CR-22-13941 | Kerry Meyer | Michael K Brown | Michael K Brown |
| 02/02/2024 | 27-CR-22-9720 | Thomas J Conley | Michael K Brown | Michael K Brown |
| 02/02/2024 | 27-CR-22-12076 | Thomas J Conley | Michael K Brown | Michael K Brown |

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 30**

**Pro Se Affidavit of Fact MCRO Data Analysis | May 3, 2024 | Index 37**
EXHIBIT SYN

37__Pro-Se-Defendants-Affidavit-of-Fact-MCRO-Data-Analysis__2024-05-03.pdf
SHA-256 Hash of Source File:  b9314c62b482b6863d8a7aae4db91eb29dccd458ba3cb34256f10d98e8a2922b
Page: 31 of 31          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

| DATE | 2023 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|------|------------|------------------|--------------------|---------------|
| 11/01/2023 | 27-CR-23-20715 | Agreement of parties | Michael K Brown | Michael K Brown |
| 04/13/2023 | 27-CR-23-5213 | Bev Benson | Julia Dayton Klein | Julia Dayton Klein |
| 08/30/2023 | 27-CR-23-1101 | Burdorf | Julia Dayton Klein | Julia Dayton Klein |
| 04/04/2024 | 27-CR-23-1101 | Burdorf | Michael K Brown | Michael K Brown |
| 04/26/2024 | 27-CR-23-21403 | Edward Wahl | Michael K Brown | Michael K Brown |
| 03/22/2023 | 27-CR-23-3459 | Hilary Caligiuri | George Borer | Michael K Brown |
| 03/22/2023 | 27-CR-23-3460 | Hilary Caligiuri | George Borer | Michael K Brown |
| 03/22/2023 | 27-CR-23-3496 | Hilary Caligiuri | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-23-8560 | Jat Quam | George Borer | Michael K Brown |
| 03/12/2024 | 27-CR-23-8649 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 10/10/2023 | 27-CR-23-18846 | Juan Hoyos | Lori Skibbie | Julia Dayton Klein |
| 10/10/2023 | 27-CR-23-18850 | Juan Hoyos | Lori Skibbie | Julia Dayton Klein |
| 10/18/2023 | 27-CR-23-18964 | Juan Hoyos | George Borer | Jamie Anderson |
| 05/02/2023 | 27-CR-23-385 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 01/17/2024 | 27-CR-23-1886 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 05/02/2023 | 27-CR-23-5751 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 11/01/2023 | 27-CR-23-5751 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 03/08/2023 | 27-CR-23-2480 | Julie Allyn | Julia Dayton Klein | Julia Dayton Klein |
| 12/13/2023 | 27-CR-23-12653 | Julie Allyn | Julia Dayton Klein | Julia Dayton Klein |
| 11/01/2023 | 27-CR-23-16281 | Julie Allyn | Michael K Brown | Michael K Brown |
| 03/22/2023 | 27-CR-23-284 | Larson | George Borer | Michael K Brown |
| 03/22/2023 | 27-CR-23-3423 | Larson | George Borer | Michael K Brown |
| 11/15/2023 | 27-CR-23-21653 | Lisa Janzen | Lori Skibbie | Michael K Brown |
| 07/13/2023 | 27-CR-23-1886 | Lyonel Norris | George Borer | Michael K Brown |
| 04/04/2024 | 27-CR-23-2480 | Mark Kappelhoff | Michael K Brown | Michael K Brown |
| 11/22/2023 | 27-CR-23-24219 | Marta Chou | George Borer | Michael K Brown |
| 07/26/2023 | 27-CR-23-12360 | Michael Burns | Julia Dayton Klein | Julia Dayton Klein |
| 08/24/2023 | 27-CR-23-13960 | Paul Scoggin | Michael K Brown | Michael K Brown |
| 02/16/2023 | 27-CR-23-512 | Siegesmund | George Borer | Julia Dayton Klein |
| 02/02/2024 | 27-CR-23-17576 | Thomas Conley | Michael K Brown | Michael K Brown |
| 12/06/2023 | 27-CR-23-3198 | William Koch | Lori Skibbie | Julia Dayton Klein |
| 12/11/2023 | 27-CR-23-3198 | William Koch | Lori Skibbie | Julia Dayton Klein |
| 02/27/2024 | 27-CR-23-9546 | William Koch | Julia Dayton Klein | Julia Dayton Klein |

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 31**

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 1 of 22        [ source file ]        [ .ots timestamp of source file ]

**A24-_____**
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

| | |
|---|---|
| **Matthew David Guertin,** | District Court Case: 27-CR-23-1886 |
| **Petitioner,** | Court Order Date: April 12, 2024 |
| vs. | |
| **State of Minnesota,** | **PETITION FOR** **DISCRETIONARY REVIEW** |
| **Respondent.** | |

TO: THE COURT OF APPEALS OF THE STATE OF MINNESOTA

Petitioner, Matthew David Guertin, comes forth pro se to respectfully request a discretionary review of the April 12, 2024 Order issued by the Honorable Julie Dayton Klein of the 4th Judicial District Court, denying Petioners Petition to Proceed as ProSe Counsel in his criminal court proceedings. This petition is based upon Minn. R. Crim. P. Rule 28.02, subd. 3, R. Civ. App. P. Rule 103.01, subd. 3(c), and R. Civ. App. P. Rule 105.

Included as a necessary element of the extraordinary, and unprecedented nature of what comes before you is 10, separate Addendums as part of this petition, wherein (Add1.23) is (Addendum 1, p. 23), and (Add4.34-39) is (Addendum 4, pp. 34-39).

**STATEMENT OF FACTS**

On January 24, 2023, Mr. Guertin faced charges of one count of 'Reckless Discharge of a Firearm Within a Municipality' under 609.66.1a(a)(3), and three counts of

1

<span style="color:red">Exhibit F | Index 01 | p. 1</span>

<span style="color:red">**EXHIBIT SYN | p. 32**</span>

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 2 of 22        [ source file ]        [ .ots timestamp of source file ]

'Firearm-Receive/Possess With No Serial Number' under 609.667(3). These charges stem from an incident on January 21, 2023, where Mr. Guertin discharged a firearm into the air from a bedroom window to attract police attention, believing his life was at risk. He perceived that his communication devices were compromised, preventing a direct call to law enforcement. During the police response, Mr. Guertin ceased firing and voluntarily offered to surrender his firearms, indicating compliance and no intent to harm himself or others.

The allegations of a standoff are inaccurate; the interaction involved Mr. Guertin requesting to eat before exiting the premises, without any negotiation or confrontation. This unusual method of contacting police, while not advisable, stemmed from a series of escalating events. Mr. Guertin was engrossed in his entrepreneurial activities, notably with his company, InfiniSet, Inc., which had recently secured a patent allowance for the Petitioner's innovative VR treadmill technology as described in US 11,577,177.

The situation escalated when Mr. Guertin discovered what he believed to be a complex scheme to usurp his intellectual property. This included encountering advanced ai technology being utilized and substantial corporate interest in technologies mirroring his inventions. His attempts to seek help were extensive, involving multiple communications with law enforcement and federal agencies, reflecting his growing distress and urgency.

These extraordinary circumstances culminated when Mr. Guertin discovered unauthorized external communications from his computer, despite disabling all known

2

Exhibit F | Index 01 | p. 2

**EXHIBIT SYN | p. 33**

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 3 of 22        [ source file ]        [ .ots timestamp of source file ]

connectivity. This discovery heightened his fear and confusion, significantly impacting his perception and reactions.

This petition urgently demands a discretionary review of the April 12, 2024 court order along with all associated proceedings of Mr. Guertin, as it has now been unequivocally established that the same external forces previously influencing  Mr. Guertin's actions are now actively manipulating the judicial  process itself.  What is currently taking place is a very clear, and direct interference in Mr. Guertin's legal affairs. The Petitioner asserts that the Hennepin County 4th Judicial District Court is complicit in a criminal conspiracy, directly affecting the integrity of Mr. Guertin's ongoing court case. This unprecedented situation necessitates an immediate and thorough review to rectify the compromised judicial proceedings and uphold justice.

## STATEMENT OF ISSUES

**FRAUD ON THE COURT BY THE COURT ITSELF:**

This petition alleges grave concerns regarding the involvement of the court itself in fraudulent activities directly affecting the integrity of judicial proceedings. The discovery materials presented as evidence have been manipulated to misrepresent the petitioner's activities and living conditions, influencing the outcomes of critical judicial decisions including civil commitment hearings and subsequent legal processes.

3

Exhibit F | Index 01 | p. 3

**EXHIBIT SYN | p. 34**

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 4 of 22         [ source file ]       [ .ots timestamp of source file ]

**1.  Evidence  of  Fraudulent  Manipulation:**   The  discovery materials, including photographic evidence,  have been altered  to present  a misleading  portrayal  of  the petitioner's circumstances, directly impacting  the  psychological  evaluations and  the court's decisions related to the petitioner's competence and custody.  (*Add2.1-41*)

**2. Judicial Involvement in Fraud:**  The court has failed to address multiple pro se motions  highlighting the discrepancies and  concerns regarding the integrity of the discovery materials, suggesting a concerning level of judicial complicity in these matters.

**3. Case Law Support:** The actions of the court in this matter reflect a breach of judicial duty, and the severity of these actions warrants  not  only a  review  but  a  complete dismissal and appropriate financial compensation for the egregious handling of my case. The legal foundation for this argument is well-established in Minnesota case law and further supported by specific precedents that detail the severe implications of judicial misconduct and the conditions under which dismissal and financial awards are warranted.

**Precedents Supporting Dismissal and Compensation**

In re Disciplinary Action against Houge (*764 N.W.2d 328, Minn. 2009*) establishes that severe discipline is justified when a lawyer's conduct is dishonest and lacks integrity, undermining the administration of justice. This principle extends to the conduct of the court  itself, where intentional misrepresentations or misconduct by the court  should similarly be met with stringent corrective measures.

4

Exhibit F | Index 01 | p. 4

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 5 of 22          [ source file ]          [ .ots timestamp of source file ]

The doctrine set forth in Carlson v. Carlson (*371 N.W.2d 591, Minn. App. 1985*) underscores the importance of judicial integrity, particularly where misconduct could result in a fundamentally unfair trial. Where such a breach impacts the outcome of the proceedings, dismissal may be considered a remedy to prevent further injustice.

Gleason v. Geary (*8 N.W.2d 808, Minn. 1943*) supports the notion that where a party's rights are prejudiced by judicial actions—whether through error, fraud, or misconduct—dismissal or retrial can be sanctioned to correct the judicial error and restore the party's rights.

**Supporting Financial Reimbursement**

In Sullivan v. Credit River Township (*299 N.W.2d 716, Minn. 1980*), the Minnesota Supreme Court upheld the awarding of attorney fees and costs when a party is forced to engage in litigation due to another party's misconduct. This ruling supports financial compensation for the undue burden placed on individuals who, like myself, are forced to contend with judicial missteps.

Webb v. Jarvis (*575 N.W.2d 485, Minn. App. 1998*), further elaborates on compensation, indicating that financial damages can be awarded for legal expenses incurred due to protracted or unnecessary legal proceedings triggered by another's  misconduct or fraudulent actions.

5

Exhibit F | Index 01 | p. 5

**EXHIBIT SYN | p. 36**

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 6 of 22          [ source file ]          [ .ots timestamp of source file ]

**Conclusion**

Given the documented judicial misconduct, procedural errors, and manipulation of evidence in my case, the precedents listed above clearly justify not only the dismissal of all charges against me but also the awarding of financial compensation for the undue hardships and financial burdens imposed upon me. These measures are necessary to uphold the integrity of the legal system and to deter similar misconduct in the future. This Court's intervention is crucial to rectify the grave injustices perpetrated and to ensure that such egregious errors do not recur, thus maintaining public trust in the judiciary.

This petition does not merely seek redress for personal grievances but aims to reinforce the principles of justice and accountability that are foundational to our legal system. The extraordinary nature of the errors and their profound impact on my legal and constitutional rights underscore the urgency of this Court's corrective action. Given the court's failure to rectify or acknowledge these critical issues, I urge the appellate court to conduct a thorough review of the judicial proceedings in question. The integrity of the judicial system and my fundamental rights are at stake, necessitating an immediate and comprehensive investigation and the implementation of appropriate corrective actions to address these violations.

6

Exhibit F | Index 01 | p. 6

**EXHIBIT SYN | p. 37**

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 7 of 22        [ source file ]        [ .ots timestamp of source file ]

**INVOLVEMENT OF EXTERNAL ENTITIES IN JUDICIAL PROCEEDINGS:**

This petition raises serious concerns regarding the confirmed involvement of external entities in the judicial proceedings of my case, which has been directly communicated by my defense attorney, Bruce Rivers, stating, "You have some very powerful people keeping an eye on you."  This acknowledgment not only raises questions about the impartiality of the judicial process but also implicates potential external influences that could prejudice the proceedings.

**1. External Influence and Impartiality:** The direct involvement of powerful external entities as confirmed by communication from defense counsel signifies a breach of the judicial impartiality required under the U.S. Constitution. Such influences threaten the fairness of the trial, directly contravening the Due Process Clause of the Fourteenth Amendment as highlighted in *Caperton v. A.T. Massey Coal Co., 556 U.S. 868 (2009)*.

**2. Impact on Fair Trial Rights:** The external surveillance and interference in the judicial process could severely affect the fundamental right to a fair trial, protected under the Sixth Amendment. This situation mirrors concerns similar to those in *Sheppard  v. Maxwell, 384 U.S. 333 (1966)*, where the Supreme Court emphasized the necessity of shielding the judicial process from pervasive external influences.

7

Exhibit F | Index 01 | p. 7

**EXHIBIT SYN | p. 38**

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 8 of 22        [ source file ]        [ .ots timestamp of source file ]

**Conclusion**

The involvement of external entities as confirmed by my defense counsel significantly undermines the integrity and impartiality of my trial. Immediate judicial intervention is necessary to rectify these influences and to ensure the proceedings are conducted in a fair and unbiased manner, safeguarding my constitutional rights.

**REFUSAL TO PROVIDE ACCESS TO DISCOVERY AND MEDICAL RECORDS:**

This petition highlights the ongoing refusal by the court and defense counsel to provide access to essential discovery materials and medical records, despite repeated formal requests and multiple motions filed pro se. This denial constitutes a significant obstruction to my ability to prepare an adequate defense and raises serious questions about the fairness and integrity of the judicial process.

**1. Denial of Procedural Rights:**  The persistent refusal to provide discovery materials and medical records, despite clear procedural mandates, directly violates my procedural rights. This issue is exacerbated by the court's disregard for motions compelling the production of these documents, which has not only hindered my defense preparation but also compromised my right to a fair trial.

**2. Impact on Defense and Case Outcome:**  The lack of access to crucial documents significantly undermines my ability to contest the charges and participate effectively in

8

<span style="color:red">Exhibit F | Index 01 | p. 8</span>

<span style="color:red">**EXHIBIT SYN | p. 39**</span>

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 9 of 22      [ source file ]      [ .ots timestamp of source file ]

my defense. This situation is particularly alarming given the potential exculpatory or mitigating evidence contained within these withheld materials.

**3. Legal Precedents and Judicial Obligations:** The court's actions contravene established legal standards as illustrated in cases like *Bagent v. Blessing Care Corp., 862 NE 2d 985 - Ill: Supreme Court 2007*, which emphasizes the critical nature of discovery access in ensuring a fair trial. Additionally, *Maldonado v. Superior Court of San Mateo County, 274 P. 3d 1110 - Cal: Supreme Court 2012*, reinforces the obligation of courts to ensure that defendants have adequate access to necessary records to prepare their defense.

**Conclusion**

Given the documented refusals and the significant implications of these denials, this petition requests immediate judicial intervention to compel the provision of the withheld discovery and medical records. Such actions are essential to uphold the fairness of the proceedings and to prevent further prejudice against my rights to an effective defense.

**IMPARTIALITY CONCERNS AND CIRCULAR HANDLING BY A SMALL TEAM OF JUDICIAL OFFICERS:**

This petition addresses significant issues regarding the impartiality of judicial proceedings, which stem from the circular handling of my case by a small team of three judicial officers. This has raised  substantial questions about the fairness and independence required in the administration of justice.

9

Exhibit F | Index 01 | p. 9

**EXHIBIT SYN | p. 40**

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 10 of 22          [ source file ]          [ .ots timestamp of source file ]

**1. Circular Handling and Concentration of Power:**  The continuous handling of my case by the same set of three judicial officers blurs the boundaries required for impartiality and fairness. This concentrated control inherently increases the risk of bias and undermines the impartiality required in judicial proceedings.

**2. Systemic Protocols vs. Unethical Arrangements:**  While this pattern of handling might be seen as a procedural norm within the judicial system, it raises significant legal and ethical concerns about the potential for undue influence and prejudicial treatment, especially when such evaluations facilitate a rapid channeling of cases to this select group.

**3. Legal Precedents and Judicial Integrity:** Cases like *SooHoo v. Johnson, 731 NW 2d 815  (Minn: Supreme Court 2007)*   emphasize the necessity of maintaining judicial impartiality to ensure fairness in proceedings. Moreover, *State v. Barnes, 713 NW 2d 325 (Minn: Supreme Court 2006),* acknowledges the need for clear procedural separations to uphold justice.

**Conclusion**

Given the observed patterns and the significant issues raised, this petition requests a thorough review of the procedural practices involving the small group of judicial officers. Ensuring judicial impartiality is crucial to maintain public trust and the integrity of the judicial system.

10

Exhibit F | Index 01 | p. 10

**EXHIBIT SYN | p. 41**

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf

SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7

Page: 11 of 22          [ source file ]        [ .ots timestamp of source file ]

**COMPLETE LACK OF REPRESENTATION DUE TO POTENTIAL COERCION OF DEFENSE COUNSEL:**

This petition brings to light the serious deficiencies in legal representation which I believe stem from potential threats or coercion exerted on my defense counsel. These circumstances have led to significant ethical and misconduct violations, severely undermining my legal defense.

**1. Ethical Violations and Non-Representation:**  My defense counsel has repeatedly failed to provide crucial discovery documents and an examination report as required by ethical standards under *Minnesota Rule 1.4 (Communication).* Additionally, promises to represent me in civil proceedings were not honored, violating *Minnesota Rule 1.2 (Scope of Representation and Allocation of Authority Between Client and Lawyer).*

**2.   Potential Coercion and Impact on Legal  Representation:** The unusual and unexplained behaviors of my counsel, including the failure to challenge crucial reports and use available evidence, suggest a potential coercion scenario. This is corroborated by failures in advocacy as stipulated under *Minnesota Rule 3.1*, where my attorney did not utilize critical evidence during hearings that could have significantly impacted the outcomes of my cases.

**3. Legal Precedents and Obligations for Effective Representation:** The failure of my attorney to act diligently violates established legal standards, such as those highlighted in

11

<span style="color:red">Exhibit F | Index 01 | p. 11</span>

<span style="color:red">**EXHIBIT SYN | p. 42**</span>

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 12 of 22          [ source file ]       [ .ots timestamp of source file ]

*Strickland v. Washington, 466 U.S. 668 (1984)*, which sets forth the standard for effective

legal representation. The breaches observed are antithetical to the duties mandated by the

Minnesota Rules of Professional Conduct and jeopardize my constitutional right to a fair

trial.

**Conclusion**

The conduct of my defense counsel, as influenced by external pressures, has

compromised the integrity of my defense and violated multiple ethical standards. This

petition seeks immediate judicial intervention to rectify these violations and to ensure that

my rights to competent and effective legal representation are upheld.

**SIGNIFICANT PROCEDURAL ISSUES AND TIMELINE DISCREPANCIES:**

This petition addresses the substantial procedural discrepancies and timeline issues within

my case. Notably, there was an issuance of a continuance order based on a non-existent

motion and significant inconsistencies in the case timeline, including the out-of-order

indexing and the mishandling of the Rule 20.01 exam report.

**1. Non-Existent Motion for Continuance:** On June 14, 2023, a continuance was granted

without any corresponding motion filed, which contravenes the procedural norms as

outlined in *Rule 115* of the Special Rules of Practice for Hennepin County.

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 13 of 22          [ source file ]          [ .ots timestamp of source file ]

**2. Rule 20.01 Exam Report Discrepancies:**

The Rule 20.01 exam report dated March 10, 2023, which was ostensibly authored by Dr. Jill Rogstad, presents significant administrative and procedural discrepancies. Notably, Chela Guzman-Weigart, an administrative figure not involved in psychological assessments, is listed as the creator of the document according to its metadata. This unusual authorship attribution conflicts with Rule 14 related to e-filing, which mandates accurate and transparent document handling and authorship in the e-filing system.

**3.   Procedural and Timeline Inconsistencies:**   The timeline of case events shows multiple procedural anomalies, such as out-of-order timeline indexes and missing or incorrectly filed documents. These issues raise concerns about the integrity and transparency of the judicial process.

**Conclusion**

The procedural discrepancies and timeline inconsistencies documented herein significantly impair the fairness and integrity of the legal process. This petition requests a thorough review and rectification of these issues to ensure the principles of justice are upheld.

13

<span style="color:red">Exhibit F | Index 01 | p. 13</span>

<span style="color:red">**EXHIBIT SYN | p. 44**</span>

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 14 of 22          [ source file ]          [ .ots timestamp of source file ]

**FLAWS IN DR. ROGSTAD'S RULE 20.01 EVALUATION:**

This petition challenges the competency determination made by Dr. Jill Rogstad under Rule 20.01, arguing substantial flaws in the evaluation process, which are both procedural and ethical in nature. The foundational issues center around the validity of the assessment and the adherence to forensic psychology standards.

**Contradictions in Assessment and Competency:**  The  evaluation  by  Dr. Rogstad presents contradictions, where Mr. Guertin's rational explanations and legal strategies are acknowledged yet simultaneously deemed delusional. This discrepancy highlights a potential bias or misinterpretation of his mental state,  suggesting a compromised evaluation process.

**Ethical and Professional Standards Violations:**
Objective and Unbiased Assessment: Dr. Rogstad's role required an impartial evaluation, free from external influences. The presence of metadata suggesting involvement of Chela Guzman-Weigart in the document's creation raises concerns about the authenticity and independence of the evaluation  *(APA Ethical Standard 5.01 - Avoidance of False or Deceptive Statements)*.

14

Exhibit F | Index 01 | p. 14

**EXHIBIT SYN | p. 45**

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

---

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 15 of 22          [ source file ]          [ .ots timestamp of source file ]

---

**Boundaries of Competence:**  Dr. Rogstad admitted to lacking expertise in technology, crucial for understanding Mr. Guertin's professional context, thus potentially impairing her judgment *(APA Ethical Standard 2.01)*.

**Avoiding Harm:** The use of an inaccurate or biased report in judicial proceedings could have severe repercussions for Mr. Guertin, violating ethical guidelines on non-maleficence *(APA Ethical Standard 3.04)*.

**Questionable Evaluation Methods:**

Dr. Rogstad's report fails to substantiate its conclusions with comprehensive evidence, relying instead on selective observations that may not accurately reflect Mr. Guertin's mental state. Such an approach contravenes APA Ethical Standard 9.01, which mandates that assessments be based on sufficient substantiated information.

The handling of the evaluation suggests a misunderstanding of high-functioning professional  behaviors, which are inappropriately labeled as symptoms of a mental disorder, reflecting a potential misapplication of psychological expertise to legal standards of competency.

**Legal and Forensic Psychology Standards:**

The evaluation should have integrated a broader range of information, including professional  achievements  and documented competencies that contradict claims of

15

Exhibit F | Index 01 | p. 15

EXHIBIT SYN | p. 46

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 16 of 22          [ source file ]          [ .ots timestamp of source file ]

incompetency. The oversight to include these aspects suggests a deviation from forensic

evaluation standards that require a holistic approach to assessing legal competencies.

**Conclusion**

The discrepancies and ethical concerns surrounding Dr. Rogstad's Rule 20.01 evaluation

call for a thorough review and reconsideration of the competency determination. It is

crucial that the assessment adheres to the highest standards of forensic psychology to

ensure justice and fairness in the application of the law.

## STANDARD OF REVIEW

*Minn. R. Crim. P. 28.02*, subd. 3, permits discretionary review of criminal pretrial

rulings "[i]n the interests of justice." See also *Minn. R. Civ. App. P. 105.01*. "The

decision whether to grant or deny discretionary review hinges on the application of a

multi-factor test." *Doe 175 ex rel. Doe 175 v. Columbia Heights Sch. Dist., ISD No. 13,*

*842 N.W.2d 38, 47 (Minn. Ct. App. 2014)*. The "multi-factor test" was announced by the

*Minnesota Supreme Court in Gordon v. Microsoft Corp., 645 N.W.2d 393, 401-02*

*(Minn. 2002). See Doe 175, 842 N.W.2d* at 47. The test considers whether the district

court ruling is nearly dispositive because it sounds the "death knell" for plaintiff's case or

"places inordinate pressure on the defendant to settle," and whether the district court

ruling involves an "important legal issue that is also important to the particular

litigation." Id. (*quoting Gordon, 645 N.W.2d at 401-02*). Other factors to consider

16

<span style="color:red">Exhibit F | Index 01 | p. 16</span>

<span style="color:red">**EXHIBIT SYN | p. 47**</span>

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 17 of 22          [ source file ]          [ .ots timestamp of source file ]

include "'such [other] factors as [the Court] finds appropriate to the issues to be reviewed, the procedural posture of the case, and other circumstances presented' by the petition." Id. As explained below, this petition should be granted in the interests of justice.

### ARGUMENT

In light of the unprecedented and egregious nature of the circumstances presented in this case, it is imperative that this Court grants discretionary review. The criteria set forth in the Gordon v. Microsoft Corp. multi-factor test are unequivocally met, demonstrating a compelling need for judicial intervention to address the severe injustices and procedural anomalies that have characterized the proceedings thus far.

**Impact of District Court Ruling:** The district court's rulings have effectively sounded the "death knell" for the petitioner's ability to mount a fair and effective defense. By systematically denying access to crucial discovery materials and mishandling procedural aspects such as the Rule 20.01 exam report, the lower court has placed the petitioner in an untenable position, one that could result in irreversible prejudice to his rights and freedoms.

**Inordinate Pressure to Settle:**  The procedural and ethical missteps, including those involving judicial and external influences, have placed extraordinary pressure on the

17

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 18 of 22          [ source file ]        [ .ots timestamp of source file ]

petitioner to concede to outcomes not born of justice but of manipulation and undue influence. This runs contrary to the principles of fairness and equity that the judiciary is sworn to uphold.

**Important Legal Issues:**  This case raises critical legal issues that extend beyond the immediate interests of the parties involved. They touch upon the fundamental integrity of the judicial process and the protection of individual rights against judicial and extrajudicial overreach. These issues, particularly those concerning the misapplication of psychological evaluations and the abuse of judicial discretion, are of great public importance.

**Necessity and Desirability of Immediate Review:** Immediate review by the appellate court is both necessary and desirable to prevent further injustice and to rectify the egregious errors that have marred the proceedings. The extraordinary nature of the errors and their profound impact on the petitioner's legal and constitutional rights underscore the urgency of appellate intervention.

**Other Appropriate Factors:** Given the unique and deeply troubling aspects of this case, including the potential for these issues to recur in other proceedings, appellate review is not only justified but essential. The appellate court's guidance on these matters will help clarify and develop the law, ensuring that similar errors are not perpetuated in future cases.

18

<span style="color:red">Exhibit F | Index 01 | p. 18</span>

<span style="color:red">**EXHIBIT SYN | p. 49**</span>

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 19 of 22          [ source file ]       [ .ots timestamp of source file ]

## **CONCLUSIONS**

In conclusion, the unprecedented nature of the circumstances surrounding this case compels a swift and decisive intervention by this Court. The evidence and procedural irregularities presented herein not only jeopardize the fairness of the judicial process but also pose a severe threat to my personal liberty and psychological well-being.  The prospect of being unjustly institutionalized in a mental health facility based on flawed and manipulated evidence is not only deeply concerning but also indicative of a larger, more systemic issue within our judicial system.

The errors and ethical breaches that have marred this case are not minor procedural missteps but are indicative of a profound and disturbing willingness within certain judicial quarters to manipulate legal outcomes  at  the  expense of  justice  and transparency. Such actions threaten the very foundations of trust that our legal system is built upon and must be addressed not merely as individual failings but as a potential pattern of judicial behavior that demands correction.

Moreover, the involvement of court personnel and external entities in suppressing and manipulating evidence suggests a concerted effort to silence and discredit  me, primarily because I have exposed corruption and malfeasance within the judicial system itself. This creates a perverse incentive for the court to push for an outcome that would see me rendered unable to continue my fight for justice—not  for reasons of legal

19

<span style="color:red">Exhibit F | Index 01 | p. 19</span>

<span style="color:red">**EXHIBIT SYN | p. 50**</span>

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 20 of 22          [ source file ]          [ .ots timestamp of source file ]

soundness but to shield corrupt practices from further exposure. This is not only unethical but also fundamentally at odds with the principles of justice that this Court upholds.

Therefore, it is not only appropriate but essential for this Court to grant a review of the case. Upon review, I urge the Court to consider the dismissal of all charges against me due to the egregiously flawed nature of the evidence and the procedural irregularities that have compromised a fair trial.  Additionally, considering the severe personal and professional consequences I have endured, appropriate financial reimbursement should also be awarded. A dismissal, complemented by financial restitution, would not only serve the interests of justice but would also act as a powerful deterrent against future judicial misconduct and the misuse of psychiatric evaluations to silence and penalize individuals who dare to expose corruption and unethical practices within our judicial system.

Allowing this case to proceed without thorough scrutiny and without addressing the substantial legal and ethical issues raised would not only undermine my rights but would also erode public confidence in the judicial system's capacity to police its own, maintain integrity, and administer justice impartially. Therefore, I respectfully request that  this Court intervene decisively to rectify the grave injustices that have been perpetrated in this case and to restore faith in the judiciary as a fair and just institution.

Exhibit F | Index 01 | p. 20

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

EXHIBIT SYN | p. 51

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

---

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 21 of 22          [ source file ]        [ .ots timestamp of source file ]

This petition is not merely a request for relief but a plea for justice—both for myself and for the integrity of our judicial system. The eyes of the community, and indeed the nation, are upon this Court as it decides whether to uphold the law and deliver justice, or to turn a blind eye to corruption and injustice within its own ranks. I trust that the Court will act according to the highest standards of judicial responsibility and grant the relief sought in this petition.

Petitioner can include Addendum references in additional document. This was VERY last minute..

Dated: May 10, 2024                    By: s/ Matthew D Guertin
                                            Matthew David Guertin
                                            Petitioner Pro Se
                                            1075 Traditions Ct.
                                            Chaska, MN  55318
                                            Tel: (763) 221-4540
                                            Email: MattGuertin@ProtonMail.com

21

Exhibit F | Index 01 | p. 21

**EXHIBIT SYN | p. 52**

**Minnesota COA Case A24-0780 | May 10, 2024**
EXHIBIT SYN

---

13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf
SHA-256 Hash of Source File:  5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
Page: 22 of 22          [ source file ]          [ .ots timestamp of source file ]

---

Filed in District Court
State of Minnesota
5/14/2024 10:24 AM

### ADDENDUM-03: Petitioner's Data Analysis Of MCRO Court Records

**Based upon Petitioner's concern regarding what he views as his case being 'contained' and seemingly handled in a 'circular' pattern, wherein all of the key decisions made in his criminal proceedings are 'bounced' back and forth between the same three Judicial Officer's**

May 3, 2024, Pro Se Affidavit of Fact,  **Data Analysis, Motion Body**, pp. 1-5, Index 37..…..…….……….…..…..……………………..…...... 1

May 3, 2024, Pro Se Affidavit of Fact, Data Analysis, **Exhibit A - Shared Judicial Assignments to Cases**, pp. 6-20, Index 37…………………………...…..... 6

May 3, 2024, Pro Se Affidavit of Fact, Data Analysis, **Exhibit B - Circular Handling**, pp. 21-27, Index 37…………………………………….…..…..…… 21

May 3, 2024, Pro Se Affidavit of Fact, Data Analysis, **Exhibit C - Incompetency Orders Analysis**, pp. 28-31, Index 37…………………………...…... 28

### ADDENDUM-04: Petitioners Historical Cell Phone Image Timeline

**Petitioner's timeline of both personal and business related activites prior to his criminal charges originating on January 21, 2023 and after his posting bail, and subsequent release**

May 6, 2024, Pro Se Affidavit of Fact,  **Picture Timeline, Motion Body**, pp. 1-2, Index 39..…..……………………………….……………..…...... 1

May 6, 2024, Pro Se Affidavit of Fact, Picture Timeline, **Exhibit A - Cell Phone Image Timeline**, pp. 3-43, Index 39.………………………………...…….... 3

4

<span style="color:red">Exhibit F | Index 16 | p. 4</span>

<span style="color:red">**EXHIBIT SYN | p. 53**</span>

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 1 of 32         [ source file ]         [ .ots timestamp of source file ]

Filed in District Court
State of Minnesota
5/10/2024 4:52 PM

**A24-_____**
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

Matthew David Guertin,

      Petitioner,

vs.

State of Minnesota,

      Respondent.

District Court Case: 27-CR-23-1886

Court Order Date: April 12, 2024

**PETITIONER'S ADDENDUM - 3**

**PETITIONERS ADDENDUM - 3**

<u>Contents</u>                                                                                       <u>Page</u>

May 3, 2024, Pro Se Affidavit of Fact, **Data Analysis, Motion Body**, pp. 1-5, Index 37..…………………………..…………………….….….. 1

May 3, 2024, Pro Se Affidavit of Fact, Data Analysis, **Exhibit A - Shared Judicial Assignments to Cases**, pp. 6-20, Index 37………………………..…..... 6

May 3, 2024, Pro Se Affidavit of Fact, Data Analysis, **Exhibit B - Circular Handling**, pp. 21-27, Index 37…………………………………………… 21

May 3, 2024, Pro Se Affidavit of Fact, Data Analysis, **Exhibit C - Incompetency Orders Analysis**, pp. 28-31, Index 37………………………..……... 28

i

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf
SHA-256 Hash of Source File: ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19
Page: 2 of 32        [ source file ]        [ .ots timestamp of source file ]

---

Filed in District Court
State of Minnesota
5/9/2024 2:58 PM

**STATE OF MINNESOTA**                                    **DISTRICT COURT**

**COUNTY OF HENNEPIN**                        **FOURTH JUDICIAL DISTRICT**

---

State of Minnesota,                                  Court File No.: 27-CR-23-1886
                              Plaintiff,

vs.                                                              **DEFENDANT'S**
                                                                    **AFFIDAVIT OF FACT**
Matthew David Guertin,
                              Defendant.

---

TO:        THE HONORABLE JULIA DAYTON KLEIN, JUDGE OF THE DISTRICT
              COURT; THE CLERK OF THE FOURTH JUDICIAL DISTRICT COURT; MS.
              JACQUELINE PEREZ, ASSISTANT HENNEPIN COUNTY ATTORNEY; AND
              THE OFFICE OF THE HENNEPIN COUNTY ATTORNEY.


**AFFIDAVIT OF FACT**

        I, MATTHEW DAVID GUERTIN, residing at 1075 Traditions Court, City of Chaska,

County of Carver, State of Minnesota, being duly sworn, hereby depose and state under penalty

of perjury:


**INTRODUCTION**

I conducted a data analysis of the Minnesota Court Records Online (MCRO) by downloading a

total of 3,556 MCRO PDF criminal case files, which span a total of 163 unique criminal case ID

numbers which were obtained through the 'hearing' search provided on the MCRO website that

allows someone to search by specific Judicial Officers. This analysis began out of curiosity, and

my wondering as to whether or not it was standard procedure to have a very small group of just

three Judicial Officers essentially 'take over' a criminal court case from early on in its inception

in what seems to be a very 'contained' or 'controlled' manner. This is what it seems like in my

current case anyways – which lead me take a look at the the case distribution amongst the three

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf
SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19
Page: 3 of 32        [ source file ]        [ .ots timestamp of source file ]

Judicial Officers who have been making all of the key decisions in my criminal, as well as my civil case now. A brief exercise if you will...one which involves using a multi-step process in which I print a PDF of each 200 result date range search beginning at April 26, 2024, and spanning into the past until reached January 1, 2023. I then converted these PDF files to text files and processed them using custom Python scripts that allowed me to clean up, and sort the massive collection of data I compiled – which eventually resulted in me being able to run a Python script that used three different text files as its input, and then output a new text file that only contained the cases which the Honorable Judge Julia Dayton Klein, Danielle Mercurio, and George Borer all had hearings listed for in the 2023-Current date range I searched. I then segregated these even further using the year ID signifying the cases origination year.

The total number of 'Shared Cases' between all three is 163.

I then created a custom Python script that uses the Selenium library, allowing for automation scripting of a developer version of Chrome web browser. The script allowed me to navigate to any individual case timeline page, hit 'enter', and automatically download every single PDF document filed into the case in a matter of seconds. This resulted in a massive dataset of around 2gb total. All of the PDF documents are directly downloaded and organized into individual folders for the 'year of case origination' with each year directory containing a folder for each individual case, where each case folder contains every single avaialabe PDF document from the MCRO website in addition to the full HTML website download, and a PDF page printout of the MCRO webpage.

There are a lot of duplicate names. Some of them with slight, as well as not so slight variations. These would include the following as an example:

PRIEST JESUS, ANGELIC DENISE SCHAEFER,  ANGELIC DENISE NUNN, MAKIS DUVELL LANE,  MAKIS DEVELL LANE, and MAKIS DEVIL LANE.

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf
SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19
Page: 4 of 32          [ source file ]          [ .ots timestamp of source file ]

---

I also conducted an insightful data analaysis that involved simple file searching by the name of the MCRO filed document – such as 'Finding of Incompetency and Order', 'E-filed Comp Order for Detention', and 'Rule 20.01 Evaluation for Competency to Proceed' among others.

I intentionally wrapped this side project up very quickly as far as drawing a line, and being done with it as otherwise there is obviously a million other directions, and datapoints one could further investigate. Not me however. I am of the belief that what I have compiled is presented in its most basic, and simple form insofar as being left open for interpretation and not trying to draw any specific conclusions beyond those which the data serves to perhaps draw on its own.

<div align="center">

**EXHIBIT SUMMARY**

</div>

Below is a summary of the three exhibits accompanying this affidavit.

**Exhibit A:**

    **Data Analysis of Shared Judicial Assignments to Cases**

    A very detailed introduction and overview of the analysis process along with a massive amount of random datapoints I assembled. This exhibit also includes an overview of the much broader question that is raised in regards to impartiality in legal proceedings, and how there might be a much larger question raised based on the results of this analyis.

**Exhibit B:**

    **Circular Handling Anlaysis**

    A selection of cases that are shared between all three Judicial Officers, in which I analyze the 'circular handling' that has become very apparent to me in my current court case. 'Circular Handling' could also perhaps be called 'Decision Bouncing' as it is simply taking a closer look at how many critical decisions in a defendant's criminal case are essentially bounced back and forth between the same three people in a consistent, and regonizable pattern.

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf
SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19
Page: 5 of 32        [ source file ]        [ .ots timestamp of source file ]

---

**Exhibit C:**

**MCRO 'Finding of Incompetency and Order' Analysis**

A data table grouped by year which shows who ordered the initial Rule 20.01 Exam, and who ultimately made the ruling once the Rule 20.01 exam was completed. These are all 130 of the orders, as contained between all of the shared case files. As part of this tables assembly I was able to discover that out of the 130 orders there were 6 instances in which the same Judicial Officer who recommended the Rule 20.01 exam was then also the one to rule on their previous order once the Rule 20.01 exam was completed and it came before them once again.

**Shared Download Folder of All MCRO Files I Downloaded and Analyzed:**

Case files origination spans 2017 – 2023. Six separate .zip files.

Includes Python download script I used to collect all of the PDF files.

https://drive.proton.me/urls/QA8TBVTHEC#Wy7ygZMVpev7

**CONCLUSION**

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. I also affirm that all of the data I have presented herein is accurate, true, and correct to the best of my knowledge. I made every effort to double and triple check every figure I listed, my Python scripts, and each step that it took to ensure this data was compiled in accurate and thorough process. All of the data collected and analyzed is all directly from the MCRO website itself, and is all authentic and without any altering, omissions, or deceit of any kind. All of this data was gathered, processed, and analyzed within the last 4-5 days from the filing of this affidavit. It is 'fresh' – and I am filing this affidavit 'as is' so that it doesn't go stale for whatever reason.

DATED this 3rd day of May, 2024.

Exhibit G | Index 06 | p. 4               Add. 4

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 58**

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf
SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19
Page: 6 of 32          [ source file ]          [ .ots timestamp of source file ]

---

Respectfully submitted,

Date: May 3, 2024

By: /s/ Matthew Guertin
Matthew David Guertin
Is Currently Lacking Effective Counsel
1075 Traditions Ct.
Chaska, MN   55318
Telephone: 763-221-4540
Email: MattGuertin@Protonmail.com

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 7 of 32        [ source file ]        [ .ots timestamp of source file ]

---

# Data Analysis of Judicial Involvement in Criminal and Probate / Mental Health Cases

In an effort to better understand and support the defendants concerns regarding the fairness and impartiality of his court proceedings, the defendant utilized the Minnesota Judicial Branch's official online system, MCRO (Minnesota Court Records Online), to analyze the patterns of judicial involvement in his cases. The focus was on the three specific Judicial Officers who have overseen all significant decisions and procedural aspects of his case from its very inception, and in which his current criminal case has a litany of procedural anomalies and discrepancies which the defendant believes are all indicative of his case being handled in a 'non standard' way.

## Methodology:



EXHIBIT
**A**

### Data Collection:

- **Platform Used:** Minnesota Court Records Online (MCRO).
- **Objective:** To gather hearing records for the three Judicial Officers involved in the defendant's case
- **Judicial Officers Analyzed:**
  - The Honorable Judge Julia Dayton Klein
  - The Honorable Court Referee Danielle C. Mercurio
  - The Honorable Court Referee George Borer

### Search Criteria:

- **Date Range:** January 1, 2023, to April 26, 2024.
- **Case Categories:** Each judge's involvement was searched, and then retrieved using two filters – The 'Criminal' and 'Probate or Mental Health' categories of the provided 'Hearing Search' option of the MCRO online records system.

### Data Processing:

- The defendant conducted a separate search for each judge under each category, resulting in six sets of data.
- Custom Python scripts were used to organize and filter the data, ensuring that each individual court case was counted once per category, per judge.
- The analysis focused on identifying common cases handled by all three judges within the given time frame.

---

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 8 of 32        [ source file ]        [ .ots timestamp of source file ]

---

## Results:

The analysis uncovers a distinct pattern in the distribution of case assignments among the three judicial officers, with a notable number of cases shared among them in criminal court proceedings, rather than in the civil court proceedings as defined by the court. The data shows that this small group wields significant influence over pivotal decisions in a defendant's criminal proceedings, many times from their inception. Often, these are the very same decisions that lead to civil court proceedings under MN Statutes § 253B.

According to the description of the 'Hennepin Probate / Mental Health Court' by the 4th Judicial District Court's own website:

" **Probate Court** handles cases involving the property of deceased persons, wills, trusts, guardianships, and conservatorships.

**Mental Health Court** handles the legal process involving the civil commitment of people to treatment centers based on allegations of mental illness, developmental disability, chemical dependency, and referrals from Criminal Court. "

The overlap in judicial roles highlighted by the analysis raises concerns about the lack of clear delineation between criminal and civil proceedings. The same judges who oversee critical decisions in criminal cases also manage the referrals to civil commitments, effectively referring cases to themselves. This dual role blurs the boundaries required for impartiality and fairness in judicial processes, presenting a risk of unchecked control and influence contained within a very small group of Judicial Officers.

## Interpretation:

The defendant is of the belief that the observed patterns of case handling by the identified judicial officers is most likely an established procedural norm within the judicial system itself, rather than clandestine or unethical arrangements. This interpretation suggests that the practices in question are not, by themselves, indicative of covert misconduct, but are instead emblematic of systemic protocols that are openly sanctioned and promoted within the court itself.

The crux of the legal issues raised centers on the procedural use of Rule 20.01 Evaluation Reports to facilitate a rapid channeling of cases to a select group of three judicial officers whenever such evaluations are mandated. This procedural mechanism, raises significant legal and ethical concerns regarding the potential for undue influence and prejudicial treatment.

Furthermore, this system enables a concentrated control over both criminal proceedings and any consequent civil commitments within the Hennepin County courts. Such a concentrated control, inherently increases the risk of abuse, as it places substantial judicial power and decision-making within the hands of a few, potentially compromising the impartiality and fairness required in judicial proceedings.

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

---

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 9 of 32        [ source file ]        [ .ots timestamp of source file ]

---

## Analysis of 'Hearings' data spanning <u>Jan 1, 2023 – April 26, 2024</u>:

## Criminal Proceedings:

### Criminal Cases originating in 2016 -

Julia Dayton Klein total unique court cases: 4
Danielle Mercurio total unique court cases: 5
George Borer total unique court cases: 6
**Common cases across all three Judicial Officers: 0**

### Criminal Cases originating in 2017 -

Julia Dayton Klein total unique court cases: 11
Danielle Mercurio total unique court cases: 9
George Borer total unique court cases: 11
**Common cases across all three Judicial Officers: 3**

### Criminal Cases originating in 2018 -

Julia Dayton Klein total unique court cases: 11
Danielle Mercurio total unique court cases: 24
George Borer total unique court cases: 27
**Common cases across all three Judicial Officers: 4**

### Criminal Cases originating in 2019 -

Julia Dayton Klein total unique court cases: 44
Danielle Mercurio total unique court cases: 70
George Borer total unique court cases: 61
**Common cases across all three Judicial Officers: 12**

### Criminal Cases originating in 2020 -

Julia Dayton Klein total unique court cases: 120
George Borer total unique court cases: 81
Danielle Mercurio total unique court cases: 108
**Common cases across all three Judicial Officers: 20**

### Criminal Cases originating in 2021 -

Julia Dayton Klein total unique court cases: 231
Danielle Mercurio total unique court cases: 253
George Borer total unique court cases: 167
**Common cases across all three Judicial Officers: 41**

---

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 10 of 32         [ source file ]          [ .ots timestamp of source file ]

Filed in District Court
State of Minnesota
5/10/2024 2:58 PM

**Criminal Cases originating in 2022 -**

Julia Dayton Klein total unique court cases: 322
Danielle Mercurio total unique court cases: 378
George Borer total unique court cases: 289
Common cases across all three Judicial Officers: 44

**Criminal Cases originating in 2023 -**

Julia Dayton Klein total unique court cases: 424
Danielle Mercurio total unique court cases: 486
George Borer total unique court cases: 244
**Common cases across all three Judicial Officers: 39**

**Criminal Cases originating in 2024 -**

Julia Dayton Klein total unique court cases: 30
Danielle Mercurio total unique court cases: 38
George Borer total unique court cases: 8
**Common cases across all three Judicial Officers: 0**

**Mental Health / Probate (Civil) Proceedings:**

**Mental Health/Probate Cases originating in 2020 -**

Julia Dayton Klein total unique court cases: 1
Danielle Mercurio total unique court cases: 1
George Borer total unique court cases: 1
**Common cases across all three Judicial Officers: 0**

**Mental Health/Probate Cases originating in 2021 -**

Julia Dayton Klein total unique court cases: 1
Danielle Mercurio total unique court cases: 3
George Borer total unique court cases: 2
**Common cases across all three Judicial Officers: 0**

**Mental Health/Probate Cases originating in 2022 -**

Julia Dayton Klein total unique court cases: 41
Danielle Mercurio total unique court cases: 81
George Borer total unique court cases: 81
**Common cases across all three Judicial Officers: 1**

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 11 of 32    [ source file ]    [ .ots timestamp of source file ]

---

### Mental Health/Probate Cases originating in 2023 -

Julia Dayton Klein total unique court cases: 326
Danielle Mercurio total unique court cases: 322
George Borer total unique court cases: 257
**Common cases across all three Judicial Officers: 8**

### Mental Health/Probate Cases originating in 2024 -

Julia Dayton Klein total unique court cases: 81
Danielle Mercurio total unique court cases: 120
George Borer total unique court cases: 155
**Common cases across all three Judicial Officers: 1**

## Shared Criminal Cases of all three Judicial Officers:

### Shared Criminal Cases originating in 2017 -

| | |
|---|---|
| **27-CR-17-1555** | State of Minnesota vs ADRIAN MICHAEL WESLEY |
| **27-CR-17-8342** | State of Minnesota vs ADRIAN MICHAEL WESLEY |
| **27-CR-17-22909** | State of Minnesota vs ADRIAN MICHAEL WESLEY |

### Shared Criminal Cases originating in 2018 -

| | |
|---|---|
| **27-CR-18-18391** | State of Minnesota vs AESHA IBRAHIM OSMAN |
| **27-CR-18-18396** | State of Minnesota vs Ramadan Hakim Campbell |
| **27-CR-18-19274** | State of Minnesota vs IFRAH ABDULL HASSAN |
| **27-CR-18-26530** | State of Minnesota vs WILLIAM LEE NABORS |

### Shared Criminal Cases originating in 2019 -

| | |
|---|---|
| **27-CR-19-1916** | State of Minnesota vs AESHA IBRAHIM OSMAN |
| **27-CR-19-3539** | State of Minnesota vs AESHA IBRAHIM OSMAN |
| **27-CR-19-17539** | State of Minnesota vs AESHA IBRAHIM OSMAN |
| **27-CR-19-22615** | State of Minnesota vs ANNE MARIE RILEY |
| **27-CR-19-901** | State of Minnesota vs EYUAEL GONFA KEBEDE |
| **27-CR-19-28883** | State of Minnesota vs JACOB MAMAR JOHNSON |
| **27-CR-19-11566** | State of Minnesota vs MAKIS DEVELL LANE |
| **27-CR-19-12130** | State of Minnesota vs MAKIS DEVELL LANE |
| **27-CR-19-25578** | State of Minnesota vs PAUL JOSEPH OWENS |
| **27-CR-19-12466** | State of Minnesota vs TERRELL JOHNSON |
| **27-CR-19-19606** | State of Minnesota vs TERRELL JOHNSON |
| **27-CR-19-9270** | State of Minnesota vs WILLIAM LEE NABORS |

### Shared Criminal Cases originating in 2020 -

| | |
|---|---|
| **27-CR-20-19196** | State of Minnesota vs ABDIRAHMAN ISMAIL FARAH |
| **27-CR-20-3244** | State of Minnesota vs ANGELIC DENISE SCHAEFER |
| **27-CR-20-10049** | State of Minnesota vs Beyonce Porshae Brown |
| **27-CR-20-8575** | State of Minnesota vs Bisharo Jama Noor |
| **27-CR-20-23521** | State of Minnesota vs CASPER HUY VUONG |

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 12 of 32        [ source file ]        [ .ots timestamp of source file ]

Filed in District Court
State of Minnesota
5/9/2024 2:58 PM

| Case Number | Case Title |
|---|---|
| 27-CR-20-7092 | State of Minnesota vs DWAYNE ANTHONY BLEDSOE |
| 27-CR-20-13495 | State of Minnesota vs EYUAEL GONFA KEBEDE |
| 27-CR-20-423 | State of Minnesota vs Ifrah Abdullahi Hassan |
| 27-CR-20-23239 | State of Minnesota vs JALEISHA LANAY TAYLOR |
| 27-CR-20-1893 | State of Minnesota vs JIMMY EDWARD SPEARS III |
| 27-CR-20-11638 | State of Minnesota vs JOHN EMIL STICHA |
| 27-CR-20-20788 | State of Minnesota vs Lawrence Joseph Durheim |
| 27-CR-20-9036 | State of Minnesota vs MAKIS DEVELL LANE |
| 27-CR-20-20851 | State of Minnesota vs MAKIS DEVIL LANE |
| 27-CR-20-6301 | State of Minnesota vs PRIEST JESUS DORSEY |
| 27-CR-20-26577 | State of Minnesota vs Rasheed Richardson |
| 27-CR-20-6517 | State of Minnesota vs Rex Allen Basswood Jr. |
| 27-CR-20-27550 | State of Minnesota vs RODRICK JEROME CARPENTER |
| 27-CR-20-8926 | State of Minnesota vs TERRELL JOHNSON |
| 27-CR-20-20037 | State of Minnesota vs TERRELL JOHNSON |

**Shared Criminal Cases originating in 2021 -**

| Case Number | Case Title |
|---|---|
| 27-CR-21-22058 | State of Minnesota vs AESHA IBRAHIM OSMAN |
| 27-CR-21-1977 | State of Minnesota vs ANGELIC DENISE NUNN |
| 27-CR-21-1978 | State of Minnesota vs ANGELIC DENISE NUNN |
| 27-CR-21-7676 | State of Minnesota vs Bisharo Jama Noor |
| 27-CR-21-19723 | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD |
| 27-CR-21-23456 | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD |
| 27-CR-21-23628 | State of Minnesota vs Carmen Bendu Greaves |
| 27-CR-21-16111 | State of Minnesota vs CHARLESETTA STARLET BROWN |
| 27-CR-21-20637 | State of Minnesota vs Daniel Lamar Ford |
| 27-CR-21-10675 | State of Minnesota vs Dennis Joseph Barry |
| 27-CR-21-933 | State of Minnesota vs DWAYNE ANTHONY BLEDSOE |
| 27-CR-21-1980 | State of Minnesota vs GORDON EUGENE SHARP |
| 27-CR-21-20072 | State of Minnesota vs GORDON EUGENE SHARP |
| 27-CR-21-20988 | State of Minnesota vs GORDON EUGENE SHARP  Jr. |
| 27-CR-21-21355 | State of Minnesota vs GORDON EUGENE SHARP  Jr. |
| 27-CR-21-23188 | State of Minnesota vs GORDON EUGENE SHARP  Jr. |
| 27-CR-21-23215 | State of Minnesota vs GORDON EUGENE SHARP  Jr. |
| 27-CR-21-3797 | State of Minnesota vs GRAHM MARK FLETCHER |
| 27-CR-21-9235 | State of Minnesota vs GRAHM MARK FLETCHER |
| 27-CR-21-1171 | State of Minnesota vs IBSSA M YOUSSUF |
| 27-CR-21-20529 | State of Minnesota vs ISAAC LEE KELLEY |
| 27-CR-21-13795 | State of Minnesota vs JACOB MAMAR JOHNSON |
| 27-CR-21-14861 | State of Minnesota vs KESSIE KAFELE WILSON |
| 27-CR-21-6904 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-21-8067 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-21-8227 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-21-8228 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-21-8229 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-21-8230 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-21-8511 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-21-1230 | State of Minnesota vs MAKIS DEVELL LANE |
| 27-CR-21-13752 | State of Minnesota vs MAKIS DEVELL LANE |

Exhibit G | Index 06 | p. 11        Page 11 of 31        Add. 11

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 13 of 32        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/9/2024 2:58 PM

| 27-CR-21-6229 | State of Minnesota vs MARVAL BARNES |
| 27-CR-21-17008 | State of Minnesota vs NICOLLE LYNN FAWCETT |
| 27-CR-21-928 | State of Minnesota vs PRIEST JESUS DORSEY |
| 27-CR-21-6382 | State of Minnesota vs PRIEST JESUS DORSEY |
| 27-CR-21-23131 | State of Minnesota vs Rex Allen Basswood  Jr. |
| 27-CR-21-8412 | State of Minnesota vs Stephone Ahmad Gammage |
| 27-CR-21-6710 | State of Minnesota vs TEMEKA MICHELLE NICHOLS |
| 27-CR-21-19552 | State of Minnesota vs TERRELL JOHNSON |
| 27-CR-21-23233 | State of Minnesota vs TERRELL JOHNSON |

**Shared Criminal Cases originating in 2022 -**

| 27-CR-22-21925 | State of Minnesota vs Abdinour Mohamed Alasow |
| 27-CR-22-23317 | State of Minnesota vs Abdinour Mohamed Alasow |
| 27-CR-22-18859 | State of Minnesota vs ABDIQANI AHMED HASSAN |
| 27-CR-22-22985 | State of Minnesota vs ABDIQANI AHMED HASSAN |
| 27-CR-22-18776 | State of Minnesota vs AMY LOUISE LILLEVOLD |
| 27-CR-22-20033 | State of Minnesota vs ANGELIC DENISE NUNN |
| 27-CR-22-15550 | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD |
| 27-CR-22-7797 | State of Minnesota vs Carmen Bendu Greaves |
| 27-CR-22-25134 | State of Minnesota vs Carmen Bendu Greaves |
| 27-CR-22-15430 | State of Minnesota vs CHARLESETTA STARLET BROWN |
| 27-CR-22-3377 | State of Minnesota vs CHASE RADLEY GREEN |
| 27-CR-22-22687 | State of Minnesota vs CHASE RADLEY GREEN |
| 27-CR-22-19036 | State of Minnesota vs Crystal Latasha Mcbounds |
| 27-CR-22-3570 | State of Minnesota vs Dennis Joseph Barry |
| 27-CR-22-22521 | State of Minnesota vs Dennis Joseph Barry |
| 27-CR-22-24357 | State of Minnesota vs DENNIS MICHAEL THILL |
| 27-CR-22-9720 | State of Minnesota vs EMANUEL OMAR BLACK |
| 27-CR-22-12076 | State of Minnesota vs Emanuel Omar Black |
| 27-CR-22-4087 | State of Minnesota vs GORDON EUGENE SHARP Jr. |
| 27-CR-22-22963 | State of Minnesota vs GORDON EUGENE SHARP Jr. |
| 27-CR-22-5532 | State of Minnesota vs Isaac Lee Kelley |
| 27-CR-22-7953 | State of Minnesota vs ISAAC LEE KELLEY |
| 27-CR-22-20527 | State of Minnesota vs JARELLE THOMAS VAUGHN |
| 27-CR-22-18209 | State of Minnesota vs JULIET KAY HIGGINS |
| 27-CR-22-10646 | State of Minnesota vs LAMAR GLASS |
| 27-CR-22-17300 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-22-21679 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-22-24045 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-22-10055 | State of Minnesota vs MAKIS DUVELL LANE |
| 27-CR-22-4879 | State of Minnesota vs MANYARA NICOLE WATKINS |
| 27-CR-22-13185 | State of Minnesota vs MARK ANTHONY REINHART |
| 27-CR-22-18789 | State of Minnesota vs MOLLY ANNE PRICE |
| 27-CR-22-25151 | State of Minnesota vs NICOLE LORETTA KELM |
| 27-CR-22-18938 | State of Minnesota vs NURADIN MOHAMUD |
| 27-CR-22-4239 | State of Minnesota vs PRIEST JESUS DORSEY |
| 27-CR-22-24627 | State of Minnesota vs Rex Allen Basswood Jr. |
| 27-CR-22-14541 | State of Minnesota vs RODRICK JEROME CARPENTER II |
| 27-CR-22-15358 | State of Minnesota vs RODRICK JEROME CARPENTER II |

Add. 12

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

_____

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 14 of 32        [ source file ]        [ .ots timestamp of source file ]

---

| | |
|---|---|
| 27-CR-22-1165 | State of Minnesota vs TERRELL JOHNSON |
| 27-CR-22-4898 | State of Minnesota vs TERRELL JOHNSON |
| 27-CR-22-13941 | State of Minnesota vs TIA TIAUNNA PAYNE |
| 27-CR-22-14493 | State of Minnesota vs TIMOTHY TERRELL STUCKEY |
| 27-CR-22-3553 | State of Minnesota vs WILLIAM LEE NABORS |
| 27-CR-22-22850 | State of Minnesota vs YASMIN AHMED ALI |

**Shared Criminal Cases originating in 2023 -**

| | |
|---|---|
| 27-CR-23-3198 | State of Minnesota vs AARON DASHAUN CHERRY |
| 27-CR-23-512 | State of Minnesota vs Abdinour Mohamed Alasow |
| 27-CR-23-883 | State of Minnesota vs Abdinour Mohamed Alasow |
| 27-CR-23-3496 | State of Minnesota vs ABDULKADIR ELMI EGAL |
| 27-CR-23-12360 | State of Minnesota vs ALEXANDER ORVAL THOMLEY |
| 27-CR-23-24219 | State of Minnesota vs ALEXI BRE WASHINGTON |
| 27-CR-23-8721 | State of Minnesota vs Daniel Lamar Ford |
| 27-CR-23-4547 | State of Minnesota vs Delayna Adrianne Lussier |
| 27-CR-23-10954 | State of Minnesota vs Delayna Adrianne Lussier |
| 27-CR-23-17576 | State of Minnesota vs EMANUEL OMAR BLACK |
| 27-CR-23-16281 | State of Minnesota vs FUE VANG |
| 27-CR-23-16927 | State of Minnesota vs GORDON EUGENE SHARP Jr. |
| 27-CR-23-2152 | State of Minnesota vs GRAHM MARK FLETCHER |
| 27-CR-23-8560 | State of Minnesota vs INGRAM METEBO OYUGI |
| 27-CR-23-12653 | State of Minnesota vs JACOB JOSEPH SCHECH |
| 27-CR-23-8406 | State of Minnesota vs JALEISHA LANAY TAYLOR |
| 27-CR-23-13960 | State of Minnesota vs JEREMIAH JAMES RIVERS |
| 27-CR-23-1600 | State of Minnesota vs JIMMY EDWARD SPEARS III |
| 27-CR-23-20715 | State of Minnesota vs KESSIE KAFELE WILSON |
| 27-CR-23-385 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-23-5751 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-23-5213 | State of Minnesota vs MARK ANTHONY REINHART |
| **27-CR-23-1886** | **State of Minnesota vs MATTHEW DAVID GUERTIN** |
| 27-CR-23-1101 | State of Minnesota vs MICHAEL CHANTEL WRIGHT |
| 27-CR-23-284 | State of Minnesota vs MOHAMED ABDI SHIDE |
| 27-CR-23-3423 | State of Minnesota vs MOHAMED ABDI SHIDE |
| 27-CR-23-3459 | State of Minnesota vs MUAD ABDULKADIR |
| 27-CR-23-3460 | State of Minnesota vs MUAD ABDULKADIR |
| 27-CR-23-21403 | State of Minnesota vs PETER JAHAN LEHMEYER |
| 27-CR-23-2073 | State of Minnesota vs PRIEST JESUS DORSEY |
| 27-CR-23-9135 | State of Minnesota vs Rashi Tamboura Williams |
| 27-CR-23-18846 | State of Minnesota vs RICKY NELSON SULLIVAN Jr. |
| 27-CR-23-18850 | State of Minnesota vs RICKY NELSON SULLIVAN Jr. |
| 27-CR-23-21653 | State of Minnesota vs ROBERT WILLIAM BALSIMO |
| 27-CR-23-2480 | State of Minnesota vs Sandra Vongsaphay |
| 27-CR-23-8649 | State of Minnesota vs TERRELL JOHNSON |
| 27-CR-23-9546 | State of Minnesota vs TIMOTHY TERRELL STUCKEY |
| 27-CR-23-18964 | State of Minnesota vs TROY CARL WARNKE Jr. |
| 27-CR-23-1658 | State of Minnesota vs YASMIN AHMED ALI |

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf
SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19
Page: 15 of 32        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/10/2024 2:58 PM

# Shared Mental Health / Probate Cases of all three Judicial Officers:[1]

## Shared Mental Health / Probate Cases originating in 2022 -

**27-MH-PR-22-1394**
In the Matter of the Civil Commitment of Caspar Huy Vuong aka Casper Huy Vuong  Respondent

## Shared Mental Health / Probate Cases originating in 2023 -

**27-MH-PR-23-224**
In the Matter of the Civil Commitment of Andrea Ulrich  Respondent

**27-MH-PR-23-358**
In the Matter of the Civil Commitment of Bilal Compton  Respondent

**27-MH-PR-23-892**
In the Matter of the Civil Commitment of Michael Palmquist  Respondent

**27-MH-PR-23-1020**
In the Matter of the Civil Commitment of Karen Marie Croonquist  Respondent

**27-MH-PR-23-1021**
In the Matter of the Civil Commitment of Stacy Schmidt  Respondent

**27-MH-PR-23-1181**
In the Matter of the Civil Commitment of Faham Osman Ali  Respondent

**27-MH-PR-23-1241**
In the Matter of the Civil Commitment of TROY CARL WARNKE  Jr.  Respondent

**27-MH-PR-23-1461**
In the Matter of the Civil Commitment of JACOB JOSEPH SCHECH  Respondent

## Shared Mental Health / Probate Cases originating in 2024 -

**27-MH-PR-24-9**
In the Matter of the Civil Commitment of Kevin Christopherson Kuyoc aka Kevin Christopherson Kuyoc Tzuc aka Keving Christopherson Kuyoc  Respondent

---

1    It is highly releavnt to point out the fact that this analysis was conducted based solely on the 'hearing' dates. One of the Judicial Referees, George Borer, is also involved in the defendant's civil commitment case as well. For some reaosn the hearing that George Borer had scheduled on February 1, 2024 cannot be found in his 'official' civil court hearing dates when searching on the courts MCRO site. The defendant also experimeted with additional Python scripts to match the names of the party involved in both civil and criminal cases but did not pursue that path further. The defendant believes that all of these results he was able to put together is worthy of much more investigation and time, but the defendant had to 'draw the line' somewhere in regards to how much time he put into this research.

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf
SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19
Page: 16 of 32         [ source file ]        [ .ots timestamp of source file ]

---

Filed in District Court
State of Minnesota
5/10/2024 2:58 PM

## MCRO Document and Judicial Order Analysis

| | |
|---|---|
| Unique Criminal Case Numbers | 163 |
| Defendant Names by Exact String Match | 79 |
| Defendant Names by Very Similar String Match | 73 |
| Defendant Names Only Appearing a Single Time | 45 |
| MCRO PDF Docs Downloaded for All Shared Cases | 3556 |
| E-filed Comp Order for Detention | 79 |
| Law Enforcement Notice of Release and Appearance | 48 |
| Order for Conditional Release | 222 |
| Notice of Case Reassignment | 136 |
| Notice of Appearance | 28 |
| Demand or Request for Discovery | 99 |
| Pandemic Cancelled or Rescheduled Hearing | 17 |
| Petition to Proceed as ProSe Counsel | 4 |
| Notice of Hearing | 434 |
| Notice of Remote Hearing with Instructions | 644 |
| Returned Mail | 238 |
| Witness List | 28 |
| Rule 20.01 Evaluation for Competency to Proceed | 488 |
| Finding of Incompetency and Order | 130 |
| Incompetency Orders by Julia Dayton Klein | 19 |
| Incompetency Orders by Danielle Mercurio | 38 |
| Incompetency Orders by George Borer | 37 |
| Incompetency Orders total of All Three | 94 |
| Rule 20 and Incompetency Order by Same Person | 6 |

### Ctrl+F Search Results of All 644
### 'Notice of Remote Hearing with Instructions' MCRO PDF's

| | |
|---|---|
| "Meeting ID: 160 223 0876" | 358 |
| "Meeting ID: 160 815 2947" | 84 |
| "Meeting ID: 161 686 0727" | 10 |
| "Meeting ID: 160 596 3061" | 12 |
| "Meeting ID: 160 897 9580" | 6 |
| "Meeting ID: 161 201 2699" | 4 |
| "Meeting ID: 160 921 4567" | 6 |
| "Meeting ID: 161 094 4574" | 35 |

Exhibit G | Index 06 | p. 15        Page 15 of 31        Add. 15

**EXHIBIT SYN | p. 69**

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf
SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19
Page: 17 of 32          [ source file ]       [ .ots timestamp of source file ]

| | |
|---|---|
| "Meeting ID: 160 368 8210" | 14 |
| "Meeting ID: 161 3603 4346" | 1 |
| "Passcode: 1234" | 520 |
| "Meeting ID:" | 812 |
| "Passcode:" | 811 |
| "MNCIS-PAN" | 810 |
| "Pandemic" | 676 |
| "HENN-CR Pandemic Notice of Remote Hearing" | 198 |

## 2017 (27-CR-17-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 3 |
| Defendant Names by Exact String Match | 1 |
| Defendant Names by Very Similar String Match | 1 |
| Defendant Names Only Appearing a Single Time | 0 |
| | |
| MCRO PDF Documents Downloaded | 73 |
| E-filed Comp Order for Detention | 1 |
| Law Enforcement Notice of Release and Appearance | 0 |
| Order for Conditional Release | 0 |
| Notice of Case Reassignment | 0 |
| Notice of Hearing | 0 |
| Notice of Remote Hearing with Instructions | 8 |
| Returned Mail | 3 |
| Witness List | 0 |
| Rule 20.01 Evaluation for Competency to Proceed | 4 |
| Finding of Incompetency and Order | 0 |

## 2018 (27-CR-18-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 4 |
| Defendant Names by Exact String Match | 4 |
| Defendant Names by Very Similar String Match | 4 |
| Defendant Names Only Appearing a Single Time | 4 |
| | |
| MCRO PDF Documents Downloaded | 184 |
| E-filed Comp Order for Detention | 1 |
| Law Enforcement Notice of Release and Appearance | 4 |
| Order for Conditional Release | 3 |
| Notice of Case Reassignment | 1 |
| Notice of Hearing | 28 |
| Notice of Remote Hearing with Instructions | 22 |
| Returned Mail | 11 |
| Witness List | 3 |
| Rule 20.01 Evaluation for Competency to Proceed | 23 |
| Finding of Incompetency and Order | 3 |

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf
SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19
Page: 18 of 32        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/9/2024 2:58 PM

## 2019 (27-CR-19-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 12 |
| Defendant Names by Exact String Match | 8 |
| Defendant Names by Very Similar String Match | 8 |
| Defendant Names Only Appearing a Single Time | 5 |
| MCRO PDF Documents Downloaded | 459 |
| | |
| E-filed Comp Order for Detention | 5 |
| Law Enforcement Notice of Release and Appearance | 4 |
| Order for Conditional Release | 22 |
| Notice of Case Reassignment | 23 |
| Notice of Hearing | 87 |
| Notice of Remote Hearing with Instructions | 67 |
| Returned Mail | 31 |
| Witness List | 4 |
| Rule 20.01 Evaluation for Competency to Proceed | 49 |
| Finding of Incompetency and Order | 10 |

## 2020 (27-CR-20-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 20 |
| Defendant Names by Exact String Match | 19 |
| Defendant Names by Very Similar String Match | 18 |
| Defendant Names Only Appearing a Single Time | 18 |
| MCRO PDF Documents Downloaded | 606 |
| | |
| E-filed Comp Order for Detention | 8 |
| Law Enforcement Notice of Release and Appearance | 11 |
| Order for Conditional Release | 28 |
| Notice of Case Reassignment | 26 |
| Notice of Hearing | 78 |
| Notice of Remote Hearing with Instructions | 125 |
| Returned Mail | 47 |
| Witness List | 7 |
| Rule 20.01 Evaluation for Competency to Proceed | 72 |
| Finding of Incompetency and Order | 12 |

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 19 of 32        [ source file ]        [ .ots timestamp of source file ]

## 2021 (27-CR-21-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 41 |
| Defendant Names by Exact String Match | 25 |
| Defendant Names Only Appearing a Single Time | 16 |
| Defendant Names by Very Similar String Match | 24 |
| | |
| MCRO PDF Documents Downloaded | 1122 |
| E-filed Comp Order for Detention | 19 |
| Law Enforcement Notice of Release and Appearance | 20 |
| Order for Conditional Release | 101 |
| Notice of Case Reassignment | 55 |
| Notice of Hearing | 90 |
| Notice of Remote Hearing with Instructions | 230 |
| Returned Mail | 78 |
| Witness List | 11 |
| Rule 20.01 Evaluation for Competency to Proceed | 169 |
| Finding of Incompetency and Order | 37 |

## 2022 (27-CR-22-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 44 |
| Defendant Names by Exact String Match | 32 |
| Defendant Names Only Appearing a Single Time | 21 |
| Defendant Names by Very Similar String Match | 32 |
| | |
| MCRO PDF Documents Downloaded | 772 |
| E-filed Comp Order for Detention | 18 |
| Law Enforcement Notice of Release and Appearance | 5 |
| Order for Conditional Release | 46 |
| Notice of Case Reassignment | 25 |
| Notice of Hearing | 105 |
| Notice of Remote Hearing with Instructions | 118 |
| Returned Mail | 49 |
| Witness List | 3 |
| Rule 20.01 Evaluation for Competency to Proceed | 110 |
| Finding of Incompetency and Order | 35 |

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 72**

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

---

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 20 of 32        [ source file ]        [ .ots timestamp of source file ]

---

## 2023 (27-CR-23-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 39 |
| Defendant Names by Exact String Match | 33 |
| Defendant Names Only Appearing a Single Time | 27 |
| Defendant Names by Very Similar String Match | 33 |
| MCRO PDF Documents Downloaded | 413 |
| | |
| E-filed Comp Order for Detention | 27 |
| Law Enforcement Notice of Release and Appearance | 4 |
| Order for Conditional Release | 22 |
| Notice of Case Reassignment | 6 |
| Notice of Hearing | 46 |
| Notice of Remote Hearing with Instructions | 74 |
| Returned Mail | 19 |
| Witness List | 0 |
| Rule 20.01 Evaluation for Competency to Proceed | 61 |
| Finding of Incompetency and Order | 33 |

## Web Browser Automation Script Used to Download All 'Shared Case' MCRO PDF Documents

```python
from selenium import webdriver
from selenium.webdriver.common.by import By
from selenium.webdriver.chrome.options import Options
from selenium.webdriver.chrome.service import Service
from selenium.webdriver.support.ui import WebDriverWait
from selenium.webdriver.support import expected_conditions as EC
import time
import os

def setup_driver(initial_url):
        """ Set up Selenium WebDriver with visible browser window and navigate to the initial URL. """
        chrome_options = Options()
        # Specify download path
        current_dir = os.getcwd()
        prefs = {
                "download.default_directory": current_dir,
                "download.prompt_for_download": False,
                "download.directory_upgrade": True,
                "plugins.always_open_pdf_externally": True  # It will not show PDF directly in chrome
        }
        chrome_options.add_experimental_option("prefs", prefs)
```

Exhibit G | Index 06 | p. 19          Page 19 of 31                          Add. 19

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 21 of 32        [ source file ]        [ .ots timestamp of source file ]

Filed in District Court
State of Minnesota
5/9/2024 2:58 PM

```python
    driver = webdriver.Chrome(options=chrome_options)
    driver.get(initial_url)
    return driver

def download_documents(driver):
    """ Download documents with delays to manage system load. """
    wait = WebDriverWait(driver, 20)
    input("Navigate to the desired page and press Enter to start downloading documents...")
    try:
        buttons = wait.until(EC.presence_of_all_elements_located((By.CSS_SELECTOR, "button.btn-mpa-download-document")))
        for index, button in enumerate(buttons, start=1):
            driver.execute_script("arguments[0].scrollIntoView();", button)
            button.click()
            print(f"Document {index} download initiated.")
            time.sleep(1)  # Delay between downloads to avoid overwhelming the browser
        print("All available documents have been initiated for download.")
    except Exception as e:
        print(f"An error occurred: {str(e)}")

def main():
    initial_url = "https://publicaccess.courts.state.mn.us/"
    driver = setup_driver(initial_url)
    try:
        while True:
            download_documents(driver)
            if input("Press Enter to download again or type 'exit' to quit: ").lower() == 'exit':
                break
    finally:
        driver.quit()

if __name__ == "__main__":
    main()
```

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 22 of 32        [ source file ]        [ .ots timestamp of source file ]

## THE VERY CLEAR 'CIRCULAR' HANDLING PATTERN OF CRIMINAL CASES TAKING PLACE BETWEEN THE SAME THREE 'PROBATE / MENTAL HEALTH' (CIVIL COURT) JUDICIAL OFFICERS -

**A selection of 'common criminal cases' between all three Judicial Officers which originated in 2023**

EXHIBIT
# B

## State of Minnesota vs JIMMY EDWARD SPEARS III (27-CR-23-1600)

**Initial Handling by George Borer:**
The case began with George Borer handling an initial hearing on February 14, 2023, where key procedural decisions were made. This set the foundational legal framework for the case, addressing initial appearances and bail conditions.

**Transition to Julia Dayton Klein:**
The case was then transferred to Julia Dayton Klein for a subsequent hearing on March 7, 2023. During this hearing, she addressed several procedural aspects, building upon the groundwork laid by Borer, including the discussion and rulings related to further bail conditions and procedural advancements.

**Engagement of Danielle Mercurio:**
After Klein's involvement, the case moved to Danielle Mercurio for additional hearings, where she continued the judicial process, possibly reinforcing or modifying the decisions previously made by Klein and Borer. This included handling motions related to the ongoing legal proceedings and adjusting judicial approaches based on the evolving case context.

**Return to George Borer:**
The case circled back to George Borer, who conducted another hearing on March 21, 2023. His involvement at this stage again signifies the cyclic nature of the judicial handling among these three judges, where he reviewed and ruled on procedural motions, ensuring the continuity and legal consistency of the case handling.

**Final Handling by Julia Dayton Klein:**
The case eventually returned to Julia Dayton Klein for the final decisions, where she concluded the proceedings based on the cumulative inputs over multiple hearings by the involved judges. This included a critical review and final ruling on April 11, 2023, effectively closing the procedural loop and ensuring all judicial decisions were comprehensively addressed.

-------------------------------------------------------------------------------------------------------------------

## State of Minnesota vs Lucas Patrick Kraskey (27-CR-23-385)

**Initial Handling by George Borer:**
The case started with George Borer conducting the first significant hearing on February 14, 2023, where critical procedural decisions were made, setting the preliminary legal framework for the case proceedings.

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 23 of 32        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/10/2024 2:58 PM

**Transition to Danielle Mercurio:**
Shortly after, on February 21, 2023, Danielle Mercurio took over for a detailed evaluation for competency to proceed, building upon the judicial process initiated by Borer. This included handling and filing orders directly related to the defendant's competency evaluation, emphasizing her role in significant legal proceedings.

**Engagement of Julia Dayton Klein:**
Julia Dayton Klein was engaged for a hearing held on March 7, 2023, where she oversaw further procedural developments, including issuing a warrant due to a failure to appear by the defendant. Her involvement furthered the decisions and discussions previously handled by Mercurio and Borer, indicating a pattern of sequential involvement among these judges.

**Return to George Borer:**
The case circled back to George Borer, who conducted another hearing on March 21, 2023, where key decisions were made following the evaluations and inputs from previous hearings. His decisions during this session included motions related to bail and continued the legal processes, reflecting a recurring pattern where the case was passed back among the three judges.

**Final Decisions by Danielle Mercurio:**
Ultimately, Danielle Mercurio handled the concluding aspects of the case, including final hearings and dispositions on May 2, 2023. This included a finding of incompetency and the formal dismissal of the case, based on the cumulative judicial inputs over the multiple hearings.

--------------------------------------------------------------------------------------------------------------------------

## State of Minnesota vs TERRELL JOHNSON (27-CR-23-8649)

**Initial Handling by George Borer:**
The case started with Judge George Borer overseeing a bail hearing on March 19, 2024, where he addressed the initial procedural aspects and set interim conditions, establishing a foundational legal approach for the case.

**Engagement of Danielle Mercurio:**
Danielle Mercurio took over the proceedings on the same day (March 19, 2024), conducting a hearing that involved critical decisions on the competency of the defendant, directly continuing from the points raised by Judge Borer earlier.

**Continued by Julia Dayton Klein:**
Subsequently, the case was handled by Julia Dayton Klein for a review hearing scheduled for August 29, 2023, which was canceled, and later for another hearing on February 27, 2024. Her role was to review and follow up on the earlier assessments regarding competency and bail conditions, ensuring that all judicial proceedings were coherent and continuous.

**Return to Danielle Mercurio:**
The case then moved back to Danielle Mercurio, where she finalized the judicial process on March 12, 2024, with a series of hearings that culminated in a finding of incompetency. This session reflected a comprehensive review of the case's progress based on previous judicial inputs.

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 24 of 32       [ source file ]       [ .ots timestamp of source file ]

---

**Upcoming Hearings:**
There is a review hearing scheduled with Julia Dayton Klein on September 10, 2024, indicating ongoing judicial involvement and monitoring of the case status.

---------------------------------------------------------------------------------------------------------------------

### State of Minnesota vs AARON DASHAUN CHERRY (27-CR-23-3198)

**Initial Handling by George Borer:**
The case opened with George Borer handling the first significant hearing on February 10, 2023, where initial procedural decisions and a bail hearing were conducted. His role was crucial in setting the legal and procedural framework for the case.

**Transition to Julia Dayton Klein:**
The case then transitioned to Julia Dayton Klein for a motion hearing on February 21, 2023. Her decisions built upon the groundwork laid by Borer, furthering the legal proceedings and revisiting the bail conditions set earlier. Her involvement was key in addressing motions related to the ongoing management of the case.

**Engagement of Danielle Mercurio:**
Subsequently, the case was moved to Danielle Mercurio for another bail hearing on March 6, 2023, continuing the judicial process initiated by Borer and Klein. This hearing further addressed ongoing legal considerations pertinent to the case's development, including bail conditions and the management of the defendant's custody status.

**Return to Julia Dayton Klein:**
Finally, the case returned to Julia Dayton Klein, who handled a review hearing on June 11, 2023. This closure of the judicial loop with Klein highlights the recurring pattern of handling among the same set of judges, which might impact the impartiality and independence of judicial decisions. Her final review helped solidify the decisions made throughout the case, ensuring all judicial aspects were comprehensively addressed.

---------------------------------------------------------------------------------------------------------------------

### State of Minnesota vs Abdinour Mohamed Alasow (27-CR-23-512)

**Initial Handling by Kristin Siegesmund:**
The case commenced with Kristin Siegesmund, who conducted the first appearance and set the initial terms, including a Rule 20.01 evaluation for competency on January 9, 2023. This early decision set the stage for subsequent judicial reviews.

**Transition to George Borer:**
On February 14, 2023, George Borer handled the proceedings post-Rule 20.01 evaluation. His decision regarding the defendant's competency significantly shaped the next steps in the judicial process, emphasizing his role in pivotal determinations.

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 25 of 32          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/9/2024 2:58 PM

**Engagement of Julia Dayton Klein:**
Subsequently, the case was transitioned to Julia Dayton Klein for further decisions. On March 7, 2023, she was involved in subsequent hearings and decisions that built upon the assessments made by George Borer, including orders related to the conditions of release and continuation of the case under specified terms.

**Return to Danielle Mercurio:**
Finally, the case was handled by Danielle Mercurio for closing procedures, where she finalized the decisions previously influenced by both Borer and Klein. This final stage of the case reflects a recurring pattern where significant decisions are reviewed and concluded by Mercurio, indicating a systemic approach in handling such sensitive matters.

-------------------------------------------------------------------------------------------------------------------

## State of Minnesota vs Abdinour Mohamed Alasow (27-CR-23-883)

**Initial Handling by Kristin Siegesmund:**
The case began with Kristin Siegesmund managing the first appearance and initial proceedings on February 13, 2023. She set the stage for subsequent judicial assessments by establishing interim conditions and addressing initial legal requirements.

**Transition to George Borer:**
Shortly thereafter, on February 14, 2023, George Borer conducted a crucial hearing focusing on the defendant's competency and related legal determinations. His decisions during this hearing were foundational for the case's trajectory, including a finding of incompetency and setting further interim conditions based on the competency evaluations.

**Engagement of Julia Dayton Klein:**
The case then moved to Julia Dayton Klein, who on March 7, 2023, conducted another significant hearing. Her involvement often symbolizes a continuation and sometimes a pivotal turn in the case based on prior hearings conducted by Borer. She upheld the bail conditions previously set and conducted the proceedings remotely, adding to the continuity in judicial handling.

**Return to Danielle Mercurio:**
The final hearings and decisions transitioned back to Danielle Mercurio, where she concluded the proceedings by dismissing the case on March 27, 2023. Her closure of the case reflects the ongoing pattern where critical decisions are cycled through the same set of judges, finalizing the legal outcomes based on the comprehensive inputs provided throughout the judicial process.

-------------------------------------------------------------------------------------------------------------------

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf
SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19
Page: 26 of 32          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/9/2024 2:58 PM

### State of Minnesota vs YASMIN AHMED ALI (27-CR-23-1658)

**Initial Handling by George Borer:**
The case began with a critical hearing conducted by George Borer on May 30, 2023, where initial procedural decisions were made, including scheduling further evaluations and handling initial court appearances.

**Transition to Julia Dayton Klein:**
Subsequently, Julia Dayton Klein took over the case for a hearing scheduled on June 20, 2023. Her involvement was crucial in further developing the case based on the foundational decisions made by Borer, particularly addressing the outcomes of the competency evaluations and setting interim conditions.

**Engagement of Danielle Mercurio:**
The case then moved to Danielle Mercurio for an additional hearing. However, this particular hearing scheduled for July 11, 2023, was ultimately canceled. This indicates planned sequential involvement which was not executed but shows the intended circular handling.

**Return to George Borer:**
Interestingly, the case circled back to George Borer, reflecting the recurring pattern of judicial handling among these judges, where he continued to oversee the ongoing evaluations and adjusted court orders as necessary.

-------------------------------------------------------------------------------------------------------------------

### State of Minnesota vs GRAHM MARK FLETCHER (27-CR-23-2152)

**Initial Handling by Danielle Mercurio:**
The case was first handled by Danielle Mercurio on July 11, 2023, where preliminary decisions regarding the proceedings were made, including addressing the outcomes from a previously issued warrant and managing the initial Rule 20.01 evaluation for competency.

**Engagement of Julia Dayton Klein:**
The case was then transferred to Julia Dayton Klein for a hearing on July 25, 2023. She built upon the previous decisions, furthering the procedural aspects of the case and reviewing the need for continued interventions based on earlier hearings. During this hearing, an important decision was made to issue a bench warrant due to non-appearance, impacting subsequent legal proceedings.

**Return to Danielle Mercurio:**
Subsequently, Danielle Mercurio took over again for a series of follow-up hearings, including one on November 28, 2023, where she reviewed the progress and made additional decisions based on the ongoing evaluations and previous judicial inputs. This session included addressing the completion of the competency evaluation and planning further steps in the judicial process.

-------------------------------------------------------------------------------------------------------------------

Page 25 of 31

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf
SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19
Page: 27 of 32          [ source file ]        [ .ots timestamp of source file ]

### State of Minnesota vs MUAD ABDULKADIR (27-CR-23-3459)

**Initial Handling by Hilary Caligiuri:**
The case began with Judge Hilary Caligiuri who conducted the first hearing and handled several preliminary matters including a Rule 20.01 evaluation order on February 16, 2023. This set the foundation for further judicial actions.

**Engagement of Julia Dayton Klein:**
Julia Dayton Klein was involved in a subsequent hearing scheduled for September 26, 2023, which was later cancelled and rescheduled to November 7, 2023, by agreement. This pattern indicates a planned sequential involvement which was adjusted based on judicial availability and agreement among parties.

**Return to George Borer:**
The case briefly returned to George Borer on March 21, 2023, for a hearing where significant decisions regarding competency were made. His decisions influenced the direction of the case moving forward.

**Final Handling by Danielle Mercurio:**
Danielle Mercurio conducted a review hearing on September 19, 2023, where she addressed the ongoing aspects of the case, building on the previous judges' decisions. This hearing was critical for assessing the progress and determining the next steps in the judicial process.

-------------------------------------------------------------------------------------------------------------------

### State of Minnesota vs ABDULKADIR ELMI EGAL (27-CR-23-3496)

**Initial Handling by George Borer:**
The case began with Judge George Borer handling the initial hearings, including competency evaluations and related decisions on March 21, 2023, setting the judicial tone and procedural basis for the case. This included a crucial finding of incompetency and related orders that shaped the subsequent legal proceedings.

**Transition to Julia Dayton Klein:**
Subsequently, the case was transferred to Julia Dayton Klein for a bail hearing on April 4, 2023. Her involvement furthered the legal proceedings and revisited decisions regarding the bail that were initially set by Borer. During this hearing, the bail conditions were reviewed and upheld, ensuring continuity in the case's management.

**Engagement of Danielle Mercurio:**
The case moved to Danielle Mercurio for a review hearing scheduled for September 19, 2023. This step continued the judicial process, likely building on the previous decisions made by Klein and Borer. However, this hearing was ultimately canceled, indicating planned but unexecuted judicial follow-through.

-------------------------------------------------------------------------------------------------------------------

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf
SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19
Page: 28 of 32        [ source file ]        [ .ots timestamp of source file ]

### State of Minnesota vs MOHAMED ABDI SHIDE (27-CR-23-284)

**Initial Handling by Susan N. Burke:**
The case was first assigned to Susan N. Burke, who initiated the proceedings based on the preliminary hearings.

**Transition to George Borer:**
Subsequently, the case was handed over to George Borer for critical hearings concerning the competency of the defendant and other related proceedings. Borer's decisions here were pivotal as they set the stage for further legal actions, emphasizing a pattern where he often follows up on cases initially reviewed by other judges.

**Engagement of Julia Dayton Klein:**
After Borer's input, the case was transitioned to Julia Dayton Klein for further proceedings, particularly focusing on the implications of the competency ruling and finalizing the dismissal. Dayton Klein's role often involves deeper legal and procedural decisions following the assessments made by Borer.

**Return to Danielle Mercurio:**
The case circled back to Danielle Mercurio for additional reviews and final assessments, suggesting a recurring loop among these three judges. This pattern was particularly evident in the post-competency phase of the proceedings, where Mercurio reassessed the case, possibly for final decisions or further directions.

-----------------------------------------------------------------------------------------------------------------

### State of Minnesota vs Lucas Patrick Kraskey (27-CR-23-5751)

**Initial Handling by Julia Dayton Klein:**
The case started with Julia Dayton Klein handling a bail hearing on March 28, 2023, where she made decisions regarding the defendant's bail status and ordered a competency evaluation under Rule 20.01.

**Engagement of George Borer:**
Subsequently, George Borer took over the proceedings on the same day (March 28, 2023), continuing the evaluation for competency to proceed, which was initially set by Dayton Klein.

**Return to Julia Dayton Klein:**
The case circled back to Julia Dayton Klein, who managed the final decisions related to the competency evaluations and subsequent orders. She concluded these processes by affirming the need for continued judicial oversight pending the outcomes of the evaluations.

-----------------------------------------------------------------------------------------------------------------

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf
SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19
Page: 29 of 32      [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/9/2024 1:58 PM

# MCRO 'Incompetent to Proceed' Orders from all Criminal Cases Shared amongst Judge Julia Dayton Klein, Referee Danielle Mercurio, and Referee George Borer

**EXHIBIT C**

| DATE | 2017 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|------|-----------|------------------|---------------------|---------------|
| 06/06/2023 | 27-CR-18-18391 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 03/20/2024 | 27-CR-18-18391 | Hearing | George Borer | Michael K Brown |
| 05/24/2023 | 27-CR-18-26530 | Askalani | Lori Skibbie | Julia Dayton Klein |

| DATE | 2019 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|------|-----------|------------------|---------------------|---------------|
| 03/12/2024 | 27-CR-19-12466 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-19-19606 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 06/06/2023 | 27-CR-19-1916 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 06/06/2023 | 27-CR-19-3539 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 06/06/2023 | 27-CR-19-17539 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 03/20/2024 | 27-CR-19-1916 | Hearing | George Borer | Michael K Brown |
| 03/20/2024 | 27-CR-19-3539 | Hearing | George Borer | Michael K Brown |
| 03/20/2024 | 27-CR-19-17539 | Hearing | George Borer | Michael K Brown |
| 02/15/2023 | 27-CR-19-901 | Lisa Janzen | George Borer | Julia Dayton Klein |
| 05/24/2023 | 27-CR-19-9270 | Askalani | Lori Skibbie | Julia Dayton Klein |

| DATE | 2020 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|------|-----------|------------------|---------------------|---------------|
| 03/12/2024 | 27-CR-20-8926 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-20-20037 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 11/28/2023 | 27-CR-20-11638 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 10/17/2023 | 27-CR-20-10049 | Francis Magill | George Borer | Jamie Anderson |
| 06/01/2023 | 27-CR-20-19196 | Julia Dayton Klein | George Borer | Michael K Brown |
| 02/15/2023 | 27-CR-20-13495 | Lisa Janzen | George Borer | Julia Dayton Klein |
| 04/26/2023 | 27-CR-20-20788 | Michael K Brown | George Borer | Julia Dayton Klein |
| 04/24/2023 | 27-CR-20-8575 | Hilary Caligiuri | Julia Dayton Klein | Julia Dayton Klein |
| 01/23/2023 | 27-CR-20-7092 | Julia Dayton Klein | Julia Dayton Klein | Julia Dayton Klein |
| 03/08/2023 | 27-CR-20-6517 | Michael K Brown | Julia Dayton Klein | Julia Dayton Klein |
| 02/12/2024 | 27-CR-20-20788 | Shereen Askalani | Julia Dayton Klein | Julia Dayton Klein |
| 05/24/2023 | 27-CR-20-11638 | Moore | Lori Skibbie | Julia Dayton Klein |

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf
SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19
Page: 30 of 32        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/9/2024 2:58 PM

| DATE | 2021 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|------|-----------|------------------|--------------------|---------------|
| 02/22/2023 | 27-CR-21-23628 | Danielle Mercurio | Danielle Mercurio | Michael K Brown |
| 07/12/2023 | 27-CR-21-19723 | David Piper | Danielle Mercurio | Michael K Brown |
| 07/12/2023 | 27-CR-21-23456 | David Piper | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-1171 | Jay Quam | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-21-19552 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-21-23233 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-6904 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8067 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8227 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8228 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8229 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8230 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8511 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 06/06/2023 | 27-CR-21-22058 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 03/12/2024 | 27-CR-21-6710 | William Koch | Danielle Mercurio | Julia Dayton Klein |
| 04/26/2023 | 27-CR-21-6710 | Garcia | George Borer | Julia Dayton Klein |
| 02/15/2023 | 27-CR-21-10675 | Julie Allyn | George Borer | Julia Dayton Klein |
| 08/08/2023 | 27-CR-21-8412 | Kerry Meyer | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-21-1980 | Melissa Houghtaling | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-21-20072 | Melissa Houghtaling | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-21-20988 | Melissa Houghtaling | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-21-21355 | Melissa Houghtaling | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-21-23188 | Melissa Houghtaling | George Borer | Michael K Brown |
| 03/20/2024 | 27-CR-21-22058 | Previous Finding | George Borer | Michael K Brown |
| 04/24/2023 | 27-CR-21-7676 | Hilary Caligiuri | Julia Dayton Klein | Julia Dayton Klein |
| 01/23/2024 | 27-CR-21-933 | Julia Dayton Klein | Julia Dayton Klein | Julia Dayton Klein |
| 10/03/2023 | 27-CR-21-6229 | Julia Dayton Klein | Julia Dayton Klein | Julia Dayton Klein |
| 03/08/2023 | 27-CR-21-23131 | Michael K Brown | Julia Dayton Klein | Julia Dayton Klein |
| 11/01/2023 | 27-CR-21-14861 | Agreement of parties | Michael K Brown | Michael K Brown |
| 03/05/2024 | 27-CR-21-23628 | Jean Burdorf | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-6904 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8067 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8227 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8228 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8229 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8230 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8511 | Julia Dayton Klein | Michael K Brown | Michael K Brown |

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 31 of 32        [ source file ]      [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/10/2024 2:58 PM

| DATE | 2022 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|------|-----------|------------------|--------------------|---------------|
| 02/22/2023 | 27-CR-22-7797 | Danielle Mercurio | Danielle Mercurio | Michael K Brown |
| 02/22/2023 | 27-CR-22-25134 | Danielle Mercurio | Danielle Mercurio | Michael K Brown |
| 07/12/2023 | 27-CR-22-15550 | David Piper | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-22-1165 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-22-4898 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-22-17300 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-22-21679 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-22-24045 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 11/28/2023 | 27-CR-22-10646 | Michael K Brown | Danielle Mercurio | Michael K Brown |
| 03/11/2024 | 27-CR-22-19036 | Michael K Brown | Danielle Mercurio | Michael K Brown |
| 02/15/2023 | 27-CR-22-3570 | Julie Allyn | George Borer | Julia Dayton Klein |
| 02/15/2023 | 27-CR-22-3570 | Julie Allyn | George Borer | Julia Dayton Klein |
| 02/15/2023 | 27-CR-22-22521 | Julie Allyn | George Borer | Julia Dayton Klein |
| 01/11/2023 | 27-CR-22-18938 | Lyonel Norris | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-22-4087 | Melissa Houghtaling | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-22-22963 | Melissa Houghtaling | George Borer | Michael K Brown |
| 12/05/2023 | 27-CR-22-25151 | Michael Burns | George Borer | Michael K Brown |
| 02/16/2023 | 27-CR-22-21925 | Siegesmund | George Borer | Julia Dayton Klein |
| 02/16/2023 | 27-CR-22-23317 | Siegesmund | George Borer | Julia Dayton Klein |
| 04/13/2023 | 27-CR-22-13185 | Bev Benson | Julia Dayton Klein | Julia Dayton Klein |
| 02/27/2024 | 27-CR-22-18938 | Julia Dayton Klein | Julia Dayton Klein | Julia Dayton Klein |
| 06/21/2023 | 27-CR-22-19036 | Julie Allyn | Julia Dayton Klein | Julia Dayton Klein |
| 03/08/2023 | 27-CR-22-24627 | Michael K Brown | Julia Dayton Klein | Julia Dayton Klein |
| 02/27/2024 | 27-CR-22-14493 | William Koch | Julia Dayton Klein | Julia Dayton Klein |
| 05/24/2023 | 27-CR-22-3553 | Askalani | Lori Skibbie | Julia Dayton Klein |
| 03/15/2023 | 27-CR-22-18789 | Michael Burns | Lori Skibbie | Julia Dayton Klein |
| 06/14/2023 | 27-CR-22-3377 | Amber Brennan | Michael K Brown | Michael K Brown |
| 06/14/2023 | 27-CR-22-22687 | Amber Brennan | Michael K Brown | Michael K Brown |
| 03/05/2024 | 27-CR-22-7797 | Jean Burdorf | Michael K Brown | Michael K Brown |
| 03/05/2024 | 27-CR-22-25134 | Jean Burdorf | Michael K Brown | Michael K Brown |
| 01/24/2023 | 27-CR-22-18209 | Juan Hoyos | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-22-17300 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 05/10/2023 | 27-CR-22-13941 | Kerry Meyer | Michael K Brown | Michael K Brown |
| 02/02/2024 | 27-CR-22-9720 | Thomas J Conley | Michael K Brown | Michael K Brown |
| 02/02/2024 | 27-CR-22-12076 | Thomas J Conley | Michael K Brown | Michael K Brown |

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**Minnesota COA Case A24-0780 | May 10, 2024 | Addendum**
EXHIBIT SYN

14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf

SHA-256 Hash of Source File:  ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19

Page: 32 of 32        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/9/2024 2:58 PM

| DATE | 2023 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|------|-----------|------------------|--------------------|---------------|
| 11/01/2023 | 27-CR-23-20715 | Agreement of parties | Michael K Brown | Michael K Brown |
| 04/13/2023 | 27-CR-23-5213 | Bev Benson | Julia Dayton Klein | Julia Dayton Klein |
| 08/30/2023 | 27-CR-23-1101 | Burdorf | Julia Dayton Klein | Julia Dayton Klein |
| 04/04/2024 | 27-CR-23-1101 | Burdorf | Michael K Brown | Michael K Brown |
| 04/26/2024 | 27-CR-23-21403 | Edward Wahl | Michael K Brown | Michael K Brown |
| 03/22/2023 | 27-CR-23-3459 | Hilary Caligiuri | George Borer | Michael K Brown |
| 03/22/2023 | 27-CR-23-3460 | Hilary Caligiuri | George Borer | Michael K Brown |
| 03/22/2023 | 27-CR-23-3496 | Hilary Caligiuri | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-23-8560 | Jat Quam | George Borer | Michael K Brown |
| 03/12/2024 | 27-CR-23-8649 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 10/10/2023 | 27-CR-23-18846 | Juan Hoyos | Lori Skibbie | Julia Dayton Klein |
| 10/10/2023 | 27-CR-23-18850 | Juan Hoyos | Lori Skibbie | Julia Dayton Klein |
| 10/18/2023 | 27-CR-23-18964 | Juan Hoyos | George Borer | Jamie Anderson |
| 05/02/2023 | 27-CR-23-385 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 01/17/2024 | 27-CR-23-1886 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 05/02/2023 | 27-CR-23-5751 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 11/01/2023 | 27-CR-23-5751 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 03/08/2023 | 27-CR-23-2480 | Julie Allyn | Julia Dayton Klein | Julia Dayton Klein |
| 12/13/2023 | 27-CR-23-12653 | Julie Allyn | Julia Dayton Klein | Julia Dayton Klein |
| 11/01/2023 | 27-CR-23-16281 | Julie Allyn | Michael K Brown | Michael K Brown |
| 03/22/2023 | 27-CR-23-284 | Larson | George Borer | Michael K Brown |
| 03/22/2023 | 27-CR-23-3423 | Larson | George Borer | Michael K Brown |
| 11/15/2023 | 27-CR-23-21653 | Lisa Janzen | Lori Skibbie | Michael K Brown |
| 07/13/2023 | 27-CR-23-1886 | Lyonel Norris | George Borer | Michael K Brown |
| 04/04/2024 | 27-CR-23-2480 | Mark Kappelhoff | Michael K Brown | Michael K Brown |
| 11/22/2023 | 27-CR-23-24219 | Marta Chou | George Borer | Michael K Brown |
| 07/26/2023 | 27-CR-23-12360 | Michael Burns | Julia Dayton Klein | Julia Dayton Klein |
| 08/24/2023 | 27-CR-23-13960 | Paul Scoggin | Michael K Brown | Michael K Brown |
| 02/16/2023 | 27-CR-23-512 | Siegesmund | George Borer | Julia Dayton Klein |
| 02/02/2024 | 27-CR-23-17576 | Thomas Conley | Michael K Brown | Michael K Brown |
| 12/06/2023 | 27-CR-23-3198 | William Koch | Lori Skibbie | Julia Dayton Klein |
| 12/11/2023 | 27-CR-23-3198 | William Koch | Lori Skibbie | Julia Dayton Klein |
| 02/27/2024 | 27-CR-23-9546 | William Koch | Julia Dayton Klein | Julia Dayton Klein |

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**24 · cv-2646 | Original Complaint | Potentially Fraudulent Case Files | July 8, 2024**
EXHIBIT SYN

24__EXHIBIT-Q__ORIGINAL-COMPLAINT__DIGITAL.pdf
SHA-256 Hash of Source File:  ae1ba01086d2b9c0714cbd46c42f6d8b1edb307c10a6cb428f1e0ca18f143c06
Page: 1 of 4         [ source file ]         [ .ots timestamp of source file ]

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW D. GUERTIN | Case No: 24-cv-2646-JRT-DLM |
| Plaintiff, | |
| v. | |
| HENNEPIN COUNTY, a municipal entity; | |
| KEITH ELLISON, in his official capacity as Minnesota Attorney General; | |
| MARY MORIARTY, in her official capacity as Hennepin County Attorney; | |
| CHELA GUZMAN-WEIGART, in her official capacity as Assistant County Administrator for Law, Safety, and Justice; | |
| JULIA DAYTON-KLEIN, in her individual capacity; | |
| GEORGE F. BORER, in his individual capacity; | **COMPLAINT WITH JURY DEMAND** |
| DANIELLE C. MERCURIO, in her individual capacity; | |
| DR. JILL ROGSTAD, in her official capacity as Senior Clinical Forensic Psychologist in the Fourth Judicial District; | |
| DR. ADAM MILZ, in his official capacity with Hennepin County Mental Health; | |
| JACQUELINE PEREZ, in her official capacity as Assistant Hennepin County Attorney; | |
| BRUCE M. RIVERS, in his individual capacity. | |
| Defendants. | |

## COMPLAINT

Plaintiff Matthew Guertin, proceeding pro se, brings forth this action pursuant to 42 U.S.C. § 1983 for due process violations, ineffective assistance of counsel, denial of access to the courts, judicial misconduct, fraud on the court, civil conspiracy under 42 U.S.C. § 1985, gross negligence, violations of state laws governing forgery, and wire fraud under 18 U.S.C. § 1343.

1

Exhibit Q | Complaint | p. 1

**24 · cv-2646 | Original Complaint | Potentially Fraudulent Case Files | July 8, 2024**
EXHIBIT SYN

24__EXHIBIT-Q__ORIGINAL-COMPLAINT__DIGITAL.pdf
SHA-256 Hash of Source File:  ae1ba01086d2b9c0714cbd46c42f6d8b1edb307c10a6cb428f1e0ca18f143c06
Page: 2 of 4          [ source file ]          [ .ots timestamp of source file ]

## **APPENDIX**

**I.**      NATURE OF THE COMPLAINT…………………………………………………  3

**II.**     INTRODUCTION……………………………………………………………..………  4

**III.**    PARTIES………………………………………………………………..…………………… 14

**IV**.    JURISDICTION AND VENUE……………………………………………………......…18

**V.**     CHRONOLOGICAL FACTS……………………………………………………......……19

**VI.**    POTENTIALLY FRAUDULENT MCRO JUDICIAL RECORDS…………………….. 70

**VII.**   PRE-EMPTIVE ADDRESS OF HECK V. HUMPHREY…………………………… 71

**VIII.**  CLAIMS FOR RELIEF……………………………………………………………………73

       **COUNT I:**     Violation of Due Process Rights (42 U.S.C. § 1983)……………………….. 73

       **COUNT II:**    Fraud & Forgery (18 U.S.C. § 1341; § 1343; Minn. Stat. § 609.63)………... 76

       **COUNT III:**   Ineffective Assistance of Counsel (Sixth Amendment)……………………... 77

       **COUNT IV:**    Violation of Equal Protection (42 U.S.C. § 1983)………………………….. 80

       **COUNT V:**     Denial of Right to Access to Courts (42 U.S.C. § 1983)……………………. 82

       **COUNT VI:**    Civil Conspiracy (42 U.S.C. § 1985)……………………………………….. 86

       **COUNT VII:**   Gross Negligence (Minn. Stat. § 604.03)…………………………………... 90

       **COUNT VIII:**  Judicial Misconduct (42 U.S.C. § 1983)…………………………………… 92

       **COUNT IX:**    Monell Claim (42 U.S.C. § 1983)………………………………………….. 93

       **COUNT X:**     Negligent Infliction of Emotional Distress (Minn. Stat. § 604.03)………….. 95

       **COUNT XI:**    Retaliation (42 U.S.C. § 1983)…………………………………………… . 97

       **COUNT XII:**   Federal Wire Fraud (18 U.S.C. § 1343)…………………………………... 99

       **COUNT XIII:**  Fraud on the Court (42 U.S.C. § 1983)…………………………………… 101

       **COUNT XIV:** Misconduct of Public Officer or Employee (Minn. Stat. § 609.43)………... 103

       **COUNT XV:** Recording, Filing of Forged Instrument (Minn. Stat. § 609.64)……………. 104

**IX.**    PRAYER FOR RELIEF……………………………………………………………………... 106

**X.**     JURY DEMAND……………………………………………………………………… 107

**XI.**    VERIFICATION OF COMPLAINT…………………………………………………… 108

2

Exhibit Q | Complaint | p. 2

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 87**

**24 · cv-2646 | Original Complaint | Potentially Fraudulent Case Files | July 8, 2024**
EXHIBIT SYN

---

24_EXHIBIT-Q_ORIGINAL-COMPLAINT_DIGITAL.pdf
SHA-256 Hash of Source File:  ae1ba01086d2b9c0714cbd46c42f6d8b1edb307c10a6cb428f1e0ca18f143c06
Page: 3 of 4          [ source file ]          [ .ots timestamp of source file ]

---

456.    The appellate court's refusal to consider these critical issues perpetuates the ongoing injustices faced by Guertin, failing to address the severe implications for his due process rights and the integrity of the judicial system.

457.    The Court also denied Plaintiff's motions for judicial notice, deeming them as 'unnecessary'. These motions were aimed at bringing additional evidence to light, demonstrating Guertin's competency and further exposing the misconduct in the lower court proceedings.

### VI.   POTENTIALLY FRAUDULENT MCRO JUDICIAL RECORDS

458.    A recent data analysis conducted by the Plaintiff from the Minnesota Court Records Online (MCRO) reveals several irregularities that raise concerns about potential fraud and misconduct within the judicial system.

459.    The data reveals several defendants with very similar or slightly varied names, raising concerns about record accuracy and potential fraud. (Index 37, pp. 2-3)

460.    An unusually high number of competency evaluations relative to the number of defendants suggests possible fabrication of evaluation orders. (Index 37, pp. 16-17)

461.    A disproportionately high number of detention and release orders compared to the number of active defendants indicates possible misuse of these orders. (Index 37, pp. 15-18)

462.    The data shows repeated and unusual defendant names, suggesting potential issues with the integrity of court records. (Index 37, pp. 10-12)

463.    There is a pattern of the same judges repeatedly making decisions on the same cases, raising concerns about impartiality and fairness. (Index 37, pp. 21-23)

464.    Extensive use of remote hearings with multiple Meeting IDs and Passcodes indicates potential irregularities in hearing conduct. (Index 37, pp. 15-16)

70

Exhibit Q | Complaint | p. 70

**EXHIBIT SYN | p. 88**

**24 · cv-2646 | Original Complaint | Potentially Fraudulent Case Files | July 8, 2024**
EXHIBIT SYN

---

24__EXHIBIT-Q__ORIGINAL-COMPLAINT__DIGITAL.pdf
SHA-256 Hash of Source File:  ae1ba01086d2b9c0714cbd46c42f6d8b1edb307c10a6cb428f1e0ca18f143c06
Page: 4 of 4        [ source file ]        [ .ots timestamp of source file ]

---

465.    The same judicial officers involved in the Plaintiff's proceedings are implicated in these systemic issues. These patterns of misconduct may have contributed to the unfair and biased treatment the Plaintiff has experienced, thus impacting his constitutional rights to due process and a fair trial.

466.    The Plaintiff requests the court to take judicial notice of these systemic issues and consider them as part of the broader context when evaluating the specific claims of judicial misconduct and due process violations presented in this complaint.

## VII.   PRE-EMPTIVE ADDRESS OF HECK V. HUMPHREY

467.    The Plaintiff, Matthew Guertin, has not been convicted or sentenced in the criminal case associated with these claims. Furthermore, the civil commitment order issued against the Plaintiff has been stayed, as detailed in the "Respondent's Stayed Order of Civil Commitment Agreement" and the "Plan for Services Agreement" (Exhibit K, Index 22).

468.    This stay means that the Plaintiff is not currently committed or confined. There is no conviction or sentence to invalidate, as required under *Heck v. Humphrey*, 512 U.S. 477 (1994). Therefore, the principles outlined in *Heck* do not apply to this case.

469.    The core element of this case is the invalid and fraudulent determination of incompetence. The claims presented focus on procedural due process violations, including but not limited to:

    a.   The use of fraudulent discovery materials provided to the psychological examiner.

    b.   The denial of access to the second Rule 20.01 exam report, despite multiple requests.

    c.   The lack of implied consent for the second determination of incompetence.

71

*Exhibit Q | Complaint | p. 71*

**EXHIBIT SYN | p. 89**

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 1 of 31        [ source file ]        [ .ots timestamp of source file ]

| | |
|---|---|
| **STATE OF MINNESOTA** | **DISTRICT COURT** |
| **COUNTY OF HENNEPIN** | **FOURTH JUDICIAL DISTRICT** |

---

| | |
|---|---|
| State of Minnesota, | Court File No.: 27-CR-23-1886 |
| Plaintiff, | |
| vs. | **DEFENDANT'S** |
| Matthew David Guertin, | **AFFIDAVIT OF FACT** |
| Defendant. | |

---

TO:        THE HONORABLE JULIA DAYTON KLEIN, JUDGE OF THE DISTRICT
COURT; THE CLERK OF THE FOURTH JUDICIAL DISTRICT COURT; MS.
JACQUELINE PEREZ, ASSISTANT HENNEPIN COUNTY ATTORNEY; AND
THE OFFICE OF THE HENNEPIN COUNTY ATTORNEY.


### AFFIDAVIT OF FACT

I, MATTHEW DAVID GUERTIN, residing at 1075 Traditions Court, City of Chaska,
County of Carver, State of Minnesota, being duly sworn, hereby depose and state under penalty
of perjury:


### INTRODUCTION

I conducted a data analysis of the Minnesota Court Records Online (MCRO) by downloading a
total of 3,556 MCRO PDF criminal case files, which span a total of 163 unique criminal case ID
numbers which were obtained through the 'hearing' search provided on the MCRO website that
allows someone to search by specific Judicial Officers. This analysis began out of curiosity, and
my wondering as to whether or not it was standard procedure to have a very small group of just
three Judicial Officers essentially 'take over' a criminal court case from early on in its inception
in what seems to be a very 'contained' or 'controlled' manner. This is what it seems like in my
current case anyways – which lead me take a look at the the case distribution amongst the three

Exhibit A | Index 37 | p. 1

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 2 of 31        [ source file ]        [ .ots timestamp of source file ]

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

Judicial Officers who have been making all of the key decisions in my criminal, as well as my civil case now. A brief exercise if you will...one which involves using a multi-step process in which I print a PDF of each 200 result date range search beginning at April 26, 2024, and spanning into the past until reached January 1, 2023. I then converted these PDF files to text files and processed them using custom Python scripts that allowed me to clean up, and sort the massive collection of data I compiled – which eventually resulted in me being able to run a Python script that used three different text files as its input, and then output a new text file that only contained the cases which the Honorable Judge Julia Dayton Klein, Danielle Mercurio, and George Borer all had hearings listed for in the 2023-Current date range I searched. I then segregated these even further using the year ID signifying the cases origination year.

The total number of 'Shared Cases' between all three is 163.

I then created a custom Python script that uses the Selenium library, allowing for automation scripting of a developer version of Chrome web browser. The script allowed me to navigate to any individual case timeline page, hit 'enter', and automatically download every single PDF document filed into the case in a matter of seconds. This resulted in a massive dataset of around 2gb total. All of the PDF documents are directly downloaded and organized into individual folders for the 'year of case origination' with each year directory containing a folder for each individual case, where each case folder contains every single avaialabe PDF document from the MCRO website in addition to the full HTML website download, and a PDF page printout of the MCRO webpage.

There are a lot of duplicate names. Some of them with slight, as well as not so slight variations. These would include the following as an example:

PRIEST JESUS, ANGELIC DENISE SCHAEFER,  ANGELIC DENISE NUNN, MAKIS DUVELL LANE,  MAKIS DEVELL LANE, and MAKIS DEVIL LANE.

Exhibit A | Index 37 | p. 2

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File: 0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 3 of 31          [ source file ]          [ .ots timestamp of source file ]

---

I also conducted an insightful data analaysis that involved simple file searching by the name of the MCRO filed document – such as 'Finding of Incompetency and Order', 'E-filed Comp Order for Detention', and 'Rule 20.01 Evaluation for Competency to Proceed' among others.

I intentionally wrapped this side project up very quickly as far as drawing a line, and being done with it as otherwise there is obviously a million other directions, and datapoints one could further investigate. Not me however. I am of the belief that what I have compiled is presented in its most basic, and simple form insofar as being left open for interpretation and not trying to draw any specific conclusions beyond those which the data serves to perhaps draw on its own.

### EXHIBIT SUMMARY

Below is a summary of the three exhibits accompanying this affidavit.

**Exhibit A:**

**Data Analysis of Shared Judicial Assignments to Cases**
A very detailed introduction and overview of the analysis process along with a massive amount of random datapoints I assembled. This exhibit also includes an overview of the much broader question that is raised in regards to impartiality in legal proceedings, and how there might be a much larger question raised based on the results of this analyis.

**Exhibit B:**

**Circular Handling Anlaysis**
A selection of cases that are shared between all three Judicial Officers, in which I analyze the 'circular handling' that has become very apparent to me in my current court case. 'Circular Handling' could also perhaps be called 'Decision Bouncing' as it is simply taking a closer look at how many critical decisions in a defendant's criminal case are essentially bounced back and forth between the same three people in a consistent, and regonizable pattern.

Exhibit A | Index 37 | p. 3

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 4 of 31        [ source file ]        [ .ots timestamp of source file ]

---

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

**Exhibit C:**

**MCRO 'Finding of Incompetency and Order' Analysis**

A data table grouped by year which shows who ordered the initial Rule 20.01 Exam, and who ultimately made the ruling once the Rule 20.01 exam was completed. These are all 130 of the orders, as contained between all of the shared case files. As part of this tables assembly I was able to discover that out of the 130 orders there were 6 instances in which the same Judicial Officer who recommended the Rule 20.01 exam was then also the one to rule on their previous order once the Rule 20.01 exam was completed and it came before them once again.

**Shared Download Folder of All MCRO Files I Downloaded and Analyzed:**

Case files origination spans 2017 – 2023. Six separate .zip files.
Includes Python download script I used to collect all of the PDF files.

https://drive.proton.me/urls/QA8TBVTHEC#Wy7ygZMVpev7

**CONCLUSION**

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. I also affirm that all of the data I have presented herein is accurate, true, and correct to the best of my knowledge. I made every effort to double and triple check every figure I listed, my Python scripts, and each step that it took to ensure this data was compiled in accurate and thorough process. All of the data collected and analyzed is all directly from the MCRO website itself, and is all authentic and without any altering, omissions, or deceit of any kind. All of this data was gathered, processed, and analyzed within the last 4-5 days from the filing of this affidavit. It is 'fresh' – and I am filing this affidavit 'as is' so that it doesn't go stale for whatever reason.

DATED this 3rd day of May, 2024.

Exhibit A | Index 37 | p. 4

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

---

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf

SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd

Page: 5 of 31        [ source file ]        [ .ots timestamp of source file ]

---

Respectfully submitted,

Date: May 3, 2024

By: /s/ Matthew Guertin
Matthew David Guertin
Is Currently Lacking Effective Counsel
1075 Traditions Ct.
Chaska, MN   55318
Telephone: 763-221-4540
Email: MattGuertin@Protonmail.com

Exhibit A | Index 37 | p. 5

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 6 of 31         [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886
CASE 0:24-cv-02646-JRT-DLM    Doc. 8    Filed 07/12/24    Page 116 of 153

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

# Data Analysis of Judicial Involvement in Criminal and Probate / Mental Health Cases

In an effort to better understand and support the defendants concerns regarding the fairness and impartiality of his court proceedings, the defendant utilized the Minnesota Judicial Branch's official online system, MCRO (Minnesota Court Records Online), to analyze the patterns of judicial involvement in his cases. The focus was on the three specific Judicial Officers who have overseen all significant decisions and procedural aspects of his case from its very inception, and in which his current criminal case has a litany of procedural anomalies and discrepancies which the defendant believes are all indicative of his case being handled in a 'non standard' way.

## Methodology:

EXHIBIT
**A**

### Data Collection:

- **Platform Used:** Minnesota Court Records Online (MCRO).
- **Objective:** To gather hearing records for the three Judicial Officers involved in the defendant's case
- **Judicial Officers Analyzed:**
    - The Honorable Judge Julia Dayton Klein
    - The Honorable Court Referee Danielle C. Mercurio
    - The Honorable Court Referee George Borer

### Search Criteria:

- **Date Range:** January 1, 2023, to April 26, 2024.
- **Case Categories:** Each judge's involvement was searched, and then retrieved using two filters – The 'Criminal' and 'Probate or Mental Health' categories of the provided 'Hearing Search' option of the MCRO online records system.

### Data Processing:

- The defendant conducted a separate search for each judge under each category, resulting in six sets of data.
- Custom Python scripts were used to organize and filter the data, ensuring that each individual court case was counted once per category, per judge.
- The analysis focused on identifying common cases handled by all three judges within the given time frame.

Exhibit A | Index 37 | p. 6

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 95**

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 7 of 31        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886
CASE 0:24-cv-02646-JRT-DLM    Doc. 8    Filed 07/12/24    Page 117 of 153

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

## Results:

The analysis uncovers a distinct pattern in the distribution of case assignments among the three judicial officers, with a notable number of cases shared among them in criminal court proceedings, rather than in the civil court proceedings as defined by the court. The data shows that this small group wields significant influence over pivotal decisions in a defendant's criminal proceedings, many times from their inception. Often, these are the very same decisions that lead to civil court proceedings under MN Statutes § 253B.

According to the description of the 'Hennepin Probate / Mental Health Court' by the 4th Judicial District Court's own website:

" **Probate Court** handles cases involving the property of deceased persons, wills, trusts, guardianships, and conservatorships.

**Mental Health Court** handles the legal process involving the civil commitment of people to treatment centers based on allegations of mental illness, developmental disability, chemical dependency, and referrals from Criminal Court. "

The overlap in judicial roles highlighted by the analysis raises concerns about the lack of clear delineation between criminal and civil proceedings. The same judges who oversee critical decisions in criminal cases also manage the referrals to civil commitments, effectively referring cases to themselves. This dual role blurs the boundaries required for impartiality and fairness in judicial processes, presenting a risk of unchecked control and influence contained within a very small group of Judicial Officers.

## Interpretation:

The defendant is of the belief that the observed patterns of case handling by the identified judicial officers is most likely an established procedural norm within the judicial system itself, rather than clandestine or unethical arrangements. This interpretation suggests that the practices in question are not, by themselves indicative of covert misconduct, but are instead emblematic of systemic protocols that are openly sanctioned and promoted within the court itself.

The crux of the legal issues raised centers on the procedural use of Rule 20.01 Evaluation Reports to facilitate a rapid channeling of cases to a select group of three judicial officers whenever such evaluations are mandated. This procedural mechanism, raises significant legal and ethical concerns regarding the potential for undue influence and prejudicial treatment.

Furthermore, this system enables a concentrated control over both criminal proceedings and any consequent civil commitments within the Hennepin County courts. Such a concentrated control, inherently increases the risk of abuse, as it places substantial judicial power and decision-making within the hands of a few, potentially compromising the impartiality and fairness required in judicial proceedings.

Exhibit A | Index 37 | p. 7

EXHIBIT SYN | p. 96

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 8 of 31        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886
CASE 0:24-cv-02646-JRT-DLM    Doc. 8    Filed 07/12/24    Page 118 of 153

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

## Analysis of 'Hearings' data spanning <u>Jan 1, 2023 – April 26, 2024</u>:

### Criminal Proceedings:

#### Criminal Cases originating in 2016 -

Julia Dayton Klein total unique court cases: 4
Danielle Mercurio total unique court cases: 5
George Borer total unique court cases: 6
**Common cases across all three Judicial Officers: 0**

#### Criminal Cases originating in 2017 -

Julia Dayton Klein total unique court cases: 11
Danielle Mercurio total unique court cases: 9
George Borer total unique court cases: 11
**Common cases across all three Judicial Officers: 3**

#### Criminal Cases originating in 2018 -

Julia Dayton Klein total unique court cases: 11
Danielle Mercurio total unique court cases: 24
George Borer total unique court cases: 27
**Common cases across all three Judicial Officers: 4**

#### Criminal Cases originating in 2019 -

Julia Dayton Klein total unique court cases: 44
Danielle Mercurio total unique court cases: 70
George Borer total unique court cases: 61
**Common cases across all three Judicial Officers: 12**

#### Criminal Cases originating in 2020 -

Julia Dayton Klein total unique court cases: 120
George Borer total unique court cases: 81
Danielle Mercurio total unique court cases: 108
**Common cases across all three Judicial Officers: 20**

#### Criminal Cases originating in 2021 -

Julia Dayton Klein total unique court cases: 231
Danielle Mercurio total unique court cases: 253
George Borer total unique court cases: 167
**Common cases across all three Judicial Officers: 41**

Exhibit A | Index 37 | p. 8

EXHIBIT SYN | p. 97

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 9 of 31         [ source file ]         [ .ots timestamp of source file ]

---

### Criminal Cases originating in 2022 -

Julia Dayton Klein total unique court cases: 322
Danielle Mercurio total unique court cases: 378
George Borer total unique court cases: 289
Common cases across all three Judicial Officers: 44

### Criminal Cases originating in 2023 -

Julia Dayton Klein total unique court cases: 424
Danielle Mercurio total unique court cases: 486
George Borer total unique court cases: 244
**Common cases across all three Judicial Officers: 39**

### Criminal Cases originating in 2024 -

Julia Dayton Klein total unique court cases: 30
Danielle Mercurio total unique court cases: 38
George Borer total unique court cases: 8
**Common cases across all three Judicial Officers: 0**

## Mental Health / Probate (Civil) Proceedings:

### Mental Health/Probate Cases originating in 2020 -

Julia Dayton Klein total unique court cases: 1
Danielle Mercurio total unique court cases: 1
George Borer total unique court cases: 1
**Common cases across all three Judicial Officers: 0**

### Mental Health/Probate Cases originating in 2021 -

Julia Dayton Klein total unique court cases: 1
Danielle Mercurio total unique court cases: 3
George Borer total unique court cases: 2
**Common cases across all three Judicial Officers: 0**

### Mental Health/Probate Cases originating in 2022 -

Julia Dayton Klein total unique court cases: 41
Danielle Mercurio total unique court cases: 81
George Borer total unique court cases: 81
**Common cases across all three Judicial Officers: 1**

Exhibit A | Index 37 | p. 9

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File: 0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 10 of 31       [ source file ]       [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

### Mental Health/Probate Cases originating in 2023 -

Julia Dayton Klein total unique court cases: 326
Danielle Mercurio total unique court cases: 322
George Borer total unique court cases: 257
**Common cases across all three Judicial Officers: 8**

### Mental Health/Probate Cases originating in 2024 -

Julia Dayton Klein total unique court cases: 81
Danielle Mercurio total unique court cases: 120
George Borer total unique court cases: 155
**Common cases across all three Judicial Officers: 1**

## Shared Criminal Cases of all three Judicial Officers:

### Shared Criminal Cases originating in 2017 -

| | |
|---|---|
| **27-CR-17-1555** | State of Minnesota vs ADRIAN MICHAEL WESLEY |
| **27-CR-17-8342** | State of Minnesota vs ADRIAN MICHAEL WESLEY |
| **27-CR-17-22909** | State of Minnesota vs ADRIAN MICHAEL WESLEY |

### Shared Criminal Cases originating in 2018 -

| | |
|---|---|
| **27-CR-18-18391** | State of Minnesota vs AESHA IBRAHIM OSMAN |
| **27-CR-18-18396** | State of Minnesota vs Ramadan Hakim Campbell |
| **27-CR-18-19274** | State of Minnesota vs IFRAH ABDULL HASSAN |
| **27-CR-18-26530** | State of Minnesota vs WILLIAM LEE NABORS |

### Shared Criminal Cases originating in 2019 -

| | |
|---|---|
| **27-CR-19-1916** | State of Minnesota vs AESHA IBRAHIM OSMAN |
| **27-CR-19-3539** | State of Minnesota vs AESHA IBRAHIM OSMAN |
| **27-CR-19-17539** | State of Minnesota vs AESHA IBRAHIM OSMAN |
| **27-CR-19-22615** | State of Minnesota vs ANNE MARIE RILEY |
| **27-CR-19-901** | State of Minnesota vs EYUAEL GONFA KEBEDE |
| **27-CR-19-28883** | State of Minnesota vs JACOB MAMAR JOHNSON |
| **27-CR-19-11566** | State of Minnesota vs MAKIS DEVELL LANE |
| **27-CR-19-12130** | State of Minnesota vs MAKIS DEVELL LANE |
| **27-CR-19-25578** | State of Minnesota vs PAUL JOSEPH OWENS |
| **27-CR-19-12466** | State of Minnesota vs TERRELL JOHNSON |
| **27-CR-19-19606** | State of Minnesota vs TERRELL JOHNSON |
| **27-CR-19-9270** | State of Minnesota vs WILLIAM LEE NABORS |

### Shared Criminal Cases originating in 2020 -

| | |
|---|---|
| **27-CR-20-19196** | State of Minnesota vs ABDIRAHMAN ISMAIL FARAH |
| **27-CR-20-3244** | State of Minnesota vs ANGELIC DENISE SCHAEFER |
| **27-CR-20-10049** | State of Minnesota vs Beyonce Porshae Brown |
| **27-CR-20-8575** | State of Minnesota vs Bisharo Jama Noor |
| **27-CR-20-23521** | State of Minnesota vs CASPER HUY VUONG |

Exhibit A | Index 37 | p. 10

**EXHIBIT SYN | p. 99**

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf

SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd

Page: 11 of 31        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

CASE 0:24-cv-02646-JRT-DLM   Doc. 8   Filed 07/12/24   Page 121 of 153

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

| | |
|---|---|
| 27-CR-20-7092 | State of Minnesota vs DWAYNE ANTHONY BLEDSOE |
| 27-CR-20-13495 | State of Minnesota vs EYUAEL GONFA KEBEDE |
| 27-CR-20-423 | State of Minnesota vs Ifrah Abdullahi Hassan |
| 27-CR-20-23239 | State of Minnesota vs JALEISHA LANAY TAYLOR |
| 27-CR-20-1893 | State of Minnesota vs JIMMY EDWARD SPEARS III |
| 27-CR-20-11638 | State of Minnesota vs JOHN EMIL STICHA |
| 27-CR-20-20788 | State of Minnesota vs Lawrence Joseph Durheim |
| 27-CR-20-9036 | State of Minnesota vs MAKIS DEVELL LANE |
| 27-CR-20-20851 | State of Minnesota vs MAKIS DEVIL LANE |
| 27-CR-20-6301 | State of Minnesota vs PRIEST JESUS DORSEY |
| 27-CR-20-26577 | State of Minnesota vs Rasheed Richardson |
| 27-CR-20-6517 | State of Minnesota vs Rex Allen Basswood Jr. |
| 27-CR-20-27550 | State of Minnesota vs RODRICK JEROME CARPENTER |
| 27-CR-20-8926 | State of Minnesota vs TERRELL JOHNSON |
| 27-CR-20-20037 | State of Minnesota vs TERRELL JOHNSON |

**Shared Criminal Cases originating in 2021 -**

| | |
|---|---|
| 27-CR-21-22058 | State of Minnesota vs AESHA IBRAHIM OSMAN |
| 27-CR-21-1977 | State of Minnesota vs ANGELIC DENISE NUNN |
| 27-CR-21-1978 | State of Minnesota vs ANGELIC DENISE NUNN |
| 27-CR-21-7676 | State of Minnesota vs Bisharo Jama Noor |
| 27-CR-21-19723 | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD |
| 27-CR-21-23456 | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD |
| 27-CR-21-23628 | State of Minnesota vs Carmen Bendu Greaves |
| 27-CR-21-16111 | State of Minnesota vs CHARLESETTA STARLET BROWN |
| 27-CR-21-20637 | State of Minnesota vs Daniel Lamar Ford |
| 27-CR-21-10675 | State of Minnesota vs Dennis Joseph Barry |
| 27-CR-21-933 | State of Minnesota vs DWAYNE ANTHONY BLEDSOE |
| 27-CR-21-1980 | State of Minnesota vs GORDON EUGENE SHARP |
| 27-CR-21-20072 | State of Minnesota vs GORDON EUGENE SHARP |
| 27-CR-21-20988 | State of Minnesota vs GORDON EUGENE SHARP  Jr. |
| 27-CR-21-21355 | State of Minnesota vs GORDON EUGENE SHARP  Jr. |
| 27-CR-21-23188 | State of Minnesota vs GORDON EUGENE SHARP  Jr. |
| 27-CR-21-23215 | State of Minnesota vs GORDON EUGENE SHARP  Jr. |
| 27-CR-21-3797 | State of Minnesota vs GRAHM MARK FLETCHER |
| 27-CR-21-9235 | State of Minnesota vs GRAHM MARK FLETCHER |
| 27-CR-21-1171 | State of Minnesota vs IBSSA M YOUSSUF |
| 27-CR-21-20529 | State of Minnesota vs ISAAC LEE KELLEY |
| 27-CR-21-13795 | State of Minnesota vs JACOB MAMAR JOHNSON |
| 27-CR-21-14861 | State of Minnesota vs KESSIE KAFELE WILSON |
| 27-CR-21-6904 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-21-8067 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-21-8227 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-21-8228 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-21-8229 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-21-8230 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-21-8511 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-21-1230 | State of Minnesota vs MAKIS DEVELL LANE |
| 27-CR-21-13752 | State of Minnesota vs MAKIS DEVELL LANE |

Exhibit A | Index 37 | p. 11

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 100**

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf

SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd

Page: 12 of 31          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

CASE 0:24-cv-02646-JRT-DLM   Doc. 8   Filed 07/12/24   Page 122 of 153

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

| | |
|---|---|
| **27-CR-21-6229** | State of Minnesota vs MARVAL BARNES |
| **27-CR-21-17008** | State of Minnesota vs NICOLLE LYNN FAWCETT |
| **27-CR-21-928** | State of Minnesota vs PRIEST JESUS DORSEY |
| **27-CR-21-6382** | State of Minnesota vs PRIEST JESUS DORSEY |
| **27-CR-21-23131** | State of Minnesota vs Rex Allen Basswood Jr. |
| **27-CR-21-8412** | State of Minnesota vs Stephone Ahmad Gammage |
| **27-CR-21-6710** | State of Minnesota vs TEMEKA MICHELLE NICHOLS |
| **27-CR-21-19552** | State of Minnesota vs TERRELL JOHNSON |
| **27-CR-21-23233** | State of Minnesota vs TERRELL JOHNSON |

**Shared Criminal Cases originating in 2022 -**

| | |
|---|---|
| **27-CR-22-21925** | State of Minnesota vs Abdinour Mohamed Alasow |
| **27-CR-22-23317** | State of Minnesota vs Abdinour Mohamed Alasow |
| **27-CR-22-18859** | State of Minnesota vs ABDIQANI AHMED HASSAN |
| **27-CR-22-22985** | State of Minnesota vs ABDIQANI AHMED HASSAN |
| **27-CR-22-18776** | State of Minnesota vs AMY LOUISE LILLEVOLD |
| **27-CR-22-20033** | State of Minnesota vs ANGELIC DENISE NUNN |
| **27-CR-22-15550** | State of Minnesota vs BRITTANY LATESHA CRUTCHFIELD |
| **27-CR-22-7797** | State of Minnesota vs Carmen Bendu Greaves |
| **27-CR-22-25134** | State of Minnesota vs Carmen Bendu Greaves |
| **27-CR-22-15430** | State of Minnesota vs CHARLESETTA STARLET BROWN |
| **27-CR-22-3377** | State of Minnesota vs CHASE RADLEY GREEN |
| **27-CR-22-22687** | State of Minnesota vs CHASE RADLEY GREEN |
| **27-CR-22-19036** | State of Minnesota vs Crystal Latasha Mcbounds |
| **27-CR-22-3570** | State of Minnesota vs Dennis Joseph Barry |
| **27-CR-22-22521** | State of Minnesota vs Dennis Joseph Barry |
| **27-CR-22-24357** | State of Minnesota vs DENNIS MICHAEL THILL |
| **27-CR-22-9720** | State of Minnesota vs EMANUEL OMAR BLACK |
| **27-CR-22-12076** | State of Minnesota vs Emanuel Omar Black |
| **27-CR-22-4087** | State of Minnesota vs GORDON EUGENE SHARP Jr. |
| **27-CR-22-22963** | State of Minnesota vs GORDON EUGENE SHARP Jr. |
| **27-CR-22-5532** | State of Minnesota vs Isaac Lee Kelley |
| **27-CR-22-7953** | State of Minnesota vs ISAAC LEE KELLEY |
| **27-CR-22-20527** | State of Minnesota vs JARELLE THOMAS VAUGHN |
| **27-CR-22-18209** | State of Minnesota vs JULIET KAY HIGGINS |
| **27-CR-22-10646** | State of Minnesota vs LAMAR GLASS |
| **27-CR-22-17300** | State of Minnesota vs Lucas Patrick Kraskey |
| **27-CR-22-21679** | State of Minnesota vs Lucas Patrick Kraskey |
| **27-CR-22-24045** | State of Minnesota vs Lucas Patrick Kraskey |
| **27-CR-22-10055** | State of Minnesota vs MAKIS DUVELL LANE |
| **27-CR-22-4879** | State of Minnesota vs MANYARA NICOLE WATKINS |
| **27-CR-22-13185** | State of Minnesota vs MARK ANTHONY REINHART |
| **27-CR-22-18789** | State of Minnesota vs MOLLY ANNE PRICE |
| **27-CR-22-25151** | State of Minnesota vs NICOLE LORETTA KELM |
| **27-CR-22-18938** | State of Minnesota vs NURADIN MOHAMUD |
| **27-CR-22-4239** | State of Minnesota vs PRIEST JESUS DORSEY |
| **27-CR-22-24627** | State of Minnesota vs Rex Allen Basswood Jr. |
| **27-CR-22-14541** | State of Minnesota vs RODRICK JEROME CARPENTER II |
| **27-CR-22-15358** | State of Minnesota vs RODRICK JEROME CARPENTER II |

Exhibit A | Index 37 | p. 12

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 101**

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf

SHA-256 Hash of Source File: 0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd

Page: 13 of 31    [ source file ]    [ .ots timestamp of source file ]

---

27-CR-23-1886
CASE 0:24-cv-02646-JRT-DLM   Doc. 8   Filed 07/12/24   Page 123 of 153

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

| | |
|---|---|
| 27-CR-22-1165 | State of Minnesota vs TERRELL JOHNSON |
| 27-CR-22-4898 | State of Minnesota vs TERRELL JOHNSON |
| 27-CR-22-13941 | State of Minnesota vs TIA TIAUNNA PAYNE |
| 27-CR-22-14493 | State of Minnesota vs TIMOTHY TERRELL STUCKEY |
| 27-CR-22-3553 | State of Minnesota vs WILLIAM LEE NABORS |
| 27-CR-22-22850 | State of Minnesota vs YASMIN AHMED ALI |

### Shared Criminal Cases originating in 2023 -

| | |
|---|---|
| 27-CR-23-3198 | State of Minnesota vs AARON DASHAUN CHERRY |
| 27-CR-23-512 | State of Minnesota vs Abdinour Mohamed Alasow |
| 27-CR-23-883 | State of Minnesota vs Abdinour Mohamed Alasow |
| 27-CR-23-3496 | State of Minnesota vs ABDULKADIR ELMI EGAL |
| 27-CR-23-12360 | State of Minnesota vs ALEXANDER ORVAL THOMLEY |
| 27-CR-23-24219 | State of Minnesota vs ALEXI BRE WASHINGTON |
| 27-CR-23-8721 | State of Minnesota vs Daniel Lamar Ford |
| 27-CR-23-4547 | State of Minnesota vs Delayna Adrianne Lussier |
| 27-CR-23-10954 | State of Minnesota vs Delayna Adrianne Lussier |
| 27-CR-23-17576 | State of Minnesota vs EMANUEL OMAR BLACK |
| 27-CR-23-16281 | State of Minnesota vs FUE VANG |
| 27-CR-23-16927 | State of Minnesota vs GORDON EUGENE SHARP Jr. |
| 27-CR-23-2152 | State of Minnesota vs GRAHM MARK FLETCHER |
| 27-CR-23-8560 | State of Minnesota vs INGRAM METEBO OYUGI |
| 27-CR-23-12653 | State of Minnesota vs JACOB JOSEPH SCHECH |
| 27-CR-23-8406 | State of Minnesota vs JALEISHA LANAY TAYLOR |
| 27-CR-23-13960 | State of Minnesota vs JEREMIAH JAMES RIVERS |
| 27-CR-23-1600 | State of Minnesota vs JIMMY EDWARD SPEARS III |
| 27-CR-23-20715 | State of Minnesota vs KESSIE KAFELE WILSON |
| 27-CR-23-385 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-23-5751 | State of Minnesota vs Lucas Patrick Kraskey |
| 27-CR-23-5213 | State of Minnesota vs MARK ANTHONY REINHART |
| **27-CR-23-1886** | **State of Minnesota vs MATTHEW DAVID GUERTIN** |
| 27-CR-23-1101 | State of Minnesota vs MICHAEL CHANTEL WRIGHT |
| 27-CR-23-284 | State of Minnesota vs MOHAMED ABDI SHIDE |
| 27-CR-23-3423 | State of Minnesota vs MOHAMED ABDI SHIDE |
| 27-CR-23-3459 | State of Minnesota vs MUAD ABDULKADIR |
| 27-CR-23-3460 | State of Minnesota vs MUAD ABDULKADIR |
| 27-CR-23-21403 | State of Minnesota vs PETER JAHAN LEHMEYER |
| 27-CR-23-2073 | State of Minnesota vs PRIEST JESUS DORSEY |
| 27-CR-23-9135 | State of Minnesota vs Rashi Tamboura Williams |
| 27-CR-23-18846 | State of Minnesota vs RICKY NELSON SULLIVAN Jr. |
| 27-CR-23-18850 | State of Minnesota vs RICKY NELSON SULLIVAN Jr. |
| 27-CR-23-21653 | State of Minnesota vs ROBERT WILLIAM BALSIMO |
| 27-CR-23-2480 | State of Minnesota vs Sandra Vongsaphay |
| 27-CR-23-8649 | State of Minnesota vs TERRELL JOHNSON |
| 27-CR-23-9546 | State of Minnesota vs TIMOTHY TERRELL STUCKEY |
| 27-CR-23-18964 | State of Minnesota vs TROY CARL WARNKE Jr. |
| 27-CR-23-1658 | State of Minnesota vs YASMIN AHMED ALI |

Exhibit A | Index 37 | p. 13

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 102**

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 14 of 31          [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886
CASE 0:24-cv-02646-JRT-DLM   Doc. 8   Filed 07/12/24   Page 124 of 153

<div style="text-align:right">Filed in District Court<br>State of Minnesota<br>5/3/2024 2:56 PM</div>

# Shared Mental Health / Probate Cases of all three Judicial Officers:[1]

## Shared Mental Health / Probate Cases originating in 2022 -

**27-MH-PR-22-1394**
In the Matter of the Civil Commitment of Caspar Huy Vuong aka Casper Huy Vuong  Respondent

## Shared Mental Health / Probate Cases originating in 2023 -

**27-MH-PR-23-224**
In the Matter of the Civil Commitment of Andrea Ulrich  Respondent

**27-MH-PR-23-358**
In the Matter of the Civil Commitment of Bilal Compton  Respondent

**27-MH-PR-23-892**
In the Matter of the Civil Commitment of Michael Palmquist  Respondent

**27-MH-PR-23-1020**
In the Matter of the Civil Commitment of Karen Marie Croonquist  Respondent

**27-MH-PR-23-1021**
In the Matter of the Civil Commitment of Stacy Schmidt  Respondent

**27-MH-PR-23-1181**
In the Matter of the Civil Commitment of Faham Osman Ali  Respondent

**27-MH-PR-23-1241**
In the Matter of the Civil Commitment of TROY CARL WARNKE  Jr.  Respondent

**27-MH-PR-23-1461**
In the Matter of the Civil Commitment of JACOB JOSEPH SCHECH  Respondent

## Shared Mental Health / Probate Cases originating in 2024 -

**27-MH-PR-24-9**
In the Matter of the Civil Commitment of Kevin Christopherson Kuyoc aka Kevin Christopherson Kuyoc Tzuc aka Keving Christopherson Kuyoc  Respondent

---

1   It is highly releavnt to point out the fact that this analysis was conducted based solely on the 'hearing' dates. One of the Judicial Referees, George Borer, is also involved in the defendant's civil commitment case as well. For some reaosn the hearing that George Borer had scheduled on February 1, 2024 cannot be found in his 'official' civil court hearing dates when searching on the courts MCRO site. The defendant also experimeted with additional Python scripts to match the names of the party involved in both civil and criminal cases but did not pursue that path further. The defendant believes that all of these results he was able to put together is worthy of much more investigation and time, but the defendant had to 'draw the line' somewhere in regards to how much time he put into this research.

<span style="color:red">Exhibit A | Index 37 | p. 14</span>

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

<span style="color:red">**EXHIBIT SYN | p. 103**</span>

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

---

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf

SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd

Page: 15 of 31          [ source file ]          [ .ots timestamp of source file ]

---

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

## MCRO Document and Judicial Order Analysis

| | |
|---|---|
| Unique Criminal Case Numbers | 163 |
| Defendant Names by Exact String Match | 79 |
| Defendant Names by Very Similar String Match | 73 |
| Defendant Names Only Appearing a Single Time | 45 |
| MCRO PDF Docs Downloaded for All Shared Cases | 3556 |
| E-filed Comp Order for Detention | 79 |
| Law Enforcement Notice of Release and Appearance | 48 |
| Order for Conditional Release | 222 |
| Notice of Case Reassignment | 136 |
| Notice of Appearance | 28 |
| Demand or Request for Discovery | 99 |
| Pandemic Cancelled or Rescheduled Hearing | 17 |
| Petition to Proceed as ProSe Counsel | 4 |
| Notice of Hearing | 434 |
| Notice of Remote Hearing with Instructions | 644 |
| Returned Mail | 238 |
| Witness List | 28 |
| Rule 20.01 Evaluation for Competency to Proceed | 488 |
| Finding of Incompetency and Order | 130 |
| Incompetency Orders by Julia Dayton Klein | 19 |
| Incompetency Orders by Danielle Mercurio | 38 |
| Incompetency Orders by George Borer | 37 |
| Incompetency Orders total of All Three | 94 |
| Rule 20 and Incompetency Order by Same Person | 6 |

## Ctrl+F Search Results of All 644
## 'Notice of Remote Hearing with Instructions' MCRO PDF's

| | |
|---|---|
| "Meeting ID: 160 223 0876" | 358 |
| "Meeting ID: 160 815 2947" | 84 |
| "Meeting ID: 161 686 0727" | 10 |
| "Meeting ID: 160 596 3061" | 12 |
| "Meeting ID: 160 897 9580" | 6 |
| "Meeting ID: 161 201 2699" | 4 |
| "Meeting ID: 160 921 4567" | 6 |
| "Meeting ID: 161 094 4574" | 35 |

Exhibit A | Index 37 | p. 15

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 104**

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf

SHA-256 Hash of Source File: 0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd

Page: 16 of 31        [ source file ]        [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

| | |
|---|---|
| "Meeting ID: 160 368 8210" | 14 |
| "Meeting ID: 161 3603 4346" | 1 |
| "Passcode: 1234" | 520 |
| "Meeting ID:" | 812 |
| "Passcode:" | 811 |
| "MNCIS-PAN" | 810 |
| "Pandemic" | 676 |
| "HENN-CR Pandemic Notice of Remote Hearing" | 198 |

### 2017 (27-CR-17-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 3 |
| Defendant Names by Exact String Match | 1 |
| Defendant Names by Very Similar String Match | 1 |
| Defendant Names Only Appearing a Single Time | 0 |
| | |
| MCRO PDF Documents Downloaded | 73 |
| E-filed Comp Order for Detention | 1 |
| Law Enforcement Notice of Release and Appearance | 0 |
| Order for Conditional Release | 0 |
| Notice of Case Reassignment | 0 |
| Notice of Hearing | 0 |
| Notice of Remote Hearing with Instructions | 8 |
| Returned Mail | 3 |
| Witness List | 0 |
| Rule 20.01 Evaluation for Competency to Proceed | 4 |
| Finding of Incompetency and Order | 0 |

### 2018 (27-CR-18-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 4 |
| Defendant Names by Exact String Match | 4 |
| Defendant Names by Very Similar String Match | 4 |
| Defendant Names Only Appearing a Single Time | 4 |
| | |
| MCRO PDF Documents Downloaded | 184 |
| E-filed Comp Order for Detention | 1 |
| Law Enforcement Notice of Release and Appearance | 4 |
| Order for Conditional Release | 3 |
| Notice of Case Reassignment | 1 |
| Notice of Hearing | 28 |
| Notice of Remote Hearing with Instructions | 22 |
| Returned Mail | 11 |
| Witness List | 3 |
| Rule 20.01 Evaluation for Competency to Proceed | 23 |
| Finding of Incompetency and Order | 3 |

Exhibit A | Index 37 | p. 16

**EXHIBIT SYN | p. 105**

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 17 of 31          [ source file ]          [ .ots timestamp of source file ]

## 2019 (27-CR-19-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 12 |
| Defendant Names by Exact String Match | 8 |
| Defendant Names by Very Similar String Match | 8 |
| Defendant Names Only Appearing a Single Time | 5 |
| MCRO PDF Documents Downloaded | 459 |
| | |
| E-filed Comp Order for Detention | 5 |
| Law Enforcement Notice of Release and Appearance | 4 |
| Order for Conditional Release | 22 |
| Notice of Case Reassignment | 23 |
| Notice of Hearing | 87 |
| Notice of Remote Hearing with Instructions | 67 |
| Returned Mail | 31 |
| Witness List | 4 |
| Rule 20.01 Evaluation for Competency to Proceed | 49 |
| Finding of Incompetency and Order | 10 |

## 2020 (27-CR-20-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 20 |
| Defendant Names by Exact String Match | 19 |
| Defendant Names by Very Similar String Match | 18 |
| Defendant Names Only Appearing a Single Time | 18 |
| MCRO PDF Documents Downloaded | 606 |
| | |
| E-filed Comp Order for Detention | 8 |
| Law Enforcement Notice of Release and Appearance | 11 |
| Order for Conditional Release | 28 |
| Notice of Case Reassignment | 26 |
| Notice of Hearing | 78 |
| Notice of Remote Hearing with Instructions | 125 |
| Returned Mail | 47 |
| Witness List | 7 |
| Rule 20.01 Evaluation for Competency to Proceed | 72 |
| Finding of Incompetency and Order | 12 |

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 106**

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf

SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd

Page: 18 of 31          [ source file ]          [ .ots timestamp of source file ]

---

## 2021 (27-CR-21-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 41 |
| Defendant Names by Exact String Match | 25 |
| Defendant Names Only Appearing a Single Time | 16 |
| Defendant Names by Very Similar String Match | 24 |
| | |
| MCRO PDF Documents Downloaded | 1122 |
| E-filed Comp Order for Detention | 19 |
| Law Enforcement Notice of Release and Appearance | 20 |
| Order for Conditional Release | 101 |
| Notice of Case Reassignment | 55 |
| Notice of Hearing | 90 |
| Notice of Remote Hearing with Instructions | 230 |
| Returned Mail | 78 |
| Witness List | 11 |
| Rule 20.01 Evaluation for Competency to Proceed | 169 |
| Finding of Incompetency and Order | 37 |

## 2022 (27-CR-22-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 44 |
| Defendant Names by Exact String Match | 32 |
| Defendant Names Only Appearing a Single Time | 21 |
| Defendant Names by Very Similar String Match | 32 |
| | |
| MCRO PDF Documents Downloaded | 772 |
| E-filed Comp Order for Detention | 18 |
| Law Enforcement Notice of Release and Appearance | 5 |
| Order for Conditional Release | 46 |
| Notice of Case Reassignment | 25 |
| Notice of Hearing | 105 |
| Notice of Remote Hearing with Instructions | 118 |
| Returned Mail | 49 |
| Witness List | 3 |
| Rule 20.01 Evaluation for Competency to Proceed | 110 |
| Finding of Incompetency and Order | 35 |

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 19 of 31          [ source file ]       [ .ots timestamp of source file ]

---

27-CR-23-1886
CASE 0:24-cv-02646-JRT-DLM  Doc. 8  Filed 07/12/24  Page 129 of 153

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

## 2023 (27-CR-23-XXXX) Case Statistics

| | |
|---|---|
| Unique Criminal Case Numbers | 39 |
| Defendant Names by Exact String Match | 33 |
| Defendant Names Only Appearing a Single Time | 27 |
| Defendant Names by Very Similar String Match | 33 |
| MCRO PDF Documents Downloaded | 413 |
| | |
| E-filed Comp Order for Detention | 27 |
| Law Enforcement Notice of Release and Appearance | 4 |
| Order for Conditional Release | 22 |
| Notice of Case Reassignment | 6 |
| Notice of Hearing | 46 |
| Notice of Remote Hearing with Instructions | 74 |
| Returned Mail | 19 |
| Witness List | 0 |
| Rule 20.01 Evaluation for Competency to Proceed | 61 |
| Finding of Incompetency and Order | 33 |

## Web Browser Automation Script Used to Download All 'Shared Case' MCRO PDF Documents

```python
from selenium import webdriver
from selenium.webdriver.common.by import By
from selenium.webdriver.chrome.options import Options
from selenium.webdriver.chrome.service import Service
from selenium.webdriver.support.ui import WebDriverWait
from selenium.webdriver.support import expected_conditions as EC
import time
import os

def setup_driver(initial_url):
        """ Set up Selenium WebDriver with visible browser window and navigate to the initial URL. """
        chrome_options = Options()
        # Specify download path
        current_dir = os.getcwd()
        prefs = {
                "download.default_directory": current_dir,
                "download.prompt_for_download": False,
                "download.directory_upgrade": True,
                "plugins.always_open_pdf_externally": True  # It will not show PDF directly in chrome
        }
        chrome_options.add_experimental_option("prefs", prefs)
```

Page 19 of 31          Exhibit A | Index 37 | p. 19

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 20 of 31          [ source file ]    [ .ots timestamp of source file ]

---

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

```python
    driver = webdriver.Chrome(options=chrome_options)
    driver.get(initial_url)
    return driver

def download_documents(driver):
    """ Download documents with delays to manage system load. """
    wait = WebDriverWait(driver, 20)
    input("Navigate to the desired page and press Enter to start downloading documents...")
    try:
        buttons = wait.until(EC.presence_of_all_elements_located((By.CSS_SELECTOR, "button.btn-mpa-download-document")))
        for index, button in enumerate(buttons, start=1):
            driver.execute_script("arguments[0].scrollIntoView();", button)
            button.click()
            print(f"Document {index} download initiated.")
            time.sleep(1)  # Delay between downloads to avoid overwhelming the browser
        print("All available documents have been initiated for download.")
    except Exception as e:
        print(f"An error occurred: {str(e)}")

def main():
    initial_url = "https://publicaccess.courts.state.mn.us/"
    driver = setup_driver(initial_url)
    try:
        while True:
            download_documents(driver)
            if input("Press Enter to download again or type 'exit' to quit: ").lower() == 'exit':
                break
    finally:
        driver.quit()

if __name__ == "__main__":
    main()
```

Exhibit A | Index 37 | p. 20

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 21 of 31          [ source file ]          [ .ots timestamp of source file ]

**THE VERY CLEAR 'CIRCULAR' HANDLING PATTERN OF CRIMINAL CASES TAKING PLACE BETWEEN THE SAME THREE 'PROBATE / MENTAL HEALTH' (CIVIL COURT) JUDICIAL OFFICERS -**

**A selection of 'common criminal cases' between all three Judicial Officers which originated in 2023**

EXHIBIT
**B**

### State of Minnesota vs JIMMY EDWARD SPEARS III (27-CR-23-1600)

**Initial Handling by George Borer:**
The case began with George Borer handling an initial hearing on February 14, 2023, where key procedural decisions were made. This set the foundational legal framework for the case, addressing initial appearances and bail conditions.

**Transition to Julia Dayton Klein:**
The case was then transferred to Julia Dayton Klein for a subsequent hearing on March 7, 2023. During this hearing, she addressed several procedural aspects, building upon the groundwork laid by Borer, including the discussion and rulings related to further bail conditions and procedural advancements.

**Engagement of Danielle Mercurio:**
After Klein's involvement, the case moved to Danielle Mercurio for additional hearings, where she continued the judicial process, possibly reinforcing or modifying the decisions previously made by Klein and Borer. This included handling motions related to the ongoing legal proceedings and adjusting judicial approaches based on the evolving case context.

**Return to George Borer:**
The case circled back to George Borer, who conducted another hearing on March 21, 2023. His involvement at this stage again signifies the cyclic nature of the judicial handling among these three judges, where he reviewed and ruled on procedural motions, ensuring the continuity and legal consistency of the case handling.

**Final Handling by Julia Dayton Klein:**
The case eventually returned to Julia Dayton Klein for the final decisions, where she concluded the proceedings based on the cumulative inputs over multiple hearings by the involved judges. This included a critical review and final ruling on April 11, 2023, effectively closing the procedural loop and ensuring all judicial decisions were comprehensively addressed.

-------------------------------------------------------------------------------------------------------------------

### State of Minnesota vs Lucas Patrick Kraskey (27-CR-23-385)

**Initial Handling by George Borer:**
The case started with George Borer conducting the first significant hearing on February 14, 2023, where critical procedural decisions were made, setting the preliminary legal framework for the case proceedings.

Page 21 of 31          Exhibit A | Index 37 | p. 21

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 110**

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf

SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd

Page: 22 of 31          [ source file ]          [ .ots timestamp of source file ]

---

**Transition to Danielle Mercurio:**
Shortly after, on February 21, 2023, Danielle Mercurio took over for a detailed evaluation for competency to proceed, building upon the judicial process initiated by Borer. This included handling and filing orders directly related to the defendant's competency evaluation, emphasizing her role in significant legal proceedings.

**Engagement of Julia Dayton Klein:**
Julia Dayton Klein was engaged for a hearing held on March 7, 2023, where she oversaw further procedural developments, including issuing a warrant due to a failure to appear by the defendant. Her involvement furthered the decisions and discussions previously handled by Mercurio and Borer, indicating a pattern of sequential involvement among these judges.

**Return to George Borer:**
The case circled back to George Borer, who conducted another hearing on March 21, 2023, where key decisions were made following the evaluations and inputs from previous hearings. His decisions during this session included motions related to bail and continued the legal processes, reflecting a recurring pattern where the case was passed back among the three judges.

**Final Decisions by Danielle Mercurio:**
Ultimately, Danielle Mercurio handled the concluding aspects of the case, including final hearings and dispositions on May 2, 2023. This included a finding of incompetency and the formal dismissal of the case, based on the cumulative judicial inputs over the multiple hearings.

-------------------------------------------------------------------------------------------------------------------

## State of Minnesota vs TERRELL JOHNSON (27-CR-23-8649)

**Initial Handling by George Borer:**
The case started with Judge George Borer overseeing a bail hearing on March 19, 2024, where he addressed the initial procedural aspects and set interim conditions, establishing a foundational legal approach for the case.

**Engagement of Danielle Mercurio:**
Danielle Mercurio took over the proceedings on the same day (March 19, 2024), conducting a hearing that involved critical decisions on the competency of the defendant, directly continuing from the points raised by Judge Borer earlier.

**Continued by Julia Dayton Klein:**
Subsequently, the case was handled by Julia Dayton Klein for a review hearing scheduled for August 29, 2023, which was canceled, and later for another hearing on February 27, 2024. Her role was to review and follow up on the earlier assessments regarding competency and bail conditions, ensuring that all judicial proceedings were coherent and continuous.

**Return to Danielle Mercurio:**
The case then moved back to Danielle Mercurio, where she finalized the judicial process on March 12, 2024, with a series of hearings that culminated in a finding of incompetency. This session reflected a comprehensive review of the case's progress based on previous judicial inputs.

Exhibit A | Index 37 | p. 22

EXHIBIT SYN | p. 111

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf

SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd

Page: 23 of 31          [ source file ]          [ .ots timestamp of source file ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

**Upcoming Hearings:**
There is a review hearing scheduled with Julia Dayton Klein on September 10, 2024, indicating ongoing judicial involvement and monitoring of the case status.

-------------------------------------------------------------------------------------------------------------------

## State of Minnesota vs AARON DASHAUN CHERRY (27-CR-23-3198)

**Initial Handling by George Borer:**
The case opened with George Borer handling the first significant hearing on February 10, 2023, where initial procedural decisions and a bail hearing were conducted. His role was crucial in setting the legal and procedural framework for the case.

**Transition to Julia Dayton Klein:**
The case then transitioned to Julia Dayton Klein for a motion hearing on February 21, 2023. Her decisions built upon the groundwork laid by Borer, furthering the legal proceedings and revisiting the bail conditions set earlier. Her involvement was key in addressing motions related to the ongoing management of the case.

**Engagement of Danielle Mercurio:**
Subsequently, the case was moved to Danielle Mercurio for another bail hearing on March 6, 2023, continuing the judicial process initiated by Borer and Klein. This hearing further addressed ongoing legal considerations pertinent to the case's development, including bail conditions and the management of the defendant's custody status.

**Return to Julia Dayton Klein:**
Finally, the case returned to Julia Dayton Klein, who handled a review hearing on June 11, 2023. This closure of the judicial loop with Klein highlights the recurring pattern of handling among the same set of judges, which might impact the impartiality and independence of judicial decisions. Her final review helped solidify the decisions made throughout the case, ensuring all judicial aspects were comprehensively addressed.

-------------------------------------------------------------------------------------------------------------------

## State of Minnesota vs Abdinour Mohamed Alasow (27-CR-23-512)

**Initial Handling by Kristin Siegesmund:**
The case commenced with Kristin Siegesmund, who conducted the first appearance and set the initial terms, including a Rule 20.01 evaluation for competency on January 9, 2023. This early decision set the stage for subsequent judicial reviews.

**Transition to George Borer:**
On February 14, 2023, George Borer handled the proceedings post-Rule 20.01 evaluation. His decision regarding the defendant's competency significantly shaped the next steps in the judicial process, emphasizing his role in pivotal determinations.

Exhibit A | Index 37 | p. 23

**EXHIBIT SYN | p. 112**

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf

SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd

Page: 24 of 31          [ source file ]          [ .ots timestamp of source file ]

---

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

**Engagement of Julia Dayton Klein:**
Subsequently, the case was transitioned to Julia Dayton Klein for further decisions. On March 7, 2023, she was involved in subsequent hearings and decisions that built upon the assessments made by George Borer, including orders related to the conditions of release and continuation of the case under specified terms.

**Return to Danielle Mercurio:**
Finally, the case was handled by Danielle Mercurio for closing procedures, where she finalized the decisions previously influenced by both Borer and Klein. This final stage of the case reflects a recurring pattern where significant decisions are reviewed and concluded by Mercurio, indicating a systemic approach in handling such sensitive matters.

-----------------------------------------------------------------------------------------------------------------------

## State of Minnesota vs Abdinour Mohamed Alasow (27-CR-23-883)

**Initial Handling by Kristin Siegesmund:**
The case began with Kristin Siegesmund managing the first appearance and initial proceedings on February 13, 2023. She set the stage for subsequent judicial assessments by establishing interim conditions and addressing initial legal requirements.

**Transition to George Borer:**
Shortly thereafter, on February 14, 2023, George Borer conducted a crucial hearing focusing on the defendant's competency and related legal determinations. His decisions during this hearing were foundational for the case's trajectory, including a finding of incompetency and setting further interim conditions based on the competency evaluations.

**Engagement of Julia Dayton Klein:**
The case then moved to Julia Dayton Klein, who on March 7, 2023, conducted another significant hearing. Her involvement often symbolizes a continuation and sometimes a pivotal turn in the case based on prior hearings conducted by Borer. She upheld the bail conditions previously set and conducted the proceedings remotely, adding to the continuity in judicial handling.

**Return to Danielle Mercurio:**
The final hearings and decisions transitioned back to Danielle Mercurio, where she concluded the proceedings by dismissing the case on March 27, 2023. Her closure of the case reflects the ongoing pattern where critical decisions are cycled through the same set of judges, finalizing the legal outcomes based on the comprehensive inputs provided throughout the judicial process.

-----------------------------------------------------------------------------------------------------------------------

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 25 of 31          [ source file ]        [ .ots timestamp of source file ]

---

<div align="right">Filed in District Court
State of Minnesota
5/3/2024 2:56 PM</div>

## State of Minnesota vs YASMIN AHMED ALI (27-CR-23-1658)

**Initial Handling by George Borer:**
The case began with a critical hearing conducted by George Borer on May 30, 2023, where initial procedural decisions were made, including scheduling further evaluations and handling initial court appearances.

**Transition to Julia Dayton Klein:**
Subsequently, Julia Dayton Klein took over the case for a hearing scheduled on June 20, 2023. Her involvement was crucial in further developing the case based on the foundational decisions made by Borer, particularly addressing the outcomes of the competency evaluations and setting interim conditions.

**Engagement of Danielle Mercurio:**
The case then moved to Danielle Mercurio for an additional hearing. However, this particular hearing scheduled for July 11, 2023, was ultimately canceled. This indicates planned sequential involvement which was not executed but shows the intended circular handling.

**Return to George Borer:**
Interestingly, the case circled back to George Borer, reflecting the recurring pattern of judicial handling among these judges, where he continued to oversee the ongoing evaluations and adjusted court orders as necessary.

-------------------------------------------------------------------------------------------------------------------

## State of Minnesota vs GRAHM MARK FLETCHER (27-CR-23-2152)

**Initial Handling by Danielle Mercurio:**
The case was first handled by Danielle Mercurio on July 11, 2023, where preliminary decisions regarding the proceedings were made, including addressing the outcomes from a previously issued warrant and managing the initial Rule 20.01 evaluation for competency.

**Engagement of Julia Dayton Klein:**
The case was then transferred to Julia Dayton Klein for a hearing on July 25, 2023. She built upon the previous decisions, furthering the procedural aspects of the case and reviewing the need for continued interventions based on earlier hearings. During this hearing, an important decision was made to issue a bench warrant due to non-appearance, impacting subsequent legal proceedings.

**Return to Danielle Mercurio:**
Subsequently, Danielle Mercurio took over again for a series of follow-up hearings, including one on November 28, 2023, where she reviewed the progress and made additional decisions based on the ongoing evaluations and previous judicial inputs. This session included addressing the completion of the competency evaluation and planning further steps in the judicial process.

-------------------------------------------------------------------------------------------------------------------

Exhibit A | Index 37 | p. 25

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 26 of 31          [ source file ]         [ .ots timestamp of source file ]

---

27-CR-23-1886
CASE 0:24-cv-02646-JRT-DLM   Doc. 8   Filed 07/12/24   Page 136 of 153

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

### State of Minnesota vs MUAD ABDULKADIR (27-CR-23-3459)

**Initial Handling by Hilary Caligiuri:**
The case began with Judge Hilary Caligiuri who conducted the first hearing and handled several preliminary matters including a Rule 20.01 evaluation order on February 16, 2023. This set the foundation for further judicial actions.

**Engagement of Julia Dayton Klein:**
Julia Dayton Klein was involved in a subsequent hearing scheduled for September 26, 2023, which was later cancelled and rescheduled to November 7, 2023, by agreement. This pattern indicates a planned sequential involvement which was adjusted based on judicial availability and agreement among parties.

**Return to George Borer:**
The case briefly returned to George Borer on March 21, 2023, for a hearing where significant decisions regarding competency were made. His decisions influenced the direction of the case moving forward.

**Final Handling by Danielle Mercurio:**
Danielle Mercurio conducted a review hearing on September 19, 2023, where she addressed the ongoing aspects of the case, building on the previous judges' decisions. This hearing was critical for assessing the progress and determining the next steps in the judicial process.

---------------------------------------------------------------------------------------------------------------------

### State of Minnesota vs ABDULKADIR ELMI EGAL (27-CR-23-3496)

**Initial Handling by George Borer:**
The case began with Judge George Borer handling the initial hearings, including competency evaluations and related decisions on March 21, 2023, setting the judicial tone and procedural basis for the case. This included a crucial finding of incompetency and related orders that shaped the subsequent legal proceedings.

**Transition to Julia Dayton Klein:**
Subsequently, the case was transferred to Julia Dayton Klein for a bail hearing on April 4, 2023. Her involvement furthered the legal proceedings and revisited decisions regarding the bail that were initially set by Borer. During this hearing, the bail conditions were reviewed and upheld, ensuring continuity in the case's management.

**Engagement of Danielle Mercurio:**
The case moved to Danielle Mercurio for a review hearing scheduled for September 19, 2023. This step continued the judicial process, likely building on the previous decisions made by Klein and Borer. However, this hearing was ultimately canceled, indicating planned but unexecuted judicial follow-through.

---------------------------------------------------------------------------------------------------------------------

Exhibit A | Index 37 | p. 26

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 115**

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf

SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd

Page: 27 of 31          [ source file ]          [ .ots timestamp of source file ]

---

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

### State of Minnesota vs MOHAMED ABDI SHIDE (27-CR-23-284)

**Initial Handling by Susan N. Burke:**
The case was first assigned to Susan N. Burke, who initiated the proceedings based on the preliminary hearings.

**Transition to George Borer:**
Subsequently, the case was handed over to George Borer for critical hearings concerning the competency of the defendant and other related proceedings. Borer's decisions here were pivotal as they set the stage for further legal actions, emphasizing a pattern where he often follows up on cases initially reviewed by other judges.

**Engagement of Julia Dayton Klein:**
After Borer's input, the case was transitioned to Julia Dayton Klein for further proceedings, particularly focusing on the implications of the competency ruling and finalizing the dismissal. Dayton Klein's role often involves deeper legal and procedural decisions following the assessments made by Borer.

**Return to Danielle Mercurio:**
The case circled back to Danielle Mercurio for additional reviews and final assessments, suggesting a recurring loop among these three judges. This pattern was particularly evident in the post-competency phase of the proceedings, where Mercurio reassessed the case, possibly for final decisions or further directions.

-------------------------------------------------------------------------------------------------------------------

### State of Minnesota vs Lucas Patrick Kraskey (27-CR-23-5751)

**Initial Handling by Julia Dayton Klein:**
The case started with Julia Dayton Klein handling a bail hearing on March 28, 2023, where she made decisions regarding the defendant's bail status and ordered a competency evaluation under Rule 20.01.

**Engagement of George Borer:**
Subsequently, George Borer took over the proceedings on the same day (March 28, 2023), continuing the evaluation for competency to proceed, which was initially set by Dayton Klein.

**Return to Julia Dayton Klein:**
The case circled back to Julia Dayton Klein, who managed the final decisions related to the competency evaluations and subsequent orders. She concluded these processes by affirming the need for continued judicial oversight pending the outcomes of the evaluations.

-------------------------------------------------------------------------------------------------------------------

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 28 of 31        [ source file ]        [ .ots timestamp of source file ]

27-CR-23-1886
CASE 0:24-cv-02646-JRT-DLM     Doc. 8     Filed 07/12/24     Page 138 of 153

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

# MCRO 'Incompetent to Proceed' Orders from all Criminal Cases Shared amongst Judge Julia Dayton Klein, Referee Danielle Mercurio, and Referee George Borer

**EXHIBIT C**

| DATE | 2017 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|---|---|---|---|---|
| 06/06/2023 | 27-CR-18-18391 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 03/20/2024 | 27-CR-18-18391 | Hearing | George Borer | Michael K Brown |
| 05/24/2023 | 27-CR-18-26530 | Askalani | Lori Skibbie | Julia Dayton Klein |

| DATE | 2019 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|---|---|---|---|---|
| 03/12/2024 | 27-CR-19-12466 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-19-19606 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 06/06/2023 | 27-CR-19-1916 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 06/06/2023 | 27-CR-19-3539 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 06/06/2023 | 27-CR-19-17539 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 03/20/2024 | 27-CR-19-1916 | Hearing | George Borer | Michael K Brown |
| 03/20/2024 | 27-CR-19-3539 | Hearing | George Borer | Michael K Brown |
| 03/20/2024 | 27-CR-19-17539 | Hearing | George Borer | Michael K Brown |
| 02/15/2023 | 27-CR-19-901 | Lisa Janzen | George Borer | Julia Dayton Klein |
| 05/24/2023 | 27-CR-19-9270 | Askalani | Lori Skibbie | Julia Dayton Klein |

| DATE | 2020 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|---|---|---|---|---|
| 03/12/2024 | 27-CR-20-8926 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-20-20037 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 11/28/2023 | 27-CR-20-11638 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 10/17/2023 | 27-CR-20-10049 | Francis Magill | George Borer | Jamie Anderson |
| 06/01/2023 | 27-CR-20-19196 | Julia Dayton Klein | George Borer | Michael K Brown |
| 02/15/2023 | 27-CR-20-13495 | Lisa Janzen | George Borer | Julia Dayton Klein |
| 04/26/2023 | 27-CR-20-20788 | Michael K Brown | George Borer | Julia Dayton Klein |
| 04/24/2023 | 27-CR-20-8575 | Hilary Caligiuri | Julia Dayton Klein | Julia Dayton Klein |
| 01/23/2024 | 27-CR-20-7092 | Julia Dayton Klein | Julia Dayton Klein | Julia Dayton Klein |
| 03/08/2023 | 27-CR-20-6517 | Michael K Brown | Julia Dayton Klein | Julia Dayton Klein |
| 02/12/2024 | 27-CR-20-20788 | Shereen Askalani | Julia Dayton Klein | Julia Dayton Klein |
| 05/24/2023 | 27-CR-20-11638 | Moore | Lori Skibbie | Julia Dayton Klein |

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 117**

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf

SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd

Page: 29 of 31          [ source file ]          [ .ots timestamp of source file ]

27-CR-23-1886

CASE 0:24-cv-02646-JRT-DLM    Doc. 8    Filed 07/12/24    Page 139 of 153

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

| DATE | 2021 CASES | RULE 20.01 | ORDER INCOMPETENCE | ORDER SIGNING JUDGE |
|------|-----------|-----------|--------------------|---------------------|
| 02/22/2023 | 27-CR-21-23628 | Danielle Mercurio | Danielle Mercurio | Michael K Brown |
| 07/12/2023 | 27-CR-21-19723 | David Piper | Danielle Mercurio | Michael K Brown |
| 07/12/2023 | 27-CR-21-23456 | David Piper | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-1171 | Jay Quam | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-21-19552 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-21-23233 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-6904 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8067 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8227 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8228 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8229 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8230 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-21-8511 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 06/06/2023 | 27-CR-21-22058 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 03/12/2024 | 27-CR-21-6710 | William Koch | Danielle Mercurio | Julia Dayton Klein |
| 04/26/2023 | 27-CR-21-6710 | Garcia | George Borer | Julia Dayton Klein |
| 02/15/2023 | 27-CR-21-10675 | Julie Allyn | George Borer | Julia Dayton Klein |
| 08/08/2023 | 27-CR-21-8412 | Kerry Meyer | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-21-1980 | Melissa Houghtaling | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-21-20072 | Melissa Houghtaling | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-21-20988 | Melissa Houghtaling | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-21-21355 | Melissa Houghtaling | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-21-23188 | Melissa Houghtaling | George Borer | Michael K Brown |
| 03/20/2024 | 27-CR-21-22058 | Previous Finding | George Borer | Michael K Brown |
| 04/24/2023 | 27-CR-21-7676 | Hilary Caligiuri | Julia Dayton Klein | Julia Dayton Klein |
| 01/23/2024 | 27-CR-21-933 | Julia Dayton Klein | Julia Dayton Klein | Julia Dayton Klein |
| 10/03/2023 | 27-CR-21-6229 | Julia Dayton Klein | Julia Dayton Klein | Julia Dayton Klein |
| 03/08/2023 | 27-CR-21-23131 | Michael K Brown | Julia Dayton Klein | Julia Dayton Klein |
| 11/01/2023 | 27-CR-21-14861 | Agreement of parties | Michael K Brown | Michael K Brown |
| 03/05/2024 | 27-CR-21-23628 | Jean Burdorf | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-6904 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8067 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8227 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8228 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8229 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8230 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-21-8511 | Julia Dayton Klein | Michael K Brown | Michael K Brown |

Exhibit A | Index 37 | p. 29

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

EXHIBIT SYN | p. 118

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf
SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
Page: 30 of 31          [ source file ]        [ .ots timestamp of source file ]

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

| DATE | 2022 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|------|-----------|------------------|--------------------|---------------|
| 02/22/2023 | 27-CR-22-7797 | Danielle Mercurio | Danielle Mercurio | Michael K Brown |
| 02/22/2023 | 27-CR-22-25134 | Danielle Mercurio | Danielle Mercurio | Michael K Brown |
| 07/12/2023 | 27-CR-22-15550 | David Piper | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-22-1165 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 03/12/2024 | 27-CR-22-4898 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-22-17300 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-22-21679 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 05/02/2023 | 27-CR-22-24045 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 11/28/2023 | 27-CR-22-10646 | Michael K Brown | Danielle Mercurio | Michael K Brown |
| 03/11/2024 | 27-CR-22-19036 | Michael K Brown | Danielle Mercurio | Michael K Brown |
| 02/15/2023 | 27-CR-22-3570 | Julie Allyn | George Borer | Julia Dayton Klein |
| 02/15/2023 | 27-CR-22-3570 | Julie Allyn | George Borer | Julia Dayton Klein |
| 02/15/2023 | 27-CR-22-22521 | Julie Allyn | George Borer | Julia Dayton Klein |
| 01/11/2023 | 27-CR-22-18938 | Lyonel Norris | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-22-4087 | Melissa Houghtaling | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-22-22963 | Melissa Houghtaling | George Borer | Michael K Brown |
| 12/05/2023 | 27-CR-22-25151 | Michael Burns | George Borer | Michael K Brown |
| 02/16/2023 | 27-CR-22-21925 | Siegesmund | George Borer | Julia Dayton Klein |
| 02/16/2023 | 27-CR-22-23317 | Siegesmund | George Borer | Julia Dayton Klein |
| 04/13/2023 | 27-CR-22-13185 | Bev Benson | Julia Dayton Klein | Julia Dayton Klein |
| 02/27/2024 | 27-CR-22-18938 | Julia Dayton Klein | Julia Dayton Klein | Julia Dayton Klein |
| 06/21/2023 | 27-CR-22-19036 | Julie Allyn | Julia Dayton Klein | Julia Dayton Klein |
| 03/08/2023 | 27-CR-22-24627 | Michael K Brown | Julia Dayton Klein | Julia Dayton Klein |
| 02/27/2024 | 27-CR-22-14493 | William Koch | Julia Dayton Klein | Julia Dayton Klein |
| 05/24/2023 | 27-CR-22-3553 | Askalani | Lori Skibbie | Julia Dayton Klein |
| 03/15/2023 | 27-CR-22-18789 | Michael Burns | Lori Skibbie | Julia Dayton Klein |
| 06/14/2023 | 27-CR-22-3377 | Amber Brennan | Michael K Brown | Michael K Brown |
| 06/14/2023 | 27-CR-22-22687 | Amber Brennan | Michael K Brown | Michael K Brown |
| 03/05/2024 | 27-CR-22-7797 | Jean Burdorf | Michael K Brown | Michael K Brown |
| 03/05/2024 | 27-CR-22-25134 | Jean Burdorf | Michael K Brown | Michael K Brown |
| 01/24/2023 | 27-CR-22-18209 | Juan Hoyos | Michael K Brown | Michael K Brown |
| 11/01/2023 | 27-CR-22-17300 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 05/10/2023 | 27-CR-22-13941 | Kerry Meyer | Michael K Brown | Michael K Brown |
| 02/02/2024 | 27-CR-22-9720 | Thomas J Conley | Michael K Brown | Michael K Brown |
| 02/02/2024 | 27-CR-22-12076 | Thomas J Conley | Michael K Brown | Michael K Brown |

Exhibit A | Index 37 | p. 30

EXHIBIT SYN | p. 119

**24 · cv-2646 | Exhibit A, Index 37 | July 12, 2024**
EXHIBIT SYN

08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf

SHA-256 Hash of Source File:  0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd

Page: 31 of 31          [ source file ]     [ .ots timestamp of source file ]

27-CR-23-1886
CASE 0:24-cv-02646-JRT-DLM    Doc. 8    Filed 07/12/24    Page 141 of 153

Filed in District Court
State of Minnesota
5/3/2024 2:56 PM

| DATE | 2023 CASES | RULE 20.01 ORDER | INCOMPETENCE ORDER | SIGNING JUDGE |
|------|-----------|------------------|--------------------|---------------|
| 11/01/2023 | 27-CR-23-20715 | Agreement of parties | Michael K Brown | Michael K Brown |
| 04/13/2023 | 27-CR-23-5213 | Bev Benson | Julia Dayton Klein | Julia Dayton Klein |
| 08/30/2023 | 27-CR-23-1101 | Burdorf | Julia Dayton Klein | Julia Dayton Klein |
| 04/04/2024 | 27-CR-23-1101 | Burdorf | Michael K Brown | Michael K Brown |
| 04/26/2024 | 27-CR-23-21403 | Edward Wahl | Michael K Brown | Michael K Brown |
| 03/22/2023 | 27-CR-23-3459 | Hilary Caligiuri | George Borer | Michael K Brown |
| 03/22/2023 | 27-CR-23-3460 | Hilary Caligiuri | George Borer | Michael K Brown |
| 03/22/2023 | 27-CR-23-3496 | Hilary Caligiuri | George Borer | Michael K Brown |
| 06/01/2023 | 27-CR-23-8560 | Jat Quam | George Borer | Michael K Brown |
| 03/12/2024 | 27-CR-23-8649 | Juan Hoyos | Danielle Mercurio | Michael K Brown |
| 10/10/2023 | 27-CR-23-18846 | Juan Hoyos | Lori Skibbie | Julia Dayton Klein |
| 10/10/2023 | 27-CR-23-18850 | Juan Hoyos | Lori Skibbie | Julia Dayton Klein |
| 10/18/2023 | 27-CR-23-18964 | Juan Hoyos | George Borer | Jamie Anderson |
| 05/02/2023 | 27-CR-23-385 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 01/17/2024 | 27-CR-23-1886 | Julia Dayton Klein | Danielle Mercurio | Julia Dayton Klein |
| 05/02/2023 | 27-CR-23-5751 | Julia Dayton Klein | Danielle Mercurio | Michael K Brown |
| 11/01/2023 | 27-CR-23-5751 | Julia Dayton Klein | Michael K Brown | Michael K Brown |
| 03/08/2023 | 27-CR-23-2480 | Julie Allyn | Julia Dayton Klein | Julia Dayton Klein |
| 12/13/2023 | 27-CR-23-12653 | Julie Allyn | Julia Dayton Klein | Julia Dayton Klein |
| 11/01/2023 | 27-CR-23-16281 | Julie Allyn | Michael K Brown | Michael K Brown |
| 03/22/2023 | 27-CR-23-284 | Larson | George Borer | Michael K Brown |
| 03/22/2023 | 27-CR-23-3423 | Larson | George Borer | Michael K Brown |
| 11/15/2023 | 27-CR-23-21653 | Lisa Janzen | Lori Skibbie | Michael K Brown |
| 07/13/2023 | 27-CR-23-1886 | Lyonel Norris | George Borer | Michael K Brown |
| 04/04/2024 | 27-CR-23-2480 | Mark Kappelhoff | Michael K Brown | Michael K Brown |
| 11/22/2023 | 27-CR-23-24219 | Marta Chou | George Borer | Michael K Brown |
| 07/26/2023 | 27-CR-23-12360 | Michael Burns | Julia Dayton Klein | Julia Dayton Klein |
| 08/24/2023 | 27-CR-23-13960 | Paul Scoggin | Michael K Brown | Michael K Brown |
| 02/16/2023 | 27-CR-23-512 | Siegesmund | George Borer | Julia Dayton Klein |
| 02/02/2024 | 27-CR-23-17576 | Thomas Conley | Michael K Brown | Michael K Brown |
| 12/06/2023 | 27-CR-23-3198 | William Koch | Lori Skibbie | Julia Dayton Klein |
| 12/11/2023 | 27-CR-23-3198 | William Koch | Lori Skibbie | Julia Dayton Klein |
| 02/27/2024 | 27-CR-23-9546 | William Koch | Julia Dayton Klein | Julia Dayton Klein |

Exhibit A | Index 37 | p. 31

File Embedded and Bookmarked Version at MnCourtFraud.Substack.com/p/syn

**EXHIBIT SYN | p. 120**