# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-cv-2670-PAM-DLM |
| Plaintiff, | |
| v. | |
| **TIM WALZ,** Governor of Minnesota; | |
| **KEITH ELLISON,** Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** a municipal entity; | |
| **MARY MORIARTY,** Hennepin County Attorney; | |
| **JUDITH COLE,** Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** Chief Public Defender, Hennepin County; | |
| **KERRY W. MEYER,** Chief Judge, 4th District; | |
| **BRUCE M. RIVERS,** Private Defense Counsel; | **NOTICE OF APPEAL** |
| **CHELA GUZMAN-WIEGERT,** Assistant County Administrator; | |
| **ALISHA NEHRING,** MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** Judge, 4th District; | |
| **WILLIAM H. KOCH,** Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** Judge, 4th Judicial District; | |
| **DANIELLE C. MERCURIO,** Judge, 4th Judicial District; | |
| **GEORGE F. BORER,** Referee, 4th Judicial District; | |

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
                              Defendants.

## I.  NOTICE OF APPEAL

Plaintiff Matthew D. Guertin, pro se, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Final Judgment and Order of Dismissal entered on July 11, 2025 (Doc. 14), as well as the July 22, 2025 Order Restricting Filing (Doc. 70), which collectively:

**1.** Prematurely dismissed this action without consideration of overwhelming, cryptographically authenticated evidence already in the record;

**2.** Deprived Plaintiff of due process by foreclosing judicial review while simultaneously allowing named Defendants — including sitting Fourth Judicial District Judges and state officials — to continue presiding over Plaintiff's liberty interests despite documented conflicts of interest; and

**3.** Imposed post-dismissal filing restrictions designed to obstruct formation of a complete appellate record.

The Notice is timely under **Fed. R. App. P. 4(a)(1)(A).**

## II.   STATEMENT OF ISSUES ON APPEAL

**1.** Whether the District Court erred in dismissing Plaintiff's complaint — which alleges systemic judicial forgery and constitutional violations supported by **self-authenticating digital evidence under FRE 902(14)** — as "frivolous" and "delusional."

**2.** Whether the dismissal violated due process where Plaintiff's evidentiary exhibits (including cryptographic hash tables and Fourth Judicial District's own digitally signed PDF records proving mass judicial fraud) were filed within 24 hours of the dismissal and remain unaddressed.

**3.** Whether the July 22, 2025 Order Restricting Filing constitutes judicial obstruction and improperly chills Plaintiff's constitutional right to petition for redress of grievances while Defendants remain in control of Plaintiff's ongoing state criminal proceedings.

## III.   RELIEF REQUESTED

Plaintiff respectfully requests that the Eighth Circuit:

**1.** Reverse the July 11, 2025 dismissal and remand for full proceedings before a different judge;

**2.** Vacate the July 22, 2025 filing restriction as unconstitutional;

**3.** Grant any further relief necessary to ensure Plaintiff's safety and due process rights in light of active conflicts of interest and retaliation by Fourth Judicial District officials named as Defendants; and

**4.** Take judicial notice that the record now before this Court contains machine-verifiable proof of systemic judicial fraud and retaliation for exposing it.

**Dated: July 23, 2025**                                   *Respectfully submitted,*

                                           */s/ Matthew D. Guertin*

Matthew David Guertin
*Plaintiff Pro Se*
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com