# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 25, 2025

Matthew David Guertin
1075 Traditions Court
Chaska, MN  55318

    RE:  25-2476  Matthew Guertin v. Tim Walz, et al

Dear Appellant:

    The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

    Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

    The case has been referred to the court for initial review and no briefing schedule has been set.  You do not need to file any additional documents or pleadings at this time.  We will advise you of any action taken in the case.

    On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

    Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the case, please contact our office.

                                                  Susan E. Bindler
                                                  Clerk of Court

ASL

Enclosure(s)

cc:    Clerk, U.S. District Court, District of Minnesota
       Benjamin William Harringa
       Margaret Jacot

        District Court/Agency Case Number(s):   0:25-cv-02670-PAM

**Caption For Case Number:   25-2476**

Matthew David Guertin

       Plaintiff - Appellant

v.

Tim Walz, Governor of Minnesota - sued in his official capacity; Keith M. Ellison, Attorney General of MInnesota - sued in his official capacity; Hennepin County, a municipal entity; Mary Moriarty, Hennepin County Attorney - sued in both her official and individual capacities; Judith Cole, Sr. Assistant Hennepin County Attorney - sued in her individual capacity; Michael Berger, Chief Public Defender, Hennepin County - sued in his individual capacity; Kerry W. Meyer, Chief Judge, 4th District - sued in her individual capacity; Bruce Rivers, Private Defense Counsel - sued in his individual capacity; Chela Guzman-Weigart, Assistant County Administrator - sued in her individual capacity; Alisha Nehring, MN Department of Health Attorney - sued in her individual capacity; Hilary Lindell Caligiuri, Presiding Criminal Judge, 4th District - sued in her individual capacity; Todd Fellman, Presiding Juvenile Judge, 4th District - sued in his individual capacity; Sarah Elizabeth Hudleston, Judge, 4th District - sued in her individual capacity; William Harold Koch, Judge, 4th District - sued in his individual capacity; Julia Dayton-Kline, Judge, 4th Judicial District - sued in her individual capacity; Danielle C. Mercurio, Judge, 4th Judicial District - sued in her individual capacity; George F. Borer, Referee, 4th Judicial District - sued in his individual capacity; Lee Cuellar, Judicial Clerk, 4th District - sued in her individual capacity; Mawerdi A Hamid, Assistant Hennepin County Attorney - sued in her individual capacity; Jacqueline Perez, Assistant Hennepin County Public Defender - sued in her individual capacity; Emmett M. Donnelly, Hennepin County Public Defender - sued in his individual capacity; Raissa Carpenter, Hennepin County Public Defender - sued in her individual capacity; Shereen Askalani, Judge, 4th District - sued in her individual capacity; Jill Rogstad, Dr. - Senior Clinical Forensic Psychologist - sued in her individual capacity; Adam Milz, Dr. - Hennepin County Psychological Services - sued in his individual capacity; Katheryn Cranbrook, Dr. - Hennepin County Psychological Services - sued in her individual capacity; Kristen A. Otte, Dr. - Hennepin County Psychological Services - sued in her individual capacity; Michael (Kip) Browne, Judge, 4th District - sued in his individual capacity; Lisa K. Janzen, Judge, 4th District - sued in her individual capacity; Carolina A. Lamas, Judge, 4th District - sued in her individual capacity; John Does, 1-50; Jane Does, 1-50

       Defendants - Appellees

**Addresses For Case Participants:   25-2476**

Matthew David Guertin
1075 Traditions Court
Chaska, MN  55318

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Benjamin William Harringa
ATTORNEY GENERAL'S OFFICE
Suite 600
445 Minnesota Street
Saint Paul, MN  55101-2134

Margaret Jacot
ATTORNEY GENERAL'S OFFICE
Suite 1100
445 Minnesota Street
Saint Paul, MN  55101